```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A04-0096--CV (JKS)
              "LAWRENCE H. GROVE ET AL V UNOCAL CORP"
```

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 05/06/04
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (360) Other personal injury

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $150.00 on 05/06/04 receipt # 00123086
         Trial by: Jury
```

Parties of Record:                                Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | GROVE, LAWRENCE H. | Phillip Paul Weidner<br>Weidner & Associates Inc<br>330 L Street, Suite 200<br>Anchorage, AK 99501<br>907-276-1200<br>FAX 907-278-6571 |
| PLF 2.1 | GROVE, CYNTHIA | Phillip Paul Weidner<br>(see above) |
| PLF 3.1 | GROVE, SARAH | Phillip Paul Weidner<br>(see above) |
| PLF 4.1 | GROVE, MICHAEL | Phillip Paul Weidner<br>(see above) |
| DEF 1.1 | UNOCAL CORP | John B. Thorsness<br>Clapp Peterson & Stowers<br>711 H Street, Suite 620<br>Anchorage, AK 99501<br>907-272-9272<br>FAX 907-272-9586 |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0096--CV (JKS)
                              "LAWRENCE H. GROVE ET AL V UNOCAL CORP"

                                         For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 05/06/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (360) Other personal injury

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $150.00 on 05/06/04 receipt # 00123086
          Trial by: Jury


 Document #   Filed      Docket text

     1 -  1   05/06/04   DEF 1 Notice of Removal from Superior Court 3AN-04-06202CI w/att exh.

     2 -  1   05/06/04   DEF 1 Notice of filing state court record w/att exhs.

     2 -  2   05/06/04   DEF 1 Service List.

     2 -  3   05/06/04   PLF 1-4 Jury Demand.

     3 -  1   05/06/04   DEF 1 Corporate Disclosure.

     4 -  1   05/10/04   JKS Minute Order To Petitioner Subsequent to Removal. Petitioner to file
                         w/court w/i 10 days copy of state court docs and service list. cc: cnsl

     5 -  1   05/11/04   NOT USED.

     6 -  1   05/14/04   DEF 1 Notice of compliance.

     7 -  1   05/17/04   DEF 1 Answer to Complaint.

     8 -  1   05/19/04   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

     9 -  1   06/14/04   PLF 1-4; DEF 1 Scheduling & Planning Conf Report.

    10 -  1   07/08/04   RRB S&P Order setting PT ddlns: Original disc 09/23/05; Disp mots ddln
                         10/23/05; Estimate of trial 10 days. cc: cnsl

    11 -  1   03/17/05   DEF 1 Attorney Substitution of John Thorsness.

    12 -  1   03/24/05   PLF 1-3 Supplement to Witness List.

    13 -  1   05/11/05   DEF 1 motion for rule 37 sanctions w/att exhs.

    13 -  2   05/11/05   DEF 1 motion for stay and determine proper possession of bolts w/att
                         exhs.

    14 -  1   05/20/05   PLF 1-4 opposition to DEF 1 motion for rule 37 sanctions (13-1), DEF 1
                         motion for stay and determine proper possession of bolts (13-2) w/att
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0096--CV (JKS)
                          "LAWRENCE H. GROVE ET AL V UNOCAL CORP"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | aff & exhs. |
| 15 - 1 | 05/20/05 | PLF 1-4 Request for Oral Argument re: DEF 1 motion for rule 37 sanctions (13-1), DEF 1 motion for stay and determine proper possession of bolts (13-2). |
| 16 - 1 | 05/27/05 | DEF 1 reply to opposition to DEF 1 motion for rule 37 sanctions (13-1). |
| 17 - 1 | 06/03/05 | PLF 1-4; DEF 1 Stipulation for ext of time to prepare expert reports. |
| 17 - 2 | 06/08/05 | JKS Order granting stipulation for ext of time to 8/12/05 to exchange expert reports (17-1). cc: cnsl |
| 18 - 1 | 06/22/05 | JKS Minute Order granting in part motion for rule 37 sanctions (13-1), motion for stay and determine proper possession of bolts (13-2); granting motion for O/A (15-1); O/A set for 7/5/05 at 9:00 a.m. cc: cnsl |
| 19 - 1 | 07/06/05 | JKS Court Minutes [ECR: Linda Christensen] re O/A on Mot for Rule 37 Sanctions (13-1) & Mot for Stay and Determine Proper Possession of Bolts (13-2)(held 7/5/05); except to extent granted in order at dkt #18, the mot at dkt 13 is denied; responsible cnsl directed to meet and confer and rpt to crt in writing on acceptable protocol for handling of bolts and the depo of Mr. Grove; parties will have stipulated protocol to the crt NLT 7/11/05 at 1:30 pm. cc: cnsl |
| 20 - 1 | 07/11/05 | DEF 1 Joint Report of the parties. |
| 21 - 1 | 08/24/05 | DEF 1 Stipulation (joint motion) to extend discovery until 2/23/06, and modify the scheduling and planning conference report as stated. |
| 21 - 2 | 08/25/05 | JKS Order granting stipulation (joint motion) to extend discovery until 2/23/06 and modify the scheduling conf report (21-1). c: cnsl |
| 22 - 1 | 10/19/05 | DEF 1 motion for summary judgment on products liability. |
| 23 - 1 | 11/15/05 | PLF 1-4 motion for extension of time to file opposition to motion for summary judgment on products liability. |
| 24 - 1 | 11/16/05 | JKS Minute Order that plf invited to file oppo to plfs' mot for ext of time @ dkt 23; oppo due 11/21/05. cc: cnsl |
| 25 - 1 | 11/16/05 | DEF 1 opposition to PLF 1-4 motion for extension of time to file opposition to motion for summary judgment on products liability (23-1). |
| 26 - 1 | 11/22/05 | PLF 1-4 opposition to DEF 1 motion for summary judgment on products liability (22-1). |
| 27 - 1 | 11/29/05 | JKS Order granting motion for extension of time to 11/22/05 to file opposition to motion for summary judgment (23-1). cc: cnsl |