

LODGED

NOV 3 0 2005

FILED

DEC 0 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

  vs.

UNOCAL CORPORATION,

             Defendant.

Case No. A04-0096 CV (JKS)

## ORDER GRANTING DEFENDANT'S
## MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendant Unocal Corporation (Unocal) has moved to file its reply to the

motion for summary judgment on products liability.

The Court having reviewed the Motion and any response thereto, GRANTS

Defendants motion.

Therefore, IT IS ORDERED:

Order Granting Motion for Extension of Time
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



Defendant's Reply to the Motion for Summary Judgment on Products

Liability is now due on or before December 9, 2005.

Dated: _12/1/05_____    By _____

Honorable James K. Singleton
U.S. District Court Judge

Certificate of Service:

I certify that a copy of this
document was mailed X____,
faxed _____, hand delivered_____ on
November 30, 2005, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By:_____

A04-0096--CV (JKS)    on 12/6/05
-----------------------------------------------
✓ P. WEIDNER (WEIDNER)
✓ J. THORSNESS

Order Granting Motion for Extension of Time
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586