FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -9 PM 4: 04

John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. A04-0096 CV (JKS) |

## NOTICE OF FILING ATTACHMENT TO
## REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Defendant, Unocal Corporation, files the attached Affidavit of Kevin A. Tabler, which was inadvertently not attached to its Reply to Opposition to Motion for Summary Judgment filed in this Court on Thursday, December 8, 2005.

/

/

Notice of Filing Attachment to
Reply to Opposition to Motion for Summary Judgment
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 1 of 2

DATED at Anchorage, Alaska, this ___ day of December, 2005.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By_____
John B. Thorsness, #8211154

Certificate of Service:

I certify that a copy of this document was mailed _X_, faxed ____, hand delivered ____ on December _8_, 2005, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By:_____

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Filing Attachment to
Reply to Opposition to Motion for Summary Judgment
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 2 of 2

John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

v.

UNOCAL CORPORATION,

Defendant.

Case No. A04-0096 CV (JKS)

### AFFIDAVIT OF KEVIN A. TABLER

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

Kevin A. Tabler, being duly sworn upon oath, deposes and states as follows:

1. I am an employee of Union Oil Company of California a wholly owned indirect subsidiary of Chevron Corporation. I am the Manager, Land and Government Affairs for the Alaska business unit. I make this affidavit based upon

Affidavit of Kevin Tabler
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 1 of 2

1  personal knowledge. I have been employed with Unocal since July 30, 1979. I
2  have lived in Alaska since August 1981.
3     2.   To my knowledge, Union Oil Company of California has never
4  manufactured, sold or distributed the scaffolding or platform at issue in this case,
5  and is not a dealer in such commodity. Unocal is in the business of exploration
6  and production of oil and gas.

Dated: December 1, 2005

By: Kevin A. Tabler

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, this 1st day of December, 2005, at Anchorage, Alaska.

Notary Public in and for Alaska
My Commission Expires: 2-14-06

Certificate of Service:

I certify that a copy of this document was mailed X, faxed ___, hand delivered ___ on December 2, 2005, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: ___



Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Affidavit of Kevin Tabler
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 2 of 2