FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 27 PM 4: 12

John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. A04-0096 CV (JKS) |

### NON-OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL

Defendant Unocal Corporation, by and through its counsel of record, Clapp, Peterson, Van Flein, Tiemessen, & Thorsness, LLC, hereby moves this court for a 15 day extension of time in which to file its opposition to Plaintiffs' Motion to Compel dated December 20, 2005. Undersigned counsel has conferred with Plaintiffs' counsel and he has indicated that Plaintiffs do not object to the requested

Non-Opposed Motion for Extension of Time
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 1 of 2

15 day extension. Defendant's opposition to the motion to compel will be due on or before January 16, 2006.

DATED at Anchorage, Alaska, this 27 day of December, 2005.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
John B. Thorsness, #8211154
7910083

**ORDER**

IT IS SO ORDERED this ___ day of _____, 200__ at Anchorage, Alaska.

_____
Honorable James K. Singleton
U.S. District Court Judge

Certificate of Service:

I certify that a copy of this document was mailed ✓, faxed _____, hand delivered _____ on December 27, 2005, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____

F:\Document\Grove v. UNOCAL\pldg Non-Opp Mtn Extension.doc

Non-Opposed Motion for Extension of Time
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586