John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>                    Plaintiffs,<br><br>  vs.<br><br>UNOCAL CORPORATION,<br><br>                    Defendant. | Case No. A04-0096 CV (JKS) |

**ENTRY OF APPEARANCE**

Linda J. Johnson, of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, enters her appearance as co-counsel for Defendant Unocal Corporation in the above-entitled proceeding, and requests that all pleadings filed in this case be served upon Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, 711 H Street, Ste. 620, Anchorage, Alaska 99501.

/

/

Entry of Appearance – Linda J. Johnson
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 1 of 2

DATED January 9, 2006, at Anchorage, Alaska.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on January 9, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq. and on Phillip P. Weidner, Esq. by regular mail.

s/ Linda J. Johnson

Entry of Appearance – Linda J. Johnson
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 2 of 2