John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. A04-0096 CV (JKS) |

**AFFIDAVIT OF LINDA J. JOHNSON**

STATE OF ALASKA    )
                   ) ss.
THIRD JUDICIAL DISTRICT )

Linda J. Johnson, being duly sworn upon oath, deposes and states as follows:

Affidavit of L. Johnson
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 1 of 3

1. I am an attorney licensed to practice law in the State of Alaska. I am an attorney at Clapp, Peterson, Van Flein, Tiemessen & Thorsness. I make this affidavit based upon personal knowledge.

2. I drafted the letter to Plaintiffs' counsel dated December 12, 2005. I did not promise to get the response to Plaintiffs prior to the Christmas holidays, but hoped that I could do so.

3. One of the last things I did prior to my 2 week vacation was to obtain the answer to Plaintiff's Interrogatory 1 and send it off to Plaintiffs. I did not have time to arrange for the verification of the answer, but believed that based on Plaintiffs' shortened-time request that they would rather have an answer than wait for my return to obtain an answer with a verification.

4. My office did not receive any other communication from Plaintiffs on this issue prior to Plaintiffs' filing the motion to compel. Therefore, Plaintiffs filed the motion to compel without waiting to receive the answer that was sent.

5. After my return, on January 4, 2006, I called Mike Cohn, an attorney for Plaintiffs at Phil Weidner's office, and asked if he would withdraw the motion to compel since the Interrogatory had been answered and sent prior to the dated the motion to compel was filed. Mr. Cohn refused, stating that the answer was not verified and that it was "non-responsive".

Affidavit of L. Johnson
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 2 of 3

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: 1-6-06

By: Linda J. Johnson

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, this 6th day of January, 2006, at Anchorage, Alaska.



Notary Public in and for Alaska
My Commission Expires: 3-13-09

Certificate of Service:

I certify that a copy of this document was mailed X , faxed _____, hand delivered_____ on January 9 , 2006, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Affidavit of L. Johnson
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 3 of 3