Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF ALASKA
   _____
 3

   LAWRENCE H. GROVE, CYNTHIA          )
 4 GROVE, SARAH GROVE, and MICHAEL     )
   GROVE (DOB 1/21/88) by and          )
 5 through his father LAWRENCE         )
   H. GROVE,                           )
 6                                     )
            Plaintiffs,                )
 7                                     )
        vs.                            )
 8                                     )
   UNOCAL CORPORATION,                 )
 9                                     )
            Defendant.                 )
10 _____)
   Case No. A04-0096 CV (JKS)
11
12

   _____
13
   VIDEOTAPED DEPOSITION OF LAWRENCE H. "LARRY" GROVE
14 _____
15
                    Pages 1 - 121
16           Thursday, December 15, 2005
                     9:21 a.m.
17
18        Taken by Counsel for Defendant
                         at
19  The Law Offices of Clapp, Peterson, Van Flein,
              Tiemessen & Thorsness, LLC
20            711 H Street, Suite 620
                  Anchorage, Alaska
21
22
23
24
25
```

Page 30

```
 1   get inside the building that day?
 2        A    Yes.
 3        Q    All right.  And -- and did you also have
 4   to use a key to access the fan room?
 5        A    Yes.
 6        Q    And so -- and by a key, this is like
 7   a -- like a regular old -- I'm showing you a key
 8   from my key ring, building key.  It looks
 9   something like that?
10        A    That's correct.
11        Q    Okay.  And, again, I'm not real familiar
12   with key terminology.  It's a flat key, not a
13   round key?
14        A    That's correct.
15        Q    All right.  Do you still have that key?
16        A    Yes, I do.
17        Q    Okay.  Is it on your person?
18        A    No.
19        Q    Where is it?
20        A    At home on my key ring with the company
21   keys.
22        Q    Okay.  Why do you still have that key?
23   Do you know?
24        A    No one ever asked for it.
25        Q    Okay.
```

Page 31

```
 1              MR. THORSNESS:  Counsel, could you
 2   arrange to have your client deliver that key to
 3   your office?  And I probably want to get it back.
 4              MR. WEIDNER:  In all likelihood, we'll
 5   do that.  I'll consider that.  In all likelihood,
 6   we will do that, Counsel.
 7              MR. THORSNESS:  I'll write you a letter.
 8   How does that sound?
 9              MR. WEIDNER:  That's appropriate.
10              MR. THORSNESS:  Okay.
11       Q    Is that the only key that you still have
12   that, as far as you know, opens any door or fits
13   any lock over at the Unocal building?
14       A    Yes.
15       Q    Okay.  Who gave you that key?
16       A    Charles Arnett.
17       Q    All right.  Have you gone back to the
18   fan room after the day you went back and picked up
19   these nuts and bolts?
20       A    Yes, I did.
21       Q    Okay.  When was that?
22       A    I don't recall.  I don't remember.
23       Q    Can you give me any estimate of how long
24   after your accident you went back?
25       A    I can't remember.
```

```
 1      A    Like I said before, I don't remember.
 2      Q    Okay.  How many times did you go back to
 3  the fan room after you went back to -- and got
 4  these nuts and bolts?
 5      A    Maybe once or twice at the most.
 6      Q    Okay.  I want to go back to when, the
 7  question of when.  You say once or twice, so let's
 8  focus on the first time, which I understand may
 9  have been the first and last time, but let's focus
10  on the first time.
11           I need you to search your memory and
12  give me some idea of how long after the accident
13  you went back to the fan room.
14           MR. WEIDNER:  Objection; vague.
15      Q    (By Mr. Thorsness)  And I'm meaning
16  after -- after the day that you went back and got
17  the nuts and bolts in Exhibit 16.
18      A    I don't recall even when I went into the
19  fan room up there myself.  I'm pretty sure I
20  stopped and talked with Charles, and I may have
21  been there with Leveritt, but I don't recall.
22      Q    Okay.  Do you recall going up to the
23  floor where the fan room is?
24           MR. WEIDNER:  Objection; vague.
25      Q    (By Mr. Thorsness)  The top floor of the
```

Page 35

```
 1   building.
 2       A    When?  What day?
 3       Q    Okay.  We're talking about the first
 4   time that you went back to the fan room after
 5   you'd gone back to retrieve these nuts and bolts.
 6       A    Like I say, I may have.  I'm not sure.
 7       Q    All right.
 8       A    I've already been hit with so many
 9   questions about this stuff it's -- I mean, what
10   happened this, what happened that.  I may have
11   been there.  I can't really say for sure if I was
12   or not.
13       Q    If you were there, why were you there?
14            MR. WEIDNER:  Objection; form of the
15   question; calls for speculation.
16       A    They may have been -- I recall Leveritt
17   or somebody asked me what happened, what's your
18   best knowledge of what happened, how did the
19   accident happen.  So that was probably the gist of
20   why we were there or we were speaking about it.
21       Q    (By Mr. Thorsness)  Okay.  And were you
22   there, then, to show perhaps Leveritt how the
23   accident happened, what equipment was involved,
24   where you fell, that sort of thing?
25       A    That could have been it.  Like I say, I
```

1  don't know if I went upstairs with him or not.
2      Q   Is it possible you went to the building
3  and then he and Mr. Arnett went to the fan room
4  without you?
5          MR. WEIDNER:  Objection; form of the
6  question.
7      A   That's a possibility.  Yeah, I'd like to
8  make a -- I was on some pretty heavy-duty pain
9  medication then, so it's kind of -- things were
10 kind of fuzzy for a while.
11     Q   (By Mr. Thorsness)  Kind of fuzzy.  All
12 right.  Well, and I'm just asking you for your
13 best recollection.  But I appreciate the
14 information to put this in context.  So, thanks.
15         If you didn't go up to the fan room, why
16 didn't you?
17         MR. WEIDNER:  Objection; form of the
18 question.
19     A   I don't know.  I may have been asked to
20 wait downstairs while they run up.  I was on
21 crutches then.
22     Q   (By Mr. Thorsness)  Okay.  When you went
23 into the fan room the day after the accident and
24 retrieved the nuts and bolts in Exhibit 16, were
25 you on pain medication?

Page 37

```
 1      A    Not yet.
 2      Q    Were you taking any aspirin, anything
 3   over the counter for your pain?
 4      A    Yeah, aspirin.
 5      Q    Aspirin.  But you were otherwise by
 6   yourself when you went in the room?
 7      A    Yes.
 8      Q    One thing I want to make real clear --
 9   let's see.  One, two, three, four, five -- I count
10   eight separate items contained within Exhibit 16;
11   is that right?
12      A    Correct.
13      Q    All right.  Did you retrieve each one of
14   these items during a single visit; that visit
15   being the day after your accident?
16      A    Yes.
17      Q    All right.  Did you retrieve anything
18   else that's not contained within Exhibit 16?
19      A    No.
20      Q    Okay.  Is that the same day you took
21   photographs of the inside of the fan room?
22      A    Yes.
23      Q    All right.  And we've marked Exhibits 1
24   through 12 to your deposition.  I'm handing those
25   to you, sir.  Would you take a moment and look
```

```
 1   collecting these pieces here in Exhibit 16, do I
 2   understand you just bent over and picked them up
 3   as you found them and put them right in the baggy?
 4        A    Yeah, pretty much.  Had a jacket pocket
 5   and the baggy was there, left over from lunch
 6   sometime.  Emptied out, put the screws in the
 7   baggy.
 8        Q    Okay.  And then put the baggy in your
 9   pocket?
10        A    Correct.
11        Q    Okay.  Did you unscrew any portion of
12   the perforated angle metal -- strike that
13   question.
14             At any time when you were in the fan
15   room after the accident, did you manipulate any of
16   the other machine screws and nuts?
17        A    No, I did not.
18        Q    Okay.  Did you -- did you take a piece
19   of the scaffolding support with you?
20        A    No, I did not.
21        Q    Did you take anything else, anything out
22   of that fan room besides what is contained in
23   Exhibit 16?
24        A    Nope.
25        Q    Okay.  Do you have any idea as to the
```

Page 112

```
 1   location of any of the scaffolding support
 2   material shown in any of these photographs as we
 3   sit here today?
 4        A    To the best of my knowledge, I do not.
 5   It was demoed by Unocal personnel.
 6        Q    Say again.
 7        A    It was demolished, demoed by Unocal
 8   personnel.
 9        Q    How do you know that?
10        A    That's what I was told.
11        Q    Who told you that?
12        A    I think Mr. Paul Crapps, C-r-a-p-p-s.  I
13   stopped in to say hello one day and --
14        Q    And what?
15        A    I think he mentioned he was the one that
16   was instructed to remove it.
17        Q    Did he tell you who instructed him to
18   remove it?
19        A    I don't recall exactly.  I don't know
20   who would have told him to do that.  Possibly --
21   he was working for Charles at that time, so...
22        Q    Did he tell you what he did with it?
23        A    No, he didn't go into any detail.
24        Q    Have you been back to the building since
25   you -- since the day after your accident when you
```