John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>  Plaintiffs,<br><br> vs.<br><br>UNOCAL CORPORATION,<br><br>  Defendant. | Case No. A04-0096 CV (JKS) |

**STIPULATION TO EXTEND DEADLINES BY 90 DAYS**

Defendant Unocal Alaska and Plaintiffs Lawrence, Cynthia, Sarah and Michael Grove stipulate to an extension of time in which to prepare and exchange expert reports.  The current deadlines set expert reports and witness lists as due January 24, 2006; discovery closes February 23, 2006; dispositive motions, motions in limine, and discovery motions are due March 27, 2006; and the parties are to certify the case as ready on April 10, 2006.  The parties agree to a 90 day

Stipulation to Extend Deadlines By 90 Days
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 1 of 3

extension of these deadlines.  The need for the extension is due to the fact that both parties' counsel tried a jury trial in state court that did not conclude until November 21, 2005.  Given the holiday season thereafter, the parties counsel are equally unable to meet the previously set deadlines.

The extension will re-set the expert report and witness list deadline at April 28, 2006; discovery will close May 26, 2006; dispositive motions, motions in limine and discover motions will be filed by June 30, 2006; and the parties will certify that the case is ready on or before July 14, 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070


WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs

s/[Michael Cohn](consent)
Weidner & Associates
330 L Street, Suite 200
Anchorage, AK  99501
Phone:  (907) 276-1200
Fax:  (907) 278-6571
Alaska Bar No. 8506049

Stipulation to Extend Deadlines By 90 Days
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 2 of 3

## Certificate of Service

I hereby certify that on January 13, 2006, a copy of the foregoing Stipulation To Extend Deadlines was served electronically on Michael Cohn/Phillip P. Weidner, Esq. and on Michael Cohn/Phillip P. Weidner, Esq. by regular mail.

s/ Linda J. Johnson

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586