IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. A04-0096 CV (JKS) |

## **PROPOSED ORDER EXTENDING DEADLINES BY 90 DAYS**

Pursuant to the stipulation of the parties, IT IS ORDERED: expert reports and witness lists shall be exchanged on or before April 28, 2006; discovery will close May 26, 2006; dispositive motions, motions in limine and discovery motions are due June 30, 2006; and the parties are to certify the case as ready by July 14, 2006.

By_____
Honorable James K. Singleton
U.S. District Court Judge

### Certificate of Service

I hereby certify that on January 13, 2006, a copy of the foregoing Proposed Order Extending Deadlines By 90 Days was served electronically on Michael Cohn/Phillip P. Weidner, Esq. and on Michael Cohn/Phillip P. Weidner, Esq. by regular mail.

s/ Linda J. Johnson

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Proposed Order Extending Deadlines By 90 Days
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 1 of 1