```
John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska
```

**RECEIVED JUN 2 8 2005 WEIDNER & ASSOCIATES**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. A04-0096 CV (JKS)

## DEFENDANT'S RESPONSES TO PLAINTIFF'S FIFTH DISCOVERY REQUESTS

Defendant, Unocal Corporation, by and through its counsel of record, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, submits its response to Plaintiffs Fifth Discovery Requests to Unocal Corporation Pursuant to Federal Rule of Civil Procedure 26, 33 and 36, dated May 19, 2005, as follows:

Defendant's Responses to Plaintiff's 5th Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 1 of 4

EXHIBIT 1

## INTERROGATORIES

**INTERROGATORY NO. 1:** : Please explain what happened to the work platform in the mechanical room of the Unocal Building at 909 West 9th Avenue, Anchorage, Alaska following the accident involving Larry Grove. Specifically, please explain:

1. Where is the work platform and its parts, including bolts;

2. Who took down and/or removed the work platform (identify the individual, his job title and employer at the time of disassembly/removal of the platform, last know address and telephone number);

3. What happened to the work platform and its parts after removal from the mechanical room, including where was it stored, who had custody, how long it was stored, and ultimately what happened to the work platform.

**ANSWER:** Unocal reserves the right to respond to this interrogatory when the court rules on the outstanding motions.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Please provide any and all documents responsive to Interrogatory No. 1.

**RESPONSE:** See Answer to Interrogatory No. 1.



DATED at Anchorage, Alaska, this 27th day of June, 2005.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
John B. Thorsness, #8211154

## VERIFICATION

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

I, _____, the _____ of defendant Unocal Corporation, being first duly sworn upon oath, depose and state:

1. I have read the foregoing discovery requests propounded by plaintiff and understand the contents thereof;

2. I have responded to the foregoing discovery requests, and signed this Verification freely and voluntarily for the purposes set forth therein in my capacity as the _____ of Unocal Corporation.;

3. I verify that the information contained herein is true and to the best of my knowledge; and

4. I verify that I have provided all the information known to me at this time and that I am under an obligation to up-date and supplement my responses in

the future if any answer is found to be incorrect or I gain additional information which would change any answer.

DATED at Anchorage, Alaska, this ___ day of June, 2005.

_____

SUBSCRIBED AND SWORN to before me this ____ day of _____ 2005.

_____
Notary Public in and for the State of Alaska
My Commission Expires:_____

Certificate of Service:

I certify that a copy of this document was mailed ✓, faxed ____, hand delivered ____ on June 20, 2005, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____

EXHIBIT ___1___

Defendant's Responses to Plaintiff's 5th Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 4 of 4

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586