

LAW OFFICES
**PHILLIP PAUL WEIDNER AND ASSOCIATES**
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

December 9, 2005

John Thorsness
Clapp Peterson Van Flien
Tiemessen & Thorsness, LLC
711 H St., Suite. 620
Anchorage, AK 99501-3454

*Via fax to 272-9586
& U.S. Mail*

Linda Johnson
Clapp Peterson Van Flein
Tiemessen & Thorsness, LLC
711 H St., Suite. 620
Anchorage, AK 99501-3454

*Via fax to 272-9586
& U.S. Mail*

Re:   Grove v. Unocal
      Case No. A04-0096 CV (JKS)

Dear Mr. Thorsness and Ms. Johnson:

Your answer (dated June 27, 2005) to Interrogatory No. 1 and Request for Production No. 1 to *Plaintiffs' Fifth Discovery Requests* was improper and non-responsive. The information requested is highly relevant to this litigation. Please answer the requests by December 13, 2005, or I will be forced to file a Motion to Compel.

Sincerely,

WEIDNER & ASSOCIATES, Inc.
*A Professional Corporation*

Michael Cohn
Attorney at Law

MC/ngb

EXHIBIT 2