*Grove - Corresp*

# CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
— LLC —


FILE COPY
FAIRBANKS

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Laura S. Gould
John P. Wood
Linda J. Johnson
Liam J. Moran, Of Counsel

RECEIVED

DEC 1 2 2005

WEIDNER & ASSOCIATES

John J. Tiemessen
David A. Carlson
Marcus R. Clapp, ret.

December 12, 2005

VIA FAX
278-6571

Michael Cohn
Weidener & Associates
330 L Street
Anchorage, AK 99501

Re: *Grove v. Unocal*
Our File No. 5759-4

Dear Michael:

Today I received your letter dated December 9, 2005 demanding a new response to an interrogatory and a request for production by tomorrow or you would move to compel. The letter was apparently faxed at "18:28" meaning you faxed it after normal work hours on Friday. Since you have had the responses since June 27, 2005, I believe that a one day demand for us to respond is not sufficient notice. We will review the responses and try to get an answer to you by the end of the week.

Sincerely,

Linda J. Johnson

cc: John B. Thorsness

EXHIBIT 3

711 H Street, Suite 620 · Anchorage, Alaska 99501-3454
phone · 907-272-9272   email · anch@cpsattorneys.com   fax · 907-272-9586