# CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
### LLC

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Laura S. Gould
John P. Wood
Linda J. Johnson
Liam J. Moran, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

December 16, 2005

**VIA FAX:** 278-6571

Michael Cohn, Esq.
Weidner & Associates
330 L Street
Anchorage, AK 99501

Re: *Grove v. Unocal*
Our File No. 6200-1

Dear Mike:

Thank you for discussing deposition scheduling with me earlier this week. It is my understanding that you still wish to depose as many of the Unocal employees you had previously identified. We will work with your office to get these depositions arranged.

We also discussed the depositions of Larry Grove's treating doctors. You indicated that you wished to take a videotaped deposition of Dr. Chang and possibly Dr. Goetz. If you can set those for mid-January, we'd appreciate it.

Finally, expert reports are due on January 23. We need to agree on a protocol for testing the bolts. Please contact this office with any suggestions. I will be out of the office the next two weeks, as will John. However, our paralegal will be here and will monitor the mail. Your office may work with her on these issues.

Happy holidays.

Sincerely,

Linda J. Johnson

EXHIBIT 3-A

711 H Street, Suite 620 · Anchorage, Alaska 99501-3454
phone · 907-272-9272    email · anch@cpsattorneys.com    fax · 907-272-9586

12-16-05