Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNOCAL CORPORATION<br><br>　　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. Case No. A04-0096 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

The Court having considered plaintiffs' Motion to Compel Discovery, the Opposition and Reply, Orders as follows:

1.　The supplemental responses to plaintiffs' Fifth Discovery Requests shall be verified within ____ days;

2.　Unocal shall also set froth what search/effort was made to respond to the discovery request, including the names, job titles, job position of the people from Unocal who actually made search inquiry or efforts to answer the request, including any other individuals

contacted, (including but not limited to Unocal and Siemens Building Technologies, Inc.'s past and present employees) and what records, if any, were searched. Said response shall be due in ____ days; and

    3.    The individual or individuals verifying the supplemental responses, and any individual identified in paragraph 2 above, shall be made available for deposition.

DATED:_____

                         UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE
I hereby certify that on January 19, 2006 a copy of the foregoing Proposed Order was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Phillip Paul Weidner