John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>         Plaintiffs,<br><br>   vs.<br><br>UNOCAL CORPORATION,<br><br>         Defendant. | Case No. A04-0096 CV (TMB) |

**SURREPLY TO PLAINTIFFS' MOTION TO COMPEL
DISCOVERY FROM DEFENDANT UNOCAL**

Defendant Union Oil Company of California (Unocal) and requests that the Court delay a ruling on Plaintiffs' Motion to Compel.  New factual developments in the case should be presented to the Court prior to any decision on the merits of the motion.  Unocal intends to file a motion for sanctions as soon as it receives a copy of a deposition taken Friday, March 3, 2006.  The facts presented therein directly reflect upon the merits of plaintiff's motion.  Therefore, Unocal

Surreply to Motion to Compel
Grove v. Unocal, Case No. A04-0096 CV (TMB)
Page 1 of 2

1  requests that the Court postpone ruling until all issues have be13th day of March,

2  2006.

3        CLAPP, PETERSON, VAN FLEIN,
         TIEMESSEN & THORSNESS, LLC
4        Attorneys for Defendant Unocal

6        s/ Linda J. Johnson
         CLAPP, PETERSON, VAN FLEIN,
7        TIEMESSEN & THORSNESS LLC
         711 H Street, Suite 620
8        Anchorage, AK  99501-3454
         Phone:  (907) 272-9631
9        Fax:  (907) 272-9586
10       Direct email:  ljj@cplawak.com
         Alaska Bar No. 8911070

12                    Certificate of Service

13  I hereby certify that on March 13, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

15                    s/ Linda J. Johnson

Surreply to Motion to Compel
Grove v. Unocal, Case No. A04-0096 CV (TMB)
Page 2 of 2

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586