MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Grove, et al. v. Unocal*
Case No. 3:04-cv-0096-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Defendant requests that the Court delay a ruling on Plaintiffs' motion to compel. Docket No. 42. Defendant posits that new factual developments have come to light which bear on the motion to compel and which it will present to the Court in further filings.

**IT IS THEREFORE ORDERED:**

The request for a delayed ruling on the motion to compel at **Docket No. 42** is **GRANTED**. Defendant shall file a supplemental response to the motion to compel **on or before Thursday, March 30, 2006.** Should Plaintiffs elect to file a supplemental reply to the supplemental response, such filing shall be **on or before Thursday, April 6, 2006.** Unless good cause is shown, the Court will not entertain further requests for extensions or delay.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  March 15, 2006