Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>        Plaintiffs,<br>  v.<br><br>UNOCAL CORPORATION,<br><br>        Defendant. | Case No. Case No.A04-0096 CV (JKS)<br><br>**MOTION TO AMEND COMPLAINT** |

      COME NOW plaintiffs, LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE, a minor (DOB 1-21-88), by and through his natural father, LAWRENCE H. GROVE, by and through counsel, Phillip Paul Weidner of Phillip Paul Weidner & Associates, Inc., a Professional Corporation; and hereby move the court, pursuant to Federal Rules of Civil Procedure 15(a), (b), (c) and (d) to amend plaintiffs' Complaint in this matter. First, plaintiffs seek to correct any confusion as to the

defendant or defendants in this action by amending the Complaint under Federal Rules of Civil Procedure 15(c)(3) to add/correct/state with more specificity as defendants, certain Unocal entities. There would be no prejudice to the defendants, as these other Unocal entities have actually been aware of this lawsuit from the beginning, and have been participating in this action. There may be a claim that the Unocal defendant that had originally been named in the Complaint is not named with sufficient specificity to be charged as the actual owner of the Unocal building in Anchorage. However, in all the pleadings and in the discovery responses, the defendants have consistently referred to themselves as Unocal. In addition, many of the discovery answers have been provided by Union Oil Company of California, which is one of the entities being added as a defendant in this action. Furthermore, several of the pleadings that were filed by the defendant were filed on behalf of defendant Unocal Alaska, which defendants now admit is a d/b/a for Union Oil Company of California. There has been a merger or blending of the different Unocal entities, such that there will be no prejudice to relate back the claims against Unocal Corporation to other Unocal entities, including Union Oil Company of California. In addition, subsequent to the Complaint being filed, it has been learned that the defendants have been merged or purchased by Chevron Corporation, and under Federal

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

Rules of Civil Procedure 15(d) the plaintiffs are adding as an additional defendant Chevron Corporation, which is a successor or new owner of the Unocal entities, and thus is a proper party in this action.

Plaintiffs also seek to add a new claim for spoliation of evidence. The plaintiffs have recently confirmed, at the deposition of a Unocal employee, that defendant has destroyed the crucial evidence in this matter, that is, the work platform which collapsed injuring plaintiff Larry Grove on September 9, 2002. Thus, this Motion to Amend the Complaint also seeks to add a specific claim of spoliation of evidence, and it is proper to do to conform to the evidence under Federal Rules of Civil Procedure 15(b).

Under the broad pleading practice in regard to Complaints, the plaintiffs sufficiently alleged a number of different claims against Unocal, which encompass negligence, premises liability, strict liability, and punitive damages. In the Amended Complaint, plaintiffs are setting out all of these different claims in numbered causes of action for additional clarity. However, all of these claims, other than the spoliation of evidence, are matters that have already been set forth in the original pleading.

Plaintiffs respectfully request that the court grant the Motion to Amend Complaint for the reasons set forth above and in

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

the attached Memorandum of Law, and exhibits attached thereto.

     RESPECTFULLY SUBMITTED this 27th day of March, 2006.

                       WEIDNER & ASSOCIATES, INC.
                       Counsel for Plaintiffs

                       s/ Phillip Paul Weidner
                       WEIDNER & ASSOCIATES, INC.
                       330 L Street, Suite 200
                       Anchorage, AK  99501
                       Phone (907) 276-1200
                       Fax (907) 278-6571
                       E-mail: jgreene@weidner-justice.com
                       ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on March 27, 2006 a copy of the foregoing Plaintiff's Motion to Amend Complaint was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571