Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>v.<br><br>UNOCAL CORPORATION<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. Case No.  A04-0096 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF
PLAINTIFFS' MOTION TO AMEND COMPLAINT**

STATE OF ALASKA            )
                           )  ss.
THIRD JUDICIAL DISTRICT    )

MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

1.  I am an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., attorneys of record for plaintiffs in this matter. I am licensed to practice law in the State of Alaska;

2.  Attached hereto as Exhibits 1, 2, and 3 are defendants' verifications to various discovery responses on behalf of defendant Unocal Corporation and defendant Union Oil Company of California, Exhibits 4 and 5 are Responses to plaintiffs' First Discovery Requests, Interrogatory No. 1, Response to plaintiffs' Seventh Discovery Requests, Interrogatory No. 2, and Exhibits 6, 7 and 8 are the first pages of pleadings by defendant identifying defendant as Unocal Alaska;

3.  Attached hereto as Exhibit 9 are OSHA records showing different references to Unocal, Unocal Alaska, Unocal 76, Inc., Unocal Alaska Resources and Union Oil Company of California;

4.  Mr. Crapps admitted at his deposition of March 3, 2006 to dismantling and throwing away the brackets and hardware for the work platform, and storing the planks, which somehow later disappeared;

5.  Former Unocal employee, Archie Cook, referred to Unocal Alaska as a DBA for Unocal Corporation in his March 15, 2006 deposition.

6.  In various pleadings and discovery responses, Unocal has referred to itself as defendant Unocal Alaska, defendant Union Oil Company of California, and defendant Unocal Corporation;

7.  On information and belief, Chevron Corporation has acquired Unocal.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Michael Cohn
ABA 8506049

Affidavit of Michael Cohn                                                                 Page 2

      SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned as such, this ____27th____ day of March, 2006.

                                                    */s/ Rita Backer*
                                     Notary Public in and for the State of Alaska
                                     My Commission Expires: 7-25-09

TEL. 907/276-1200 • FAX 907/278-6571
LAW OFFICES OF PHILLIP PAUL WEIDNER AND ASSOCIATES, APC
330 L STREET, SUITE 200 • ANCHORAGE, ALASKA 99501

Affidavit of Michael Cohn                                                   Page 3