FILE COPY

# VERIFICATION CERTIFICATE

STATE OF ALASKA           ) ss.
THIRD JUDICIAL DISTRICT   )

I, Marc Bond, being first duly sworn upon oath, deposes and states that I am the Assistant Counsel at Unocal Corp. in Anchorage, Alaska. I have reviewed the answers to interrogatories, contained in Plaintiffs' Second Discovery Requests to Unocal Corporation, dated September 1, 2004 (mailed on September 3, 2004), and to the best of my knowledge and belief, the answers are true and complete.

By: Marc Bond
Its: Assistant Counsel

SUBSCRIBED AND SWORN TO THIS 11 day of October, 2004, at Anchorage, Alaska.

Notary in and for the State of Alaska
My commission expires: 4-2-05

LANE
POWELL
SPEARS
LUBERSKY
LLP

Law Offices
Suite 301
301 W. Northern Lights Blvd.
Anchorage, AK
99503-2648

(907) 277-9511
Telephone

(907) 276-2631
Facsimile

Exhibit 1
page 1 of 1

Responses to Plaintiffs' Second Discovery Requests
*Groves, et al., v. UNOCAL Corporation* (Case No. A04-0098 CV (JKS)

Page 4 of 4