## VERIFICATION

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

I, KEVIN TABLER, the Land Manager of defendant Union Oil Company of California, being first duly sworn upon oath, depose and state:

1. I have read the foregoing answer to interrogatory propounded by plaintiff and understand the contents thereof;

2. I have responded to the foregoing interrogatory and signed this Verification freely and voluntarily for the purposes set forth therein in my capacity as the Land Manager of Union Oil Company of California;

3. I verify that the information contained herein is true and to the best of my knowledge; and

4. I verify that I have provided all the information known to me at this time and that I am under an obligation to up-date and supplement my responses in the future if any answer is found to be incorrect or I gain additional information which would change any answer.

DATED at Anchorage, Alaska, this 10 day of January, 2006.

_____
Kevin A. Tabler

SUBSCRIBED AND SWORN to before me this 10th day of January 2006.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 8-29-06

Unocal's Responses to Plaintiffs' Sixth Discovery
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 6 of 6

Exhibit 2
page 1 of 1

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586