## VERIFICATION

STATE OF ALASKA                )
                               ) ss.
THIRD JUDICIAL DISTRICT        )

I, Kevin A. Tabler, the Land Manager of defendant Union Oil Company of California, being first duly sworn upon oath, depose and state:

1. I have read the foregoing answers to interrogatories propounded by plaintiff and understand the contents thereof;

2. I have responded to the foregoing interrogatories and signed this Verification freely and voluntarily for the purposes set forth therein in my capacity as the Land Manager of Union Oil Company of California;

3. I verify that the information contained herein is true and to the best of my knowledge; and

4. I verify that I have provided all the information known to me at this time and that I am under an obligation to up-date and supplement my responses in the future if any answer is found to be incorrect or I gain additional information which would change any answer.

DATED at Anchorage, Alaska, this 26th day of January, 2006.

_____
Kevin A. Tabler

SUBSCRIBED AND SWORN to before me this 26th day of January, 2006.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 8-29-06



711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Defendant's Responses to Plaintiffs' Seventh Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 6 of 6

Exhibit 3
page 1 of 1