FILE COPY

RECEIVED

OCT 0 4 2004

WEIDNER & ASSOCIATES

Brewster H. Jamieson, ASBA No. 8411122
Shannon W. Martin, ASBA 0105028
LANE POWELL SPEARS LUBERSKY LLP
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> v. <br><br> UNOCAL CORPORATION, <br><br> Defendant. | Case No. A04-0096 CV (JKS) <br><br> **DEFENDANT'S RESPONSES TO PLAINTIFFS FIRST DISCOVERY REQUESTS** |

COMES NOW defendant, by and through counsel, pursuant to Civil Rules 33, 34, and 36, and hereby responds to the following discovery requests:

### INTERROGATORIES

<u>INTERROGATORY NO. 1</u>: Please set out:

a. If you own the building at 909 West 9th Avenue, set out how long you have owned the building (and if not the owner, identify all owners since the building was constructed, and years of ownership);

b. when the building was constructed, and by whom;

c. the person or persons most knowledgeable concerning the work platform/ scaffold involved in the accident in which Larry Grove was injured, including current or retired Unocal employees, and last known address and telephone number;

Exhibit 4
page 1 of 2

10.4.04

  d. The location of building records for the building, including any and all archives wherein records concerning the procurement of materials and supplies for erecting the work platform/scaffold subject of this litigation may be located. If no such records exist, please explain.

ANSWER:

  a. Unocal has been the sole owner of the described office building since approximately 1969.

  b. Upon information and belief, M-B Contracting Company constructed the described office building in 1969.

  c. Upon information and belief, plaintiff and his employer, Siemens Building Technologies, Inc., are the most knowledgeable concerning the subject work platform/scaffold.

  d. Objection. Overly broad with respect to the term "building records." Without waiving the foregoing objection, any and all records pertaining to the erection and construction of the Unocal office building are kept at the Unocal office building. However, because Unocal did not erect the subject platform/scaffold, questions pertaining to the location of records concerning procurement of materials and supplies in connection therewith should be directed to the parties most knowledgeable concerning the subject platform/scaffold as identified above.

INTERROGATORY NO. 2: Please identify the owner of the work platform/scaffold involved in the accident.

ANSWER: Upon information and belief, Siemens Building Technologies, Inc. is the owner of the described platform/scaffold.

INTERROGATORY NO. 3: If your answer to any request for admission is not an unqualified admission, please explain.

ANSWER: See individual responses to requests for admissions.

## REQUESTS FOR ADMISSION

REQUEST FOR ADMISSION NO. 1: Please admit Unocal was the owner of the work platform/scaffold involved in the accident in which Larry Grove was injured as of the date of his injury.

RESPONSE: Denied. Please see response to Interrogatory No. 2.

LANE
POWELL
SPEARS
LUBERSKY
LLP

Law Offices

Suite 301
301 W. Northern Lights Blvd.
Anchorage, AK
99503-2648

(907) 277-9511
Telephone

(907) 276-2631
Facsimile

**Defendant's Responses to Plaintiff's First Discovery Requests**
*Groves, et al., v. UNOCAL Corporation (Case No. A04-0098 CV (JKS))*

Exhibit 4
page 2 of 2

Page 2 of 5