Charles Arnett may have responded to a telephone call from Plaintiff requesting assistance. Mr. Arnett was the Building Manager in September 2002, and may have entered the mechanical room and/or the filter room in that capacity.

Defendant believes that Paul Crapps removed the scaffolding from inside the filter room several days after the incident. It is believed that the metal pieces were placed in a trash can located outside the filter room. On September 9, 2002, Paul Crapps was a contract employee, working for Kelly Services.

Defendant is not aware of any photographs, videotaping, or documentation during the specified time period, except for the photographs produced by Plaintiff.

**INTERROGATORY NO. 2**: Please explain the relationship between Unocal Corporation and Unocal Alaska at the time of the accident on September 9, 2002, today, and also explain the relationship of Unocal Corporation and/or Unocal Alaska to the Unocal building at 909 West 9th Avenue, Anchorage, Alaska, including which entity owns the building, operates the building, maintains the building since the building was built until the present date.

**ANSWER**:

Objection vague, calls for a legal conclusion. Notwithstanding the objections, on September 9, 2002, Unocal Corporation was the sole shareholder of Union Oil Company of California. Union Oil Company of California owned the building located on 909 West 9th Ave.

Defendant's Responses to Plaintiffs' Seventh Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 3 of 6

Exhibit 5
page 1 of 2

"Unocal" was an unofficial DBA for Union Oil Company of California. "Unocal Alaska" was used by Union Oil Company of California as an unofficial DBA. "Unocal Alaska" was not an incorporated entity but was used informally to refer to the business conducted by Union Oil Company of California in Alaska.

**INTERROGATORY NO. 3**: Please explain the relationship between Union Oil Company of California, Unocal and/or Unocal Alaska, including but not limited to, ownership, maintenance, control, operation of the Unocal building at 909 West 9th Avenue, Anchorage, Alaska since the building was erected.

**ANSWER**:

Objection vague, calls for a legal conclusion. See answer to Interrogatory No. 2.

**INTERROGATORY NO. 4**: If you claim that plaintiffs have named the wrong Unocal entity in the Complaint, please explain.

**ANSWER**:

Objection vague, calls for a legal conclusion. See answer to Interrogatory No. 2.

Defendant's Responses to Plaintiffs' Seventh Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 4 of 6

Exhibit 5
page 2 of 2

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586