FILE COPY

John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

RECEIVED

MAY 11 2005

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>v.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. A04-0096 CV (JKS) |

**MOTION FOR RULE 37 SANCTIONS, MOTION FOR STAY
AND TO DETERMINE PROPER POSSESSION OF BOLTS**

Defendant Unocal Alaska moves the Court pursuant to Fed. R. Civ. P. 37 for an order restricting Plaintiff Lawrence Grove from any action related to the bolts alleged to have "sheared off" in the accident underlying this case and to determine who should properly possess the bolts. Plaintiff has failed to cooperate with Unocal in the discovery surrounding the bolts. Unocal requests three sanctions: 1) payment of the $38 in court reporter fees for failure to show for the deposition; 2) a

Rule 37 Motion
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 1 of 6

Exhibit 6
page 1 of 1

5-11-05