GROVE-PLGS
FILE COPY

RECEIVED
MAY 31 2005
WEIDNER & ASSOCIATES

John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

v.

UNOCAL CORPORATION,

Defendant.

Case No. A04-0096 CV (JKS)

### REPLY TO OPPOSITION TO
### MOTION FOR RULE 37 SANCTIONS, MOTION FOR STAY
### AND TO DETERMINE PROPER POSSESSION OF BOLTS

Defendant Unocal Alaska moved the Court for a three part order, asking for 1) payment of the $38 in court reporter fees for Plaintiff's failure to show for the deposition; 2) a determination that Unocal should lawfully possess the bolts and an order granting possession of the bolts to Unocal; and 3) Plaintiff's attendance at a 30(b)(6) deposition to explain the chain of custody of the bolts. Plaintiff has agreed in his opposition to pay the $38, and although no payment has yet been made,

Reply to Rule 37 Motion
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 1 of 5

Exhibit 7
page 1 of 1