FILE COPY
RECEIVED
JUN 0 6 2005
WEIDNER & ASSOCIATES

John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. A04-0096 CV (JKS) |

**STIPULATION FOR EXTENSION OF TIME TO PREPARE EXPERT REPORTS**

Defendant Unocal Alaska and Plaintiffs Lawrence, Cynthia, Sarah and Michael Grove stipulate to an extension of time in which to prepare and exchange expert reports. The current deadline for expert reports is June 23, 2005. The extension will re-set the expert report deadline at August 12, 2005. Discovery closes September 23, 2005 and the parties do not anticipate that this stipulation will change the closing date of discovery.

Stipulation For Extension re Expert Reports
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 1 of 2

Exhibit 8
page 1 of 1