# FREEDOM OF INFORMATION REQUEST FORM

Date: 7/8/05

Records Custodian
State Of Alaska
Department of Labor & Workforce Development
Division of Occupational Safety & Health
3301 Eagle Street, Suite 305
Anchorage, Alaska 99501

I understand there will be a $.25 charge per Xeroxed page. I am requesting copies of the documents regarding the following information:

Company Name: Unocal 76 Incorporated
Company Site Address: 909 W. 9th Ave., Anchorage, AK 99519-6247
Inspection Number: 305757577
Person in Accident: LAWRENCE H. GROVE
Date of Accident: 9/9/02

- ☐ Citation and Notice of Penalty
- ☐ Safety or Health Narrative
- ☐ Complaint
- ☒ Entire Case File
- ☒ Reprinted Photos ($.70)
- ☐ Xeroxed Photos ($.25)
- ☐ Video Tape ($5.00)
- ☐ Other _____

Comments: We represent Unocal and request copies of all investigative files. We understand there were interviews taken of Unocal employees prior to the issuance of the citations. We request copies of the witness statements, and notes, and any recordings.

Printed Name: VICTORIA LB HOMAN
Signature: Victoria B Homan
Address: Clapp Peterson
711 H Street, Ste 620
ANCHORAGE, AK 99501
Phone Number: 907-272-9266

Date: July 8, 2005

Exhibit 9
page 1 of 9

LG00727

This Report Requested for Tom Scanlon

## COMPANY HISTORY

For:

1. Unocal Alaska, Incorporated*
2. Unocal 76, Incorporated*
3. Unocal Alaska Resources Incorporated*
4. Unocal*

Unocal 76 Incorporated

Inspections Conducted From 03/06/2000 to 03/06/2003

### INSPECTION DATA

Site Address: 909 W. 9th Ave PO Box96247
Anchorage
AK 995196247

Mail Address: PO Box 196247
Anchorage
AK 99519624 7

Inspection # : 305757577
Opt. Insp. # : 022-03
CSHO ID : Z3775
Inspection Type : Unprogrammed Related
Scope: : Partial
Category : Safety
Primary SIC : 1311
Entry Date : 03/06/2003
Close Conf Date :
Infor Conf Date :
PMA Status :
PMA Date :
Case Close Date : 04/04/2003

Employee Information
In Estab : 95
Covered by Inspection : 4
Covered by Employer : 345

Establishment Ownership: Private

### VIOLATION DATA (Detail)

| V ID | Standard | Rec Code | Exp | Inst | Iss. Dt/ FTA Dt | Abatements Date Ty/Cmp | Actions Type | Penalty/ FTA Pen | Contest Date Std Abt Pen | Evnt/Act | Dates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ****** | ** **** | **** | * | **** | ********** ********** | * | | ********** | ********** * * * | * | ********** |
| S | 1910 0023 | C | 1 | 3 1 | 12/31/1899 12/31/1899 | X | | $ 1125.00 | | A | |

### RELATED ACTIVITY

Related Inspection: 305757577

Exhibit 9
page 2 of 9

LG00730

```
Criteria File: lp                                                              Page: 1
                                    06/23/03  12:24
                                   CASE AUDIT REPORT

INSPECTION DATA
Estab Name   : Unocal 76 Incorporated            Inspection #    : 305757577
Site Address : 909 W.9th Avenue                  Opt. Inspection #: 022-03
               Anchorage                         Supervisor ID   : J0975
               AK  99519                         CSHO ID         : Z3775
                                                 Inspection Type : Unprogrammed Related
Mail Address : P.O. Box 196247                   Entry Dt        : 03/06/03
               Anchorage                         Close Conf Dt   : 04/04/03
               AK  99519                         Infor Conf Date : 05/14/03
                                                 FMA STATUS      :
Contl Corp   : Same                              FMA DATE        :
                                                 Contest(active) : NO
                                                 Final Order     :
                                                 Case Close Dt   :

PENALTY DATA (Summary)
                    Penalty         FTA Penalty
                   **********       ***********
          Due Date  06/30/03
 Current Assessed : $  787.50   $       0.00
         Interest : $    0.00   $       0.00       PAYMENT DATA (Summary)
        Adm Fees  : $    0.00   $       0.00             Total Payments:     $  787.50
      Res Waived  :                                   Next Install Dt:
          Status  :                                   Last Install Dt:
                                                      Number of Installments: 0

                                                   PENALTY COLLECTION DATA (Summary)
                                                          Dt Transferred
                                            (Orig) DCAT                      $    0.00
                                            (FTA)  DCAT                      $    0.00
                                                   SOL

LITIGATION DATA (Detail)
             Standard                                                                Amt
   Code     Haz # Rec Exp Inst Iss. Dt/    FTA Dt    Date  Actions  Penalty/ Contest  Transferred
                          Abatements       Ty/Cmp   *******  Type   FTA Pen  Std Abt MS Pen  Evnt/Act FAP Dates
IAA-163 Nr.                                                                                           *********
**********                  1 04/30/03 05/18/03 A X                          $ 1125.00             A
                              05/18/03                                       $  787.50         I  M  05/14/03 I

PAYMENT DATA (Detail)
  1 001   1910 0023 C 01  Payment Dt    Ref/UnH        Amount Paid    FTA Paid    Total Paid
                          **********    ********      ***********    ********    **********
 08051303                  06/23/03                   $    787.50    $    0.00   $   787.50
```

Exhibit 9  page 3 of 9

LG00731

**RECEIPT**

NOTES

DATE 6/18/03   NO. 5042

RECEIVED FROM Unocal 76 Inc.

ADDRESS 909 West 9th Anch

Seven Hundred Eighty Seven 50 $787.50

FOR Disposition of Citations

305757577

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | 787.50 |
| AMT. PAID | 787.50 | CHECK | 2006853 |
| BALANCE DUE | 0 | MONEY ORDER | |

BY Donna Hinks

©1998 REDIFORM 8L808

---

BANK DELAWARE
subsidiary of Citicorp
PENN'S WAY
NEW CASTLE, DE 19720

62-20
311

Union Oil Company of California
Accounts Payable Field Disbursing

2006853

**UNOCAL 76**

Seven Hundred Eighty-Seven Dollars And 50 Cents*********************************

Date 17-JUN-03   Check Amount *******787.50

Void after six months from above date.

STATE OF ALASKA
DEPT OF LABOR
PO BOX 107020
ANCHORAGE, AK  99510-7020
United States

⑈2006853⑈ ⑆031100209⑆ 391181371⑈

Payment # 908051303

Exhibit 9
page 4 of 9

LG00734

# STATE OF ALASKA

FRANK H. MURKOWSKI, GOVERNOR

**DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT**

OCCUPATIONAL SAFETY & HEALTH
LABOR STANDARDS & SAFETY DIVISION

3301 Eagle Street, Suite 305
P.O. Box 107022
Anchorage, AK 99510-7022

PHONE: (907) 269-4940
FAX:   (907) 269-4950

## DISPOSITION OF CITATIONS PER INFORMAL CONFERENCE

ISSUANCE DATE: June 6, 2003

COMPANY NAME: Unocal 76 Inc.

INSPECTION SITE: 909 W. 9th Avenue, Anchorage, Alaska

INSPECTION: 305757577

FINAL PROPOSED PENALTIES       $  787.50

| CITATION # | AFFIRMED OR VACATED | ABATEMENT STATUS | REDUCTION % | PENALTY AMOUNT AFTER REDUCTION |
|---|---|---|---|---|
| 1. Item 2 | affirmed | completed | 30% | $ 787.50 |

cc: Inspection file

LG00735

Exhibit 9
page 5 of 9

## Informal Conference:

**Establishment Name:** Unocal 76 Inc.

**Inspection Number:** 305757577

**Optional Report Number:** Z3775-022-03

**Date of Inspection:** 03/06/03

**Date Informal Requested:** 05/02/03

**Date Informal Held:** 05/14/03

**Contest Period End Date:** 05/21/03

**Notice Of Contest Received:** 05/02/03

**Process for Contest:** No

**Date Typed:** 05/15/03

**Persons In Attendance:**
Ken Burns Sr. Drilling Safety Advisor, Roxanne M. Sinz Manager Public Affairs, and Marc Bond Assistant Counsel for Unocal
John Stallone, CHIEF AKOSH (Acting)
Scott Devry, Federal OSHA Region X

8AAC 61.155. Informal Conference Procedures read/explained to all in attendance. 8AAC 61.150, Contests Before The Board, read/explained to all in attendance. Management Representatives were asked if they wanted to discuss citations, items, penalties or abatement dates.

**Conference Summary:** Mr. Burns tried to make an argument that the violation was not serious but I had to disagree. The employee involved in the incident was injured and the injuries although serious could have been much worse. I explained that lowering the violation to an "other than serious" was not an option. Mr. Burns did ask for a reduction in the penalty and we agreed to a 30 percent reduction in the penalty. The new penalty amount will be $787.50. No other changes were made.

Page 1 of 1 page    OSH 43 S 05/15/03

LG00737

Exhibit 9
page 6 of 9

Unocal Alaska
909 W. 9th Street
Anchorage, Alaska 99501

May 2, 2003

Alaska Department of Labor and Workforce Dev.
Occupational Safety & Health
P.O. Box 107022
Anchorage, Alaska 99510

Subject: Request for Informal Conference
Inspection No. 305757577

An informal conference is requested to discuss the above inspection. One of the following dates is requested: May 12 or 13. Please advise us as to time and date.

I will be out of the office through May 9, please respond to Marc Bond, Assistant Counsel at Telephone No. 263-7813 or Fax: 263-7929.

Cordially,

Ken Burns
Sr. Safety Advisor

LG00738

Exhibit 9
page 7 of 9

LPHA CODE _____     CSHO _T. SCONZO_
                      REVIEWER
                      REVIEW DATE: 4/9/03

## CASE FILE REVIEW CHECKLIST

ESTABLISHMENT NAME: _UNOCAL ALASKA_    SIC _1311_
SITE ADDRESS: _909 W 9TH AVE ANCH_    INSPECTION #. (IMIS) _305757577_

☒ SAFETY    ☐ HEALTH    ☐ PUBLIC SECTOR    ☒ PRIVATE SECTOR

TARGETING LIST  ☐ No  ☐ Yes  Which List _____
LEP _____  NEP _____   ☐ AK10  ☐ AKS  ☐ AKS

INSPECTION TYPE
☐ Programmed      ☐ Fatality       PARTIAL INSPECTION ☒    Not Marked ☐
☐ Complaint       ☐ Catastrophe    COMPREHENSIVE INSP ☐    Not Marked ☐
☐ Referral        ☐ Follow-up
☒ Unprogrammed Related (State Only)

OPENING CONFERENCE DATE _3/6/03_    CLOSING CONFERENCE DATE _4/4/03_

DAYS ON SITE _2_    CONTROLLED BY EMPLOYER _345_

UNION: ☐ Yes  ☒ No  Info _____    COVERED BY THIS INSPECTION _4_

NAV ☐ Yes  ☒ No    EMPLOYER TYPE _OIL PRODUCTION_

OSHA 200 Logs ☒ Yes  ☐ No  Reason _____
FOLLOW-UP BOX CORRECTLY MARKED?  ☐ Yes  ☐ No

REDUCTION FACTORS    SIZE            GOOD FAITH         HISTORY
                     ☐ Okay ☒ No     ☒ Okay ☐ No        ☒ Okay ☐ No

| VIO# | | | VIOLATION CLASSIFICATION | | CORRECT STD CITED? | | HIGH GRAVITY | | PENALTY ASSESSMENT | | | | VIOLATION SUBJECT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | REDUCTION FACTORS CORRECT | | ABATEMENT VERIFIED | | |
| Cit | Item | Insp Class | According to OSHA | Yes | No | Yes | No | Yes | No | Yes | No | | |
| 1 | 01 | S | ✓ | ✓ | | ✓ | | ✓ | | | | | UNCOVERED PLATFORM |

COMMENTS: _____

**LG00746**

Exhibit _9_
page _8_ of _9_

Form Revised: 03/24/00 3:04 PM



Unocal Alaska
Union Oil Company of California
909 West 9th Avenue, P.O. Box 196247
Anchorage, Alaska 99519-6247
Telephone (907) 276-7600

# UNOCAL 76

March 7, 2003

Mr. Tom Scanlon
Safety Enforcement
OSHA
State of Alaska
Department of Labor
 & Workforce Development
P.O. Box 107022
Anchorage, AK 99510-7022

Dear Mr. Scanlon:

Following our discussion of Thursday, March 6, 2003 the following is provided:

- ~~Safety meeting minutes from Anchorage office from past year: no minutes provided. All safety meetings (with minutes) occur for offshore facilities only.~~ As a result of this, quarterly safety meetings (see attached sample agenda) will be implemented for Anchorage office.
- 200 & 300 logs for past 3 years: provided.
- ~~Periodic safety inspections: nothing provided. A system for the Anchorage office will be implemented.~~
- Siemen's contract: most current provided. The earliest contract we have with them is dated July, 1994.
- Steve Noey's company name: SJA Properties LLC
- Contact for Don Akers': 907/248-1475 (Sterling)

I also provided you with a copy of our Emergency Procedures for the Anchorage office.

Thank you.

Very truly yours

Roxanne M. Sinz
Roxanne M. Sinz

LG00757

Exhibit 9
page 9 of 9