Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, <br><br>　　　　　Plaintiffs, <br>　　v. <br><br>UNOCAL CORPORATION, <br><br>　　　　　Defendant. | Case No. Case No.A04-0096 CV (JKS) |

**RULE 37 MOTION FOR DEFAULT AGAINST DEFENDANT AS SANCTION FOR WILLFUL BAD FAITH NON-COMPLIANCE WITH DISCOVERY AND/OR ORDER COMPELLING DISCLOSURE/DISCOVERY**

COME NOW plaintiffs, LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE, a minor (DOB 1-21-88), by and through his natural father, LAWRENCE H. GROVE, by and through counsel, Phillip Paul Weidner of Phillip Paul Weidner & Associates, Inc., a Professional Corporation; and hereby move the court, pursuant to Federal Rules of Civil Procedure 37, for

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

sanctions of default judgment against defendant Unocal for spoliation of evidence, that is, the dismantling and destruction of the critical evidence, that is the work platform and its crucial components, when they knew, or should have known, that Mr. Grove would foreseeably file a lawsuit, which followed an investigation by OSHA in which Unocal would be cited for safety violations, and for willful bad faith non-compliance with discovery, which undermines the integrity of the discovery process and calls for a sanction of default for the utter complete failure to cooperate in the discovery process. Alternatively, plaintiffs request that defendants be compelled to answer all the discovery it has failed to respond to.  This Motion is supported by the accompanying Memorandum of Law, Affidavit of Counsel, and exhibits attached thereto.

RESPECTFULLY SUBMITTED this 28th day of March 2006.

           WEIDNER & ASSOCIATES, INC.
           Counsel for Plaintiffs

           s/ Phillip Paul Weidner
           WEIDNER & ASSOCIATES, INC.
           330 L Street, Suite 200
           Anchorage, AK  99501
           Phone (907) 276-1200
           Fax (907) 278-6571
           E-mail: jgreene@weidner-justice.com
           ABA 7305032

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

CERTIFICATE OF SERVICE
I hereby certify that on March 28, 2006 a copy of the foregoing **RULE 37 MOTION FOR DEFAULT AGAINST DEFENDANT AS SANCTION FOR WILLFUL BAD FAITH NON-COMPLIANCE WITH DISCOVERY AND/OR ORDER COMPELLING DISCLOSURE/DISCOVERY** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571