Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE, <br><br>          Plaintiffs, <br><br>     v. <br><br> UNOCAL CORPORATION <br><br>          Defendant | Case No. A04-0096 CV (JKS) |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT RE: PLAINTIFFS' RULE 37 MOTION FOR DEFAULT AGAINST DEFENDANT AS SANCTION FOR WILLFUL BAD FAITH NON-COMPLIANCE WITH DISCOVERY AND/OR ORDER COMPELLING DISCLOSURE/DISCOVERY**

COME NOW plaintiffs, LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE, a minor (DOB 1-21-88), by and through his natural father, LAWRENCE H. GROVE, by and through counsel, Phillip Paul Weidner of Phillip Paul Weidner & Associates, Inc., a Professional Corporation; and hereby request

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571

an opportunity to be heard in Oral Argument as to the above referenced motion. Argument is crucial on this motion, as the discovery process has been jeopardized, and the parties need a chance to be heard on these important issues.

RESPECTFULLY SUBMITTED this 28th day of March 2006.

>WEIDNER & ASSOCIATES, INC.
>Counsel for Plaintiffs
>
>s/ Phillip Paul Weidner
>WEIDNER & ASSOCIATES, INC.
>330 L Street, Suite 200
>Anchorage, AK  99501
>Phone (907) 276-1200
>Fax (907) 278-6571
>E-mail: jgreene@weidner-justice.com
>ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on March 28, 2006 a copy of the foregoing PLAINTIFFS' REQUEST FOR ORAL ARGUMENT RE: PLAINTIFFS' RULE 37 MOTION FOR DEFAULT AGAINST DEFENDANT AS SANCTION FOR WILLFUL BAD FAITH NON-COMPLIANCE WITH DISCOVERY AND/OR ORDER COMPELLING DISCLOSURE/DISCOVERY was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571