**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF
PLAINTIFFS' MEMORANDUM IN SUPPORT OF RULE 37 MOTION FOR
DEFAULT AGAINST DEFENDANT AS SANCTION FOR WILLFUL BAD FAITH
NON-COMPLIANCE WITH DISCOVERY AND/OR ORDER COMPELLING
DISCLOSURE/DISCOVERY**

Filed Conventionally