FILE COPY
RECEIVED
OCT 0 4 2004
WEIDNER & ASSOCIATES

Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL SPEARS LUBERSKY LLP
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

Plaintiffs,

v.

UNOCAL CORPORATION,

Defendant.

Case No. A04-0096 CV (JKS)

RESPONSES TO PLAINTIFFS'
SECOND DISCOVERY REQUESTS

Defendant, by and through counsel, provide the following answers and responses to Plaintiffs' Second Discovery Requests to Unocal Corporation Pursuant to Federal Rule of Civil Procedure 33, 34, and 36, dated September 1 and mailed on September 3, 2004:

REQUESTS FOR ADMISSION

REQUEST FOR ADMISSION NO. 1: Please admit that the work platform that collapsed when Larry Grove was on it has never been evaluated to determine that it is safe for use by individuals standing on it while changing air filters for the UNOCAL Building.

RESPONSE: Objection. Assumes facts not in evidence. Discovery has just begun in this matter, and there is no objective evidence to show that the subject platform "collapsed" while plaintiff "was on it." Without waving the foregoing, the request is neither admitted nor denied. Upon information and belief, plaintiff's employer, Siemens Building Technologies, Inc. erected the subject platform in connection with performance of HVAC services. Unocal does not have

LANE
POWELL
SPEARS
LUBERSKY
LLP

Law Offices

Suite 301
301 W. Northern
Lights Blvd.
Anchorage, AK
99503-2648

(907) 277-9511
Telephone

(907) 276-2631
Facsimile

EXHIBIT 2

10·4·04

knowledge of the extent and nature of any inspections, evaluations and/or maintenance that Siemens performed in connection therewith.

REQUEST FOR ADMISSION NO. 2: Please admit that the work platform that collapsed when Larry Grove was on it in the UNOCAL Building has not been periodically checked for safety.

RESPONSE: Objection. Assumes facts not in evidence. Discovery has just begun in this matter, and there is no objective evidence to show that the subject platform "collapsed" while plaintiff "was on it." Without waving the foregoing, the request is neither admitted nor denied. Please see response to Request for Admission No. 1.

REQUEST FOR ADMISSION NO. 3: Please admit that you knew that the work platform that collapsed when Larry Grove was on it in the UNOCAL Building was constructed/bolted to the wall for the purpose of enabling individuals to change the air filters for the UNOCAL Building.

RESPONSE: Objection. Assumes facts not in evidence. Discovery has just begun in this matter, and there is no objective evidence to show that the subject platform "collapsed" while plaintiff "was on it." Without waving the foregoing, the request is neither admitted nor denied. Upon information and belief, plaintiff's employer, Siemens Building Technologies, Inc. erected the subject platform in connection with performance of HVAC services. However, Unocal does not have knowledge concerning the equipment that Seimens used to carry out such services, nor the purposes therefor.

REQUEST FOR ADMISSION NO. 4: Please admit that you knew that the work platform that collapsed when Larry Grove was on it in the UNOCAL Building was being used by workmen to stand on and change the air filters.

RESPONSE: Objection. Assumes facts not in evidence. Discovery has just begun in this matter, and there is no objective evidence to show that the subject platform "collapsed" while plaintiff "was on it." Without waving the foregoing, the request is neither admitted nor denied. Please see response to Request for Admission No. 3.

## INTERROGATORIES

INTERROGATORY NO. 1: If any of your answers to Request for Admission 1 through 4 are other than an unqualified admission, please explain.

LANE
POWELL
SPEARS
LUBERSKY
LLP

*Law Offices*

*Suite 301
301 W. Northern
Lights Blvd.
Anchorage, AK
99503-2648*

*(907) 277-9511
Telephone*

*(907) 276-2631
Facsimile*

**Responses to Plaintiffs' Second Discovery Requests**
*Groves, et al., v. UNOCAL Corporation (Case No. A04-0098 CV (JKS)*


EXHIBIT 2

Page 2 of 4

ANSWER: See individuals responses to requests for admissions.

DATED this 4th day of October, 2004.

LANE POWELL SPEARS LUBERSKY LLP<br>
Attorneys for Defendant<br><br>
By _____<br>
Shannon W. Martin, ASBA No. 0105028

I certify that on October 4, 2004, a copy of the foregoing was served by hand on:

Phillip Paul Weidner, Esq.
Law Offices of Phillip Paul Weidner
330 L Street, Suite 200
Anchorage, Alaska 99501-5916

_____
Nanci L. Biggerstaff, CPS, PLS
017351.0039/143706.1

LANE
POWELL
SPEARS
LUBERSKY
LLP

*Law Offices*

*Suite 301*
*301 W. Northern*
*Lights Blvd.*
*Anchorage, AK*
*99503-2648*

*(907) 277-9511*
*Telephone*

*(907) 276-2631*
*Facsimile*

## VERIFICATION CERTIFICATE

STATE OF ALASKA             )
                            ) ss.
THIRD JUDICIAL DISTRICT     )

    I, Marc Bond, being first duly sworn upon oath, deposes and states that I am the Assistant Counsel at Unocal Corp. in Anchorage, Alaska. I have reviewed the answers to interrogatories, contained in Plaintiffs' Second Discovery Requests to Unocal Corporation, dated September 1, 2004 (mailed on September 3, 2004), and to the best of my knowledge and belief, the answers are true and complete.

                                                      By: Marc Bond
                                                      Its: Assistant Counsel

    SUBSCRIBED AND SWORN TO THIS ____ day of October, 2004, at Anchorage, Alaska.

_____
Notary in and for the State of Alaska
My commission expires:_____

LANE
POWELL
SPEARS
LUBERSKY
LLP

*Law Offices*

*Suite 301*
*301 W. Northern*
*Lights Blvd.*
*Anchorage, AK*
*99503-2648*

*(907) 277-9511*
*Telephone*

*(907) 276-2631*
*Facsimile*

**Responses to Plaintiffs' Second Discovery Requests**
*Groves, et al., v. UNOCAL Corporation* (Case No. A04-0098 CV (JKS))    Page 4 of 4

EXHIBIT 2

FILE COPY

## VERIFICATION CERTIFICATE

STATE OF ALASKA  } ss.
THIRD JUDICIAL DISTRICT

I, Marc Bond, being first duly sworn upon oath, deposes and states that I am the Assistant Counsel at Unocal Corp. in Anchorage, Alaska. I have reviewed the answers to interrogatories, contained in Plaintiffs' Second Discovery Requests to Unocal Corporation, dated September 1, 2004 (mailed on September 3, 2004), and to the best of my knowledge and belief, the answers are true and complete.

By: Marc Bond
Its: Assistant Counsel

SUBSCRIBED AND SWORN TO THIS 11 day of October, 2004, at Anchorage, Alaska.

Notary in and for the State of Alaska
My commission expires: 4-2-05

LANE
POWELL
SPEARS
LUBERSKY
LLP

*Law Offices*

*Suite 301*
*301 W. Northern*
*Lights Blvd.*
*Anchorage, AK*
*99503-2648*

*(907) 277-9511*
*Telephone*

*(907) 276-2631*
*Facsimile*

**Responses to Plaintiffs' Second Discovery Requests**
*Groves, et al., v. UNOCAL Corporation* (Case No. A04-0098 CV (JKS))        Page 4 of 4