**EXHIBIT 3**

**Responses to Plaintiffs' Third Discovery Requests**

Filed Conventionally