**EXHIBIT 6**

**Defendant's Responses to Plaintiffs' Sixth Discovery Requests to Unocal Corporation**

Filed Conventionally

Case 3:04-cv-00096-TMB-DMS   Document 51-7   Filed 03/28/2006   Page 1 of 1