**EXHIBIT 8**

**Defendant's Responses to Plaintiffs' Eighth Discovery Requests**

Filed Conventionally