**EXHIBIT 9**

**Defendant's Responses to Plaintiffs' Ninth Discovery Requests**

Filed Conventionally