RECEIVED
MAR 0 1 2006
WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. A04-0096 CV (TMB)

## DEFENDANT'S RESPONSES TO PLAINTIFFS' TENTH DISCOVERY REQUESTS

Defendant, Unocal Corporation, by and through its counsel of record, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, submits its response to Plaintiffs Eighth Discovery Requests to Unocal Corporation Pursuant to Federal Rule of Civil Procedure 26, 33 and 36, dated January 27, 2006, as follows:

Defendant's Responses to Plaintiffs' Tenth Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (TMB)
Page 1 of 4

EXHIBIT 10

## INTERROGATORIES

**Interrogatory No. 1:** Please identify the full name, last known address, and telephone number, employer, job title (at date of entry and now) of each person whose name or initials appear on any Building Equipment Maintenance Logs, or any other documents that identify who went into the filter room and/or when they went into the filter room and/or what was done in the filter room.

**Answer:** Objection overbroad, burdensome, not calculated to lead to the discovery of admissible evidence.

Federal Rule 33(a) limits the number of interrogatories to "25 in number including all discrete subparts." Plaintiffs have now exceeded that number and no further interrogatories will be answered.

**Interrogatory No. 2:** Please explain what is behind the sheet metal wall opposite the wall wherein hang the filters in the filter room on the mechanical floor of the Unocal building.

**Answer:** Objection overbroad, burdensome, not calculated to lead to the discovery of admissible evidence.

Federal Rule 33(a) limits the number of interrogatories to "25 in number including all discrete subparts." Plaintiffs have now exceeded that number and no further interrogatories will be answered.

Defendant's Responses to Plaintiffs' Tenth Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (TMB)
Page 2 of 4

EXHIBIT 10

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

## REQUESTS FOR PRODUCTION

**Request For Production No. 1**: Please produce any and all Building Equipment Maintenance Logs, or any other documents that identify who went into the filter room and/or when they went into the filter room and/or what was done in the filter room.

**Response**: On January, 24, 2006, Union Oil produced all such documents in its possession and control. (DEF 01072 – DEF 01073).

**Request For Production No. 2**: Please produce any and all drawings, diagrams, schematics for the mechanical floor (the floor at the top of the Unocal building, the same floor containing the filter room wherein Larry Grove had his accident).

**RESPONSE**: Produced herewith is a blue print for the Penthouse Plan of the Union Oil Company of California Office Building. (DEF 01105).

DATED at Anchorage, Alaska, this 15 day of March, 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By_____
John B. Thorsness, #8211154

Defendant's Responses to Plaintiffs' Tenth Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (TMB)
Page 3 of 4

EXHIBIT 10

Certificate of Service:

I certify that a copy of this document was mailed _____, faxed _____, hand delivered __X__ on March __1__, 2006, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: /s/ [signature] _____

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Defendant's Responses to Plaintiffs' Tenth Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (TMB)
Page 4 of 4

EXHIBIT __10__