# EXHIBIT 11

**30(b)(6) Deposition of Siemens Building Technologies, Inc.
Designee:  Doug Schutte
taken on Friday January 3, 2006 at 2:06 p.m.**

Filed Conventionally