**EXHIBIT 12**

**Plaintiffs' rule 26 (Fifth) Supplemental Disclosures**

Filed Conventionally