**EXHIBIT 13**

**Correspondence/Letters between Weidner & Associates and Clapp, Peterson, Van Flein, Tiemessen, Thorsness starting April 1, 2005 thru March 2006 and the Deposition of Paul Crapps taken March 3, 2006 at 11:00 a.m.**

Filed Conventionally