Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>    Plaintiffs,<br>  v.<br><br>UNOCAL CORPORATION,<br><br>    Defendant. | Case No. Case No.A04-0096 CV (JKS) |

**MOTION FOR HEARING ON SHORTENED TIME**

Plaintiffs, pursuant to Local Rule 7.2(c), request a hearing on shortened time on plaintiffs' *Rule 37 Motion for Default Against Defendant as Sanction for Willful Bad Faith Non-Compliance With Discovery and/or Order Compelling Disclosure/Discovery* and plaintiffs' *Motion to Amend Complaint*. Defendant has been in willful bad faith non-compliance with discovery, either refuses to comply to plaintiffs' discovery

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

Page 1

requests or letters asking for compliance (or simply ignores plaintiffs' letters) and the integrity of the discovery process has been compromised.  Expert reports are presently due April 28, 2006, and discovery is scheduled to close May 26, 2006.  These deadlines cannot be met with defendant's continuous willful bad faith non-compliance.

In addition, given the confusion engendered by the number of different entities the defendant has referred to itself as, and the looming deadlines, plaintiffs seek to amend the Complaint to add/substitute related entities.  Finally, the recent revelations of the destruction of crucial evidence by defendant has led plaintiffs to add a claim for spoliation of evidence.

RESPECTFULLY SUBMITTED this 28th day of March 2006.

> WEIDNER & ASSOCIATES, INC.
> Counsel for Plaintiffs
>
> s/ Phillip Paul Weidner
> WEIDNER & ASSOCIATES, INC.
> 330 L Street, Suite 200
> Anchorage, AK  99501
> Phone (907) 276-1200
> Fax (907) 278-6571
> E-mail: jgreene@weidner-justice.com
> ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on March 28, 2006 a copy of the foregoing **MOTION FOR HEARING ON SHORTENED TIME** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571