Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, | ) ) ) ) ) |
| | ) Case No. Case No.  A04-0096 CV (JKS) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNOCAL CORPORATION | ) ) |
| Defendant | ) |
| _____ | ) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF
PLAINTIFFS' MOTION FOR HEARING ON SHORTENED TIME**

| | | |
|---|---|---|
| STATE OF ALASKA | ) | |
| | ) | ss. |
| THIRD JUDICIAL DISTRICT | ) | |

MICHAEL COHN, being first duly sworn under oath, deposes and states as

follows:

1.      I am an associate attorney with the law firm of Phillip Paul Weidner &

Associates, Inc., attorneys of record for plaintiffs in this matter.  I am licensed to

practice law in the State of Alaska;

2.      Phillip Paul Weidner & Associates has sent discovery requests to

defendant that have not been answered, evaded, or otherwise defendant has failed

to comply with the Federal Rules of Civil Procedure;

3.      Despite repeated letters to defense counsel requesting

compliance/cooperation/production, defendant simply has not done so;

4.      Given the many instances of non-compliance, and refusal to comply, such

compliance will only occur by court order;

5.      At the present time, expert reports are due April 28, 2006, and discovery

closes May 26, 2006.  Given the lack of compliance, it will be impossible to meet

the deadlines unless there is quick resolution by the court;

6.      This Motion on Shortened Time, as well as the underlying motions the

plaintiffs request the court to rule on, have been hand delivered to defense counsel

this date.

FURTHER AFFIANT SAYETH NAUGHT.

_____

                        Michael Cohn
                        ABA  8506049


                SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned, a Notary
Public in and for the State of Alaska, duly commissioned as such, this _____ day of March,
2006.

_____

                        Notary Public in and for the State of Alaska
                        My Commission Expires:  _____