**Corrected EXHIBIT 13**

**Correspondence/Letters between Weidner & Associates and Clapp, Peterson, Van Flein, Tiemessen, Thorsness starting April 1, 2005 thru March 2006**

Filed Conventionally