# EXHIBIT 14

**Transcript of Videotaped Deposition of Paul Crapps
Taken on March 3, 2006 at 11:00 a.m.**

Filed Conventionally