Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNOCAL CORPORATION<br><br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. Case No. A04-0096 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF
PLAINTIFFS' MOTION FOR HEARING ON SHORTENED TIME**

STATE OF ALASKA　　　　　)
　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　 )

　　　　MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

1. I am an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., attorneys of record for plaintiffs in this matter. I am licensed to practice law in the State of Alaska;

2. Phillip Paul Weidner & Associates has sent discovery requests to defendant that have not been answered, evaded, or otherwise defendant has failed to comply with the Federal Rules of Civil Procedure;

3. Despite repeated letters to defense counsel requesting compliance/cooperation/production, defendant simply has not done so;

4. Given the many instances of non-compliance, and refusal to comply, such compliance will only occur by court order;

5. At the present time, expert reports are due April 28, 2006, and discovery closes May 26, 2006. Given the lack of compliance, it will be impossible to meet the deadlines unless there is quick resolution by the court;

6. This Motion on Shortened Time, as well as the underlying motions the plaintiffs request the court to rule on, have been hand delivered to defense counsel this date.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Michael Cohn
ABA 8506049

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned as such, this 27th day of March, 2006.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 7-25-09

Affidavit of Michael Cohn in Support of Motion for Hearing on Shortened Time
Page 2

LAW OFFICES OF PHILLIP PAUL WEIDNER AND ASSOCIATES, APC
TEL. 907/276-1200 • FAX 907/278-6571
330 L STREET, SUITE 200 • ANCHORAGE, ALASKA 99501