Phillip Paul Weidner
330 L Street, Suite 200
Anchorage, AK 99501

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE ET AL.  )<br>  )<br>    Plaintiffs(s),  )<br>  )<br>v.  )<br>  )<br>UNOCAL CORPORATION,  )<br>  )<br>    Defendant(s).  )<br>_____) | Case No. A 04-0096 CV (JKS) |

### NOTICE OF ERRATA

COME NOW Plaintiffs, by and through counsel of record, Phillip Paul Weidner of Phillip Paul Weidner & Associates, Inc., and hereby give notice of errata of Exhibit 13 and Exhibit 14 attached hereto which were inadvertently filed together as Exhibit 13 to the Affidavit of Michael Cohn In Support Of Plaintiffs' Memorandum In Support Of Rule 37 Motion For Default Against Defendant As Sanction For Willful Bad Faith Non-Compliance With Discovery And/Or Order Compelling Disclosure/Discovery filed on March 28, 2006 at Docket 51.

Respectfully submitted March 29, 2006.

```
                    WEIDNER & ASSOCIATES, INC.
                    Counsel for Plaintiffs

                    s/ Phillip Paul Weidner
                    WEIDNER & ASSOCIATES, INC.
                    330 L Street, Suite 200
                    Anchorage, AK  99501
                    Phone (907) 276-1200
                    Fax (907) 278-6571
                    E-mail: jgreene@weidner-justice.com
                    ABA 7305032
```

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

CERTIFICATE OF SERVICE
I hereby certify that on March 29th, 2006 a copy of the foregoing Notice of Errata was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
<u>s/ Phillip Paul Weidner</u>

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571