John Thorsness
Linda Johnson
March 17 2006
Page 2

We will also seek to depose the person or persons from Unocal most knowledgeable concerning each of Unocal's discovery responses, including but not limited to efforts to search for documents, or ascertain the facts before compiling each of the discovery responses.

Sincerely yours,

WEIDNER & ASSOCIATES, Inc.
*A Professional Corporation*

Michael Cohn
Attorney at Law

MC/ngb

EXHIBIT 13-DD

LAW OFFICES
# PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail: phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

FILE COPY

March 21, 2006

Linda Johnson
Clapp Peterson, et al.
711 H St., Suite. 620
Anchorage, AK 99501-3454

*Via fax to 272-9586*
*& U.S. Mail*

Re:   Grove v. Unocal; Case No. A04-0096 CV (JKS)

Dear Ms. Johnson:

In light of the recent discovery in this case, including, the deposition of Archie Cook, in which he revealed that Harry Eaton was the Health and Safety Environmental Manager, (the department responsible for safety), and that Mr. Eaton participated in management meetings, including apparently, meetings regarding the Larry Grove accident (Mr. Cook mentioned a meeting with the Operations Manager (Roxanne Sinz), the Asset Manager, the Safety Manager (Harry Eaton), the Business Development Manager, and the legal counsel), and given the absence of production from Unocal to the present date as to such meetings, safety records, the work platform, and the periodic safety inspections, we would like to have full and candid disclosure before we take Mr. Eaton's deposition.

We trust that you shall cooperate in the effort to provide full discovery, supplement previous discovery responses and to reschedule the Eaton deposition.

Sincerely,

WEIDNER & ASSOCIATES, Inc.
*A Professional Corporation*

Michael Cohn
Attorney at Law
MC/lr

EXHIBIT 13-EE



LAW OFFICES
## PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

March 21, 2006

Linda Johnson  
Clapp Peterson, et al.  
711 H St., Suite. 620  
Anchorage, AK 99501-3454

*Via fax to 272-9586*  
*& U.S. Mail*

Re: <u>Grove v. Unocal</u>; Case No. A04-0096 CV (JKS)

Dear Ms. Johnson:

I am writing in response to your February 25, 2006 letter. Mr. Grove has supplemented his answers. We are also providing a list of witnesses who accompanied Mr. Grove on various trips.

I need to respond to many of your misstatements. First, a photograph was not provided previously of Mr. Grove hunting. The photograph showed Mr. Grove sitting in camp, and on the back of the photograph one of his colleagues wrote "Camp Bitch" as a joke because of Mr. Grove's limited mobility.

Second, what you "believe" is not evidence. Your reference to the volume of hunting and fishing trips since 2002 is a gross mischaracterization of Mr. Grove's hunting/fishing, and pales in comparison to the number of hunting/fishing trips and the type of hunting/fishing/activities he did before September 9, 2002. Indeed, we are supplementing our witness list with individuals who can testify as to Mr. Grove's "hunting" and "fishing" before and after September 9, 2002.

In regard to your statement as to Mr. Grove's "poor attitude toward production," Mr. Grove has complied completely and truthfully to the best of his recollection. I remind you that Mr. Grove was seriously and permanently injured and maimed and is frustrated with the litigation process. What is your excuse for the willful, bad faith, evasive, incomplete and untruthful discovery provided by Unocal to date?

Sincerely,

WEIDNER & ASSOCIATES, Inc.  
*A Professional Corporation*

Michael Cohn  
Attorney at Law  
MC/ngb

EXHIBIT 13-FF

3-21-06

FILE COPY

LAW OFFICES
**PHILLIP PAUL WEIDNER AND ASSOCIATES**
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

March 21, 2006

John Thorsness
Clapp Peterson, et al.
711 H St., Suite. 620
Anchorage, AK 99501-3454

*Via fax to 272-9586*
*& U.S. Mail*

Re:   <u>Grove v. Unocal</u>; Case No. A04-0096 CV (JKS)

Dear Mr. Thorsness:

I notice that you have claimed attorney/client privilege over a number of witnesses in this litigation, such as Mr. Archie Cook, who is a <u>former</u> Unocal employee, and was not designated as subject to attorney/client privilege in defendant's responses to plaintiffs' Third Discovery Requests. Also, even though Mr. Crapps was designated as subject to attorney/client privilege in the responses to plaintiffs' Third Discovery Requests, Mr. Crapps was allegedly not a Unocal employee at the time of the events in September 2002 through March 2003, and is not a management employee.

Please explain your basis for claiming that former employees such as Mr. Cook and Don Akers are subject to attorney/client privilege. If your sole basis is to make the claim of privilege and hope that we do not challenge the claim; that is not a proper basis for attorney/client privilege, and is over as of now.

In our view, former employees such as Don Akers and Eddie Barrett, and perhaps Mr. Eaton (if he is retired) are not subject to attorney/client privilege.

Sincerely,

WEIDNER & ASSOCIATES, Inc.
*A Professional Corporation*

Michael Cohn
Attorney at Law

MC/ngb

EXHIBIT 13-GG

3-21-06