Phillip Paul Weidner
330 L Street, Suite 200
Anchorage, AK 99501

Attorney for Plaintiff

### UNITED STATES DISTRICT COURT
### FOR THE OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE ET AL. ) | |
| ) | |
| Plaintiffs(s), ) | |
| ) | Case No. A 04-0096 CV (JKS) |
| v. ) | |
| ) | |
| UNOCAL CORPORATION, ) | |
| ) | |
| Defendant(s). ) | |
| _____) | |

### NOTICE OF ERRATA

COME NOW Plaintiffs, by and through counsel of record, Phillip Paul Weidner of Phillip Paul Weidner & Associates, Inc., and hereby give notice of errata of Motion to Amend Complaint filed on March 27, 2006 at Docket 45. The Amended Complaint filed at Docket 47 on March 27, 2006 should have been attached as an Exhibit to the Motion to Amend Complaint and is attached hereto as an Exhibit to the Motion to Amend Complaint.

Respectfully submitted March 29, 2006.

```
                              WEIDNER & ASSOCIATES, INC.
                              Counsel for Plaintiffs

                              s/ Phillip Paul Weidner
                              WEIDNER & ASSOCIATES, INC.
                              330 L Street, Suite 200
                              Anchorage, AK  99501
                              Phone (907) 276-1200
                              Fax (907) 278-6571
                              E-mail: jgreene@weidner-justice.com
                              ABA 7305032
```

CERTIFICATE OF SERVICE

```
I hereby certify that on March 29th, 2006 a copy of the
foregoing Notice of Errata was served electronically on John B.
Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness,
LLC
```
s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571