FILE COPY

RECEIVED
MAR 2 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RECEIVED
NOV 2 2 2004
WEIDNER & ASSOCIATES

Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL SPEARS LUBERSKY LLP
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>v.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. A04-0096 CV (JKS)<br><br>**RESPONSES TO PLAINTIFFS' THIRD DISCOVERY REQUESTS** |

Defendant, by and through counsel, provide the following answers and responses to Plaintiffs' Third Discovery Requests to Unocal Corporation Pursuant to Federal Rule of Civil Procedure 33, 34, and 36, dated and mailed on October 19, 2004.

INTERROGATORIES

INTERROGATORY NO. 1: In defendant Unocal's Response to Plaintiffs' First Discovery Requests, specifically, answer C [c.] to Interrogatory No. 1, states: "Upon information and belief, plaintiff and his employer, Siemens Building Technologies, Inc., are the most knowledgeable concerning the subject work platform/scaffold," and answer to Interrogatory No. 2 states: "Upon information and belief, Siemens Building Technologies, Inc. is the owner of the described platform/scaffold," and in defendant Unocal Responses to Plaintiffs' Second Discovery Requests, specifically Request for Admission No. 1 and No. 3 state "Upon information and belief, Siemens Building Technologies, Inc. erected the subject platform in connection with performance of HVAC Services."

LANE
POWELL
SPEARS
LUBERSKY
LLP

Law Offices

Suite 301
301 W. Northern Lights Blvd.
Anchorage, AK
99503-2648

(907) 277-9511
Telephone

(907) 276-2631
Facsimile

EXHIBIT 3

11-20-04

4

Please identify each and every person supplying these answers, their addresses, telephone numbers, current employers, job descriptions, and the basis of their "information and belief."

ANSWER: Objection. Seeks information protected by the attorney-client privilege with respect to current Unocal employees' personal contact information. Without waving the foregoing, defendant Unocal, by and through counsel, has conferred with the following individuals in connection with its discovery responses:

1.   Ms. Roxanne Sinz                                         **(Attorney-Client Privilege)**
     C/O Lane Powell Spears Lubersky LLP
     301 W. Northern Lights Blvd., Suite 301
     Anchorage, Alaska 99503
     907-277-9511

Ms. Sinz is a current Unocal employee. Her position is Government/Public Relations Advisor. Ms. Sinz was appointed building manager of the office building located at 909 West 9th Avenue shortly after Mr. Grove's accident.

2.   Mr. Paul Crapps                                          **(Attorney-Client Privilege)**
     C/O Lane Powell Spears Lubersky LLP
     301 W. Northern Lights Blvd., Suite 301
     Anchorage, Alaska 99503
     907-277-9511

Mr. Crapps is a current Unocal employee   His position is Associate Coordinator Building Services.

3.   Mr. Archie Cook
     97 Station Road
     Banchory
     Aberdeenshire
     AB31 5YP
     UK
     44 1330 823495

Mr. Cook is a former Unocal employee. Mr. Cook was the Human Resources Manager for Unocal Alaska between 1999 and 2002. During this timeframe, bulding services (Eddie Barrett and Charles Arnett) reported to Mr. Cook.

4.   Mr. Rick Kangail
     3720 Waterbrook Way
     Eugene, OR 97408
     (541) 335-8359

LANE
POWELL
SPEARS
LUBERSKY
LLP

Law Offices

Suite 301
301 W. Northern
Lights Blvd.
Anchorage, AK
99503-2648

(907) 277-9511
Telephone

(907) 276-2631
Facsimile

**Responses to Plaintiffs' Third Discovery Requests**
*Groves, et al., v. UNOCAL Corporation* (Case No. A04-0098 CV (JKS))   EXHIBIT 3   Page 2 of 5

   Mr. Kangail is a former Unocal employee. Mr. Kangail was the Human Resources Manager for Unocal Alaska between 1996 and 1998. During this timeframe, bulding services (Eddie Barrett and Charles Arnett) reported to Mr. Kangail.

  5.  Charles Arnett
     6740 Marquez Circle
     Anchorage, AK 99516
     (907) 561-7827

   Mr. Arnett is a former Unocal contract employee. Mr. Arnett coordinated and assisted with day-to-day operations in connection with building services from the mid 1990's until approximately 2002.

  6.  Eddie Barrett
     P.O. Box 284
     Sedona, AZ 86339
     (928) 204-0777

   Mr. Barrett is a former Unocal employee. Mr. Barrett was the Building Services Supervisor in charge of day-to-day operations in connection with building services from 1998 to 2000.

  7.  Don Akers
     P.O. Box 1241
     Sterling, AK 99672
     (907) 262-1786

   Mr. Akers is a former Unocal employee. Mr. Akers was the Building Services Manager in charge of day-to-day operations in connection with building services during the 1980's and 1990's. Mr. Akers is believed to have information relevant to defendant's discovery responses. However, as of the date of this response, defendant, by and through counsel, has yet to confer with Mr. Akers.

### REQUEST FOR PRODUCTION

REQUEST FOR PRODUCTION NO. 1: Please provide each and every document and/or item of evidence supporting the statements quoted in Interrogatory No. 1.

RESPONSE: Please see documents disclosed with defendant's initial disclosures, and prior discovery responses. In particular, please see Services and Drilling Master Contract by and between Landis & Gyr Powers Inc. and Unocal dated April 18, 1994 (DEF 00001 through DEF 00006); and see Attachments A and B to said Contract, including amendments thereto, and assignments thereof, such documents disclosed herewith as DEF 01032 through DEF 01040. Discovery is continuing. Defendant will supplement as necessary.

LANE
POWELL
SPEARS
LUBERSKY
LLP

*Law Offices*

*Suite 301*
*301 W. Northern*
*Lights Blvd.*
*Anchorage, AK*
*99503-2648*

*(907) 277-9511*
*Telephone*

*(907) 276-2631*
*Facsimile*

**Responses to Plaintiffs' Third Discovery Requests**
*Groves, et al., v. UNOCAL Corporation* (Case No. A04-0098 CV (JKS))  EXHIBIT __3__  Page 3 of 5

DATED this 20th ____ day of November, 2004.

LANE POWELL SPEARS LUBERSKY LLP<br>
Attorneys for Defendant<br>
<br>
By _____<br>
Shannon W. Martin, ASBA No. 0105028

I certify that on November 19th, 2004, a copy of the foregoing was served by mail on:

Phillip Paul Weidner, Esq.
Law Offices of Phillip Paul Weidner
330 L Street, Suite 200
Anchorage, Alaska 99501-5916

_____
617351.00397144559.1

LANE
POWELL
SPEARS
LUBERSKY
LLP

Law Offices

Suite 301
301 W. Northern
Lights Blvd.
Anchorage, AK
99503-2648

(907) 277-9511
Telephone

(907) 276-2631
Facsimile



*Will send verification upon receipt. JAH*

## VERIFICATION CERTIFICATE

STATE OF ALASKA  )
                 ) ss.
THIRD JUDICIAL DISTRICT )

      I, Marc Bond, being first duly sworn upon oath, deposes and states that I am the Assistant Counsel at Unocal Corp. in Anchorage, Alaska. I have reviewed the answers to interrogatories, contained in Plaintiffs' Second Discovery Requests to Unocal Corporation, dated September 1, 2004 (mailed on September 3, 2004), and to the best of my knowledge and belief, the answers are true and complete.

                                            By: Marc Bond
                                            Its: Assistant Counsel

      SUBSCRIBED AND SWORN TO THIS ____ day of November, 2004, at Anchorage, Alaska.

                                            Notary in and for the State of Alaska
                                            My commission expires:_____

LANE
POWELL
SPEARS
LUBERSKY
LLP

*Law Offices*

*Suite 301
301 W. Northern
Lights Blvd.
Anchorage, AK
99503-2648*

*(907) 277-9511
Telephone*

*(907) 276-2631
Facsimile*

**Responses to Plaintiffs' Third Discovery Requests**
*Groves, et al., v. UNOCAL Corporation* (Case No. A04-0098 CV (JKS))    EXHIBIT 3    Page 5 of 5

Unocal
Technical Support Program
Attachment to Master drilling contract

Attachment A
Page 1 of 4

## Mechanical Equipment Maintenance

### Central Cooling Equipment

**Operating Inspections.** We will provide 4 routine scheduled operating inspection(s) to check system performance, equipment operating and safety controls, and fluid levels to maximize system efficiency and reliability.

**Annual Service.** We will perform one extensive annual service providing scheduled annual maintenance, thorough inspection, detailed operating and equipment safety checks.

**Refrigerant Containment Service.** We will leak test all equipment containing refrigerant and report needed repairs. We will use recovery, recycling and reclamation of your refrigerants, as appropriate, to reduce your cost of replacement refrigerant. We will keep you informed regarding refrigerant issues and opportunities. We will make recommendations based on equipment age and the business objectives of your facility.

**Refrigerant Oil Analysis.** We will provide 2 spectrochemical refrigerant oil analysis per year to trend oil condition and provide predictive wear analysis. Based on oil analysis results we will recommend when oil changes are needed.

**Used Refrigerant Oil Service.** We will provide a list of licensed waste haulers for the removal of used refrigerant oil from the oil changes we have done on your equipment. Once you select a hauler, we will expedite the removal of used oil and delivery of the proper paperwork and manifests to you. The waste hauler will invoice you directly for their services.

**Condenser Head Removal and Re-installation.** We will remove and re-install one condenser head and visually inspect the cleanliness and condition of tubes and tube sheet and make recommendations. as required.

**Condenser Tube Cleaning.** Once the condenser head has been removed for inspection we will mechanically clean condenser tubes once per year or as scheduled. as required.

### Central Heating Equipment

**Operating Inspections.** We will provide 4 routine scheduled operating inspections to check system performance, equipment operating and safety controls and fluid levels to maximize efficiency and reliability.

**Annual Service.** We will perform one extensive annual service providing scheduled annual maintenance, thorough inspection, detailed operating and equipment safety checks.

**Combustion Analysis and Adjustment.** We will provide 1 burner combustion analysis per year. Utilizing electronic flue gas analysis we will adjust the burner controls and linkages as needed for efficiency and pollution control. If the existing equipment cannot meet current pollution requirements we will make recommendations for system improvements. as required

**Waterside Cleaning.** Once per year we will flush the waterside of boilers to remove loose scale and debris. We will make recommendations regarding water treatment based on conditions found. as required

**Fireside Cleaning.** Once per year we will open, brush clean the fireside and close boilers to remove soot and debris. as required



DEF 01032
*Grove v. UNOCAL*

Unocal
Technical Support Program
Attachment to Master drilling contract

Attachment A
Page 2 0f 4

### Air Conditioning and Heating Equipment

**Operating Inspections.** We will provide 3 routine scheduled operating inspections to check system performance, equipment operating and safety controls and fluid levels to maximize efficiency and reliability.

**Annual Service.** We will perform one extensive annual service providing scheduled annual maintenance, thorough inspection, detailed operating and equipment safety checks.

**Coil Cleaning.** Once per year we will clean and wash the coils. as required

**Filter Service.** We will provide and install air filters or media.

### ATC System

**Pneumatic control system.** We will provide 1 complete calibration of the pneumatic control system.

### Generator System

we will provide PM testing and general maintenance to the building generator. (battery, oil, etc...)

### Fire Alarm System Testing - Local Authority

We will test the following Fire Alarm System Devices at the frequencies recommended by local codes and the requirements of the local authority having jurisdiction. Testing of any Smoke Control System components is not included here.

Manual Fire Stations - once / year
Heat Detectors - once / year
Smoke Detectors - once / year
Alarm Indicating Appliances - once / year
Fire Door Releases - once / year
Fire Alarm System Control Units - once / year
Central Station - onec / year

**Corrective Maintenance and Component Replacement.** We will repair or replace failed or worn components to minimize obsolescence and to maintain your system in peak operating condition. We will upgrade equipment by systematically modernizing existing components as may be necessary in our judgment. Components that are suspected of being faulty may be repaired or replaced in advance to prevent system failure. *Labor and material costs are not included within the scope of this technical support program, for equipment needing repairor service as of 5/10/9. Landis & Gyr Powers will provideUnocal with a comprehensive evaluationof the mechanical equipment withw 45 days of service start date.*

### System Performance Services-Review and Evaluation

**Account Management.** We will provide dedicated account management to coordinate the delivery of service, offer technical assistance for system programs and engineered control strategies, and implement the quality assurance program.

EXHIBIT 3

DEF 01033
*Grove v. UNOCAL*

**Unocal**
**Technical Support Program**
**Attachment to Master drilling contract**

Attachment A
Page 3 of 4

**Response Window.** We will provide emergency service, between scheduled preventive maintenance calls, Monday through Friday 8 a.m. to 5 p.m. to minimize downtime. Emergencies will be determined by the Client and Landis & Gyr Powers, Inc. Service provided outside the response hours shall be billed at $97.50/hour. During normal business hours services outside our scope of work shall be billed at $65.00/hour.

**On-Site Response Time.** We will be on-site to provide emergency service within 4 hour(s). Non-emergency calls, as determined by the Client and Landis & Gyr Powers, Inc., will be incorporated into the next scheduled preventive maintenance visit or as required to pervent system failure.

**Quality Assurance Program.** We will meet with you 4 time(s) per year to evaluate system performance and your satisfaction with the quality of service that is being provided under your Technical Support Program.

EXHIBIT 3

DEF 01034
*Grove v. UNOCAL*

## The Powers Advantage
## List of Maintained Equipment and Computer Software

19-May-94

Addendum to Schedule:

Service Proposal Dated. 5/10/94

Service Agreement No. 637-MB-1325

| Qty. | Equipment | Manufacturer | Serial/Model No. | Size |
|---|---|---|---|---|
| 1 | Diesel Generator | Cummings | | >50KW |
| 1 | Exhaust Fan #4 | Century | | 5hp |
| 2 | Gas Detector | AME | | |
| 2 | Reliance Pump | Reliance | | 5hp |
| 1 | Pacomonitor System | Paco | | |
| 5 | Trane Unit Heaters | Trane | | 1/4hp |
| 2 | Fan coil units/Basement | Trane | | |
| 6 | HWT Biolers/Penthouse | AO Smith | | |
| 1 | Control Air Compressor | JCI | | 1hp |
| 1 | Air Dryer | JCI | | |
| 1 | Reznor Gas Furnace/Penthouse | Reznor | | |
| 3 | Boiler Room Cir pumps | Reliance | | 1/2hp |
| 1 | AHU-1 100hp | Century Fan | | 100hp |
| 2 | REF Pumps 25hp | Reliance | | 25hp |
| 1 | Return Fan 15hp | Century | | 15hp |
| 1 | Centravac Chiller/Roof | Trane | | 200ton |
| 1 | Condensing Unit/grd level O.S. | Chandler | | 1hp |
| 1 | Condensing Unit/grd level O.S./N.I.U. | Trane | | 1hp |
| 1 | Computer Room A/C | EDPAC | | 7.5ton |
| 1 | Computer Room A/C/N.I.U. | Trane | | 7.5ton |
| 1 | Pneumatic Control System | JCI | | |

EXHIBIT 3

DEF 01035
*Grove v. UNOCAL*

## Landis & Gyr Powers, Inc.
## Technical Support Program

By and Between:

| | |
|---|---|
| Landis & Gyr Powers, Inc.<br>5761 Silverado Way #P<br>Anchorage, Alaska 99518 | Unocal Corporation<br>909 West 9th<br>Anchorage, Alaska 99519 |

Service shall be provided at the Unocal Energy Resources Division Buildings Anchorage, Alaska.

Landis & Gyr Powers, Inc., shall provide the services as outlined in S.O.W. and as itemized on equipment list.

**Duration:** This agreement shall remain in effect for an original term of 1year which will automatically renew at end of term; beginning 5/10/94 and from year to year thereafter.

**Charges:** $17,250.00

Prices quoted in this proposal are firm for 30 days.

| Proposal accepted by: | Proposal submitted by: |
|---|---|
| | James E. Evers<br>Landis & Gyr Powers, Inc., |
| *David E. Olsen* | *[signature]* |
| Signature           Date | Signature           Date |

EXHIBIT 3

DEF 01036
*Grove v. UNOCAL*

## Terms and Conditions of Sale

**General Provisions**

1.1 Unless stated otherwise, the services provided under this agreement shall be provided during Landis & Gyr Powers, Inc.'s normal working hours, Monday through Friday inclusive, excluding holidays.

1.2 Client shall provide reasonable means of access to the equipment being serviced. Landis & Gyr Powers, Inc. shall not be responsible for any removal, replacement or refinishing of the building structure, if required to gain access to the equipment. Landis & Gyr Powers, Inc. shall be permitted to control and/or operate all equipment necessary to perform the services herein described as arranged with the Client's representative.

1.3 This agreement, when accepted in writing by the Client and approved by an authorized Landis & Gyr Powers, Inc. representative, shall constitute the entire agreement between the two parties.

1.4 Either party may terminate this agreement on the anniversary date of the original term or any extended term by giving the other party 30 days notice of its intention.

**Charges**

2.1 For services not covered by this agreement but performed by Landis & Gyr Powers, Inc. upon the Client's authorization, the client agrees to pay Landis & Gyr Powers, Inc. upon presentation of itemized invoice(s), at Landis & Gyr Powers, Inc.'s prevailing rates.

2.2 If emergency service is requested by the Client and inspection does not reveal any defect for which Landis & Gyr Powers, Inc. is liable under this agreement, the Client will be charged at Landis & Gyr Powers, Inc.'s prevailing rates.

**Limitations of Liability**

3.1 Landis & Gyr Powers, Inc. shall not be liable for any loss, delay, injury or damage that may be caused by circumstances beyond its control including, but not restricted to acts of God, war, civil commotion, acts of government, fire, theft, corrosion, floods, water damage, lightening, freeze-ups, strikes, lockouts, differences with workmen, riots, explosions, quarantine restrictions, delays in transportation, shortage of vehicles, fuel, labor or materials, or malicious mischief. IN NO EVENT SHALL LANDIS & GYR POWERS, INC. BE LIABLE FOR BUSINESS INTERRUPTION LOSSES OR CONSEQUENTIAL OR SPECULATIVE DAMAGES, but this sentence shall not relieve Landis & Gyr Powers, Inc. of liability for damage to property or injury to persons resulting from accidents caused directly by the negligence of Landis & Gyr Powers, Inc. in performance or failure of performance of its obligations under this agreement.

3.2 Landis & Gyr Powers, Inc. shall not be required to make safety tests, install new devices or make modifications to any equipment beyond the scope of the original contract in order to comply with recommendations or directives of insurance companies, governmental bodies, or for other reasons.

3.3 Landis & Gyr Powers, Inc. shall not be required to make replacements or repairs necessitated by reason of negligence, abuse or misuse, or by reason of any other cause beyond its control except ordinary wear and tear.

3.4 This agreement pre-supposes that all equipment is in satisfactory working condition. A cost estimate will be furnished for any equipment found in need of repair, upon initial inspection or initial seasonal startup, with a written estimate stating the cost of repairs. Should repairs not be authorized within ~~30~~ [45 Days] days, the equipment will be eliminated from coverage and the agreement price shall be adjusted accordingly.

3.5 This agreement pre-supposes no substance regarded as hazardous by EPA is utilized in the system. If, in servicing the system, Landis & Gyr Powers, Inc. discovers the use of hazardous material, the Client will be responsible to remove, or have removed, any such substance and to replace it with a non-hazardous substitute. The Client will incur the cost of removal and substitution.

3.6 The amount of any present or future sales, use, occupancy, excise, or other federal, state or local tax which Landis & Gyr Powers, Inc. hereafter shall be obligated legally to pay, either on its own behalf or on the behalf of the Client or otherwise, with respect to the services and material covered by this agreement, shall be paid by the Client.

3.7 If the equipment or software included under this agreement is altered, modified, or changed by a party other than Landis & Gyr Powers, Inc., this agreement shall be modified to incorporate such changes and the agreement price shall be adjusted accordingly.

3.8 ~~It is understood that the provisions of this agreement apply only to the systems and equipment covered herein.~~ Repair or replacement of nonmaintainable or non-moving parts of the system such as ductwork, boiler shell and tubes, unit cabinets, boiler refractory material, electrical wiring, hydronic and pneumatic piping, structural supports, etc. is not included under the agreement.

3.9 Following 12 months of service or any time thereafter, if individual item(s) cannot, in Landis & Gyr Power, Inc.'s opinion, be properly repaired on-site, due to excessive wear or deterioration, Landis & Gyr Powers, Inc. may withdraw the item(s) from coverage upon ninety (90) days prior written notice.

3.10 This agreement shall be governed by, construed, and enforced in accordance with the laws of the State of Illinois.

EXHIBIT 3

Copyright © 1988, Landis & Gyr Powers, Inc., All Rights Reserved   Printed in U.S.A. 144-049   Rev 3/88

DEF 01037
*Grove v. UNOCAL*

## AMENDMENT

The following provisions shall amend the Services and Drilling Master Contract between LANDIS & GYR POWERS INC and Union Oil Company of California, dba UNOCAL. All other provisions of the Services and Drilling Master Contract shall continue in full force and effect.

1. Article 1. DESCRIPTION OF SERVICE(S) TO BE PERFORMED BY CONTRACTOR.
Article 1 shall be revised to read as follows:
"This Contract is intended to cover all services and materials of every type and character including without limitation drilling services which are provided by CONTRACTOR to COMPANY. Without limiting the foregoing, CONTRACTOR, from time to time shall receive from COMPANY oral and/or written instructions specifying the particular service to be performed and/or materials (including rented equipment) to be supplied.

Any and all goods and services provided by CONTRACTOR to COMPANY regardless of their nature shall be subject to the terms, conditions, and provisions of this Contract.

It is understood between the parties herein that no performance is required hereunder except after receipt by CONTRACTOR of specific instructions from COMPANY, this Contract serves only to establish the terms and conditions of performance pursuant to any such instructions. Each set of such instructions shall be deemed a separate Contract and transaction. If any conflict between such instructions and this Contract should arise, this Contract shall be controlling."

2. Article 3. TIME OF PAYMENT. Insert the following language after Line Three of the Second Paragraph.
"Any tangible personal property that will be furnished by CONTRACTOR under the Contract which is to be used exclusively in the exploration for or production of oil, gas, sulfur or other minerals offshore and outside the territorial limits of the State of Texas shall be exempt from Texas sales and/or use tax in accordance with Texas Tax Code #151.324 (a) (1), (a) (2), (c) and (d) and 34 TAX Sec. 3.332. COMPANY shall present to CONTRACTOR an exemption certificate covering such purchases. Any material and equipment that will be furnished by CONTRACTOR under this Contract which shall be first utilized exclusively beyond the territorial limits of the State of Louisiana on the OCS shall be exempt from Louisiana sales and/or use tax in accordance with Louisiana Revised Statutes # 47:305.10. CONTRACTOR shall reference all invoices or correspondence to this Contract's number and shall show the OCS destination if determined. If COMPANY has determined the location of the first use of the materials and/or equipment at the time of purchase, COMPANY shall present to CONTRACTOR an Exemption Certificate LGST 9-d. If COMPANY does not know the exact location of the first use of the materials and/or equipment at the time of purchase it shall present an exemption certificate LGST 9-O/S to CONTRACTOR."

| LANDIS & GYR POWERS INC | Union Oil Company of California dba UNOCAL |
|---|---|
| BY: _[signature]_ | BY: _[signature]_ |
| SENIOR SERVICE SALES ENGINEER | Contracts Coordinator |
| Title | Title |
| 10/24/95 | 11/1/95 |
| Date | Date |

EXHIBIT 3

DEF 01038
*Grove v. UNOCAL*


**AMENDMENT #2**

The following provisions shall substitute for the introductory paragraph of the Services and Drilling Master Contract between **Landis & Gyr Powers, Inc.** and Union Oil Company of California, dba Unocal dated **April 18, 1994**, Services and Master Drilling Contract Number **#3282-ONS**. All other provisions of the Services and Drilling Master Contract and previous amendments shall continue in full force and effect.

<u>**Amendment shall revise beginning paragraph to read as follows:**</u>

This contract is entered into this 18th day of April, 1994, between Union Oil Company of California dba Unocal, its subsidiaries, parent companies and its corporate affiliates (hereinafter collectively referred to as "COMPANY"), with the force and effect of this Contract limited to business of manufacturing chemicals, exploring for, producing, exploiting and transporting oil, gas and other hydrocarbons, and **Landis & Gyr Powers, Inc.** on behalf of itself and any and all of its parent companies, subsidiaries and its corporate affiliates (hereinafter referred to collectively throughout this Contract as "CONTRACTOR") at **5761 Silverado Way, Suite P, Anchorage, AK    99518** (address). In exchange for the mutual covenants and conditions contained herein, COMPANY AND CONTRACTOR agree as follows:

| Landis & Gyr Powers, Inc. | Union Oil of California dba Unocal Alaska Resources |
|---|---|
| BY: _Darrell Ms_____ | By: _____ |
| Service Operations Supervisor | Harry A. Eaton |
| Title | Contract Superintendent |
| Feb. 3rd 1998 | Title |
| Date | 3-18-98 |
|  | Date |

3

DEF 01039
*Grove v. UNOCAL*



**SIEMENS**

June 23, 2000

Unocal
260 Caviar Street
Kenai, AK 99611

RE: Master Service Contract #2382-ONS

As a valued customer of Landis & Gyr Powers, Inc. (Landis & Staefa), I'd like to share with you some exciting news. As of October 1, 1998, our acquisition by Siemens AG was completed. We now are Siemens Building Technologies, Inc. We have joined a $65 billion industrial power with immense global resources. As our partner, it is natural that you might have some questions:

<u>Will we be the same?</u> Yes. John Grad will continue as President and CEO of our headquarters in Buffalo Grove, Illinois. We remain committed to the System 600 APOGEE family of products and the Powers line of pneumatic components. We remain committed to our network of company-owned offices, independent distributors and wholesalers. We remain committed to our excellent record of customer satisfaction and will not relinquish our lead. We remain committed to our mission: to create value for you and your business by partnering with you to improve your facility's energy efficiency and performance.

<u>Will we change?</u> Yes. As Siemens Building Technologies we will be able to combine our expertise with the knowledge base of other Siemens companies that offer solutions integral to the healthcare, education, telecommunications, and utilities industries, to name a few. We cannot wait to begin offering logically integrated services that will promote breakthrough value for you. We are going to add new energy to the concept of synergy.

This letter is update our existing Master Services Contract #2382-ONS to reflect our new name. In addition, please make sure that our branch address is correct: 5333 Fairbanks Street, Suite B, Anchorage, AK 99518-1258.

Your current contacts consist of the following people:

David Rand – General Branch Manager
Ben Seitz – Service Operations Manager
Amber Goldberg – Service Sales Engineer

If you have any questions or concerns, please feel free to contact me.

Sincerely,

*Amber M. Goldberg*

Amber Goldberg
Service Sales Engineer
Siemens Building Technologies, Inc.

Assignment of Contract #2382-ONS to
Siemens Building Technology is agreed
to and accepted by Unocal.

*[signature]*

Harry A. Eaton
Operations Support Manager
Date: June 27, 2000

EXHIBIT 3

Siemens Building Technologies, Inc.

Landis Division

5333 Fairbanks Street
Suite B
Anchorage, AK 99518

Tel: (907) 563-2242
Fax: (907) 563-6139

DEF 01040
*Grove v. UNOCAL*