Grove - Disc

# RECEIVED

MAR 2 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE. ALASKA

RECEIVED

JAN 1 2 2006

WEIDNER & ASSOCIATES

John B. Thorsness
1  CLAPP, PETERSON, VAN FLEIN
   TIEMESSEN & THORSNESS, LLC
2  711 H Street, Suite 620
3  Anchorage, Alaska  99501
   (907) 272-9273
4  jthorsness@cpsattorneys.com
   Attorney for Defendant Unocal Corporation
5

6

7

## IN THE UNITED STATES DISTRICT COURT

8

### FOR THE DISTRICT OF ALASKA

9

10  LAWRENCE H. GROVE, CYNTHIA
11  GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
12  father LAWRENCE H. GROVE,

13                    Plaintiffs,

14      v.

                                                Case No. A04-0096 CV (JKS)
15  UNOCAL CORPORATION,

16                    Defendant.

17

18  ## DEFENDANT'S RESPONSES TO PLAINTIFFS' SIXTH DISCOVERY
    ## REQUESTS TO UNOCAL CORPORATION

19

20      Defendant Unocal Corporation, by and through its attorneys, Clapp

    Peterson, Van Flein, Tiemessen & Thorsness, submits its response to Plaintiffs'
21

    Sixth Discovery Requests to Unocal Corporation pursuant to Federal Rules of Civil
22

23  Procedure 26, 33 and 36, dated December 9, 2005, as follows:

24

25  Unocal's  Responses to Plaintiffs' Sixth Discovery
    Grove v. Unocal, Case No. A04-0096 CV (JKS)
26  Page 1 of 6

EXHIBIT 6

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**    Please produce any and all documents related to safety meetings concerning the Unocal Building at 909 W. 9th Avenue, Anchorage, Alaska, from ten years before the accident involving plaintiff Larry Grove to the present.  This includes, but is not limited to, any documents concerning the mechanical room and any documents concerning the scaffolding/work platform in the mechanical room.

**RESPONSE:**    Objection overbroad.  Notwithstanding the objection, Unocal looked but has been unable to locate any documents related to safety meetings concerning the "mechanical room" or scaffolding/work platform in the "mechanical room".   Defendant interprets "mechanical room" to mean the room in which plaintiff claims he was injured.

**REQUEST FOR PRODUCTION NO. 2:**    Please produce any and all Standard Operating Procedure (SOP) procedures/plans/manuals/documents governing the Unocal Building from 1998 through 2003.

**RESPONSE:**    Objection, overbroad and vague.  Notwithstanding the objection, Unocal is not aware of any Standard Operating Procedures that governed the Unocal building from 1998-2003.

Unocal's Responses to Plaintiffs' Sixth Discovery
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 2 of 6

Tiemessen & Thorsness, L.L.C.
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

**REQUEST FOR PRODUCTION NO. 3**:     Please produce any and all operations and equipment manuals or procedures concerning the mechanical room at the Unocal Building between 1998 and 2003.

**RESPONSE:**     Objection vague as to the term "mechanical room." Defendant interprets "mechanical room" to mean the room in which plaintiff claims he was injured.   Notwithstanding the objection produced herewith are general documents relating to Unocal Anchorage Office procedures (DEF 01060 – DEF 01065).

**REQUEST FOR PRODUCTION NO. 4**: Please produce any and all safety plans for the Unocal Building from 1998 to present.

**RESPONSE:**     See attached (DEF 01043 – DEF 01059).

**REQUEST FOR PRODUCTION NO. 5**: Please produce an organizational chart of employees/management for the Unocal Building as of the date of Larry Grove's accident the subject of this litigation, and job descriptions.

**RESPONSE:** Objection, relevance, overbroad, burdensome. The request is so broad that it is not reasonably likely to lead to the discovery of admissible evidence.   Notwithstanding the objections, see DEF 01066 – DEF 01068. Unocal also produces Archie Cook's position description, see DEF 01069 – DEF 01070.  If plaintiffs desire further position descriptions, Unocal requests that plaintiffs name the position or person for whom they wish such a document, rather than every position description within Unocal.

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



**INTERROGATORIES:**

1

2    **INTERROGATORY NO. 1**:    Identify all Unocal employees of the Unocal

3    Building from 1990 through 2002 responsible for safety, maintenance, inspections,

4    authorizing any work on the premises, repairs, contractors, visitors on the

5    premises, including years of service and job description, including any and all

6    employees responsible for safety at Unocal, whether stationed at the Unocal

7    Building, or who had inspected the Unocal Building, and include whether said

8    employee is still employed by Unocal, present job description, and/or last known

9

10   address and telephone number.

11   **RESPONSE:**    Objection, relevance, overbroad, burdensome, multi-part

12   question.    The request is so broad that it is not reasonably likely to lead to the

13   discovery of admissible evidence.  Notwithstanding the objections, the following former

14   Unocal employees were responsible for or supervised safety, maintenance,

15   inspections, authorizing work at the Unocal building, repairs, and contractors.

16

17   Don Akers, retired, Building Services Manager from the 1980's to 1997.  Last

18   known address: from April to October in Sterling, AK (907-262-1786) and in Arizona

19   from October to April. **Attorney/client privilege applies.**

20   Eddie Barrett, retired, Building Services Supervisor from approximately 1997 to

21   2000.  Last known address was in Reno, Nevada (775-747-3372).  **Attorney/client**

22   **privilege applies.**

23

24

25   Unocal's Responses to Plaintiffs' Sixth Discovery
     Grove v. Unocal, Case No. A04-0096 CV (JKS)
26   Page 4 of 6

Hennessen & Thursness, L.L.C.
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586





1    Archie Cook, retired, Human Resources Manager and building supervisor

2    approximately 2000 to 2002.  Last known address: 97 Station Road, Banchory AB 31

3    5 YP, United Kingdom. **Attorney/client privilege applies.**

4    Each individual who invites a visitor into the Unocal building is separately

5    responsible for that visitor.

6    DATED at Anchorage, Alaska, this 12th day of January, 2006.

7
                                              CLAPP, PETERSON, VAN FLEIN,
8                                             TIEMESSEN & THORSNESS, LLC
                                              Attorneys for Defendant Unocal
9

10

11                                       By
12                                              John B. Thorsness, #8211154

13   Certificate of Service:
     I certify that a copy of this
14   document was mailed _____,
     faxed _____, hand delivered ✗ on
15   January 12, 2006, to the following:

16   Phillip P. Weidner Esq.
     330 L Street, Suite 200
17   Anchorage AK 99501

18   By: _____

19   F:\Document\Grove v. UNOCAL\disc Responses to 6th Discovery Requests.doc

20

21

22

23

24

25   Unocal's  Responses to Plaintiffs' Sixth Discovery
     Grove v. Unocal, Case No. A04-0096 CV (JKS)
26   Page 5 of 6



Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

**VERIFICATION**

STATE OF ALASKA                )
                               ) ss.
THIRD JUDICIAL DISTRICT        )

I, KEVIN TABLER, the Land Manager of defendant Union Oil Company of California, being first duly sworn upon oath, depose and state:

1.     I have read the foregoing answer to interrogatory propounded by plaintiff and understand the contents thereof;

2.     I have responded to the foregoing interrogatory and signed this Verification freely and voluntarily for the purposes set forth therein in my capacity as the Land Manager of Union Oil Company of California;

3.     I verify that the information contained herein is true and to the best of my knowledge; and

4.     I verify that I have provided all the information known to me at this time and that I am under an obligation to up-date and supplement my responses in the future if any answer is found to be incorrect or I gain additional information which would change any answer.

DATED at Anchorage, Alaska, this _10_ day of January, 2006.

_____
Kevin A. Tabler

SUBSCRIBED AND SWORN to before me this _10th_ day of _January_ 2006.

_____
Notary Public in and for the State of Alaska
My Commission Expires: _8·29·06_

Unocal's Responses to Plaintiffs' Sixth Discovery
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 6 of 6

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

86B3

 

**APPARATUS BULLETIN** D-1200

# JOHNSON CONTROL
DESIGN • MANUFACTURE • INSTALLATION

**JOHNSON SERVICE COMPANY**
MILWAUKEE, WISCONSIN AND PRINCIPAL CITIES

# Johnson D-1200 Proportion/Aire Damper Parallel Blade

The Johnson D-1200 Parallel Blade Proportion/Aire Dampers are designed to precisely control the air flow in heating, ventilating and air conditioning systems. Excellent control for air handling applications can be obtained by correctly applying these dampers. As an example, when a 4′ x 4′ damper is sized on the basis of a conventional velocity of 2000 fpm, leakage is less than ½% when closing against 4″ water gage static pressure.

These dampers are available in standard sizes and are modular in concept. Sizes larger than the standard units are obtained by bolting two or more modules together. Kits are available for interconnecting the modules so they will operate as a single damper or as opposed dampers. For applications requiring two parallel blade dampers to be coupled together, one normally open and the other normally closed, a damper with reversed seals is available.



Proportion/Aire Parallel Blade Damper

## Construction

Frames are made of galvanized sheet steel, formed into channels and riveted. In addition to the rigid frame construction, corner brackets are used to maintain perfect alignment of the damper.

Blades consist of two formed sheets, spot welded together for extra strength to withstand high velocities and static pressures. Square blade pins assure non-slip pivoting of the blades when a damper is used as a single module or is interconnected with others.

## Specifications

| TYPE | | D-1200 PARALLEL BLADE |
|---|---|---|
| MATERIAL | FRAME | 13 GAGE GALVANIZED SHEET STEEL |
| | BLADES | DOUBLE 22 GAGE GALVANIZED SHEET STEEL |
| BLADE PINS (SQUARE) | | STEEL, ZINC PLATED |
| BEARINGS | | OIL IMPREGNATED SINTERED BRONZE |
| LINKAGE | | STEEL, ZINC PLATED |
| SEALS | | SYNTHETIC ELASTOMER |
| TEMPERATURE RANGES | | —20 TO 200F (—29 TO 93C) OR —65 TO 400F (—54 TO 204C) |
| LEAKAGE (48″ BLADE) | | LESS THAN ½% (BASED ON 2000 fpm APPROACH VELOCITY AND 4″ W. G. STATIC PRESSURE) (10 M/S AT 100 mm W. G.) |
| OPERATOR | | PNEUMATIC OR ELECTRIC |

Printed in U.S.A.

DEF 01060

D-1200 APPARATUS BULLETIN

# JOHNSON CONTROL
DESIGN • MANUFACTURE • INSTALLATION



**JOHNSON SERVICE COMPANY**
MILWAUKEE, WISCONSIN AND PRINCIPAL CITIES

Bearings are made of oil impregnated sintered bronze and provide constant lubrication.

Synthetic elastomer seals on the blade edges, and the top, bottom and sides of the frame can withstand air temperatures from —20 to 200F or —65 to 400F. Because of the material and extruded form of the blade edge seals, a positive seal is created when the blades are closed. The seals are easily replaced if they become damaged.

The linkage which interconnects the blades of the damper is housed in the side channels of the frame, reducing air noise and friction.

A linkage that provides an equal percentage characteristic is available for use between the damper and operator. The damper can be operated with a pneumatic piston operator or an electric actuator.

**Mounting**

Proportion/Aire dampers may be mounted in either a horizontal or vertical position without change in performance. The operator



**Flow Characteristics**

may be attached to any driving blade pin and mounted to the outside of the duct. It can also be attached to the frame, inside the duct, and connected to any driving blade. Dampers must be mounted with the side marked "Air Entering Side" upstream.



**Cross Section View of Parallel Blade Damper Showing Seals**

DEF 01061

2



APPARATUS
BULLETIN  D-1200

# JOHNSON CONTROL

DESIGN • MANUFACTURE • INSTALLATION



## JOHNSON SERVICE COMPANY

MILWAUKEE, WISCONSIN AND PRINCIPAL CITIES



W

H

AIR
ENTERING
SIDE

**Standard Sizes and
Square Foot Areas**

| | | WIDTH (INCHES) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NOMINAL** | | 12 | 15 | 18 | 21 | 24 | 27 | 30 | 33 | 36 | 42 | 48 | 60 | 72 |
| | **ACTUAL** | 11⅝ | 14⅝ | 17⅝ | 20⅝ | 23½ | 26⅝ | 29⅝ | 32⅝ | 35⅝ | 41⅝ | 47¾ | 59⅝ | 71¾ |
| **12** | 11⅝ | 1 | 1.25 | 1.50 | 1.75 | 2 | 2.25 | 2.5 | 2.75 | 3 | 3.5 | 4 | 5 | 6 |
| **18** | 17⅝ | 1.5 | 1.87 | 2.25 | 2.62 | 3 | 3.37 | 3.75 | 4.12 | 4.5 | 5.25 | 6 | 7.5 | 9 |
| **24** | 23½ | 2 | 2.5 | 3 | 3.5 | 4 | 4.5 | 5 | 5.5 | 6 | 7 | 8 | 10 | 12 |
| **30** | 29⅝ | 2.5 | 3.12 | 3.75 | 4.37 | 5 | 5.62 | 6.25 | 6.87 | 7.5 | 8.75 | 10 | 12.5 | 15 |
| **36** | 35⅝ | 3 | 3.75 | 4.5 | 5.25 | 6 | 6.75 | 7.5 | 8.25 | 9 | 10.5 | 12 | 15 | 18 |
| **42** | 41⅝ | 3.5 | 4.37 | 5.25 | 6.12 | 7 | 7.87 | 8.75 | 9.62 | 10.5 | 12.25 | 14 | 17.5 | 21 |
| **48** | 47¾ | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | 16 | 20 | 24 |
| **60** | 59⅝ | 5 | 6.25 | 7.5 | 8.75 | 10 | 11.25 | 12.5 | 13.75 | 15 | 17.5 | 20 | 25 | 30 |
| **72** | 71¾ | 6 | 7.5 | 9 | 10.5 | 12 | 13.5 | 15 | 16.5 | 18 | 21 | 24 | 30 | 36 |
| **84** | 83⅞ | 7 | 8.75 | 10.5 | 12.25 | 14 | 15.75 | 17.5 | 19.25 | 21 | 24.5 | 28 | 35 | |
| **96** | 95½ | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 28 | 32 | | |

HEIGHT (INCHES)

EXHIBIT

DEF 01062

3

86B3



APPARATUS
BULLETIN D-1300

# JOHNSON CONTROL
DESIGN • MANUFACTURE • INSTALLATION

## JOHNSON SERVICE COMPANY
MILWAUKEE, WISCONSIN AND PRINCIPAL CITIES

# Johnson D-1300 Proportion/Aire Damper
## Opposed Blade

The Johnson D-1300 Opposed Blade Proportion/Aire Dampers are designed to precisely control the air flow in heating, ventilating and air conditioning systems. Excellent control for air handling applications can be obtained by correctly applying these dampers. They can, because of the inherent characteristics, be properly sized by knowing the specified design flow and pressure drop of the installation. As an example, when a 4' x 4' damper is sized on the basis of a conventional velocity of 2000 fpm, leakage is less than $\frac{1}{2}\%$ when closing against 4" water gage static pressure.

These dampers are available in standard sizes and are modular in concept. Sizes larger than the standard units are obtained by bolting two or more modules together. Kits are available for interconnecting the modules so they will operate as a single damper or as a normally open — normally closed combination.



Proportion/Aire Opposed Blade Damper

### Construction

Frames are made of galvanized sheet steel, formed into channels and riveted. In addition to the rigid frame construction, corner brackets are used to maintain perfect alignment of the damper.

Blades consist of two formed sheets, spot welded together for extra strength to withstand high velocities and static pressures. Square blade pins assure non-slip pivoting of the blades when a damper is used as a single module or is interconnected with others.

### Specifications

| TYPE | | D-1300 OPPOSED BLADE |
|---|---|---|
| MATERIAL | FRAME | 13 GAGE GALVANIZED SHEET STEEL |
| | BLADES | DOUBLE 22 GAGE GALVANIZED SHEET STEEL |
| BLADE PINS (SQUARE) | | STEEL, ZINC PLATED |
| BEARINGS | | OIL IMPREGNATED SINTERED BRONZE |
| LINKAGE | | STEEL, ZINC PLATED |
| SEALS | | SYNTHETIC ELASTOMER |
| TEMPERATURE RANGES | | —20 TO 200F (—29 TO 93C) OR —65 TO 400F (—54 TO 204C) |
| LEAKAGE (48" BLADE) | | LESS THAN $\frac{1}{2}\%$ (BASED ON 2000 fpm APPROACH VELOCITY AND 4" W. G. STATIC PRESSURE) (10 M/S AT 100 mm W. G.) |
| OPERATOR | | PNEUMATIC OR ELECTRIC |

DEF 01063



D-1300  APPARATUS BULLETIN

# JOHNSON CONTROL
DESIGN • MANUFACTURE • INSTALLATION

**JOHNSON SERVICE COMPANY**
MILWAUKEE, WISCONSIN AND PRINCIPAL CITIES

Bearings are made of oil impregnated sintered bronze and provide constant lubrication.

Synthetic elastomer seals on the blade edges, and the top, bottom and sides of the frame can withstand air temperatures from —20 to 200F or —65 to 400F. Because of the material and extruded form of the blade edge seals, a positive seal is created when the blades are closed. The seals are easily replaced if they become damaged.

The linkage which interconnects the blades of the damper is housed in the side channels of the frame, reducing air noise and friction.

A linkage that provides an equal percentage characteristic is available for use between the damper and operator. The damper can be operated with a pneumatic piston operator or an electric actuator.



**Flow Characteristics**

out change in performance. The operator may be attached to any driving blade pin and mounted to the outside of the duct. It can also be attached to the frame, inside the duct, and connected to any driving blade.

## Mounting

Proportion/Aire dampers may be mounted in either a horizontal or vertical position with-



BLADE SEAL

BLADE

BLADE PIN

END SEAL

BOTTOM SEAL

ENLARGED VIEW OF BLADE SEAL

**Cross Section View of Opposed Blade Damper Showing Seals**

2

DEF 01064



APPARATUS
BULLETIN  D-1300



# JOHNSON CONTROL
DESIGN • MANUFACTURE • INSTALLATION



## JOHNSON SERVICE COMPANY
MILWAUKEE, WISCONSIN AND PRINCIPAL CITIES



AIR
ENTERING
SIDE

### Standard Sizes and
### Square Foot Areas

| | | WIDTH (INCHES) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOMINAL | | 12 | 15 | 18 | 21 | 24 | 27 | 30 | 33 | 36 | 42 | 48 | 60 | 72 |
| | ACTUAL | 11¹¹ | 14¹¹ | 17¹¹ | 20¹¹ | 23¾ | 26¹¹ | 29¹¹ | 32¹¹ | 35¹¹ | 41¹¹ | 47¾ | 59¹¹ | 71½ |
| 12 | 11¹¹ | 1 | 1.25 | 1.50 | 1.75 | 2 | 2.25 | 2.5 | 2.75 | 3 | 3.5 | 4 | 5 | 6 |
| 18 | 17¹¹ | 1.5 | 1.87 | 2.25 | 2.65 | 3 | 3.37 | 3.75 | 4.12 | 4.5 | 5.25 | 6 | 7.5 | 5 |
| 24 | 23½ | 2 | 2.5 | 3 | 3.5 | 4 | 4.5 | 5 | 5.5 | 6 | 7 | 8 | 10 | 12 |
| 30 | 29¹¹ | 2.5 | 3.12 | 3.75 | 4.37 | 5 | 5.62 | 6.25 | 6.87 | 7.5 | 8.75 | 10 | 12.5 | 15 |
| 36 | 35¹¹ | 3 | 3.75 | 4.5 | 5.25 | 6 | 6.75 | 7.5 | 8.25 | 9 | 10.5 | 12 | 15 | 16 |
| 42 | 41¹¹ | 3.5 | 4.37 | 5.25 | 6.12 | 7 | 7.87 | 8.75 | 9.62 | 10.5 | 12.25 | 14 | 17.5 | 21 |
| 48 | 47¾ | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 14 | 16 | 20 | 24 |
| 60 | 59¹¹ | 5 | 6.25 | 7.5 | 8.75 | 10 | 11.25 | 12.5 | 13.75 | 15 | 17.5 | 20 | 25 | 30 |
| 72 | 71¾ | 6 | 7.5 | 9 | 10.5 | 12 | 13.5 | 15 | 16.5 | 18 | 21 | 24 | 30 | 36 |
| 84 | 83⁺ | 7 | 8.75 | 10.5 | 12.25 | 14 | 15.75 | 17.5 | 19.25 | 21 | 24.5 | 28 | 35 | |
| 96 | 95½ | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 28 | 32 | | |

DEF 01065



**Emergency Procedures**
**Anchorage Office**

## Contents

Introduction                                         Page 2
Office Protection Systems                            Page 3
Incident Commanders                                  Page 3
Floor Monitors                                       Page 4
Procedures (Dos and Don'ts):
•   In an evacuation                                 Page 4
•   If you discover a fire                           Page 5
•   If you are trapped in an office                  Page 5
•   If you receive a bomb threat                     Page 6
•   If you receive a suspect letter or parcel        Page 6
•   If you receive a letter marked "Anthrax"         Page 7
•   If powder spills out of an envelope              Page 7
•   In an earthquake                                 Page 8
•   In a medical emergency                           Page 8
•   If you are trapped in an elevator                Page 8
Reference Information:
•   Emergency telephone numbers                      Page 9
•   Good housekeeping checklist                      Page 9
•   Muster Points                                    Page 10
•   Bomb Threats: Questions to ask                   Page 11
•   Indicators of Suspicious letters or parcels      Page 13

DEF 01043

1

# Introduction

This booklet contains information about safety systems within the Anchorage Office, emergency procedures and advice about general fire safety precautions.

Please read the booklet carefully and make sure you fully understand and can carry out the emergency procedures described. In particular, you should know the location of emergency exits and muster points.

If there is any part you do not understand, please ask your Floor Monitor.

We recommend that you keep a hard copy of this booklet in a readily accessible location.

By following the correct procedures, THE LIFE YOU SAVE MAY BE YOUR OWN.

# Office Protection Systems

### Emergency Exits

You **MUST** use the stairwells in any kind of emergency evacuation. Do not use the elevators.

There are two stairwells. Doors to the stairwells are adjacent to the elevator lobbies. Exit signs indicate each access point with arrows marking the exit direction.

Each stairwell is illuminated by regular or emergency lighting.

### Fire Alarms

Each floor is equipped with fire alarms that emit a loud buzzing noise when triggered.

### Fire Protection System

The building is equipped with a fire suppression system. Automatic water sprinklers are located in the lobbies and in each room.

Fire alarm pull-stations are located in the elevator lobbies.

A cabinet containing a hand-held fire extinguisher is located in the elevator lobby area on each floor. Other extinguishers are located in cabinets in various locations on each floor.

DEF 01044



## Incident Commanders

An Incident Commander will take charge of all emergencies.

The Anchorage Office has two Incident Commanders. They alternate monthly. Their names and telephone numbers are:

| Name | Incident Command # | Cell phone # | Regular Extension # | Home # |
|------|--------------------|--------------| --------------------|--------|
| Scott Hansen | 7911 | 360 2213 | 7631 | 622 7631 |
| Dave Whitacre | 7911 | 223 9138 | 7616 | 696 1837 |

Both Commanders have the same **Incident Command Number (263) 7911**. This number rolls through all of the contact numbers for the Commander and then the contact numbers for the alternate until he/she answers.

## Floor Monitors

Floor Monitors have the following responsibilities:

- To make sure that everyone on the floor vacates the building when the alarm sounds or there is a PA announcement to evacuate the building.
- To close all internal doors in an evacuation following the fire alarm sounding.
- To assist sick or injured persons.
- To conduct a head counts at the muster points.
- To communicate the names of anyone unaccounted for to the Incident Commander.

Floor Monitors and alternates are as follows:

| | Basement | First | Second | Third | Fourth | Fifth | Sixth |
|---|----------|-------|--------|-------|--------|-------|-------|
| **Monitors** | Paul Crapps | Chris Pecci | Bob Shipley | Jack MacArthur | Phil Ayer | Jim Mosley | Don Page |
| | | | | | Larry Greenstein | Susan Ellenbecker | Martha Henderson |
| **Alternates** | | Carrie Whitford | Lew Dennis | Debra Childers | Paul Burtis | David Bailey | Lynne Goard |
| | | | | | | Don Turner | Dennis Mishina |

DEF 01045

3



## In an Evacuation

| DOs | DON'Ts |
|---|---|
| <ul><li>Keep calm.</li><li>Listen for instructions.</li><li>Respond immediately to the fire alarm or an evacuation announcement over the public address system</li><li>Turn off electrical equipment, if possible</li><li>Walk briskly.</li><li>Leave doors open as you leave. *This is to allow floor monitors to check that no one remains in a room.*</li><li>Feel any door for heat before trying to open it.</li><li>Evacuate the building using the nearest designated emergency exit.</li><li>Go to your Muster Point.</li><li>Stay at your muster point until you are released by your Floor Monitor or the Incident Commander.</li></ul> | <ul><li>Do not panic.</li><li>Do not run.</li><li>Do not stop to collect personal belongings before exiting</li><li>Do not close your door. If the *evacuation is in response to a fire alarm, floor monitors will close the doors of each room after they have checked that the room is empty. If the evacuation is in response to a bomb threat, doors should be left open to dissipate an explosion and leave unobstructed access to emergency personnel.*</li><li>Do not open a door that is hot. Take an alternative route.</li><li>Do not use the elevators.</li><li>Do not push or shove past others in the stairwells.</li><li>Do not return to your office for any reason, e.g. for personal belongings.</li><li>Do not leave your muster area e.g. to mingle with groups from other floors. Wait for instructions.</li></ul> |

## If you discover a fire

| DOs | DON'Ts |
|---|---|
| <ul><li>Raise the alarm.<ul><li>Send someone to pull the nearest fire alarm or pull it your self if no one else is nearby.</li><li>Alert the Fire Department. Dial 9 911</li></ul></li><li>Clear everyone from the immediate area.</li><li>Close doors leading to the fire area to isolate the area and prevent the fire from spreading.</li><li>Evacuate the area using the nearest fire exit.</li><li>Go to your muster area.</li><li>Notify the location and situation to the Incident Commander.</li><li>Stand-by for further instructions.</li></ul>**Put out the fire with the nearest fire extinguisher only:**<ul><li>**After you have raised the alarm**</li><li>**If the fire is small.**</li><li>**If you have been trained to use the extinguisher.**</li></ul> | <ul><li>Do not panic</li><li>Do not hesitate to follow the procedure fully because the fire is just a small one.</li><li>Do not be a spectator. Leave the area</li></ul> |



## If You Are Trapped In An Office

| DOs | DON'Ts |
|---|---|
| • Stay Calm.<br>• Remember the escape route and Emergency Procedures.<br>• Identify the fire location and move as far away from the fire as possible.<br>• Notify your location and situation by calling the Incident Commander.<br>• Maintain contact with the Incident Commander for advice and situation status.<br>• Assess your options to improve the situation: listen to suggestions by others and take action to achieve the safest result.<br>• Evacuate via an alternate route if possible.<br>• If you encounter smoke and breathing becomes difficult, use a wet cloth as a smoke hood or a smoke filter.<br>• Breath with shallow breaths. Crouch with your face close to the floor and crawl to the emergency exit. | 1. Do not panic<br>2. Do not open doors that are hot.<br>3. Do not break window(s).<br>4. Do not jump out of a window.<br>5. Do not try to go through the fire area.<br>6. Do not give up. |

DEF 01047

5



## If You Receive a Bomb Threat

| DOs | DON'Ts |
|---|---|
| • Report any suspicious persons, vehicles or parcels.<br>• Try to obtain as much information from the caller as possible.<br>• Use the Bomb Threat Form. A copy is on page 12.<br>• Immediately pass on all relevant information by calling the Incident Commander on extension 7911. Also advise your supervisor and/or Manager<br>• Respond to an evacuation announcement.<br>• Leave doors open in your area. *This is to allow Floor Monitors to check that rooms are empty after an evacuation instruction has been given and to dissipate the effects an explosion should there be one.*<br>• Evacuate using the designated emergency exit stairwells.<br>• Go to a muster point as instructed in the evacuation instruction.<br>• Check in for head count and report any relevant information to your Floor Monitor.<br>• Disperse or stand by as instructed. | • Do not panic.<br>• Do not close doors as you leave.<br>• Do not re-enter the building for any reason until you have been instructed to do so by the incident commander. |

## If you receive a suspect letter or parcel

| DOs | DON'Ts |
|---|---|
| • Leave the area.<br>• Advise others to evacuate the area.<br>• Notify the Incident Commander on extension 7911 from a safe location.<br>• Go to your Muster Point.<br>• Check in for head count and stand by for further instructions. | • Do not panic.<br>• **Do not touch, move, or disturb the suspicious package.**<br>• Do not close doors as you leave. |

DEF 01048

## If you receive a letter marked "Anthrax" (or other biological toxin)

| DOs | DON'Ts |
|---|---|
| • Place the envelope or package in a plastic bag or some other type of container to prevent the contents from leaking.<br>• If you don't have a container, cover the envelope or package with something such as clothing, paper or a trash can.<br>• Leave the room and close the door or section off the area to keep others away.<br>• Wash your hands with soap and water.<br>• Call the Incident Commander on 7911,<br>• List all of the people who were in the room or area or who may have handled the letter or package. | • Do not shake the envelope or parcel.<br>• Do not empty the contents<br>• Do not touch your face with your hands after handling the letter or package. |

## If you open an envelope or parcel and powder spills out.

| DOs | DONTs |
|---|---|
| • Cover the spilled contents immediately with clothing, paper, a trash can etc.<br>• Leave the room and close the door or section off the area to keep others away.<br>• Wash your hands with soap and water.<br>• Remove contaminated clothing as soon as possible and place in a plastic bag or some other container that can be sealed.<br>• Shower with soap and water as soon as possible. (There is an emergency shower adjacent to the men's room on the fourth floor.)<br>• Remain in the area and shut the door.<br>• Close off vents in the location.<br>• Notify the Incident Commander on 7911.<br>• Notify Emergency Services by calling 9911.<br>• List all of the people who were in the room or area or who may have handled the letter or package. | • Do not leave the area.<br>• Do not try to clean up the powder.<br>• Do not touch your face with your hands after handling the letter or package.<br>• Do not call family or friends until after Emergency Services has arrived and assessed the situation. |

# In an earthquake

| DOs | DON'Ts |
|---|---|
| <ul><li>Remain calm.</li><li>Take cover away from anything that could fall and hurt you such as light fixtures, windows, shelves, cabinets and glass partitions.<ul><li>Stand in the lobby against the core wall of the building or</li><li>Crawl under a desk or table</li></ul></li><li>Be prepared for aftershocks</li><li>Listen to PA instructions.</li></ul> | <ul><li>Do not panic.</li><li>Do not evacuate the building unless instructed to do so. *During an earthquake, most injuries occur when people enter or leave buildings.*</li><li>Do not use the elevator.</li></ul> |

## In a medical emergency

| DOs | DON'Ts |
|---|---|
| <ul><li>Call the emergency services<ul><li>Dial 9911.</li><li>Give the location of the sick or injured person and the nature of the illness or injury.</li></ul></li><li>Contact the Incident Commander.</li></ul> | |

## If you are trapped in an elevator

| DOs | DON'Ts |
|---|---|
| <ul><li>During normal working hours<ul><li>Press the alarm button or</li><li>Use the elevator telephone to call reception. Dial 0</li></ul></li><li>Outside normal working hours<ul><li>Use the elevator telephone to get help. Emergency numbers are on a card attached to the door of the telephone compartment</li></ul></li></ul> | <ul><li>Do not panic</li><li>Do not try to force the doors</li><li>Do not attempt to climb out of the elevator</li></ul> |

DEF 01050

8

EXHIBIT 6

# EMERGENCY TELEPHONE NUMBERS

| | |
|---|---|
| Fire, Police, Ambulance | (9) 911 |
| Incident Commander | (7) 911 |
| Police, Emergency Communications Center | (907) 786 8500 |
| Municipal Emergency Management | (907) 343 1400 |
| Corporate Security Director (Norm Descoteaux) | (281) 287 7627 |

# GOOD HOUSEKEEPING CHECKLIST

The need for good housekeeping, daily precautions and fire awareness precautions cannot be over-stressed. Poor housekeeping, carelessness and neglect make the building unsightly, but also contribute to the possibility of a fire and can cause a fire to spread more rapidly.

Common sense and a desire to correct things when they are first observed can prevent most of the general causes of fire.

All fires start small. A daily check of your surroundings may help to prevent a fire and maintain a safe work environment.

**Checklist:**

- Ensure fire-fighting equipment is in good order, in the correct place and clear of obstructions.
- Ensure fire alarm pull stations are clear of obstructions.
- Keep fire exit routes and stairways clear of obstructions.
- Ensure fire exit signs and stairwell lights are working.
- Use correct types of plug for electrical equipment and not too many plugs on the same socket.
- Keep electrical cable to a minimum length. Never run electrical cable through doorway.
- Do not accumulate rubbish or waste paper. Put rubbish in an appropriate place.
- Clear desktops of paper and files at day's end.
- Log off from your PC at day's end.
- Report any deficiencies found.

## Muster Points

**Anchorage Muster Stations**



Muster in your designated area for head count.

Do not leave the muster area until instructed to do so by the Incident Commander.

| First Floor Monitor(s): | Chris Pecci |
|---|---|
| First Floor Alternate(s): | Carrie Whitford |

| Second Floor Monitor(s): Bob Shipley |
|---|
| Second Floor Alternate(s): Lew Dennis |

| Third Floor Monitor(s): | Jack MacArthur |
|---|---|
| Third Floor Alternate(s): | Debra Childers |

| Fourth Floor Monitor(s): | Phil Ayer |
|---|---|
| | Larry Greenstein |
| Fourth Floor Alternate(s): | Paul Burtis |

| Fifth Floor Monitor(s): | Jim Mosley |
|---|---|
| | Susan Ellenbecker |
| Fifth Floor Alternate(s): | David Bailey |
| | Don Turner |

| Sixth Floor Monitor(s): | Don Page |
|---|---|
| | Martha Henderson |
| Sixth Floor Alternate(s): | Lynne Goard |
| | Dennis Mishina |

DEF 01052

10

EXHIBIT

## Bomb Threat Questions

Anyone receiving a bomb threat should try to obtain from the caller as much information as possible that will be useful in evaluating the threat and helping the police to find the caller.

The following is a list of questions to ask and information to record that may be useful.

Please keep a hard copy of this page under your telephone.

### Questions to ask

- When is the bomb going to explode?
- Where is it?
- What does it look like?
- What kind of bomb is it?
- What will cause it to explode?
- Did you place the bomb?
- Why?
- What is your name?
- Where are you?
- What is your address?

### Exact wording of threat

**Caller:**
**Sex:** Male/Female
**Age:**
**Speech:** Slow/Rapid/Soft/ Loud/Foreign/Familiar/Slurred/ Well spoken/
    Incoherent/Foul-mouthed/High voice/ Low voice/ Nasal/Stutter/ Lisp/ Raspy/ Other
**Manner:** Angry/Calm/Excited/ Laughing /Crying/Other

**Telephone call:** Phone booth/ Local/ Long Distance

**Background Noise:** Street/Aircraft/PA system/Music/Other voices/Machinery/Household (TV, Dishwasher)

EXHIBIT 6

**Indicators of Suspicious Letters or Parcels**

The following indicators, alone or in combination, may signal a suspicious letter or parcel.

- Excessive postage
- Foreign stamps
- Special delivery
- Address:
  - Hand written or poorly typed
  - Title but no name
  - Incorrect title.
  - Misspellings
  - Marked with restrictive endorsements such as "Personal" or "Confidential"
- No return address.
- Postmark and return address do not match.
- Envelop/Parcel
  - Excessively heavy
  - Rigid
  - Stained or discolored.
  - Lopsided or uneven
  - Protruding wires or tinfoil
  - Excessive securing materials such as masking tape or string
  - Ticking sound.

EXHIBIT 6

 

**Incident Commander**
**Bomb Threat Check-list**
**Anchorage Office.**

| CORE TASK | SUB TASK | GUIDELINES |
|---|---|---|
| Evacuate the Building. | Use the PA system to instruct all to evacuate the building. | Say and repeat, "We have received a report of a possible emergency in the building. As a precaution, we will evacuate the building. Please shut down all electrical equipment and go to your muster point. Use the stairs. Do not use the elevators.<br>Before leaving, please look around for any suspicious or unusual package. Tell your Floor Monitor if you see anything." |
| Call Emergency Services | Call the Police Department, Emergency Communications Center # 786 8500 | |
| Clear personnel away from the area. | Use the floor monitors to instruct:<br>• all non-essential personnel to leave the muster points and EITHER go home OR assemble in an alternative location such as the Marriott Hotel.<br><br>• all personnel not to remove their cars from the parking lot. | Personnel will not be able to return to work until the threat has been evaluated, appropriate action taken and the office declared safe.<br><br><br>The bomb may be beneath/in a vehicle. |

DEF 01055

EXHIBIT 6

| | | |
|---|---|---|
| Make "return to work" arrangements | Tell personnel, if they are to be sent home, that they should call Telephone # 263 7976 to receive a taped message about return to work arrangements | |
| Notify neighboring offices and homes. | Instruct the Floor Monitors to notify neighboring offices and homes. | |
| Assemble essential personnel. | Instruct essential personnel to assemble in the Marriott Hotel. | Essential Personnel are those required to:<br>• set up alternative IT and communications facilities<br>• make security arrangements<br>• notify stakeholders<br>• maintain operations<br>• evaluate the threat<br><br>Suggested Team<br>• Management Team<br>• Operations Team<br>• I.T. Team.<br>• Security (Cook/Eaton)<br>• Communications (Sinz)<br>• Government Liaison (Tabler)<br>• Family Information(Cook) |
| Establish security arrangements | Establish security arrangements with the Police. | |
| Set up alternative IT/ Communications systems. | Delegate to IT team | |

DEF 01056

EXHIBIT

 

| | | |
|---|---|---|
| Notify stakeholders. | Arrange persons to call:<br>• Corporate Management (Tim Ling # 310 726 7625)<br>• Field Superintendents (Johnson: 283 5527 (W) 252 1462 (C) 262 5360 (H): Myers 283 5515 (W) 252 1215 (C) 283 3516 (H)<br>• Security Director (Norm Descoteaux # 281 287 7627)<br>• Corporate Communications (Barry Lane #310 726 77331)<br>• Contractor Companies<br><br>Instruct the Communications Coordinator to:<br>• Draft an information bulletin/press release for approval.<br>• Distribute the bulletin/press release as necessary. | |
| Notify government organizations | Instruct the Government Liaison Officer (Tabler) to notify governmental agencies. | Agencies are: |
| Set up Employee/ Family Information Response facilities | Instruct the Family Information Coordinator to set up an information service for in-calling employees and family members. | |

DEF 01057

EXHIBIT 6




| Maintain Operations. | Establish facilities for operational personnel to maintain links with the field. | Key operational personnel include:<br>• Field Superintendents.<br>• Drilling superintendent.<br>• Logistics personnel. |
|---|---|---|
| Evaluate threat | • Assemble an evaluation team<br>• Question any employee who reports seeing any suspicious or unusual package.<br>• Question the operator /person who received the threat.<br>• Review a tape recording of the threat if available. | The evaluation team may include:<br>• Specialists from the Emergency Services<br>• Corporate Security Director (Descoteaux)<br>• Management Team |

DEF 01058

EXHIBIT _____ 6

| | | |
|---|---|---|
| Ensure that the facility is safe. | Conduct a search using the emergency services.<br><br>Make triage arrangements in case of casualties during the search. | |
| Effect return to work procedures | Instruct FIC Coordinator to change the auto-attendant's message to tell employees to return to work. | |

DEF 01059

EXHIBIT 6

EXHIBIT



Vice President

UNOCAL 76
Alaska

Chuck Pierce
Vice President

Martha Henderson
Administrative Assistant

Marty Hrachovy
Manager, Business Ventures
& North Slope Assets

John Zager
Asset Manager
Cook Inlet Gas

Mike Madden
Asset Manager
Cook Inlet Oil

Scott Gutberlet
Planning Manager

Dale Haines
Operations Manager

Harry Eaton
HES Manager

Donald Page
Accounting Manager

Roxanne Sinz
Public Affairs &
Communications Manager

Chris Pecci
IT Manager

Marc Bond
Assistant Counsel
Reports to Dennis Butler

Archie Cook
HR Consultant
Reports to Rick Kangail

EXHIBIT 6

DEF 01066

Effective 08-05-02

# HES



```
                        Harry Eaton
                        HES Manager

        Sue Wilcox                      Lois Born
        Administrative                  Administrative
        Assistant                       Assistant


To be determined    Ken Burns        Lloyd Richardson   Steve Mills      Nick Scales
Environmental       Safety           Safety             Safety           Safety
Supervisor          Specialist       Specialist         Specialist       Advisor


Estelle Mercer
Administrative
Assistant

Laura Hammond       Janet Bounds     John Hammelman     contract
Environmental       Faye Sullivan    David Bailey       positions
Scientist           Environmental    Environmental
                    Scientist        Scientist
```

UNOCAL 76
Alaska

Effective 08-05-02

DEF 01067

# Human Resources



UNOCAL 76
*Alaska*

Archie Cook
HR Consultant

Juanita Lovett
HR Assistant
Anchorage

Tony Milionta
HR Advisor

Norma Johnson
HR Assistant
Kenai

Receptionists
2 part-time
(contract)

Payroll Clerk
(contract)

Building Maintenance
Technicians
(2 contract)

Records Management
Manager
(contract)

Records Management
Project Team
(3 contract)

EXHIBIT

DEF 01068

Effective 08-05-02

| Position: | H.R. Consultant. | Proposed Salary Grade: | | Anchorage, Alaska. |
|---|---|---|---|---|

**Supervisor's Position:** Directly responsible to the General Manager, Human Resources, North America and Canada. Administratively responsible to the Vice President, Unocal Alaska.

**Purpose of position:**

To assist line management to achieve business goals by providing leadership and support in the development, integration and implementation of strategies that maximize employee and organizational effectiveness.

**Key Responsibilities (and the standards against which):**

- Act as a strategic business partner in the Business Unit Management Team.
- Assist line management to develop and maintain effective internal communications, including:
  - communications from management on key business issues such as mission, business drivers and goals, change management and H.R. programs.
  - communications from employees through climate surveys and group meetings
- Prepare strategic staffing forecasts to project employment needs.
- Review legislation and case law summaries to assess current and future HR trends and issues for potential impact on the Business unit
- Take a leadership position in the review and formulation of policies, practices and procedures for recruitment, testing, placement, classification, orientation and employee relations.
- Take a leadership role in maintaining a Union free organization.
- Act as an internal consultant to management regarding how to handle complaints, arbitrate disputes, resolve grievances and otherwise negotiate with others.
- Act as a spokesperson for the business unit on HR issues.
- Manage the public affairs function to assist in ensuring that the organization has a good reputation within the community, with the media and with environmental groups.
- Manage the Anchorage office including physical security.
- Prepare and manage budgets for HR, PA, and the Anchorage office.
- Develop and maintain effective, documented systems for Hiring and Placement and Personal and Group communications within the Operations Management system.
- Serve as a team leader or team member for HR projects.
- Carry out other duties as may be reasonably required.

| Employee Profile | | Subordinate/Contractors | | | Scope Data | | | | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Consultant/HR Leadership | 40% | Category | # | | Annual $ Values | | | | Description | $nm | #'s |
| | | | | | Description | | $nm | Description | | | |
| Mental Demands | 20% | Internal | 2 | | Dept. Expense budget | | 1.62 | Business unit staffing | | | 286 |
| Pressures | 20% | Non Exempt | 1 | | Business unit pre-tax earnings 2000 | | 146.3 | Business unit facilities | | | 17 |
| Physical | 20% | Contract | | | | | | | | | |
| Total | 100% | | 2 | | | | | | | | |

DEF 01069

| Must Have | Nice to Have |
|---|---|
| • Bachelor's degree in HR management or a Bachelor's degree and professional certification.<br>• 8 years of generalist H.R. experience.<br>• Credibility-- proven record in providing tools and information that enhance individual, departmental and organizational performance.<br>• 360° customer orientation and relationships building skills.<br>• Diagnostic skills/ analytical ability-- to gather information, analyze complex issues and determine effective action.<br>• Communication skills-- listening, verbal, writing, presentation and negotiating.<br>• Versatility-- ability to work effectively on a wide range of H.R. issues/projects.<br>• Teamwork skills.<br>• Knowledge of business goals, issues and challenges.<br>• Computer literacy | • Masters degree or equivalent in HR Management.<br>• 10-15 years of generalist HR experience. |

DEF 01070

EXHIBIT

