**RECEIVED**

MAR 2 9 2006

John B. Thorsness, Esq. CLERK U.S. DISTRICT COURT
ANCHORAGE. ALASKA
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAR 0 1 2006

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

   Plaintiffs,

vs.

UNOCAL CORPORATION,

   Defendant.

Case No. A04-0096 CV (JKS)

**DEFENDANT'S RESPONSES TO PLAINTIFFS'
EIGHTH DISCOVERY REQUESTS**

Defendant, Unocal Corporation, by and through its counsel of record, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, submits its response to

Plaintiffs Eighth Discovery Requests to Unocal Corporation Pursuant to Federal

Rule of Civil Procedure 26, 33 and 36, dated January 4, 2006, as follows:

EXHIBIT 8

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1**:    Please  produce  any  and  all correspondence  and  other  documents  to/from  Alaska  Department  of  Labor  and Workforce  Development,  Occupational  Safety  and  Health  (AKOSH)  and  Unocal regarding the Grove accident of September 9, 2002.

**RESPONSE**:  Defendant previously produced DEF 00027- DEF 00046.

**REQUEST  FOR  PRODUCTION  NO. 2**:    Please  produce  any  and  all correspondence and other documents

a.    between  Unocal  and  Siemens  regarding  the  Grove  accident  of September 9, 2002;

b.    concerning  the  AKOSH  investigation  of  the  Grove  accident  of September 9, 2002;

c.    the contract between Siemens and Unocal as to servicing the Unocal Building,  to  include  the  Contract  in  place  at  the  time  of  the  Grove accident,    and    any    preceding/subsequent    Contract(s),and    any documents    concerning    performance    by    Siemens    and/or responsibilities  under  the  contract  and/or  authorizations  for  Siemens or  Unocal  to  do  any  work  in  the  mechanical  room,  or  build  any fixtures/work platforms in the mechanical room.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Defendant's Responses to Plaintiffs' Eighth Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 2 of 4

EXHIBIT 

**RESPONSE:**

a)      Defendant produces herewith a copy of the September 17, 2004, Unocal letter to Siemens requesting tender of defense (DEF 01106 – DEF 01107).

b)      Defendant previously produced DEF 00027 – DEF 00046.  Defendant produces herewith photocopy of posting of Notice to Employees of Informal Conference and a OSHA brochure entitled Employer Rights and Responsibilities Following an OSHA Inspection (DEF 01079 – DEF 01104).

c)      Defendant previously produced DEF 00013 –DEF 00017; DEF 01032 – DEF 01040; DEF 00001 – DEF 00012.  Defendant produces herewith Siemens Proposal for Unocal Facilities Management Services (FMS) (DEF 01074 – DEF 01078).

**REQUEST FOR PRODUCTION NO. 3**:    Please produce any and all documents, including, but not limited to, any Unocal investigation regarding the Grove accident of September 9, 2002.

**RESPONSE**:

Defendant does not possess any responsive documents.

EXHIBIT 

DATED at Anchorage, Alaska, this ____ day of March, 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
John B. Thorsness #8211154

Certificate of Service:

I certify that a copy of this
document was mailed _____,
faxed _____, hand delivered __X__ on
March ____, 2006, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Defendant's Responses to Plaintiffs' Eighth Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 4 of 4

EXHIBIT 8



**Marc D. Bond**
Assistant Counsel
Law Department
Tel 907.263.7813
Fax 907.263.7607
Cell 907.229.5750
mbond@unocal.com

**VIA FIRST CLASS MAIL AND FACSIMILE**
Fax: (907) 563-6139

September 17, 2004

Amber M. McDonough, Service Sales Engineer
Ben R. Seitz, Service Operations Manager
Siemens Building Technologies, Inc.
Landis Division
5333 Fairbanks St., Suite B
Anchorage, AK 99518

Re:  *Grove v. Unocal Corporation*
     Tender of Defense and Indemnity

Dear Ms. McDonough and Mr. Seitz:

Lane Powell Spears Lubersky LLP is outside counsel for Union Oil Company of California (named defendant, Unocal Corporation) in the referenced lawsuit, in which a Siemens' employee, Lawrence Grove, is alleging personal injuries suffered on September 9, 2002, while he was engaged in the performance of mechanical services (HVAC) at Unocal's office building located at 909 West 9th Avenue in Anchorage, Alaska. Mr. Grove was carrying out such services on behalf of Siemens pursuant to the Master Services Contract #3282-ONS dated April 18, 1994, by and between Landis & Gyr Powers Inc. and Union Oil Company of California (the "Contract")[1].

Mr. Grove alleges that he suffered his injuries while installing air filters, a duty that is specifically described in the Contract pursuant to Attachment A thereto.

Unocal hereby tenders defense and indemnity of Mr. Grove's claims to Siemens pursuant to Section 6 of the Contract, which provides that all claims, liabilities, demands, actions, damages, losses, and expenses, including but not limited to court costs, reasonable attorney's fees, and other litigation expenses, arising out of or in connection with personal or bodily injury ... to contractor's personnel ... arising out of or in connection with the operations under this Contract, regardless of how or when such injury ... occurs."

---

[1] Master Services Contract #3282-ONS was assigned to Siemens on October 1, 1998, and was agreed to and accepted by Unocal on June 27, 2000.

DEF 01106

EXHIBIT  8

Siemens' Building Technologies, Inc.
Re: *Grove v. Unocal Corporation*
Tender of Defense and Indemnity
September 17, 2004
Page 2

Unocal requests confirmation of your acceptance of this tender, and agreement to defend and fully indemnify Unocal, no later than October 1, 2004. Please indicate your acceptance in the space provided hereinbelow.

Mr. Shannon Martin of Lane Powell Spears Lubersky LLP is the working attorney on this matter, and has undertaken the initial investigation into this claim. All pleadings and file materials relevant to this lawsuit are in his possession. Assuming that Siemens accepts this tender, I suggest that Lane Powell continue its representation of Unocal's interests.

Should you have any questions, please do not hesitate to contact me by phone or email as indicated on this letterhead.

Best regards,

Marc Bond
coc

Marc Bond
MB:csc

cc:    Shannon W. Martin, Lane Powell

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNCONDITIONAL ACCEPTANCE OF TENDER

On behalf of SIEMENS BUILDING TECHNOLOGIES, INC., I hereby unconditionally accept the tender of defense and indemnity of Union Oil Company of California pursuant to Section 6 of the Master Services Contract #3282-ONS, in connection with the claims alleged in *Grove v. Unocal Corporation,* a lawsuit filed in the U.S. District Court at Anchorage, Case No. A04-0096 CV (JKS).

Date: _____        By: _____

                                      Title: _____

EXHIBIT   8

**DEF 01107**



DEF 01079

EXHIBIT 8


# Employer Rights and Responsibilities Following an OSHA Inspection

U.S. Department of Labor
Elaine L. Chao, Secretary

Occupational Safety and Health Administration
John L. Henshaw, Assistant Secretary

OSH
200



DEF 01080

EXHIBIT 8

This informational booklet is intended
to provide a generic, non-exhaustive
overview of a particular standards-
related topic. This publication does not
itself alter or determine compliance
responsibilities, which are set forth in
OSHA standards themselves, and the
*Occupational Safety and Health Act*.
Moreover, because interpretations and
enforcement policy may change over
time, for additional guidance on OSHA
compliance requirements, the reader
should consult current administrative
interpretations and decisions by the
Occupational Safety and Health Review
Commission and the courts.

Material contained in this publication
is in the public domain and may
be reproduced, fully or partially,
without the permission of the Federal
Government. Source credit is requested
but not required.

This information will be made available
to sensory impaired individuals upon
request. Voice phone: (202) 693–1999.
Teletypewriter (TTY): (877) 889–5627.

# Employer Rights and Responsibilities Following an OSHA Inspection



U.S. Department of Labor
Elaine L. Chao, Secretary

Occupational Safety and Health Administration
John L. Henshaw, Assistant Secretary

OSHA 3000
2002 (Revised)

DEF 01081

EXHIBIT___8

# Contents

i

What happens after an OSHA inspection? ......... 1

What are the types of violations? ........................ 3

What are the posting requirements? ................... 6

Does the employer have options? ...................... 7

How do you comply? ......................................... 8

What about an informal conference
and settlement? ................................................. 10

How do you contest citations? ......................... 12

What is the contest process? ............................. 13

What other steps can you take? ........................ 14

What can employees do? .................................. 15

What about followup inspections
and failure to abate? ......................................... 16

What if there appears to
be employer discrimination? ............................ 17

What about providing false information? ......... 18

How can OSHA help me? ................................. 19

OSHA Regional and Area Offices ................... 31

OSHA-Approved Safety and Health Plans ....... 36

OSHA Consultation Projects ............................ 37

DEF 01082

EXHIBIT 8

## What happens after an OSHA inspection?

**1**

This pamphlet contains important information regarding your rights and responsibilities under the *Occupational Safety and Health Act of 1970 (OSH Act*, Public Law 91-596, as amended by P.L. 101-552, November 5, 1990).

An OSHA compliance safety and health officer (CSHO) conducts an inspection of your workplace, in accordance with the *OSH Act*. After the inspection, the CSHO reports the findings to the Area Director, who evaluates them. If a violation exists, OSHA will issue you a **Citation and Notification of Penalty** detailing the exact nature of the violation(s) and any associated penalties (see also OSHA 2098, *OSHA Inspections*). A citation informs you of the alleged violation, sets a proposed time period for you to correct the violation, and proposes the appropriate dollar penalties.

The information in this booklet can and should be used as a discussion guide during your closing conference with the OSHA compliance officer. For each apparent violation found during the inspection, the compliance officer has discussed or will discuss the following with you:

- Nature of the violation,
- Possible abatement measures you may take to correct the violative condition,
- Possible abatement dates you may be required to meet, and
- Any penalties that the Area Director may issue.

The CSHO is a highly trained professional who can help you recognize and evaluate hazards as well as suggest appropriate methods of correcting violations. To minimize employee exposure to possible hazardous conditions, abatement efforts should always begin as soon as possible.

DEF 01083

EXHIBIT 8

**2**

## What are the types of violations?

**3**

**Important Note:** There are currently 26 states or territories administering OSHA-approved safety and health plans: 23 of these plans cover the private and public (state and local government) sectors and 3 cover the public sector only. For more information, employers and employees in these 26 states and territories should check with their state agencies, listed at the end of this publication. State plans may include standards, regulations, and procedures that, while at least as effective as their federal equivalents, are are not always identical to them. For example:

- Some states have different options and procedures for the employer who believes changes, modifications, or deletions of the penalty, citation, or abatement dates are needed;

- Although Federal OSHA recommends that employers in general industry, shipbuilding and repair, and marine terminal and longshoring operations establish comprehensive workplace safety and health programs, some states require such programs; and

- In states with OSHA-approved safety and health plans, an employee who believes he/ she has been discriminated against pursuant to Section 11(c) of the *OSH Act* is entitled to file a complaint alleging discrimination under both state and federal procedures.

The following general information defines the types of violations and explains the actions you may take if you receive a citation as the result of an inspection.

**Willful:** A willful violation is defined as a violation in which the employer knew that a hazardous condition existed but made no reasonable effort to eliminate it and in which the hazardous condition violated a standard, regulation, or the *OSH Act*. Penalties range from $5,000 to $70,000 per willful violation.

**Serious:** A serious violation exists when the workplace hazard could cause injury or illness that would most likely result in death or serious physical harm, unless the employer did not know or could not have known of the violation. OSHA may propose a penalty of up to $7,000 for each violation.

**Other-Than-Serious:** An other-than-serious violation is defined as a situation in which the most serious injury or illness that would be likely to result from a hazardous condition cannot reasonably be predicted to cause death or serious physical harm to exposed employees but does have a direct and immediate relationship to their safety and health. OSHA may impose a penalty of up to $7,000 for each violation.

**De Minimis:** De minimis violations are violations that have no direct or immediate relationship to safety or health and do not result in citations.

**Other:** A violation that has a direct relationship to job safety and health, but is not serious in nature, is classified as "other."

**Failure to Abate:** A failure to abate violation exists when the employer has not corrected a violation for which OSHA has issued a citation and the abatement date has passed or is covered under a settlement agreement. A failure to abate also exists when the employer has not complied with interim measures involved in a long-term

DEF 01084

EXHIBIT 8

**4**

**5**

abatement within the time given. OSHA may impose a penalty of up to $7,000 per day for each violation.

**Repeated:** An employer may be cited for a repeated violation if that employer has been cited previously for a **substantially similar condition** and the citation has become a final order of the Occupational Safety and Health Review Commission. A citation is currently viewed as a repeated violation if it occurs within 3 years either from the date that the earlier citation becomes a final order or from the final abatement date, whichever is later. Repeated violations can bring a civil penalty of up to $70,000 for each violation.

For purposes of determining whether a violation is repeated, the following criteria generally apply:

1. **Fixed Establishments:** Citations issued to employers having fixed establishments (such as factories, terminals, and stores) are not normally limited to the cited establishment. A multifacility employer, for example, can be cited for a repeated violation if the violation recurred at any plant nationwide, and if a citation is obtained and reveals a repeated violation.

2. **Nonfixed Establishments:** For employers engaged in businesses having no fixed establishments (such as construction sites and oil and gas drilling sites), repeated violations are alleged based on prior violations occurring anywhere, and at any of the employer's identified establishments nationwide, based on employer history.

3. **Longshoring Establishments:** A longshoring establishment covers all longshoring activities of a single stevedore within any single port area. Longshoring employers are subject to repeated violation citations based on prior violations occurring anywhere in the nation.

4. **Other Maritime Establishments:** Other maritime establishments covered by OSHA standards (such as shipbuilding and ship repairing) are generally defined as fixed establishments. (See 1 above.)

A VIOLATION CAN BE CITED AS REPEATED IF THE EMPLOYER HAS BEEN CITED FOR THE SAME OR A SUBSTANTIALLY SIMILAR VIOLATION ANYWHERE IN THE NATION WITHIN THE PAST 3 YEARS.

Employer Rights and Responsibilities Following an OSHA Inspection

What Are the Types of Violations?

DEF 01085

EXHIBIT 8

## 6 | What are the posting requirements?

When you receive a citation and notification of penalty, you must post the citation (or a copy of it) at or near the place where each violation occurred to make employees aware of the hazards to which they may be exposed. The citation must remain posted for 3 working days or until the violation is corrected, whichever is longer. (Saturdays, Sundays, and federal holidays do not count as working days.) **You must comply with these posting requirements even if you contest the citation.**

The abatement certification documents— such as abatement certifications, abatement plans and progress reports—also must be posted at or near the place where the violation occurred. For moveable equipment found to be in violation and where the posting of violations would be difficult or impractical, the employer has an option to identify the equipment with a "Warning" tag specified in the abatement verification regulation *Title 29 Code of Federal Regulations (CFR)* 1903.19(i).

## Does the employer have options? | 7

As an employer who has been cited, you may take either of the following courses of action:

- If you agree to the Citation and Notification of Penalty, you must correct the condition by the date set in the citation and pay the penalty, if one is proposed;

- If you do not agree, you have 15 working days from the date you receive the citation to contest in writing any or all of the following:

  – Citation,

  – Proposed penalty, and/or

  – Abatement date.

OSHA will inform the affected employee representatives of the informal conference or contest.

Before deciding on either of these options, you may request an informal conference with the OSHA Area Director to discuss any issues related to the citation and notification of penalty. (See **Informal Conference and Settlement.**)

DEF 01086

## 8 How do you comply?

For violations you do not contest, you must:

(1) promptly notify the OSHA Area Director by letter signed by a member of management that you have taken the appropriate corrective action within the time set forth in the citation, and (2) pay any penalties itemized.

The notification you send the Area Director is referred to as **Abatement Certification**. For Other-Than-Serious violations, this may be a signed letter identifying the inspection number and the citation item number and noting that you corrected the violation by the date specified on the citation. For more serious violations (such as Serious, Willful, Repeat, or Failure-to-Abate), abatement certification requires more detailed proof.

If the employer has abatement questions after the inspection, the Area Director must ensure that additional information, if available, is provided to the employer as soon as possible.

Employers also can find guidance on abatement verification on OSHA's website at www.osha.gov/Publications/Abate/abate.html.

When the citation permits an extended time for abatement, you must ensure that employees are adequately protected during this time. For example, the citation may require the immediate use of personal protective equipment by employees while engineering controls are being installed. When such is the case and where indicated on the citation, you must also provide OSHA with an abatement plan (steps you will take to protect employees and correct the hazards) and periodic progress reports on your actions.

The penalties itemized on the citation and notification of penalty are payable within 15 working days of receipt of the penalty notice.

If, however, you contest the citation or penalty in good faith, OSHA will suspend abatement and payment of penalties for those items contested until the Occupational Safety and Health Review Commission or a higher court issues a final order or rule. The Review Commission is an independent agency and is **not** a part of the U.S. Department of Labor. The final order of the Commission will either uphold, modify, or eliminate the citations and/or penalties. Penalties for items not contested, however, are still due within 15 working days. (For further details, see the section on **How to Contest**.)

Payment should be made by check or money order payable to DOL-OSHA. Please indicate on your payment the OSHA number from the upper right-hand corner of your citation and **send it to the OSHA Area Office listed on the citation and notification of penalty.**

DEF 01087

## 10 What about an informal conference and settlement?

11

Before deciding whether to file a **Notice of Intent to Contest**, you may request an informal conference with the OSHA Area Director to discuss the citation and notification of penalty.

You may use this opportunity to do any of the following:

- Get a better explanation of the violations cited;
- Get a more complete understanding of the specific standards that apply;
- Negotiate and enter into an informal settlement agreement;
- Discuss ways to correct violations;
- Discuss problems concerning the abatement dates;
- Discuss problems concerning employee safety practices;
- Resolve disputed citations and penalties, (eliminating the need for the more formal procedures associated with litigation before the Review Commission); and
- Get answers to any other questions you may have.

OSHA encourages you to take advantage of the opportunity to have an informal conference if you foresee any difficulties in complying with any part of the citation. **Please note, however, that an informal conference must be held within the 15 working day Notice of Intent to Contest period and will neither extend the 15 working day contest period nor take the place of the filing of a written notice if you desire to contest.** Employee representative(s) have the right to participate in any informal

conference or negotiations between the Regional Administrator or Area Director and the employer.

If you agree that the cited violations exist, but you have a valid reason for wishing to extend the abatement date(s), you may discuss this with the Area Director in an informal conference. He or she may issue an amended citation that changes the abatement date prior to the expiration of the 15-working-day period without your filing a Notice of Intent to Contest.

If you do not contest within 15 working days, your citation will become a final order not subject to review by any court or agency. After this occurs, the OSHA Area Director may continue to provide you with information and assistance on how to abate the hazards cited in your citation, but may not amend or change any citation or penalty which has become a final order. The Area Director may only advise you on abatement methods or extend the time you need to abate the violation. (See **Petition for Modification of Abatement**.)

Whenever the employer, an affected employee, or employee representative requests an informal conference, the parties shall be afforded the opportunity to participate fully. If either party chooses not to participate in the informal conference, that party forfeits the right to be consulted before decisions are made that affect the citations. If the requesting party objects to the attendance of the other party, OSHA may hold separate informal conferences. During a joint informal conference, separate or private discussions will be permitted if either party requests them. Informal conferences may be held by any means practical.

DEF 01088

EXHIBIT 8

## 12 How do you contest citations?

If you wish to contest any portion of your citation, you must submit a Notice of Intent to Contest in writing within 15 working days after receipt of the citation and notification of penalty. This applies even if you have stated your disagreement with a citation, penalty, or abatement date during a telephone conversation or an informal conference.

The Notice of Intent to Contest must clearly state what is being contested—the citation, the penalty, the abatement date, or any combination of these factors. In addition, the notice must state whether all the violations on the citation, or just specific violations, are being contested. (For example, "I wish to contest the citation and penalty proposed for items 3 and 4 of the citation issued June 27, 1990.")

Your contest must be made in good faith. OSHA will not consider a contest filed solely to avoid your responsibilities for abatement or payment of penalties a good-faith contest.

A proper contest of any item suspends your legal obligation to abate and pay until the item contested has been resolved. If you contest only the penalty, you must still correct all violations by the dates indicated on the citation. If you contest only some items on the citation, you must correct the other items by the abatement date and pay the corresponding penalties within 15 days of notification.

After you file a Notice of Intent to Contest, your case is officially in litigation. If you wish to settle the case, you may contact the OSHA Area Director who will give you the name of the attorney handling your case for OSHA. All settlements of contested cases are negotiated between you and the attorney according to the rules of procedure of the Occupational Safety and Health Review Commission.

Employer Rights and Responsibilities Following an OSHA Inspection

## 13 What is the contest process?

If you file the written Notice of Intent to Contest within the required 15 working days, the OSHA Area Director forwards your case to the Occupational Safety and Health Review Commission. The Commission assigns the case to an administrative law judge who usually will schedule a hearing in a public place close to your workplace. Both employers and employees have the right to participate in this hearing, which contains all the elements of a trial, including examination and cross-examination of witnesses. You may choose to represent yourself or have an attorney represent you. The administrative law judge may affirm, modify, or eliminate any contested items of the citation or penalty.

As with any other legal procedure, there is an appeals process. Once the administrative law judge has ruled, any party to the case may request a further review by the full Review Commission. In addition, any of the three commissioners may, on his or her own motion, bring the case before the entire Commission for review. The Commission's ruling, in turn, may be appealed to the U.S. Court of Appeals for the circuit in which the case arose or for the circuit where the employer has his or her principal office.

What Is the Contest Process?

DEF 01089

8

OSHA assigns abatement dates on the basis of the best information available when issuing the citation. If you are unable to meet an abatement date because of uncontrollable events or other circumstances, and the 15 working day contest period has expired, you may file a **Petition for Modification of Abatement (PMA)** with the OSHA Area Director.

The petition must be in writing and must be submitted as soon as possible, but no later than working day after the abatement date. To show clearly that you have made a good-faith effort to comply, the PMA must include all of the following information before OSHA considers it:

- Steps you have taken to achieve compliance, and dates they were taken;

- Additional time you need to comply;

- Why you need additional time;

- Interim steps you are taking to safeguard your employees against the cited hazard(s) until the abatement;

- A certification that the petition has been posted, the date of posting and, when appropriate, a statement that the petition has been furnished to an authorized representative of the affected employees. The petition must remain posted for 10 working days, during which employees may file an objection.

The OSHA Area Director may grant or oppose a PMA. If it is opposed, it automatically becomes a contested case before the Review Commission. If a PMA is granted, OSHA may conduct a monitoring inspection to ensure that conditions are as they have been described and that adequate progress has been made toward abatement. The OSHA Area Office may provide additional information on PMAs.

Employer Rights and Responsibilities Following an OSHA Inspection

Employees or their authorized representatives may contest any or all of the abatement dates set for violations if they believe them to be unreasonable. In these cases, employers must file a written Notice of Intent to Contest with the OSHA Area Director within 15 working days after receiving the citation.

**The filing of an employee contest does not suspend the employer's obligation to abate.**

Employees also have the right to object to a PMA. Such objections must be in writing and must be sent to the Area Office within 10 days of service or posting. OSHA will not make a decision regarding the PMA until the Review Commission resolves the issue.

DEF 01090

## 16  What about followup inspections and failure to abate?

If you receive a citation, OSHA may conduct a followup inspection to verify that you have done the following:

- Posted the citation as required,
- Corrected the violations as required in the citation, and/or
- Protected employees adequately and made appropriate progress in correcting hazards during multistep or lengthy abatement periods.

In addition to providing for penalties for Failure-to-Post citations and Failure-to-Abate violations, the *OSH Act* clearly states that you have a **continuing responsibility** to comply with the *OSH Act* and assure your employees safe and healthful working conditions. OSHA will cite any new violations discovered during a followup inspection.

## What if there appears to be employer discrimination?  17

To achieve abatement by the date set forth in the citation, employers must initiate abatement efforts promptly.

The *OSH Act* prohibits employers from discharging or otherwise discriminating against an employee who has exercised any right under this law, including the right to make safety and health complaints or to request an OSHA inspection. OSHA will investigate complaints from employees who believe they have been discriminated against. If the investigation discloses probable violations of employee rights, court action may follow.

Employees who believe they have been discriminated against must file their complaints within **30 days** of the alleged act of discrimination. For more information, contact OSHA and inquire about Section 11(c) procedures.

DEF 01091

8

## 18  What about providing false information?

All information that employers and employees report to OSHA must be accurate and truthful. Providing false information on efforts to abate cited conditions or in required records is punishable under the *OSH Act*.

## How can OSHA help me?  19

OSHA can provide extensive help through a variety of programs, including assistance about safety and health programs, state plans, workplace consultations, voluntary protection programs, strategic partnerships, training and education, and more.

### How does safety and health program management assistance help employers and employees?

Effective management of worker safety and health protection is a decisive factor in reducing the extent and severity of work-related injuries and illnesses and their related costs. In fact, an effective safety and health program forms the basis of good worker protection and can save time and money—about $4 for every dollar spent—and increase productivity.

To assist employers and employees in developing effective safety and health programs, OSHA published recommended *Safety and Health Program Management Guidelines* (*Federal Register* 54(18):3908-3916, January 26, 1989). These voluntary guidelines can be applied to all worksites covered by OSHA.

The guidelines identify four general elements critical to the development of a successful safety and health management program:

- Management leadership and employee involvement;

- Worksite analysis;

- Hazard prevention and control; and

- Safety and health training.

DEF 01092

EXHIBIT 8

**20**

**21**

The guidelines recommend specific actions under each of these general elements to achieve an effective safety and health program. The *Federal Register* notice is available online at www.osha.gov.

## What are state plans?

State plans are OSHA-approved job safety and health programs operated by individual states or territories instead of Federal OSHA. The *Occupational Safety and Health Act of 1970 (OSH Act)* encourages states to develop and operate their own job safety and health plans and permits state enforcement of OSHA standards if the state has an approved plan. Once OSHA approves a state plan, it funds 50 percent of the program's operating costs. State plans must provide standards and enforcement programs, as well as voluntary compliance activities that are at least as effective as those of Federal OSHA.

There are 26 state plans: 23 cover both private and public (state and local government) employment, and 3 (Connecticut, New Jersey, and New York) cover only the public sector. For more information on state plans, see the listing at the end of this publication, or visit OSHA's website at www.osha.gov.

## How can consultation assistance help employers?

In addition to helping employers identify and correct specific hazards, OSHA's consultation service provides free, onsite assistance in developing and implementing effective workplace safety and health management systems that emphasize the prevention of worker injuries and illnesses.

Employer Rights and Responsibilities Following an OSHA Inspection

Comprehensive consultation assistance provided by OSHA includes a hazard survey of the worksite and an appraisal of all aspects of the employer's existing safety and health management system. In addition, the service offers assistance to employers in developing and implementing an effective safety and health management system. Employers also may receive training and education services, as well as limited assistance away from the worksite.

## Who can get consultation assistance and what does it cost?

Consultation assistance is available to small employers (with fewer than 250 employees at a fixed site and no more than 500 corporatewide) who want help in establishing and maintaining a safe and healthful workplace.

Funded largely by OSHA, the service is provided at no cost to the employer. Primarily developed for smaller employers with more hazardous operations, the consultation service is delivered by state governments employing professional safety and health consultants. No penalties are proposed or citations issued for hazards identified by the consultant. The employer's only obligation is to correct all identified serious hazards within the agreed-upon correction time frame. OSHA provides consultation assistance to the employer with the assurance that his or her name and firm and any information about the workplace will not be routinely reported to OSHA enforcement staff.

## Can OSHA assure privacy to an employer who asks for consultation assistance?

OSHA provides consultation assistance to the employer with the assurance that his or her

DEF 01093

EXHIBIT 8

**22**

name and firm and any information about the workplace will not be routinely reported to OSHA enforcement staff.

## Can an employer be cited for violations after receiving consultation assistance?

If an employer fails to eliminate or control a serious hazard within the agreed-upon timeframe, the consultation project manager must refer the situation to the OSHA enforcement office for appropriate action. This is a rare occurrence, however, since employers request the service for the expressed purpose of identifying and fixing hazards in their workplaces.

## What incentives does OSHA provide for seeking consultation assistance?

Under the consultation program, certain exemplary employers may request participation in OSHA's Safety and Health Achievement Recognition Program (SHARP). Eligibility for participation in SHARP includes, but is not limited to, receiving a full-service, comprehensive consultation visit, correcting all identified hazards, and developing an effective safety and health management system.

Employers accepted into SHARP may receive an exemption from programmed inspections (not complaint or accident investigation inspections) for a period of 1 year initially, or 2 years upon renewal.

For more information concerning consultation assistance, see the list of consultation directory at the end of this publication, contact your regional or area OSHA office, or visit OSHA's website at www.osha.gov.

Employer Rights and Responsibilities Following an OSHA Inspection

**23**

## What are the Voluntary Protection Programs?

Voluntary Protection Programs (VPPs) represent one part of OSHA's effort to extend worker protection beyond the minimum required by OSHA standards. VPP—along with onsite consultation services, full-service area offices, and OSHA's Strategic Partnership Program (OSPP)—represents a cooperative approach which, when coupled with an effective enforcement program, expands worker protection to help meet the goals of the *OSH Act*.

## How do the Voluntary Protection Programs Work?

There are three levels of VPPs: Star, Merit, and Demonstration. All are designed to do the following:

- Recognize employers who have successfully developed and implemented effective and comprehensive safety and health management systems;

- Encourage these employers to continuously improve their safety and health management systems;

- Motivate other employers to achieve excellent safety and health results in the same outstanding way; and

- Establish a relationship between employers, employees, and OSHA that is based on cooperation.

## How does VPP help employers and employees?

VPP participation can mean the following:

- Fewer worker fatalities, injuries, and illnesses;

How Can OSHA Help Me?

DEF 01094

**24**

**25**

- Lost-workday case rates generally 50 percent below industry averages;
- Lower workers' compensation and other injury- and illness-related costs;
- Improved employee motivation to work safely, leading to a better quality of life at work;
- Positive community recognition and interaction;
- Further improvement and revitalization of already-good safety and health programs; and
- A positive relationship with OSHA.

## How does OSHA monitor VPP sites?

OSHA reviews an employer's VPP application and conducts a VPP Onsite Evaluation to verify that the safety and health management systems described are operating effectively at the site. OSHA conducts onsite evaluations on a regular basis, annually for participants at the Demonstration level, every 18 months for Merit, and every 3 to 5 years for Star. Each February, all participants must send a copy of their most recent annual evaluation to their OSHA regional office. This evaluation must include the worksite's record of injuries and illnesses for the past year.

## Can OSHA inspect an employer who is participating in the VPP?

Sites participating in VPP are not scheduled for regular, programmed inspections. OSHA handles any employee complaints, serious accidents, or significant chemical releases that may occur at VPP sites according to routine enforcement procedures.

Employer Rights and Responsibilities Following an OSHA Inspection

Additional information on VPP is available from OSHA national, regional, and area offices, listed at the end of this booklet. Also, see Outreach at OSHA's website at www.osha.gov.

## How can a partnership with OSHA improve worker safety and health?

OSHA has learned firsthand that voluntary, cooperative partnerships with employers, employees, and unions can be a useful alternative to traditional enforcement and an effective way to reduce worker deaths, injuries, and illnesses. This is especially true when a partnership leads to the development and implementation of comprehensive workplace safety and health management system.

## What is OSHA's Strategic Partnership Program (OSPP)?

OSHA Strategic Partnerships are alliances among labor, management, and government to foster improvements in workplace safety and health. These partnerships are voluntary, cooperative relationships between OSHA, employers, employee representatives, and others such as trade unions, trade and professional associations, universities, and other government agencies. OSPPs are the newest of OSHA's cooperative programs.

## What do OSPPs do?

These partnerships encourage, assist, and recognize the efforts of the partners to eliminate serious workplace hazards and achieve a high level of worker safety and health. Whereas OSHA's Consultation Program and VPP entail

How Can OSHA Help Me?

DEF 01095

EXHIBIT 8

**26**

**27**

one-on-one relationships between OSHA and individual worksites, most strategic partnerships seek to have a broader impact by building cooperative relationships with groups of employers and employees.

## Are there different kinds of OSPPs?

There are two major types:

- Comprehensive, which focus on establishing comprehensive safety and health management systems at partnering worksites; and
- Limited, which help identify and eliminate hazards associated with worker deaths, injuries, and illnesses, or have goals other than establishing comprehensive worksite safety and health programs.

OSHA is interested in creating new OSPPs at the national, regional, and local levels. OSHA also has found limited partnerships to be valuable. Limited partnerships might address the elimination or control of a specific industry hazard.

## What are the benefits of participation in the OSPP?

Like VPP, OSPP can mean the following:

- Fewer worker fatalities, injuries, and illnesses;
- Lower workers' compensation and other injury- and illness-related costs;
- Improved employee motivation to work safely, leading to a better quality of life at work and enhanced productivity;
- Positive community recognition and interaction;

Employer Rights and Responsibilities Following an OSHA Inspection

- Development of or improvement in safety and health management systems; and
- Positive interaction with OSHA.

For more information about this program, contact your nearest OSHA office or go to the agency website at www.osha.gov.

## Does OSHA have occupational safety and health training for employers and employees?

The OSHA Training Institute in Des Plaines, IL, provides basic and advanced training and education in safety and health for federal and state compliance officers, state consultants, other federal agency personnel, and private-sector employers, employees, and their representatives.

Institute courses cover diverse safety and health topics including electrical hazards, machine guarding, personal protective equipment, ventilation, and ergonomics. The facility includes classrooms, laboratories, a library, and an audiovisual unit. The laboratories contain various demonstrations and equipment, such as power presses, woodworking and welding shops, a complete industrial ventilation unit, and a sound demonstration laboratory. More than 57 courses dealing with subjects such as safety and health in the construction industry and methods of compliance with OSHA standards are available for personnel in the private sector.

In addition, OSHA's 73 area offices are full-service centers offering a variety of informational services such as personnel for speaking engagements, publications, audiovisual aids on workplace hazards, and technical advice.

How Can OSHA Help Me?

DEF 01096

EXHIBIT 8

**28**

## Does OSHA give money to organizations for training and education?

OSHA awards grants through its Susan Harwood Training Grant Program to nonprofit organizations to provide safety and health training and education to employers and workers in the workplace. The grants focus on programs that will educate workers and employers in small business (fewer than 250 employees), training workers and employers about new OSHA standards or about high-risk activities or hazards. Grants are awarded for 1 year and may be renewed for an additional 12 months depending on whether the grantee has performed satisfactorily.

OSHA expects each organization awarded a grant to develop a training and/or education program that addresses a safety and health topic named by OSHA, recruit workers and employers for the training, and conduct the training. Grantees are also expected to follow up with people who have been trained to find out what changes were made to reduce the hazards in their workplaces as a result of the training.

Each year OSHA has a national competition that is announced in the *Federal Register* and on the Internet at www.osha-slc.gov/Training/ sharwood/sharwood.html. If you do not have access to the Internet, you can contact the OSHA Office of Training and Education, 1555 Times Drive, Des Plaines, IL 60018, (847) 297–4810, for more information.

**29**

## Does OSHA have other assistance materials available?

OSHA has a variety of materials and tools available on its website at www.osha.gov. These include eTools, Expert Advisors, Electronic Compliance Assistance Tools (eCATS), Technical Links, regulations, directives, publications, videos, and other information for employers and employees. OSHA's software programs and compliance assistance tools walk you through challenging safety and health issues and common problems to find the best solutions for your workplace. OSHA's comprehensive publications program includes more than 100 titles to help you understand OSHA requirements and programs.

OSHA's CD-ROM includes standards, interpretations, directives, and more and can be purchased on CD-ROM from the U.S. Government Printing Office. To order, write to the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402, or phone (202) 512–1800. Specify OSHA Regulations, Documents and Technical Information on CD-ROM (ORDT), GPO Order No. S/N 729-013-00000-5.

## What do I do in case of an emergency or if I need to file a complaint?

To report an emergency, file a complaint, or seek OSHA advice, assistance, or products, call (800) 321–OSHA or contact your nearest OSHA regional or area office listed at the end of this publication. The teletypewriter (TTY) number is (877) 889–5627.

DEF 01097

EXHIBIT____8

**30**

You can also file a complaint online and obtain more information on OSHA federal and state programs by visiting OSHA's website at www.osha.gov.

For more information on grants, training, and education, write: OSHA Training Institute, Office of Training and Education, 1555 Times Drive, Des Plaines, IL 60018; call (847) 297–4810; or see Outreach on OSHA's website at www.osha.gov.

## OSHA Regional and Area Offices    **31**

### OSHA Regional Offices

**Region I**

(CT,* ME, MA, NH, RI, VT*)
JFK Federal Building, Room E340
Boston, MA 02203
(617) 565–9860

**Region II**

(NJ,* PR,* VI*)
201 Varick Street, Room 670
New York, NY 10014
(212) 337–2378

**Region III**

(DE, DC, MD,* PA,* VA,* WV)
The Curtis Center
170 S. Independence Mall West
Suite 740 West
Philadelphia, PA 19106-3309
(215) 861–4900

**Region IV**

(AL, FL, GA, KY,* MS, NC,* SC,* TN*)
Atlanta Federal Center
61 Forsyth Street, SW, Room 6T50
Atlanta, GA 30303
(404) 562–2300

**Region V**

(IL, IN,* MI,* MN,* OH, WI)
230 South Dearborn Street, Room 3244
Chicago, IL 60604
(312) 353–2220

DEF 01098

EXHIBIT___8___

**32**

**33**

## Region VI

(AR, LA, NM,* OK, TX)
525 Griffin Street, Room 602
Dallas, TX 75202
(214) 767–4731 or 4736 x224

## Region VII

(IA,* KS, MO, NE)
City Center Square
1100 Main Street, Suite 800
Kansas City, MO 64105
(816) 426–5861

## Region VIII

(CO, MT, ND, SD, UT,* WY*)
1999 Broadway, Suite 1690
Denver, CO 80202-5716
(303) 844–1600

## Region IX

(American Samoa, AZ,* CA,* HI,
NV,* Northern Mariana Islands)
71 Stevenson Street, Room 420
San Francisco, CA 94105
(415) 975–4310

## Region X

(AK,* ID, OR,* WA*)
1111 Third Avenue, Suite 715
Seattle, WA 98101-3212
(206) 553–5930

---

* These states and territories operate their own
OSHA-approved job safety and health programs
(Connecticut, New Jersey, and New York plans
cover public employees only). States with approved
programs must have a standard that is identical to,
or at least as effective as, the federal standard.

Employer Rights and Responsibilities Following an OSHA Inspection

## OSHA Area Offices

| | |
|---|---|
| Anchorage, AK | (907) 271–5152 |
| Birmingham, AL | (205) 731–1534 |
| Mobile, AL | (334) 441–6131 |
| Little Rock, AR | (501) 324–6291(5818) |
| Phoenix, AZ | (602) 640–2348 |
| Sacramento, CA | (916) 566–7471 |
| San Diego, CA | (619) 557–5909 |
| Denver, CO | (303) 844–5285 |
| Englewood, CO | (303) 843–4500 |
| Bridgeport, CT | (203) 579–5581 |
| Hartford, CT | (860) 240–3152 |
| Wilmington, DE | (302) 573–6518 |
| Fort Lauderdale, FL | (954) 424–0242 |
| Jacksonville, FL | (904) 232–2895 |
| Tampa, FL | (813) 626–1177 |
| Savannah, GA | (912) 652–4393 |
| Smyrna, GA | (770) 984–8700 |
| Tucker, GA | (770) 493–6644/6742/8419 |
| Des Moines, IA | (515) 284–4794 |
| Boise, ID | (208) 321–2960 |
| Calumet City, IL | (708) 891–3800 |
| Des Plaines, IL | (847) 803–4800 |
| Fairview Heights, IL | (618) 632–8612 |
| North Aurora, IL | (630) 896–8700 |
| Peoria, IL | (309) 671–7033 |
| Indianapolis, IN | (317) 226–7290 |
| Wichita, KS | (316) 269–6644 |
| Frankfort, KY | (502) 227–7024 |
| Baton Rouge, LA | (225) 389–0474 (0431) |

OSHA Regional and Area Offices

DEF 01099

EXHIBIT ___8___

34

35

| | |
|---|---|
| Braintree, MA | (617) 565–6924 |
| Methuen, MA | (617) 565–8110 |
| Springfield, MA | (413) 785–0123 |
| Linthicum, MD | (410) 865–2055/2056 |
| August, ME | (207) 622–8417 |
| Bangor, ME | (207) 941–8177 |
| Portland, ME | (207) 780–3178 |
| Lansing, MI | (517) 327–0904 |
| Minneapolis, MN | (612) 664– 5460 |
| Kansas City, MO | (816) 483–9531 |
| St. Louis, MO | (314) 425–428 |
| Jackson, MS | (601) 965–4606 |
| Billings, MT | (406) 247–7494 |
| Raleigh, NC | (919) 856–4770 |
| Bismark, ND | (701) 250–4521 |
| Omaha, NE | (402) 221–3182 |
| Concord, NH | (603) 225–1629 |
| Avenel, NJ | (732) 750–3270 |
| Hasbrouck Heights, NJ | (201) 288–1700 |
| Marlton, NJ | (609) 757–5181 |
| Parsippany, NJ | (973) 263–1003 |
| Albuquerque, NM | (505) 248–5302 |
| Carson City, NV | (775) 885–6963 |
| Albany, NY | (518) 464–4338 |
| Bayside, NY | (718) 279–9060 |
| Bowmansville, NY | (716) 684–3891 |
| New York, NY | (212) 466–2482 |
| North Syracuse, NY | (315) 451–0808 |
| Tarrytown, NY | (914) 524–751 |
| Westbury, NY | (516) 334–3344 |
| Cincinnati, OH | (513) 841–4132 |

| | |
|---|---|
| Cleveland, OH | (216) 522–3818 |
| Columbus, OH | (614) 469–5582 |
| Toledo, OH | (419) 259–7542 |
| Oklahoma City, OK | (405) 231–5351(5389) |
| Portland, OR | (503) 326–2251 |
| Allentown, PA | (610) 776–0592 |
| Erie, PA | (814) 833–5758 |
| Harrisburg, PA | (717) 782–3902 |
| Philadelphia, PA | (215) 597–4955 |
| Pittsburgh, PA | (412) 395–4903 |
| Wilkes–Barre, PA | (570) 826–6538 |
| Guaynabo, PR | (787) 277–1560 |
| Providence, RI | (401) 528–4669 |
| Columbia, SC | (803) 765–5904 |
| Nashville, TN | (615) 781–5423 |
| Austin, TX | (512) 916–5783 (5788) |
| Corpus Christi, TX | (512) 888–3420 |
| Dallas, TX | (214) 320–2400 (2558) |
| El Paso, TX | (915) 534–6251 |
| Fort Worth, TX | (817) 428–2470 (485–7647) |
| Houston, TX | (281) 591–2438 (2787) |
| Houston, TX | (281) 286–0583/0584 (5922) |
| Lubbock, TX | (806) 472–7681 (7685) |
| Salt Lake City, UT | (801) 530–6901 |
| Norfolk, VA | (757) 441–3820 |
| Bellevue, WA | (206) 553–7520 |
| Appleton, WI | (920) 734–4521 |
| Eau Claire, WI | (715) 832–9019 |
| Madison, WI | (608) 264–5388 |
| Milwaukee, WI | (414) 297–3315 |
| Charleston, WV | (304) 347–5937 |

Employer Rights and Responsibilities Following an OSHA Inspection

OSHA Regional and Area Offices

DEF 01100

EXHIBIT___8___

## 36 OSHA-Approved Safety and Health Plans

Juneau, AK .................................. (907) 465–2700
Phoenix, AZ .................................. (602) 542–5795
San Francisco, CA ..................... (415) 703–5050
Wethersfield, CT ......................... (860) 263–6505
Honolulu, HI ................................ (808) 586–8844
Des Moines, IA ............................ (515) 281–3447
Indianapolis, ID .......................... (317) 232–2378
Indianapolis, IN .......................... (317) 232–3325
Frankfort, KY .............................. (502) 564–3070
Baltimore, MD ............................. (410) 767–22_
Lansing, MI ................................. (517) 322–1814
St. Paul, MN ................................ (651) 284–5010
Raleigh, NC ................................. (919) 807–2900
Trenton, NJ .................................. (609) 292–2975
Santa Fe, NM .............................. (505) 827–2850
Carson City, NV .......................... (775) 684–7260
Salem, OR .................................... (503) 378–3272
Hato Rey, PR ............................... (787) 754–2119
Columbia, SC .............................. (803) 896–4300
Nashville, TN .............................. (615) 741–2582
Salt Lake City, UT ...................... (801) 530–6901
Richmond, VA .............................. (804) 786–2377
Christiansted, St. Croix, VI ......... (340) 773–1990
Montpelier VT ............................. (802) 828–2288
Olympia, WA ............................... (360) 902–4200
                                                  (360) 902–5430
Cheyenne, WY ............................. (307) 777–7786

Employer Rights and Responsibilities Following an OSHA Inspection

## OSHA Consultation Projects 37

Anchorage, AK ........................... (907) 269–4957
Tuscaloosa, AL ........................... (205) 348–3033
Little Rock, AR ........................... (501) 682–4522
Phoenix, AZ ................................ (602) 542–1695
Sacramento, CA .......................... (916) 574–2555
Fort Collins, CO ......................... (970) 491–6151
Wethersfield, CT ........................ (860) 566–4550
Washington, DC .......................... (202) 541–3727
Wilmington, DE .......................... (302) 761–8219
Tampa, FL .................................... (813) 974–9962
Atlanta, GA ................................. (404) 894–2643
Tiyam, GU ........................ 9–1–(671) 475–1101
Honolulu, HI ............................... (808) 586–9100
Des Moines, IA ........................... (515) 281–7629
Boise, ID ..................................... (208) 426–3283
Chicago, IL .................................. (312) 814–2337
Indianapolis, IN .......................... (317) 232–2688
Topeka, KS .................................. (785) 296–7476
Frankfort, KY .............................. (502) 564–6895
Baton Rouge, LA ........................ (225) 342–9601
West Newton, MA ...................... (617) 727–3982
Laurel, MD .................................. (410) 880–4970
Augusta, ME ............................... (207) 624–6460
Lansing, MI ................................. (517) 322–1809
Saint Paul, MN ........................... (651) 297–2393
Jefferson City, MO ..................... (573) 751–3403
Jackson, MS ................................ (601) 987–3981
Helena, MT ................................. (406) 444–6418
Raleigh, NC ................................. (919) 807–2905

OSHA Consultation Offices

DEF 01101

EXHIBIT ___8___

**38**

| | |
|---|---|
| Bismarck, ND | (701) 328–5188 |
| Lincoln, NE | (402) 471–4717 |
| Concord, NH | (603) 271–2024 |
| Trenton, NJ | (609) 292–3923 |
| Santa Fe, NM | (505) 827–4230 |
| Albany, NY | (518) 457–2238 |
| Henderson, NV | (702) 486–9140 |
| Columbus, OH | (614) 644–2631 |
| Oklahoma City, OK | (405) 528–1500 |
| Salem, OR | (503) 378–32● |
| Indiana, PA | (724) 357–2396 |
| Hato Rey, PR | (787) 754–2171 |
| Providence, RI | (401) 222–2438 |
| Columbia, SC | (803) 734–9614 |
| Brookings, SD | (605) 688–4101 |
| Nashville, TN | (615) 741–7036 |
| Austin, TX | (512) 804–4640 |
| Salt Lake City, UT | (801) 530–6901 |
| Montepilier, VT | (802) 828–2765 |
| Richmond, VA | (804) 786–6359 |
| Christiansted, St. Croix, VI | (809) 772–1315 |
| Olympia, WA | (360) 902–5638 |
| Madison, WI | (608) 266–9383 |
| Waukesha, WI | (262) 523–3044 |
| Charleston, WV | (304) 558–7890 |
| Cheyenne, WY | (307) 777–7786 |

Employer Rights and Responsibilities Following an OSHA Inspection

Notes

DEF 01102

EXHIBIT 8

40 **Notes**

**Notes** 41

*U.S. GPO: 2002 — 488-948/80181

Notes

DEF 01103



EXHIBIT 8

# Employer Rights and Responsibilities Following an OSHA Inspection

U.S. Department of Labor
Elaine L. Chao, Secretary

Occupational Safety and Health Administration
John L. Henshaw, Assistant Secretary

OSHA
2002



**OSHA**
**Occupational Safety**
**and Health Administration**
U.S. Department of Labor
200 Constitution Ave., NW
Washington, D.C. 20210

DEF 01104

EXHIBIT ___8___

# SIEMENS

**Siemens Building Technologies, Inc.**
J3 Fairbanks St., Suite B
Anchorage, AK 99518-1021
907.563-2242 / FAX 907.563-6139

**PROPOSAL #:** G-0333D

**Customer:** Unocal Corporation
**Address:** 909 W. 9th, Ave
Anchorage, AK 99501
(907) 263-7657

**Date:** January 5, 2004

**Attn:** Tim Brandenburg

**Project:** **Unocal Facilities Management Services (FMS)**

**Background:** The Unocal Office Building is a 43,600-sqf high-rise that was built in 1969. It is located at 909 W. 9th Ave in Anchorage, Alaska and provides office space for 125 people. There are 130 parking spaces in the lot surrounding the building.

**Proposal:** Siemens is pleased to provide the following proposal to help support & manage the building operations at the Unocal Office Building. Siemens will allocate one of our building professionals to perform the following tasks:

I.     Manage Existing Subcontracted Work – Siemens will schedule & coordinate current Unocal subcontractor contracts. Invoices will be paid directly by Unocal. In the initial phase of this FMS contract Siemens may opt to re-bid these existing contracts to ensure the best overall value for Unocal. After the acceptance of the subcontractor's proposal, Siemens will coordinate the 3rd party invoicing for Unocal. Identified maintenance work, currently under subcontract, is listed below:

a)   Janitorial Cleaning Services
b)   Asbestos Compliance Testing (Quarterly)
c)   Window Washing (Every 4 months)
d)   Fire Alarm Inspection (Annual)
e)   Parking Lot Maintenance & Snow Removal
f)   Landscaping Services
g)   Elevator Inspection (Quarterly)
h)   Security System Inspections
i)   Heating & Ventilation System Maintenance – Siemens will continue to provide regular maintenance for the Unocal Building's HVAC equipment. This includes annual boiler inspections and seasonal start-up & shutdown of air-conditioning units.

II.    Deliver Safety Training – Siemens will schedule & procure quarterly safety meetings for Unocal employees. These meetings will consist of presentations with guest speakers from special interest groups. An example would be inviting the Red Cross to do a presentation on earthquake awareness. Siemens will also coordinate quarterly fire drills to practice evacuation methods. Siemens would be responsible for notifying Unocal management and the Anchorage Fire Department prior to the drill. Unocal will also receive a report that documents the drill, evaluates their performance, & makes suggestions on how they can improve their response time.

DEF 01074

EXHIBIT 8



III.    Emergency Call Response – Siemens will serve as a secondary responder in the event of an emergency. If Paul Crapps, Unocal's full-time building employee, is out of town or unavailable, Siemens will arrange for an employee to carry an after-hours pager to ensure a 24-hr emergency coverage. This pager will be provided by Unocal for Siemens.

IV.    Coordination of OSHA Inspections – Siemens will coordinate OSHA annual inspections. All inspection reports will be turned over to Unocal for review. Unocal will be responsible for any corrective actions or repairs that are required as a result of these reports.

V.    Building Optimization – Siemens will proactively investigate and evaluate potential building hazards. For example: Siemens will use its experience to identify potential problems with the mechanical & electrical systems. If there are obvious deficiencies Siemens will recommend a course of action or may contract (through Unocal) for a professional evaluation. In addition, Siemens will search for ways to reduce the cost of the Unocal building's operating budget and utility consumption.

VI.    Maintain Service History – Siemens will document & file all pertinent information relating to work performed in the Unocal Building. Siemens assist Unocal in developing an organizational system that will make it easy for managers to review the building's service history & billing records. If desired, Siemens will recommend and help procure the purchase of a Computerized Maintenance Management Software (CMMS) system to aid in the generation of maintenance routines for this building.

VII.    Budgetary Assistance – Siemens will help Unocal compile the upcoming year's building improvements budget. This would include assisting Unocal in defining the scope of future projects and acquiring budgetary pricing for building improvements.

---

**Pricing:**    The cost of this management service will consist of the following parts:

I.    **Initial FMS Program Planning & On-going Building Management** – Siemens will provide a building management professional to support the operations & active contracts of the Unocal Building. During the initial months of this contract Siemens will investigate Unocal's current operations with regard to safety, service, and contracts. This will give Siemens time to benchmark the performance of Unocal's building. Siemens will renegotiate pertinent service contracts with subcontractors immediately and renegotiate other subcontracts as needed. A schedule will be developed over the following months that will plan tasks & inspections for the upcoming year.

All time spent coordinating work, inspections & safety drills will be documented and work orders will be presented for Unocal's records. Siemens anticipates that we will spend an average of 8 hours a week performing these tasks. This equates to **$38,272.00/year.** Siemens will conduct quarterly Quality Assurance (QA) meeting to review our performance and the balance of these labor hours. At the end of the year, any unused hours can be used as a credit for additional work or repairs. Unocal will be billed in advance on a monthly basis for this work. If Unocal has the ability to pay for the year in advance, Siemens will extend a 2% discount, bringing the total contract amount to **$37,507.00/year.**

II.    **Temporary On-Call Support** – Siemens will arrange for an employee to carry a pager after hours & on weekends. The cost for this service will be **$166/weekend** or **$332.00/week.** The first two (2) hours of an emergency call in any given week is non-billable. After two hours, the service call will be billed on a time & materials basis at our preferred labor rates.

EXHIBIT ____8____

DEF 01075



**SIEMENS**

III.    **Management of Installation Projects** – Siemens will manage Unocal projects that are outside of the scope of this project. These projects would include new equipment installations or building improvements that are not reoccurring events. Siemens will manage these projects on a time & materials basis at our preferred labor rates of $92/hr.

**Remarks:**    1.    Siemens will not hire a full time on-site employee for Unocal. Instead Paul Crapps, Unocal's existing building technician, will handle day-to-day maintenance tasks such as hot & cold tenant calls and simple plumbing & lighting problems. Maintenance calls that require the assistance of a specialist will be routed through the Siemens manager for coordination.

2.    Pricing **excludes** property management functions associated with real estate & leasing of office space. This proposal excludes tasks such as finding tenants, writing rental agreements, and monthly tenant billings.

3.    If desired, this work can be added to Siemens' existing HVAC service agreement with Unocal, contract # 00-0043-CTA which falls under Master Service Contract # 2382-ONS. Our current service agreement can be renewed until May 2005.

4.    Pricing **excludes** any material or subcontractor costs. Payment for additional work (including safety seminar costs, if any) will be Unocal's responsibility.

Please contact me at (907) 563-2242 or (907) 227-3734 if you have any questions regarding this quote. If this proposal is acceptable, please acknowledge below and return a copy to our office via fax or mail.

Accepted by:                              Proposal submitted by:
Unocal Corporation                        Siemens Building Technologies, Inc.

Name: _Fri Brandenburg_                   Amber M. McDonough

Title: _Logistics and Procurement Supt._  Service Sales Engineer

_(signature)_      _1-22-04_              _Amber M. McDonough_    _1/05/04_
Signature           Date                  Signature                Date

_EXHIBIT___ 8_

DEF 01076



**SIEMENS**

TERMS AND CONDITIONS OF SALE
(Contract Sales)

1.  REMITTANCES  All invoices shall be due and payable upon receipt in United States currency, free of exchange, or any other charges, or as otherwise agreed upon and set forth in writing by Siemens Building Technologies, Inc. (hereinafter called "Seller"). The Customer, if so requested agrees to furnish Seller with all information including financial statements, necessary to make a proper credit appraisal. Refusal to supply information may cause this proposal to be withdrawn. Terms of payment originally granted are subject to the approval of continued credit status. Prices are subject to correction for error.

2.  PROPOSALS This proposal is based upon straight-time labor.  Any request by the Customer for overtime work shall be considered an extra.  This proposal expires 30 days after its date, subject to the provisions of the first sentence of the paragraph below entitled "Acceptance of Terms."

3.  PROGRESS PAYMENTS  Seller reserves the right to invoice Customer monthly as the work progresses, for all materials delivered to the job site or to an off-site facility and for all work performed on-site and off-site.  Engineering, drafting and other mobilization costs incurred prior to installation shall be included in Sellers initial invoice and be equal to fifteen percent (15%) of the contract price.  Invoices are due upon receipt by Customer.  If the Customer becomes overdue in any progress payment, Seller shall be entitled to suspend work, shall be entitled to interest at the annual rate of 18% or the maximum permitted by the State of Illinois; and also to avail itself of any other legal remedies.  Seller shall also be entitled to interest on all amounts retained by Customer from progress payments or otherwise.  Customer agrees that he will pay and/or reimburse Seller for any and all reasonable attorneys fees which are incurred by Seller in the collection of amounts due and payable hereunder.

4.  CANCELLATION AND SUSPENSION  Any contract resulting from this proposal is subject to cancellation or instructions to suspend work by the customer only upon agreement to pay Seller adjustment charge.

5.  TAXES  The amount of any future sales, use, occupancy, excise, or other tax, federal, state, or local which Seller hereafter shall be obligated legally to pay, either on its own behalf of the Customer or otherwise, with respect to the material covered by this proposal, shall be added to such prices and paid by the Customer.

6.  LOSS, DAMAGE OR DELAY  Seller shall not be liable for any loss, damage, or delay occasioned by any causes beyond Seller's control, including, but not limited to, governmental actions or orders, embargoes, strikes, differences with workmen, fires, floods, accidents, or transportation delays.  IN NO EVENT SHALL SELLER BE LIABLE FOR ANY CONSEQUENTIAL OR SPECIAL DAMAGES.

7.  WARRANTY  Seller warrants that the equipment manufactured and services furnished by it and covered by this proposal are free from defects in material and workmanship under normal use and service and, without charge, equipment found to be so defective in material or workmanship will be repaired or replaced, if written notice of failure is received by Seller within one (1) year after date of installation, provided said equipment has been operated in accordance with Seller's instructions and provided such defects are not due to abuse, fire or decomposition by chemical or galvanic action.  THIS EXPRESS WARRANTY IS IN LIEU OF AND EXCLUDES ALL OTHER WARRANTIES, GUARANTEES, OR REPRESENTATIONS, EXPRESS OR IMPLIED.  THERE ARE NO IMPLIED WARRANTIES OF MERCHANTABILITY OR OF FITNESS FOR A PARTICULAR PURPOSE.  Seller assumes no responsibility for repairs made on Seller's equipment unless done by Seller's authorized personnel, or by written authority from Seller.  Seller makes no guarantee with respect to material  not manufactured by it.

8.  PURCHASER'S REMEDIES  The Customer's remedies with respect to equipment found to be defective in material or workmanship shall be limited exclusively to the right of repair or replacement of such defective equipment.  IN NO EVENT SHALL SELLER BE LIABLE FOR CLAIMS (BASED UPON BREACH OF IMPLIED WARRANTY) FOR ANY OTHER DAMAGES, WHETHER DIRECT, IMMEDIATE, FORESEEABLE, CONSEQUENTIAL, OR SPECIAL OR FOR ANY EXPENSES INCURRED BY REASON OF THE USE OR MISUSE OF EQUIPMENT WHICH DOES OR DOES NOT CONFORM TO THE TERMS AND CONDITIONS OF ANY CONTRACT RESULTING FROM THIS PROPOSAL.

9.  PATENT INFRINGEMENT  Seller will hold its Customer and the Owner harmless from infringement of any United States patent covering equipment of its manufacture. This, of necessity, is limited to the equipment per se and cannot be extended to applications of such equipment in a system, except in writing by an officer of Seller.  The Customer and Owner shall advise Seller immediately in the event any claims of infringement are brought to their attention.

10.  GOVERNING LAW  Any contract resulting from this proposal shall be governed by, construed, and enforced in accordance with the laws of the State of Illinois.

11.  CERTIFICATION  The person whose signature appears on the attached hereof hereby certifies that, to his best knowledge and belief, the annexed bid is not the result of any agreement, arrangement or understanding between the Seller and any other manufacturer or seller of automatic temperature control systems and that the prices, terms or conditions thereof have not been communicated by or on behalf of the Seller to any such person and will not be communicated to any such person prior to the official opening of said bid.

12.  ACCEPTANCE OF TERMS  This proposal shall become a binding contract between the Customer and Seller when accepted in writing by the Customer.  Such acceptance shall be with mutual understanding that the terms and conditions of this proposal are a part thereof with the same effect as though signed by both parties named herein and shall prevail over any inconsistent provision of said order.



EXHIBIT ___8___

DEF 01077

# SIEMENS

**Siemens Building Technologies, Inc.**
33 Fairbanks St., Suite B
Anchorage, AK 99518-1021
907.563-2242 / FAX 907.563-6139

**Customer:** Unocal Corporation
**Address:** 909 W. 9th, Ave          **Date:** November 7, 2003
Anchorage, AK 99501
(907) 263-7957

**Attn:** Joe McAdara
**RE:** Amendment # 1 - Unocal Facilities Management Services (FMS)
Proposal #: G-0333C

Siemens agrees to modify their current terms and conditions to meet the requirements of Unocal Corporations contracting department:

3.  PROGRESS PAYMENTS  Seller reserves the right to invoice Customer monthly as the work progresses, for all materials delivered to the job site or to an off-site facility and for all work performed on-site and off-site.  Engineering, drafting and other mobilization costs incurred prior to installation shall be included in Sellers initial invoice and be equal to fifteen percent (15%) of the contract price.  Invoices are due upon receipt by Customer.  If the Customer becomes overdue in any progress payment, Seller shall be entitled to suspend work, shall be entitled to interest at the annual rate of 18% or the maximum permitted by the **State of Alaska** ~~State of Illinois~~; and also to avail itself of any other legal remedies.  Seller shall also be entitled to interest on all amounts retained by Customer from progress payments or otherwise.  Customer agrees that he will pay and/or reimburse Seller for any and all reasonable attorneys fees which are incurred by Seller in the collection of amounts due and payable hereunder.

10.  GOVERNING LAW  Any contract resulting from this proposal shall be governed by, construed, and enforced in accordance with the laws of the **State of Alaska** ~~State of Illinois~~.

12.  ACCEPTANCE OF TERMS  This proposal shall become a binding contract between the Customer and Seller when accepted in writing by the Customer.  Such acceptance shall be with mutual understanding that the terms and conditions of this proposal are a part thereof with the same effect as though signed by both parties named herein and ~~shall prevail over any inconsistent provision of said order~~.  **In the event of discrepancy between these terms and the terms & conditions provided under Siemens Master Agreement with Unocal #3282-ONS, the Master Agreement shall prevail.**

If these terms are acceptable, please sign and date this amendment below.

Accepted by:
Name: _teri i transdentsarg_
Title: _Logistics / Procurement_
Company: _Unocal_

_(signature)_    1-22-04

Signature          Date

Proposal submitted by:
Ben R. Seitz
General Manager
Siemens Building Technologies, Inc.

_(signature)_    11-10-03

Signature          Date

EXHIBIT ___8___

DEF 01078