Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF ALASKA

3    _____

     LAWRENCE H. GROVE, CYNTHIA      )
4    GROVE, SARAH GROVE, and         )
     MICHAEL GROVE (DOB 1/21/88)     )
5    by and through his father       )
     LAWRENCE H. GROVE,              )
6                                    )
                                     )
7              Plaintiffs,           )
                                     )
8         vs.                        )
                                     )
     UNOCAL CORPORATION,             )
9                                    )
               Defendant.            )
10   _____)

     Case No. A04-0096 CV (JKS)

11

12

13   _____

14          30(b)(6) DEPOSITION OF SIEMENS BUILDING
                    TECHNOLOGIES, INC.
              DESIGNEE:  DOUG SCHUTTE

15   _____

16

                      Pages 1 - 46
17               Friday, January 3, 2006
                      2:06 P.M.

18

               Taken by Counsel for Plaintiffs
19                        at
     Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
20               711 H Street, Suite 620
                    Anchorage, Alaska

21

22

23

24

25

EXHIBIT ___11___

Page 2

```
 1                    A-P-P-E-A-R-A-N-C-E-S

 2
      For Plaintiffs:
 3        Michael Cohn
          PHILLIP PAUL WEIDNER & ASSOCIATES
 4        330 L Street, Suite 200
          Anchorage, Alaska 99501
 5        907/276-1200

 6
      For Defendant:
 7        Liam J. Moran
          CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC
 8        711 H Street, Suite 620
          Anchorage, Alaska 99501
 9        907/272-9272

10
      Court Reporter:
11        Lisa L. Shaffer
          PACIFIC RIM REPORTING
12        711 M Street, Suite 4
          Anchorage, Alaska 99501
13

14

15

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT___11___

Page 3

1                          I-N-D-E-X

2
    EXAMINATION BY                                               PAGE
3
       Mr. Cohn                                                     4
4

5
    EXHIBITS                                                    PAGE
6
       1     Re-Notice of FRCP 30(b)(6) Deposition Duces         4
7              Tecum of Siemens Building Technologies, Inc.
               (3 pgs.)
8
       2     Subpoena (4 pgs.)                                    5
9
       3     Unocal Technical Support Program Proposal,         12
10             May 31, 2000 (21 pgs.)

11
       4     Correspondence File (32 pgs.)                      12
12
       5     Work Orders (187 pgs.)                             15
13
       6     Invoices (9 pgs.)                                  17
14
       7     Workers' Compensation Records (29 pgs.)            17
15
       8     OSHA's Form 300, Log of Work-Related Injuries      19
16             and Illnesses (1 pg.)

17
       9     Siemens Safety Resource Manual, Revised 5/00       22
18             (277 pgs.)

19
       10    Personnel File                                     23
20
       11    Payment Summary (1 pg.)                            39
21
       12    National Mechanical Equipment Service &            41
22             Maintenance Agreement (23 pgs.)

23

24

25

EXHIBIT __11__

Page 4

```
 1    ANCHORAGE, ALASKA; FRIDAY, FEBRUARY 3, 2006
 2                  2:06 P.M.
 3            (Exhibit No. 1 marked.)
 4                   -oOo-
 5             DOUG SCHUTTE,
 6       deponent herein, being sworn on oath,
 7       was examined and testified as follows:
 8                EXAMINATION
 9    BY MR. COHN:
10       Q    Good afternoon. My name is Michael Cohn.
11    I'm an attorney from the Law Firm of Phillip Paul
12    Weidner & Associates, and I'm here on behalf of the
13    plaintiffs, including Larry Grove, who at one point
14    was an employee of Siemens Technology.
15          MR. COHN: Can I ask for the other attorney
16    present to identify himself?
17          MR. MORAN: Liam Moran. I represent Unocal
18    Corporation and Siemens Building Technologies, Inc.
19          MR. COHN: Just to be clear, are you
20    representing Siemens for purposes of this deposition?
21          MR. MORAN: That's correct.
22          MR. COHN: Just for the record, I object to
23    counsel for Unocal Corporation representing, as
24    attorney of record, Siemens Building Technologies,
25    Inc.
```

Page 5

```
 1    BY MR. COHN:
 2       Q    Mr. Schutte -- did I pronounce it right?
 3       A    Schutte.
 4       Q    -- can you explain to me what brings you here
 5    today?
 6       A    This subpoena brings me here today.
 7          MR. COHN: Let's mark the subpoena as
 8    Exhibit 2.
 9          (Exhibit No. 2 marked.)
10    BY MR. COHN:
11       Q    Marked as Exhibit 1 is the renotice of the
12    records deposition, and marked as Exhibit 2 is the
13    subpoena, which also has attached to it the renotice
14    of deposition, which Mr. Schutte has brought here
15    today.
16          Mr. Schutte, what is your position with
17    Siemens Building Technology?
18       A    Service manager.
19       Q    Were you assigned the task of complying with
20    this deposition?
21       A    Yes.
22       Q    And in your -- and who assigned you the task
23    of doing that?
24       A    Ben Seitz.
25       Q    And what did Mr. Seitz tell you to do?
```

Page 6

```
 1       A    Prepare the documents.
 2       Q    And what did you do to comply with the
 3    subpoena request?
 4       A    I prepared the documents that we had.
 5       Q    Well, let's go through the list. Is this
 6    your handwriting on Exhibit 2, page 2?
 7       A    Yes.
 8       Q    The first item requested contracts. How did
 9    you go about finding the contract documents?
10       A    We have a contract file, and I got the
11    documents from the contract file.
12       Q    So can you briefly identify what documents
13    you have? Are the top documents the contracts that
14    you're talking about?
15       A    This is what we have for contracts with
16    Unocal.
17       Q    Is that all the contracts with Unocal for
18    servicing the building at 909 --
19       A    Yes.
20       Q    Would you know if and when any of the
21    handwritten portions were placed in the document, like
22    on page 6 of this contract?
23       A    No.
24       Q    So this is the first packet of documents, the
25    contracts. What else -- can you just tell me what you
```

Page 7

```
 1    brought with you?
 2       A    I have brought with me the information we
 3    have to satisfy -- there we go [indicating]. Yeah, so
 4    I went through 1 through 15 and gathered the documents
 5    that we had for each of those items.
 6       Q    Is there -- I notice that you have a
 7    checkmark on "contracts" and a checkmark on
 8    "correspondence," and then "AK OSHA investigation,"
 9    you have "no," and then there's nothing on the
10    remaining items, other than, parenthesis, "OSHA."
11    Does that mean you just stopped putting checkmarks
12    down or you didn't have documents that apply to the
13    remainder?
14       A    That means I just stopped putting checkmarks
15    down.
16       Q    Now, what does putting "OK OSHA
17    investigation - no" down, what does that mean? Does
18    that mean that you're not --
19       A    We don't have any documents for that.
20       Q    And how did you determine that there were no
21    documents?
22       A    I looked in the place where we would keep
23    those kind of documents, and there weren't any there.
24       Q    Where is the place that those documents would
25    be kept?
```

EXHIBIT ___

Page 8

1    A   Those documents are kept in our -- would be
2    kept in our worker's compensation file, if we have
3    them, or they would be kept in Larry Grove's personnel
4    file, or they would be with our corporate safety
5    officer in Buffalo Grove, Illinois. And I contacted
6    him, and he doesn't have them.
7    Q   So you checked all the areas that you listed
8    and contacted the other person?
9    A   Yes.
10   Q   So to the best of your knowledge, there are
11   no Alaska OSHA investigations regarding the accident
12   for Mr. Grove?
13   A   Correct.
14   Q   In possession of Siemens?
15   A   Yes.
16   Q   Why don't we just go through the documents in
17   order. You've described the first one. Is this a
18   contract dated May 31st, 2000?
19   A   Yes.
20   Q   Are there any earlier contracts that you
21   brought with you?
22   A   No.
23   Q   To your knowledge, are there earlier
24   contracts?
25   A   No, to my knowledge, there aren't.

Page 9

1    Q   Well, assuming if there was contracts between
2    Unocal and Siemens before May 31st, 2000 regarding the
3    maintenance of the building at 909 West Ninth Avenue,
4    where would they be kept? Would all of the past and
5    current contracts be in that same contract file that
6    you referred to?
7    A   There may be -- could you repeat the
8    question?
9    Q   Well, you indicated that there was -- you can
10   tell me if I'm wrong, but did you indicate there was a
11   place where contracts are kept?
12   A   Correct.
13   Q   And you got this contract that says on it
14   Unocal 76 Technical Support Program Proposal, it's
15   dated May 31st, 2000 on the first page, out of that
16   place where the contracts are kept, and you found no
17   other contracts?
18   A   Correct.
19   Q   Now, are those -- is there a period of
20   time -- let me ask you this. Is there a record
21   retention policy at Siemens, like after a certain
22   number of years certain records are no longer kept?
23   A   Yes, there is.
24   Q   And what is that record retention policy?
25   A   I'm aware of at least five years' worth of

Page 10

1    records that we keep.
2    Q   Now, do you know what happens to the records
3    that are older than five years old?
4    A   I do not.
5    Q   Because what I'm asking for is if -- I'm just
6    representing to you that there may be contracts
7    between Unocal and Siemens prior to 2000. So if there
8    are any such contracts that there were, to the best of
9    your knowledge, they would not have been retained?
10   A   To the best of my knowledge, they would have
11   been retained and they would be in the archives
12   somewhere, our archive records.
13   Q   Where are the archive records kept?
14   A   They're kept above our warehouse.
15   Q   I'm assuming that's probably going to be a
16   fairly large amount of documents. Did you yourself
17   attempt to check for any of the documents I listed, in
18   the archives?
19   A   No.
20   Q   Did you direct anyone else to see if there
21   were any records responsive to this record subpoena in
22   the archives?
23   A   Nope. Well, let me correct that.
24       No.
25   Q   So to the extent there may be records, if

Page 11

1    there are records that go back -- you said there's a
2    five-year record retention policy, so --
3    A   There's at least a five-year.
4    Q   At least five years. But if there are any
5    records prior to that period, they would have been
6    stored up in archives?
7    A   Correct.
8    Q   Now, is there any means of -- do you know how
9    they are stored, so if there was an effort made to
10   retrieve the records, one could go about doing it
11   without having to look through millions of documents?
12   A   Yes.
13   Q   Is there like an index or a file that will
14   indicate by client where documents are?
15   A   They're stored by either job number
16   numerically or by year.
17   Q   So it is possible to go back and actually
18   check by job number or by year to find additional
19   records, such as additional contracts between Unocal
20   and Siemens, prior to this contract of May 2000?
21   A   Yes.
22       MR. COHN: Okay. I would ask that the
23   deponent do that or have someone from Siemens do that,
24   and provide those additional records to the court
25   reporter, because I'm going to submit these records to

EXHIBIT __11__

Page 12

1  the court reporter to copy as an exhibit.
2  BY MR. COHN:
3     Q  What is the next batch of records that you
4  have? We can either go in order of what you have here
5  or --
6     **A  This is the correspondence from our contract**
7  **file. This is the correspondence that relates to this**
8  **contract here [indicating]. It came from the same**
9  **location, the same file.**
10    Q  So if there's correspondence that relates to
11 an earlier contract, that would be in the archives
12 with the earlier contract?
13    **A  Yes.**
14       MR. COHN: So the same request that I made
15 before for the contract applies to the correspondence.
16       Why don't we -- maybe we should list them in
17 order. The contract will be Exhibit 3, and the
18 correspondence Exhibit 4.
19       (Exhibit Nos. 3 and 4 marked.)
20 BY MR. COHN:
21    Q  Do you know -- let me take a look at this
22 contract. It looks like the contract is -- I'm
23 looking to see how long this contract is for. Do you
24 happen to know if this is a one-year contract or
25 longer?

Page 13

1     **A  I can look.**
2     **This is it [indicating].**
3     Q  I see. I'm looking here in the
4  correspondence, and I see they have here Contractor
5  Monthly Hours with Injury/Illness Summary, and they
6  have one from the period May 1st, 2001 to May 31st,
7  2001, but then I don't see any additional entry for
8  2001 past that date, in terms of injuries.
9        Do you know if any documents have been pulled
10 from the files?
11    **A  No. That's the complete correspondence**
12 **section.**
13    Q  Do you know if in the documents you provided,
14 have you provided any e-mails or electronic data?
15    **A  I have not.**
16    Q  Do you know if there would be any e-mail
17 information between Unocal and Siemens?
18    **A  There may be.**
19    Q  Where would those -- would e-mails be kept
20 somewhere?
21    **A  E-mails are kept on our server.**
22    Q  So if we asked you or you asked Mr. Seitz to
23 retrieve the e-mail between Unocal and Siemens, that
24 is something that can be done, to the best of your
25 knowledge?

Page 14

1     **A  I'd have to discuss that with Liam and other**
2  **folks within our company, if that is something that we**
3  **could provide or not.**
4        MR. COHN: I would like to get copies of
5  e-mails, because that's the same as correspondence, as
6  the hard copies that we have here. I'm not talking
7  about all correspondence involving things that don't
8  relate to the 909 West Ninth Avenue or to Larry Grove,
9  but anything that relates to what's been requested in
10 this records deposition notice.
11       MR. MORAN: Are you asking for any e-mail
12 that pertains to Unocal and Siemens?
13       MR. COHN: Well, that's what I mean. If it's
14 got to do with Unocal and Siemens, if Siemens services
15 Unocal on the North Slope, that's not -- I don't
16 consider that encompassed within here, unless it
17 relates to this particular incident or injury.
18       What I'm talking about, if there's like
19 e-mails regarding the OSHA investigation, that would
20 be covered, even if there's not a paper document here;
21 or relating to the contract or maintenance to the
22 building, to injuries, which could also involve any
23 e-mails regarding Larry Grove's injury, to the work
24 platform in question, anything like that, that would
25 be relevant.

Page 15

1        MR. MORAN: So the Unocal's building here on
2  Ninth Avenue, Larry Grove, or Mr. Grove's accident?
3        MR. COHN: Right. And the OSHA
4  investigation, the maintenance of the building, things
5  like that, because I don't know what the extent of the
6  contractual relationship is.
7  BY MR. COHN:
8     Q  Do you know if Siemens services other Unocal
9  facilities, other than the one on Ninth?
10    **A  I do not know.**
11    Q  What is the next document that you have? I'm
12 just going down the list of what you have in front of
13 you.
14    **A  Yeah. This is a copy of the work orders that**
15 **we have on file for this service contract.**
16    Q  So when you say for this service contract,
17 that only means the contract that's dated May 2000,
18 not the work orders for previous contracts?
19    **A  If there is one. I don't know if there is or**
20 **not. So yes, these are all the work orders that we**
21 **have.**
22       MR. COHN: Let's mark the work orders as
23 Exhibit 5.
24       (Exhibit No. 5 marked.)
25       MR. COHN: Let's go off record for a minute.

6 (Pages 12 to 15)

EXHIBIT _11_

Page 16

```
 1        (Off the record.)
 2        MR. COHN:  Back on record.
 3   BY MR. COHN:
 4    Q   Where did you retrieve these work order
 5   records from?
 6    A   They are kept in the same file as the
 7   correspondence and the contract.
 8    Q   So all of them are kept together in the same
 9   file?
10    A   Yes.
11    Q   And where is the contract file kept?  Where
12   in the office?
13    A   It's in a hallway closet between our
14   receptionist's desk and where our service techs sit.
15    Q   Is it accessible to anyone that just wants to
16   just go and take a look at the contract?
17    A   Yes.
18    Q   So when you talked to Mr. Seitz and he told
19   you to get the records, you already knew where to look
20   for the contract documents?
21    A   Yes.
22    Q   And what is the next list of documents you
23   have?
24    A   This is a copy of every invoice that we sent
25   to Unocal.  That's what I have as far as payments.
```

Page 17

```
 1        MR. COHN:  Let's mark this one as Exhibit 6.
 2        (Exhibit No. 6 marked.)
 3   BY MR. COHN:
 4    Q   The same applies to all these exhibits, these
 5   are documents that are kept with the contract, the
 6   current contract?
 7    A   Yes.
 8    Q   So if you go into archives and find work
 9   orders and invoices and correspondence, they should be
10   together with the contract for that period in the
11   archives?
12    A   Yes.
13    Q   What's the next group of documents you have?
14    A   This is information about Larry Grove that I
15   got from our 2002 workers' compensation folder where
16   we keep all of our workers' compensation documents.
17        MR. COHN:  Let's mark this as the next in
18   order, Exhibit 7, the worker's compensation records.
19        (Exhibit No. 7 marked.)
20        MR. COHN:  The invoices are Exhibit 6; the
21   work orders, Exhibit 5; the correspondence 4; and the
22   contract, 3.
23   BY MR. COHN:
24    Q   In terms of, for example, the OSHA records,
25   if they have anything to do with legal, would they go
```

Page 18

```
 1   to a different section of Siemens?  Would they go, for
 2   example, do you know if they would go to corporate
 3   counsel?
 4    A   That's why I called -- I called the person
 5   that they could potentially go to, I called.  And
 6   our -- Mark Wiemer is his name, and he did not have a
 7   copy of them.
 8    Q   Mark Wiemer?
 9    A   Uh-huh.
10    Q   And do you know what position Mark Wiemer has
11   with the company?
12    A   He's a safety something or other.
13    Q   Is he located here in Anchorage?
14    A   Buffalo Grove, Illinois.
15        And I called him to talk about how we
16   would -- where that would be stored.  And he told me
17   it would either be stored in Larry Grove's personnel
18   file, with our -- with the workers' comp file.  And if
19   wasn't in either of those places, then we didn't have
20   it and that it would be available upon request through
21   OSHA.
22    Q   Do you know if Siemens keeps OSHA records?  I
23   don't know if you have any personal knowledge of
24   whether Siemens has ever been involved in any other
25   situation where there's been an injury investigated by
```

Page 19

```
 1   OSHA.  Do you have any knowledge of that?
 2    A   Can you say the question again, please?
 3    Q   Well, the question is, if there was -- well,
 4   what I'm curious about is if there was an OSHA
 5   investigation, why there are no records anywhere in
 6   Siemens' files of that OSHA investigation of Larry
 7   Grove's accident of September 9th, 2002.
 8        I mean, do you have any understanding if such
 9   records would have been in the possession of Siemens,
10   or is that beyond your personal knowledge?
11    A   My knowledge is that if we had those records,
12   they would either be in his personnel file or in his
13   workers' compensation file.  And they're not in either
14   of those, so I'm not aware that they exist within our
15   company.
16    Q   What's the next record that you have?
17    A   This is our OSHA Form 300.  Is it a summary
18   of work-related injuries and illnesses.  This is
19   located in the front of our 2002 workers' comp folder,
20   and Larry Grove's name is on there, so I brought it.
21        MR. COHN:  Let's mark this document that
22   Mr. Schutte just referred to as the next exhibit in
23   order.
24        (Exhibit No. 8 marked.)
25   ///
```

7 (Pages 16 to 19)

EXHIBIT ___11___

Page 20

1  BY MR. COHN:
2      Q   Have you ever seen a log of work-related
3  injuries and illnesses before you went looking for
4  these documents to respond to the records deposition?
5  Have you ever seen a document like this at Siemens?
6      A   Yes.
7      Q   Where it says "where the event occurred," do
8  you know what it means when it says "office"?
9      A   Not without looking at the document.  Not out
10  of context.
11      Q   Okay.  And when it says "job site," do you
12  have to go and look at the individual's -- how do you
13  determine where that job site was?  How do you
14  determine where that person's injury occurred?  Is
15  there a list somewhere which indicates where they were
16  working on that day?
17      A   I'm thinking.
18          It could be determined where they were
19  working.
20      Q   So when it says job site, we know where Larry
21  Grove's job site was, the September 9th injury, and
22  he's a fitter; but then I see like Brent Davis,
23  fitter, December 7th, and it says job site, we would
24  have to go and see if that occurred at the Unocal
25  building or somewhere else, by -- how would we do

Page 21

1  that?  There's probably a job sheet for each
2  individual that shows where they were working, I
3  assume.
4      A   Yes.
5      Q   What's the next document that you have?
6      A   This is our Safety Resource Manual.
7      Q   It's a couple of inches thick.  And what does
8  that mean, Safety Resource Manual?
9      A   The subpoena asked for policies, procedures,
10  manuals, so I figured that was appropriate to bring.
11      Q   And where would the Safety Resource Manual
12  have been found?
13      A   I can speak to where I found it.
14      Q   Where did you find it?
15      A   It was on our corporate Intranet.
16      Q   And going back to Exhibit 8, the log of
17  work-related injuries and illnesses, where did you
18  locate that document?
19      A   That was in the file cabinet where we keep
20  our workers' compensation information.
21      Q   And you said that the Safety Resource Manual
22  was pulled off of the --
23      A   Our Intranet.
24      Q   Intranet?
25      A   Yes.

Page 22

1      Q   And it has a date on the first page, revised
2  5/99.  Do you know if this is the most current version
3  of the Safety Resource Manual?  This is just what you
4  found.  When did you locate this document?
5      A   Last week.  I located it on our Intranet and
6  printed what was there.  To my knowledge, this is our
7  most recent.
8          MR. COHN:  Why don't we mark this as Exhibit
9  No. 9, then, the Safety Resource Manual.
10          (Exhibit No. 9 marked.)
11  BY MR. COHN:
12      Q   And it looks like there's one other file that
13  you have.
14      A   Yes.
15      Q   And it looks like on the side there's a label
16  that says Larry Grove -- or, Grove, comma, Larry.  Can
17  you tell me what that document is?
18      A   This is Larry Grove's personnel file.
19      Q   May I take a look?
20          Do you know if this would be his file from
21  when he was first hired by Siemens to the present
22  date?
23      A   Yes, this is his -- yes.
24      Q   So this is his complete personnel file?
25      A   Yes.

Page 23

1      Q   Did you mark anything or underline anything
2  in the file?
3      A   No.
4      Q   Okay.  So if there's any highlighting in
5  there, or something written in on a page that's typed
6  and somebody wrote something in, that's something that
7  was already there when you pulled the files out?
8      A   Correct.
9          MR. COHN:  Let's mark the personnel file as
10  Exhibit 10.
11          (Exhibit No. 10 marked.)
12  BY MR. COHN:
13      Q   In regard to some of these other matters,
14  like indemnity agreements, did you do anything to
15  locate any indemnity agreements between Siemens and
16  Unocal?
17      A   I looked for indemnity agreements, and what I
18  found was what is included in our contract.  And
19  that's all I found with respect to indemnity
20  agreements.
21      Q   Could there be another location where such an
22  agreement would be?  Well, where did you find that?
23  In the contract file?
24      A   Yes.  To my knowledge, it's part of the terms
25  and conditions of the contract.

EXHIBIT____

Page 24

1    Q   Switching back, you mentioned that Mark
2   Wiemer, he was a safety person out of Buffalo Grove,
3   Illinois?
4    A   Uh-huh.
5    Q   Is it your understanding he's the head person
6   in regard to safety in Siemens Building Technologies?
7   Maybe that's not the right question. But he's
8   involved in safety in regard to Siemens Building
9   Technologies?
10   A   Yes.
11   Q   And do you know, is that why you contacted
12  him in regard to -- I can't recall if we were talking
13  about OSHA records.
14   A   OSHA records, I contacted Barry Byars, who is
15  our human resources.
16   Q   Barry Byars?
17   A   Byars, B-Y-A-R-S.
18       And he is our human resources person for our
19  region, to ask him if he knew where I could find OSHA
20  investigations. And he directed me to Mark. And Mark
21  is the one that told me it would either be -- Mark
22  told me where I'd find it. And if it wasn't there,
23  that we wouldn't have it.
24   Q   Is there a current contract now between
25  Siemens and Unocal for the building at 909 West Ninth?

Page 25

1    A   No.
2    Q   So that means that this contract, that's the
3   last contract and it's terminated. Does it indicate
4   in these records when the contract ended?
5    A   Yes, it does.
6    Q   Would that be -- I can look for it, but do
7   you know what the date is?
8    A   May 2005.
9    Q   What it said here is Option 2, 3, 4, 5. As
10  far as you know, the options were renewed each year?
11   A   Yes.
12   Q   Until the last year?
13   A   Yes.
14   Q   Who would be the person to know why the
15  contract wasn't renewed after May 2005?
16   A   I know why.
17   Q   Why is that?
18   A   It was put out for bid. They rebid the
19  maintenance contract, and we were not the low bidder
20  on the contract.
21   Q   I know I asked this before. What is your
22  position with the company?
23   A   Service manager.
24   Q   And what does the service manager do?
25       THE WITNESS: Does that relate to records?

Page 26

1        MR. MORAN: I think you can answer that
2   question.
3    A   I'm responsible for the operational execution
4   of service work in the state of Alaska.
5   BY MR. COHN:
6    Q   Would the service work include heating,
7   ventilation, and air conditioning in a building like
8   the Unocal building?
9    A   Yes.
10   Q   So if somebody like Larry Grove at the time
11  was working in that building, would the service
12  manager be the person, one person at least, above him
13  in charge of that contract?
14   A   Yes.
15   Q   And how long have you been the service
16  manager?
17   A   A year and a half.
18   Q   Do you know, who was the service manager
19  before you?
20   A   Leverette Hoover, L-E-V-E-R-E-T-T-E,
21  H-O-O-V-E-R.
22   Q   Now, as the service manager, if there are any
23  records that Siemens had any part in building the work
24  platform that -- I'm not sure if you're aware that
25  there was a work platform at the building, the filter

Page 27

1   room in the mechanical room, that collapsed when Larry
2   Grove was working there on September 9th, 2002.
3        If Siemens had any involvement in
4   construction, the maintenance, or tearing down that
5   platform, would you expect that those records would be
6   part of the service work orders that are part of
7   Exhibit 5, provided it was for the particular year
8   involved?
9    A   Yes.
10   Q   So I would ask again that all the previous
11  contracts, that we get the same records for those,
12  including the service work orders, and that would be
13  for the previous contracts in effect.
14       And I think this question would cover it too,
15  but is Siemens the successor of Gyr & Landis? Is that
16  the name of the company?
17   A   Landis & Gyr. Siemens is the successor.
18   Q   So if Landis & Gyr, for example, had the
19  contract with Unocal before, would those records also
20  be stored up in the archives?
21   A   Yes.
22   Q   And do you know when Landis & Gyr became
23  Siemens? I mean, if you don't know, that's okay.
24   A   I don't know exactly. It was around six
25  years ago. Around six or seven years ago.

EXHIBIT 11

**Page 28**

1    Q   Well, the reason I'm asking that question is
2  because, you know, part of what's involved in this
3  case has to do about the work platform, you know, how
4  it came to be there and what's been done to it from
5  the time it was there.
6        So this request also encompasses Landis & Gyr
7  records as far back as Landis & Gyr was servicing the
8  building too, you know, because we're just trying to
9  reconstruct the records as far as we can.  It may be
10  something that happened before even Landis & Gyr, the
11  platform, but the only way to know for sure is to
12  actually examine all the records that are there.
13        And I know that that might encompass more
14  work, and I appreciate you appearing here.  But I'd
15  request that those records be searched, the same
16  records that you produced here for Siemens and then
17  for Landis & Gyr, even though they're in archives.
18  You indicated that they're kept by contract; they
19  should be locatable.  That was a long preamble.
20        MR. COHN:  Is that all right, Liam?
21        MR. MORAN:  I don't know.  We'll take your
22  request under advisement.
23        MR. COHN:  Well, he already indicated how
24  they were stored, up in the archives.  I mean, to the
25  effect that they're still in existence, they should be

**Page 29**

1  locatable up in archives.
2  BY MR. COHN:
3    Q   Do you know if any of the documents were put
4  on like microfiche?
5    A   They're not.
6    Q   They're not.  They just stored the hard
7  copies.
8        And the request also is for e-mails too.  Any
9  electronic data, including e-mails.
10        I'm almost done.
11        No. 10, when I asked for -- requested safety
12  protocols regarding the Siemens/Unocal contract, did
13  you understand what was meant by that request?
14    A   What we have with -- yes.
15    Q   And what was your understanding?
16    A   What we have with respect to safety protocol
17  as between Siemens and Unocal is included in the terms
18  and conditions and in our contract.  That's all the
19  documentation I have on safety protocols.
20    Q   The reason I was asking that is because you
21  indicated you were service manager/operational person
22  in charge of execution of service contracts.  What I'm
23  assuming, though it may be incorrect, is that if you
24  get a service contract for a building -- heating,
25  ventilation, air conditioning -- they may have certain

**Page 30**

1  protocols or rules or requirements.
2        Do they normally -- would they normally, like
3  Unocal, provide you documents as to what you can and
4  can't do, or what you need to do if you're going to do
5  something?  Like if you want to put up, let's say, a
6  platform, how would you know what you can do?  Is it
7  based solely on the contract that you presented?
8    A   My experience over the last year and a half
9  shows that that would be determined through the
10  proposal, through the terms and conditions of the
11  contract, and the remainder of that would have been
12  done verbally.
13    Q   Who would be the verbal person on the Siemens
14  side?  Would that be the service manager?
15    A   It would have been the people doing the work,
16  performing the work in the field.
17    Q   Well, if there's a verbal performing of the
18  work in the field, is there then some written
19  documentation of what's been done that eventually is
20  produced?
21    A   If there would, it would be included in this,
22  in the file.  It would be saved in the file.
23    Q   So if it's not in the file, then your
24  assumption is that it wasn't done?
25    A   Correct.

**Page 31**

1    Q   Is there anyone else that helped you gather
2  the material that you brought today?
3    A   Pam Spence.
4    Q   And who is Pam Spence?
5    A   Pam Spence is -- she is an admin person in
6  our office.
7    Q   Were you the one that directly asked her to
8  gather up documents?
9    A   Ben Seitz instructed Pam and I together.
10    Q   Oh, so you were both together when he gave
11  you the instruction.  And what did he tell you to do?
12        MR. MORAN:  Object to the form.
13  BY MR. COHN:
14    Q   What did he say?
15        MR. MORAN:  It assumed that they were both
16  together.
17  BY MR. COHN:
18    Q   Well, were you both together at the time?  I
19  thought that's what you said, that you and Pam were
20  together when Ben Seitz instructed you to comply with
21  this records deposition.  Is that correct?
22    A   Ask the question again.
23    Q   Well, when Ben Seitz told you what to do, was
24  Pam there?
25    A   No.

Page 32

1  Q  Well, how do you know what Pam was told to
2  do?
3  A  Because Pam told me that Ben told her to help
4  me prepare the documents.
5  Q  And what did -- did you tell Pam what to do
6  to help you prepare the documents?
7  A  Did I tell Pam what to do to help me prepare
8  the documents?
9  Q  Well, in other words, you said that she told
10 you that Ben told her to help you prepare the
11 documents.  Did you then give her any instructions of
12 what to do, what to look for?
13 A  Yes.
14 Q  And what did you do -- tell her to do?  Well,
15 let me ask you.  What documents did you specifically
16 ask her to look for?
17 A  Pam and I sat down together with this
18 document and went over the Items 1 through 15, and
19 together we discussed where these would be kept and we
20 got the documents.  Does that answer your question?
21 Q  For the most part.  Did you divvy it up?
22 Like, for example, who physically went to the contract
23 file and pulled out those documents?
24 A  I did.
25 Q  And did you already know where to go, or did

Page 33

1  Pam tell you where to find them?
2  A  I already knew where to go.
3  Q  And that, you indicated, had the contract,
4  correspondence, it would have the work orders,
5  invoices.  So most of the documents that you brought
6  were in that contract file?
7  A  Uh-huh.
8  Q  Did you or Ms. Spence or someone else find
9  the Larry Grove file?
10 A  The Larry Grove file was in a box of
11 documents that we had already provided to Liam's
12 company, which was sitting on my credenza.
13 Q  So had you gathered up that box of documents
14 that was provided?  When you say Liam's company,
15 you're talking about the Clapp Peterson firm?
16 A  Yes.
17    MR. COHN:  I don't know; you changed your
18 name now that John's here.
19 BY MR. COHN:
20 Q  You said the box of documents was already on
21 your --
22 A  Credenza, my desk.
23 Q  Your desk.  But did you put the box on your
24 desk or some -- how did it get on your desk, the box
25 of documents?

Page 34

1  A  How did it get on my desk.  It was delivered
2  from Clapp Peterson.
3  Q  It was delivered from Clapp Peterson.  The
4  contract file that you pulled out, that wasn't in that
5  box of documents?
6  A  It was not in the box of documents.
7  Q  And how big a box of documents are we talking
8  about?
9  A  It was just [indicating].
10 Q  It looks like you're describing about 2
11 feet by --
12 A  Yeah, 2 feet by 1 foot.
13 Q  And was it --
14 A  A box like that [indicating].
15 Q  Like that in the back there that's filled
16 with paper?
17 A  Uh-huh, it was a box that size.
18 Q  So this was -- so the Larry Grove file was in
19 a box of documents that was delivered by Clapp
20 Peterson and ended up on your desk?
21 A  Yes.
22 Q  So you're providing us the personnel file,
23 but you can't tell us if that's the complete file of
24 Mr. Grove; is that correct?
25 A  Correct.

Page 35

1  Q  Because you don't know who handled it before
2  you got it?
3  A  Correct.
4  Q  Were there other documents that were pulled
5  out of that box of documents on your desk and
6  provided, that you brought here today?
7  A  This is the only document that came out of
8  the -- Exhibit 10 is the only document that came out
9  of that box.
10 Q  Now, that box of documents, are those Siemens
11 documents?
12 A  Yes.
13 Q  And do you have any idea of who gathered up
14 the documents that were in that box of documents on
15 your desk?
16 A  Yes.  Pam Spence.
17 Q  So I take it there are a bunch of documents
18 in that box of documents that was provided to Clapp
19 Peterson, that have not been provided here today?
20 A  Correct.
21 Q  And the reason for that is you -- did you
22 look through that box of documents to determine if it
23 complied with the records deposition request?
24 A  Yes, I did.
25 Q  And did Pam Spence go through that box also

11 (Pages 32 to 35)

EXHIBIT___11___

Page 36

1    with you, or separately, to determine if it met the
2    request that brings us here today?
3        **A  Yes, she did.**
4        Q   And it was determined that the only document
5    that met the request was the Larry Grove file?
6        THE WITNESS:  May I?
7        **A  No.  We also determined that perhaps this**
8    **document [indicating] may meet the request as well.**
9    **In that box, there was our -- oh, what is it**
10   **called? -- Alaska Pipe Trades correspondence.  And I**
11   **believe it's payroll information for the last six**
12   **years, probably, was in that box.  And that is an**
13   **example of what was in that box.**
14   **BY MR. COHN:**
15       Q   What is Alaska Pipe Trades Local 367?
16       **A  That's the union that Larry belonged to and**
17   **all of our service mechanics are part of.  And payroll**
18   **payroll information for all of our service mechanics**
19   **as part of that union.  There's a lot of information**
20   **about all of the other mechanics in there as well.**
21       MR. COHN:  Can we mark this as the next
22   exhibit in order?
23       MR. MORAN:  I don't want to do that.
24       MR. COHN:  Well, you know, some of the
25   information -- I understand that the information about

Page 37

1    other people may be confidential, but the information
2    about Larry is pertinent in terms of his lost
3    earnings.
4        MR. MORAN:  Well, there's no doubt about
5    that, but we don't want to give you the records unless
6    the information regarding the other employees is
7    redacted.
8        MR. COHN:  I think that that's -- now, how
9    can we go about doing that?  Can we have the court
10   reporter just redact the other information?
11       MR. MORAN:  No.  We'll have to find somebody
12   to do it.  So we'll have the documents redacted.  This
13   is just an exemplar to show you what these records
14   look like.  We'll have somebody go through them and do
15   the redactions and then we'll have them marked.
16       MR. COHN:  Well, the only concern I have is
17   if you're going to use the information about other
18   people somehow to challenge Larry's lost earnings in
19   comparison.  But if all the other information is
20   irrelevant and it's just Larry's information, can
21   we -- let's see.  Is there any problem with copying
22   the front page?  I don't think it indicates a name of
23   an individual.
24       MR. MORAN:  That shouldn't be a problem,
25   should it?

Page 38

1        THE WITNESS:  It's not a problem for me.
2        MR. COHN:  So we copy at least the front page
3    and mark that as Exhibit 11, and this is --
4        MR. MORAN:  Let me make a copy first.
5        MR. COHN:  And what do you refer to those
6    documents as?  What are they?
7        THE WITNESS:  We call it payroll information.
8        MR. COHN:  And Mr. Moran has indicated that
9    they will provide the information in Exhibit 11 that
10   relates to Larry Grove, and redact the information
11   about the other individuals.  Is that a fair and
12   correct interpretation?
13       MR. MORAN:  Well, it needs to be redacted.  I
14   don't know how we're going to go about doing that or
15   who's going to pay for it.
16       MR. COHN:  Well, you're not going to allow me
17   to take the document, so I'm assuming that someone
18   either -- that your firm has these records and could
19   provide us the information in regard to Larry.  It
20   seems to me, in looking at it, if there's a section on
21   Larry and several other individuals, just put Scotch
22   tape or something, or just make a copy and then white
23   out the remainder and just leave Larry Grove in there,
24   and then put that as part of Exhibit 11.
25       MR. MORAN:  I think that's what you would do.

Page 39

1        MR. COHN:  Well, I want a copy of the Larry
2    Grove stuff.  We can talk about who's going to --
3        MR. MORAN:  Yeah, we don't have any problem
4    giving you the Larry Grove stuff.  It's the stuff that
5    pertains to other employees that we're concerned
6    about.
7        MR. COHN:  Right, right.  And I've accepted
8    that.
9        (Exhibit No. 11 marked.)
10   BY MR. COHN:
11       Q   Now, the box that you got which contained --
12   well, is the problem in turning over this document to
13   us the confidentiality of these records?
14       **A  Yes.**
15       Q   Then why were these records turned over to
16   Clapp Peterson?
17       **A  I don't know the answer to that.**
18       Q   Now, you showed a description of a box that
19   had an enormous number of pages in it.  This payroll
20   information that you provided is a fraction of an inch
21   thick, so there was a big pile of documents beyond the
22   Larry Grove file and that payroll information.  Can
23   you describe what was in the box?
24       **A  There was this [indicating], which comprised**
25   **probably three-quarters of the information.  There was**

12 (Pages 36 to 39)

EXHIBIT _11_

Page 40

1 a copy of our corporate -- our union -- the union
2 agreement that Siemens has with National Union, the
3 mechanical union. That was it.
4   Q   But in terms of the information regarding
5 Larry Grove, is that the only information in that box
6 that related to Larry Grove?
7   A   Yes. There's, I'd say, at least six years'
8 worth of -- I believe this is weekly payroll. So it's
9 a lot of paper.
10   Q   So there would be a lot of -- you said
11 there's a lot of paper. Is this all of the ones for
12 Larry, or are Larry's records contained within that
13 whole mass of documentation?
14   A   Larry's are contained within the whole mass.
15   Q   So that's just a representative of the entire
16 summary of Larry Grove records. Well, I'll have to
17 deal with Mr. Moran and Mr. Thorsness about getting
18 the wage information in regard to Mr. Grove.
19       The union agreement is something that we
20 would also want to have a copy of, because that's also
21 relevant in terms of determining economic damages.
22 And I guess we can get it from your firm, if you have
23 a copy of it. Is that the most current agreement
24 that's in effect today?
25   A   I'm not aware.

Page 41

1   Q   And you've just described to me all the
2 documents that were in that box?
3   A   Yes.
4       MR. COHN: I don't have any further questions
5 at this time. Thank you for your time.
6       (Off the record.)
7       MR. COHN: Back on record.
8 BY MR. COHN:
9   Q   Mr. Moran just brought in a document, which I
10 believe is the -- is this the union agreement,
11 Mr. Schutte, the union agreement that you were
12 referring to that was in the box of documents that was
13 somehow on your desk?
14   A   Yes.
15       MR. COHN: We mark this as the next exhibit.
16       (Exhibit No. 12 marked.)
17 BY MR. COHN:
18   Q   And I note that on the first page it says
19 effective January 1st, 2000. Do you know if there's a
20 more recent agreement?
21   A   I don't know if there is a more recent
22 agreement.
23   Q   I just want to ask you one other, because
24 when we were talking about the wage information, is
25 there a record kept of all the W-2s for the employees

Page 42

1 through the years? Some one location where you can
2 see if -- let's say someone has worked for Siemens for
3 five years. You can go here and see how much Siemens
4 has paid them for five years, or do you have to go
5 through all of the weekly payroll and add them all up?
6   A   I don't know the answer to that question. I
7 do know it's not kept in our office. I don't know if
8 it's kept someplace else or not.
9   Q   Well, are there -- now that you've mentioned
10 that they're not kept in your office, so there are
11 other locations where Siemens' records are kept; is
12 that correct?
13   A   You're referring to payroll. We have a
14 separate payroll division that's in some part of the
15 country. They may have payroll records for Larry
16 Grove, but I'm speculating.
17   Q   Because if there are separate payroll
18 records, then we can get the list of everything he's
19 earned from Siemens, beyond just looking through that
20 mass of documents. Then if it was per employee, I
21 would like to get those records, if there's any way
22 for you inquiring to find out if they have such
23 records for him.
24       MR. MORAN: Are you asking for those records
25 in addition to the payroll records that we --

Page 43

1 BY MR. COHN:
2   Q   Well, if those payroll records -- well, you
3 indicated it's a mass of payroll records. Do those --
4 do you know if those go back from the -- are supposed
5 to go back from the time that Larry Grove first
6 started working for Siemens?
7   A   I don't know.
8   Q   Do you know how many years back those records
9 go, that pile in the boxes?
10   A   We're beyond my area of expertise.
11   Q   No, I'm not asking your area of expertise.
12 I'm asking if you -- you looked at the box of
13 documents, and those were payroll records and they
14 were weekly payroll records?
15   A   Okay.
16   Q   And did you check to see for what years those
17 payroll records were for?
18   A   The files are labeled with the years on them,
19 and I saw, I think back as far as '97 we have these
20 records.
21   Q   And how far forward did they go?
22   A   I believe I saw 2004 in the box.
23       MR. COHN: Well, in regard to the records,
24 somehow we need to figure out how to separate out
25 Larry's records in those payroll records that are

13 (Pages 40 to 43)

EXHIBIT ___11___


Page 44

1    there from '97 till the point in which he was no
2    longer on the payroll, and we'll probably have it to
3    deal with that separate from this deposition, figure
4    that out later.
5         Thank you for your time.  No further
6    questions.
7         MR. MORAN:  No questions.
8         (Proceedings concluded at 3:13 P.M.)
9         (Signature reserved.)
10                   -o0o-
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

EXHIBIT ___11___

Page 45

1                          CERTIFICATE

2

3          I, LISA L. SHAFFER, Certified Shorthand

4    Reporter, and Notary Public in and for the State of

5    Alaska, do hereby certify that the witness in the

6    foregoing proceedings was duly sworn; that the

7    proceedings were then taken before me at the time

8    and place herein set forth; that the testimony

9    and proceedings were reported stenographically by

10   me and later transcribed by computer transcription;

11   that the foregoing is a true record of the

12   testimony and proceedings taken at that time;

13   and that I am not a party to nor have I any

14   interest in the outcome of the action herein

15   contained.

16          IN WITNESS WHEREOF, I have hereunto set

17   my hand and affixed my seal this _____ day

18   of _____ 2006.

19

20

21          _____
                  LISA L. SHAFFER, CSR
22                My Commission Expires 8/29/06

23

24

25

EXHIBIT___11___

Page 46

```
 1                        WITNESS CERTIFICATE

 2    RE:  GROVE, ET AL. v UNOCAL CORPORATION
      CASE NO.:  A04-0096 CV (JKS)
 3    30 (b)(6) DEPOSITION OF SIEMENS BUILDING TECHNOLOGIES
                DESIGNEE:  DOUG SCHUTTE
 4    DATE TAKEN:  2/3/06
      FILE ORIGINAL WITH:  MICHAEL COHN
 5
           I hereby certify that I have read the foregoing
 6    deposition and accept it as true and correct, with
      the following exceptions:
 7    ======================================================
      Page   Line         Description/Reason for Change
 8    ======================================================

 9    _____  _____     _____

10    _____  _____     _____

11    _____  _____     _____

12    _____  _____     _____

13    _____  _____     _____

14    _____  _____     _____

15    _____  _____     _____

16    _____  _____     _____

17    _____  _____     _____

18    _____  _____     _____

19    _____  _____     _____

20    _____  _____     _____

21    _____  _____     _____

22                     _____  _____

23                            SIGNATURE              DATE

24    Please sign your name and date it on the above line.
      (As needed, use additional paper to note corrections,
25     dating and signing each page.)                (LLS)
```

EXHIBIT ___11___

**A**

accept 46:6
accepted 39:7
accessible 16:15
accident 8:11 15:2
  19:7
action 45:14
add 42:5
addition 42:25
additional 11:18,19
  11:24 13:7 46:24
admin 31:5
advisement 28:22
affixed 45:17
afternoon 4:10
ago 27:25,25
agreement 3:22
  23:22 40:2,19,23
  41:10,11,20,22
agreements 23:14
  23:15,17,20
air 26:7 29:25
AK 7:8
AL 46:2
Alaska 1:2,20 2:4,8
  2:12 4:1 8:11 26:4
  36:10,15 45:5
allow 38:16
amount 10:16
Anchorage 1:20 2:4
  2:8,12 4:1 18:13
answer 26:1 32:20
  39:17 42:6
appearing 28:14
applies 12:15 17:4
apply 7:12
appreciate 28:14
appropriate 21:10
archive 10:12,13
archives 10:11,18
  10:22 11:6 12:11
  17:8,11 27:20
  28:17,24 29:1
area 43:10,11
areas 8:7
asked 13:22,22 21:9
  25:21 29:11 31:7
asking 10:5 14:11
  28:1 29:20 42:24
  43:11,12
assigned 5:19,22
Associates 2:3 4:12
assume 21:3
assumed 31:15
assuming 9:1 10:15

29:23 38:17
assumption 30:24
attached 5:13
attempt 10:17
attorney 4:11,15,24
available 18:20
Avenue 9:3 14:8
  15:2
aware 9:25 19:14
  26:24 40:25
A-P-P-E-A-R-A-...
  2:1
A04-0096 1:10 46:2

**B**

b 46:3
back 11:1,17 16:2
  21:16 24:1 28:7
  34:15 41:7 43:4,5
  43:8,19
Barry 24:14,16
based 30:7
batch 12:3
behalf 4:12
believe 36:11 40:8
  41:10 43:22
belonged 36:16
Ben 5:24 31:9,20,23
  32:3,10
best 8:10 10:8,10
  13:24
beyond 19:10 39:21
  42:19 43:10
bid 25:18
bidder 25:19
big 34:7 39:21
box 33:10,13,20,23
  33:24 34:5,6,7,14
  34:17,19 35:5,9
  35:10,14,18,22,25
  36:9,12,13 39:11
  39:18,23 40:5
  41:2,12 43:12,22
boxes 43:9
Brent 20:22
briefly 6:12
bring 21:10
brings 5:4,6 36:2
brought 5:14 7:1,2
  8:21 19:20 31:2
  33:5 35:6 41:9
Buffalo 8:5 18:14
  24:2
building 1:13 3:7
  4:18,24 5:17 6:18

9:3 14:22 15:1,4
  20:25 24:6,8,25
  26:7,8,11,23,25
  28:8 29:24 46:3
bunch 35:17
Byars 24:14,16,17
B-Y-A-R-S 24:17

**C**

cabinet 21:19
call 38:7
called 18:4,4,5,15
  36:10
case 1:10 28:3 46:2
certain 9:21,22
  29:25
CERTIFICATE
  45:1 46:1
Certified 45:3
certify 45:5 46:5
challenge 37:18
Change 46:7
changed 33:17
charge 26:13 29:22
check 10:17 11:18
  43:16
checked 8:7
checkmark 7:7,7
checkmarks 7:11,14
Clapp 1:19 7:2
  33:15 34:2,3,19
  35:18 39:16
clear 4:19
client 11:14
closet 16:13
Cohn 2:3 3:3 4:9,10
  4:15,19,22 5:1,7
  5:10 11:22 12:2
  12:14,20 14:4,13
  15:3,7,22,25 16:2
  16:3 17:1,3,17,20
  17:23 19:21 20:1
  22:8,11 23:9,12
  26:5 28:20,23
  29:2 31:13,17
  33:17,19 36:14,21
  36:24 37:8,16
  38:2,5,8,16 39:1,7
  39:10 41:4,7,8,15
  41:17 43:1,23
  46:4
collapsed 27:1
comma 22:16
Commission 45:22
comp 18:18 19:19

company 14:2 18:11
  19:15 25:22 27:16
  33:12,14
comparison 37:19
compensation 3:14
  8:2 17:15,16,18
  19:13 21:20
complete 13:11
  22:24 34:23
complied 35:23
comply 6:2 31:20
complying 5:19
comprised 39:24
computer 45:10
concern 37:16
concerned 39:5
concluded 44:8
conditioning 26:7
  29:25
conditions 23:25
  29:18 30:10
confidential 37:1
confidentiality
  39:13
consider 14:16
construction 27:4
contacted 8:5,8
  24:11,14
contained 39:11
  40:12,14 45:15
context 20:10
contract 6:9,10,11
  6:22 8:18 9:5,13
  11:20 12:6,8,11
  12:12,15,17,22,22
  12:23,24 14:21
  15:15,16,17 16:7
  16:11,16,20 17:5
  17:6,10,22 23:18
  23:23,25 24:24
  25:2,3,4,15,19,20
  26:13 27:19 28:18
  29:12,18,24 30:7
  30:11 32:22 33:3
  33:6 34:4
Contractor 13:4
contracts 6:8,13,15
  6:17,25 7:7 8:20
  8:24 9:1,5,11,16
  9:17 10:6,8 11:19
  15:18 27:11,13
  29:22
contractual 15:6
copies 14:4,6 29:7
copy 12:1 15:14

16:24 18:7 38:2,4
  38:22 39:1 40:1
  40:20,23
copying 37:21
corporate 8:4 18:2
  21:15 40:1
Corporation 1:8
  4:18,23 46:2
correct 4:21 8:13
  9:12,18 10:23
  11:7 23:8 30:25
  31:21 34:24,25
  35:3,20 38:12
  42:12 46:6
corrections 46:24
correspondence
  3:11 7:8 12:6,7,10
  12:15,18 13:4,11
  14:5,7 16:7 17:9
  17:21 33:4 36:10
counsel 1:18 4:23
  18:3
country 42:15
couple 21:7
court 1:1 2:10 11:24
  12:1 37:9
cover 27:14
covered 14:20
credenza 33:12,22
CSR 45:21
curious 19:4
current 9:5 17:6
  22:2 24:24 40:23
CV 1:10 46:2
CYNTHIA 1:3

**D**

damages 40:21
data 13:14 29:9
date 13:8 22:1,22
  25:7 46:4,23,24
dated 8:18 9:15
  15:17
dating 46:25
Davis 20:22
day 20:16 45:17
deal 40:17 44:3
December 20:23
Defendant 1:9 2:6
delivered 34:1,3,19
deponent 4:6 11:23
deposition 1:13 3:6
  4:20 5:12,14,20
  14:10 20:4 31:21
  35:23 44:3 46:3,6

EXHIBIT __11__

describe 39:23
described 8:17 41:1
describing 34:10
description 39:18
Description/Reason
46:7
DESIGNEE 1:14
46:3
desk 16:14 33:22,23
33:24,24 34:1,20
35:5,15 41:13
determine 7:20
20:13,14 35:22
36:1
determined 20:18
30:9 36:4,7
determining 40:21
different 18:1
direct 10:20
directed 24:20
directly 31:7
discuss 14:1
discussed 32:19
DISTRICT 1:1,2
division 42:14
divvy 32:21
DOB 1:4
document 6:21
14:20 15:11 19:21
20:5,9 21:5,18
22:4,17 32:18
35:7,8 36:4,8
38:17 39:12 41:9
documentation
29:19 30:19 40:13
documents 6:1,4,9
6:11,12,13,24 7:4
7:12,19,21,23,24
8:1,16 10:16,17
11:11,14 13:9,13
16:20,22 17:5,13
17:16 20:4 29:3
30:3 31:8 32:4,6,8
32:11,15,20,23
33:5,11,13,20,25
34:5,6,7,19 35:4,5
35:10,11,14,14,17
35:18,22 37:12
38:6 39:21 41:2
41:12 42:20 43:13
doing 5:23 11:10
30:15 37:9 38:14
doubt 37:4
DOUG 1:14 4:5
46:3

Duces 3:6
duly 45:6

_____ E _____
earlier 8:20,23
12:11,12
earned 42:19
earnings 37:3,18
economic 40:21
effect 27:13 28:25
40:24
effective 41:19
effort 11:9
either 11:15 12:4
18:17,19 19:12,13
24:21 38:18
electronic 13:14
29:9
employee 4:14
42:20
employees 37:6 39:5
41:25
encompass 28:13
encompassed 14:16
encompasses 28:6
ended 25:4 34:20
enormous 39:19
entire 40:15
entry 13:7
Equipment 3:21
ET 46:2
event 20:7
eventually 30:19
exactly 27:24
EXAMINATION
3:2 4:8
examine 28:12
examined 4:7
example 17:24 18:2
27:18 32:22 36:13
exceptions 46:6
execution 26:3
29:22
exemplar 37:13
exhibit 4:3 5:8,9,11
5:12 6:6 12:1,17
12:18,19 15:23,24
17:1,2,18,19,20
17:21 19:22,24
21:16 22:8,10
23:10,11 27:7
35:8 36:22 38:3,9
38:24 39:9 41:15
41:16
exhibits 3:5 17:4

exist 19:14
existence 28:25
expect 27:5
experience 30:8
expertise 43:10,11
Expires 45:22
explain 5:4
extent 10:25 15:5
e-mail 13:16,23
14:11
e-mails 13:14,19,21
14:5,19,23 29:8,9

_____ F _____
facilities 15:9
fair 38:11
fairly 10:16
far 16:25 25:10 28:7
28:9 43:19,21
father 1:5
FEBRUARY 4:1
feet 34:11,12
field 30:16,18
figure 43:24 44:3
figured 21:10
file 3:11,19 6:10,11
8:2,4 9:5 11:13
12:7,9 15:15 16:6
16:9,11 18:18,18
19:12,13 21:19
22:12,18,20,24
23:2,9,23 30:22
30:22,23 32:23
33:6,9,10 34:4,18
34:22,23 36:5
39:22 46:4
files 13:10 19:6 23:7
43:18
filled 34:15
filter 26:25
find 11:18 17:8
21:14 23:22 24:19
24:22 33:1,8
37:11 42:22
finding 6:9
firm 4:11 33:15
38:18 40:22
first 6:8,24 8:17
9:15 22:1,21 38:4
41:18 43:5
fitter 20:22,23
five 9:25 10:3 11:4
42:3,4
five-year 11:2,3
Flein 1:19 2:7

folder 17:15 19:19
folks 14:2
following 46:6
follows 4:7
foot 34:12
foregoing 45:6,11
46:5
form 3:15 19:17
31:12
forth 45:8
forward 43:21
found 9:16 21:12,13
22:4 23:18,19
fraction 39:20
FRCP 3:6
Friday 1:17 4:1
front 15:12 19:19
37:22 38:2
further 41:4 44:5

_____ G _____
gather 31:1,8
gathered 7:4 33:13
35:13
getting 40:17
give 32:11 37:5
giving 39:4
go 6:5,9 7:3 8:16
11:1,10,17 12:4
15:25 16:16 17:8
17:25 18:1,2,5
20:12,24 32:25
33:2 35:25 37:9
37:14 38:14 42:3
42:4 43:4,5,9,21
going 10:15 11:25
15:12 21:16 30:4
37:17 38:14,15,16
39:2
Good 4:10
group 17:13
Grove 1:3,4,4,4,5
4:13 8:5,12 14:8
15:2 17:14 18:14
22:16,16 24:2
26:10 27:2 33:9
33:10 34:18,24
36:5 38:10,23
39:2,4,22 40:5,6
40:16,18 42:16
43:5 46:2
Grove's 8:3 14:23
15:2 18:17 19:7
19:20 20:21 22:18
guess 40:22

Gyr 27:15,17,18,22
28:6,7,10,17

_____ H _____
H 1:3,5,20 2:8
half 26:17 30:8
hallway 16:13
hand 45:17
handled 35:1
handwriting 6:6
handwritten 6:21
happen 12:24
happened 28:10
happens 10:2
hard 14:6 29:6
head 24:5
heating 26:6 29:24
help 32:3,6,7,10
helped 31:1
hereunto 45:16
highlighting 23:4
hired 22:21
Hoover 26:20
Hours 13:5
human 24:15,18
H-O-O-V-E-R
26:21

_____ I _____
idea 35:13
identify 4:16 6:12
Illinois 8:5 18:14
24:3
illnesses 3:16 19:18
20:3 21:17
inch 39:20
inches 21:7
incident 14:17
include 26:6
included 23:18
29:17 30:21
including 4:13
27:12 29:9
incorrect 29:23
indemnity 23:14,15
23:17,19
index 11:13
indicate 9:10 11:14
25:3
indicated 9:9 28:18
28:23 29:21 33:3
38:8 43:3
indicates 20:15
37:22
indicating 7:3 12:8

EXHIBIT ___11___

13:2 34:9,14 36:8
39:24
individual 21:2
37:23
individuals 38:11
38:21
individual's 20:12
information 7:2
13:17 17:14 21:20
36:11,18,19,25,25
37:1,6,10,17,19
37:20 38:7,9,10
38:19 39:20,22,25
40:4,5,18 41:24
injuries 3:15 13:8
14:22 19:18 20:3
21:17
injury 14:17,23
18:25 20:14,21
Injury/Illness 13:5
inquiring 42:22
instructed 31:9,20
instruction 31:11
instructions 32:11
interest 45:14
interpretation
38:12
Intranet 21:15,23
21:24 22:5
investigated 18:25
investigation 7:8,17
14:19 15:4 19:5,6
investigations 8:11
24:20
invoice 16:24
invoices 3:13 17:9
17:20 33:5
involve 14:22
involved 18:24 24:8
27:8 28:2
involvement 27:3
involving 14:7
irrelevant 37:20
item 6:8
items 7:5,10 32:18
I-N-D-E-X 3:1

**J**

J 2:7
January 1:17 41:19
JKS 1:10 46:2
job 11:15,18 20:11
20:13,20,21,23
21:1
John's 33:18

**K**

keep 7:22 10:1
17:16 21:19
keeps 18:22
kept 7:25 8:1,2,3 9:4
9:11,16,22 10:13
10:14 13:19,21
16:6,8,11 17:5
28:18 32:19 41:25
42:7,8,10,11
kind 7:23
knew 16:19 24:19
33:2
know 6:20 10:2 11:8
12:21,24 13:9,13
13:16 15:5,8,10
15:19 18:2,10,22
18:23 20:8,20
22:2,20 24:11
25:7,10,14,16,21
26:18 27:22,23,24
28:2,3,8,11,13,21
29:3 30:6 32:1,25
33:17 35:1 36:24
38:14 39:17 41:19
41:21 42:6,7,7
43:4,7,8
knowledge 8:10,23
8:25 10:9,10
13:25 18:23 19:1
19:10,11 22:6
23:24

**L**

L 2:4,11 45:3,21
label 22:15
labeled 43:18
Landis 27:15,17,18
27:22 28:6,7,10
28:17
large 10:16
Larry 4:13 8:3 14:8
14:23 15:2 17:14
18:17 19:6,20
20:20 22:16,16,18
26:10 27:1 33:9
33:10 34:18 36:5
36:16 37:2 38:10
38:19,21,23 39:1
39:4,22 40:5,6,12
40:16 42:15 43:5
Larry's 37:18,20
40:12,14 43:25
Law 4:11
LAWRENCE 1:3,5

leave 38:23
legal 17:25
let's 5:7 6:5 15:22
15:25 17:1,17
19:21 23:9 30:5
37:21 42:2
Leverette 26:20
Liam 2:7 4:17 14:1
28:20
Liam's 33:11,14
line 46:7,24
Lisa 2:11 45:3,21
list 6:5 12:16 15:12
16:22 20:15 42:18
listed 8:7 10:17
LLC 1:19 2:7
LLS 46:25
Local 36:15
locatable 28:19 29:1
locate 21:18 22:4
23:15
located 18:13 19:19
22:5
location 12:9 23:21
42:1
locations 42:11
log 3:15 20:2 21:16
long 12:23 26:15
28:19
longer 9:22 12:25
44:2
look 11:11 12:21
13:1 16:16,19
20:12 22:19 25:6
32:12,16 35:22
37:14
looked 7:22 23:17
43:12
looking 12:23 13:3
20:3,9 38:20
42:19
looks 12:22 22:12
22:15 34:10
lost 37:2,18
lot 36:19 40:9,10,11
low 25:19
L-E-V-E-R-E-T-...
26:20

**M**

M 2:12
maintenance 3:22
9:3 14:21 15:4
25:19 27:4
manager 5:18 25:23

25:24 26:12,16,18
26:22 30:14
manager/operatio...
29:21
Manual 3:17 21:6,8
21:11,21 22:3,9
manuals 21:10
mark 5:7 15:22 17:1
17:17 18:6,8,10
19:21 22:8 23:1,9
24:1,20,20,21
36:21 38:3 41:15
marked 4:3 5:9,11
5:12 12:19 15:24
17:2,19 19:24
22:10 23:11 37:15
39:9 41:16
mass 40:13,14 42:20
43:3
material 31:2
matters 23:13
mean 7:11,17,18
14:13 19:8 21:8
27:23 28:24
means 7:14 11:8
15:17 20:8 25:2
meant 29:13
mechanical 3:21
27:1 40:3
mechanics 36:17,18
36:20
meet 36:8
mentioned 24:1
42:9
met 36:1,5
Michael 1:4 2:3
4:10 46:4
microfiche 29:4
millions 11:11
minute 15:25
Monthly 13:5
Moran 2:7 4:17,17
4:21 14:11 15:1
26:1 28:21 31:12
31:15 36:23 37:4
37:11,24 38:4,8
38:13,25 39:3
40:17 41:9 42:24
44:7

**N**

name 4:10 18:6
19:20 27:16 33:18
37:22 46:24
National 3:21 40:2

need 30:4 43:24
needed 46:24
needs 38:13
Ninth 9:3 14:8 15:2
15:9 24:25
Nope 10:23
normally 30:2,2
North 14:15
Nos 12:19
Notary 45:4
note 41:18 46:24
notice 7:6 14:10
number 9:22 11:15
11:18 39:19
numerically 11:16

**O**

oath 4:6
object 4:22 31:12
occurred 20:7,14,24
office 16:12 20:8
31:6 42:7,10
officer 8:5
oh 31:10 36:9
OK 7:16
okay 11:22 20:11
23:4 27:23 43:15
old 10:3
older 10:3
ones 40:11
one-year 12:24
operational 26:3
Option 25:9
options 25:10
order 8:17 12:4,17
16:4 17:18 19:23
36:22
orders 3:12 15:14
15:18,20,22 17:9
17:21 27:6,12
33:4
ORIGINAL 46:4
OSHA 7:8,10,16
8:11 14:19 15:3
17:24 18:21,22
19:1,4,6,17 24:13
24:14,19
OSHA's 3:15
outcome 45:14
o0o 4:4 44:10

**P**

PACIFIC 2:11
packet 6:24
page 3:2,5 6:6,22

EXHIBIT  11

9:15 22:1 23:5
  37:22 38:2 41:18
  46:7,25
pages 1:16 39:19
paid 42:4
Pam 31:3,4,5,9,19
  31:24 32:1,3,5,7
  32:17 33:1 35:16
  35:25
paper 14:20 34:16
  40:9,11 46:24
parenthesis 7:10
part 23:24 26:23
  27:6,6 28:2 32:21
  36:17,19 38:24
  42:14
particular 14:17
  27:7
party 45:13
Paul 2:3 4:11
pay 38:15
Payment 3:20
payments 16:25
payroll 36:11,18
  38:7 39:19,22
  40:8 42:5,13,14
  42:15,17,25 43:2
  43:3,13,14,17,25
  44:2
people 30:15 37:1
  37:18
performing 30:16
  30:17
period 9:19 11:5
  13:6 17:10
person 8:8 18:4 24:2
  24:5,18 25:14
  26:12,12 29:21
  30:13 31:5
personal 18:23
  19:10
personnel 3:19 8:3
  18:17 19:12 22:18
  22:24 23:9 34:22
person's 20:14
pertains 14:12 39:5
pertinent 37:2
Peterson 1:19 2:7
  33:15 34:2,3,20
  35:19 39:16
pg 3:16,20
pgs 3:7,8,10,11,12
  3:13,14,18,22
Phillip 2:3 4:11
physically 32:22

pile 39:21 43:9
Pipe 36:10,15
place 7:22,24 9:11
  9:16 45:8
placed 6:21
places 18:19
plaintiffs 1:6,18 2:2
  4:13
platform 14:24
  26:24,25 27:5
  28:3,11 30:6
please 19:2 46:24
point 4:13 44:1
policies 21:9
policy 9:21,24 11:2
portions 6:21
position 5:16 18:10
  25:22
possession 8:14 19:9
possible 11:17
potentially 18:5
preamble 28:19
prepare 6:1 32:4,6,7
  32:10
prepared 6:4
present 4:16 22:21
presented 30:7
previous 15:18
  27:10,13
printed 22:6
prior 10:7 11:5,20
probably 10:15 21:1
  36:12 39:25 44:2
problem 37:21,24
  38:1 39:3,12
procedures 21:9
proceedings 44:8
  45:6,7,9,12
produced 28:16
  30:20
Program 3:9 9:14
pronounce 5:2
proposal 3:9 9:14
  30:10
protocol 29:16
protocols 29:12,19
  30:1
provide 11:24 14:3
  30:3 38:9,19
provided 13:13,14
  27:7 33:11,14
  35:6,18,19 39:20
providing 34:22
Public 45:4
pulled 13:9 21:22

23:7 32:23 34:4
  35:4
purposes 4:20
put 25:18 29:3 30:5
  33:23 38:21,24
putting 7:11,14,16
P.M 1:17 4:2 44:8

_____ Q _____

question 9:8 14:24
  19:2,3 24:7 26:2
  27:14 28:1 31:22
  32:20 42:6
questions 41:4 44:6
  44:7

_____ R _____

read 46:5
reason 28:1 29:20
  35:21
rebid 25:18
recall 24:12
receptionist's 16:14
reconstruct 28:9
record 4:22,24 9:20
  9:24 10:21 11:2
  15:25 16:1,2
  19:16 41:6,7,25
  45:11
records 3:14 5:12
  9:22 10:1,2,12,13
  10:21,25 11:1,5
  11:10,19,24,25
  12:3 14:10 16:5
  16:19 17:18,24
  18:22 19:5,9,11
  20:4 24:13,14
  25:4,25 26:23
  27:5,11,19 28:7,9
  28:12,15,16 31:21
  35:23 37:5,13
  38:18 39:13,15
  40:12,16 42:11,15
  42:18,21,23,24,25
  43:2,3,8,13,14,17
  43:20,23,25,25
redact 37:10 38:10
redacted 37:7,12
  38:13
redactions 37:15
refer 38:5
referred 9:6 19:22
referring 41:12
  42:13
regard 23:13 24:6,8

24:12 38:19 40:18
  43:23
regarding 8:11 9:2
  14:19,23 29:12
  37:6 40:4
region 24:19
relate 14:8 25:25
related 40:6
relates 12:7,10 14:9
  14:17 38:10
relating 14:21
relationship 15:6
relevant 14:25
remainder 7:13
  30:11 38:23
remaining 7:10
renewed 25:10,15
renotice 5:11,13
repeat 9:7
reported 45:9
reporter 2:10 11:25
  12:1 37:10 45:4
REPORTING 2:11
represent 4:17
representative
  40:15
representing 4:20
  4:23 10:6
request 6:3 12:14
  18:20 28:6,15,22
  29:8,13 35:23
  36:2,5,8
requested 6:8 14:9
  29:11
requirements 30:1
reserved 44:9
Resource 3:17 21:6
  21:8,11,21 22:3,9
resources 24:15,18
respect 23:19 29:16
respond 20:4
responsible 26:3
responsive 10:21
retained 10:9,11
retention 9:21,24
  11:2
retrieve 11:10 13:23
  16:4
revised 3:17 22:1
Re-Notice 3:9
right 5:2 15:3 24:7
  28:20 39:7,7
RIM 2:11
room 27:1,1

rules 30:1

_____ S _____

safety 3:17 8:4
  18:12 21:6,8,11
  21:21 22:3,9 24:2
  24:6,8 29:11,16
  29:19
SARAH 1:4
sat 32:17
satisfy 7:3
saved 30:22
saw 43:19,22
says 9:13 20:7,8,11
  20:20,23 22:16
  41:18
Schutte 1:14 4:5 5:2
  5:3,14,16 19:22
  41:11 46:3
Scotch 38:21
seal 45:17
searched 28:15
section 13:12 18:1
  38:20
see 10:20 12:23 13:3
  13:4,7 20:22,24
  37:21 42:2,3
  43:16
seen 20:2,5
Seitz 5:24,25 13:22
  16:18 31:9,20,23
sent 16:24
separate 42:14,17
  43:24 44:3
separately 36:1
September 19:7
  20:21 27:2
server 13:21
service 3:21 5:18
  15:15,16 16:14
  25:23,24 26:4,6
  26:11,15,18,22
  27:6,12 29:21,22
  29:24 30:14 36:17
  36:18
services 14:14 15:8
servicing 6:18 28:7
set 45:8,16
seven 27:25
Shaffer 2:11 45:3,21
sheet 21:1
Shorthand 45:3
show 37:13
showed 39:18
shows 21:2 30:9

side 22:15 30:14
Siemens 1:13 3:7,17
  4:14,18,20,24
  5:17 8:14 9:2,21
  10:7 11:20,23
  13:17,23 14:12,14
  14:14 15:8 18:1
  18:22,24 19:6,9
  20:5 22:21 23:15
  24:6,8,25 26:23
  27:3,15,17,23
  28:16 29:17 30:13
  35:10 40:2 42:2,3
  42:11,19 43:6
  46:3
Siemens/Unocal
  29:12
sign 46:24
Signature 44:9
  46:23
signing 46:25
sit 16:14
site 20:11,13,20,21
  20:23
sitting 33:12
situation 18:25
six 27:24,25 36:11
  40:7
size 34:17
Slope 14:15
solely 30:7
somebody 23:6
  26:10 37:11,14
someplace 42:8
speak 21:13
specifically 32:15
speculating 42:16
Spence 31:3,4,5
  33:8 35:16,25
started 43:6
state 26:4 45:4
STATES 1:1
stenographically
  45:9
stopped 7:11,14
stored 11:6,9,15
  18:16,17 27:20
  28:24 29:6
Street 1:20 2:4,8,12
stuff 39:2,4,4
submit 11:25
subpoena 3:8 5:6,7
  5:13 6:3 10:21
  21:9
successor 27:15,17

Suite 1:20 2:4,8,12
summary 3:20 13:5
  19:17 40:16
Support 3:9 9:14
supposed 43:4
sure 26:24 28:11
Switching 24:1
sworn 4:6 45:6

_____ T _____
take 12:21 16:16
  22:19 28:21 35:17
  38:17
taken 1:18 45:7,12
  46:4
talk 18:15 39:2
talked 16:18
talking 6:14 14:6,18
  24:12 33:15 34:7
  41:24
tape 38:22
task 5:19,22
tearing 27:4
Technical 3:9 9:14
Technologies 1:14
  3:7 4:18,24 24:6,9
  46:3
Technology 4:14
  5:17
techs 16:14
Tecum 3:7
tell 5:25 6:25 9:10
  22:17 31:11 32:5
  32:7,14 33:1
  34:23
terminated 25:3
terms 13:8 17:24
  23:24 29:17 30:10
  37:2 40:4,21
testified 4:7
testimony 45:8,12
Thank 41:5 44:5
thick 21:7 39:21
things 14:7 15:4
think 26:1 27:14
  37:8,22 38:25
  43:19
thinking 20:17
Thorsness 1:19 2:7
  40:17
thought 31:19
three-quarters
  39:25
Tiemessen 1:19 2:7
till 44:1

time 9:20 26:10 28:5
  31:18 41:5,5 43:5
  44:5 45:7,12
today 5:5,6,15 31:2
  35:6,19 36:2
  40:24
told 16:18 18:16
  24:21,22 31:23
  32:1,3,3,9,10
top 6:13
Trades 36:10,15
transcribed 45:10
transcription 45:10
true 45:11 46:6
trying 28:8
turned 39:15
turning 39:12
typed 23:5

_____ U _____
Uh-huh 18:9 24:4
  33:7 34:17
underline 23:1
understand 29:13
  36:25
understanding 19:8
  24:5 29:15
union 36:16,19 40:1
  40:1,2,3,19 41:10
  41:11
UNITED 1:1
Unocal 1:8 3:9 4:17
  4:23 6:16,17 9:2
  9:14 10:7 11:19
  13:17,23 14:12,14
  14:15 15:8 16:25
  20:24 23:16 24:25
  26:8 27:19 29:17
  30:3 46:2
Unocal's 15:1
use 37:17 46:24

_____ V _____
v 46:2
Van 1:19 2:7
ventilation 26:7
  29:25
verbal 30:13,17
verbally 30:12
version 22:2
vs 1:7

_____ W _____
wage 40:18 41:24
want 30:5 36:23

37:5 39:1 40:20
  41:23
wants 16:15
warehouse 10:14
wasn't 18:19 24:22
  25:15 30:24 34:4
way 28:11 42:21
week 22:5
weekly 40:8 42:5
  43:14
Weidner 2:3 4:12
went 7:4 20:3 32:18
  32:22
weren't 7:23
West 9:3 14:8 24:25
we'll 28:21 37:11,12
  37:14,15 44:2
we're 28:8 38:14
  39:5 43:10
WHEREOF 45:16
white 38:22
Wiemer 18:6,8,10
  24:2
witness 25:25 36:6
  38:1,7 45:5,16
  46:1
words 32:9
work 3:12 14:23
  15:14,18,20,22
  16:4 17:8,21 26:4
  26:6,23,25 27:6
  27:12 28:3,14
  30:15,16,18 33:4
worked 42:2
workers 3:14 17:15
  17:16 18:18 19:13
  19:19 21:20
worker's 8:2 17:18
working 20:16,19
  21:2 26:11 27:2
  43:6
work-related 3:15
  19:18 20:2 21:17
worth 9:25 40:8
wouldn't 24:23
written 23:5 30:18
wrong 9:10
wrote 23:6
W-2s 41:25

_____ Y _____
Yeah 7:3 15:14
  34:12 39:3
year 11:16,18 25:10
  25:12 26:17 27:7

30:8
years 9:22,25 10:3
  11:4 27:25,25
  36:12 40:7 42:1,3
  42:4 43:8,16,18

_____ 1 _____
1 1:16 3:6,16,20 4:3
  5:11 7:4 32:18
  34:12
1st 13:6 41:19
1/21/88 1:4
10 3:19 23:10,11
  29:11 35:8
11 3:20 38:3,9,24
  39:9
12 3:9,11,21 41:16
15 3:12 7:4 32:18
17 3:13,14
187 3:12
19 3:15

_____ 2 _____
2 3:8 5:8,9,12 6:6,6
  25:9 34:10,12
2/3/06 46:4
2:06 1:17 4:2
200 2:4
2000 3:10 8:18 9:2
  9:15 10:7 11:20
  15:17 41:19
2001 13:6,7,8
2002 17:15 19:7,19
  27:2
2004 43:22
2005 25:8,15
2006 1:17 4:1 45:18
21 3:10
22 3:17
23 3:19,22
277 3:18
29 3:14

_____ 3 _____
3 1:17 3:7,9 4:1
  12:17,19 17:22
  25:9
3:13 44:8
30 46:3
30(b)(6) 1:13 3:6
300 3:15 19:17
31 3:10
31st 8:18 9:2,15
  13:6
32 3:11

330 2:4
367 36:15
39 3:20

_____ 4 _____
4 2:12 3:3,6,8,11
   12:18,19 17:21
   25:9
41 3:21
46 1:16

_____ 5 _____
5 3:8,12 15:23,24
   17:21 25:9 27:7
5/00 3:17
5/99 22:2

_____ 6 _____
6 3:13 6:22 17:1,2
   17:20 46:3
620 1:20 2:8

_____ 7 _____
7 3:14 17:18,19
7th 20:23
711 1:20 2:8,12
76 9:14

_____ 8 _____
8 3:15 19:24 21:16
8/29/06 45:22

_____ 9 _____
9 3:13,17 22:9,10
9th 19:7 20:21 27:2
907/272-9272 2:9
907/276-1200 2:5
909 6:18 9:3 14:8
   24:25
97 43:19 44:1
99501 2:4,8,12

EXHIBIT _____