Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

**RECEIVED**

MAR 2 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA )
GROVE, SARAH GROVE, and, )
MICHAEL GROVE (DOB 1/21/88) by )
and through his father LAWRENCE H. )
GROVE, )
                                   )
                    Plaintiffs,    )     Case No. A04-0096 CV (JKS)
                                   )
        vs.                        )     **PLAINTIFFS' RULE 26 (FIFTH)**
                                   )     **SUPPLEMENTAL DISCLOSURES**
UNOCAL CORPORATION                 )
                                   )
                    Defendant.     )
_____)

COME NOW plaintiffs, by and through counsel, Phillip Paul Weidner of Phillip

Paul Weidner and Associates, Inc., a Professional Corporation, and hereby supplement their

disclosures in this matter by producing the attached documents received from OSHA, Bates

Stamped LG 000683 through LG 00773.

DATED:    3/3/06

WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs

Phillip Paul Weidner, ABA 7305032

EXHIBIT 12

THIS IS TO CERTIFY that on the 3ʳᵈ day of
March , 2006, a true and correct copy of the
foregoing document was served via
mail /(hand)/ fax on:

John Thorsness/ Linda Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
711 H Street
Anchorage, AK 99501

TEL. 907/276-1200 • FAX 907/278-6571

LAW OFFICES OF PHILLIP PAUL WEIDNER AND ASSOCIATES, APC

330 L STREET, SUITE 200 • ANCHORAGE, ALASKA 99501



# STATE OF ALASKA

**FRANK H. MURKOWSKI, GOVERNOR**

## DEPARTMENT OF LABOR AND
## WORKFORCE DEVELOPMENT

**OCCUPATIONAL SAFETY & HEALTH**
**LABOR STANDARDS & SAFETY DIVISION**
January 19, 2006

3301 Eagle Street, Suite 305
Anchorage, AK 99503

PHONE: (907) 269-4940
FAX:    (907) 269-4950/269-3723

Weidner & Associates
Attn: Mr. Michael Cohn
330 L. Street, Suite 200
Anchorage, AK 99501

Re:    Freedom of Information Request
       UNOCAL/Siemens Building Technologies, Inc.
       Inspection Number: 305757510 & 305757577

Dear Mr. Cohn:

- In response to your request enclosed, please find copies of the above referenced files. Employee comments/names may have been withheld in accordance with AS 18.60.087(b). Confidential or privileged information has also been withheld.

Unfortunately, these files have already been prepared for filming, so any photos that may have been included have long since been removed from the file. We apologize for any inconvenience this may cause you.

Standard copy fees are waived.

If you have questions or are in need of further assistance, please do not hesitate to contact me at (907) 269-3727.

Sincerely,

Michelle McNair Davis

Michelle McNair-Davis
Records Custodian

Enclosures

Cc:    Foir File
       Inspection File

EXHIBIT 12          **LG00683**

LAW OFFICES

# PHILLIP PAUL WEIDNER AND ASSOCIATES

A PROFESSIONAL CORPORATION

330 L STREET, SUITE 200

ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

December 20, 2005

State of Alaska
Department of Labor & Workforce Development
Occupational Safety & Health
Labor Standards & Safety Division
3301 Eagle Street, Suite 305
P. O. Box 107022
Anchorage, AK 99510-7022

Re:    Grove, et al. v. UNOCAL, Case No. A04-0096 CV (JKS)
       Date of Injury: September 9, 2002
       Place of Injury: Unocal Building, West 9th Avenue, Anchorage, Alaska
       Inspection No. 305757510

Dear OSHA:

Please be advised that our law firm has been retained by Lawrence Grove in regard to injuries he sustained relating to a fall from a work platform that collapsed in the mechanical room at the Unocal building, 909 West 9th Avenue, Anchorage, Alaska on or about September 9, 2002.

Please provide this office with a complete copy of the file pertaining to the OSHA investigation, including all records pertaining to Unocal, photographs or negatives (or color copies of same) that may have been taken of the mechanical room and/or the work platform, recommended citation/penalties, and final resolution of same.

Thanking you in advance for your attention to this matter, I remain

Sincerely yours,

WEIDNER & ASSOCIATES
*A Professional Corporation*

Michael Cohn
MC/ngb



RECEIVED
DEC 2 8 2005
STATE OF ALASKA
OCCUPATIONAL SAFETY AND HEALTH

EXHIBIT 12          LG00684

IMIS Enforcement Action Form

| Action | Required Form | Action to Take | Initials | 163 # or Date | Data Entry Date/Initials |
|---|---|---|---|---|---|
| Inspection DT | N/A | | | | |
| Tracking | 1671 | 4/1/03 | | | |
| Date Mailed | N/A | | | | |
| Penalty Due Date | 1671 | | | | |
| Penalty Paid | 183 | | | | |
| Abatement | 166 | | | | |
| 30 Day Letter | 1671 | | | | |
| Collection Send to AG's | 1671 | | | | |
| Informal Conf. | 167 | | | | |
| Close Complaint | 167C | | | | |
| Contest | 166 & 1671 | | | | |
| Send to AG's | AG's Form | | | | |
| Company History | Supervisor Must Do | | | | |
| Contest/Order | 166 | | | | |
| Contest Close | 1671 | | | | |
| Warrant Returned | 1671 | | | | |
| Close Case | 1671 | | | | |

NOTE: Supervisors Check Action To Take. To Check Abatement Must Mean Entire Inspection Abated. To Check Contest Must Mean Entire Inspection Contested.

AMENDED'S, PMA's AND CONTEST FINAL ORDER **MUST HAVE** 166 FORM.

EXHIBIT 12

LG00685

Criteria File: lp

CASE AUDIT REPORT

05/16/03  15:45                                                              Page:  1

## INSPECTION DATA

Estab Name   : Siemens Building Technologies Incorporated          Inspection #      : 305757510
Site Address: 909 W. 9th Avenue                                    Upt. Inspection #: 021-03
              Anchorage                                            Supervisor ID    : J0975
              AK 99519                                             CSHO ID          : 23775
                                                                   Inspection Type  : Complaint
Mail Address: 5333 Fairbanks Street, Suite B                       Entry DC         : 03/02/03
              Anchorage                                            Close Conf DC    : 03/10/03
              AK 99518                                             Infor Conf Date  :
                                                                   IMH DATE         :
  Contl Corp : Siemens Building Technologies Incorporated          IMH STATUS       :
                                                                   Contest(active)  : NO
                                                                   Final Order      :
                                                                   Case Close DC    : 05/16/03

## PENALTY DATA (Summary)

                  Penalty           FTA Penalty                  PAYMENT DATA (Summary)
               **********          **********                        Total Payment:    $     525.00
  Due Date     :  05/28/03                                           Next Install DC:
  Current Assessed : $  525.00   $    0.00                           Last Install DC:
  Interest         : $    0.00   $    0.00                           Number of Installments:  0
  Adm Fees         : $    0.00   $    0.00
  Res Waived       : $
  Status       :

                                                 PENALTY COLLECTION DATA (Summary)
                                                     (Orig)  DCVT
                                                     (FTA)   DCVT         DC Transferred
                                                             SOL.                            Amt Transferred
                                                                                         $      0.00
                                                                                         $      0.00

## ION DATA (Detail)

Standard          Haz  # Rec Exp  Inst Iss DC / Abatements      Actions   Penalty/   Contest  Evnt/Act FAP Dates
                  Code                     FTA DC   Date  Ty/Cmp  Date  Type  FTA Pen  Std Abt MS Pen
**** ** *** *** ** * * *** *** ** * **** **** **** ** ** *** *** ** * ** ** ** ** ** ** ** *** *** *** ** * *** *** *** *** ** *
01001  1910 0023  C 01              1 04/28/03 05/01/03 A I             $   525.00       A
02001  1910 0025  d 02  xv          2 04/28/03 05/03/03 A I             $     0.00       A

## PAYMENT DATA (Detail)

OSHA-163 Nr.   Payment DC   Ref/UnH     Amount Paid   FTA Paid    Total Paid
*********      ********     *******     ***********   ********    ***********
000050958      05/13/03                 $   525.00     $  0.00     $   525.00

EXHIBIT ___12___                    LG00686

Alaska Department of Labor and
Workforce Development
Occupational Safety and Health
P.O. Box 107022
Anchorage, Alaska 99510
Phone: (907) 269-4940    FAX: (907) 269-4950





# INVOICE/
# DEBT COLLECTION NOTICE

**Company Name:**      Siemens Building Technologies Incorporated
**Inspection Site:**      909 W. 9th Avenue, Anchorage, AK 99519-6247
**Issuance Date:**      04/28/2003
**Summary of Penalties for Inspection Number  305757510**

| | | |
|---|---|---|
| Citation 1, Serious | = $ | 525.00 |
| Citation 2, Other | = $ | 0.00 |
| **TOTAL PROPOSED PENALTIES** | = $ | 525.00 |

To avoid additional charges, please remit payment promptly to the above address for the total amount of the uncontested penalties summarized above. Make your check or money order payable to:  "State of Alaska".  Please indicate AKOSH's Inspection Number (indicated above) on the remittance **and** return this form along with your remittance.

AKOSH does not agree to any restrictions or conditions or endorsements put on any check or money order for less than full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

**Delinquent Charges.**  A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made.  If the debt remains delinquent for more than 90 calendar days, the amount due will be forwarded to the Attorney General's office for collection.

**Administrative Costs.**  Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts.  These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt.  Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.


_____                    ___4/28/03_____
John Stallone                                            Date
Acting Chief, AKOSH

734185

**Alaska Department of Labor and
Workforce Development**
Occupational Safety & Health
P.O. Box 107022
Anchorage, Alaska 99510
Phone: (907) 269-4940    FAX: (907) 269-4950



## Citation and Notification of Penalty

**To:**
Siemens Building Technologies Incorporated
and its successors
5333 Fairbanks Street, Suite B
Anchorage, AK 99518-1258

**Inspection Site:**
909 W. 9th Avenue
Anchorage, AK 99519-6247

| | |
|---|---|
| **Inspection Number:** | 305757510 |
| **Inspection Date(s):** | 03/02/2003- 03/10/2003 |
| **Issuance Date:** | 04/28/2003 |

*The violation(s) described in this Citation
and Notification of Penalty is (are) alleged
to have occurred on or about the day(s) the
inspection was made unless otherwise
indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 calendar days (excluding weekends and State holidays) from your receipt of this Citation and Notification of Penalty you mail a notice of contest to the Alaska Department of Labor Office at the address shown above. Please refer to the enclosed form which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Board or a court.

**Posting** - The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or , if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 5 working days (excluding weekends and State holidays), whichever is longer. **The penalty dollar amounts need not be posted and may be marked out or covered up prior to posting.**

**Informal Conference** - An informal conference is not required. However, if you wish to have such a conference you may request one with the Chief of Enforcement during the 15 working day contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

**LG00689**

EXHIBIT 



If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Commissioner or his designees within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the page 3 Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** - You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. <u>Unless you inform the Commissioner or his designees in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Board and may not be reviewed by any court or agency.</u>

**Penalty Payment** - Penalties are due within 30 Calendar days of receipt of this notification unless contested. Make your check or money order payable to "State of Alaska". Please indicate the AKOSH Inspection Number on the remittance.

AKOSH does not agree to any restrictions or conditions or endorsements put on any check or money order for less than the full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

**Notification of Corrective Action** - For violations which you do not contest, you should notify the Alaska Department of Labor Office promptly by letter that you have taken appropriate corrective action within the time frame set forth on this Citation. Please inform this office in writing of the abatement steps you have taken and of their dates, together with adequate supporting documentation, e.g., drawings or photographs of corrected conditions, purchase/work orders related to abatement actions, air sampling results, etc.

**Employer Discrimination Unlawful** - The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the Alaska Department of Labor Office at the address shown above.

**Employer Rights and Responsibilities** - The enclosed form outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** - The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the Alaska Department of Labor Office at the address shown above and postmarked within 15 working days (excluding weekends and State holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**LG00690**

EXHIBIT /2

**Alaska Department of Labor and
Workforce Development**



## NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with AKOSH to discuss the citation(s) issued on

04/28/2003.  The conference will be held at the AKOSH office located _____ ,

_____ , Alaska, on _____ at _____ .  Employees and/or

representatives of employees have a right to attend an informal conference.

**LG00691**

EXHIBIT /2

**NOTES**

# RECEIPT

DATE 5/13/03    NO. 5019

RECEIVED FROM *Siemens Building Tech*

ADDRESS *1000 Deerfield PRKWY Buffalo Grove, Il*
*60089*

*Five hundred twenty five and 00/100* $ *525.00*

FOR *Penalty Payment*

*Langt # 305757510*

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | 525.00 | CASH | |
| AMT. PAID | 525.00 | CHECK | 1802799 |
| BALANCE DUE | 0 | MONEY ORDER | |

BY *[signature]*

©1998 REDIFORM® 8L908

---

IENT CONTAINS ANTI-COPY VOID PANTOGRAPH, MICRO PRINT BORDER, VERIFICATION BOX (TO RIGHT OF ARROW, HOLD BETWEEN THUMB AND
INGER, OR BREATHE ON IT, COLOR WILL DISAPPEAR, THEN REAPPEAR), AND A SIMULATED WATERMARK ON THE BACK

## SIEMENS

Siemens Building Technologies, Inc.
1000 Deerfield Parkway
Buffalo Grove, IL 60089

60-160/433

| CHECK DATE | CHECK NUMBER |
|---|---|
| 05/02/2003 | 0001802799 |

**...FIVE HUNDRED TWENTY FIVE DOLLARS 00 CENTS**

VALID FOR 90 DAYS

$******525.00

STATE OF ALASKA
PO BOX 107022
ANCHORAGE, AK 99510

*[signature]*

MELLON BANK, N.A.
PITTSBUGRH, PENNSYLVANIA

⑈000 1802799⑈ ⑈043301 60 1⑈   049⑈8638⑈

*Payment # 908050958*

**LG00688**

EXHIBIT *12*

Alaska Department of Labor and
Workforce Development
Occupational Safety and Health

Inspection Number:  305757510
Inspection Dates: 03/02/2003 - 03/10/2003
Issuance Date:     04/28/2003



## Citation and Notification of Penalty

**Company Name:**  Siemens Building Technologies Incorporated
**Inspection Site:**   909 W. 9th Avenue, Anchorage, AK  99519-2247

---

Citation 1 Item 1  Type of Violation:  **Serious**

29 CFR 1910.23(c)(1):  Walking-Working Surfaces.  Guarding floor and wall openings and holes.  Protection of open-sided floors, platforms, and runways.  Every open-sided floor or platform 4 feet or more above adjacent floor or ground level shall be guarded by a standard railing (or the equivalent as specified in paragraph (e) (3) of this section) on all open sides except where there is entrance to a ramp, stairway, or fixed ladder. The railing shall be provided with a toeboard wherever, beneath the open sides,

Persons can pass.

There is moving machinery, or

There is equipment with which falling materials could create a hazard.

EXAMPLE: An employee was working at the Unocal Corporate office on a work platform that was four feet or more above adjacent floor or ground level that was not guarded by a rail or equivalent. Employees had worked on the platform for at least the last two years. The employee was exposed to fall hazards due to the unguarded open side of platform.

Date By Which Violation Must be Abated:      Corrected During Inspection
Proposed Penalty:                                               $      525.00

**LG00692**

---

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

EXHIBIT  12

Alaska Department of Labor and
Workforce Development
Occupational Safety and Health

Inspection Number: 305757510
Inspection Dates: 03/02/2003 - 03/10/2003
Issuance Date:      04/28/2003



## Citation and Notification of Penalty

**Company Name:** Siemens Building Technologies Incorporated
**Inspection Site:** 909 W. 9th Avenue, Anchorage, AK  99519-2247

<u>Citation 2 Item 1</u>  Type of Violation:  **Other**

29 CFR 1910.25(d)(2)(xv): Walking-Working Surfaces. Portable wood ladders. Care and use of ladders. Use. The following safety precautions shall be observed in connection with the use of ladders: No ladder should be used to gain access to a roof unless the top of the ladder shall extend at least 3 feet above the point of support, at eave, gutter, or roofline;

EXAMPLE: Employees regularly used a step ladder to access a work area in the Unocal Building to replace the filters. The top of the ladder did not extend at least three feet above the point of support or roof line of the work area. Employees were exposed to potential fall hazards, as a result of the ladder not extending three feet above roof line.

Date By Which Violation Must be Abated:   Corrected During Inspection
Proposed Penalty:                                           $       0.00

John Stallone
Acting Chief, AKOSH

**LG00693**

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                Page 5 of 5                        OSHA-2 (Rev. 9/93)



EXHIBIT 12

# FILE TRACKING FORM

**Employer** _Siemens Bldg Technologies Inc_

**Site Location** _909 West 9th Ave. 5335 Fairbanks St. Anchorage_

**AK DOSH – 1#** _305757510_     **C.O. Insp. #** _02-03_

## CASE TRACK

**Type Inspection** _Complaint_

**Assigned by (unprogrammed)** _Standley_

**Inspection Date** _03/02/03_

**C.O. Sign off Date** _04/03/03_

**No. of Citations  S** _1_  **O** _1_  **W** _____  **R** _____  **FTA** _____

**Penalty Total $** _525.00_

**Close Referral** _____  **Close Complaint** _X_

**NAV** _____  (Check here if NAV)

## ADMINISTRATIVE TRACK

1. **Closing Conference Date**      _03/10/03_

2. **Data Entry Review Date**      _4/17/03 DMW_

3. **Asst. Chief Sign off Date**    _04/07/03 TB_

4. **Received Admin. Date**       _4/7/03 DMW_

5. **Data Entry/Date/Initials**     _4/17/03 DMW_

6. **Proofing/Review Date/Initials**  _04/17/03 TB_

LG00694

EXHIBIT _12_

ALPHA CODE _____

CSHO _____ SCANLON
REVIEWER
REVIEW DATE: 4/03/03

## CASE FILE REVIEW CHECKLIST

ESTABLISHMENT NAME: SIEMENS BLDG TECH.          SIC 1711
SITE ADDRESS: 509 W. 9TH AVE ANCH.   INSPECTION #. (IMIS) 305 757510

☒ SAFETY      ☐ HEALTH      ☐ PUBLIC SECTOR      ☒ PRIVATE SECTOR

|  | TARGETING LIST  ☐ No ☐ Yes  Which List _____ |
| INSPECTION TYPE | LEP _____ NEP _____  ☐ AK10 ☐ AKS ☐ AKS |

INSPECTION TYPE
☐ Programmed      ☐ Fatality
☒ Complaint       ☐ Catastrophe        PARTIAL INSPECTION ☒   Not Marked ☐
☐ Referral        ☐ Follow-up          COMPREHENSIVE INSP ☐   Not Marked ☐
☐ Unprogrammed Related (State Only)

OPENING CONFERENCE DATE 3/2/03    CLOSING CONFERENCE DATE 3/10/03

DAYS ON SITE  2     CONTROLLED BY EMPLOYER  40

UNION: ☒ Yes ☐ No  Info _____     COVERED BY THIS INSPECTION  2

NAV ☐ Yes ☒ No    EMPLOYER TYPE MAINT.

OSHA 200 Logs ☒ Yes ☐ No  Reason _____
FOLLOW-UP BOX CORRECTLY MARKED?   ☐ Yes ☐ No

REDUCTION FACTORS        SIZE            GOOD FAITH          HISTORY
                    ☒ Okay ☐ No      ☒ Okay ☐ No       ☒ Okay ☐ No

| VIO# | | VIOLATION CLASSIFICATION | | CORRECT STD CITED? | | HIGH GRAVITY | | PENALTY ASSESSMENT | | | | VIOLATION SUBJECT |
| | | | | | | | | REDUCTION FACTORS CORRECT | | ABATEMENT VERIFIED | | |
| Cit | Item | Insp Class | According to OSHA | Yes | No | Yes | No | Yes | No | Yes | No | |
| 1 | 01 | S | ✓ | ✓ | | ✓ | | ✓ | | ✓ | | UNGUARDED PLAT FORM |
| 2 | 01 | O | ✓ | ✓ | | | | ✓ | | ✓ | | LADDER DID NOT EXTEND 3' ABOVE SUPPORT POINT |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

COMMENTS: _____

**LG00695**

EXHIBIT 12

Complaint Response Letter
Complaint # 201672011

In response to your formal complaint concerning safety and/or health hazards at:

Unocal Alaska Corporate Office, 909 W. 9th Ave. Anchorage AK. 99519

Employer: Siemens Building Technologies Incorporated
5333 Fairbanks St. Suite B, Anchorage 99518

The Division of Labor Standards and Safety-OSH has conducted an inspection there. That inspection was completed on 3/3/03

The results of our inspection of your complaint items are as follows:

Item #1, Employee exposed to fall hazards

Valid, citations issued.

Comments: OSHA inspected the work site and found two fall hazards were present. The first hazard was the result of an unguarded work platform that was four feet or more above the adjacent floor. A stepladder that did not extend at least three feet above the roofline (point of support) was being used to replace the HVAC filters created the second hazard.

CONFIDENTIAL
DRAFT

**LG00696**

EXHIBIT 12

Alaska Department of L    
Occupational Safety and Health Sect...

# Notice of Alleged Safety or Health Hazards

ed Feb 26, 2003 5:45pm

| | | Complaint Number | 201672011 |
|---|---|---|---|
| Establishment Name | Siemens Building Technologies, Inc. | | |
| Site Address | Unocal Bld, 9th Street, Penthouse, Anchorage, AK 99501 | | |
| | Site Phone | Site FAX | |
| Mailing Address | 5333 Fairbanks Street, Ste. B, Anchorage, AK 99518 | | |
| | Mail Phone (907) 563-2242 | Mail FAX | |
| Management Official | Levertte Hoover | Telephone | |
| Type of Business | HVAC Maintenance | | |

**HAZARD DESCRIPTION/LOCATION.** Describe briefly the hazard(s) which you believe exist. Include the approximate number of employees exposed to or threatened by each hazard. Specify the particular building or worksite where the alleged violation exists.

**DESCRIPTION:**

Employees are exposed to falling hazards while replace HVAC filters. Employees are using non-approved scaffolding to access the filter area.

**LOCATION:**

Unocal Bldg, Rooftop Mechanical Room (Penthouse)
Supply Fan Filter Section

Unocal Bldg on 9th Ave

**LG00697**

EXHIBIT 12

OSHA-7(Rev. 3/96)

Alaska Department of L    r 
Occupational Safety and Healu.



## Notice of Alleged Safety or Health Hazards

### For the General Public:

**This form is provided for the assistance of any complainant and is not intended to constitute the exclusive means by which a complaint may be registered with the U.S. Department of Labor.**

Sec 8(f)(1) of the Williams-Steiger Occupational Safety and Health Act, 29 U.S.C. 651, provides as follows: Any employees or representative of employees who believe that a violation of a safety or health standard exists that threatens physical harm, or that an imminent danger exists, may request an inspection by giving notice to the Secretary or his authorized representative of such violation or danger. Any such notice shall be reduced to writing, shall set forth with reasonable particularity the grounds for the notice, and shall be signed by the employee or representative of employees, and a copy shall be provided the employer or his agent no later than at the time of inspection, except that, upon request of the person giving such notice, his name and the names of individual employees referred to therein shall not appear in such copy or on any record published, released, or made available pursuant to subsection (g) of this section. If upon receipt of such notification the Secretary determines there are reasonable grounds to believe that such violation or danger exists, he shall make a special inspection in accordance with the provisions of this section as soon as practicable to determine if such violation or danger exists. If the Secretary determines there are no reasonable grounds to believe that a violation or danger exists, he shall notify the employees or representative of the employees in writing of such determination.

NOTE: Section 11(c) of the Act provides explicit protection for employees exercising their rights, including making safety and health complaints.

### For Federal Employees:

This report format is provided to assist Federal employees or authorized representatives in registering a report of unsafe or unhealthful working conditions with the U.S.Department of Labor.

The Secretary of Labor may conduct unannounced inspection of agency workplaces when deemed necessary if an agency does not have occupational safety and health committees established in accordance with Subpart F, 29 CFR 1960; or in response to the reports of unsafe or unhealthful working conditions upon request of such agency committees under Sec. 1-2, Executive Order 12196: or in the case of a report of imminent danger when such a committee has not responded to the report as required in Sec. 1-201(h).

### INSTRUCTIONS:

Open the form and complete the front page as accurately and completely as possible. Describe each hazard you think exists in as much detail as you can. If the hazards described in your complaint are not all in the same area, please identify where each hazard can be found at the worksite. If there is any particular evidence that supports your suspicion that a hazard exists (for instance, a recent accident or physical symptoms of employees at your site) include the information in your description. If you need more space than is provided on the form, continue on any other sheet of paper.

After you have completed the form, return it to your local OSHA office.

NOTE:    It is unlawful to make any false statement, representation or certification in any document filed pursuant to the Occupational Safety and Health Act of 1970. Violations can be punished by a fine of not more than $10,000. or by imprisonment of not more than six months, or by both. (Section 17(g))

Public reporting burden for this collection of information is estimated to vary from 15 to 25 minutes per response with an average of 17 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of IRM Policy, Department of Labor, Room N-3101, 200 Constitution Avenue, N.W., Wash., D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1218-0064), Wash., D.C. 20503.

DO NOT SEND THE COMPLETED FORM TO EITHER OF THESE OFFICES

**LG00698**

EXHIBIT __12__                    OSHA-7(Rev. 9/93)

0. Has this condition been brought to the attention of (mark "X" in all that apply)
[X] Employer     [ ] Other Government Agency (specify)

1. Please indicate your desire:
[ ] Do not reveal my name to the Employer     [X] My name may be revealed to the Employer

2. The Undersigned: (Mark "X" in one box)
[X] Employee     [ ] Federal Safety and Health Committee
[ ] Representative of Employees     [ ] Other (specify)
believes that a violation of an Occupational Safety or Health standard exists which is a job safety or health hazard at the establishment named on this form.

3. Complaint Name (Type or print name)
LAWRENCE GROVE
5.

6. Signature     17. Date  2-25-03

8. If you are an authorized representative of employees affected by this complaint, please state the name of the organization that you represent and your title:
Organization Name:                    Your Title:

**OFFICIAL USE ONLY**

9. Reporting ID  1024

20. Previous Activity?  [ ] Yes  [ ] No
If Yes, enter Type:        Number:

21. Optional Complaint Number

Identification
22. Establishment Name Change? [ ]
23. Site Address Change? [ ]
24. Employer, ID, State or option
25. City Code  0130
26. County Code  020

27. Received by:  A2293
28. Send OSHA-7?  [ ] Yes  [ ] No
29. Date  02/25/03
30. Time  3:50 [ ]AM [X]PM
31. Supervisor(s) Assigned:  a.        b.

32. Primary SIC  1761
33. Ownership (Mark "X" in one box)
a. [X] Private Sector  b. [ ] Local Government  c. [ ] State Government  d. [ ] Federal Agency/Code

34. Evaluated by:

35. Subject and Severity

|  | Discrimination [ ] | | |
|---|---|---|---|
|  | Imminent Danger | Serious | Other |
| Safety | [ ] | [ ] | [ ] |
| Health | [ ] | [ ] | [ ] |

36. Is This a Valid Complaint?
[ ] Yes  [ ] No

37. Formality
[ ] Formal  [ ] Nonformal

38. [ ] Migrant Farmworker Camp

Complaint Action.
39. Send Letter:
a. [ ] No Inspection — for Invalid Complaints
[ ] Too Vague or Unsubstantiated
[ ] Recent Inspection or Objective Evidence
(Date of Inspection: )
[ ] Not in OSHA's Jurisdiction
b. [ ] No Inspection — for Nonformal Complaints
[ ] No Imminent Danger or No Standard
[ ] No Direct Relation to S&H
[ ] Not Enough Information To Evaluate

[ ] OSHA-7 for Signature With Letter
[ ] Complete or [ ] Partial
c. [ ] Nonformal Complaint Notification to Employer
[ ] Complainant Notified  [ ] Explanation of 11(c)
e. [ ] Complainant Notification With Letter d
[ ] Name Not Revealed  [ ] Explanation of 11(c)
f. [ ] Acknowledgement to Complainant (Optional)
g. [ ] Other (specify)

40. Date Letter Sent:
41. Date Response Due (For letters c, or d):

42. Inspection Planned?  [ ] Yes  [ ] No
If Yes, Priority:
If No, Reason:

43. Transfer to (Name):
44. Transfer Date:

45. Transfer to (Category):
a. [ ] Federal OSHA/Reporting ID
b. [ ] State OSH/Reporting ID
c. [ ] Other Federal Agency/Code
d. [ ] State/Local Government
e. [ ] Other

46. Optional Information

| Type | ID | Value | Type | ID | Value |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | 47. Total Entries |

Close Complaint
48. [ ] Close Complaint

49. Comments:

LG00699

CASE FILE COPY

EXHIBIT 12

OSHA-7 (Rev. 1/84)

AOD  Date

1. Complaint Number
2016720 11

Employer Name
SIEMENS  BLDJ  TECH

Site Location (Street, City, State, ZIP)
5333  FAIRBANKS  ST.  SUITE  B.

Mailing Address (If different) (Street, City, State, ZIP)
ANCHORAGE  AK  99518

Management Official
LEVERETTE  HOOVER

6. Telephone Number
563-2242.

Type of Business
HVAC - HEATING VENTILATION + AIR CONDITIONING.

Hazard Description. Describe briefly the hazard(s) which you believe exist. Include the approximate number of employees exposed to or threatened by each hazard:
USING  HOME MADE  NON  APPROVED  SCAFOLDING.
CROSS  SUPPORT  FASTENER SHEARED WHEN  STEPPED ON
CAUSING  ANKLE INJURY.

5 EMPLOYEES

(Employee  is  currenty  on  Workmens  Comp  from
injury.)  ∆D. ℔!

EXHIBIT  12

Hazard Location. Specify the particular building or worksite where the alleged violation exists:
ROOFTOP MECHANICAL  ROOM - SUPPLY  FAN  FILTER
SECTION.

JOB LOCATION; UNOCAL BLDG  9TH  ST  ANCH  AK
(Penthouse)

LG00700

Alaska Department of Labor
Occupational Safety and Health

# Inspection Report

Thu Apr 3, 2003 10:04am

| Rpt ID | Assignment Nr. | CSHO ID | Supervisor ID | Inspection Nr. | Opt. Insp. Nr. |
|---|---|---|---|---|---|
| 050210 | 0 | Z3775 | J0975 | 305757510 | 021-03 |

| Establishment Name | | Siemens Building Technologies Incorporated | | | | |
|---|---|---|---|---|---|---|
| Site Address | 909 W.9th. Ave Anchorage, AK 99519-6247 | | Site Phone | (907) 563-2242 | Site FAX | (907) 563-6139 |
| Mailing Address | 5333 Fairbanks St. Suite B Anchorage, AK 99518-1258 | | Mail Phone | (907) 563-2242 | Mail FAX | (907) 563-6139 |
| Controlling Corp | Siemens Building Technologies Incorporated | | Employer ID | | | |
| Ownership | A. Private Sector | | | City | 0130 | County | 020 |
| Legal Entity | | A. Corporation | Previous Activity (State Only) | | | |

| Related Activity | | | | | | |
|---|---|---|---|---|---|---|
| Type | Number | Satisfied | | Type | Number | Satisfied |
| C. Complaint | 201672011 | Safety | | | | |

| Employed in Establishment | 35 | Advance Notice? | No | Category | | S. Safety |
|---|---|---|---|---|---|---|
| Covered By Inspection | 2 | Union? | Yes | Primary SIC | | 1711 |
| Controlled By Employer | 40 | Walkaround? | No | Secondary SIC | | |
| | | Interviewed? | Yes | Inspected | | |

| Inspection Type | B. Complaint | | Reason No Inspection | |
|---|---|---|---|---|
| Scope of Inspection | B. Partial Inspection | | | |
| Classification | | | | |
| Strategic Initiatives | | | | |
| National Emphasis | | | | |
| Local Emphasis | | | | |

| Anticipatory Warrant Served? | No | Denial Date | Date ReEntered | Date ReDenied | ReEntered |
|---|---|---|---|---|---|
| Anticipatory Subpoena Served? | No | | | | |

| Entry | 03/02/03 | | First Closing Conference | 03/10/03 | |
|---|---|---|---|---|---|
| Opening Conference | 03/02/03 | | Second Closing Conference | | |
| Walkaround | 03/02/03 | | Exit | 03/03/03 | |
| Days On Site | 2 | | Case Closed | | |
| | | | No Citations Issued | | |

| Type | ID | Optional Information | |
|---|---|---|---|
| | | | |
| | | | |

| CSHO Signature | | Date | 4 / 03 / 03 |
|---|---|---|---|

**LG00701**

EXHIBIT 12

OSHA-1(Rev. 6/93)

Alaska Department of Labor
Occupational Safety and Health

  

# Inspection Narrative

Thu Apr 3, 2003 10:04am

| | |
|---|---|
| Inspection Nr. | 305757510 |
| Opt. Case Number | 021-03 |

| Establishment Name | Siemens Building Technologies Incorporated | | |
|---|---|---|---|
| Legal Entity | A. Corporation | Type of Business | Maintenance |

---

Additional Citation Mailing Addresses

---

Organized Employee Groups

Plumbers and Steamfitters
Local: 367     (907) 562-2810
610 West 54th Ave
Anchorage, AK   99518

---

Authorized Employee Representatives

Larry Grove          (907) 222-1167
PO Box 222253
Anchorage, AK    99522
Walkaround? N

---

Employer Representatives Contacted

| Name | Title | Function | Walk Around? |
|---|---|---|---|
| Tom Lake | HVAC Supervisor | I O C | Y |
| Leverette Hoover | Operations Manager | I O | |

---

Other Persons Contacted

---

| | | | | | |
|---|---|---|---|---|---|
| Entry | 03/02/03 | | First Closing Conference | 03/10/03 | |
| Opening Conference | 03/02/03 | | Second Closing Conference | | |
| Walkaround | 03/02/03 | | Exit | 03/03/03 | |
| | | | Case Closed | | |

| Penalty Reduction Factors | | | | | |
|---|---|---|---|---|---|
| Size | 40 | Good Faith | 15 | History | 10 |

| Followup Inspection? | | Reason | |
|---|---|---|---|

**LG00702**

EXHIBIT  12

OSHA-1A(Rev. 6/93)

---

Coverage Information/Additional Comments

### SAFETY NARRATIVE

ite Location:    Unocal Bld, 909 W 9th Ave. Anchorage Ak. 99519-6247

mployer:         Siemens Building Maintenance Technologies, Inc
                 5333 Fairbanks St. Ste. B Anchorage Ak 99518-1258
                 Telephone # 907-563-2242
                 Fax #        907-563-6139

en Seitz          General Manager  Siemens
everette Hoover   Services Operation Manager, Siemens
om Lake           HVAC Supervisor, Siemens
oxanne Sinz       Manager Public Affairs, Unocal
en Burns          Drilling Safety Advisor, Unocal
ee Zhao           CHSO in training
om Scanlon        OSHA

On Thursday February 27th I was assigned to conduct an inspection at the Unocal Corporate
Office Building located at 909 W. 9th. Ave. Anchorage Ak 99519 by Sue Lynn Hight (Acting)
Assistant Chief, OSHA Enforcement Section. A formal complaint had been filed by a employee
of Siemens Building Technology Inc. Siemens is a maintenance service company specializing in
HVAC work. Siemens has serviced (maintained the HVAC system) at the Unocal corporate office
building for at least the last ten years. The complaint alleged that Siemen employees were
exposed to fall hazards when replacing HVAC filters at the Unocal office. The complaint
states that the employees used non-approved scaffolding when replacing filters.

On Monday March 2, 2003 Mr. Lee Zhao CHSO trainee and I arrived at the Siemens corporate
office. Met with Mr. Tom Lake HVAC Supervisor and Leverette Hoover, Operations Manager.
Began brief opening conference and explained that OSHA had received a complaint from one of
their employees concerning work conditions at the Unocal Building. Asked that we go to the
work site and begin inspection ASAP. It was agreed that we would complete the opening
conference the next morning with Mr. Lake and Mr. Hoover.

Proceeded to the Unocal Building. Met with two Unocal representatives. Ms Roxanne Sinz,
Manager Public Affairs and Mr. Ken Burns, Safety Advisor. Ms Rinz has just taken over the
responsibility for Building Maintenance on March 1st, 2003. Explained the reason and
circumstances for our inspection. Both individuals accompanied us to the work site in
question. Photographed the work site and took various measurements of the area.

On Tuesday March 3rd we completed the opening conference with Mr. Lake and Hoover. Discussed
all of the items in the pre-inspection check list and inspection guide lists.

Requested copies of the OSHA 200/300 logs for 200, 2001, 2002, safety program and any
pertinent safety committee minutes,

The following employees were interviewed during the inspection:
Brent Davies, Pipefitter, Siemens
Larry Groves, Pipefitter, Siements
Dan Hartman,  Unocal Building Maintenance Technician (former)
Charles Arnett, Unocal Building Maintenance Supervisor (former)
Paul Crapps, Unocal, Building Maintenance Technician (currently)
Archie Cook, Unocal Building Services Manager (former)
Roxanne Sinz, Unocal, Manager Public Affairs, & Building Services Manager.

**LG00703**

During subsequent meeting with Mr. Hoover and Mr. Lake I informed them that OSHA was going
to classify the area in question as a work platform rather than a scaffold.

Conducted closing conference with Mr, Seltz, Mr. Lake and Mr. Hoover. Discussed all of the
items on the closing conference checklist. Discussed potential violations for improper
ladder and inadequate guarding for a work platform that was four feet or higher from the next
level.

Encouraged Mr. Hoover to use the OSHA Consultation and Training Section Services.

EXHIBIT _12_

OSHA-1A(Rev. 6/93)

age 3
iemens Building Technologies Incorporated

Thu Apr 3, 2003 10:04am
Inspection Nr. 305757510

Ir Hoover and Mr.Lake were cooperative and accommodating during the inspection process.  Both
iad positive attitudes toward the inspection.

| Inspection Number | 305757510 |
|---|---|

:OVERAGE INFORMATION

JATURE AND SCOPE

Check Applicable Boxes and Explain Findings:

[ x ] Complaint Items
Employees exposed to fall hazards while replacing HVAC filters

[ ] Referral Items

[ ] Accident Investigation Summary & Findings

[ ] LEP

[ ] Planned Inspection

NATURE AND SCOPE -- UNUSUAL CIRCUMSTANCES (Mark X and explain all that apply:)

[ x ] None

[ ] Denial of entry (see denial memo)

[ ] Delays in conducting the inspection

[ ] Strikes

[ ] Jurisdictional Issues

[ ] Trade Secrets

[ ] Other

Comments:

OPENING CONFERENCE NOTES:

RECORDKEEPING PROGRAMS
(Other than 29 CFR 1904 requirements)

Does the employer have a recordkeeping program relating to any occupational health issues
(monitoring, medical, training, respirator fit tests, ventilation measurements, etc.)?

[ ] Yes   [ ] No

Are any programs required by OSHA health standards?

[ ] Yes   [ ] No

**LG00704**

EXHIBIT _12_

OSHA-1A(Rev. 6/93)

age 4
Siemens Building Technologies Incorporated



**COMPLIANCE PROGRAMS**
engineering controls, PPE, regulated areas, emergency procedures, compliance plans, etc.)

address any relevant compliance efforts regarding potential health hazards covered by the
scope of the inspection.

**PERSONAL HYGIENE FACILITIES AND PRACTICES**
showers, lockers, change rooms, etc.)

Are any required by OSHA health standards?

☐ Yes    ☐ No
What Standards:

**HAZARD COMMUNICATION PROGRAM**

Written Program (complete)

☐ Yes    ☐ No

MSDS's (all)

☐ Yes    ☐ No

Labeling (adequate)

☐ Yes    ☐ No

Training (complete)

☐ Yes    ☐ No

Copy MSDS's/Program attached

☐ Yes    ☐ No

Comments:

**ACCESS TO EXPOSURE & MEDICAL RECORDS**

**FIRE PROTECTION AND EVACUATION PROCEDURES**

**SYSTEMS SAFETY AND EMERGENCY RESPONSE**

**RESPIRATOR PROGRAM**

**LOCKOUT TAGOUT/ \ELECTRICAL SAFE WORKPRACTICES**

**FIRST AID**

**ELECTRICAL SAFE WORKPRACTICES**

**EXPOSURE CONTROL PLAN**

**LABORATORY STANDARD**

**ERGONOMIC PROBLEMS**

☐ Yes    ☐ No
If yes, complete the items 1 and 2 below.

1.    Lifting (10% or more similarly exposed employees injured)            **LG00705**

a. Total # of employees exposed to job:

b. Total # of cases for job:

2.    CTD's (10% or more similarly exposed employees have CTD's; 5% or more CTS cases)

a. Total # of employees exposed to job:

b. Total # of cases for job:

EXHIBIT __12__

OSHA-1A(Rev. 6/93)

age 5
iemens Building Technologies Incorporated

Other significant injury/illness trends

[ ] Yes   [ ] No

If yes, explain.

### EVALUATION OF EMPLOYER'S OVERALL SAFETY AND HEALTH PROGRAM

General Industry:

[x] Yes   [ ] No   Employer has a Safety &
Health Program

[x] Yes   [ ] No   Written

[ ] Yes   [x] No   Copy
Attached

Construction Industry:

[ ] Yes   [ ] No   Accident Prevention Program

[ ] Yes   [ ] No   Written

[ ] Yes   [ ] No   Copy
Attached

**Evaluation of Safety and Health Program**
(0=Nonexistent 1=Inadequate 2=Average 3=Above average)

[2] Written S&H
Program

[2] Communication to Employees

[2] Enforcement

[1] Safety Training
Program

[ ] Health Training Program

[ ] Accident Investigation
Performed

[x] Preventive Action
Taken

Comments:

### CLOSING CONFERENCE NOTES:

Were any unusual circumstances encountered such as, but not limited to, abatement
problems, expected contest and/or negative employer attitude?  If yes, explain below.

[x] Yes   [ ] No

Unocal had the work platform and ladder removed from the HVAC filter room within two
weeks of the inspection date.

19. Closing Conference Checklist ("x" as appropriate)

[ ] No Violations Observed

[x] Gave Copy Employer
Rights

**LG00706**

[x] Reviewed Hazards & Standards

EXHIBIT ___12___

OSHA-1A(Rev. 6/93)

[x] Discuss Employer
    Rights/Obligations

[x] Encouraged Informal Conference

[x] Offered Abatement
    Assistance

[x] Discussed Consultation Programs

[ ] Employer/Employee
    Questionnaires

**Closing Conference Held with Employee Representative**

[ ] Jointly    [ ] Separately

| CSHO Signature | | Date | 4/03/03 |
|---|---|---|---|
| Accompanied By | | | |

LG00707

EXHIBIT __12__

OSHA-1A(Rev. 6/93)

Alaska Department of Labor
Occupational Safety and Health

# Worksheet

Thu Apr 3, 2003 10:39am

| | | |
|---|---|---|
| Inspection Number | | 305757510 |
| Opt. Insp. Number | | 021-03 |

| Establishment Name | Siemens Building Technologies Incorporated | | | | |
|---|---|---|---|---|---|
| Type of Violation | S Serious | Citation Number | 01 | Item/Group | 001 |
| Number Exposed | 1 | No. Instances | 1 | REC | |
| Std. Alleged Vio. | 1910.0023( c)( 1) | | | | |

| Abatement Period | MultiStep Abatements | | | Final Abatement | Action Type/Dates |
|---|---|---|---|---|---|
| | PPE Period | Plan | Report | | |
| 0 | | | | Correct | |

| Abatement Documentation Required | | Date Verified | |
|---|---|---|---|

| Substance Codes | |
|---|---|

| AVD/Variable Information: | |
|---|---|

Protection of open-sided floors, platforms, and runways.
1910.23(c)(1)

1) Every open-sided floor or platform 4 feet or more above adjacent floor or ground level shall be guarded by a standard railing (or the equivalent as specified in paragraph (e)(3) of this section) on all open sides except where there is entrance to a ramp, stairway, or fixed ladder. The railing shall be provided with a toeboard wherever, beneath the open sides,

EXAMPLE: ~~Siemens Building Technologies Inc. Employee~~ working at the Unocal Corporate office on a work platform that was four feet or more above adjacent floor or ground level that was not guarded by a rail or equivalent. Employees had worked on the platform for at least the last two years. Employee was exposed to fall hazards due to the unguarded open side of platform.  The

| Penalty Calculations | | | | Adjustment Factors | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBP | Size | Good Faith | History | |
| L Low | L Lesser | 01 | 1500.00 | 40 | 15 | 10 | 525.00 |
| Repeat Factor | | 0 | | | | | |

| Employee Exposure: | |
|---|---|

| Instance Description: | A. Hazard | B. Equipment | C. Location | D. Injury/Illness | E. Measurements |
|---|---|---|---|---|---|

| 4. Date/Time |
|---|
| 3/03/03 |

**LG00708**

```
20. Instance Description -  Describe the following:
     a) Hazards-Operation/Condition-Accident:  Employee was
        working on a work platform that was more than four feet
        or more above adjacent floor or ground level without
        any rail or guard protecting the open side..
     b) Equipment:  Work platform
     c) Location  Unocal Building 9th floor, (penthouse or HVAC
        filter room), 909 W. 9th Ave. Anchorage Ak.
```

EXHIBIT ___12___

OSHA-1B/1BIHprint(Rev. 9/93)

d) Injury/Illness: bruises, contusions, fractures or broken
   bones, death.
e) Measurements:  7 feet 2 inches

| 21. Photo Number | Location on Video |
|---|---|
| Pixs #1,2,3,4,5,6,7 | |

23. Employer Knowledge :Yes,the employer had been working with
this client (Unocal) at this location for at least ten years.

24. Comments (Employer, Employee, Closing Conference) : Employees
acknowledged during employee interviews that the work platform in
Pix's 1 thru 7 were used on a regular basis to change the HVAC
filters at the Unocal Building.

25. Other Employer Information :  OSHA determined that Siemens is
the exposing employer for this citation.

| 26. Classification: | | | | |
|---|---|---|---|---|
| Serious | Knowledge | S or O | Repeat? | Willful? |
| Serious | Yes | S | No | No |

| First Repeat | Second Repeat | Repeat Penalty |
|---|---|---|
| No | No | No |

| ent ate. | Event Code | Action Code | Citation Type | Penalty | Abate Date | Final Order |
|---|---|---|---|---|---|---|
| | Z Add transaction | A Add | S Serious | 525.00 | | |

**LG00709**

EXHIBIT ___12___                    OSHA-1B/1BIHprint(Rev. 9/93)

Alaska Department of L
ccupational Safety and Health

●                                     ●

Worksheet

Thu Apr 3, 2003 10:44am

|  |  | Inspection Number | 305757510 |
|---|---|---|---|
|  |  | Opt. Insp. Number | 021-03 |

| Establishment Name | Siemens Building Technologies Incorporated | | | | | |
|---|---|---|---|---|---|---|
| Type of Violation | O Other | Citation Number | 02 | Item/Group | | 001 |
| Number Exposed | 2 | No. Instances | 1 | REC | | |
| Std. Alleged Vio. | 1910.0025( d)( 2)(  xv) | | | | | |

| Abatement Period | MultiStep Abatements | | | Final Abatement | Action Type/Dates | | |
|---|---|---|---|---|---|---|---|
| | PPE Period | Plan | Report | | | | |
| 0 | | | | | | | |
| Abatement Documentation Required | | | | Date Verified | | | |

| Substance Codes | |
|---|---|

| AVD/Variable Information: | |
|---|---|

910.25(d)(2)(xv)

xv) No ladder should be used to gain access to a roof unless the top of the ladder shall extend at least 3 feet above the point of support, at eave, gutter, or roofline;

Example: Employees of Siemens Building Technologies Inc. regularly used a step ladder to access a work area in the Jnocal Building to replace the filters. The top of the ladder did not extend at least three feet above the point of support or roof line of the work area. Employees were exposed to potential fall hazards as a result of the ladder not extending three feet above roof line.

| Penalty Calculations | | | | Adjustment Factors | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBP | Size | Good Faith | History | |
| | | | 0.00 | 40 | 15 | 10 | 0.00 |
| Repeat Factor | | 0 | | | | | |

| Employee Exposure: | | | | | | |
|---|---|---|---|---|---|---|
| Occupation | HVAC Techician | | Employer | Siemens Building Technologies | | |
| Nr of Employees | 2 | | Duration | 4 days per year | Frequency | 6 hours per day |
| Employee Name | Larry Grove | | | | | |
| Address | | | | Phone | | |

| Occupation | HVAC Technician | | Employer | Siemens Building Technolgies | | |
|---|---|---|---|---|---|---|
| Nr of Employees | 2 | | Duration | 4 days per year | Frequency | 6 hours per day |
| Employee Name | Brrent Davies | | | | | |
| Address | | | | Phone | | |

| Instance Description: | A. Hazard | B. Equipment | C. Location | D. Injury/Illness | E. Measurements |
|---|---|---|---|---|---|

| 4. Date/Time |
|---|

**LG00710**

EXHIBIT ___12___

OSHA-1B/1BIHprint(Rev. 9/93)

Thu Apr 3, 2003 10:44am

3/03/03

20. Instance Description - Describe the following:
    a) Hazards-Operation/Condition-Accident: Employee was using
       a step ladder to access work area. The top of the
       ladder did not extend three feet above the point''of
       support or roof line as required by OSHA regulations.
    b) Equipment: Step Ladder
    c) Location Unocal Office Building 909 W. 9th Ave.
       Anchorage Ak.
    d) Injury/Illness bruises,contusions, fractures or broken
       bones.
    e) Measurements Roof line 7ft. 2 inches

| 21. Photo Number | Location on Video |
|---|---|
| Pix 1,2,3,4 | |

23. Employer Knowledge : Yes, the employer had been
working/servicing this client (Unocal) at this location for at
least ten years.

24. Comments (Employer, Employee, Closing Conference) :Employee
acknowledged during employee interview that the ladder in Pix
#1,2,3 was the ladder that he used to replace the HVAC filters on
a regular basis. Employee stated that on two occasions he had
brought a ladder from his truck but had to carry it up nine
flights of stairs because it would not fit into the elevators.
When he had carried the ladder up the stairways he had "scraped"
the walls and had to repaint the walls at the request of the
client.

25. Other Employer Information : Employer stated during opening
conference and inspection that the company provides ladders for
their technicians to perform regular service calls. Although the
Manager and Supervisor doesn't know who owns the wooden step
ladder in the pictures they agreed with the statement that it had
been there longer than anyone could remember.

| 26. Classification: | | | | |
|---|---|---|---|---|
| Serious | Knowledge | S or O | Repeat? | Willful? |
| No | Yes | O | No | No |

| First Repeat | Second Repeat | Repeat Penalty |
|---|---|---|
| | | |

**LG00711**

| vent ate | Event Code | Action Code | Citation Type | Penalty | Abate. Date. | Final. Order |
|---|---|---|---|---|---|---|
| | Z Add transaction | A Add | O Other | 0.00 | | |

EXHIBIT __12__                                    OSHA-1B/1BHprint(Rev. 9/93)

| Employer | Inspection Date | Compliance Offic. | Inspection Number |
|---|---|---|---|
| SIEMENS | 3/03/03 | T. SCANLON | 315757510 |

**Attendance**

Conference

Date: 3/10/03

| Names | Titles |
|---|---|
| 1. Brede Emtman | Engineering Specialist |
| 2. Thomas Lake | Mechanical Systems Supervisor |
| 3. Leverette G. Hoover | Service Ops Manager |
| 4. Ton Scanlon | OSHA |
| 5. | |
| 6. | |

Time: 1 ³⁴ PM

Review apparent safety-health violations noted during inspection and set tentative abatement dates.

**EMPLOYER, Read the following and sign at bottom of page.**

1. Citations may be issued for some or all of the alleged violations and monetary penalties may or may not be assessed.

2. Your firm will be notified by registered mail of any alleged violations and assessed penalties, if any. Appeal procedures will be fully described in the citation or penalty notice.

3. Citations issued will fix a reasonable time to abate violations.

4. The employer has fifteen working days from receipt of citation to:

   (a) Schedule an informal conference with DCSH administrators to discuss questions concerning the citation, proposed penalties, or abatement dates.

   (b) Contest violations or penalties to the Review Board. (Notice of contest must be in writing.)

5. The employer may contest the citation, violations, penalties, abatement dates, or any combination of these.

6. If the citation is amended to allow an abatement period of longer than thirty days, progress reports are required.

7. The employer should abate as promptly as possible and notify the DCSH Anchorage office by mail of the corrected items and dates.

8. If a citation is issued, it must be posted conspicuously for a period of five working days or until abated, whichever is longer.

9. A follow-up inspection may be performed.

10. If a follow-up inspection by a state officer reveals a failure-to-abate situation, *daily* penalties will be imposed.

I have read and understand items 1 through 10 above.

Employer Signature

A copy of this form is to be given to the employer for his records, and to the employee representative if he participated in the closing conference.

Remarks    No Comments at this time.

**LG00712**

AK DCSH 12 R 12-79

EXHIBIT 12

Division of Labor Standards and Safety

| OO Date | 1. Reporting ID | 2. C | 3. Optional Report Number | 4. Inspection Number (Identifies this inspection) |
|---|---|---|---|---|
| 3/03/03 | | | | 305 757 510 |

| Related Activity/ Activity Satisfied | 5.1 Type | Number | Satisfied ☐S ☐H | 5.2 Type | Number | Satisfied ☐S ☐H | 5.3 Type | Number | Satisfied ☐S ☐H | 6. Total Entries |
|---|---|---|---|---|---|---|---|---|---|---|

Previous Activity
s there been previous activity at this establishment?  ☐ Yes  ☐ No   If Yes, enter ▶ | Type | Number

| a. ☐ Change? | b. Establishment Name  SIEMENS BUILDING TECHNOLOGIES INC. | 9. Employer ID (State's option) |

| a. ☐ Change? | b. Site Address (Street, City, State, ZIP)  909 W. 9TH AVE. ANCHORAGE AK. 99519 | 11. City Code  0130 | 12. County Code  020 |

Mailing Address (If different) (Street, City, State, ZIP)
5333 FAIRBANKS ST. SUITE B ANCH. 99518-1258 | 14. Telephone Number  563-2242

Name of Controlling Corporation, Partner, or Owner
SIEMENS BUILDING TECHNOLOGIES INC | 16. Telephone Number (Site)  563-2242

| 17. a. ☒ Private Sector   c. ☐ State Government | 18. Legal Entity (Optional) |
| b. ☐ Local Government   d. ☐ Federal Agency/Code ... | a. ☒ Corporation  b. ☐ Partnership  c. ☐ Sole Owner |

| 19. Was Advance Notice Given?   ☐ Yes  ☒ No | 20. Opening Conference Date  03/3/03 |

| 21. Mark "X" in one box   ☒ Safety   ☐ Health | 22. Primary SIC  1711 | 23. Secondary SIC |
| | a. Guide  b. Insp'd. |

24. Mark "X" in one box.

**Unprogrammed**
a. ☐ Accident
b. ☒ Complaint
c. ☐ Referral
d. ☐ Monitoring

e. ☐ Variance
f. ☐ Follow-up
g. ☐ Unprogrammed Related

**Programmed**
h. ☐ Planned
i. ☐ Programmed Related

25. Inspection Classification (Mark all that apply)
a. Safety Planning Guide: ☐ Manufacturing  ☐ Construction  ☐ Maritime
b. Health Planning Guide: ☐ Manufacturing  ☐ Construction  ☐ Maritime
c. ☐ Local Emphasis Program (specify).
d. ☐ National Emphasis Program (specify)
e. ☐ Migrant Farmworker Camp

| 26. Number of Employees Employed in Establishment  35 | 27. Number of Employees Covered by Inspection  2 | 28. Number of Employees Controlled by Employer  40 | 29. a. ☒ Union   b. ☐ Non-Union | 30. a. ☐ Employee Exercised Walkaround Privilege?  c. ☒ Employees Interviewed? (States Only) |

HA-200: Copy below the OSHA-200 Log entries for the most current complete year.
| 31. Year: | 32. ☐ Date Not Available | | 33. LWDI Rate |

| Occupational Injury Cases | | | | | | Occupational Illness Cases (7) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (8) | (9) | (10) | (11) | (12) | (13) |

| 35. Scope (Mark "X" in one box) | a. ☐ Comprehensive Inspection  b. ☐ Partial Inspection  c. ☐ Records Only Inspection  d. ☐ No Inspection | 36. Number of Days Site Visited |

| 37. Anticipatory Warrant/ Subpoena Served  ☐ Yes | 38. Date of Denial | 39. Date Re-Entered | 40. Date Re-Denied | 41. Date Re-Entered |

**Optional Information**
| Type | ID | Value | Type | ID | Value |
|---|---|---|---|---|---|
| | | | | | |

| | 43. Total Entries |

| 44. | 45. If no inspection conducted, mark "X" in one box | 46. Closing Conference Date (On Site) |
|---|---|---|
| a. ☐ Close  b. ☐ No Citations Issued | a. ☐ Establishment Not Found   d. ☐ Ten or Fewer Employees   g. ☐ Worksite Exempt Through Voluntary Program | |
| | b. ☐ Employer Out of Business   e. ☐ Denied Entry   h. ☐ Non-Exempt Consultation in Progress | |
| | c. ☐ Process To Be Inspected Not Active   f. ☐ SIC Not on Planning Guide   i. ☐ Other | |

| CSHO Signature  Tom Kimler | Date  3/4/03 | 48. Reviewer Signature | Date |

EXHIBIT 12

CASE FILE COPY

AKDOSH-1 (Rev. 1/84)

LG00713

INSPECTION CHECKLIST

11

| e-inspection Check List: | | Inspection Guide List: | Yes | No |
|---|---|---|---|---|
| . Credentials and Legal Authority | ☑ | A. Posting Requirements | ☑ | ☐ |
| . Purpose of Inspection | ☑ | B. Safety Rules or Code | ☑ | ☐ |
| . Permission (Name: _Tom Lake_ ) | ☐ | C. Safety Meetings | ☑ | ☐ |
| . Explain Camera and Equipment | ☑ | D. Accident/Illness Log/Records | ☑ | ☐ |
| . Trade Secrets | ☑ | E. Periodic Safety Inspections | ☑ | ☐ |
| . Referrals | ☑ | F. Fire Protection | ☑ | ☐ |
| . Explain Walkaround Procedure | ☑ | G. First Aid Kit | ☑ | ☐ |
| . Request Employee on Walkaround | ☑ | H. First Aid Card (If Applicable) | ☑ | ☐ |
| I. Explain Rights and Discrimination Law | ☑ | I. Hazardous Substances | ☑ | ☐ |
| | | J. If Yes to I, Hazard Communication Program | ☑ | ☐ |
| J. Schedule Closing Conference | ☑ | K. PPE | ☑ | ☐ |

2

Evaluation of Safety and Health Program:

| Circle appropriate number. | Codes: | 0 = Nonexistant | 1 = Inadequate | 2 = Average | 3 = Above Average |
|---|---|---|---|---|---|
| A. Written Program | | 0  1  2  3 | | | |
| B. Communication to Employees | | 0  1  2  3 | | | |
| C. Enforce Program | | 0  1  2  3 | | | |
| D. Safety Program | | 0  1  2  3 | | | |
| E. Health Training | | 0  1  2  3 | | | |
| F. Injuries Investigated | | 0  1  2  3 | | | |
| G. Preventative or Corrective Action | | 0  1  2  3 | | | |

13

Closing Conference Checklist:                              No Apparent Violations  ☐

A. Review hazards and apparent violations noted.  ☑

B. Cover Items 1-10 on Closing Conference Worksheet (AK DOSH 12).  ☑

C. Offer abatement assistance if appropriate.  ☑

D. Inform employer of consultation and training services.  ☐

**LG00714**

SH 1A - 2                                                                 R 4/93

EXHIBIT _12_

INSPECTION DATA AND CHECKLIST

| 1. Employer: SIEMONS BUILDING TECH. | 2. Inspection Number: 305 757 510 |

**3. Opening Conference:**

Date and Time _03/03/03_

| Name | Job Title |

TOM LPKU

**4. Closing Conference:**

Date and Time _____

| Name | Job Title |

**5. Authorized Employee Representatives:**

| Name | Local # |

**6. Employees Contacted:**

LTR INT WA

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

**7. Other Inspection Contacts:**

| Name | Position |

**8. Additional Citation Mailing Address:**

Name: _____
Address: _____

**9. Pre-inspection Check List:**

A. Credentials and Legal Authority ☐

B. Purpose of Inspection ☐

C. Permission (Name: _____ ) ☐

D. Explain Camera and Equipment ☐

E. Trade Secrets ☐

F. Referrals ☐

G. Explain Walkaround Procedure ☐

H. Request Employee on Walkaround ☐

I. Explain Rights and Discrimination Law ☐

J. Schedule Closing Conference ☐

**10. Inspection Guide List:**

| | Yes | No |
|---|---|---|
| A. Posting Requirements | ☐ | ☐ |
| B. Safety Rules or Code | ☐ | ☐ |
| C. Safety Meetings | ☐ | ☐ |
| D. Accident/Illness Log/Records | ☐ | ☐ |
| E. Periodic Safety Inspections | ☐ | ☐ |
| F. Fire Protection | ☐ | ☐ |
| G. First Aid Kit | ☐ | ☐ |
| H. First Aid Card (If Applicable) | ☐ | ☐ |
| I. Hazardous Substances | ☐ | ☐ |
| J. If Yes to I, Hazard Communication Program | ☐ | ☐ |
| K. PPE | ☐ | ☐ |

AK DOSH 1A R 2-89

EXHIBIT __12__

ska Department of Labor
upational Safety and Health



# HA-200 Data/Safety and Health Program Evaluation

Apr 2, 2003 5:04pm

| blishment e | Siemens Building Technologies Incorporated | | | Ownership | A. Private Sector |
|---|---|---|---|---|---|
| Address | 909 W.9th. Ave<br>Anchorage, AK 99519-6247 | Site Phone | (907) 563-2242 | Site FAX | (907) 563-6139 |
| ling ress | 5333 Fairbanks St. Suite B<br>Anchorage, AK 99518-1258 | Mailing Phone | (907) 563-2242 | Mailing FAX | (907) 563-6139 |
| trolling | Siemens Building Technologies Incorporated | | | Employer ID | |

| MARY OSHA-200 DATA | | | | Data Not Available | | Partial Log Year | | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|
| DI TE | 0.0 | LWDII RATE | 0.0 | Log Year | 2000 | Employment Average | 39 | Total Hours Worked | 81870 |

pational Injury Cases — Occupational Illness Cases

| (2) Lost Workday Cases | (3) Cases With Days Away | (4) Nbr. of Days Away | (5) Restricted Workdays | (6) Cases w/o Lost Workdays | (7a) Skin Diseases/ Disorders | (7b) Dust Diseases (Lungs) | (7c) Respiratory Toxic Agents | (7d) Poisons | (7e) Disorders Physical Agents | (7f) Repeat Trauma | (7g) Other | (8) Nbr. of Fatality Dates | (9) Lost Workday Cases | (10) Cases With Days Away | (11) Nbr. of Days Away | (12) Restricted Workdays | (13) Cases w/o Lost Workdays |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| MARY OSHA-200 DATA | | | | Data Not Available | | Partial Log Year | | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|
| DI TE | 2.4 | LWDII RATE | 2.4 | Log Year | 2001 | Employment Average | 40 | Total Hours Worked | 83950 |

pational Injury Cases — Occupational Illness Cases

| (2) Lost Workday Cases | (3) Cases With Days Away | (4) Nbr. of Days Away | (5) Restricted Workdays | (6) Cases w/o Lost Workdays | (7a) Skin Diseases/ Disorders | (7b) Dust Diseases (Lungs) | (7c) Respiratory Toxic Agents | (7d) Poisons | (7e) Disorders Physical Agents | (7f) Repeat Trauma | (7g) Other | (8) Nbr. of Fatality Dates | (9) Lost Workday Cases | (10) Cases With Days Away | (11) Nbr. of Days Away | (12) Restricted Workdays | (13) Cases w/o Lost Workdays |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 20 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

LG00716

EXHIBIT 12

. Department of Labor
upational Safety and Health Administra



# HA-300 Data/Safety and Health Program Evaluation

Apr 3, 2003 9:37am

| ablishment ne | Siemens Building Technologies Incorporated | | | | | | Ownership | A. Private Sector |
|---|---|---|---|---|---|---|---|---|
| ntrolling p | Siemens Building Technologies Incorporated | | | | | | Employer ID | |

| MMARY OSHA-300 DATA | | Log Year | 2002 | Data Not Available | | Data Not Required | | Partial Log Year | | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TRC RATE | 14.2 | DART RATE | | 4.7 | Annual Average Number of Employees | | 40 | Total Hours Worked by All Employees | | | 84280 |

| Number of Cases | | | | Number of Days | | Injury and Illness Types | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (G) ieaths | (H) Days Away | (I) Job Xfer or Restrict | (J) Other Recordable | (K) Nbr Days Job Xfer or Restrict | (L) Nbr Days Away | (M1) Injuries | (M2) Skin Disorders | (M3) Respiratory Conditions | (M4) Poisonings | (M5) All Other Illnesses |
| 0 | 2 | 0 | 4 | 0 | 95 | 6 | 0 | 0 | 0 | 0 |

LG00717

EXHIBIT _12_

## OSHA COMPLIANCE MANUAL

eau of Labor Statistics
and Summary of Occupational
ries and Illnesses

| E: | This form is required by Public Law 91-596 and must be kept in the establishment for 5 years. Filure to maintain and post can result in the issuance of citations and assessment of penalties. (See posting equirements on the 2nd page of form.) | RECORDABLE CASES: You are required to record information about every occupational death; every nonfatal occupational illness; and those nonfatal occupational injuries which involve one or more of the following: loss of consciousness, restriction of work or motion, transfer to another job, or medical treatment (other than first aid). (See definitions on the 2nd page of form.) |

| or ber | Date of Injury or Onset of Illness | Employee's Name | Occupation | Department | Description of Injury or Illness |
|---|---|---|---|---|---|
| r a lupli- ig ber h will itate pari- ; with ble- tary rds | Enter Mo./day. | Enter first name or initial, middle initial, last name. | Enter regular job title, not activity employee was performing when injured or at onset of illness. In the absence of a formal title, enter a brief description of the employee's duties. | Enter department in which the employee is regularly employed or a description of normal workplace to which employee is assigned, even though temporarily working in another department at the time of injury or illness. | Enter a brief description of the injury or illness and indicate the part or parts of the body affected.

Typical entries for this column might be: Amputation of 1st joint right forefinger; Strain of lower back; Contact dermatitis on both hands; Electrocution - body. |
| | (B) | (C) | (D) | (E) | (F) |
| | | | | | PREVIOUS PAGE TOTALS |
| -CM- 00956 | 03/22 | Nicole Putnam | Engineering Specialist | Operations | Sprained Right Wrist |
| -CM- 05585 | 05/25 | Lawrence Grove | Journeyman Pipefitter | Service | **Spriained Right Ankle** |
| -CM- 23792 | 05/26 | George Kension | Journeyman Pipefitter | Service | Hurt Lower Back |
| -CM- 27801 | 08/24 | Lawrence Grove | Journeyman Pipefitter | Service | Injured fingers on right hand |
| - 28515 | 09/12 | Todd Adams | Service Specialist Supervisor | Service | Right Knee |

LG00718

EXHIBIT 12

| | | | | | TOTALS | (Instructions on 3rd page of form) | |

A No. 200

10/95

LG00719

EXHIBIT _12_

FORMS

# OSHA COMPLIANCE MANUAL

epartment of Labor

For Calendar Year 19 __2000__ · Page _____ of _____

y Name
ns Building Technologies, Inc.

ment Name
ns Building Technologies, Inc., Alaska Branch


Form Approved
O.M.B. No. 1220-0029

ment Address
Fairbanks Street, Suite B, Anchorage, AK 99518-1258

f and Outcome of INJURY | Type, Extent of, and Outcome of ILLNESS

| s | Nonfatal Injuries | | | | | Type of Illness | | | | | | | Fatalities | Nonfatal Illnesses | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Injuries With Lost Workdays | | | | Injuries Without Lost Workdays | CHECK Only One Column for Each Illness (See fourth page of form for terminations or permanent transfers.) | | | | | | | Illness Related | Illnesses With Lost Workdays | | | | Illness Without Lost Workdays |
| E | Enter a CHECK if injury involves days away from work, or days of restricted work activity or both. | Enter a CHECK if injury involves days away from work. | Enter number of DAYS away from work. | Enter number of restricted work activity. | Enter a CHECK if no entry was made in columns 1 or 2 but the injury is recordable as defined above. | Occupational skin diseases or disorders | Dust diseases of the lungs | Respiratory conditions due to toxic agents | Poisoning (systemic effects of toxic materials) | Disorders due to physical agents | Disorders associated with repeated trauma | All other occupational illnesses | Enter DATE of death. Mo./day/yr. | Enter a CHECK if illness involves days away from work, or days of restricted work activity or both. | Enter a CHECK if illness involves days away from work. | Enter number of DAYS away from work. | Enter number of restricted work activity. | Enter a CHECK if no entry was made in columns 8 or 9. |
| | (2) | (3) | (4) | (5) | (6) | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (8) | (9) | (10) | (11) | (12) | (13) |
| | ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| | ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| | ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| | ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| | ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |

cation of Annual Summary Totals By ___Pam Spence___    Title ___Office Coordinator___    Date ___01/11/00___

EXHIBIT ___12___    LG00720



OSHA's Form 300

# Log of Work Related Injuries and Illnesses

Year: 2002

You must record information about every work-related death and about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR Part 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an Injury and Illness Incident Report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure if a case is recordable, call your local OSHA office for help.

Siemens Building Tech.

Anchorage, Alaska

## Identify the person.

| (A) | (B) | (C) | (D) | (E) | (F) |
|-----|-----|-----|-----|-----|-----|
| Case # | Employee's Name | Job Title (e.g. Welder) | Date of injury or onset of Illness (month/day) | Where the event occurred (e.g. Loading dock north end) | Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill. (e.g. Second degree burns on right forearm from acetylene torch) |

## Describe the case

## Classify the case

Using these four categories, check ONLY the most serious result for each case:

| Death (G) | Days away from work (H) | Remained at work | | Enter the number of days the injured or ill worker was: | | Check the "Injury" column or choose one type of illness |
|-----------|-------------------------|------------------|--|---------------------------------------------------------|--|--------------------------------------------------------|
| | | Job transfer or restriction (I) | Other recordable cases (J) | Away from work (K) | On the job transfer or restriction (L) | (M) |

(M) columns: (1) Injury  (2) Skin Disorder  (3) Respiratory Condition  (4) Poisoning  (5) Hearing Loss  (6) All other Illnesses

(1) (2) (3) (4) (5) (6)

Page totals

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Note: If additional entries are required, just copy rows from the bottom of the case area and paste them here.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instructions, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

LG00721

EXHIBIT 12

Year: 2002

**OSHA's Form 300**

## Log of Work Related Injuries and Illnesses

You must record information about every work-related death and about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR Part 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an Injury and Illness Incident Report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure if a case is recordable, call your local OSHA office for help.

Siemens Building Tech.
Anchorage, Alaska

| (A) Case # | (B) Employee's Name | (C) Job Title (e.g. welder) | (D) Date of injury or onset of illness (month/day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill. (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Job transfer or restriction | (J) Other recordable cases | Away from work (K) | On the job transfer or restriction (L) | (1) Injury | (2) Skin Disorder | (3) Respiratory condition | (4) Poisoning | (5) Hearing loss | (6) All other illnesses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mike Tuminella | Eng Specialist | 1/14 | UAA Parking Garage | Hand Laceration | | | | | 15 days | days | X | | | | | |
| 2 | Lawrence Grove | Filter | 2/22 | Office | Left Shoulder / Back / Back / Hip | | 15 | | | 15 days | days | X | | | | | |
| 3 | Andrew Craig | Electrician | 6/4 | Jobsite | Back Puncture | | | | | days | days | X | | | | | |
| 4 | Larry Grove | Filter | 9/9 | Jobsite | Right Ankle | | 80 | | | 80 days | days | X | | | | | |
| 5 | Richard Angell | Eng Specialist | 11/25 | Office | Left Leg | | | | | days | days | X | | | | | |
| 6 | Brent Davies | Filter | 12/7 | Jobsite | Left Hand | | | | | days | days | X | | | | | |
| 7 | | | | | | | | | | days | days | | | | | | |
| 8 | | | | | | | | | | days | days | | | | | | |
| 9 | | | | | | | | | | days | days | | | | | | |
| 10 | | | | | | | | | | days | days | | | | | | |
| 11 | | | | | | | | | | days | days | | | | | | |
| 12 | | | | | | | | | | days | days | | | | | | |
| 13 | | | | | | | | | | days | days | | | | | | |
| 14 | | | | | | | | | | days | days | | | | | | |
| 15 | | | | | | | | | | days | days | | | | | | |
| 16 | | | | | | | | | | days | days | | | | | | |
| 17 | | | | | | | | | | days | days | | | | | | |
| 18 | | | | | | | | | | days | days | | | | | | |
| 19 | | | | | | | | | | days | days | | | | | | |
| 20 | | | | | | | | | | days | days | | | | | | |
| 21 | | | | | | | | | | days | days | | | | | | |
| 22 | | | | | | | | | | days | days | | | | | | |
| 23 | | | | | | | | | | days | days | | | | | | |
| 24 | | | | | | | | | | days | days | | | | | | |
| 25 | | | | | | | | | | days | days | | | | | | |
| | | | | | **Totals** | 0 | 0 | 0 | 0 | 95 | 0 | 6 | 0 | 0 | 0 | 0 | 0 |

LG00722

EXHIBIT 12

Form approved OMB no. 1218-0176

## OSHA's Form 300A

## Summary of Work-Related Injuries and Illnesse·

Year: ▓▓▓▓

All establishments covered by part 1904 must complete this Summary page, even if no work-related injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary. Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you've added the entries from every page of the Log. If you had no cases, write "0". Employees, former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR Part 1904.35 for further details on the access provisions for these forms.

### Number of Cases

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| (G) | (H) | (I) | (J) |

### Number of Days

| Total number of days of job transfer or restriction | Total number of days away from work |
|---|---|
| 0 | 95 |
| (K) | (L) |

EXHIBIT _12_

### Injury and Illness Types

Total number of...
(M)

| (1) Injuries | 6 |
| (2) Skin Disorders | 0 |
| (3) Respiratory conditions | 0 |
| (4) Poisonings | 0 |
| (5) All other illnesses | 0 |

Post this Summary page from February 1 to April 30 of the year following the year covered by the form.

### Facility Information:

Establishment name: Siemens Building Technologies

Street 5333 Fairbanks Street, Suite B

City Anchorage    State AK    ZIP 99518

Industry description: HVAC & Plumbing

Standard Industrial Classification (SIC)
If known    1711

### Employment Information    (If you don't have these figures, see the Worksheet on the back of OSHA Form 300A to estimate)

Annual average number of employees    40?

Total hours worked by all employees last year    19,200

### Sign here

Knowingly falsifying this document may result in a fine.

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

Pam Spence, Office Supervisor
Company executive                              Title

907-563-2242                        01/13/03
Phone                                Date

LG00723

Public reporting burden for this collection of information is estimated to average 50 minutes per response, including time to review the instructions, search and gather the data needed, and complete and review the collection of information. Persons are not required

## OSHA COMPLIANCE MANUAL

au of Labor Statistics
ind Summary of Occupational
es and Illnesses

| This form is required by Public Law 91-596 and must be kept in the establishment for *5 years.* Filure to maintain and post can result in the issuance of citations and assessment of penalties. *(See posting equirements on the 2nd page of form.)* | | | RECORDABLE CASES: You are required to record information about every occupational death; every nonfatal occupational illness; and those nonfatal occupational injuries which involve one or more of the following: loss of consciousness, restriction of work or motion, transfer to another job, or medical treatment (other than first aid). *(See definitions on the 2nd page of form.)* | |
|---|---|---|---|---|
| **or er** | **Date of Injury or Onset of Illness** | **Employee's Name** | **Occupation** | **Department** | **Description of Injury or Illness** |
| a ıpli- ] er will ate ari- with e- ıry ds | Enter Mo./day. | Enter first name or initial, middle initial, last name. | Enter regular job title, not activity employee was performing when injured or at onset of illness. In the absence of a formal title, enter a brief description of the employee's duties. | Enter department in which the employee is regularly employed or a description of normal workplace to which employee is assigned, even though temporarily working in another department at the time of injury or illness. | Enter a brief description of the injury or illness and indicate the part or parts of the body affected.  Typical entries for this column might be: Amputation of 1st joint right forefinger; Strain of lower back; Contact dermatitis on both hands; Electrocution - body. |
| | (B) | (C) | (D) | (E) | (F) |
| | | | | | **PREVIOUS PAGE TOTALS** |
| CM 430 | 01/04/0 1 | Lawrence Grove | Journeyman Pipefitter | Service | Tendon strain in right elbow |
| CB 837 | 05/23/0 1 | Robert G. Sprinkle | Journeyman Pipefitter | Service | Broke right big toe |
| 2564 | 9/7/01 | Brent K. Daives | Journeyman Pipefitter | Service | Hurt Back |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | **LG00724** |
| | | | | | |
| | | | | | EXHIBIT __12__ |
| | | | | | |
| | | | | | **TOTALS** (Instructions on 3rd page of form) |

LG00724

FORMS

## OSHA COMPLIANCE MANUAL

epartment of Labor

For Calendar Year 19  2001                    Page          of

ny Name
ens Building Technologies, Inc.

hment Name
ens Building Technologies, Inc., Alaska Branch

hment Address
Fairbanks Street, Suite B, Anchorage, AK  99518-1258

Form Approved
O.M.B. No. 1220-0029

of and Outcome of INJURY | Type, Extent of, and Outcome of ILLNESS

| | Nonfatal Injuries | | | | | Type of Illness | | | | | | | Fatalities | Nonfatal Illnesses | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Injuries With Lost Workdays | | | | Injuries Without Lost Workdays | CHECK Only One Column for Each Illness (See fourth page of form for terminations or permanent transfers.) | | | | | | | Illness Related | Illnesses With Lost Workdays | | | | Illness Without Lost Workdays |
| TE | Enter a CHECK if injury involve s days away from work, or restric-tec work activity or both. | Enter a CHECK if injury involve s days away from work. | Enter number of DAYS away from work. | Enter number of DAYS of restric-ted work activity. | Enter a CHECK if no entry was made in columns 1 or 2 but the injury is record-able as defined above. | Occu-pation-al skin dis-eases or dis-orders | Dust dis-eases of the lungs | Respi-ratory condi-tions due to toxic agents | Poison-ing (sys-temic effects of toxic mat-erials) | Disord-ers due to phys-ical agents | Dis-orders asso-ciated with re-peated trauma | All other occu-pation-al ill-nesses | Enter DATE of death. Mo./day/yr. | Enter a CHECK if illness involve s days away from work, or days of restric-ted work activity or both. | Enter a CHECK if illness involve s days away from work. | Enter number of DAYS away from work. | Enter number of DAYS of restric-ted work activity. | Enter a CHECK if no entry was made in columns 8 or 9. |
| | (2) | (3) | (4) | (5) | (6) | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (8) | (9) | (10) | (11) | (12) | (13) |
| | ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☒ | 20 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | | | | ☐ |

fication of Annual Summary Totals By     Pam Spence          Title   Office Supervisor          Date   01/02/02

A NO. 200          POST ONLY THIS PORTION OF THE LAST PAGE NO LATER THAN FEBRUARY 1.     EXHIBIT  12     10/95