STATE OF ALASKA

*FRANK H. MURKOWSKI, GOVERNOR*

## DEPARTMENT OF LABOR AND
## WORKFORCE DEVELOPMENT

3301 Eagle Street, Suite 305
Anchorage, AK 99503

**OCCUPATIONAL SAFETY & HEALTH**
**LABOR STANDARDS & SAFETY DIVISION**

PHONE: (907) 269-4940
FAX:     (907) 269-4950/269-3723

August 8, 2005

Clapp Peterson
Attn: Ms. Victoria Homan
711 H. Street, Ste 620
Anchorage AK, ,99501


Re:   Freedom of Information Request
      Unocal 76
      305757577 Unocal 76
      305757510 Siemens Building Technologies, Inc.

Dear Ms. Homan:

In reply to your Freedom of Information request, I must clarify a
few details in order to make you more aware of what information
is available.

Mr. Grove filed a complaint with our office while working as an
employee of a contractor to Unocal named Siemens Building
Technologies, Inc. #305757510. His complaint was a result of an
injury he sustained while working at UNOCAL 76 in the process of
changing filters.

After examining both files, I can report that there are no
witness statements to pass on to you, just the original complaint
form filed by Mr. Grove.

We apologize for any inconvenience this may cause you.

If you have any questions please feel free to contact me at 907-
269-3727.

Sincerely,

Michelle McNair-Davis
Michelle McNair-Davis
Records Custodian

**LG00726**

EXHIBIT _12_

# FREEDOM OF INFORMATION REQUEST FORM

Date: _7/8/05_

Records Custodian
State Of Alaska
Department of Labor & Workforce Development
Division of Occupational Safety & Health
3301 Eagle Street, Suite 305
Anchorage, Alaska 99501

I understand there will be a $.25 charge per Xeroxed page. I am requesting copies of the documents regarding the following information:

Company Name: _Unocal 76 Incorporated_

Company Site Address: _909 W. 9th Ave, Anchorage AK 99519-6247_

Inspection Number: _305757577_

Person in Accident: _LAWRENCE H. GROVE_

Date of Accident: _9/9/02_

☐ Citation and Notice of Penalty          ☒ Reprinted Photos ($.70)
☐ Safety or Health Narrative              ☐ Xeroxed Photos ($.25)
☐ Complaint                               ☐ Video Tape ($5.00)
☒ Entire Case File                        ☐ Other _____

Comments: _We represent Unocal and request copies of_
_all investigative files. We understand there were_
_interviews taken of Unocal employees prior to the_
_issuance of the citations. We request copies of the_
_witness statements, and notes, and any recordings._

Printed Name: _VICTORIA LB HOMAN_

Signature: _Victoria LB Homan_          Date: _July 8, 2005_

Address: _Clapp Peterson_
_711 H Street, Ste 620_
_ANCHORAGE, AK 99501_

Phone Number: _907-272-9266_

**LG00727**

EXHIBIT _12_

# STATE OF ALASKA

**FRANK H. MURKOWSKI, GOVERNOR**

## DEPARTMENT OF LABOR AND
## WORKFORCE DEVELOPMENT

OCCUPATIONAL SAFETY & HEALTH
LABOR STANDARDS & SAFETY DIVISION

3301 Eagle Street Suite 505
P.O. Box 107022
Anchorage, AK 99510-7022

PHONE:  (907) 269-4940
FAX:    (907) 269-4950

April 28, 2003

Lawrence Grove
P.O. Box 222253
Anchorage, AK  99522

Dear Mr. Grove:

In response to your formal complaint concerning safety hazards at Siemens Building Technologies Incorporated, 909 W. 9th Avenue, Anchorage, Alaska, the Division of Labor Standards and Safety, Occupational Safety and Health (OSH) has conducted an inspection there.  That inspection was completed on 03/10/03.  The results of our investigation of your complaint items are as follows:

Item 1.   Employee exposed to fall hazards.

Comment:  Valid.  During the walkaround inspection this complaint item was found to be true.  Two citations have been issued to address this complaint.

Attached for your information is a copy of the OSHA-2, Citation and Notification of Penalty, which was sent to the employer on 04/28/03 and should have been posted at the workplace for at least three days after receipt.

Alaska Statute AS 18.60.089 provides that no person shall discharge or discriminate against any employee because that employee filed a complaint.  Please advise us immediately if you are punished or discriminated against for job safety and health activities.  OSH will investigate your claim of discrimination and, if warranted, will take action on your behalf to restore your job, earnings and benefits.

Thank you for your concern for a safe and healthful workplace.

Sincerely,

John Stallone
Acting Chief, AKOSH

**LG00728**

Enclosure

cc:  CFN 201672011
     305757510/Z3775-021-03

EXHIBIT ___12___

## IMIS Enforcement Action Form

| Action | Required Form | Action to Take | Initials | 163 # or Date | Date Entry Date/Initials |
|---|---|---|---|---|---|
| Inspection DT | N/A | | | | 7/18/03 |
| Tracking | 1671 | 7/10/03 | | | bmv |
| Date Mailed | N/A | | | | |
| Penalty Due Date | 1671 | 8/30/03 | amv | 4/30/03 | 4/1/30/03 amv |
| Penalty Paid | 163 | 90805/303 | MN | | 6/23/03 aomv |
| Abatement | 166 | per clay/bmv | bmv | | |
| 30 Day Letter | 1671 | | | | |
| Collection Send to AG's | 1671 | | | | |
| Informal Conf. | 1671 | | | | |
| Close Complaint | 167C | | | | 5/30/03 bmv |
| Contest | 166 & 1671 | | | | |
| Send to AG's | AG's Form | | | | |
| Company History | Supervisor Must Do | | | | |
| Contest/Order | 166 | | | | |
| Contest Close | 1671 | | | | |
| Warrant Returned | 1671 | | | | |
| Close Case | | Close | | 6-26-03 | 7/2/03 amv |

NOTE: Supervisors Check Action To Take. To Check Abatement Must Mean Entire Inspection Abated. To Check Contest Must Mean Entire Inspection Contested.

AMENDED's, PMA's AND CONTEST FINAL ORDER MUST HAVE 166 FORM.

EXHIBIT ___
LG00729

This Report Requested for Tom Scanlon

COMPANY HISTORY

For:

1: Unocal Alaska Incorporated*
2: Unocal 76 Incorporated*
3: Unocal Alaska Resources Incorporated*
4: Unocal*

Inspections Conducted From 03/06/2000 to 03/06/2003

Unocal 76 Incorporated

INSPECTION DATA

Site Address: 909 W.9th Ave PO Box96247
Anchorage
AK 995196247

Mail Address: PO Box 196247
Anchorage
AK 995196247

Employee Information:
In Estab : 95
Covered by Inspection : 4
Covered by Employer : 345

Establishment Ownership: Private

Inspection # : 305757577
Opr. Insp. # : 022-00
OSHO ID : 237775
Scope: : Partial
Inspection Type : Unprogrammed Related
Category : Safety
Primary SIC : 1311
Entry Date : 03/06/2003
Close Conf Date : 04/04/2003
Infor Conf Date :
FWA Status :
FWA Date :
Close Close Date :

VIOLATION DATA (Detail)

| V | Standard | Rec Code | Exp | Inst | Iss. DC/ Date | Abatements Ty/Cmp Date | Actions Type | Penalty/ FVA Pen | Contest Date Std Abt Pen | Evnt/Act Dates |
|---|---|---|---|---|---|---|---|---|---|---|
| S | 1910 0023 C 1 | | 3 | 1 | 12/31/1899 12/31/1899 X | | | $ 1125.00 | | |

RELATED ACTIVITY
Related Inspection: 305757577

LG00730

EXHIBIT 12

term File: lp

06/23/03 12:24

CASE AUDIT REPORT

Page: 1

**PECON DATA**

Estab Name : Unocal 76 Incorporated
Site Address: 909 W.9th Avenue
Anchorage
AK 99519

Mail Address: P.O. Box 196247
Anchorage
AK 99519

Contl Corp : Same

| | |
|---|---|
| Inspection # | : 305757577 |
| Opt. Inspection # | : 022-03 |
| Supervisor ID | : J0975 |
| OSHO ID | : Z3775 |
| Inspection Type | : Unprogrammed Related |
| Entry DC | : 03/06/03 |
| Close Conf DC | : 04/04/03 |
| Infor Conf Date | : 05/14/03 |
| IMA STATUS | : |
| IMA DATE | : |
| Contest(Active) | : NO |
| Final Order | : |
| Case Close DC | : |

**ANALY DATA (Summary)**

| | Penalty | FTA Penalty |
|---|---|---|
| Due Date | 06/30/03 | |
| Current Assessed | $ 787.50 | $ 0.00 |
| Interest | $ 0.00 | $ 0.00 |
| Admin Fees | $ 0.00 | $ 0.00 |
| Res Waived | : | |
| Status | : | |

**PAYMENT DATA (Summary)**

| | |
|---|---|
| Total Payments: | $ 787.50 |
| Next Install DC: | |
| Last Install DC: | |
| Number of Installments: | 0 |

**PENALTY COLLECTION DATA (Summary)**

| | DC Transferred | Amt Transferred |
|---|---|---|
| (Orig) DCNT | | $ 0.00 |
| (FTA) DCNT | | $ 0.00 |
| SOL | | |

| Penalty/ FTA Pen | Contest Std Abt MS Pen | |
|---|---|---|
| $ 1125.00 | A | M |
| $ 787.50 | I | M | 05/14/03 I |

**ANALY DATA (Detail)**

| ID | Standard | Haz | # Rec Exp | Inst Iss. DC/ FTA DC Date | Abatements Ty/Cmp Date | Actions Type | Evnt/Act FAP Dates |
|---|---|---|---|---|---|---|---|
| 01098 | 1910 0023 c 01 | | 1 | 1 04/30/03 05/18/03 | A X | | 05/18/03 |

**AYMENT DATA (Detail)**

| HHA-Case Nr. | Payment Dt | Ref/UnH | Amount Paid | FTA Paid | Total Paid |
|---|---|---|---|---|---|
| 8051103 | 06/23/03 | ........ | $ 787.50 | $ 0.00 | $ 787.50 |

EXHIBIT 12    LG00731

Master File: 1p
INSPECTION DATA

Estab Name   : Unocal 76 Incorporated
Site Address : 909 W.9th Avenue
               Anchorage
               AK  99519

Mail Address : P.O. Box 196247
               Anchorage
               AK  99519

Contl Corp   : Same

07/02/03  10:11

CASE AUDIT REPORT                                    Page: 1

Inspection #        : 305757577
Opt. Inspection #   : 022-03
Supervisor ID       : J0975
CSHO ID             : Z3775
Inspection Type     : Unprogrammed Related
Entry Dt            : 03/06/03
Close Conf Dt       : 04/04/03
Infor Conf Date     : 05/14/03
PMA STATUS          :
PMA DATE            :
Contest (active)    : NO
Final Order         :
Case Close Dt       : 07/02/03

PENALTY DATA (Summary)

|                  |  | Penalty | FTA Penalty |
|------------------|--|---------|-------------|
| Due Date         |  | 06/30/03 |  |
| Current Assessed | $ | 787.50 | $ |
| Interest         | $ | 0.00 | $ 0.00 |
| Adm Fees         | $ | 0.00 | $ 0.00 |
| Res Waived       |  |  |  |
| Status           |  |  |  |

| Haz # | Rec | Exp | Inst Iss. Dt/ FTA Dt | Date | Abatements Ty/Cmp |
|-------|-----|-----|----------------------|------|-------------------|
| 1 | 1 | | 04/30/03 | 05/18/03 | A  X |
|   |   |   |          | 05/18/03 | |

PAYMENT DATA (Summary)
Total Payments:        $ 787.50
Next Install Dt:
Last Install Dt:
Number of Installments: 0

PENALTY COLLECTION DATA (Summary)

| | Dt Transferred | Amt Transferred |
|--|----------------|-----------------|
| (Orig) DCNT | | |
| (FTA) DCNT | | |
| SOL | | |

| | Penalty/ FTA Pen | Contest Std Abt NS Pen | Evnt/Acct FAP Dates |
|--|------------------|------------------------|---------------------|
| | $ 0.00 | $ 0.00 | A |
| | $ 787.50 | $ 0.00  0.00 | M |
| | $ 1125.00 | | 05/14/03 I |

Master File: 1p
INSPECTION DATA
SBA G03 Nr.

PAYMENT DATA (Detail)
Standard

| Code | Haz # | Rec | Exp | Inst Iss. Dt/ FTA Dt | Date | Abatements Ty/Cmp | Actions Date Type |
|------|-------|-----|-----|----------------------|------|-------------------|-------------------|
| 1910 0023 c 01 | 1 | 1 | | 04/30/03 | 05/18/03 | A  X | |
|                |   |   |   |          | 05/18/03 | | |

PAYMENT DATA (Detail)

| | Payment Dc | Ref/Unit | Amount Paid | FTA Paid | Total Paid |
|--|-----------|----------|-------------|----------|------------|
| 06/23/03 | ******** | ******** | $ 787.50 | $ 0.00 | $ 787.50 |

EXHIBIT 12

LG00732

**Alaska Department of Labor and
Workforce Development**
Occupational Safety and Health
P.O. Box 107022
Anchorage, Alaska 99510
Phone: (907) 269-4940     FAX: (907) 269-4950



JUN 18 2004

STATE OF ALASKA
'ATIONAL SAFETY AND HE

...

# INVOICE/
# DEBT COLLECTION NOTICE

**Company Name:**     Unocal 76 Incorporated
**Inspection Site:**     909 W.9th Avenue, Anchorage, AK 99519-6247
**Issuance Date:**     04/30/2003
**Summary of Penalties for Inspection Number 305757577**

**Citation 1, Serious**               = $     1125.00
**TOTAL PROPOSED PENALTIES**     = $     1125.00

To avoid additional charges, please remit payment promptly to the above address for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "State of Alaska". Please indicate AKOSH's Inspection Number (indicated above) on the remittance **and** return this form along with your remittance.

AKOSH does not agree to any restrictions or conditions or endorsements put on any check or money order for less than full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

Delinquent Charges. A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, the amount due will be forwarded to the Attorney General's office for collection.

Administrative Costs. Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_____
John Stallone
Acting Chief, AKOSH

_4/30/03_
Date

to RC

734192

EXHIBIT 12

**LG00733**



NOTES

**RECEIPT**    DATE 6/18/03    NO. 5042

RECEIVED FROM Unocal 76 Inc.

ADDRESS 909 West 9th Anch

Seven Hundred Eighty Seven 50/100 $ 787.50

FOR Disposition of Citations

305757577

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | 787.50 |
| AMT. PAID | 787.50 | CHECK | 2006853 |
| BALANCE DUE | 0 | MONEY ORDER | |

BY L. Donna Hinka

©1998 REDIFORM 8L808

---

BANK DELAWARE
subsidiary of Citicorp
PENNS WAY
CASTLE, DE 19720

62-20
344

Union Oil Company of California    2006853
Accounts Payable Field Disbursing

**UNOCAL 76**

Seven Hundred Eighty-Seven Dollars And 50 Cents***********************************************

Date 17-JUN-03    Check Amount ********787.50

STATE OF ALASKA
DEPT OF LABOR
PO BOX 107020
ANCHORAGE, AK   99510-7020
United States

Void after six months from above date.

⑈2006853⑈ ⑈031100209⑈      39118137⑈

Payment # G0805/303

**LG00734**

EXHIBIT 12

# STATE OF ALASKA

*FRANK H. MURKOWSKI, GOVERNOR*

## DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

OCCUPATIONAL SAFETY & HEALTH
LABOR STANDARDS & SAFETY DIVISION

3301 Eagle Street, Suite 305
P.O. Box 107022
Anchorage, AK 99510-7022

PHONE: (907) 269-4940
FAX:    (907) 269-4950

## DISPOSITION OF CITATIONS
## PER INFORMAL CONFERENCE

**ISSUANCE DATE:**  June 6, 2003

**COMPANY NAME:**  Unocal 76 Inc.

**INSPECTION SITE:**  909 W. 9th Avenue, Anchorage, Alaska

**INSPECTION:**  305757577

**FINAL PROPOSED PENALTIES**       $       787.50

| CITATION # | AFFIRMED OR VACATED | ABATEMENT STATUS | REDUCTION % | PENALTY AMOUNT AFTER REDUCTION |
|---|---|---|---|---|
| 1. Item 1 | affirmed | completed | 30% | $ 787.50 |

cc:  Inspection file

**LG00735**

EXHIBIT  12



# STATE OF ALASKA

**DEPARTMENT OF LABOR AND
WORKFORCE DEVELOPMENT**
LABOR STANDARDS AND SAFETY DIVISION
OCCUPATIONAL SAFETY AND HEALTH

3301 Eagle Street, Suite 305
P.O. Box 107022
Anchorage, AK 99510-7022

PHONE: (907) 269-4940
FAX: (907) 269-4950

## Employer Notice/Warning

**RE:     Informal Conference/Revised Citation(s)
        Penalty/Penalties reduced may revert back to the
        original fine**

To the Employer and its successors:

Your workplace has been inspected in accordance with Alaska
Statutes 18.60.0101 through 18.60.105, which set forth the
Alaska laws covering occupational safety and health. The
Citation and Notification of Penalty sent to you describes
any violation(s) of the Occupational Safety and Health Act
of 1970.

This notice covers the disposition of the Citation(s) and
the agreement (if any) that was reached during the Informal
Conference.   Any penalties reduced as a result of the
Informal Conference must be paid within 30 days of receipt
of this notice or the penalty will revert to the original
amount of the penalty. The employer may be responsible for
paying additional costs if the inspection file is turned
over to the Attorney General's office for collection.

The **attached page** has the results of the disposition of the
Citations and penalties.

Hali Denton (Acting)
Director, Labor Standards and Safety

6/6/03
Date

**LG00736**

Employer Notice Warning 4/1/03dmk

EXHIBIT __12__

## Informal Conference:

| | |
|---|---|
| **Establishment Name:** | Unocal 76 Inc. |
| **Inspection Number:** | 305757577 |
| **Optional Report Number:** | Z3775-022-03 |
| **Date of Inspection:** | 03/06/03 |
| **Date Informal Requested:** | 05/02/03 |
| **Date Informal Held:** | 05/14/03 |
| **Contest Period End Date:** | 05/21/03 |
| **Notice Of Contest Received:** | 05/02/03 |
| **Process for Contest:** | No |
| **Date Typed:** | 05/15/03 |

**Persons In Attendance:**
Ken Burns Sr. Drilling Safety Advisor, Roxanne M. Sinz Manager
Public Affairs, and Marc Bond Assistant Counsel for Unocal
John Stallone, CHIEF AKOSH (Acting)
Scott Devry, Federal OSHA Region X

8AAC 61.155. Informal Conference Procedures read/explained to all
in attendance.    8AAC 61.150, Contests Before The Board,
read/explained to all in attendance. Management Representatives
were asked if they wanted to discuss citations, items, penalties
or abatement dates.

**Conference Summary:** Mr. Burns tried to make an argument that the
violation was not serious but I had to disagree. The employee
involved in the incident was injured and the injuries although
serious could have been much worse. I explained that lowering the
violation to an "other than serious" was not an option. Mr. Burns
did ask for a reduction in the penalty and we agreed to a 30
percent reduction in the penalty. The new penalty amount will be
$787.50. No other changes were made.

Page 1 of 1 page   OSH 43 S 05/15/03

**LG00737**

EXHIBIT  12

909 W. 9th Street
Anchorage, Alaska 99501'

Alaska Department of Labor and Workforce Dev.                May 2, 2003
Occupational Safety & Health
P.O. Box 107022
Anchorage, Alaska 99510

Subject:  Request for Informal Conference
          Inspection No. 305757577

An informal conference is requested to discuss the above inspection. One of the
following dates is requested:  May 12 or 13.  Please advise us as to time and date.

I will be out of the office through May 9, please respond to Marc Bond, Assistant
Counsel at Telephone No. 263-7813 or Fax: 263-7929.


Cordially,

Ken Burns
Sr. Safety Advisor


**LG00738**


EXHIBIT____12____

## AFFIDAVIT OF ABATEMENT AND POSTING

STATE OF ALASKA     )
                            ) ss:
THIRD JUDICIAL DISTRICT )

       PAUL CRAPPS, being first duly sworn upon oath, deposes and states:

1.      I work at the Union Oil Company of California office building at 909 West 9th Avenue in Anchorage, Alaska as a Building Maintenance Specialist and have personal knowledge of the following:

2.      On or about March 8, 2003, the platform which is the subject matter of inspection number 305757577 was dismantled.

3.      On May 2, 2003, I posted the "Citation and Notification of Penalty" (Inspection No. 305757577) on the bulletin board located in the elevator lobby on each floor of the Unocal building located at 909 West 9th Avenue, Anchorage, Alaska. In addition, I posted a copy of the citation on the access door to the room where the platform was previously located.

4.      On May 9, 2003, I removed the "Citation and Notification of Penalty" (Inspection No. 305757577) from all locations where it had been posted.

FURTHER YOUR AFFIANT SAYETH NAUGHT.


                                Paul Crapps

       SUBSCRIBED AND SWORN to before me, the undersigned Notary Public in and for the State of Alaska, on this _9th_ day of May, 2003.


                                Notary Public in and for the State of Alaska
                                My Commission Expires: _8.29.06_


**LG00739**


EXHIBIT _12_

**Alaska Department of Labor and
Workforce Development**
Occupational Safety & Health
P.O. Box 107022
Anchorage, Alaska 99510
Phone: (907) 269-4940    FAX: (907) 269-4950



## Citation and Notification of Penalty

**To:**
Unocal 76 Incorporated
and its successors
P.O. Box 196247
Anchorage, AK 99519-6247

**Inspection Number:** 305757577
**Inspection Date(s):** 03/06/2003- 04/04/2003
**Issuance Date:** 04/30/2003

**Inspection Site:**
909 W.9th Avenue
Anchorage, AK 99519-6247

*The violation(s) described in this Citation
and Notification of Penalty is (are) alleged
to have occurred on or about the day(s) the
inspection was made unless otherwise
indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 calendar days (excluding weekends and State holidays) from your receipt of this Citation and Notification of Penalty you mail a notice of contest to the Alaska Department of Labor Office at the address shown above. Please refer to the enclosed form which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Board or a court.

**Posting** - The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or , if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 5 working days (excluding weekends and State holidays), whichever is longer. **The penalty dollar amounts need not be posted and may be marked out or covered up prior to posting.**

**Informal Conference** - An informal conference is not required. However, if you wish to have such a conference you may request one with the Chief of Enforcement during the 15 working day contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

**LG00740**

EXHIBIT 12

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Commissioner or his designees within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the page 3 Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** - You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. <u>Unless you inform the Commissioner or his designees in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Board and may not be reviewed by any court or agency.</u>

**Penalty Payment** - Penalties are due within 30 Calendar days of receipt of this notification unless contested. Make your check or money order payable to "State of Alaska". Please indicate the AKOSH Inspection Number on the remittance.

AKOSH does not agree to any restrictions or conditions or endorsements put on any check or money order for less than the full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

**Notification of Corrective Action** - For violations which you do not contest, you should notify the Alaska Department of Labor Office promptly by letter that you have taken appropriate corrective action within the time frame set forth on this Citation. Please inform this office in writing of the abatement steps you have taken and of their dates, together with adequate supporting documentation, e.g., drawings or photographs of corrected conditions, purchase/work orders related to abatement actions, air sampling results, etc.

**Employer Discrimination Unlawful** - The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the Alaska Department of Labor Office at the address shown above.

**Employer Rights and Responsibilities** - The enclosed form outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** - The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the Alaska Department of Labor Office at the address shown above and postmarked within 15 working days (excluding weekends and State holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**LG00741**

EXHIBIT _12_

Alaska Department of Labor and
Workforce Development



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with AKOSH to discuss the citation(s) issued on

04/30/2003.   The conference will be held at the AKOSH office located _____,

_____, Alaska, on _____ at _____.  Employees and/or

representatives of employees have a right to attend an informal conference.

**LG00742**

EXHIBIT __12__

Alaska Department of Labor and
Workforce Development
Occupational Safety and Health

Inspection Number: 305757577
Inspection Dates: 03/06/2003 - 04/04/2003
**Issuance Date:**     04/30/2003



## Citation and Notification of Penalty

**Company Name:**    Unocal 76 Incorporated
**Inspection Site:**    909 W.9th Avenue, Anchorage, AK  99519-2247

---

Citation 1 Item 1  Type of Violation:   Serious

29 CFR 1910.23(c)(1):  Walking-Working Surfaces.  Guarding floor and wall openings and holes.  Protection of open-sided floors, platforms, and runways.  Every open-sided floor or platform 4 feet or more above adjacent floor or ground level shall be guarded by a standard railing (or the equivalent as specified in paragraph (e) (3) of this section) on all open sides except where there is entrance to a ramp, stairway, or fixed ladder.  The railing shall be provided with a toeboard wherever, beneath the open sides,

Persons can pass,

There is moving machinery, or

There is equipment with which falling materials could create a hazard..

EXAMPLE: A Siemens Building Technologies Inc employee was working at the Unocal Office on a work platform that was four feet or more about adjacent floor or ground level that was not guarded by a rail or equivalent. The employee had changed the filters at Unocal for the past four years, once every three months. Employee was exposed to fall hazard due to the unguarded open side of platform.

Date By Which Violation Must be Abated:          05/18/2003
Proposed Penalty:                                             $     1125.00

John Stallone
Acting Chief, AKOSH

**LG00743**

---

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                 Page 4 of 4                 OSHA-2 (Rev. 9/93)

EXHIBIT 12

ALASKA DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
Division of Labor Standards and Safety

NOTICE OF CORRECTION

Inspection Report No. 305757577     Page 1 of 1     Date Issued 04/30/03

EMPLOYER: Unocal 76 Incorporated and its successors

The "ALLEGED VIOLATIONS" and the abatement dates are listed on this form in
the same manner as they were on the CITATION.

In order to complete the form, fill in the date the condition was corrected and sign/initial
appropriate block. Please attach documentation of the method used to correct the violation.
Such documentation can be in the form of photographs and/or diagrams; an appropriate
narrative of how the violation was corrected; or a written order for a part, service or
action that resulted in the correction of the violation. Please identify by violation, the
attached documentation submitted as proof of correction. If insufficient documentation is
provided, a representative of the Department will contact you and it may result in a
follow-up inspection to verify correction of the violation(s).  If all alleged violations
were corrected by a certain date, you may so indicate by writing the word "all" and the date
by which "all" were corrected in boxes in lower left hand corner of form.  The form needs
to be completed and mailed within 10 days of last abatement date listed.

Completion of this form does not preclude the Department from conducting subsequent
inspection to verify that abatement has taken place. Your cooperation is appreciated.

| Item No. | Sub-Chapter | Article & Section | Abatement Date | Date Corrected | Signature |
|----------|-------------|-------------------|----------------|----------------|-----------|
| Citation #1 | | | | | |
| 1 | | 29 CFR 1910.23(c)(1) | 05/18/2003 | | |

You must however still sign off on each individual alleged violation and
provide documentation of how each alleged violation was corrected.

I hereby certify under penalty of perjury that the above cited violation(s)
were abated by the date(s) specified above.

_____        _____        _____
Date                       Signature                  Title

DOSH 2DR/10/93

**LG00744**

EXHIBIT _12_

# FILE TRACKING FORM

**Employer** _Unocal Alaska_

**Site Location** _909 West 9th Ave / Anchorage_

**AK DOSH – 1#** _307+5877_     **C.O. Insp. #** _022-03_

## CASE TRACK

**Type Inspection** _Unprogrammed Related_

**Assigned by (unprogrammed)** _____

**Inspection Date** _03/06/03_

**C.O. Sign off Date** _04/09/03_

**No. of Citations** S _1_ O ____ W ____ R ____ FTA ____

**Penalty Total $** _1125.00_

**Close Referral** _____ **Close Complaint** _____

NAV _____ (Check here if NAV)

## ADMINISTRATIVE TRACK

1. **Closing Conference Date** _04/09/03_

2. **Data Entry Review Date** _4/18/03 DMV_

3. **Asst. Chief Sign off Date** _04/10/03_ _TB_

4. **Received Admin. Date** _4/14/03 DMV_

5. **Data Entry/Date/Initials** _4/18/03 DMV_

6. **Proofing/Review Date/Initials** _04/21/03_ _TB_

LG00745

EXHIBIT _12_

REVIEWER _____

REVIEW DATE: __4/9/03__

## CASE FILE REVIEW CHECKLIST

STABLISHMENT NAME: _UNOCAL ALASKA_    SIC _1311_

ITE ADDRESS: _909 W 9TH AVV ANCH._    INSPECTION #. (IMIS) _305 757 577_

☒ SAFETY    ☐ HEALTH    ☐ PUBLIC SECTOR    ☒ PRIVATE SECTOR

**INSPECTION TYPE**

TARGETING LIST ☐ No ☐ Yes Which List _____

LEP _____ NEP _____ ☐ AK10 ☐ AKS ☐ AKS

☐ Programmed    ☐ Fatality

☐ Complaint    ☐ Catastrophe    PARTIAL INSPECTION ☒   Not Marked ☐

☐ Referral    ☐ Follow-up    COMPREHENSIVE INSP ☐   Not Marked ☐

☒ Unprogrammed Related (State Only)

OPENING CONFERENCE DATE _3/6/03_    CLOSING CONFERENCE DATE _4/4/03_

DAYS ON SITE _2_    CONTROLLED BY EMPLOYER _345_

UNION: ☐ Yes ☒ No Info _____    COVERED BY THIS INSPECTION _4_

NAV ☐ Yes ☒ No    EMPLOYER TYPE _OIL PRODUCTION_

OSHA 200 Logs ☒ Yes ☐ No Reason _____

FOLLOW-UP BOX CORRECTLY MARKED? ☐ Yes ☐ No

REDUCTION FACTORS    **SIZE** ☐ Okay ☒ No    **GOOD FAITH** ☒ Okay ☐ No    **HISTORY** ☒ Okay ☐ No

| VIO# | | VIOLATION CLASSIFICATION | | CORRECT STD CITED? | | HIGH GRAVITY | | PENALTY ASSESSMENT | | | | VIOLATION SUBJECT |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | | | REDUCTION FACTORS CORRECT | | ABATEMENT VERIFIED | | |
| Cit | Item | Insp Class | According to OSHA | Yes | No | Yes | No | Yes | No | Yes | No | |
| 1 | 01 | S | ✓ | ✓ | | | ✓ | ✓ | | | | UNGUARDED PLATFORM |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

COMMENTS: _____

_____

_____

**LG00746**

Form Revised: 03/24/00 3:04 PM      EXHIBIT _12_

laska Department of Labor
Occupational Safety and Health

# Inspection Report

ed Apr 9, 2003 8:29am

| Rpt ID | Assignment Nr. | CSHO ID | Supervisor ID | Inspection Nr. | Opt. Insp. Nr. |
|--------|----------------|---------|---------------|----------------|----------------|
| 1050210 | 0 | Z3775 | J0975 | 305757577 | 022-03 |

| Establishment Name | | Unocal 76 Incorporated | | | |
|---|---|---|---|---|---|
| Site Address | 909 W.9th Ave PO Box96247 Anchorage, AK 99519-6247 | | Site Phone | (907) 263-7623 | Site FAX | (907) 263-7393 |
| Mailing Address | PO Box 196247 Anchorage, AK 99519-6247 | | Mail Phone | (907) 263-7623 | Mail FAX | (907) 263-7393 |
| Controlling Corp | Same | | Employer ID | | | |
| Ownership | A. Private Sector | | City | 0130 | County | 020 |
| Legal Entity | | A. Corporation | Previous Activity (State Only) | | | |

| Related Activity | | | | | | |
|---|---|---|---|---|---|---|
| Type | Number | Satisfied | Type | Number | Satisfied | |
| 1. Inspection | 305757577 | | | | | |

| Employed in Establishment | 95 | Advance Notice? | No | Category | | S. Safety |
|---|---|---|---|---|---|---|
| Covered By Inspection | 4 | Union? | No | Primary SIC | | 1311 |
| Controlled By Employer | 345 | Walkaround? | No | Secondary SIC | | |
| | | Interviewed? | Yes | Inspected | | |

| Inspection Type | G. Unprogrammed Related | Reason No Inspection |
|---|---|---|
| Scope of Inspection | B. Partial Inspection | |
| Classification | | |
| Strategic Initiatives | | |
| National Emphasis | | |
| Local Emphasis | | |

| Anticipatory Warrant Served? | No | Denial Date | Date ReEntered | Date ReDenied | ReEntered |
|---|---|---|---|---|---|
| Anticipatory Subpoena Served? | No | | | | |

| Entry | 03/06/03 | | First Closing Conference | 04/04/03 | |
|---|---|---|---|---|---|
| Opening Conference | 03/06/03 | | Second Closing Conference | | |
| Walkaround | 03/06/03 | | Exit | 03/06/03 | |
| Days On Site | 1 | | Case Closed | | |
| | | | No Citations Issued | | |

| Type | ID | Optional Information |
|---|---|---|
| | | |

| CSHO Signature | Tom _____ | Date | 4/9/03 |
|---|---|---|---|

LG00747

EXHIBIT _12_

OSHA-1(Rev. 6/93)


# Inspection Narrative

Wed Apr 9, 2003 8:29am

| | |
|---|---|
| Inspection Nr. | 305757577 |
| Opt. Case Number | 022-03 |

| Establishment Name | **Unocal 76 Incorporated** | | |
|---|---|---|---|
| Legal Entity | **A. Corporation** | Type of Business | **Oil Production** |

### Additional Citation Mailing Addresses

### Organized Employee Groups

### Authorized Employee Representatives

### Employer Representatives Contacted

| Name | Title | Function | Walk Around? |
|---|---|---|---|
| **Roxanne Sinz** | **Mangager, Public Affairs** | I O C | Y |
| **Paul Crapps** | **Buidling Maintenace Tech** | I | Y |
| **Ken Burns** | **Safety** | I C | |

### Other Persons Contacted

| Entry | 03/06/03 | | First Closing Conference | 04/04/03 | |
|---|---|---|---|---|---|
| Opening Conference | 03/06/03 | | Second Closing Conference | | |
| Walkaround | 03/06/03 | | Exit | 03/06/03 | |
| | | | Case Closed | | |

| Penalty Reduction Factors | | | | | |
|---|---|---|---|---|---|
| Size | 0 | Good Faith | 15 | History | 10 |

| Followup Inspection? | | Reason | |
|---|---|---|---|

**LG00748**

EXHIBIT ___12___

OSHA-1A(Rev. 6/93)

Coverage Information/Additional Comments

## SAFETY NARRATIVE

Site Location:     909 W. 9th. Ave Anchorage Ak 99519
                   Rooftop Mechanical Room (penthouse)

Employer:          Unocal 76 Inc.
                   909 W. 9th. Ave.
                   Anchorage, Ak. 99519-6247
                   Telephone  907-263-7393
                   Fax        907 263 7393

Roxanne Sinz       Manager, Public Affairs              Unocal
Paul Crabbe        Building Maintenance Technician,     Unocal
Ken Burns          Safety Consultant                    Unocal
Tom Scanlon        OSHA

On Thursday February 27th I was assigned to conduct an inspection at the Unocal Corporate
Office Building located at 909 West Anchorage Ave. Anchorage AK by Sue Lynn Hight (acting)
Assistant Chief, OSHA Enforcement Section.  A formal complaint had been filed by a Siemens
Building Technology employee.  Siemens is a maintenance service company specializing in HVAC
systems.  Siemens has serviced the Unocal HVAC system since July 1994. The complaint alleged
that Siemens employees were exposed to fall hazards when replacing HVAC filters at the Unocal
building.   The complaint states that the employees used non-approved scaffolding when
replacing filters.

On Monday March 2, 2003 Mr. Lee Zhao, CHSO trainee, and I conducted an opening conference
with Siemens management.  After a brief opening conference we proceeded to the Unocal
building to begin the inspection.  At the Unocal office we met Ms. Roxanne Sinz and Mr Ken
Burns.  Explained the purpose of our visit.

Ms. Sinz and Mr Burns accompanied us to the work site in question.   Began inspection,
photographed the work site and completed the inspection.

On March 5th OHSA made the following decisions: The work site was to be considered a multi
employer location. Unocal Alaska was the creating employer for this complaint.  And the
structure in question was a work platform and not a scaffold.

On Thursday March 6th I conducted and opening conference with Ms. Roxanne Sinz, Manager,
Public Affairs and Communication.  Ms. Sinz has the responsibility for Unocal Offices
Building Maintenance. She had just been assigned this responsibility the previous week.
Discussed all of the items on the pre-inspection check list and inspection guide lists.

Requested copies of the OSHA 200/300 logs for 200,2001, 2002, safety program and any
pertinent safety committee minutes.

Ms. Sinz and Mr. Crabbe accompanied me to the Rooftop Mechanical Room (penthouse) to take
additional pictures.  Interviewed Mr. Crabbe.

At this time I requested a current copy of the Unocal Siemens Service Contract.

The following individuals were interviewed during the inspection process:
Brent Davies, Pipefitter,   Siemens
Larry Groves, Pipefitter,   Siemens
Dan Hartan, Bldg Maint Tech, Unocal  (former)
Charles Arnet, Bldg Maint Coordinator, Unocal (former)
Paul Crapps, Bldg Maint Tech, Unocal  (currently)
Archie Cook, Unocal Human Resources Mgr with responsibility for Bldg Maint for the previouse
three and a half years.

The day after the inspection Ms. Sinz directed Paul Crabbe to dismantle the work platform and
to remove a step ladder that was used to access the platform.

On September 9th 2002 the work platform had collapsed while a Siemens employee was standing
on it while replacing filters.  Unocal Mgt. directed Paul Crabbe, Unocal Building Maintenance
Technician to replace the platform after it had collapsed.

The Siemens/Unocal Service Contract, dated May 31, 2000 stated in Article 6, Customer
Responsibilities: "Customer (Unocal) will be solely responsible any removal, replacement, or
refinishing of the building structure or finishes that may be required to gain access to the
Equipment.

**LG00749**

EXHIBIT _12_

OSHA-1A(Rev. 6/93)

Conducted closing conference on April 4th with Ms. Sinz and Mr. Burns. Discussed all of the items on the closing conference checklist. Discussed potential violation for unguarded work platform that was four feet or higher from the next level. Gave Ms. Sinz copy of CPL 2-0, 124 Multi employer citation policy and a copy of OSHA regulation 1910.23 (c)(1) Protection of open-sided floors, platforms, and runways. Explained that OSHA considered the worksite a multi employer location and that Unocal Alaska was the creating employer in regards to this citation. And the structure in question was a work platform rather than a scaffold.

Encouraged Ms. Sinz to use the services of OSHA Consultation and Training Section.

Ms. Sinz and Mr. Burns were cooperative and accommodating during the inspection process. Both had positive attitudes towards the inspection.

| Inspection Number | 305757577 |

**COVERAGE INFORMATION**

**NATURE AND SCOPE**

Check Applicable Boxes and Explain Findings:

[x] Complaint Items
Fall hazards

[ ] Referral Items

[ ] Accident Investigation Summary & Findings

[ ] LEP

[ ] Planned Inspection

NATURE AND SCOPE -- UNUSUAL CIRCUMSTANCES (Mark X and explain all that apply:)

[ ] None

[ ] Denial of entry (see denial memo)

[ ] Delays in conducting the inspection

[ ] Strikes

[ ] Jurisdictional Issues

[ ] Trade Secrets

[ ] Other

Comments:

**OPENING CONFERENCE NOTES:**

**LG00750**

**RECORDKEEPING PROGRAMS**
(Other than 29 CFR 1904 requirements)

Does the employer have a recordkeeping program relating to any occupational health issues (monitoring, medical, training, respirator fit tests, ventilation measurements, etc.)?

[ ] Yes    [ ] No

EXHIBIT __12__    OSHA-1A(Rev. 6/93)

Are any programs required by OSHA health standards?

☐ Yes  ☐ No

**COMPLIANCE PROGRAMS**
(engineering controls, PPE, regulated areas, emergency procedures, compliance plans, etc.)

Address any relevant compliance efforts regarding potential health hazards covered by the scope of the inspection.

**PERSONAL HYGIENE FACILITIES AND PRACTICES**
(showers, lockers, change rooms, etc.)

Are any required by OSHA health standards?

☐ Yes  ☐ No
What Standards:

**HAZARD COMMUNICATION PROGRAM**

Written Program (complete)

☐ Yes  ☐ No

MSDS's (all)

☐ Yes  ☐ No

Labeling (adequate)

☐ Yes  ☐ No

Training (complete)

☐ Yes  ☐ No

Copy MSDS's/Program attached

☐ Yes  ☐ No

Comments:

**ACCESS TO EXPOSURE & MEDICAL RECORDS**

**FIRE PROTECTION AND EVACUATION PROCEDURES**

**SYSTEMS SAFETY AND EMERGENCY RESPONSE**

**RESPIRATOR PROGRAM**

**LOCKOUT TAGOUT/ \ELECTRICAL SAFE WORKPRACTICES**

**FIRST AID**

**ELECTRICAL SAFE WORKPRACTICES**

**EXPOSURE CONTROL PLAN**

**LABORATORY STANDARD**

**ERGONOMIC PROBLEMS**

☐ Yes  ☐ No
If yes, complete the items 1 and 2 below.

1.    Lifting (10% or more similarly exposed employees injured)

a. Total # of employees exposed to job:

b. Total # of cases for job:

**LG00751**

EXHIBIT ___12___

OSHA-1A(Rev. 6/93)

2.    CTD's (10% or more similarly exposed employees have CTD's; 5% or more CTS cases)

a. Total # of employees exposed to job:

b. Total # of cases for job:

Other significant injury/illness trends

[ ] Yes    [ ] No

If yes, explain.

### EVALUATION OF EMPLOYER'S OVERALL SAFETY AND HEALTH PROGRAM

General Industry:

[X] Yes    [ ] No    Employer has a Safety & Health Program

[X] Yes    [ ] No    Written

[X] Yes    [ ] No    Copy Attached

Construction Industry:

[ ] Yes    [ ] No    Accident Prevention Program

[ ] Yes    [ ] No    Written

[ ] Yes    [ ] No    Copy Attached

**Evaluation of Safety and Health Program**
(0=Nonexistent 1=Inadequate 2=Average 3=Above average)

[2] Written S&H Program

[2] Communication to Employees

[2] Enforcement

[2] Safety Training Program

[ ] Health Training Program

[ ] Accident Investigation Performed

[X] Preventive Action Taken

Work platform and ladder was removed on March 7th, 2003

Comments:

### CLOSING CONFERENCE NOTES:

Were any unusual circumstances encountered such as, but not limited to, abatement problems, expected contest and/or negative employer attitude? If yes, explain below.

[X] Yes    [ ] No

The Unocal Safety Consultant, Burns, stated during the closing conference that the citation would not go any further than the informal conference.

19. Closing Conference Checklist ("x" as appropriate)

[ ] No Violations Observed

**LG00752**

OSHA-1A(Rev. 6/93)

EXHIBIT __12__

| X | Gave Copy Employer Rights |

| X | Reviewed Hazards & Standards |

| X | Discuss Employer Rights/Obligations |

| X | Encouraged Informal Conference |

| | Offered Abatement Assistance |

| X | Discussed Consultation Programs |

| | Employer/Employee Questionnaires |

**Closing Conference Held with Employee Representative**

| | Jointly | X | Separately |

| CSHO Signature | | Date | 4/09/03 |
| Accompanied By | | | |

**LG00753**

EXHIBIT __12__

OSHA-1A(Rev. 6/93)

Thu Apr 10, 2003 10:40am

| | | Inspection Number | 305757577 |
|---|---|---|---|
| | | Opt. Insp. Number | 022-03 |

| Establishment Name | **Unocal 76 Incorporated** | | | | | |
|---|---|---|---|---|---|---|
| Type of Violation | S Serious | Citation Number | **01** | Item/Group | | **001** |
| Number Exposed | 1 | No. Instances | 1 | REC | | |
| Std. Alleged Vio. | **1910.0023( c)( 1)** | | | | | |

| Abatement Period | MultiStep Abatements | | | Final Abatement | Action Type/Dates | | |
|---|---|---|---|---|---|---|---|
| | PPE Period | Plan | Report | | | | |
| **15** | | | | | | | |
| Abatement Documentation Required | | | | Date Verified | | | |

| Substance Codes | |
|---|---|

| AVD/Variable Information: | |
|---|---|

Protection of open-sided floors, platforms, and runways.
1910.23(c)(1)
(1) Every open-sided floor or platform 4 feet or more above adjacent floor or ground level shall be guarded by a standard railing (or the equivalent as specified in paragraph (e)(3) of this section) on all open sides except where there is entrance to a ramp, stairway, or fixed ladder. The railing shall be provided with a toeboard wherever, beneath the open sides,
STD 1-1.5

EXAMPLE:  A Siemens Building Techologies Inc employee was working at the Unocal Office ~~located at 909 W. 9th Ave~~    973
~~Anchorage Ak.~~ on a work platform that was four feet or more about adjacent floor or ground level that was not guarded by
a rail or equivalent. The employee had changed the filters at Unocal for the past four years, once every three months.
Employee was exposed to fall hazard due to the unguarded open side of platform.

| Penalty Calculations | | | | Adjustment Factors | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBP | Size | Good Faith | History | |
| L Low | L Lesser | **01** | **1500.00** | **0** | **15** | **10** | **1125.00** |
| Repeat Factor | | **0** | | | | | |

| Employee Exposure: | | | | | | |
|---|---|---|---|---|---|---|
| Occupation | **Maintenance** | Employer | **Unocal Alaska** | | | |
| Nr of Employees | 1 | Duration | **4 days** | Frequency | **6 hours a day** | |
| Employee Name | **Paul Crapps** | | | | | |
| Address | | | Phone | | | |
| Occupation | **Pipefitter** | Employer | **Siemens Building Technologies** | | | |
| Nr of Employees | 1 | Duration | **4 days** | Frequency | **6 hours a day** | |
| Employee Name | **Larry Grove** | | | | | |
| Address | | | Phone | | | |
| Occupation | **Pipefitter** | Employer | **Siemens Building Technologies** | | | |
| Nr of Employees | 1 | Duration | **4 days** | Frequency | **6 hours a day.** | |
| Employee Name | **Brent Davies** | | | | | |

OSHA-1B/1BHprint(Rev. 9/93)

| Address | | Phone | |
|---|---|---|---|
| | : | | |

| Instance Description: | A. Hazard | B. Equipment | C. Location | D. Injury/Illness | E. Measurements |
|---|---|---|---|---|---|

| 4. Date/Time |
|---|
| 3/06/03 |

20. Instance Description -  Describe the following:
    a) Hazards-Operation/Condition-Accident:
        Employee was working on a work platform that was more
        than four feet or more above adjacent floor or ground
        without any rail or guard protecting the open side.
    b) Equipment:  Work platform
    c) Location 909 W. 9th Ave, Anchorage Ak
            Rooftop Mechanical Room (penthouse)
    d) Injury/Illness
        Bruises, contusions, fractures, broken bones, death
    e) Measurements
        7 feet 2 inches

| 21. Photo Number | Location on Video |
|---|---|
| Pix 1,2,3,4,5,6,7,8,9,10,11,12, 13,14,15 | |

23. Employer Knowledge : Yes, Unocal management acknowledged
during inspection and subsequent conversations with OSHA Safety
Officer that the platform had been in place for "years and years"
probably back to the 70's.  One employee who had worked for
twelve years at Unocal said that the platform had been there when
he started work.  During employee interview employee stated that
the Unocal Building Maintenance Coordinator had visited the
mechanical room on "several" occasions.  And in fact had "handed"
filters to a Siemens employee while he was standing on the
platform.

24. Comments (Employer, Employee, Closing Conference) : Employees
acknowledged during employee interviews that the work platform in
Pix's 1 thru 15 were used on a regular basis ( for at least four
years) to change the filters the HVAC filers.

On September 9th 2002 the work platform collapsed while a Siemens
employee was standing on the platform and replacing filters.
Unocal Management directed their Building Maintenance Technician
to replace the platform after the fall.

After the OSHA inspection on March 3, 2003, Ms. Sinz and Mr.
Burns directed the Unocal Building Maintenance Technician to
remove the platform and a step ladder that was being used to
access the platform.

The Siemens Technician changed the filters once every three
months.  It would take 5-6 hours to replace all 52 filters.
There are a total of 52 filters, 24x24x2 that were replaced on a
regular basis.

**LG00755**

EXHIBIT                     OSHA-1B/1BIHprint(Rev. 9/93)

25. Other Employer Information : The Unocal Manager responsible for Building Maintenance for the previous three and a half years acknowledged during an interview that he had  authorized over time for the Building Maintenance Coordinator to allow him to oversee the Siemens filter replacement after normal business hours..  After an accident on September 9th, 2002  when the platform had fallen, Unocal management directed  the Unocal building maintenance technician to replace the work platform.

OSHA considers the Unocal office building to be a multi-employer worksite.  Unocal is the creating employer for this citation. It has the responsibility and duty to exercise reasonable care to prevent and detect safety hazards and or violations.   According to the March 7th memo from Roxanne Sinz Unocal did not conduct safety meetings for the office or maintenance staff nor did they onduct any periodic safety inspections.  Siemens Building Technologies Inc. has serviced the Unocal HVAC system since July 1994.

Per the Siemens Unocal Service Contract Article 6, dated May 31, 2000: Customer Responsibilities:  "Customer (Unocal) will be solely responsible any removal.replacement, or refinishing of the building structure or finish that may be required to gain access to such equipment.

| 26. Classification: | | | | |
|---------|-----------|--------|----------|---------|
| Serious | Knowledge | S or O | Repeat ? | Willful ? |
| Serious | Yes | S | No | No |

| First Repeat | Second Repeat | Repeat Penalty |
|--------------|---------------|----------------|
| No | No | No |

| Event Date: | Event Code | Action Code | Citation Type | Penalty | Abate Date: | Final Order: |
|-------------|-----------|-------------|---------------|---------|-------------|--------------|
| | Z Add transaction | A Add | S Serious | 1125.00 | | |

**LG00756**



EXHIBIT __12__         OSHA-1B/1BIHprint(Rev. 9/93)

Unocal Alaska
Union Oil Company of California
909 West 9th Avenue
Anchorage, Alaska 99519-6247
Telephone (907) 276-7600



**UNOCAL 76**

March 7, 2003

Mr. Tom Scanlon
Safety Enforcement
OSHA
State of Alaska
Department of Labor
 & Workforce Development
P.O. Box 107022
Anchorage, AK 99510-7022

Dear Mr. Scanlon:

Following our discussion of Thursday, March 6, 2003 the following is provided:

- ~~Safety meeting minutes from Anchorage office from past year: no minutes provided. All safety meetings (with minutes) occur for offshore facilities only.~~ As a result of this, quarterly safety meetings (see attached sample agenda) will be implemented for Anchorage office.
- 200 & 300 logs for past 3 years: provided.
- ~~Periodic safety inspections: nothing provided. A system for the Anchorage office will be implemented.~~
- Siemen's contract: most current provided. The earliest contract we have with them is dated July, 1994.
- Steve Noey's company name: SJA Properties LLC
- Contact for Don Akers': 907/248-1475 (Sterling)

I also provided you with a copy of our Emergency Procedures for the Anchorage office.

Thank you.

Very truly yours

Roxanne M. Sinz

Roxanne M. Sinz

**LG00757**

EXHIBIT ___12___

# Notice of Alleged Safety or Health Hazards

Wed Feb 26, 2003 5:45pm

| | | Complaint Number | 201672011 |
|---|---|---|---|
| Establishment Name | Siemens Building Technologies, Inc. | | |
| Site Address | Unocal Bld, 9th Street, Penthouse, Anchorage, AK 99501 | | |
| | Site Phone | Site FAX | |
| Mailing Address | 5333 Fairbanks Street, Ste. B, Anchorage, AK 99518 | | |
| | Mail Phone (907) 563-2242 | Mail FAX | |
| Management Official | Levertte Hoover | Telephone | |
| Type of Business | HVAC Maintenance | | |

**HAZARD DESCRIPTION/LOCATION.** Describe briefly the hazard(s) which you believe exist. Include the approximate number of employees exposed to or threatened by each hazard. Specify the particular building or worksite where the alleged violation exists.

**DESCRIPTION:**

Employees are exposed to falling hazards while replace HVAC filters. Employees are using non-approved scaffolding to access the filter area.

**LOCATION:**

Unocal Bldg, Rooftop Mechanical Room (Penthouse)
Supply Fan Filter Section

Unocal Bldg on 9th Ave

LG00758

EXHIBIT 12

OSHA-7(Rev. 5/96)

| Employer | Inspection Date | Compliance Officer | Inspection Number |
|---|---|---|---|
| UNOCAL | 3/06/03 | T. SCANLON | 305757577 |

**Attendance**

**Conference**

Date: 4/04/03

| | Names | Titles |
|---|---|---|
| 1. | RUXANNV SINZ | MANAGER PUBLIC AFF. |
| 2. | TOM SCANLON | — OSPP |
| 3. | KEN BURNS | SAFETY Spec. |
| 4. | | |
| 5. | | |
| 6. | | |

Time: ...

Review apparent safety-health violations noted during inspection and set tentative abatement dates.

**EMPLOYER, Read the following and sign at bottom of page.**

1. Citations may be issued for some or all of the alleged violations and monetary penalties may or may not be assessed.

2. Your firm will be notified by registered mail of any alleged violations and assessed penalties, if any. Appeal procedures will be fully described in the citation or penalty notice.

3. Citations issued will fix a reasonable time to abate violations.

4. The employer has fifteen working days from receipt of citation to:

   (a) Schedule an informal conference with DOSH administrators to discuss questions concerning the citation, proposed penalties, or abatement dates.

   (b) Contest violations or penalties to the Review Board. (Notice of contest must be in writing.)

5. The employer may contest the citation, violations, penalties, abatement dates, or any combination of these.

6. If the citation is amended to allow an abatement period of longer than thirty days, progress reports are required.

7. The employer should abate as promptly as possible and notify the DOSH Anchorage office by mail of the corrected items and dates.

8. If a citation is issued, it must be posted conspicuously for a period of five working days or until abated, whichever is longer.

9. A follow-up inspection may be performed.

10. If a follow-up inspection by a state officer reveals a failure-to-abate situation, *daily* penalties will be imposed.

I have read and understand items 1 through 10 above.

Employer Signature  _Roxanne M. Sinz_

A copy of this form is to be given to the employer for his records, and to the employee representative if he participated in the closing conference.

Remarks _____

_____

**LG00759**

EXHIBIT 12

AK-DOSH 12 R 12-79

Division of Labor Standards and Safety

| MOD Date | 1. Reporting ID | Suspension Report Number | Inspection Number (Identifies this inspection) |
|---|---|---|---|
| 3 06 03 | | | 305 757 577 |

**5. Related Activity/ Activity Satisfied**

| 5.1 Type | Number | Satisfied ☐ S ☐ H | 5.2 Type | Number | Satisfied ☐ S ☐ H | 5.3 Type | Number | Satisfied ☐ S ☐ H | 6. Total Entries |
|---|---|---|---|---|---|---|---|---|---|

**7. Previous Activity**
Has there been previous activity at this establishment?   ☐ Yes   ☐ No   If Yes, enter ▶   Type _____ Number _____

**8. a.** ☐ Change?   **b. Establishment Name**   UNOCAL ALASKA

**9. Employer ID (State's option)**

**10. a.** ☐ Change?   **b. Site Address (Street, City, State, ZIP)**   909 W 9TH AVU ANCHORAGE AK

**11. City Code**   0130

**12. County Code**   020

**13. Mailing Address (If different) (Street, City, State, ZIP)**   PO BOX 196247 ANCHORAGE AK 99519-6247

**14. Telephone Number**   907-263-7263

**15. Name of Controlling Corporation, Partner, or Owner**   UNION OIL COMPANY OF CALIFORIA

**16. Telephone Number (Site)**

**Ownership** / **17. a.** ☒ Private Sector   **c.** ☐ State Government   **b.** ☐ Local Government   **d.** ☐ Federal Agency/Code

**18. Legal Entity (Optional)**   **a.** ☒ Corporation   **b.** ☐ Partnership   **c.** ☐ Sole Owner

**Inspection Opening** / **19. Was Advance Notice Given?**   ☐ Yes   ☒ No

**20. Opening Conference Date**   3 06 03

**Inspection Category** / **21. Mark "X" in one box**   ☒ Safety   ☐ Health

**22. Primary SIC**   1311

**23. Secondary SIC**   **a.** Guide   **b.** Insp'c.

**Inspection Type** / **24. Mark "X" in one box**

**Unprogrammed**
- **a.** ☐ Accident
- **b.** ☐ Complaint
- **c.** ☐ Referral
- **d.** ☐ Monitoring

**Programmed**
- **h.** ☐ Planned
- **e.** ☐ Variance
- **f.** ☐ Follow-up
- **g.** ☒ Unprogrammed Related
- **i.** ☐ Programmed Related

**25. Inspection Classification (Mark all that apply)**
- **a.** Safety Planning Guide: ☐ Manufacturing ☐ Construction ☐ Maritime
- **b.** Health Planning Guide: ☐ Manufacturing ☐ Construction ☐ Maritime
- **c.** ☐ Local Emphasis Program (specify)
- **d.** ☐ National Emphasis Program (specify)
- **e.** ☐ Migrant Farmworker Camp

**Employee Information**

| 26. Number of Employees Employed in Establishment | 27. Number of Employees Covered by Inspection | 28. Number of Employees Controlled by Employer | 29. a. ☐ Union  b. ☒ Non-Union | 30. a. ☐ Employee Exercised Walkaround Privilege?  b. ☒ Employees Interviewed? (State's Option) |
|---|---|---|---|---|
| 95 | 4 | 345 | | |

**OSHA-200 Data** — Copy below the OSHA-200 Log entries for the most current complete year.

**33. LWDI Rate**

**31. Year:**   **32.** ☐ Date Not Available

| Occupational Injury Cases | | | | | | Occupational Illness Cases (7) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (8) | (9) | (10) | (11) | (12) | (13) |

**34.**

**Scope of Inspection** / **35. Scope (Mark "X" in one box)**   **a.** ☐ Comprehensive Inspection   **b.** ☐ Partial Inspection   **c.** ☐ Records Only Inspection   **d.** ☐ No Inspection

**36. Number of Days Site Visited**

**Warrant Information** / **37. Anticipatory Warrant/ Subpoena Served**   ☐ Yes

**38. Date of Denial**   **39. Date Re-Entered**   **40. Date Re-Denied**   **41. Date Re-Entered**

**42. Optional Information**

| Type | ID | Value | Type | ID | Value |
|---|---|---|---|---|---|
| | | | | | |

**43. Total Entries**

**Closed Case** / **44.**   **a.** ☐ Close   **b.** ☐ No Citations Issued

**45. If no inspection conducted, mark "X" in one box**
- **a.** ☐ Establishment Not Found
- **b.** ☐ Employer Out of Business
- **c.** ☐ Process To Be Inspected Not Active
- **d.** ☐ Ten or Fewer Employees
- **e.** ☐ Denied Entry
- **f.** ☐ SIC Not on Planning Guide
- **g.** ☐ Worksite Exempt Through Voluntary Program
- **h.** ☐ Non-Exempt Consultation in Progress
- **i.** ☐ Other

**46. Closing Conference Date (On Site)**

**47. CSHO Signature**   Tom _____   **Date**   3 06 03

**48. Reviewer Signature**   **Date**

EXHIBIT 12

AKDOSH-1 (Rev. 1/84)

LG00760

**10**

Pre-inspection Check List:

A. Credentials and Legal Authority ☑

B. Purpose of Inspection ☑

C. Permission (Name: _M. SINZ_ ) ☑

D. Explain Camera and Equipment ☑

E. Trade Secrets ☑

F. Referrals ☑

G. Explain Walkaround Procedure ☑

H. Request Employee on Walkaround ☑

I. Explain Rights and Discrimination Law ☑

J. Schedule Closing Conference ☑

**11**

Inspection Guide List:

|  | Yes | No |
|---|---|---|
| A. Posting Requirements | ☑ | ☐ |
| B. Safety Rules or Code | ☑ | ☐ |
| C. Safety Meetings | ☑ | ☐ |
| D. Accident/Illness Log/Records | ☑ | ☐ |
| E. Periodic Safety Inspections | ☑ | ☐ |
| F. Fire Protection | ☑ | ☐ |
| G. First Aid Kit | ☑ | ☐ |
| H. First Aid Card (If Applicable) | ☑ | ☐ |
| I. Hazardous Substances | ☑ | ☐ |
| J. If Yes to I, Hazard Communication Program | ☑ | ☐ |
| K. PPE | ☑ | ☐ |

**12**

Evaluation of Safety and Health Program:

Circle appropriate number:    Codes:    0 = Nonexistant    1 = Inadequate    2 = Average    3 = Above Average

| | | | | |
|---|---|---|---|---|
| A. Written Program | 0 | 1 | 2 | 3 |
| B. Communication to Employees | 0 | 1 | 2 | 3 |
| C. Enforce Program | 0 | 1 | 2 | 3 |
| D. Safety Program | 0 | 1 | 2 | 3 |
| E. Health Training | 0 | 1 | 2 | 3 |
| F. Injuries Investigated | 0 | 1 | 2 | 3 |
| G. Preventative or Corrective Action | 0 | 1 | 2 | 3 |

**13**

Closing Conference Checklist:                    No Apparent Violations ☐

A. Review hazards and apparent violations noted. ☑

B. Cover Items 1-10 on Closing Conference Worksheet (AK DOSH 12). ☑

C. Offer abatement assistance if appropriate. ☑

D. Inform employer of consultation and training services. ☑

EXHIBIT _12_     **LG00761**

**1. Employer:**
_UNOCAL ALASKA_

**2. Inspection Number:**
_305 757 577_

**3. Opening Conference:**

Date and Time _3/6/03_

| Name | Job Title |
| --- | --- |
| _ROXANN SINZ_ | _MGR PUBLIC AFFAIR_ |
| _T. SCANLON_ | _OSHA_ |

**4. Closing Conference:**

Date and Time _4/4/03_

| Name | Job Title |
| --- | --- |
| _KEN BURNS_ | _SUPT UNOCAL_ |
| _ROXANN SINZ_ | _MGR PUBLIC AFFRN_ |
| _TM, SCANLON_ | _OSHA_ |

**5. Authorized Employee Representatives:**

| Name | Local # |
| --- | --- |
| | |
| | |
| | |

**6. Employees Contacted:**

|  | LTR | INT | WA |
| --- | --- | --- | --- |

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

**7. Other Inspection Contacts:**

| Name | Position |
| --- | --- |
| | |
| | |
| | |

**8. Additional Citation Mailing Address:**

Name: _____

Address: _____

**9. Pre-inspection Check List:**

A. Credentials and Legal Authority ☐

B. Purpose of Inspection ☐

C. Permission (Name: _____ ) ☐

D. Explain Camera and Equipment ☐

E. Trade Secrets ☐

F. Referrals ☐

G. Explain Walkaround Procedure ☐

H. Request Employee on Walkaround ☐

I. Explain Rights and Discrimination Law ☐

J. Schedule Closing Conference ☐

**10. Inspection Guide List:**

| | Yes | No |
| --- | --- | --- |
| A. Posting Requirements | | ☐ |
| B. Safety Rules or Code | — | ☐ |
| C. Safety Meetings | ☐ | ☐ |
| D. Accident/Illness Log/Records | ☐ | ☐ |
| E. Periodic Safety Inspections | ☐ | ☐ |
| F. Fire Protection | ☐ | ☐ |
| G. First Aid Kit | ☐ | ☐ |
| H. First Aid Card (If Applicable) | ☐ | ☐ |
| I. Hazardous Substances | ☐ | ☐ |
| J. If Yes to I, Hazard Communication Program | ☐ | ☐ |
| K. PPE   EXHIBIT _12_ | ☐ | ☐ |

AK-DOSH 1A R 2-89

Alaska Department of Labor
Occupational Safety and Health

# OSHA-200 Data/Safety and Health Program Evaluation

Date Apr 8, 2003 1:16pm

| Establishment Name | Unocal 76 Incorporated | | | | | | Ownership | A. Private Sector |
|---|---|---|---|---|---|---|---|---|
| Site Address | 909 W.9th Ave PO Box96247 Anchorage, AK 99519-6247 | | | | Site Phone | (907) 263-7623 | Site FAX | (907) 263-7393 |
| Mailing Address | PO Box 196247 Anchorage, AK 99519-6247 | | | | Mailing Phone | (907) 263-7623 | Mailing FAX | (907) 263-7393 |
| Controlling Corp | Same | | | | | | Employer ID | |

## SUMMARY OSHA-200 DATA

| | | | | Data Not Available | | Partial Log Year | | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|
| LWDI RATE | 2.8 | LWDII RATE | 2.8 | Log Year | 2000 | Employment Average | 71 | Total Hours Worked | 142000 |

| Occupational Injury Cases | | | | | | Occupational Illness Cases | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) Nbr. of Fatality Dates | (2) Lost Workday Cases | (3) Cases With Days Away | (4) Nbr. of Days Away | (5) Restricted Workdays | (6) Cases w/o Lost Workdays | (7a) Skin Diseases/ Disorders | (7b) Dust Diseases (Lungs) | (7c) Respiratory Toxic Agents | (7d) Poisons | (7e) Disorders Physical Agents | (7f) Repeat Trauma | (7g) Other | (8) Nbr. of Fatality Dates | (9) Lost Workday Cases | (10) Cases With Days Away | (11) Nbr. of Days Away | (12) Restricted Workdays | (13) Cases w/o Lost Workdays |
| 0 | 2 | 2 | 43 | 10 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OSHA-200 DATA

| | | | | Data Not Available | | Partial Log Year | | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|
| LWDI RATE | 0.0 | LWDII RATE | 0.0 | Log Year | 2001 | Employment Average | 70 | Total Hours Worked | 140000 |

| Occupational Injury Cases | | | | | | Occupational Illness Cases | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) Nbr. of Fatality Dates | (2) Lost Workday Cases | (3) Cases With Days Away | (4) Nbr. of Days Away | (5) Restricted Workdays | (6) Cases w/o Lost Workdays | (7a) Skin Diseases/ Disorders | (7b) Dust Diseases (Lungs) | (7c) Respiratory Toxic Agents | (7d) Poisons | (7e) Disorders Physical Agents | (7f) Repeat Trauma | (7g) Other | (8) Nbr. of Fatality Dates | (9) Lost Workday Cases | (10) Cases With Days Away | (11) Nbr. of Days Away | (12) Restricted Workdays | (13) Cases w/o Lost Workdays |
| 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

LG00763

EXHIBIT 12

U.S. Department of Labor
Occupational Safety and Health Administration

# OSHA-300 Data/Safety and Health Program Evaluation

Apr 8, 2003 1:16pm

| Establishment Name | Unocal 76 Incorporated | | Ownership | A. Private Sector |
|---|---|---|---|---|
| Controlling Corp | Same | | Employer ID | |

| SUMMARY OSHA-300 DATA | | Log Year | 2002 | Data Not Available | | Data Not Required | | Partial Log Year | | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TRC RATE | 0.0 | DART RATE | 0.0 | Annual Average Number of Employees | | 67 | Total Hours Worked by All Employees | | 134000 | | |

| Number of Cases | | | | Number of Days | | Injury and Illness Types | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (G) Deaths | (H) Days Away | (I) Job Xfer or Restrict | (J) Other Recordable | (K) Nbr Days Job Xfer or Restrict | (L) Nbr Days Away | (M1) Injuries | (M2) Skin Disorders | (M3) Respiratory Conditions | (M4) Poisonings | (M5) All Other Illnesses |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

LG00764

EXHIBIT 12

# Survey of Occupational Injuries and Illnesses, 2000

U.S. Department of Labor
Bureau of Labor Statistics

Read our letter for important information

C/O ALASKA DEPARTMENT OF LABOR
WORKFORCE DEVELOPMENT, R&A SECTION
P O Box 25501
Juneau, AK 99802-5501

**Address for Return Envelope:**

C/O ALASKA DEPARTMENT OF LABOR
WORKFORCE DEVELOPMENT, R&A
SECTION
P O Box 25501
Juneau, AK 99802-5501

**Reporting Site:**

DIST HEADQUARTERS ANCHORAGE AK

**Your Company Address:**

02-036938166-2000

UNION OIL CO OF CALIFORNIA
909 W 9TH AVE
ANCHORAGE, AK 99501-0000

02-036938166-2000-1 5171 97 N 50 00

Please Correct Your Company Address

**LG00765**



We estimate it will take an average of 45 minutes to complete this survey (ranging from 30 minutes to 4 hours per package), including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing this information. If you have any comments regarding the estimates or any other aspect of this survey, including suggestions for reducing this burden, please send them to the Bureau of Labor Statistics, Occupational Safety and Health Statistics (1220-0045), 2 Massachusetts Avenue, N.E., Washington, DC 20212. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. DO NOT SEND THE COMPLETED FORM TO THIS ADDRESS.

The Bureau of Labor Statistics and the state agency collecting this information will use the information you provide for statistical purposes only. To the full extent permitted by law, this information will be held in confidence and will not be disclosed without the written consent of your establishment.

EXHIBIT /2

OMB No. 1220-0045
Approval expires 12-31-01
BLS-9300 N06

# art 1: Summary of 2000 Occupational Injuries and Illnesses

establishments must complete this part of the survey, even if there were no occupational injuries and illnesses during
00. This form tells us about the number of employees in your establishment and the number of hours they worked.
also gives us a summary of any occupational injuries and illnesses that did occur during 2000.

you have already provided the **Occupational Safety and Health Administration** (OSHA) with this information, you may
ach a copy of their form instead of completing Part 1. If you choose to attach the OSHA form, go to **What's Next**.

answer the questions below, you'll need

- information about employment and hours worked from your payroll, and
- your completed copy of the 2000 *Log and Summary of Occupational Injuries and Illnesses* (OSHA No. 200).

## ell us about your establishment's employees and the hours they worked

e sure the information you supply refers **only** to the establishment(s) noted on the cover under *Reporting Site*.

What is the average number of employees who worked for your establishment during 2000?          **7 1**
If this number isn't available, you can estimate it this way:

*Employment average*

- **Add** together the number of employees
  your establishment paid in every pay
  period during 2000. Include all
  employees: full-time, part-time,
  temporary, seasonal, salaried, and
  hourly.

- **Divide** that answer by the number
  of pay periods your establishment had
  in 2000. Be sure to include any pay
  periods when you had no employees.

- **Round** the answer to the next highest
  whole number. Write the rounded
  number in the blank marked
  *Employment average*.

> **Example**
> Acme Construction pays its employees 26 times each
> year. During 2000,
>
> | in this pay period | Acme paid this many employees |
> |---|---|
> | 1 | 10 |
> | 2 | 0 |
> | 3 | 15 |
> | 4 | 30 |
> | 5 | 40 |
> | ↓ | ↓ |
> | 24 | 20 |
> | 25 | 15 |
> | 26 | 10 |
> | | 830   (sum) |
>
> Because Acme has 26 pay periods, it would divide its
> sum by 26.
>
> 830 divided by 26 = 31.92
>
> Acme would round 31.92 to 32 and write that number in
> the blank marked *Employment average*.

2. How many hours did your employees (salaried as well as hourly employees) actually work during 2000?     **142,000**

*Total hours worked*

Do **not** include vacation, sick leave, holidays, or any other non-work time, even if employees were
paid for it. If your establishment keeps records of only the hours paid or if you have employees
who are not paid by the hour, please estimate the hours that the employees actually worked.

If this number isn't available, you can use this worksheet to estimate it.

> **Optional Worksheet**
>
> _____ Find the number of full-time employees in your establishment for 2000.
>
> x _____ Multiply by the number of work hours for a full-time employee in a year.
>
> _____ This is the number of full-time hours worked.
>
> + _____ Add the number of any overtime hours as well as the hours worked by other
> employees (part-time, temporary, seasonal).
>
> _____ Round t'   swer to the next highest whole number. Write t'   ounded number
> in the blai.. marked *Total hours worked*.

**LG00766**

EXHIBIT **12**

☒ Nothing unusual happened ☐ Natural disaster or adverse weather conditions

☐ Strike or lockout ☐ Shorter work schedules or fewer pay periods than usual

☐ Shutdown or layoff ☐ Longer work schedules or more pay periods than usual

☐ Seasonal work ☐ Other reason: _____

Did you have ANY occupational injuries or illness during 2000?

☐ Yes. Go to the next section, *Tell us about the injuries and illnesses during 2000*.

☒ No. Go to *Sign This Form* on the back cover.

## ll us about the injuries and illnesses during 2000

ou had occupational injuries or illnesses during 2000, follow these steps.

❶ Go to your completed 2000 *Log and Summary of Occupational Injuries and Illnesses* (OSHA No. 200) form.

❷ Look at the total line on the last page.

❸ Copy the 2000 totals from your OSHA No. 200 form into the columns below. If more than one establishment is noted on the front cover under *Reporting Site*, add together the total lines from all your OSHA No. 200 forms to get the 2000 totals for all establishments. Then copy those totals into the columns below.

### Total Injuries

| Copy these totals from columns (1) – (6): | Deaths as a result of injury (column 1) | Injuries with days away from work, or restricted workdays or both (column 2) | Injuries with days away from work (column 3) | Total days away from work (column 4) | Total days of restricted work activity (column 5) | Injuries without lost workdays (column 6) |
|---|---|---|---|---|---|---|
| | ____ | ____ | ____ | ____ | ____ | ____ |

### Total Types of Illnesses

| Copy these totals from columns (7a) – (7g): | Skin diseases or disorders (column 7a) | Dust diseases of the lungs (column 7b) | Respiratory conditions due to toxic agents (column 7c) | Poisoning (column 7d) | Disorders due to physical agents (column 7e) | Disorders associated with repeated trauma (column 7f) | Other occupational illnesses (column 7g) |
|---|---|---|---|---|---|---|---|
| | ____ | ____ | ____ | ____ | ____ | ____ | ____ |

### Total Illnesses

| Copy these totals from columns (8) – (13): | Deaths as a result of illness (column 8) | Illnesses with days away from work, or restricted workdays or both (column 9) | Illnesses with days away from work (column 10) | Total days away from work (column 11) | Total days of restricted work activity (column 12) | Illnesses without lost workdays (column 13) |
|---|---|---|---|---|---|---|
| | ____ | ____ | ____ | ____ | ____ | ____ |

## hat's next

k at the totals you copied into columns (3) and (10) above (look for the bold lines).

➤ If you had NO cases in both columns (3) and (10), you are finished with the survey. Go to *Sign This Form* on the back cover.

➤ If you HAD cases in either column (3) or column (10), go to *Part 2: Reporting Cases with Days Away from Work.*

LG00767

EXHIBIT 12

l in the name, title, and phone number of the person we should call with questions about the survey. Then date and sign the
m.

KENNETH M. BURNS

(907) 283-5525    (907) 283-5590
*Telephone number    Ext.    Fax number*

SR. SAFETY Specialist

*nied name*

*le*    *Signature*    2/15/01    *Today's date*

se the return envelope to send us the **entire package** — everything that we sent you — within 30 days of the date your
tablishment received it. If the return envelope is missing, send the **entire package** to the return address on the front
ver (look for *Address for Return Envelope*).

# f You Need Help . . .

you have any questions or if you need help completing the survey, call the phone number that is listed below for your
tate. The phone number may be for an office outside of your State, but they will be able to help you. If you prefer to
rite, send your letter to the return address on the front of this package.

## A - H

**labama** (334) 242-3460
(334) 240-3417 fax

**laska** (907) 465-6034
(800) 325-9872 fax

**rizona** (602) 542-3739

**rkansas** (501) 682-4542
(501) 682-4754 fax

**alifornia** (415) 703-3020
(415) 703-3029 fax

**olorado** (816) 426-4599
(816) 426-7774 fax

**connecticut** (860) 566-4380
(860) 566-1731 fax

**Delaware** (302) 761-8223, 8221
(302) 761-6601 fax

**District of Columbia**
(215) 861-5638

**Florida** (850) 922-8953
1-800-219-8953
(850) 922-0024 fax

**Georgia** (404) 651-7514, 7557
(404) 651-7573 fax

**Guam** (671) 475-0168
(671) 475-0166 fax

**Hawaii** (808) 586-9001
(808) 586-9022 fax

## I - M

**Idaho** (415) 975-4473

**Illinois** (217) 524-2098
(217) 557-1770 fax

**Indiana** (317) 232-2668
(317) 233-3790 fax

**Iowa** (515) 281-3661
(515) 242-5076 fax

**Kansas** (785) 296-5642
(785) 291-3612 fax

**Kentucky** (502) 564-3070
ext. 276, 278, 279
(502) 564-1682 fax

**Louisiana** (225) 342-3126
(225) 342-3269 fax

**Maine** (207) 624-6444
(207) 624-6449 fax

**Maryland** (410) 767-2371
(410) 767-2003 fax

**Massachusetts** (617) 727-3593,
3594; (617) 727-0726, 5726 fax

**Michigan** (517) 322-1848
(517) 322-5117 fax

**Minnesota** (651) 297-7428
(651) 297-1549 fax

**Mississippi** (404) 562-2518
(404) 562-2542 fax

**Missouri** (573) 751-2454
(573) 751-2319 fax

## M - P

**Montana** (406) 444-3297
1-800-541-3904
(406)-444-2658 fax

**Nebraska** (402) 471-3547
(402) 471-2700 fax

**Nevada** (775) 687-3298
(775) 687-6150 fax

**New Hampshire** (617) 565-2302
(617) 565-3847 fax

**New Jersey** (609) 292-8998
(609) 633-0618 fax

**New Mexico** (505) 827-4230
(505) 476-8566 fax

**New York** (212) 352-6690
(212) 352-6711 fax

**North Carolina** (919) 733-2758
(919) 733-2186 fax

**North Dakota** (312) 353-7253
(312) 353-7230 fax

**Ohio** (312) 353-7253
(312) 353-7230 fax

**Oklahoma** (405) 528-1500 ext. 257
(405) 528-3412 fax

**Oregon** (503) 378-8254
(503) 378-3134 fax

**Pennsylvania** (215) 861-5638

**Puerto Rico** (787) 754-5737, 5343
(787) 765-4687 fax

## R - W

**Rhode Island** (401) 462-8820
(401) 462-8766 fax

**South Carolina** (803) 734-9653, 9654
(803) 734 9772 fax

**South Dakota** (312) 353-7253
(312) 353-7230 fax

**Tennessee** (615) 741-1748

**Texas** (512) 804-4657
(512) 804-5652 fax

**Utah** (801) 530-6881, 6823
(801) 536-7906 fax

**Vermont** (802) 828-5076

**Virgin Islands**
(340) 776-3700 ext 2040
(340) 774-5908 fax

**Virginia** (804) 786-8011
(804) 786-8418 fax

**Washington** (360) 902-5640
(360) 902-5529 fax

**West Virginia** (304) 558-3322
(304) 558-0301 fax

**Wisconsin** (800) 884-1273

**Wyoming** (816) 426-4599
(816) 426-7774 fax

LG00768

EXHIBIT 12

# Summary of Work-Related Injuries and Illnesses

All establishments covered by Part 1904 must complete this Summary page, even if no injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete

Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you've added the entries from every page of the log. If you had no cases write "0."

Employees, former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR 1904.35, in OSHA's Recordkeeping rule, for further details on the access provisions for these forms.

## Number of Cases

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| (G) | (H) | (I) | (J) |

## Number of Days

| Total number of days away from work | Total number of days of job transfer or restriction |
|---|---|
| 0 | 0 |
| (K) | (L) |

## Injury and Illness Types

Total number of...

| (M) | | |
|---|---|---|
| (1) Injury | 0 | (4) Poisoning | 0 |
| (2) Skin Disorder | 0 | (5) All other illnesses | 0 |
| (3) Respiratory condition | 0 | | |

---

**LG00769**

---

## Establishment information

Your establishment name  Unocal Alaska

Street  909 W. 9th Street

City  Anchorage

Industry description (e.g., Manufacture of...)
Oil & Gas Production

Standard Industrial Classification (SIC)
1   3   1   1

## Employment information

Annual average number of employees _____

Total hours worked by all employees last year _____

## Sign here

Knowingly falsifying this document may result in a fine.

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

_____    Company executive
Charles A. Pierce III

907-263-7815    Phone _____

Post this Summary page from February 1 to April 30 of the year following the year covered by the form

Public reporting burden for this collection of information is estimated to average 50 minutes per response, including time to review the instruction, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Ave, NW, Washington, DC 20210. Do not send the completed forms to this office.

# EMPLOYEES - 67    134,000 HRS.

EXHIBIT 12



LG00770

EXHIBIT ___12___

Form approved OMB no.

Year: 200_

OSHA's Form 300

elated Injuries and Illnesses

Use this log to record ... in a manner that protects the confidentiality of employees to the extent possible while the information is being used for occupational safety and health programs.

Establishment name

City/State

(A)
Case No.

(B)
Employee's name

(C)
Job Title

(D)
Date of injury or onset of illness
(month/day)

(E)
Where the event occurred
(e.g. Loading dock north end)

(F)
Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill. (e.g. Second degree burns on right forearm from acetylene torch)

Classify the case.

Using these four categories, check ONLY the most serious result for each case:

| | (G) Death | (H) Days away from work | (I) Remained at work — Job transfer or restriction | (J) Remained at work — Other recordable cases |
|---|---|---|---|---|

Enter the number of days the injured or ill worker was:

| (K) Away from work | (L) On job transfer or restriction |
|---|---|
| days | days |
| days | days |
| days | days |
| days | days |

Check the "injury" column or choose one type of illness:

| (M)(1) Injury | (2) Skin Disorder | (3) Respiratory Condition | (4) Poisoning | (5) Hearing Loss | (6) All other illnesses |
|---|---|---|---|---|---|

Totals

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instructions, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

LG00771

EXHIBIT 12

U.S. Department of Labor

POST ONLY THIS PORTION OF THE LAST PAGE NO LATER THAN FEBRUARY 1.

EXHIBIT 12

LG00772

U.S. Department of Labor

For Calendar Year 2000

M53052

**RECORDABLE CASES:** You are required to record information about every occupational death; every nonfatal occupational illness; and those nonfatal occupational injuries which involve one or more of the following: loss of consciousness, restriction of work or motion, transfer to another job, or medical treatment (other than first aid).

| Case or File No. | Date of Injury or Onset of Illness | Employee's Name | Occupation | Department | Description of Injury or Illness |
|---|---|---|---|---|---|
| | | | | | |

INJURIES

ILLNESSES

EXHIBIT ___12___

LG00773