RECEIVED
MAR 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Phillip Paul Weidner
330 L Street, Suite 200
Anchorage, AK 99501

Attorney for Plaintiff

### UNITED STATES DISTRICT COURT
### FOR THE OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE ET AL. ) | |
| ) | |
| Plaintiffs(s), ) | |
| ) | Case No. A 04-0096 CV (JKS) |
| v. ) | |
| ) | |
| UNOCAL CORPORATION, ) | |
| ) | |
| Defendant(s). ) | |
| _____) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2006, I submitted to the U.S. District Court for the State of Alaska the Affidavit Of Michael Cohn In Support Of Plaintiffs' Memorandum In Support Of Rule 37 Motion For Default Against Defendant As Sanction For Willful Bad Faith Non-Compliance With Discovery And/Or Order Compelling Disclosure/Discovery, Exhibit 3, Exhibit 6, Exhibit 8, Exhibit 9, Exhibit 11, Exhibit 12, and Exhibit 13, Exhibit 14, and the instant certificate was served via ~~first class mail,~~ *Hand delivery* on the following counsel of record:

  John B. Thorsness
  Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
  711 H Street, Suite 620
  Anchorage, AK 99501-3454

DATED this 28th day of March, 2006, at Anchorage, Alaska.

                                                WEIDNER & ASSOCIATES, INC.
                                                Counsel for Plaintiff

                                          By: _____
                                                Phillip Paul Weidner
                                                ABA 7305032

LAW OFFICES OF PHILLIP PAUL WEIDNER AND ASSOCIATES, APC — 330 L STREET, SUITE 200 • ANCHORAGE, ALASKA 99501 — TEL. 907/276-1200 • FAX 907/278-6571