John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## ORDER GRANTING DEFENDANT'S MOTION FOR RULE 37 SANCTIONS

Defendant Unocal Corporation (Unocal) has moved to for sanctions against Plaintiffs for discovery violations. The Court having reviewed the Motion and any response thereto and after considering Fed. R. Civ. P. 37 and Local Rule 37.1, GRANTS Defendant's motion.

Therefore, IT IS ORDERED:

Order Granting Defendant's Surreply to Motion to Compel Discovery
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Defendant's Motion For Rule 37 Sanctions is Granted. The following sanctions shall be imposed against Plaintiffs for their willful discovery violations:

1) Plaintiffs will not use or rely on the Paul Crapps deposition for any purpose,

2) Unocal may amend its interrogatory answers that were affected by the non-disclosure,

3) Plaintiffs will not rely or refer to the prior interrogatory answers, and

4) Plaintiffs will pay Unocal $3,727.50 in attorney fees for the time spent defending the Crapps deposition and for the time spent bringing this motion.

_____       By_____
Dated:                                            Honorable Timothy M. Burgess
                                                      U.S. District Court Judge

### Certificate of Service

I hereby certify that on March 29, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Order Granting Defendant's Surreply to Motion to Compel Discovery
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2