John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

    Plaintiffs,

vs.

UNOCAL CORPORATION,

    Defendant.

Case No. 3:04-cv-0096-TMB

## AFFIDAVIT OF LINDA J. JOHNSON

STATE OF ALASKA      )
                            ) ss.
THIRD JUDICIAL DISTRICT  )

    Linda J. Johnson, being duly sworn upon oath, deposes and states as follows:

Affidavit of L. Johnson
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1. I am an attorney licensed to practice law in the State of Alaska. I am an attorney at Clapp, Peterson, Van Flein, Tiemessen & Thorsness. I make this affidavit based upon personal knowledge.

2. Attached to this motion are true and correct copies of the following documents:

1) Plaintiff's Initial Disclosure, page 5;

2) Plaintiff's Discovery Answers, dated August 30, 2004;

3) Letter from OSHA dated December 22, 2004;

4) File references measurements of platform and photos taken by OSHA (LG 808 & 816);

5) Letter from OSHA dated January 7, 2005;

6) Defendant's FOIA dated July 8, 2005 (LG 727);

7) OSHA response dated August 8, 2005 stating no photos or witness statements (LG 726);

8) January 19, 2006 letter from OSHA;

9) Plaintiff's Seventh Set of Discovery dated December 15, 2005;

10) Notice of deposition for witness Paul Crapps dated February 15, 2006;

11) Deposition of Paul Crapps dated March 3, 2006;

12) Letter dated March 3, 2006; and

13) Plaintiff's Amended Witness List dated March 8, 2006.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3. I have 16 years of experience, all of which has been in litigation. My billable rate in this matter is $150, which is reasonable in this case, since an hourly fee of $185 per hour for my services was upheld on appeal in the Ninth Circuit: *DeNardo v. Municipality of Anchorage,* 43 Fed.Appx. 120, 2002 WL 1763648 (9th Cir. 2002) ("The district court properly awarded attorney's fees totaling $4,181 for 22.6 hours of work at the rate of $185 per hour."). I spent 13.6 hours drafting this motion for sanctions and 5.1 hours researching cases and analyzing exhibits, for a total of 18.7 hours. My fees on this motion total $2,805.00.

4. John Thorsness has practiced law for 24 years, all of which has been in litigation, and Mr. Thorsness specializes in the defense of products liability claims. Mr. Thorsness' hourly rate in this case is $205.00. Given his experience, Mr. Thorsness' hourly rate is commensurate with the industry standard. Mr. Thorsness spent 4.5 hours defending the deposition of Mr. Paul Crapps. Mr. Thorsness' fees for the deposition defense total: $922.50

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: 3-29-06

By: _____
Linda J. Johnson

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, this 25 day of March, 2006, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 10/10/09

Affidavit of L. Johnson
Grove v. Unocal, Case No. 3:04-cv-00096-TMB
Page 3 of 4

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

<u>Certificate of Service</u>

I hereby certify that on March 29, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

<u>s/ Linda J. Johnson</u>

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Affidavit of L. Johnson
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 4 of 4