Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>v.<br><br>UNOCAL CORPORATION<br><br>Defendant | Case No. Case No. A 04-0096 CV (JKS)<br><br>**PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES** |

**PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES**

Plaintiffs, by and through counsel, Phillip Paul Weidner & Associates, APC, and hereby submit their initial disclosure statement as required under Federal Rule of Civil Procedure 26(a)(1). These disclosures are based on information presently available to plaintiffs, and will be supplemented pursuant to Federal Rules of Civil Procedure as information becomes known to the plaintiffs.

(A) The name, address and telephone number of individuals likely to have discoverable information, identifying the subjects of the information:

Exhibit 1
Page 1 of 2

Plaintiffs' Rule 26(a)(1) Initial Disclosures — Page 1

17. Dr. Kenneth S. Laufer
    Medical park Family Care, Inc.
    2211 East Northern Lights Blvd.
    Anchorage, AK 99508

Treating physician.

18. Mark Robbins, M.D.
    Franklin & Seidelmann
    178 E. Washington St.
    Chagrin Falls, OH 44022
    (440) 893-1025

Dr. Robbins is a consulting physician with Dr. Nolan.

19. Any and all persons listed on any other Initial Disclosure Statement.

20. Any witnesses that discovery reveals may have relevant information.

21. Any persons needed to authenticate records.

22. Appropriate experts to be retained on issues of liability; damages.

23. Any persons with knowledge of the design, construction, installation and maintenance of the work platform.

**(B)    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are relevant to disputed facts alleged with particularity in the pleadings:**

Medical records; worker's compensation records; tax returns for years 1998-2002; Reemployment Benefits Plan; Alaska Pipe Trades Agreement, 2003-2006; State OSHA records; photographs of work platform and Mr. Grove's injuries; sheared/broken bolts are in the possession of plaintiffs counsel. See Bates Stamp Nos. LG 00001 to LG 00508. The broken bolts are available for inspection upon reasonable notice. Color copies of photographs are likewise available for copying or inspection upon reasonable notice.

Exhibit 1
Page 2 of 2

Plaintiffs' Rule 26(a)(1) Initial Disclosures                                      Page 5