Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

**RECEIVED**
Hand
AUG 3 1 2004

LANE POWELL SPEARS
LUBERSKY

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNOCAL CORPORATION<br><br>　　　　　　　Defendant | Case No. Case No. A 04-0096 CV (JKS) |

**RESPONSE TO FIRST DISCOVERY REQUESTS
TO PLAINTIFF LAWRENCE GROVE**

COMES NOW Plaintiff Lawrence Grove, by and through counsel Phillip Paul Weidner & Associates, and responds to *First Discovery Requests to Plaintiff Lawrence Grove*, propounded by defendant UNOCAL Corporation, as follows:

**INTERROGATORY NO. 1:** State your full name, date and place of birth, and present address.

**RESPONSE:** Lawrence Grove
　　　　　　DOB – August 11, 1953

Response to First Discovery Requests to Plaintiff Lawrence Grove

Exhibit 2
Page 1 of 2

Page 1

**REQUEST FOR PRODUCTION NO. 5:** Please produce all written statements made by any person concerning the accident or the damages you sustained as a result thereof.

**RESPONSE:** See OSHA accident report.

**REQUEST FOR PRODUCTION NO. 6:** Please produce any document which in any way pertains to any expert you expect or intend to call as a witness at trial.

**RESPONSE:** Will be produced when due.

**REQUEST FOR PRODUCTION NO. 7:** Please produce all notes, memoranda, **COLOR photographs**, diagrams, drawings, or other tangibles which in any way relate to the accident or plaintiff's damage claims.

**RESPONSE:** Objection. Vague. What are "tangibles"? See enclosed photographs. See State OSHA records already produced. We have sheared bolts.

**REQUEST FOR PRODUCTION NO. 8:** Please produce a complete copy of all correspondence to or received from any experts in this matter.

**RESPONSE:** See response to Interrogatory No. 9.

**REQUEST FOR PRODUCTION NO. 9:** Please complete all appropriate sections and sign and produce the attached Authorization for Release of Medical Records, Authorization for Release of Employment Records, Authorization for Release of Unemployment Records, Authorization for Release of Unemployment Records, Authorization for Release of Workers'

Response to First Discovery Requests to Plaintiff Lawrence Grove

Exhibit 2
Page 2 of 2

Page 7