# STATE OF ALASKA

**DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT**

OCCUPATIONAL SAFETY & HEALTH
LABOR STANDARDS & SAFETY DIVISION

December 22, 2004

FRANK H. MURKOWSKI, GOVERNOR

3301 Eagle Street, Suite 305
Anchorage, AK 99503

PHONE: (907) 269-4940
FAX:   (907) 269-4950/269-3723

CC 56 1-4-05

FILE COPY

Law Offices Phillip Paul Weidner and Associates
Attn: Mr. Michael Cohn
330 L. Street, Suite 200
Anchorage, AK 99501

RECEIVED
DEC 3 0 2004
WEIDNER & ASSOCIATES

Re:  Freedom of Information Request
     Mechanical Room UNOCAL Building
     Inspection Number: 305757510

Dear Mr. Cohn:

In response to your request dated November 17, 2004 enclosed, please find copies of above referenced file. Employee comments/names may have been withheld in accordance with AS 18.60.087(b). Confidential or privileged information has also been withheld.

**Our copy fee is twenty-five cents per page for a total of 65 pages.** Please make your check payable to the State of Alaska in the amount of $16.25 and mail it to the Department of Labor and Workforce Development, Occupational Safety and Health, 3301 Eagle Street, Suite 305, Anchorage, AK 99503-4149. **This letter is the only billing you will receive.**

If you have questions or are in need of further assistance, please do not hesitate to contact me at (907) 269-3727.

Sincerely,

Michelle McNair-Davis
Records Custodian

Enclosures

Cc: Foir File
    Inspection File

Exhibit 3
Page 1 of 1
LG00782