| Coverage Information/Additional Comments |
|---|

## SAFETY NARRATIVE

Site Location:     Unocal Bld, 909 W 9th Ave. Anchorage Ak. 99519-6247

Employer:          Siemens Building Maintenance Technologies, Inc
                   5333 Fairbanks St. Ste. B Anchorage Ak 99518-1258
                   Telephone # 907-563-2242
                   Fax #       907-563-6139

Ben Seitz              General Manager  Siemens
Leverette Hoover       Services Operation Manager, Siemens
Tom Lake               HVAC Supervisor, Siemens
Roxanne Sinz           Manager Public Affairs, Unocal
Ken Burns              Drilling Safety Advisor, Unocal
Lee Zhao               CHSO in training
Tom Scanlon            OSHA

On Thursday February 27th I was assigned to conduct an inspection at the Unocal Corporate Office Building located at 909 W. 9th. Ave. Anchorage Ak 99519 by Sue Lynn Hight (Acting) Assistant Chief, OSHA Enforcement Section. A formal complaint had been filed by a employee of Siemens Building Technology Inc. Siemens is a maintenance service company specializing in HVAC work. Siemens has serviced (maintained the HVAC system) at the Unocal corporate office building for at least the last ten years. The complaint alleged that Siemen employees were exposed to fall hazards when replacing HVAC filters at the Unocal office. The complaint states that the employees used non-approved scaffolding when replacing filters.

On Monday March 2, 2003 Mr. Lee Zhao CHSO trainee and I arrived at the Siemens corporate office. Met with Mr. Tom Lake HVAC Supervisor and Leverette Hoover, Operations Manager. Began brief opening conference and explained that OSHA had received a complaint from one of their employees concerning work conditions at the Unocal Building. Asked that we go to the work site and begin inspection ASAP. It was agreed that we would complete the opening conference the next morning with Mr. Lake and Mr. Hoover.

Proceeded to the Unocal Building. Met with two Unocal representatives. Ms Roxanne Sinz, Manager Public Affairs and Mr. Ken Burns, Safety Advisor. Ms Rinz has just taken over the responsibility for Building Maintenance on March 1st, 2003. Explained the reason and circumstances for our inspection. Both individuals accompanied us to the work site in question. Photographed the work site and took various measurements of the area.

On Tuesday March 3rd we completed the opening conference with Mr. Lake and Hoover. Discussed all of the items in the pre-inspection check list and inspection guide lists.

Requested copies of the OSHA 200/300 logs for 200, 2001, 2002, safety program and any pertinent safety committee minutes,

The following employees were interviewed during the inspection:
Brent Davies, Pipefitter, Siemens
Larry Groves. Pipefitter, Siements
Dan Hartman,  Unocal Building Maintenance Technician (former)
Charles Arnett, Unocal Building Maintenance Supervisor (former)
Paul Crapps, Unocal, Building Maintenance Technician (currently)
Archie Cook, Unocal Building Services Manager (former)
Roxanne Sinz, Unocal, Manager Public Affairs, & Building Services Manager.

During subsequent meeting with Mr. Hoover and Mr. Lake I informed them that OSHA was going to classify the area in question as a work platform rather than a scaffold.

Conducted closing conference with Mr, Seltz, Mr. Lake and Mr. Hoover. Discussed all of the items on the closing conference checklist. Discussed potential violations for improper ladder and inadequate guarding for a work platform that was four feet or higher from the next level.

Encouraged Mr. Hoover to use the OSHA Consultation and Training Section Services.

Exhibit  4

LG00808           1  of  2        OSHA-1A(Rev. 6/93)





LG00816

Exhibit 4
Page 2 of 2