# STATE OF ALASKA

FRANK H. MURKOWSKI, GOVERNOR

**DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT**

OCCUPATIONAL SAFETY & HEALTH
LABOR STANDARDS & SAFETY DIVISION

3301 Eagle Street, Suite 305
Anchorage, AK 99503

PHONE: (907) 269-4940
FAX:   (907) 269-4950/269-3723

January 7, 2005

RECEIVED
JAN 1 0 2005
WEIDNER & ASSOCIATES

Law Offices Phillip Paul Weidner and Associates
Attn: Mr. Michael Cohn
330 L. Street, Suite 200
Anchorage, AK 99501

Re:   Freedom of Information Request
      Mechanical Room UNOCAL Building
      Inspection Number: 305757510

Dear Mr. Cohn:

In response to your request for photos from the above mentioned file, I must admit that no negatives were found in the file. Instead, I have copied the photos that were present in the hope that they will be sufficient for your needs.

Standard copy fees are waived.

If you have questions or are in need of further assistance, please do not hesitate to contact me at (907) 269-3727.

Sincerely,

Michelle McNair-Davis
Records Custodian

Enclosures

Cc: Foir File
    Inspection File

LG00848

Exhibit 5
Page 1 of 1