**STATE OF ALASKA**

FRANK H. MURKOWSKI, GOVERNOR

**DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT**

3301 Eagle Street, Suite 305
Anchorage, AK 99503

**OCCUPATIONAL SAFETY & HEALTH
LABOR STANDARDS & SAFETY DIVISION**

PHONE: (907) 269-4940
FAX:    (907) 269-4950/269-3723

August 8, 2005

Clapp Peterson
Attn: Ms. Victoria Homan
711 H. Street, Ste 620
Anchorage AK, ,99501

Re:  Freedom of Information Request
     Unocal 76
     305757577 Unocal 76
     305757510 Siemens Building Technologies, Inc.

Dear Ms. Homan:

In reply to your Freedom of Information request, I must clarify a few details in order to make you more aware of what information is available.

Mr. Grove filed a complaint with our office while working as an employee of a contractor to Unocal named Siemens Building Technologies, Inc. #305757510. His complaint was a result of an injury he sustained while working at UNOCAL 76 in the process of changing filters.

After examining both files, I can report that there are no witness statements to pass on to you, just the original complaint form filed by Mr. Grove.

We apologize for any inconvenience this may cause you.

If you have any questions please feel free to contact me at 907-269-3727.

Sincerely,

Michelle McNair-Davis
Records Custodian

LG00726

Exhibit 7
Page 1 of 1