# STATE OF ALASKA

**FRANK H. MURKOWSKI, GOVERNOR**

**DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT**

3301 Eagle Street, Suite 305
Anchorage, AK 99503

OCCUPATIONAL SAFETY & HEALTH
LABOR STANDARDS & SAFETY DIVISION

PHONE: (907) 269-4940
FAX:     (907) 269-4950/269-3723

Weidner & Associates
Attn: Mr. Michael Cohn
330 L. Street, Suite 200
Anchorage, AK 99501

Re:   Freedom of Information Request
      UNOCAL/Siemens Building Technologies, Inc.
      Inspection Number: 305757510 & 305757577

Dear Mr. Cohn:

- In response to your request enclosed, please find copies of the above referenced files. Employee comments/names may have been withheld in accordance with AS 18.60.087(b). Confidential or privileged information has also been withheld.

Unfortunately, these files have already been prepared for filming, so any photos that may have been included have long since been removed from the file. We apologize for any inconvenience this may cause you.

Standard copy fees are waived.

If you have questions or are in need of further assistance, please do not hesitate to contact me at (907) 269-3727.

Sincerely,

Michelle McNair-Davis
Records Custodian

Enclosures

Cc:   Foir File
      Inspection File

Exhibit **LG00683**
Page ___ of ___