Phillip Paul Weidner
330 L Street, Suite 200
Anchorage, AK 99501

Attorney for Plaintiff

6200-1
FEB 1 3 2006

## UNITED STATES DISTRICT COURT
## FOR THE OF ALASKA

LAWRENCE H. GROVE ET AL.        )
                                )
       Plaintiffs(s),           )
                                )    Case No. A 04-0096 CV (JKS)
v.                              )
                                )
UNOCAL CORPORATION,             )    **NOTICE OF TAKING VIDEO**
                                )    **DEPOSITION OF**
       Defendant(s).            )    **PAUL CRAPPS**
                                )

TO:    John B. Thorsness
       Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
       711 H Street, Suite 620
       Anchorage, AK 99501-3454

YOU ARE HEREBY NOTIFIED, pursuant to Federal Rules of Civil Procedure 30 and 32, that plaintiff will take the video deposition of PAUL CRAPPS beginning at 1:00 p.m. on Wednesday, February 15, 2006 at the offices of Phillip Paul Weidner & Associates, 330 L Street, Suite 200, Anchorage, Alaska 99501, (907) 276-1200.

Said deposition will be a video deposition conducted pursuant Federal Rule of Civil Procedure 30, and will be administered by a certified court reporter from Pacific Rim Reporters.

Exhibit 10
Page 1 of 2

All parties are invited to record the deposition by their own audio and/or visual means if they desire.

Note further that it is the intention of the plaintiff to make all appropriate use of this deposition testimony at trial, or as otherwise necessary in these proceedings, pursuant to Federal Rule of Civil Procedure 32.

The examination will continue from day to day until completed. You are invited to attend and cross-examine.

DATED this 13th day of February, 2006, at Anchorage, Alaska.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiff

By: _____
Phillip Paul Weidner
ABA 7305032

THIS IS TO CERTIFY that on the 13th day of February, 2006, a true and correct copy of the foregoing document was served via mail / hand / fax on:

John B. Thorsness
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Fax 272-9586

_____

Exhibit 10
Page 2 of 2

Notice of Taking Video Deposition of Paul Crapps          Page 2