Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

ECF

62-00-1

MAR - 8 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA )
GROVE, SARAH GROVE, and, )
MICHAEL GROVE (DOB 1/21/88) by )
and through his father LAWRENCE H. )
GROVE, )
                                  ) Case No. Case No. A04-0096 CV (JKS)
       Plaintiffs, )
                                  ) **SECOND SUPPLEMENT TO**
v. ) **PLAINTIFFS' PRELIMINARY**
                                  ) **WITNESS LIST**
UNOCAL CORPORATION )
       Defendant )
_____ )

**SECOND SUPPLEMENT TO PLAINTIFFS' PRELIMINARY WITNESS LIST**

In light of the state of discovery at the present time, including the responses to discovery requests of plaintiffs, and information revealed in State of Alaska OSHA records, plaintiffs herein, by and through counsel, Phillip Paul Weidner & Associates, APC, hereby supplement their preliminary witness with the following individuals, including any and all individuals listed in the State of Alaska OSHA investigative reports, including State of Alaska OSHA investigators, and any and all individuals from defendant Unocal and Siemens Building Technologies, Inc., who are listed in the OSHA records as having participated in the

Exhibit 13
Page 1 of 8

investigation and/or were interviewed, as well as other individuals revealed during discovery hereby submit the following supplemental witness list:

1. John Stallone
   Alaska Department of Labor and Workforce Development – OSHA
   P. O. Box 107022
   Anchorage, AK 99510

Mr. Stallone was acting chief AKOSH at time of investigation of the Larry Grove accident of September 9, 2002 at the Unocal building in Anchorage, Alaska. He may have information pertinent to ownership/control of the negligently constructed and maintained work platform, and admissions/statements of defendants and the investigation of the accident.

2. Tom Scanlan
   Alaska Department of Labor and Workforce Development – OSHA
   P. O. Box 107022
   Anchorage, AK 99510

Mr. Scanlan, who was an AKOSH investigator at the time of the Larry Grove accident of September 9, 2002 at the Unocal building in Anchorage, Alaska. He may have information pertinent to ownership/control of the negligently constructed and maintained work platform, and admissions/statements of defendants and the investigation of the accident.

3. Lee Zhao
   Alaska Department of Labor and Workforce Development – OSHA
   P. O. Box 107022
   Anchorage, AK 99510

Mr. Zhao was an employee of AKOSH and participated in the investigation of the Larry Grove accident of September 9, 2002 at the Unocal building in Anchorage, Alaska. He may have information pertinent to ownership/control of the negligently constructed and maintained work platform, and admissions/statements of defendants and the investigation of the accident.

4. Ken Burns
   c/o counsel for defendant
   John Thorsness
   Clapp Peterson, et al.
   711 H Street, Suite 620
   Anchorage, AK 99501

Mr. Burns was, and still may be, a Unocal employee. He was involved in the OSHA investigation and inspection of the negligently constructed and negligently maintained work platform, which caused the injury to Larry Grove. He has pertinent information as to liability and destruction of evidence.

Second Supplement to Plaintiffs' Preliminary Witness List

Exhibit 13 Page 2
Page 2 of 8

     5.    Roxanne Sinz
          c/o counsel for defendant
          John Thorsness
          Clapp Peterson, et al.
          711 H Street, Suite 620
          Anchorage, AK 99501

Ms. Sinz is a Unocal employee. She, at some point following the accident involving Larry Grove, became Building Manager at Unocal, and was involved in the investigation of the Grove accident, and directed Mr. Paul Crapps to dismantle the work platform following an OSHA inspection of the work platform, and has information relevant to ownership/control of the work platform, inspection/maintenance, destruction of the work platform, and other pertinent information regarding liability.

     6.    Paul Crapps
          c/o counsel for defendant
          John Thorsness
          Clapp Peterson, et al.
          711 H Street, Suite 620
          Anchorage, AK 99501

Mr. Crapps is a Unocal employee. At the time of the accident involving Mr. Grove he was working at the Unocal building, and at some point after the inspection by the OSHA investigators, under the direction of certain individuals, including but not limited to Building Manager Roxanne Sinz, dismantled and destroyed the evidence of the work platform, including the brackets. He is a witness as to liability issues and as to spoliation of evidence.

     7.    Marc Bond
          c/o counsel for defendant
          John Thorsness
          Clapp Peterson, et al.
          711 H Street, Suite 620
          Anchorage, AK 99501

Mr. Bond is assistant counsel at Unocal. He may have information pertinent to the work platform, answers to discovery requests, and liability issues in general.

     8.    Kevin Tabler
          c/o counsel for defendant
          John Thorsness
          Clapp Peterson, et al.
          711 H Street, Suite 620
          Anchorage, AK 99501

Mr. Tabler is a Unocal employee. He may have information relevant to the work platform, and answers to certain discovery requests put forth by the plaintiffs, liability issues, and the destruction of the work platform and spoliation of evidence.

Second Supplement to Plaintiffs' Preliminary Witness List

    9.    Rick Kangail
         3720 Waterbrook Way
         Eugene, OR  97408
         541-335-8359

Mr. Kangail is a former Unocal employee. He may have information pertinent to liability issues, including responses by defendant Unocal to plaintiffs' discovery requests.

    10.    Brent Davies
         Siemens Building Technologies, Inc.
         5333 Fairbanks Street, Suite B
         Anchorage, AK  99518-1258
         907-563-2242

Mr. Davies was, and may still be, a pipe fitter with Siemens who was interviewed during the inspection of the work platform by the OSHA investigators, and may have information relevant to liability issues.

    11.    Ben Seitz
         Siemens Building Technologies, Inc.
         5333 Fairbanks Street, Suite B
         Anchorage, AK  99518-1258
         907-563-2242

Mr. Seitz is a Siemens employee, and participated in the OSHA inspection and may have information relevant to ownership/control of the work platform, and liability issues.

    12.    Leverette Hoover
         14763 West Bundy Road
         Chesaning, Michigan  48616
         989-274-3328

Mr. Hoover is a former employee of Siemens, who is listed as one of the individuals who was involved on behalf of Siemens in regard to the OSHA investigation of the negligently constructed and maintained work platform, which collapsed injuring plaintiff Larry Grove. He may have information pertinent to liability issues.

    13.    Tom Lake
         Siemens Building Technologies, Inc.
         5333 Fairbanks Street, Suite B
         Anchorage, AK  99518-1258
         907-563-2242

Mr. Lake is listed as a Service Operations Manager for Siemens in the OSHA Safety Narrative Investigative Report. He may have information relevant to the liability issues.

Second Supplement to Plaintiffs' Preliminary Witness List

14. Doug Schutte
    Siemens Building Technologies, Inc.
    5333 Fairbanks Street, Suite B
    Anchorage, AK 99518-1258
    907-563-2242

Mr. Schutte is a Siemens employee, and was designated by Siemens to be the individual that was to provide information pursuant to a Rule 30(b)(6) deposition of Siemens Building Technologies, Inc. regarding records of Siemens. Mr. Schutte's deposition was taken in this matter and he may have pertinent information regarding liability and may be also relevant for authentication of records.

15. Pam Spence
    Siemens Building Technologies, Inc.
    5333 Fairbanks Street, Suite B
    Anchorage, AK 99518-1258
    907-563-2242

Ms. Spence was identified by Mr. Schutte at his deposition as an individual that assisted in gathering the records pursuant to the records deposition of Siemens as to any and all records regarding Unocal/Siemens contract and Larry Grove. She may have relevant information regarding the records of Siemens, and also in regard to authenticating any records of Siemens in this matter.

16. Dan Hartman
    Address presently unknown

Mr. Hartman was identified as a former Unocal Building Maintenance Technician, who was interviewed in the course of the OSHA investigation, and may have information relevant to liability issues.

17. Michelle McNear-Davis
    Alaska Department of Labor and Workforce Development – OSHA
    P. O. Box 107022
    Anchorage, AK 99510

Ms. McNear-Davis is the records custodian for State of Alaska OSHA, and may be called to authenticate records, and also to testify about the records that have been sent to various entities and individuals in this matter regarding the OSHA investigation.

18. Dr. Chang
    Orthopedic Physicians Anchorage
    4100 Lake Otis Pkwy #208
    Anchorage, AK 99508

Second Supplement to Plaintiffs' Preliminary Witness List

Exhibit 13 Page 5
Page 5 of 8

Dr. Chang has performed the most recent surgery on Mr. Grove, and has relevant information in regard to the damages of plaintiff Larry Grove.

19. Any and all other individuals from Siemens, OSHA, and/or defendant Unocal who are listed in the records pertaining to the OSHA investigation, or who were interviewed and/or provided information relevant to the OSHA investigation.

20. Federal Rule of Civil Procedure 30(b)(6) individual most knowledgeable from Unocal regarding: (a) the ownership/maintenance of the work platform; (b) the construction/inspection of the work platform; (c) the dismantling and destruction of the work platform, including but not limited to all individuals who had a role in the decision to destroy the work platform following the OSHA investigation; (d) regarding the contracts between Siemens Building Technologies, Inc./Unocal; (e) regarding the tender of defense and/or acceptance of tender by Unocal to Siemens and any and all indemnification agreements between Siemens and Unocal; (f) the exact attorney/client relationship between Siemens and defense counsel for Unocal; (g) the individuals most knowledgeable concerning the records retained and received by Unocal in regard to the OSHA investigation, including all records in the possession of Unocal regarding the OSHA investigation, and, where said records are kept, and the date said records were received by Unocal; (h) the person or persons most knowledgeable regarding the system by which records in the archives of Unocal are kept so that records that pertain to erection of the work platform in the Unocal building can be located in the archives, this includes any and all work orders/payment records, etc.; (i) person or persons most knowledgeable regarding the notice to Unocal of the injuries sustained by Larry Grove, the cause of the initiation of the OSHA investigation; (j) any and all persons most knowledgeable concerning the potential of a civil action by Mr. Grove arising out of the accident of September 9, 2002 at the Unocal building; and (k) most knowledgeable concerning the discovery answers by Unocal as to our discovery requests.

21. Any and all individuals to be disclosed with due diligence regarding the damages of Mr. Grove, including individuals knowledgeable about Mr. Grove's ability to participate in hunting trips or lack of the same. Said individuals will be revealed with due diligence.

22. Any and all individuals necessary to authenticate any records.

23. Any and all individuals identified in answers to discovery by any party.

24. Any and all individuals who are identified in documents produced by defendant Unocal who may have knowledge of the negligently constructed, maintained and inspected work platform and/or the

Second Supplement to Plaintiffs' Preliminary Witness List

destruction of the work platform and/or the OSHA investigation and/or the injuries of Mr. Grove and/or knowledge of the potential of a tort claim by Mr. Grove.

RESPECTFULLY SUBMITTED this 8th day of March, 2006.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK 99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidner-justice.com
ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on March 8, 2006 a copy of the foregoing 2nd Supplement to Plaintiff's Preliminary Witness List was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Phillip Paul Weidner

## USDC Notices-Anchorage Office

**From:** <cmecfmail@akd.uscourts.gov>
**To:** <cmecfmail@akd.uscourts.gov>
**Sent:** Wednesday, March 08, 2006 11:44 AM
**Subject:** Activity in Case 3:04-cv-00096-TMB Grove et al v. Unocal Corp "Witness List"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Alaska

Notice of Electronic Filing

The following transaction was received from Weidner, Phillip entered on 3/8/2006 at 11:44 AM AST and filed on 3/8/2006

**Case Name:** Grove et al v. Unocal Corp
**Case Number:** 3:04-cv-96
**Filer:** Lawrence H. Grove
Cynthia Grove
Sarah Grove
Michael Grove
**Document Number:** 41

*[Handwritten note: System treats as sealed - only will open ECF info - resending copy to document - court cplawak.com]*

**Docket Text:**
Witness List by Lawrence H. Grove, Cynthia Grove, Sarah Grove, Michael Grove. (Weidner, Phillip)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=3/8/2006] [FileNumber=73992-0] [ a6e178c796bbc0542d3bf7cdf1f2fee9c618b14a86bf6348815e48d910c9959c685595 02c3e84c8ff152ccdd2538d4eb099afa1312c6d328a23d158f6b3e42d4]]

**3:04-cv-96 Notice will be electronically mailed to:**

Linda J. Johnson    usdc-anch-ntc@cplawak.com

John B. Thorsness    usdc-anch-ntc@cplawak.com

Phillip Paul Weidner    jgreene@weidner-justice.com

**3:04-cv-96 Notice will be delivered by other means to:**

Exhibit 13
Page 8 of 8

3/8/2006