John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>        Plaintiffs,<br><br>   vs.<br><br>UNOCAL CORPORATION,<br><br>        Defendant. | Case No. 3:04-cv-0096-TMB |

## REQUEST FOR ORAL ARGUMENT

Plaintiff, Unocal Corporation, by and through its counsel, Clapp Peterson, LLC, and pursuant to Local Federal Rule 7.2(a), requests oral argument on plaintiff's Motion to Compel Discovery.  The undersigned counsel certifies that, as evidenced by the briefing, the parties are unable to resolve the matter, and in her opinion, oral argument on this motion is necessary.

DATED at Anchorage, Alaska, this ___ day of March, 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service

I hereby certify that on March 28, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson