John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>           Plaintiffs,<br><br>   vs.<br><br>UNOCAL CORPORATION,<br><br>           Defendant. | Case No. 3:04cv-0096-TMB |

## NOTICE OF HEARING

IT IS ORDERED that oral argument on defendant's Motion to Compel shall be heard on the _____ day of _____, 2006, at the hour of _____ a.m./p.m. before the Honorable James K. Singleton, Jr., Judge of the USDC for the State of Alaska, Anchorage, Alaska, Courtroom _____.

Notice of Hearing
Grove v. Unocal, Case No. 3:04cv-0096-TMB
Page 1 of 2

DATED at Anchorage, Alaska, this ___ day of March, 2006.

    CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service

I hereby certify that on March 28, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson