John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

  vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04cv-0096-TMB

## NOTICE OF HEARING

IT IS ORDERED that oral argument on defendant's Motion to Compel shall

be heard on the _____ day of _____, 2006, at the hour of _____

a.m./p.m. before the Honorable Timothy M. Burgess, Judge of the USDC for the

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

State of Alaska, Anchorage, Alaska, Courtroom _____.

_____     By_____

Dated:                                                      Honorable Timothy M. Burgess
                                                            U.S. District Court Judge

## Certificate of Service

I hereby certify that on March 31, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586