## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Grove, et al. v. Unocal*
Case No. 3:04-cv-0096-TMB


By:             THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

     Currently under advisement is Plaintiffs' motion to compel.  Docket No. 30.  Since the motion to compel became ripe the parties have filed a number of motions.  *See* Docket Nos. 45; 48; 52; 50; 63; 67.  In an effort to address these filings, the Court has scheduled a status hearing for **Monday, April 10, from 3:00 p.m. to 4:00 p.m.**  The parties should be prepared to briefly discuss the course of discovery and what needs to occur to resolve the issue presented in the motion to compel.  The Court emphasizes that the parties should anticipate being succinct, as the hearing will last only one hour.

     **IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE:  April 5, 2006