John B. Thorsness
Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>  Plaintiffs,<br><br>  vs.<br><br>UNOCAL CORPORATION,<br><br>  Defendant. | Case No. 3:04-cv-0096-TMB |

## NON-OPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Defendant Unocal Corporation, by and through its counsel of record, Clapp, Peterson, Van Flein, Tiemessen, & Thorsness, LLC, hereby moves this court for a six (6) day extension of time in which to file its opposition to Plaintiffs' Motion to Amend Complaint.  Undersigned counsel has conferred with Plaintiffs' counsel and he has indicated that Plaintiffs do not object to the requested six (6) day extension.

Non-Opposed Motion for Extension of Time
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Defendant's opposition to the motion to compel will be due on or before April 12, 2006.

DATED at Anchorage, Alaska, this 6th day of April, 2006.

                CLAPP, PETERSON, VAN FLEIN,
                TIEMESSEN & THORSNESS, LLC
                Attorneys for Defendant Unocal


                s/ Linda J. Johnson
                CLAPP, PETERSON, VAN FLEIN,
                TIEMESSEN & THORSNESS LLC
                711 H Street, Suite 620
                Anchorage, AK  99501-3454
                Phone:  (907) 272-9631
                Fax:  (907) 272-9586
                Direct email:  ljj@cplawak.com
                Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on April 6, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

                s/ Linda J. Johnson

Non-Opposed Motion for Extension of Time
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586