John B. Thorsness
Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9631
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

  vs.

                           Case No. 3:04-cv-0096-TMB

UNOCAL CORPORATION,

        Defendant.

### ORDER GRANTING DEFENDANT'S
### MOTION FOR EXTENSION OF TIME TO RESPOND TO
### PLAINTIFF'S MOTION TO AMEND COMPLAINT

      Defendant Unocal Corporation (Unocal) has moved for an extension of time

to respond to plaintiff's Motion to Amend Complaint.

      The Court having reviewed the Non-Opposed Motion for Extension of Time

Order Granting Motion for Extension of Time to Respond
to Plaintiff's Motion to Amend Complaint
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

IT IS SO ORDERED this ___ day of _____, 2006 at Anchorage, Alaska.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

<u>Certificate of Service</u>

I hereby certify that on April 6, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

<u>s/ Linda J. Johnson</u>

Order Granting Motion for Extension of Time to Respond
to Plaintiff's Motion to Amend Complaint
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586