Page 56

1  management acknowledged during an inspection and
2  subsequent conversations with OSHA safety officer that
3  the platform had been in place for years and years,
4  probably back to the seventies."
5       A. Right.
6       Q. Do you have any knowledge of what I just quoted
7  to you?
8       A. The platform, I don't believe I have ever seen
9  the platform. I have no knowledge of it.
10      Q. Okay. And did you ever hear anything from other
11 Unocal management about the length of time that platform
12 had been in existence?
13      A. No.
14      Q. When they say, "During employee interview,
15 employee stated that the Unocal building maintenance
16 coordinator had visited the mechanical room on several
17 occasions," who would that be?
18      A. That would be Charles Arnett. I take it that was
19 Charles Arnett who they are talking to.
20      Q. Thank you. So this information, which is
21 LG00749, 755 and 756, from my understanding from talking
22 with you, you don't really have personal knowledge of
23 much of the information that's contained in here?
24         When they talk about Unocal management, that
25 would be some other individuals that would have

Page 57

1  knowledge of safety -- well, that's a bad question.
2  Strike that question.
3          Let me see if there is anything further. Are you
4  aware of -- the second paragraph from the bottom, where
5  it says, "After the OSHA inspection on March 3rd, 2003,
6  Ms. Sinz and Mr. Burns directed the Unocal building
7  maintenance technician to remove the platform and step
8  ladder that was used to access the platform," do you
9  have any knowledge of that?
10      A. No.
11      Q. On LG00756 where it says -- it's the second
12 paragraph, the third sentence, "According to the March
13 7th memo from Roxanne Sinz, Unocal did not conduct
14 safety meetings for the office or maintenance staff nor
15 did they conduct any periodic safety inspections."
16         I want to ask you have you seen that March 7th
17 memo that's referenced in this document?
18      A. I have not seen that memo, no.
19      Q. And do you have any knowledge --
20      A. Maybe I should rephrase that. I don't remember
21 seeing it.
22      Q. That's fair enough. I am sure that you have seen
23 numerous memos in that period of time that you were at
24 the building?
25      A. Yes.

Page 58

1       Q. But you just don't have a personal recollection
2  of that memo at this time?
3       A. No.
4       Q. And on the top of that page, the first paragraph
5  where it says, "The Unocal manager responsible for
6  building maintenance for the previous three and a half
7  years acknowledged during an interview that he had
8  authorized overtime for the building maintenance
9  coordinator to allow him to oversee the Siemens filter
10 replacement after --"
11      A. It wasn't for me. I don't know where OSHA got
12 that. It certainly wasn't for me.
13      Q. But --
14         MR. THORSNESS: Archie, just another
15 reminder to let Mr. Cohn finish his question.
16      A. I'm sorry.
17      Q. I didn't finish. It was actually just the end of
18 the sentence, which was to allow him to oversee the
19 Siemens filter replacement after normal business hours.
20         From your understanding -- you would have been
21 the Unocal manager responsible for building maintenance?
22      A. Yes, I would have been that person.
23      Q. But your indication is that OSHA probably
24 incorrectly identified the manager or was mistaken in
25 what they said in this document?

Page 59

1       A. Yes. I mean I think I said previously that
2  because people were working in the office and they had
3  to be provided with proper ventilation and heating, then
4  the HVAC maintenance work was carried out generally
5  after hours. This work was done after hours.
6       Q. I think you indicated the building maintenance
7  coordinator, that would have been --
8       A. Charles Arnett.
9       Q. And were you Charles Arnett's supervisor?
10      A. Yes. I mean, he worked -- his employer was Peak,
11 but, yes, I was responsible for building maintenance
12 within the office and, therefore, Charles would come to
13 me. I mean, as I said earlier, we met regularly.
14      Q. Would there be -- I mean in regard to the Unocal
15 manager, could there be any other manager that would be
16 responsible for maintenance besides you?
17      A. No.
18      Q. You don't have any recollection of any
19 authorization to Mr. Arnett to oversee the Siemens
20 filter replacement?
21      A. I mean, what was happening -- yes, I would have
22 given him authority to do that. Any time -- because I
23 wanted to keep -- I had to sign off Charles Arnett's
24 timesheets that went to Peak for payment purposes, so
25 any time he was going to be working overtime, then he

17 (Pages 56 to 59)

Page 60

1  should have come to me for authorization to work
2  overtime and give me a reason.
3     Q. Right. Okay. So since the filter replacement
4  would be done during after hours, Mr. Arnett would need
5  to come to you for approval?
6     A. That would be done after hours.
7     Q. Are those the only documents that you were
8  provided, LG00749, 755 and 756?
9     A. Yes. I mean, they were attached to an e-mail.
10 That's it.
11    Q. Was there any other information attached to that
12 e-mail of a factual nature?
13    A. No.
14    Q. On LG00756, on the second paragraph --
15    A. Yes.
16    Q. Where it says -- it's the third sentence in which
17 they are talking about Unocal. "It has the
18 responsibility and duty to exercise reasonable care to
19 prevent and detect safety hazards and/or violations."
20    A. Yes.
21    Q. Would you agree with that statement?
22    A. Yes, I believe we have a legal obligation to do
23 that.
24    Q. Mr. Cook, thank you for your patience. I'm just
25 about done, and I don't want you to miss your bridge

Page 61

1  meeting.
2     A. This is more important.
3     Q. I played bridge, but I don't remember it. I am a
4  terrible player. On LG00749, when it lists some of
5  these people, I am just trying to find out who some
6  people are. Do you know who Dan Harten is?
7     A. No, I don't. I don't know who that is.
8     Q. And did you personally ever meet Mr. Grove?
9     A. Yes. Yes, I met him many times, because we had a
10 major problem with the ventilation system, so I was
11 always on his case to get it fixed.
12    Q. So did you ever see Mr. Grove after the accident?
13    A. No.
14    Q. Do you know who from Siemens took over for Mr.
15 Grove after his injury?
16    A. No. I'm sorry. I don't know.
17    Q. So you were aware that Mr. Grove was servicing
18 the filter room?
19    A. Yes. We had a problem with the ventilation
20 system and eventually it was -- the problem was resolved
21 by installing a bigger fan. That I know to be the cause
22 of the problem.
23    Q. Now, you indicated that during your orientation
24 you went and looked at the filter room. Did you ever
25 look inside the filter room at any time after your

Page 62

1  orientation?
2     A. Yes, I had. At least on one occasion, maybe two,
3  Larry Grove actually showed me how the louvers turned to
4  bring in more air, and how it interconnected with the
5  fans, so he explained that system to me.
6     Q. Can you recall how well lit the filter room was?
7     A. Not very well lit, as I recall.
8     Q. Would you describe it as dimly lit?
9     A. Dimly lit, yes. Although I wanted to see the
10 apparatus and the louver frame. I wanted to see what
11 was the general apparatus so I could get a feel for how
12 much they had to turn to give us proper ventilation.
13    Q. Now, where was that? Was that located on the
14 outside wall?
15    A. On the outside wall, so on the right of the room
16 as you come in. It was off to the right. I could see
17 it because just standing on the ground I could look up
18 and see it.
19    Q. So you would be on the ground in the filter room
20 -- and there was a short wall. Was there a wall about
21 six or seven feet high?
22    A. Yeah. My recollection was it was about head
23 height for me. I could certainly see over the edge of
24 it and look up at the louvers.
25    Q. How tall are you?

Page 63

1     A. I'm 5'8".
2     Q. The reason I asked is because you said it was
3  about your head height, so that's why I asked that.
4     A. I'm certainly not a tall man.
5     Q. I mean if you told me seven feet --
6     A. I understand. Yes.
7     Q. And when the louvers were opened, would there be
8  a lot of cold air coming in?
9     A. Yes. When the fan was operating, yes, there was
10 a fair breeze in there.
11       MR. COHN: I don't have any more questions
12 for this witness. John, I would like him to get a copy
13 of his depo and to review it and sign it and to make any
14 changes if he thinks there are changes that need to be
15 made.
16       MR. THORSNESS: He will. I will ask the
17 court reporter to send that to me, and then, Archie, I'm
18 going to send you a copy of the transcript for your
19 review and then signature.
20       I have no questions for the witness.
21       MR. COHN: Thank you, Mr. Cook. It was nice
22 talking with you. And enjoy retirement, which I hope
23 some day to be there.
24       (Proceedings concluded at 9:15 a.m.)
25       (Signature reserved.)