FILE COPY

LAW OFFICES
# PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

March 8 2006

John Thorsness
Linda Johnson
Clapp Peterson Van Flien
Tiemessen & Thorsness, LLC
711 H St., Suite. 620
Anchorage, AK 99501-3454

*Via fax to 272-9586*
*& U.S. Mail*

Re: <u>Grove v. Unocal</u>; Case No. A04-0096 CV (JKS)

Dear Mr. Thorsness and Ms. Johnson:

Following the deposition of Mr. Crapps, a review was undertaken of correspondence files to locate any verifications received from Unocal as to Unocal discovery responses. Defendant's responses to Plaintiffs' Sixth Discovery Requests, along with a verification from Kevin Tabler, was located. Please disregard previous correspondence indicating that we had not received responses to our Sixth Discovery Requests.

In addition, we located in correspondence files previous FOIA requests to AOSHA. Only the Siemens citation number was used. Apparently, there were two separate files kept by OSHA, one for Siemens and one for Unocal. These documents are being disclosed today.

There appears to be in the files black and white photographs of OSHA inspections of the filter room and work platform that were received as part of these earlier requests and filed away inadvertently in the correspondence files.

Sincerely yours,

WEIDNER & ASSOCIATES, Inc.
*A Professional Corporation*

Michael Cohn
Attorney at Law

MC/ngb

**Exhibit 19, pg. 1**

LAW OFFICES
# PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

## TELECOPIER COVER LETTER

Please deliver the following pages to:

NAME: ~~JOHN THORSNESS~~ + LINDA JOHNSON

FIRM: CLAPP PETERSON

FAX NO.: 272-9586    TELEPHONE NO.: _____

\* \* \* \* \* \*

FROM: MICHAEL CONN

DATE: 3-8-06    TIME: 11:55

MATTER: GROVE

FILE NO.: _____

COMMENTS: Please see attached letter re: FOIA req.

WE ARE TRANSMITTING __2__ PAGES (including this cover page). If you do not receive all the pages, please contact __NITA__ as soon as possible, at (907) 276-1200.

THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. DISCLOSURE, REPUBLICATION, OR COPYING OF THIS INFORMATION IS PROHIBITED WITHOUT EXPRESS PERMISSION AND AUTHORIZATION OF WEIDNER & ASSOC., INC. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISTRIBUTION, OR COPYING OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. DO NOT COPY, DISCLOSE OR REPUBLISH THIS INFORMATION. RETURN THE ORIGINAL DOCUMENTS TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE.

NO LIMITED OR GENERAL WAIVER OF CONFIDENTIALITY IS INTENDED OR MADE AS TO THIS INFORMATION BY TRANSMITTING SAME VIA FACSIMILE OR OTHERWISE.

**Exhibit 19, pg. 2**

```
***********************
***   TX REPORT   ***
***********************
```

TRANSMISSION OK

TX/RX NO                    1171
CONNECTION TEL                              2729586
SUBADDRESS
CONNECTION ID
ST. TIME                    03/08 11:54
USAGE T                     00'24
PGS. SENT                       2
RESULT                         OK

---

LAW OFFICES
## PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail: phillipweidner@weidner-justice.com

907/276-1200
FAX 907/276-5571

## TELECOPIER COVER LETTER

Please deliver the following pages to:

NAME: John Thorsness + Linda Johnson
FIRM: Clapp Peterson
FAX NO.: 222-9586          TELEPHONE NO.: _____

* * * * *

FROM: Michael Conn
DATE: 3-8-06              TIME: 11:55
MATTER: Grove
FILE NO.:
COMMENTS: Please see attached letter re: FOIA req

**Exhibit 19, pg. 3**

WE ARE TRANSMITTING __2__ PAGES (including this cover page). If you do not receive all the pages, please contact __Nita__ as soon as possible, at (907) 276-1200.