Alaska Department of Labor and
Workforce Development
Occupational Safety and Health

Inspection Number: 305757510
Inspection Dates: 03/02/2003 - 03/10/2003
Issuance Date: 04/28/2003



## Citation and Notification of Penalty

Company Name: Siemens Building Technologies Incorporated
Inspection Site: 909 W. 9th Avenue, Anchorage, AK  99519-2247

---

**Citation 2 Item 1**   Type of Violation:   **Other**

29 CFR 1910.25(d)(2)(xv): Walking-Working Surfaces. Portable wood ladders. Care and use of ladders. Use. The following safety precautions shall be observed in connection with the use of ladders: No ladder should be used to gain access to a roof unless the top of the ladder shall extend at least 3 feet above the point of support, at eave, gutter, or roofline:

EXAMPLE: Employees regularly used a step ladder to access a work area in the Unocal Building to replace the filters. The top of the ladder did not extend at least three feet above the point of support or roof line of the work area. Employees were exposed to potential fall hazards, as a result of the ladder not extending three feet above roof line.

Date By Which Violation Must be Abated:   Corrected During Inspection
Proposed Penalty:                                              $        0.00


_John Stallone_
Acting Chief, AKOSH


Exhibit 20, pg. 17

LG00798

See pages 1 through 2 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty         Page 5 of 5                                       OSHA-2 (Rev. 9/93)

# FILE TRACKING FORM

Employer ___Siemens Bldg Technologies Inc.___

Site Location ___909 West 9th Ave___ / ___5333 Fairbanks St. Anchorage___

AK DOSH – 1# ___305757510___   C.O. Insp. # ___02-03___

## CASE TRACK

Type Inspection ___Complaint___

Assigned by (unprogrammed) ___Standley___

Inspection Date ___03/02/03___

C.O. Sign off Date ___04/03/03___

No. of Citations   S __1__   O __1__   W ____   R ____   FTA ____

Penalty Total $ ___525.00___

Close Referral _____   Close Complaint __X__

NAV _____  (Check here if NAV)

## ADMINISTRATIVE TRACK

1. Closing Conference Date       ___03/10/03___
2. Data Entry Review Date        ___4/17/03 OMW___
3. Asst. Chief Sign off Date     ___04/07/03 TB___
4. Received Admin. Date          ___4/7/03 OMW___
5. Data Entry/Date/Initials      ___4/17/03 OMW___
6. Proofing/Review Date/Initials ___04/17/03 TB___

Exhibit 20, pg. 18    LG00799

LPHA CODE _____    CSHO ●● SCANLON
REVIEWER
REVIEW DATE: 4/03/03

## CASE FILE REVIEW CHECKLIST

ESTABLISHMENT NAME: SIEMENS BLDG. TECH.    SIC 1741
SITE ADDRESS: 509 W. 9th AVE ANCH.    INSPECTION #. (IMIS) 305 757 510

☐ PUBLIC SECTOR    ☑ PRIVATE SECTOR
☑ SAFETY    ☐ HEALTH

TARGETING LIST   ☐ No ☐ Yes   Which List _____
LEP _____ NEP _____   ☐ AK10 ☐ AKS ☐ AKS

INSPECTION TYPE
☐ Programmed    ☐ Fatality
☑ Complaint     ☐ Catastrophe     PARTIAL INSPECTION ☑    Not Marked ☐
☐ Referral      ☐ Follow-up       COMPREHENSIVE INSP ☐   Not Marked ☐
☐ Unprogrammed Related (State Only)

OPENING CONFERENCE DATE 3/2/03    CLOSING CONFERENCE DATE 3/10/03

DAYS ON SITE 2    CONTROLLED BY EMPLOYER 40

UNION: ☑ Yes ☐ No Info _____    COVERED BY THIS INSPECTION 2

NAV ☐ Yes ☑ No    EMPLOYER TYPE MAINT

OSHA 200 Logs ☑ Yes ☐ No   Reason _____
FOLLOW-UP BOX CORRECTLY MARKED?   ☐ Yes ☐ No

REDUCTION FACTORS
SIZE ☑ Okay ☐ No    GOOD FAITH ☑ Okay ☐ No    HISTORY ☑ Okay ☐ No

| VIO# | | | VIOLATION CLASSIFICATION | CORRECT STD CITED? | | HIGH GRAVITY | | PENALTY ASSESSMENT REDUCTION FACTORS CORRECT | | ABATEMENT VERIFIED | | VIOLATION SUBJECT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cit | Item | Insp Class | According to OSHA | Yes | No | Yes | No | Yes | No | Yes | No | |
| 1 | 01 | S | ✓ | ✓ | | ✓ | | ✓ | | ✓ | | UNGUARDED PLATFORM |
| 2 | 01 | O | ✓ | ✓ | | | | ✓ | | ✓ | | LADDER DID NOT EXTEND 3' ABOVE SUPPORT POINT |

Exhibit 20, pg. 19

COMMENTS: _____

LG00800

Form Revised: 03/24/00 3:04 PM

Complaint Response Letter
Complaint # 201672011

In response to your formal complaint concerning safety and/or health hazards at:

Unocal Alaska Corporate Office, 909 W. 9th Ave. Anchorage AK. 99519

Employer: Siemens Building Technologies Incorporated
5333 Fairbanks St. Suite B, Anchorage 99518

The Division of Labor Standards and Safety-OSH has conducted an inspection there. That inspection was completed on 3/3/03

The results of our inspection of your complaint items are as follows:

Item #1, Employee exposed to fall hazards

Valid, citations issued.

Comments: OSHA inspected the work site and found two fall hazards were present. The first hazard was the result of an unguarded work platform that was four feet or more above the adjacent floor. A stepladder that did not extend at least three feet above the roofline (point of support) was being used to replace the HVAC filters created the second hazard.



CONFIDENTIAL DRAFT

Exhibit 20, pg. 20

LG00801

Alaska Department of Labor
Occupational Safety and Health Section

## Notice of Alleged Safety or Health Hazards

Feb 26, 2003 5:45pm

| | | | |
|---|---|---|---|
| | Complaint Number | 201672011 | |
| Establishment Name | Siemens Building Technologies, Inc. | | |
| Site Address | Unocal Bld, 9th Street, Penthouse, Anchorage, AK 99501 | | |
| | Site Phone | | Site FAX |
| Mailing Address | 5333 Fairbanks Street, Ste. B, Anchorage, AK 99518 | | |
| | Mail Phone | (907) 563-2242 | Mail FAX |
| Management Official | Leverte Hoover | | Telephone |
| Type of Business | HVAC Maintenance | | |

HAZARD DESCRIPTION/LOCATION. Describe briefly the hazard(s) which you believe exist. Include the approximate number of employees exposed to or threatened by each hazard. Specify the particular building or worksite where the alleged violation exists.

DESCRIPTION:
Employees are exposed to falling hazards while replace HVAC filters. Employees are using non-approved scaffolding to access filter area.

LOCATION:
Unocal Bldg, Rooftop Mechanical Room (Penthouse)
Supply Fan Filter Section

Unocal Bldg on 9th Ave

Exhibit 20, pg. 21

LG00802

OSHA-7 (Rev. 3/96)

aska Department of L...
cupational Safety and Heal... 

## Notice of Alleged Safety or Health Hazards

### For the General Public:

This form is provided for the assistance of any complainant and is not intended to constitute the exclusive means by which a complaint may be registered with the U.S. Department of Labor.

Sec. 8(f)(1) of the Williams-Steiger Occupational Safety and Health Act, 29 U.S.C. 651, provides as follows: Any employees or representative of employees who believe that a violation of a safety or health standard exists that threatens physical harm, or that an imminent danger exists, may request an inspection by giving notice to the Secretary or his authorized representative of such violation or danger. Any such notice shall be reduced to writing, shall set forth with reasonable particularity the grounds for the notice, and shall be signed by the employee or representative of employees, and a copy shall be provided the employer or his agent no later than at the time of inspection, except that, upon request of the person giving such notice, his name and the names of individual employees referred to therein shall not appear in such copy or on any record published, released, or made available pursuant to subsection (g) of this section. If upon receipt of such notification the Secretary determines there are reasonable grounds to believe that such violation or danger exists, he shall make a special inspection in accordance with the provisions of this section as soon as practicable to determine if such violation or danger exists. If the Secretary determines there are no reasonable grounds to believe that a violation or danger exists, he shall notify the employees or representative of the employees in writing of such determination.

NOTE: Section 11(c) of the Act provides explicit protection for employees exercising their rights, including making safety and health complaints.

### For Federal Employees:

This report format is provided to assist Federal employees or authorized representatives in registering a report of unsafe or unhealthful working conditions with the U.S. Department of Labor.

The Secretary of Labor may conduct unannounced inspection of agency workplaces when deemed necessary if an agency does not have occupational safety and health committees established in accordance with Subpart F, 29 CFR 1960; or in response to the reports of unsafe or unhealthful working conditions upon request of such agency committees under Sec. 1-3, Executive Order 12196; or in the case of a report of imminent danger when such a committee has not responded to the report as required in Sec. 1-201(h).

### INSTRUCTIONS:

Open the form and complete the front page as accurately and completely as possible. Describe each hazard you think exists in as much detail as you can. If the hazards described in your complaint are not all in the same area, please identify where each hazard can be found at the worksite. If there is any particular evidence that supports your suspicion that a hazard exists (for instance, a recent accident or physical symptoms of employees at your site) include the information in your description. If you need more space than is provided on the form, continue on any other sheet of paper.

After you have completed the form, return it to your local OSHA office.

**Exhibit 20, pg. 22**

NOTE: It is unlawful to make any false statement, representation or certification in any document filed pursuant to the Occupational Safety and Health Act of 1970. Violations can be punished by a fine of not more than $10,000. or by imprisonment of not more than six months. or by both. (Section 17(g))

Public reporting burden for this collection of information is estimated to vary from 15 to 25 minutes per response with an average of 17 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of IRM Policy, Department of Labor, Room N-3101, 200 Constitution Avenue, N.W., Wash., D.C. 20210; and to the Office of Management and Budget, Paperwork Reduction Project (1218-0064), Wash., D.C. 20503.

DO NOT SEND THE COMPLETED FORM TO EITHER OF THESE OFFICES

LG00803

OSHA-7(Rev. 9/93)

Has this condition been brought to the attention of: (Mark "X" in all that apply)
[X] Employer   [ ] Other Government Agency (specify) _____

Please indicate your desire:
[ ] Do not reveal my name to the Employer   [X] My name may be revealed to the Employer

The Undersigned: (Mark "X" in one box)
[X] Employee   [ ] Federal Safety and Health Committee
[ ] Representative of Employees   [ ] Other (specify)

believes that a violation of an Occupational Safety or Health standard exists which is a job safety or health hazard at the establishment named on this form.

Complainant Name (Type or print name): LAWRENCE GROVE
14. Telephone Number: 907-229-1167

Address (Street, City, State, ZIP): P.O. 222253   ANCHORAGE   AK   99522

Signature: Lawrence Grove
17. Date: 2-25-03

If you are an authorized representative of employees affected by this complaint, please state the name of the organization that you represent and your title.
Organization Name: _____   Your Title: _____

**OFFICIAL USE ONLY**

Reporting ID: 1024
20. Previous Activity? [ ] Yes [ ] No  If Yes, enter Type _____ Number _____
21. Optional Complaint Number: _____
22. Establishment Name Change? [ ]
23. Site Address Change? [ ]
25. City Code: 030
26. County Code: 020
27. Received by: A223
28. Send OSHA-7 [ ] Yes [ ] No
29. Date: 02/25/03
30. Time: 3:50 PM
31. Supervisor(s) Assigned: _____
32. Primary SIC: 1761
33. Ownership (Mark "X" in one box): [X] a. Private Sector   [ ] b. Local Government   [ ] c. State Government   [ ] d. Federal Agency/Code
34. Evaluated by: _____
35. Subject and Severity:
   Discrimination [ ]
   Safety — Imminent Danger [ ]  Serious [ ]  Other [ ]
   Health —  [ ]  [ ]  [ ]
36. Is This a Valid Complaint? [ ] Yes [ ] No
37. Formality: [ ] Formal  [ ] Nonformal
38. [ ] Migrant Farmworker Camp

39. Send Letter:
a. [ ] No inspection — for invalid Complaints
   [ ] Too Vague or Unsubstantiated
   [ ] Recent Inspection or Objective Evidence (Date of Inspection ____)
   [ ] Not in OSHA's Jurisdiction
b. [ ] No inspection — for Nonformal Complaints
   [ ] No Imminent Danger or No Standard
   [ ] No Direct Relation to S&H
   [ ] Not Enough Information To Evaluate
c. [ ] OSHA-7 for Signature With Letter
   [ ] Complete or [ ] Partial
d. [ ] Nonformal Complaint Notification to Employer
   [ ] Complainant Notified  [ ] Explanation of 11(c)
e. [ ] Complainant Notification With Letter c
   [ ] Name Not Revealed  [ ] Explanation of 11(c)
f. [ ] Acknowledgement to Complainant (Optional)
g. [ ] Other (specify) _____

40. Date Letter Sent: _____
41. Date Response Due (For letters c or d): _____
42. Inspection Planned? [ ] Yes [ ] No   If Yes, Priority: ____   If No, Reason: _____
43. Transfer to (Name): _____
44. Transfer Date: _____
45. Transfer to (Category):
a. [ ] Federal OSHA/Reporting ID _____
b. [ ] State OSH/Reporting ID _____
c. [ ] Other Federal Agency/Code _____
d. [ ] State/Local Government
e. [ ] Other

Exhibit 20, pg. 23

46. Optional Information

| Type | ID | Value | Type | ID | Value |
|------|----|----|------|----|----|
|  |  |  |  |  |  |

47. Total Entries: _____

48. [ ] Close Complaint
49. Comments: _____

LG00804

CASE FILE COPY                                OSHA-7 (Rev. 1/84)

**Notice of Alleged Safety or Health Hazards** — U.S. Department of Labor, Occupational Safety and Health Administration

| Date | 1. Complaint Number: **201672011** |

Employer Name: SIEMENS BLDG TECH
Location (Street, City, State, ZIP): 333 FAIRBANKS ST. SUITE B
Mailing Address: ANCHORAGE AK 99518
Management Official: LEVERETTE HOOVER
6. Telephone Number: 563-2242
Type of Business: HVAC - HEATING VENTILATION + AIR CONDITIONING

Hazard Description:
USING HOME MADE NON APPROVED SCAFOLDING. CROSS SUPPORT FASTENER SHEARED WHEN STEPPED ON CAUSING ANKLE INJURY.

5 EMPLOYEES

(Employee is currently on Workmen's Comp from injury.) ~ so. ft.

Exhibit 20, pg. 24

LG00805

Hazard Location: ROOFTOP MECHANICAL ROOM - SUPPLY FAN FILTER SECTION.
JOB LOCATION: UNOCAL BLDG 9TH ST ANCH AK (Penthouse)

OSHA-7 (Rev. 1/84)