ska Department of Labor
upational Safety and Health

# Inspection Report

Apr 3, 2003 10:04am

| ID | Assignment Nr. | CSHO ID | Supervisor ID | Inspection Nr. | Opt. Insp. Nr. |
|---|---|---|---|---|---|
| 0210 | 0 | Z3775 | J0975 | 305757510 | 021-03 |

| | | | | | |
|---|---|---|---|---|---|
| Establishment Name | | Siemens Building Technologies Incorporated | | | |
| Address | 909 W.9th. Ave  Anchorage, AK 99519-6247 | | Site Phone | (907) 563-2242 | Site FAX | (907) 563-6139 |
| Mailing Address | 5333 Fairbanks St. Suite B  Anchorage, AK 99518-1258 | | Mail Phone | (907) 563-2242 | Mail FAX | (907) 563-6139 |
| Controlling Estab | Siemens Building Technologies Incorporated | | Employer ID | | | |
| Ownership | A. Private Sector | | City | 0130 | County | 020 |
| Legal Entity | A. Corporation | Previous Activity (State Only) | | | |

### Related Activity

| Type | Number | Satisfied | Type | Number | Satisfied |
|---|---|---|---|---|---|
| Complaint | 201672011 | Safety | | | |

| | | | | | |
|---|---|---|---|---|---|
| Employed in Establishment | 35 | Advance Notice? | No | Category | S. Safety |
| Covered By Inspection | 2 | Union? | Yes | Primary SIC | 1711 |
| Controlled By Employer | 40 | Walkaround? | No | Secondary SIC | |
| | | Interviewed? | Yes | Inspected | |

| Inspection Type | B. Complaint | Reason No Inspection | |
|---|---|---|---|
| Scope of Inspection | B. Partial Inspection | | |
| Classification | | | |
| Strategic Initiatives | | | |
| National Emphasis | | | |
| Local Emphasis | | | |

| | | Denial Date | Date ReEntered | Date ReDenied | ReEntered |
|---|---|---|---|---|---|
| Anticipatory Warrant Served? | No | | | | |
| Anticipatory Subpoena Served? | No | | | | |

| Entry | 03/02/03 | First Closing Conference | 03/10/03 |
|---|---|---|---|
| Opening Conference | 03/02/03 | Second Closing Conference | |
| Walkaround | 03/02/03 | Exit | 03/03/03 |
| Days On Site | 2 | Case Closed | |
| | | No Citations Issued | |

| Type | ID | Optional Information |
|---|---|---|

Exhibit 20, pg. 25

CSHO Signature: [signature]    Date: 4/03/03

LG00806

OSHA-1 (Rev. 6/93)

...ska Department of Labor
...cupational Safety and Health

## Inspection Narrative

Apr 3, 2003 10:04am

| | |
|---|---|
| Inspection Nr. | 305757510 |
| Opt. Case Number | 021-03 |

| | | | |
|---|---|---|---|
| ...tablishment Name | Siemens Building Technologies Incorporated | | |
| ...gal Entity | A. Corporation | Type of Business | Maintenance |

Additional Citation Mailing Addresses

Organized Employee Groups

...mbers and Steamfitters
...cal: 367     (907) 562-2810
... West 54th Ave
...chorage, AK    99518

Authorized Employee Representatives

...rry Grove    (907) 222-1167
... Box 222253
...chorage, AK   99522
...alkaround? N

Employer Representatives Contacted

| ...ame | Title | Function | Walk Around? |
|---|---|---|---|
| ...m Lake | HVAC Supervisor | I O C | Y |
| ...verette Hoover | Operations Manager | I O | |

Other Persons Contacted

| | | | | |
|---|---|---|---|---|
| ...ntry | 03/02/03 | First Closing Conference | 03/10/03 | |
| Opening Conference | 03/02/03 | Second Closing Conference | | |
| Walkaround | 03/02/03 | Exit | 03/03/03 | |
| | | Case Closed | | |

Penalty Reduction Factors

| Size | 40 | Good Faith | 15 | History | 10 |
|---|---|---|---|---|---|

| Followup Inspection? | | Reason | |
|---|---|---|---|

Exhibit 20, pg. 26

LG00807

OSHA-1A(Rev. 6/93)



Coverage Information/Additional Comments

## SAFETY NARRATIVE

Location:    Unocal Bld. 909 W 9th Ave. Anchorage Ak. 99519-6247

Employer:    Siemens Building Maintenance Technologies, Inc
             5333 Fairbanks St. Ste. B Anchorage Ak 99518-1258
             Telephone # 907-563-2242
             Fax #       907-563-6139

| | |
|---|---|
| Seitz | General Manager Siemens |
| Leverette Hoover | Services Operation Manager, Siemens |
| Tom Lake | HVAC Supervisor, Siemens |
| Roxanne Sinz | Manager Public Affairs, Unocal |
| Ken Burns | Drilling Safety Advisor, Unocal |
| Lee Zhao | CHSO in training |
| Scanlon | OSHA |

Thursday February 27th I was assigned to conduct an inspection at the Unocal Corporate Office Building located at 909 W. 9th. Ave. Anchorage Ak 99519 by Sue Lynn Hight (Acting) Assistant Chief, OSHA Enforcement Section. A formal complaint had been filed by a employee of Siemens Building Technology Inc. Siemens is a maintenance service company specializing in HVAC work. Siemens has serviced (maintained the HVAC system) at the Unocal corporate office building for at least the last ten years. The complaint alleged that Siemen employees were exposed to fall hazards when replacing HVAC filters at the Unocal office. The complaint states that the employees used non-approved scaffolding when replacing filters.

Monday March 2, 2003 Mr. Lee Zhao CHSO trainee and I arrived at the Siemens corporate office. Met with Mr. Tom Lake HVAC Supervisor and Leverette Hoover, Operations Manager. Began brief opening conference and explained that OSHA had received a complaint from one of their employees concerning work conditions at the Unocal Building. Asked that we go to the work site and begin inspection ASAP. It was agreed that we would complete the opening conference the next morning with Mr. Lake and Mr. Hoover.

Proceeded to the Unocal Building. Met with two Unocal representatives. Ms Roxanne Sinz, Manager Public Affairs and Mr. Ken Burns, Safety Advisor. Ms Sinz has just taken over the responsibility for Building Maintenance on March 1st, 2003. Explained the reason and circumstances for our inspection. Both individuals accompanied us to the work site in question. Photographed the work site and took various measurements of the area.

Tuesday March 3rd we completed the opening conference with Mr. Lake and Hoover. Discussed all of the items in the pre-inspection check list and inspection guide lists.

Requested copies of the OSHA 200/300 logs for 200, 2001, 2002, safety program and any pertinent safety committee minutes.

The following employees were interviewed during the inspection:
Brent Davies, Pipefitter, Siemens
Larry Groves, Pipefitter, Siemens
Hartman, Unocal Building Maintenance Technician (former)
Charles Arnett, Unocal Building Maintenance Supervisor (former)
Paul Crapps, Unocal, Building Maintenance Technician (currently)
Archie Cook, Unocal Building Services Manager (former)
Roxanne Sinz, Unocal, Manager Public Affairs, & Building Services Manager.

Exhibit 20, pg. 27

During subsequent meeting with Mr. Hoover and Mr. Lake I informed them that OSHA was going to classify the area in question as a work platform rather than a scaffold.

Conducted closing conference with Mr. Seltz, Mr. Lake and Mr. Hoover. Discussed all of the items on the closing conference checklist. Discussed potential violations for improper ladder and inadequate guarding for a work platform that was four feet or higher from the next level.

Encouraged Mr. Hoover to use the OSHA Consultation and Training Section Services.

LG00808

OSHA-1A(Rev. 6/93)

: 3
⬛⬛
ıens Building Technologies Incorporated

Thu Apr 3, 2003 10:04am
Inspection Nr. 305757510

⬛⬛

Hoover and Mr. Lake were cooperative and accommodating during the inspection process. Both positive attitudes toward the inspection.

| Inspection Number | 305757510 |
|---|---|

ERAGE INFORMATION

URE AND SCOPE

Check Applicable Boxes and Explain Findings:

[x] Complaint Items
Employees exposed to fall hazards while replacing HVAC filters

[ ] Referral Items

[ ] Accident Investigation Summary & Findings

[ ] LEP

[ ] Planned Inspection

TURE AND SCOPE -- UNUSUAL CIRCUMSTANCES (Mark X and explain all that apply:)

[x] None

[ ] Denial of entry (see denial memo)

[ ] Delays in conducting the inspection

[ ] Strikes

[ ] Jurisdictional Issues

[ ] Trade Secrets

[ ] Other

omments:

PENING CONFERENCE NOTES:

ECORDKEEPING PROGRAMS
Other than 29 CFR 1904 requirements)

oes the employer have a recordkeeping program relating to any occupational health issues monitoring, medical, training, respirator fit tests, ventilation measurements, etc.)?

[ ] Yes [ ] No

re any programs required by OSHA health standards?

[ ] Yes [ ] No

**Exhibit 20, pg. 28**

**LG00809**

OSHA-1A(Rev. 6/93)

e 4
nens Building Technologies Incorporated

Thu Apr 3, 2003 10:04am
Inspection Nr. 305757510

IPLIANCE PROGRAMS
gineering controls, PPE, regulated areas, emergency procedures, compliance plans, etc.)
ress any relevant compliance efforts regarding potential health hazards covered by the
ope of the inspection.

RSONAL HYGIENE FACILITIES AND PRACTICES
owers, lockers, change rooms, etc.)
e any required by OSHA health standards?

☐ Yes  ☐ No
What Standards:

ZARD COMMUNICATION PROGRAM

itten Program (complete)
☐ Yes  ☐ No

DS's (all)
☐ Yes  ☐ No

beling (adequate)
☐ Yes  ☐ No

aining (complete)
☐ Yes  ☐ No

py MSDS's/Program attached
☐ Yes  ☐ No

omments:

CCESS TO EXPOSURE & MEDICAL RECORDS

IRE PROTECTION AND EVACUATION PROCEDURES

YSTEMS SAFETY AND EMERGENCY RESPONSE

ESPIRATOR PROGRAM

OCKOUT TAGOUT/ \ELECTRICAL SAFE WORKPRACTICES

IRST AID

LECTRICAL SAFE WORKPRACTICES

XPOSURE CONTROL PLAN

ABORATORY STANDARD

RGONOMIC PROBLEMS
☐ Yes  ☐ No
If yes, complete the items 1 and 2 below.

1. Lifting (10% or more similarly exposed employees injured)
   a. Total # of employees exposed to job:
   b. Total # of cases for job:

2. CTD's (10% or more similarly exposed employees have CTD's; 5% or more CTS cases)
   a. Total # of employees exposed to job:
   b. Total # of cases for job:

Exhibit 20, pg. 29

LG00810

OSHA-1A(Rev. 6/93)

: 5                                                                                        Thu Apr 3, 2003 10:04am
nens Building Technologies Incorporated                                                     Inspection Nr. 305757510

Other significant injury/illness trends
    [ ] Yes   [ ] No
If yes, explain.

### EVALUATION OF EMPLOYER'S OVERALL SAFETY AND HEALTH PROGRAM

eral Industry:
    [x] Yes   [ ] No   Employer has a Safety & Health Program
    [x] Yes   [ ] No   Written
    [ ] Yes   [x] No   Copy Attached

struction Industry:
    [ ] Yes   [ ] No   Accident Prevention Program
    [ ] Yes   [ ] No   Written
    [ ] Yes   [ ] No   Copy Attached

luation of Safety and Health Program
=Nonexistent 1=Inadequate 2=Average 3=Above average)

    [2] Written S&H Program
    [2] Communication to Employees
    [2] Enforcement
    [1] Safety Training Program
    [ ] Health Training Program
    [ ] Accident Investigation Performed
    [x] Preventive Action Taken

LG00811

mments:

### CLOSING CONFERENCE NOTES:

re any unusual circumstances encountered such as, but not limited to, abatement oblems, expected contest and/or negative employer attitude? If yes, explain below.
    [x] Yes   [ ] No
Inocal had the work platform and ladder removed from the HVAC filter room within two eks of the inspection date.

.Closing Conference Checklist ("x" as appropriate)
    [ ] No Violations Observed
    [x] Gave Copy Employer Rights
    [x] Reviewed Hazards & Standards

Exhibit 20, pg. 30

OSHA-1A(Rev. 6/93)

6                                                                              Thu Apr 3, 2003 10:04am
ens Building Technologies Incorporated                                         Inspection Nr. 305757510

- [x] Discuss Employer Rights/Obligations
- [x] Encouraged Informal Conference
- [x] Offered Abatement Assistance
- [x] Discussed Consultation Programs
- [ ] Employer/Employee Questionnaires

Closing Conference Held with Employee Representative

- [ ] Jointly
- [ ] Separately

| O Signature | *(signature)* | Date | 4/03/03 |
|---|---|---|---|
| ompanied By | | | |

Exhibit 20, pg. 31

LG00812

OSHA-1A (Rev. 6/93)

ska Department of L of
pational Safety and Health

rksheet

Apr 3, 2003 10:39am

| | |
|---|---|
| Inspection Number | 305757510 |
| Opt. Insp. Number | 021-03 |

| blishment Name | Siemens Building Technologies Incorporated | | | Item/Group | 001 |
|---|---|---|---|---|---|
| e of Violation | S Serious | Citation Number | 01 | | |
| nber Exposed | 1 | No. Instances | 1 | REC | |
| Alleged Vio. | 1910.0023( c)( 1) | | | | |

| atement eriod | MultiStep Abatements | | | Final Abatement | Action Type/Dates |
|---|---|---|---|---|---|
| | PPE Period | Plan | Report | | |
| 0 | | | | Correct | |

tement Documentation Required  | Date Verified

stance Codes

D/Variable Information:

ection of open-sided floors, platforms, and runways.
0.23(c)(1)
Every open-sided floor or platform 4 feet or more above adjacent floor or ground level shall be guarded by a standard
ing (or the equivalent as specified in paragraph (e)(3) of this section) on all open sides except where there is entrance to
mp, stairway, or fixed ladder. The railing shall be provided with a toeboard wherever, beneath the open sides.

AMPLE: ~~Siemens Building Technologies Inc.~~ An Employee was working at the Unocal Corporate office on a work platform that
 four feet or more above adjacent floor or ground level that was not guarded by a rail or equivalent. Employees had
ked on the platform for at least the last two years. The Employee was exposed to fall hazards due to the unguarded open
 of platform.

| Penalty Calculations | | | | Adjustment Factors | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBF | Size | Good Faith | History | |
| Low | L Lesser | 01 | 1500.00 | 40 | 15 | 10 | 525.00 |
| epeat Factor | | 0 | | | | | |

nployee Exposure:

stance Description:    A. Hazard    B. Equipment    C. Location    D. Injury/Illness    E. Measurements

| 4. Date/Time |
|---|
| 3/03/03 |

Exhibit 20, pg. 32       LG00813

20. Instance Description - Describe the following:
   a) Hazards-Operation/Condition-Accident: Employee was
      working on a work platform that was more than four feet
      or more above adjacent floor or ground level without
      any rail or guard protecting the open side..
   b) Equipment: Work platform
   c) Location  Unocal Building 9th floor, (penthouse or HVAC
      filter room), 909 W. 9th Ave. Anchorage Ak.

OSHA-1B/1B1Hprint(Rev. 9/93)