d) Injury/Illness: bruises, contusions, fractures or broken bones, death.
e) Measurements: 7 feet 2 inches

| 21. Photo Number | Location on Video |
|---|---|
| Pixs #1,2,3,4,5,6,7 | |

23. Employer Knowledge: Yes, the employer had been working with this client (Unocal) at this location for at least ten years.

24. Comments (Employer, Employee, Closing Conference): Employees acknowledged during employee interviews that the work platform in Pix's 1 thru 7 were used on a regular basis to change the HVAC filters at the Unocal Building.

25. Other Employer Information: OSHA determined that Siemens is the exposing employer for this citation.

| 26. Classification: | | | | |
|---|---|---|---|---|
| Serious | Knowledge | S or C | Repeat? | Willful? |
| Serious | Yes | S | No | No |

| First Repeat | Second Repeat | Repeat Penalty |
|---|---|---|
| No | No | No |

| Event Code | Action Code | Citation Type | Penalty | Abate Date | Final Order |
|---|---|---|---|---|---|
| Z Add transaction | A Add | S Serious | 525.00 | | |

**Exhibit 20, pg. 33**

**LG00814**

OSHA-1B/1B1Hprint(Rev. 9/93)

Keep Photo Below This Line



DOSH 1 No.: 305757510

Citation No.: #1

Item No(s).: #1

Business and Address: Siemens Building Technologies Incorporated

) Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

) Date: 3/03/03

) To Identify:
    a. Work platform
    b. Work Platform
    c. Work Platform
    d. Work Platform

) Compliance Officer or Industrial Hygienist Signature:

Tom Scanlon

DOSH 6
R-10/89

Exhibit 20, pg. 34

LG00815





**Exhibit 20, pg. 35**

LG00816



Keep Photo Below This Line



a) DOSH 1 No.: 305757510

Citation No.: #1

Item No(s).: #1

b) Business and Address: Siemens Building Technologies Inc.

c) Location: 5333 Fairbanks St. Anchorage AK. 99518-1258

d) Date: 03/02/03

e) To Identify:
    a. Ladder height. Unocal
    b. Ladder. Unocal.
    c. "
    d. "
    d. Pix taken from exit door, showing aisles blocked.

f) Compliance Officer or Industrial Hygienist Signature:

Tom Scanlon

DOSH 6
R-10/89

Exhibit 20, pg. 36

LG00817



Exhibit 20, pg. 37

LG00818

 Keep Photo Below This Line 



DOSH 1 No.: 305757510

Citation No.:

Item No(s).:

Business and Address: Siemens Building Technologies Incorporated

Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

) Date: 3/03/03

) To Identify:
   a. Work platform
   b. Work Platform
   c. Work Platform
   d. Work Platform

**Exhibit 20, pg. 38**

) Compliance Officer or Industrial Hygienist Signature:

**LG00819**

Tom Scanlon

DOSH 6
R-10/89



Exhibit 20, pg. 39

LG00820

aska Department of L...
upational Safety and Health

rksheet

Apr 3, 2003 10:44am

| | |
|---|---|
| Inspection Number | 305757510 |
| Opt. Insp. Number | 021-03 |

| ablishment Name | Siemens Building Technologies Incorporated | | | | |
|---|---|---|---|---|---|
| e of Violation | O Other | Citation Number | 02 | Item/Group | 001 |
| mber Exposed | 2 | No. Instances | 1 | REC | |
| Alleged Vio. | 1910.0025( d)( 2)( xv) | | | | |

| atement Period | MultiStep Abatements | | | Final Abatement | Action Type/Dates |
|---|---|---|---|---|---|
| | PPE Period | Plan | Report | | |
| 0 | | | | | |
| atement Documentation Required | | | | Date Verified | |

bstance Codes

/D/Variable Information:

.0.25(d)(2)(xv)
) No ladder should be used to gain access to a roof unless the top of the ladder shall extend at least 3 feet above the
nt of support, at eave, gutter, or roofline;

ample: Employees of Siemens Building Technologies Inc. regularly used a step ladder to access a work area in the
ocal Building to replace the filters. The top of the ladder did not extend at least three feet above the point of support or
f line of the work area. Employees were exposed to potential fall hazards as a result of the ladder not extending three
t above roof line.

| | Penalty Calculations | | | Adjustment Factors | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBP | Size | Good Faith | History | |
| | | | 0.00 | 40 | 15 | 10 | 0.00 |
| epeat Factor | | 0 | | | | | |

| mployee Exposure: | | | | | |
|---|---|---|---|---|---|
| ccupation | HVAC Techician | Employer | Siemens Building Technologies | | |
| r of Employees | 2 | Duration | 4 days per year | Frequency | 6 hours per day |
| mployee Name | Larry Grove | Phone | (907)229-1167 | | |
| ddress | PO BOx 222253 Anchorage, AK 99522 | | | | |
| ccupation | HVAC Technician | Employer | Siemens Building Technolgies | | |
| r of Employees | 2 | Duration | 4 days per year | Frequency | 6 hours per day |
| mployee Name | Brrent Davies | Phone | (907)552-1818 | | |
| ddress | 11710 Birchtrail Circle Anchorage, AK 99515 | | | | |

nstance Description:        A. Hazard    B. Equipment    C. Location    D. Injury/Illness    E. Measurements

| 4. Date/Time |

LG00821        Exhibit 20, pg. 40

OSHA-1B/1B1Hprint(Rev. 9/93)