...ens Building Technologies Inco.   Inspection Nr. 3......0 Citation Nr. 02 Item/Group 001

3/03/03

20. Instance Description - Describe the following:
   a) Hazards-Operation/Condition-Accident: Employee was using a step ladder to access work area. The top of the ladder did not extend three feet above the point of support or roof line as required by OSHA regulations.
   b) Equipment: Step Ladder
   c) Location  Unocal Office Building 909 W. 9th Ave. Anchorage Ak.
   d) Injury/Illness bruises, contusions, fractures or broken bones.
   e) Measurements Roof line 7ft. 2 inches

| 21. Photo Number | Location on Video |
|---|---|
| Pix 1,2,3,4 | |

23. Employer Knowledge : Yes, the employer had been working/servicing this client (Unocal) at this location for at least ten years.

24. Comments (Employer, Employee, Closing Conference) : Employee acknowledged during employee interview that the ladder in Pix #1,2,3 was the ladder that he used to replace the HVAC filters on a regular basis. Employee stated that on two occasions he had brought a ladder from his truck but had to carry it up nine flights of stairs because it would not fit into the elevators. When he had carried the ladder up the stairways he had "scraped" the walls and had to repaint the walls at the request of the client.

25. Other Employer Information : Employer stated during opening conference and inspection that the company provides ladders for their technicians to perform regular service calls. Although the Manager and Supervisor doesn't know who owns the wooden step ladder in the pictures they agreed with the statement that it had been there longer than anyone could remember.

| 26. Classification: | | | | |
|---|---|---|---|---|
| Serious | Knowledge | S or O | Repeat? | Willful? |
| No | Yes | O | No | No |

| First Repeat | Second Repeat | Repeat Penalty |
|---|---|---|
| | | |

Exhibit 20, pg. 41         LG00822

| Event Code | Action Code | Citation Type | Penalty | Abate Date | Final Order |
|---|---|---|---|---|---|
| Z Add transaction | A Add | O Other | 0.00 | | |

OSHA-1B/1BIHprint(Rev. 9/93)

● ●Keep Photo Below This Line● ●



DOSH 1 No.: 305757510

Citation No.:

Item No(s).:

Business and Address: Siemens Building Technologies Incorporated

Location: 6333 Fairbanks Street, Anchorage AK. 99518-1258

Date: 3/03/03

To Identify:
   a. Ladder
   b. Ladder
   c. Ladder
   d. Height of work area-ladder

Compliance Officer or Industrial Hygienist Signature:

Tom Scanlon

DOSH 6
R-10/89

**Exhibit 20, pg. 42**

**LG00823**



Exhibit 20, pg. 43

LG00824

# CLOSING CONFERENCE WORKSHEET

| Employer | Inspection Date | Compliance Officer | Inspection Number |
|---|---|---|---|
| IBMBNS | 3/03/03 | T. SCANLON | 315757510 |

**Attendance**

| Names | Titles |
|---|---|
| Brede Entman | Engineering Specialist |
| Thomas Lake | Mechanical Systems Supervisor |
| Leverette G. Hoover | Service Ops Manager |
| Tom Scanlon | OSHA |

**Conference**

Date: 3/10/03
Time: 1:34 PM

Review apparent safety-health violations noted during inspection and set tentative abatement dates.

EMPLOYER. Read the following and sign at bottom of page.

1. Citations may be issued for some or all of the alleged violations and monetary penalties may or may not be assessed.

2. Your firm will be notified by registered mail of any alleged violations and assessed penalties, if any. Appeal procedures will be fully described in the citation or penalty notice.

3. Citations issued will fix a reasonable time to abate violations.

4. The employer has <u>fifteen working days</u> from receipt of citation to:

   (a) Schedule an informal conference with DOSH administrators to discuss questions concerning the citation, proposed penalties, or abatement dates.

   (b) Contest violations or penalties to the Review Board. (Notice of contest <u>must be in writing</u>.)

5. The employer may contest the citation, violations, penalties, abatement dates, or any combination of these.

6. If the citation is amended to allow an abatement period of longer than thirty days, progress reports are required.

7. The employer should abate as promptly as possible and notify the DOSH Anchorage office by mail of the corrected items and dates.

8. If a citation is issued, it must be posted conspicuously for a period of five working days or until abated, whichever is longer.

9. A follow-up inspection may be performed.

10. If a follow-up inspection by a state officer reveals a failure-to-abate situation, <u>daily penalties will be imposed.</u>

I have read and understand items 1 through 10 above.

Employer Signature: _Leverette G. Hoover_

A copy of this form is to be given to the employer for his records, and to the employee representative if he participated in the closing conference.

Remarks: _No comments at this time_

**Exhibit 20, pg. 44**

Division of Labor Standards and Safety

| Date | 1. Reporting ID | ~~~~ | 3. Optional Report Number | 4. ~~~~tion Number (Identifies this Inspection) |
|---|---|---|---|---|
| 3/03/03 | | | | 305 757 510 |

| Related Activity/ Activity Satisfied | 5.1 Type | Number | Satisfied ☐S ☐H | 5.2 Type | Number | Satisfied ☐S ☐H | 5.3 Type | Number | Satisfied ☐S ☐H | 6. Total Entries |

Previous Activity
Has there been previous activity at this establishment?  ☐ Yes  ☐ No   If Yes, enter ▶ | Type | Number |

| a. ☐ Change? | b. Establishment Name SIEMENS BUILDING TECHNOLOGIES INC. | 9. Employer ID (State's option) |

| a. ☐ Change? | b. Site Address (Street, City, State, ZIP) 909 W. 9th AVE. ANCHORAGE AK. 99519 | 11. City Code 0130 | 12. County Code 020 |

Mailing Address (If different) (Street, City, State, ZIP)
333 FAIRBANKS ST. SUITE B ANCH. 99518-1258 | 14. Telephone Number 563-2242

Name of Controlling Corporation, Partner, or Owner
SIEMENS BUILDING TECHNOLOGIES INC | 16. Telephone Number (Site) 563-2242

Ownership 17. a. ☒ Private Sector   c. ☐ State Government
          b. ☐ Local Government  d. ☐ Federal Agency/Code
18. Legal Entity (Optional)   a. ☒ Corporation  b. ☐ Partnership  c. ☐ Sole Owner

Inspection Planning 19. Was Advance Notice Given?  ☐ Yes  ☒ No
20. Opening Conference Date  03/3/03

Inspection Category 21. Mark "X" in one box  ☒ Safety  ☐ Health
22. Primary SIC 1711 | 23. Secondary SIC  a. Guide  b. Insp'd

Inspection 24. Mark "X" in one box
Unprogrammed
 a. ☐ Accident        e. ☐ Variance
 b. ☒ Complaint       f. ☐ Follow-up
 c. ☐ Referral        g. ☐ Unprogrammed Related
 d. ☐ Monitoring
Programmed
 h. ☐ Planned         i. ☐ Programmed Related

25. Inspection Classification (Mark all that apply)
 a. Safety Planning Guide: ☐ Manufacturing ☐ Construction ☐ Maritime
 b. Health Planning Guide: ☐ Manufacturing ☐ Construction ☐ Maritime
 c. ☐ Local Emphasis Program (specify)
 d. ☐ National Emphasis Program (specify)
 e. ☐ Migrant Farmworker Camp

| 26. Number of Employees Employed in Establishment | 27. Number of Employees Covered by Inspection | 28. Number of Employees Controlled by Employer | 29. a. ☒ Union  b. ☐ Non-Union | 30. a. ☐ Employee Exercised Walkaround Privilege?  b. ☒ Employees Interviewed States Only |
| 35 | 2 | 40 | | |

OSHA-200: Copy below the OSHA-200 Log entries for the most current complete year.   33. LWD Rate
31. Year:    32. ☐ Data Not Available

| Occupational Injury Cases | | | | | | Occupational Illness Cases (7) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (a)(b)(c)(d)(e)(f)(g) | (8) | (9) | (10) | (11) | (12) | (13) | |

Type of Inspection 35. Scope (Mark "X" in one box)  a.☐ Comprehensive Inspection  b.☐ Partial Inspection  c.☐ Records Only Inspection  d.☐ No Inspection | 36. Number of Days Site Visited

Warrant Information 37. Anticipatory Warrant/Subpoena Served ☐ Yes | 38. Date of Denial | 39. Date Re-Entered | 40. Date Re-Denied | 41. Date Re-Entered

Optional Information
| Type | ID | Value | Type | ID | Value |

Exhibit 20, pg. 45

43. Total Entries

Closed 44. a.☐ Close  b.☐ No Citations Issued
45. If no inspection conducted, mark "X" in one box
 a.☐ Establishment Not Found  d.☐ Ten or Fewer Employees  g.☐ Worksite Exempt Through Voluntary Program
 b.☐ Employer Out of Business  e.☐ Denied Entry           h.☐ Non-Exempt Consultation in Progress
 c.☐ Process To Be Inspected Not Active  f.☐ SIC Not on Planning Guide  i.☐ Other
46. Closing Conference Date (On Site)

CSHO Signature _____ Date 3/4/03 | 48. Reviewer Signature | Date

CASE FILE COPY

AKDOSH-1 (Rev. 1/84)

LG00826

## INSPECTION CHECKLIST

11

Inspection Check List:

- [x] Credentials and Legal Authority
- [x] Purpose of Inspection
- [ ] Permission (Name: Tom LAKO)
- [x] Explain Camera and Equipment
- [x] Trade Secrets
- [x] Referrals
- [x] Explain Walkaround Procedure
- [x] Request Employee on Walkaround
- [x] Explain Rights and Discrimination Law
- [x] Schedule Closing Conference

Inspection Guide List:

|  | Yes | No |
|---|---|---|
| A. Posting Requirements | ☑ | ☐ |
| B. Safety Rules or Code | ☑ | ☐ |
| C. Safety Meetings | ☑ | ☐ |
| D. Accident/Illness Log/Records | ☑ | ☐ |
| E. Periodic Safety Inspections | ☑ | ☐ |
| F. Fire Protection | ☑ | ☐ |
| G. First Aid Kit | ☑ | ☐ |
| H. First Aid Card (If Applicable) | ☑ | ☐ |
| I. Hazardous Substances | ☑ | ☐ |
| J. If Yes to I, Hazard Communication Program | ☐ | ☑ |
| K. PFE | ☑ | ☐ |

12

Evaluation of Safety and Health Program:

Codes: 0 = Nonexistent   1 = Inadequate   2 = Average   3 = Above Average

Circle appropriate number

| | 0 | 1 | 2 | 3 |
|---|---|---|---|---|
| A. Written Program | 0 | 1 | 2 | 3 |
| B. Communication to Employees | 0 | 1 | 2 | 3 |
| C. Enforce Program | 0 | 1 | 2 | 3 |
| D. Safety Program | 0 | 1 | 2 | 3 |
| E. Health Training | 0 | 1 | 2 | 3 |
| F. Injuries Investigated | 0 | 1 | 2 | 3 |
| G. Preventative or Corrective Action | 0 | 1 | 2 | 3 |

**Exhibit 20, pg. 46**

13

Closing Conference Checklist:    No Apparent Violations ☐

- A. Review hazards and apparent violations noted. ☑
- B. Cover Items 1-10 on Closing Conference Worksheet (AK DCSH 12). ☑
- C. Offer abatement assistance if appropriate. ☑
- D. Inform employer of consultation and training services. ☑

LG00827

DSH 1A-2    R 4/93

INSPECTION DATA AND CHECKLIST

1. Employer: SIMMONS BUILDING TECH.

2. Inspection Number: 305 757 510

3. Opening Conference:
   Date and Time 03/03/03

   | Name | Job Title |
   |------|-----------|
   | TOM LPKU | |

4. Closing Conference:
   Date and Time _____

   | Name | Job Title |
   |------|-----------|
   | | |

5. Authorized Employee Representatives:

   | Name | Local # |
   |------|---------|

6. Employees Contacted:   LTR INT WA
   Name: _____
   Address: _____

   Name: _____
   Address: _____

   Name: _____
   Address: _____

7. Other Inspection Contacts:

   | Name | Position |
   |------|----------|

8. Additional Citation Mailing Address:

   Name: _____
   Address: _____

9. Pre-inspection Check List:
   A. Credentials and Legal Authority ☐
   B. Purpose of Inspection ☐
   C. Permission (Name: _____) ☐
   D. Explain Camera and Equipment ☐
   E. Trade Secrets ☐
   F. Referrals ☐
   G. Explain Walkaround Procedure ☐
   H. Request Employee on Walkaround ☐
   I. Explain Rights and Discrimination Law ☐
   J. Schedule Closing Conference ☐

10. Inspection Guide List:                   Yes  No
    A. Posting Requirements                  ☐    ☐
    B. Safety Rules or Code                  ☐    ☐
    C. Safety Meetings                       ☐    ☐
    D. Accident/Illness Log/Records          ☐    ☐
    E. Periodic Safety Inspections           ☐    ☐
    F. Fire Protection                       ☐    ☐
    G. First Aid Kit                         ☐    ☐
    H. First Aid Card (If Applicable)        ☐    ☐
    I. Hazardous Substances                  ☐    ☐
    J. If Yes to I, Hazard Communication Program  ☐  ☐
    K. PPE                                   ☐    ☐

**Exhibit 20, pg. 47**

AK DOSH 1A R 2/99

LG00828

Keep Photo Below This Line

---

DOSH 1 No.: 305757510

Citation No.:

Item No(s).:

Business and Address: Siemens Building Technologies Incorporated

Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

Date: 3/03/03

To Identify:
a. Negatives
b. "
c. "
d.

Compliance Officer or Industrial Hygienist Signature:

*[signature]*

Tom Scanlon

DOSH 6
R-10/89

Exhibit 20, pg. 48

LG00829