



**Exhibit 21, pg. 9**

LG00856





Exhibit 21, pg. 10

LG00857

Keep Photo Below This Line

---

DOSH 1 No.: 305757510

Citation No.:

Item No(s).:

Business and Address: Siemens Building Technologies Incorporated

Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

) Date: 3/03/03

) To Identify:
    a. Work platform
    b. Work Platform
    c. Work Platform
    d. Work Platform

) Compliance Officer or Industrial Hygienist Signature:

*Tom Scanlon*

**Exhibit 21, pg. 11**

**LG00858**

DOSH 6
R-10/89