Alaska Department of Labor and
Workforce Development
Occupational Safety & Health
P.O. Box 107022
Anchorage, Alaska 99510
Phone: (907) 269-4940   FAX: (907) 269-4950



# Citation and Notification of Penalty

To:
Siemens Building Technologies Incorporated
and its successors
5333 Fairbanks Street, Suite B
Anchorage, AK 99518-1258

Inspection Site:
909 W. 9th Avenue
Anchorage, AK 99519-6247

Inspection Number:   305757510
Inspection Date(s):   03/02/2003- 03/10/2003
Issuance Date:       04/28/2003

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 calendar days (excluding weekends and State holidays) from your receipt of this Citation and Notification of Penalty you mail a notice of contest to the Alaska Department of Labor Office at the address shown above. Please refer to the enclosed form which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Board or a court.

**Posting** - The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or , if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 5 working days (excluding weekends and State holidays), whichever is longer. **The penalty dollar amounts need not be posted and may be marked out or covered up prior to posting.**

**Informal Conference** - An informal conference is not required. However, if you wish to have such a conference you may request one with the Chief of Enforcement during the 15 working day contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

**Exhibit 18, pg. 9**     **LG 000075**



f you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Commissioner or his designees within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

f you decide to request an informal conference, please complete, remove and post the page 3 Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** - You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. <u>Unless you inform the Commissioner or his designees in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Board and may not be reviewed by any court or agency.</u>

**Penalty Payment** - Penalties are due within 30 Calendar days of receipt of this notification unless contested. Make your check or money order payable to "State of Alaska". Please indicate the AKOSH Inspection Number on the remittance.

AKOSH does not agree to any restrictions or conditions or endorsements put on any check or money order for less than the full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

**Notification of Corrective Action** - For violations which you do not contest, you should notify the Alaska Department of Labor Office promptly by letter that you have taken appropriate corrective action within the time frame set forth on this Citation. Please inform this office in writing of the abatement steps you have taken and of their dates, together with adequate supporting documentation, e.g., drawings or photographs of corrected conditions, purchase/work orders related to abatement actions, air sampling results, etc.

**Employer Discrimination Unlawful** - The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the Alaska Department of Labor Office at the address shown above.

**Employer Rights and Responsibilities** - The enclosed form outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** - The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the Alaska Department of Labor Office at the address shown above and postmarked within 15 working days (excluding weekends and State holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Exhibit 18, pg. 10**   LG 000076



Alaska Department of Labor and
Workforce Development



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with AKOSH to discuss the citation(s) issued on 04/28/2003. The conference will be held at the AKOSH office located _____, _____, Alaska, on _____ at _____. Employees and/or representatives of employees have a right to attend an informal conference.

Exhibit 18, pg. 11

LG 000077



Alaska Department of Labor and
Workforce Development
Occupational Safety and Health

Inspection Number: 305757510
Inspection Dates: 03/02/2003 - 03/10/2003
Issuance Date:   04/28/2003



## Citation and Notification of Penalty

**Company Name:** Siemens Building Technologies Incorporated
**Inspection Site:** 909 W. 9th Avenue, Anchorage, AK  99519-2247

---

**Citation 1 Item 1**  Type of Violation:  **Serious**

29 CFR 1910.23(c)(1):  Walking-Working Surfaces. Guarding floor and wall openings and holes. Protection of open-sided floors, platforms, and runways. Every open-sided floor or platform 4 feet or more above adjacent floor or ground level shall be guarded by a standard railing (or the equivalent as specified in paragraph (e) (3) of this section) on all open sides except where there is entrance to a ramp, stairway, or fixed ladder. The railing shall be provided with a toeboard wherever, beneath the open sides,

Persons can pass,

There is moving machinery, or

There is equipment with which falling materials could create a hazard.

EXAMPLE: An employee was working at the Unocal Corporate office on a work platform that was four feet or more above adjacent floor or ground level that was not guarded by a rail or equivalent. Employees had worked on the platform for at least the last two years. The employee was exposed to fall hazards due to the unguarded open side of platform.

Date By Which Violation Must be Abated:   Corrected During Inspection
Proposed Penalty:                              $    525.00

Exhibit 18, pg. 12

LG 000078

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                Page 4 of 5                    OSHA-2 (Rev. 9/93)

COPY

Alaska Department of Labor and
Workforce Development
Occupational Safety and Health

Inspection Number: 305757510
Inspection Dates: 03/02/2003 - 03/10/2003
Issuance Date: 04/28/2003



## Citation and Notification of Penalty

**Company Name:** Siemens Building Technologies Incorporated
**Inspection Site:** 909 W. 9th Avenue, Anchorage, AK  99519-2247

---

**Citation 2 Item 1** Type of Violation: **Other**

29 CFR 1910.25(d)(2)(xv): Walking-Working Surfaces. Portable wood ladders. Care and use of ladders. Use. The following safety precautions shall be observed in connection with the use of ladders: No ladder should be used to gain access to a roof unless the top of the ladder shall extend at least 3 feet above the point of support, at eave, gutter, or roofline;

EXAMPLE: Employees regularly used a step ladder to access a work area in the Unocal Building to replace the filters. The top of the ladder did not extend at least three feet above the point of support or roof line of the work area. Employees were exposed to potential fall hazards, as a result of the ladder not extending three feet above roof line.

Date By Which Violation Must be Abated:     Corrected During Inspection
Proposed Penalty:                            $        0.00

_____
John Stallone
Acting Chief, AKOSH

Exhibit 18, pg. 13

LG 000079

---

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                Page 5 of 5                OSHA-2 (Rev. 9/93)

COPY