# STATE OF ALASKA

*FRANK H. MURKOWSKI, GOVERNOR*

## DEPARTMENT OF LABOR AND
## WORKFORCE DEVELOPMENT

3301 Eagle Street, Suite 305
Anchorage, AK 99503

### OCCUPATIONAL SAFETY & HEALTH
### LABOR STANDARDS & SAFETY DIVISION

PHONE: (907) 269-4940
FAX:      (907) 269-4950/269-3723

December 22, 2004

Law Offices Phillip Paul Weidner and Associates
Attn: Mr. Michael Cohn
330 L. Street, Suite 200
Anchorage, AK  99501

RECEIVED

DEC 3 0 2004

WEIDNER & ASSOCIATES

Re:    Freedom of Information Request
       Mechanical Room UNOCAL Building
       Inspection Number: 305757510

Dear Mr. Cohn:

In response to your request dated November 17, 2004 enclosed, please find copies of above referenced file. Employee comments/names may have been withheld in accordance with AS 18.60.087(b). Confidential or privileged information has also been withheld.

Our copy fee is twenty-five cents per page for a total of 65 pages. Please make your check payable to the State of Alaska in the amount of $16.25 and mail it to the Department of Labor and Workforce Development Occupational Safety and Health, 3301 Eagle Street, Suite 305, Anchorage, AK 99503-4149. This letter is the only billing you will receive.

If you have questions or are in need of further assistance, please do not hesitate to contact me at (907) 269-3727.

Sincerely,

Michelle McNair-Davis
Records Custodian

Enclosures

Cc:  Foir File
       Inspection File

**Exhibit 20, pg. 1**

LG00782



LAW OFFICES

# PHILLIP PAUL WEIDNER AND ASSOCIATES

A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/276-6571

November 17, 2004

NOV 1 9 2004

State of Alaska
Department of Labor & Workforce Development
Occupational Safety & Health
Labor Standards & Safety Division
3301 Eagle Street, Suite 305
P. O. Box 107022
Anchorage, AK 99510-7022

RE:   Injury to Lawrence Grove on 9/11/02
       Location:    Mechanical Room
                    UNOCAL Building
                    909 W. 9th Avenue
                    Anchorage, AK  99519-6247
       Inspection No. 305757510
       FOIA Request

Dear OSHA:

Please be advised that our law firm has been retained by Lawrence Grove in regard to injuries he sustained on September 11, 2002 at the UNOCAL Building, 909 West 9th Avenue, Anchorage, Alaska 99519-6247.

Please provide this office with a complete copy of the file pertaining to the OSHA investigation, including all records pertaining to UNOCAL and Siemens Building Technologies, Inc., recommended citation/penalties, and final resolution of same.

Thanking you in advance for your attention to this matter, I remain

Sincerely yours,

WEIDNER & ASSOCIATES
*A Professional Corporation*

Michael Cohn
MC/ngb

**Exhibit 20, pg. 2**

**LG00783**

Alaska Department of Labor and
Workforce Development
Occupational Safety and Health
P.O. Box 107022
Anchorage, Alaska 99510
Phone: (907) 269-4940    FAX: (907) 269-4950

*I g*



# INVOICE/
# DEBT COLLECTION NOTICE

---

**Company Name:**     Siemens Building Technologies Incorporated
**Inspection Site:**    909 W. 9th Avenue, Anchorage, AK  99519-6247
**Issuance Date:**     04/28/2003
**Summary of Penalties for Inspection Number   305757510**

| | | |
|---|---|---|
| Citation 1, Serious | = $ | 525.00 |
| Citation 2, Other | = $ | 0.00 |
| **TOTAL PROPOSED PENALTIES** | = $ | 525.00 |

To avoid additional charges, please remit payment promptly to the above address for the total amount of the uncontested penalties summarized above. Make your check or money order payable to:  "State of Alaska".  Please indicate AKOSH's Inspection Number (indicated above) on the remittance **and** return this form along with your remittance.

AKOSH does not agree to any restrictions or conditions or endorsements put on any check or money order for less than full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements to not exist.

Delinquent Charges.  A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made.  If the debt remains delinquent for more than 90 calendar days, the amount due will be forwarded to the Attorney General's office for collection.

Administrative Costs.  Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts.  These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt.  Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

John Stallone
Acting Chief, AKOSH

Date   4/28/03

**Exhibit 20, pg. 3**

734185

LG00784



**IMIS Enforcement Action Form**

| Action | Required Form | Action to Take | Initials | 163 # or Date | Data Entry Date/Initials |
|---|---|---|---|---|---|
| Inspection DT : | N/A | | | | |
| Tracking | N/A | | | | |
| Date Mailed | 167I | 3/10/03 | | | 4/17/03 DMc |
| Penalty Due Date | 167I | 4/7/03 | | | |
| Penalty Paid | 183 | 5/30/03 | | | |
| Abatement | 166 | | | | |
| 30 Day Letter | 167I | | | | |
| Collection Send to AG's | 167I | | | | |
| Informal Conf. | 167C | Contested Contested | JW DMc | 4/11/03 5/12/03 | 5/12/03 DMc |
| Close Complaint | 166 & 167I | 4/7/03 | DMc | 4/28/03 | 4/30/03 DMc |
| Contest | AG's Form | 4/7/03 | | | |
| Send to AG's | Supervisor Must Do | | | | |
| Company History | 166 | | | | |
| Contest/Order | 167I | | | | |
| Contest Close | 167I | | Close BK | | 5/16/03 DMc |
| Warrant Returned | 167I | | | | |
| Close Case | 167I | | | | |

NOTE: Supervisors Check Action To Take. To Check Abatement Must Mean Entire Inspection Abated. To Check Contest Must Mean Entire Inspection Contested. AMENDED'S, PMA's AND CONTEST FINAL ORDER **MUST HAVE** 166 Form.

Exhibit 20, pg. 4

LG00785



CASE AUDIT REPORT

page: 1

Inspection #              : 306757515I0

Opt. Inspection #         : 021 03

Supervisor ID             : 306757

Site Name: Siemens Building Technologies Incorporated

Estab Name: Siemens Building Technologies Incorporated

Site Address: 909 W. 9th Avenue
              Anchorage
              AK  99519

Mail Address: 5133 Fairbanks Street, Suite B
              Anchorage
              AK  99518

Concl Corp  : Siemens Building Technologies Incorporated

CSHO ID                   : 023715
Inspection Type           : Complaint
Entry Dt                  : 03/02/03
Close Conf                : 03/10/03
Infor Conf                :
PMA STATUS                :
PMA DATE                  :
Contest (Govee-)          : NO
Final Order               :
Case Close Dt             : 05/16/03

**** (Summary)

Due Date    Penalty      FTA Penalty
05/16/03    05/28/03     $     0.00
            $   525.00   $     0.00
            $     0.00   $     0.00

PAYMENT DATA (Summary)

Total Payment:                    $   525.00
Next Install Dt:
Last Install Dt:
Number of Installments:  0
                         In Transferred
PENALTY COLLECTION DATA (Summary)

Pay (FTA)    DCNT
             DCNT
             SOL

Penalty/     Contest          Amt Transferred
FTA Pen      2nd Amt msr Pen
             $          $     0.00
$   525.00   0.00       $     0.00
$     0.00

Action    Action     Event/Act FAP Dates
Date      Type       ********** *********

DATA (Detail)

                                              Hist Iss. Dt/ Abatement #
Standard      Code    Haz  # Rec Exp Inst Iss Dt  Date   Ty/Pmg
           Penalty FTA Dt/ Date
Due Date   ********** ** ** * **** * **** * ** *  ********** *********

Current Assessed : $   525.00   1   1  04/28/03  05/01/03 A 1
Interest         : $     0.00   2   1  04/28/03  05/01/03 A 1
Adm Fees         : $     0.00
yes Waived       :
Status

DATA (Detail)
Payment Dc    Ref/Unit    Amount Paid    FTA Paid    Total Paid
********* ** **  *******  *********** *********** ***********

1910 0023  c 01   xv
1910 0025  d 02

$   525.00    $     0.00    $   525.00

Exhibit 20, pg. 5

LG00786

This report provides debt collection information on a case specified by inspection number.

Note: FTA amounts are preceded with a plus sign(+) to distinguish them from Proposed/Adjusted penalty amounts.

**Exhibit 20, pg. 6**

LG00787

CASE AUDIT REPORT

Page: 1

Criteria File: lp

INSPECTION DATA          05/13/03  12:29

Estab Name    : Siemens Building Technologies Incorporated
Site Address: 909 W. 9th Avenue
              Anchorage
              AK  99519

Mail Address: 5333 Fairbanks Street, Suite B
              Anchorage
              AK  99518

Cont1 Corp  : Siemens Building Technologies Incorporated

Inspection #        : 305757510
Opt. Inspection #   : 021-03
Supervisor ID       : J0975
OSHA ID             : 23775
Inspection Type     : Complaint
Entry Dt            : 03/02/03
Close Conf Dt       : 03/10/03
Infor Conf Date     :
PMA STATUS          :
PMA DATE            :
Contest (Active)    : NO
Final Order         :
Case Close Dt       :

PENALTY DATA (Summary)

|  | Penalty | | FTA Penalty | |
| --- | --- | --- | --- | --- |
| Due Date | : 05/28/03 | | | |
| Current Assessed | : $ | 525.00 | $ | 0.00 |
| Interest | : $ | 0.00 | $ | 0.00 |
| Adm Fees | : $ | 0.00 | $ | 0.00 |
| Res Waived | : | | | |
| Status | : | | | |

PAYMENT DATA (Summary)

Total Payments:     $     525.00
Next Install Dt:
Last Install Dt:
Number of Installments:  0

PENALTY COLLECTION DATA (Summary)

|  | Amt Transferred |  | Amt Transferred |
| --- | --- | --- | --- |
| (Orig) DCAT | | $ | 0.00 |
| (FTA) DCAT | | $ | 0.00 |
| SOL | | | |

VIOLATION DATA (Detail)

| V (t) | Standard | Haz Code | # Rec | Exp | Inst | Inst Dt/ FTA Dt | Date | Abatement Ty/Cmp | Actions Date | Type | Penalty/ FTA Pen | Contest Std Abt MS Pen | Evnt/Act FAP Dates |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| s 01001 | 1910 0023  c 01 | | | | 1 | 04/28/03 05/01/03 A T | | | | | $ 525.00 | | |
| o 02001 | 1910 0025  d 02 | xv | | | 2 | 04/28/03 05/01/03 A T | | | | | $ 0.00 | | |

PAYMENT DATA (Detail)

| OSHA-163 Nr. | Payment Dt | Ref/Inh | Amount Paid | FTA Paid | Total Paid |
| --- | --- | --- | --- | --- | --- |
| 200505050 | 05/13/03 | | $ 525.00 | $ 0.00 | $ 525.00 |

LG00788

**Exhibit 20, pg. 7**

This report provides debt collection information on a case specified by Inspection Number.

Note: FTA amounts are preceded with a plus sign(+) to distinguish them from Proposed/Adjusted Penalty amounts.

**Exhibit 20, pg. 8**

**LG00789**