ska Department of Labor
pational Safety and Health

# Inspection Report

Apr 3, 2003 10:04am

| ID | Assignment Nr. | CSHO ID | Supervisor ID | Inspection Nr. | Opt. Insp. Nr. |
|---|---|---|---|---|---|
| 0210 | 0 | Z3775 | J0975 | 305757510 | 021-03 |

| Establishment Name | | Siemens Building Technologies Incorporated | | | |
|---|---|---|---|---|---|
| Address | 909 W.9th. Ave<br>Anchorage, AK 99519-6247 | Site Phone | (907) 563-2242 | Site FAX | (907) 563-6139 |
| Mailing Address | 5333 Fairbanks St. Suite B<br>Anchorage, AK 99518-1258 | Mail Phone | (907) 563-2242 | Mail FAX | (907) 563-6139 |
| Controlling Estab | Siemens Building Technologies Incorporated | Employer ID | | | |
| Ownership | A. Private Sector | City | 0130 | County | 020 |
| Legal Entity | A. Corporation | Previous Activity (State Only) | | | |

### Related Activity

| Type | Number | Satisfied | Type | Number | Satisfied |
|---|---|---|---|---|---|
| Complaint | 201672011 | Safety | | | |

| Employed in Establishment | 35 | Advance Notice? | No | Category | S. Safety |
|---|---|---|---|---|---|
| Covered By Inspection | 2 | Union? | Yes | Primary SIC | 1711 |
| Controlled By Employer | 40 | Walkaround? | No | Secondary SIC | |
| | | Interviewed? | Yes | Inspected | |

| Inspection Type | B. Complaint | Reason No Inspection | |
|---|---|---|---|
| Scope of Inspection | B. Partial Inspection | | |
| Classification | | | |
| Strategic Initiatives | | | |
| National Emphasis | | | |
| Local Emphasis | | | |

| Anticipatory Warrant Served? | No | Denial Date | Date ReEntered | Date ReDenied | ReEntered |
|---|---|---|---|---|---|
| Anticipatory Subpoena Served? | No | | | | |

| Entry | 03/02/03 | | First Closing Conference | 03/10/03 | |
|---|---|---|---|---|---|
| Opening Conference | 03/02/03 | | Second Closing Conference | | |
| Walkaround | 03/02/03 | | Exit | 03/03/03 | |
| Days On Site | 2 | | Case Closed | | |
| | | | No Citations Issued | | |

| Type | ID | Optional Information |
|---|---|---|

— Exhibit 20, pg. 25 —

| CSHO Signature | [signature] | Date | 4/03/03 |
|---|---|---|---|

LG00806

OSHA-1(Rev. 6/93)

Alaska Department of Labor
Occupational Safety and Health



# Inspection Narrative

Apr 3, 2003 10:04am

| | |
|---|---|
| Inspection Nr. | 305757510 |
| Opt. Case Number | 021-03 |

| Establishment Name | Siemens Building Technologies Incorporated | | |
|---|---|---|---|
| Legal Entity | A. Corporation | Type of Business | Maintenance |

**Additional Citation Mailing Addresses**

**Organized Employee Groups**

Plumbers and Steamfitters
Local: 367    (907) 562-2810
610 West 54th Ave
Anchorage, AK   99518

**Authorized Employee Representatives**

Larry Grove    (907) 222-1167
PO Box 222253
Anchorage, AK   99522
Walkaround? N

**Employer Representatives Contacted**

| Name | Title | Function | Walk Around? |
|---|---|---|---|
| Tom Lake | HVAC Supervisor | IOC | Y |
| Everette Hoover | Operations Manager | IO | |

**Other Persons Contacted**

| | | | | |
|---|---|---|---|---|
| Entry | 03/02/03 | First Closing Conference | 03/10/03 | |
| Opening Conference | 03/02/03 | Second Closing Conference | | |
| Walkaround | 03/02/03 | Exit | 03/03/03 | |
| | | Case Closed | | |

**Penalty Reduction Factors**

| Size | 40 | Good Faith | 15 | History | 10 |
|---|---|---|---|---|---|

| Followup Inspection? | | Reason | |
|---|---|---|---|

Exhibit 20, pg. 26

LG00807

OSHA-1A(Rev. 6/93)

Siemens Building Technologies In

Apr 3 2003 10:04am
Inspection Nr. 305757510

| Coverage Information/Additional Comments |
|---|

## SAFETY NARRATIVE

Site Location:   Unocal Bld, 909 W 9th Ave. Anchorage Ak. 99519-6247

Employer:   Siemens Building Maintenance Technologies, Inc
5333 Fairbanks St. Ste. B Anchorage Ak 99518-1258
Telephone # 907-563-2242
Fax #        907-563-6139

Dan Seitz            General Manager  Siemens
Leverette Hoover     Services Operation Manager, Siemens
Tom Lake             HVAC Supervisor, Siemens
Roxanne Sinz         Manager Public Affairs, Unocal
Ken Burns            Drilling Safety Advisor, Unocal
Lee Zhao             CHSO in training
Jan Scanlon          OSHA

Thursday February 27th I was assigned to conduct an inspection at the Unocal Corporate Office Building located at 909 W. 9th. Ave. Anchorage Ak 99519 by Sue Lynn Hight (Acting) Assistant Chief, OSHA Enforcement Section. A formal complaint had been filed by a employee of Siemens Building Technology Inc. Siemens is a maintenance service company specializing in HVAC work. Siemens has serviced (maintained the HVAC system) at the Unocal corporate office building for at least the last ten years. The complaint alleged that Siemen employees were exposed to fall hazards when replacing HVAC filters at the Unocal office. The complaint states that the employees used non-approved scaffolding when replacing filters.

Monday March 2, 2003 Mr. Lee Zhao CHSO trainee and I arrived at the Siemens corporate office. Met with Mr. Tom Lake HVAC Supervisor and Leverette Hoover, Operations Manager. Began brief opening conference and explained that OSHA had received a complaint from one of their employees concerning work conditions at the Unocal Building. Asked that we go to the work site and begin inspection ASAP. It was agreed that we would complete the opening conference the next morning with Mr. Lake and Mr. Hoover.

Proceeded to the Unocal Building. Met with two Unocal representatives. Ms Roxanne Sinz, Manager Public Affairs and Mr. Ken Burns, Safety Advisor. Ms Rinz has just taken over the responsibility for Building Maintenance on March 1st, 2003. Explained the reason and circumstances for our inspection. Both individuals accompanied us to the work site in question. Photographed the work site and took various measurements of the area.

Tuesday March 3rd we completed the opening conference with Mr. Lake and Hoover. Discussed all of the items in the pre-inspection check list and inspection guide lists.

Requested copies of the OSHA 200/300 logs for 200, 2001, 2002, safety program and any pertinent safety committee minutes.

The following employees were interviewed during the inspection:
Brent Davies, Pipefitter, Siemens
Larry Groves, Pipefitter, Siements
Jan Hartman,  Unocal Building Maintenance Technician (former)
Charles Arnett, Unocal Building Maintenance Supervisor (former)
Paul Crapps, Unocal, Building Maintenance Technician (currently)
Archie Cook, Unocal Building Services Manager (former)
Roxanne Sinz, Unocal, Manager Public Affairs, & Building Services Manager.

**Exhibit 20, pg. 27**

During subsequent meeting with Mr. Hoover and Mr. Lake I informed them that OSHA was going to classify the area in question as a work platform rather than a scaffold.

Conducted closing conference with Mr. Seltz, Mr. Lake and Mr. Hoover. Discussed all of the items on the closing conference checklist. Discussed potential violations for improper ladder and inadequate guarding for a work platform that was four feet or higher from the next level.

Encouraged Mr. Hoover to use the OSHA Consultation and Training Section Services.

**LG00808**

OSHA-1A(Rev. 6/93)

: 3

Thu Apr 3, 2003 10:04am
Inspection Nr. 305757510

iens Building Technologies Incorporated

Hoover and Mr. Lake were cooperative and accommodating during the inspection process. Both
positive attitudes toward the inspection.

| Inspection Number | 305757510 |

ERAGE INFORMATION

URE AND SCOPE

Check Applicable Boxes and Explain Findings:

[x] Complaint Items
Employees exposed to fall hazards while replacing HVAC filters

[ ] Referral Items

[ ] Accident Investigation Summary & Findings

[ ] LEP

[ ] Planned Inspection

URE AND SCOPE -- UNUSUAL CIRCUMSTANCES (Mark X and explain all that apply:)

[x] None

[ ] Denial of entry (see denial memo)

[ ] Delays in conducting the inspection

[ ] Strikes

[ ] Jurisdictional Issues

[ ] Trade Secrets

[ ] Other

omments:

PENING CONFERENCE NOTES:

RECORDKEEPING PROGRAMS
Other than 29 CFR 1904 requirements)

oes the employer have a recordkeeping program relating to any occupational health issues
monitoring, medical, training, respirator fit tests, ventilation measurements, etc.)?

[ ] Yes  [ ] No

re any programs required by OSHA health standards?

[ ] Yes  [ ] No

**Exhibit 20, pg. 28**

LG00809

OSHA-1A(Rev. 6/93)

e 4                                                                    Thu Apr 3, 2003 10:04am
nens Building Technologies Incorporated                                 Inspection Nr. 305757510

PLIANCE PROGRAMS
gineering controls, PPE, regulated areas, emergency procedures, compliance plans, etc.)
dress any relevant compliance efforts regarding potential health hazards covered by the
ope of the inspection.

RSONAL HYGIENE FACILITIES AND PRACTICES
howers, lockers, change rooms, etc.)
e any required by OSHA health standards?

☐ Yes  ☐ No
What Standards:

ZARD COMMUNICATION PROGRAM

itten Program (complete)
☐ Yes  ☐ No

DS's (all)
☐ Yes  ☐ No

beling (adequate)
☐ Yes  ☐ No

aining (complete)
☐ Yes  ☐ No

py MSDS's/Program attached
☐ Yes  ☐ No

omments:

CCESS TO EXPOSURE & MEDICAL RECORDS

IRE PROTECTION AND EVACUATION PROCEDURES

YSTEMS SAFETY AND EMERGENCY RESPONSE

ESPIRATOR PROGRAM

OCKOUT TAGOUT/ \ELECTRICAL SAFE WORKPRACTICES

IRST AID

LECTRICAL SAFE WORKPRACTICES

XPOSURE CONTROL PLAN

ABORATORY STANDARD

RGONOMIC PROBLEMS
☐ Yes  ☐ No
If yes, complete the items 1 and 2 below.

1.  Lifting (10% or more similarly exposed employees injured)
    a. Total # of employees exposed to job:
    b. Total # of cases for job:

2.  CTD's (10% or more similarly exposed employees have CTD's; 5% or more CTS cases)
    a. Total # of employees exposed to job:
    b. Total # of cases for job:

**Exhibit 20, pg. 29**

**LG00810**

OSHA-1A(Rev. 6/93)

: 5
nens Building Technologies Incorporated

Thu Apr 3, 2003 10:04am
Inspection Nr. 305757510

Other significant injury/illness trends
☐ Yes   ☐ No
If yes, explain.

### EVALUATION OF EMPLOYER'S OVERALL SAFETY AND HEALTH PROGRAM

eral Industry:
[x] Yes   ☐ No   Employer has a Safety & Health Program

[x] Yes   ☐ No   Written

☐ Yes   [x] No   Copy Attached

struction Industry:
☐ Yes   ☐ No   Accident Prevention Program

☐ Yes   ☐ No   Written

☐ Yes   ☐ No   Copy Attached

aluation of Safety and Health Program
=Nonexistent 1=Inadequate 2=Average 3=Above average)

[2] Written S&H Program

[2] Communication to Employees

[2] Enforcement

[1] Safety Training Program

[ ] Health Training Program

[ ] Accident Investigation Performed

[x] Preventive Action Taken

LG00811

mments:

### CLOSING CONFERENCE NOTES:

re any unusual circumstances encountered such as, but not limited to, abatement oblems, expected contest and/or negative employer attitude? If yes, explain below.
[x] Yes   ☐ No
Inocal had the work platform and ladder removed from the HVAC filter room within two eks of the inspection date.

.Closing Conference Checklist ("x" as appropriate)
☐ No Violations Observed

Exhibit 20, pg. 30

[x] Gave Copy Employer Rights

[x] Reviewed Hazards & Standards

OSHA-1A(Rev. 6/93)

6                                                                                  Thu Apr 3, 2003 10:04am
ens Building Technologies Incorporated                                             Inspection Nr. 305757510

- [x] Discuss Employer Rights/Obligations
- [x] Encouraged Informal Conference
- [x] Offered Abatement Assistance
- [x] Discussed Consultation Programs
- [ ] Employer/Employee Questionnaires

Closing Conference Held with Employee Representative

- [ ] Jointly
- [ ] Separately

| O Signature | *[signature]* | Date | 4/03/03 |
| ompanied By | | | |

Exhibit 20, pg. 31

LG00812

OSHA-1A(Rev. 6/93)

ska Department of L~~~ of
~pational Safety and Healt~

rksheet

Apr 3, 2003 10:39am

| | |
|---|---|
| Inspection Number | 305757510 |
| Opt. Insp. Number | 021-03 |

| blishment Name | Siemens Building Technologies Incorporated | | | | |
|---|---|---|---|---|---|
| e of Violation | S Serious | Citation Number | 01 | Item/Group | 001 |
| nber Exposed | 1 | No. Instances | 1 | REC | |
| Alleged Vio. | 1910.0023( c)( 1) | | | | |

| tement | MultiStep Abatements | | | Final Abatement | Action Type/Dates |
|---|---|---|---|---|---|
| eriod | PPE Period | Plan | Report | | |
| 0 | | | | Correct | |
| tement Documentation Required | | | | Date Verified | |

stance Codes

D/Variable Information:

ection of open-sided floors, platforms, and runways.
0.23(c)(1)
Every open-sided floor or platform 4 feet or more above adjacent floor or ground level shall be guarded by a standard
ing (or the equivalent as specified in paragraph (e)(3) of this section) on all open sides except where there is entrance to
mp, stairway, or fixed ladder. The railing shall be provided with a toeboard wherever, beneath the open sides.

AMPLE: ~~Siemens Building Technologies Inc.~~ An Employee was working at the Unocal Corporate office on a work platform that
four feet or more above adjacent floor or ground level that was not guarded by a rail or equivalent. Employees had
ked on the platform for at least the last two years. The Employee was exposed to fall hazards due to the unguarded open
e of platform.

| | Penalty Calculations | | | Adjustment Factors | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBP | Size | Good Faith | History | |
| Low | L Lesser | 01 | 1500.00 | 40 | 15 | 10 | 525.00 |
| epeat Factor | | 0 | | | | | |

nployee Exposure:

stance Description:   A. Hazard   B. Equipment   C. Location   D. Injury/Illness   E. Measurements

| 4. Date/Time |
|---|
| 3/03/03 |

Exhibit 20, pg. 32          LG00813

20. Instance Description - Describe the following:
   a) Hazards-Operation/Condition-Accident: Employee was
      working on a work platform that was more than four feet
      or more above adjacent floor or ground level without
      any rail or guard protecting the open side..
   b) Equipment: Work platform
   c) Location: Unocal Building 9th floor, (penthouse or HVAC
      filter room), 909 W. 9th Ave. Anchorage Ak.

OSHA-1B/1BIHprint(Rev. 9/93)