d) Injury/Illness: bruises,contusions, fractures or broken
   bones, death.
e) Measurements: 7 feet 2 inches

| 21. Photo Number | Location on Video |
|------------------|-------------------|
| Pixs #1,2,3,4,5,6,7 | |

23. Employer Knowledge :Yes,the employer had been working with
this client (Unocal) at this location for at least ten years.

24. Comments (Employer, Employee, Closing Conference) : Employees
acknowledged during employee interviews that the work platform in
Pix's 1 thru 7 were used on a regular basis to change the HVAC
filters at the Unocal Building.

25. Other Employer Information :  OSHA determined that Siemens is
the exposing employer for this citation.

| 26. Classification: | | | | |
|---------------------|-----------|-------|---------|----------|
| Serious | Knowledge | S or C | Repeat? | Willful? |
| Serious | Yes | S | No | No |

| First Repeat | Second Repeat | Repeat Penalty |
|--------------|---------------|----------------|
| No | No | No |

| | Event Code | Action Code | Citation Type | Penalty | Abate Date | Final Order |
|---|------------|-------------|---------------|---------|------------|-------------|
| | Z Add transaction | A Add | S Serious | 525.00 | | |

**Exhibit 20, pg. 33**

**LG00814**

Keep Photo Below This Line



DOSH 1 No.: 305757510

Citation No.: # 1

Item No(s): #

Business and Address: Siemens Building Technologies Incorporated

) Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

) Date: 3/03/03

) To Identify:
  a. Work platform
  b. Work Platform
  c. Work Platform
  d. Work Platform

**Exhibit 20, pg. 34**

**LG00815**

) Compliance Officer or Industrial Hygienist Signature:

Tom Scanlon

DOSH 6
R-10/89







**Exhibit 20, pg. 35**

LG00816



Keep Photo Below This Line



)    DOSH 1 No.: 305757510

     Citation No.: #1

     Item No(s).: #1

   Business and Address: Siemens Building Technologies Inc.

) Location 5333 Fairbanks St. Anchorage AK. 99518-1258

i) Date:  03/02/03

e) To Identify:
     a.   Ladder height. Unocal
     b.   Ladder. Unocal.
     c.   "
     d.   "
     d.   Pix taken from exit door. showing aisles blocked.

**Exhibit 20, pg. 36**

f) Compliance Officer or Industrial Hygienist Signature:

**LG00817**

Tom Scanlon        DOSH 6    R-10/89



**Exhibit 20, pg. 37**

LG00818

Keep Photo Below This Line



DOSH 1 No.: 305757510

Citation No.:

Item No(s).:

Business and Address: Siemens Building Technologies Incorporated

Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

) Date:  3/03/03

) To Identify:
    a.  Work platform
    b.  Work Platform
    c.  Work Platform
    d.  Work Platform

**Exhibit 20, pg. 38**

) Compliance Officer or Industrial Hygienist Signature:

**LG00819**

Tom Scanlon

DOSH 6
R-10/89



Exhibit 20, pg. 39

LG00820

laska Department of L...
upational Safety and Health

orksheet

Apr 3, 2003 10:44am

| | |
|---|---|
| Inspection Number | 305757510 |
| Opt. Insp. Number | 021-03 |

| | | | | | |
|---|---|---|---|---|---|
| ablishment Name | Siemens Building Technologies Incorporated | | | | |
| e of Violation | O Other | Citation Number | 02 | Item/Group | 001 |
| mber Exposed | 2 | No. Instances | 1 | REC | |
| . Alleged Vio. | 1910.0025( d)( 2)( xv) | | | | |

| atement | MultiStep Abatements | | | Final Abatement | Action Type/Dates |
|---|---|---|---|---|---|
| Period | PPE Period | Plan | Report | | |
| 0 | | | | | |

atement Documentation Required — Date Verified

bstance Codes

/D/Variable Information:

.0.25(d)(2)(xv)
) No ladder should be used to gain access to a roof unless the top of the ladder shall extend at least 3 feet above the
nt of support, at eave, gutter, or roofline;

ample:  Employees of Siemens Building Technologies Inc. regularly used a step ladder to access a work area in the
ocal Building to replace the filters.  The top of the ladder did not extend at least three feet above the point of support or
f line of the work area. Employees were exposed to potential fall hazards as a result of the ladder not extending three
t above roof line.

| Penalty Calculations | | | | Adjustment Factors | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBF | Size | Good Faith | History | |
| | | | 0.00 | 40 | 15 | 10 | 0.00 |
| epeat Factor | | 0 | | | | | |

mployee Exposure:

| ccupation | HVAC Techician | Employer | Siemens Building Technologies | | |
|---|---|---|---|---|---|
| r of Employees | 2 | Duration | 4 days per year | Frequency | 6 hours per day |
| mployee Name | Larry Grove | | | | |
| ddress | PO BOx 222253 Anchorage, AK 99522 | | Phone | (907)229-1167 | |

| occupation | HVAC Technician | Employer | Siemens Building Technolgies | | |
|---|---|---|---|---|---|
| ir of Employees | 2 | Duration | 4 days per year | Frequency | 6 hours per day |
| mployee Name | Brrent Davies | | | | |
| ddress | 11710 Birchtrail Circle Anchorage, AK 99515 | | Phone | (907)552-1818 | |

nstance Description:      A. Hazard      B. Equipment      C. Location      D. Injury/Illness      E. Measurements

| |
|---|
| 4.  Date/Time |