ens Building Technologies Inco.

Inspection Nr. 3_____0  Citation Nr. 02  Item/Group 001

| 3/03/03 |

20. Instance Description - Describe the following:
   a) Hazards-Operation/Condition-Accident: Employee was using a step ladder to access work area. The top of the ladder did not extend three feet above the point of support or roof line as required by OSHA regulations.
   b) Equipment: Step Ladder
   c) Location  Unocal Office Building 909 W. 9th Ave. Anchorage Ak.
   d) Injury/Illness bruises, contusions, fractures or broken bones.
   e) Measurements Roof line 7ft. 2 inches

| 21. Photo Number | Location on Video |
|---|---|
| Pix 1,2,3,4 | |

23. Employer Knowledge : Yes, the employer had been working/servicing this client (Unocal) at this location for at least ten years.

24. Comments (Employer, Employee, Closing Conference) : Employee acknowledged during employee interview that the ladder in Pix #1,2,3 was the ladder that he used to replace the HVAC filters on a regular basis. Employee stated that on two occasions he had brought a ladder from his truck but had to carry it up nine flights of stairs because it would not fit into the elevators. When he had carried the ladder up the stairways he had "scraped" the walls and had to repaint the walls at the request of the client.

25. Other Employer Information : Employer stated during opening conference and inspection that the company provides ladders for their technicians to perform regular service calls. Although the Manager and Supervisor doesn't know who owns the wooden step ladder in the pictures they agreed with the statement that it had been there longer than anyone could remember.

26. Classification:

| Serious | Knowledge | S or O | Repeat? | Willful? |
|---|---|---|---|---|
| No | Yes | O | No | No |

| First Repeat | Second Repeat | Repeat Penalty |
|---|---|---|
| | | |

Exhibit 20, pg. 41        LG00822

| Event Code | Action Code | Citation Type | Penalty | Abate Date | Final Order |
|---|---|---|---|---|---|
| Z Add transaction | A Add | O Other | 0.00 | | |

OSHA-1B/1BIHprint(Rev. 9/93)

●● Keep Photo Below This Line ●● 



DOSH 1 No.: 305757510

Citation No.:

Item No(s).:

Business and Address: Siemens Building Technologies Incorporated

Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

Date: 3/03/03

To Identify:
 a. Ladder
 b. Ladder
 c. Ladder
 d. Height of work area-ladder

Compliance Officer or Industrial Hygienist Signature:

Tom Scanlon

DOSH 6
R-10/89

Exhibit 20, pg. 42

LG00823



Exhibit 20, pg. 43

LG00824

# CLOSING CONFERENCE WORKSHEET

| Employer | Inspection Date | Compliance Officer | Inspection Number |
|---|---|---|---|
| IBM BNS | 3/03/03 | T. SCANLON | 315757510 |

## Attendance

| Names | Titles |
|---|---|
| Brede Emtman | Engineering Specialist |
| Thomas Lake | Mechanical Systems Supervisor |
| Leverette G. Hoover | Service Ops Manager |
| Tom Scanlon | OSHR |

Conference
Date: 3/10/03
Time: 1:34 PM

Review apparent safety-health violations noted during inspection and set tentative abatement dates.

**EMPLOYER: Read the following and sign at bottom of page.**

1. Citations may be issued for some or all of the alleged violations and monetary penalties may or may not be assessed.

2. Your firm will be notified by registered mail of any alleged violations and assessed penalties, if any. Appeal procedures will be fully described in the citation or penalty notice.

3. Citations issued will fix a reasonable time to abate violations.

4. The employer has fifteen working days from receipt of citation to:

   (a) Schedule an informal conference with DOSH administrators to discuss questions concerning the citation, proposed penalties, or abatement dates.

   (b) Contest violations or penalties to the Review Board. (Notice of contest must be in writing.)

5. The employer may contest the citation, violations, penalties, abatement dates, or any combination of these.

6. If the citation is amended to allow an abatement period of longer than thirty days, progress reports are required.

7. The employer should abate as promptly as possible and notify the DOSH Anchorage office by mail of the corrected items and dates.

8. If a citation is issued, it must be posted conspicuously for a period of five working days or until abated, whichever is longer.

9. A follow-up inspection may be performed.

10. If a follow-up inspection by a state officer reveals a failure-to-abate situation, daily penalties will be imposed.

I have read and understand items 1 through 10 above.

Employer Signature _Leverette G. Hoover_

A copy of this form is to be given to the employer for his records, and to the employee representative if he participated in the closing conference.

Remarks _No comments at this time_

**Exhibit 20, pg. 44**

LG00825    AK OOSH 12 S 12-79

Division of Labor Standards and Safety

| Date | 1. Reporting ID | ■■ | 3. Optional Report Number | 4. ■■tion ■■ber (Identifies this Inspection) |
|---|---|---|---|---|
| 3/03/03 | | | | 305757510 |

| Related Activity/ Activity Satisfied | 5.1 Type | Number | Satisfied ☐S ☐H | 5.2 Type | Number | Satisfied ☐S ☐H | 5.3 Type | Number | Satisfied ☐S ☐H | 6. Total Entries |
|---|---|---|---|---|---|---|---|---|---|---|

Previous Activity — Has there been previous activity at this establishment? ☐ Yes ☐ No   If Yes, enter ▶ Type ___ Number ___

| | b. Establishment Name | 9. Employer ID (State's option) |
|---|---|---|
| a. ☐ Change? | SIEMENS BUILDING TECHNOLOGIES INC. | |

| | b. Site Address (Street, City, State, ZIP) | 11. City Code | 12. County Code |
|---|---|---|---|
| a. ☐ Change? | 909 W. 9TH AVE. ANCHORAGE AK. 99519 | 0130 | 020 |

Mailing Address (If different) (Street, City, State, ZIP): 333 FAIRBANKS ST. SUITE B ANCH. 99518-1258    14. Telephone Number: 563-2242

Name of Controlling Corporation, Partner, or Owner: SIEMENS BUILDING TECHNOLOGIES INC    16. Telephone Number (Site): 563-2242

Ownership 17. a. ☒ Private Sector  c. ☐ State Government  
b. ☐ Local Government  d. ☐ Federal Agency/Code

18. Legal Entity (Optional): a. ☒ Corporation  b. ☐ Partnership  c. ☐ Sole Owner

19. Was Advance Notice Given? ☐ Yes ☒ No

20. Opening Conference Date: 03/3/03

21. Mark "X" in one box: ☒ Safety  ☐ Health   22. Primary SIC: 1711   23. Secondary SIC: a. Guide ___ b. Insp'd ___

24. Mark "X" in one box:
Unprogrammed
a. ☐ Accident   e. ☐ Variance
b. ☒ Complaint  f. ☐ Follow-up
c. ☐ Referral   g. ☐ Unprogrammed Related
d. ☐ Monitoring
Programmed
h. ☐ Planned    i. ☐ Programmed Related

25. Inspection Classification (Mark all that apply):
a. Safety Planning Guide: ☐ Manufacturing ☐ Construction ☐ Maritime
b. Health Planning Guide: ☐ Manufacturing ☐ Construction ☐ Maritime
c. ☐ Local Emphasis Program (specify)
d. ☐ National Emphasis Program (specify)
e. ☐ Migrant Farmworker Camp

| 26. Number of Employees Employed in Establishment | 27. Number of Employees Covered by Inspection | 28. Number of Employees Controlled by Employer | 29. a. ☒ Union  b. ☐ Non-Union | 30. a. ☐ Employee Exercised Walkaround Privilege?  b. ☒ Employees Interviewed States Only |
|---|---|---|---|---|
| 35 | 2 | 40 | | |

OSHA-200: Copy below the OSHA-200 Log entries for the most current complete year.
31. Year: ___   32. ☐ Data Not Available    33. LWD Rate

Occupational Injury Cases (1)(2)(3)(4)(5)(6)    Occupational Illness Cases (7) (a)(b)(c)(d)(e)(f)(g) (8)(9)(10)(11)(12)(13)

Type of Inspection — 35. Scope (Mark "X" in one box): a. ☐ Comprehensive Inspection  b. ☐ Partial Inspection  c. ☐ Records Only Inspection  d. ☐ No Inspection    36. Number of Days Site Visited

Warrant Information — 37. Anticipatory Warrant/Subpoena Served ☐ Yes   38. Date of Denial   39. Date Re-Entered   40. Date Re-Denied   41. Date Re-Entered

Optional Information — ID / Value / Type / ID / Value

Exhibit 20, pg. 45

43. Total Entries

Closed 44. a. ☐ Close  b. ☐ No Citations Issued

45. If no inspection conducted, mark "X" in one box:
a. ☐ Establishment Not Found   d. ☐ Ten or Fewer Employees   g. ☐ Worksite Exempt Through Voluntary Program
b. ☐ Employer Out of Business   e. ☐ Denied Entry   h. ☐ Non-Exempt Consultation in Progress
c. ☐ Process To Be Inspected Not Active   f. ☐ SIC Not on Planning Guide   i. ☐ Other

46. Closing Conference Date (On Site)

CSHO Signature: [signature]   Date: 3/4/03    48. Reviewer Signature    Date

CASE FILE COPY

AKOSH-1 (Rev. 1/84)

LG00826

Inspection Check List:

Credentials and Legal Authority ☑

Purpose of Inspection ☑

Permission (Name: Tom Lake) ☐

Explain Camera and Equipment ☑

Trade Secrets ☑

Referrals ☑

Explain Walkaround Procedure ☑

Request Employee on Walkaround ☑

Explain Rights and Discrimination Law ☑

Schedule Closing Conference ☑

11

Inspection Guide List:

|  | Yes | No |
|---|---|---|
| A. Posting Requirements | ☑ | ☐ |
| B. Safety Rules or Code | ☑ | ☐ |
| C. Safety Meetings | ☑ | ☐ |
| D. Accident/Illness Log/Records | ☑ | ☐ |
| E. Periodic Safety Inspections | ☑ | ☐ |
| F. Fire Protection | ☑ | ☐ |
| G. First Aid Kit | ☑ | ☐ |
| H. First Aid Card (If Applicable) | ☑ | ☐ |
| I. Hazardous Substances | ☑ | ☐ |
| J. If Yes to I, Hazard Communication Program | ☐ | ☑ |
| K. PFE | ☑ | ☐ |

Evaluation of Safety and Health Program:

Circle appropriate number   Codes:   0 = Nonexistent   1 = Inadequate   2 = Average   3 = Above Average

A. Written Program            0 1 2 3
B. Communication to Employees  0 1 2 3
C. Enforce Program            0 1 2 3
D. Safety Program             0 1 2 3
E. Health Training            0 1 2 3
F. Injuries Investigated      0 1 2 3
G. Preventative or Corrective Action  0 1 2 3

**Exhibit 20, pg. 46**

13

Closing Conference Checklist:                    No Apparent Violations ☐

A. Review hazards and apparent violations noted. ☑
B. Cover Items 1-10 on Closing Conference Worksheet (AK DCSH 12). ☑
C. Offer abatement assistance if appropriate. ☑
D. Inform employer of consultation and training services. ☑

LG00827

DCSH 1A-2                                                            R 4/93

INSPECTION DATA AND CHECKLIST

| | |
|---|---|
| Employer: SIMMONS BUILDING TECH. | 2. Inspection Number: 305 757 510 |

| 3. Opening Conference: | 4. Closing Conference: |
|---|---|
| Date and Time 03/03/03 | Date and Time _____ |
| Name / Job Title | Name / Job Title |
| TOM LPKU | |

| 5. Authorized Employee Representatives: | 6. Employees Contacted:    LTR INT WA |
|---|---|
| Name / Local # | Name: _____ Address: _____ |
| | Name: _____ Address: _____ |
| | Name: _____ Address: _____ |

| 7. Other Inspection Contacts: | 8. Additional Citation Mailing Address: |
|---|---|
| Name / Position | Name: _____ Address: _____ |

| 9. Pre-inspection Check List: | 10. Inspection Guide List:    Yes   No |
|---|---|
| A. Credentials and Legal Authority ☐ | A. Posting Requirements ☐ ☐ |
| B. Purpose of Inspection ☐ | B. Safety Rules or Code ☐ ☐ |
| C. Permission (Name: _____) ☐ | C. Safety Meetings ☐ ☐ |
| D. Explain Camera and Equipment ☐ | D. Accident/Illness Log/Records ☐ ☐ |
| E. Trade Secrets ☐ | E. Periodic Safety Inspections ☐ ☐ |
| F. Referrals ☐ | F. Fire Protection ☐ ☐ |
| G. Explain Walkaround Procedure ☐ | G. First Aid Kit ☐ ☐ |
| H. Request Employee on Walkaround ☐ | H. First Aid Card (if Applicable) ☐ ☐ |
| I. Explain Rights and Discrimination Law ☐ | I. Hazardous Substances ☐ ☐ |
| J. Schedule Closing Conference ☐ | J. If Yes to I, Hazard Communication Program ☐ ☐ |
| | K. PPE ☐ ☐ |

**Exhibit 20, pg. 47**

AK DOSH 1A R 2/99

LG00828

●● Keep Photo Below This Line ●●

DOSH 1 No.: 305757510

Citation No.:

Item No(s).:

Business and Address: Siemens Building Technologies Incorporated

Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

Date: 3/03/03

To Identify:
a. Negatives
b. "            "
c. "            "
d.

Exhibit 20, pg. 48

Compliance Officer or Industrial Hygienist Signature:

LG00829

*[signature]*

Tom Scanlon

DOSH 6
R-10/89