

Keep Photo Below This Line

) DOSH 1 No.: 305757510

    Citation No.:

    Item No(s).:

) Business and Address: Siemens Building Technologies Incorporated

) Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

d) Date: 3/03/03

e) To Identify:
    a. Miscellaneous Pictures
    b. "
    c. "
    d.

Exhibit 20, pg. 49

f) Compliance Officer or Industrial Hygienist Signature:

LG00830

*Tom Scanlon*

DOSH 6
R-10/89

Department of Labor
tional Safety and Health

## A-200 Data/Safety and Health Program Evaluation

2, 2003 5:04pm

| shment | Siemens Building Technologies Incorporated | | | Ownership | A. Private Sector |
|---|---|---|---|---|---|
| ddress | 909 W.9th. Ave  Anchorage, AK 99519-6247 | Site Phone | (907) 563-2242 | Site FAX | (907) 563-6139 |
| g ss | 5333 Fairbanks St. Suite B  Anchorage, AK 99518-1258 | Mailing Phone | (907) 563-2242 | Mailing FAX | (907) 563-6139 |
| lling | Siemens Building Technologies Incorporated | | | Employer ID | |

### SUMMARY OSHA-200 DATA

| | | | | | | Data Not Available | | Partial Log Year | | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.0 | LWDII RATE | 0.0 | Log Year | 2000 | Employment Average | 39 | | Total Hours Worked | | 81870 | |

Occupational Injury Cases / Occupational Illness Cases

| (2) Lost Workday Cases | (3) Cases With Days Away | (4) Nbr. of Days Away | (5) Restricted Workdays | (6) Cases w/o Lost Workdays | (7a) Skin Diseases/ Disorders | (7b) Dust Diseases (Lungs) | (7c) Respiratory Toxic Agents | (7d) Poisons | (7e) Disorders Physical Agents | (7f) Repeat Trauma | (7g) Other | (8) Nbr. of Fatality Dates | (9) Lost Workday Cases | (10) Cases With Days Away | (11) Nbr. of Days Away | (12) Restricted Workdays | (13) Cases w/o Lost Workdays |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

### SUMMARY OSHA-200 DATA

| | | | | | | Data Not Available | | Partial Log Year | | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.4 | LWDII RATE | 2.4 | Log Year | 2001 | Employment Average | 40 | | Total Hours Worked | | 83950 | |

Occupational Injury Cases / Occupational Illness Cases

| (2) Lost Workday Cases | (3) Cases With Days Away | (4) Nbr. of Days Away | (5) Restricted Workdays | (6) Cases w/o Lost Workdays | (7a) Skin Diseases/ Disorders | (7b) Dust Diseases (Lungs) | (7c) Respiratory Toxic Agents | (7d) Poisons | (7e) Disorders Physical Agents | (7f) Repeat Trauma | (7g) Other | (8) Nbr. of Fatality Dates | (9) Lost Workday Cases | (10) Cases With Days Away | (11) Nbr. of Days Away | (12) Restricted Workdays | (13) Cases w/o Lost Workdays |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 20 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Exhibit 20, pg. 50

LG00831

Department of Labor
National Safety and Health Administration

## A-300 Data/Safety and Health Program Evaluation

3, 2003 9:37am

| shment | Siemens Building Technologies Incorporated | | | | | Ownership | | A. Private Sector |
|---|---|---|---|---|---|---|---|---|
| lling | Siemens Building Technologies Incorporated | | | | | Employer ID | | |

| IARY OSHA-300 DATA | | Log Year | 2002 | Data Not Available | | Data Not Required | | Partial Log Year | | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RATE | 14.2 | DART RATE | 4.7 | Annual Average Number of Employees | | 40 | | Total Hours Worked by All Employees | | 84280 | |

| Number of Cases | | | Number of Days | | | Injury and Illness Types | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (H) Days Away | (I) Job Xfer or Restrict | (J) Other Recordable | (K) Nbr Days Job Xfer or Restrict | (L) Nbr Days Away | (M1) Injuries | (M2) Skin Disorders | (M3) Respiratory Conditions | (M4) Poisonings | (M5) All Other Illnesses |
| 2 | 0 | 4 | 0 | 95 | 6 | 0 | 0 | 0 | 0 |

Exhibit 20, pg. 51

LG00832

FORMS

## OSHA COMPLIANCE MANUAL

of Labor Statistics
Summary of Occupational
and Illnesses

This form is required by Public Law 91-596 and must be kept in the establishment for 5 years. Filure to maintain and post can result in the issuance of citations and assessment of penalties. *(See posting equirements on the 2nd page of form.)*

RECORDABLE CASES: You are required to record information about every occupational death; every nonfatal occupational illness; and those nonfatal occupational injuries which involve one or more of the following: loss of consciousness, restriction of work or motion, transfer to another job, or medical treatment (other than first aid). *(See definitions on the 2nd page of form.)*

| Date of Injury or Onset of Illness  Enter Mo./day. | Employee's Name  Enter first name or initial, middle initial, last name. | Occupation  Enter regular job title, not activity employee was performing when injured or at onset of illness. In the absence of a formal title, enter a brief description of the employee's duties. | Department  Enter department in which the employee is regularly employed or a description of normal workplace to which employee is assigned, even though temporarily working in another department at the time of injury or illness. | Description of Injury or Illness  Enter a brief description of the injury or illness and indicate the part or parts of the body affected.  Typical entries for this column might be: Amputation of 1st joint right forefinger; Strain of lower back; Contact dermatitis on both hands; Electrocution - body. |
|---|---|---|---|---|
| (E) | (C) | (D) | (E) | (F) PREVIOUS PAGE TOTALS |
| 03/22 | Nicole Putnam | Engineering Specialist | Operations | Sprained Right Wrist |
| 05/25 | Lawrence Grove | Journeyman Pipefitter | Service | Spriained Right Ankle |
| 05/26 | George Kension | Journeyman Pipefitter | Service | Hurt Lower Back |
| 08/24 | Lawrence Grove | Journeyman Pipefitter | Service | injured fingers on right hand |
| 09/12 | Todd Adams | Service Specialist Supervisor | Service | Right Knee |

Exhibit 20, pg. 52

LG00833

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | TOTALS (Instructions on 3rd page of form.) |

No. 200

10/95

Exhibit 20, pg. 53

LG00834

FORMS

## OSHA COMPLIANCE MANUAL

artment of Labor   For Calendar Year 19 __2000__   Page ___ of ___

Form Approved
O.M.B. No. 1220-0029

Name: Building Technologies, Inc.

ent Name: Building Technologies, Inc., Alaska Branch

ent Address: irbanks Street, Suite B, Anchorage, AK 99518-1258

| Nonfatal Injuries | | | | | Type of Illness | | | | | | | Fatalities | Nonfatal Illnesses | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Injuries With Lost Workdays | | | | Injuries Without Lost Workdays | Occupational skin diseases or disorders | Dust diseases of the lungs | Respiratory conditions due to toxic agents | Poisoning (systemic effects of toxic materials) | Disorders due to physical agents | Disorders associated with repeated trauma | All other occupational illnesses | Illness Related | Illnesses With Lost Workdays | | | | Illness Without Lost Workdays |
| CHECK if injury involves days away from work, or days of restricted work activity or both. | CHECK if injury involves days away from work. | number of DAYS away from work. | number of DAYS of restricted work activity. | CHECK if no entry was made in columns 1 or 2 but the injury is recordable as defined above. | | | | | | | | DATE of death Mo./day/yr. | CHECK if illness involves days away from work, or days of restricted work activity or both. | CHECK if illness involves days away from work. | number of DAYS away from work. | number of DAYS of restricted work activity. | CHECK if no entry was made in columns 8 or 9. |
| (2) | (3) | (4) | (5) | (6) | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (8) | (9) | (10) | (11) | (12) | (13) |
| ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |

Exhibit 20, pg. 54

cation of Annual Summary Totals By __Pam Spence__   Title __Office Coordinator__   Date __01/11/00__

NO. 200   POST ONLY THIS PORTION OF THE LAST PAGE NO LATER THAN FEBRUARY 1.   10/95

LG00835

## OSHA COMPLIANCE MANUAL

**...tions for OSHA No. 200**
...og and Summary of Occupational Injuries and Illnesses

...ach employer who is subject to the recordkeeping requirements ...f the Occupational Safety and Health Act of 1970 must maintain ...r each establishment a log of all recordable occupational injuries ...nd illnesses. This form (OSHA No. 200) may be used for that ...urpose. A substitute for the OSHA No. 200 is acceptable if it is ...s detailed, easily readable, and understandable as the OSHA No. ...00.

...nter each recordable case on the log within six (6) workdays after ...earning of its occurrence. Although other records must be ...aintained at the establishment to which they refer, it is possible ...o prepare and maintain the log at another location, using data ...rocessing equipment if desired. If the log is prepared elsewhere, ...copy updated to within 45 calendar days must be present at all ...mes in the establishment.

...ogs must be maintained and retained for five (5) years following ...he end of the calendar year to which they relate. Logs must be ...vailable (normally at the establishment) for inspection and ...opying by representatives of the Department of Labor, or the ...Department of Health and Human Services, or States accorded ...urisdiction under the Act. Access to the log is also provided to ...mployees, former employees and their representatives.

**Changes in Extent of or Outcome of Injury or Illness**

...f, during the 5-year period the log must be retained, there is a ...hange in extent and outcome of any injury or illness which ...effects entries in columns 1, 2, 6, 8, 9 or 13, the first entry should ...e lined out and a new entry made. For example, if an injured ...employee at first required only medical treatment but later lost ...workdays away from work, the check in column 6 should be lined ...out, and checks entered in columns 2 and 3 and the number of ...ost workdays entered in column 4.

...n another example, if an employee with an occupational illness ...ost workdays, returned to work, and then died of the illness, any ...entries in columns 9 through 12 should be lined out and the date ...of death entered in column 8.

The entire entry for an injury or illness should be lined out if later found to be nonrecordable. For example: an injury which is later determined not to be work related, or which was initially thought to involve medical treatment but later was determined to have involved only first aid.

**Posting Requirements**

A copy of the totals and information following the fold line of the last page for the year must be posted at each establishment in the place or places where notices to employees are customarily posted. This copy must be posted no later than *February 1 and must remain in place until March 1.*

Even though there were no injuries or illnesses during the year, zeros must be entered on the total line, and the form posted.

**Instructions for Completing Log and Summary of Occupational Injuries and Illnesses**

Column A - CASE FOR FILE NUMBER. Self-explanatory.

Column B - DATE OF INJURY OR ONSET OF ILLNESS.
For occupational injuries, enter the date of the work accident which resulted in injury. For occupational illnesses, enter the date of initial diagnosis of illness, or if absence from work occurred before diagnosis, enter the first day of the absence attributable to the illness which was later diagnosed or recognized.

Columns C through F - Self-explanatory.

Columns 1 and 8 - INJURY OR ILLNESS-RELATED DEATHS. Self-explanatory.

Columns 2 and 9 - INJURIES OR ILLNESSES WITH LOST WORKDAYS. Self-explanatory.

Any injury which involves days away from work, or days of restricted work activity, or both must be recorded since it always involves one or more of the criteria for recordability.

Columns 3 and 10 - INJURIES OR ILLNESSES INVOLVING DAYS AWAY FROM WORK. Self-explanatory.

Columns 4 and 11 - LOST WORKDAYS — DAYS AWAY FROM WORK.
Enter the number of workdays (consecutive or not) on which the employee would have worked but could not because of occupational injury or illness. The number of lost workdays should not include the day of injury or onset of illness or any days on which the employee would not have worked even though able to work.
NOTE: For employees not having a regularly scheduled shift, such as certain truck drivers, construction workers, farm labor, casual labor, part-time employees, etc., it may be necessary to estimate the number of lost workdays. Estimates of lost workdays shall be based on prior work history of the employee AND days worked by employees, not ill or injured, working in the department and/or occupation of the ill or injured employee.

Columns 5 and 12 - LOST WORKDAYS — DAYS OF RESTRICTED WORK ACTIVITY.
Enter the number of workdays (consecutive or not) on which because of injury or illness:
(1) the employee was assigned to another job on a temporary basis, or
(2) the employee worked at a permanent job less than full time, or
(3) the employee worked at a permanently assigned job but could not perform all duties normally connected with it.
The number of lost workdays should not include the day of injury or onset of illness or any days on which the employee would not have worked even though able to work.

**Exhibit 20, pg. 55**

...A No. 200

10/95

LG00836

## OSHA COMPLIANCE MANUAL

lumns 6
d 13 -   INJURIES OR ILLNESSES WITHOUT LOST
         WORKDAYS. Self-explanatory.

lumns 7a
ough 7g - TYPE OF ILLNESS.
          Enter a check in only *one* column for each illness.

RMINATION OR PERMANENT TRANSFER - Place an asterisk
the right of the entry in columns 7a through 7g (type of illness)
ich represented a termination of employment or permanent
nsfer.

tals

ld number of entries in columns 1 and 8.
ld number of checks in columns 2, 3, 6, 7, 9, 10 and 13.
ld number of checks in columns 4, 5, 11 and 12.
arly totals for each column (1-13) are required for posting.
nning or page totals may be generated at the discretion of the
nployer.

an employee's loss of workdays is continuing at the time the
als are summarized, estimate the number of future workdays
e employee will lose and add that estimate to the workdays
eady lost and include this figure in the annual totals. No further
tries are to be made with respect to such cases in the next
ar's log.

efinitions

CCUPATIONAL INJURY is an injury such as a cut, fracture,
rain, amputation, etc., which results from a work accident or
m an exposure involving a single incident in the work
vironment.
OTE: Conditions resulting from animal bites, such as insect or
ake bites or from one-time exposure to chemicals, are
nsidered to be injuries.

CCUPATIONAL ILLNESS of an employee is any abnormal
ndition or disorder, other than one resulting from an
cupational injury, caused by exposure to environmental factors
sociated with employment. It includes acute and chronic
nesses or diseases which may be caused by inhalation,
sorption, ingestion, or direct contact.

e following listing gives the categories of occupational illnesses
d disorders that will be utilized for the purpose of classifying
cordable illnesses. For purposes of information, examples of
ach category are given. These are typical examples, however,
d are not to be considered the complete listing of the types of
nesses and disorders that are to be counted under each
ategory.

a. **Occupational Skin Diseases or Disorders**
   Example: Contact dermatitis, eczema, or rash caused by primary irritants and sensitizers or poisonous plants; oil acne; chrome ulcers; chemical burns or inflammations; etc.

b. **Dust Diseases of the Lungs (Pneumoconioses)**
   Examples: Silicosis, asbestosis an other asbestos-related diseases, coal worker's pneumoconiosis, byssinosis, siderosis and other pneumoconioses.

c. **Respiratory Conditions Due to Toxic Agents**
   Examples: Pneumonitis, pharyngitis, rhinitis or acute congestion due to chemicals, dust, gases, or fumes; farmer's lung; etc.

7d. **Poisoning (Systemic Effect of Toxic Materials)**
   Examples: Poisoning by lead, mercury, cadmium, arsenic, or other metals; poisoning by carbon monoxide, hydrogen sulfide, or other gases; poisoning by benzol, carbon tetrachloride, or other organic solvents; poisoning by insecticide sprays such as parathion, lead arsenate; poisoning by other chemicals such as formaldehyde, plastics and resins; etc.

7e. **Disorders Due to Physical Agents (Other than Toxic Materials)**
   Examples: Heatstroke, sunstroke, heat exhaustion, and other effects of environmental heat; freezing, frostbite, and effects of exposure to low temperature; caisson disease; effects of ionizing radiation (isotopes, X-rays, radium); effects of nonionizing radiation (welding flash; ultraviolet rays, microwave, sunburn); etc.

7f. **Disorders Associated With Repeated Trauma**
   Examples: Noise-induced hearing loss; synovitis, tenosynovitis, and bursitis; Raynaud's phenomena; and other conditions due to repeated motion, vibration or pressure.

7g. **All Other Occupational Illnesses**
   Examples: Anthrax, brucellosis, infectious hepatitis, malignant and benign tumors, food poisoning, histoplasmosis, coccidioidomycosis, etc.

MEDICAL TREATMENT includes treatment (other than first aid) administered by a physician or by registered professional personnel under the standing orders of a physician. Medical treatment does NOT include first-aid treatment (one-time treatment and subsequent observation of minor scratches, cuts, burns, splinters, and so forth, which do not ordinarily require medical care) even though provided by a physician or registered professional personnel.

ESTABLISHMENT: A single physical location where business is conducted or where services or industrial operations are performed (for example: a factory, mill, store, hotel, restaurant, movie theater, farm, ranch, bank, sales office, warehouse, or central administrative office). Where distinctly separate activities are performed at a single physical location, such as construction activities operated from the same physical location as a lumber yard, each activity shall be treated as a separate establishment.

For firms engaged in activities which may be physically dispersed, such as agriculture; construction; transportation; communications; and electric, gas and sanitary services, records may be maintained at a place to which employees report each day.

Records for personnel who do not primarily report or work at a single establishment, such as traveling salesmen, technicians, engineers, etc., shall be maintained at the location from which they are paid or the base from which personnel operate to carry out their activities.

WORK ENVIRONMENT is comprised of the physical location, equipment, materials processed or used, and the kinds of operations performed in the course of an employee's work, whether on or off the employer's premises.

**Exhibit 20, pg. 56**

No. 200

10/95