# STATE OF ALASKA

FRANK H. MURKOWSKI, GOVERNOR

**DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT**

OCCUPATIONAL SAFETY & HEALTH
LABOR STANDARDS & SAFETY DIVISION

3301 Eagle Street, Suite 305
Anchorage, AK 99503

PHONE: (907) 269-4940
FAX:   (907) 269-4950/269-3723

January 7, 2005

RECEIVED
JAN 10 2005
WEIDNER & ASSOCIATES

Law Offices Phillip Paul Weidner and Associates
Attn: Mr. Michael Cohn
330 L. Street, Suite 200
Anchorage, AK 99501

Re: Freedom of Information Request
    Mechanical Room UNOCAL Building
    Inspection Number: 305757510

Dear Mr. Cohn:

In response to your request for photos from the above mentioned file, I must admit that no negatives were found in the file. Instead, I have copied the photos that were present in the hope that they will be sufficient for your needs.

Standard copy fees are waived.

If you have questions or are in need of further assistance, please do not hesitate to contact me at (907) 269-3727.

Sincerely,

Michelle McNair-Davis
Michelle McNair-Davis
Records Custodian

Enclosures

Cc: Foir File
    Inspection File

Exhibit 21, pg. 1

LG00848

Keep Photo Below This Line



Citation No.:

Item No(s).:

Business and Address: Siemens Building Technologies Incorporated

) Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

) Date: 3/03/03

) To Identify:
    a. Ladder
    b. Ladder
    c. Ladder
    d. Height of work area/ladder

) Compliance Officer or Industrial Hygienist Signature:

LG00849

Tom Scanlon

DOSH 6
R-10/89

Exhibit 21, pg. 2



Exhibit 21, pg. 3

LG00850





**Exhibit 21, pg. 4**

LG00851

Keep Photo Below This Line



a) DOSH 1 No.: 305757510

b) Citation No.: #1

c) Item No(s).: #1

d) Business and Address: Siemens Building Technologies Incorporated

  Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

d) Date: 3/03/03

e) To Identify:
   a. Work platform
   b. Work Platform
   c. Work Platform
   d. Work Platform

f) Compliance Officer or Industrial Hygienist Signature:

*Tom Scanlon*

DOSH 6
R-10/89

Exhibit 21, pg. 5

LG00852



Exhibit 21, pg. 6

LG00853





Exhibit 21, pg. 7

LG00854

Keep Photo Below This Line

---

) DOSH 1 No.: 305757510

   Citation No.: #1

   Item No(s).: #1

   Business and Address: Siemens Building Technologies Inc.

) Location 5333 Fairbanks St. Anchorage AK. 99518-1258

d) Date: 03/02/03

e) To Identify:
   a. Ladder height, Unocal
   b. Ladder, Unocal.
   c. "
   d. "
   d. Pix taken from exit door, showing aisles blocked.

f) Compliance Officer or Industrial Hygienist Signature:

*Tom Scanlon* (signature)

Exhibit 21, pg. 8

LG00855

DOSH 6
R-10/89