



Exhibit 21, pg. 9

LG00856





Exhibit 21, pg. 10

LG00857

Keep Photo Below This Line

---

DOSH 1 No.: 305757510

Citation No.:

Item No(s).:

Business and Address: Siemens Building Technologies Incorporated

Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

) Date: 3/03/03

) To Identify:
  a. Work platform
  b. Work Platform
  c. Work Platform
  d. Work Platform

) Compliance Officer or Industrial Hygienist Signature:

*[signature]*

Tom Scanlon

Exhibit 21, pg. 11

LG00858

DOSH 6
R-10/89