# STATE OF ALASKA

**DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT**

OCCUPATIONAL SAFETY & HEALTH
LABOR STANDARDS & SAFETY DIVISION

FRANK H. MURKOWSKI, GOVERNOR

3301 Eagle Street, Suite 305
Anchorage, AK 99503

PHONE: (907) 269-4940
FAX:   (907) 269-4950/269-3723

December 22, 2004

Law Offices Phillip Paul Weidner and Associates
Attn: Mr. Michael Cohn
330 L. Street, Suite 200
Anchorage, AK 99501

RECEIVED
DEC 3 0 2004
WEIDNER & ASSOCIATES

Re:  Freedom of Information Request
     Mechanical Room UNOCAL Building
     Inspection Number: 305757510

Dear Mr. Cohn:

In response to your request dated November 17, 2004 enclosed, please find copies of above referenced file. Employee comments/names may have been withheld in accordance with AS 18.60.087(b). Confidential or privileged information has also been withheld.

Our copy fee is twenty-five cents per page for a total of 65 pages. Please make your check payable to the State of Alaska in the amount of $16.25 and mail it to the Department of Labor and Workforce Development, Occupational Safety and Health, 3301 Eagle Street, Suite 305, Anchorage, AK 99503-4149. This letter is the only billing you will receive.

If you have questions or are in need of further assistance, please do not hesitate to contact me at (907) 269-3727.

Sincerely,

Michelle McNair-Davis
Records Custodian

Enclosures

Cc: Foir File
    Inspection File

**Exhibit 20, pg. 1**

LG00782

LAW OFFICES
# PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

November 17, 2004

NOV 19 2004

State of Alaska
Department of Labor & Workforce Development
Occupational Safety & Health
Labor Standards & Safety Division
3301 Eagle Street, Suite 305
P. O. Box 107022
Anchorage, AK 99510-7022

RE:   Injury to Lawrence Grove on 9/11/02
      Location:   Mechanical Room
                  UNOCAL Building
                  909 W. 9th Avenue
                  Anchorage, AK 99519-6247
      Inspection No. 305757510
      FOIA Request

Dear OSHA:

Please be advised that our law firm has been retained by Lawrence Grove in regard to injuries he sustained on September 11, 2002 at the UNOCAL Building, 909 West 9th Avenue, Anchorage, Alaska 99519-6247.

Please provide this office with a complete copy of the file pertaining to the OSHA investigation, including all records pertaining to UNOCAL and Siemens Building Technologies, Inc., recommended citation/penalties, and final resolution of same.

Thanking you in advance for your attention to this matter, I remain

Sincerely yours,

WEIDNER & ASSOCIATES
*A Professional Corporation*

Michael Cohn
MC/ngb

**Exhibit 20, pg. 2**

LG00783

Alaska Department of Labor and
Workforce Development
Occupational Safety and Health
P.O. Box 107022
Anchorage, Alaska 99510
Phone: (907) 269-4940    FAX: (907) 269-4950



/9

# INVOICE/
# DEBT COLLECTION NOTICE

| | |
|---|---|
| Company Name: | Siemens Building Technologies Incorporated |
| Inspection Site: | 909 W. 9th Avenue, Anchorage, AK  99519-6247 |
| Issuance Date: | 04/28/2003 |

Summary of Penalties for Inspection Number   305757510

| | | | |
|---|---|---|---|
| Citation 1, Serious | = | $ | 525.00 |
| Citation 2, Other | = | $ | 0.00 |
| TOTAL PROPOSED PENALTIES | = | $ | 525.00 |

To avoid additional charges, please remit payment promptly to the above address for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "State of Alaska". Please indicate AKOSH's Inspection Number (indicated above) on the remittance and return this form along with your remittance.

AKOSH does not agree to any restrictions or conditions or endorsements put on any check or money order for less than full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

Delinquent Charges. A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, the amount due will be forwarded to the Attorney General's office for collection.

Administrative Costs. Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_____          4/28/03
John Stallone                             Date
Acting Chief, AKOSH

Exhibit 20, pg. 3

734185



## IMIS Enforcement Action Form

| Action | Required Form | Action to Take | Initials | 163 # or Date | Data Entry Date/Initials |
|---|---|---|---|---|---|
| Inspection DT | N/A | | | | |
| Tracking | 167I | 3/10/03 | | | 4/17/03 |
| Date Mailed | 167I | 4/17/03 | DMc | 4/25/03 | |
| Penalty Due Date | N/A | 4/17/03 | | | DMc |
| Penalty Paid | 183 | 5/28/03 | Corrected | 5/6/03 | 4/30/03 DMc |
| Abatement | 166 | 2852-2955 | Corrected | | 5/13/03 |
| 30 Day Letter | 167I | | | | |
| Collection Send to AG's | 167I | | | | |
| Informal Conf. | 167C | | | | |
| Close Complaint | 166 & 167I | | DMc | 4/1/03 | |
| Contest | AG's Form | | | | 5/6/03 |
| Send to AG's | Supervisor Must Do | | | | 5/6/03 DMc |
| Company History | 166 | | | | |
| Contest/Order | 167I | | | | |
| Contest Close | 167I | | | | |
| Warrant Returned | | | | | |
| Close Case | 167I | | | | |

NOTE: Supervisors Check Action To Take. To Check Abatement Must Mean Entire Inspection Abated. To Check Contest Must Mean Entire Inspection Contested. AMENDED'S, PMA's AND CONTEST FINAL ORDER MUST HAVE 166 FORM.

Exhibit 20, pg. 4

LG00785



CASE AUDIT REPORT

This report provides debt collection information on a case specified by Inspection Number

Note: FTA amounts are preceded with a plus sign(+) to distinguish them from Proposed/Adjusted Penalty amounts.

Exhibit 20, pg. 6

LG00787

```
Criteria File: lp                                                                    Page: 1
                              CASE AUDIT REPORT
                 05/13/03  12:29
INSPECTION DATA
    Estab Name   : Siemens Building Technologies Incorporated    Inspection #      : 305757510
    Site Address : 909 W. 9th Avenue                             Rpt. Inspection # : 021-03
                   Anchorage                                     Supervisor ID     : J0975
                   AK  99519                                     OSHO ID           : Z3775
                                                                 Inspection Type   : Complaint
    Mail Address : 5333 Fairbanks Street, Suite B                Entry Dt          : 03/02/03
                   Anchorage                                     Close Conf Dt     : 03/10/03
                   AK  99518                                     Infor Conf Date   :
                                                                 IMA STATUS        :
                                                                 IMA DATE          :
    Contl Corp   : Siemens Building Technologies Incorporated    Contest (active)  : NO
                                                                 Final Order       :
                                                                 Case Close Dt     :

PENALTY DATA (Summary)
                       Penalty           FTA Penalty
                       *********         ***********
    Due Date         : 05/28/03
    Current Assessed : $     525.00      $      0.00
    Interest         : $       0.00      $      0.00
    Adm Fees         : $       0.00      $      0.00
    Res Waived       :
    Status           :

                                       PAYMENT DATA (Summary)
                                            Total Payments:  $    525.00
                                            Next Install Dt:
                                            Last Install Dt:
                                            Number of Installments:  0

                                       PENALTY COLLECTION DATA (Summary)
                                                        Dt Transferred          Amt Transferred
                                            (Orig) DCAT                         $      0.00
                                            (FTA)  DCAT                         $      0.00
                                                   SOL

VIOLATION DATA (Detail)
                                Haz # Rec Exp Inst Iss. Dt/ Abatements           Penalty/     Contest        Evnt/Act FAP Dates
V ID      Standard              Code                FTA Dt Date       Ty/Emp     FTA Pen      Std Abt MS Pen
********  ****  ****  **  **    ****  * *  *** ****  **********  **********     **********   *   **   **    ** *** ********
S 01001   1910 0023  c 01                1          1 04/28/03 05/01/01 A T                   $    525.00                         A
O 02001   1910 0025  d 02 XV             2          1 04/28/03 05/01/01 A T                   $      0.00                         A

PAYMENT DATA (Detail)
OSHA-163 Nr.  Payment Dt  Ref/Unit  Amount Paid    FTA Paid       Total Paid
***********   **********  ********  ***********    **********     **********
308050950     05/13/03               $   525.00    $    0.00      $   525.00
```

LG00788

**Exhibit 20, pg. 7**

This report provides debt collection information on a case specified by Inspection Number.

Note: FTA amounts are preceded with a plus sign(+) to distinguish them from Proposed/Adjusted Penalty amounts.

Exhibit 20, pg. 8

LG00789