

**RECEIPT**  NOTES  DATE 5/13/03  NO. 5019
RECEIVED FROM Siemens Building Tech
ADDRESS 1000 Deerfield Pkwy Buffalo Grove, IL 60089
Five hundred twenty five and no/100  $525.00
FOR Penalty Payment
Inv# 305757510
AMT. OF ACCOUNT 525.00  CASH
AMT. PAID 525.00  CHECK 1802799
BALANCE DUE 0  MONEY ORDER
BY [signature]

SIEMENS
Siemens Building Technologies, Inc.
1000 Deerfield Parkway
Buffalo Grove, IL 60089

FIVE HUNDRED TWENTY FIVE DOLLARS 00 CENTS

60-160/433
CHECK DATE 05/02/2003
CHECK NUMBER 0001802799
VALID FOR 90 DAYS
$*******525.00

STATE OF ALASKA
PO BOX 107022
ANCHORAGE, AK 99510

MELLON BANK, N.A.
PITTSBURGH, PENNSYLVANIA

⑈0001802799⑈ ⑆043301601⑆ 049⎯⎯8E38⑈

Payment # 908050958

**Exhibit 20, pg. 9**

LG00790

Alaska Department of Labor and
Workforce Development
Occupational Safety and Health
P.O. Box 107022
Anchorage, Alaska 99510
Phone: (907) 269-4940    FAX: (907) 269-4950



# INVOICE/
# DEBT COLLECTION NOTICE

**Company Name:** Siemens Building Technologies Incorporated
**Inspection Site:** 909 W. 9th Avenue, Anchorage, AK 99519-6247
**Issuance Date:** 04/28/2003
**Summary of Penalties** for Inspection Number 305757510

| | | |
|---|---|---|
| Citation 1, Serious | = $ | 525.00 |
| Citation 2, Other | = $ | 0.00 |
| TOTAL PROPOSED PENALTIES | = $ | 525.00 |

**RECEIVED**
APR 3 0 2003
SIEMENS BUILDING TECH., INC.
Landis Division
Anchorage, Alaska #637

To avoid additional charges, please remit payment promptly to the above address for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "State of Alaska". Please indicate AKOSH's Inspection Number (indicated above) on the remittance and return this form along with your remittance.

AKOSH does not agree to any restrictions or conditions or endorsements put on any check or money order for less than full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

**Delinquent Charges.** A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, the amount due will be forwarded to the Attorney General's office for collection.

**Administrative Costs.** Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_____    Date  4/28/03
John Stallone
Acting Chief, AKOSH

**Exhibit 20, pg. 10**

# STATE OF ALASKA

**FRANK H. MURKOWSKI, GOVERNOR**

DEPARTMENT OF LABOR AND
WORKFORCE DEVELOPMENT

OCCUPATIONAL SAFETY & HEALTH
LABOR STANDARDS & SAFETY DIVISION

3301 Eagle Street, Suite 305
P.O. Box 107022
Anchorage, AK 99510-7022

PHONE: (907) 269-4940
FAX:   (907) 269-4950

April 28, 2003

Lawrence Grove
P.O. Box 222253
Anchorage, AK  99522

Dear Mr. Grove:

In response to your formal complaint concerning safety hazards at Siemens Building Technologies Incorporated, 905 W. 9th Avenue, Anchorage, Alaska, the Division of Labor Standards and Safety, Occupational Safety and Health (OSH) has conducted an inspection there. That inspection was completed on 03/10/03. The results of our investigation of your complaint items are as follows:

Item 1. — Employee exposed to fall hazards.

Comment: Valid. During the walkaround inspection this complaint item was found to be true. Two citations have been issued to address this complaint.

Attached for your information is a copy of the OSHA-1, Citation and Notification of Penalty, which was sent to the employer on 04/28/03 and should have been posted at the workplace for at least three days after receipt.

Alaska Statute AS 18.60.089 provides that no person shall discharge or discriminate against any employee because that employee filed a complaint. Please advise us immediately if you are punished or discriminated against for job safety and health activities. OSH will investigate your claim of discrimination and, if warranted, will take action on your behalf to restore your job, earnings and benefits.

Thank you for your concern for a safe and healthful workplace.

Sincerely,

John Stallone
Acting Chief, AKOSH

**Exhibit 20, pg. 11**

**LG00792**

Enclosure

cc: CFN 201672011
    305757510/Z3775-021-03



Alaska Department of Labor and
Workforce Development
Occupational Safety and Health
P.O. Box 107022
Anchorage, Alaska  99510
Phone: (907) 269-4940     FAX: (907) 269-4950



# INVOICE/
# DEBT COLLECTION NOTICE

Company Name:      Siemens Building Technologies Incorporated
Inspection Site:   909 W. 9th Avenue, Anchorage, AK  99519-6247
Issuance Date:     04/28/2003
Summary of Penalties for Inspection Number  305757510

Citation 1, Serious          = $    525.00
Citation 2, Other            = $      0.00
TOTAL PROPOSED PENALTIES     = $    525.00

To avoid additional charges, please remit payment promptly to the above address for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "State of Alaska". Please indicate AKOSH's Inspection Number (indicated above) on the remittance and return this form along with your remittance.

AKOSH does not agree to any restrictions or conditions or endorsements put on any check or money order for less than full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

**Delinquent Charges.** A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, the amount due will be forwarded to the Attorney General's office for collection.

**Administrative Costs.** Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_____                    4/28/03
John Stallone                                       Date
Acting Chief, AKOSH

**Exhibit 20, pg. 12**

**LG00793**

Alaska Department of Labor and
Workforce Development
Occupational Safety & Health
P.O. Box 107022
Anchorage, Alaska 99510
Phone: (907) 269-4940    FAX: (907) 269-4950



# Citation and Notification of Penalty

To:
Siemens Building Technologies Incorporated
and its successors
5333 Fairbanks Street, Suite B
Anchorage, AK 99518-1258

Inspection Site:
909 W. 9th Avenue
Anchorage, AK 99519-6247

Inspection Number: 305757510
Inspection Date(s): 03/02/2003- 03/10/2003
Issuance Date: 04/28/2003

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 calendar days (excluding weekends and State holidays) from your receipt of this Citation and Notification of Penalty you mail a notice of contest to the Alaska Department of Labor Office at the address shown above. Please refer to the enclosed form which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Board or a court.

**Posting** - The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 5 working days (excluding weekends and State holidays), whichever is longer. The penalty dollar amounts need not be posted and may be marked out or covered up prior to posting.

**Informal Conference** - An informal conference is not required. However, if you wish to have such a conference you may request one with the Chief of Enforcement during the 15 working day contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

**Exhibit 20, pg. 13**

LG00794

you are considering a request for an informal conference to discuss any issues related to this Citation and tification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal ference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be mitted to the Commissioner or his designees within 15 working days of your receipt of this Citation. The ning of this contest period is not interrupted by an informal conference.

ou decide to request an informal conference, please complete, remove and post the page 3 Notice to Employees t to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have n determined. Be sure to bring to the conference any and all supporting documentation of existing conditions well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement eement which amicably resolves this matter without litigation or contest.

ight to Contest - You have the right to contest this Citation and Notification of Penalty. You may contest citation items or only individual items. You may also contest proposed penalties and/or abatement dates without ntesting the underlying violations. <u>Unless you inform the Commissioner or his designees in writing that you tend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the ation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health view Board and may not be reviewed by any court or agency.</u>

enalty Payment - Penalties are due within 30 Calendar days of receipt of this notification unless contested. ake your check or money order payable to "State of Alaska". Please indicate the AKOSH Inspection Number the remittance.

KOSH does not agree to any restrictions or conditions or endorsements put on any check or money order for less an the full amount due, and will cash the check or money order as if these restrictions, conditions, or idorsements do not exist.

otification of Corrective Action - For violations which you do not contest, you should notify the Alaska epartment of Labor Office promptly by letter that you have taken appropriate corrective action within the time ame set forth on this Citation. Please inform this office in writing of the abatement steps you have taken and of eir dates, together with adequate supporting documentation, e.g., drawings or photographs of corrected onditions, purchase/work orders related to abatement actions, air sampling results, etc.

mployer Discrimination Unlawful - The law prohibits discrimination by an employer against an employee or filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been iscriminated against may file a complaint no later than 30 days after the discrimination occurred with the Alaska Department of Labor Office at the address shown above.

Employer Rights and Responsibilities - The enclosed form outlines additional employer rights and esponsibilities and should be read in conjunction with this notification.

Notice to Employees - The law gives an employee or his/her representative the opportunity to object to any batement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to he Alaska Department of Labor Office at the address shown above and postmarked within 15 working days excluding weekends and State holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Exhibit 20, pg. 14**

LG00795

Alaska Department of Labor and
Workforce Development



## NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with AKOSH to discuss the citation(s) issued on 04/28/2003. The conference will be held at the AKOSH office located _____, _____, Alaska, on _____ at _____. Employees and/or representatives of employees have a right to attend an informal conference.

Exhibit 20, pg. 15

LG00796

Citation and Notification of Penalty        Page 3 of 5        AKOSH-2 (Rev. 10/94)

Alaska Department of Labor and
Workforce Development
Occupational Safety and Health

Inspection Number: 305757510
Inspection Dates: 03/02/2003 - 03/10/2003
Issuance Date: 04/28/2003



## Citation and Notification of Penalty

Company Name: Siemens Building Technologies Incorporated
Inspection Site: 909 W. 9th Avenue, Anchorage, AK 99519-2247

---

Citation 1 Item 1   Type of Violation: **Serious**

29 CFR 1910.23(c)(1): Walking-Working Surfaces. Guarding floor and wall openings and holes. Protection of open-sided floors, platforms, and runways. Every open-sided floor or platform 4 feet or more above adjacent floor or ground level shall be guarded by a standard railing (or the equivalent as specified in paragraph (e) (3) of this section) on all open sides except where there is entrance to a ramp, stairway, or fixed ladder. The railing shall be provided with a toeboard wherever, beneath the open sides,

Persons can pass,

There is moving machinery, or

There is equipment with which falling materials could create a hazard.

EXAMPLE: An employee was working at the Unocal Corporate office on a work platform that was four feet or more above adjacent floor or ground level that was not guarded by a rail or equivalent. Employees had worked on the platform for at least the last two years. The employee was exposed to fall hazards due to the unguarded open side of platform.

Date By Which Violation Must be Abated:   Corrected During Inspection
Proposed Penalty:                          $ 525.00

Exhibit 20, pg. 16

LG00797

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                Page 4 of 5                          OSHA-2 (Rev. 9/93)