laska Department of Labor and
orkforce Development
ccupational Safety and Health

Inspection Number: 305757510
Inspection Dates: 03/02/2003 - 03/10/2003
Issuance Date:       04/28/2003



## itation and Notification of Penalty

ompany Name:    Siemens Building Technologies Incorporated
nspection Site:   909 W. 9th Avenue, Anchorage, AK  99519-2247

itation 2 Item 1   Type of Violation:   Other

9 CFR 1910.25(d)(2)(xv): Walking-Working Surfaces.  Portable wood ladders. Care and use of ladders.  Use.
he following safety precautions shall be observed in connection with the use of ladders: No ladder should be used
gain access to a roof unless the top of the ladder shall extend at least 3 feet above the point of support, at eave,
utter, or roofline;

XAMPLE: Employees regularly used a step ladder to access a work area in the Unocal Building to replace the
lters.  The top of the ladder did not extend at least three feet above the point of support or roof line of the work
rea. Employees were exposed to potential fall hazards, as a result of the ladder not extending three feet above roof
ne.

Date By Which Violation Must be Abated:        Corrected During Inspection
Proposed Penalty:                                                  $        0.00

John Stallone
Acting Chief, AKOSH

**Exhibit 20, pg. 17**

**LG00798**

See pages 1 through 3 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 5 of 5                         OSHA-2 (Rev. 9/93)

## FILE TRACKING FORM

Employer _Siemens Bldg Technologies Inc._

Site Location _5333 Fairbanks St. Anchorage_
909 West 9th Ave.

AK DOSH – 1# _305757510_          C.O. Insp. # _02-03_

### CASE TRACK

Type Inspection _Complaint_

Assigned by (unprogrammed) _Standley_

Inspection Date _03/02/03_

C.O. Sign off Date _04/03/03_

No. of Citations   S _1_   O _1_   W ____   R ____   FTA ____

Penalty Total $ _525.00_

Close Referral _____   Close Complaint ___X___

NAV _____   (Check here if NAV)

### ADMINISTRATIVE TRACK

1. Closing Conference Date        _03/10/03_

2. Data Entry Review Date         _4/17/03 OMW_

3. Asst. Chief Sign off Date      _04/07/03 TB_

4. Received Admin. Date           _4/7/03 OMW_

5. Data Entry/Date/Initials       _4/17/03 OMW_

6. Proofing/Review Date/Initials  _04/17/03 TB_

**Exhibit 20, pg. 18**          LG00799

LPHA CODE _____

CSHO _____ SCANLON
REVIEWER
REVIEW DATE: 4/03/03

## CASE FILE REVIEW CHECKLIST

ESTABLISHMENT NAME: SIBMONS BLDG. TOOL.    SIC 1741
SITE ADDRESS: 509 W. 9 TRAVY WRLD.    INSPECTION #. (IMIS) 305 757.510

☐ PUBLIC SECTOR    ☑ PRIVATE SECTOR

☑ SAFETY    ☐ HEALTH

TARGETING LIST    ☐ No ☐ Yes    Which List _____
LEP _____    NEP _____    ☐ AK10 ☐ AKS ☐ AKS

### INSPECTION TYPE

☐ Programmed    ☐ Fatality
☑ Complaint    ☐ Catastrophe    PARTIAL INSPECTION ☑    Not Marked ☐
☐ Referral    ☐ Follow-up    COMPREHENSIVE INSP ☐    Not Marked ☐
☐ Unprogrammed Related (State Only)

OPENING CONFERENCE DATE 3/2/03    CLOSING CONFERENCE DATE 3/10/03

DAYS ON SITE  2    CONTROLLED BY EMPLOYER  40

COVERED BY THIS INSPECTION  2

UNION: ☑ Yes ☐ No  Info _____

NAV ☐ Yes ☑ No    EMPLOYER TYPE MAINT

OSHA 200 Logs ☑ Yes ☐ No    Reason _____
FOLLOW-UP BOX CORRECTLY MARKED?    ☐ Yes ☐ No

REDUCTION FACTORS    SIZE    GOOD FAITH    HISTORY
☑ Okay ☐ No    ☑ Okay ☐ No    ☑ Okay ☐ No

| VIO# | | | | VIOLATION CLASSIFICATION | | CORRECT STD CITED? | | HIGH GRAVITY | | PENALTY ASSESSMENT | | | | VIOLATION SUBJECT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | REDUCTION FACTORS CORRECT | | ABATEMENT VERIFIED | | |
| | Cit | Item | Insp Class | According to OSHA | Yes | No | Yes | No | Yes | No | Yes | No | | |
| | | | | | | | | | | | ✓ | | UNGUARDED |
| 1 | 01 | S | ✓ | ✓ | ✓ | | ✓ | | ✓ | | | | PLATFORM |
| | | | | ✓ | | | | | ✓ | | ✓ | | LADDER DID |
| 2 | 01 | O | ✓ | | | | | | | | | | NOT EXTEND |
| | | | | | | | | | | | | | 3' ABOVE |
| | | | | | | | | | | | | | SUPPORT POINT |

**Exhibit 20, pg. 19**

COMMENTS: _____

**LG00800**

Form Revised: 03/24/00 3:04 PM



Complaint Response Letter
Complaint # 201672011

In response to your formal complaint concerning safety and/or health hazards at:

Unocal Alaska Corporate Office, 909 W. 9th Ave.  Anchorage AK. 99519

Employer: Siemens Building Technologies Incorporated
5333 Fairbanks St. Suite B, Anchorage 99518

The Division of Labor Standards and Safety-OSH has conducted an inspection there.  That inspection was completed on 3/3/03

The results of our inspection of your complaint items are as follows:

Item #1, Employee exposed to fall hazards

Valid, citations issued.

Comments:  OSHA inspected the work site and found two fall hazards were present.  The first hazard was the result of an unguarded work platform that was four feet on more above the adjacent floor. A stepladder that did not extend at least three feet above the roofline (point of support) was being used to replace the HVAC filters created the second hazard.

CONFIDENTIAL

DRAFT

**Exhibit 20, pg. 20**

**LG00801**

aska Department of L
cupational Safety and Healt. ...tion

# otice of Alleged Safety or Health Hazards

Feb 26, 2003 5:45pm

| | | Complaint Number | 201672011 |
|---|---|---|---|
| tablishment Name | Siemens Building Technologies, Inc. | | |
| e Address | Unocal Bld. 9th Street, Penthouse, Anchorage, AK 99501 | | |
| | Site Phone | Site FAX | |
| iling Address | 5333 Fairbanks Street, Ste. B, Anchorage, AK 99518 | | |
| | Mail Phone | (907) 563-2242 | Mail FAX | |
| anagement Official | Levertte Hoover | Telephone | |
| pe of Business | HVAC Maintenance | | |

**AZARD DESCRIPTION/LOCATION.** Describe briefly the hazard(s) which you believe exist. Include the approximate number of ployees exposed to or threatened by each hazard. Specify the particular building or worksite where the alleged violation exists.

SCRIPTION:
ployees are exposed to falling hazards while replace HVAC filters. Employees are using non-approved scaffolding to access filter area.

CATION:
ocal Bldg, Rooftop Mechanical Room (Penthouse)
opiy Fan Filter Section

ocal Bldg on 9th Ave

**Exhibit 20, pg. 21**

LG00802

OSHA-7(Rev. 3/96)



aska Department of L
:upational Safety and Heal

## tice of Alleged Safety or Health Hazards

### or the General Public:

his form is provided for the assistance of any complainant and is not intended to constitute the exclusive means
which a complaint may be registered with the U.S. Department of Labor.

c 8(f)(1) of the Williams-Steiger Occupational Safety and Health Act, 29 U.S.C. 651, provides as follows:   Any
mployees or representative of employees who believe that a violation of a safety or health standard exists that threatens
iysical harm, or that an imminent danger exists, may request an inspection by giving notice to the Secretary or his
ithorized representative of such violation or danger.   Any such notice shall be reduced to writing, shall set forth with
asonable particularity the grounds for the notice, and shall be signed by the employee or representative of employees,
id a copy shall be provided the employer or his agent no later than at the time of inspection, except that, upon request
 the person giving such notice, his name and the names of individual employees referred to therein shall not appear in
ich copy or on any record published, released, or made available pursuant to subsection (g) of this section.   If upon
:ceipt of such notification the Secretary determines there are reasonable grounds to believe that such violation or danger
:ists, he shall make a special inspection in accordance with the provisions of this section as soon as practicable to
:termine if such violation or danger exists.   If the Secretary determines there are no reasonable grounds to believe that a
iolation or danger exists, he shall notify the employees or representative of the employees in writing of such
etermination.

IOTE:   Section 11(c) of the Act provides explicit protection for employees exercising their rights, including making
afety and health complaints.

### or Federal Employees:

his report format is provided to assist Federal employees or authorized representatives in registering a report of unsafe or
nhealthful working conditions with the U.S. Department of Labor.

The Secretary of Labor may conduct unannounced inspection of agency workplaces when deemed necessary if an agency
loes not have occupational safety and health committees established in accordance with Subpart F, 29 CFR 1960; or in
esponse to the reports of unsafe or unhealthful working conditions upon request of such agency committees under Sec. 1-
., Executive Order 12196; or in the case of a report of imminent danger when such a committee has not responded to the
eport as required in Sec. 1-201(h).

## INSTRUCTIONS:

Open the form and complete the front page as accurately and completely as possible.   Describe each
hazard you think exists in as much detail as you can.   If the hazards described in your complaint are not
all in the same area, please identify where each hazard can be found at the worksite.   If there is any
particular evidence that supports your suspicion that a hazard exists (for instance, a recent accident or
physical symptoms of employees at your site) include the information in your description.   If you need
more space than is provided on the form, continue on any other sheet of paper.

After you have completed the form, return it to your local OSHA office.       **Exhibit 20, pg. 22**

NOTE:       It is unlawful to make any false statement, representation or certification in any document filed pursuant to the
Occupational Safety and Health Act of 1970.   Violations can be punished by a fine of not more than $10,000. or by
imprisonment of not more than six months. or by both.   (Section 17(g))

Public reporting burden for this collection of information is estimated to vary from 15 to 25 minutes per response with an average of
17 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the
data needed, and completing and reviewing the collection of information.   Send comments regarding this burden estimate or any
other aspect of this collection of information, including suggestions for reducing this burden, to the Office of IRM Policy,
Department of Labor, Room N-3101, 200 Constitution Avenue, N.W., Wash., D.C. 20210; and to the Office of Management and
Budget, Paperwork Reduction Project (1218-0064), Wash., D.C.  20503.

DO NOT SEND THE COMPLETED FORM TO EITHER OF THESE OFFICES

**LG00803**

OSHA-7(Rev. 9/93)

as this condition been brought to the attention of: (Mark "X" in all that apply)

☒ Employer    ☐ Other Government Agency (specify) _____

lease indicate your desire:

☐ Do not reveal my name to the Employer    ☑ My name may be revealed to the Employer

he Undersigned: (Mark "X" in one box)    ☐ Federal Safety and Health Committee

☒ Employee

☐ Representative of Employees    ☐ Other (specify) _____

believes that a violation of an Occupational Safety or Health standard exists which is a job safety or health hazard at the establishment named on this form

| Complainant Name (Type or print name) | 14. Telephone Number |
|---|---|
| LAWRENCE GROVE | 907-229-1167 |

Address (Street, City, State, ZIP):    ANCHORAGE    AK  99522
P.O 222253

| Signature | 17. Date |
|---|---|
| Lawrence Grove | 2-25-03 |

If you are an authorized representative of employees affected by this complaint, please state the name of the organization that you represent and your title.

Your Title:

Organization Name:

OFFICIAL USE ONLY

| Reporting ID | 20. Previous Activity?  ☐ Yes  ☐ No | 21. Optional Complaint Number |
|---|---|---|
| 1024 | If Yes, enter Type ____ Number ____ | |

|  | 25. City Code | 26. County Code |
|---|---|---|
|  | 0130 | 020 |

| 22. Establishment Name Change? ☐ | 23. Site Address Change? ☐ | | |
|---|---|---|---|

| 27. Received by: | 28. Send OSHA-7? ☐ Yes ☐ No | 29. Date 02/25/03 | 30. Time 3:50 AM/PM | 31. Supervisor(s) Assigned: |
|---|---|---|---|---|
| A225 | | | | a ___ b ___ |

32. Primary SIC  1761    33. Ownership (Mark "X" in one box)  a. ☒ Private Sector  b. ☐ Local Government  c. ☐ State Government  d. ☐ Federal Agency/Code ____

34. Evaluated by: _____

35. Subject and Severity

Discrimination ☐

|  | Imminent Danger | Serious | Other |
|---|---|---|---|
| Safety | ☐ | ☐ | ☐ |
| Health | | | |

36. Is This a Valid Complaint?  ☐ Yes  ☐ No

37. Formality  ☐ Formal  ☐ Nonformal

38. ☐ Migrant Farmworker Camp

39. Send Letter

a. ☐ No Inspection — for Invalid Complaints
  ☐ Too Vague or Unsubstantiated
  ☐ Recent Inspection or Objective Evidence
    (Date of Inspection ____)
  ☐ Not in OSHA's Jurisdiction

b. ☐ No Inspection — for Nonformal Complaints
  ☐ No Imminent Danger or No Standard
  ☐ No Direct Relation to S&H
  ☐ Not Enough Information To Evaluate

c. ☐ OSHA-7 for Signature With Letter
  ☐ Complete or ☐ Partial

d. ☐ Nonformal Complaint Notification to Employer
  ☐ Complainant Notified  ☐ Explanation of 11(c)

e. ☐ Complainant Notification With Letter c
  ☐ Name Not Revealed  ☐ Explanation of 11(c)

f. ☐ Acknowledgement to Complainant (Optional)

g. ☐ Other (specify) ____

40. Date Letter Sent ____    41. Date Response Due (For letters c or d) ____

42. Inspection Planned?  ☐ Yes  ☐ No    If Yes, Priority ____    If No, Reason ____

44. Transfer Date ____

43. Transfer to (Name): ____

45. Transfer to (Category):
  a. ☐ Federal OSHA/Reporting ID ____
  b. ☐ State OSH/Reporting ID ____

c. ☐ Other Federal Agency/Code ____
d. ☐ State/Local Government
e. ☐ Other ____

**Exhibit 20, pg. 23**

46. Optional Information

| Type | ID | Value | Type | ID | Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | 47. Total Entries |

48. ☐ Close Complaint

Close Complaint

49. Comments

LG00804

OSHA-7 (Rev. 1/84)

Notice of Alleged Safety or Health Hazards

U.S. Department of
Occupational Safety and Health Administration

Date

1. Complaint Number ▶ 2016720011

Employer Name
SIEMENS BLDG TECH

Location (Street, City, State, ZIP)
333 FAIRBANKS ST.   SUITE B.

Mailing Address (If different) (Street, City, State, ZIP)
ANCHORAGE AK 99518

Management Official
LEVERETTE HOOVER

6. Telephone Number
563-2242.

Type of Business
HVAC - HEATING VENTILATION + AIR CONDITIONING.

Hazard Description. Describe briefly the hazard(s) which you believe exist. Include the approximate number of employees exposed to or threatened by each hazard:

USING HOME MADE NON APPROVED SCAFOLDING.
CROSS SUPPORT FASTENER SHEARED WHEN STEPPEDON
CAUSING ANKLE INJURY.

5 EMPLOYEES

(Employee is currently on Workmen's comp from injury.) so. ft.

Exhibit 20, pg. 24

LG00805

Hazard Location. Specify the particular building or worksite where the alleged violation exists:
ROOFTOP MECHANICAL ROOM - SUPPLY FAN FILTER
SECTION.
JOB LOCATION: UNOCAL BLDG 9TH ST ANKH AK
(Penthouse)

OSHA-7 (Rev. 7/84)