ska Department of Labor
upational Safety and Health

## Inspection Report

Apr 3, 2003 10:04am

| ID | Assignment Nr. | CSHO ID | Supervisor ID | Inspection Nr. | Opt. Insp. Nr. |
|---|---|---|---|---|---|
| 0210 | 0 | Z3775 | J0975 | 305757510 | 021-03 |

| Establishment Name | | Siemens Building Technologies Incorporated | | | |
|---|---|---|---|---|---|
| Address | 909 W.9th. Ave  Anchorage, AK 99519-6247 | Site Phone | (907) 563-2242 | Site FAX | (907) 563-6139 |
| Mailing Address | 5333 Fairbanks St. Suite B  Anchorage, AK 99518-1258 | Mail Phone | (907) 563-2242 | Mail FAX | (907) 563-6139 |
| Controlling Grp | Siemens Building Technologies Incorporated | Employer ID | | | |
| Ownership | A. Private Sector | City | 0130 | County | 020 |
| Legal Entity | A. Corporation | Previous Activity (State Only) | | | |

### Related Activity

| Type | Number | Satisfied | Type | Number | Satisfied |
|---|---|---|---|---|---|
| Complaint | 201672011 | Safety | | | |

| Employed in Establishment | 35 | Advance Notice? | No | Category | S. Safety |
|---|---|---|---|---|---|
| Covered By Inspection | 2 | Union? | Yes | Primary SIC | 1711 |
| Controlled By Employer | 40 | Walkaround? | No | Secondary SIC | |
| | | Interviewed? | Yes | Inspected | |

| Inspection Type | B. Complaint | Reason No Inspection | |
|---|---|---|---|
| Scope of Inspection | B. Partial Inspection | | |
| Classification | | | |
| Strategic Initiatives | | | |
| National Emphasis | | | |
| Local Emphasis | | | |

| Anticipatory Warrant Served? | No | Denial Date | Date ReEntered | Date ReDenied | ReEntered |
|---|---|---|---|---|---|
| Anticipatory Subpoena Served? | No | | | | |

| Entry | 03/02/03 | | First Closing Conference | 03/10/03 | |
|---|---|---|---|---|---|
| Opening Conference | 03/02/03 | | Second Closing Conference | | |
| Walkaround | 03/02/03 | | Exit | 03/03/03 | |
| Days On Site | 2 | | Case Closed | | |
| | | | No Citations Issued | | |

| Type | ID | Optional Information |
|---|---|---|

— Exhibit 20, pg. 25 —

| CSHO Signature | *[signature]* | Date | 4/03/03 |
|---|---|---|---|

LG00806

OSHA-1(Rev. 6/93)

ska Department of Labor
upational Safety and Health

## Inspection Narrative

Apr 3, 2003 10:04am

| | |
|---|---|
| Inspection Nr. | 305757510 |
| Opt. Case Number | 021-03 |

| | |
|---|---|
| Establishment Name | Siemens Building Technologies Incorporated |
| Legal Entity | A. Corporation |
| Type of Business | Maintenance |

### Additional Citation Mailing Addresses

### Organized Employee Groups

Plumbers and Steamfitters
Local: 367    (907) 562-2810
610 West 54th Ave
Anchorage, AK   99518

### Authorized Employee Representatives

Jerry Grove    (907) 222-1167
PO Box 222253
Anchorage, AK   99522
Walkaround? N

### Employer Representatives Contacted

| Name | Title | Function | Walk Around? |
|---|---|---|---|
| Tom Lake | HVAC Supervisor | IOC | Y |
| Everette Hoover | Operations Manager | IO | |

### Other Persons Contacted

| | | | | |
|---|---|---|---|---|
| Entry | 03/02/03 | First Closing Conference | 03/10/03 | |
| Opening Conference | 03/02/03 | Second Closing Conference | | |
| Walkaround | 03/02/03 | Exit | 03/03/03 | |
| | | Case Closed | | |

### Penalty Reduction Factors

| Size | 40 | Good Faith | 15 | History | 10 |
|---|---|---|---|---|---|

| Followup Inspection? | | Reason | |
|---|---|---|---|

Exhibit 20, pg. 26

LG00807

OSHA-1A(Rev. 6/93)


| Coverage Information/Additional Comments |

## SAFETY NARRATIVE

Location:   Unocal Bld, 909 W 9th Ave. Anchorage Ak. 99519-6247

ployer:     Siemens Building Maintenance Technologies, Inc
            5333 Fairbanks St. Ste. B Anchorage Ak 99518-1258
            Telephone # 907-563-2242
            Fax #        907-563-6139

    Seitz              General Manager  Siemens
    Leverette Hoover   Services Operation Manager, Siemens
    n Lake             HVAC Supervisor, Siemens
    xanne Sinz         Manager Public Affairs, Unocal
    Burns              Drilling Safety Advisor, Unocal
    Zhao               CHSO in training
    n Scanlon          OSHA

Thursday February 27th I was assigned to conduct an inspection at the Unocal Corporate fice Building located at 909 W. 9th. Ave. Anchorage Ak 99519 by Sue Lynn Hight (Acting) sistant Chief, OSHA Enforcement Section. A formal complaint had been filed by a employee Siemens Building Technology Inc. Siemens is a maintenance service company specializing in AC work. Siemens has serviced (maintained the HVAC system) at the Unocal corporate office ilding for at least the last ten years. The complaint alleged that Siemen employees were posed to fall hazards when replacing HVAC filters at the Unocal office. The complaint ates that the employees used non-approved scaffolding when replacing filters.

Monday March 2, 2003 Mr. Lee Zhao CHSO trainee and I arrived at the Siemens corporate fice. Met with Mr. Tom Lake HVAC Supervisor and Leverette Hoover, Operations Manager. gan brief opening conference and explained that OSHA had received a complaint from one of eir employees concerning work conditions at the Unocal Building. Asked that we go to the rk site and begin inspection ASAP. It was agreed that we would complete the opening nference the next morning with Mr. Lake and Mr. Hoover.

oceeded to the Unocal Building. Met with two Unocal representatives. Ms Roxanne Sinz, nager Public Affairs and Mr. Ken Burns, Safety Advisor. Ms Rinz has just taken over the sponsibility for Building Maintenance on March 1st, 2003. Explained the reason and rcumstances for our inspection. Both individuals accompanied us to the work site in estion. Photographed the work site and took various measurements of the area.

Tuesday March 3rd we completed the opening conference with Mr. Lake and Hoover. Discussed l of the items in the pre-inspection check list and inspection guide lists.

quested copies of the OSHA 200/300 logs for 200, 2001, 2002, safety program and any rtinent safety committee minutes,

e following employees were interviewed during the inspection:
rent Davies, Pipefitter, Siemens
rry Groves. Pipefitter, Siements
n Hartman,  Unocal Building Maintenance Technician (former)
arles Arnett, Unocal Building Maintenance Supervisor (former)             **Exhibit 20, pg. 27**
ul Crapps, Unocal, Building Maintenance Technician (currently)
rchie Cook, Unocal Building Services Manager (former)
xanne Sinz, Unocal, Manager Public Affairs, & Building Services Manager.

ring subsequent meeting with Mr. Hoover and Mr. Lake I informed them that OSHA was going classify the area in question as a work platform rather than a scaffold.

onducted closing conference with Mr. Seltz, Mr. Lake and Mr. Hoover. Discussed all of the tems on the closing conference checklist. Discussed potential violations for improper adder and inadequate guarding for a work platform that was four feet or higher from the next evel.

ncouraged Mr. Hoover to use the OSHA Consultation and Training Section Services.

:3                                                                Thu Apr 3, 2003 10:04am
iens Building Technologies Incorporated                           Inspection Nr. 305757510

Hoover and Mr. Lake were cooperative and accommodating during the inspection process. Both
positive attitudes toward the inspection.

| Inspection Number | 305757510 |

ERAGE INFORMATION

TURE AND SCOPE

   Check Applicable Boxes and Explain Findings:

   [x] Complaint Items
       Employees exposed to fall hazards while replacing HVAC filters
   [ ] Referral Items
   [ ] Accident Investigation Summary & Findings
   [ ] LEP
   [ ] Planned Inspection

TURE AND SCOPE -- UNUSUAL CIRCUMSTANCES (Mark X and explain all that apply:)

   [x] None
   [ ] Denial of entry (see denial memo)
   [ ] Delays in conducting the inspection
   [ ] Strikes
   [ ] Jurisdictional Issues
   [ ] Trade Secrets
   [ ] Other

omments:

PENING CONFERENCE NOTES:

RECORDKEEPING PROGRAMS
Other than 29 CFR 1904 requirements)
oes the employer have a recordkeeping program relating to any occupational health issues
monitoring, medical, training, respirator fit tests, ventilation measurements, etc.)?

   [ ] Yes   [ ] No

re any programs required by OSHA health standards?

   [ ] Yes   [ ] No

Exhibit 20, pg. 28

LG00809

OSHA-1A(Rev. 6/93)

e 4
nens Building Technologies Incorporated

Thu Apr 3, 2003 10:04am
Inspection Nr. 305757510

PLIANCE PROGRAMS
gineering controls, PPE, regulated areas, emergency procedures, compliance plans, etc.)
dress any relevant compliance efforts regarding potential health hazards covered by the
ope of the inspection.

RSONAL HYGIENE FACILITIES AND PRACTICES
(howers, lockers, change rooms, etc.)
e any required by OSHA health standards?

☐ Yes   ☐ No

What Standards:

ZARD COMMUNICATION PROGRAM

itten Program (complete)
☐ Yes   ☐ No

DS's (all)
☐ Yes   ☐ No

beling (adequate)
☐ Yes   ☐ No

aining (complete)
☐ Yes   ☐ No

py MSDS's/Program attached
☐ Yes   ☐ No

omments:

CCESS TO EXPOSURE & MEDICAL RECORDS

IRE PROTECTION AND EVACUATION PROCEDURES

YSTEMS SAFETY AND EMERGENCY RESPONSE

ESPIRATOR PROGRAM

OCKOUT TAGOUT/ \ELECTRICAL SAFE WORKPRACTICES

IRST AID

LECTRICAL SAFE WORKPRACTICES

XPOSURE CONTROL PLAN

ABORATORY STANDARD

RGONOMIC PROBLEMS
☐ Yes   ☐ No

If yes, complete the items 1 and 2 below.

1.  Lifting (10% or more similarly exposed employees injured)
    a. Total # of employees exposed to job:
    b. Total # of cases for job:

2.  CTD's (10% or more similarly exposed employees have CTD's; 5% or more CTS cases)
    a. Total # of employees exposed to job:
    b. Total # of cases for job:

Exhibit 20, pg. 29

LG00810

OSHA-1A(Rev. 6/93)

: 5                                                                          Thu Apr 3, 2003 10:04am
nens Building Technologies Incorporated                                      Inspection Nr. 305757510

Other significant injury/illness trends
   [ ] Yes   [ ] No
If yes, explain.

### EVALUATION OF EMPLOYER'S OVERALL SAFETY AND HEALTH PROGRAM

eral Industry:
   [x] Yes   [ ] No    Employer has a Safety & Health Program
   [x] Yes   [ ] No    Written
   [ ] Yes   [x] No    Copy Attached

struction Industry:
   [ ] Yes   [ ] No    Accident Prevention Program
   [ ] Yes   [ ] No    Written
   [ ] Yes   [ ] No    Copy Attached

luation of Safety and Health Program
=Nonexistent 1=Inadequate 2=Average 3=Above average)

   [2] Written S&H Program
   [2] Communication to Employees
   [2] Enforcement
   [1] Safety Training Program
   [ ] Health Training Program
   [ ] Accident Investigation Performed
   [x] Preventive Action Taken

LG00811

mments:

### CLOSING CONFERENCE NOTES:

re any unusual circumstances encountered such as, but not limited to, abatement oblems, expected contest and/or negative employer attitude? If yes, explain below.
   [x] Yes   [ ] No
nocal had the work platform and ladder removed from the HVAC filter room within two eks of the inspection date.

.Closing Conference Checklist ("x" as appropriate)
   [ ] No Violations Observed
   [x] Gave Copy Employer Rights
   [x] Reviewed Hazards & Standards

Exhibit 20, pg. 30

OSHA-1A(Rev. 6/93)

ens Building Technologies Incorporated

Thu Apr 3, 2003 10:04am
Inspection Nr. 305757510

[x] Discuss Employer Rights/Obligations

[x] Encouraged Informal Conference

[x] Offered Abatement Assistance

[x] Discussed Consultation Programs

[ ] Employer/Employee Questionnaires

Closing Conference Held with Employee Representative

[ ] Jointly    [ ] Separately

O Signature: _(signature)_    Date: 4/03/03

ompanied By:

Exhibit 20, pg. 31

LG00812

OSHA-1A (Rev. 6/93)

ska Department of L of
ipational Safety and Health

rksheet

Apr 3, 2003 10:39am

| | |
|---|---|
| Inspection Number | 305757510 |
| Opt. Insp. Number | 021-03 |

| blishment Name | Siemens Building Technologies Incorporated | | | | |
|---|---|---|---|---|---|
| e of Violation | S Serious | Citation Number | 01 | Item/Group | 001 |
| nber Exposed | 1 | No. Instances | 1 | REC | |
| Alleged Vio. | 1910.0023( c)( 1) | | | | |

| atement eriod | MultiStep Abatements | | | Final Abatement | Action Type/Dates |
|---|---|---|---|---|---|
| | PPE Period | Plan | Report | | |
| 0 | | | | Correct | |

| tement Documentation Required | | Date Verified | |
|---|---|---|---|

stance Codes

D/Variable Information:

ection of open-sided floors, platforms, and runways.
0.23(c)(1)
Every open-sided floor or platform 4 feet or more above adjacent floor or ground level shall be guarded by a standard ing (or the equivalent as specified in paragraph (e)(3) of this section) on all open sides except where there is entrance to mp, stairway, or fixed ladder. The railing shall be provided with a toeboard wherever, beneath the open sides,

AMPLE: ~~Siemens Building Technologies Inc.~~ An Employee was working at the Unocal Corporate office on a work platform that four feet or more above adjacent floor or ground level that was not guarded by a rail or equivalent. Employees had rked on the platform for at least the last two years. The Employee was exposed to fall hazards due to the unguarded open of platform.

| | Penalty Calculations | | | Adjustment Factors | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBF | Size | Good Faith | History | |
| Low | L Lesser | 01 | 1500.00 | 40 | 15 | 10 | 525.00 |
| epeat Factor | | 0 | | | | | |

nployee Exposure:

| stance Description: | A. Hazard | B. Equipment | C. Location | D. Injury/Illness | E. Measurements |
|---|---|---|---|---|---|

| 4. Date/Time |
|---|
| 3/03/03 |

Exhibit 20, pg. 32     LG00813

20. Instance Description - Describe the following:
   a) Hazards-Operation/Condition-Accident: Employee was working on a work platform that was more than four feet or more above adjacent floor or ground level without any rail or guard protecting the open side..
   b) Equipment: Work platform
   c) Location: Unocal Building 9th floor, (penthouse or HVAC filter room), 909 W. 9th Ave. Anchorage Ak.

OSHA-1B/1B1Hprint(Rev. 9/93)