d) Injury/Illness: bruises, contusions, fractures or broken bones, death.

e) Measurements: 7 feet 2 inches

| 21. Photo Number | Location on Video |
|---|---|
| Pixs #1,2,3,4,5,6,7 | |

23. Employer Knowledge :Yes, the employer had been working with this client (Unocal) at this location for at least ten years.

24. Comments (Employer, Employee, Closing Conference) : Employees acknowledged during employee interviews that the work platform in Pix's 1 thru 7 were used on a regular basis to change the HVAC filters at the Unocal Building.

25. Other Employer Information : OSHA determined that Siemens is the exposing employer for this citation.

| 26. Classification: | | | | |
|---|---|---|---|---|
| Serious | Knowledge | S or C | Repeat? | Willful? |
| Serious | Yes | S | No | No |

| First Repeat | Second Repeat | Repeat Penalty |
|---|---|---|
| No | No | No |

| | Event Code | Action Code | Citation Type | Penalty | Abate Date | Final Order |
|---|---|---|---|---|---|---|
| | Z Add transaction | A Add | S Serious | 525.00 | | |

**Exhibit 20, pg. 33**

**LG00814**

Keep Photo Below This Line



DOSH 1 No.: 305757510

Citation No.: # 1

Item No(s).: #

Business and Address: Siemens Building Technologies Incorporated

) Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

) Date:  3/03/03

) To Identify:
  a.  Work platform
  b.  Work Platform
  c.  Work Platform
  d.  Work Platform

**Exhibit 20, pg. 34**

**LG00815**

) Compliance Officer or Industrial Hygienist Signature:

Tom Scanlon

DOSH 6
R-10/89





**Exhibit 20, pg. 35**

LG00816



Keep Photo Below This Line



) DOSH 1 No.: 305757510

    Citation No.: #1

    Item No(s): #1

    Business and Address: Siemens Building Technologies Inc.

:) Location 5333 Fairbanks St. Anchorage AK. 99518-1258

i) Date: 03/02/03

e) To Identify:
    a. Ladder height. Unocal
    b. Ladder. Unocal.
    c. "
    d. "
    d. Pix taken from exit door. showing aisles blocked.

**Exhibit 20, pg. 36**

**LG00817**

f) Compliance Officer or Industrial Hygienist Signature:

Tom Scanlon          DOSH 6    R-10/89



**Exhibit 20, pg. 37**

LG00818

Keep Photo Below This Line



DOSH 1 No.: 305757510

Citation No.:

Item No(s).:

Business and Address: Siemens Building Technologies Incorporated

Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

) Date: 3/03/03

) To Identify:
    a.  Work platform
    b.  Work Platform
    c.  Work Platform
    d.  Work Platform

**Exhibit 20, pg. 38**

) Compliance Officer or Industrial Hygienist Signature:

**LG00819**

DOSH 6
Tom Scanlon                R-10/89



Exhibit 20, pg. 39

LG00820

...aska Department of L... ...
...upational Safety and Health ...

...orksheet

Apr 3, 2003 10:44am

| | |
|---|---|
| Inspection Number | 305757510 |
| Opt. Insp. Number | 021-03 |

| ...ablishment Name | Siemens Building Technologies Incorporated | | | | |
|---|---|---|---|---|---|
| ...e of Violation | O Other | Citation Number | 02 | Item/Group | 001 |
| ...mber Exposed | 2 | No. Instances | 1 | REC | |
| . Alleged Vio. | 1910.0025( d)( 2)(   xv) | | | | |

| ...atement | MultiStep Abatements | | | Final Abatement | Action Type/Dates |
|---|---|---|---|---|---|
| ...eriod | PPE Period | Plan | Report | | |
| 0 | | | | | |

...atement Documentation Required                Date Verified

...bstance Codes

.../D/Variable Information:

.0.25(d)(2)(xv)
) No ladder should be used to gain access to a roof unless the top of the ladder shall extend at least 3 feet above the
...nt of support, at eave, gutter, or roofline;

...ample:  Employees of Siemens Building Technologies Inc. regularly used a step ladder to access a work area in the
...ocal Building to replace the filters.  The top of the ladder did not extend at least three feet above the point of support or
...of line of the work area. Employees were exposed to potential fall hazards as a result of the ladder not extending three
...t above roof line.

| | Penalty Calculations | | | Adjustment Factor | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBF | Size | Good Faith | History | |
| | | | 0.00 | 40 | 15 | 10 | 0.00 |
| ...epeat Factor | | 0 | | | | | |

...mployee Exposure:

| ...ccupation | HVAC Techician | Employer | Siemens Building Technologies | | |
|---|---|---|---|---|---|
| ...r of Employees | 2 | Duration | 4 days per year | Frequency | 6 hours per day |
| ...mployee Name | Larry Grove | | | | |
| ...ddress | PO BOx 222253 Anchorage, AK 99522 | | Phone | (907)229-1167 | |
| ...ccupation | HVAC Technician | Employer | Siemens Building Technolgies | | |
| ...ir of Employees | 2 | Duration | 4 days per year | Frequency | 6 hours per day |
| ...mployee Name | Brrent Davies | | | | |
| ...ddress | 11710 Birchtrail Circle Anchorage, AK 99515 | | Phone | (907)552-1818 | |

...nstance Description:          A. Hazard      B. Equipment      C. Location      D. Injury/Illness      E. Measurements

4. Date/Time

OSHA-1B/1B3Hprint(Rev. 9/93)