OSHA's Form 300

# Log of Work Related Injuries and Illnesses

Siemens Building Tech. — Anchorage, Alaska

You must record information about every work-related death and about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR Part 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an Injury and Illness Incident Report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure if a case is recordable, call your local OSHA office for help.

| Identify the person | | Describe the case | | | | Classify the case | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Using these four categories, check ONLY the most serious result for each case: | | | | Enter the number of days the injured or ill worker was: | | Check the "Injury" column or choose one type of illness (M) | | | | | |
| (A) Case # | (B) Employee's Name | (C) Job Title (e.g. welder) | (D) Date of Injury or onset of illness (month/day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill. (e.g. Second degree burns on right forearm from acetylene torch) | Death (G) | Days away from work (H) | Remained at work: Job transfer or restriction (I) | Remained at work: Other recordable cases (J) | On the job transfer or restriction (K) | Away from work (L) | Injury (1) | Skin Disorder (2) | Respiratory condition (3) | Poisoning (4) | All other illnesses (5) | |

Be sure to transfer these totals to the Summary page (Form 300A) before you post it.

(1) (2) (3) (4)

*Note: If additional entries are required, just copy rows from the bottom of the case area and paste them back.*

Public reporting burden for this collection of information is estimated to average 14 minutes per response, including time to review the instructions, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

Exhibit 20, pg. 57

LG00838

# Log of Work Related Injuries and Illnesses

Year: 2002

Siemens Building Tech. Anchorage, Alaska

You must record information about every work-related death and about every work-related injury or illness that involves loss of consciousness, restricted work activity or job transfer, days away from work, or medical treatment beyond first aid. You must also record significant work-related injuries and illnesses that are diagnosed by a physician or licensed health care professional. You must also record work-related injuries and illnesses that meet any of the specific recording criteria listed in 29 CFR Part 1904.8 through 1904.12. Feel free to use two lines for a single case if you need to. You must complete an Injury and Illness Incident Report (OSHA Form 301) or equivalent form for each injury or illness recorded on this form. If you're not sure if a case is recordable, call your local OSHA office for help.

| Identify the person | | Describe the case | | | | Classify the case: Using these four categories, check ONLY the most serious result for each case: | | | | Enter the number of days the injured or ill worker was: | | Check the "Injury" column or choose one type of illness (M) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (A) Case # | (B) Employee's Name | (C) Job Title (e.g. welder) | (D) Date of injury or onset of illness (month/day) | (E) Where the event occurred (e.g. Loading dock north end) | (F) Describe injury or illness, parts of body affected, and object/substance that directly injured or made person ill. (e.g. Second degree burns on right forearm from acetylene torch) | (G) Death | (H) Days away from work | (I) Remained at work: Job transfer or restriction | (J) Remained at work: Other recordable cases | (K) On the job transfer or restriction | (L) Away from work | (1) Injury | (2) Skin Disorder | (3) Respiratory condition | (4) Poisoning | (5) All other illnesses |
| 1 | Mike Tuminella | Eng Specialist | 1/14 | UAA Parking Garage | Head Laceration | | | | | days | days | X | | | | |
| 2 | Lawrence Grove | Fitter | 2/22 | Office | Left Shoulder / Back / Back / Hip | | 15 | | | days | 15 days | X | | | | |
| 3 | Andrew Craig | Electrician | 6/4 | Jobsite | Back Puncture | | | | | days | days | X | | | | |
| 4 | Larry Grove | Fitter | 9/9 | Jobsite | Right Ankle | | 80 | | | days | 80 days | X | | | | |
| 5 | Richard Angell | Eng Specialist | 11/25 | Office | Left Leg | | | | | days | days | X | | | | |
| 6 | Brent Davies | Fitter | 12/7 | Jobsite | Left Hand | | | | | days | days | X | | | | |
| 7 | | | | | | | | | | days | days | | | | | |
| 8 | | | | | | | | | | days | days | | | | | |
| 9 | | | | | | | | | | days | days | | | | | |
| 10 | | | | | | | | | | days | days | | | | | |
| 11 | | | | | | | | | | days | days | | | | | |
| 12 | | | | | | | | | | days | days | | | | | |
| 13 | | | | | | | | | | days | days | | | | | |
| 14 | | | | | | | | | | days | days | | | | | |
| 15 | | | | | | | | | | days | days | | | | | |
| 16 | | | | | | | | | | days | days | | | | | |
| 17 | | | | | | | | | | days | days | | | | | |
| 18 | | | | | | | | | | days | days | | | | | |
| 19 | | | | | | | | | | days | days | | | | | |
| 20 | | | | | | | | | | days | days | | | | | |
| 21 | | | | | | | | | | days | days | | | | | |
| 22 | | | | | | | | | | days | days | | | | | |
| 23 | | | | | | | | | | days | days | | | | | |
| 24 | | | | | | | | | | days | days | | | | | |
| 25 | | | | | | | | | | days | days | | | | | |
| | | | | | Totals | 0 | 0 | 0 | 0 | 0 | 95 | 6 | 0 | 0 | 0 | 0 |

Exhibit 20, pg. 58

LG00839

OSHA's Form 300A

# Summary of Work-Related Injuries and Illnesse

Year: 2002

Form approved OMB no. 1218-0176

Exhibit 20, pg. 59

LG00840

illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary. Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you've added the entries from every page of the Log. If you had no cases, write "0". Employees, former employees, and thier representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR Part 1904.35 for further details on the access provisions for these forms.

## Number of Cases

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| (G) | (H) | (I) | (J) |

## Number of Days

| Total number of days of job transfer or restriction | Total number of days away from work |
|---|---|
| 0 | 95 |
| (K) | (L) |

## jury and Illness Types

Total number of...
(M)

| | | | |
|---|---|---|---|
| (1) Injuries | 6 | (4) Poisonings | 0 |
| (2) Skin Disorders | 0 | (5) All other illnesses | 0 |
| (3) Respiratory conditions | 0 | | |

Post this Summary page from February 1 to April 30 of the year following the year covered by the form.

for this collection of information is estimated to average 50 minutes per response, including time to review

## Facility Information:

Establishment name: Siemens Building Technologies

Street 5333 Fairbanks Street, Suite B

City Anchorage State AK ZIP 99518

Industry description: HVAC & Plumbing

Standard Industrial Classification (SIC) if known 1711

## Employment Information (If you don't have these figures, see the Worksheet on the back of OSHA Form 300A to estimate)

Annual average number of employees 40

Total hours worked by all employees last year 19,200

## Sign here

**Knowingly falsifying this document may result in a fine.**

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

Pam Spence, Office Supervisor
Company executive Title

907-563-2242 01/13/03
Phone Date

to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office

Exhibit 20, pg. 60

of Labor Statistics
Summary of Occupational
and Illnesses

This form is required by Public Law 91-596 and must be kept in the establishment for *5 years*. Filure to maintain and post can result in the issuance of citations and assessment of penalties. *(See posting equirements on the 2nd page of form.)*

RECORDABLE CASES: You are required to record information about every occupational death; every nonfatal occupational illness; and those nonfatal occupational injuries which involve one or more of the following: loss of consciousness, restriction of work or motion, transfer to another job, or medical treatment (other than first aid). *(See definitions on the 2nd page of form.)*

| Date of Injury or Onset of Illness<br>Enter Mo./day.<br>(E) | Employee's Name<br>Enter first name or initial, middle initial, last name.<br>(C) | Occupation<br>Enter regular job title, not activity employee was performing when injured or at onset of illness. In the absence of a formal title, enter a brief description of the employee's duties.<br>(D) | Department<br>Enter department in which the employee is regularly employed or a description of normal workplace to which employee is assigned, even though temporarily working in another department at the time of injury or illness.<br>(E) | Description of Injury or Illness<br>Enter a brief description of the injury or illness and indicate the part or parts of the body affected.<br>Typical entries for this column might be: Amputation of 1st joint right forefinger; Strain of lower back; Contact dermatitis on both hands; Electrocution - body.<br>(F) |
|---|---|---|---|---|
| | | | | PREVIOUS PAGE TOTALS |
| 01/04/01 | Lawrence Grove | Journeyman Pipefitter | Service | Tendon strain in right elbow |
| 05/23/01 | Robert G. Sprinkle | Journeyman Pipefitter | Service | Broke right big toe |
| 9/7/01 | Brent K. Daives | Journeyman Pipefitter | Service | Hurt Back |
| | | | | TOTALS (Instructions on 3rd page of form.) |

Exhibit 20, pg. 61

LG00842

). 200

10/95

Exhibit 20, pg. 62

LG00843

...rtment of Labor

For Calendar Year 19 2001

Page ____ of ____

Form Approved
O.M.B. No. 1220-0029

...lame
Building Technologies, Inc.

...ent Name
Building Technologies, Inc., Alaska Branch

...ent Address
...rbanks Street, Suite B, Anchorage, AK 99518-1258

| ...nd Outcome of INJURY | | | | | Type, Extent of, and Outcome of ILLNESS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nonfatal Injuries | | | | | Type of Illness | | | | | | | Fatalities | Nonfatal Illnesses | | | | |
| Injuries With Lost Workdays | | | | Injuries Without Lost Workdays | CHECK Only One Column for Each Illness (See fourth page of form for terminations or permanent transfers.) | | | | | | | Illness Related | Illnesses With Lost Workdays | | | | Illness Without Lost Workdays |
| Enter a CHECK if injury involves days away from work, or days of restricted work activity, or both. | Enter a CHECK if injury involves days away from work. | Enter number of DAYS away from work. | Enter number of DAYS of restricted work activity. | Enter a CHECK if no entry was made in columns 1 or 2 but the injury is recordable as defined above. | Occupational skin diseases or disorders | Dust diseases of the lungs | Respiratory conditions due to toxic agents | Poisoning (systemic effects of toxic materials) | Disorders due to physical agents | Disorders associated with repeated trauma | All other occupational illnesses | Enter DATE of death. Mo./day/yr. | Enter a CHECK if illness involves days away from work, or days of restricted work activity, or both. | Enter a CHECK if illness involves days away from work. | Enter number of DAYS away from work. | Enter number of DAYS of restricted work activity. | Enter a CHECK if no entry was made in columns 8 or 9. |
| (2) | (3) | (4) | (5) | (6) | (7) (a) | (b) | (c) | (d) | (e) | (f) | (g) | (8) | (9) | (10) | (11) | (12) | (13) |
| ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☒ | 20 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |
| ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | ☐ |

Exhibit 20, pg. 63

...ation of Annual Summary Totals By Pam Spence Title Office Supervisor Date 01/02/02

POST ONLY THIS PORTION OF THE LAST PAGE NO LATER THAN FEBRUARY 1.

...NO. 200 10/95

LG00844

## ions for OSHA No. 200

) and Summary of Occupational Injuries and Illnesses

ch employer who is subject to the recordkeeping requirements he Occupational Safety and Health Act of 1970 must maintain each establishment a log of all recordable occupational injuries 1 illnesses. This form (OSHA No. 200) may be used for that pose. A substitute for the OSHA No. 200 is acceptable if it is detailed, easily readable, and understandable as the OSHA No. ).

ter each recordable case on the log within six (6) workdays after rning of its occurrence. Although other records must be intained at the establishment to which they refer, it is possible prepare and maintain the log at another location, using data cessing equipment if desired. If the log is prepared elsewhere, opy updated to within 45 calendar days must be present at all es in the establishment.

gs must be maintained and retained for five (5) years following end of the calendar year to which they relate. Logs must be ailable (normally at the establishment) for inspection and pying by representatives of the Department of Labor, or the partment of Health and Human Services, or States accorded isdiction under the Act. Access to the log is also provided to nployees, former employees and their representatives.

anges in Extent of or Outcome of Injury or Illness

during the 5-year period the log must be retained, there is a ange in an extent and outcome of any injury or illness which ects entries in columns 1, 2, 6, 8, 9 or 13, the first entry should lined out and a new entry made. For example, if an injured nployee at first required only medical treatment but later lost orkdays away from work, the check in column 6 should be lined t, and checks entered in columns 2 and 3 and the number of st workdays entered in column 4.

another example, if an employee with an occupational illness st workdays, returned to work, and then died of the illness, any tries in columns 9 through 12 should be lined out and the date death entered in column 8.

e entire entry for an injury or illness should be lined out if later und to be nonrecordable. For example: an injury which is later etermined not to be work related, or which was initially thought to volve medical treatment but later was determined to have volved only first aid.

osting Requirements

copy of the totals and information following the fold line of the st page for the year must be posted at each establishment in the ace or places where notices to employees are customarily osted. This copy must be posted no later than *February 1 and ust remain in place until March 1.*

ven though there were no injuries or illnesses during the year, eros must be entered on the total line, and the form posted.

structions for Completing Log and Summary of Occupational juries and Illnesses

olumn A - CASE FOR FILE NUMBER. Self-explanatory.

Column B - DATE OF INJURY OR ONSET OF ILLNESS. For occupational injuries, enter the date of the work accident which resulted in injury. For occupational illnesses, enter the date of initial diagnosis of illness, or if absence from work occurred before diagnosis, enter the first day of the absence attributable to the illness which was later diagnosed or recognized.

Columns C through F - Self-explanatory.

Columns 1 and 8 - INJURY OR ILLNESS-RELATED DEATHS. Self-explanatory.

Columns 2 and 9 - INJURIES OR ILLNESSES WITH LOST WORKDAYS. Self-explanatory.

Any injury which involves days away from work, or days of restricted work activity, or both must be recorded since it always involves one or more of the criteria for recordability.

Columns 3 and 10 - INJURIES OR ILLNESSES INVOLVING DAYS AWAY FROM WORK. Self-explanatory.

Columns 4 and 11 - LOST WORKDAYS – DAYS AWAY FROM WORK. Enter the number of workdays (consecutive or not) on which the employee would have worked but could not because of occupational injury or illness. The number of lost workdays should not include the day of injury or onset of illness or any days on which the employee would not have worked even though able to work.

NOTE: For employees not having a regularly scheduled shift, such as certain truck drivers, construction workers, farm labor, causal labor, part-time employees, etc., it may be necessary to estimate the number of lost workdays. Estimates of lost workdays shall be based on prior work history of the employee AND days worked by employees, not ill or injured, working in the department and/or occupation of the ill or injured employee.

Columns 5 and 12 - LOST WORKDAYS – DAYS OF RESTRICTED WORK ACTIVITY.

Enter the number of workdays (consecutive or not) on which because of injury or illness:

(1) the employee was assigned to another job on a temporary basis, or
(2) the employee worked at a permanent job less than full time, or
(3) the employee worked at a permanently assigned job but could not perform all duties normally connected with it.

The number of lost workdays should not include the day of injury or onset of illness or any days on which the employee would not have worked even though able to work.

**Exhibit 20, pg. 64**