MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Grove, et al. v. Unocal*
Case No. 3:04-cv-0096-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:     ORDER FROM CHAMBERS

Unocal moves for an extension of time to respond to Plaintiffs' motion to amend the complaint. Docket No. 69. The motion is non-opposed.

**IT IS THEREFORE ORDERED:**
The motion at **Docket No. 69** is **GRANTED**. Unocal shall file its response to Plaintiffs' motion **on or before April 12, 2006.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: April 10, 2006