IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and
MICHAEL GROVE (DOB 1/21/88)
by and through his father
LAWRENCE H. GROVE,

    Plaintiffs,

vs.

UNOCAL CORPORATION,

    Defendant.
_____/
Case No. A04-0096 CV(JKS)


RECEIVED APR 2 5 2005

**VIDEOTAPED DEPOSITION OF LAWRENCE H. GROVE**

Pages 1 - 158, inclusive

Friday, November 12, 2004, 10:42 a.m.

Anchorage, Alaska

## Alaska Stenotype Reporters
511 West Ninth Avenue
Anchorage AK 99501-3520
*Serving Alaska Since 1953*

Rick D. McWilliams, RPR, Ret.
Fred M. Getty, RPR, Ret.

Telephone 907.276.1680
Email AkSteno@aol.com
Fax 907.276.8016


Exhibit A
Page 1 of 7

```
 1      Q.    September 10th?
 2      A.    September 10th, no.
 3      Q.    Did you talk with any Unocal employees at
 4   all after the incident?
 5      A.    Just Charles once.  It was just brief.  He
 6   asked me how I was doing.  And OSHA went down, did an
 7   inspection.  And after that, nobody really said much
 8   about anything after that.
 9      Q.    Did you talk to your own employer at all
10   about this incident after it happened?
11      A.    Yes.
12      Q.    Who in particular did you talk with?
13      A.    My branch manager and my service department
14   supervisor.  Service department supervisor would be
15   Leverette Hoover.  Leverette, L-e-v-i-t-t (sic)
16   Hoover.  And our branch manager at that time was Ben
17   Sietz, S-i-e-t-z.
18      Q.    And did you -- are they both people who work
19   in the Anchorage office?
20      A.    The only one there now is Ben Sietz.
21   Mr. Hoover is now an employee of Johnson Controls in
22   Michigan.
23      Q.    At the time they worked in -- in the
24   Anchorage office?
25      A.    Yes.
```

Page 129

1    Q.   And when did you first tell them about it?
2    Was -- was --
3    A.   The next morning you're required to report
4    any injuries.
5    Q.   September 10th?
6    A.   Yes.
7    Q.   Is the -- this report of occupational injury
8    or illness, would that be the document that you filled
9    out for the first time to report this incident?
10   A.   Yes.  That's my handwriting.
11   Q.   And that's dated September 10th, '02?
12   A.   Tenth, right.
13   Q.   And this -- under description of how injury
14   or illness happened -- says, changing filters at
15   customer building site.  Center support gave way.
16   Fell seven feet to concrete floor.  Landed on right
17   foot.
18        That's consistent with what you testified to
19   today?
20   A.   Yes.
21   Q.   When you got to the site on September 10th,
22   was that -- was the planking still on the floor?
23   A.   The way I got out of there is the way it was
24   left.
25   Q.   It was left that way?

```
 1                    REPORTER'S CERTIFICATE
 2
 3            I, GARY BROOKING, RPR, hereby certify:
 4            That I am a Registered Professional Reporter
 5    for Alaska Stenotype Reporters and Notary Public for the
 6    State of Alaska; that the foregoing proceedings were
 7    taken by me in computerized machine shorthand and
 8    thereafter transcribed by me; that the transcript
 9    constitutes a full, true and correct record of said
10    proceedings taken on the date and time indicated therein.
11            Further, that I am a disinterested person to
12    said action.
13            IN WITNESS WHEREOF, I have hereunto
14    subscribed my hand and affixed my official seal this
15    24th day of April, 2005.
16
17
18    _____
                GARY BROOKING
19          Registered Professional Reporter
20          My Commission Expires 5.24.08
21
22
23
24
25
```

158

Alaska Stenotype Reporter

Exhibit A
Page 4 of 7

LAWRENCE H. GROVE

**ORIGINAL**

1               WITNESS CERTIFICATE

2   Lawrence H. Grove vs. Unocal, Case No. A04-0096 CV (JKS)
    **LAWRENCE H. GROVE**                Taken November 12, 2004
3
         I hereby certify that I have read the foregoing
4   deposition and accept it as true and correct, with the
    following exceptions:
5
    =============================================================
6   Page    Line         CHANGE/CORRECTION and REASON
    =============================================================
7

8   ____    ____    _____

9   ____    ____    _____

10  ____    ____    _____

11  ____    ____    _____

12  ____    ____    _____

13  ____    ____    _____

14  ____    ____    _____

15  ____    ____    _____

16  ____    ____    _____

17  ____    ____    _____

18  ____    ____    _____

19  ____    ____    _____

20  ____    ____    _____

21  ____    ____    _____

22                         _[signature]_____
23  6-15-05               
    Date Read                  (Sign name here)
24
    (Use additional paper to note corrections as needed,
25  dating and signing each one.)                (GB)

                                                           157
                                           Exhibit ___A___
                       Alaska Stenotype Reporters Page _5_ of _7_

```
                                                           Page 1
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF ALASKA
 3  ─────────────────────────────────────────
    LAWRENCE H. GROVE, CYNTHIA       )
 4  GROVE, SARAH GROVE, and MICHAEL  )
    GROVE (DOB 1/21/88) by and       )
 5  through his father LAWRENCE      )        COPY
    H. GROVE,                        )
 6                                   )
            Plaintiffs,              )
 7                                   )
         vs.                         )
 8                                   )
    UNOCAL CORPORATION,              )
 9                                   )
            Defendant.               )
10  ─────────────────────────────────
    Case No. A04-0096 CV (JKS)
11
12
    ─────────────────────────────────────────
13
    VIDEOTAPED DEPOSITION OF LAWRENCE H. "LARRY" GROVE
14
    ─────────────────────────────────────────
15
                 Pages 1 - 121
16          Thursday, December 15, 2005
                  9:21 a.m.
17
18        Taken by Counsel for Defendant
                      at
19   The Law Offices of Clapp, Peterson, Van Flein,
           Tiemessen & Thorsness, LLC
20         711 H Street, Suite 620
              Anchorage, Alaska
21
22
23
24
25
```

```
 1      A     Uh-huh.
 2      Q     -- did the planking also continue on to
 3   this ledge here, like shown in Exhibit 1?
 4      A     I think it was just abutted up to it.  I
 5   don't think it extended past it.
 6      Q     Okay.  So the scaffolding planks were
 7   all supported by these horizontal pieces, then?
 8      A     Correct.
 9      Q     You said there may have been twice after
10   your visit to the fan room where you collected
11   these machine screws that you stopped in to the
12   Unocal building.  Remember that conversation?
13      A     And spoke to Charles or Paul, yeah.
14      Q     Okay.  Do you remember anything about
15   this -- if there was a second time and, if so,
16   what you may have done then when you were there?
17      A     Just basically a social call to say hi.
18   That's all.  In the neighborhood.
19      Q     Okay.  Did you inspect the condition of
20   any of the machine screws and nuts that were still
21   affixed to any of these angle -- perforated angle
22   pieces when you went back and you collected these
23   machine screws?
24      A     Just looked at them and took a picture
25   of them.  I didn't tamper with anything.
```