Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNOCAL CORPORATION<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  A04-0096 CV (JKS) |

**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO AMEND COMPLAINT**

Come now the Parties, by and through the undersigned counsel, and hereby stipulate and agree that plaintiffs will have until Thursday, April 27, 2006 to file their Reply to defendant's *Opposition to Plaintiffs' Motion to Amend Complaint*.

RESPECTFULLY SUBMITTED this 24th day of April 2006.

                      WEIDNER & ASSOCIATES, INC.
                      Counsel for Plaintiffs

Dated April 24, 2006   s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

```
                              WEIDNER & ASSOCIATES, INC.
                              330 L Street, Suite 200
                              Anchorage, AK  99501
                              Phone (907) 276-1200
                              Fax (907) 278-6571
                              E-mail: jgreene@weidner-justice.com
                              ABA 7305032


                              CLAPP PETERSON VAN FLEIN TIEMESSEN
                              & THORSNESS, LLC
                              Attorneys for Defendants


Dated:   April 24, 2006       By:s/ Linda Johnson (consented)
                              CLAPP PETERSON VAN FLEIN
                              TIEMESSEN & THORSNESS, LLC
                              711 H Street, Suite 620
                              Anchorage, AK  99501
                              Phone (907) 272-9272
                              Fax (907) 272-9586
                              E-mail:
                              ABA 8911070
```

CERTIFICATE OF SERVICE
I hereby certify that on April 24, 2006 a copy of the foregoing **STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO AMEND COMPLAINT** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Phillip Paul Weidner