```
Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA ) <br> GROVE, SARAH GROVE, and, ) <br> MICHAEL GROVE (DOB 1/21/88) ) <br> By and through his father ) <br> LAWRENCE H. GROVE, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNOCAL CORPORATION, ) <br> ) <br> Defendant. ) <br> _____) | Case No. Case No.A04-0096 CV <br> (JKS) |

**(PROPOSED) ORDER GRANTING EXTENSION OF TIME**

Pursuant to Stipulation of the parties, it is hereby ORDERED that plaintiffs shall have until Thursday, April 27, 2006 to file their Reply to defendant's Opposition to Motion to Amend Complaint.

DATED:_____   _____
                         UNITED STATES DISTRICT COURT JUDGE

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

Page 1

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2006 a copy of the foregoing Order Re: Plaintiff's (PROPOSED) ORDER GRANTING EXTENSION OF TIME was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

Case 3:04-cv-00096-TMB-DMS   Document 80-2   Filed 04/24/2006   Page 2 of 2

Page 2