John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**JOINT FILING REGARDING EXTENSION OF TIME**

The parties met on April 21, 2006 to exchange details of their discovery needs and to resolve past disagreements.  The parties believe that mediation would be helpful in this case.  They have agreed to work toward setting mediation in late June 2006 so that a few more witnesses can be deposed.  Further, the parties tentatively agreed to finalize certain expert reports prior to mediation in order to facilitate discussions.

Joint Filing Regarding Extension of Time
Grove v UNOCAL, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Both parties believed that if mediation was not successful, they would need about 60 days after mediation to finalize discovery.  Therefore, the parties ask that discovery, limited to depositions, close on September 15, 2006.  Plaintiffs' expert reports will be due August 1, 2006 and Defendant's expert reports will be due August 15, 2006.

The parties discussed Plaintiffs' pending motion to amend the complaint. The parties agreed that Union Oil Company of Alaska will be substituted for Unocal Corporation.  All other issues raised in the motion will be left to the Court to decide.

DATED at Anchorage, Alaska, this 24th day of April, 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

_____
Linda J. Johnson, ABA# 8911070

WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs Grove

_____
Phillip Paul Weidner, ABA# 7305032

Certificate of Service

I hereby certify that on April 25, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

Joint Filing Regarding Extension of Time
Grove v UNOCAL, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586