IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## PROPOSED ORDER ON EXTENSION OF TIME

Pursuant to the stipulation of the parties, IT IS ORDERED: parties' request for discovery to be extended to September 15, 2006, limited to depositions, is granted. Plaintiffs' expert reports are due August 1, 2006 and Defendants' expert reports are due August 15, 2006.

Dated this _____ day of May, 2006.

By_____
Honorable Timothy M. Burgess
U.S. District Court Judge

<u>Certificate of Service</u>

I hereby certify that on April 25, 2006, a copy of the foregoing Proposed Order on Extension of Time was served electronically on Michael Cohn/Phillip P. Weidner, Esq. and on Michael Cohn/Phillip P. Weidner, Esq. by regular mail.

<u>s/ Linda J. Johnson</u>

Proposed Order on Extension of Time
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 1

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586