Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE, <br><br>           Plaintiffs, <br><br>      v. <br><br> UNOCAL CORPORATION <br><br>           Defendant | ) ) ) ) ) ) ) Case No.A04-0096 CV (JKS) ) ) ) ) ) ) ) |

**FOURTH SUPPLEMENT TO PLAINTIFFS' PRELIMINARY WITNESS LIST**

Plaintiffs, by and through counsel, Phillip Paul Weidner & Associates, APC, hereby supplement their preliminary witness list in this matter.

    1.    Chuck Pierce
           c/o counsel for defendant
           John Thorsness
           Clapp Peterson, et al.
           711 H Street, Suite 620
           Anchorage, AK  99501

Mr. Pierce was, and still may be, a Unocal manager and/or Vice President. He may have pertinent information as to safety inspections/meetings, liability and destruction of evidence.

    2.    Tracie Howard
          c/o counsel for defendant
          John Thorsness
          Clapp Peterson, et al.
          711 H Street, Suite 620
          Anchorage, AK  99501

Ms. Howard was, and still may be, a Unocal employee. She has pertinent information regarding storage and gathering of records concerning this litigation.

    3.    Lloyd Richardson
          c/o counsel for defendant
          John Thorsness
          Clapp Peterson, et al.
          711 H Street, Suite 620
          Anchorage, AK  99501

Mr. Richardson was, and still may be, a Unocal employee. He is a Safety Technician who may have pertinent information regarding safety inspections/meetings and liability.

RESPECTFULLY SUBMITTED this 12th day of May, 2006.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidner-justice.com
ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on May 12, 2006 a copy of the foregoing Fourth Supplement to Plaintiffs' Preliminary Witness List was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Phillip Paul Weidner