IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>    Plaintiffs,<br><br> vs.<br><br>UNOCAL CORPORATION,<br><br>    Defendant. | Case No. 3:04-cv-0096-TMB<br><br>O R D E R |

    The Court held a status conference in this case on April 10, 2006, to discuss numerous discovery disputes between the parties. At the conference the Court requested that the parties file two documents. In the first, to be filed on or before April 24, 2006, the parties were to stipulate to extend discovery deadlines. In the second, to be filed on or before May 1, 2006, the parties were to provide a joint report regarding outstanding motions and the possibility of settlement. At the conference the Court informed the parties that if they had not resolved all discovery issues by the time the status report was filed on May 1, the Court would appoint a discovery master and deny all discovery related motions without prejudice.

    On April 25, 2006, the parties filed a joint motion for extension of time for discovery. Docket No. 81. In the joint motion the parties request that discovery be scheduled to close on September 15, 2006. Plaintiffs' expert reports would be due on August 1, 2006, and Defendant's due on August 15, 2006. The parties also indicate that they are planning to commence mediation in late June. Regarding Plaintiffs' motion to amend the complaint at docket no. 45, the parties agree

that Unocal Oil Company of California should be substituted for Unocal Corporation. The other proposed amendments are vigorously disputed. *See* Docket No. 79. The parties have not filed any additional reports.

**IT IS THEREFORE ORDERED:**

The parties are directed to file a joint status report **on or before May 22, 2006,** which indicates what progress the parties have made toward scheduling mediation. If significant steps have been taken the Court will extend the discovery deadlines as requested in the parties' joint motion and deny all pending discovery motions without prejudice to refiling should mediation prove unsuccessful.

Dated at Anchorage, Alaska, this 15 day of May 2006.

/s/ Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

ORDER