Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA ) GROVE, SARAH GROVE, and, ) MICHAEL GROVE (DOB 1/21/88) ) By and through his father ) LAWRENCE H. GROVE, ) ) ) Plaintiffs, ) ) vs. ) ) UNOCAL CORPORATION, ) ) Defendant. ) ) | Case No. 3:04-cv-0096-TMB  **JOINT STATUS REPORT** |

I.  <u>Order Dated May 15, 2006</u>.

The parties have scheduled mediation for June 28, 2006 in Anchorage, Alaska.

II.  <u>Order Filed May 8, 2006</u>.

The court is familiar with the issues through extensive briefing and a status conference on April 10, 2006. Thus, the order requiring status report for cases reassigned to

1

the Hon. Timothy M. Burgess filed May 8, 2006 may be unnecessary.

     A.   <u>Nature of the Case</u>.

         1.   <u>Lead Attorneys</u>:

Phillip Paul Weidner of Phillip Paul Weidner and Associates, a Professional Corporation, for plaintiffs.

John B. Thorsness of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC for defendant.

         2.   <u>Basis for Federal Jurisdiction</u>:

Diversity.

         3.   <u>Nature of the Claims Asserted in the Complaint and Amended Complaint and Any Counterclaims</u>:

Negligence, strict liability, premises liability, punitive damages.

         4.   <u>Name of Any Party Who Has Not Been Served and the Nature of the Non-Service</u>:

Parties have agreed to substitute Union Oil Company of California for Unocal Corp. Defendant believes that continuing discovery may reveal persons or entities who should properly be allocated fault in this matter.

         5.   <u>Principal Legal Issues</u>:

Principal issues are factual.

         6.   <u>Principal Factual Issues</u>:

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

2

Liability of Union Oil Company of California for work platform that collapsed on September 9, 2002; the amount plaintiffs were damaged, if any, and Larry Grove's efforts to mitigate his damages.

    B.   Discovery

        1.   <u>Brief Description of Completed Discovery and Any Remaining Discovery</u>:

Discovery is ongoing. A number of Union Oil Company of California and Siemens Building Technology, Inc. past and present employees, and parties' experts, will be deposed if mediation is unsuccessful. Some treating health care providers will be deposed before mediation. Parties will depose other factual witnesses both on liability and damage issues.

        2.   <u>Brief Description of Any Pending Motions and Anticipated Motions</u>:

Pending Motions: Motion to amend complaint – several outstanding issues.

Anticipated Motions: If mediation is unsuccessful – various motions in limine and summary judgment.

        3.   <u>Brief Description of Rulings on Substantive Issues</u>:

Defendant's motion for partial summary judgment re: strict liability was denied.

        4.   <u>Any Previously Filed Status Reports</u>:

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

3

     Joint filing regarding extension of time served April 25, 2006.

  C. Trial.

  Trial has been "requested" for 10 days, not scheduled, since no trial date is set yet.  Jury trial requested.

  D. Settlement.

  The parties have scheduled mediation for June 28, 2006.

  RESPECTFULLY SUBMITTED this 23rd day of May 2006.

      WEIDNER & ASSOCIATES, INC.
      Counsel for Plaintiffs


       /s/ Phillip Paul Weidner
      WEIDNER & ASSOCIATES, INC.
      330 L Street, Suite 200
      Anchorage, AK  99501
      Phone (907) 276-1200
      Fax (907) 278-6571
      E-mail:  jgreene&weidner-justice.com
      ABA No. 7305032


      CLAPP, PETERSON, VAN FLEIN, TIEMESSEN
       & THORSNESS, LLC
      Counsel for Defendant


       /s/ John B. Thorsness
      CLAPP, PETERSON, VAN FLEIN,
      TIEMESSEN & THORSNESS, LLC
      711 H Street, Suite 620
      Anchorage, AK  99501
      Phone (907) 272-9273
      Fax (907) 272-9586
      ABA No. 8211154

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

CERTIFICATE OF SERVICE
I hereby certify that on May 23, 2006 a copy of the foregoing Joint Status Report was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571