UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>LAWRENCE H. GROVE, *ET AL*</u>   v.   <u>UNOCALCORPORATION</u>

HONORABLE TIMOTHY M. BURGESS

DATE: June 5, 2006                                              CASE NO. <u>3:04-cv-0096-TMB</u>

<u>PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**</u>

      The Joint Status report filed by the parties at docket 86 indicates that a mediation has been scheduled to take place June 28, 2006.  Mediation may resolve or narrow the dispute between the parties or otherwise render further proceedings in this case unnecessary in whole or in part.

      IT IS HEREBY ORDERED THAT the Stipulation for Extension of Time at **docket 81** is GRANTED.  The deadline for discovery, limited to depositions, shall be extended until September 15, 2006.  Plaintiffs' expert reports will be due August 1, 2006, and Defendant's expert reports will be due August 15, 2006.

      IT IS FURTHER ORDERED THAT the following pending motions are DENIED, without prejudice to renewal if necessary:

      Plaintiffs' Motion to Compel at **docket 33;**

      Plaintiffs' Motion to Amend/Correct Complaint at **docket 45;**

      Plaintiffs' Motion for Sanctions for Noncompliance with Discovery at **docket 48**; and

      Defendant's Motion for Rule 37 Sanctions at **docket 63;**

      Accordingly, Plaintiffs' Motion for Extension of Time at **docket 80** is DENIED as moot.

      IT IS FURTHER ORDERED THAT on or before **July 21, 2006**, counsel for the parties are directed to file a Joint Status Report including a brief summary of further proceedings before this court, if any, that the parties believe are necessary.