1

2

3

4

5

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

9

10

11

12

13

14

15

16

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

17

18

19

20

21

22

23

24

25

26

**STIPULATION FOR ORDER COMPELLING STATE
FISH AND GAME DOCUMENTS**

Defendant Unocal Alaska and Plaintiffs Lawrence, Cynthia, Sarah and

Michael Grove stipulate for a court order compelling the State of Alaska

Department of Fish and Game to release hunting and fishing information specific to

the Plaintiffs that is protected by AS 16.05.815(d).  The State of Alaska is required

to possess a court order before releasing this information.  The Plaintiffs do not

agree that the information is relevant or admissible as to any issues in this case.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1    However the Plaintiffs do not oppose an order compelling the State of Alaska to

2    release the information to the parties.

3        Dated at Anchorage, Alaska this 12th day of June, 2006.

4                                    CLAPP, PETERSON, VAN FLEIN,
                                     TIEMESSEN & THORSNESS, LLC
5                                    Attorneys for Defendant Unocal

6                                    s/ Linda J. Johnson
7                                    CLAPP, PETERSON, VAN FLEIN,
                                     TIEMESSEN & THORSNESS LLC
8                                    711 H Street, Suite 620
                                     Anchorage, AK  99501-3454
9                                    Phone:  (907) 272-9631
                                     Fax:  (907) 272-9586
10                                   Direct email:  ljj@cplawak.com
                                     Alaska Bar No. 8911070
11

12

13                                   WEIDNER & ASSOCIATES, INC.
                                     Attorneys for Plaintiffs
14
                                     s/[Michael Cohn](consent)
15                                   Weidner & Associates
                                     330 L Street, Suite 200
16                                   Anchorage, AK  99501
                                     Phone:  (907) 276-1200
17                                   Fax:  (907) 278-6571
                                     Alaska Bar No. 8506049
18                       Certificate of Service

19
     I hereby certify that on June 12, 2006, a copy of the foregoing Stipulation To Extend
20   Deadlines was served electronically on Michael Cohn/Phillip P. Weidner, Esq. and on
     Michael Cohn/Phillip P. Weidner, Esq. by regular mail.
21

22                           s/ Linda J. Johnson

23

24

25
     Stipulation For Fish And Game Records Release
26   Grove v. Unocal, Case No. 3:04-cv-0096-TMB
     Page 2 of 3

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1   IT IS SO ORDERED this ___ day of _____, 2006 at Anchorage, Alaska.

2

3                                                   _____
                                                    Honorable Timothy M. Burgess
4                                                   U.S. District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586