# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Grove, et al. v. Unocal*
Case No. 3:04-cv-0096-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

The parties have filed a stipulation that the Court enter an order compelling the State of Alaska Department of Fish and Game to release hunting and fishing information specific to the Plaintiffs that is protected by AS 16.05.815(d). Docket 88. The parties note that the State of Alaska is required to possess a court order before releasing this information.

**IT IS THEREFORE ORDERED:**

The State of Alaska Department of Fish and Game shall release hunting and fishing information specific to the Plaintiffs that is protected by AS 16.05.815(d).

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 15, 2006