Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**PLAINTIFFS' STATUS REPORT REGARDING MEDIATION** |

The defendant unilaterally decided to cancel mediation scheduled for June 28, 2006, leaving open the possibility that defendant might be willing to go to mediation several months later.

RESPECTFULLY SUBMITTED this 21st day of June 2006.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs

/s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

1

>WEIDNER & ASSOCIATES, INC.
>330 L Street, Suite 200
>Anchorage, AK  99501
>Phone (907) 276-1200
>Fax (907) 278-6571
>E-mail:  jgreene&weidner-justice.com
>ABA No. 7305032

CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2006 a copy of the foregoing **Plaintiffs' Status Report Regarding Mediation** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571