John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>        Plaintiffs,<br><br>  vs.<br><br>UNOCAL CORPORATION,<br><br>        Defendant. | Case No. 3:04-cv-0096-TMB |

### DEFENDANTS' RESPONSE TO "PLAINTIFFS' STATUS REPORT REGARDING MEDIATION"

COMES NOW the Defendant, Unocal Corporation, by and through its attorney of record, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC and hereby responds to "Plaintiffs' Status Report Regarding Mediation", dated June 21, 2006.

Yes, and for good reason. Ample notice was given to all so unnecessary expense could be avoided.

DATED at Anchorage, Alaska, this 22nd day of June, 2006.

          CLAPP, PETERSON, VAN FLEIN,
          TIEMESSEN & THORSNESS, LLC
          Attorneys for Defendant Unocal

          s/John B. Thorsness
          CLAPP, PETERSON, VAN FLEIN,
          TIEMESSEN & THORSNESS LLC
          711 H Street, Suite 620
          Anchorage, AK  99501-3454
          Phone:  (907) 272-9631
          Fax:  (907) 272-9586
          Direct email:  jbt@cplawak.com
          Alaska Bar No. 8211154

### Certificate of Service

I hereby certify that on June 22, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

          s/John B. Thorsness

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586