John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

  Plaintiffs,

vs.

UNOCAL CORPORATION,

  Defendant.

Case No. 3:04-cv-0096-TMB

**JOINT MOTION TO EXTEND DISPOSITIVE MOTIONS AND MOTIONS IN LIMINE**

Plaintiffs, by and through counsel Law Offices of Phillip Paul Weidner and Associates, and Defendant, by and through counsel, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, jointly move this Court for an order extending the deadline for dispositive motions and motions in limine. Motions are currently due June 30, 2006. However, discovery does not close until September 15, 2006.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Joint Motion to Extend Deadline for Motions
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Therefore, the parties jointly request that the deadline for motions be extended until September 22, 2006.

DATED at Anchorage, Alaska, this 30th day of June, 2006.

    CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
    Attorneys for Defendant Unocal

    s/ John B. Thorsness
    CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS LLC
    711 H Street, Suite 620
    Anchorage, AK  99501-3454
    Phone:  (907) 272-9631
    Fax:  (907) 272-9586
    Direct email:  jbt@cplawak.com
    Alaska Bar No. 8211154

DATED at Anchorage, Alaska, this 28th day of June, 2006.

    WEIDNER & ASSOCIATES INC
    Attorneys for Plaintiff

    s/ Michael Cohn (by phone consent)
    WEIDNER & ASSOCIATES, INC.
    330 L Street, Suite 200
    Anchorage, AK  99501
    Phone (907)  276-1200
    Fax (907)  278-6571
    E-mail:  jgreene&weidner-justice.com
    ABA No.  7305032

Joint Motion to Extend Deadline for Motions
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

## Certificate of Service

I hereby certify that on June 30, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/John B. Thorsness

Joint Motion to Extend Deadline for Motions
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586