John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNOCAL CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:04-cv-0096-TMB |

### ORDER GRANTING JOINT MOTION TO EXTEND DISPOSITIVE MOTIONS AND MOTIONS IN LIMINE

Plaintiffs and Defendant have moved to extend the deadline for dispositive motions and motions in limine until September 22, 2006.

The Court having reviewed the joint Motion GRANTS the parties' motion.

Therefore, IT IS ORDERED:

Order Granting Joint Motion for Extension of Time
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

The deadline for dispositive motions and motions in limine are now due on or before September 22, 2006.

_____   By_____
Dated:                                                   Honorable Timothy M. Burgess
                                                                 U.S. District Court Judge

Certificate of Service:

I certify that a copy of this document was mailed \_\_\_\_\_, faxed \_\_\_\_\_, hand delivered\_\_\_\_\_ on June \_\_\_\_\_, 2006, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By:_____

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Order Granting Joint Motion for Extension of Time
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2