Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
LAWRENCE H. GROVE, CYNTHIA    )
GROVE, SARAH GROVE, and,      )
MICHAEL GROVE (DOB 1/21/88) by)
and through his father        )
LAWRENCE H. GROVE,            ) Case No. Case No.A04-0096 CV
                              )              (JKS)
            Plaintiffs,       )
     v.                       )
                              )
UNOCAL CORPORATION,           )
                              )
            Defendant.        )
_____)
```

**EXPEDITED MOTION FOR EXTENSION OF PRETRIAL DEADLINES**

There are a number of pretrial deadlines fast approaching, including the dates for expert disclosures (August 1, 2006 for plaintiffs, and August 15, 2006 for defendant), and the date for the end of depositions (September 15, 2006).  Both defendant Unocal and the plaintiffs have additional depositions to take in this matter.  Defendant Unocal has requested to set the depositions of 7 health care providers <u>before</u> the expert

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

disclosure deadlines.  Plaintiffs' counsel, due to pressing commitments in another matter, cannot be available for the times in which defense counsel wants to depose said 7 health care providers.  Accordingly, plaintiffs request an extension of pretrial deadlines.  See Affidavit of Michael Cohn.

As the Court has already scheduled a hearing for July 28, 2006, plaintiffs request that this motion be considered at that time.  Defense counsel is aware that plaintiffs' counsel is seeking expedited consideration, and seeking to have the matter put before the Court at the already scheduled July 28, 2006 hearing.

RESPECTFULLY SUBMITTED this 21st day of July 2006.

>WEIDNER & ASSOCIATES, INC.
>Counsel for Plaintiffs
>
>s/ Phillip Paul Weidner
>WEIDNER & ASSOCIATES, INC.
>330 L Street, Suite 200
>Anchorage, AK  99501
>Phone (907) 276-1200
>Fax (907) 278-6571
>E-mail: jgreene@weidner-justice.com
>ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on July 21, 2006 a copy of the foregoing **EXPEDITED MOTION FOR EXTENSION OF PRETRIAL DEADLINES** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571