Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNOCAL CORPORATION<br><br>            Defendant | ) ) ) ) ) ) ) Case No. A04-0096 CV (TMB) ) ) ) ) ) ) ) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF EXPEDITED MOTION FOR EXTENSION OF PRETRIAL DEADLINES**

STATE OF ALASKA            )
                           )   ss.
THIRD JUDICIAL DISTRICT    )

MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

1. I am Michael Cohn, an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., counsel of record for the Grove plaintiffs in this matter;

2. I have been working on the above referenced matter;

3. Defense counsel requested that depositions of 7 health care providers be set before the due date for expert reports;

4. However, in light of the commitment of resources by counsel in In Re Exxon Valdez, Case No. A-89-095 CIV (HRH), arising out of the Exxon Valdez oil spill, wherein the Exxon defendants tripled their witness list recently, and have set 2 or more depositions at the same time (and sometimes in different cities) through most of July and up to August 10, 2006, vastly increasing the pretrial discovery, combined with looming due dates for exhibits, jury instruction, deposition designations, Daubert motions, motions in limine, all due starting next week, (with trial to commence in October), plaintiffs need an extension of time to conduct depositions and other pretrial matters;

5. Given that an enormous number of depositions are scheduled in In Re Exxon Valdez, which will take most of the time of several firm lawyers, I have been assigned to assist in preparing exhibits, jury instructions, Daubert motions, motions in limine, deposition designations, etc.  These pretrial deadlines commence at once.  Exhibit Lists are due July 28, 2006.  Deposition designations are due July 28th and August 18, 2006.  Jury Instructions are due August 4, 2006.  Expert motions in limine are due August 18, 2006, and dispositive motions are due September 1, 2006.

6. An extension of pretrial deadlines is requested.  An extension of pretrial deadlines will not prejudice the parties.

FURTHER AFFIANT SAYETH NAUGHT.

```
/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
```

Affidavit of Michael Cohn                                         Page 2

```
                              Fax (907) 278-6571
                              E-mail:  jgreene&weidner-justice.com
                              ABA No. 8506049
```

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2006 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION FOR EXTENSION OF PRETRIAL DEADLINES** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

<u>s/ Phillip Paul Weidner</u>