Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>        Plaintiffs,<br>   v.<br><br>UNOCAL CORPORATION,<br><br>        Defendant. | Case No. Case No.A04-0096 CV (JKS) |

**(PROPOSED) ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION FOR EXTENSION OF PRETRIAL DEADLINES**

The Court, having considered the plaintiffs' *Expedited Motion for Extension of Pretrial Deadlines*, IT IS ORDERED:

Plaintiffs' Motion shall be considered on an expedited basis and will be discussed at the previously scheduled July 28, 2006 hearing.

DATED:_____   _____
                                  UNITED STATES DISTRICT COURT JUDGE

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2006 a copy of the foregoing (**PROPOSED) ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION FOR EXTENSION OF PRETRIAL DEADLINES** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571