John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9631
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

### ORDER GRANTING DEFENDANT'S
### MOTION TO RE-DEPOSE LAWRENCE GROVE

Defendant, Unocal Corporation (Unocal), has moved to re-depose the Plaintiff, Lawrence Grove.

The Court having reviewed the Motion to Re-depose Lawrence Grove, the Memorandum in Support of Motion to Re-depose Lawrence Grove, and the Affidavit of Linda J. Johnson, grants Defendants motion; therefore

Order Granting Motion to Re-Depose Lawrence Grove
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

IT IS SO ORDERED this ___ day of _____, 2006 at Anchorage, Alaska.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

### Certificate of Service

I hereby certify that on July 26, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

<u>s/ Linda J. Johnson</u>

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586