John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

  vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

**AFFIDAVIT OF LINDA J. JOHNSON**

STATE OF ALASKA      )
                ) ss.
THIRD JUDICIAL DISTRICT  )

      Linda J. Johnson, being duly sworn upon oath, deposes and states as

follows:

Affidavit of Linda J. Johnson
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1.     I am an attorney licensed to practice law in the State of Alaska.  I am an attorney at Clapp, Peterson, Van Flein, Tiemessen & Thorsness.  I make this affidavit based upon personal knowledge.

2.     Lawrence Grove was originally deposed on November 12, 2004.  The deposition lasted 2 hours and 39 minutes.

3.     Mr. Grove was deposed pursuant to a court order on December 15, 2005, but the subject matter was restricted to questions about Mr. Grove's surreptitious re-entry into Unocal and his possession of articles that he removed during that re-entry.  The second deposition lasted 2 hours 24 minutes.

4.     Prior to his 2004 deposition, Mr. Grove saw three doctors:  Dr. Laufer, his general practice physician; Dr. Nolan, his first orthopedic surgeon; and Dr. Geitz, his second orthopedic surgeon, who operated on his ankle on May 20, 2003.  After the deposition, Mr. Grove has seen a third surgeon, Dr. Eugene Chang, who performed another surgery on Mr. Grove on March 8, 2005.

5.     Attached to this motion are true and correct copies of the following documents:

A.     Minutes of the hearing held telephonically on July 6, 2005, and Joint Report of the Parties dated July 11, 2005;

B.     Second Rehabilitation Employment Plan;

C.     Retirement with Plumbers & Pipefitters Union;

D.     Response to Third Discovery Requests to Plaintiff Lawrence Grove (excerpts);

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

E.      Response to Sixth Discovery Requests to Plaintiff Lawrence Grove (passport);

F.      Excerpts of November 12, 2004 Deposition of Lawrence Grove;

G.      Copies of Africa hunting photos (LG Africa 051 – 0519); and

H.      Copies of letters to and from Michael Cohn, Esq. regarding re-deposing Plaintiff, Lawrence Grove.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

7-26-06
_____
Dated:

By _____
Linda J. Johnson

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, this 26 day of July, 2006, at Anchorage, Alaska.



_____
Notary Public in and for Alaska
My Commission Expires: 9/4/2010

<u>Certificate of Service</u>

I hereby certify that on July 26, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

Affidavit of Linda J. Johnson
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586