# 3823

DEC 19 2005
North Rim Voc-Rehab Services, Inc.

Dec.12, 2005

Reemployment Benefits Administrator
Alaska Department of Labor
Division of Workers Compensation
PO Box 107019
Anchorage, AK 99510-7019

**Claimant:** Lawrence H. Grove
**Insured:** Siemen's Building Technologies, Inc.
**Insurer:** St. Paul Travelers Insurance Co.
**Injury Date:** 09/09/2002
**AWCB No.:** 200216542

## ALTERNATE REEMPLOYMENT PLAN
### Small Business Management

### INTRODUCTION

The original Reemployment Plan was submitted, however, after surgery and physical therapy, the doctor changed his opinion and disapproved the plan as not being within Mr. Grove's physical capacities. After a Worker Comp Hearing on Oct. 3, 2005, this counselor and Mr. Grove were requested to submit an alternative plan.

This Reemployment Plan is now being submitted as the alternative plan for Mr. Grove.

### REMUNERATIVE EMPLOYMENT

Remunerative employability is defined in AS23.30.041(P)(7) as "having skills that allow a worker to be compensated with wages or other earnings equivalent to at least 60% of the worker's gross hourly wages at the time of injury. . ." Regulation 8AAC45.490 applies when determining hourly wage. In this case, Mr. Grove's hourly wage at the time of injury was approximately $43.65 per hour, which creates a minimum threshold wage of approximately $26.19 per hour when applying the 60% standard. While our objective in formulating a Reemployment Plan is to return an injured worker as nearly as possible to their preinjury hourly wage but not less than 60% of that wage, it occasionally is not possible to do so. This plan is being formulated to give Mr. Grove the tools to work in an alternative field more suitable to his physical capacities and possibly to start his own business.

### OCCUPATIONAL GOAL - 23.30.041 (h)(i)

The vocational goal of this plan is represented by the following DOT number and job title. Management Trainee/Small Business Management, DOT Code: 189.167-018, Physical Demands = Light, GED 534, SVP=6.

Exhibit B
Page 1 of 12

PO Box 190993 – Anchorage, Alaska – 99519
Phone: (907) 522-4884 – Fax: (907) 522-3703 – Email: mundorf@email.com

200014

Lawrence Grove
Management Trainee/Small
Business Management
AWCB # 200216542
Page 2

## MEDICAL PHYSICAL FACTORS

Mr. Grove was injured 09/09/02 when the center support of a scaffolding broke. Mr. Grove fell onto concrete from about eight feet. There was a great deal of ecchymosis, swelling, and bruising from mid-leg to the toes. Also, there was exquisite tenderness about the ankle joint, mid-foot, and distal leg. A CT scan revealed a small osteochondral fracture of the lateral part of the talus, right at the articular surface. Subsequently, arthroscopic surgery was performed on the right ankle to examine the talus and the superolateral lesion. The superlateral lesion was unstable a fragment will be removed and some debridement carried out of the crater.

Mr. Grove was prescribed a brace and walking boot to provide support to the ankle, which he continues to wear. At this point he is able to do modified work with his orthotic and supportive boot. Dr. Geitz recommends that he should avoid ladders, jumping down any height or step, squatting and crouching and ideally should be on carpeted surfaces or have the opportunity to rest the ankle intermittently. None of these restrictions are consistent with Mr. Grove's previous employment.

A Job Description having to do with the Vocational Goal of this plan has been given to Dr. Eugene Chung for his review and approval. A copy of this job description will accompany this plan. (See Job Description enclosed.)

## LABOR MARKET

According to 23.30.041 (p)(3), Labor Market means a, "geographical area that offers employment opportunities in the following priority; (A) Area of residence, (B) Area of last employment, (C) State, (D) Other states."

Labor Market research of the local area, (Anchorage); included review of labor department statistics as published by the Alaska Department of Labor, review of the job market in the *Anchorage Daily News*, and a job search of the internet, state of Alaska. Occasional job openings were noted; employment and wages depend on experience and training. However, beginning wages do not meet remunerative wages and Mr. Groves recognizes this is a stepping stone for a more suitable position or to start his own business in the future.

According to the Alaska Career Information System, the field of Business Administration/Small Business Management are among the Alaskan occupations, which provide employment that is somewhat slower than average, however, it is projected that employment will gain by 3.5% through 2012. About 1,600 are employed statewide, most are employed in the business sector. According to a recent Alaska Dept. of Labor wage survey, the statewide average is $15.91 per hour. Most employers provide medical, sick leave, vacation, and retirement benefits.

Based on the Labor Market research completed as regards this plan, indications are that jobs in the field of Business Administration/Small Business Management do exist in the Greater Anchorage Labor Market.

A review of the Internet and *The Anchorage Daily News* listed several local positions available. Specifically noted are the following.

Exhibit B
Page 2 of 12

Lawrence Grove
Management Trainee/Small
Business Management
AWCB # 200216542
Page 3

| Company | Date | Source | Wages |
|---|---|---|---|
| 1. A non-profit organization Anchorage, AK | NOW | *Anchorage Daily News* | DOE/Not given + Benefits |
| 2. The Arc Of Anchorage | NOW | *Anchorage Daily News* | Not given + Benefits |
| 3. An Anchorage Co. Anchorage, AK | NOW | AK Job Bank | DOE + Benefits (Approx. $15 per hr) |
| 4. University of AK Anchorage, AK | NOW | AK Job Bank | DOE + Benefits ($13.78-$15.51 per hr) |
| 5. Salvation Army | NOW | AK Job Bank | $12.00 per hr. |

## INVENTORY OF TECHNICAL SKILLS, PHYSICAL AND INTELLECTUAL CAPABILITIES, ACADEMIC ACHIEVEMENT, EMOTIONAL CONDITION, AND FAMILY SUPPORT - 23.30.04(h)(2)

Mr. Grove graduated from Wyoming Valley West High School, Kingston, Pennsylvania in 1972. Mr. Grove received one year's training in Welding at Wilkesbury, Pennsylvania in 1973.

Other training included: 1985-Johnson Control Institute, pneumatic controls, design and applications; 1986-Flame Safety training with Honeywell; 1988- refrigeration training with Dunham/Bush; 1990- Computers AC Training, Liberty Corp; 1992-two months training at UAA in terms of power boilers; 2000-Advanced Chiller Operations, McQuay International; and in 2000-Chiller Tear-Down and Maintenance and asbestos training, Johnson Controls Institute.

Objective testing included the General Aptitude Test Battery (GATB), the COPS Interest Inventory, and the Test of Adult Basic Education (TABE).

**The General Aptitude Test Battery (GATB)**

Mr. Grove took the GATB on Apr. 1, 2004. The individual scores for the GATB were as follows:

**GATB SCORES**

| | G | V | N | S | P | Q | K | F | M |
|---|---|---|---|---|---|---|---|---|---|
| Raw Score | 100 | 105 | 90 | 112 | 90 | 112 | 86 | 95 | 102 |
| + SEM | 106 | 111 | 96 | 120 | 99 | 121 | 93 | 107 | 113 |
| Percentile | 50 | 60 | 31 | 72 | 31 | 72 | 25 | 40 | 54 |

Higher scores on the Job Family included Job Family I, Job Family III, and Job Family IV. These are professional and supervisory jobs, and skilled and clerical trades. .

The various scores on the sub tests and the Job Family scores directly support the goal of Mr. Grove's reemployment plan.

Lawrence Grove
Management Trainee/Small
Business Management
AWCB # 200216542
Page 4

### Test of Adult Basic Education (TABE)

The TABE Test, Level M, Form 7-8 was administered Jan. 28, 2004, the results are as follows.

| Number | Test | Percentile | Stanine | |
|---|---|---|---|---|
| Test I | Reading | 91st | 9th | |
| Test II | Applied Math | 88th | 7th | |
| | Total Math | 74th | 6th | |
| Test III | Language | 94th | 8th | |
| Test IV | Spelling | 80th | 7th | |
| | Total Battery | 91st | 8th | GE= 11.1 |

All scores on the TABE were significantly above average. These scores on the TABE directly support the academic goals of Mr. Grove's reemployment plan.

### COPS INTEREST INVENTORY

Higher scores on the COPS Interest Inventory, those above the 65th percentile, include Science Professional, Science Skilled, and Technology Professional. These interest scores directly elate to and support Mr. Grove's intended reemployment plan.

### TRANSFERABLE SKILLS

Section .041 (h)(2). Transferable Skills:

An unadjusted vocational profile (UVP) was developed for Mr. Grove based on his work history, educational background and previous training. It is evident that Mr. Grove must change from heavy/medium to a sedentary/light type of work.

In adjusting Mr. Grove profile's and factoring in work experience and previous training, and given the training and certification at Wayland Baptist University that he will receive, it appears he will have the transferable skills and abilities necessary to meet the requirements of this job.

It appears Mr. Grove is a good match for this plan.

### CONTINUOUS PARTICIPATION

Section .041 (h) Continuous Participation:
This plan will require **continuous participation** by the employee. There will be no voids in the training program.

### RETURN TO WORK OPTIONS

The statute stipulates that reemployment benefits be selected from the following list in a manner that insures remunerative employability in the shortest possible time. These options are addressed as follows:

Exhibit B
Page 4 of 12

Lawrence Grove
Management Trainee/Small
Business Management
AWCB # 200216542
Page 5

(1) On-The-Job Training
(2) Vocational Training
(3) Academic Training
(4) Self-Employment
(5) Combination of On-The-Job Training and Self-Employment

1. <u>On-The-Job-Training</u>: During the course of plan development and vocational exploration the possibilities for On-the-Job-Training were investigated. However, On-the-Job-Training was not able to be seen as a viable option in that employers and the state require certification and some academic training in the field of business.

2. <u>Vocational Training</u>: a vocational training facility is not available to provide the necessary certification in the field of Business Management.

3. <u>Academic Training</u>: Since an academic program is available at Wayland Baptist University, which provides the necessary certification for employment in the Business Administration/Small Business Management, the Associate Degree program involving approximately 20 months was selected. This training program was seen as the shortest and most feasible way to return Mr. Grove to a <u>near</u> level of remunerative employment.

**PLANNED SERVICES - 23.30.041(h)(3),(4),(5),(6),(8)**

This plan will constitute a 20 month academic program at Wayland Baptist University, 5530 E. Northern Lights Blvd., Suite 24, Anchorage, AK 99504, phone # (907) 333-2277.

Mr. Grove's academic training program at Wayland Baptist University will consist of seven terms, there will be continuous study beginning February 27, 2006, 4 nights a week. The end date for his training program will be October of 2007. At that time Mr. Grove will receive an Associate of Applied Science Degree in Business Administration.

*__Please note:__ Tuition Rates, books, and Student Fees may increase without notice, it is understood that these items are not under our control and will be accommodated for in this plan. The Wayland Baptist University may alter its schedule of classes during a particular semester; therefore, the class schedule may be subject to change. The class schedule is as follows:

**SPRING TERM**
**FEBRUARY 27-MAY 2006**

| EVENT | CLASS HOURS | COST TUITION | COST FEES | APPROX. COST BOOKS |
|---|---|---|---|---|
| ENGL 1301 Comp 1 | 3 SH | $ 465.00 | -------- | $100.00 |
| MATH 1300 Interm Algebra | 3 SH | $ 465.00 | -------- | $100.00 |
| PHED 2304 Safety & First Aid | 3 SH | $ 465.00 | $45.00 | $ 75.00 |
| **Total** | **9 SH** | **$1,395.00** | **$45.00** | **$275.00** |

Exhibit B
Page 5 of 12

Lawrence Grove
Management Trainee/Small
Business Management
AWCB # 200216542
Page 6

## SUMMER TERM
## MAY 24-AUGUST 12, 2006

| EVENT | CLASS HOURS | COST TUITION | COST FEES | APPROX. COST BOOKS |
|---|---|---|---|---|
| ENGL 1302 Comp 2 | 3 SH | $ 465.00 | ------- | $100.00 |
| COSC 1300 Comp Competence | 3 SH | $ 465.00 | $50.00 | $100.00 |
| MATH 1304 College | 3SH | $ 465.00 | ------- | $100.00 |
| **Total** | **9 SH** | **$1,680.00** | **$50.00** | **$300.00** |

## FALL TERM
## AUGUST -OCTOBER 2006

| | | | | |
|---|---|---|---|---|
| RLGN 1301 OT Hist | 3 SH | $ 465.00 | ------- | $ 50.00 |
| SPCH 1301 Speech Communication | 3 SH | $ 465.00 | ------- | $100.00 |
| ACCT 2305 Principles Of Accounting I | 3SH | $ 465.00 | ------- | $100.00 |
| **Total** | **9 SH** | **$1,395.00** | ------- | **$250.00** |

## WINTER TERM
## NOVEMBER 2006-FEBRUARY 2007

| | | | | |
|---|---|---|---|---|
| HIST 2301 US Hist I | 3SH | $ 465.00 | ------- | $100.00 |
| BIOL 1301 Gen Bio 1 | 3 SH | $ 465.00 | ------- | $100.00 |
| ACCT 2306 Principles Of Accounting II. | 3 SH | $ 465.00 | ------- | $100.00 |
| **Total** | **9 SH** | **$1,395.00** | ------- | **$300.00** |

## SPRING TERM
## FEBRUARY-MAY 2007

| | | | | |
|---|---|---|---|---|
| FINA 3309 Financial Management | 3 SH | $ 465.00 | ------- | $100.00 |
| MGMT 3304 Principles Of Management | 3 SH | $ 465.00 | ------- | $100.00 |
| POLS 2301 Federal & State Government | 3 SH | $ 465.00 | ------- | $100.00 |
| **Total** | **9 SH** | **$1,395.00** | ------- | **$300.00** |

## SUMMER TERM
## MAY AUGUST 2007

| | | | | |
|---|---|---|---|---|
| ECON Survey of Econ | 3 SH | $ 465.00 | ------- | $100.00 |
| MKTG 3312 Principles Of Marketing | 3 SH | $ 465.00 | ------- | $100.00 |
| MGMT 3324 Human | 3SH | $ 465.00 | ------- | $100.00 |
| **Total** | **9 SH** | **$1,395.00** | ------- | **$300.00** |

PO Box 190993 – Anchorage, Alaska – 99519
Phone: (907) 522-4884 – Fax: (907) 522-3703 – Email: mundorf@email.com

Exhibit B
Page 6 of 12

200019

Lawrence Grove
Management Trainee/Small
Business Management
AWCB # 200216542
Page 7

## FALL TERM
## AUGUST - OCTOBER 2006

| EVENT | CLASS HOURS | COST TUITION | COST FEES | APPROX. COST BOOKS |
|---|---|---|---|---|
| MGMT 3310 Managerial Communications | 3 SH | $ 465.00 | ------- | $100.00 |
| MGMT 3339 Theory & Practice of | 3 SH | $ 465.00 | ------- | $100.00 |
| ACCT 2305 Principles Of Accounting Supervision | 3 SH | $ 465.00 | ------- | $100.00 |
| MGMT 4313 Structure & Process of Organizations | 3 SH | $ 465.00 | ------- | $100.00 |
| **Total** | 9 SH | $1,395.00 | ------- | $300.00 |
| | | | | |
| **Grand Total** | 63 SH | $9,765.00 | $95.00 | $2,025.00 |

Application Fee ($35.00) and Graduation Fee ($75.00)

### TOTAL FOR PROGRAM AT WAYLAND BAPTIST UNIVERSITY.....$11,995.00

### REHABILITATION PROVIDER FEES

In addition to the costs outlined above, Rehabilitation Provider fees to follow-up and monitor the Plan will be paid at the rate of $100.00 per professional hour. Follow-up generally involves 30 to 60 day Status Reports and intervention in any matters that might affect the successful progress of the plan. Hours can be estimated at one to three professional hours per month. If unforeseen problems do not occur that would require intervention by the Rehabilitation Specialist, the minimum number of hours should apply.

### LENGTH OF PLAN:

The Training Plan proposed here involves 20 months of academic training at Wayland Baptist University, 5530 E. Northern Lights Blvd., Suite 24, Anchorage, AK 99504, phone # (907) 333-2277. This training will begin in February of 2006 and is to end in October of 2007. By agreeing to this Plan, Mr. Grove agrees to accept that the end of this training plan constitutes the end of the training to which he is entitled under AS23.30.041.

At the conclusion of this training program there will be no provision for job placement. It is expected that Mr. Grove will be diligent during his Training Program and will begin his job search prior to the completion of this program.

Lawrence Grove
Management Trainee/Small
Business Management
AWCB # 200216542
Page 8

## ESTIMATED TIME OF DISABILITY

Mr. Grove has been determined to have a permanent partial impairment of the right ankle. At this point, Dr. Michael J. Geitz indicates he is able to do modified work only, with his orthotic and his supportive work boots. He still has symptoms at the right ankle, despite surgery and a very compliant rehabilitation course. It is recommended that he needs to avoid: ladders, jumping down from any height or step, squatting and crouching. None of these restrictions are consistent with his pre-injury employment as a pipefitter.

A job description for the Vocational Goal of this plan, i.e., Management Trainee/Small Business Management has been given to Mr. Grove's attending physician, Dr. Eugene Chang for his review. (See enclosed job description.)

## RESPONSIBILITIES

1. **Rehabilitation Provider:** The Rehabilitation Provider will be responsible for monitoring the training program and providing thirty/sixty day Status Reports. He will also intercede in any matters effecting the successful completion of this Plan. He will be responsible to communicate equally with the employer and employee so as to maximize potential for this Plan to succeed.

2. **Employer/Insurer:** The Insurer will continue TTD/PPI payments as long as the employee is eligible for these benefits and will initiate stipend payments according to AS23.30.041 (k) if necessary. After approval, the insurer will support the Reemployment Plan as prepared by supporting the expenses described herein.

3. **Employee/Claimant:** By agreeing to this Plan, the Employee accepts responsibility to make a full commitment toward accomplishing the stated objectives. The employee will report progress to the Rehabilitation Provider as requested and will make every effort to progress through the training as expeditiously as possible. Full cooperation and participation as defined by statue means unreasonable failure to:

    1. Keep appointments
    2. Maintain passing grades
    3. Attend designated programs.
    4. Maintain contact with Rehabilitation Specialist.
    5. Cooperate with the Rehabilitation Specialist in developing a Reemployment Plan and participating in activities related to re-employability on a full-time basis.
    6. Comply with employee's responsibilities outlined in the Reemployment Plan.
    7. Participate in any Reemployment Plan activities as prescribed by the Administrator. Failure to adhere to any of these conditions may be construed as failure to cooperate and may result in a termination of reemployment benefits.

Exhibit B
Page 8 of 12

PO Box 190993 – Anchorage, Alaska – 99519
Phone: (907) 522-4884 – Fax: (907) 522-3703 – Email: mundorf@email.com

200021

Lawrence Grove
Management Trainee/Small
Business Management
AWCB # 200216542
Page 9

### CONDITIONS

Although the Rehabilitation Provider accepts responsibility for the contents of this report, ultimately the success of any Reemployment Plan is contingent upon many factors, i.e., the effort put forth by the trainee, ability of the training institution to provide the training, unforeseen medical complications, changes in labor market conditions, etc. The Rehabilitation Provider has made a good faith effort to construct a reasonable Plan given the parameters of 041 but does not accept sole responsibility for the ultimate success of the Plan.

In signing this Reemployment Plan, Mr. Grove understands that the completion of this training program at Wayland Baptist University, Anchorage, Anchorage, Alaska will constitute the one Plan he is entitled to under AS23.30.041, and the end of this Plan in October 2007 will be the end of his Reemployment Plan. Mr. Grove will be responsible for his job placement after that date.

Exhibit B
PO Box 190993 – Anchorage, Alaska – 99519    Page 9 of 12
Phone: (907) 522-4884 – Fax: (907) 522-3703 – Email: mundorf@email.com

200022

Lawrence Grove
Management Trainee/Small
Business Management
AWCB # 200216542
Page 10

## SIGNATURES

The undersigned parties agree with the provisions of the Reemployment Plan. By signing below, the parties agree that this plan represents the Reemployment Plan to which the employee is entitled under the provisions of AS23.30.041. The Plan may be modified through agreement by all parties or by direction of the RBA. If either or both parties fail to agree, the plan may be submitted to the RBA for a ruling.

_____        _____
SIGNATURE                              DATE

Employee:
Lawrence H. Grove
PO Box 222253
Anchorage, AK 99522

_____        _____
SIGNATURE                              DATE

Employer/Insurer:
Mary Susan Lee
St. Paul Traveler's Ins. Co.
1120 E. Huffman, Suite 23
Anchorage, AK 99515

_/s/ Leonard E. Mundorf_____        _____
SIGNATURE                              DATE

Leonard E. Mundorf, MSEd, CAS, CRC
North Rim Vocational Rehabilitation Services
PO Box 190993
Anchorage, AK 99519

Exhibit B
Page 10 of 12



## JOB DESCRIPTION

**Claimant:** Lawrence H. Grove  **Insured:** Siemen's Building Technologies, Inc. c.
**Injury Date:** 09/09/2002  **Insurer::** St. Paul Travelers Ins. Co.
**AWCB No.:** 200216542

**Title:** Management Trainee/Small Business Management  **DOT Code:** 189.167-018

**Industry:** Any Industry

Performs assigned duties, under direction of experienced personnel, to gain knowledge and experience required for promotion to management positions:

**Tasks**

1. Receives training and performs duties in several departments, such as credit, customer relations, accounting, or sales, to become familiar with line and staff functions, operations, management viewpoints, and company policies and practices that affect each phase of business.

2. Observes experienced workers to acquire knowledge of methods, procedures, and standards required for performance of departmental duties.

3. Workers are usually trained in functions and operations of related departments to facilitate subsequent transferability between departments and to provide greater promotional opportunities.

**May Also Include:**

1. May be required to attend company-sponsored training classes.

| Specific Vocational Preparation: | Level 6 | (1 to 2 years) |
|---|---|---|
| General Educational Development: | Reasoning | 5 (Grades 13-14) |
| | Mathematics | 3 (Grades 7-8) |
| | Language | 4 (Grades 9-12) |

PO Box 190993 – Anchorage, Alaska – 99519
Phone: (907) 522-4884 – Fax: (907) 522-3703 – Email: northrim@email.com   Exhibit B
Page 11 of 12

200024

Lawrence H. Grove
AWCB # 200216542
Management Trainee/
Small Business Management
Page 3

## PHYSICIAN RESPONSE SECTION

Do you approve the occupational goal represented by this job description as being within Lawrence H. Grove's physical capacities?

YES _____ NO _____

Comments: _____

_____

_____

_____

_____

_____

_____

_____ Signature _____ Date