**PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND**

103 Oronoco Street, Alexandria, Virginia 22314-2047 · (703) 739-9020 · Fax (703) 739-9017

http://www.ppnpf.org

ADMINISTRATOR: WILLIAM T. SWEENEY, JR.

November 4, 2005

Participant Information:
Social Security #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
Local Union #367

Lawrence Grove
PO Box 222253
Anchorage, AK 99522-2253

Dear Mr. Grove:

Thank you for submitting your retirement documents that were received in the Fund Office on October 28, 2005.

An Effective Date of Benefits is established as the first day of the month following the month which a completed application for benefits form is received in the Fund Office, the first day of the month following the month which you cease work, or the first day of the month which you request to defer payment of your benefits, whichever is later. Since your application form indicates that you wish to defer payment of your benefit until December 1, 2005, your Effective Date of Benefits for your Disability Pension has been established as December 1, 2005.

Since you have rejected the 50% Husband and Wife Pension, and elected to receive your benefit in the form of the Single Life Pension with 5-Years Certain Payments/Partial Lump Sum Payment, your monthly benefit amount will be $208.00, and your lump sum amount will be $2,361.00. Your monthly benefit is payable for your lifetime. If you should die prior to receiving 60 monthly payments, your beneficiary will receive any remaining benefits until a total of 60 monthly payments in all have been paid to you and your beneficiary. Therefore, the only Survivor Benefit now payable on your behalf will expire with the November 2010 payment. Our records indicate that Cynthia Grove, and Michael Grove are your designated beneficiaries.

Since you and your spouse, Cynthia Grove, have rejected the 50% Husband and Wife Pension, you may not change your beneficiary designation unless your spouse consents. Therefore, should you decide to change your beneficiary designation, you must contact the Fund Office to obtain the appropriate forms.

Based on your election to have the Partial Lump Sum Payment made directly to you, rather than as a direct rollover to an IRA or Retirement Plan, we will be withholding 20% of the lump sum portion of your benefit for federal income tax.

In addition, you are entitled to an auxiliary payment of $7,488.00, representing your monthly Disability Pension of $208.00 times the number of months between the date you became disabled and your Effective Date of Benefits (October 2002 through November 2005) excluding two months.

Exhibit LG00621 C
Page 1 of 6

TRUSTEES: WILLIAM P. HITE, PATRICK R. PERNO, STEPHEN F. KELLY, SMITTY G. BELCHER, ROBERT J. DURR, SR., MICHAEL W. GOSSMAN

Lawrence Grove
Re: Soc. Sec. #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
November 4, 2005
Page 2

Based on your election to have the auxiliary payment made directly to you, rather than as a direct rollover to an IRA or Retirement Plan, we will be withholding 20% in federal income tax from your auxiliary payment.

Since you did not indicate your marital status on the federal tax withholding Form W-4P that you sent to the Fund Office, we will not be withholding federal income tax from your monthly benefit.

Even if federal income tax is not being withheld, you are liable for the payment of federal income tax on the taxable portion of your pension. You may want to consult a tax advisor to determine the impact of the tax law on your total income tax liability, which will include capital gains, dividends, and interest income, etc., in addition to pension income. If you wish to change your withholding status, please complete the enclosed federal tax withholding Form W-4P and return it to the Fund Office as soon as possible.

Your first benefit check in the gross amount of $10,057.00 (less federal taxes or withholdings, if applicable), representing your monthly benefit of $208.00 for December 2005 plus your auxiliary payment of $7,488.00, and your partial lump sum payment of $2,361.00 will be mailed to First National Bank-Alaska, Anchorage, AK for deposit into your bank account on or about December 1, 2005. All future monthly checks will be deposited on or about the first business day of each month. Enclosed for your reference is a copy of the Pension Benefit Payment Guide (#96).

The Social Security Administration may schedule a review of your eligibility at some time in the future. The Fund may contact you periodically to request verification of your continued entitlement to Disability Benefits. Failure to submit proof of your continued entitlement to Disability Benefits may result in a termination of benefits from this Fund, until the required documentation is received.

Eligibility for disability benefits with the Social Security Administration is a requirement for a Disability Pension from the National Pension Fund. We wish to remind you that as a recipient of a Disability Pension from the National Pension Fund, if you should lose your eligibility for a Disability Benefit through the Social Security Administration, or if for other reasons you decide to return to work, you are required to notify the Fund Office within 21 days. If such notice is not given, a six-month penalty will be applied prior to the commencement of future benefits in accordance with Section 4.17 of the Plan rules.

Please keep this letter for reference when preparing your next tax return. The entire amount of this check will be included on your 2005 1099-R and should be reported as income in the year you received it, regardless of when the benefits were due.

It is important that you inform the Fund Office of any change in your mailing address, even if your pension benefit is directly deposited into your bank account. The Fund Office must forward federal tax information to benefit recipients in January of each year. There are other occasions when the Fund Office is required to inform you of important information about your benefit. Failure to keep the Fund Office advised of your current address may

LG00622

Exhibit C
Page 2 of 6

Lawrence Grove
Re: Soc. Sec. #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
November 4, 2005
Page 3

result in the suspension of your monthly pension benefit until documentation of your current address is obtained.

If you have any questions, please contact the Fund Office at 1-800-638-7442.

Sincerely,

*[signature]*

William T. Sweeney, Jr.
Administrator for the Trustees

PRCD/jt

Enclosures:   Pension Benefit Payment Guide (#96)
              Form W-4P – Tax Withholding (#16)

LG00623
Exhibit C
Page 3 of 6

# Alaska Plumbing and Pipefitting Industry Pension Trust Fund

3380 C Street, Suite 107 • P. O. Box 93870 • Anchorage, Alaska 99509
Phone (800) 325-6532 or (907) 561-5119 • Fax (907) 561-4802

Administered by
Welfare and Pension Administration Service, Inc.

November 28, 2005

LG00631

Lawrence Grove
PO Box 222253
Anchorage AK 99522

F24-00949

As Trust Administrators we are pleased to inform you that your application for Early Retirement has been approved effective December 1, 2005. Enclosed is your first check in the gross amount of **$2,971.24**, less any authorized deductions, which represents your benefits for December 2005.

Future monthly benefit payments in the net amount of **$2,840.14** will be sent to your account directly and should be available to you the first working day of each month. We are withholding **$131.10** Federal Taxes per your instructions of "Married with 04".

If at anytime you wish to change the amount withheld for Federal Income Taxes, your mailing address or banking instructions, please contact our office so we can forward you the proper form(s) for completion. Any changes to your record must be authorized in writing by you and can take up to 30 days to take effect.

As you are aware, this Trust strictly limits your employment as a retiree in pay status. The full text of the rules of employment after retirement, as taken from the pension Plan Document, is as follows:

    **SECTION 7.06    RE-EMPLOYMENT AFTER RETIREMENT**

    In order to be considered retired, a Participant shall withdraw and completely refrain from any Post-Retirement Service. If a Participant shall retire and shall subsequently perform 40 or more hours of Post-Retirement Service in a calendar month, he shall not be entitled to a Retirement Income payment for that month and such Retirement Income shall be forfeited. If the Plan has not for any purpose determined or used the actual number of hours of Post-Retirement Service, he shall not be entitled to a Retirement Income payment for any calendar month in which he performed any Post-Retirement Service on each of eight or more days or eight or more separate work shifts.

    The term "Post-Retirement Service," for purposes of this Section 7.06 and Section 7.10, shall mean all employment:

    (a)    Within the geographic area covered by the Plan (all of the state of Alaska);

    (b)    In a job classification similar to those set forth in the Collective Bargaining Agreement or a Special Agreement, whether or not such employment is under the terms of a Collective Bargaining Agreement, or in a supervisory capacity over such job classification; and

    (c)    In the industry in which the Employers participate (any business activity of the type engaged in by the Employers maintaining the Plan).

Exhibit C
Page 4 of 6

For purposes of this Section 7.06 and Section 7.10, and for Participants under age 62, the geographic area covered by the Plan shall also include the geographic area covered by any other plan which is transferring contributions to this Plan on behalf of the Participant pursuant to a reciprocal agreement.

An hour of Post-Retirement Service shall be determined in accordance with Department of Labor Regulation § 2530.200b-2.

The Administrator shall notify each affected Participant of the reasons why benefit payments are being suspended pursuant to this Section 7.06. Notification shall be by personal delivery or first-class mail during the first calendar month that such payments are suspended. In addition to containing the reasons for suspension, the notification shall contain a general description of the Plan provisions relating to the suspension of payments, a copy of such provisions, and a statement to the effect that applicable Department of Labor regulations may be found in 29 C.F.R. § 2530.203-3. The suspension notification shall also inform the Employee of the procedure for affording review of the suspension of benefits. Furthermore, the notification shall describe the procedure for the Participant's filing of a benefit resumption notice, and include the forms (if any) which must be filed. If the Plan intends to offset any suspendible amounts actually paid during periods of employment in Post-Retirement Service, the notification shall identify specifically the periods of employment, the suspendible amounts that are subject to offset, and the manner in which the Plan intends to offset such suspendible amounts.

A Participant who engages in any Post-Retirement employment shall notify the Administrator during the first calendar month that such employment commences.

In the event Retirement Income payments are suspended because a Participant performs Post-Retirement Service in a calendar month, or in a four- or five-week pay period ending in a calendar month, suspended Retirement Income payments shall resume no later than the first day of the third calendar month immediately following the calendar month in which the Participant ceases Post-Retirement Service. The first payment shall include Retirement Income payments for those months in which the Participant completed less than 40 hours of Post-Retirement Service, or eight days or eight shifts of Post-Retirement Service, as appropriate, provided, however, that payments may be reduced or forfeited as described in the next paragraph.

A Participant who engages in Post-Retirement Service shall notify the Administrator upon return to retirement with the first calendar month following the cessation of Post-Retirement Service. In the event it is determined that a Participant received Retirement Income payments during any month in which such Participant performed the amount of Post-Retirement Service described in the first paragraph of this Section 7.06, the Participant shall forfeit all payments otherwise due during the first three months following his cessation of Post-Retirement Income Service, until the full amount of such Retirement Income payments has been recovered. If the full amount has not been recovered from the first three payments otherwise due, subsequent Retirement Income payments shall be reduced by an amount not to exceed 25 percent of the amount otherwise payable until the earliest of the following:

(a) The Participant's death (or his Contingent Annuitant's death pursuant to an election made in accordance with Section 7.08);

(b) The Participant's Retirement Income payments are again suspended for performance of Post-Retirement Service in a calendar month; or

(c) The Fund recovers 100 percent of the total of all Retirement Income paid in all months in which the Participant completed the amount of Post-Retirement Service described in the first paragraph of this Section 7.06.

LG00632

Exhibit C
Page 5 of 6

In no event shall the provisions of this Plan allow a Participant to revoke or change any election of Form of Payment made pursuant to Section 7.07 of this Plan, with regard to such Participant's original Retirement Date. No Participant shall again have the right to elect a Form of Payment of Retirement Income, upon subsequent retirement, following re-employment after Retirement Income payments commence.

In the event a Participant returns to Covered Hours of Employment following retirement on an Early, Normal, Late or Disability Retirement Date additional Credited Future Service shall be earned provided:

(a) The Participant earns at least 250 Covered Hours of Employment during a Plan Year;

(b) The additional amount of monthly accrued Benefit earned as a result of returning to Covered Hours of Employment shall be recalculated only once a year following the end of the Plan Year in which an additional amount of monthly Accrued Benefit was earned;

(c) The benefit formula in effect at the time the additional amount of monthly Accrued Benefits was earned shall apply only to such additional amount; and

(d) In the event the Participant has a spouse, the spouse option factors shall be those in effect at the time the additional amount of monthly Accrued Benefits is recalculated.

In the event a Participant's Retirement Income is suspended for reciprocal service under another plan, the Retirement Income payable to the Participant when benefits recommence shall be recalculated, if necessary (but in no event reduced), so as to remain at least the actuarial equivalent of his Normal Retirement Income, reduced by the sum of all retirement benefits paid prior to the suspension.

The provisions of this Section shall not apply to any Participant who has reached the age of 70½.

**YOU ARE REQUIRED TO NOTIFY THIS OFFICE PROMPTLY IF YOU SHOULD RETURN TO COVERED EMPLOYMENT.**

If you should have any questions regarding your retirement please feel free to contact our office at the address and/or telephone numbers located on page one of this letter, my extension is 226.

Sincerely,
LABOR TRUST SERVICES, INC., Administrators

*Mary Ann Shepard*

Mary Ann Shepard
Trust Representative

MAS:lb

Enclosure

cc: Local 367

CERTIFIED MAIL #7005 0390 0000 6110 7414, RESTRICTED DELIVERY, RETURN RECEIPT REQUESTED

LG00633

Exhibit C
Page 6 of 6