John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>            Plaintiffs,<br><br>   vs.<br><br>UNOCAL CORPORATION,<br><br>            Defendant. | Case No. 3:04-cv-0096-TMB |

### ERRATA RE:  AFFIDAVIT OF LINDA J. JOHNSON AND ADDITIONAL EXHIBITS

COMES NOW Defendant Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, and submits this errata to the Affidavit of Linda J. Johnson, filed with this Court on the 26th day of July, 2006.  The additional exhibits D through H were not able to be filed, as submitted at 99, and need to be added at this time.  The balance of exhibits to that Affidavit

Errata Re:  Affidavit of Linda J. Johnson and Additional Exhibits
Grove v UNOCAL, 3:04-CV-0096-TMB
Page 1 of 2

are submitted herewith for addition thereto.

DATED at Anchorage, Alaska, this 26th day of July, 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Phone: (907) 272-9631
Fax: (907) 272-9586
Direct email: ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service

I hereby certify that on July 27, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson