Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>           Plaintiffs,<br><br>     v.<br><br>UNOCAL CORPORATION,<br><br>           Defendant. | Case No. A04-0096 CV (JKS) |

**RESPONSE TO THIRD DISCOVERY REQUESTS
TO PLAINTIFF LAWRENCE GROVE**

COMES NOW Plaintiff Lawrence Grove, by and through counsel Phillip Paul Weidner & Associates, and responds to *Third Discovery Requests to Plaintiff Lawrence Grove*, propounded by defendant UNOCAL Corporation, as follows:

**INTERROGATORIES**

**INTERROGATORY NO. 1:**  Please state in detail each trip you have taken since September 2002 during which you shot or shot at, or intended to shoot at an animal or bird or

Response to Third Discovery Requests to Plaintiff Lawrence Grove        Page 1

catch a fish, including (a) the date, (b) any companion, (c) the location of the trip, (d) the animal, fish or bird that was the target, whether or not you were successful, (e) any license or special permits you may have obtained, (f) what gun you used and who owns the gun, (g) what transportation you used on the trip (boat, 4-wheeler, plane), and (h) the itemized cost of the trip and who contributed to the costs.

**RESPONSE**: See attached. I cannot remember all details. Attached is the best of my recollection at this time.

**INTERROGATORY NO. 2**: Please describe your daily activities since your surgery on March 8, 2005 by Dr. Chang.

**RESPONSE**: I was on crutches for a month and a half. Anything I can do around the house, i.e., laundry, dishes, watch TV. I drive up to my cabin in Talkeetna. I visit friends. I can fish from shore, in a boat I need a friend to help.

**INTERROGATORY NO. 3**: Please describe all counseling or psychiatric treatment provided to you by any medical provider, social work professional, clergy, or any other professional.

**RESPONSE**: None.

Exhibit D
Page 2 of 8

Response to Third Discovery Requests to Plaintiff Lawrence Grove

Page 2

NO 1.    I will try to be as accurate as I can with all details.

As of Sept 2002 - right after the accident I had to cancel a scheduled moose hunt & fall bird hunt in South Dakota. My leg was in a cast and I was on crutches for at least 4-5 months. I have not been snowmobiling since my accident. All plans I had for spring hunts for bear had to be cancelled.

I dont keep a journal or diary so it will be difficult to remember every detail.

I fished when i had a chance and was able to physically do so. Sometimes with friends, and sometimes with family members. Fishing trips were done using my truck and many times on a friends boat. Most trips where done on the Susitna River Drainage with my friend John Gard. As far as what we fished for depended on what was running at that time. Sometimes we caught fish sometimes we didnt.

The only accurate dates I can supply you with are the most recent. I will start with my latest trip and work back wards.

Exhibit D
Page 3 of 8

1-43.11 (8/85)

SEPT 04 - MOOSE HUNT - UNSUCCESSFUL FOR ME. FRIEND JOHN YEMASON SHOT MOOSE ON LAST DAY. MOOSE WAS SPOTTED AS WE WERE RETURNING FROM TALKEETNA TO MY CABIN (ABOUT 2 MI). JOHN WAS SUCCESSFUL IN STALKING MOOSE CLOSE TO ROAD. RETURNED TO TALKEETNA TO GET HELP - (RICH SNIESEL). HE SHOT MOOSE WITH HIS RIFLE.

SEPT 04 - MAY 04.
VARIOUS FISHING TRIPS WHEN ABLE. WITH FAMILY & FRIENDS DO NOT RECALL EVERY DETAIL.

FIRST SURGERY WAS MAY 03 - THE SUMMER OF 03 WAS NOT TO MUCH FUN OR EVENTFUL.
ALL SNOWMACHINE PLANS WERE CANCELLED FOR THAT YEAR ALSO.

I MUST APOLOGIZE, AT THIS TIME I AM HAVING TROUBLE CONCENTRATING AND I AM BECOMING FRUSTRATED WITH THIS USELESS INCURSION INTO MY LIFE.

I AM A LIFE MEMBER IN SAFARI CLUB INTL. - NRA - NORTH AMERICAN HUNTING CLUB - AND BELONG TO AK HIGH POWER RIFLE ASSOCIATION. I WOULD CONTINUE TO HUNT AND FISH, OR ATTEMPT TO DO SO NO MATTER WHAT MY PHYSICAL DISABILITIES. I HAVE DONE IT ALL MY LIFE AND HOPE TO DO SO UNTIL NO LONGER CAPABLE OR ALIVE.

**TRANE**

NOV-05  DEER HUNTING TRIP - KODIAK.
HUNTED WITH FRIEND JERRY LOEFLAD FROM 10/31 TO 11/9
HUNTED DEER - YES I WAS SUCCESSFULL. SHOT 1 DEER
FROM CAMP. SAW OTHERS BUT WAS UNABLE TO PERSUE.
SHOT DEER WITH MOD 70 WINCHESTER RIFLE - I OWN THE RIFLE.
GOT TO LOCATION BY PLANE - MY PARTER & I SPLIT
THE COST OF TRIP 50/50. RECIEPT ARE ENCLOSED.
I DONT USUALLY KEEP RECIEPT THIS LONG.

SEPT 05 - SEVERAL MOOSE HUNTING TRIPS. TALKEETNA AREA
USED TRUCK TO ACCESS TIMBERED OUT AREAS.
HUNTED WITH RICK SHIESEL - MIKE FLISTER - TRIPS UNSUCCESSFULL
STAYED AT MY CABIN IN TALKEETNA - SPLIT COST OF FUEL.

AUG - JUNE 05 VARIOUS FISHING TRIPS - FISHED WITH FAMILY
AND ACCOMPANIED BY FRIENDS MOST TIMES.
  JUNE 05 - TOOK SON HALIBUT FISHING ON CHARTER WITH
       FRIENDS - MY SON CAUGHT MOST OF THE FISH.
       AS USUAL.
JUNE 05.  GUIDED SALMON FISHING TRIP. - TRIP PROVIDED BY
MR MIKE SEXTON, PUBLISHER ANCH DAILY NEWS. HE PROVIDED ALL
TRANSPORTATION, FOOD, BEVERAGES, GUIDE. CAUGHT SOCKEYE
SALMON. TRANSPORTATION WAS MR SEXTONS VEHICLE

Exhibit D
Page 5 of 8

MARCH 05 - 10 DAY TRIP TO SOUTH AFRICA. FULLY GUIDED ALL MEALS AND AMENITIES PROVIDED.
TRIP WAS GIVEN TO ME PRIOR TO MY SECOND SURGERY BY DON OSTROM SR.. HE WON THE TRIP AT THE LOCAL SAFARI CLUB CONVENTION AND COULD NOT USE PRIOR TO DATES SPECIFIED AND OFFERED SAID TRIP TO ME AT NO CHARGE. MY WIFE ENCOURAGED ME TO GO BEFORE I GET LAID UP AGAIN. I MADE THIS TRIP ALONE.

JAN 05 - I TOOK A SHORT TRIP TO RENO, NEVADA TO ATTEND SAFARI CLUB INTL SHOW. I AM A LIFE MEMBER OF NATIONAL CHAPTER AND REGULAR MEMBER OF LOCAL CHAPTER.

NOV 04 - DEER HUNT - KODIAK
HUNTED WITH SON MICHAEL - MIKE FLISTER - WES WALKER - JOHN YENASON. MR YENASON CONTRIBUTED TO HALF OF TRIP COSTS - REMAINDER SPLIT BY OTHERS. I AM VERY GLAD TO HAVE FRIENDS TAKE MY SON ON TRIPS LIKE THESE.
MODE OF TRANSPORT - AIR
INTENDED GAME DEER - SUCCESS - GOOD.
RIFLES - MINE.

Exhibit ___
Page 6 of 8



Exhibit D
Page 7 of 8

CAMP BITCH!!

BACK of PHOTOGRAPH

Exhibit D
Page 8 of 8