Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> v. <br><br> UNOCAL CORPORATION, <br><br> Defendant. | Case No. A04-0096 CV (JKS) |

### RESPONSE TO SIXTH DISCOVERY REQUESTS TO PLAINTIFF LAWRENCE GROVE

COMES NOW Plaintiff Lawrence Grove, by and through counsel Phillip Paul Weidner & Associates, and responds to *Defendant's Sixth Set of Discovery to Lawrence Grove*, propounded by defendant UNOCAL Corporation, as follows:

### REQUESTS FOR ADMISSION

**Request for Admission #1:** Please admit that you were convicted of violating AS 16.05.420 in 1992 in 3AN-92-W588033 State of Alaska v. Grove, Lawrence.

Exhibit E
Page 1 of 9



LG01011
Exhibit E
Page 2 of 9

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'État des États-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des États-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.*

*Lawrence Grove* (signature)

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

PASSPORT / PASSEPORT / PASAPORTE
USA

UNITED STATES OF AMERICA

Type: P   Code: USA   Passport No.: 206502561

Surname / Nom / Apellidos: GROVE
Given Names / Prénoms / Nombres: LAWRENCE
Nationality / Nationalité / Nacionalidad: UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento: 11 Aug 1953
Sex / Sexe / Sexo: M
Place of birth / Lieu de naissance / Lugar de nacimiento: PENNSYLVANIA, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición: 17 May 2002
Date of expiration / Date d'expiration / Fecha de caducidad: 16 May 2012
Authority / Autorité / Autoridad: Passport Center
Amendments / Modifications / Enmiendas: See Page 24

P<USAGROVE<<LAWRENCE<<<<<<<<<<<<<<<<<<<<<<<<
2065025611USA5308114M1205167<<<<<<<<<<<<<<02

Exhibit E
Page 3 of 9

LG01012



LG01013
Exhibit E
Page 4 of 9