

Exhibit E
LG01014
Page 5 of 9



LG01015
Exhibit E
Page 6 of 9

Case 3:04-cv-00096-TMB-DMS   Document 101-4   Filed 07/27/2006   Page 3 of 5



Exhibit LG01016 E
Page 7 of 9



LG01017
Exhibit E
Page 8 of 9

Customs and Border Protection
Atlanta 2034

MAR 21 2004

Admitted Until _____ (CLASS)

LG01018
Exhibit E
Page 9 of 9