Page 134

```
 1      A.   It's done now.
 2      Q.   Okay.  A little -- little cramping or
 3 something?
 4      A.   Tendon just snaps.
 5      Q.   You don't recall any specific situation
 6 offhand in your own personal knowledge of Siemens
 7 hiring contractors to build scaffolding --
 8      A.   No.
 9      Q.   -- or stairs at --
10      A.   No.
11      Q.   -- vendor sites?
12      A.   No.
13      Q.   No, okay.  Dr. Geitz doesn't apparently
14 think you're capable of going back to doing what you
15 were doing.
16      A.   No.
17      Q.   Okay.  And you -- you understand that now?
18 I mean, are you -- are you --
19      A.   I have come to that realization, yes.
20      Q.   Okay.  What are your plans?
21      A.   Right now, I don't know.  Like I said, I
22 have done this for such a long time.  Just I really
23 don't know.  It hasn't been easy.  It's not just the
24 work issue.  It's recreational issues, things I used
25 to do, things I can't do now.
```

```
 1      Q.   The things you -- you can't do are like --
 2      A.   I will never sheep hunt again.  I'll -- I
 3  can't even run.  I can't jog around the block.  I
 4  mean, simple things like that, you know.  I lived to
 5  sheep hunt.  That's over.
 6      Q.   How much -- how much hunting did you do
 7  before the accident?
 8      A.   Quite a bit.
 9      Q.   Would you go every season?
10      A.   Pretty much.  Brooks Range, Alaska Range.  I
11  have hunted all over Alaska.  That's why I moved here.
12      Q.   Okay.  Other types of recreational
13  activities?
14      A.   Spend time with -- with my kids fishing.
15      Q.   Fishing, hunting.  You mentioned running.
16  Did you run?
17      A.   Run, keep -- keep myself in decent shape,
18  yeah.  You have -- you have to prepare yourself for
19  sheep hunting.  You got to get yourself in good
20  condition.
21      Q.   Right.
22      A.   You got to run, build up some endurance
23  and...
24      Q.   And your -- your children are plaintiffs in
25  this lawsuit.  And they're -- they're claiming that
```

Page 136

```
 1   they have lost their dad, so to speak, in -- in a
 2   number of ways.  Are they talking about the
 3   recreational things that you used to do with them?  Is
 4   that what they're talking about?
 5        A.   Partially that.  I will never be able to
 6   take my son sheep hunting.  I'll never be able to run
 7   around the block with my son.
 8        Q.   Do -- I mean, you -- do you think you will
 9   never be able to do that?
10        A.   I -- run?  Forget it.  It's done.  It's a
11   done issue.  I can't do it.
12        Q.   Okay.
13        A.   My -- if I damage my ankle, it will -- it
14   will damage itself over the next ten years, according
15   to what two doctors have told me.  It will have to be
16   fused, you know.  If I overdo it, it's just going to
17   wear it out faster.  I'm missing a piece of the talus
18   bone, which is the main bone of the foot at the tibia.
19   And the more I wear that out, the worse it's going to
20   get.  It curtails activities quite a bit.  I made good
21   money as a pipefitter.  I can't help my daughter to go
22   to college right now.  That -- there was some
23   significant income on occasions I would make.
24        Q.   Now, when you're talking about fusion,
25   you're -- you're talking about it like it's a foregone
```

```
 1    of different -- I have to have someone else there.  I
 2    cannot launch the boat myself.
 3         Q.   Does your -- does your son help you?
 4         A.   Yes, he does.
 5         Q.   And what about mowing the lawn?  I mean,
 6    does your -- does your son help you mow the lawn?
 7         A.   He usually does it, primarily.
 8         Q.   What about before the accident?  Did he mow
 9    the lawn?
10         A.   Pretty much I did.  If she wants the lawn
11    mowed -- lawn mowed, I mowed the lawn.
12         Q.   Okay.  He's now 14.  He was a little younger
13    then.
14         A.   Yeah, he was a little younger then.
15         Q.   He's accepted more responsibilities as he
16    has gotten older.  Is that fair to say?
17         A.   Yes, he has.
18         Q.   Okay.  Does he do chores around the house?
19         A.   He does.
20         Q.   Okay.  Have you hunted with your son since
21    the accident?
22         A.   Just some brief road hunts, you know, where
23    you can sit in the truck and not do much walking.  I
24    can't go way out in the toolies or up in the mountains
25    anymore.  I just can't risk injuring the ankle any
```

```
 1   more than it is now.
 2        Q.   Did you ever take him on any of those hunts
 3   that you just talked about before the accident, the
 4   ones where --
 5        A.   He wasn't old enough.  But I did take my
 6   daughter on a hunt just prior to the accident, yes.
 7   And I was on one hunt prior to the accident.
 8        Q.   Okay.  Well, your son has men- -- has said
 9   that he used to fish and hunt and snow machine and
10   hike and go to work and help you.
11        A.   Yes.
12        Q.   And I'm just trying to find out to what
13   extent did he fish and hunt and do these things with
14   you before the accident.
15        A.   Spent all summer with me.
16        Q.   You fished -- you hunted with him once
17   before the accident?
18        A.   He was just getting old enough to start
19   hunting, yes.
20        Q.   And you --
21        A.   And he accompanied me a few times but didn't
22   actually hunt, but accompanied me.
23        Q.   And you have hunted since the accident with
24   him, right?
25        A.   Brief ones, you know, roadside hunts,
```

```
 1   college?
 2        A.    Yes.
 3        Q.    She was in high school at the time of the
 4   accident?
 5        A.    Yes.
 6        Q.    All right.  Your -- your daughter has said
 7   that she used to fish and hunt with you, too --
 8        A.    Yes.
 9        Q.    -- but since the injury can't do it as often
10   as you used to with her.  How often did you fish and
11   hunt with your daughter before the accident?
12        A.    Took her out every year.
13        Q.    Okay.  And since the accident, have you --
14        A.    Nothing at all.
15        Q.    -- done anything of that?  Not -- not with
16   her?
17        A.    No.
18        Q.    Okay.  And since the accident, has she
19   gotten her driver's license?
20        A.    She had that prior to that.
21        Q.    But she's 16 around that time?
22        A.    Or 17.  I'm not quite sure when she got her
23   driver's license.
24              MRS. GROVE:  She got it last year.
25              THE WITNESS:  She got it last year.
```