

Exhibit G
Page 1 of 19

LG Africa 051



Exhibit G
Page 2 of 19



Exhibit 6
Page 3 of 19

LG Africa 053



Exhibit G
Page 4 of 19

LG Africa 054



Exhibit    6
Page    5    of  19

LG Africa 055



Exhibit    G
Page    6    of    19

LG Africa 056



LG Africa 057



Exhibit  6
Page  8  of  19

LG Africa 058



Exhibit G
Page 9 of 19

LG Africa 059



Exhibit G
Page 10 of 19

LG Africa 0510



Exhibit    6
Page    11    of    19

LG Africa 0511



Exhibit 6
Page 12 of 19

LG Africa 0512



Exhibit ___G___
Page _13_ of _19_

LG Africa 0513



Exhibit
Page ___ of ___

LG Africa 0514



Exhibit 6
Page 15 of 19

LG Africa 0515



Exhibit ___G___
Page ___16___ of ___19___

LG Africa 0516



Exhibit ___6___
Page ___17___ of ___19___

LG Africa 0517



Exhibit G
Page 18 of 19

LG Africa 0518



Exhibit G
Page 19 of 19

LG Africa 0519