John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

## MOTION TO RE-DEPOSE LAWRENCE GROVE

Comes now Defendant Unocal Corporation and moves the Court for an order compelling the deposition of Lawrence Grove. Defendant has consulted with Plaintiffs and they have refused this request. Defendants make the request pursuant to Fed. R. Civ. P. 30(d)(2) for fair examination. Mr. Grove has been deposed for a total of five hours and three minutes. Defendant has not used the entire presumptive durational limit of seven hours set by 30(d)(2). Further, based

Pleading Name
Case Name, Case No.
Page 1 of 2

upon newly discovered information, it appears that Mr. Grove has not been candid in his discovery responses regarding his hunting and fishing activities.

This motion is supported by a memorandum of law.

DATED at Anchorage, Alaska, this ___ day of July, 2006.

          CLAPP, PETERSON, VAN FLEIN,
          TIEMESSEN & THORSNESS, LLC
          Attorneys for Defendant Unocal


          s/ Linda J. Johnson
          CLAPP, PETERSON, VAN FLEIN,
          TIEMESSEN & THORSNESS LLC
          711 H Street, Suite 620
          Anchorage, AK  99501-3454
          Phone:  (907) 272-9631
          Fax:  (907) 272-9586
          Direct email:  ljj@cplawak.com
          Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on July 26, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

          s/ Linda J. Johnson

Pleading Name
Case Name, Case No.
Page 2 of 2