Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**NOTICE OF STATUS OF JOINT STIPULATION TO EXTEND PRETRIAL DEADLINES** |

Counsel for plaintiffs, Phillip Paul Weidner, and counsel for defendant, John Thorsness, met recently to discuss this case and agreed on extending certain pretrial deadlines to accommodate their desire to conduct further depositions and to allow time for anticipated mediation.  A Joint Stipulation to that effect will be filed with the Court upon Mr. Weidner's return to Alaska on Wednesday, August 16, 2006.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

1

While it previously was expected that this process could be completed by Tuesday August 8, 2006, due to the fact that Mr. Weidner has been outside the State of Alaska in depositions in the <u>In Re Exxon Valdez</u>, Case No. A-89-095 CIV (HRH), the extra time period has been necessary, and plaintiffs' counsel appreciates the Court's anticipated patience in that regard.

RESPECTFULLY SUBMITTED this 10th day of August 2006.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs


<u>     /s/ Phillip Paul Weidner     </u>
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  jgreene&weidner-justice.com
ABA No. 7305032


CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2006 a copy of the foregoing Notice of Status of Joint Stipulation to Extend Pretrial Deadlines was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

<u>/s/ Phillip Paul Weidner</u>

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

2