Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>           Plaintiffs,<br><br>      vs.<br><br>UNOCAL CORPORATION,<br><br>           Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**JOINT STIPULATION TO EXTEND PRETRIAL DEADLINES** |

Come now the Parties, by and through the undersigned counsel, and hereby stipulate and agree to extend the following pretrial deadlines:

Expert Reports and Final Witness Lists:

|  |  |
|---|---|
| Plaintiffs | November, 11, 2006 |
| Defendant | November 25, 2006 |
| Depositions completed by: | January 17, 2007 |
| Dispositive and other Motions: | February 22, 2007 |

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

1

This Joint Stipulation is being entered due to the Parties' desire to conduct additional depositions as well as a desire to schedule mediation.

RESPECTFULLY SUBMITTED this 25th day of August 2006.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs


    /s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  jgreene&weidner-justice.com
ABA No. 7305032


CLAPP, PETERSON, VAN FLEIN, TIEMESSEN
    & THORSNESS, LLC
Counsel for Defendant


    /s/ John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, AK  99501
Phone (907) 272-9273
Fax (907) 272-9586
ABA No. 8211154

CERTIFICATE OF SERVICE
I hereby certify that on August 25, 2006 a copy of the foregoing Joint Stipulation to Extend Pretrial Deadlines was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571