John B. Thorsness
Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**NON-OPPOSED MOTION FOR EXTENSION OF DEADLINE FOR EXPERT REPORTS**

Defendant Unocal Corporation, by and through its counsel of record, Clapp, Peterson, Van Flein, Tiemessen, & Thorsness, LLC, hereby moves this court for a 5-day extension of the deadline by which to provide expert reports.  Expert reports are presently due by Monday, November 27, and defendant requests a 5-day extension to December 1.  Defendant's counsel has conferred with plaintiffs'

Non-Opposed Motion for Extension of Deadline for Expert Reports
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

counsel and Mr. Weidner has indicated that plaintiffs do not object to the requested 5-day extension.

DATED at Anchorage, Alaska, this 15th day of November 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal


s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on November 15, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

Non-Opposed Motion for Extension of Deadline for Expert Reports
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2