John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>UNOCAL CORPORATION,<br><br>                    Defendant. | Case No. 3:04-cv-0096-TMB |

## NON-OPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE FINAL WITNESS LISTS

Defendant Unocal Corporation, by and through its counsel of record, Clapp, Peterson, Van Flein, Tiemessen, & Thorsness, LLC, hereby moves this court for a 3-day extension of the deadline by which to file Final Witness Lists.  Final Witness Lists are presently due Friday, December 1, 2006, and defendant requests a 3-day extension to December 6, 2006.  Defendant's counsel has conferred with plaintiffs'

Non-Opposed Motion for Extension of Deadline To File Final Witness Lists
Grove et al. v. Unocal,  Case No. 3:04-cv-0096-TMB
Page 1 of 2

counsel, and Mr. Cohn has indicated that plaintiffs join in the requested 3-day extension.

    DATED at Anchorage, Alaska, this __1st__ day of December 2006.

                             CLAPP, PETERSON, VAN FLEIN,
                             TIEMESSEN & THORSNESS, LLC
                             Attorneys for Defendant Unocal

                             s/ John B. Thorsness
                             CLAPP, PETERSON, VAN FLEIN,
                             TIEMESSEN & THORSNESS LLC
                             711 H Street, Suite 620
                             Anchorage, AK 99501-3454
                             Phone: (907) 272-9631
                             Fax: (907) 272-9586
                             Direct email: ljj@cplawak.com
                             Alaska Bar No. 8211154

### Certificate of Service

I hereby certify that on December 1, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

                             s/ John B. Thorsness

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Non-Opposed Motion for Extension of Deadline To File Final Witness Lists
Grove et al. v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2