John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. A04-0096 CV (TMB) |

**DEFENDANT'S DISCLOSURE OF EXPERT REPORTS**

Defendant Unocal Corporation, by and through its counsel, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, hereby submits its disclosure of expert witnesses and expert reports as follows:

Defendant's Disclosure of Expert Reports
Grove v. Unocal, Case No. A04-0096 CV (TMB)
Page 1 of 3

1)     Liz Dowler , Ph.D., CPE, ORT/L, CRC
       Rehabilitation Specialist
       D & W Rehab, Inc.
       1549 East Tudor Road
       Anchorage, AK 99507
       (907) 561-6111

       RETAINED VOCATIONAL REHABILITATION EXPERT.  Dr. Dowler is expected to testify consistent with the opinions contained in her reports.  Dr. Dowler's fee schedule, Curriculum Vitae, and expert reports are produced herewith (700014-700063).

2)     Stephen G. Colt, Ph.D.
       2211 Alder Drive
       Anchorage, AK 99508
       (907) 301-6394

       RETAINED ECONOMIC EXPERT.  Dr. Colt is expected to testify consistent with the opinions contained in his report.  Dr. Colt's billing rate is $180.00 per hour.  Dr. Colt's Curriculum Vitae and expert report are produced herewith (700064-70082).

3)     Charles R. Morin, P.E.
       Engineering Systems Inc.
       3851 Exchange Avenue
       Aurora, IL 60504
       (630) 851-4566

       RETAINED ENGINEERING EXPERT.  Mr. Morin is expected to testify consistent with the opinions contained in his report.  Mr. Morin's billing rate is $250.00 per hour and $295.00 per hour for out of town work.  Mr. Morin's Curriculum Vitae and expert report are produced herewith (700083-109).

4)     Michael P. Van Bree
       Engineering Systems Inc.
       3851 Exchange Avenue
       Aurora, IL 60504
       (630) 851-4566

       RETAINED ENGINEERING EXPERT.  Mr. Van Bree is expected to testify consistent with the opinions contained in his report.  Mr. Van

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Bree's billing rate is $210.00 per hour. Mr. Van Bree's Curriculum Vitae is produced herewith and his expert report will be forthcoming. (700110-700111).

DATED at Anchorage, Alaska, this __6th__ day of December 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal


s/ John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8211154

## Certificate of Service

I hereby certify that on December 6, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ John B. Thorsness

Defendant's Disclosure of Expert Reports
Grove v. Unocal, Case No. A04-0096 CV (TMB)
Page 3 of 3