John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNOCAL CORPORATION, <br><br> Defendant. | Case No. A04-0096 CV (TMB) |

**DEFENDANT'S SUPPLEMENTAL DISCLOSURE OF EXPERT REPORT**

Defendant Unocal Corporation, by and through its counsel, Clapp, Peterson,

Van Flein, Tiemessen & Thorsness, LLC, hereby submits its supplemental disclosure

of Mr. Van Bree's expert report as follows:

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4.    Michael P. Van Bree
      Engineering Systems Inc.
      3851 Exchange Avenue
      Aurora, IL 60504
      (630) 851-4566

      RETAINED ENGINEERING EXPERT.  Mr. Van Bree is expected to testify consistent with the opinions contained in his report.  Mr. Van Bree's billing rate is $210.00 per hour.  Mr. Van Bree's current Curriculum Vitae and expert report *is produced herewith* (700110-700124).

DATED at Anchorage, Alaska this __7th__ day of December 2006.

                              CLAPP, PETERSON, VAN FLEIN,
                              TIEMESSEN & THORSNESS, LLC
                              Attorneys for Defendant Unocal


                               s/John B. Thorsness
                              CLAPP, PETERSON, VAN FLEIN,
                              TIEMESSEN & THORSNESS LLC
                              711 H Street, Suite 620
                              Anchorage, AK  99501-3454
                              Phone:  (907) 272-9631
                              Fax:  (907) 272-9586
                              Direct email:  ljj@cplawak.com
                              Alaska Bar No. 8211154


                    Certificate of Service

I hereby certify that on December 7, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

                      s/ John B. Thorsness

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586