John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNOCAL CORPORATION,<br><br>    Defendant. | Case No. 3:04-cv-0096-TMB |

## MOTION FOR RULE OF LAW

Defendant Unocal Corporation moves for a ruling of law on the following issues:

1.  AS 09.17.070 applies; union disability and early retirement benefits drawn by Mr. Grove will reduce any damages he is awarded;

2.  The damages cap applies to limit an award of non-economic damages to a maximum of $400,000.00 for the totality of plaintiffs' claims;

3.  Sarah Grove's consortium claim is limited to 14 months after the injury, ending when she reached the age of majority;

Motion for Rule of Law
*Grove v. Unocal*  3:04-cv-0096-TMB
Page 1 of 2

4. The statutory cap on punitive damages[1] limits plaintiffs' recovery and 50% of any award will be paid to the State of Alaska; and

5. Larry Grove had a duty to mitigate his damages.

Unocal requests a ruling on these issues as a matter of law at this time to aid the parties in determining a realistic evaluation of potential damages; a determination that will aid the parties in settlement talks and/or mediation.

This motion is supported by the memorandum in support filed herewith.

DATED at Anchorage, Alaska, this ___14th___ day of December 2006.

    CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
    Attorneys for Defendant Unocal

    s/ Linda J. Johnson
    CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS LLC
    711 H Street, Suite 620
    Anchorage, AK  99501-3454
    Phone:  (907) 272-9631
    Fax:  (907) 272-9586
    Direct email:  ljj@cplawak.com
    Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on December 14, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

    s/ Linda J. Johnson

---

[1] A separate summary judgment motion will be filed on the punitive damage issue.  By filing this motion Unocal is not conceding that the punitive damages claim should be presented to the jury

Motion for Rule of Law
*Grove v. Unocal*  3:04-cv-0096-TMB
Page 2 of 2