**PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND**

103 Oronoco Street, Alexandria, Virginia 22314-2047 · (703) 739-9020 · Fax (703) 739-9017

http://www.ppnpf.org

ADMINISTRATOR: WILLIAM T. SWEENEY, JR.

September 29, 2005

Participant Information:
Social Security #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
Local Union #367

Lawrence Grove
PO Box 222253
Anchorage, AK 99522-2253

Dear Mr. Grove:

The Board of Trustees of the Plumbers and Pipefitters National Pension Fund is pleased to inform you that you are eligible for a Disability Pension with an Effective Date of Benefits of December 1, 2005.

Under Article 6 of the Plan, all pensions paid to married Participants are paid in the form of a 50% Husband and Wife Pension, unless this form is rejected by both the Participant and the Participant's spouse. Your 50% Husband and Wife Pension will be $179.00 per month for your lifetime, and at your death your spouse would continue to receive $90.00 per month for her lifetime.

If you wish to elect to receive your pension under an optional form of payment, you and your spouse must reject the 50% Husband and Wife Pension on the form provided. Enclosed is a listing of the optional forms available to you including the benefit amount payable under each form. After deciding which option you want, complete the Election/Consent Form(s) indicated for the type of pension you are electing to receive and return them along with the other identified forms to the Fund Office.

Under federal regulations, your monthly benefit may be subject to federal income tax. We are required to provide you with the enclosed tax information. Prior to completing the "Form W-4P", you may want to consult with a tax advisor to determine the impact of the tax law on your total tax liability.

You are also entitled to an auxiliary payment equal to the monthly amount payable to you on your Effective Date of Benefits, multiplied by the total number of months between your Effective Date of Benefits and your September 9, 2002, date of disability as determined by the Social Security Administration, less any months in which you worked. Enclosed is information regarding your auxiliary payment as of December 1, 2005.

Under federal tax regulations the auxiliary payment is an "eligible rollover distribution." In addition, if you elect to receive a form of payment that includes a Partial Lump Sum Payment, the Partial Lump Sum Payment is also an "eligible rollover distribution" under federal tax regulations. Since these payments could be subject to mandatory federal income tax withholding, we are required to provide you with the enclosed tax information notice and related election form.

**LG00930**

TRUSTEES: WILLIAM P. HITE, PATRICK R. PERNO, STEPHEN F. KELLY, SMITTY G. BELCHER, ROBERT J. DURR, SR., MICHAEL W. GOSSMAN

Lawrence Grove
Re: Soc. Sec. #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
September 29, 2005
Page 2

The National Pension Fund strongly urges all Pensioners and Beneficiaries to have their monthly benefit directly deposited into their bank account. This not only ensures that your money is available to you the first working day of each month, but also eliminates the possibility of your check being lost, stolen or misplaced. The Fund Office will not begin the replacement process on paper checks that are lost, stolen or misplaced until 15 business days after the issue date on the original check. It could take up to 60 days or more for you to receive a reissued paper check. If you wish to take advantage of direct deposit, please complete the form ensuring that you attach a voided check or deposit slip and sign the back page.

If you disagree with this determination, you have the right to request a review by the Board of Trustees within 180 days from the date of this letter. Your written appeal should be addressed to the National Pension Fund explaining why you disagree with the Fund Office and include any new information or documents to support your position. You will be provided upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information the Fund has that is relevant to your case. The Board of Trustees will normally review your appeal at their next meeting provided it is received at least 30 days before the meeting. You will be notified of their decision in writing. You have the right, following an adverse determination on review, to bring a civil action under Section 502(a) of ERISA.

If you have any questions concerning the information contained in this letter, you may call the Fund Office at 1-800-638-7442.

I wish to extend our best wishes to you during your years of retirement.

Sincerely,

*[signature]*

William T. Sweeney, Jr.
Administrator for the Trustees

/wko

Enclosures:   (2) Elect of Direct Rollover (#90B)
              Authorization-Direct Deposit (#61)
              Disability Declaration (#12)
              Disability Married Optional Election Forms
              Form W-4P - Tax Withholding (#16)
              Payment Form Description, Married (#87)
              Special Tax Notice (#90A)

LG00922