**PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND**
103 Oronoco Street, Alexandria, Virginia 22314-2047 · (703) 739-9020 · Fax (703) 739-9017

http://www.ppnpf.org                                                            ADMINISTRATOR: WILLIAM T. SWEENEY, JR.

November 4, 2005                        Participant Information:
                                        Social Security #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
                                        Local Union #367

Lawrence Grove
PO Box 222253
Anchorage, AK 99522-2253

Dear Mr. Grove:

Thank you for submitting your retirement documents that were received in the Fund Office on October 28, 2005.

An Effective Date of Benefits is established as the first day of the month following the month which a completed application for benefits form is received in the Fund Office, the first day of the month following the month which you cease work, or the first day of the month which you request to defer payment of your benefits, whichever is later. Since your application form indicates that you wish to defer payment of your benefit until December 1, 2005, your Effective Date of Benefits for your Disability Pension has been established as December 1, 2005.

Since you have rejected the 50% Husband and Wife Pension, and elected to receive your benefit in the form of the Single Life Pension with 5-Years Certain Payments/Partial Lump Sum Payment, your monthly benefit amount will be $208.00, and your lump sum amount will be $2,361.00. Your monthly benefit is payable for your lifetime. If you should die prior to receiving 60 monthly payments, your beneficiary will receive any remaining benefits until a total of 60 monthly payments in all have been paid to you and your beneficiary. Therefore, the only Survivor Benefit now payable on your behalf will expire with the November 2010 payment. Our records indicate that Cynthia Grove, and Michael Grove are your designated beneficiaries.

Since you and your spouse, Cynthia Grove, have rejected the 50% Husband and Wife Pension, you may not change your beneficiary designation unless your spouse consents. Therefore, should you decide to change your beneficiary designation, you must contact the Fund Office to obtain the appropriate forms.

Based on your election to have the Partial Lump Sum Payment made directly to you, rather than as a direct rollover to an IRA or Retirement Plan, we will be withholding 20% of the lump sum portion of your benefit for federal income tax.

In addition, you are entitled to an auxiliary payment of $7,488.00, representing your monthly Disability Pension of $208.00 times the number of months between the date you became disabled and your Effective Date of Benefits (October 2002 through November 2005) excluding two months.

LG00621

TRUSTEES: WILLIAM P. HITE, PATRICK R. PERNO, STEPHEN F. KELLY, SMITTY G. BELCHER, ROBERT J. DURR, SR., MICHAEL W. GOSSMAN

Lawrence Grove
Re: Soc. Sec. #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
November 4, 2005
Page 2

Based on your election to have the auxiliary payment made directly to you, rather than as a direct rollover to an IRA or Retirement Plan, we will be withholding 20% in federal income tax from your auxiliary payment.

Since you did not indicate your marital status on the federal tax withholding Form W-4P that you sent to the Fund Office, we will not be withholding federal income tax from your monthly benefit.

Even if federal income tax is not being withheld, you are liable for the payment of federal income tax on the taxable portion of your pension. You may want to consult a tax advisor to determine the impact of the tax law on your total income tax liability, which will include capital gains, dividends, and interest income, etc., in addition to pension income. If you wish to change your withholding status, please complete the enclosed federal tax withholding Form W-4P and return it to the Fund Office as soon as possible.

Your first benefit check in the gross amount of $10,057.00 (less federal taxes or withholdings, if applicable), representing your monthly benefit of $208.00 for December 2005 plus your auxiliary payment of $7,488.00, and your partial lump sum payment of $2,361.00 will be mailed to First National Bank-Alaska, Anchorage, AK for deposit into your bank account on or about December 1, 2005. All future monthly checks will be deposited on or about the first business day of each month. Enclosed for your reference is a copy of the Pension Benefit Payment Guide (#96).

The Social Security Administration may schedule a review of your eligibility at some time in the future. The Fund may contact you periodically to request verification of your continued entitlement to Disability Benefits. Failure to submit proof of your continued entitlement to Disability Benefits may result in a termination of benefits from this Fund, until the required documentation is received.

Eligibility for disability benefits with the Social Security Administration is a requirement for a Disability Pension from the National Pension Fund. We wish to remind you that as a recipient of a Disability Pension from the National Pension Fund, if you should lose your eligibility for a Disability Benefit through the Social Security Administration, or if for other reasons you decide to return to work, you are required to notify the Fund Office within 21 days. If such notice is not given, a six-month penalty will be applied prior to the commencement of future benefits in accordance with Section 4.17 of the Plan rules.

Please keep this letter for reference when preparing your next tax return. The entire amount of this check will be included on your 2005 1099-R and should be reported as income in the year you received it, regardless of when the benefits were due.

It is important that you inform the Fund Office of any change in your mailing address, even if your pension benefit is directly deposited into your bank account. The Fund Office must forward federal tax information to benefit recipients in January of each year. There are other occasions when the Fund Office is required to inform you of important information about your benefit. Failure to keep the Fund Office advised of your current address may

LG00622

Lawrence Grove
Re: Soc. Sec. #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
November 4, 2005
Page 3

result in the suspension of your monthly pension benefit until documentation of your current address is obtained.

If you have any questions, please contact the Fund Office at 1-800-638-7442.

Sincerely,

*[signature]*

William T. Sweeney, Jr.
Administrator for the Trustees

PRCD/jt

Enclosures:   Pension Benefit Payment Guide (#96)
              Form W-4P – Tax Withholding (#16)

LG00623