John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## ORDER ON DEFENDANT'S MOTION FOR RULE OF LAW

The court having considered defendant's Motion for Rule of Law, and any opposition thereto,

IT IS HEREBY ORDERED that defendant's motion is GRANTED as follows:

1.     AS 09.17.070 applies in this case.   Union disability and early retirement benefits drawn by Mr. Grove will reduce any damages he is awarded;

2.     The damages cap applies to limit an award of noneconomic damages to a maximum of $400,000.00 for the totality of plaintiffs' claims;

Order on Defendant's Motion for Rule of Law
*Grove v. Unocal*  3:04-cv-0096-TMB
Page 1 of 2

3.    Sarah Grove's consortium claim is limited to 14 months after the injury, ending when she reached the age of majority;

4.    If a punitive damages claim were to be presented to the jury, the statutory cap on punitive damages limits plaintiffs' recovery and 50% of any award will be paid to the State of Alaska; and

5.    Larry Grove had a duty to mitigate his damages.

DATED at _____, Alaska this _____ day of _____ 200__.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

Certificate of Service

I hereby certify that on December 14, 2006, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

Order on Defendant's Motion for Rule of Law
*Grove v. Unocal* 3:04-cv-0096-TMB
Page 2 of 2