Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>            Plaintiffs,<br><br>     vs.<br><br>UNOCAL CORPORATION,<br><br>            Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**STIPULATION FOR EXTENSION OF TIME** |

   COME NOW the parties, by and through undersigned counsel, and hereby stipulate and agree, subject to court approval, to extend the time for plaintiffs' opposition to defendant's Motion for Rule of Law until January 12, 2007.

   DATED this 20th day of December, 2006.

                    WEIDNER & ASSOCIATES, INC.
                    Counsel for Plaintiffs


                     /s/ Phillip Paul Weidner
                    WEIDNER & ASSOCIATES, INC.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

1

```
                         330 L Street, Suite 200
                         Anchorage, AK  99501
                         Phone (907) 276-1200
                         Fax (907) 278-6571
                         E-mail:  nbackes@weidner-justice.com
                         ABA No. 7305032


                         CLAPP, PETERSON, VAN FLEIN, TIEMESSEN
                         & THORSNESS, LLC
                         Counsel for Defendant


                              /s/ John B. Thorsness
                         CLAPP, PETERSON, VAN FLEIN,
                         TIEMESSEN & THORSNESS, LLC
                         711 H Street, Suite 620
                         Anchorage, AK  99501
                         Phone (907) 272-9273
                         Fax (907) 272-9586
                         ABA No. 8211154
```

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2006 a copy of the foregoing Stipulation for Extension of Time was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571