Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNOCAL CORPORATION<br><br>        Defendant | Case No. A04-0096 CV (TMB) |

**NON-OPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANT'S RULE OF LAW MOTION**

COME NOW plaintiffs, by and through counsel, Phillip Paul Weidner of Phillip Paul Weidner & Associates, and hereby request a non-opposed extension of time to file their Opposition to defendant's Rule of Law Motion, which is presently due today, January 12, 2007.  Mr. Weidner is out of the country, and Mr. Michael Cohn, an associate attorney at the law firm of Phillip Paul Weidner & Associates, has been working on this case and

this Opposition.  Mr. Cohn anticipated being in the deposition of plaintiff Larry Grove today for a maximum of 3 hours, however the deposition is running long and is expected to take the full day.  Mr. Cohn drafted the Opposition, but will not be back to the office to finalize same before the close of business.  Defense counsel, at the above referenced deposition, agreed to an extension until Wednesday, January 17, 2007.

   Accordingly, plaintiffs request an extension until Wednesday, January 17, 2007 to file their Opposition to defendant's Rule of Law Motion.

          RESPECTFULLY SUBMITTED this 12th day of January 2007.

                         WEIDNER & ASSOCIATES, INC.
                         Counsel for Plaintiffs

                            /s/ Michael Cohn
                         WEIDNER & ASSOCIATES, INC.
                         330 L Street, Suite 200
                         Anchorage, AK  99501
                         Phone (907) 276-1200
                         Fax (907) 278-6571
                         E-mail:  nbackes@weidnerjustice.com
                         ABA No. 8506049


                    *CERTIFICATE OF SERVICE*
I hereby certify that on January 12, 2007 a copy of the foregoing Non-Opposed Motion for Extension of Time for Plaintiffs to File Their Opposition to Defendant's Rule of Law Motion was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.
/s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571