Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNOCAL CORPORATION<br><br>        Defendant | Case No. A04-0096 CV (TMB) |

**[PROPOSED] ORDER GRANTING NON-OPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANT'S RULE OF LAW MOTION**

Pursuant to Plaintiffs' Non-Opposed Motion, and for good cause shown, it is hereby ORDERED that plaintiffs' Opposition shall be due January 17, 2007.


DATED:_____    _____
                        UNITED STATES DISTRICT COURT JUDGE

*CERTIFICATE OF SERVICE*

I hereby certify that on January 12, 2007 a copy of the foregoing [Proposed] Order Granting Non-Opposed Motion for Extension of Time for Plaintiffs to File Their Opposition to Defendant's Rule of Law Motion was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.
/s/ Michael Cohn