Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA      )
GROVE, SARAH GROVE, and,        )
MICHAEL GROVE (DOB 1/21/88) by  )
and through his father LAWRENCE H. )
GROVE,                          )
                                ) Case No. A04-0096 CV (TMB)
          Plaintiffs,           )
                                )
       v.                       )
                                )
UNOCAL CORPORATION              )
                                )
          Defendant             )
_____ )

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE
THEIR OPPOSITION TO MOTION FOR RULE OF LAW**

COME NOW plaintiffs, LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH

GROVE, and MICHAEL GROVE, a minor (DOB 1-21-88), by and through his natural father,

LAWRENCE H. GROVE, by and through counsel, Phillip Paul Weidner of Phillip Paul Weidner

& Associates, Inc., a Professional Corporation; and hereby moves the court for an unopposed

extension of time of one additional day to file their Opposition to Defendant's Motion for Rule

of Law.  Plaintiffs will file their Opposition on January 18, 2007.

/s/ Michael Cohn

**Weidner & Associates**
330 L Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007 a copy of the
foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIS TO
FILE THEIR OPPOSITION TO MOTION FOR RULE OF LAW** was served
electronically on John B. Thorsness at Clapp, Peterson, Van
Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571