Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA      )
GROVE, SARAH GROVE, and,        )
MICHAEL GROVE (DOB 1/21/88) by  )
and through his father LAWRENCE H. )
GROVE,                          )
                                ) Case No. A04-0096 CV (TMB)
            Plaintiffs,          )
                                )
        v.                      )
                                )
UNOCAL CORPORATION              )
                                )
            Defendant           )
_____)

**[PROPOSED] ORDER GRANTING NON-OPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANT'S RULE OF LAW MOTION**

Pursuant to Plaintiffs' Non-Opposed Motion, and for good cause shown, it is hereby ORDERED that plaintiffs' Opposition shall be due January 18, 2007.


DATED:_____     _____
                          UNITED STATES DISTRICT COURT JUDGE

**Weidner & Associates**
330 L Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

*CERTIFICATE OF SERVICE*

I hereby certify that on January 18, 2007 a copy of the foregoing [Proposed] Order Granting Non-Opposed Motion for Extension of Time for Plaintiffs to File Their Opposition to Defendant's Rule of Law Motion was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571