Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNOCAL CORPORATION<br><br>                    Defendant | Case No. A04-0096 CV (TMB) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR RULE OF LAW**

STATE OF ALASKA          )
                         )  ss.
THIRD JUDICIAL DISTRICT  )

  MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

  1.  I am Michael Cohn, an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., counsel of record for the Grove plaintiffs in this matter;

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

      2.    Attached hereto as Exhibit 1 are photographs of Larry Grove, previously produced to defendant as Bates Stamp Nos. LG00509-LG00516;

      3.    Attached hereto as Exhibit 2 is the Operative Report of Dr. Geitz;

      4.    Attached hereto as Exhibit 3 is the Operative Report of Dr. Chang;

      5.    Attached hereto as Exhibit 4 are excerpts from the Deposition of Dr. Geitz;

      6.    Attached hereto as Exhibit 5 are excerpts from the Deposition of Dr. Chang; and

      7.    Dr. Chang expressed to me in person the opinion that Larry Grove's ankle impairment was between 30-40% (<u>note</u>, this refers only to the ankle and not to the whole person), and that the more Larry Grove uses his ankle, the more likely his ankle will continue to deteriorate with further loss of function, increased arthritis, and pain, wearing out his ankle joint, increasing his disability in the ankle as he ages.

FURTHER AFFIANT SAYETH NAUGHT.

                      <u>/s/ Michael Cohn</u>
                      WEIDNER & ASSOCIATES, INC.
                      330 L Street, Suite 200
                      Anchorage, AK  99501
                      Phone (907) 276-1200
                      Fax (907) 278-6571
                      E-mail:  nbackes@weidnerjustice.com
                      ABA No. 8506049

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR RULE OF LAW** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn