



Exhibit 1
page 1 of 4





Exhibit 1
page 2 of 4





EXHIBIT 1
page 3 of 4





Exhibit 1
page 4 of 4

ALASKA REGIONAL HOSPITAL

NAME:  GROVE, LAWRENCE HAROLD
MR#:   L000355307
Michael J Geitz, MD

RM#:   L.319-02
DOB:   08/11/53
SSN:   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


OPERATIVE REPORT - Inpatient

DATE:  05/20/2003

SURGEON: Michael J. Geitz, M.D.

ANESTHESIOLOGIST: Houman Tammadon, M.D.

ANESTHESIA: Spinal.

PREOPERATIVE DIAGNOSES
1. Chronic lateral ligament laxity, right ankle.
2. Osteochondral fracture and loose body lateral talus, right ankle.
3. Chronic posterior tibial tendinitis and adhesions, right ankle.

POSTOPERATIVE DIAGNOSES
1. Chronic lateral ligament laxity, right ankle.
2. Osteochondral fracture and loose body lateral talus, right ankle.
3. Chronic posterior tibial tendinitis and adhesions, right ankle.

OPERATIONS PERFORMED
1. Repair lateral collateral ligament, right ankle.
2. Arthrotomy debridements, curettage and drilling of osteochondral defect, lateral talus with joint exploration.
3. Tenolysis and debridement posterior tibial tendon, right ankle.

INTRAOPERATIVE FINDINGS:  This patient fell from a scaffold in a 09/2002 and had persistent lateral instability, joint swelling and posterior tibial tendinitis despite many months of nonoperative management.

His intraoperative findings correlated exactly with his clinical findings, his x-rays and his MRI scan.  The ATFL lateral ligament was very lax and attenuated.  The calcaneal fibular ligament was intact and tight.  There was a large chondral defect on the lateral talar articular surface as seen on plain x-ray and the MRI scan.  This chondral piece was 8 x 16 mm in size, it was loose and avascular.  The bony bed was sclerotic.  The remainder of the joint surface and the medial corner looked fine.  There was no opposing lesion on the tibial side of the talus lesion.

The posterior tibial tendon was chronically inflamed.  The sheath was hypertrophied and adherent behind the medial malleolus and there was fusiform swelling with some longitudinal cracks in the posterior

Exhibit 2  LG 000223
page 1 of 3

Dictating Physician Copy / STATUS: Draft                          Page 1 of 3

ALASKA REGIONAL HOSPITAL

NAME:  GROVE, LAWRENCE HAROLD
MR#:   L000355307
**OPERATIVE REPORT**

tibial tendon itself just distal to the medial malleolus.  The tendon substance, however, was intact.

DESCRIPTION:  Under satisfactory spinal anesthesia, the patient was placed in the semi-lateral position on a bean bag and then the right lower extremity sterilely prepped and draped in the usual fashion.  The limb was exsanguinated with an elastic wrap and a well-padded pneumatic tourniquet inflated to 300 mmHg.

A longitudinal lateral incision was made and the dissection carried out down to the deep structures.  The very attenuate ATFL ligament was identified on both sides.  The calcaneal fibular ligament was intact.  The ligament was then divided approximately 3 mm distal to its fibular attachment and then freed and then the arthrotomy performed in the lateral corner.

The large 8 x 16 mm chondral defect on the lateral corner of the talus was readily identified.  The cartilage piece was free and mobile and avascular and was removed.  The bed was sclerotic and it was curetted and drilled back to bleeding bone and then final inspection made to show a stable margin all the way around and good bleeding bone in the crater.  A bone spreader without teeth was placed into the joint, the joint spread to about 6 mm and the rest of the talus inspected.  There were no other chondral lesions.  There was not a lesion on the tibial side.  The medial corner looked excellent.  No laxity on the medial side.

Final irrigation was performed.  The crater bed from the osteochondral defect was stable and bleeding.  The ligament repair was then performed.  The distal part of the ligament was shortened and attached to the roughened fibula through drill holes in its anatomic place and then the proximal flap was oversewn to reinforce the reconstruction.  This was done with 2-0 Supramid which gave an excellent tight anatomic repair.  The repair was reinforced by suturing the lateral extensor retinaculum to the distal aspect of the fibular periosteum with care taken not to overtighten it.  The arthrotomy site was then checked.  The corner was debrided so there was no involution of tissue and then the synovium and capsule closed with Vicryl.

Ankle was taken through a gentle range of motion and there was no impingement in the lateral corner.  Soft tissues were injected with 0.5% plain Marcaine and the subcutaneous tissue closed with 3-0 Vicryl.  Skin closure was delayed until the completion of the medial portion.

Attention was then turned medially where a gently curving incision was made behind the medial malleolus and the posterior tibial tendon

ALASKA REGIONAL HOSPITAL

NAME: GROVE, LAWRENCE HAROLD
MR#: L000355307
**OPERATIVE REPORT**

sheath entered leaving a 1.5 cm intact band behind the malleolus to prevent subluxation. The tendon sheath was markedly thickened and hyperemic as seen on the MRI scan and this was debrided. There were adhesions directly behind the malleolus where his maximum pain area was and a tenolysis was performed and all adhesions were removed. There was a slight fusiform swelling of the posterior tibial tendon distal to this point with a few small longitudinal fractures in the tendon, these were debrided; but the main substance of the tendon as intact and it looked quite good, once all the adhesions were released. The sheath was left open except for the 1.5 cm area. It was irrigated. The tendon had a free glide and was intact at completion. Again the soft tissues were injected with 0.5% plain Marcaine and then closure performed in layers using 3-0 Vicryl.

The tourniquet was then deflated and the meticulous hemostasis achieved medially and laterally. Both wounds were dry at closure.

Skin was closed with skin staples. Sterile antibiotic dressing was put in place and a conforming lower extremity dressing applied and then a fiberglass posterior splint with the ankle in neutral dorsiflexion and the foot everted applied.

COUNTS: Counts were correct.

ESTIMATED BLOOD LOSS: 30 cc.

SPECIMENS: Two specimens were sent.
1. Chondral defect, right talus.
2. Posterior tibial tendon sheath, right ankle.

The patient tolerated the procedure well and was transferred to the recovery room in satisfactory condition.


**Michael J Geitz, MD**

D: 05/20/03 1012
T: 05/21/03 1707

cc: Michael J Geitz, MD
    Houman Tamaddon, MD

Exhibit 2
page 3 of 3

LG 000225

Dictating Physician Copy / STATUS: Draft

Page 3 of 3

5309?

## OPERATIVE REPORT

~~Alaska Surgery Center~~

PATIENT: GROVE, LAWRENCE H.

ACCOUNT NUMBER: 16596

DATE OF SURGERY: March 8, 2005

SURGEON: Eugene Chang, M.D.

PREOPERATIVE DIAGNOSIS: Right ankle anterolateral soft tissue impingement and synovitis.

POSTOPERATIVE DIAGNOSIS: Right ankle anterolateral soft tissue impingement and synovitis.

PROCEDURE: Right ankle arthroscopy with soft tissue debridement, extensive, and chondroplasty.

ANESTHESIA: General.

ANESTHETIST: Waldron Upham, CRNA

ESTIMATED BLOOD LOSS: Less than 5 cc.

FINDINGS: 1) Heavy soft tissue overgrowth to anterolateral gutter with anterolateral synovitis; 2) Grade 2/3 chondromalacia, lateral ridge of the talus.

INDICATIONS FOR PROCEDURE: This patient is a 51-year-old male with a history of right ankle trauma. He has continued to have a lot of pain in the anterolateral aspect of his ankle. The plan today is to do an anterolateral soft tissue debridement and chondroplasty if needed. The risk of infection, neurovascular injury, and DVT's were discussed with the patient preoperatively.

DETAILS OF PROCEDURE: The patient was brought to the operating room, where general anesthesia was instituted. The left lower extremity was prepared with a Webril padded tourniquet on the right thigh. A sand bag was placed and a gynecologic holder was used to hold the leg so that the hip was flexed as well as the knee. A well-padded gel sheet was placed in the gynecologic holder to protect the peroneal nerve.

The right lower extremity was then prepped and draped in the usual fashion. A sterile Kerlix was used to wrap around his ankle in a figure-of-eight. Manual distraction was carried out with the Kerlix tied around my waist. An anteromedial portal was initially established just medial to the anterior tibial tendon. Soft tissue dissection was taken down to the capsule joint. Evaluation

Exhibit 2
page 1 of 2           LG00597

Alaska Surgery Center

**OPERATIVE REPORT**
PATIENT: GROVE, LAWRENCE H.
ACCOUNT NUMBER: 16596
DATE OF SURGERY: March 8, 2005
SURGEON: Eugene Chang, M.D.
PAGE: 2

into the capsule joint showed that there was a tremendous amount of soft tissue in the anterior capsule encroaching into the anterior part of the ankle joint from medial to lateral. An anterolateral portal was established. A shaver was then placed for soft tissue just to improve our visualization. Evaluation of the medial half of the talus as well as the medial gutter showed the cartilage was in pristine condition without any defects or any loose bodies. The anterolateral gutter and anterolateral corner was completely obliterated by excessive overgrowth of soft tissue and scar. A extensive amount of time had to be spent on using an additional accessory port anterolaterally to shave out this anterolateral soft tissue. A combination of biters and shavers were used. After about a half an hour to 45 minutes of work, I was finally able to clean up the anterolateral gutter enough to see the fibula and the gutter. No loose bodies were noted. With the ankle plantar flexed, I was able to appreciate the cartilage damage from his previous ankle trauma. Grade 2/3 chondromalacia was seen in the mid portion of his talus laterally. His ankle joint was very tight and it was hard for me to see the back of the ankle, yet none of his symptoms were in the back. I did not want to damage his cartilage trying to pry to visualize back there. Yet, both gutters were clean and the cartilage, other than the lateral aspect, looked good.

Excess water was then expressed out. The portals were closed with a nylon suture. 0.5% Marcaine was injected into the portal sites. The tourniquet was let down at 61 minutes. The toes reprofused immediately. Sterile dressing with a splint was then applied. The patient was then extubated and taken to the recovery room in good condition.

_____ / 3/11/05
Eugene Chang, M.D.                Date

EC:jw

D: 03/08/05
T: 03/08/05

Exhibit 2
page 2 of 2    LG00598