Page 1

1           IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF ALASKA

3   _____

4   LAWRENCE H. GROVE, CYNTHIA         )
    GROVE, SARAH GROVE, and            )
    MICHAEL GROVE (DOB 1/21/88)        )
5   by and through his father          )
    LAWRENCE H. GROVE,                 )
6                                      )
              Plaintiffs,              )
7                                      )
         vs.                           )
8                                      )
    UNOCAL CORPORATION,                )
9                                      )
              Defendant.               )
10  _____)

    Case No. 3:04-cv-0096-TMB
11

12

13  _____

    VIDEOTAPED DEPOSITION OF MICHAEL GEITZ, M.D.
14  _____

15
                   Pages 1 - 143
16            Tuesday, October 10, 2006
                     9:12 A.M.
17
            Taken by Counsel for Defendant
18                        at
             C Tower, Regional Hospital
19         2741 DeBarr Road, Suite 415-C
                  Anchorage, Alaska
20

21

22

23

24

25

PACIFIC RIM REPORTING, LLC
www.courtreportersalaska.com

Exhibit 4
page 1 of 18

Page 76

1  Do you have a copy of that?
2       MR. WEIDNER: Do you have a Bates number?
3       MS. JOHNSON: Not yet.
4  A  No, I don't see it.
5  BY MS. JOHNSON:
6  Q  Maybe it was the one from 1/3/04 that I was
7  looking at.
8  A  I don't have a copy.
9       MS. JOHNSON: 302505.
10 A  I don't find it.
11 BY MS. JOHNSON:
12 Q  Here's my copy if you want to look at it and
13 see if you have that. Do you have a copy of that in
14 your file? I believe that it's misnumbered.
15 A  Yes, I do have it here.
16 Q  Okay. And at the top of the page, it says
17 "ankle, right, January 3, 2004," but at the bottom it
18 says "dictated 1/4/2005."
19      Do you have any indication of what the
20 correct date on this would be?
21 A  I think it would be January 3rd, 2005.
22 That's the day I saw him, that's the day I ordered the
23 x-ray. I think that's an error.
24 Q  And so Dr. Cruz -- did you review this before
25 or after you saw Mr. Grove?

Page 77

1  A  After.
2  Q  And what did Dr. Cruz conclude?
3       MR. WEIDNER: Objection. Form of the
4  question.
5  A  He said there's evidence of multiple injuries
6  to the medial malleolus, mild subchondral sclerosis in
7  the talus without obvious deformity, and no specific
8  evidence of osteoarthritic degeneration of the joint.
9  BY MS. JOHNSON:
10 Q  Okay. So he found no specific evidence of
11 osteoarthritic degeneration --
12      MR. WEIDNER: Objection. Form of the
13 question.
14 BY MS. JOHNSON:
15 Q  -- what does that mean to you, osteoarthritic
16 degeneration?
17      MR. WEIDNER: Objection. Form of the
18 question.
19 A  Arthritis. I disagree with his
20 interpretation. I've got measured narrowing of the
21 joint in the lateral space.
22 BY MS. JOHNSON:
23 Q  Okay. It states here that Dr. Cruz was
24 comparing it to another examination. Is that correct?
25 A  Yes.

Page 78

1  Q  Would Dr. Cruz have -- do you know whether
2  Dr. Cruz would have done the same sort of comparison,
3  the measurements that you did?
4       MR. WEIDNER: Objection. Form of the
5  question. It calls for speculation.
6  A  I don't know.
7  BY MS. JOHNSON:
8  Q  He also talks about multiple old injuries.
9  Do you know what multiple old injuries he was
10 referring to?
11 A  No.
12 Q  And could that have been the injury from 2000
13 that we talked about earlier?
14      MR. WEIDNER: Objection. Form of the
15 question. It calls for speculation.
16 A  I don't know.
17 BY MS. JOHNSON:
18 Q  Did you ever diagnose Mr. Grove as unable to
19 work at all?
20 A  No.
21 Q  Did you ever advise him not to go back to
22 work at all?
23 A  No.
24      MS. JOHNSON: I have no other questions.
25 Thank you.

Page 79

1              EXAMINATION
2  BY MR. WEIDNER:
3  Q  Good morning, Doctor.
4  A  Good morning.
5  Q  My name is Phillip Weidner. As I indicated
6  on the record, I represent Dr. Grove and the other
7  plaintiffs in this matter.
8       If I put a question to you that appears
9  confusing or I use a word that doesn't appear
10 appropriate, let me know, and I'll rephrase. All
11 right?
12 A  Okay.
13 Q  Do you have any type of an anatomical model
14 of an ankle here in the office that might be readily
15 assessable?
16 A  Yes.
17 Q  Let's go off record for a moment. I'm going
18 to ask you to locate that.
19      VIDEOGRAPHER: Off record, 11:06.
20      (Off the record.)
21      VIDEOGRAPHER: On record, 11:06.
22 BY MR. WEIDNER:
23 Q  Doctor, what I'm going to be asking you is,
24 is I'm going to ask you to -- I'm going to ask you
25 some more detailed questions about the operative

Page 80

1  reports, about your observations, about some of the
2  areas that Counsel's been asking you, and I just want
3  to understand, and I want you to help the jury to
4  understand, the various parts of the ankle that we're
5  referring to, so if you could take some time.
6       I'm going to ask you to speak slowly so I can
7  follow you and so the jury can follow you. Can you
8  basically explain how that ankle works and what are
9  the various bones or areas of the ankle you've been
10 referring to?
11    A   The talus, which is the bottom part of the
12 ankle joint the ankle sits on top, is the bone that
13 had the fracture, in the lateral corner over here.
14      The posterior tibial tendon runs behind the
15 ankle and runs down underneath and comes up the side.
16 And the lateral ligaments hold the talus and the
17 calcaneus and the tibia; they run over here on the
18 lateral side, so they run to the ankle bone here.
19      So that his injury was to the ligaments on
20 the outside of the ankle, the bone on the top of the
21 ankle bone here, and then the posterior tibial tendon
22 on the inside, which runs here.
23    Q   Is this a right foot or a left foot?
24    A   It's a right foot.
25    Q   All right. So on the right side of the right

Page 81

1  foot, there's a tendon that runs there?
2     A   His injury was to his ligament.
3     Q   His ligament, okay.
4     A   The anterior talofibular ligament.
5     Q   Okay. I heard what you said, but you lost me
6  a little bit there.
7     A   It's the ligament between the talus and the
8  fibula, the ankle bone that sits right here.
9     Q   So that would be on the right side of the
10 right foot?
11    A   Yes.
12    Q   And there was an injury to that ligament?
13    A   Yes.
14    Q   And what type of injury was that?
15    A   It stretched the ligament and resulted in
16 chronic laxity.
17    Q   Okay. And what does chronic laxity mean?
18    A   The ankle will open up and it has more
19 mobility than it should.
20    Q   And you said it stretched it. Was that, in
21 your medical opinion, from some type of
22 hyperextension, or what was the mechanism of that?
23    A   Usually from an inversion injury.
24    Q   What's an inversion injury?
25    A   The foot rolls outward like that.

Page 82

1     Q   Now, in terms of the evidence you saw of that
2  injury, were you able to see actual evidence of that
3  injury when you actually did the surgery?
4     A   Yes.
5     Q   And what evidence did you see when you
6  actually saw the surgery of that injury?
7     A   The ligament was -- I'll have to read my
8  operative report.
9     Q   That's fine. And can you tell us the date of
10 your operative report that you're referring to?
11    A   5/20/03. And the anterior talofibular
12 ligament was very lax and attenuated, which means just
13 loose and floppy.
14    Q   Doctor, just so we've got a clearer record
15 here, I'm going to hand you some documents, a
16 three-page document. For the record, it bears LG00547
17 through LG00549. Is this your operative report from
18 5/20/03?
19    A   Yes.
20    Q   All right, okay. So on the first page,
21 midway down, you say: His intraoperative findings
22 correlated exactly with his clinical findings, his
23 x-rays, and his MRI scan.
24      What did you mean by that?
25    A   Just what it says. What we found at surgery

Page 83

1  were the three problems that we identified
2  preoperatively by looking at his exam and his x-ray
3  and his MR scan.
4     Q   Okay. And you go on to say: The ATFL
5  lateral ligament was very lax and attenuated.
6       What does ATFL stand for?
7     A   Anterior talofibular ligament.
8     Q   And that's the one you've just been kind
9  enough to show us is on the right side of the right
10 foot?
11    A   Yes.
12    Q   And that basically, by being lax and
13 attenuated, you could tell that it had been stretched
14 to the point that it needed some type of repair?
15    A   Yes.
16    Q   Then you go on to say: The calcaneal fibular
17 ligament was intact and tight.
18    A   Yes.
19    Q   Which ligament is that you're referring to?
20    A   That's the second ligament on the outside of
21 the ankle bone that goes between the fibula - the
22 ankle bone - and the heel bone, the calcaneus. So the
23 front ligament and the side ligament.
24    Q   All right. So is it fair to say, and correct
25 me if I'm in error here, that as to that ligament you

23 (Pages 80 to 83)

Page 84

1  didn't see any damage?
2     A  It was tight. I didn't see any damage, no.
3     Q  Okay. Now, you go on to say there was a
4  large chondral defect on the lateral talar articular
5  surface as seen on plain x-ray and the MRI scan.
6        I know that's fairly obvious what that means,
7  but please explain what you observed.
8     A  That's the large fracture fragment, the bone
9  and cartilage chip off this lateral corner here.
10    Q  So basically from some type of force there
11 was a chip broken out of that bone?
12    A  Yes.
13    Q  And you go and describe this. You say: This
14 chondral piece was 8 x 16 millimeters in size. It was
15 loose and avascular.
16       How would you characterize the order of
17 magnitude of a chip of that size, 8 x 16 millimeters,
18 in terms of your professional observations of similar
19 injury?
20    A  That's a large piece.
21    Q  And you say it was loose and avascular. What
22 does that mean?
23    A  It was free in the crater and there was no
24 blood supply to it, no blood vessels, nothing adhering
25 it to the bone that would allow it to heal.

Page 85

1     Q  So -- and I think you just answered this. So
2  given the nature of the fracture, any blood supply
3  that normally would have been present to provide blood
4  and nutrients to that area have been interrupted?
5     A  Yes.
6     Q  And what's the effect of such interruption of
7  blood supply to a bone of that nature?
8     A  It won't heal.
9     Q  And I know it's fairly obvious, but why is
10 that?
11    A  There's no chance for blood vessels to grow
12 in and heal the bone underneath the cartilage.
13    Q  And you go on to say: The bony bed was --
14 can you help me with that pronunciation?
15    A  Sclerotic.
16    Q  Sclerotic. What does that mean?
17    A  Just very hard and dense.
18    Q  And what is the significance, if anything, of
19 that observation?
20    A  Underneath the cartilage and the subchondral
21 bone, which is the bone just under the cartilage, you
22 get into cancellous bone, which is very -- it's like
23 bone marrow; it's a very porous-type bone. When it
24 seals itself off, it forms a very dense, hard, almost
25 like this plastic surface, over the top of it, and

Page 86

1  that's going to eliminate any chance of blood vessels
2  growing through it. It's just the body's response to
3  a healing.
4     Q  Now, you referred to cartilage. Just, if you
5  would be kind enough to edify me a bit, what do you
6  mean by cartilage and what's its function?
7     A  The cartilage is the smooth lining of the
8  joint that lubricates the joint and has the smooth
9  surface.
10    Q  There's been some discussion of arthritis in
11 this deposition. What is arthritis?
12    A  Arthritis is inflammation and destruction of
13 the cartilage of a joint.
14    Q  And what is the effect of arthritis in a
15 joint, in terms of the manifestations of that effect
16 to the patient?
17    A  It loses its smoothness; therefore, it causes
18 more friction and it causes faster wear, so it wears
19 down.
20    Q  And does that have any significance in terms
21 of potential pain?
22    A  Yes. It causes inflammation in the joint,
23 which can cause pain.
24    Q  Now, you go on to say, in this same operative
25 report -- now, these are all observations that you

Page 87

1  recorded contemporaneous with your actual surgery?
2     A  Yes.
3     Q  And you recorded those in the course of your
4  profession as an orthopedic surgeon?
5     A  Yes.
6     Q  And you undoubtedly made an attempt to be
7  accurate in your recording of these observations?
8     A  Yes.
9     Q  You go on to say: The posterior tibial
10 tendon was chronically inflamed.
11       What did you mean by that?
12    A  The sentence that follows that, "the sheath
13 was hypertrophied and adherent behind the medial
14 malleolus." In other words, it was scarred and stuck
15 down to the sheath behind the inside bone of the
16 ankle.
17    Q  All right. If you would be kind enough, and
18 please do this slowly, will you show us on that model
19 where this posterior tibial tendon would be located?
20    A  It's running right behind the -- it runs
21 behind the medial malleolus, the big bone on the
22 inside of the ankle, and it runs right behind in this
23 groove right here and attaches underneath. So it was
24 adherent right in here in the sheath.
25    Q  All right. And what is the sheath?

Page 88

1  A  It's the lining of the joint that allows it
2  to slide, a lining of the tendon that allows it to
3  slide. It's like a sausage skin with the tendons in.
4  Q  Okay. And so using your analogy, the tendon
5  slides inside of the sheath, which is kind of like
6  inside of a sausage skin?
7  A  Yes.
8  Q  Why is it necessary for it to slide inside of
9  that?
10  A  So it can move.
11  Q  And in your medical opinion, what type of
12  phenomenon would lead to it being chronically
13  inflamed?
14  A  Partial tears in the tendon fibers.
15  Q  And how does that lead to it being
16  chronically inflamed?
17  A  It just forms scar tissue around the tendon
18  instead of tendon collagen.
19  Q  And what is tendon collagen?
20  A  It's just the fibers that make -- it's like
21  the twist fibers in a cable that intertwine together
22  that make the tendon. If there's a partial tear in
23  that, they will fill in with scar tissue.
24  Q  All right. And what's the effect of that, in
25  terms of what manifestations of that effect might a

Page 89

1  patient expect?
2  A  It can cause pain, and, as I mentioned
3  earlier, it can cause degeneration in the tendon,
4  where, over a long period of time, the tendon
5  stretches out and lengthens and then allows the arch
6  to collapse.
7  Q  And when you say the arch to collapse, is
8  there any way to illustrate that with that model you
9  have there?
10  A  When you're standing, it's like this, and
11  then it slowly stretches so that the support -- it's
12  like a hammock, and it's just too loose and so the
13  arch collapses down like that. It's called an
14  adult-acquired flatfoot.
15  Q  And what's the effect on a patient of having
16  an adult-acquired flatfoot?
17  A  That can be very debilitating. It causes
18  pain, arthritis, stiffness. It's hard to walk on the
19  inside of your foot.
20  Q  Now, you go on to say the sheath was
21  hyper- -- you've already read this -- but the sheath
22  was hypertrophied?
23  A  Hypertrophied.
24  Q  Thank you.
25     What does that mean?

Page 90

1  A  Enlarged.
2  Q  Okay. And you say "and adherent." What do
3  you mean by adherent?
4  A  It's stuck down.
5  Q  And is that a --
6  A  It's scarred down. It's been injured. It's
7  scarred behind the ankle.
8  Q  All right. Behind the medial malleolus?
9  A  Yes.
10  Q  All right. And you say "and there was
11  fusiform swelling." And please excuse me if I'm
12  butchering those terms. You can give me a correct
13  pronunciation, but -- well, how do you pronounce that?
14  A  Fusiform.
15  Q  And what does that mean?
16  A  It just means an elliptical enlargement.
17  Q  In what? In the sheath?
18  A  In the tendon.
19  Q  In the tendon. "With some longitudinal
20  cracks in the posterior tibial tendon itself just
21  distal to the medial" --
22  A  Malleolus.
23  Q  -- "malleolus"?
24  A  Yes.
25  Q  All right. Now let's see if we can break

Page 91

1  that down a little bit.
2     You say longitudinal cracks. What do you
3  mean by longitudinal cracks?
4  A  These are partial tears in the tendon. The
5  tendon has longitudinal fibers; they get some tears.
6  All of this description is just a partial tear in the
7  tendon from trauma.
8  Q  All right. And I appreciate your patience
9  with me, Doctor. I'm just trying to make sure I
10  understand your observations.
11     When you say the posterior tibial tendon,
12  that's the one you just described for me?
13  A  Yes.
14  Q  You say just distal. What does distal mean?
15  A  Further toward the tip of the foot, just in
16  front of the ankle bone.
17  Q  All right. And then the -- then you go on to
18  describe what you did?
19  A  Yes.
20  Q  All right. And I'm not going to read
21  everything, but -- all right. In this second
22  paragraph, you say: A longitudinal lateral incision
23  was made and the dissection carried out down to the
24  deep structures. The very attenuate ATFL ligament was
25  identified on both sides. The calcaneal fibular

Page 92

1  ligament was intact. The ligament was then divided
2  approximately 3 millimeters distal to its fibular
3  attachment and then freed and then the -- can you help
4  me with that pronunciation?
5    A  Arthrotomy. It means opening the joint.
6    Q  -- performed in the lateral corner?
7    A  Right.
8    Q  Can you tell me, in as simple terms as
9  possible, what that means, what you did?
10   A  The ligament is very loose and floppy, so in
11 order to repair it later, we cut it just a little bit
12 away from where it attaches to the bone, and then we
13 open it up so we can get into the joint. And then we
14 take care of the joint problem, and then when we're
15 done with that, then we repair the ligament back over
16 it.
17       So we open up the ligaments in the place
18 where we're going to do the repair, to fix the defect
19 in the lateral corner right here.
20   Q  All right. Then you go on to say: The large
21 8 x 16 millimeter chondral defect on the lateral
22 corner of the talus was readily identified.
23       That's that bone chip you told us about?
24   A  Right.
25   Q  And so when it says identified, you saw it?

Page 93

1    A  Yes.
2    Q  It says: The cartilage piece was free and
3  mobile and avascular and was removed.
4        And you've told us previously avascular means
5  there was no blood supply to it?
6    A  Right.
7    Q  And by removed, you took it out?
8    A  Right.
9    Q  And then you say "the bed" -- that's that
10 crater under --
11   A  That's the bottom of the crater, correct.
12   Q  Right. In the bone where the chip had been
13 broken out of?
14   A  Yes.
15   Q  -- "was" --
16   A  Curetted.
17   Q  And you described it's S-C-L-E-R --
18   A  Sclerotic.
19   Q  And that's the hard --
20   A  Very hard, yeah, kind of sealed-over bone.
21   Q  Right. "It was curetted and drilled back to
22 bleeding bone."
23       Now, what do you mean by curetted and drilled
24 back to bleeding bone?
25   A  That we want it to fill from the bottom up,

Page 94

1  so you have to take this very thick, hard sclerotic
2  layer off, and then you get down into the cancellous
3  bone, which is the -- I think the common term is bone
4  marrow, but it's the loose bleeding bone underneath
5  the thick outer layer, and that's to stimulate the
6  blood supply to that it can heal.
7    Q  All right. And then you went on to do some
8  other procedures, and you go on down, in the next
9  paragraph, and you say: Final irrigation was
10 performed. The crater bed from the osteochondral
11 defect was stable and bleeding. And then you say "the
12 ligament repair was then performed"?
13   A  Right.
14   Q  So after you dealt with the crater --
15   A  Right.
16   Q  -- you went on to repair the ligament?
17   A  Yes.
18   Q  And again, I know you've told me, but which
19 ligament are we talking about?
20   A  This is the anterior talofibular ligament.
21   Q  Which is the one on which side of the foot?
22   A  The lateral, the outside of the foot. We're
23 still on the outside. I haven't made the incision on
24 the inside yet, we're still on the outside of the
25 foot.

Page 95

1    Q  So to my layman's terms, it would be the
2  right side of the right foot?
3    A  Right.
4    Q  I'm sorry to do that to you, Doctor, but I
5  just want to make sure I'm communicating with you.
6        It says: The distal part of the ligament was
7  shortened.
8        What does it mean by distal part of the
9  ligament?
10   A  Distal means further toward the end of the
11 extremity. You have two flaps of ligament. You had
12 one that you -- you cut it about 3 millimeters from
13 where it's going to attach, and what you do is you
14 shorten it up and you bring it -- it's like doing a
15 double-breasted suit. You take the -- I don't know if
16 the camera can see this -- but you take the one
17 that's -- it's too floppy, it's loose like this. So
18 you cut it just below where it attaches, and then you
19 take the end part, tuck it down like that into the
20 bone, and then you take the other part and bring it
21 over like that. So you tighten it and you do a
22 double-layer repair. It's just like folding over a
23 double-breasted suit.
24   Q  When you say you do the double-layer repair,
25 physically, how do you do that? What do you do?

Page 96

1  A  You tuck the end part to the bone and then
2  you take the flap that you made and bring it over the
3  top and stitch it.
4  Q  So you actually put stitches in?
5  A  Yes. It's stitched to the bone and then to
6  itself.
7  Q  All right. Do those stitches eventually
8  dissolve or they remain?
9  A  No. These are permanent sutures.
10 Q  And what type of material is used?
11 A  Supramid.
12 Q  What is that?
13 A  It's a Dacron suture.
14 Q  You say: The distal part of the ligament was
15 shortened and attached to the roughened fibula through
16 drill holes in its anatomic place, and then the
17 proximal flap was oversewn to reinforce the
18 reconstruction.
19    That's what you've just described to us?
20 A  Yes.
21 Q  There's your answer -- or my answer. "This
22 was done with a 2.0 Supramid, which gave an extra
23 tight anatomic repair."
24    And then you say that the repair was
25 reinforced by suturing the lateral extensor --

Page 97

1  A  Retinaculum.
2  Q  -- retinaculum to the distal aspect of the
3  fibular --
4  A  Periosteum.
5  Q  -- with care taken not to overtighten it?
6  A  Right.
7  Q  All right. And then going on down, you do
8  some more procedures there, and then you say:
9  Attention was then turned medially where a gently
10 curving incision was made behind the medial malleolus
11 and the posterior tibial tendon sheath entered,
12 leaving a 1.5 centimeter intact band behind the
13 malleolus to prevent subluxation.
14    What were you doing there?
15 A  You open up the pulley system of the tendon,
16 the pulley that it runs in, the sheath and the pulley.
17 You have to leave enough of a flap so that when you're
18 done it doesn't slide over the front of the ankle, so
19 you can repair it back down. So that's where we make
20 the -- it's like this: The tendon's running here and
21 it's running underneath. You just have to open it up
22 so you can get to the tendon and leave enough so that
23 you can put it back down so that it stays where it
24 belongs.
25 Q  Okay. Now, which tendon are we talking

Page 98

1  about?
2  A  There's a posterior tibial tendon the inside
3  of the ankle.
4  Q  So that's not the one on the right side of
5  the foot, it's the other one you showed us?
6  A  It's the other one.
7  Q  So now you've moved on to your third area of
8  repair?
9  A  Right.
10 Q  All right. And you say: The tendon sheath
11 was markedly thickened and hyperemic --
12 A  Hyperemic.
13 Q  -- as seen on the MRI scan, and thus was
14 debrided.
15    What do you mean by that?
16 A  It was inflamed. Hyperemic is, it's
17 inflamed, it has lots of blood vessels. And we -- and
18 it was thickened, scarred down, so we removed all the
19 scar tissue.
20 Q  You say: There were adhesions directly
21 behind the malleolus where his maximum pain area was,
22 and a" --
23 A  Tenolysis.
24 Q  -- was performed and all adhesions were
25 removed.

Page 99

1     What does that mean?
2  A  Tenolysis is freeing the tendon from all of
3  the scar tissue so it can slide in the tunnel.
4  Q  And you go on to say: There was a slight
5  fusiform swelling of the posterior tibial tendon
6  distal to this point, with a few small longitudinal
7  fractures in the tendon.
8     What did you mean by that?
9  A  Right. That's where the partial rupture was,
10 and then you get these little fracture scars in there.
11 And these were trimmed down. You take it -- the scar
12 tissue is just nonfunctional, so you just shell it
13 out.
14 Q  All right. Okay. Now, doctor, I've had some
15 illustrations prepared by a group that worked from
16 your operative -- your medical charts and your
17 operative notes. I'm going to ask if you can help me
18 to see if these are accurate.
19    MR. WEIDNER: And I don't have an extra copy,
20 Counsel.
21    MS. JOHNSON: Well, I'm going to object to
22 these, because I haven't seen them before and I
23 haven't gotten to look over them or ask anybody to
24 review them, so I have no ability to do any
25 cross-examination of him.

Page 100

1    MR. WEIDNER: You can object, but I'm going
2 to go ahead and proceed. I'm going to mark this as an
3 exhibit. Exhibit 2 will be the operative report, and
4 then Exhibit 3.
5    (Exhibit Nos. 2 and 3 marked.)
6    MS. JOHNSON: Exhibit 3 is marked over my
7 objection.
8 BY MR. WEIDNER:
9  Q  Doctor, take a look at this and tell me --
10 and take all the time you need to study it, and tell
11 me if that's an accurate depiction of the preoperative
12 condition of Mr. Grove. And if there's any
13 inaccuracies, you can help me correct it.
14    MS. JOHNSON: And I also object, since I
15 don't have a copy to review myself.
16    MR. WEIDNER: Counsel, I'll give you a small
17 copy so you can take a look here.
18  A  This is prepared based upon the MRI report
19 that was obtained by Dr. Nolan that was six months
20 before the surgery, so some of these things that I see
21 were not findings at surgery.
22    It was not a complete tear of the ATFL, but,
23 rather, it was intact but stretched, so I don't think
24 that a complete rupture is correct.
25 ///

Page 101

1 BY MR. WEIDNER:
2  Q  Okay. And, Doctor, I think it would be
3 helpful if you could hold it up for the camera, and
4 with Counsel's permission - I know you're preserving
5 your objection --
6    MS. JOHNSON: I am.
7 BY MR. WEIDNER:
8  Q  -- but we'll zoom in - and if you could just
9 explain to us what appears accurate and anything that
10 needs to be clarified on that diagram or that
11 illustration.
12  A  The anterior talofibular ligament was not
13 completely ruptured. It was stretched and loose, but
14 there was no complete rupture in here.
15    The osteochondral defect was here in the
16 corner, and --
17  Q  Doctor, I appreciate your help, but could you
18 slow down just a little bit so we can follow you, and
19 the cameraman can follow you?
20  A  The osteochondral, the cartilage and bone
21 defect, was right here in the lateral corner and was
22 loose.
23    The posterior tibial tendon was adherent in
24 the sheath behind the malleolus, up a little further,
25 and then had some longitudinal fissuring in this area

Page 102

1 here.
2    The deltoid ligament was not explored. These
3 ligaments here were not explored. And the
4 calcaneofibular ligament here appeared intact. There
5 was no tear in that at the time of surgery.
6  Q  All right.
7    MS. JOHNSON: So I also object to it as being
8 nonrepresentative of his findings.
9 BY MR. WEIDNER:
10  Q  All right. Doctor, we've also prepared,
11 working with your operative report, an illustrative
12 exhibit of what we believe were the surgical
13 procedures that you performed. I'm going to ask this
14 be marked as Exhibit 4 and hand it to you.
15    MS. JOHNSON: I'm going to object to the same
16 things here. I haven't had this before today, I
17 haven't had a chance to look at it, I haven't had a
18 chance to research it or review it.
19    (Exhibit No. 4 marked.)
20    MS. JOHNSON: And it's marked over my
21 objection.
22 BY MR. WEIDNER:
23  Q  Why don't you take all time you need to study
24 it, and then I'm going to ask you if it's accurate and
25 if you could hold it up for the camera and explain to

Page 103

1 us, pointing to the areas, as to what you did in the
2 surgery, and if there's anything that needs to be
3 corrected on it.
4  A  The incision is roughly correct.
5    B is incorrect. I did not divide the
6 calcaneofibular ligament. It was intact and I left it
7 intact.
8    The anterior talofibular ligament was intact,
9 and I divided it 3 millimeters from the bony surface
10 here so that I could do the repair.
11    I debrided the crater of the removed bone
12 defect, and then I - let me look - I used a curette,
13 not a power burr. This is a power high-speed burr,
14 which is a little bit too aggressive. I used a hand
15 scraper to do the exact same thing, to create a smooth
16 stable border around the crater, and then we create
17 microfractures with a small pick to make it bleed. So
18 this was done by hand, not with power.
19    Then I repaired the ligaments. The ligament
20 repair, this one was not repaired and was not injured.
21 The repair is not a single layer, but, rather, a
22 pants-over-vest, taking this edge, attaching it to the
23 bone, and then taking this stump and folding it over
24 the top.
25    The posterior tibial sheath was debrided, all

Page 104

1  the scar tissue removed off the sheath. The
2  debridement of the fissuring, we removed the scarred
3  tissue in the tendon, in this fusiform swelling, so
4  that's correct, and then we closed the sheath over
5  that.
6      MS. JOHNSON: I also object to it not being
7  an exhibit of what he actually did.
8  BY MR. WEIDNER:
9      Q  Doctor, pick that up just again for a second.
10 You said B was inaccurate, and I realize you described
11 the inaccuracy as to the ligaments -- or the ligament,
12 the one ligament, but in terms of the approximate
13 location of where it shows the removal of the fracture
14 fragment from the talar bone, does that appear to be
15 correct?
16     A  That's correct.
17     Q  All right. And C, where it depicts a crater
18 drilled to bleeding bone, is that --
19     A  It's the correct position. I did it by hand,
20 not by a power burr.
21     MR. WEIDNER: I'm going to mark this as the
22 exhibit next in order.
23     (Exhibit No. 5 marked.)
24     MS. JOHNSON: Is there a production number on
25 it so that we can refer to it?

Page 105

1      MR. WEIDNER: No.
2      MS. JOHNSON: So you haven't produced this to
3  me?
4      MR. WEIDNER: I don't know if it's been
5  produced yet or not, Counsel.
6      MS. JOHNSON: So I object to it being marked
7  since it hasn't been produced to me.
8      MR. WEIDNER: Your objection's noted.
9  BY MR. WEIDNER:
10     Q  Doctor, I've just handed you a Xerox copy of
11 an article from the Journal of American Academy of
12 Orthopaedic Surgeons, a Comprehensive Review?
13     A  Yes.
14     Q  And the title is Osteochondral Lesions of the
15 Talar Bone by James W. Stone M.D.?
16     A  Yes.
17     MS. JOHNSON: I'm sorry, do you have an extra
18 copy for me to review?
19     MR. WEIDNER: I may have an extra copy of it.
20     We'll have to share a copy, Counsel.
21 BY MR. WEIDNER:
22     Q  It shows a date of March/April 1996. Do you
23 recognize this article?
24     A  Yes.
25     Q  How does this article relate to the type of

Page 106

1  injury you observed of Mr. Grove?
2      A  This is the type of lesion that he had in his
3  talus.
4      Q  Are there any -- I note on -- go to page No.
5  64 at the bottom. It talks about a mechanism of the
6  fracture. Do you see that?
7      A  Yes.
8      Q  Would that be helpful for you to explain the
9  mechanics of the fracture that Mr. Grove suffered?
10 Does this illustrate it?
11     MS. JOHNSON: Objection. Foundation.
12     A  Well, I don't know exactly what this is, but
13 when the ankle comes down, the talus tips into the
14 mortuus, which the ankle is a mortuus joint; and it
15 tips down, it tears the ligament, rocks over, and then
16 it impacts against the corner of the fibula or against
17 the edge of the tibia here and impacts, causing a
18 slight separation of the bone and the subchondral
19 cartilage, which leaves behind this defect.
20     The best analogy I can think of is taking a
21 hard-boiled egg and hitting it with a spoon, and you
22 put a fracture fragment in it, the shell is soft, the
23 egg underneath, but it doesn't really go anywhere.
24 Originally it's inherent in the crater where the
25 impaction occurred, and many of these will heal.

Page 107

1  They'll grow blood vessels up from the bottom, heal
2  the bone, the cartilage will smooth and the ligament
3  will heal. But those that don't, you have to repair
4  the ligament and then deal with the defect, depending
5  on its vascular status over here - I don't know if
6  that's straight or not - but that's -- the ankle comes
7  over, and then it impacts in the corner of the fixed
8  mortuus and something has to give. Usually the
9  ligament is torn and the bone impacts in the
10 anterolateral corner right here.
11 BY MR. WEIDNER:
12     Q  All right. Now, on -- it's got an E
13 underneath the last illustration there, and it shows a
14 little fragment. Do you see that?
15     A  Yes.
16     Q  Could you circle that fragment?
17     A  (Witness complies.)
18     Q  Now, in that illustration, how's the position
19 of that fragment, in relation to the position of the
20 fragment that you observed of Mr. Grove?
21     A  That's --
22     MS. JOHNSON: Objection. Foundation.
23     A  -- where it was.
24 BY MR. WEIDNER:
25     Q  We had simultaneous speech there. Could you

Page 108

1  please repeat your answer.
2    A   That's where it was.
3    Q   Look at the next page, page 65. It says:
4  Berndt and Harty system for staging osteochondral
5  lesions of the talar dome. Stage -- are you with me?
6    A   Yes.
7    Q   -- Stage I is characterized by a small area
8  of subchondral compression. In Stage II, there is a
9  partially detached fragment. In Stage III, a
10 completely detached fragment remains in the crater.
11 In Stage IV, a fragment is loose in the joint.
12       How would you characterize Mr. Grove's
13 fragment that you observed, in terms of the staging?
14   A   I think it was Stage IV. It was loose in the
15 joint. It just popped right out when we opened the
16 joint.
17   Q   Could you circle Stage IV there, please, and
18 could you put your initials and today's date on that
19 so we have a record of who did that?
20   A   (Witness complies.)
21   Q   And could you go back and initial the other
22 circle you made around the fragment?
23   A   (Witness complies.)
24   Q   Now -- go ahead, Doctor, take whatever time
25 you need to look at that.

Page 109

1    A   I'm done here.
2    Q   All right. Now, sometimes I have a habit of
3  jumping around a little bit, so excuse me if I did.
4  But in terms of Dr. Chang, are you aware that
5  Dr. Chang actually performed surgery on Mr. Grove?
6    A   I was not sure if he did or not. My last
7  note showed him doing an injection, and they had left
8  the secondary surgery up at that point. I did not
9  know he had.
10   Q   Okay. And I'm just trying to find out, so
11 you haven't reviewed any surgical procedures performed
12 by Dr. Chang or reviewed any of Dr. Chang's operative
13 notes?
14   A   No.
15   Q   And have you actually seen Mr. Grove since he
16 saw Dr. Chang?
17   A   No.
18   Q   So you haven't evaluated Mr. Grove after he
19 saw Dr. Chang, to see any of his diagnosis or
20 prognosis after seeing Dr. Chang?
21   A   No.
22   Q   All right. Now, in terms of the questions
23 that were asked by counsel, I'm going to go through
24 some of those contacts you had with Mr. Grove. And
25 let's just go in order so it's easier for you, if you

Page 110

1  can find your chart notes.
2        We'll start with January 6, 2003. That was
3  your first contact with him?
4    A   Yes.
5    Q   And as you indicated -- now, you recorded, in
6  these notes, the results of questioning you did of
7  Mr. Grove?
8    A   Yes.
9    Q   And you say: This is a second-opinion
10 consultation requested by Dr. Laufer for this
11 49-year-old male, status post-crush injury to his
12 right ankle.
13       What did you mean by post-crush injury?
14   A   He fell.
15   Q   And you go on to say: He fell at work on
16 9/9/02 when a scaffolding collapsed and he fell 7 feet
17 onto a concrete floor.
18       So it was your understanding that the injury
19 that he was presenting with was a result of an
20 accident on or about 9/9/02?
21   A   Yes.
22   Q   All right. And you say there was a large
23 amount of bruising and -- how do you --
24   A   Ecchymoses.
25   Q   -- on both the medial and lateral side of his

Page 111

1  ankle and distal leg.
2        What did you mean by that?
3    A   Ecchymoses is black and blue. And that was
4  from Dr. Nolan's and Dr. Laufer's original notes.
5    Q   Okay. Then you go on to say he was followed
6  by Dr. Declan Nolan orthopedically for this severe
7  injury.
8        Why did you characterize it as a severe
9  injury?
10   A   I believe that's the way Dr. Nolan
11 characterized it.
12   Q   You go on to say: He continues to have both
13 medial and lateral ankle pain and night pain.
14       What do you mean by medial and lateral ankle
15 pain?
16   A   Inside and outside of his joint.
17   Q   All right. Now going down to your
18 recommendation -- well, strike there. I have a habit,
19 Doctor, when I say "strike that," that means I'm
20 rephrasing my question, so bear with me.
21       It says Impression: Severe crush
22 injury/compression strain, right ankle, with
23 osteochondral fracture of the lateral talar dome,
24 lateral ligament injury, and posterior tibial
25 tendonitis.

Page 112

1  That impression was your diagnosis as a
2  result of what you observed in review of the MRIs and
3  the records?
4  **A   Yes.**
5  Q   All right. And what do you mean by a severe
6  crush injury?
7  **A   It's not minor.**
8  Q   And what is posterior tibial tendonitis?
9      MS. JOHNSON: Objection. Asked and answered.
10 **A   That's the partial tear and inflammation in**
11 **the posterior tibial tendon.**
12 BY MR. WEIDNER:
13 Q   Now, is that the one on the right side of the
14 right foot, or underneath?
15 **A   That's the inside, the left side.**
16 Q   Okay. Under recommendations you say:
17 Because there was no light duty, I do not think he is
18 able to return to his preinjury employment.
19     What do you mean by that?
20     MS. JOHNSON: Asked and answered.
21 **A   He tells me that it's all or none, that**
22 **there's no light duty available.**
23 BY MR. WEIDNER:
24 Q   Now, you go on to say that posttraumatic
25 posterior tibial tendonitis can be very chronic and

Page 113

1  resistant to treatment.
2      What do you mean by that?
3  **A   Exactly what it says. Sometimes it takes a**
4  **long time to settle down.**
5  Q   All right. Let's go to your next contact,
6  which would be March 19th, 2003. It notes: This
7  patient was referred again by Dr. Laufer for surgical
8  management of his right ankle injury. He is no longer
9  seeing Dr. Nolan. He is not getting any better. He
10 cannot return to work. He had a physical capacity
11 stress test for workers' comp last week, and this
12 caused severe swelling of his ankle, both medial and
13 laterally.
14     Did you actually observe any swelling at this
15 exam, or not?
16 **A   Yes.**
17 Q   So the lateral -- or the swelling he was
18 talking about was still apparent?
19     MS. JOHNSON: Objection. Foundation.
20     MR. WEIDNER: Let me strike that.
21 BY MR. WEIDNER:
22 Q   There was swelling apparent?
23 **A   Yes.**
24 Q   All right. Now, you say: Exam today shows a
25 significant antalgic limp on the right side.

Page 114

1  What's an antalgic limp?
2  **A   Antalgic. It's a painful limp.**
3  Q   And you say, your characterization was, he
4  has a large ankle effusion?
5  **A   Yes.**
6  Q   That's significant swelling?
7  **A   Swelling in his joint.**
8  Q   He is very tender over the posterior tibial
9  tendon behind the medial malleolus, running in an
10 extent of about 6 centimeters.
11     What did you mean by that?
12 **A   It's tender over the tendon.**
13 Q   All right. Now, when someone is tender, that
14 means that you palpated it --
15 **A   Yes.**
16 Q   -- and there is a manifestation of
17 tenderness?
18 **A   They say it hurts.**
19 Q   Did you get any indication that he wasn't
20 sincere when saying it hurt?
21 **A   No.**
22 Q   And you go on to say he has medial pain and
23 swelling. What did you mean by that?
24 **A   That's over the tendon.**
25 Q   And there was swelling there?

Page 115

1  **A   Yes.**
2  Q   Dropping down, it says: On the lateral side
3  of his ankle -- now, again, is that the right side of
4  his right foot, or the left side?
5  **A   The right side.**
6  Q   He is exquisitely tender over the anterior
7  lateral corner and over the anterior talofibular
8  ligament with discomfort with inversion stress and
9  drawer sign testing.
10     What does that mean?
11 **A   It means his lateral ligament has been**
12 **injured.**
13 Q   All right. And what does exquisitely tender
14 mean?
15 **A   When I touch it, he complains that it hurts a**
16 **lot.**
17 Q   Then you say new x-rays today show
18 osteochondral fracture fragments from the lateral
19 talus and is nonunited.
20     Does that mean that the x-rays showed what
21 you eventually found in surgery, that there was a chip
22 broken out that wasn't joined?
23 **A   Yes.**
24 Q   You say there was posttraumatic calcification
25 at the medial and lateral malleolar tips without

### Page 116

1  impingement.
2      What does that mean?
3   A  There's calcification over the tips of the
4  two ankle bones. They're not in the joint, so they're
5  not pinching.
6   Q  Okay. You say Impression: 1) Stage I
7  chronic posterior tibial tendon rupture.
8      Is that what you confirmed in your surgical
9  procedure?
10  A  Yes.
11  Q  Ununited osteochondral fracture, dome of the
12 talus, that's that chip you found in the surgical
13 procedure?
14  A  Yes.
15  Q  And lateral ligament rupture and instability.
16 That's what you confirmed in your surgical procedure?
17  A  Yes.
18  Q  All right. And then you made recommendations
19 as to repeating a CAT scan and a surgical
20 reconstruction, of what it would involve?
21      MS. JOHNSON: Objection. Asked and answered.
22  A  I reviewed -- I wanted to get a new MRI scan
23 just to see what was current at the time.
24 BY MR. WEIDNER:
25  Q  Okay. And you made some comments there about

### Page 117

1  your -- what surgical reconstruction would involve,
2  and is that what you actually then performed?
3   A  Yes.
4   Q  And you go to say: With significant
5  pathology both medially and laterally in this
6  posttraumatic ankle.
7      What do you mean, both medially and
8  laterally? Both sides?
9   A  Both sides.
10  Q  Okay. And what's pathology?
11  A  Injury. Abnormalities.
12  Q  "No guarantee can be given to return to
13 construction work, and progressive arthritis is
14 possible." What did you mean by that?
15  A  Well, when you have multiple injuries to an
16 ankle, you can't guarantee that it's going to be as
17 good as new.
18  Q  Okay. And progressive arthritis, is that
19 what you eventually observed later on in your
20 observations of him, when you saw the narrowing of the
21 area that you've told us about?
22      MS. JOHNSON: Objection. Form.
23  A  Yes.
24 BY MR. WEIDNER:
25  Q  Okay. And you go on to say: Certainly all

### Page 118

1  of the problems with his right ankle are secondary to
2  his work injury of 9/9/02.
3      What did you mean by that?
4   A  It appears that his -- the findings are
5  consistent with the fall of 7 feet onto concrete.
6   Q  All right. Then let's go March 21, 2003.
7      MR. WEIDNER: Actually, we need to change the
8  tape here, if we could.
9      VIDEOGRAPHER: Thank you. Counsel. Let me
10 conclude Tape 2 and move off record at 11:51.
11     (Off the record.)
12     VIDEOGRAPHER: We're back on record at 11:52,
13 beginning Tape 3.
14 BY MR. WEIDNER:
15  Q  So then, Doctor, just briefly, on March 21,
16 you said you -- we saw, on March 19th, you were going
17 to have a new MRI done before surgery, and you had the
18 MRI done, right?
19  A  Yes.
20  Q  And you reviewed it on March 21?
21  A  Yes.
22  Q  And you saw the fibrotic thickening and
23 abnormal signal around the posterior tibial tendon?
24  A  Yes.
25  Q  So that was further indication that you were

### Page 119

1  correct in thinking about the surgery?
2   A  Yes.
3   Q  All right. And then --
4   A  The reason for doing that is to see if it's
5  Stage I or Stage II so you can make a surgical plan,
6  and it turned out to be still Stage I.
7   Q  All right. And then March 19th, 2003, that
8  was the day before surgery? You said "surgery is
9  tomorrow"?
10  A  May 19th.
11  Q  I'm sorry, excuse me. I got out of order
12 here. Let me go back to March 27th. Thank you,
13 Doctor.
14     On March 27th you indicate he reported he
15 continues to have both medial pain over the posterior
16 tibial tendon and lateral pain with grinding and
17 pinching pain with any rotation laterally?
18  A  Yes.
19  Q  What did you mean by that?
20  A  It has the same findings.
21  Q  And your impression, again, was Stage I
22 chronic posterior tibial tendon dysfunction and -- can
23 you pronounce that for me?
24  A  Tenosynovitis.
25  Q  What does that mean?

Page 120

1  A  Inflammation of the tendon and the sheath.
2  Q  Ununited osteochondral fracture, lateral dome
3  of the talus, with loose body?
4  A  Yes.
5  Q  And a lateral ligament rupture and
6  instability?
7  A  Yes.
8  Q  Those are the same three conditions you've
9  told us about previously you found in surgery?
10 A  Yes.
11 Q  All right. You made the same basic
12 recommendations for surgery?
13 A  Yes.
14 Q  And you indicated, on your recommendations:
15 No guarantee can be given that he will be able to
16 return to manual labor construction work.
17    That's what you told him? You said that you
18 discussed these recommendations with him in detail?
19 A  Yes.
20 Q  All right. Then that takes us to May 19th,
21 and that's the day before the surgery. And your
22 observations show that there was laxity of the lateral
23 ligament complex catching in the lateral corner?
24 A  Yes.
25 Q  That's that ligament not on the right side of

Page 121

1  the right foot, but on --
2  A  No. That's the lateral, that's the right
3  side of the right foot.
4  Q  I'm sorry, it is, okay.
5     And this laxity is looseness?
6  A  Yes.
7  Q  From the stretching?
8  A  Yes.
9  Q  Which you eventually repaired?
10 A  Yes.
11 Q  With your double-breasted suit technique?
12 A  Yes.
13 Q  All right. "He still has some posterior
14 tibial sheath tendonitis and swelling." What does
15 that mean?
16 A  The tendon hasn't completely settled down.
17 Q  And you indicate the x-rays show that loose
18 piece in the lateral corner, that chip was out of the
19 talus?
20 A  Uh-huh, yes.
21 Q  And your impression was still basically the
22 same?
23 A  Yes.
24 Q  All right. And you indicated that even with
25 the surgery there may be some limitations of

Page 122

1  activities, under the plan? He may still have some
2  limitations of activities despite surgery?
3  A  Yes.
4  Q  And then that takes us to 6/4/03. Actually,
5  let's go on down to August of '03.
6     Now, there's an exchange there with him that
7  you recorded, where you said he did not feel he can
8  return to his regular job duties. His job involves a
9  lot of unseen surfaces, ladder climbing, bending and
10 squatting.
11    At that point in his medical condition, would
12 it have been wise for him to do ladder climbing,
13 bending and squatting, with those type of injuries?
14 A  No.
15 Q  All right. Now, in your plan, you say: I do
16 not know if Mr. Grove will be able to return to his
17 original job at any time in the future.
18    What did you mean by that?
19 A  Just what it says.
20 Q  All right. And you indicate, in No. 5, you
21 think he would have a partial permanent impairment?
22 A  Yes.
23 Q  Now, Doctor, I'm going to ask you eventually
24 about your impairment rating. You said there's a
25 difference, in your view, between impairment and

Page 123

1  disability. What do you mean by that?
2  A  That's not my view, that's the legal view.
3  All of that is legality; it has nothing to do with
4  medicine.
5     The Guides to Permanent Impairment is an
6  objective book, where things are measured or diagnosed
7  and then looked up on tables. Disability is the
8  inability to function. If your job is a desk job and
9  you're a paraplegic, you're not disabled for that job.
10 You have an impairment, but you're not disabled for
11 that job. So doctors, in their regular medical
12 treatment, don't determine disability.
13 Q  All right. So if I could just pursue that a
14 little further, and let's just talk about a
15 hypothetical situation.
16    Let's say you examine a patient for an injury
17 similar to this, maybe, and you go through these books
18 on impairment and you come up with, say, a 10 percent
19 whole person impairment. Does that mean that that
20 person is only 10 percent disabled as to certain
21 activities they may want to pursue?
22    MS. JOHNSON: Objection. Form.
23 A  To me it means only that he has a 10 percent
24 impairment and nothing else. It doesn't say anything
25 about functional abilities.

Page 124

1  BY MR. WEIDNER:
2    Q   So if there are certain activities that he
3  needs to pursue in his work or wants to pursue in his
4  recreation, your opinion on impairment doesn't tell us
5  how much he's restricted on those?
6    A   Correct.
7    Q   All right.  And then going on to
8  September 5th, 2003, you say that he could return to
9  modified work at this point if there was any work on
10 level surfaces, no stair or ladder climbing, and no
11 squatting.  He states this is not a possibility with
12 his work.
13       Is it correct, then, that at that time when
14 you saw him, you still would have advised him not to
15 be involved in work that involved stair or ladder
16 climbing?
17   A   Yes.
18   Q   And you make the statement:  He cannot do his
19 preemployment occupation.
20       Was that because of the restrictions on his
21 activities?
22   A   Yes.
23   Q   All right.  Let's, if you would, please,
24 let's go to October 3rd, 2003.  Now, there's a
25 description of medial proximal pain over the posterior

Page 125

1  tibial tendon.  What does that mean?
2    A   It's the inside of his ankle, it's above the
3  ankle, and the tendon is giving him some trouble.
4    Q   And he indicated his biggest problem was
5  going down stairs, with both medial and lateral stance
6  phase pain?  That's at the bottom of the paragraph.
7    A   Yes.
8    Q   What is medial and lateral stance phase pain?
9    A   It's the inside and the outside of your ankle
10 when you're standing, when the weight's on your foot.
11   Q   All right.  And you talk, on the plan --
12 well, the impression:  Posterior tibial tendonitis,
13 and you've told us what that means.  But you go on to
14 say the posterior tibial tendonitis medial tends to be
15 chronic and recurrent and is very difficult to treat.
16       What does that mean, other than exactly what
17 it says, if you can help me understand?
18   A   Yeah.  These are statements.  It's a chronic
19 tendonitis.  It's an inflammation of a tendon from
20 overstress, so you have to protect it with arch
21 support, level surfaces, staying away from stressful
22 activities, trying to keep it from progressing and
23 stretching out.  If it stretches out, it will collapse
24 the arch.
25   Q   And why is it difficult to treat?  Is that

Page 126

1  just your medical observation?
2    A   No.  Because it heals slowly.
3    Q   All right.  That takes us to November 5th,
4  2003.  And you've already explained the differences
5  here on the -- the difference between impairment and
6  disability, and I appreciate that.  But what was your
7  result for a whole person impairment?
8    A   8 percent.
9    Q   And you ascertained that both from objective
10 results and use of the tables and then from the
11 diagnosis-specific rating?
12   A   Yes.
13   Q   What's a diagnosis-specific rating for
14 intra-articular fracture, what does that mean?
15   A   There are -- some injuries are listed in the
16 table, that they're just assigned a whole person
17 impairment.  And that's one of the choices of
18 determining how to determine the impairment.
19   Q   Okay.  And going -- jumping back up a second
20 to the paragraph right over above examination, you say
21 he does have some symptoms of posterior tibial
22 tendonitis.  That's that same tendonitis you've been
23 telling us about?
24   A   Right.
25   Q   He has pain with sudden lateral torsion

Page 127

1  movements and also with squatting due to some loss of
2  motion?
3    A   Yes.
4    Q   He has pain with sudden impact such as
5  missing a step, correct?
6    A   Yes.
7    Q   And then going down to your paragraph 3,
8  under your recommendations, you say:  At this point he
9  could return to modified work with his orthotic and
10 his supportive work boot, but he would need to avoid
11 ladders, jumping down from any height or step, and
12 avoid squatting with these activities.  Ideally, he
13 should be on carpeted surfaces.  None of these
14 restrictions are consistent with his usual employment
15 as a pipefitter.
16       Those are your observation?
17   A   That's what the patient tells me, there's not
18 light duty.  That's all what he tells me.
19   Q   And there's no work, he can't be working on
20 carpeted surfaces as a pipefitter, that's what he told
21 you?
22   A   Uh-huh.
23   Q   All right.  Let's go to December 10th.
24 Actually, let's go February 27th, 2004.  It talks
25 about:  A week ago he got up from a chair, took four

Page 128
1  steps forward and felt a sudden sharp pinching pain in
2  the ankle. He says he did not roll over on it
3  laterally. It got a little black and blue. He's been
4  icing it and taking an occasional aspirin. He still
5  has anterolateral sharp stabbing pain.
6       What is that?
7   A   It's right in the outside front corner of his
8  ankle joint. That it pinches and stabs him when he
9  moves it.
10  Q   And you've told us about the synovial
11 pinch-type problem, and in fact, your impression is
12 status post-osteochondral talus fracture and ligament
13 injury, right ankle, with synovial pinch laterally?
14  A   Right.
15  Q   Again, what is synovial pinch?
16  A   The synovium is the lining of your joint.
17 It's very pliable. It's like silk. It folds on
18 itself or if it gets a little bit irritated, it can
19 pinch in the joint as the joint -- it's kind of like
20 pinching a piece of silk between your fingers, and
21 that will cause pain.
22  Q   And what's the mechanism for that? I mean,
23 how would that mechanism be related to his injury?
24  A   He might just have a little fold over the
25 lining of his joint that's left over from his injury

Page 129
1  or his surgery. It's just pinching in the wrong spot.
2   Q   Okay. And you say, on plan, you say: I
3  cannot tell if this is capsular or --
4   A   Ligamentous.
5   Q   -- ligamentous or articular in nature.
6       What did you mean by that?
7   A   Well, all of those structures overlap in the
8  lateral corner of the ankle. He says it pinches when
9  he walks; you really can't tell. When I injected it,
10 the pain went away. That makes it more likely it's
11 the lining of the joint.
12  Q   All right. Now, that takes us, then, I
13 believe, to March 22nd of 2004. And you say it sounds
14 like he has some arthritis with some morning
15 stiffness. You go on to say if he develops
16 long-standing arthritis from the osteochondral
17 fracture, he might need an ankle fusion in the future,
18 but he does not want to even consider that now.
19      First of all, how would one develop
20 long-standing arthritis from the osteochondral
21 fracture; what would happen?
22  A   If there's a rough spot, it just slowly
23 grinds down over a period of years. It's just not
24 perfectly smooth, so there's more friction and it just
25 wears down, like any arthritis.

Page 130
1   Q   And why would he then possibly need an ankle
2  fusion?
3   A   That's the standard treatment for severe
4  arthritis of the ankle.
5   Q   Can you tell us, what is an ankle fusion?
6  Maybe if you could use that model.
7   A   It's a procedure that eliminates the joint.
8  You scrape off all the cartilage on the bottom side
9  and the top side of the ankle, and you put bone to
10 bone and put screws in it so that it fuses together.
11 It's like spot welding; you just eliminate the joint
12 so that it's -- you eliminate the arthritis by getting
13 rid of the cartilage that's causing the problem, and
14 then you just get rid of that joint so your ankle
15 doesn't move anymore.
16  Q   All right. So it's pretty permanent,
17 basically your ankle is stiff?
18  A   Yes.
19  Q   What does that do to your gait?
20  A   It shortens your stride a little bit. You
21 have to rely on your other joints for flexibility.
22  Q   Does it have any potential complications for
23 putting stresses on your hip joints or anything like
24 that?
25  A   Oh, usually it's not the hip joint, it's

Page 131
1  usually the other joints of the foot.
2   Q   Like where?
3   A   All the other joints of your foot that have
4  to absorb the shock, and that can usually be overcome
5  with orthotics and cushioning foot devices.
6   Q   And that brings to us May 27th, 2004, which I
7  believe is the last time you saw him.
8   A   Yes.
9   Q   Or actually, wait, just a second. No. You
10 saw him on January 23rd, 2005 [as spoken]. I'm wrong
11 on that.
12      All right. So let's -- and your notes
13 indicate he was still having some lateral pinch pain,
14 especially going down stairs?
15  A   Yes.
16  Q   And he was having some fatigue arch pain at
17 the intersection of the posterior tibial tendon. What
18 is that?
19  A   That's still the same tendon, it's just where
20 it attaches to the bone.
21  Q   And on the -- your observations about the --
22 well, you saw some mild tenderness or you recorded
23 mild tenderness at the posterior tibial tendon
24 insertion at the peak of this medial arch?
25  A   Yes.

Page 132

1  Q   And that's that same tendon we've been
2  speaking of?
3  A   Yes.
4  Q   And again, is that the right side or the
5  other side of the foot?
6  A   That's the inside.
7  Q   All right. And you say he needs more --
8  strike that.
9      When he does a heel rise, he has more lateral
10 pain than posterior tibial pain. What does that mean?
11 A   He complains that it hurts more on the
12 outside of his ankle than the inside when he stands up
13 on the ball of his foot.
14 Q   All right. Now, at that time your impression
15 was posterior tibial tendonitis, chronic, and you've
16 told us what that means, right?
17 A   Yes.
18 Q   And you said ankle arthritis secondary to
19 osteochondral fracture, that was your impression?
20 A   Yes.
21 Q   So that's when you first started recording
22 your diagnosis of ankle arthritis?
23 A   Yes.
24 Q   All right. And that was based upon your
25 medical findings and observations of it?

Page 133

1  A   Yes. And his symptoms. He was having
2  morning stiffness, which is characteristic of
3  arthritis.
4  Q   And then there's a little handwritten note,
5  "Appointment scheduled with Dr. Eugene Chang on
6  1/10/05," that's from 1/3/05?
7  A   1/3/05, yeah.
8  Q   But you've got chart notes from your
9  observations from January 3rd, '05?
10 A   Yes.
11 Q   And that's the last time you saw him?
12 A   Yes.
13 Q   All right. And you recorded there that the
14 lateral articular pain was increasing? It's midway
15 down the paragraph, about eight sentences down: He
16 wears supportive shoes with orthotics. Et cetera,
17 et cetera, he was last seen, but recently the lateral
18 articular pain is increasing?
19 A   Yes.
20 Q   And again what does lateral articular pain
21 mean?
22 A   That's the pinch on the outside of his ankle.
23 Q   And you say his symptoms are all where his
24 osteochondral fracture was located.
25     Again, that's that chip that was broken out

Page 134

1  of the bone?
2  A   Yes.
3  Q   You said: He took a walk with his son a few
4  days ago, and had severe pain for the next couple of
5  days afterwards. He's having a pattern of increasing
6  frequency of pain and increasing severity of pain when
7  it occurs.
8      That's what you recorded?
9  A   Yes.
10 Q   And you say the patient states he is thinking
11 the pain is getting bothersome enough that he would
12 consider an ankle fusion.
13     So apparently his statements to you were that
14 the pain was bad enough he would consider the ankle
15 fusion?
16 A   Yes.
17 Q   And then you referred him on to Dr. Chang,
18 because Dr. Chang, you said -- is Dr. Chang, did he
19 take a fellowship or something?
20 A   Yes. He did a fellowship in foot and ankle.
21 Q   And I know we probably all know that, but
22 just tell us, what's a fellowship?
23 A   That's an extra year where you do some
24 specialized techniques for, you know, less common
25 problems around an anatomic area.

Page 135

1  Q   And then you refer to the fact that he was
2  tender over the anterolateral corner of the ankle
3  joint. Where is that?
4  A   That's the same place. It's the front
5  outside part of his ankle.
6  Q   All right. And then you say serial x-rays
7  were reviewed, new ones today plus x-rays from last
8  May. And you say there's been some slight narrowing
9  of the lateral articular joint height. He has 3
10 millimeter height through most of the ankle, but in
11 the lateral corner it's gone from 3 millimeters to
12 2.5 millimeters.
13     What are you describing there, Doctor?
14 A   That's arthritis wearing down the cartilage.
15 Q   Okay. Now, that area there, where it's gone
16 from 3 millimeters to 2.5 millimeters, that's 3
17 millimeters between what and what?
18 A   Between the tibia and the talus.
19 Q   And can you show us on that --
20 A   That's what you see on x-ray. You don't see
21 cartilage on x-rays, you have what's called an
22 articular height. It's the bone.
23     So we know that the total thickness of the
24 cartilage in the joint from both sides is
25 3 millimeters. That's normal. On the lateral corner,

Page 136

1  it's down to 2 1/2, which means it's starting to
2  narrow down and wear itself down on the lateral
3  corner.
4      Q   Okay. If you could just please move a little
5  slower there for the cameraman, show us where on that
6  model.
7      A   It's right here.
8      Q   And is that where the defect was?
9      A   Yes.
10     Q   So the bottom line is, from your professional
11 opinion, that's objective evidence of arthritis?
12     A   Yes.
13     Q   And when you say he has posttraumatic changes
14 both medial and laterally from his original injury,
15 what did you mean by that? The last sentence in that
16 paragraph.
17     A   There's calcification both -- at the top of
18 both malleoli.
19     Q   Okay. And your impression -- and impression
20 is basically a diagnosis; is that right?
21     A   Yes.
22     Q   All right. So given your expertise and your
23 years of experience and your medical training and your
24 observations of this patient on January 3rd, 2005,
25 your diagnosis was posttraumatic arthritis, right

Page 137

1  ankle, secondary to osteochondral fracture?
2      A   Yes.
3      Q   The bottom line is, your medical opinion was,
4  as of that date, as a result of this chip that got
5  broken out of his ankle and all the procedures, he was
6  developing posttraumatic arthritis?
7      A   It's posttraumatic from the -- something
8  starts it, and then everything after that worsens it.
9      Q   Exactly. And that was your medical opinion?
10     A   Yes.
11     Q   And you held that opinion to a reasonable
12 degree of medical certainty?
13     A   Yes.
14     Q   And the opinions you've expressed here today,
15 have they all been to a reasonable degree of medical
16 certainty?
17     A   Yes.
18     Q   And do you still hold that opinion, that he
19 was exhibiting evidence of posttraumatic arthritis in
20 the right ankle, secondary to osteochondral fracture?
21     A   Yes.
22         MR. WEIDNER: I don't have any further
23 questions. Thank you for your time, Doctor.
24         MS. JOHNSON: I just have two.
25 ///

Page 138

1          FURTHER EXAMINATION
2  BY MS. JOHNSON:
3      Q   Your opinion of arthritis conflicts with
4  Dr. Brad Cruz's opinion; is that correct?
5          MR. WEIDNER: Objection. Form of the
6  question. It calls for speculation.
7      A   The x-ray report on the last x-ray and mine,
8  yes. I measured it very carefully, looking in the
9  specific corner where I know the original injury was.
10 He's looking at it, just reading an x-ray, without all
11 the clinical data.
12 BY MS. JOHNSON:
13     Q   Well, did you talk to him about his opinion?
14     A   No.
15     Q   Okay. So you don't actually know exactly
16 what he did when he came to that opinion, do you?
17     A   No.
18         MR. WEIDNER: Objection. Form of the
19 question.
20     A   No.
21 BY MS. JOHNSON:
22     Q   And then also your diagnosis of posttraumatic
23 arthritis is based upon the information that was given
24 to you about -- from Dr. Nolan, from Dr. Laufer, from
25 the x-rays, the MRIs, and your own observations; is

Page 139

1  that correct?
2      A   Yes.
3      Q   And you did not have the ability to go back
4  and look at the 2000 films to detect whether or not
5  there was any injury to the ankle prior to the 2002
6  injury?
7          MR. WEIDNER: Objection. Form of the
8  question. It calls for speculation.
9      A   I did not see previous x-rays. I did measure
10 the joint height on a previous x-ray that was, early
11 in the course, 3 millimeters.
12 BY MS. JOHNSON:
13     Q   But you have no knowledge of whether there
14 was any preexisting condition, correct?
15         MR. WEIDNER: Objection. Form of the
16 question.
17     A   Correct.
18         MS. JOHNSON: Thank you. No other questions.
19         MR. WEIDNER: I've just got a couple of
20 follow-up questions on that, Doctor.
21         FURTHER EXAMINATION
22 BY MR. WEIDNER:
23     Q   If I understand you correctly - and please
24 correct me if I'm wrong - it's your testimony that,
25 given your observations and including the fact that

Page 140
1  you saw a previous x-ray early in the course of
2  treatment after his injury, which was 3 millimeters,
3  and then you saw this x-ray of 2.5, your diagnosis was
4  posttraumatic arthritis; is that correct?
5      A   Yes.
6      Q   What's your level of certainty on that?
7          MS. JOHNSON: Objection. Foundation and
8  form.
9  BY MR. WEIDNER:
10     Q   Are you confident in that opinion?
11     A   **I think it's posttraumatic arthritis. I**
12 **cannot absolutely date the onset of the trauma.**
13     Q   What do you see the significance of the fact
14 that early in the course of treatment there was
15 3 millimeters and then it went to 2.5? What's the
16 medical implications of that?
17     A   **There's been wear and tear on the joint.**
18         MR. WEIDNER: All right. Nothing further.
19         VIDEOGRAPHER: Are we concluded, Counsel?
20 Off record --
21         MR. WEIDNER: Right.
22         VIDEOGRAPHER: -- at 12:17.
23         (Off the record.)
24         (Back on record - stenographically recorded.)
25         MR. WEIDNER: The record should reflect that

Page 141
1  we're back on the record of Dr. Geitz's deposition.
2          We had previously agreed - we still are
3  agreeing - that the court reporter can take his
4  original file, which has been marked as an exhibit,
5  and copy it and substitute a copy for the original.
6          The doctor has expressed a concern that the
7  appropriate procedures are followed under the HIPAA
8  Act, so I'm going to address a letter to the doctor,
9  to counsel for the defendants, and the court reporter,
10 enclosing a copy of the appropriate release so he can
11 then allow the court reporter to take the file out of
12 the office and copy it.
13         MS. JOHNSON: Thank you.
14         (Proceedings concluded at 12:22 p.m.)
15         (Signature reserved.)
16         (Exhibit No. 1 marked.)
17                  -oOo-
18
19
20
21
22
23
24
25