John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**MOTION FOR ORDER COMPELLING MINOR'S RECORDS**

Defendant Unocal Corporation moves for a court order compelling several governmental entities to release records of Michael J. Grove, a minor, who is a plaintiff in this action. The records are relevant to the claims brought in this case by plaintiffs, including Michael J. Grove's independent claims, how his criminal conduct affected Cynthia and Larry Grove's marriage, and any effect it had on Larry Grove's claims.

Defendant requests the court order any and all records relating to Michael J. Grove in the custody of the Anchorage Fire Department, Anchorage Police Department, Anchorage School District, and State of Alaska, Department of Health & Social Services, Division of Juvenile Justice be produced in unredacted form.

A memorandum of law is filed herewith.

DATED at Anchorage, Alaska, this __23rd__ day of January 2007.

        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORSNESS, LLC
        Attorneys for Defendant Unocal

        s/ Linda J. Johnson
        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORSNESS LLC
        711 H Street, Suite 620
        Anchorage, AK  99501-3454
        Phone:  (907) 272-9631
        Fax:  (907) 272-9586
        Direct email:  ljj@cplawak.com
        Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on January 23, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

        s/ Linda J. Johnson