John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9212
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>     vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**(Proposed) ORDER COMPELLING PRODUCTION OF MINOR'S RECORDS**

The court having reviewed the pleadings and any other pertinent documents, herewith orders that the records relating to Michael J. Grove, a minor and a plaintiff in this action, shall be produced.

IT IS HEREBY ORDERED THAT :

Michael J. Grove is a minor, whose correct birth date and social security number may be produced by defendant to the government entities listed below in order to aid them in searching for relevant records.

ORDER COMPELLING PRODUCTION OF MINOR'S RECORDS
*Grove v. Unocal*  3:04-cv-0096-TMB
Page 1 of 3

The **Anchorage Police Department** is directed to and shall produce unredacted all records it may have of investigations or contacts in which Michael J. Grove was interviewed or any record of arrest.

The **Anchorage Fire Department** is directed to and shall produce unredacted all records it may have of investigations or contacts in which Michael J. Grove's name was mentioned or any record of arrest.

The **Anchorage School District** is directed to and shall produce unredacted all records it may have regarding Michael J. Grove, including test scores, transcripts, discipline records, special education records or reports, and counseling, psychological or medical records.

The **State of Alaska, Department of Health & Social Service, Division of Juvenile Justice** is directed to and shall produce unredacted all records it may have of Michael J. Grove, including records of Intake Officers or Probation Officers and any formal or informal or diversionary actions that may have been taken with respect to Michael Grove, and any adjudication of delinquency, to include any records retained at McLaughlin Youth Center, and family counseling, psychological or medical records.

Dated at Anchorage, Alaska this _____ day of _____ 2007.


_____
Honorable Timothy M. Burgess
U.S. District Court Judge

ORDER COMPELLING PRODUCTION OF MINOR'S RECORDS
*Grove v. Unocal*  3:04-cv-0096-TMB
Page 2 of 3

1

2

<u>Certificate of Service</u>

I hereby certify that on January 23, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

<u>s/ Linda J. Johnson</u>

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26