Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE, <br><br>            Plaintiffs, <br><br>       v. <br><br> UNOCAL CORPORATION <br><br>            Defendant | Case No.  A 04-0096 CV (JKS) |

**SUPPLEMENT TO PLAINTIFFS' FINAL WITNESS LIST**

COME NOW Plaintiffs, by and through counsel, Phillip Paul Weidner & Associates, APC, and hereby supplement their Final Witness List in this matter by adding the following witnesses, either in case in chief or in rebuttal:.

1.  Peter Dedych
    Construction Management Program
    University of Alaska
    3211 Providence Drive
    Anchorage, AK  99508
    786-6974

    2.    Ellen McKay
         Construction Management Program
         University of Alaska
         3211 Providence Drive
         Anchorage, AK  99508
         786-6858

RESPECTFULLY SUBMITTED this 24th day of January 2007.

    WEIDNER & ASSOCIATES, INC.
    Counsel for Plaintiffs

    /s/ Michael Cohn
    WEIDNER & ASSOCIATES, INC.
    330 L Street, Suite 200
    Anchorage, AK  99501
    Phone (907) 276-1200
    Fax (907) 278-6571
    E-mail: nbackes@weidnerjustice.com
    ABA No. 8506049

*CERTIFICATE OF SERVICE*

I hereby certify that on January 24, 2007 a copy of the foregoing Supplement to Plaintiffs' Final Witness List was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.  /s/ Michael Cohn