# Filed UNDER SEAL

## EXHIBIT A

[to Reply to Opposition to Motion for Rule of Law]
[filed 1/25/07]
Case No.  3:04-cv0096 TMB