RECEIVED
JAN 2 9 2007
WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

### DEFENDANT'S 17TH SUPPLEMENT TO INITIAL DISCLOSURES

Defendant, Unocal Corporation, by and through its counsel of record, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, provides its 17th Supplement to Initial Disclosures with the following:

Defendant's 17th Supplement to Initial Disclosures
Grove v UNOCAL, Case No. 3:04-cv-0096-TMB
Page 1 of 2

EXHIBIT ___

1)    MySpace.com and on-line journal record from Plaintiff Sarah Grove (200898-200899).

DATED at Anchorage, Alaska, this 26 day of January, 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: _____
Linda J. Johnson #8911070

Certificate of Service:

I certify that a copy of this document was mailed  X  , faxed _____, hand delivered _____ on January _____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____

Defendant's 17th Supplement to Initial Disclosures
Grove v UNOCAL, Case No. 3:04-cv-0096-TMB
Page 2 of 2

EXHIBIT 1

Username: [          ]  Password: [          ]  [Log in]  [ ] Remember Me

Forgot your password?

You are viewing bluewolf85's journal    LIVEJOURNAL
Create a LiveJournal Account   Learn more                Customize

ADVERTISEMENT

**theJettareport.com**
A report that shocked the industry See inside the life of Jetta owners
www.thejettareport.com

**Free Psychic Reading**
One Free Question. Get Accurate, Immediate Answers. 1-800-Predict.
www.californiapsychics.com

**Learn Audio Recording**
music production, mixing, Pro Tools sound from industry leaders.
www.cras.org

Ads by Google                                     Advertise

# I'm Not Short I'm Just Vertically Challenged - Lawyers

| About | Lawyers |
|---|---|
| **Profile** <br> ![bluewolf85] <br> bluewolf85 <br><br> **Navigation** <br> Recent Entries <br> Archive <br> Friends <br> User Info <br><br> Add to Memories <br><br> **Links** <br> The Other Guy <br> Elfwood <br> Dungeons & Dragons <br><br> **January 2007** <br> 1 2 3 4 5 6 | **Lawyers**   Jan. 11th, 2007 @ 09:16 pm <br><br>  <br> George W. Bush's "One-fingered victory salute" <br><br> Hey fuckers, yeah, can ya see this now?! Go fuck yourself you asshole good for nothing lawyers!!!!! How dare you embarrass me like this. <br><br> ....I'm watching you, and I'm sincerely pissed off. <br><br> ~Sarah G. <br><br> **Current Location:** Denver, CO <br> **Current Mood:** 😡 pissed off <br> **Current Music:** Lacuna Coil |

EXHIBIT ____

200898

http://bluewolf85.livejournal.com/118223.html                    1/25/2007

| 7 | 8 | 9 | 10 | 11 | 12 | 13 | (Leave a comment) |
|---|---|---|----|----|----|----|---|
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | |
| 28 | 29 | 30 | 31 | | | | |

Top of Page                                   Powered by LiveJournal.com

ADVERTISEMENT                                                    Customize

Sign up now for **ACCIDENT FORGIVENESS**    CALL 866-650-1600    
Start with a **FREE QUOTE — IT'S EASY**     » CLICK to learn more

EXHIBIT ___1___

200899

http://bluewolf85.livejournal.com/118223.html                    1/25/2007