```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3  LAWRENCE H. GROVE, CYNTHIA        )
    GROVE, SARAH GROVE, and MICHAEL   )
 4  GROVE (DOB 1/21/88) by and        )
    through his father                )
 5  LAWRENCE H. GROVE,                )
                                      )
 6              Plaintiffs,           )
                                      )
 7  vs.                               )
                                      )
 8  UNOCAL CORPORATION,               )
                                      )
 9              Defendant.            ) Case No. A04-0096 CV (JKS)
    _____)

10

11           VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE
                        January 12, 2007

12  APPEARANCES:

13          FOR PLAINTIFFS:     MR. MICHAEL COHN
                                Phillip Paul Weidner & Associates
14                              Attorneys at Law
                                330 L Street
15                              Suite 200
                                Anchorage, Alaska 99501
16                              (907) 276-1200

17          FOR DEFENDANT:      MS. LINDA J. JOHNSON
                                Clapp, Peterson, Van Flein,
18                                Tiemessen & Thorsness, LLC
                                Attorneys at Law
19                              711 H Street
                                Suite 620
20                              Anchorage, Alaska 99501
                                (907) 272-9266
21
            ALSO PRESENT:       MS. VICTORIA HOMAN
22                              MR. ROBERT L. GRIFFIN

23                              * * * *

24

25
```

ATTACHMENT I
PAGE 1 OF 6

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



| | | |
|---|---|---|
| 1 | A | She's working.  Stays at home. |
| 2 | Q | What about your son? |
| 3 | A | He's come up with me quite a bit. |
| 4 | Q | How does he get up there? |
| 5 | A | I'll go into town on weekends, usually. |
| 6 | Q | Do you live there during the weekdays? |
| 7 | A | Yeah.  You know, when I get a chance.  I'm not down |
| 8 | | there all the time but most of the time. |
| 9 | Q | What else did your son do this summer? |
| 10 | A | Oh, he got in trouble this summer. |
| 11 | Q | What did he do? |
| 12 | A | Threw some rocks through the windows at Sand Lake |
| 13 | | Elementary. |
| 14 | Q | Did he get arrested? |
| 15 | A | He certainly did. |
| 16 | Q | And referred to the Juvenile Intake Officer's? |
| 17 | A | Juvenile -- yes, yes. |
| 18 | Q | Did you go with him? |
| 19 | A | Yes.  Every -- every time. |
| 20 | Q | Did they send him to youth court? |
| 21 | A | No, it actually -- regular state court. |
| 22 | Q | Oh, it went to state court? |
| 23 | A | Left it to the state or -- yes, state. |
| 24 | Q | He's a juvenile, under 18? |
| 25 | A | Somewhere in the old courthouse, in there.  But that's |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

ATTACHMENT _I_
PAGE _2_ OF _6_

| | | |
|---|---|---|
| 1 | | where the juvenile court this is, so -- |
| 2 | Q | Okay. What did they do to him? |
| 3 | A | He's paying restitution. He did 92 hours of community |
| 4 | | service and we got him down to -- he's like three |
| 5 | | misdemeanors, you know. We got the exact -- how -- in |
| 6 | | the -- in the charges, but -- |
| 7 | Q | So who is supervising his community work service? |
| 8 | A | It was at the Anchorage Moose Lodge. He's done. He's |
| 9 | | only required to do 50 but I made sure he did a lot |
| 10 | | more. |
| 11 | Q | Okay. So you think he went through the juvenile |
| 12 | | system or he went to Anchorage Youth Court on the |
| 13 | | diversionary program? |
| 14 | A | Yeah, I thought it was Anchorage Youth Court, it's |
| 15 | | either in the court system -- probably, we have a |
| 16 | | hearing next month some time. |
| 17 | Q | Do you remember who -- was it a judge or a magistrate? |
| 18 | A | Judge. |
| 19 | Q | Do you know who it was? |
| 20 | A | No, I don't know. I -- I don't pay a- -- |
| 21 | Q | Male, female? |
| 22 | A | Male. |
| 23 | Q | And that was this summer? |
| 24 | A | It's been ongoing. He's -- we got one more thing to |
| 25 | | get done. He's going to -- oh, what do you call it, |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

ATTACHMENT I
PAGE 3 OF 6

|    |   |                                                              |
|----|---|--------------------------------------------------------------|
| 1  |   | continuation program schooling? He was actually             |
| 2  |   | expelled the day he got to school.                           |
| 3  | Q | I'm sorry. He was expelled --                                |
| 4  | A | Expelled the day he went to school.                          |
| 5  | Q | September '06?                                               |
| 6  | A | Yeah.                                                        |
| 7  | Q | Oh.                                                          |
| 8  | A | They were nice enough to let him go to school to expel      |
| 9  |   | him. So he's been in a continuation program since and       |
| 10 |   | I've been taking him to school every morning and            |
| 11 |   | picking him up and --                                        |
| 12 | Q | Is he suspended or expelled?                                 |
| 13 | A | What's the difference?                                       |
| 14 | Q | Suspension you can come back.                                |
| 15 | A | Well, he's -- he's coming back but under conditions.         |
| 16 |   | The school board is reviewing it. We had a meeting          |
| 17 |   | yesterday and since he's done all his community             |
| 18 |   | service, paid the damages and all that stuff,               |
| 19 |   | restitution, everything, so now he's going back to          |
| 20 |   | school shortly. We're just waiting for the school           |
| 21 |   | board to -- they have to review it and then allow him       |
| 22 |   | back to school and then we go back and pre-register         |
| 23 |   | him.                                                         |
| 24 | Q | And the school that he is going to is called what?          |
| 25 | A | Dimond High School.                                          |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

ATTACHMENT I
PAGE 4 OF 6

```
 1  Q     Oh.  He -- I -- but he's expelled from Dimond so where
 2        is he?
 3  A     Glenda Continuation Program, part of the Anchorage
 4        School District.  It's off of Arctic -- International
 5        and C Street, they're up in that general area.
 6  Q     And what kind of classes does he take there?
 7  A     He's got a regular classes, it's english, stuff like
 8        that.
 9  Q     Has he -- have you seen his grades for the semester?
10  A     Yeah, he's doing well.  And he's got a 100 percent
11        attendance.
12  Q     How does he get there in the morning?
13  A     I take him.
14  Q     And how does he get home?
15  A     Generally I pick him up.
16  Q     Has he been in any other legal trouble?
17  A     No, that's the fir- -- it's the first time he ever had
18        any trouble.  He had a clean record in school, just
19        hanging out with the wrong kids.
20  Q     And you said he threw rocks through the windows?
21  A     Uh-huh (affirmative).
22  Q     And he set a fire?
23        COURT REPORTER:  Is that a yes?
24  A     Oh, yeah they were -- well not in the school.  They
25        were playing with lighter fluid on the bike path and
```

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

ATTACHMENT I
PAGE 5 OF 6

|    |   |                                                                      |
|----|---|----------------------------------------------------------------------|
| 1  |   | videotaping it.  Then his fri- -- then a friend put it               |
| 2  |   | on a blog and the cops saw it and knock, knock.  What                |
| 3  |   | a dumb son of a --                                                   |
| 4  | Q | Youth today, I understand.                                           |
| 5  | A | Uh-huh (affirmative).                                                |
| 6  | Q | So what does he do after school then, after you pick                 |
| 7  |   | him up?                                                              |
| 8  | A | Comes home, reads.  He's not allowed to get television               |
| 9  |   | or anything else until like 5:00 o'clock, 6:00                       |
| 10 |   | o'clock.  I make sure he reads and he does chores                    |
| 11 |   | around the house.                                                    |
| 12 | Q | Have you added any other punishments other than the                  |
| 13 |   | legal system imposed?                                                |
| 14 | A | There's a lot of restrictions on certain things.                     |
| 15 | Q | What kind of restrictions?                                           |
| 16 | A | Computer time, you know?  Television time.                           |
| 17 | Q | Did you take anything away from him?                                 |
| 18 | A | Yeah, his controllers and his games, stuff like that.                |
| 19 |   | They're all locked up.                                               |
| 20 | Q | Is he old enough to drive yet?                                       |
| 21 | A | Yes.                                                                 |
| 22 | Q | Does he have a driver's license?                                     |
| 23 | A | No.                                                                  |
| 24 | Q | Will you allow him to get one?                                       |
| 25 | A | Yes.                                                                 |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

ATTACHMENT _I_
PAGE _6_ OF _6_