☐ FILE

RECEIVED

JAN 2 9 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

### DEFENDANT'S 17TH SUPPLEMENT TO INITIAL DISCLOSURES

Defendant, Unocal Corporation, by and through its counsel of record, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, provides its 17th Supplement to Initial Disclosures with the following:

Defendant's 17th Supplement to Initial Disclosures
Grove v UNOCAL, Case No. 3:04-cv-0096-TMB
Page 1 of 2

EXHIBIT 1

1-26-07

1) MySpace.com and on-line journal record from Plaintiff Sarah Grove (200898-200899).

DATED at Anchorage, Alaska, this 26 day of January, 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson #8911070

Certificate of Service:

I certify that a copy of this document was mailed  X  , faxed _____, hand delivered _____ on January _____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____

Defendant's 17th Supplement to Initial Disclosures
Grove v UNOCAL, Case No. 3:04-cv-0096-TMB
Page 2 of 2

EXHIBIT 1

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

I'm Not Short I'm Just Vertically Challenged - Lawyers
Case 3:04-cv-00096-TMB-DMS   Document 136-2   Filed 02/15/2007   Page 3 of 4
Page 1 of 2

Username: [     ] Password: [     ] [Log in] ☐ Remember Me

You are viewing bluewolf85's journal   LIVEJOURNAL

Forgot your password?   Create a LiveJournal Account   Learn more

ADVERTISEMENT   Customize

**theJettareport.com**
A report that shocked the industry See inside the life of Jetta owners
www.thejettareport.com

**Free Psychic Reading**
One Free Question. Get Accurate, Immediate Answers. 1-800-Predict.
www.californiapsychics.com

**Learn Audio Recording**
music production, mixing, Pro Tools sound from industry leaders.
www.cras.org

Ads by Google   Advertise

# I'm Not Short I'm Just Vertically Challenged - Lawyers

| About | Lawyers |
|---|---|

**Profile**

bluewolf85

**Navigation**

Recent Entries
Archive
Friends
User Info

Add to Memories

**Links**

The Other Guy
Elfwood
Dungeons & Dragons

**January 2007**

1 2 3 4 5 6

◀ Jan. 11th, 2007 @ 09:16 pm ▶
Lawyers



George W. Bush's "One-fingered victory salute"

Hey fuckers, yeah, can ya see this now?! Go fuck yourself you asshole good for nothing lawyers!!!!! How dare you embarrass me like this.

....I'm watching you, and I'm sincerely pissed off.

~Sarah G.

**Current Location:** Denver, CO
**Current Mood:** !@#? pissed off
**Current Music:** Lacuna Coil

200898

EXHIBIT ___1___

http://bluewolf85.livejournal.com/118223.html   1/25/2007

| 7 | 8 | 9 | 10 | 11 | 12 | 13 | (Leave a comment) |
|---|---|---|----|----|----|----|-------------------|
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | |
| 28 | 29 | 30 | 31 | | | | |

Top of Page                                    Powered by LiveJournal.com

ADVERTISEMENT                                                              Customize

Sign up now for **ACCIDENT FORGIVENESS**     CALL 866-650-1600      
Start with a **FREE QUOTE — IT'S EASY**      » CLICK to learn more  Allstate
                                                                    You're in good hands

200899

EXHIBIT _____|_____

http://bluewolf85.livejournal.com/118223.html                              1/25/2007