AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB

RECEIVED

FEB 0 8 2007

WEIDNER & ASSOCIATES

TO:  Attn:  Linda Raatz, Records Custodian for
     Wells Fargo Bank (& f/n/a Nationall Bank of Alaska)
     6831 Arctic Boulevard
     Anchorage, AK  99518

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK  99501 | 2/23/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 2-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR WELLS FARGO BANK a/k/a WELLS FARGO BANK, NA and f/k/a NATIONAL BANK OF ALASKA

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Wells Fargo Bank a/k/a Wells Fargo Bank, NA, **and** f/k/a  National Bank of Alaska, on Friday, **February 23, 2007** at the hour of **10:00 a.m.,** at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition

Notice of Deposition of Records Custodian for Wells Fargo Bank  (& National Bank of Alaska) (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

EXHIBIT 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following Wells Fargo Bank records, including National Bank of Alaska records, which are at any and all Wells Fargo Bank locations, including but not limited to Anchorage and Talkeetna, Alaska, the state of Colorado, or, in the case of credit cards, at any location nationwide:

1.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

2.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

3.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and

Notice of Deposition of Records Custodian for Wells Fargo Bank (& National Bank of Alaska) (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT 2

joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

4.    Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

5.    Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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

Sarah H. Grove    DOB: 11-12-85    SSN: 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

Michael J. Grove    DOB: 01-21-90    SSN: 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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

#

Notice of Deposition of Records Custodian for Wells Fargo Bank  (& National Bank of Alaska) (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

EXHIBIT 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
     Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
[X] mailed, [ ] faxed, [ ] hand delivered on
February _____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
     Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Recs Depo of Wells Fargo Bank (4.Groves)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Wells Fargo Bank  (& National Bank of Alaska) (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

EXHIBIT 2

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

**RECEIVED**

FEB 0 8 2007

WEIDNER & ASSOCIATES

TO:  Records Custodian for State of Alaska
Department of Fish and Game
333 Raspberry Road
Anchorage, AK 99518

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE  Clapp, Peterson, Van Flein, Tiemessen & Thorsness 711 H Street, Suite 620    Anchorage, AK 99501 | DATE AND TIME  2/23/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE  2-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq.    Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620    Anchorage, AK 99501    (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT 2



1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska  99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ALASKA

9  LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
10 GROVE (DOB 1/21/88) by and through his
   father LAWRENCE H. GROVE,
11
12              Plaintiffs,
13     vs.                                    Case No. 3:04-cv-0096-TMB
14 UNOCAL CORPORATION,
15              Defendant.
16

17     **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
        FOR ALASKA DEPARTMENT OF FISH AND GAME**
18
19        Defendant, Unocal Corporation, by and through its attorneys, Clapp,
20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the
21 deposition of the **Records Custodian** for Alaska Department of Fish and Game,
22 on Friday, **February 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp,
23 Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in
24 Anchorage, Alaska.  The deposition will be taken before an officer authorized to
25
26

Notice of Deposition of Records Custodian for Alaska Department of Fish and Game (re 4 indiv.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT 2


administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records relating to the any and all of the following individuals:

a) **Brian Grove**, a resident of Pennsylvania;
b) **Mark Grove**, a resident of Pennsylvania;
c) **Gordon R. Woodard** of Anchorage, AK, (907) 333-6630, 632-2783; and
d) **John A. Yenason**, DOB: 7/__/55; SS#.: 209-42-____; of 132 Darling Street, Wilkes Barre, PA 18702; (570) 830-4090.

1. Each and every resident and non-resident application and permit regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason from 2000 through 2006, including Tier 2 applications, for moose, sheep, deer, caribou, bison, bear, sport fishing and trapping.

2. All Harvest Ticket information from 2000 through 2006 regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason.

3. All Bear sealing information from 2000 through 2006 regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason.

4. All Fur sealing information from 2000 through 2006 regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Notice of Deposition of Records Custodian for Alaska Department of Fish and Game (re 4 indiv.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT 2

1

<u>CERTIFICATE OF SERVICE</u>

2

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
February _____7_____, 2007, to the following:

3

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

4

5

By: _____
                    Dianne A. Pitts

6

6200-1  Grove v. Unocal/Not.of Recs Depo of ADFG (4 indiv.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Deposition of Records Custodian for Alaska Department of Fish and Game (re 4 indiv.)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT 2

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

### SUBPOENA IN A CIVIL CASE

Case Number:[1]   3:04-cv-0096-TMB

*RECEIVED*

*FEB 0 8 2007*

*WEIDNER & ASSOCIATES*

TO:  Records Custodian for Northrim Bank
3111  C  Street
Anchorage, AK  99503

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE     Clapp, Peterson, Van Flein, Tiemessen & Thorsness 711 H Street, Suite 620     Anchorage, AK  99501 | DATE AND TIME 2/23/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    *Attorny for Defendant #8060388* | DATE  2-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

*EXHIBIT  2*



1   John B. Thorsness, Esq.
2   Linda J. Johnson, Esq.
    CLAPP, PETERSON, VAN FLEIN,
3   TIEMESSEN & THORSNESS, LLC
    711 H Street, Suite 620
4   Anchorage, Alaska 99501
    (907) 272-9272
5   usdc-anch-ntc@cplawak.com
6   Attorneys for Defendant Unocal Alaska

7

                IN THE UNITED STATES DISTRICT COURT
8
                     FOR THE DISTRICT OF ALASKA
9

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
11  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,
12
                    Plaintiffs,
13
14      vs.                                    Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16                  Defendant.

17         **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
                    **FOR NORTHRIM BANK**
18

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian** for Northrim Bank on Friday, **February 23,**

22  **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23  Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24
25  The deposition will be taken before an officer authorized to administer oaths by the

26

Notice of Deposition of Records Custodian for Northrim Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

EXHIBIT 2 

1  laws of the United States or of the place where the examination is held, and will

2  continue from day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies of the

4  following records, which records are at any and all Northrim Bank Alaska locations,

5  including but not limited to Anchorage and Talkeetna:

6
7      1.  Electronic version or complete and legible copies of all bank statements,
           cancelled checks, deposits and withdrawals, cashier checks, loan
8           statements, mortgage and equity statements, credit card statements, and
           any other banking records pertaining to *accounts held by Lawrence H.
9           ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without
           limitation, all individual and joint checking accounts, individual and joint
10          savings accounts, individual and joint money market accounts, individual
           and joint certificates of deposits, individual and joint IRAs, individual and
11          joint loans, individual and joint mortgage and equity accounts, and
           individual and joint credit card records from January 1, 1999 to the
12          present.

13     2.  Electronic version or complete and legible copies of all bank statements,
           cancelled checks, deposits and withdrawals, cashier checks, loan
14          statements, mortgage and equity statements, credit card statements, and
           any other banking records pertaining to *accounts held by Lawrence H.
15          ("Larry") Grove*, including, but without limitation, all individual and joint
           checking accounts, individual and joint savings accounts, individual and
16          joint money market accounts, individual and joint certificates of deposits,
           individual and joint IRAs, individual and joint loans, individual and joint
17          mortgage and equity accounts, and individual and joint credit card records
           from January 1, 1999 to the present.
18

19     3.  Electronic version or complete and legible copies of all bank statements,
           cancelled checks, deposits and withdrawals, cashier checks, loan
20          statements, mortgage and equity statements, credit card statements, and
           any other banking records pertaining to *accounts held by Cynthia A.
21          ("Cindy") Grove*, including, but without limitation, all individual and joint
           checking accounts, individual and joint savings accounts, individual and
22          joint money market accounts, individual and joint certificates of deposits,
           individual and joint IRAs, individual and joint loans, individual and joint
23          mortgage and equity accounts, and individual and joint credit card records
           from January 1, 1999 to the present.
24

25

26

Notice of Deposition of Records Custodian for Northrim Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT 

4.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

5.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53      SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57      SSN: 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

Sarah H. Grove      DOB: 11-12-85      SSN: 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

Michael J. Grove    DOB: 01-21-90      SSN: 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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ⎯⎯⎯ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
   Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Northrim Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

EXHIBIT 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

<u>CERTIFICATE OF SERVICE</u>

2

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
February _____7_____, 2007, to the following:

3

4

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

5

By: _____

6

Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Recs Depo of Northrim Bank (4.Groves)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Deposition of Records Custodian for Northrim Bank (4 Groves)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 4 of 4

EXHIBIT 2

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB

RECEIVED
FEB 0 8 2007
WEIDNER & ASSOCIATES

TO: Records Custodian for Indian Valley Meats
Mile 104 Seward Hwy, off Indian Road   (HC 52 Box 8809)
Indian, AK 99540

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620     Anchorage, AK 99501 | DATE AND TIME<br>2/23/2007 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 2-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT 2



1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska 99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

6

7                    IN THE UNITED STATES DISTRICT COURT

8                       FOR THE DISTRICT OF ALASKA

9   LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
10  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,
11
                      Plaintiffs,
12
13       vs.
                                          Case No. 3:04-cv-0096-TMB
14  UNOCAL CORPORATION,

15                    Defendant.

16

17        **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
                  **FOR INDIAN VALLEY MEATS**
18

19        Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian** for Indian Valley Meats, on Friday, **February**

22  **23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23  Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24  The deposition will be taken before an officer authorized to administer oaths by the

25

26



Notice of Deposition of Records Custodian for Indian Valley Meats (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

EXHIBIT 2

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records relating to **Lawrence ("Larry") Grove**, of P.O. Box 222253, Anchorage, Alaska 99552, and/or Talkeetna, Alaska:

> Each and every record, including accounting documents and invoices, regarding the processing of fish and game for Lawrence Grove from January 1, 2000 to the present.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
      Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
February _____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
      Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Recs Depo of Indian Valley Meats (L.Grove)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Indian Valley Meats (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

EXHIBIT 

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

RECEIVED

FEB 0 8 2007

WEIDNER & ASSOCIATES

TO:   Records Custodian for First National Bank Alaska
       646 West 4th Avenue
       Anchorage, AK  99501

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to
    testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
    in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
    place, date, and time specified below (list documents or objects):

        Please see Notice attached hereto.

| PLACE       Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620      Anchorage, AK  99501 | DATE AND TIME<br>2/23/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated,
the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 2-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT  2



John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

    vs.

UNOCAL CORPORATION,

               Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR FIRST NATIONAL BANK ALASKA

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for First National Bank Alaska on Friday, **February 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for First National Bank Alaska (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

EXHIBIT 2 

oaths by the laws of the United States or of the place where the examination is

held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the

following records, which records are at any and all First National Bank Alaska

locations (including but not limited to Anchorage and Talkeetna):

1. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

2. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

3. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

Notice of Deposition of Records Custodian for First National Bank Alaska (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

EXHIBIT 

4.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

5.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN:  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

Sarah H. Grove     DOB:  11-12-85     SSN:  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

Michael J. Grove     DOB:  01-21-90     SSN:  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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for First National Bank Alaska (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

EXHIBIT __2__

1

CERTIFICATE OF SERVICE

2

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
February ____7____, 2007, to the following:

3

4

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

5

6

By:_____
Dianne A. Pitts

7

6200-1  Grove v. Unocal/Not.of Recs Depo of First National Bank AK (4.Groves)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Deposition of Records Custodian for First National Bank Alaska (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT 2

AO88 (Rev. 1/94) Subpoena in a Civil Case.

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

RECEIVED

FEB 0 8 2007

WEIDNER & ASSOCIATES

TO:  Records Custodian for Circus-Circus Hotel & Casino
500 N. Sierra Street
Reno, NV  89503

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK  99501 | DATE AND TIME<br>2/23/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 2-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT  2

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska



7

8                  IN THE UNITED STATES DISTRICT COURT

9                      FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12              Plaintiffs,

13
    vs.
14                                            Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16              Defendant.

17           **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
18            **FOR CIRCUS-CIRCUS HOTEL & CASINO**

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian** for Circus-Circus Hotel & Casino (Reno,

22  Nevada) on Friday, **February 23, 2007** at the hour of **10:00 a.m.**, at the offices of

23  Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

24
25  620, in Anchorage, Alaska.    The deposition will be taken before an officer

26

Notice of Deposition of Records Custodian for Circus-Circus Hotel & Casino (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

EXHIBIT ___2___

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



1    authorized to administer oaths by the laws of the United States or of the place

2    where the examination is held, and will continue from day to day until completed.

3        The Records Custodian is requested to bring to the deposition copies of the

4    following records:

5        1.    Each and every record documenting reservations and
6            charges incurred by Lawrence ("Larry") Grove and/or Cynthia
        ("Cindy") Grove from January 1, 2002 to the present.

7        2.    Each and every record documenting gambling proceeds for
8            **Lawrence ("Larry") Grove** from January 1, 2002 to the
        present, including January 2005, January 2006, and January
9            2007.

10       3.    Each and every record documenting gambling proceeds for
11           **Cynthia ("Cindy") Grove** from January 1, 2002 to the
        present, including January 2005, January 2006, and January
12           2007.

13       4.    Each and every record documenting complimentary hotel
14           accommodations, meals, health spa, entertainment, and
        other hotel and casino perks that were offered to Lawrence
15           ("Larry") Grove and/or Cynthia ("Cindy") Grove from January
        1, 2002 to the present.

16

17   The above-listed records relate to:

18       Lawrence H. Grove a/k/a Larry Grove
    DOB: 08-11-53    SSN: 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
19       Residence: P.O. Box 222253  Anchorage, Alaska

20       Cynthia A. Grove a/k/a Cindy Grove
    DOB: 03-13-57    SSN: 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
21       Residence: P.O. Box 222253  Anchorage, Alaska

22   If the requested records are produced to the undersigned before the date

23   and time for which this deposition is scheduled, the deposition will be canceled.

24   #

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Circus-Circus Hotel & Casino (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

EXHIBIT 2

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
    Linda J. Johnson, 8911070

## CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
February _____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
       Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Recs Depo of Circus-Circus (L & C Grove)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Circus-Circus Hotel & Casino (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

EXHIBIT 2

M9

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

RECEIVED

FEB  0 8 2007

WEIDNER & ASSOCIATES

TO:  Records Custodian
     Birchwood Recreation & Shooting Park
     20269 Birchwood Spur Road
     Chugiak AK  99567

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620     Anchorage, AK  99501 | DATE AND TIME<br>2/23/2007 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>2-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska



## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

   vs.

UNOCAL CORPORATION,

               Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BIRCHWOOD RECREATION & SHOOTING PARK a/k/a BIRCHWOOD SHOOTING RANGE

     Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Birchwood Recreation & Shooting Park (a/k/a Birchwood Shooting Range), on Friday, **February 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition will be

Notice of Deposition of Records Custodian for Birchwood Recreation & Shooting Park (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

EXHIBIT 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records (related to persons whose address is P.O. Box 222253 Anchorage, Alaska 99552, and/or Talkeetna, Alaska):

1. Each and every document related to the Birchwood Recreation & Shooting Park membership of **Lawrence H. ("Larry") Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

2. Each and every document relating to the Birchwood Recreation & Shooting Park membership of **Cynthia A. ("Cindy") Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

3. Each and every document relating to the Birchwood Recreation & Shooting Park membership of **Sarah H. Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

4. Each and every document relating to Birchwood Recreation & Shooting Park membership of **Michael J. Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

\#

\#

Notice of Deposition of Records Custodian for Birchwood Recreation & Shooting Park (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

EXHIBIT _2_

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
            Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
February ____7____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
            Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Recs Depo of Birchwood Shtg Range (4 Groves)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Birchwood Recreation & Shooting Park (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

EXHIBIT 2