AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096TMB

RECEIVED

FEB 08 2007

WEIDNER & ASSOCIATES

TO: Records Custodian for Alaska USA Federal Credit Union
4000 Credit Union Drive
Anchorage, AK 99503

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness 711 H Street, Suite 620 Anchorage, AK 99501 | 2/23/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 2-7-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK 99501 (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT 2 

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA USA FEDERAL CREDIT UNION

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Alaska USA Federal Credit Union on Friday, **February 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

EXHIBIT 2

administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records, which records are at any and all Alaska USA Federal Credit Union locations, statewide, including but not limited to Anchorage and Talkeetna:

1. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

2. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

3. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

EXHIBIT 2

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Michael J. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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

Sarah H. Grove DOB: 11-12-85 SSN: 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

Michael J. Grove DOB: 01-21-90 SSN: 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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 7th day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By [signature]
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

EXHIBIT 2 

CERTIFICATE OF SERVICE

I certify that a copy of this document was [X] mailed, [ ] faxed, [ ] hand delivered on February 7, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: [signature]
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Recs Depo of AK USA Fed.Cr.Un. (4.Groves)

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

EXHIBIT 2

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB

RECEIVED
FEB 0 8 2007
WEIDNER & ASSOCIATES

TO: Records Custodian for Alaska Spine Institute
(including, f/k/a Rehabilitation Medicine Associates)
3801 University Lake Drive, #300
Anchorage, AK 99508

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness 711 H Street, Suite 620 Anchorage, AK 99501 | 2/23/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 2-7-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK 99501 (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA SPINE INSTITUTE (including Rehabilitation Medicine Associates)

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **Alaska Spine Institute** (including Rehabilitation Medicine Associates), on Friday, **February 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Alaska Spine Institute (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

EXHIBIT 2

taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

> The entire medical chart, including but not limited to chart notes, clinic or other reports, laboratory reports/results, diagnostic tests and reports, correspondence, e-mails (printed), and studies, of whatever type or nature, including but not limited to x-ray films/ reports, radiology films (including MRI/CT scans), radiology reports (including MRI/CT scans) and any and all other documents or reports produced by or at the direction of any hospital, clinic, laboratory, physician, physician's assistant, nurse, therapist, psychologist, counselor, or any other health care provider included in your chart for **Lawrence ("Larry") Grove, date of birth 8/11/1953, Soc. Sec. No. 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**.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 7th day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By ______________________
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on February 7, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: ______________________
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Recs Depo of Alaska Spine Institute (L.Grove)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Alaska Spine Institute (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

EXHIBIT 2



**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB

TO: Records Custodian for Alaska Sausage Co., Inc.
2914 Arctic Boulevard
Anchorage, AK 99503

RECEIVED
FEB 0 8 2007
WEIDNER & ASSOCIATES

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620 Anchorage, AK 99501 | 2/23/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 2-7-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK 99501 (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA SAUSAGE CO., INC.**

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Alaska Sausage Co., Inc., on Friday, **February 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Alaska Sausage Co., Inc. (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records relating to **Lawrence ("Larry") Grove**, of P.O. Box 222253, Anchorage, Alaska 99552, and/or Talkeetna, Alaska:

> Each and every record, including accounting documents and invoices, regarding the processing of fish and game for Lawrence Grove from January 1, 2000 to the present.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 7th day of February 2007.

CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By [signature]
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on February 7, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: [signature]
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Recs Depo of Alaska Sausage (L.Grove)

Notice of Deposition of Records Custodian for Alaska Sausage Co., Inc. (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

EXHIBIT 2

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB

RECEIVED FEB 0 9 2007 WEIDNER & ASSOCIATES

TO: Records Custodian for Bank of America
800 5th Avenue, Mail Stop WA1-501-25-17
Seattle, WA 98104-3176

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620 Anchorage, AK 99501 | 3/2/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 2-8-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK 99501 (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA**

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Bank of America on Friday, **March 2, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

EXHIBIT 2

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Bank of America locations, including but not limited to Anchorage and Talkeetna, Alaska, the state of Colorado, or, in the case of credit cards, at any location nationwide:

1. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

2. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

3. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, and any other banking records pertaining to *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT 2

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, and any other banking records pertaining to *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, and any other banking records pertaining to *accounts held by* ***Michael J. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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

Sarah H. Grove DOB: 11-12-85 SSN: 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

Michael J. Grove DOB: 01-21-90 SSN: 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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 8th day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By [signature]
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT 2

CERTIFICATE OF SERVICE

I certify that a copy of this document was [X] mailed, [ ] faxed, [ ] hand delivered on February 8, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: [signature]
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Recs Depo of Bank of America (4.Groves)

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Bank of America (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

EXHIBIT 2



AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB

RECEIVED
FEB 0 9 2007
WEIDNER & ASSOCIATES

TO: Records Custodian for Bank of America (Credit Cards)
1800 E. Buckeye Rd — Mail Stop AZ9-503-02-10
Phoenix, AZ 85045-4216

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
| --- | --- |
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620 Anchorage, AK 99501 | 3/2/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] | 2-8-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK 99501 (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Bank of America on Friday, **March 2, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Notice of Deposition of Records Custodian for Bank of America (cr.cards – 4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

EXHIBIT 2

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Bank of America locations, including but not limited to Anchorage and Talkeetna, Alaska, the state of Colorado, or, in the case of credit cards, at any location nationwide:

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Michael J. Grove***,, including, but without

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Bank of America (cr.cards – 4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

EXHIBIT 2 

limitation, all individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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

Sarah H. Grove DOB: 11-12-85 SSN: 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

Michael J. Grove DOB: 01-21-90 SSN: 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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 8th day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By [signature]
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
February 8, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: [signature]
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Recs Depo of Bank of America (4.Groves)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Bank of America (cr.cards – 4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

EXHIBIT 2 

MC

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB

RECEIVED

FEB 08 2007

WEIDNER & ASSOCIATES

TO: Attn: Rolan Ruoss
Records Custodian for Sea Hawk Air
505 Trident Way – P.O. Box 3561
Kodiak, AK 99615

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620 Anchorage, AK 99501 | 3/2/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 2-7-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK 99501 (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT 2



John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR SEA HAWK AIR, INC.**

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Sea Hawk Air, Inc., on Friday, **March 2, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Sea Hawk Air, Inc. (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

EXHIBIT 2

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the below-listed records relating to **Lawrence H. ("Larry") Grove** of:

P.O. Box 222253 Anchorage, AK 99522 AND/OR 15831 Mercedes Drive Talkeetna, AK 99676

1. Each and every accounting record for all fly-in hunting and fishing trips regarding Lawrence Grove as a passenger or party from January 1, 2000 to the present.

2. Each and every record documenting locations of trips regarding Lawrence ("Larry") Grove as a passenger or party from January 1, 2000 to the present.

3. Each and every record identifying weight and list of gear and freight hauled to and from each location regarding Lawrence ("Larry") Grove as a passenger or party from January 1, 2000 to the present.

4. Each and every record identifying fish, hides, antlers, horns, and meat transported to and from each location regarding Lawrence ("Larry") Grove as a passenger or party from January 1, 2000 to the present.

5. Each and every record identifying all passengers and parties for each trip in which Lawrence ("Larry") Grove participated in from January 1, 2000 to the present.

6. Each and every application and permit applied for by Lawrence ("Larry") Grove *and anyone in his party*, including **Sarah Grove,** from January 1, 2000 to the present.

7 Each and every photograph and or videotape taken of Lawrence ("Larry") Grove and anyone in his party from January 1, 2000 to the present.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

#

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Sea Hawk Air, Inc. (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

EXHIBIT 2

DATED at Anchorage, Alaska, this 7th day of February 2007.

CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By ______________________
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on February 7, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: ______________________
Dianne A. Pitts%

6200-1 Grove v. Unocal/Not.of Recs Depo of Sea Hawk (L. Grove)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Sea Hawk Air, Inc. (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

EXHIBIT 2



SP

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB

RECEIVED

FEB 14 2007

WEIDNER & ASSOCIATES

TO: Records Custodian
State of Alaska Dept. of Motor Vehicles
1300 West Benson Blvd
Anchorage AK 99603

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto (re Lawrence H. "Larry" Grove).

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620 Anchorage, AK 99501 | 3/2/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 2-13-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq. Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620 Anchorage, AK 99501 (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR STATE OF ALASKA DEPARTMENT OF MOTOR VEHICLES

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for State of Alaska **Department of Motor Vehicles**, on Friday, **March 2, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer

Notice of Deposition of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove – veh.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

EXHIBIT 2

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

> Any and all records from 1990 through the present related to **Lawrence H. ("Larry") Grove, DOB: 8/11/1953, Soc. Sec. No. 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**, for any and all below-described activity in the state of Alaska, including but not limited to the locations of Talkeetna, Alaska and Anchorage, Alaska: vehicle registration and licensing records for all vehicles, including trailers and recreational vehicles, licensed or owned by Lawrence H. ("Larry") Grove; and any other vehicle-related records in your possession, custody, or control relating to the above-identified person.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 13 day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By [signature]
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on February 13, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: [signature]
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Recs Depo of DMV (veh.) (L.Grove)

EXHIBIT 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove – veh.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB

RECEIVED
FEB 14 2007
WEIDNER & ASSOCIATES

TO: Records Custodian, Driving Services
State of Alaska Dept. of Motor Vehicles
2760 Sherwood Lane, Ste B
Juneau AK 99801

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto (re Lawrence H. "Larry" Grove).

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness 711 H Street, Suite 620 Anchorage, AK 99501 | 3/2/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 2-13-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq. Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620 Anchorage, AK 99501 (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR STATE OF ALASKA DEPARTMENT OF MOTOR VEHICLES**

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for State of Alaska **Department of Motor Vehicles**, on Friday, **March 2, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer

Notice of Deposition of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove -drvr)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

EXHIBIT 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

> Any and all records from 1990 through the present related to **Lawrence H. ("Larry") Grove, DOB: 8/11/1953, Soc. Sec. No. 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**, for any and all below-described activity in the state of Alaska, including but not limited to the locations of Talkeetna and Anchorage, Alaska: driver's licenses issued, renewed, suspended, or revoked; infractions, violations, tickets issued (including parking and moving violations); changes of address; accident reports; and any other records in your possession, custody, or control relating to the above-identified person.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 13 day of February 2007.

CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By [signature]
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on February 13, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: [signature]
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Recs Depo of DMV (driver) (L.Grove)

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove -drvr)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

EXHIBIT 2