Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>         Plaintiffs,<br><br>    vs.<br><br>UNOCAL CORPORATION,<br><br>         Defendant. | Case No. 3:04-cv-0096-TMB |

**ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

The Court, having considered Plaintiffs' Motion for Protective Order, and any and all opposition thereto, it is HEREBY ORDERED:

1. The juvenile records of Michael Grove will not be released to defense counsel;

2. Defense counsel will cease from invading Sarah Grove's diaries and personal matters, and that of her friends;

       3.   Defense counsel will cease and desist from any and all secret surveillance of Larry Grove and his family, and any such investigators or employees or agents of defendant or defense counsel shall be precluded from staking out Mr. Grove's family home, or following Mr. Grove and/or his family;

       4.   The subpoenas issued by defendant for the production of records on February 23, 2007 and March 2, 2007 are hereby quashed.

       While the Federal Rules of Civil Procedure provide for liberal discovery, that does not mean open-ended discovery that amounts to such oppression and harassment of a party to result in abuse of discovery, harassment or distress. Accordingly, the Plaintiffs' Motion for Protective Order is GRANTED.

DATED: _____    _____
                                         U. S. DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February ____, 2007 a copy of the foregoing [Proposed] Order Granting Plaintiffs' Motion for Protective Order was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.   /s/ Michael Cohn

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571