Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA      )
GROVE, SARAH GROVE, and,        )
MICHAEL GROVE (DOB 1/21/88) by  )
and through his father LAWRENCE H. )
GROVE,                          )
                                ) Case No. A04-0096 CV (TMB)
            Plaintiffs,         )
                                )
        v.                      )
                                )
UNOCAL CORPORATION              )
                                )
            Defendant           )
_____ )

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

STATE OF ALASKA            )
                           )  ss.
THIRD JUDICIAL DISTRICT    )

        MICHAEL  COHN,  being  first  duly  sworn  under  oath,

deposes and states as follows:

        1.   I am Michael Cohn, an associate attorney with the

law firm of Phillip Paul Weidner & Associates, Inc., counsel of

record for the Grove plaintiffs in this matter;

**Weidner & Associates**
330 L Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

2.    Attached   hereto   as   Exhibit   1   is   The   17TH

Supplemental Disclosures of defendants;

3.    Attached   hereto   as   Exhibit   2   are   copies   of

subpoenas issued by defendant recently received by plaintiffs'

counsel.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007 a copy of the
foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION FOR RULE OF LAW** was served electronically
on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen &
Thorsness, LLC

s/ Michael Cohn

**Weidner & Associates**
330 L Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571