Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA ) <br> GROVE, SARAH GROVE, and, ) <br> MICHAEL GROVE (DOB 1/21/88) ) <br> By and through his father ) <br> LAWRENCE H. GROVE, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNOCAL CORPORATION, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:04-cv-0096-TMB |

**EMERGENCY MOTION TO CONSIDER PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

The plaintiffs request that the court consider Plaintiffs' Motion for Protective Order on an emergency basis. Defendant is seeking a number of records, including juvenile records of Michael Grove, and have recently submitted a flurry of subpoenas seeking records on or about February 23, 2007 and March 2, 2007.  Plaintiffs request an Order from the court prior to the date in which the discovery is to be produced at defense

counsel's office. Defense counsel has been notified of this Emergency Motion via facsimile and email.

Dated at Anchorage, Alaska this 15th day of February 2007.

                               WEIDNER & ASSOCIATES, INC.
                               Counsel for Plaintiffs

                               /s/ Michael Cohn
                               WEIDNER & ASSOCIATES, INC.
                               330 L Street, Suite 200
                               Anchorage, AK  99501
                               Phone (907) 276-1200
                               Fax (907) 278-6571
                               E-mail:  nbackes@weidnerjustice.com
                               ABA No. 8506049

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007 a copy of the foregoing Emergency Motion to Consider Plaintiffs' Motion for Protective Order was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.  /s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571