```
Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

```
LAWRENCE H. GROVE, CYNTHIA      )
GROVE, SARAH GROVE, and,        )
MICHAEL GROVE (DOB 1/21/88)     )
By and through his father       )
LAWRENCE H. GROVE,              )    Case No. 3:04-cv-0096-TMB
                                )
                                )
          Plaintiffs,           )
                                )
    vs.                         )
                                )
UNOCAL CORPORATION,             )
                                )
          Defendant.            )
_____)
```

**[PROPOSED] ORDER RE:  EMERGENCY MOTION TO CONSIDER PLAINTIFFS'
MOTION FOR PROTECTIVE ORDER**

The Court, having considered Plaintiffs' Emergency Motion to Consider Motion for Protective Order, it is HEREBY ORDERED, that the Motion for Protective Order shall be considered on an expedited basis.

DATED:_____      _____
                     U. S. DISTRICT COURT JUDGE

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007 a copy of the foregoing [Proposed] Order Re: Emergency Motion to Consider Plaintiffs' Motion for Protective Order was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.  <u>/s/ Michael Cohn</u>

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571