Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA ) <br> GROVE, SARAH GROVE, and, ) <br> MICHAEL GROVE (DOB 1/21/88) ) <br> By and through his father ) <br> LAWRENCE H. GROVE, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNOCAL CORPORATION, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:04-cv-0096-TMB |

<u>AMENDED CERTIFICATE OF SERVICE</u>

COME NOW Plaintiffs, Phillip Paul Weidner individually and Phillip Paul Weidner & Associates, a Professional Corporation, hereby certifies that a true and correct copy of the instant Amended Certificate of Service and the following documents:

• Plaintiff's Motion for Protective Order and Proposed Order
• Affidavit of Michael Cohn in Support of Plaintiffs' Motion for Protective Order
• Emergency Motion to Consider Plaintiffs' Motion for Protective Order

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

1

was served electronically and via hand delivery on February 15, 2007, upon:

John B. Thorsness
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H. Street, Suite 620
Anchorage, AK 99501

Dated at Anchorage, Alaska this 15th day of February 2007.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs


/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049


CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007 a copy of the foregoing Emergency Motion to Consider Plaintiffs' Motion for Protective Order were served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.


/s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571