```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   LAWRENCE H. GROVE, CYNTHIA      )
     GROVE, SARAH GROVE, and MICHAEL )
 4   GROVE (DOB 1/21/88) by and      )
     through his father              )
 5   LAWRENCE H. GROVE,              )
                                     )
 6              Plaintiffs,          )
                                     )
 7   vs.                             )
                                     )
 8   UNOCAL CORPORATION,             )
                                     )
 9              Defendant.           ) Case No. A04-0096 CV (JKS)
                                     )
10   _____
                                  
11         VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE
                        January 12, 2007

12   APPEARANCES:

13        FOR PLAINTIFFS:    MR. MICHAEL COHN
                             Phillip Paul Weidner & Associates
14                           Attorneys at Law
                             330 L Street
15                           Suite 200
                             Anchorage, Alaska 99501
16                           (907) 276-1200

17        FOR DEFENDANT:     MS. LINDA J. JOHNSON
                             Clapp, Peterson, Van Flein,
18                              Tiemessen & Thorsness, LLC
                             Attorneys at Law
19                           711 H Street
                             Suite 620
20                           Anchorage, Alaska 99501
                             (907) 272-9266
21
          ALSO PRESENT:      MS. VICTORIA HOMAN
22                           MR. ROBERT L. GRIFFIN

23                           * * * *

24

25
                                         ATTACHMENT I
                                         PAGE 1 OF 6
```

*METRO COURT REPORTING*

745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



| | | |
|---|---|---|
| 1 | A | She's working. Stays at home. |
| 2 | Q | What about your son? |
| 3 | A | He's come up with me quite a bit. |
| 4 | Q | How does he get up there? |
| 5 | A | I'll go into town on weekends, usually. |
| 6 | Q | Do you live there during the weekdays? |
| 7 | A | Yeah. You know, when I get a chance. I'm not down |
| 8 | | there all the time but most of the time. |
| 9 | Q | What else did your son do this summer? |
| 10 | A | Oh, he got in trouble this summer. |
| 11 | Q | What did he do? |
| 12 | A | Threw some rocks through the windows at Sand Lake |
| 13 | | Elementary. |
| 14 | Q | Did he get arrested? |
| 15 | A | He certainly did. |
| 16 | Q | And referred to the Juvenile Intake Officer's? |
| 17 | A | Juvenile -- yes, yes. |
| 18 | Q | Did you go with him? |
| 19 | A | Yes. Every -- every time. |
| 20 | Q | Did they send him to youth court? |
| 21 | A | No, it actually -- regular state court. |
| 22 | Q | Oh, it went to state court? |
| 23 | A | Left it to the state or -- yes, state. |
| 24 | Q | He's a juvenile, under 18? |
| 25 | A | Somewhere in the old courthouse, in there. But that's |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

ATTACHMENT _I_
PAGE _2_ OF _6_

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | where the juvenile court this is, so --                         |
| 2  | Q | Okay. What did they do to him?                                  |
| 3  | A | He's paying restitution. He did 92 hours of community           |
| 4  |   | service and we got him down to -- he's like three               |
| 5  |   | misdemeanors, you know. We got the exact -- how -- in           |
| 6  |   | the -- in the charges, but --                                   |
| 7  | Q | So who is supervising his community work service?               |
| 8  | A | It was at the Anchorage Moose Lodge. He's done. He's            |
| 9  |   | only required to do 50 but I made sure he did a lot             |
| 10 |   | more.                                                           |
| 11 | Q | Okay. So you think he went through the juvenile                 |
| 12 |   | system or he went to Anchorage Youth Court on the               |
| 13 |   | diversionary program?                                           |
| 14 | A | Yeah, I thought it was Anchorage Youth Court, it's              |
| 15 |   | either in the court system -- probably, we have a               |
| 16 |   | hearing next month some time.                                   |
| 17 | Q | Do you remember who -- was it a judge or a magistrate?          |
| 18 | A | Judge.                                                          |
| 19 | Q | Do you know who it was?                                         |
| 20 | A | No, I don't know. I -- I don't pay a- --                        |
| 21 | Q | Male, female?                                                   |
| 22 | A | Male.                                                           |
| 23 | Q | And that was this summer?                                       |
| 24 | A | It's been ongoing. He's -- we got one more thing to             |
| 25 |   | get done. He's going to -- oh, what do you call it,             |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

ATTACHMENT I
PAGE 3 OF 6

|    |   |                                                                |
|----|---|----------------------------------------------------------------|
| 1  |   | continuation program schooling?  He was actually               |
| 2  |   | expelled the day he got to school.                             |
| 3  | Q | I'm sorry.  He was expelled --                                 |
| 4  | A | Expelled the day he went to school.                            |
| 5  | Q | September '06?                                                 |
| 6  | A | Yeah.                                                          |
| 7  | Q | Oh.                                                            |
| 8  | A | They were nice enough to let him go to school to expel         |
| 9  |   | him. So he's been in a continuation program since and          |
| 10 |   | I've been taking him to school every morning and               |
| 11 |   | picking him up and --                                          |
| 12 | Q | Is he suspended or expelled?                                   |
| 13 | A | What's the difference?                                         |
| 14 | Q | Suspension you can come back.                                  |
| 15 | A | Well, he's -- he's coming back but under conditions.           |
| 16 |   | The school board is reviewing it.  We had a meeting            |
| 17 |   | yesterday and since he's done all his community                |
| 18 |   | service, paid the damages and all that stuff,                  |
| 19 |   | restitution, everything, so now he's going back to             |
| 20 |   | school shortly.  We're just waiting for the school             |
| 21 |   | board to -- they have to review it and then allow him          |
| 22 |   | back to school and then we go back and pre-register            |
| 23 |   | him.                                                           |
| 24 | Q | And the school that he is going to is called what?             |
| 25 | A | Dimond High School.                                            |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

ATTACHMENT  I
PAGE  4  OF  6

| | | |
|---|---|---|
| 1 | Q | Oh.  He -- I -- but he's expelled from Dimond so where |
| 2 | | is he? |
| 3 | A | Glenda Continuation Program, part of the Anchorage |
| 4 | | School District.  It's off of Arctic -- International |
| 5 | | and C Street, they're up in that general area. |
| 6 | Q | And what kind of classes does he take there? |
| 7 | A | He's got a regular classes, it's english, stuff like |
| 8 | | that. |
| 9 | Q | Has he -- have you seen his grades for the semester? |
| 10 | A | Yeah, he's doing well.  And he's got a 100 percent |
| 11 | | attendance. |
| 12 | Q | How does he get there in the morning? |
| 13 | A | I take him. |
| 14 | Q | And how does he get home? |
| 15 | A | Generally I pick him up. |
| 16 | Q | Has he been in any other legal trouble? |
| 17 | A | No, that's the fir- -- it's the first time he ever had |
| 18 | | any trouble.  He had a clean record in school, just |
| 19 | | hanging out with the wrong kids. |
| 20 | Q | And you said he threw rocks through the windows? |
| 21 | A | Uh-huh (affirmative). |
| 22 | Q | And he set a fire? |
| 23 | | COURT REPORTER:  Is that a yes? |
| 24 | A | Oh, yeah they were -- well not in the school.  They |
| 25 | | were playing with lighter fluid on the bike path and |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

ATTACHMENT I
PAGE 5 OF 6

|    |   |   |
|----|---|---|
| 1  |   | videotaping it.  Then his fri- -- then a friend put it |
| 2  |   | on a blog and the cops saw it and knock, knock.  What |
| 3  |   | a dumb son of a -- |
| 4  | Q | Youth today, I understand. |
| 5  | A | Uh-huh (affirmative). |
| 6  | Q | So what does he do after school then, after you pick |
| 7  |   | him up? |
| 8  | A | Comes home, reads.  He's not allowed to get television |
| 9  |   | or anything else until like 5:00 o'clock, 6:00 |
| 10 |   | o'clock.  I make sure he reads and he does chores |
| 11 |   | around the house. |
| 12 | Q | Have you added any other punishments other than the |
| 13 |   | legal system imposed? |
| 14 | A | There's a lot of restrictions on certain things. |
| 15 | Q | What kind of restrictions? |
| 16 | A | Computer time, you know?  Television time. |
| 17 | Q | Did you take anything away from him? |
| 18 | A | Yeah, his controllers and his games, stuff like that. |
| 19 |   | They're all locked up. |
| 20 | Q | Is he old enough to drive yet? |
| 21 | A | Yes. |
| 22 | Q | Does he have a driver's license? |
| 23 | A | No. |
| 24 | Q | Will you allow him to get one? |
| 25 | A | Yes. |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

ATTACHMENT I
PAGE 6 OF 6