John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. A04-0096 CV (JKS) |

## STIPULATION TO EXTEND EXPERT DEPOSITIONS AND MOTIONS DEADLINES

Defendant Unocal Corporation and Plaintiffs Lawrence, Cynthia, Sarah and Michael Grove stipulate to an extension of time in which to take the depositions of expert witnesses and to file dispositive motions, discovery motions and motions in limine.  Mediation is set for April 4, 2007 with former state court judge Eric Sanders.  This date is solid and took considerable pre-planning to get all necessary participants scheduled.

STIPULATION TO EXTEND EXPERT DEPOSITIONS AND MOTIONS DEADLINES
Grove v. Unocal, Case No. Case No. 3:04-cv-0096-TMB
Page 1 of 3

The current court order set the close of discovery for January 17, 2007 and dispositive motions, motions in limine, and discovery motions are due February 22, 2007. The parties agree it would be beneficial to each not to incur unnecessary expense unless their mediation efforts fail. Therefore, the parties have stipulated that expert depositions should be completed by July 15, 2007 and that dispositive motions, motions in limine, and discovery motions are due June 29, 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070


WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs

s/[Michael Cohn](consent)
Weidner & Associates
330 L Street, Suite 200
Anchorage, AK  99501
Phone:  (907) 276-1200
Fax:  (907) 278-6571
Alaska Bar No. 8506049

STIPULATION TO EXTEND EXPERT DEPOSITIONS AND MOTIONS DEADLINES
Grove v. Unocal, Case No. Case No. 3:04-cv-0096-TMB
Page 2 of 3

## Certificate of Service

1

2  I hereby certify that on February 22, 2007, a copy of the foregoing document was served electronically on Michael Cohn/Phillip P. Weidner, Esq.

3                          s/ Linda J. Johnson

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  STIPULATION TO EXTEND EXPERT DEPOSITIONS AND MOTIONS DEADLINES
Grove v. Unocal, Case No. Case No. 3:04-cv-0096-TMB
Page 3 of 3

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586