John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>UNOCAL CORPORATION,<br><br>　　　　　Defendant. | Case No. A04-0096 CV (JKS) |

**(PROPOSED)**
**ORDER EXTENDING CERTAIN PRETRIAL DEADLINES**

The court having considered the parties' Stipulation To Extend Expert Depositions and Motions Deadlines,

IT IS HEREBY ORDERED that the deadline for dispositive motions, discovery motions, and motions *in limine* is June 29, 2007; and the deadline for expert depositions is July 15, 2007.

Dated at Anchorage, Alaska this _____ day of _____ 2007.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

## Certificate of Service

I hereby certify that on February 22, 2007, a copy of the foregoing document was served electronically on Michael Cohn/Phillip P. Weidner, Esq.

<u>s/ Linda J. Johnson</u>

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586