Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**PLAINTIFFS' MOTION TO ACCEPT SUPPLEMENTAL OPPOSITION TO DEFENDANT UNOCAL'S REPLY IN SUPPORT OF MOTION FOR RULE OF LAW AND MEMORANDUM IN SUPPORT THERETO**

The plaintiffs respectfully move and request that the court consider the attached supplemental opposition in regard to Defendant's Motion for Rule of Law, and in particular, the Reply by defendant to plaintiffs' opposition of same.

1

```
        RESPECTFULLY SUBMITTED this 23rd  day of February,
2007.

                          WEIDNER & ASSOCIATES, INC.
                          Counsel for Plaintiffs
```

       /s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2007 a copy of the foregoing **PLAINTIFFS' MOTION TO ACCEPT SUPPLEMENTAL OPPOSITION TO DEFENDANT UNOCAL'S REPLY IN SUPPORT OF MOTION FOR RULE OF LAW AND MEMORANDUM IN SUPPORT THERETO** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.  /s/ Michael Cohn