Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO ACCEPT SUPPLEMENTAL OPPOSITION TO DEFENDANT UNOCAL'S REPLY IN SUPPORT OF MOTION FOR RULE OF LAW AND MEMORANDUM IN SUPPORT THERETO**

The court having considered *Plaintiffs' Motion In Support Of Supplemental Opposition To Defendant Unocal's Reply In Support Of Motion For Rule Of Law And Memorandum In Support Thereto*, it is hereby ORDERED, the Supplemental Opposition is accepted as filed.

DATED: _____   _____
U.S. DISTRICT COURT JUDGE

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2007 a copy of the foregoing **[PROPOSED] ORDER RE: PLAINTIFFS' MOTION IN SUPPORT OF SUPPLEMENTAL OPPOSITION TO DEFENDANT UNOCAL'S REPLY IN SUPPORT OF MOTION FOR RULE OF LAW AND MEMORANDUM IN SUPPORT THERETO** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.   /s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571