John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

    vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

## (PROPOSED) ORDER ON MOTION FOR PROTECTIVE ORDER

The court having considered Plaintiffs' Motion for Protective Order and any

opposition thereto,

IT IS HEREBY ORDERED that plaintiff's motion is DENIED.

DATED at Anchorage, Alaska this _____ day of _____ 2007.


                        _____
                        Honorable Timothy M. Burgess
                        U.S. District Court Judge

<u>Certificate of Service</u>

I hereby certify that on March 1, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

<u>s/ Linda J. Johnson</u>