

EXHIBIT A
PAGE 1 OF 11
200868

Page 2 of 5

I'm Not Short I'm Just Vertically Challenged - Pictures of Our Fish

12/18/2006

http://bluewolf85.livejournal.com/2174.html



Here's a picture of the halibut we caught down in Homer. We caught fourteen with the big one in the middle weighing 55 lbs. ^ _ ^ Much fun, yes.

**Current Mood:** awake

Archive
Friends
User Info

Add to Memories

**Links**

The Other Guy
Elfwood
Dungeons & Dragons

December 2006

|   | 1 | 2 |
|---|---|---|
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |

EXH. A
PAGE 2 OF 11

200869

**Current Music:** "Cure My Tragedy" - Cold

(Leave a comment)

(Link)



**From:** taiidani
**Date:** June 27th, 2005 06:59 pm (UTC)

*sniffs* Oh, I've seen bigger...

Caught 'em meself, too. Couldn't a been more n' 3 years ago. Yeah, those were the days... swam with the great whites; stingrays clustered around my gracious aura.

Oh yeah. I'm cool. ;)
(Reply to this)

(Link)



**From:** dreamingofalife
**Date:** June 27th, 2005 08:36 pm (UTC)

Wow, who's the hottie second from the left? :D
(Reply to this) (Thread)

(Link)



**From:** dreamingofalife
**Date:** June 27th, 2005 08:37 pm (UTC)

...and if you say it's your mom or someone under the age of 17, I will be sad.

(Reply to this) (Parent) (Thread)



**From:** bluewolf85
**Date:** June 29th, 2005 01:52 am (UTC)

(Link)

Actaully her name is Chelsea and she's visiting from Pennsylvania. She is seventeen but she's only six months away from being legal. Sorry man, she's leaving thursday morning otherwise i would have introduced you to her.
(Reply to this) (Parent)

**From:** dreamingofalife
**Date:** June 29th, 2005 02:31 am (UTC)

(Link)

Hey thanks Sarah! Hmm, as you may or may not know, I dumped Denali last week and as of then have been setting my sights (AGAIN) to women older than myself. Cena was a potential love, but she sort of had family problems on her birthday (as in, everyone was literally beating eachother up in rage, I have not seen what kind of shape she is in) so she broke down and won't let anyone get close to her, and also she's moving for a month in a few days. *scratch Cena's name*
(Reply to this)

(Leave a comment)

Top of Page

ADVERTISEMENT

Powered by LiveJournal.com

Customize | Feedback

EXHIBIT ___A___
PAGE __4__ OF __11__

200871

Page 5 of 5

I'm Not Short I'm Just Vertically Challenged - Pictures of Our Fish

12/18/2006

http://bluewolf85.livejournal.com/2174.html

**myFaves for families**

Each person gets unlimited calls to their 5 favorite people to any phone in the U.S.

limited-time offer
**$59.99/month**
free phones

**T··Mobile· stick together**

EXHIBIT ___A___
PAGE __5__ OF __11__

200872

I'm Not Short I'm Just Vertically Challenged - A Fun Day at Homer

12/18/2006

POWERED BY LIVEJOURNAL | Feedback

ADVERTISEMENT

METRO COURT REPORTING
(907) 276-3876

Username: [       ]  Password: [       ]  [Log in]  ☐ Remember Me
Forgot your password?



Take Tickle™

Q. what's your IQ?
◉ 90  ○ 110  ○ 120  ○ 130+
[Click Here]

Customize

You are viewing 👤 bluewolf85's journal
Create a LiveJournal Account   Learn more

# I'm Not Short I'm Just Vertically Challenged - A Fun Day at Homer

### About

**Profile**



👤 bluewolf85

**Page Summary**
[#] (no subject)
[#] (no subject)

**Navigation**
Recent Entries
Archive

### A Fun Day at Homer

▼ **A Fun Day at Homer**    Jun. 26th, 2005 @ 10:47 pm

Ah, what a wonderful day. I got to sleep in all I wanted to this morning and it felt soooo good after being up all yesterday. Yesterday I had gotten up at five o'clock to go halibut fishing and I didn't get back to sleep till midnight.
Anyways, we all slowly got up and had a huge breakfast and then we lazed about the house till noon. Then all the men went clam digging while Chelsea and i went to Homer to do some site seeing/shopping. It was such a fantastic day in Homer. The sun was shining with not a sign of bad weather even showing its face. There was even a nice warm wind blowing around the spit to keep us cool, but then again, its always kind of windy on the spit. First place we went to was the Fish and Chips restaurant to grab a bite to eat. I absolutely love their clam chowder they sell there, and they even serve it in a bread bowl!! Gotta love that littel place, but anyways, thats besides the point. We then went shopping and found this awsome little shop called "The Better

http://bluewolf85.livejournal.com/1897.html

200873

EXHIBIT ___A___
PAGE __6__ OF __11__

| | |
|---|---|
| Friends | Sweater." Its kind of a hippy little shop that sells stuff like hemp bags, jewelry, hats, sweaters (of course), and quite a few other little trinkets. |
| User Info | We found some awsome stuff there and all quite cheap too. I found a new purse to replace the one i had broken, a cool hat, and a very nice necklace to match. Funny thing, they all ended up being orange, maybe i'll have to finish and outfit for it. I think it'll look good with a jean skirt with a nice white tank top or something ^_^ |
| Add to Memories | Then we went home and the men had brought home a huge bucketful of clams which we cooked up and served with halibut for dinner. MMmmmm, dinner was so good! Everything was fresh and yummy. I haven't eaten food that good in long while. Well, overall the trip was awsome; we caught a load of halibut, went shopping, relaxed, and ate some really good food. I hope to do it again soon!! |
| **Links** | |
| The Other Guy | **Current Mood:** 😊 happy |
| Elfwood | **Current Music:** None |
| Dungeons & Dragons | |
| **December 2006** | |
| 1 2 | |
| 3 4 5 6 7 8 9 | |
| 10 11 12 13 14 15 16 | |
| 17 18 19 20 21 22 23 | |
| 24 25 26 27 28 29 30 | |
| 31 | |

(Leave a comment)

**From:** taiidani
**Date:** June 27th, 2005 04:09 pm (UTC)

(Link)

I've been to that store before! Yeah they do sell a lot of trinkets...

Interesting that all your purchases were orange. Trying out a new color scheme, I guess? I'll have to see how it turns out.

EXHIBIT A
PAGE 7 OF 11
200874



...I can't remember what clams taste like...
(Reply to this)

**From:** taiidani
**Date:** June 27th, 2005 05:30 pm (UTC)

(Link)

Oh and I like the new layout, too! Good job with that! ^_^
(Reply to this)

(Leave a comment)

Powered by LiveJournal.com

Top of Page

ADVERTISEMENT

FREE Bluetooth® enabled Camera Phone
FREE SHIPPING Motorola PEBL

T··Mobile·
stick together
click now
click for more details

Customize | Feedback

200875

EXHIBIT A
PAGE 8 OF 11

http://bluewolf85.livejournal.com/1897.html

Thoughtful, Quiet Contemplations - July 11th, 2005

Username:
Password:
☐ Remember Me
Login
Forgot your password?

You are viewing **taiidani**'s journal
Create a LiveJournal Account  Learn more

## What Was Lost...

| Recent Entries | Archive | Friends | About Me | Photo Gallery | Homepage |

| Previous | | | | Next |
7/11/05 08:45 am
| Talk to Me | 1 comment | Add to Memories | Link |

### More Outdoors?

Gah...so tired right now. Work at 8AM really sucks. Excuse me if my post is of poor quality.

Well Sarah snatched me away again, this time to her cabin in Talkeetna. People who went: Her, Me, Her Dad, Jake, and we met someone already there (Anthony). I was a little bit nervous about being around her fatehr for such a long time (cause he's just the type of guy to make you nervous - practical joker-type) but it ended up being fine and I had a lot of fun. We went to the Moose Dropping Festival that was going on which was also great. They had a lot of booths set up, similar to all the other fairs that go on. Unlike other fairs, they had stuff like live music and baseball games going on. We usually hung around the baseball field cause it had shade :) I met quite a few new people on the visit, most of them more wierd than Sarah's family. Everyone was friendly though so it wasn't hard to get along with them. There was one guy - Rick - that had an awesome house. It looked like it was right out of a movie; it had a bunch of miscellaneous stuff all over the yard and the house itself. Quite cool. There was also this traveling foot lady...let's skip her.

**About this journal**
Random facts, emo rants, and lengthy discussions.
You'll find it all here, hopefully.

**Links**
**My Tags**
DeviantArt
Milestones
Movie Reviews
Productions



EXHIBIT A
PAGE 9 OF 11

200865

12/18/2006

| Quizzes |
|---|
| **My Websites** |
| Blog News |
| DeviantArt |
| Farscape Video |
| **My Links** |
| Advent Children |
| World of Warcraft |
| **Comics** |
| Ctrl+Alt+Del |
| Gigaville |
| Mac Hall |
| Penny Arcade |
| VGCats |

**December 2006**

|     |     |     |     |     | 1   | 2   |
|-----|-----|-----|-----|-----|-----|-----|
| 3   | 4   | 5   | 6   | 7   | 8   | 9   |
| 10  | 11  | 12  | 13  | 14  | 15  | 16  |
| 17  | 18  | 19  | 20  | 21  | 22  | 23  |
| 24  | 25  | 26  | 27  | 28  | 29  | 30  |
| 31  |     |     |     |     |     |     |

On Sunday Sarah's Dad launched his airboat and we got to ride on it down the river. THAT was fun. ^_^ We were trying to find a place that we could fish at, but never found anything that looked like it would produce any catches. Still, the ride itself was amazingly fun. I really liked the fact that the airboat could go over pretty much anything.

Anyways, that was my trip. Admittedly I liked the camping trip more, but that's cause on the camping trip it was just me and Sarah :)

Now! This Farscape vid is EVIL. I can't prepare the damn files for use! The only file I've gotten to work so far is an uncompressed format (a.k.a. 66gigs for the video. Unacceptable). It's really starting to piss me off....

UPDATE: DAMN YOU AIRPLANE PC ALL I WANT TO DO IS ENCODE A VIDEO!!!

~Ryan
'Me, He, and Having to Pee: A Lover's Tale of Epic Proportions'

Tags: interest, news, sarah

Current Mood: 😫 tired

7/11/05 01:33 pm

| Talk to Me | Add to Memories | Link |

**Too Much, Too Little**

back to top

EXHIBIT __A__
PAGE __10__ OF __11__

200866

I'm starting to realize that this video is going to be a lot harder than the other video I made. The new one has fast beats, and many of them. I'm tempted to use slow shots, but that's not what the song is about. This needs quick, action-packed and fast changing shots, and The Peacekeeper Wars doesn't have enough of those.

...I may need to do this on the main series...which means x80 encoding troubles...

If any of you are in the closet Scapers, do you think you could give me a hand with the storyboarding?

~Ryan

Tags: interest, news, query

Current Mood:     working

LJ Playlist Addition: If this is blank from now on, I'm listening to the same song

back to top

| Previous | July 11th, 2005 | Next |