Case 3:04-cv-00096-TMB-DMS   Document 143-4   Filed 03/01/2007   Page 1 of 6

LAWRENCE H. GROVE, et al vs. UNOCAL CORPORATION             VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE
CASE NO.: A04-0096 CV (JKS)                                                  JANUARY 12, 2007

Page 1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF ALASKA
 3   LAWRENCE H. GROVE, CYNTHIA      )
     GROVE, SARAH GROVE, and MICHAEL )
 4   GROVE (DOB 1/21/88) by and      )
     through his father              )
 5   LAWRENCE H. GROVE,              )
                                     )
 6              Plaintiffs,          )
                                     )
 7   vs.                             )
                                     )
 8   UNOCAL CORPORATION,             )
                                     )
 9              Defendant.           )  Case No. A04-0096 CV (JKS)
                                     )
10   _____
11          VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE
                      January 12, 2007
12   APPEARANCES:
            FOR PLAINTIFFS:     MR. MICHAEL COHN
                                Phillip Paul Weidner & Associates
14                              Attorneys at Law
                                330 L Street
15                              Suite 200
                                Anchorage, Alaska 99501
16                              (907) 276-1200
17          FOR DEFENDANT:      MS. LINDA J. JOHNSON
                                Clapp, Peterson, Van Flein,
18                                 Tiemessen & Thorsness, LLC
                                Attorneys at Law
19                              711 H Street
                                Suite 620
20                              Anchorage, Alaska 99501
                                (907) 272-9266
21
            ALSO PRESENT:       MS. VICTORIA HOMAN
22                              MR. ROBERT L. GRIFFIN
23                              * * * *
24
25
```

EXHIBIT B
PAGE 1 OF 6

| | | |
|---|---|---|
| 1 | A | I'm a member there. |
| 2 | Q | And how long have you been a member? |
| 3 | A | Oh, on and off about 10 years.  I haven't renewed my |
| 4 | | membership this year yet but -- |
| 5 | Q | How much is a membership? |
| 6 | A | $165.00, unlimited use of the range. |
| 7 | Q | Is your son a member? |
| 8 | A | No. |
| 9 | Q | Any other of your -- any other family members that are |
| 10 | | members? |
| 11 | A | Not right now, no.  My daughter -- I -- it's not |
| 12 | | really member, she's on my card as a -- you pay a |
| 13 | | lower price.  It's like a -- it's like a family thing. |
| 14 | | It's all -- if you add like one or two members it was |
| 15 | | like 10 bucks or something like that but she's not |
| 16 | | really a member member. |
| 17 | Q | You stated somewhere, I think in this -- yes.  This is |
| 18 | | Exhibit 1, your handwritten notes. |
| 19 | A | Uh-huh (affirmative). |
| 20 | Q | You stated that you went to the SCI Convention January |
| 21 | | 2005? |
| 22 | A | Yes. |
| 23 | Q | And it was in Reno, is that correct? |
| 24 | A | Yes. |
| 25 | Q | How long were you there? |

**METRO COURT REPORTING**
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT  13
PAGE  2  OF  6

```
 1  A     Four days.
 2  Q     Where'd you stay?
 3  A     Circus Circus.  Took the wife and my son with me and
 4        they had a good time.  They need a vacation, too.
 5  Q     What about your daughter?
 6  A     She hasn't been there.
 7  Q     And what did you do while you were there?
 8  A     I went to see the exhibits, relax, go to dinner, pull
 9        a couple of one-armed bandits.
10  Q     That's what I was going to ask, did you gamble?
11  A     A little bit.
12  Q     Did you win or lose?
13  A     Actually, I won.
14  Q     How much?
15  A     Sixteen hundred bucks.
16  Q     What were you playing?
17  A     Wheel of Fortune.
18  Q     Wheel of Fortune?
19  A     Yeah.
20  Q     Do you remember what hotel you were in?
21  A     Yeah, I was in Circus Circus.  I can tell you exactly
22        where the machine was at.
23  Q     Okay.  How about your wife, did she gamble while you
24        were there?  With you?
25  A     Yeah.  Yeah, she does but she plays the quarter
```

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



EXHIBIT  B
PAGE 3 OF 6

```
 1              machines.
 2    Q         Okay.  She win?
 3    A         She won last time she went down.  Yeah, she won about
 4              400 bucks.  It was actually -- we got the whole trip
 5              comp'd because, you know, to play the machines you're
 6              not really spending your money.  You're actually just
 7              spending money that you're -- you know, if you put
 8              $10.00 in a machine, you win $100.00 and you gamble
 9              it, it looks like you spent $110.00 and they comp.  I
10              mean, shoot -- that was a good one for me on that one
11              because I won 1600 bucks the one night and 1000
12              another night.
13    Q         You won another $1,000.00 on the same trip?
14    A         Yeah.  Same machine.  And they comp'd our hotel the
15              nights we were there and --
16    Q         Circus Circus did?
17    A         Yeah.
18    Q         What airlines did you go down on?
19    A         Alaska Airlines.
20    Q         Did you do any hunting or fishing while you were
21              there?
22    A         No.  No, no.  Just a little vacation, go down and see
23              the Safari Club show, see some people and just you
24              know relax and do some gambling, go out to dinner.
25    Q         What did your son do while you were gambling?
```

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



EXHIBIT B
PAGE 4 OF 6

| | | |
|---|---|---|
| 1 | | MR. COHN: Objection on foundation. |
| 2 | A | That's something you'll have to ask John. That's |
| 3 | | because I don't keep track on Joh- -- I see him when |
| 4 | | he comes in sometimes but I don't always keep track of |
| 5 | | John. |
| 6 | Q | (By Ms. Johnson) Does he keep -- does he come up |
| 7 | | every summer? |
| 8 | A | Every chance he gets. He's got a big project going on |
| 9 | | right now, at some place called Lock Haven. Some kind |
| 10 | | of -- |
| 11 | Q | When is the last time that you saw him? |
| 12 | A | What's today? What, January? A couple weeks ago. |
| 13 | Q | And what were you doing? |
| 14 | A | Visiting my father. |
| 15 | Q | Oh, you saw him in Pennsylvania? |
| 16 | A | Yeah, I gave him a call and we hooked up, went out to |
| 17 | | dinner. |
| 18 | Q | Did -- did you do anything else while you were in |
| 19 | | Homer on this 2005 trip? |
| 20 | A | Just relaxed, go down to the beach. |
| 21 | Q | Your daughter's blog said that you went clam digging? |
| 22 | A | They did. |
| 23 | Q | Well, she said: All the boys went clam digging. |
| 24 | A | I went with them, yeah. |
| 25 | Q | And where did you go? |

***METRO COURT REPORTING***
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT B
PAGE 5 OF 6

| | | |
|---|---|---|
| 1 | A | Whiskey Gulch, we drove down to. |
| 2 | Q | Where is that? |
| 3 | A | Just before you get to Anchor Point, just a little -- |
| 4 | | they call it Whiskey Gulch. |
| 5 | Q | Okay. How many clams did they dig? |
| 6 | A | I didn't count them. |
| 7 | Q | Buckets? |
| 8 | A | They didn't do real well. There was a big storm this |
| 9 | | spring and already screwed the beach up. |
| 10 | Q | Okay. What did you do while you were with them? |
| 11 | A | Hung out with my sister and hung out with those guys. |
| 12 | Q | Your sister? |
| 13 | A | I meant daughter. Daughter -- daughter, I'm sorry. |
| 14 | Q | While you were clam digging? |
| 15 | A | She was just hanging out. Her and Chelsea went for a |
| 16 | | walk, they weren't really clam digging much, they were |
| 17 | | just -- |
| 18 | Q | Well, her blog says she stayed in town while you went |
| 19 | | down there? |
| 20 | A | Okay. Well, I don't know. |
| 21 | Q | Well, I -- I mean, I'm -- I'm trying to re- -- |
| 22 | A | I don't -- let me put it to you this way, I don't keep |
| 23 | | an eye on my grown daughter every minute of the day. |
| 24 | | She may have been down there, maybe she wasn't. I |
| 25 | | don't know. I don't remember. |

***METRO COURT REPORTING***
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT B
PAGE 6 OF 6