Page 1 of 2

POWERED BY LIVEJOURNAL

12/18/2006

I'm Not Short I'm Just Vertically Challenged - Home!

Username: [    ]
Password: [    ]
[Log In] ☐ Remember Me
Forgot your password?

You are viewing **bluewolf85**'s journal
Create a LiveJournal Account  Learn more

Customize | Feedback

ADVERTISEMENT

T-Mobile introduces **myFaves**™

# I'm Not Short I'm Just Vertically Challenged - Home!

## About

**Profile**


bluewolf85

**Navigation**

Recent Entries
Archive
Friends
User Info

Add to Memories

### ▲ Home!

**Dec. 8th, 2005 @ 12:59 pm**

Yay! I made it home finally. I stayed over at Ryan's apartment the first night ^_^ and then proceeded to go home the next morning where I surprised my dad by coming home early. Its so strange being at home, its all the same and yet so very different. Seriously I think I'd be more comfortable staying at Ryan's than staying here all Christmas...its just weird...and there's no highspeed internet >_<. I dont know, maybe I just have to get used to living at home again.

**Current Mood:** 😊 hungry
**Current Music:** "Slow Chemical" - Finger Eleven

(Leave a comment)

▼ Home!

200745

EXHIBIT C
PAGE 1 OF 1

http://bluewolf85.livejournal.com/49411.html