Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

**RECEIVED**
Hand
AUG 3 1 2004
LANE POWELL SPEARS
LUBERSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>    Plaintiffs,<br><br>v.<br><br>UNOCAL CORPORATION<br><br>    Defendant | Case No. Case No. A 04-0096 CV (JKS) |

**RESPONSE TO FIRST DISCOVERY REQUESTS TO PLAINTIFF SARAH GROVE**

COMES NOW Plaintiff Sarah Grove, by and through counsel Phillip Paul Weidner & Associates, and responds to *First Discovery Requests to Plaintiff Sarah Grove,* propounded by defendant UNOCAL Corporation, as follows:

**INTERROGATORY NO. 1:**   State in detail the nature of the injury or injuries you allege you suffered as a result of the incident alleged in your complaint, to include your alleged loss of consortium injury. With respect to the injuries allegedly suffered, please state:

   a.   The extent and nature of the disability and/or loss of consortium;

Response to First Discovery Requests to Plaintiff Sarah Grove          EXHIBIT __D__
                                                                        PAGE _1_ OF _4_          Page 1

**REQUEST FOR PRODUCTION NO. 1:** Please produce all calendars, diaries, notes, or personal journals kept by or written by you since May 1999.

Please produce all calendars, diaries, notes, or personal journals kept by or written by you since May 1999.

**RESPONSE:** Objection. Overbroad. Burdensome. Invasion of privacy.

**REQUEST FOR PRODUCTION NO. 2:** Please produce any and all medical records from health care providers and counselors identified by you in your response to interrogatories.

**RESPONSE:** See Response to Interrogatory No. 2.

**REQUEST FOR PRODUCTION NO. 3:** Produce any and all documents and other tangible things that purport to demonstrate the damages specified by you in your complaint and response to interrogatories, to include any and all documents and tangible things that purport to demonstrate your loss of consortium damages.

**RESPONSE:** None.

**REQUEST FOR PRODUCTION NO. 4:** Produce all medical records and other documents which describe, refer, or in any way pertain to the injuries, illness, medical treatment, or loss of consortium damages referred to in your complaint.

**RESPONSE:** My father's medical records which document his injuries/limitations.

Response to First Discovery Requests to Plaintiff Sarah Grove

EXHIBIT _D_
PAGE _2_ OF _4_

Page 6

RESPECTFULLY SUBMITTED this 30th day of August, 2004.

WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs

By: _____
Phillip Paul Weidner
ABA # 7305032

Response to First Discovery Requests to Plaintiff Sarah Grove

EXHIBIT D
PAGE 3 OF 4

Page 8

# VERIFICATION

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

    I, SARAH GROVE, being first duly sworn, depose and state as follows:
I am the person above-named; I have read the foregoing responses to discovery and understand the contents thereof; I have executed the same freely and voluntarily for the purposes set forth therein; and I verify that the same are true to my own knowledge and belief.

    DATED this 30 day of August, 2004.

_____
SARAH GROVE

    SUBSCRIBED AND SWORN to before me this 30th day of August, 2004, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: 7-25-05



Response to First Discovery Requests to Plaintiff Sarah Grove

EXHIBIT D
PAGE 4 OF 4

Page 9