John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>         Plaintiffs,<br><br>    vs.<br><br>UNOCAL CORPORATION,<br><br>         Defendant. | Case No. 3:04-cv-0096-TMB |

**OPPOSITION TO MOTION TO ACCEPT SUPPLEMENTAL OPPOSITION TO REPLY TO MOTION FOR RULE OF LAW**

Defendant Unocal Corporation opposes Plaintiffs' motion to accept a supplemental opposition (surreply) to its motion for rule of law.  Plaintiffs written intent is to add argument to their opposition discussing severe permanent physical impairment.  Unocal's reply responded only to the issue raised by Plaintiffs and did not raise any new issues or place any new facts into evidence.  Plaintiffs' surreply

1  adds nothing new to the argument Plaintiffs have already made.  The motion to
2  accept the surreply should be denied.
3          DATED at Anchorage, Alaska, this __12th__ day of March 2007.
4                                          CLAPP, PETERSON, VAN FLEIN,
                                            TIEMESSEN & THORSNESS, LLC
5                                           Attorneys for Defendant Unocal
6
7                                           s/ Linda J. Johnson
                                            CLAPP, PETERSON, VAN FLEIN,
8                                           TIEMESSEN & THORSNESS LLC
                                            711 H Street, Suite 620
9                                           Anchorage, AK  99501-3454
                                            Phone:  (907) 272-9631
10                                          Fax:  (907) 272-9586
                                            Direct email:  ljj@cplawak.com
11                                          Alaska Bar No. 8911070
12
13                          Certificate of Service
14
   I hereby certify that on March 12, 2007, a copy of the foregoing document was served
15 electronically on Phillip P. Weidner, Esq.
16                          s/ Linda J. Johnson

25 OPPOSITION TO MOTION TO ACCEPT SUPPLEMENTAL OPPOSITION TO REPLY TO MOTION FOR RULE OF LAW
   *Grove v. Unocal*  3:04-cv-0096-TMB
26 Page 2 of 2