```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

LAWRENCE H. GROVE, ET AL.   vs.   UNOCAL CORP

BEFORE THE HONORABLE TIMOTHY M. BURGESS   CASE NO. 3:04-cv-00096-TMB

DEPUTY CLERK/RECORDER:          APRIL KARPER

APPEARANCES:   PLAINTIFF:       MICHAEL COHN

               DEFENDANT:       LINDA JOHNSON

PROCEEDINGS: STATUS HEARING HELD MARCH 19, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:06 a.m. court convened.

Court and counsel heard re pending motions, discovery, protective orders, and mediation. Court instructed parties to confer re discovery needed before mediation; motions due by **March 22, 2007;** oppositions due by **March 26, 2007;** replies due by **March 29, 2007.**

At 10:31 a.m. court adjourned.

DATE:     March 19, 2007        DEPUTY CLERK'S INITIALS:   amk