John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>UNOCAL CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 3:04-cv-0096-TMB |

## MOTION TO COMPEL PRODUCTION

Comes now Unocal Corporation and moves the court pursuant to Fed. R. Civ. P. 37(a) for an order compelling Plaintiff to disclose fully answer questions or disclose documents about the corporate officer fees that he receives from multiple Pennsylvania companies.  The information needed is:

(1) Who owns the six Pennsylvania companies for which Lawrence Grove is a corporate officer;
(2) What the primary business of each individual company is;
(3) What Mr. Grove's specific job duties are;

MOTION TO COMPEL PRODUCTION
*Grove v. Unocal*  3:04-cv-0096-TMB                                                                    Page 1 of 2

    (4) Whether the companies are subsidiaries of other companies or own any other business;
    (5) The physical location of each company;
    (6) The particulars of Mr. Grove's travel to Pennsylvania; and
    (7) Disclose or produce copies of the corporate papers Mr. Grove signs.

Defendant needs this information to prepare for mediation. This motion is accompanied by a memorandum of law.

DATED at Anchorage, Alaska, this __22nd__ day of March 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on March 22, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson