John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**(PROPOSED)**
**ORDER ON MOTION TO COMPEL PRODUCTION**

The court having considered defendant's Motion To Compel Production, and any opposition thereto,

IT IS HEREBY ORDERED that defendant's motion is GRANTED. Plaintiffs shall provide the following information and/or materials to defendant by April 2, 2007, prior to the agreed upon April 4, 2007 mediation in this case

    (1) Who owns the six Pennsylvania companies for which Lawrence Grove is a corporate officer;

    (2) What the primary business of each individual company is;

(3)  What Mr. Grove's specific job duties are;

(4)  Whether the companies are subsidiaries of other companies or own any other business;

(5)  The physical location of each company;

(6)  The particulars of Mr. Grove's travel to Pennsylvania; and

(7)  Disclose or produce copies of the corporate papers Mr. Grove signs.

DATED at Anchorage, Alaska this _____ day of _____ 2007.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

<u>Certificate of Service</u>

I hereby certify that on March 22, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

<u>s/ Linda J. Johnson</u>