LAW OFFICES
# PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

March 21, 2007

Linda Johnson
Clapp, Peterson, Van Flein,
  Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454

*Via Facsimile to 272-9586
and U.S. Mail*

Re:   Grove v. Unocal; Case No. A04-0096 CV (JKS)

Dear Ms. Johnson:

In response to your letter of March 8, 2007 and our discussion of March 19, 2007, after the status conference with the court, I am providing the following information:

1. Michael Grove

    You indicated that you want to know what Michael Grove was arrested for, charged with, and the final disposition. Enclosed please find the Indictment (other names redacted), an article in the Anchorage Daily News and a letter regarding community service and a letter regarding the ASD Continuation Program pending reinstate with the ASD. (Michael has been reinstated). The outcome of the charges is still pending. See attached. Larry Grove has consented to the release of this information without prejudice for us to seek a protective order if necessary. I trust this satisfies your request.

2. So-called "Corporate Officer Fees"

    In regard to your letter of March 8, 2007, Larry Grove is a figure head President to the six listed entities. He owns no shares in the companies, has no interest in the companies, does not contribute money to the companies, and does not have access to the money or funds. The companies are located in Allentown, Pennsylvania and incorporated in Delaware. He does not know if the companies are subsidiaries of other companies or own other companies. He believes that the companies are still in existence. His immediate family has no interest in the companies.

    The primary business of the companies is video/distribution/real estate. He does not know the particulars of the operations of the companies which

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: 3/22/07
Distribution: P.R. to DAP for file

EXHIBIT 4
PAGE 1 OF 2

are owned by a friend. He gets reimbursed from each company for travel expenses once a year to Pennsylvania to sign corporate papers. The companies are owned by a friend. He does not participate in the operations of the companies and receives no monies other than as described herein.

3. J. Gordon Gaines, Inc. Check

Mr. Grove's vehicle was vandalized. The windows were broken out and property stolen. The check was for an insurance settlement. No other monies paid as far as he knows. He does not know where or if there are any "settlement agreements". The check itself says full and final settlement of all claims.

4. Orthopedic Consultants

Mr. Grove flew to Pennsylvania in October 2002. His leg was swollen from flying and he was concerned and visited the doctor in Kingston, Pennsylvania.

Here is a new medical release signed Mr. Grove.

Sincerely,

WEIDNER & ASSOCIATES, Inc.
*A Professional Corporation*

Michael Cohn
Michael Cohn
Attorney at Law

MC/tlp

EXHIBIT 4
PAGE 2 OF 2