

# First National Bank
## A L A S K A

February 23, 2007

Clapp, Peterson, Van Flein Tiemessen & Thorness, LLC
711 H St, Ste 620
Anchorage, AK  99501

ATTENTION:   Victoria LB Homan

REFERENCE:   Subpoena
             Lawrence & Cynthia Groves

Dear Ms. Homan:

The following bill is for documents produced by First National Bank Alaska pursuant to the above-referenced order. Please refer this billing to the appropriate individual for payment.

| | |
|---|---|
| 8 Hour(s) @ $20.00 per hour | $160.00 |
| 647 Item(s) @ $0.25 per item | $161.75 |
| **Subtotal** | $321.75 |
| **Total Amount Due** | $321.75 |

Payment is due upon receipt and is to be forwarded to the following address:
   First National Bank Alaska
   **Process Unit**
   P.O. Box 100720
   Anchorage, AK  99510-0720

If you have any questions or require additional information, please contact me at (907) 777-3028.

Sincerely,


Amanda Jensen,
Process Unit

EXHIBIT __1__
PAGE __1__ OF __5__



Operations Center • 1751 Gambell Street • P.O. Box 100720 • Anchorage, AK 99510
907/777-4362 • www.FNBAlaska.com • Member FDIC

304474


DDA Credits - 09/26/2006


DDA Credits - 09/26/2006


Transit - 09/26/2006


Transit - 09/26/2006


Transit - 09/26/2006


Transit - 09/26/2006


Transit - 09/26/2006


Transit - 09/26/2006


Transit - 09/26/2006


Transit - 09/26/2006


Transit - 09/26/2006

EXHIBIT 1
PAGE 2 OF 5

304315


DDA Credits - 10/12/2004


Transit - 10/12/2004


DDA Credits - 10/12/2004


Transit - 10/12/2004


Transit - 10/12/2004


Transit - 10/12/2004


Transit - 10/12/2004


Transit - 10/12/2004


Transit - 10/12/2004



EXHIBIT 1
PAGE 3 OF 5

304402


DDA Credits - 09/17/2002


DDA Credits - 09/17/2002


Transit - 09/17/2002


Transit - 09/17/2002


Transit - 09/17/2002


Transit - 09/17/2002



304367

**PURITAN INTERNATIONAL LTD.**   1213

PAY AMOUNT OF: Exactly $250 AND 00 CTS

DATE: 10/4/00   TO THE ORDER OF: Larry Grove   DESCRIPTION: Corp Officer Fee   CHECK NUMBER: 1213   $ 250.00

SUMMIT BANK

⑆001213⑆ ⑈031304050⑈ 4407 016451⑆

---

**PURITAN PRODUCTION VIDEOS, LTD.**   286

PAY AMOUNT OF: Exactly $250 AND 00 CTS

DATE: 10/4/00   TO THE ORDER OF: Larry Grove   DESCRIPTION: Corp Officer Fee   CHECK NUMBER: 286   $ 250.00

SOVEREIGN BANK FSB

⑆000286⑆ ⑈231372691⑈ 000 0911024812⑆

---

**STATE OF ALASKA**
**ALASKA PERMANENT FUND DIVIDEND**
PFD Treasury Warrant

PFD No: 56782685
56782685

$***1963.86

Date of Issue: October 5, 2000
Pay to the Order of:

LAWRENCE H GROVE
PO BOX 222293
ANCHORAGE AK

EXHIBIT 1
PAGE 5 OF 5

⑆56782685⑆ ⑈125200523⑈

304063