# CLAPP • PETERSON
# VAN FLEIN • TIEMESSEN • THORSNESS
### LLC

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
Liam J. Moran, Of Counsel
James D. Gilmore, Of Counsel
Milton L. Moss, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

March 8, 2007

**By Facsimile
278-6571**

Phillip Weidner, Esq.
Michael Cohn, Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

    Re:   *Grove v. Unocal Corporation*
             Our File No. 6200-1

Dear Phil and Mike:

In reviewing the First National Bank records obtained during the records deposition, we have observed that Larry Grove receives "corporate officer fees" from several companies. The companies are:

    Puritan Production Videos, Ltd.
    Puritan International Ltd
    Lead Dog Enterprises Limited
    Funtime Boutique, Inc
    Samauri Inc.
    Lo-Ji Inc.

Most of these companies have addresses that are in Whitehall, Pennsylvania. Each check is written on a separate bank. Each check is made out to Larry Grove and signed with what appears to be a stamp of Larry Grove's signature. A copy of the relevant records is attached.

For each company, please supply information on:

1. Who owns the company, and if Larry Grove or his immediate family members own any part of the company or own shares of the company how much they own and how long they have owned it.
2. What corporate office position Larry Grove occupies, what duties he performs and how much he is paid for that position.

CLAPP · PETERSON
VAN FLEIN · TIEMESSEN · THORSNESS
LLC

Page 2

3. What the primary business of the company is.
4. Where the company is registered to do business, is incorporated or holds a business license.
5. Whether any profits are shared with Larry or his family.
6. Whether Larry Grove contributes money to the companies.
7. Whether Larry Grove has access to the money or funds of these companies.
8. Whether the companies are subsidiaries of other companies or own any other business.
9. What the physical location of the companies is.
10. Whether all the companies still exist.
11. Any other companies that Larry Grove owns or participates in.

There is also a check dated April 8, 2003 that is issued by J. Gordon Gaines Inc in Alabama. It states that the $1020 paid to Larry Grove via check is for "full and final settlement of all claims." Please provide the following information about that check:

1. What the check is settling.
2. What other money he received.
3. Provide a copy of the settlement agreement.

We look forward to hearing from you soon on these matters.

Very truly yours,

Linda J. Johnson

cc:    Marc Bond
       John Thorsness
       Victoria Homan

EXHIBIT 2
PAGE 2 OF 2