# CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
———— LLC ————

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
Liam J. Moran, Of Counsel
James D. Gilmore, Of Counsel
Milton L. Moss, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

March 19, 2007

<u>Via Facsimile No.</u>:  278-6571

Michael Cohn, Esq.
Phillip Weidner, Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorag+e AK 99501

   Re: *Grove v. Unocal Corporation*
     Our File No. 6200-1

Dear Mike:

This letter follows up on our conversation after today's status conference with Judge Burgess. We discussed that you would work on providing us with the following:

1. Answer questions about the corporate officer fees, posed by us in a letter dated March 8, 2007.  I have attached the letter for your convenience.

2. Answer the questions about the 2003 settlement as posed in the March 8, 2007 letter.

3. Produce any document that the Groves may have in their possession regarding Michael Grove's arrest and adjudication, to contain information about the facts of the case, the charges, and his punishment.  If no documents are available, please have your clients answer the questions completely.

4. Have Larry Grove sign a new release so that we might pursue medical records from Orthopedic Consultants in Kingston, Penn.  I have attached a copy of this release which was presented to your client to sign at his deposition, for your convenience.

The judge set a deadline for us to re-file on Thursday, March 22.  We would appreciate it if you could let us know whether you will be unable to cooperate with any of our requests before that date so that we might file a motion with the court at that time.

EXHIBIT 3
PAGE 1 OF 2

CLAPP · PETERSON
VAN FLEIN · TIEMESSEN · THORSNESS
——— LLC ———

March 19, 2007
Michael Cohn and Phillip Paul Weidner
Page 2


We look forward to hearing from you soon on these matters.

Very truly yours,

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

Linda J. Johnson

Enclosures

cc:  Marc Bond
     John Thorsness, Esq.
     Victoria Homan

EXHIBIT ___3___
PAGE ___2__ OF _2_