1    John B. Thorsness, Esq.
     Linda J. Johnson, Esq.
2    CLAPP, PETERSON, VAN FLEIN,
     TIEMESSEN & THORSNESS, LLC
3    711 H Street, Suite 620
     Anchorage, Alaska  99501
4    (907) 272-9272
     usdc-anch-ntc@cplawak.com
5    Attorneys for Defendant Unocal Alaska

6

7                IN THE UNITED STATES DISTRICT COURT

8                   FOR THE DISTRICT OF ALASKA

9    LAWRENCE H. GROVE, CYNTHIA
     GROVE, SARAH GROVE, and MICHAEL
10   GROVE (DOB 1/21/88) by and through his
     father LAWRENCE H. GROVE,
11
12           Plaintiffs,

13      vs.                                    Case No. 3:04-cv-0096-TMB

14   UNOCAL CORPORATION,

15           Defendant.

16

17              **(AMENDED PROPOSED)**
        **ORDER ON MOTION TO COMPEL PRODUCTION**

18
         The court having considered defendant's Motion To Compel Production, and
19
     any opposition thereto,
20
         IT IS HEREBY ORDERED that defendant's motion is GRANTED.  Plaintiffs
21
     shall provide the following information and/or materials to defendant by April 2,
22
     2007, prior to the agreed upon April 4, 2007 mediation in this case:
23

24       (1)  Disclose the names of all owners of the six Pennsylvania
              companies for which Lawrence Grove is a corporate officer and/or
25            President;

26

ORDER ON MOTION TO COMPEL PRODUCTION
*Grove v. Unocal*  3:04-cv-0096-TMB                                Page 1 of 2

(2)  Disclose the primary business of each individual company;

(3)  Disclose what Mr. Grove's specific job duties are for each company;

(4)  Disclose whether the companies are subsidiaries of other companies or own any other company;

(5)  Disclose the physical location of each company;

(6)  Disclose the dates, purpose, activities, and other particulars of Mr. Grove's travel to Pennsylvania or any other location for business purposes;

(7)  Produce copies of the corporate papers Mr. Grove signs;

(8)  Disclose how much money Mr. Grove was paid pursuant to the sale of one or more of the companies; and

(9)  Disclose whether any of the companies is still under indictment;

(10)  Disclose Mr. Grove's access to the monies of the companies, where the money comes from, and what he uses the money for; and

(11)  Whether Mr. Grove holds any adult oriented business licenses;

(12)  Disclose whether any of Mr. Grove's business associates, owners, partners, or employees of the six companies have visited him in Alaska for any purpose, stayed at his Talkeetna, Alaska cabin, and/or hunted or fished with him; and

(13)  Disclose whether Mr. Grove has attended any seminars, conferences, conventions, or business meetings related to any of the six companies, including the dates, locations, purposes, and amounts of any expenses or remunerations paid.


DATED at Anchorage, Alaska this _____ day of _____ 2007.


_____
Honorable Timothy M. Burgess
U.S. District Court Judge


Certificate of Service

I hereby certify that on March 27, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson