John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>              Plaintiffs,<br><br>    vs.<br><br>UNOCAL CORPORATION,<br><br>              Defendant. | Case No. 3:04-cv-0096-TMB |

**ERRATA—NOTICE OF SUBMITTING EXHIBITS 1 and 2 TO
REPLY TO OPPOSITION TO MOTION TO COMPEL PRODUCTION**

Defendant inadvertently did not attach Exhibit 1 and Exhibit 2 to its Reply to Opposition to Motion To Compel Production, filed with the court this date at docket #152.  Attached to this Errata–Notice are Exhibits 1 and 2 to defendant's Reply.

#

#

DATED at Anchorage, Alaska, this __27th__ day of March 2007.

        CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal


s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

## Certificate of Service

I hereby certify that on March 27, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson