LAW OFFICES
# PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

March 23, 2007

Linda Johnson
Clapp, Peterson, Van Flein,
 Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454

*Via Facsimile to 272-9586
and U.S. Mail*

Re:   Grove v. Unocal; Case No. A04-0096 CV (JKS)

Dear Ms. Johnson:

Mr. Grove has authorized me to release to you the name of the individual that is the owner of the entities. His name is Phillip Krasner, and he lives in Allentown, Pennsylvania, and also in Florida. We trust that this will satisfy any additional inquiries in regard to the information that you requested, despite the obvious irrelevance of this information to any of the issues in this case.

Furthermore, Mr. Grove does not possess any of these records that you seek, and if you need to, you can go directly to those companies, if those companies are willing to release same, and get them from the companies themselves.

Sincerely,

WEIDNER & ASSOCIATES, Inc.
*A Professional Corporation*

Michael Cohn
Attorney at Law

MC/ngb

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: 3/26/07
                    6200-1
Distribution: pf

EXHIBIT  1
PAGE  1  OF  1