Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNOCAL CORPORATION, <br><br> Defendant. | Case No. 3:04-cv-0096-TMB |

**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION IN LIMINE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Plaintiffs' Motion in Limine, and having considered any and all opposition thereto, it is hereby ORDERED:

   1.  Unocal shall be precluded from any argument,

       implication, speculation that anyone other than

       Unocal designed, constructed, maintained,

       repaired, authorized, approved, or owned the work

platform in the Unocal building that collapsed, injuring plaintiff Larry Grove;

2.   Unocal shall be precluded from any argument, implication, speculation that Larry Grove (a) faked the accident; (b) that the nuts and bolts retrieved by Larry Grove are not part of the collapsed platform; and (c) that the platform was not defectively designed/built or maintained;

3.   Unocal shall be prohibited from claiming that the sheared bolts retrieved by Larry Grove did not come from the collapsed work platform;

4.   Unocal shall be precluded from claiming Siemens Building Technologies, Inc. (Siemens) is at fault;

5.   Unocal shall be precluded from using alleged violations (non-criminal offenses) over ten years old by Larry Grove and Cynthia Grove of as 16.05.420 in any manner, including, but not limited to, impeachment/credibility of plaintiffs. It is inadmissible as a matter of law;

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

2

6. Surveillance video tapes of Larry Grove shall be excluded at trial, and any mention of the surveillance tapes shall be excluded;

7. Any mention of prior workers compensation claims/incidents are irrelevant, immaterial, and unduly prejudicial, and shall be excluded at trial;

8. Unocal shall be prohibited from any argument, or reference to a prior ankle injury over two years before the accident subject of this litigation wherein Larry Grove did not miss work;

9. Unocal shall be prohibited from suggesting that Larry Grove could return to work for Siemens;

10. Any mention of benefits received by the Grove family and property owned by the Groves is inadmissible;

11. Any mention of Worker's Compensation Settlement Proposal is inadmissible at trial;

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

12. Any mention of a fine paid by Siemens due to an alleged OSHA violation shall be excluded at trial;

13. Unocal Admissions to OSHA are admissible at trial;

14. Unocal shall not be permitted to refer in any manner whatsoever to a pre-accident incident in which plaintiff Larry Grove allegedly jumped off a dock in Ketchikan for charity;

15. The Trial Court shall not permit any questioning or testimony in regard to alleged alcohol consumption by Mr. Grove;

16. Unocal shall not be permitted to introduce any allegations that Mr. Grove has failed to take care of any alleged high blood pressure;

17. Unocal shall not be permitted to raise any allegations regarding the taking of medication by Mr. Grove;

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

4

18. Unocal Shall not be permitted to refer to, argue or suggest that Mr. Grove's injuries are due to any alleged missing of appointments with physical therapists;

19. Testimony of Farooz Sakota and the Physical Capacity Evaluation of 3/13/03 by Farooz Sakota are hereby excluded as unreliable and speculative, irrelevant, immaterial and prejudicial;

20. Unocal shall not be permitted to utilize or admit any of Michael Grove's juvenile records;

21. Sarah Grove's on-line journal shall be deleted from this trial.  Defendant shall not be permitted to refer to Sarah Grove's diary.

22. Unocal shall not be permitted to argue, imply, or suggest to the jury that Lawrence Grove's Africa trips somehow indicate that he has not suffered significant injuries.  All references to Africa shall be excluded from this trial;

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

23. The Court hereby limits the extent of Unocal's questioning or referencing Larry Grove's hunting and fishing activities and/or suggesting or implying that if Mr. Grove can engage in limited hunting/fishing activities that he does not have injury or damages. The court shall not permit this case to be a trial on the hunting/fishing activities of Mr. Grove. The defendant shall confer with the court as to the extent of defense questioning regarding hunting/fishing before questioning of any witness;

24. Unocal shall not be permitted to suggest, refer, or question Mr. Grove regarding an incident in which a friend of Larry Grove, John Yenason, shot a moose but the Fish and Game Records reflect that Mr. Grove had shot the moose;

25. Personal Use Limits per Family – Unocal shall not be permitted to mention or refer to the personal use limits given to plaintiffs. It is irrelevant and prejudicial;

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

6

26. Unocal shall not be permitted to refer to in any manner recent trips taken by Mr. Grove / gambling / recreational visits to shooting range. It is irrelevant and immaterial;

27. The term subsistence should not be allowed. It is irrelevant and prejudicial;

28. Comparisons to other individuals with injuries is irrelevant and prejudicial;

29. Demonstrative tests/experiments of defendant. Unocal must show out of presence of the jury, substantial similarity of any test/experiments before being allowed to present same to the jury.

30. Mitigation of Damages. The burden to prove a failure to mitigate is on defendant. Defendant cannot claim Mr. Grove failed to undergo a rehabilitation plan unless it shows that the plan was feasible/practicable/within Larry Grove's abilities/limitations.

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

7

31. Plaintiffs' request that the Court limit the areas of inquires of Unocal on matters not specifically addressed above, but likely in this matter by defense to divert the jury from the main issues in this case is GRANTED. Defendant may not use pejorative terms in reference to plaintiffs; may not delve into irrelevant matters, including the areas set out in Plaintiffs' Motion in Limine. This includes any and all references to companies where Larry Grove was listed as a corporate officer; any reference to the business activities of these entities, including reference to the adult oriented nature of any of these entities; any reference to indictments in the past to money laundering, non-mailable obscene materials by any of these companies and/or Larry Grove's acquaintance Phillip Krasner, which are irrelevant, immaterial and prejudicial.

DATED: _____     _____
                       U.S. DISTRICT COURT JUDGE

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007 a copy of the foregoing **[PROPOSED] ORDER RE: PLAINTIFFS' MOTION IN LIMINE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.  /s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571