Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>             Plaintiffs,<br><br>     v.<br><br>UNOCAL CORPORATION<br><br>             Defendant | )<br>)<br>)<br>)<br>)<br>) Case No. A04-0096 CV (TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

STATE OF ALASKA          )
                         )  ss.
THIRD JUDICIAL DISTRICT  )

MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

1. I am Michael Cohn, an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., counsel of record for the Grove plaintiffs in this matter.  I am licensed

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

1

to practice law in the State of Alaska. The following information I give is to the best of my personal knowledge and recollection;

    2.    Attached hereto as Exhibit 1 are photographs of Larry Grove's leg taken after the accident of September 9, 2002;

    3.    Attached hereto as Exhibit 2 is the operative report of Dr. Geitz. Exhibit 2A are medical illustrations conforming to Dr. Geitz' testimony;

    4.    Attached hereto as Exhibit 3 is the operative report of Dr. Eugene Michael Chang. Exhibit 3A are medical illustrations of the operative procedure of Dr. Chang;

    5.    Attached hereto as Exhibit 4 are documents produced by defendants;

    6.    See my previous *Affidavit in Support of Plaintiffs' Motion for Default Against Defendant as Sanction for Willful Bad Faith Non-Compliance with Discovery and/or Order Compelling Disclosure/Discovery* (at Docket No. 61); and my previous *Affidavit in Support of Plaintiffs' Reply in Support of Rule 37 Motion for Default Against Defendant as Sanction for Willful Bad Faith Non-Compliance with Discovery and/or Order Compelling Disclosure/Discovery, and Opposition to Defendant's Surreply to Motion to Compel and Defendant's Motion for Rule 37 Sanctions* (at Docket No. 71)

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

2

7. Attached hereto as Exhibit 5 is Unocal's response to plaintiffs' 15th Discovery Requests;

8. Attached hereto as Exhibit 6 are Excerpts of the Deposition of Robert Sprinkle;

9. Attached hereto as Exhibit 7 are Excerpts of the Deposition of Paul Crapps;

10. Attached hereto as Exhibit 8 are Excepts of the Deposition of Charles Arnett;

11. Attached hereto as Exhibit 9 is a letter from defense counsel for Unocal claiming to be counsel for Siemens. See also as Exhibit 10 - representation by defense counsel at 30(b)(6) deposition of Siemens, claiming to represent both Unocal and Siemens.

12. When I sought records from Siemens, the response came from defense counsel. See Exhibit 11. I have not been given permission to talk to Siemens employees while I have learned that Siemens employees have been subject of "pre-deposition" interviews by defense counsel and these employees have been sent out by Siemens as if it were a service call;

13. I attended the deposition of Larry Grove on January 12, 2007. He testified that any alleged mistake in hunting license applications was at worse an innocent mistake and that he was asked for rent receipts from years ago which he no longer possessed and he simply paid a fine.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

3

14. Attached hereto as Exhibit 12 are deposition excerpts of Dr. Ealum's deposition;

15. Attached hereto as Exhibit 13 are excerpts from the deposition of OSHA safety enforcement officer, Tom Scanlon and his safety narrative;

16. Attached hereto as Exhibit 14 are excerpts from the deposition of Dr. Laufer.

17. Attached hereto as Exhibit 15 are excerpts from the deposition of Farooz Sakota. Attached hereto as Exhibit 16 are excerpts from the AWCB Decision in <u>Stewart v. Providence Alaska Medical Center</u>.

18. Attached hereto as Exhibit 16 is the Report of Charles Hostetler.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: nbackes@weidnerjustice.com
ABA No. 8506049

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

4

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE AND MEMORANDUM OF POINTS AND AUTHORITIES** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571