Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**PLAINTIFFS' MOTION TO ACCEPT OVERLENGTH MOTION IN LIMINE**

Plaintiffs are submitting a Motion in Limine with over thirty different subparts.  Instead of filing numerous separate motions, plaintiffs have combined them into one motion in limine.  The motion/memorandum is 63 pages long.  Pursuant to LR 10.1(l), plaintiffs respectfully request that the overlength motion in limine be accepted as filed.

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

1

RESPECTFULLY SUBMITTED this 29th day of March, 2007.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs

  /s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK 99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: nbackes@weidnerjustice.com
ABA No. 8506049

## CERTIFICATE OF SERVICE

I hereby certify that on March 29th, 2007 a copy of the foregoing **PLAINTIFFS' MOTION TO ACCEPT OVERLENGTH MOTION IN LIMINE** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC. /s/ Michael Cohn

  /s/ Michael Cohn