```
Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA ) <br> GROVE, SARAH GROVE, and, ) <br> MICHAEL GROVE (DOB 1/21/88) ) <br> By and through his father ) <br> LAWRENCE H. GROVE, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNOCAL CORPORATION, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:04-cv-0096-TMB |

**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO ACCEPT OVERLENGTH MOTION IN LIMINE**

The court, having considered *Plaintiffs' Motion to Accept Overlength Motion in Limine*, hereby ORDEREDS that plaintiffs' Motion in Limine is accepted as filed.

DATED: _____    _____
                      U.S. DISTRICT COURT JUDGE

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007 a copy of the foregoing **[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO ACCEPT OVERLENGTH MOTION IN LIMINE** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.  /s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571