Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE, <br><br>　　　　　Plaintiffs, <br><br>　　vs. <br><br>UNOCAL CORPORATION, <br><br>　　　　　Defendant. | Case No. 3:04-cv-0096-TMB |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT UNOCAL'S LIABILITY FOR NEGLIGENCE, PUNITIVE DAMAGES, AND ALLOCATION OF FAULT**

　　　　Plaintiffs, pursuant to Federal Rule of Civil Procedure 56, move the court for summary judgment against defendant Unocal as to negligence, punitive damages, and apportionment of fault.  This motion is supported by the accompanying Memorandum of Law, Affidavit of Counsel, and Exhibits attached thereto.

1

```
          RESPECTFULLY SUBMITTED this 30th day of March, 2007.

                              WEIDNER & ASSOCIATES, INC.
                              Counsel for Plaintiffs
```

    /s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049

## CERTIFICATE OF SERVICE

I hereby certify that on March 30th, 2007 a copy of the foregoing **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT UNOCAL'S LIABILITY FOR NEGLIGENCE, PUNITIVE DAMAGES, AND ALLOCATION OF FAULT** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.  /s/ Michael Cohn