Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF ALASKA
 3   _____
     LAWRENCE H. GROVE, CYNTHIA      )
 4   GROVE, SARAH GROVE, and         )
     MICHAEL GROVE (DOB 1/21/88)     )
 5   by and through his father       )
     LAWRENCE H. GROVE,              )
 6                                   )
              Plaintiffs,            )
 7                                   )
        vs.                          )
 8                                   )
     UNOCAL CORPORATION,             )
 9                                   )
              Defendant.             )
10   _____)
     Case No. A04-0096 CV (JKS)
11
12
13   _____
         30(b)(6) DEPOSITION OF SIEMENS BUILDING
14               TECHNOLOGIES, INC.
           DESIGNEE: DOUG SCHUTTE
15   _____
16
                    Pages 1 - 46
17           Friday, January 3, 2006
                    2:06 P.M.
18
            Taken by Counsel for Plaintiffs
19                       at
     Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
20              711 H Street, Suite 620
                  Anchorage, Alaska
21
22                              Exhibit 13
23                              page 1 of 16
24
25
```

COPY

Page 2

```
 1                     A-P-P-E-A-R-A-N-C-E-S

 2

     For Plaintiffs:
 3       Michael Cohn
         PHILLIP PAUL WEIDNER & ASSOCIATES
 4       330 L Street, Suite 200
         Anchorage, Alaska 99501
 5       907/276-1200

 6
     For Defendant:
 7       Liam J. Moran
         CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC
 8       711 H Street, Suite 620
         Anchorage, Alaska 99501
 9       907/272-9272

10
     Court Reporter:
11       Lisa L. Shaffer
         PACIFIC RIM REPORTING
12       711 M Street, Suite 4
         Anchorage, Alaska 99501
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        I-N-D-E-X

2  EXAMINATION BY                                                    PAGE
3     Mr. Cohn                                                         4
4

5  EXHIBITS                                                          PAGE
6     1    Re-Notice of FRCP 30(b)(6) Deposition Duces                  4
7          Tecum of Siemens Building Technologies, Inc.
           (3 pgs.)
8
      2    Subpoena (4 pgs.)                                            5
9
      3    Unocal Technical Support Program Proposal,                  12
10         May 31, 2000 (21 pgs.)
11
      4    Correspondence File (32 pgs.)                               12
12
      5    Work Orders (187 pgs.)                                      15
13
      6    Invoices (9 pgs.)                                           17
14
      7    Workers' Compensation Records (29 pgs.)                     17
15
      8    OSHA's Form 300, Log of Work-Related Injuries               19
16         and Illnesses (1 pg.)
17
      9    Siemens Safety Resource Manual, Revised 5/00                22
18         (277 pgs.)
19
     10    Personnel File                                              23
20
     11    Payment Summary (1 pg.)                                     39
21
     12    National Mechanical Equipment Service &                     41
22         Maintenance Agreement (23 pgs.)
23

24

25

Page 4

1    ANCHORAGE, ALASKA; FRIDAY, FEBRUARY 3, 2006
2                    2:06 P.M.
3              (Exhibit No. 1 marked.)
4                     -o0o-
5                  DOUG SCHUTTE,
6         deponent herein, being sworn on oath,
7         was examined and testified as follows:
8                   EXAMINATION
9    BY MR. COHN:
10      Q   Good afternoon. My name is Michael Cohn.
11   I'm an attorney from the Law Firm of Phillip Paul
12   Weidner & Associates, and I'm here on behalf of the
13   plaintiffs, including Larry Grove, who at one point
14   was an employee of Siemens Technology.
15           MR. COHN: Can I ask for the other attorney
16   present to identify himself?
17           MR. MORAN: Liam Moran. I represent Unocal
18   Corporation and Siemens Building Technologies, Inc.
19           MR. COHN: Just to be clear, are you
20   representing Siemens for purposes of this deposition?
21           MR. MORAN: That's correct.
22           MR. COHN: Just for the record, I object to
23   counsel for Unocal Corporation representing, as
24   attorney of record, Siemens Building Technologies,
25   Inc.

Page 5

1    BY MR. COHN:
2       Q   Mr. Schutte -- did I pronounce it right?
3       A   Schutte.
4       Q   -- can you explain to me what brings you here
5    today?
6       A   This subpoena brings me here today.
7            MR. COHN: Let's mark the subpoena as
8    Exhibit 2.
9            (Exhibit No. 2 marked.)
10   BY MR. COHN:
11      Q   Marked as Exhibit 1 is the renotice of the
12   records deposition, and marked as Exhibit 2 is the
13   subpoena, which also has attached to it the renotice
14   of deposition, which Mr. Schutte has brought here
15   today.
16           Mr. Schutte, what is your position with
17   Siemens Building Technology?
18      A   Service manager.
19      Q   Were you assigned the task of complying with
20   this deposition?
21      A   Yes.
22      Q   And in your -- and who assigned you the task
23   of doing that?
24      A   Ben Seitz.
25      Q   And what did Mr. Seitz tell you to do?

Page 6

1       A   Prepare the documents.
2       Q   And what did you do to comply with the
3    subpoena request?
4       A   I prepared the documents that we had.
5       Q   Well, let's go through the list. Is this
6    your handwriting on Exhibit 2, page 2?
7       A   Yes.
8       Q   The first item requested contracts. How did
9    you go about finding the contract documents?
10      A   We have a contract file, and I got the
11   documents from the contract file.
12      Q   So can you briefly identify what documents
13   you have? Are the top documents the contracts that
14   you're talking about?
15      A   This is what we have for contracts with
16   Unocal.
17      Q   Is that all the contracts with Unocal for
18   servicing the building at 909 --
19      A   Yes.
20      Q   Would you know if and when any of the
21   handwritten portions were placed in the document, like
22   on page 6 of this contract?
23      A   No.
24      Q   So this is the first packet of documents, the
25   contracts. What else -- can you just tell me what you

Page 7

1    brought with you?
2       A   I have brought with me the information we
3    have to satisfy -- there we go [indicating]. Yeah, so
4    I went through 1 through 15 and gathered the documents
5    that we had for each of those items.
6       Q   Is there -- I notice that you have a
7    checkmark on "contracts" and a checkmark on
8    "correspondence," and then "AK OSHA Investigation,"
9    you have "no," and then there's nothing on the
10   remaining items, other than, parenthesis, "OSHA."
11   Does that mean you just stopped putting checkmarks
12   down or you didn't have documents that apply to the
13   remainder?
14      A   That means I just stopped putting checkmarks
15   down.
16      Q   Now, what does putting "OK OSHA
17   investigation - no" down, what does that mean? Does
18   that mean that you're not --
19      A   We don't have any documents for that.
20      Q   And how did you determine that there were no
21   documents?
22      A   I looked in the place where we would keep
23   those kind of documents, and there weren't any there.
24      Q   Where is the place that those documents would
25   be kept?

PACIFIC RIM REPORTING   907-272-4383
www.courtreportersalaska.com

Page 8
1   A   Those documents are kept in our -- would be
2   kept in our worker's compensation file, if we have
3   them, or they would be kept in Larry Grove's personnel
4   file, or they would be with our corporate safety
5   officer in Buffalo Grove, Illinois. And I contacted
6   him, and he doesn't have them.
7   Q   So you checked all the areas that you listed
8   and contacted the other person?
9   A   Yes.
10  Q   So to the best of your knowledge, there are
11  no Alaska OSHA investigations regarding the accident
12  for Mr. Grove?
13  A   Correct.
14  Q   In possession of Siemens?
15  A   Yes.
16  Q   Why don't we just go through the documents in
17  order. You've described the first one. Is this a
18  contract dated May 31st, 2000?
19  A   Yes.
20  Q   Are there any earlier contracts that you
21  brought with you?
22  A   No.
23  Q   To your knowledge, are there earlier
24  contracts?
25  A   No, to my knowledge, there aren't.

Page 9
1   Q   Well, assuming if there was contracts between
2   Unocal and Siemens before May 31st, 2000 regarding the
3   maintenance of the building at 909 West Ninth Avenue,
4   where would they be kept? Would all of the past and
5   current contracts be in that same contract file that
6   you referred to?
7   A   There may be -- could you repeat the
8   question?
9   Q   Well, you indicated that there was -- you can
10  tell me if I'm wrong, but did you indicate there was a
11  place where contracts are kept?
12  A   Correct.
13  Q   And you got this contract that says on it
14  Unocal 76 Technical Support Program Proposal, it's
15  dated May 31st, 2000 on the first page, out of that
16  place where the contracts are kept, and you found no
17  other contracts?
18  A   Correct.
19  Q   Now, are those -- is there a period of
20  time -- let me ask you this. Is there a record
21  retention policy at Siemens, like after a certain
22  number of years certain records are no longer kept?
23  A   Yes, there is.
24  Q   And what is that record retention policy?
25  A   I'm aware of at least five years' worth of

Page 10
1   records that we keep.
2   Q   Now, do you know what happens to the records
3   that are older than five years old?
4   A   I do not.
5   Q   Because what I'm asking for is if -- I'm just
6   representing to you that there may be contracts
7   between Unocal and Siemens prior to 2000. So if there
8   are any such contracts that there were, to the best of
9   your knowledge, they would not have been retained?
10  A   To the best of my knowledge, they would have
11  been retained and they would be in the archives
12  somewhere, our archive records.
13  Q   Where are the archive records kept?
14  A   They're kept above our warehouse.
15  Q   I'm assuming that's probably going to be a
16  fairly large amount of documents. Did you yourself
17  attempt to check for any of the documents I listed, in
18  the archives?
19  A   No.
20  Q   Did you direct anyone else to see if there
21  were any records responsive to this record subpoena in
22  the archives?
23  A   Nope. Well, let me correct that.
24      No.
25  Q   So to the extent there may be records, if

Page 11
1   there are records that go back -- you said there's a
2   five-year record retention policy, so --
3   A   There's at least a five-year.
4   Q   At least five years. But if there are any
5   records prior to that period, they would have been
6   stored up in archives?
7   A   Correct.
8   Q   Now, is there any means of -- do you know how
9   they are stored, so if there was an effort made to
10  retrieve the records, one could go about doing it
11  without having to look through millions of documents?
12  A   Yes.
13  Q   Is there like an index or a file that will
14  indicate by client where documents are?
15  A   They're stored by either job number
16  numerically or by year.
17  Q   So it is possible to go back and actually
18  check by job number or by year to find additional
19  records, such as additional contracts between Unocal
20  and Siemens, prior to this contract of May 2000?
21  A   Yes.
22      MR. COHN: Okay. I would ask that the
23  deponent do that or have someone from Siemens do that,
24  and provide those additional records to the court
25  reporter, because I'm going to submit these records to

Page 12
1  the court reporter to copy as an exhibit.
2  BY MR. COHN:
3    Q  What is the next batch of records that you
4  have? We can either go in order of what you have here
5  or --
6    A  This is the correspondence from our contract
7  file. This is the correspondence that relates to this
8  contract here [indicating]. It came from the same
9  location, the same file.
10   Q  So if there's correspondence that relates to
11 an earlier contract, that would be in the archives
12 with the earlier contract?
13   A  Yes.
14      MR. COHN: So the same request that I made
15 before for the contract applies to the correspondence.
16      Why don't we -- maybe we should list them in
17 order. The contract will be Exhibit 3, and the
18 correspondence Exhibit 4.
19      (Exhibit Nos. 3 and 4 marked.)
20 BY MR. COHN:
21   Q  Do you know -- let me take a look at this
22 contract. It looks like the contract is -- I'm
23 looking to see how long this contract is for. Do you
24 happen to know if this is a one-year contract or
25 longer?

Page 13
1    A  I can look.
2       This is it [indicating].
3    Q  I see. I'm looking here in the
4  correspondence, and I see they have here Contractor
5  Monthly Hours with Injury/Illness Summary, and they
6  have one from the period May 1st, 2001 to May 31st,
7  2001, but then I don't see any additional entry for
8  2001 past that date, in terms of injuries.
9       Do you know if any documents have been pulled
10 from the files?
11   A  No. That's the complete correspondence
12 section.
13   Q  Do you know if in the documents you provided,
14 have you provided any e-mails or electronic data?
15   A  I have not.
16   Q  Do you know if there would be any e-mail
17 information between Unocal and Siemens?
18   A  There may be.
19   Q  Where would those -- would e-mails be kept
20 somewhere?
21   A  E-mails are kept on our server.
22   Q  So if we asked you or you asked Mr. Seitz to
23 retrieve the e-mail between Unocal and Siemens, that
24 is something that can be done, to the best of your
25 knowledge?

Page 14
1    A  I'd have to discuss that with Liam and other
2  folks within our company, if that is something that we
3  could provide or not.
4       MR. COHN: I would like to get copies of
5  e-mails, because that's the same as correspondence, as
6  the hard copies that we have here. I'm not talking
7  about all correspondence involving things that don't
8  relate to the 909 West Ninth Avenue or to Larry Grove,
9  but anything that relates to what's been requested in
10 this records deposition notice.
11      MR. MORAN: Are you asking for any e-mail
12 that pertains to Unocal and Siemens?
13      MR. COHN: Well, that's what I mean. If it's
14 got to do with Unocal and Siemens, if Siemens services
15 Unocal on the North Slope, that's not -- I don't
16 consider that encompassed within here, unless it
17 relates to this particular incident or injury.
18      What I'm talking about, if there's like
19 e-mails regarding the OSHA investigation, that would
20 be covered, even if there's not a paper document here;
21 or relating to the contract or maintenance to the
22 building, to injuries, which could also involve any
23 e-mails regarding Larry Grove's injury, to the work
24 platform in question, anything like that, that would
25 be relevant.

Page 15
1       MR. MORAN: So the Unocal's building here on
2  Ninth Avenue, Larry Grove, or Mr. Grove's accident?
3       MR. COHN: Right. And the OSHA
4  investigation, the maintenance of the building, things
5  like that, because I don't know what the extent of the
6  contractual relationship is.
7  BY MR. COHN:
8    Q  Do you know if Siemens services other Unocal
9  facilities, other than the one on Ninth?
10   A  I do not know.
11   Q  What is the next document that you have? I'm
12 just going down the list of what you have in front of
13 you.
14   A  Yeah. This is a copy of the work orders that
15 we have on file for this service contract.
16   Q  So when you say for this service contract,
17 that only means the contract that's dated May 2000,
18 not the work orders for previous contracts?
19   A  If there is one. I don't know if there is or
20 not. So yes, these are all the work orders that we
21 have.
22      MR. COHN: Let's mark the work orders as
23 Exhibit 5.
24      (Exhibit No. 5 marked.)
25      MR. COHN: Let's go off record for a minute.

Page 16

1      (Off the record.)
2      MR. COHN: Back on record.
3  BY MR. COHN:
4      Q   Where did you retrieve these work order
5  records from?
6      A   They are kept in the same file as the
7  correspondence and the contract.
8      Q   So all of them are kept together in the same
9  file?
10     A   Yes.
11     Q   And where is the contract file kept? Where
12 in the office?
13     A   It's in a hallway closet between our
14 receptionist's desk and where our service techs sit.
15     Q   Is it accessible to anyone that just wants to
16 just go and take a look at the contract?
17     A   Yes.
18     Q   So when you talked to Mr. Seitz and he told
19 you to get the records, you already knew where to look
20 for the contract documents?
21     A   Yes.
22     Q   And what is the next list of documents you
23 have?
24     A   This is a copy of every invoice that we sent
25 to Unocal. That's what I have as far as payments.

Page 17

1      MR. COHN: Let's mark this one as Exhibit 6.
2      (Exhibit No. 6 marked.)
3  BY MR. COHN:
4      Q   The same applies to all these exhibits, these
5  are documents that are kept with the contract, the
6  current contract?
7      A   Yes.
8      Q   So if you go into archives and find work
9  orders and invoices and correspondence, they should be
10 together with the contract for that period in the
11 archives?
12     A   Yes.
13     Q   What's the next group of documents you have?
14     A   This is information about Larry Grove that I
15 got from our 2002 workers' compensation folder where
16 we keep all of our workers' compensation documents.
17     MR. COHN: Let's mark this as the next in
18 order, Exhibit 7, the worker's compensation records.
19     (Exhibit No. 7 marked.)
20     MR. COHN: The invoices are Exhibit 6; the
21 work orders, Exhibit 5; the correspondence 4; and the
22 contract, 3.
23 BY MR. COHN:
24     Q   In terms of, for example, the OSHA records,
25 if they have anything to do with legal, would they go

Page 18

1  to a different section of Siemens? Would they go, for
2  example, do you know if they would go to corporate
3  counsel?
4      A   That's why I called -- I called the person
5  that they could potentially go to, I called. And
6  our -- Mark Wiemer is his name, and he did not have a
7  copy of them.
8      Q   Mark Wiemer?
9      A   Uh-huh.
10     Q   And do you know what position Mark Wiemer has
11 with the company?
12     A   He's a safety something or other.
13     Q   Is he located here in Anchorage?
14     A   Buffalo Grove, Illinois.
15         And I called him to talk about how we
16 would -- where that would be stored. And he told me
17 it would either be stored in Larry Grove's personnel
18 file, with our -- with the workers' comp file. And if
19 wasn't in either of those places, then we didn't have
20 it and that it would be available upon request through
21 OSHA.
22     Q   Do you know if Siemens keeps OSHA records? I
23 don't know if you have any personal knowledge of
24 whether Siemens has ever been involved in any other
25 situation where there's been an injury investigated by

Page 19

1  OSHA. Do you have any knowledge of that?
2      A   Can you say the question again, please?
3      Q   Well, the question is, if there was -- well,
4  what I'm curious about is if there was an OSHA
5  investigation, why there are no records anywhere in
6  Siemens' files of that OSHA investigation of Larry
7  Grove's accident of September 9th, 2002.
8          I mean, do you have any understanding if such
9  records would have been in the possession of Siemens,
10 or is that beyond your personal knowledge?
11     A   My knowledge is that if we had those records,
12 they would either be in his personnel file or in his
13 workers' compensation file. And they're not in either
14 of those, so I'm not aware that they exist within our
15 company.
16     Q   What's the next record that you have?
17     A   This is our OSHA Form 300. Is it a summary
18 of work-related injuries and illnesses. This is
19 located in the front of our 2002 workers' comp folder,
20 and Larry Grove's name is on there, so I brought it.
21     MR. COHN: Let's mark this document that
22 Mr. Schutte just referred to as the next exhibit in
23 order.
24     (Exhibit No. 8 marked.)
25 ///

Page 20

1  BY MR. COHN:
2      Q   Have you ever seen a log of work-related
3  injuries and illnesses before you went looking for
4  these documents to respond to the records deposition?
5  Have you ever seen a document like this at Siemens?
6      A   Yes.
7      Q   Where it says "where the event occurred," do
8  you know what it means when it says "office"?
9      A   Not without looking at the document. Not out
10 of context.
11     Q   Okay. And when it says "job site," do you
12 have to go and look at the individual's -- how do you
13 determine where that job site was? How do you
14 determine where that person's injury occurred? Is
15 there a list somewhere which indicates where they were
16 working on that day?
17     A   I'm thinking.
18         It could be determined where they were
19 working.
20     Q   So when it says job site, we know where Larry
21 Grove's job site was, the September 9th injury, and
22 he's a fitter; but then I see like Brent Davis,
23 fitter, December 7th, and it says job site, we would
24 have to go and see if that occurred at the Unocal
25 building or somewhere else, by -- how would we do

Page 21

1  that? There's probably a job sheet for each
2  individual that shows where they were working, I
3  assume.
4      A   Yes.
5      Q   What's the next document that you have?
6      A   This is our Safety Resource Manual.
7      Q   It's a couple of inches thick. And what does
8  that mean, Safety Resource Manual?
9      A   The subpoena asked for policies, procedures,
10 manuals, so I figured that was appropriate to bring.
11     Q   And where would the Safety Resource Manual
12 have been found?
13     A   I can speak to where I found it.
14     Q   Where did you find it?
15     A   It was on our corporate Intranet.
16     Q   And going back to Exhibit 8, the log of
17 work-related injuries and illnesses, where did you
18 locate that document?
19     A   That was in the file cabinet where we keep
20 our workers' compensation information.
21     Q   And you said that the Safety Resource Manual
22 was pulled off of the --
23     A   Our Intranet.
24     Q   Intranet?
25     A   Yes.

Page 22

1      Q   And it has a date on the first page, revised
2  5/99. Do you know if this is the most current version
3  of the Safety Resource Manual? This is just what you
4  found. When did you locate this document?
5      A   Last week. I located it on our Intranet and
6  printed what was there. To my knowledge, this is our
7  most recent.
8          MR. COHN: Why don't we mark this as Exhibit
9  No. 9, then, the Safety Resource Manual.
10         (Exhibit No. 9 marked.)
11 BY MR. COHN:
12     Q   And it looks like there's one other file that
13 you have.
14     A   Yes.
15     Q   And it looks like on the side there's a label
16 that says Larry Grove -- or, Grove, comma, Larry. Can
17 you tell me what that document is?
18     A   This is Larry Grove's personnel file.
19     Q   May I take a look?
20         Do you know if this would be his file from
21 when he was first hired by Siemens to the present
22 date?
23     A   Yes, this is his -- yes.
24     Q   So this is his complete personnel file?
25     A   Yes.

Page 23

1      Q   Did you mark anything or underline anything
2  in the file?
3      A   No.
4      Q   Okay. So if there's any highlighting in
5  there, or something written in on a page that's typed
6  and somebody wrote something in, that's something that
7  was already there when you pulled the files out?
8      A   Correct.
9          MR. COHN: Let's mark the personnel file as
10 Exhibit 10.
11         (Exhibit No. 10 marked.)
12 BY MR. COHN:
13     Q   In regard to some of these other matters,
14 like indemnity agreements, did you do anything to
15 locate any indemnity agreements between Siemens and
16 Unocal?
17     A   I looked for indemnity agreements, and what I
18 found was what is included in our contract. And
19 that's all I found with respect to indemnity
20 agreements.
21     Q   Could there be another location where such an
22 agreement would be? Well, where did you find that?
23 In the contract file?
24     A   Yes. To my knowledge, it's part of the terms
25 and conditions of the contract.