# CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
### LLC

**ANCHORAGE**

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Laura S. Gould
John P. Wood
Linda J. Johnson
Liam J. Moran, Of Counsel

**FAIRBANKS**

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, rct.

April 25, 2005

Mary Lee
St. Paul Travelers Insurance
1120 East Huffman, Ste. 23
Box 687
Anchorage, AK 99515

VIA FAX 562-2447

Re: Lawrence Grove
DOB: 8-11-53
Ss# 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
Our File No. 6200-1

Dear Ms. Lee:

Thank you for returning my telephone call today. As I indicated this firm represents Siemen's Building Technologies in a lawsuit that has been file by Lawrence Grove. The lawsuit is for damages surrounding an injury Lawrence Grove sustained on September 9, 2002. The attorney for Siemen's is John Thorsness and I am the paralegal assigned to the case.

I am writing to obtain copies of your files relating to the workers compensation claim of Lawrence Grove. The claim number given to me by Siemen's is 133-CB-AYL2598A. We would appreciate a copy of all records maintained in the files of St. Paul Travelers Insurance Co., relating to Lawrence Grove. We will pay a reasonable copying fee. Please enclose your invoice with the copies and I will make sure it is promptly paid.

Please feel free to call me if you have any questions.

Thank you,

Clapp, Peterson, Van Flein, Tiemessen & Thorsness

Lori L. O'Brien
Paralegal

Exhibit 14
page 1 of 1

711 H Street, Suite 620 · Anchorage, Alaska 99501-3454
phone - 907-272-9272   email - anch@cpsattorneys.com   fax - 907-272-9586