Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, <br><br>                    Plaintiffs, <br><br>          v. <br><br> UNOCAL CORPORATION <br><br>                    Defendant | ) ) ) ) ) ) ) Case No. A04-0096 CV (TMB) ) ) ) ) ) ) ) ) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT UNOCAL'S LIABILITY FOR NEGLIGENCE, PUNITIVE DAMAGES, AND ALLOCATION OF FAULT**

STATE OF ALASKA         )
                        )   ss.
THIRD JUDICIAL DISTRICT )

MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

1. I am Michael Cohn, an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., counsel of

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

1

record for the Grove plaintiffs in this matter.  I am licensed to practice law in the State of Alaska;

    2.   Attached hereto as Exhibit 1 is the Expert Report of Joseph Balser;

    3.   Attached hereto as Exhibit 2 is the Expert Report of Lin Manning;

    4.   Attached hereto as Exhibit 3 is the Expert Report of Bob Carmichael;

    5.   Attached hereto as Exhibit 4 are excerpts of the Deposition of Archie Cook;

    6.   Attached hereto as Exhibit 5 are excerpts of the Deposition of Ken Burns;

    7.   Attached hereto as Exhibit 6 is a copy of DEF 00027, received from Unocal in discovery;

    8.   Attached hereto as Exhibit 7 are excerpts of the Deposition of Robert Sprinkle;

    9.   Attached hereto as Exhibit 8 are excerpts of the Deposition of Paul Crapps;

    10.  Attached hereto as Exhibit 9 are excerpts of the Deposition of John Stallone;

    11.  Attached hereto as Exhibit 10 are excerpts of the Deposition of Tom Scanlon, and excerpts of his safety narrative;

    12.  Attached hereto as Exhibit 11 are excerpts from the Deposition of Charles Arnett;

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

13. Attached hereto as Exhibit 12 is a Contract between Unocal and Siemens;

14. Attached hereto as Exhibit 13 is the 30(b)(6) Deposition of Siemens Building Technologies, Inc. representative Doug Schutte;

15. Attached hereto as Exhibit 14 is a letter from defense counsel to St. Paul Travelers Insurance stating that defense counsel represents Siemens Building Technologies, inc. Defense counsel also represents Unocal;

16. Previous memorandums and affidavits, Docket Nos. 49, 61, 70 and 71, present a detailed history of the litigation through March of 2006, which is incorporated herein by reference;

17. I am also incorporating the Affidavit of Michael Cohn in Support of the Renewed Rule 37 Motion for Order Compelling Discovery/Disclosure, and exhibits in support thereto as part of this Affidavit.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: nbackes@weidnerjustice.com
ABA No. 8506049

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT UNOCAL'S LIABILITY FOR NEGLIGENCE, PUNITIVE DAMAGES, AND ALLOCATION OF FAULT** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

4