Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br> v. <br><br> UNOCAL CORPORATION, <br><br> Defendant. | Case No. Case No.A04-0096 CV (JKS) |

**(RENEWED) RULE 37 MOTION FOR ORDER COMPELLING DISCLOSURE/DISCOVERY**

COME NOW plaintiffs, LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE, a minor (DOB 1-21-88), by and through his natural father, LAWRENCE H. GROVE, by and through counsel, Phillip Paul Weidner of Phillip Paul Weidner & Associates, Inc., a Professional Corporation; and hereby move the court, pursuant to Federal Rules of Civil Procedure 37, for

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

an Order compelling defendant to comply with the discovery rules, and

 (1) Verify all Interrogatories it has failed to so verify, despite repeated requests, or in the alternative, the Court either deem the Interrogatories verified, or allow an adverse inference against defendant;

 (2) Produce any and all agreements, indemnity arrangements, cooperation agreements between defendant and Siemens Building Technologies, Inc.;

 (3) Produce the un-redacted copy of Unocal's staff meeting agenda for March 4, 2003;

 (4) Produce any and all documents concerning the work platform/scaffold, safety reports, and the information requested in a letter of April 18, 2006 (Exhibit 1);

 (5) Allow plaintiffs to conduct an inspection of Unocal records;

 (6) Access to Siemens records/personnel; and

 (7) All records regarding the secret surveillance of Larry Grove and his family, including contracts, correspondence, notes, complete copies of <u>all</u> videotaping.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

This motion is supported by the accompanying Memorandum of Law, Affidavit of Counsel, and Exhibits attached thereto.

RESPECTFULLY SUBMITTED this 30th day of March 2007.

```
                    WEIDNER & ASSOCIATES, INC.
                    Counsel for Plaintiffs


                       /s/ Michael Cohn
                    WEIDNER & ASSOCIATES, INC.
                    330 L Street, Suite 200
                    Anchorage, AK  99501
                    Phone (907) 276-1200
                    Fax (907) 278-6571
                    E-mail:  nbackes@weidnerjustice.com
                    ABA No. 8506049
```

CERTIFICATE OF SERVICE
I hereby certify that on March 30, 2007 a copy of the foregoing **RENEWED RULE 37 MOTION FOR ORDER COMPELLING DISCLOSURE/DISCOVERY** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Michael Cohn