Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**[PROPOSED] ORDER RE: PLAINTIFFS' RULE 37 MOTION FOR ORDER COMPELLING DISCLOSURE/DISCOVERY**

The court having considered *Plaintiffs' Rule 37 Motion for Order Compelling Disclosure/Discovery*, it is hereby ORDERED,

1. Defendant, Unocal, is required to verify each and every interrogatory answer as the civil rules mandate. To the extent that the defendant is unwilling to verify said answers, the plaintiffs shall be allowed to infer from the

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

1

failure to do so and adverse inference against the defendant and comment on the failure to verify in front of the Court to the jury;

    2.   Defendant, Unocal, is hereby ordered to produce any and all agreements between Unocal and Siemens regarding the indemnity agreement, including any agreement for Siemens to indemnify Unocal, any agreement by Siemens to cooperate with Unocal, any agreement by Unocal and Siemens in regard to joint defense of this case, any and all attorney/client agreements between defense counsel and Siemens and defense counsel and Unocal in this matter and all pertinent documents regarding Unocal and Siemens pertaining to this litigation;

    3.   Defendant is ordered to produce unredated copies of Unocal Staff meeting agenda for March 4, 2003;

    4.   Defendant is required to produce any and all documents in their possession concerning the work platform/Scaffold, safety reports and information requested in the letter dated April 18, 2006 attached to plaintiffs' motion;

    5.   Plaintiffs shall be allowed to inspect the Unocal records. Prior to said inspection, Unocal shall provide sufficient identifying information to enable the plaintiffs to search the proper location for records pertaining to the work platform, safety reports, and other pertinent information in

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

2

this matter. Thus, it will not be sufficient for Unocal simply to point to a warehouse and tell the plaintiffs that they can go and look through millions of documents. There must be sufficient disclosure of the Unocal system of storage of documents for document retrieval;

6. Plaintiffs shall be permitted access to Siemens' employees to the same extent of defense counsel. Defense counsel can not claim some attorney/client privilege to prevent plaintiffs from contacting individuals that have factual knowledge concerning this case from Siemens;

7. Defendant, Unocal, is ordered herby to produce any and all records regarding the secret surveillance of Larry Grove and his family, including contracts, correspondence, notes, and complete copies of all video taping including unredacted and unedited versions of same.

8. Defendant, Unocal, shall comply with said order within _____ days.

DATED: _____     _____
                         U.S. DISTRICT COURT JUDGE

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007 a copy of the foregoing **[PROPOSED] ORDER RE: PLAINTIFFS' RULE 37 MOTION FOR ORDER COMPELLING DISCLOSURE/DISCOVERY** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.   /s/ Michael Cohn