Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNOCAL CORPORATION<br><br>        Defendant | ) ) ) ) ) ) ) Case No. A04-0096 CV (TMB) ) ) ) ) ) ) ) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF RULE 37 RENEWED MOTION FOR ORDER COMPELLING DISCLOSURE/DISCOVERY**

STATE OF ALASKA            )
                           )    ss.
THIRD JUDICIAL DISTRICT    )

MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

1.   I am Michael Cohn, an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., counsel of record for the Grove plaintiffs in this matter.  I am licensed

to practice law in the State of Alaska. The following information I give is to the best of my personal knowledge and recollection;

2. Attached hereto as Exhibit 1 is a letter dated April 18, 2006 that I wrote to John Thorsness and Linda Johnson, counsel for defendant Unocal, in regard to the status of discovery and the discovery that needed to be produced or answered by defendant.;

3. Attached hereto as Exhibit 2 is an April 27, 2006 letter from Linda Johnson, in which she said that I did not have permission to contact Siemens' past and current employees until I hear from her;

4. Attached hereto as Exhibit 3 is a letter dated May 8, 2006 from myself to Linda Johnson, in which I inquired as to what basis Unocal had to prevent us from contacting Siemens' employees;

5. Attached hereto as Exhibit 4 is a letter dated May 10, 2006, in which John Thorsness provided me the name of Steven R. Shamash, counsel for Siemens Corporation, in regard to whether I can contact Siemens' employees;

6. I, in fact, contacted Mr. Shamash, and I did not get permission to talk to Siemens' employees;

7. Unocal counsel admitted they also represent Siemens. See Exhibit 5A, 30(b)(6) Deposition of Siemens

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

Building Technologies, Inc. at pg. 4; and Exhibit 5B, a letter from defense counsel to St. Paul Travelers Insurance.

8.  Attached hereto as Exhibit 6 is a letter dated June 2, 2006 from myself to John Thorsness and Linda Johnson in which I, among other things, asked "where are Ken Burns' safety reports?  Where are Lloyd Richardson's safety reports?  Where are ANY pre-March 6, 2003 safety reports?" (emphasis in original).  In that same letter, I also requested additional information besides the surveillance video produced to Unocal by Griffin & Smith.  I asked for all the video produced not just the selected edited version, plus the name of the individual/individuals conducting the surveillance for Quantum Investigations, any audio of said tapes, any notes/reports by the surreptitious recorders, correspondence and contracts regarding the secret recordings.

9.  Attached hereto as Exhibit 7 is a letter dated October 20, 2006, in which I wrote to Mr. Thorsness and Ms. Johnson regarding defendant's supplemental response to Plaintiffs' 14th Discovery Requests to Unocal Corporation, which contained therein the documents that were numbered 101719-101720 which were almost completely redacted and thus, provided very little information to plaintiffs.  I do not recall ever receiving any response to this letter as to why said information was redacted.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

10.  I took the deposition of several Unocal Employees in the spring of 2006 including Roxanne Sims, Ken Burns, and Kevin Tabler.  Some documentation as to these depositions that apparently had been collected some two years earlier was not disclosed until the eve of deposition and many documents that would have been useful for the depositions were not disclosed until after the depositions but all had apparently been stamped and marked at the time of the initial disclosures some two years previously.

11.  Attached hereto are excerpts from the depositions of Archie Cook (Exhibit 8), Ken Burns (Exhibit 9), Charles Arnett (Exhibit 10), and Paul Crapps (Exhibit 11).

12.  In addition to this Affidavit, I again rely upon the previous Motion for Rule 37 default/disclosure filed March 28, 2006 at Docket No. 48-1, and the Memorandum in support of said Motion at Docket No. 49, to the extent that information requested therein is requested again in this motion and memorandum, that this new Affidavit is in support of, and supplemental to, the Affidavit that I submitted in support of plaintiffs' motion filed in March 2006 (Docket No. 61), providing the history of the non-compliance by defendant in regard to discovery  See also Docket Nos. 70 and 71.

FURTHER AFFIANT SAYETH NAUGHT.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF RULE 37 RENEWED MOTION FOR ORDER COMPELLING DISCLOSURE/DISCOVERY** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn