Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNOCAL CORPORATION, <br><br> Defendant. | Case No. 3:04-cv-0096-TMB |

**PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO DEFENDANT UNOCAL'S REPLY IN SUPPORT OF MOTION FOR RULE OF LAW AND MEMORANDUM IN SUPPORT THERETO**

The plaintiffs respectfully request that the court consider this supplemental opposition in regard to Defendant's Motion for Rule of Law, and in particular, the Reply by defendant to plaintiffs' opposition of same.

Plaintiffs did not intend to address each and every issue, but there is one point that plaintiffs wish to address,

1

which was raised for the first time by defendant in its Reply Memorandum. That is, the defense, in its opening Memorandum, claimed that a $400,000 non-economic damage cap should apply to the claims of the Grove family on the basis of an allegation by defense that there was no severe disfigurement in referencing AS 09.17.010. However, the defense did not even address the issue of severe permanent physical impairment. The plaintiff, in opposition, noted the absence of reference to the severe permanent physical impairment in defendant's motion, such that defendant's motion seeking the court to order that non-economic damages would be limited to $400,000 (even if the non-economic caps are upheld as constitutional, subject to challenges that are still ongoing), as opposed to the $1,000,000 cap that applies if the caps are constitutional for either severe permanent physical impairment, or severe disfigurement.

The defendant Unocal has sought a limitation by the court without addressing both prongs of AS 09.17.010. The plaintiffs pointed out that Mr. Grove had sustained severe and permanent ankle injuries, and provided operative reports, as well as other evidence for the court's review. In the Reply Memorandum, the defendant simply claims, without any authority at all, that since Mr. Grove can walk, he has not sustained a severe permanent physical impairment. It is obvious that Mr.

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

2

Grove can walk, and he has walked into his three depositions, and has been secretly surveiled on numerous occasions by defense counsel, and it's agents, walking.  However, Mr. Grove has significant structural damage to his ankle.  Mr. Grove is in chronic pain due to his ankle impairment.  Mr. Grove needs to take pain medication for his chronic ankle impairment.  Mr. Grove can walk, but if he walks too much, his ankle swells up and he has increased pain and discomfort.  Furthermore, as Mr. Grove ages and the more he uses his leg, his impairment will continue to get worse.  Thus, a blanket statement by the defense counsel that because an individual can walk, negates a finding of severe permanent physical impairment is misrepresentation of the law, misunderstanding of the state of the evidence in this case, and should be rejected by this court.  Plaintiffs respectfully request that the court consider this supplemental opposition.

RESPECTFULLY SUBMITTED this 11TH day of April, 2007.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs

   /s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2007 a copy of the foregoing **PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO DEFENDANT UNOCAL'S REPLY IN SUPPORT OF MOTION FOR RULE OF LAW AND MEMORANDUM IN SUPPORT THERETO** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.   /s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571