Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA ) | |
| GROVE, SARAH GROVE, and, ) | |
| MICHAEL GROVE (DOB 1/21/88) ) | |
| By and through his father ) | |
| LAWRENCE H. GROVE, ) | |
| ) | Case No. A04-0096 CV (JKS) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNOCAL CORPORATION ) | |
| ) | |
| Defendant ) | |
| _____) | |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT RE: UNOCAL'S MOTION FOR RULE OF LAW AND PLAINTIFFS' OPPOSITION THERETO**

COME NOW plaintiffs, by and through counsel, Phillip Paul Weidner of Phillip Paul Weidner & Associates, Inc., a Professional Corporation; and hereby request an opportunity to be heard in Oral Argument as to the above referenced motion. Argument is crucial on this motion, and it is plaintiffs' counsel's belief that Oral Argument is necessary to fully set

out plaintiffs' position, and the parties need a chance to be heard on these important issues.

RESPECTFULLY SUBMITTED this ____ day of April 2006.

                              WEIDNER & ASSOCIATES, INC.
                              Counsel for Plaintiffs

                              s/ Phillip Paul Weidner
                              WEIDNER & ASSOCIATES, INC.
                              330 L Street, Suite 200
                              Anchorage, AK  99501
                              Phone (907) 276-1200
                              Fax (907) 278-6571
                              E-mail: jgreene@weidner-justice.com
                              ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on April __, 2006 a copy of the foregoing PLAINTIFFS' REQUEST FOR ORAL ARGUMENT RE: UNOCAL'S MOTION FOR RULE OF LAW AND PLAINTIFFS' OPPOSITION THERETO was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Phillip Paul Weidner