Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**[PROPOSED] ORDER GRANTING ORAL ARGUMENT RE: UNOCAL'S MOTION FOR RULE OF LAW, AND PLAINTIFFS' OPPOSITION THERETO**

The court having considered *Plaintiffs' Request for Oral Argument re: Unocal's Motion for Rule of Law and Plaintiffs' Opposition Thereto,* it is hereby ORDERED,

Oral Argument on said motion and opposition is hereby GRANTED.  Oral Argument will be held on the ___ day of _____, 2007, at the hour of _____.

DATED: _____    _____
                                     U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2007 a copy of the foregoing **[PROPOSED] ORDER GRANTING ORAL ARGUMENT RE: UNOCAL'S MOTION FOR RULE OF LAW, AND PLAINTIFFS' OPPOSITION THERETO** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Michael Cohn