John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNOCAL CORPORATION,<br><br>    Defendant. | Case No. 3:04-cv-0096-TMB |

**JOINT STIPULATION TO EXTEND DEADLINES FOR OPPOSITION AND REPLY RE PLAINTIFF'S MOTION IN LIMINE DATED MARCH 29, 2007**

COME NOW plaintiffs and defendant, by and through their counsel of record and stipulate and agree that:

a. Defendant shall have a three-week extension, until May 7, 2007 within which to file its opposition to plaintiffs' Motion in Limine (dated March 29, 2007), which is presently due April 13, 2007; and

b. Likewise, plaintiffs shall have a three-week extension, until May 29, 2007 within which to reply to defendant's opposition.

1  Defendant's counsel has conferred with plaintiffs' counsel who is in agreement with the requested extensions.

DATED at Anchorage, Alaska, this ___13th___ day of April 2007.

                                  CLAPP, PETERSON, VAN FLEIN,
                                  TIEMESSEN & THORSNESS, LLC
                                  Attorneys for Defendant Unocal

                                  s/ Linda J. Johnson
                                  CLAPP, PETERSON, VAN FLEIN,
                                  TIEMESSEN & THORSNESS LLC
                                  711 H Street, Suite 620
                                  Anchorage, AK  99501-3454
                                  Phone:  (907) 272-9631
                                  Fax:  (907) 272-9586
                                  Direct email:  ljj@cplawak.com
                                  Alaska Bar No. 8911070

## Certificate of Service

I hereby certify that on April 13, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

                            s/ Linda J. Johnson