John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**JOINT STIPULATION TO EXTEND DEADLINES FOR OPPOSITION AND REPLY RE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT DATED MARCH 30, 2007**

COME NOW plaintiffs and defendant, by and through their counsel of record and stipulate and agree that:

a.    Defendant shall have a three-week extension, until May 7, 2007 within which to file its opposition to plaintiffs' Motion for Partial Summary Judgment (dated March 30, 2007), which is presently due April 16, 2007; and

b.  Likewise, plaintiffs shall have a three-week extension, until May 29, 2007 within which to reply to defendant's opposition.

Defendant's counsel has conferred with plaintiffs' counsel who is in agreement with the requested extensions.

DATED at Anchorage, Alaska, this ___13th___ day of April 2007.

        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORSNESS, LLC
        Attorneys for Defendant Unocal


        s/ Linda J. Johnson
        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORSNESS LLC
        711 H Street, Suite 620
        Anchorage, AK  99501-3454
        Phone:  (907) 272-9631
        Fax:  (907) 272-9586
        Direct email:  ljj@cplawak.com
        Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on April 13, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson