John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**(PROPOSED)**
**ORDER ON JOINT STIPULATION TO EXTEND DEADLINES FOR OPPOSITION AND REPLY RE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT DATED MARCH 30, 2007**

The court having considered the parties' Joint Stipulation To Extend Deadlines for Opposition and Reply Re Plaintiff's Motion for Partial Summary Judgment (dated March 30, 2007),

IT IS HEREBY ORDERED that defendants shall have until Monday, May 7, 2007, within which to file their memoranda in opposition to Plaintiff's Motion for Partial Summary Judgment (dated March 30, 2007).

1  IT IS FURTHER ORDERED, that plaintiffs shall have until Tuesday, May 29, 2007 within which to file their reply to defendant's opposition to Plaintiff's Motion for Partial Summary Judgment.

DATED at Anchorage, Alaska this _____ day of _____ 2007.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

### Certificate of Service

I hereby certify that on April 13, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson