IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**ORDER ON JOINT STIPULATION TO EXTEND DEADLINES FOR OPPOSITION AND REPLY RE PLAINTIFF'S (RENEWED) RULE 37 MOTION FOR ORDER COMPELLING DISCLOSURE/DISCOVERY (DATED MARCH 30, 2007)**

The court having considered the parties' Joint Stipulation To Extend Deadlines for Opposition and Reply Re Plaintiff's (Renewed) Rule 37 Motion for Order Compelling Disclosure/ Discovery (dated March 30, 2007),

IT IS HEREBY ORDERED that defendants shall have until Monday, May 7, 2007, within which to file their memoranda in opposition to Plaintiff's (Renewed) Rule 37 Motion for Order Compelling Disclosure/ Discovery (dated March 30, 2007).

IT IS FURTHER ORDERED, that plaintiffs shall have until Tuesday, May 29, 2007 within which to file their reply to defendant's opposition to Plaintiff's (Renewed) Rule 37 Motion for Order Compelling Disclosure/Discovery.

DATED at Anchorage, Alaska this 30th day of April 2007.

1
2
3

/s/ Timothy M. Burgess
Honorable Timothy M. Burgess
U.S. District Court Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26