John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**AFFIDAVIT OF LINDA J. JOHNSON**

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

Linda J. Johnson, being duly sworn upon oath, deposes and states as follows:

1. I am an attorney licensed to practice law in the State of Alaska. I am an attorney at Clapp, Peterson, Van Flein, Tiemessen & Thorsness. I make this affidavit based upon personal knowledge.

2. Attached to this motion are true and correct copies of the following documents:

Exhibits:

A. Excerpts from Deposition I of Lawrence H. Grove (November 12, 2004
B. Excerpts from Deposition of Robert Sprinkle
C. Expert Morin's report
D. Excerpts from Deposition of Archie Cook
E. Excerpts from Deposition of Charles Arnett
F. Excerpts from Deposition of Kenneth Burns
G Excerpts from Deposition of Tom Scanlon
H. Excerpts from Deposition of Paul Crapps
I. Excerpts from Deposition of Roxanne Sinz
J. Excerpts from Deposition of John Stallone
K. Excerpts from Second Deposition of Lawrence Grove (Dec. 15, 2005)

_____                By_____
Dated:                                        Linda J. Johnson

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, this ____ day of May, 2007, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires:_____

AFFIDAVIT OF LINDA J. JOHNSON [MPSJ]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

## Certificate of Service

I hereby certify that on May 4, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

AFFIDAVIT OF LINDA J. JOHNSON [MPSJ]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3