Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF ALASKA
 3  _____
 4  LAWRENCE H. GROVE, CYNTHIA GROVE,      )
    SARAH GROVE and MICHAEL GROVE (DOB     )
    1/21/88) by and through his father     )
 5  LAWRENCE H. GROVE,                     )
                                           )
 6                                         )
              Plaintiffs,                  )
 7                                         )
    vs.                                    )
 8                                         )
    UNOCAL CORPORATION,                    )
 9                                         )
              Defendants.                  )
10  _____
11  Case No. A04-0096 CV (JKS)
12
13
14  _____
15       VIDEOTAPED DEPOSITION OF ROBERT SPRINKLE
16  _____
17            Monday, April 24, 2006
                  9:24 a.m.
18
19         Taken by Counsel for Defendant
                     at
20            Weidner & Associates
           330 L Street, Suite 200
21              Anchorage, Alaska
22
23                                    EXHIBIT  B
24                                    PAGE  1  OF  7
25
```

EXHIBIT B
PAGE 1 OF 7

GROVE v. UNOCAL  ROBERT SPRINKLE
4/24/2006

Page 2

```
 1           A-P-P-E-A-R-A-N-C-E-S
 2
 3  For Plaintiffs:
 4    Michael Cohn, Esq.
      PHILLIP PAUL WEIDNER & ASSOCIATES
 5    330 L Street, Suite 200
      Anchorage, Alaska 99501
 6    (907) 276-1200
 7
 8  For Defendant:
 9    Linda J. Johnson, Esq.
      CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS
10    711 H Street, Suite 620
      Anchorage, Alaska 99501
11    (907) 272-9272
12
13  Videographer:
14    Eric Cossman
      ALASKA LEGAL VIDEO
15    645 G Street, #892
      Anchorage, Alaska 99501
16    (907) 276-8601
17
18  Court Reporter:
19    Sonja L. Reeves, RPR
      PACIFIC RIM REPORTING
20    711 M Street, Suite 4
      Anchorage, Alaska 99501
21
22
23
24
25
```

Page 3

```
 1              I-N-D-E-X
 2
 3  EXAMINATION BY                        PAGE
 4    Ms. Johnson              5
 5    Mr. Cohn                64
 6
 7  FURTHER EXAMINATION
 8    Ms. Johnson            101
 9    Mr. Cohn               104
10
11  EXHIBITS
12   1   Copies of Photographs (12 pgs.)    50
13   2   Copies of Photographs (20 pgs.)    76
14   3   Copies of Photographs (8 pgs.)     85
15
```

Page 4

```
 1         ANCHORAGE, ALASKA; APRIL 24, 2006
 2                    9:24 A.M.
 3                      -oOo-
 4         VIDEOGRAPHER:  We're on record at 9:24.
 5  This is the video deposition of Robert Sprinkle, taken
 6  by the defendant in the matter of Grove, et al. versus
 7  Unocal Corp., Case Number A04-0096 CV (JKS), in the
 8  United States District Court for the District of Alaska.
 9         This deposition is being held in the offices
10  of Phillip Paul Weidner & Associates located at 330 L
11  Street, Suite 200, Anchorage, Alaska on April 24, 2006.
12         My name is Eric Cossman from Alaska Legal
13  Video, mailing address 645 G Street, #892, Anchorage,
14  Alaska 99501.  The court reporter is Sonja Reeves from
15  the firm of Pacific Rim Reporters.
16         Will counsel please identify themselves for
17  the record?
18         MS. JOHNSON:  Linda Johnson from Clapp
19  Peterson for Unocal.
20         MR. COHN:  Michael Cohn from Phillip Paul
21  Weidner & Associates on behalf of the plaintiffs.
22                      -oOo-
23         ROBERT SPRINKLE,
24    deponent herein, being sworn on oath,
25    was examined and testified as follows:
```

Page 5

```
 1                    EXAMINATION
 2  BY MS. JOHNSON:
 3    Q.  Mr. Sprinkle, where do you work?
 4    A.  Siemens Building Technologies.
 5    Q.  And you are here today pursuant to a subpoena,
 6  correct?
 7    A.  Yes.
 8    Q.  Have you ever had your deposition taken before?
 9    A.  No.
10    Q.  Everything is under oath.  That just means that
11  you need to tell the truth.
12    A.  Which is not a problem.
13    Q.  Good.  We can take a break any time you want.  If
14  there is a question pending, you need to finish the
15  question, but any time you need a break, just let us
16  know and we'll take a break.
17    A.  Okay.
18    Q.  We need you to answer audibly.  The court
19  reporter doesn't pick up head nods, so you need to say
20  "yes" or "no", and we would prefer you say "yes" or "no"
21  instead of "uh-huh" or "huh-uh", because those are hard
22  to transcribe.
23    A.  I understand.
24    Q.  So first of all, can you tell us your education?
25    A.  Besides high school?  And then I went to
```

EXHIBIT B
PAGE 2 OF 7

Page 10

1  A. Exactly.
2  Q. Did you work on the Unocal building when you were
3  at Johnson Controls?
4  A. No, ma'am.
5  Q. What about now that you are back at Siemens?
6  A. I worked on it until we don't have the contract
7  anymore. I was the secondary and Larry was the primary.
8     MR. COHN: By "Larry", we mean Larry Grove?
9     THE WITNESS: Yes. I just took it for
10 granted, but that's who I mean is Larry Grove.
11 Q. If you say "Larry", we will know you mean Larry
12 Grove?
13 A. Yes. No other Larry to refer to.
14 Q. So you have worked inside the Unocal building
15 when you were at Landis & Gyr? Do you recall who -- you
16 said shortly after you got to Landis & Gyr they received
17 the contract?
18 A. Yeah. I mean, it could have been within a year
19 or so. I don't remember exactly, but that's when I
20 first started working at Unocal was when I was with
21 Landis.
22 Q. Do you recall who had the contract before Landis?
23 A. Honeywell.
24 Q. And did you know anybody from Honeywell who had
25 worked inside the Unocal building?

Page 11

1  A. No, ma'am, I don't.
2  Q. So once Landis & Gyr received the contract for
3  Unocal, when did you start working inside the Unocal
4  building?
5  A. As soon as the contract was initiated, because I
6  had to walk through to do the mechanical side.
7  Q. Did you have a primary and a secondary back then?
8  A. As far as I remember, back then, there was only
9  like two of us, so it was more of a joint effort, but, I
10 mean, I was basically the primary, you might say, back
11 in them days.
12 Q. What kind of work was Landis & Gyr doing?
13 A. We did the maintenance on the equipment like
14 starting the chiller and keeping the boilers running and
15 fixing the pneumatic controls.
16    We had the computer room units we had to take
17 care of, so just the basic mechanical stuff, change
18 belts in the fans, whatever it called for.
19 Q. What parts of the building did you work in?
20 A. From the basement to the penthouse on top. The
21 chiller sits on the roof and we have fans and the
22 generator and the controls for the water and stuff are
23 all in the basement, so, like I said, from the top to
24 the bottom.
25 Q. Was there anything in the in-between floors that

Page 12

1  you worked on?
2  A. Just the only thing you worked on in the floors
3  is if you had a heating problem like a pneumatic valve
4  would go bad or something and overheat an office, or a
5  thermostat. That's the only mechanical stuff.
6     The first floor has a computer room and so you
7  would work in the first floor computer room. Otherwise,
8  everything else is in the penthouse or on the roof, and
9  then some in the basement.
10    But otherwise the floors themselves were a mute
11 point except for temperature control.
12 Q. So in the penthouse -- do they call that the
13 mechanical room?
14 A. The penthouse is what I'm referring to. That's
15 where your boilers are. In this particular building,
16 your boilers when you walk in are to the left. Your
17 fan, your main fan that feeds the building, the filter
18 rack, your controls and your pumps for the chiller are
19 all in what we say the penthouse.
20    Now, the chiller itself is on top of the roof.
21 We have to go on top of the penthouse to get to it.
22 Q. Have you ever been inside what has been referred
23 to as the filter room?
24 A. Yes, ma'am.
25 Q. Can you describe the filter room to me? Do you

Page 13

1  remember what it looked like?
2  A. From what I remember, I mean the door is small
3  and it is hard to get in and out of it. There was a
4  platform in there that we used to work off of to change
5  filters. Back in those days, we would change filters
6  ourselves.
7  Q. Do you remember how many filters there were?
8  A. I would say there is at least 36 to 48. I can't
9  remember exactly, but I know there is quite a few. Also
10 too once in a while we had to repair the return and
11 outside air dampers. Part of your maintenance is to
12 check, make sure that the dampers and actuators are all
13 stroking and doing what they are supposed to do because
14 that's where your temperature control comes from all
15 year round.
16 Q. What year did you first go into the filter room,
17 do you remember?
18 A. Like I said, when we got the contract. I can't
19 remember if it was late '90 or early '91. Right in that
20 area. I can't tell you exactly when, but, I mean, it
21 was in that time frame.
22 Q. How often did you go inside the filter room?
23 A. Quarterly is when we changed filters and do
24 maintenance of that sort where we check the dampers or
25 change filters or look at them at that time.

Page 22

1  filters you remember putting a ladder up on the platform
2  itself?
3  A. Yeah, sometimes, because I was about this much
4  too short.
5  Q. "This much" being a couple of inches?
6  A. Like a couple of inches, yes.
7  Q. Did you ever have any problems with the platform
8  itself?
9  A. No. It never wasn't -- no, I didn't have a
10 problem.
11 Q. Did it ever feel unstable to you?
12    MR. COHN: Objection to form of the
13 question.
14 A. Well, I just didn't like being in that little
15 tiny space as it was. But, I mean, if it was that
16 unstable, I would have did different something or called
17 somebody.
18    No, I had no problem doing it. It is just like I
19 said, there was so many of them, it was a lot of trips
20 up and down and in and out that little tiny door. It
21 was always nicer to do it with two people so one could
22 grab and throw.
23 Q. Did you ever do it with two people?
24 A. Once in a while it would work out that there
25 would be somebody on site at the same time, but, you

Page 23

1  know, out of ten times, maybe only once or twice.
2  Q. Who was the other person that you were working
3  with?
4  A. It's hard to say. Back then, it could have been
5  Chuck Henson or Dan Hartman at one time.
6  Q. Would it have been a Landis & Gyr employee?
7  A. Exactly.
8  Q. Did you ever bring your own ladder up to the
9  room?
10 A. No, because it was too far to carry it when there
11 is already ladders on site in there. As far as I
12 remember, there was a ladder already in the penthouse
13 most of the time that Unocal had.
14    You were hauling enough stuff between your tools
15 and all the filters and everything else to want to carry
16 your ladder up there if you don't have to.
17 Q. Did you have a ladder that was taller than the
18 one that was in the penthouse?
19 A. Did I have a ladder taller?
20 Q. On your truck.
21 A. Well, I have a ladder that will fold out to an
22 extension ladder, so I guess, yes, at one point, if I
23 had my Little Giant back then.
24    I have got one now. I had one at one point. I
25 don't remember exactly when.

Page 24

1  Q. You said you didn't bring your ladder up to the
2  penthouse yourself?
3  A. No.
4  Q. And could you have gotten your ladder inside the
5  room?
6     MR. COHN: Objection; vague.
7  A. Yeah, I could get it in there. But like I said,
8  between the space constraints in there, it was always a
9  pain in the rearend to try to fight a ladder in and out
10 of there.
11    That's why we used the plank and the ladders that
12 were in the penthouse that were available. It was a
13 more convenient and also economical as far as time goes.
14 Q. Did you work with anybody at Unocal, any Unocal
15 employee while you were in there?
16 A. I mean, Charles would come up sometimes just to
17 tell stories at the same time you were doing filters or
18 whatever, just like guys always do, talking about
19 fishing or hunting or whatever.
20    So I mean, yeah, we could have sessions where he
21 could have been there at the same time I was changing
22 filters or working. And he would be around when we were
23 doing maintenance too because he would keep an eye on
24 how long the fans were off or he would want to know if
25 there was a problem somewhere.

Page 25

1  If you ran across something that was suspect, you
2  would always want to let the customer know. At that
3  time, he was the representative to speak of, or you
4  could go through him and he could talk to Don, which is
5  back in the nineties, or Charles was the main guy of
6  course here recently at the later point, put it this
7  way.
8  Q. Charles being?
9  A. Charles Arnett. Isn't that his last name, I
10 believe?
11 Q. Charles Arnett, do you recall if he was actually
12 a Unocal employee?
13 A. Well, I mean, I think he was actually subbed to
14 them, but I consider him to be a Unocal employee. He
15 was the representative on site that I had sign my
16 paperwork. Whether he worked directly for Unocal or
17 somebody else, that was not my concern.
18 Q. Other than Charles Arnett, was there anybody else
19 that you ever interacted with?
20 A. Don Acres back in the nineties.
21 Q. Did he ever come upstairs into the mechanical
22 room with you?
23 A. I believe he did because in the beginning he
24 would have to show me things around. Then also Don
25 liked to manipulate the chiller, so I know he was up

EXHIBIT B
PAGE 4 OF 7

7 (Pages 22 to 25)

Page 26

1  there playing with switches. He has been up there with
2  us before.
3      Like I said, if someone broke like a pump or
4  something, you would want to show Don for him to
5  authorize to do the work. He was always keeping track
6  of the budget, so I'm sure he was in the mechanical
7  rooms with us.
8      Q. Do you specifically recall whether he was in the
9  filter room?
10     A. I can't specifically say yes or no. I mean, I
11 don't remember him ever being in the filter room with
12 me, but I mean the time that we took over the contract
13 somebody had to show us around the building and show us
14 what was going on, but I recall no specific incident.
15     Q. Could it have been Charles Arnett that showed you
16 around the building?
17         MR. COHN: Objection; leading.
18     A. I know I worked with Charles a lot, but at the
19 very beginning, back in the nineties, I am pretty sure
20 that it was Don that showed us around, because Charles
21 was more like a helper and delivered mail and did odd
22 jobs and stuff like that, where Don was your building
23 engineer, head building engineer, whatever you would
24 like to refer to him at that time.
25     So as far as showing the initial showing us the

Page 27

1  equipment, I am pretty sure it was Don. And also
2  telling us how he wanted things done his way or
3  procedures that he would like to see done as far as
4  maintenance and how you did things or whatever.
5      Q. And did you continue to go into the Unocal
6  building and work in the Unocal building the entire time
7  you worked for Landis & Gyr?
8      A. Whenever I was called and sent there, yeah.
9      Q. So the entire five years that you worked for
10 Landis & Gyr --
11     A. I have been in and out of the building, yes.
12     Q. So they had the Unocal contract the entire time
13 you worked there?
14     A. Yes, ma'am.
15     Q. Do you recall if you were the one who always
16 changed the filters those five years?
17     A. I am pretty sure I wasn't the one that did it
18 every time, no. Because later on, we had got an
19 apprentice and so we would have had the apprentice do it
20 instead of me because it is more cost effective to have
21 an apprentice change filters than a journeyman. You got
22 to look at the wages.
23     Q. Do you recall who that person would be?
24     A. It would have been Dan Hartman back in those
25 days, which you said you had the maintenance tag. You

Page 28

1  would have had his initials on it.
2      Q. Well, do you remember anybody other than Dan
3  Hartman who would have changed the filters in that room?
4      A. Possibly Chuck Kennison, because there was just
5  the three of us. And Brent Davies actually worked for
6  us toward the end of my time at Landis & Gyr too.
7      Whether he did or didn't, I can't recall. We
8  were the mechanics that were employed by Landis at that
9  time.
10     Q. Did Landis have any other mechanics other than
11 the four of you?
12     A. No, ma'am. Not at the time I was there.
13     Q. And when you were at Johnson Controls, did you
14 say whether you worked at Unocal?
15     A. No. We didn't have that contract when I was with
16 Johnson, so I never approached the building at all.
17     Q. What about since you have been back at Siemens?
18     A. I have worked in there. Since I have been with
19 Siemens, I maybe only changed the filters once, maybe
20 twice, as far as my recollection would recall.
21     Q. Do you remember what year you went back to
22 Siemens?
23     A. It had to have been in 2000 or sometime -- well,
24 it was the end of 2000, December of 2000 is when I quit
25 Johnson and went to Siemens.

Page 29

1      Q. From 2000 until September 2002, were you ever
2  inside the filter room?
3      A. Like I said, I might have changed them once.
4  It's really hard to say because Larry did most all the
5  work at Unocal.
6      I remember I went down and calibrated all the
7  thermostats in the building with him. It seems like I
8  might have changed them once, maybe twice, but I don't
9  remember exactly.
10     As a matter of fact, after going back there, I
11 don't really remember doing it maybe one time. Like I
12 said, because Larry did almost the all the work there
13 because he was the primary in the building.
14     The only time I went down there, like him and I
15 changed the bearings in the big fan in back there one
16 weekend, because most of the work was all done by him,
17 like I said, because it was his building.
18     So I mean I might have did it once. I can't say
19 for sure.
20     Q. Do you recall whether you had to stand on the
21 platform again to change the filters?
22     A. Yes.
23     Q. Do you remember any problems with the platform at
24 that time?
25     A. Not that I recall. Like I said, if I felt that

Page 30
1  it was going to be a problem, I'm not going to push it.
2  I would do something else or I would have went and got
3  Charles and had him fix it.
4      Q.  How did you first meet Larry Grove?
5      A.  I was his apprentice at McDonald Miller in 1989.
6      Q.  He was the journeyman and you were the
7  apprentice?
8      A.  Yes, ma'am.
9      Q.  How long did you work for him as an apprentice?
10     A.  Until I went to Landis, he had quit before.  He
11 quit McDonald Miller and went to CR Lewis before I quit
12 McDonald Miller and went to Landis.
13     I was an apprentice the whole time that I knew
14 him at McDonald Miller.
15     Q.  Who did you apprentice for after he had left?
16     A.  Actually, most all the journeymen left and there
17 was Gordon and I and Joe Susewind were the only ones
18 left.  We were doing journeyman's work and being paid
19 apprentice wages.
20     Q.  Who is Gordon?
21     A.  Gordon Woodard.
22     Q.  Joe Susewind?
23     A.  Right.
24     Q.  It seems like there is a fairly small group of
25 journeymen who did this kind of work back in the day.

Page 31
1  Is that true?
2      A.  Yes.  It's a pretty small-knit group even today.
3  There is small group of us that have all kind of worked
4  together because we are friends and seemed to follow
5  each other at different companies and different jobs.
6  Not that it is done on purpose.  It just seems to work
7  that way.
8      Q.  Has Larry Grove ever shown you bolts from the
9  filter room?
10     A.  I have heard about them, but I haven't seen them,
11 no.
12     Q.  Did he tell you about them?
13     A.  We have discussed it after his accident, yes.
14     Q.  What did he tell you about the bolts?
15     A.  He told me that they broke.
16     Q.  Is that all he said?
17     A.  Pretty much.  I don't know whether you want to
18 say they snapped or whatever, but I mean he told me that
19 the bolts broke and that's why the platform fell down.
20     Whether they fatigued and cracked in half or
21 whatever, I don't know how you want me to word it or how
22 to word it.
23     Q.  I am asking you how he worded it.
24     A.  I think he worded it the same way I'm talking.
25 Depends on how many beers we had too.

Page 32
1      Q.  Why would that make a difference?
2      A.  Because you can change your language that way.  I
3  don't want to use the words that we used before we said
4  the bolts broke.
5      Q.  There might have been a few swear words in there?
6      A.  Yeah, but that's not uncommon.  I'm being polite
7  today.
8      Q.  Good.  I'm okay with that.  Did he tell you how
9  he got the bolts?
10     A.  I believe he retrieved them after his accident.
11     Q.  Did he talk about how he went in and got them?
12     A.  He has access to the building.  He had keys and a
13 code to get in the building.  I didn't have keys, but I
14 had a code to get through the door to get in the
15 building too.
16     Q.  Why did he have keys?
17     A.  Because he was the primary on the job.  And a lot
18 of times, because that building, the way the temperature
19 controls are in that building sometimes, like I said,
20 you would have to go early in the morning or come pretty
21 much like at the end of the day when people are leaving
22 in order to shut things down and work on them or check
23 them because you didn't want to disturb the temperature
24 and have people whine and cry inside the building.
25     So I mean you couldn't do some things during the

Page 33
1  day so you would do them either maybe Saturday morning
2  or, like I said, in the mornings or in the evening in
3  order, like I said, not to disturb the people in the
4  building.
5      Because when you shut that fan off, the building
6  would have a tendency to get hot real quick or cold
7  because you have reheat coils in the wintertime, so
8  that's why we had access to the building to be able to
9  do those things.
10     And then him and Charles were doing projects like
11 retrofitting certain areas, because Larry had went and
12 got his certification so he could get above the
13 ceilings.  Because of the asbestos, I could not get
14 above the ceiling at all.
15     So sometimes Larry would have to go to certain
16 areas and get above the ceiling with his respirator and
17 everything to do work.  Like if a valve went bad and was
18 overheating in an area, you would have to do it in the
19 evening or, like I said, early in the morning before
20 somebody come to work, because you couldn't open them
21 ceilings and get up there because of the asbestos when
22 people were around.
23     Q.  Did Larry Grove tell you about the details of the
24 accident?
25     MR. COHN:  Objection; form of the question.

Page 106

1  have gotten bigger and cheaper and smaller. You know
2  what I'm saying. Computer stuff changes with us too in
3  the controls.
4    Q. As a salesman, is he part of the union?
5    A. No. They work -- the only people in our company
6  in the union are us service techs. The rest of them are
7  all company, work for Siemens themselves.
8        MR. COHN: I don't have any further
9  questions.
10       VIDEOGRAPHER: This concludes the deposition
11 of Robert Sprinkle. The time is 11:47.
12       (Proceedings concluded at 11:47 a.m.)
13            (Signature waived.)
14                -o0o-

Page 108

1  WITNESS CERTIFICATE
2  RE: GROVE V. UNOCAL
   CASE NO. A04-0096 CV (JKS)
3  DEPOSITION OF: ROBERT SPRINKLE
   DATE TAKEN: APRIL 24, 2006
4
5    I hereby certify that I have read the foregoing
   deposition and accept it as true and correct, with the
6  following exceptions:

7  Page  Line    Description/Reason for Change

                   SIGNATURE      DATE

   Please sign your name and date it on the above line. As
   needed, use additional paper to note corrections, dating
   and signing each page.
                        (SLR)

Page 107

1         CERTIFICATE
2
3    I, SONJA L. REEVES, Registered Professional Reporter
4  and Notary Public in and for the State of Alaska, do
5  hereby certify that the witness in the foregoing
6  proceedings was duly sworn; that the proceedings were
7  then taken before me at the time and place herein set
8  forth; that the testimony and proceedings were reported
9  stenographically by me and later transcribed by computer
10 transcription; that the foregoing is a true record of
11 the testimony and proceedings taken at that time; and
12 that I am not a party to nor have I any interest in the
13 outcome of the action herein contained.
14   IN WITNESS WHEREOF, I have hereunto set my hand and
15 affixed my seal this 5th day of May 2006.

19   SONJA L. REEVES, RPR
20   My Commission Expires 8/7/07

EXHIBIT B
PAGE 7 OF 7