```
                                                              Page 1
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF ALASKA AT ANCHORAGE

 3   _____

 4   LAWRENCE H. GROVE, ET AL.,        )
                                       )
 5              Plaintiffs,            )
                                       )
 6      vs.                            )
                                       )          COPY
 7   UNOCAL CORPORATION,               )
                                       )
 8              Defendant.             )
                                       )
 9   _____

10   Case No. A-04-0096 CV (JKS)

11

12

13   _____

14           VIDEOTAPED DEPOSITION OF PAUL CRAPPS

15   _____

16                     March 3, 2006
                        11:00 a.m.
17

18            Taken by Counsel for Plaintiffs
                           at
19                330 L Street, Suite 200
                     Anchorage, Alaska
20

21

22

23

24      EXHIBIT   H
        PAGE  1  OF  4
25
```

EXHIBIT H
PAGE 2 OF 4

Page 5

1
                ANCHORAGE, ALASKA; MARCH 3, 2006
2                        11:00 A.M.
3           VIDEOGRAPHER: My name is Martha Enslow of
4  Media Impressions, P.O. Box 112181, Anchorage, Alaska
5  99511. I am the videographer representing Pacific Rim
6  Reporting.
7           It is the 3rd day of March the year 2006.
8  We're on record 11:08 a.m. We're at the offices of Phil
9  Weidner in Anchorage, Alaska to take the deposition of
10 Paul Crapps in Case Number 04-0096 Civil, Lawrence H.
11 Grove, et al. versus Unocal Corporation.
12          This deposition is being taken on behalf of
13 the plaintiff. At this time, I would like everyone in
14 the room to identify themselves verbally.
15          MR. COHN: My name is Michael Cohn. I am an
16 attorney with the law firm of Phillip Paul Weidner &
17 Associates. I'm here representing the plaintiffs, Larry
18 Grove; his wife, Cynthia Grove; his children, Michael
19 Grove and Sarah Grove. And alongside me is plaintiff,
20 Larry Grove.
21          MR. THORSNESS: John Thorsness here for the
22 defendant, Unocal, and representing the witness.
23          MR. CRAPPS: My name is Paul Crapps.
24          MR. WEIDNER: The record should reflect, my
25 name is Phillip Weidner. I am here with Mr. Cohn. I am

Page 6

1  also here on behalf of the plaintiffs. I'll be here for
2  portions of the deposition.
3           VIDEOGRAPHER: Are there any stipulations?
4           MR. COHN: None.
5           MR. THORSNESS: No.
6                        -oOo-
7                    PAUL CRAPPS,
8        deponent herein, being sworn on oath,
9        was examined and testified as follows:
10                   EXAMINATION
11 BY MR. COHN:
12 Q. Good morning, Mr. Crapps.
13 A. Good morning.
14 Q. You understand that we're here to take your
15 deposition?
16 A. Yes.
17 Q. And you understand that this deposition is being
18 videotaped?
19 A. Yes.
20 Q. And you understand that we're taking your
21 deposition in a lawsuit against Unocal filed by the
22 plaintiffs?
23 A. Yes.
24 Q. Do you understand that anything you say here can
25 be used -- may be used in court?

Page 7

1  A. Yes.
2  Q. And you understand this is a formal proceeding?
3  A. Yes.
4  Q. And you understand that in certain instances this
5  deposition may be used instead of your live testimony at
6  trial if appropriate?
7  A. Yes.
8  Q. Are you taking any medication?
9  A. No.
10 Q. So there is nothing that would affect your
11 ability to understand the questions that I ask you other
12 than the way I phrase my questions?
13 A. No.
14          MR. THORSNESS: Paul, if there is anything
15 you don't understand about Mr. Cohn's questions, just
16 ask him to rephrase it. He'll be happy to do that.
17 Q. If for some reason you need to take a break, and
18 sometimes deponents don't realize that they are allowed
19 to take a potty break if they need one and they don't
20 have to wait for the lawyers to say, "Time for a break,"
21 just let us know and I will be happy to accommodate you.
22          And another thing which is a lot of times
23 deponents sometimes do not answer "yes" or "no" and they
24 go "uh-huh," but even though we're on videotape, if you
25 can, instead of shaking your head, give us a "yes" or a

Page 8

1  "no" if that's the appropriate response.
2  A. Okay.
3  Q. That will make a more complete and better record
4  to follow. Even though it is videotaped, there is also
5  a transcript that will be made.
6           Have you done anything to prepare for this
7  deposition today?
8  A. Yes.
9  Q. What did you do?
10 A. We met earlier.
11 Q. When you say "we" --
12 A. My lawyer or Unocal's lawyer, Mr. -- I'm sorry.
13          MR. THORSNESS: Thorsness.
14 Q. Have you talked to anyone else besides Mr.
15 Thorsness about your deposition today?
16 A. Yes, Tracy Howard.
17 Q. Who is Tracy Howard?
18 A. She is our legal department of Unocal.
19 Q. Did you review any papers or notes?
20 A. Yes.
21 Q. And what did you review?
22 A. I reviewed the OSHA inspections, some photos and
23 some of the questions. I don't know what the legal term
24 is for them.
25 Q. Questions, are you talking about discovery

Page 29

1  Q. Did you ever go back to the filter room after
2  that time?
3  A. Yes.
4  Q. When was the next time you went to the filter
5  room?
6  A. A couple of days after that.
7  Q. And did somebody ask you to go to the filter room
8  on that occasion?
9  A. Yes.
10 Q. Who was that?
11 A. Charles Arnett.
12 Q. And did Mr. Arnett give you any instructions?
13 A. Yes.
14 Q. What did he tell you?
15 A. He asked me to remove the platform.
16 Q. Did you know at that time that there was a
17 platform in that room before he told you to remove the
18 platform?
19 A. No.
20 Q. Was this in a telephone call or face-to-face?
21 A. Face-to-face.
22 Q. Did you immediately go up to the filter room
23 then?
24 A. Yes.
25 Q. Did you have a tool box with you?

Page 30

1  A. No, I didn't actually have a tool box. I had a
2  few hand tools.
3  Q. How did you know -- did he give you the hand
4  tools?
5  A. I can't recall actually what I had with me, if it
6  was -- if I went up and came back down for the tools or
7  if I went up with them.
8  Q. So now you go up to the filter room and you have
9  hand tools?
10 A. Okay.
11 Q. Do you open the door -- are you by yourself at
12 this time?
13 A. Yes.
14 Q. You open the door?
15 A. Uh-huh.
16 Q. You walk in?
17 A. Yes.
18 Q. And what do you see?
19 A. Two -- excuse me. One wood plank partially
20 laying on the floor and two metal brackets mounted on
21 the wall.
22 Q. Two metal brackets?
23 A. Yes.
24 Q. Was the wood plank completely on the floor?
25 A. Partially on the floor.

Page 31

1  Q. One part was on the floor and where was the other
2  part?
3  A. Laying on one of the brackets.
4  Q. Can you estimate the length of that wooden plank?
5  A. I would estimate 10, 12 feet.
6  Q. And how thick -- can you estimate how thick the
7  plank was?
8  A. Probably two-inch.
9  Q. Where was the -- so I take it the bracket -- one
10 end of the bracket was still affixed to something; is
11 that correct?
12 A. Yes.
13 Q. Was it affixed to the wall where the filters were
14 or was it affixed to the other wall?
15 A. Both.
16 Q. So there were two brackets facing each other on
17 -- the bracket spanned the wall to the two walls?
18 A. Yes.
19 Q. And there were two of these brackets?
20 A. Yes.
21 Q. So both of them were still connected to the wall
22 on both sides?
23 A. One was connected to the wall on both sides. One
24 was connected just to one wall.
25 Q. And which one was only connected to one wall, was

Page 32

1  that the one further from the door or closest to the
2  door?
3  A. Further from the door.
4  Q. And which wall was it still connected to?
5  A. The opposite side of the filters.
6  Q. How would you describe the wall opposite side of
7  the filter? Was that sheet metal?
8  A. Yes. It's sheet metal with a steel skeleton.
9  Q. Now, what did you do -- by the way, what was the
10 lighting like in the room?
11 A. There is one or two light bulbs in the room.
12 Q. Are they dim bulbs or bright bulbs?
13 A. Light bulbs.
14 Q. Describe the lighting in the room. Was it well
15 lit?
16 A. I wouldn't say well lit. I would say dimly lit.
17 Q. Now, what did you do when you got into the room
18 and you saw the plank and you saw the brackets? What
19 was the next thing you did?
20 A. I pulled the plank and took it outside the filter
21 room.
22 Q. Now, at the time that you -- just to back up. At
23 the time you went into this room, have you talked to
24 anyone else about the filter room other than Charles
25 Arnett?

11 (Pages 29 to 32)

EXHIBIT H
PAGE 3 OF 4

GROVE v UNOCAL                                                                PAUL CRAPPS
                                                                              3/3/2006

```
                                                          Page 121
 1          MR. THORSNESS:  We are not going to sit here
 2   and listen to you accuse him of this.
 3          MR. COHN:  I'm not accusing him of anything.
 4          MR. THORSNESS:  Let's go.  We're out of
 5   here.
 6          MR. COHN:  Good-bye, John.  Would you like
 7   your witness to sign his affidavit -- sign his
 8   deposition or not, John?  Good-bye, John.
 9          VIDEOGRAPHER:  Off record?
10          MR. COHN:  No, we're not off record yet.
11   Mr. Thorsness has decided to leave the deposition and
12   abruptly get up and walk out with the witness before
13   this deposition has been concluded.
14          I am taking the position that I have not
15   finished this deposition and have the right to redepose
16   Mr. Crapps at a later date.
17          Mr. Thorsness's actions were uncalled for
18   and, therefore, this deposition is not yet concluded.
19          I would like a copy of the transcript myself
20   and the videotape.  And I thank you.  And that's it.
21          VIDEOGRAPHER:  Off record 2:37 p.m.
22          (Proceedings concluded at 2:37 p.m.)
23              (Signature reserved.)
24
25
```

EXHIBIT H
PAGE 4 OF 4