# VERIFICATION

RECEIVED via 1st Class mail JUN 28 2005

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

I, Chris Pecci, the Information Technology, Procurement & Logistics, and Building Services Manager of the Alaska Operations of defendant Unocal Corporation, being first duly sworn upon oath, depose and state:

1.  I have read the foregoing discovery requests propounded by plaintiff and understand the contents thereof;

2.  I have responded to the foregoing discovery requests, and signed this Verification freely and voluntarily for the purposes set forth therein in my official capacity on behalf of defendant;

3.  I verify that the information contained herein is true and to the best of my knowledge; and

4.  I verify that I have provided all the information known to me at this time and that I am under an obligation to up-date and supplement my responses in the future if any answer is found to be incorrect or I gain additional information

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Defendant's Responses to Plaintiff's 3rd (sic) Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 11 of 12

EXHIBIT A
PAGE 1 OF 2

which would change any answer.

DATED at Anchorage, Alaska, this 27th day of June, 2005.

_Christian L. Pemi_ (signature)

SUBSCRIBED AND SWORN to before me this 27th day of June 2005.

(signature)

Notary Public in and for the State of Alaska
My Commission Expires: **8·29·06**

Certificate of Service:

I certify that a copy of this document was mailed _____, faxed _____, hand delivered _____ on June _____, 2005, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By:_____

Defendant's Responses to Plaintiff's 3rd (sic) Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 12 of 12

EXHIBIT **A**
PAGE **2** OF **2**

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586