Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

TEL. 907/276-1200 • FAX 907/276-6571

LAW OFFICES OF PHILLIP PAUL WEIDNER AND ASSOCIATES, APC

330 L STREET, SUITE 200 • ANCHORAGE, ALASKA 99501

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA )
GROVE, SARAH GROVE, and, )
MICHAEL GROVE (DOB 1/21/88) by )
and through his father LAWRENCE H. )
GROVE, )
)
Plaintiffs, )     Case No. Case No.  A 04-0096 CV (JKS)
)
v. )
)
UNOCAL CORPORATION )
)
Defendant )

HD 340
0200-1
MAR - 8 2006

## PLAINTIFFS' RULE 26 (7th) SUPPLEMENTAL DISCLOSURE

COME NOW plaintiffs, by and through counsel, Phillip Paul Weidner of Phillip Paul

Weidner and Associates, Inc., APC, and hereby supplement their disclosures in this matter by

producing the attached records from OSHA, Bates Stamp Nos. LG00782 – LG00847.  Also

received from OSHA are attached Bates Stamp Nos. LG00848 – LG00858.  Photographs taken

during the inspection of the filter room at the Unocal building at 909 West 9th Avenue,

Anchorage, AK in January, 2006 are also attached (Bates Stamp Nos. LG00859 – LG00873.

RESPECTFULLY submitted this ___ day of March, 2006.

EXHIBIT  B
PAGE  1  OF  4

WEIDNER & ASSOCIATES, INC.
Attorneys For Plaintiffs

Phillip Paul Weidner
ABA No. 7305032

THIS IS TO CERTIFY that on the 8th day of
March, 2006, a true and correct copy of the
foregoing document was served via
mail / (hand) / fax on:

John Thorsness
Clapp Peterson Van Flein Tiesmessen & Thorsness
711 H Street
Anchorage, AK 99501

*Rita Backes*

EXHIBIT B
PAGE 2 OF 4

# STATE OF ALASKA

*FRANK H. MURKOWSKI, GOVERNOR*

## DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

### OCCUPATIONAL SAFETY & HEALTH
### LABOR STANDARDS & SAFETY DIVISION

3301 Eagle Street, Suite 305
Anchorage, AK 99503

PHONE:  (907) 269-4940
FAX:      (907) 269-4950/269-3723

December 22, 2004

Law Offices Phillip Paul Weidner and Associates
Attn:  Mr. Michael Cohn
330 L. Street, Suite 200
Anchorage, AK  99501

Re:    Freedom of Information Request
       Mechanical Room UNOCAL Building
       Inspection Number: 305757510

RECEIVED

DEC 3 0 2004

WEIDNER & ASSOCIATES

Dear Mr. Cohn:

In response to your request dated November 17, 2004 enclosed, please find copies of above referenced file. Employee comments/names may have been withheld in accordance with AS 18.60.087(b). Confidential or privileged information has also been withheld.

**Our copy fee is twenty-five cents per page for a total of 65 pages.** Please make your check payable to the State of Alaska in the amount of **$16.25** and mail it to the Department of Labor and Workforce Development, Occupational Safety and Health, 3301 Eagle Street, Suite 305, Anchorage, AK 99503-4149. **This letter is the only billing you will receive.**

If you have questions or are in need of further assistance, please do not hesitate to contact me at (907) 269-3727.

Sincerely,

Michelle McNair-Davis
Records Custodian

Enclosures

Cc:  Foir File
       Inspection File

EXHIBIT  B
PAGE  3  OF  4

LG00782

# STATE OF ALASKA

*FRANK H. MURKOWSKI, GOVERNOR*

**DEPARTMENT OF LABOR AND
WORKFORCE DEVELOPMENT**

3301 Eagle Street, Suite 305
Anchorage, AK 99503

OCCUPATIONAL SAFETY & HEALTH
LABOR STANDARDS & SAFETY DIVISION

PHONE: (907) 269-4940
FAX: (907) 269-4950/269-3723

January 7, 2005

RECEIVED

JAN 1 0 2005  *mvm*

WEIDNER & ASSOCIATES

Law Offices Phillip Paul Weidner and Associates
Attn: Mr. Michael Cohn
330 L. Street, Suite 200
Anchorage, AK 99501

Re:    Freedom of Information Request
       Mechanical Room UNOCAL Building
       Inspection Number: 305757510

Dear Mr. Cohn:

In response to your request for photos from the above mentioned file, I must admit that no negatives were found in the file. Instead, I have copied the photos that were present in the hope that they will be sufficient for your needs.

Standard copy fees are waived.

If you have questions or are in need of further assistance, please do not hesitate to contact me at (907) 269-3727.

Sincerely,

Michelle McNair-Davis
Records Custodian

Enclosures

Cc: Foir File
        Inspection File

EXHIBIT B
PAGE 4 OF 4

**LG00848**