# FREEDOM OF INFORMATION REQUEST FORM

Date: 7/8/05

Records Custodian
State Of Alaska
Department of Labor & Workforce Development
Division of Occupational Safety & Health
3301 Eagle Street, Suite 305
Anchorage, Alaska 99501

I understand there will be a $.25 charge per Xeroxed page. I am requesting copies of the documents regarding the following information:

Company Name: Unocal 76 Incorporated
Company Site Address: 909 W. 9th Ave., Anchorage, AK 99519-6247
Inspection Number: 305757577
Person in Accident: LAWRENCE H. GROVE
Date of Accident: 9/9/02

- ☐ Citation and Notice of Penalty
- ☐ Safety or Health Narrative
- ☐ Complaint
- ☒ Entire Case File
- ☒ Reprinted Photos ($.70)
- ☐ Xeroxed Photos ($.25)
- ☐ Video Tape ($5.00)
- ☐ Other

Comments: We represent Unocal and request copies of all investigative files. We understand there were interviews taken of Unocal employees prior to the issuance of the citations. We request copies of the witness statements, and notes, and any recordings.

Printed Name: VICTORIA LB HOMAN
Signature: Victoria LB Homan
Date: July 8, 2005
Address: Clapp Peterson
711 H Street, Ste 620
ANCHORAGE, AK 99501
Phone Number: 907-272-9266

EXHIBIT C
PAGE 1 OF 1