HD' @ 4:50 PM

6202-1

MAR 3 2006

LJJ/JBT/VBH

Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION<br><br>Defendant. | Case No. A04-0096 CV (JKS)<br><br>**PLAINTIFFS' RULE 26 (FIFTH) SUPPLEMENTAL DISCLOSURES** |

COME NOW plaintiffs, by and through counsel, Phillip Paul Weidner of Phillip Paul Weidner and Associates, Inc., a Professional Corporation, and hereby supplement their disclosures in this matter by producing the attached documents received from OSHA, Bates Stamped LG 000683 through LG 00773.

DATED: 3/3/06

WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs

_(signature)_
Phillip Paul Weidner, ABA 7305032

EXHIBIT E
PAGE 1 OF 3

THIS IS TO CERTIFY that on the 3rd day of March, 2006, a true and correct copy of the foregoing document was served via mail /(hand)/ fax on:

John Thorsness/Linda Johnson
Clapp, Peterson, Van Flein, Tiemessen & Thorsness
711 H Street
Anchorage, AK 99501

*[signature]*

EXHIBIT E
PAGE 2 OF 3

Plaintiffs' Rule 26(a)(1) (Fifth) Supplemental Disclosures                    Page 2

# STATE OF ALASKA

**FRANK H. MURKOWSKI, GOVERNOR**

## DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

OCCUPATIONAL SAFETY & HEALTH
LABOR STANDARDS & SAFETY DIVISION

3301 Eagle Street, Suite 305
Anchorage, AK 99503

PHONE: (907) 269-4940
FAX:   (907) 269-4950/269-3723

January 19, 2006

Weidner & Associates
Attn: Mr. Michael Cohn
330 L. Street, Suite 200
Anchorage, AK 99501

Re:  Freedom of Information Request
     UNOCAL/Siemens Building Technologies, Inc.
     Inspection Number: 305757510 & 305757577

Dear Mr. Cohn:

- In response to your request enclosed, please find copies of the above referenced files. Employee comments/names may have been withheld in accordance with AS 18.60.087(b). Confidential or privileged information has also been withheld.

Unfortunately, these files have already been prepared for filming, so any photos that may have been included have long since been removed from the file. We apologize for any inconvenience this may cause you.

Standard copy fees are waived.

If you have questions or are in need of further assistance, please do not hesitate to contact me at (907) 269-3727.

Sincerely,

Michelle McNair-Davis
Records Custodian

Enclosures

Cc:  Foir File
     Inspection File

EXHIBIT  E
PAGE  3  OF  3

LG00683