

FRANK H. MURKOWSKI, GOVERNOR

**DEPARTMENT OF LABOR AND
WORKFORCE DEVELOPMENT**

3301 Eagle Street, Suite 305
Anchorage, AK 99503

OCCUPATIONAL SAFETY & HEALTH
LABOR STANDARDS & SAFETY DIVISION

PHONE: (907) 269-4940
FAX:   (907) 269-4950/269-3723

August 8, 2005

Clapp Peterson
Attn: Ms. Victoria Homan
711 H. Street, Ste 620
Anchorage AK,, 99501

Re: Freedom of Information Request
    Unocal 76
    305757577 Unocal 76
    305757510 Siemens Building Technologies, Inc.

Dear Ms. Homan:

In reply to your Freedom of Information request, I must clarify a few details in order to make you more aware of what information is available.

Mr. Grove filed a complaint with our office while working as an employee of a contractor to Unocal named Siemens Building Technologies, Inc. #305757510. His complaint was a result of an injury he sustained while working at UNOCAL 76 in the process of changing filters.

After examining both files, I can report that there are no witness statements to pass on to you, just the original complaint form filed by Mr. Grove.

We apologize for any inconvenience this may cause you.

If you have any questions please feel free to contact me at 907-269-3727.

Sincerely,

Michelle McNair-Davis
Records Custodian

EXHIBIT F
PAGE 1 OF 2

LG00726

# FREEDOM OF INFORMATION REQUEST FORM

Date: 7/8/05

Records Custodian
State Of Alaska
Department of Labor & Workforce Development
Division of Occupational Safety & Health
3301 Eagle Street, Suite 305
Anchorage, Alaska 99501

I understand there will be a $.25 charge per Xeroxed page. I am requesting copies of the documents regarding the following information:

Company Name: Unocal 76 Incorporated
Company Site Address: 909 W. 9th Ave., Anchorage, AK 99519-6247
Inspection Number: 305757577
Person in Accident: LAWRENCE H. GROVE
Date of Accident: 9/9/02

- ☐ Citation and Notice of Penalty
- ☐ Safety or Health Narrative
- ☐ Complaint
- ☒ Entire Case File
- ☒ Reprinted Photos ($.70)
- ☐ Xeroxed Photos ($.25)
- ☐ Video Tape ($5.00)
- ☐ Other _____

Comments: We represent Unocal and request copies of all investigative files. We understand there were interviews taken of Unocal employees prior to the issuance of the citations. We request copies of the witness statements, and notes, and any recordings.

Printed Name: VICTORIA LB HOMAN
Signature: Victoria B Homan
Date: July 8, 2005
Address: Clapp Peterson
711 H Street, Ste 620
Anchorage, AK 99501
Phone Number: 907-272-9266

EXHIBIT F
PAGE 2 OF 2

LG00727