**UNOCAL 76**

Marc D. Bond
Assistant Counsel
Law Department
Tel 907.263.7813
Fax 907.263.7607
Cell 907.229.5750
mbond@unocal.com

**VIA FIRST CLASS MAIL AND FACSIMILE**
Fax: (907) 563-6139

September 17, 2004

Amber M. McDonough, Service Sales Engineer
Ben R. Seitz, Service Operations Manager
Siemens Building Technologies, Inc.
Landis Division
5333 Fairbanks St., Suite B
Anchorage, AK 99518

Re:  *Grove v. Unocal Corporation*
     Tender of Defense and Indemnity

Dear Ms. McDonough and Mr. Seitz:

Lane Powell Spears Lubersky LLP is outside counsel for Union Oil Company of California (named defendant, Unocal Corporation) in the referenced lawsuit, in which a Siemens' employee, Lawrence Grove, is alleging personal injuries suffered on September 9, 2002, while he was engaged in the performance of mechanical services (HVAC) at Unocal's office building located at 909 West 9th Avenue in Anchorage, Alaska. Mr. Grove was carrying out such services on behalf of Siemens pursuant to the Master Services Contract #3282-ONS dated April 18, 1994, by and between Landis & Gyr Powers Inc. and Union Oil Company of California (the "Contract")[1].

Mr. Grove alleges that he suffered his injuries while installing air filters, a duty that is specifically described in the Contract pursuant to Attachment A thereto.

Unocal hereby tenders defense and indemnity of Mr. Grove's claims to Siemens pursuant to Section 6 of the Contract, which provides that all claims, liabilities, demands, actions, damages, losses, and expenses, including but not limited to court costs, reasonable attorney's fees, and other litigation expenses, arising out of or in connection with personal or bodily injury ... to contractor's personnel ... arising out of or in connection with the operations under this Contract, regardless of how or when such injury ... occurs."

---

[1] Master Services Contract #3282-ONS was assigned to Siemens on October 1, 1998, and was agreed to and accepted by Unocal on June 27, 2000.

DEF 01106

EXHIBIT 1
PAGE 1 OF 2

Siemens' Building Technologies, Inc.
Re: *Grove v. Unocal Corporation*
Tender of Defense and Indemnity
September 17, 2004
Page 2

Unocal requests confirmation of your acceptance of this tender, and agreement to defend and fully indemnify Unocal, no later than October 1, 2004. Please indicate your acceptance in the space provided hereinbelow.

Mr. Shannon Martin of Lane Powell Spears Lubersky LLP is the working attorney on this matter, and has undertaken the initial investigation into this claim. All pleadings and file materials relevant to this lawsuit are in his possession. Assuming that Siemens accepts this tender, I suggest that Lane Powell continue its representation of Unocal's interests.

Should you have any questions, please do not hesitate to contact me by phone or email as indicated on this letterhead.

Best regards,

*Marc Bond*
CDC

Marc Bond
MB:csc

cc:   Shannon W. Martin, Lane Powell

***

### UNCONDITIONAL ACCEPTANCE OF TENDER

On behalf of SIEMENS BUILDING TECHNOLOGIES, INC., I hereby unconditionally accept the tender of defense and indemnity of Union Oil Company of California pursuant to Section 6 of the Master Services Contract #3282-ONS, in connection with the claims alleged in *Grove v. Unocal Corporation,* a lawsuit filed in the U.S. District Court at Anchorage, Case No. A04-0096 CV (JKS).

Date: _____        By: _____

                                       Title: _____

EXHIBIT ___
PAGE 2 OF 2

DEF 01107