Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ALASKA
 3    _____
 4    LAWRENCE H. GROVE, CYNTHIA GROVE,        )
      SARAH GROVE and MICHAEL GROVE (DOB      )
 5    1/21/88) by and through his father      )
      LAWRENCE H. GROVE,                      )
 6                                            )
                Plaintiffs,                   )
 7                                            )
      vs.                                     )
 8                                            )
      UNOCAL CORPORATION,                     )
 9                                            )
                Defendants.                   )
10    _____
11    Case No. A04-0096 CV (JKS)
12
13
14                  _____
15         VIDEOTAPED DEPOSITION OF ROBERT SPRINKLE
16                  _____
17              Monday, April 24, 2006
                       9:24 a.m.
18
19           Taken by Counsel for Defendant
                         at
20               Weidner & Associates
               330 L Street, Suite 200
21                Anchorage, Alaska
22
23
                                       EXHIBIT   M
24                                     PAGE  1  OF  4
25
```

EXHIBIT M
PAGE 1 OF 4

GROVE v. UNOCAL                                         ROBERT SPRINKLE
                                                        4/24/2006

Page 2

A-P-P-E-A-R-A-N-C-E-S

For Plaintiffs:
  Michael Cohn, Esq.
  PHILLIP PAUL WEIDNER & ASSOCIATES
  330 L Street, Suite 200
  Anchorage, Alaska 99501
  (907) 276-1200

For Defendant:
  Linda J. Johnson, Esq.
  CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS
  711 H Street, Suite 620
  Anchorage, Alaska 99501
  (907) 272-9272

Videographer:
  Eric Cossman
  ALASKA LEGAL VIDEO
  645 G Street, #892
  Anchorage, Alaska 99501
  (907) 276-8601

Court Reporter:
  Sonja L. Reeves, RPR
  PACIFIC RIM REPORTING
  711 M Street, Suite 4
  Anchorage, Alaska 99501

Page 3

I-N-D-E-X

EXAMINATION BY                                    PAGE
  Ms. Johnson                                        5
  Mr. Cohn                                          64

FURTHER EXAMINATION
  Ms. Johnson                                      101
  Mr. Cohn                                         104

EXHIBITS
  1  Copies of Photographs (12 pgs.)                50
  2  Copies of Photographs (20 pgs.)                76
  3  Copies of Photographs (8 pgs.)                 85

Page 4

1   ANCHORAGE, ALASKA; APRIL 24, 2006
2   9:24 A.M.
3   -o0o-
4       VIDEOGRAPHER: We're on record at 9:24.
5   This is the video deposition of Robert Sprinkle, taken
6   by the defendant in the matter of Grove, et al. versus
7   Unocal Corp., Case Number A04-0096 CV (JKS), in the
8   United States District Court for the District of Alaska.
9       This deposition is being held in the offices
10  of Phillip Paul Weidner & Associates located at 330 L
11  Street, Suite 200, Anchorage, Alaska on April 24, 2006.
12      My name is Eric Cossman from Alaska Legal
13  Video, mailing address 645 G Street, #892, Anchorage,
14  Alaska 99501. The court reporter is Sonja Reeves from
15  the firm of Pacific Rim Reporters.
16      Will counsel please identify themselves for
17  the record?
18      MS. JOHNSON: Linda Johnson from Clapp
19  Peterson for Unocal.
20      MR. COHN: Michael Cohn from Phillip Paul
21  Weidner & Associates on behalf of the plaintiffs.
22      -o0o-
23      ROBERT SPRINKLE,
24      deponent herein, being sworn on oath,
25      was examined and testified as follows:

Page 5

1       EXAMINATION
2   BY MS. JOHNSON:
3   Q. Mr. Sprinkle, where do you work?
4   A. Siemens Building Technologies.
5   Q. And you are here today pursuant to a subpoena,
6   correct?
7   A. Yes.
8   Q. Have you ever had your deposition taken before?
9   A. No.
10  Q. Everything is under oath. That just means that
11  you need to tell the truth.
12  A. Which is not a problem.
13  Q. Good. We can take a break any time you want. If
14  there is a question pending, you need to finish the
15  question, but any time you need a break, just let us
16  know and we'll take a break.
17  A. Okay.
18  Q. We need you to answer audibly. The court
19  reporter doesn't pick up head nods, so you need to say
20  "yes" or "no", and we would prefer you say "yes" or "no"
21  instead of "uh-huh" or "huh-uh", because those are hard
22  to transcribe.
23  A. I understand.
24  Q. So first of all, can you tell us your education?
25  A. Besides high school? And then I went to

EXHIBIT M
PAGE 2 OF 7

2 (Pages 2 to 5)

GROVE v. UNOCAL                                                ROBERT SPRINKLE
                                                                  4/24/2006

### Page 10

1  A. Exactly.
2  Q. Did you work on the Unocal building when you were
3  at Johnson Controls?
4  A. No, ma'am.
5  Q. What about now that you are back at Siemens?
6  A. I worked on it until we don't have the contract
7  anymore. I was the secondary and Larry was the primary.
8      MR. COHN: By "Larry", we mean Larry Grove?
9      THE WITNESS: Yes. I just took it for
10 granted, but that's who I mean is Larry Grove.
11 Q. If you say "Larry", we will know you mean Larry
12 Grove?
13 A. Yes. No other Larry to refer to.
14 Q. So you have worked inside the Unocal building
15 when you were at Landis & Gyr? Do you recall who -- you
16 said shortly after you got to Landis & Gyr they received
17 the contract?
18 A. Yeah. I mean, it could have been within a year
19 or so. I don't remember exactly, but that's when I
20 first started working at Unocal was when I was with
21 Landis.
22 Q. Do you recall who had the contract before Landis?
23 A. Honeywell.
24 Q. And did you know anybody from Honeywell who had
25 worked inside the Unocal building?

### Page 11

1  A. No, ma'am, I don't.
2  Q. So once Landis & Gyr received the contract for
3  Unocal, when did you start working inside the Unocal
4  building?
5  A. As soon as the contract was initiated, because I
6  had to walk through to do the mechanical side.
7  Q. Did you have a primary and a secondary back then?
8  A. As far as I remember, back then, there was only
9  like two of us, so it was more of a joint effort, but, I
10 mean, I was basically the primary, you might say, back
11 in them days.
12 Q. What kind of work was Landis & Gyr doing?
13 A. We did the maintenance on the equipment like
14 starting the chiller and keeping the boilers running and
15 fixing the pneumatic controls.
16     We had the computer room units we had to take
17 care of, so just the basic mechanical stuff, change
18 belts in the fans, whatever it called for.
19 Q. What parts of the building did you work in?
20 A. From the basement to the penthouse on top. The
21 chiller sits on the roof and we have fans and the
22 generator and the controls for the water and stuff are
23 all in the basement, so, like I said, from the top to
24 the bottom.
25 Q. Was there anything in the in-between floors that

### Page 12

1  you worked on?
2  A. Just the only thing you worked on in the floors
3  is if you had a heating problem like a pneumatic valve
4  would go bad or something and overheat an office, or a
5  thermostat. That's the only mechanical stuff.
6     The first floor has a computer room and so you
7  would work in the first floor computer room. Otherwise,
8  everything else is in the penthouse or on the roof, and
9  then some in the basement.
10    But otherwise the floors themselves were a mute
11 point except for temperature control.
12 Q. So in the penthouse -- do they call that the
13 mechanical room?
14 A. The penthouse is what I'm referring to. That's
15 where your boilers are. In this particular building,
16 your boilers when you walk in are to the left. Your
17 fan, your main fan that feeds the building, the filter
18 rack, your controls and your pumps for the chiller are
19 all in what we say the penthouse.
20    Now, the chiller itself is on top of the roof.
21 We have to go on top of the penthouse to get to it.
22 Q. Have you ever been inside what has been referred
23 to as the filter room?
24 A. Yes, ma'am.
25 Q. Can you describe the filter room to me? Do you

### Page 13

1  remember what it looked like?
2  A. From what I remember, I mean the door is small
3  and it is hard to get in and out of it. There was a
4  platform in there that we used to work off of to change
5  filters. Back in those days, we would change filters
6  ourselves.
7  Q. Do you remember how many filters there were?
8  A. I would say there is at least 36 to 48. I can't
9  remember exactly, but I know there is quite a few. Also
10 too once in a while we had to repair the return and
11 outside air dampers. Part of your maintenance is to
12 check, make sure that the dampers and actuators are all
13 stroking and doing what they are supposed to do because
14 that's where your temperature control comes from all
15 year round.
16 Q. What year did you first go into the filter room,
17 do you remember?
18 A. Like I said, when we got the contract. I can't
19 remember if it was late '90 or early '91. Right in that
20 area. I can't tell you exactly when, but, I mean, it
21 was in that time frame.
22 Q. How often did you go inside the filter room?
23 A. Quarterly is when we changed filters and do
24 maintenance of that sort where we check the dampers or
25 change filters or look at them at that time.

EXHIBIT M
PAGE 3 OF 4

4 (Pages 10 to 13)

Page 106

1  have gotten bigger and cheaper and smaller. You know
2  what I'm saying. Computer stuff changes with us too in
3  the controls.
4    Q. As a salesman, is he part of the union?
5    A. No. They work -- the only people in our company
6  in the union are us service techs. The rest of them are
7  all company, work for Siemens themselves.
8        MR. COHN: I don't have any further
9  questions.
10       VIDEOGRAPHER: This concludes the deposition
11 of Robert Sprinkle. The time is 11:47.
12       (Proceedings concluded at 11:47 a.m.)
13            (Signature waived.)
14               -o0o-

Page 108

1    WITNESS CERTIFICATE
2  RE: GROVE V. UNOCAL
   CASE NO. A04-0096 CV (JKS)
3  DEPOSITION OF: ROBERT SPRINKLE
   DATE TAKEN: APRIL 24, 2006
5    I hereby certify that I have read the foregoing
     deposition and accept it as true and correct, with the
6    following exceptions:

7  Page  Line    Description/Reason for Change

                 SIGNATURE        DATE

   Please sign your name and date it on the above line. As
24 needed, use additional paper to note corrections, dating
   and signing each page.
25              (SLR)

Page 107

1            CERTIFICATE
2
3    I, SONJA L. REEVES, Registered Professional Reporter
4  and Notary Public in and for the State of Alaska, do
5  hereby certify that the witness in the foregoing
6  proceedings was duly sworn; that the proceedings were
7  then taken before me at the time and place herein set
8  forth; that the testimony and proceedings were reported
9  stenographically by me and later transcribed by computer
10 transcription; that the foregoing is a true record of
11 the testimony and proceedings taken at that time; and
12 that I am not a party to nor have I any interest in the
13 outcome of the action herein contained.
14   IN WITNESS WHEREOF, I have hereunto set my hand and
15 affixed my seal this 5th day of May 2006.

19     SONJA L. REEVES, RPR
20     My Commission Expires 8/7/07


EXHIBIT 14
PAGE 4 OF 4