# CLAPP • PETERSON
## VAN FLEIN • TIEMESSEN • THORSNESS
### LLC

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Laura S. Gould
John P. Wood
Linda J. Johnson
Liam J. Moran, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

March 8, 2006

**By Facsimile**
**278-6571**

Michael Cohn, Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

Re: *Grove v. Unocal Corporation*
Our File No. 6200-1

Dear Mike:

Your letter of March 2, 2006 states that you <u>do</u> not agree that you have exceeded the number of interrogatories allowed under the federal rule. My letter to you of February 15, 2006 was written to give you plenty of notice prior to the agreed upon due date for our client to respond to your new interrogatory requests. There should have been no surprise.

Your letter challenges our math. Here's the breakdown:

| Discovery Set | Number of Interrogatories | Total requests |
|---|---|---|
| First | Three:<br>1: 4 subparts<br>2:<br>3: | 6 |
| Second | One | 1 |
| Third | One | 1 |
| Fourth (mis-labeled third) | Two | 2 |
| Fifth | One<br>   Three subparts | 3 |
| Sixth | One | 1 |
| Seventh | Four<br>1: 6 subparts<br>2: 2 subparts<br>3:<br>4: | 10 |
| Eighth | None | |
| | | TOTAL 24 |

CLAPP • PETERSON
VAN FLEIN • TIEMESSEN • THORSNESS
LLC

Page 2

Given that the count after our client answered your Eighth request was 24 interrogatories, we answered one question in the Ninth discovery request.

Although you did not label the interrogatories in the Seventh request as having subparts, clearly they do have subparts. Your requests in both interrogatories number one and two request multiple answers in one interrogatory and read like a run-on sentence. We believe that we conservatively drew the line where 25 stopped and have fully complied with the federal rules.

We believe that you have received most verifications for interrogatories. However, we are in the process of reviewing and updating any interrogatory responses that might have been overlooked.

Finally, the deposition of Kevin Tabler was cancelled Monday for the same reason that Roxanne Sinz's deposition was cancelled Tuesday. Please confirm that you are not withholding any further discovery from us and we will discuss re-scheduling these depositions.

Sincerely,

Linda J. Johnson

cc:   John Thorsness

Confirmation Report - Memory Send

```
                              Page       : 001
                              Date & Time: Mar-08-06  10:32am
                              Line 1     : 9072729586
                              Machine ID : Clapp Peterson et al.
```

| | | |
|---|---|---|
| Job number | : | 742 |
| Date | : | Mar-08 10:30am |
| To | : | ☎2786571 |
| Number of pages | : | 003 |
| Start time | : | Mar-08 10:30am |
| End time | : | Mar-08 10:32am |
| Pages sent | : | 003 |
| Status | : | OK |
| Job number | : 742 | *** SEND SUCCESSFUL *** |

---

CLAPP • PETERSON
VAN FLEIN • TIEMESSEN • THORSNESS
LLC

ANCHORAGE
Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Laura S. Gould
Linda J. Johnson
Liam J. Moran, Of Counsel

FAIRBANKS
John J. Tiemessen
David A. Carlson
Marcus R. Clapp, ret.

## FACSIMILE TRANSMITTAL SHEET

**Date:** March 8, 2006
**To:** Michael Cohn, Esq.
**Fax No.:** 278-6571
**From:** Linda Johnson
**Re:** Grove v UNOCAL
Our File No. 6200-1

**Number of Pages Being Transmitted (including this cover sheet): 3**

**Original to be Mailed:** YES

**Special Message:**

CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

If there are any problems with this transmission, please call Jodi, Betty, Barbara or Natalie at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272   email • mnsh@cplawak.com   fax • 907-272-9586

EXHIBIT ___O___
PAGE _3_ OF _3_