# CLAPP • PETERSON
## VAN FLEIN • TIEMESSEN • THORSNESS
### LLC

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Laura S. Gould
John P. Wood
Linda J. Johnson
Liam J. Moran, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

March 3, 2006

**By Facsimile
278-6571**

Michael Cohn, Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

    Re:   *Grove v. Unocal Corporation*
           Our File No. 6200-1

Dear Mike:

The events that unfolded during the Paul Craps affidavit were absolutely unacceptable and unprofessional. Intentionally withholding documents is a violation of the federal discovery rules. The affidavit Crapps created for OSHA was never produced to Unocal prior to the deposition. Your hand delivery to me tonight proves that you have had the entire OSHA file, including the Crapps affidavit, since January 2006. You have certainly had plenty of time in which to produce the records, since the Crapps deposition was originally scheduled for February 15, 2006. Between that date and this, you certainly had the opportunity to comply with your obligations under the discovery rules. You are well aware that you must produce any statement by any witness along with your initial disclosures.

We requested all records from OSHA itself and OSHA stated to us in a letter dated August 8, 2005 that it did not have any records of the Unocal investigation other than the complaint. Due to your failure to disclose the documents you received, Roxanne Sinz has not had the opportunity to review these files, we are <u>postponing</u> her deposition until she can review them.

Paul Crapps' testimony would obviously have been different if he had been able to refresh his recollection prior to you springing the affidavit upon him. Your conduct in attempting to trap him was exactly what the federal discovery rules are designed to prevent.

Per my telephone call to you this afternoon, we demand a copy of any document that you intend to use with Roxanne Sinz and Kevin Tabler that you have not already produced. Indeed, we demand that you produce any document relevant to this case that you have not yet produced or are intentionally withholding. Until we are satisfied that you have done so we are

CLAPP · PETERSON
VAN FLEIN · TIEMESSEN · THORSNESS
LLC

Page 2

postponing the Sinz deposition scheduled for Tuesday and we may also need to postpone Kevin Tabler's deposition as well until we can evaluate the documents to see whether you have withheld anything else.

We believe that your actions today are sanctionable and unethical. We will evaluate our options and decide next week if we will file with the Court or the Bar Association.

Very truly yours,

Linda J. Johnson

cc: John Thorsness

EXHIBIT I
PAGE 2 OF 3

## Confirmation Report – Memory Send

```
                                   Page       : 001
                                   Date & Time: Mar-03-06  06:07pm
                                   Line 1     : 9072729586
                                   Machine ID : Clapp Peterson et al.
```

| | |
|---|---|
| Job number | : 692 |
| Date | : Mar-03 06:05pm |
| To | : ☎2786571 |
| Number of pages | : 003 |
| Start time | : Mar-03 06:05pm |
| End time | : Mar-03 06:07pm |
| Pages sent | : 003 |
| Status | : OK |
| Job number | : 692 |

*** SEND SUCCESSFUL ***

---

## CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
LLC

**ANCHORAGE**
Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Laura S. Gould
Linda J. Johnson
Liam J. Moran, Of Counsel

**FAIRBANKS**
John J. Tiemessen
David A. Carlson
Marcus R. Clapp, ret.

## FACSIMILE TRANSMITTAL SHEET

**Date:** March 3, 2006
**To:** Mike Cohn
**Fax No.:** 278-6571
**From:** Linda Johnson
**Re:** Grove v. Unocal
Our File No. 6200-1

**Number of Pages Being Transmitted (including this cover sheet):** 3
**Original to be Mailed:** Yes

**Special Message:**
PLEASE NOTE that SINZ deposition is postponed until she can review the OSHA documents.

### CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

711 H Street, Suite 620 · Anchorage, Alaska 99501-3454
phone · 907-272-9272   email · anch@cplawak.com   fax · 907-272-9586

EXHIBIT I
PAGE 3 OF 3