John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNOCAL CORPORATION,<br><br>    Defendant. | Case No. 3:04-cv-0096-TMB |

### NOTICE OF FILING ORIGINAL AFFIDAVIT OF LINDA J. JOHNSON

Comes now defendant Unocal Corporation, by and through counsel, and notifies the court that it herewith files the originally signed Affidavit of Linda J. Johnson; this document was inadvertently missing the signature and notarization thereof when it was initially filed with the court on May 4, 2007, as an attachment to document number **179** (Opposition to Rule 37 Motion for Order Compelling Disclosure/Discovery).

NOTICE OF FILING ORIGINAL AFFIDAVIT OF LINDA J. JOHNSON [Rule 37]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

DATED at Anchorage, Alaska, this ___7th___ day of May 2007.

    CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
    Attorneys for Defendant Unocal


    s/ Linda J. Johnson
    CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS LLC
    711 H Street, Suite 620
    Anchorage, AK  99501-3454
    Phone:  (907) 272-9631
    Fax:  (907) 272-9586
    Direct email:  ljj@cplawak.com
    Alaska Bar No. 8911070

## Certificate of Service

I hereby certify that on May 7, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

    s/ Linda J. Johnson

NOTICE OF FILING ORIGINAL AFFIDAVIT OF LINDA J. JOHNSON [Rule 37]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2