John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

### AFFIDAVIT OF LINDA J. JOHNSON

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

Linda J. Johnson, being duly sworn upon oath, deposes and states as follows:

AFFIDAVIT OF LINDA J. JOHNSON  [Rule 37]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

1. I am an attorney licensed to practice law in the State of Alaska. I am an attorney at Clapp, Peterson, Van Flein, Tiemessen & Thorsness. I make this affidavit based upon personal knowledge.

2. Attached to this motion are true and correct copies of the following documents:

Exhibits:

A. Verification page
B. Letter from OSHA dated December 22, 2004
C. Unocal's FOIA request to OSHA dated July 8, 2005
D. Letter from OSHA dated August 8, 2005
E. Copy of third OSHA file Verification page
F. Defendant's FOIA request and OSHA response letter, LG 726-727
G. Responses to Plaintiff's Seventh Set of Discovery Requests
H. Excerpts from Deposition of Paul Crapps
I. March 3, 2006 letter from Linda J. Johnson to Michael Cohn, Esq.
J. September 17, 2004 letter from Unocal to Siemens
K. Indemnity Agreement Contract between Unocal and Siemens
L. Excerpts from Deposition I of Lawrence H. Grove (November 12, 2004)
M. Excerpts from Deposition of Robert Sprinkle
N. Excerpts from Deposition of Kenneth Burns
O. March 8, 2006 letter from Linda J. Johnson to Michael Cohn, Esq.
P. Excerpts from Deposition of Tom Scanlon

Dated: 5-7-07

By: /s/ Linda J. Johnson

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, this 7th day of May, 2007, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 12/13/07

### Certificate of Service

I hereby certify that on May 7, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

AFFIDAVIT OF LINDA J. JOHNSON  [Rule 37]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586