John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## AFFIDAVIT OF LINDA J. JOHNSON

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

Linda J. Johnson, being duly sworn upon oath, deposes and states as follows:

1.  I am an attorney licensed to practice law in the State of Alaska. I am an attorney at Clapp, Peterson, Van Flein, Tiemessen & Thorsness. I make this affidavit based upon personal knowledge.

AFFIDAVIT OF LINDA J. JOHNSON [Mtn in Limine]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

2. Attached to this motion are true and correct copies of the following documents:

Exhibits:

| | |
|---|---|
| A. | Excerpts from Deposition of Paul Crapps |
| B. | Excerpts from Deposition I of Lawrence H. Grove (November 12, 2004) |
| C. | Excerpts from Deposition of Robert Sprinkle |
| D. | Excerpts from Deposition of Archie Cook |
| E. | Excerpts from Deposition of Charles Arnett |
| F. | Excerpts from Deposition II of Lawrence Grove (December 15, 2005) |
| G. | Indemnity Agreement Contract between Unocal and Siemens |
| H. | Excerpts from Deposition of Tom Scanlon |
| I. | Alaska State Court Database information |
| J. | Fish and Game records (101723–101726, hunting) |
| K. | Excerpts from Deposition III of Lawrence Grove (January 12, 2007) |
| L. | Fish and Game records (fishing permit) |
| M. | Excerpts from Deposition of Michael Geitz |
| N. | Excerpts from Deposition of Eugene Chang |
| O. | Dr. Nolan's chart notes |
| P. | Excerpts from Deposition of Richard Elum |
| Q. | Excerpts from Deposition of Noah Laufer |
| R. | Credit card records (304885, 304897 & 304901) |
| S. | Excerpts from Deposition of Hal Egbert |
| T. | Excerpts from Deposition of Forooz Sakata |
| U. | Response to Interrogatory No. 2 |
| V. | Excerpts from Deposition of Cynthia Grove |

Dated: May 7, 07

By: _____
Linda J. Johnson
Alaska Bar No. 8911070

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

AFFIDAVIT OF LINDA J. JOHNSON [Mtn in Limine]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, this 7th day of May, 2007, at Anchorage, Alaska.



_s/ Dianne A. Pitts_
Notary Public in and for Alaska
My commission expires: 12/13/07

### Certificate of Service

I hereby certify that on May 7, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

AFFIDAVIT OF LINDA J. JOHNSON [Mtn in Limine]
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586