Page 1

1            IN THE UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF ALASKA AT ANCHORAGE
3  _____
4  LAWRENCE H. GROVE, ET AL.,        )
                                     )   COPY
5           Plaintiffs,              )
                                     )
6     vs.                            )
                                     )
7  UNOCAL CORPORATION,               )
                                     )
8           Defendant.               )
9  _____
10 Case No. A-04-0096 CV (JKS)
11
12
13 _____
14        TELEPHONIC DEPOSITION OF ARCHIE COOK
15 _____
16
17              March 15, 2006
                 7:30 a.m.
18
19        Taken by Counsel for Plaintiffs
                         at
20          330 L Street, Suite 200
               Anchorage, Alaska
21
22                                    HD 1130
23                                    0200-1
                                      MAR 24 2006
24              EXHIBIT  D
                PAGE  1  OF  5
25

```
                                                           Page 2
 1                  A-P-P-E-A-R-A-N-C-E-S

 2

 3    For Plaintiffs:

 4       Michael Cohn, Esq.
         PHILIP PAUL WEIDNER & ASSOCIATES
 5       330 L Street, Suite 200
         Anchorage, Alaska 99501
 6       (907) 276-1200

 7

 8    For Defendant:

 9       John B. Thorsness, Esq.
         (via speaker phone)
10       CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS
         711 H Street, Suite 620
11       Anchorage, Alaska 99501
         (907) 272-9273
12

13

14    Court Reporter:

15       Sonja L. Reeves, RPR
         PACIFIC RIM REPORTING
16       711 M Street, Suite 4
         Anchorage, Alaska 99501
17

18

19

20

21

22

23

24                                              EXHIBIT   D
25                                              PAGE   2 OF 5
```

GROVE, ET AL. v. UNOCAL                                          ARCHIE COOK
                                                                  3/15/2006

Page 3

1                           I-N-D-E-X

2

3     EXAMINATION BY                                          PAGE

4        Mr. Cohn                                              4

5

6     EXHIBITS

7     1       Notice of Deposition (2 pgs.)                   --
              (Marked off record.)
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24                                                    EXHIBIT _D_

25                                                    PAGE _3_ OF _5_

GROVE, ET AL. v. UNOCAL

ARCHIE COOK
3/15/2006

Page 20

1  Q. Did you go through the penthouse?
2  A. Yes, I went through -- they showed me -- what do
3  you call it -- the big tunnel with switches on it, and
4  they showed me the boilers for the heating system.
5       They showed me where there was an air intake,
6  where the fan was that made sure there was proper
7  ventilation within the office.
8  Q. When you said "they" showed me, do you recall --
9  A. Probably only Eddie. It wouldn't be two of them.
10 I can't remember, to be honest, but I can't remember.
11 But it would almost certainly be Eddie Barrett.
12      MR. THORSNESS: This is John Thorsness.
13 Excuse the interruption here. Just a reminder to wait
14 until Mr. Cohn finishes his question, and that also will
15 help you focus on the question itself and answering the
16 question as put to you.
17      I'm sure Mr. Cohn will appreciate if you
18 limit your answer to the question, and, like I said,
19 make sure to let him finish. Thanks.
20      THE WITNESS: All right, John. Thank you.
21 Q. Mr. Cook, when you talked about the orientation
22 up in the penthouse, did they show you the various rooms
23 in the penthouse?
24 A. Yes.
25 Q. Did you have any opportunity -- are you familiar

Page 21

1  with the room that's called the filter room where the
2  air filters are against one wall?
3  A. Yes, I'm familiar with it, yes.
4  Q. Did you have an opportunity to see that room
5  during your orientation in 1999?
6  A. Yes.
7  Q. And when you saw that room during your
8  orientation, can you describe what you saw in that room?
9  A. Well, yes, I think I can. To the right as you go
10 in the door there was -- what would you call it -- bulk
11 head, and then above that I could see louvers, which
12 opened and closed. On the left were filters. That's as
13 I recall that room.
14      I'm trying to think if there was a shaft at the
15 far end of the room. I just can't remember. I think
16 there was a shaft at the far end of the room.
17 Q. Well, when you talk about the wall to the right,
18 did that appear to be sheet metal?
19 A. I'm sorry. I can't remember. I remember it was
20 about eye level for me.
21 Q. Do you recall if there was any sort of a
22 structure affixed to the wall to the right?
23 A. To the right, no, I don't recall that.
24 Q. You don't recall if there was a work platform?
25 A. No. No. I mean, I was able to look up at an

Page 22

1  angle over, I would call it bulk head or whatever, and I
2  could see the louvers. That's my recollection of what
3  was in that room.
4  Q. Levers?
5  A. L-o-u-v-e-r-s.
6  Q. And what are those?
7  A. Well, these are essentially slats of plastic or
8  wood that swivel so that at one point they can be
9  completely closed so that no air is coming in or they
10 can be at right angles to that so that as much air as
11 possible is coming in.
12 Q. When I refer to the filter room, is it your
13 understanding that that's the room where Mr. Grove had
14 his accident?
15 A. If he was changing the filters, my understanding
16 is, yes, that's where he would have had his accident.
17 Q. So have you at any time ever seen the elevated
18 work platform that was in the filter room?
19 A. I have not.
20 Q. Have you had any knowledge of that work platform?
21 A. No, I have no knowledge of it.
22 Q. Do you have any knowledge of who owned that work
23 platform?
24 A. No.
25 Q. Or who built that?

Page 23

1  A. No, I have no knowledge.
2  Q. Previously we were asking -- I was asking you
3  questions regarding what contractors could do in the
4  building.
5  A. Correct.
6  Q. In terms of building an elevated work platform,
7  when you were human resource consultant or manager from
8  '99 to 2003, would the contractor have to get
9  authorization or approval from Unocal to construct such
10 an apparatus?
11 A. To construct such an apparatus? Let me see.
12 Need approval from Unocal?
13 Q. What was that?
14 A. I'm trying to formulate an answer. I'm sorry.
15 The question is would they require permission from
16 Unocal?
17 Q. To erect a work platform in the Unocal building
18 that includes brackets with nuts and bolts and affixing
19 it to the wall.
20      MR. THORSNESS: Objection here to foundation
21 and calls for speculation. Thank you.
22 Q. Mr. Thorsness may object from time to time, but
23 you can still answer the question. He is just
24 preserving objections for the record.
25 A. I don't know the answer. I don't know the

8 (Pages 20 to 23)

EXHIBIT D
PAGE 4 OF 4

Page 60

1  should have come to me for authorization to work
2  overtime and give me a reason.
3    Q. Right. Okay. So since the filter replacement
4  would be done during after hours, Mr. Arnett would need
5  to come to you for approval?
6    A. That would be done after hours.
7    Q. Are those the only documents that you were
8  provided, LG00749, 755 and 756?
9    A. Yes. I mean, they were attached to an e-mail.
10 That's it.
11   Q. Was there any other information attached to that
12 e-mail of a factual nature?
13   A. No.
14   Q. On LG00756, on the second paragraph --
15   A. Yes.
16   Q. Where it says -- it's the third sentence in which
17 they are talking about Unocal. "It has the
18 responsibility and duty to exercise reasonable care to
19 prevent and detect safety hazards and/or violations."
20   A. Yes.
21   Q. Would you agree with that statement?
22   A. Yes, I believe we have a legal obligation to do
23 that.
24   Q. Mr. Cook, thank you for your patience. I'm just
25 about done, and I don't want you to miss your bridge

Page 61

1  meeting.
2    A. This is more important.
3    Q. I played bridge, but I don't remember it. I am a
4  terrible player. On LG00749, when it lists some of
5  these people, I am just trying to find out who some
6  people are. Do you know who Dan Harten is?
7    A. No, I don't. I don't know who that is.
8    Q. And did you personally ever meet Mr. Grove?
9    A. Yes. Yes, I met him many times, because we had a
10 major problem with the ventilation system, so I was
11 always on his case to get it fixed.
12   Q. So did you ever see Mr. Grove after the accident?
13   A. No.
14   Q. Do you know who from Siemens took over for Mr.
15 Grove after his injury?
16   A. No. I'm sorry. I don't know.
17   Q. So you were aware that Mr. Grove was servicing
18 the filter room?
19   A. Yes. We had a problem with the ventilation
20 system and eventually it was -- the problem was resolved
21 by installing a bigger fan. That I know to be the cause
22 of the problem.
23   Q. Now, you indicated that during your orientation
24 you went and looked at the filter room. Did you ever
25 look inside the filter room at any time after your

Page 62

1  orientation?
2    A. Yes, I had. At least on one occasion, maybe two,
3  Larry Grove actually showed me how the louvers turned to
4  bring in more air, and how it interconnected with the
5  fans, so he explained that system to me.
6    Q. Can you recall how well lit the filter room was?
7    A. Not very well lit, as I recall.
8    Q. Would you describe it as dimly lit?
9    A. Dimly lit, yes. Although I wanted to see the
10 apparatus and the louver frame. I wanted to see what
11 was the general apparatus so I could get a feel for how
12 much they had to turn to give us proper ventilation.
13   Q. Now, where was that? Was that located on the
14 outside wall?
15   A. On the outside wall, so on the right of the room
16 as you come in. It was off to the right. I could see
17 it because just standing on the ground I could look up
18 and see it.
19   Q. So you would be on the ground in the filter room
20 -- and there was a short wall. Was there a wall about
21 six or seven feet high?
22   A. Yeah. My recollection was it was about head
23 height for me. I could certainly see over the edge of
24 it and look up at the louvers.
25   Q. How tall are you?

Page 63

1    A. I'm 5'8".
2    Q. The reason I asked is because you said it was
3  about your head height, so that's why I asked that.
4    A. I'm certainly not a tall man.
5    Q. I mean if you told me seven feet --
6    A. I understand. Yes.
7    Q. And when the louvers were opened, would there be
8  a lot of cold air coming in?
9    A. Yes. When the fan was operating, yes, there was
10 a fair breeze in there.
11      MR. COHN: I don't have any more questions
12 for this witness. John, I would like him to get a copy
13 of his depo and to review it and sign it and to make any
14 changes if he thinks there are changes that need to be
15 made.
16      MR. THORSNESS: He will. I will ask the
17 court reporter to send that to me, and then, Archie, I'm
18 going to send you a copy of the transcript for your
19 review and then signature.
20      I have no questions for the witness.
21      MR. COHN: Thank you, Mr. Cook. It was nice
22 talking with you. And enjoy retirement, which I hope
23 some day to be there.
24      (Proceedings concluded at 9:15 a.m.)
25         (Signature reserved.)

18 (Pages 60 to 63)

EXHIBIT D
PAGE 5 OF 5