# Alaska Trial Court Cases

**Caution:** Do not assume that a defendant was convicted of a felony based on the case type listed on this screen. The case type only reflects the charges that appeared in the original charging document. If the original charging document included any felony charges, the case will be listed as a felony (either "Criminal District Court Felony" or "Criminal Superior Court"), even if all the charges were eventually reduced to misdemeanors or dismissed. To see what a defendant was convicted of, go to Parties tab, click on defendant's name and go to Charges tab.

New

| Summary | Parties | Events | Dockets | Disposition | Costs |

## Minor Offenses (3AN) - Summary

3AN-94-W588032 State of Alaska vs. Grove, Cynthia A

State of Alaska

**Defendant**
Grove, Cynthia A

**Attorney(s)**
Full Name
Address

City/State/Zip
Phone

**Attorney(s)**
Full Name
Address

City/State/Zip
Phone

**Charges**

| Charge Dscr | AS16.05.420: FALSE STATEMENTS | Degree of Offense | Violation or Infraction |

**Case Judge**
Assigned Judge   Clerk, Anchorage Court

**Case Attributes**
Number    3AN-94-W588032
Status    Closed
Filed     05/28/1994

EXHIBIT _I_
PAGE _1_ OF _8_

102355

DATE 12-07 EX. 3
WITNESS GROVE
METRO COURT REPORTING
(907) 276-3876

http://www.courtrecords.alaska.gov/pa/pa.urd/pamw2000.o_case_sum?29195353          4/7/2006

EXHIBIT _I_
PAGE _2_ OF _8_

102356

# Alaska Trial Court Cases

**Caution:** Do not assume that a defendant was convicted of a felony based on the case type listed on this screen. The case type only reflects the charges that appeared in the original charging document. If the original charging document included any felony charges, the case will be listed as a felony (either "Criminal District Court Felony" or "Criminal Superior Court"), even if all the charges were eventually reduced to misdemeanors or dismissed. To see what a defendant was convicted of, go to Parties tab, click on defendant's name and go to Charges tab.

| Summary | Parties | Events | Dockets | Disposition | Costs | New |

## Minor Offenses (3AN) - Summary

3AN-92-W588033 State of Alaska vs. Grove, Lawrence

State of Alaska

**Defendant**
Grove, Lawrence

**Attorney(s)**
Full Name
Address

**Attorney(s)**
Full Name
Address

City/State/Zip
Phone

City/State/Zip
Phone

### Charges

| Charge Dscr | AS16.05.420: FALSE STATEMENTS | Degree of Offense | Violation or Infraction |

### Case Judge

Assigned Judge   Clerk, Anchorage Court

### Case Attributes

| Number | 3AN-92-W588033 |
| Status | Closed |
| Filed | 05/29/1992 |

EXHIBIT _I_
PAGE _3_ OF _8_

102357

Public Access - Case Summary

102358

EXHIBIT _I_
PAGE _4_ OF _8_

# Alaska Trial Court Cases

**Caution:** Do not assume that a defendant was convicted of a felony based on the case type listed on this screen. The case type only reflects the charges that appeared in the original charging document. If the original charging document included any felony charges, the case will be listed as a felony (either "Criminal District Court Felony" or "Criminal Superior Court"), even if all the charges were eventually reduced to misdemeanors or dismissed. To see what a defendant was convicted of, go to Parties tab, click on defendant's name and go to Charges tab.

| Summary | Parties | Events | Dockets | Disposition | Costs |

## Minor Offenses (3AN) - Summary

3AN-93-W578696 State of Alaska vs. Grove, Lawrence H

State of Alaska

**Defendant**
Grove, Lawrence H

**Attorney(s)**
Full Name
Address

City/State/Zip
Phone

**Attorney(s)**
Full Name
Address

City/State/Zip
Phone

**Charges**

| Charge Dscr | AS16.05.420: FALSE STATEMENTS | Degree of Offense | Violation or Infraction |

**Case Judge**

Assigned Judge   Clerk, Anchorage Court

**Case Attributes**

| Number | 3AN-93-W578696 |
| Status | Closed |
| Filed | 05/25/1993 |

EXHIBIT  I
PAGE  5  OF  8

102359

EXHIBIT __I__
PAGE _6_ OF _8_

102360

# Alaska Trial Court Cases

**Caution:** Do not assume that a defendant was convicted of a felony based on the case type listed on this screen. The case type only reflects the charges that appeared in the original charging document. If the original charging document included any felony charges, the case will be listed as a felony (either "Criminal District Court Felony" or "Criminal Superior Court"), even if all the charges were eventually reduced to misdemeanors or dismissed. To see what a defendant was convicted of, go to Parties tab, click on defendant's name and go to Charges tab.

New

| Summary | Parties | Events | Dockets | Disposition | Costs |

## Minor Offenses (3AN) - Summary

3AN-94-W580806 State of Alaska vs. Grove, Lawrence H

State of Alaska

**Defendant**
Grove, Lawrence H

**Attorney(s)**
Full Name
Address

City/State/Zip
Phone

**Attorney(s)**
Full Name
Address

City/State/Zip
Phone

**Charges**

| Charge Dscr | AS16.05.420: FALSE STATEMENTS | Degree of Offense | Violation or Infraction |

**Case Judge**

Assigned Judge   Clerk, Anchorage Court

**Case Attributes**

Number   3AN-94-W580806
Status   Closed
Filed    05/28/1994

EXHIBIT ___I___
PAGE _7_ OF _8_

102361

http://www.courtrecords.alaska.gov/pa/pa.urd/pamw2000.o_case_sum?70565255        4/7/2006

EXHIBIT  I
PAGE  8 OF 8

102362