# STATE OF ALASKA

**FRANK MURKOWSKI, GOVERNOR**

## DEPARTMENT OF FISH AND GAME

*DIVISION OF WILDLIFE CONSERVATION*

*333 Raspberry Road*
*Anchorage, AK 99518-1599*
*PHONE: (907) 267-2246*
*FAX: (907) 267-2484*

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: HD 4pm 6/2/06
Records 6260-1
Distribution: PF

### AFFIDAVIT THAT RECORDS ARE AUTHENTIC

1. I, Steven A. Schwartz, upon oath or affirmation, state under penalty of perjury as follows:

2. The attached harvest document is from the computer records kept by the State of Alaska, Department of Fish and Game, Division of Wildlife Conservation. These records are kept by a public agency and are part of the regularly conducted and regularly recorded activities. The records show that general season harvest tickets were issued to Lawrence Grove, Sarah Grove and Michael Grove during regulatory years 2000 – 2005.

3. The State of Alaska, Department of Fish and Game, Division of Wildlife Conservation has received Drawing Permit Hunt applications from Lawrence Grove, Cynthia Grove, Sarah Grove and Michael Grove during regulatory years 2000 – 2005. See attached.

4. The State of Alaska, Department of Fish and Game, Division of Wildlife Conservation has no Tier II Permit Hunt applications on file for Lawrence Grove, Cynthia Grove, Sarah Grove and Michael Grove for regulatory years 2000 - 2005.

5. The State of Alaska, Department of Fish and Game, Division of Wildlife Conservation has a regularly year 2002 Brown Bear Sealing Certificate for Sarah Grove (see attached) but none others for Lawrence Grove, Cynthia Grove, Sarah or Michael Grove for regulatory years 2000 – 2005.

6. The State of Alaska, Department of Fish and Game, Division of Wildlife Conservation has no Furbearer Sealing Certificates for Lawrence Grove, Cynthia Grove, Sarah Grove and Michael Grove for regulatory years 2000 – 2005.

7. I am a "custodian of records" in that I am a person who is permitted by ADF&G to handle these records.

DATE 12-07 EX. 4
WITNESS GRove
METRO COURT REPORTING
(907) 276-3876

101723

EXHIBIT J
PAGE 1 OF 4

**THE FOLLOWING MUST BE SIGNED IN THE PRESENCE OF A NOTARY PUBLIC**

DATED this _____1st_____ day of __June____, 2006, at Anchorage, Alaska.

(Signature)

Please print your name and daytime phone number:

Steven A. Schwartz     267-2246

FOR THE NOTARY PUBLIC

SUBSCRIBED AND SWORN to before me this _1_ day of _June_, 2006.

NOTARY PUBLIC in and for Alaska

My commission expires: July 24, 2008

KELLY L. NYBERG
NOTARY
PUBLIC
STATE OF ALASKA
My Commission Expires: July 24, 2008

101724

EXHIBIT ___J___
PAGE 2 OF 4

**Harvest Tickets and Harvest Reports for Lawrence, Sarah and Michael Grove**
**for Regulatory Year 2000 - 2006**

| regyear | hunt | ticket | hunttype | species | fnam | init | lnam | address | city | state | zip | rescomm | res | license | dob | dstate | dlno | phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | GM000 | 419256 | G | Moose | LAWRENCE | H | GROVE | PO BOX 437 | TALKEETNA | AK | 99676 | TALKEETNA | R | 19764 | NULL | NULL | NULL | NULL |
| 2001 | GD000 | 207390 | G | Deer | LAWRENCE | H | GROVE | PO BOX 437 | TALKEETNA | AK | 99676 | TALKEETNA | R | 1075004 | NULL | NULL | NULL | NULL |
| 2001 | GM000 | 121246 | G | Moose | LAWRENCE | H | GROVE | PO BOX 437 | TALKEETNA | AK | 99676 | TALKEETNA | R | 1075004 | NULL | NULL | NULL | NULL |
| 2001 | GC000 | 409316 | G | Caribou | LAWRENCE | H | GROVE | PO BOX 437 | TALKEETNA | AK | 99676 | TALKEETNA | R | 2038704 | NULL | NULL | NULL | NULL |
| 2002 | GD000 | 300586 | G | Deer | LAWRENCE | NULL | GROVE | PO BOX 437 | TALKEETNA | AK | 99676 | TALKEETNA | R | 3312732 | 8/11/1953 | AK | 5674291 | NULL |
| 2002 | GD000 | 425901 | G | Deer | LAWRENCE | NULL | GROVE | PO BOX 437 | TALKEETNA | AK | 99676 | TALKEETNA | R | 3312732 | 8/11/1953 | AK | 5674291 | NULL |
| 2003 | GC000 | 202268 | G | Caribou | LAWRENCE | NULL | GROVE | PO BOX 437 | TALKEETNA | AK | 99676 | TALKEETNA | R | 3312732 | 8/11/1953 | AK | 5674291 | NULL |
| 2003 | GM000 | 302906 | G | Moose | LAWRENCE | | GROVE | PO BOX 437 | TALKEETNA | AK | 99676 | TALKEETNA | R | 4023783 | 8/11/1953 | AK | 5674291 | NULL |
| 2004 | GM000 | 402609 | G | Moose | LAWRENCE | | GROVE | PO BOX 437 | TALKEETNA | AK | 99676 | TALKEETNA | R | 4023783 | 8/11/1953 | AK | 5674291 | NULL |
| 2004 | GC000 | 302094 | G | Caribou | LAWRENCE | | GROVE | PO BOX 437 | TALKEETNA | AK | 99676 | TALKEETNA | R | 4023783 | 8/11/1953 | AK | 5074291 | NULL |
| 2004 | GD000 | 116773 | G | Deer | LAWRENCE | NULL | GROVE | PO BOX 4.7 | TALKEETNA | AK | 99676 | TALKEETNA | R | 5018404 | 8/11/1953 | AK | 5674291 | 9072229157 |
| 2005 | GD000 | 216406 | G | Deer | LAWRENCE | H | GROVE | PO BOX 437 | TALKEETNA | AK | 99676 | TALKEETNA | R | 5018404 | 8/11/1953 | AK | 5674291 | NULL |
| 2005 | GM000 | 102210 | G | Moose | LAWRENCE | H | GROVE | PO BOX 437 | TALKEETNA | AK | 99676 | TALKEETNA | R | 5018404 | 8/11/1953 | AK | 5674291 | NULL |
| 2005 | GS000 | 300783 | G | Sheep | LAWRENCE | H | GROVE | PO BOX 437 | TALKEETNA | AK | 99676 | TALKEETNA | R | 5018404 | 8/11/1953 | AK | 5674291 | NULL |
| 2005 | GC000 | 406381 | G | Caribou | LAWRENCE | J | GROVE | PO BOX 222253 | ANCHORAGE | AK | 99522 | ANCHORAGE | R | AGE0013 | 1/21/1990 | NULL | NULL | NULL |
| 2003 | GD000 | 425901 | G | Deer | MICHAEL | J | GROVE | PO BOX 437 | TALKEETNA | AK | 99676 | TALKEETNA | R | AGE0015 | 1/21/1990 | NULL | NULL | 9072486031 |
| 2005 | GS000 | 300784 | G | Sheep | MICHAEL | J | GROVE | PO BOX 222253 | ANCHORAGE | AK | 99522 | ANCHORAGE | R | AGE0014 | NULL | NULL | NULL | NULL |
| 2005 | DC590 | 75 | D | Caribou | MICHAEL | H | GROVE | PO BOX 222253 | ANCHORAGE | AK | 99522 | ANCHORAGE | R | AGE0015 | NULL | NULL | NULL | NULL |
| 2000 | GD000 | 107725 | G | Deer | SARAH | H | GROVE | PO BOX 222253 | ANCHORAGE | AK | 99522 | ANCHORAGE | R | 2335016 | NULL | NULL | NULL | NULL |
| 2001 | GD000 | 209120 | G | Deer | SARAH | H | GROVE | PO BOX 222253 | ANCHORAGE | AK | 99522 | ANCHORAGE | R | 3080481 | 11/12/1985 | AK | 6886432 | NULL |
| 2002 | GD000 | 309187 | G | Deer | SARAH | H | GROVE | PO BOX 222253 | ANCHORAGE | AK | 99522 | ANCHORAGE | R | | | | | |
| 2003 | GM000 | 327890 | G | Moose | SARAH | H | GROVE | PO BOX 222253 | ANCHORAGE | AK | 99522 | ANCHORAGE | R | | | | | |

101725

EXHIBIT    J
PAGE   3   OF   4

## Harvest Tickets and Harvest Reports for Lawrence, Sarah and Michael Grove for Regulatory Year 2000 - 2006

| issuedate | hunted | dayshunt | killed | gmu | major | minor | trans | dok | sex | age | take | horn | spikefork | calf | base | broomed | browtinel | browtiner | pointsl | pointsr | commserv |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| 10/25/2003 | 0 | 1 | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| 8/2/2003 | 1 | 8 | 1 | 21C | Y07 | 100 | 1 | 9/19/2003 | M | NULL | 1 | 38 | NULL | NULL | NULL | NULL | 2 | 2 | NULL | NULL | 2 |
| 9/2/2003 | 1 | 14 | 1 | 14B | S02 | 301 | 7 | 9/29/2004 | M | NULL | 1 | 40 | NULL | NULL | NULL | NULL | 3 | 2 | NULL | NULL | NULL |
| 8/26/2004 | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| 8/25/2004 | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| 8/25/2004 | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| 8/5/2005 | 1 | 1 | 0 | 13E | S06 | 2801 | 3 | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| 8/5/2005 | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| 8/5/2005 | 0 | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| 8/15/2005 | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| 10/25/2003 | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| 8/5/2005 | 0 | 7 | 1 | 14B | S02 | 201 | 1 | 8/30/2005 | M | NULL | 1 | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | 2 |
| NULL | 1 | 1 | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |
| 9/28/2003 | 0 | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL | NULL |

EXHIBIT ___J___
PAGE __4__ OF __4__

101726