# AFFIDAVIT OF LANCE B. NELSON

STATE OF ALASKA )
) ss:
THIRD JUDICIAL DISTRICT )

Lance B. Nelson, under oath, states as follows:

1. I am a Senior Assistant Attorney General in the Natural Resources Section of the Civil Division in Anchorage and represent the Alaska Department of Fish and Game (ADF&G). All of the facts set forth herein are based on my personal knowledge.

2. The attached state records contain copies of all the documents in the possession of ADF&G that respond to the June 15, 2006 order from the Honorable Timothy M. Burgess, United States District Judge for the District of Alaska in the case of Grove, et al. v. Unocal, Case No. 3:04-cv-0096-TMB, as further specified in the Re-notice of Deposition of Records Custodian for Alaska Department of Fish and Game and its accompanying subpoena of June 16, 2006.

3. I solicited the various ADF&G record-keepers for the requested records and have received assurances from all of them that the attached records are the only documents responsive to the order and subpoena, other than records, already furnished to the parties, that accompanied the June 1, 2006 affidavit of Steven A. Schwartz of ADF&G's Division of Wildlife Conservation.

EXHIBIT ___L___   302269
PAGE _1_ OF _3_

_____
Lance B. Nelson

SUBSCRIBED AND SWORN TO before me this 30th day of June 2006.

Brenda Gavin
_____
Notary Public in and for the State of
Alaska. My commission expires: with office

302270

EXHIBIT L
PAGE 2 OF 3

Affidavit of Lance B. Nelson

Page 2 of 2

Permit Number: 05- 01109

## 2005 Upper Cook Inlet Personal Use Salmon Fishery Permit

☆ TIPS OF THE TAGS MUST BE REMOVED AND HARVEST MUST BE RECORDED IMMEDIATELY PRIOR TO LEAVING THE FISHING SITE ☆

| Last Name | First Name | Middle Initial |
|---|---|---|
| GROUB | LAWRENCE | |

Names of Other Household Members: CINDY - BRIAN - SARAH - MICHAEL

| Total Number of Household Members | Total Household Salmon Harvest Limit |
|---|---|
| 5 | 65 |

You are allowed 25 salmon for the head-of-household, and 10 salmon for each additional household member. This is your salmon limit for the entire 2005 season. In addition, each household permit is allowed 10 flounder.

This permit is for dipnetting at the mouth of the Kasilof and Kenai Rivers and Fish Creek (near Wasilla) and for gillnetting near the mouth of the Kasilof River in 2005. You must have this permit with you while you are fishing, and you must record your harvest before you leave the fishing site. Check the Southcentral Sport Fishing Regulations Summary for legal gear, gear and species restrictions.

**Check this box if no one in your household fished** ☐

*Report all days fished and all fish harvested. Record every day you fish, even those days when you didn't catch anything.*

| DATE | LOCATION (circle one) | RED | CHUM | KING | COHO | PINK | Flounder |
|---|---|---|---|---|---|---|---|
| 6/27 | Kenai River, Fish Creek, (Kasilof River) | 20 | | | | | |
| 6/21 | Kenai River, Fish Creek, Kasilof River | 25 | | 1 | | | |
| | Kenai River, Fish Creek, Kasilof River | | | | | | |
| | Kenai River, Fish Creek, Kasilof River | | | | | | |
| | Kenai River, Fish Creek, Kasilof River | | | | | | |
| | Kenai River, Fish Creek, Kasilof River | | | | | | |
| | Kenai River, Fish Creek, Kasilof River | | | | | | |
| | Kenai River, Fish Creek, Kasilof River | | | | | | |

*FISHERIES ARE: KENAI RIVER DIP-NET, FISH CREEK DIP-NET, KASILOF RIVER GILL NET, AND KASILOF RIVER DIP-NET*

302274

EXHIBIT L
PAGE 3 OF 3