Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> v. <br><br> UNOCAL CORPORATION <br><br> Defendant | Case No. Case No. A 04-0096 CV (JKS) |

**RESPONSE TO SECOND DISCOVERY REQUESTS TO PLAINTIFF SARAH GROVE**

COMES NOW Plaintiff Sarah Grove, by and through counsel Phillip Paul Weidner & Associates, and responds to *Second Discovery Requests to Plaintiff Sarah Grove,* propounded by defendant UNOCAL Corporation, as follows:

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Please produce any invoice, cancelled check, or other proof of the amount of the tuition, both due or paid, to Bel-Rea Institute of Animal Technology, whether paid by the semester, year or credit hour.

EXHIBIT ___ U
PAGE ___ 1 OF 3

TEL. 907/276-1200 • FAX 907/276-6571

LAW OFFICES OF PHILLIP PAUL WEIDNER AND ASSOCIATES, APC

330 L STREET, SUITE 200 • ANCHORAGE, ALASKA 99501

TEL. 907/276-1200 • FAX 907/276-6571

LAW OFFICES OF PHILLIP PAUL WEIDNER AND ASSOCIATES, APC

330 L STREET, SUITE 200 • ANCHORAGE, ALASKA 99501

**RESPONSE:**  See attached.

**REQUEST FOR PRODUCTION NO. 2:**  Please produce any documentation of loans you have obtained to pay for your college expenses, including the amount of the loan, the interest rate on the loan, who is responsible for repayment of the loan, and the agency or institution from whom the loan was obtained.

**RESPONSE:**  Received $20,000 Sallie Mae loan per year for two years; co-signed by parents.  Also received $2,625 Nellie Mae loan.  Repayment begins in 2007 after graduation.

**REQUEST FOR PRODUCTION NO. 3:**  Please produce your tax returns from 2002 to the present.

**RESPONSE:**  See attached.

**REQUEST FOR PRODUCTION NO. 4:**  Please produce any pay stubs, W-2's, or other documentation of your pay and benefits from any job or jobs held since 2002.

**RESPONSE:**  See attached.

## INTERROGATORIES

**INTERROGATORY NO. 1:**      Please state the make, model, year, and the VIN number of any automobile driven by Sarah Grove; who paid for the car; purchase price of the car; where the car was purchased; and whose name appears on the title and on the registration.

EXHIBIT  _U_
PAGE  _2_  OF  _3_

Response to Second Discovery Requests to Plaintiff Sarah Grove

**ANSWER:**    1999 Ford PK, Vehicle Identification No. 1FTZR15V9XTB03367.  This vehicle was purchased by parents from Mr. Bill Murray at United Utilities, Inc. for $5,000.  See attached copy of title.

**INTERROGATORY NO. 2:**    Please state in detail your average household budget for each month, including but not limited to rent, utilities, food, insurance, tuition, books, and clothes.  Please state how much each item costs monthly and who pays for each item.  If more than one person contributes to paying for an item, please identify each person and how much each person contributes.

**ANSWER:**    
| | | |
|---|---|---|
| Rent - | $ 770.00 | per month |
| Utilities - | 90.00 | per month |
| Tuition | 4,207.49 | per semester |
| Clothes | 150.00 | per month |
| Food | 330.00 | per month |
| Internet Services | 55.00 | per month |
| Phone | 50.00 | per month |
| Travel (Anc/Denver) | 1,500.00 | |

RESPECTFULLY SUBMITTED this 6ᵗʰ day of February, 2006.

WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs

By: *Michael W. for*
Phillip Paul Weidner
ABA # 7305032

EXHIBIT ___U___
PAGE ___3___ OF ___3___

Left margin: TEL. 907/276-1200 • FAX 907/276-6571    LAW OFFICES OF PHILLIP PAUL WEIDNER AND ASSOCIATES, APC    330 L STREET, SUITE 200 • ANCHORAGE, ALASKA 99501