Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>             Plaintiffs,<br><br>       vs.<br><br>UNOCAL CORPORATION,<br><br>             Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**STIPULATION FOR EXTENSION OF TIME** |

COME NOW the parties, by and through undersigned counsel, and hereby stipulate and agree, subject to court approval, to extend the time for plaintiffs to reply to defendant's Oppositions to plaintiffs' (1) Motion for Partial Summary Judgment Re: Negligence/Punitive Damages/Allocation of Fault; (2) Renewed Rule 37 Motion for Order to Compel Disclosure/Discovery; and (3) Motion in Limine.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

Counsel for the parties have conferred and agree that plaintiffs' replies to defendant's Oppositions to plaintiffs' listed Motions will be due June 5, 2007.

                                WEIDNER & ASSOCIATES, INC.
                                Counsel for Plaintiffs

                                /s/ Phillip Paul Weidner
                                WEIDNER & ASSOCIATES, INC.
                                330 L Street, Suite 200
                                Anchorage, AK  99501
                                Phone (907) 276-1200
                                Fax (907) 278-6571
                                E-mail:  nbackes@weidner-justice.com
                                ABA No. 7305032

                                CLAPP, PETERSON, VAN FLEIN, TIEMESSEN
                                & THORSNESS, LLC
                                Counsel for Defendant

                                /s/ John B. Thorsness
                                CLAPP, PETERSON, VAN FLEIN,
                                TIEMESSEN & THORSNESS, LLC
                                711 H Street, Suite 620
                                Anchorage, AK  99501
                                Phone (907) 272-9273
                                Fax (907) 272-9586
                                ABA No. 8211154

CERTIFICATE OF SERVICE
I hereby certify that on May 24, 2007 a copy of the foregoing Stipulation for Extension of Time was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

2