Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**(PROPOSED) ORDER** |

  Upon stipulation of the parties to extend the time for plaintiffs' reply to defendant's opposition to plaintiffs' (1) Motion for Partial Summary Judgment Re: Negligence/Punitive Damages/ Allocation of Fault; (2) Renewed Rule 37 Motion for Order to Compel Disclosure/Discovery; and (3) Motion in Limine,

  IT IS HEREBY ORDERED that plaintiffs' replies to defendant's oppositions to the above listed motions shall be filed with the court on or before June 5, 2007.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

1

DATED:_____   _____
                        UNITED STATES DISTRICT COURT JUDGE


CERTIFICATE OF SERVICE
I hereby certify that on May 24, 2007 a copy of the foregoing (Proposed) Order was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571