Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE, | ) ) ) ) ) | Case No. 3:04-cv-0096-TMB |
| | ) ) | **STIPULATION FOR** |
| Plaintiffs, | ) | **EXTENSION OF TIME** |
| vs. | ) ) ) | |
| UNOCAL CORPORATION, | ) ) | |
| Defendant. | ) ) | |

COME NOW the parties, by and through undersigned counsel, and hereby stipulate and agree, subject to court approval, to extend the time for one additional week for plaintiffs to reply to defendant's Oppositions to plaintiffs' (1) Motion for Partial Summary Judgment Re: Negligence/Punitive Damages/Allocation of Fault; (2) Renewed Rule 37 Motion for Order to Compel Disclosure/Discovery; and (3) Motion in Limine.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

Counsel for the parties have conferred and agree that plaintiffs' replies to defendant's Oppositions to plaintiffs' listed Motions will now be due June 12, 2007.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs


    /s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidner-justice.com
ABA No. 7305032


CLAPP, PETERSON, VAN FLEIN, TIEMESSEN
& THORSNESS, LLC
Counsel for Defendant


    /s/ John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, AK  99501
Phone (907) 272-9273
Fax (907) 272-9586
ABA No. 8211154


CERTIFICATE OF SERVICE
I hereby certify that on June 5, 2007 a copy of the foregoing
Stipulation for Extension of Time was served electronically on
John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen &
Thorsness, LLC.

/s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571