Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNOCAL CORPORATION<br><br>　　　　　　Defendant | ) ) ) ) ) ) ) Case No. A04-0096 CV (TMB) ) ) ) ) ) ) ) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION IN LIMINE**

STATE OF ALASKA            )
                           )  ss.
THIRD JUDICIAL DISTRICT    )

　　　　MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

　　　　1.   I am Michael Cohn, an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., counsel of

record for the Grove plaintiffs in this matter. I am licensed to practice law in the State of Alaska;

    2. Attached hereto as Exhibit 1 are pages 138-140 of the Deposition of Dr. Michael Geitz;

    3. I was told by Robert Griffen, the workers compensation attorney for the insurer, that if Siemens Building Technologies, Inc. had a position for Larry Grove, that the workers compensation claim would have been closed and finalized years ago;

    4. Attached hereto as Exhibit 2 is a letter from Unocal Building Manager Roxanne Sinz to OSHA;

    5. Attached hereto as Exhibit 3 are pages 22-23 of the Deposition of State OSHA director John Stallone;

    6. Attached hereto as Exhibit 4 is DEF 00027;

    7. Attached hereto as Exhibit 5 are pages 37-38 of the Deposition of Dr. Noah Laufer;

    8. Attached hereto as Exhibit 6 are pages 85, 86, and 92 of the Deposition of Hal Egbert;

    9. In conversation with Linda Johnson, counsel for Unocal, I said that Larry Grove lives in Alaska and therefore he cannot be running businesses in Pennsylvania. Ms. Johnson then said that the records they produced shows that Mr. Grove goes to Pennsylvania _every_ month. In reviewing the voluminous irrelevant cancelled checks and credit card information, I saw

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

2

purchases at a convenience store in Pennsylvania in August 2006 and near the end of November 2006. Larry Grove's brother's wife died and he took a trip to Pennsylvania. Also, Larry Grove apparently visited his family around Thanksgiving.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF RULE 37 ORDER COMPELLING DISCLOSURE/DISCOVERY** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn