Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>              Plaintiffs,<br><br>    v.<br><br>UNOCAL CORPORATION<br><br>              Defendant | )<br>)<br>)<br>)<br>)<br>) Case No. A04-0096 CV (TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF RULE 37 ORDER COMPELLING DISCLOSURE/DISCOVERY**

STATE OF ALASKA         )
                        )  ss.
THIRD JUDICIAL DISTRICT )

      MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

      1.  I am Michael Cohn, an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., counsel of

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

1

record for the Grove plaintiffs in this matter. I am licensed to practice law in the State of Alaska;

    2. Attached hereto as Exhibit 1 is a letter to Unocal's counsel, and notarized verification of Sarah Grove's Response to Second Discovery Requests;

    3. Attached hereto as Exhibit 2 is a letter to Unocal's counsel and verification of Unocal's Second Set of Discovery to Michael Grove;

    4. Attached hereto as Exhibit 3 is the blank verification sent to plaintiffs' counsel of Unocal's Response to Plaintiffs' Third (sic) Discovery Requests;

    5. Attached hereto as Exhibit 4 is a copy of verification attached as Exhibit A to the Affidavit of Unocal counsel Linda J. Johnson. There is no proof it was sent to plaintiffs. The verification of service is blank. The correspondence and discovery files have been searched and no such document is found;

    6. Attached hereto as Exhibit 5 is DEF 00027;

    7. Attached hereto as Exhibit 6 are pages 1 through 11 of plaintiffs' Surreply to Motion to Compel (Docket # 73);

    8. Unocal concealed the Crapps Affidavit from plaintiffs. I was also aware that Unocal counsel had requested documents from OSHA. OSHA correctly told Unocal counsel there were no witness statements. I assumed that Unocal had received

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

2

the entire file. Furthermore, in conversation with a then former Siemens Building Technologies, Inc. employee, I was informed that he had seen a stack of OSHA documents, none of which was even turned over to plaintiffs, despite the request for these documents in Siemens 30(b)(6) records deposition;

9. I have had conversations with several individuals that have been associated with Siemens, who informed me that the work platform had been in the Unocal building for a long time, pre-dating Larry Grove's employment with Siemens;

10. A former manager of Siemens informed me that Siemens did not contract, build or maintain the structure. I have personally heard similar statements from other former Siemens employees. I was also informed that Siemens would need approval from the owner before erecting such a platform and if so, it would be contracted out;

11. Unocal failed to produce many documents that were available during initial disclosures until after depositions of several Unocal personnel and/or right before several other depositions. See Exhibit 7.

12. Attached hereto as Exhibit 8 are documents plaintiffs' counsel received from other sources regarding the Unocal building and inspections/evaluations of the building.

FURTHER AFFIANT SAYETH NAUGHT.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

3

/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF RULE 37 ORDER COMPELLING DISCLOSURE/DISCOVERY** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn