LAW OFFICES
## PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

March 2, 2006

John B. Thorsness
Clapp, Peterson, Van Flein,
   Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454

*Via Fax to 272-9586
and via U.S. Mail*

Re:   <u>Grove v. Unocal</u>
      Case No. A04-0096 CV (JKS);

Dear Mr. Thorsness:

Enclosed please find the signed and notarized Verification page to *Response to Second Discovery Requests to Plaintiff Sarah Grove*.

Sincerely,

WEIDNER & ASSOCIATES
*A Professional Corporation*

Nita Backes for
Phillip Paul Weidner
Attorney at Law

PPW/ngb
Enclosure

Exhibit 1
page 1 of 4

# VERIFICATION

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

    I, SARAH GROVE, being first duly sworn, depose and state as follows:
I am the person above-named; I have read the foregoing responses to discovery and understand the contents thereof; I have executed the same freely and voluntarily for the purposes set forth therein; and I verify that the same are true to my own knowledge and belief.

    DATED this _14_ day of _FEB_, 2006.

_Sarah Grove_
SARAH GROVE

    SUBSCRIBED AND SWORN to before me this _14_ day of _February_, 2006, at Denver, Colorado.

_[signature]_
Notary Public in and for Colorado
My commission expires: 05/06/2009

303-869-4370
1710 So Havana St
Aurora Colo 80011

Exhibit 1
page 2 of 4

Response to Second Discovery Requests to Plaintiff Sarah Grove

Page 4

TEL. 907/276-1200 • FAX 907/278-6571
LAW OFFICES OF PHILLIP PAUL WEIDNER AND ASSOCIATES, APC
330 L STREET, SUITE 200 • ANCHORAGE, ALASKA 99501

LAW OFFICES
# PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail: phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

## TELECOPIER COVER LETTER

Please deliver the following pages to:

NAME: JOHN THORSNESS

FIRM: _____

FAX NO.: 272-9586          TELEPHONE NO.: _____

* * * * * *

FROM: PHILLIP WEIDNER

DATE: 3-2-06          TIME: 12:05

MATTER: GROVE

FILE NO.: _____

COMMENTS: See attached letter + Verification

WE ARE TRANSMITTING 3 PAGES (including this cover page). If you do not receive all the pages, please contact NITA as soon as possible, at (907) 276-1200.

THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. DISCLOSURE, REPUBLICATION, OR COPYING OF THIS INFORMATION IS PROHIBITED WITHOUT EXPRESS PERMISSION AND AUTHORIZATION OF WEIDNER & ASSOC., INC. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISTRIBUTION, OR COPYING OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. DO NOT COPY, DISCLOSE OR REPUBLISH THIS INFORMATION. RETURN THE ORIGINAL DOCUMENTS TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE.

NO LIMITED OR GENERAL WAIVER OF CONFIDENTIALITY IS INTENDED OR MADE AS TO THIS INFORMATION BY TRANSMITTING SAME VIA FACSIMILE OR OTHERWISE.

Exhibit 1
page 3 of 4

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1141
CONNECTION TEL                    2729586
SUBADDRESS
CONNECTION ID
ST. TIME              03/02 13:07
USAGE T               00'30
PGS. SENT             3
RESULT                OK
```

LAW OFFICES

# PHILLIP PAUL WEIDNER AND ASSOCIATES

A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail: phillipweidner@weidner-justice.com

TEL. 907/276-1200
FAX 907/276-6571

## TELECOPIER COVER LETTER

Please deliver the following pages to:

NAME: Jean Thorsness

FIRM:

FAX NO.: 272-9586     TELEPHONE NO.:

* * * * * *

FROM: Phillip Weidner

DATE: 3-2-06     TIME: 12:05

MATTER: Grave

FILE NO.:

COMMENTS: See attached letter + Verification

Exhibit 1
page 4 of 4

WE ARE TRANSMITTING 3 PAGES (including this cover page). If you do not receive all the pages, please contact NITA as soon as possible, at (907) 276-1200.

FILE COPY

LAW OFFICES
PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

May 19, 2006

John Thorsness
Clapp Peterson Van Flien
Tiemessen & Thorsness, LLC
711 H St., Suite. 620
Anchorage, AK 99501-3454

Re:   Grove v. Unocal; Case No. A04-0096 CV (JKS)

Dear Mr. Thorsness:

Enclosed are the Verification pages to *Unocal's Sixth Set of Discovery to Lawrence Grove* and *Unocal's Second Set of Discovery to Plaintiff Michael Grove*. Please note that Lawrence Grove signed for Michael Grove as Michael is a minor.

Sincerely,

WEIDNER & ASSOCIATES, Inc.
*A Professional Corporation*

Michael Cohn
Attorney at Law

MC/ngb
Enclosures as stated

Exhibit 2
page 1 of 3

5-19-06

## VERIFICATION

STATE OF _Alaska_        )
                         ) ss.
_Third_ JUDICIAL DISTRICT )

LAWRENCE GROVE, being first duly sworn upon oath, deposes and states: I am a plaintiff in the above-entitled action; the foregoing responses to Interrogatories are true and complete to the best of my knowledge and belief; and I have executed this document freely and voluntarily for the purposes set forth therein.

DATED: _5-19-06_        _____
                        LAWRENCE GROVE

SUBSCRIBED AND SWORN to before me this _19th_ day of _May_ 2006, at _Anchorage, AK_.

_____
Notary Public in and for _Anchorage_
My Commission Expires: _5-20-08_

Exhibit _2_
page _2_ of _3_

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Unocal's Sixth Set of Discovery to Lawrence Grove
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 10 of 10

## VERIFICATION

STATE OF __Alaska__ )
) ss.
__Third__ JUDICIAL DISTRICT )

MICHAEL GROVE, being first duly sworn upon oath, deposes and states: I am a plaintiff in the above-entitled action; the foregoing responses to Interrogatories are true and complete to the best of my knowledge and belief; and I have executed this document freely and voluntarily for the purposes set forth therein.

DATED: __5-19-06__                            _/s/ Michael Grove_
                                              MICHAEL GROVE

SUBSCRIBED AND SWORN to before me this __19th__ day of __May__, 2006, at __Anchorage, AK__.

[Notary Seal: SUZANNE JONES, NOTARY PUBLIC, STATE OF ALASKA]

_/s/ Suzanne Jones_
Notary Public in and for __Anchorage__
My Commission Expires: __5-20-08__

Exhibit __2__
page __3__ of __3__

Unocal's Second Set of Discovery to Plaintiff Michael Grove
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 8 of 8

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

# VERIFICATION

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

I, _____, the _____ of defendant Unocal Corporation, being first duly sworn upon oath, depose and state:

1. I have read the foregoing discovery requests propounded by plaintiff and understand the contents thereof;

2. I have responded to the foregoing discovery requests, and signed this Verification freely and voluntarily for the purposes set forth therein in my capacity as the _____ of Unocal Corporation.;

3. I verify that the information contained herein is true and to the best of my knowledge; and

4. I verify that I have provided all the information known to me at this time and that I am under an obligation to up-date and supplement my responses in the future if any answer is found to be incorrect or I gain additional information

Exhibit 3
page 1 of 2

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

which would change any answer.

DATED at Anchorage, Alaska, this ___ day of June, 2005.

_____

SUBSCRIBED AND SWORN to before me this ____ day of _____ 2005.

_____
Notary Public in and for the State of Alaska
My Commission Expires:_____

Certificate of Service:

I certify that a copy of this document was mailed _X_, faxed ____, hand delivered ____ on June 27, 2005, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____

Exhibit 3
page 2 of 2

Defendant's Responses to Plaintiff's 3rd (sic) Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 12 of 12

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586