**FILE COPY**

LAW OFFICES
**PHILLIP PAUL WEIDNER AND ASSOCIATES**
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

May 24, 2006

Linda Johnson
Clapp Peterson Van Flein
Tiemessen & Thorsness, LLC
711 H St., Suite. 620
Anchorage, AK 99501-3454

*Via fax to 272-9586*
*& U.S. Mail*

Re:   Grove v. Unocal; Case No. A04-0096 CV (JKS)

Dear Ms. Johnson:

I have reviewed your May 19, 2006 letter regarding plaintiffs' Sixteenth Discovery Requests, and your claim of un-timeliness. I note that part of the reason we are up to the sixteenth requests is the un-timeliness of production. For example, just before the depositions of Ken Burns and Roxanne Sinz, a substantial number of documents printed out in July 2004 by defendant, at the same time as defendant's Initial disclosures were due, were produced almost two years late, which would have answered some of the questions asked in discovery, or at least enabled plaintiffs to focus on certain areas. The "gross waste of resources" is due to defendant. Thus, to the extent you claim that we agreed to extend "discovery, limited to depositions," the equation changes when discovery is received years after it should have been produced. In any event, I do not intend to take further action until after the mediation, and I reserve all rights to do so.

In regard to Mr. Burns' resume, I was under the impression at Mr. Burns' deposition that his resume would be produced if I asked for same.

Sincerely yours,

WEIDNER & ASSOCIATES, Inc.
*A Professional Corporation*

Michael Cohn
Attorney at Law

MC/ngb

Exhibit 7
page 1 of 7

5-24-06

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                1625
CONNECTION TEL                      2729586
SUBADDRESS
CONNECTION ID
ST. TIME                05/24 17:23
USAGE T                 00'22
PGS. SENT               2
RESULT                  OK
```

LAW OFFICES
# PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

## TELECOPIER COVER LETTER

Please deliver the following pages to:

NAME: _LINDA JOHNSON_

FIRM: _CLAPP PETERSON_

FAX NO.: _272-9586_    TELEPHONE NO.: _____

******

FROM: _MICHAEL COHN_

DATE: _5-24-06_    TIME: _5:25_

MATTER: _GROVE_

FILE NO.: _____

COMMENTS: _See letter of today's date._

Exhibit __7__
page __2__ of __7__

WE ARE TRANSMITTING __2__ PAGES (including this cover page). If you do not receive all the pages, please contact __NITA__ as soon as possible, at (907) 276-1200.

LAW OFFICES
PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

**FILE COPY**

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

May 12, 2006

John Thorsness
Clapp Peterson Van Flien
Tiemessen & Thorsness, LLC
711 H St., Suite. 620
Anchorage, AK 99501-3454

*Via fax to 272-9586
and U.S. Mail*

Re:   Grove v. Unocal; Case No. A04-0096 CV (JKS)

Dear Mr. Thorsness:

We note that much of the discovery received on May 5, May 8, and May 9, 2006 is late, and contains information that should have been revealed months or years ago. We reserve all rights/options in regard to the late discovery.

Sincerely,

WEIDNER & ASSOCIATES, Inc.
*A Professional Corporation*

Michael Cohn
Attorney at Law

MC/ngb

Exhibit 7
page 3 of 7

5-12-06

LAW OFFICES
# PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

## TELECOPIER COVER LETTER

Please deliver the following pages to:

NAME: __John Thorsness__

FIRM: ____

FAX NO.: __272-9586__    TELEPHONE NO.: ____

* * * * * *

FROM: __Michael Cohn__

DATE: __5-12-06__    TIME: __4:29 p.m.__

MATTER: __Grove v. Unocal__

FILE NO.: ____

COMMENTS: __Letter dated 5-12-06__

WE ARE TRANSMITTING __2__ PAGES (including this cover page). If you do not receive all the pages, please contact __Christy__ as soon as possible, at (907) 276-1200.

THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. DISCLOSURE, REPUBLICATION, OR COPYING OF THIS INFORMATION IS PROHIBITED WITHOUT EXPRESS PERMISSION AND AUTHORIZATION OF WEIDNER & ASSOC., INC. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISTRIBUTION, OR COPYING OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. DO NOT COPY, DISCLOSE OR REPUBLISH THIS INFORMATION. RETURN THE ORIGINAL DOCUMENTS TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE.

NO LIMITED OR GENERAL WAIVER OF CONFIDENTIALITY IS INTENDED OR MADE AS TO THIS INFORMATION BY TRANSMITTING SAME VIA FACSIMILE OR OTHERWISE.

Exhibit __7__
page __4__ of __7__

```
05/12/06  16:23 FAX 907 278657        WEIDNER AND ASSOCIATES                    ☒001

                              *********************
                              ***   TX REPORT   ***
                              *********************

              TRANSMISSION OK

              TX/RX NO                  1539
              CONNECTION TEL                            2729586
              SUBADDRESS
              CONNECTION ID
              ST. TIME                  05/12 16:22
              USAGE T                   00'21
              PGS. SENT                 2
              RESULT                    OK
```

LAW OFFICES
# PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

907/276-1200
FAX 907/278-6571

E-Mail:
phillipweidner@weidner-justice.com

## TELECOPIER COVER LETTER

Please deliver the following pages to:

NAME: __John Thorsness__

FIRM: _____

FAX NO.: __272-9586__    TELEPHONE NO.: _____

* * * * *

FROM: __Michael Cohn__

DATE: __5-12-06__    TIME: __4:29 p.m.__

MATTER: __Grove v. Unocal__

FILE NO.: _____

COMMENTS: __Letter dated 5-12-06__

Exhibit __7__
page __5__ of __7__

WE ARE TRANSMITTING __2__ PAGES (including this cover page). If you do not receive all the pages, please contact __Christy__ as soon as possible, at (907) 276-1200.

LAW OFFICES
# PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

## TELECOPIER COVER LETTER

Please deliver the following pages to:

NAME: __John Thorsness__

FIRM: _____

FAX NO.: __272-9586__                TELEPHONE NO.: _____

* * * * * *

FROM: __Michael Cohn__

DATE: __5-12-06__                    TIME: __4:29 p.m.__

MATTER: __Grove v. Unocal__

FILE NO.: _____

COMMENTS: __Letter dated 5-12-06__

WE ARE TRANSMITTING __2__ PAGES (including this cover page). If you do not receive all the pages, please contact __Christy__ as soon as possible, at (907) 276-1200.

THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. DISCLOSURE, REPUBLICATION, OR COPYING OF THIS INFORMATION IS PROHIBITED WITHOUT EXPRESS PERMISSION AND AUTHORIZATION OF WEIDNER & ASSOC., INC. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISTRIBUTION, OR COPYING OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. DO NOT COPY, DISCLOSE OR REPUBLISH THIS INFORMATION. RETURN THE ORIGINAL DOCUMENTS TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE.

NO LIMITED OR GENERAL WAIVER OF CONFIDENTIALITY IS INTENDED OR MADE AS TO THIS INFORMATION BY TRANSMITTING SAME VIA FACSIMILE OR OTHERWISE.

Exhibit 7
page 6 of 7

05/12/06  16:23  FAX 907 2786571          WEIDNER AND ASSOCIATES                                    ☒001

```
          *********************
          ***   TX REPORT   ***
          *********************

   TRANSMISSION OK

   TX/RX NO                    1539
   CONNECTION TEL                           2729586
   SUBADDRESS
   CONNECTION ID
   ST. TIME                    05/12 16:22
   USAGE T                     00'21
   PGS. SENT                       2
   RESULT                      OK
```

LAW OFFICES

# PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

907/276-1200
FAX 907/278-6571

E-Mail:
phillipweidner@weidner-justice.com

## TELECOPIER COVER LETTER

Please deliver the following pages to:

NAME: John Thorsness

FIRM:

FAX NO.: 272-9586          TELEPHONE NO.:

* * * * *

FROM: Michael Cohn

DATE: 5-12-06          TIME: 4:29 p.m.

MATTER: Grove v. Unocal

FILE NO.:

COMMENTS: Letter dated 5-12-06

Exhibit 7
page 7 of 7

WE ARE TRANSMITTING  2  PAGES (including this cover page). If you do not receive all the pages, please contact  Christy  as soon as possible, at (907) 276-1200.



**TRA**

Architecture
Engineering
Planning
Interiors

4797-5 Business
Park Boulevard
Anchorage, AK
99503-7142
(907) 562-3465

February 3, 1992

Mr. Dan Diehl
Inspector
Municipality of Anchorage
Building Safety - Fire
P.O. Box 196900
Anchorage, Alaska  99519-6900

RE:  UNOCAL BUILDING

Dear Mr. Diehl:

As you are aware by now, TRA has been engaged by UNOCAL to assist in an evaluation of their six story office building located at 909 W. 9th Avenue to determine compliance with code requirements and to identify alternative solutions to any problems identified.

Of primary concern to UNOCAL is any current or anticipated need to provide an automatic sprinkler system in their building. To help clarify that matter, I requested a meeting with the Anchorage Building Department. The meeting was held on January 16 with you and Max Schumacher in attendance. A copy of my summary of that meeting is attached for your review.

At the suggestion of Loren Storms, I contacted the State Fire Marshall's office to determine whether or not the provisions in the State Administrative Code regarding buildings with floors more than 35 feet above the level of Fire Department vehicle access applies to building renovations. I have had subsequent telephone conversations with Jack Oxford and you concerning that matter.

It is my understanding, following my most recent conversation with you, that the regulation will not apply to the UNOCAL Building as renovations are undertaken. The primary renovations anticipated at this time are directed toward the improvements required for compliance with Appendix No. 1 of the Uniform Fire Code as recorded on your Fire Inspection Report dated May 9, 1991. Other renovations, involving relocation of office partitions primarily, will be made from time to time in the future.

Exhibit  8
page  1 of 7

Mr. Dan Diehl
MOA-Fire Safety
February 3, 1992
Page Two

It is important for UNOCAL to have a clear and final resolution of this matter and I am asking, therefore, that you confirm my understanding that an automatic sprinkler system will not be required throughout the UNOCAL building as a result of UNOCAL's need or desire to make renovations.

Your assistance in concluding this matter is appreciated.

Very truly yours,

TRA

R. Dan Farr, AIA
Principal

rdf:mas
DIEHL/CODE
Attachment

c: Jack Oxford
   Joe Jenkins, UNOCAL

Exhibit 8
page 2 of 7

# W WORMALD

SHEET 1 OF 2 - Use separate sheet for each building inspection

Inspection Report No. _____
Conferred With _____

**REPORT OF INSPECTION**

Inspection Contract No. _____
Bureau File No. _____

REPORT TO _____  BUILDING OR LOCATION _Same_
STREET _909 W. 9th_  INSPECTOR _Al Foster_
CITY & STATE _Anchorage, AK_  DATE _2/21/90_

## Owner's Section (To be answered by Owner or Occupant)
A. Explain any occupancy hazard changes since the previous inspection. _None_

B. Describe fire protection modifications made since last inspection. _None_

C. Describe any fires since last inspection. _None_

D. When was the system piping last checked for stoppage, corrosion, or foreign material? _at installation_
E. When was the dry-piping system last checked for proper pitch? _N/A_
F. Are dry valves adequately protected from freezing? _N/A_

Signature _____ Title _____ Date _2/21/90_

## Inspector's Section (All responses reference current inspection)    NA = NOT APPLICABLE
1. General
   a. Is the building occupied? ☒ Yes ☐ No
   b. Are all systems in service? ☒ Yes ☐ No
   c. Is there a minimum of 18 in. (457 mm) clearance between the top of the storage and the sprinkler deflectors? ☒ Yes ☐ No
   d. Does all electrical heat tape appear to be satisfactory? ☐ Yes ☐ No ☒ NA
   e. Does the hand hose on the sprinkler system(s) appear to be satisfactory? ☐ Yes ☐ No ☒ NA
2. Control Valves (See Item 15.)
   a. Are all sprinkler system control valves and all other valves in the appropriate open or closed position? ☒ Yes ☐ No
   b. Are all control valves in the open position locked, sealed or equipped with a tamper switch? ☒ Yes ☐ No
3. Water Supplies (See Item 16.)
   a. Was a water flow test of main drain made at the sprinkler riser(s)? ☒ Yes ☐ No
4. Tanks, Pumps, Fire Department Connections
   a. Are fire pumps, gravity tanks, reservoirs and pressure tanks in good condition and properly maintained? ☐ Yes ☐ No ☒ NA
   b. Are fire department connections in satisfactory condition, couplings free, caps in place, and check valves tight? ☒ Yes ☐ No ☐ NA
      Are they accessible and visible? ☒ Yes ☐ No ☐ NA
5. Wet Systems
   a. Are cold weather valves (O.S. & Y.) in the appropriate open or closed position? ☐ Yes ☐ No ☒ NA
   b. Have antifreeze system solutions been tested? ☐ Yes ☐ No ☒ NA
   c. Were the antifreeze test results satisfactory? ☐ Yes ☐ No ☒ NA
   d. In areas protected by wet system(s), does the building appear to be properly heated in all areas, including blind attics and perimeter areas where accessible? ☒ Yes ☐ No ☐ NA  Do all exterior openings appear to be protected against freezing? ☒ Yes ☐ No ☐ NA
6. Dry Systems (See Items 11 to 13.)
   a. Are dry valve(s) in service? ☐ Yes ☐ No ☒ NA
   b. Are the air pressures and priming water levels in accordance with the manufacturer's instructions? ☐ Yes ☐ No ☒ NA
   c. Has the operation of the air or nitrogen supplies been tested? ☐ Yes ☐ No ☒ NA  Are they in service? ☐ Yes ☐ No ☒ NA
   d. Were low points drained during this inspection? ☐ Yes ☐ No ☒ NA
   e. Did quick-opening devices operate satisfactorily? ☐ Yes ☐ No ☒ NA
   f. Did the dry valve(s) trip properly during the trip pressure test? ☐ Yes ☐ No ☒ NA
   g. Did the heating equipment in the dry-pipe valve room(s) operate at the time of inspection? ☐ Yes ☐ No ☒ NA
7. Special Systems (See Item 14.)
   a. Did the deluge or pre-action valves operate properly during testing? ☐ Yes ☐ No ☒ NA
   b. Did the heat-responsive devices operate properly during testing? ☐ Yes ☐ No ☒ NA
   c. Did the supervisory devices operate during testing? ☐ Yes ☐ No ☒ NA
8. Alarms
   a. Did water motor(s) and gong(s) test satisfactorily? ☐ Yes ☐ No ☒ NA
   b. Did electric alarm(s) test satisfactorily? ☒ Yes ☐ No ☐ NA
   c. Did supervisory alarm service test satisfactorily? ☒ Yes ☐ No ☐ NA
9. Sprinklers
   a. Are all sprinklers free from corrosion, loading or obstruction to spray discharge? ☒ Yes ☐ No
   b. Are sprinklers less than 50 years old? (Older sprinklers require sample testing) ☒ Yes ☐ No
   c. Is stock of spare sprinklers available? ☒ Yes ☐ No
   d. Does the exterior condition of sprinkler system appear to be satisfactory? ☒ Yes ☐ No
   e. Are sprinklers of proper temperature ratings for their locations? ☒ Yes ☐ No
10. Explain any "No" answers and comments: _____

Signature _____  Date _2/21/90_

Exhibit _8_
page _3_ of _7_

NOTICE THIS INSPECTION IS ADVISORY ONLY, AND IS NOT A SURVEY OF YOUR FIRE PREVENTION OR A LOSS PREVENTION STUDY. WINTERIZATION SERVICE IS A PREVENTATIVE MAINTENANCE SERVICE INTENDED TO MINIMIZE THE RISK OF DAMAGE DUE TO FREEZING. HOWEVER IT IS NOT A GUARANTEE OR WARRANTY THAT DAMAGE WILL NOT OCCUR.

WHITE - Original    GREEN - Subscriber    CANARY - Insurance Bureau    PINK - Office    GOLDENROD - Inspection

WFS 10-0001 (5/87)

# WORMALD

SHEET 2 OF 2 - Use separate sheet for each system inspection.

System No. or Description if multiple systems _____

Inspection Report No. _____

11. Date dry-pipe valve trip tested (control valve partially open) __N/A__ (See Trip Test Table which follows.)
12. Date dry-pipe valve trip tested (control valve fully open) __N/A__ (See Trip Test Table which follows.)
13. Date quick-opening device tested __N/A__ (See Trip Test Table which follows.)

### TRIP TEST TABLE

| | DRY VALVE | | | C.O.D. | | |
|---|---|---|---|---|---|---|
| | MAKE | MODEL | SERIAL NO. | MAKE | MODEL | SERIAL NO. |
| DRY PIPE OPERATING TEST | | | | | | |
| | Time to Trip Thru Test Pipe | | Water Pressure | Air Pressure | Trip Point Air Pressure | Time Water Reached Test Outlet | | Alarm Operated Properly | |
| | MIN. | SEC. | PSI | PSI | PSI | MIN. | SEC. | YES | NO |
| Without Q.O.D. | | | | | | | | | |
| With Q.O.D. | | | | | | | | | |

14. Date deluge or preaction valve tested __N/A__ (See Trip Test Table which follows.)

### TRIP TEST TABLE

| DELUGE & PREACTION VALVES | Operation | ☐ PNEUMATIC | ☐ ELECTRIC | ☐ HYDRAULIC | | |
|---|---|---|---|---|---|---|
| | Piping Supervised | ☐ YES | ☐ NO | Detecting media supervised | ☐ YES | ☐ NO |
| | Does valve operate from the manual trip and/or remote control stations | | | | ☐ YES | ☐ NO |
| | Is there an accessible facility in each circuit for testing ☐ YES ☐ NO | | | Method of testing circuits | | |
| | MAKE | MODEL | Does each circuit operate supervision loss alarm YES / NO | Does each circuit operate valve release YES / NO | Maximum time to operate release YES / NO | |

15. See Control Valve Maintenance Table.

### Control Valve Maintenance Table

| Control Valves | Number | Type | Open | Secured | Closed | Signs | Explain Abnormal Condition |
|---|---|---|---|---|---|---|---|
| City Connection Control Valve | 1 | NRS | Yes | | | | |
| Tank Control Valves | | | | | | | |
| Pump Control Valves | | | | | | | |
| Sectional Control Valves | | | | | | | |
| System Control Valves | 1 | OSY | Yes | Yes | No | Yes | |
| Other Control Valves | | | | | | | |

16. Water Flow Test at Sprinkler Riser
Water Supply Source: _____ City _____ Tank _____ Pump

| | Date | Test Pipe Location | Size of Test Pipe | Static Pressure | Residual (Flow) Pressure |
|---|---|---|---|---|---|
| Last Water Flow Test | 2/27/99 | Riser | 2" | 75 | 70 |
| This Water Flow Test | 2/31/00 | Riser | 2" | 75 | 71 |

17. Explain any "No" answers and comments: _____

Exhibit 8
page 4 of 7

18. Adjustments or corrections made during this inspection: _____

19. Although these comments are not the result of an engineering review, the following desirable improvements are recommended: _____

Signature: _____   Date: 2/31/00

WHITE - Original    GREEN - Subscriber    CANARY - Insurance Bureau    PINK - Office    GOLDENROD - Inspection

WFS 10-0002 (5/87)

**WORMALD FIRE SYSTEMS, INC.**
6108 PETERSBURG STREET
ANCHORAGE, AK 99507
(907) 563-3585

24 HOUR EMERGENCY SERVICE

INSPECTION TAG # 2786

## SERVICE CHECK LIST

TYPE OF SYSTEM: 4" Alarm Valve     JOB #: 2600 1813

| | YES | NO | N/A |
|---|---|---|---|
| 1. Main Control Valve open and sealed | ✓ | | |
| 2. Water Motor Gong operates | ✓ | | ✓ |
| 3. Alarm Stop Valve open and sealed | ✓ | | |
| 4. Supervisory Switches operate properly | | | ✓ |
| 5. Central Station notified and clear | ✓ | | ✓ |
| 6. Electrical Alarm operates properly | ✓ | | |
| 7. Low Points drained (Dry Systems) | | | ✓ |
| 8. Air Compressor functions correctly | | | ✓ |
| 8a. Start PSI ____ 8b. Stop PSI ____ | | | ✓ |
| 9. System Air Pressure ____ PSI | | | ✓ |
| 10. System Water Pressure 75 PSI | | | |
| 11. Residual Pressure 2" Flow 71 PSI | | | |
| 12. All other valves in proper position | ✓ | | |
| 13. All Systems in service | ✓ | | |

14. Explain any no answers

Exhibit 8
page 5 of 7

NAME OF BUILDING: Union 76 Bldg
ADDRESS: 909 W. 9th, Anchorage, AK

SERVICE TECHNICIAN: M. Fosberg

DATE: 2/21/90

I have read the above check list and to the best of my knowledge the information contained is true and correct.

OWNER'S REPRESENTATIVE / TITLE: Senior Officer Sup. / DATE: 2/21/90

WHITE - OFFICE COPY    CANARY - CUSTOMER COPY

WFS 010-0005 (10/85)

## Cash Barner Usher Architects

840 K Street, Suite 202          Anchorage, Alaska 99501          907/258-7777          FAX 907/279-8195

October 16, 1990

Don Akers
Unocal Corporation
909 West 9th Avenue
P. O. Box 190247
Anchorage, Alaska 99519

RE:   Unocal Building Remodel
      Municipal Bldg. Permit No.: 90-5641
      CBUA Project No.: 90071
      **CERTIFICATE OF OCCUPANCY**

Don:

In an effort to resolve all outstanding items, I met with the Anchorage Fire Marshal on Thursday, October 1, 1990. Also present were James Raable and Doug Kadrich of Honeywell Inc., Commercial Building Group. As you may recall, there was a concern that Honeywell Inc. was not on the list of approved maintenance contractors. This concern will be addressed immediately by Honeywell.

Additionally, we will provide a current fire alarm service report which verifies the proper audible level for the alarms, confirms that the new equipment which is installed is approved for compatibility with the existing equipment, and certifies that the new equipment is in conformance with current codes. This will require some testing of the system and the emergency generation equipment. Honeywell will proceed with this effort immediately.

At present we understand that this will satisfy the current requirements for a Certificate of Occupancy. However, we are awaiting a list of evaluation criteria which specifically addresses tenant improvement/fire alarm modification projects. — *ltr sent to service companies*

Further, it was brought to my attention that your building will require a service report at a rate *retros* of four times per year.

*Send copies*

Exhibit 6
page 6 of 7

A Professional Corporation                                      Philip W. Usher, AIA

Ocotober 16, 1990
Don Akers
Unocal Corporation
Page2

Please call should have have question or need additional information.

Sincerely,

CASH BARNER USHER, ARCHITECTS

Aaron K. Joseph
Project Architect

AJK/kkc

cc:   Max Schumacher - Department of Public Works
      Mike Thrapp - Anchorage Fire Department
      Doug Kadrich - Honeywell Inc.
      Dan Jolliffe - KHO Construction Co.

Exhibit 8
page 7 of 7