Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA )<br>GROVE, SARAH GROVE, and, )<br>MICHAEL GROVE (DOB 1/21/88) )<br>By and through his father )<br>LAWRENCE H. GROVE, )<br> )<br> )<br>            Plaintiffs, )<br> )<br>      vs. )<br> )<br>UNOCAL CORPORATION, )<br> )<br>            Defendant. )<br>_____) | Case No. 3:04-cv-0096-TMB |

**PLAINTIFFS' NOTICE OF ATTACHMENT**

Attached hereto is the corrected signature page of plaintiffs' *Reply in Support of Rule 37 Order Compelling Disclosure/Discovery* which was filed on June 12, 2007.

RESPECTFULLY SUBMITTED this 13th day of June, 2007.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs

  /s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

1

Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2007 a copy of the foregoing **PLAINTIFFS' NOTICE OF ATTACHMENT** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.   /s/ Michael Cohn