Mr. Grove, and whether tapes that are unfavorable to Unocal simply have not been produced. Furthermore, it is improper of Unocal to claim attorney/client or work product privilege for investigators who came and went and looked at and secretly taped Larry Grove. This is all discoverable. Included in that discovery is the correspondence and instructions to the secret surveillors, and notes by the secret surveillors, as well as any sound for the tapes. Plaintiffs are entitled to know what was done, the instructions, the notes, and the memoranda of the people doing the secret surveillance. Unocal cannot simply arbitrarily and unilaterally determine what it will permit plaintiffs to have.

## CONCLUSION

Accordingly, plaintiffs respectfully request the Motion to compel be granted.

RESPECTFULLY SUBMITTED this 12th day of June, 2007.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs


/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK 99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: nbackes@weidnerjustice.com
ABA No. 8506049

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007 a copy of the foregoing **REPLY IN SUPPORT OF RULE 37 ORDER COMPELLING DISCLOSURE/ DISCOVERY** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.
 /s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571