Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>              Plaintiffs,<br><br>      v.<br><br>UNOCAL CORPORATION<br><br>              Defendant | Case No. A04-0096 CV (JKS) |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT RE: PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT UNOCAL'S LIABILITY FOR NEGLIGENCE, PUNITIVE DAMAGES, AND ALLOCATION OF FAULT**

COME NOW plaintiffs, by and through counsel, Phillip Paul Weidner of Phillip Paul Weidner & Associates, Inc., a Professional Corporation; and hereby request an opportunity to be heard in Oral Argument as to the above referenced motion. Argument is crucial on this motion, and it is plaintiffs'

counsel's belief that Oral Argument is necessary to fully set out plaintiffs' position, and the parties need a chance to be heard on these important issues.

    RESPECTFULLY SUBMITTED this 15th day of June 2006.

        WEIDNER & ASSOCIATES, INC.
        Counsel for Plaintiffs

        /s/ Michael Cohn
        WEIDNER & ASSOCIATES, INC.
        330 L Street, Suite 200
        Anchorage, AK  99501
        Phone (907) 276-1200
        Fax (907) 278-6571
        E-mail:  nbackes@weidnerjustice.com
        ABA No. 8506049

CERTIFICATE OF SERVICE
I hereby certify that on June 15, 2007a copy of the foregoing PLAINTIFFS' REQUEST FOR ORAL ARGUMENT RE: PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT UNOCAL'S LIABILITY FOR NEGLIGENCE, PUNITIVE DAMAGES, AND ALLOCATION OF FAULT was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

/s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571