Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**[PROPOSED] ORDER GRANTING ORAL ARGUMENT RE: PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT UNOCAL'S LIABILITY FOR NEGLIGENCE, PUNITIVE DAMAGES, AND ALLOCATION OF FAULT**

The court having considered *Plaintiffs' Request for Oral Argument re: Plaintiffs' Motion for Partial Summary Judgment as to Defendant Unocal's Liability for Negligence, Punitive Damages, and Allocation of Fault*, it is hereby ORDERED,

       Oral Argument on said motion and opposition is hereby GRANTED.  Oral Argument will be held on the ___ day of _____, 2007, at the hour of _____.

       DATED: _____     _____
                                      U.S. DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007 a copy of the foregoing **[PROPOSED] ORDER GRANTING ORAL ARGUMENT RE: PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT UNOCAL'S LIABILITY FOR NEGLIGENCE, PUNITIVE DAMAGES, AND ALLOCATION OF FAULT** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

 /s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571