Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA      )
GROVE, SARAH GROVE, and,        )
MICHAEL GROVE (DOB 1/21/88)     )
By and through his father       )
LAWRENCE H. GROVE,              )
                                )
                                )
                                )    Case No. 3:04-cv-0096 TMB
                 Plaintiffs,    )
                                )
          vs.                   )
                                )
UNOCAL CORPORATION,             )
                                )
                 Defendant.     )
                                )

**PLAINTIFFS' RENEWED MOTION FOR PROTECTIVE ORDER**

     In February 2007, plaintiffs moved for protective order due

to the extraordinary intrusion on plaintiffs including, but not

limited to, multiple times of surreptitious stalking/videotaping

of plaintiffs, including staking out their home.  Unocal has

also sought to seek bank records of plaintiffs in multiple

states, hotel records of plaintiffs in multiple states,

confidential juvenile records of Michael Grove, sausage company

records, shooting range records, financial records, credit card

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

records, airline company records, mortgage information records,

and anything else that Unocal counsel can conjure up in an

unprecedented onslaught against the Grove Family.  There have

been dozens of records depositions set and subpoenas issued, and

regardless of where the deponents are located, whether they be

in Pennsylvania, Arizona, Colorado, Nevada, Indiana, Missouri,

Washington, Juneau; all said depositions have been scheduled at

711 H Street, Anchorage, Alaska at the office of Unocal counsel

in clear violation of Federal Rules of Civil Procedure 45(b) and

(c).  These improper subpoenas have also been raised in a

separate motion for sanctions filed by the plaintiffs.

    In the previous motion for protective order plaintiffs

asked for expedited consideration before the due date of the

depositions which were allowed to pass without expedited

consideration, at which time the deponents having been served

with an oppressive request to appear at 711 H Street, in most

instances simply turned over the records.  Having already

received the records, the plaintiffs did not pursue the initial

motion for protective order any further.  However, now Unocal

counsel is not satisfied with its previous flurry of subpoenas

and is now unleashed an unending torrent of subpoenas all over

the country. Many of these subpoenas have been improperly served

on deponents under Federal Rule of Civil Procedure 45, and this

will not stop unless the Court orders Unocal's counsel to cease

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

and desist from their conduct.  Furthermore, at the time of the
prior motion for protective order, Unocal claimed it wanted
certain records for mediation.  Mediation was unsuccessful.

Now the harassment by Unocal counsel has accelerated and
continues unchecked.  There have been dozens of new records
depositions noticed and many improper subpoenas issued in
violation of Federal Rules of Civil Procedure 45.  See
Plaintiffs' Motion for Sanctions.  As Unocal counsel apparently
respects no boundaries and continues this incredible harassment
of plaintiffs, plaintiffs have no choice but to seek the aid of
the Court for a Protective Order and to request the cessation of
this conduct.  See attached hereto as Exhibit 1, a list of the
records depositions that have been set by Unocal in 2007, and
which continue unabated.  Exhibit 2 are the actual notices of
record depositions and subpoenas.

Many of these record depositions seek an enormous quantity
of documents.  All of the specific financial records of the
plaintiffs simply are irrelevant to any of the issues in this
litigation.  See Plaintiffs' Motion in Limine.

A Protective Order is appropriate under Federal Rule of
Civil Procedure 26(c) when "justice requires to protect the
party or person from annoyance, embarrassment, oppression…" and
includes allowing the Court to order that the discovery not be
had, or that certain matters be limited.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

The records sought, or already obtained, in regard to the Grove Family, include records of hotels whenever Larry Grove and/or his wife, Cynthia Grove, traveled, mortgage records, airline records, sausage company records, and bank records.  In regard to bank records, Unocal has received thousands of pages of checks, including hundreds of checks for Enstar, Anchorage Water and Wastewater, Solid Waste, Municipal Light and Power, and other mundane items for years and years.

Unocal counsel has sought all of the Grove Family financial records, including all records of mortgages on their property, Morgan Stanley Financial records, E-trade records, every conceivable record that there is.  This is simply not done in personal injury tort litigation because 1) it is, for the most part, irrelevant to the issues in a personal injury case; and 2) it is also inadmissible as evidence.

In this case, Larry Grove seriously injured his ankle when a poorly constructed platform collapsed in the Unocal building. It is undisputed that he cannot return to the job that he was doing at the time of his injury.  Unocal alleges Mr. Grove has failed to mitigate his damages by not seeking other employment. Regardless of whether that is a legitimate area of inquiry, the scope of the discovery is oppressive and undertaken to harass the Grove Family.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

Larry Grove severely and permanently injured his right ankle when a work platform collapsed in the Unocal building. It is undisputed. He did not ask for the accident. Instead of conducting the case in respectful and adversarial rule, Unocal counsel has resorted to tactics to intimidate and demean the plaintiffs. This is clear by the tone that has been taken by Unocal counsel in the Opposition to Plaintiffs' Motion for Partial Summary Judgment, Motion to Compel and Motion in Limine. Instead of simply resorting to factual disputes, Unocal counsel has continuously resorted to name-calling and derogatory references to Larry Grove and his family.

Plaintiffs ask the Court to compel Unocal to stop this conduct, and sanction Unocal counsel and prevent Unocal counsel from conducting further discovery as to the Grove Family. At this point, it has now become an abusive litigation/abuse of process/and lack of respect for the rule of law. This is shown by the fact Unocal counsel has abused the subpoena power by subpoenaing records in far distant states requiring deponents to appear in Anchorage, Alaska at Unocal counsel's offices, and providing a mere $40.00 witness fee at the same time.

In contrast to the thousands upon thousands of pages of discovery conducted by Unocal counsel to harass and intimidate the Grove Family, Unocal has produced <u>virtually nothing</u> in regard to plaintiffs' discovery requests. Unocal has refused to

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

verify interrogatories, refused to comply with discovery,

provided false answers to discovery, destroyed evidence and/or

concealed evidence.[1]

    Unocal's conduct in this litigation will not stop until the

Court tells Unocal counsel to stop its tactics.   Plaintiffs

respectfully request the Court to grant the Protective Order.

    RESPECTFULLY SUBMITTED this 21st day of June, 2007.

                WEIDNER & ASSOCIATES, INC.
                Counsel for Plaintiffs


                /s/ Michael Cohn
                330 L Street, Suite 200
                Anchorage, AK  99501
                Phone (907) 276-1200
                Fax (907) 278-6571
                E-mail:  nbackes@weidnerjustice.com
                ABA No. 8506049


*CERTIFICATE OF SERVICE*
I hereby certify that on June 21, 2007 a copy of the foregoing
**MOTION FOR SANCTIONS**  was served electronically on John B.
Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness,
LLC.
s/ Michael Cohn

---

[1] For example, plaintiffs requested fire inspection records and Unocal counsel flat out refused claiming that it was irrelevant.  Plaintiffs' counsel then decided to just get the records themselves from other sources, and in fact, these documents revealed numerous entities that plaintiffs were unaware of who were involved in previous inspections, or reviews, of the Unocal building.  This is pertinent, insofar as, that Unocal was claiming that they don't know anything about this work platform in its own building that has been there maybe as long as 20-30 years, and also claims that none of its employees would have any need to go up in the mechanical room where much of the equipment that runs the building is kept, including the filter room where the accident occurred.  Yet, there has been lots of work done in the mechanical room, including extensive renovations and asbestos abatement, and many contractors hired, and many memos and reports given to Unocal building management.  Unocal apparently has lost, or concealed, all of Unocal's own in-house safety technician inspections for the building before the accident.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571