Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNOCAL CORPORATION,<br><br>          Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**(PROPOSED) ORDER** |

**ORDER GRANTING PROTECTIVE ORDER**

The court having considered plaintiffs' renewed motion for protective Order and any all opposition thereto, it is hereby ordered that:

1. Discovery is closed in this matter except for expert depositions.  No further records or other evidence shall be gathered as to the Grove Family.

2. Unocal has obtained much personal and private information regarding the Grove Family, including personal bank account numbers, personal investment account numbers, mortgage loan numbers, and juvenile records, etc. These records are of an entirely personal and private nature. If any of these records are disclosed, outside of this litigation, Unocal and its counsel will be subject to sanctions.

3. Any and all records shall be treated as confidential that are of a highly personal nature involving the Grove Family and to the extent that this order has been violated, Unocal and Unocal counsel shall be sanctioned by this court and ordered to pay damages to the Grove Family for such disclosure.

4. Unocal and Unocal counsel is required to provide the list of all individuals that have had access to the plaintiffs' personal and private information.

5. To the extent that any of this private and personal information of the plaintiffs has been obtained by the defense counsel, it will be destroyed at the end of this litigation. No

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

such private or personal information of the Grove Family shall be allowed to remain in existence at the conclusion of this litigation.

6. Any such documents of a private nature of the Grove Family that defendants seek to use in court or in a pleading, shall be provided to this court under seal, and will not be a public record.

7. The court finds that the requirements of Federal Rule of Civil Procedure 26(c) have been met, and the Grove Family is entitled to a protective order as to all future discovery by the defendant.

DATED:_____        _____
                              UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE
I hereby certify that on June 21, 2007 a copy of the foregoing (Proposed) Order was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.
s/ Michael Cohn

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571