```
Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNOCAL CORPORATION<br><br>                Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0096 CV (TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR PROTECTIVE ORDER**

```
STATE OF ALASKA         )
                        )   ss.
THIRD JUDICIAL DISTRICT )
```

    MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

    1.   I am Michael Cohn, an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., counsel of

record for the Grove plaintiffs in this matter.  I am licensed to practice law in the State of Alaska;

    2. Attached hereto as Exhibit 1 is a list of the records depositions that have been set at the offices of Unocal counsel at 711 H Street, in the year 2007.

    3. Attached hereto as Exhibit 2 are notices of record depositions and subpoenas issued by Unocal counsel in this matter in 2007.

    4. Plaintiffs had fulfilled the meet and confer requirement before filing the initial motion for protective order.  It is also become abundantly clear, that despite plaintiffs' request that these actions cease, that Unocal counsel has no intention of stopping the tactics it is employing against the Grove Family.  Accordingly, the meet and confer requirement has been met and it is useless to pursue this matter any further with counsel for Unocal.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2007 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571