# Exhibit 1
to Affidavit of Michael Cohn Supporting Motion for Protective Order

## Notices/Cancellations and Re-Notices of Records Depositions set by Unocal
(not including depositions of the parties, experts, or treating physicians)

1. Denali Auction Co.;
2. Chase Bank, N.A.;
3. E*Trade;
4. Aurora Loan Services;
5. Circus-Circus Hotel & Casino;
6. Denali Auction Co.;
7. First American Title;
8. Hilton Grand Vacations;
9. Luxor Hotel and Casino;
10. The McClatchy Co.;
11. McKinley Title;
12. Mikunda Cottrell & Co., Inc.;
13. Morgan Stanley;
14. Tropicana Casino & Resort;
15. Bank of America;
16. Bank of America (Credit Cards);
17. Bank of America;
18. State of Alaska Department of Motor Vehicles (Juneau);
19. Bank of America;
20. State of Alaska Department of Motor Vehicles (Anchorage);
21. State of Alaska Department of Motor Vehicles (Juneau);
22. State of Alaska Department of Motor Vehicles (Anchorage);
23. State of Alaska Department of Motor Vehicles;
24. State of Alaska Department of Motor Vehicles;
25. State of Alaska Department of Motor Vehicles;
26. State of Alaska Department of Motor Vehicles;
27. Bank of America;
28. Sea Hawk Air, Inc.;
29. Sea Hawk Air, Inc.;
30. Sea Hawk Air, Inc.;
31. Sea Hawk Air, Inc.;
32. Birchwood Recreation & Shooting Park;
33. Birchwood Recreation & Shooting Park;
34. Alaska USA Federal Credit Union;
35. Bank of America;
36. Alaska USA Federal Credit Union;
37. Alaska Department of Fish & Game;
38. Alaska Department of Fish & Game;
39. Alaska USA Federal Credit Union;

EXHIBIT _____1_____
PAGE 1 of 5

40.    Alaska USA Federal Credit Union;
41.    Alaska USA Federal Credit Union;
42.    Alaska USA Federal Credit Union;
43.    Alaska Department of Fish and Game;
44.    Bank of America;
45.    Birchwood Recreation & Shooting Park;
46.    Alaska Spine Institute (including Rehabilitation Medicine Associates);
47.    Northrim Bank;
48.    Indian Valley Meats;
49.    Wells Fargo Bank;
50.    Alaska USA Federal Credit Union;
51.    Circus-Circus Hotel & Casino;
52.    Alaska Sausage Co., Inc.;
53.    Alaska USA Federal Credit Union;
54.    Alaska Department of Fish and Game;
55.    Birchwood Recreation & Shooting Park;
56.    Alaska Sausage Co., Inc.;
57.    Alaska Spine Institute (including Rehabilitation Medicine Associates);
58.    Circus-Circus Hotel & Casino;
59.    Indian Valley Meats;
60.    Northrim Bank;
61.    Wells Fargo Bank;
62.    State of Alaska Department of Motor Vehicles;
63.    Bank of America (Credit Cards);
64.    Sea Hawk Air;
65.    First National Bank Alaska;
66.    Circus-Circus Hotel & Casino;
67.    Alaska USA Federal Credit Union;
68.    State of Alaska Department of Fish and Game;
69.    Birchwood Recreation & Shooting Park;
70.    Alaska Sausage Co., Inc.
71.    Alaska Spine Institute (including Rehabilitation Medicine Associates);
72.    Indian Valley Meats;
73.    Northrim Bank;
74.    Wells Fargo Bank;
75.    Bank of America;
76.    U.S. Fish and Wildlife Service;
77.    U.S. Fish and Wildlife Service;
78.    Alaska Department of Fish and Game;
79.    Honeywell;
80.    Honeywell;
81.    Summit Bank;
82.    Wells Fargo Bank;
83.    Northwest Airlines;
84.    Wachovia Bank;
85.    PNC Bank;

EXHIBIT 1
PAGE 2 of 5

86.     Sovereign Bank;
87.     PNC Bank;
88.     The McClatchy Co.;
89.     E*Trade;
90.     Delta Airlines;
91.     Citizens Bank;
92.     Citicards;
93.     Citibank;
94.     Chase Bank, N.A.;
95.     Capital One;
96.     Bank of America;
97.     Luxor Hotel and Casino;
98.     JP Morgan Chase Bank;
99.     Uptown Motel;
100.    Uptown Motel;
101.    McKinley Title;
102.    Valdez Harbor Inn;
103.    Tropicana Casino & Resort;
104.    Pennsylvania Fish & boat Commission;
105.    Morgan Stanley;
106.    Alaska Airlines;
107.    Aurora loan Services;
108.    Bank of America;
109.    Circus-Circus Hotel & Casino;
110.    Denali Auction Co.;
111.    First American Title;
112.    Colorado Division of Wildlife;
113.    Easy Travel;
114.    Mikunda Cottrell & Co., Inc.;
115.    Hilton Grand Vacations;
116.    Samuri, Inc.;
117.    Puritan Production Videos, LTD.:
118.    Puritan International LTD.;
119.    Lo-Ji, Inc.;
120.    Lead Dog Enterprises Limited;
121.    Michael Werenblewski;
122.    Funtime Boutique;
123.    Lead Dog Enterprises Limited;
124.    Lo-Ji, Inc.;
125.    Puritan International LTD.;
126.    Puritan Production Videos, LTD.;
127.    Samuri, Inc.;
128.    Funtime Boutique;
129.    Pennsylvania Game Commission;
130.    Wells Fargo Bank;
131.    Wachovia Bank;

EXHIBIT____1____

pAGE 3 of 5

132.   Sovereign Bank;
133.   Sovereign Bank;
134.   Samuri, Inc.;
135.   PNC Bank;
136.   PNC Bank;
137.   Northwest Airlines;
138.   The McClathcy Co.;
139.   Luxor Hotel and Casino
140.   JP Morgan Chase Bank;
141.   E*Trade;
142.   Delta Airlines;
143.   Citizens Bank;
144.   Citicards;
145.   Citibank;
146.   Chase Bank, N.A.;
147.   Capital One;
148.   Bank of America;
149.   CitiMortgage, Inc.;
150.   Citizens Bank;
151.   Circus-Circus Hotel & Casino;
152.   Denali Auction Co.;
153.   E*Trade;
154.   First American Title;
155.   Aurora Loan Services;
156.   Bank of America;
157.   Bank of America;
158.   Capitol One;
159.   Citibank;
160.   Citicards;
161.   Hilton Grand Vacations;
162.   JP Morgan Chase Bank;
163.   Luxor Hotel and Casino;
164.   The McClatchy Co.;
165.   McKinley Title;
166.   Mikunda Cottrell & Co., Inc.;
167.   Morgan Stanley;
168.   PNC Bank;
169.   PNC Bank;
170.   Sovereign Bank;
171.   Sovereign Bank;
172.   Tropicana Casino & Resort;
173.   Wells Fargo Bank, NA;
174.   Wachovia Bank;
175.   Valdez Harbor Inn;
176.   Summit Bank;
177.   Pennsylvania Fish & Boat Commission;

EXHIBIT 1
PAGE 4 of 5

178.    Colorado Division of Wildlife;
179.    Alaska Airlines;
180.    Delta Airlines;
181.    Easy Travel;
182.    Funtime Boutique;
183.    Lead Dog Enterprises Limited;
184.    Michael Werenblewski;
185.    Samuri, Inc.;
186.    Samuri, Inc.;
187.    Puritan International LTD.;
188.    Puritan Production Videos, LTD.;
189.    Lo-Ji, Inc.;
190.    Northwest Airlines;

EXHIBIT____1____
PAGE 5 of 5