**FILE COPY**

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>UNOCAL CORPORATION,<br><br>                    Defendant. | <br><br><br><br><br><br>Case No. 3:04-cv-0096-TMB |

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR DENALI AUCTION CO.

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **Denali Auction Company**, on Friday, **May 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

Re-Notice of Deposition of Records Custodian for Denali Auction Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

EXHIBIT _2_

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

The Records Custodian is requested to bring to the deposition copies of the following E*Trade records, which are at any and all E*Trade locations, including but not limited to those in the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, or, in the case of credit cards, at any location nationwide:

Electronic version or complete and legible copies of all documents related to each and every transaction, including but not limited to personal property acquisitions, appraisals, bidding registers, records of payments and deposits, cancelled checks, donations, membership fees, mailing lists, auction dates, sales records, and any other business records pertaining to *accounts held by Lawrence H. ("Larry") Grove, individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53      SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
    and/or:  P.O. Box 222253,  Anchorage, AK 99522
    and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57      SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ___16___ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
    Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Denali Auction Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

2    May __16__, 2007, to the following:

3    Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4    330 L Street, Suite 200
Anchorage AK 99501

5

By: _____

6                    Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Denali Auction Co.
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

FILE COPY GROVE

1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska  99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska



6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ALASKA

9  LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
10 GROVE (DOB 1/21/88) by and through his
   father LAWRENCE H. GROVE,
11

12                  Plaintiffs,
          vs.
13
   UNOCAL CORPORATION,                    Case No. 3:04-cv-0096-TMB
14
                    Defendant.
15

16     **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR**
17                  **CHASE BANK, N.A.**

18         Defendant, Unocal Corporation, by and through its attorneys, Clapp,

19  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

20  deposition of the **Records Custodian** for **Chase Bank, N.A. (also f/k/a Chase**

21  **Manhattan Bank)**, on Monday, **May 21, 2007** at the hour of **10:00 a.m.**, at the

22  offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H

23  Street, Suite 620, in Anchorage, Alaska.  The deposition will be taken before an

24  officer authorized to administer oaths by the laws of the United States or of the

25

26

Notice of Deposition of Records Custodian for Chase Bank, N.A. (4 Groves—cr.cds)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following Chase Bank, N.A. records, including records from Banc One, Bank One, and Chase Manhattan Bank, all n/k/a Chase Bank, which are at any and all Chase Bank locations, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, or at any location nationwide:

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Chase Bank, N.A. (4 Groves—cr.cds)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

5.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove*,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
    and/or:   P.O. Box 222253,  Anchorage, AK 99522
    and/or:   15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN:  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
Address:  (same as above)

Sarah H. Grove    DOB:  11-12-85    SSN:  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
Address:  (same as above) and any Colorado address

Michael J. Grove    DOB:  01-21-90    SSN:  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
Address:  (same as above) and any Pennsylvania address

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ___16___ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By_____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Chase Bank, N.A. (4 Groves—cr.cds)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

1

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

2     May __/6__, 2007, to the following:

3     Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4     330 L Street, Suite 200
Anchorage, AK 99501

5     By: _____
                Dianne A. Pitts

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Chase Bank, N.A. (4 Groves—cr.cds)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

AO88  (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF

ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO:  Chase Bank, USA N.A.
Subpoena Processing Dept.– IN1-4054
7610 W. Washington Street
Indianapolis, IN  46231

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑  YOU ARE COMMANDED to appear at the place, date, and specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness 711 H Street, Suite 620    Anchorage, AK 99501 | DATE AND TIME  5/31/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE  5-16-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

Attorneys for Defendant

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

FILE
RECEIVED
MAY 2 2007
WEIDNER & ASSOCIATES

1 John B. Thorsness, Esq.
2 Linda J. Johnson, Esq.
  CLAPP, PETERSON, VAN FLEIN,
3 TIEMESSEN & THORSNESS, LLC
  711 H Street, Suite 620
4 Anchorage, Alaska 99501
  (907) 272-9272
5 usdc-anch-ntc@cplawak.com
6 Attorneys for Defendant Unocal Alaska

7

8                IN THE UNITED STATES DISTRICT COURT

9                   FOR THE DISTRICT OF ALASKA

10 LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
11 GROVE (DOB 1/21/88) by and through his
   father LAWRENCE H. GROVE,
12
                    Plaintiffs,
13
14      vs.
                                         Case No. 3:04-cv-0096-TMB
15 UNOCAL CORPORATION,

16                  Defendant.

17      **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR
18                          E*TRADE**

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Records Custodian** for **E*Trade a/k/a E*Trade Financial**

22 **Corporation**, on Monday, **May 21, 2007** at the hour of **10:00 a.m.**, at the offices of

23 Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

24 620, in Anchorage, Alaska.   The deposition will be taken before an officer

25

26

Notice of Deposition of Records Custodian for E*Trade (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-1-07

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following E*Trade records at any and all E*Trade locations nationwide, which records are in E*Trade's possession, custody or control:

1.  Electronic version or complete and legible copies of any and all documents and records pertaining to accounts related to *Lawrence H. ("Larry") Grove individually,  Cynthia A. ("Cindy") Grove individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly,* and also to include accounts on which the above-named individuals are secondary account holders (i.e., co-signers), including without limitation records of:  individual or joint  bank accounts, including bank statements and canceled checks; money market accounts, including statements and canceled checks; mutual fund accounts, including statements; certificates of deposits; IRAs and any other retirement accounts; loans; mortgage and equity accounts; private equity accounts; brokerage accounts; trade accounts and investment accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; any and all other wealth management records; and receipts/records of payment to Mikunda Cottrell for any and all services rendered from January 1, 2000 to the present.

2.  Electronic version or complete and legible copies of all *documents and records* pertaining to all **corporate and/or business accounts** for which **Lawrence H. ("Larry") Grove** and/or **Cynthia A. ("Cindy") Grove** <u>are members, owners, officers, and/or signatory(ies)</u> on any account or document, including without limitation any and all: corporate/business bookkeeping/accounting records; ledgers; checkbooks (i.e., check stubs); bank accounts, including bank statements and canceled checks; payroll accounts; money market accounts, including statements; certificates of deposits; loans; mortgage and equity accounts including private equity; brokerage accounts; trade accounts and  investment accounts; retirement accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; and any other wealth management records; and receipts/records of payment to Mikunda Cottrell for services rendered from January 1, 2000 to the present.

The above-listed records relate to:

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for E*Trade (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53      SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
    and/or:  P.O. Box 222253,  Anchorage, AK 99522
    and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57      SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May _____, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Notice of Deposition of Records Custodian for E*Trade (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

AO88  (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO:  Attn:  Legal Process Dept.
E*Trade Securities, LLC  (for E*Trade Financial Corp.)
671 N. Glebe Road,  11th Flr
Arlington, VA  22203

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620     Anchorage, AK  99501 | DATE AND TIME<br>5/18/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>5-1-07 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC<br>711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272 | Attorneys for Defendant |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

FILE

RECEIVED

MAY 2 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                Plaintiffs,

  vs.

UNOCAL CORPORATION,

                Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR AURORA LOAN SERVICES

    Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **Aurora Loan Services**, on Friday, **May 18, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Aurora Loan Services
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

51-07

The Records Custodian is requested to bring to the deposition copies of the following records, which are in Aurora Loan Services' possession, custody or control:

1. Electronic version or complete and legible copies of any and all documents and records pertaining to accounts related to *Lawrence H. ("Larry") Grove individually, Cynthia A. ("Cindy") Grove individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly,* and also to include accounts on which the above-named individuals are secondary account holders (i.e., co-signers), including without limitation records of: individual or joint bank accounts, including bank statements and canceled checks; money market accounts, including statements and canceled checks; mutual fund accounts, including statements; certificates of deposits; IRAs and any other retirement accounts; loans; mortgage and equity accounts; private equity accounts, brokerage accounts; trade accounts and investment accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; any and all other wealth management records; and receipts/records of payment to Mikunda Cottrell for any and all services rendered from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53      SSN: 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
Addresses:  8300 Dagan Street, Anchorage, AK 99502
and/or:  P.O. Box 222253, Anchorage, AK 99522
and/or:  15831 Mercedes Drive, Talkeetna, AK  99676

and

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57      SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

#

#

#

Notice of Deposition of Records Custodian for Aurora Loan Services
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _1 st_ day of May 2007.

1

2 CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
3 Attorneys for Defendant Unocal

4

5 By _____

6 Linda J. Johnson, 8911070

7 CERTIFICATE OF SERVICE

8 I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
9 May _____, 2007, to the following:

10 Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
11 Anchorage AK 99501

12 By: _____
Dianne A. Pitts
13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Deposition of Records Custodian for Aurora Loan Services
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

AO88 (Rev. 1/94) Subpoena in a Civil Case

### Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO: Attn: Legal Dept.
Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO  80124

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  | — |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK  99501 | DATE AND TIME<br>5/18/2007 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>5-1-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC          Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.



FILE ⓒ

RECEIVED

MAY 2 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

          Plaintiffs,

  vs.

UNOCAL CORPORATION,

          Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR CIRCUS-CIRCUS HOTEL & CASINO*

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for **Circus-Circus Hotel & Casino*** (Las

Vegas, Nevada) on Friday, **May 18, 2007** at the hour of **10:00 a.m.**, at the offices

of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street,

Suite 620, in Anchorage, Alaska.  The deposition will be taken before an officer

———————————

\* Owned by MGM MIRAGE who is the Registered Agent.

Notice of Deposition of Records Custodian for Circus-Circus Hotel & Casino (Las Vegas, NV)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

5-1-07

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

1.    Each and every record documenting reservations and charges incurred by **Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove** from January 1, 2000 to the present.

2.    Each and every record documenting gambling proceeds for **Lawrence ("Larry") Grove** from January 1, 2000 to the present, including January 2005, January 2006, and January 2007.

3.    Each and every record documenting gambling proceeds for **Cynthia ("Cindy") Grove** from January 1, 2000 to the present, including January 2005, January 2006, and January 2007.

4.    Each and every record documenting complimentary hotel accommodations, meals, health spa, entertainment, and other hotel and casino perks that were offered to **Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove** from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53      SSN: 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
Addresses:  8300 Dagan Street, Anchorage, AK 99502
    and/or:  P.O. Box 222253, Anchorage, AK 99522
    and/or:  15831 Mercedes Drive, Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57      SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Notice of Deposition of Records Custodian for Circus-Circus Hotel & Casino (Las Vegas, NV)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _____ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May _____, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Circus-Circus Hotel & Casino (Las Vegas, NV)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO:  Bryan Wright, Regist. Agent
MGM  MIRAGE
3799 Las Vegas Blvd So.
Las Vegas, NV  89109

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto (re Circus Circus Las Vegas).

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620     Anchorage, AK  99501 | 5/18/2007 10:00 am |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  | 5-1-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER.
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC    Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

FILE

Glove

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAY   2 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

           Plaintiffs,

   vs.

UNOCAL CORPORATION,

           Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR DENALI AUCTION CO.

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **Denali Auction Company**, on Friday, **May 18, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

Notice of Deposition of Records Custodian for Denali Auction Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

5-1-07

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

The Records Custodian is requested to bring to the deposition copies of the following E*Trade records, which are at any and all E*Trade locations, including but not limited to those in the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, or, in the case of credit cards, at any location nationwide:

> Electronic version or complete and legible copies of all documents related to each and every transaction, including but not limited to personal property acquisitions, appraisals, bidding registers, records of payments and deposits, cancelled checks, donations, membership fees, mailing lists, auction dates, sales records, and any other business records pertaining to *accounts held by Lawrence H. ("Larry") Grove, individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
     and/or:  P.O. Box 222253,  Anchorage, AK 99522
     and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ⎽⎽⎽⎽⎽ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
     Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Denali Auction Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

<u>CERTIFICATE OF SERVICE</u>

1   I certify that a copy of this document was
    ☑ mailed, ☐ faxed, ☐ hand delivered on
2   May _____, 2007, to the following:

3   Phillip P. Weidner Esq.
    Phillip Paul Weidner & Associates
4   330 L Street, Suite 200
    Anchorage AK 99501

5
    By: _____
6              Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Denali Auction Co.
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

### SUBPOENA IN A CIVIL CASE

Case Number:[1]  3:04-cv-0096-TMB

TO:  Attn: Jim Alleva
     Denali Auction Co.
     P.O. Box 770303
     Eagle River, AK  99577

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  | |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

    Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK  99501 | 5/18/2007 10:00 am |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 5-1-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC          Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

RECEIVED **FILE**

MAY 2 2007

WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska  99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

6

7              IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF ALASKA

9  LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
10 GROVE (DOB 1/21/88) by and through his
   father LAWRENCE H. GROVE,
11
12              Plaintiffs,

        vs.
13
   UNOCAL CORPORATION,                    Case No. 3:04-cv-0096-TMB
14
                Defendant.
15

16              **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR**
                **FIRST AMERICAN TITLE**

17         Defendant, Unocal Corporation, by and through its attorneys, Clapp,

18 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

19 deposition of the **Records Custodian** for **First American Title**, on Friday, **May 18,**

20 **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

21

22 Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

23 The deposition will be taken before an officer authorized to administer oaths by the

24 laws of the United States or of the place where the examination is held, and will

25 continue from day to day until completed.

26

Notice of Deposition of Records Custodian for First American Title
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

S-1-07

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

The Records Custodian is requested to bring to the deposition copies of the following records which are in First American Title's possession, custody or control:

Electronic version or complete and legible copies of all documents and records related to each and every transaction, including but not limited to land purchases, real estate records, mortgage documents, loan records, financial documents, closing documents, title reports, maps/diagrams of property, sales records, payment records (showing the method of payment), bank statements, cashier checks, loan statements, mortgage and equity statements, and any other business records pertaining to *accounts held by **Lawrence H. ("Larry") Grove, individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly,* from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53       SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
    and/or:  P.O. Box 222253,  Anchorage, AK 99522
    and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57       SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this __15th__ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for First American Title
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1

<u>CERTIFICATE OF SERVICE</u>

2    I certify that a copy of this document was
☐ mailed,  ☐ faxed,  ☐ hand delivered on
3    May ____/____, 2007, to the following:

Phillip P. Weidner Esq.
4    Phillip Paul Weidner & Associates
330 L Street, Suite 200
5    Anchorage AK 99501

6    By: _____
Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Deposition of Records Custodian for First American Title
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

AO88  (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

## SUBPOENA IN A CIVIL CASE

Case Number:[1]  3:04-cv-0096-TMB

TO:  Mr. Terry Bryan, Regist. Agent
    First American Title
    3035 C Street
    Anchorage, AK  99503

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

      Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK  99501 | 5/18/2007 10:00 am |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 5-1-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC        Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**FILED**

**RECEIVED**

MAY 2 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                          Plaintiffs,

     vs.

UNOCAL CORPORATION,                          Case No. 3:04-cv-0096-TMB

                          Defendant.

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR HILTON GRAND VACATIONS

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for **Hilton Grand Vacations** on Friday,

**May 18, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van

Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage,

Alaska. The deposition will be taken before an officer authorized to administer

Notice of Deposition of Records Custodian for Hilton Grand Vacations
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

1. Each and every record documenting reservations and charges incurred by **Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove** from January 1, 2000 to the present.

2. Each and every record documenting complimentary accommodations, meals, health spa, entertainment, tours, and any other services and/or hotel perks that were provided to **Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove** from January 1, 2000 to the present.

3. Any and all records related to **Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove**, documenting time share and/or property ownership, including but not limited to contracts, arrangements, reservations, occupation, accounts, annual maintenance fees, and any and all related charges incurred or income received related thereto, and including without limitation the full name of any guest(s) and the dates of occupancy, from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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

Residents of:    8300 Dagan Street, Anchorage, AK 99502
and/or:    P.O. Box 222253, Anchorage, AK 99522
and/or:    15831 Mercedes Drive, Talkeetna, AK 99676

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Hilton Grand Vacations
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

DATED at Anchorage, Alaska, this _____ 1st _____ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
        Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☑ mailed, ☐ faxed, ☐ hand delivered on
May ___/___, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
        Dianne A. Pitts

Notice of Deposition of Records Custodian for Hilton Grand Vacations
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

AO88  (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO:  Rebecca Sloan, Sr. VP & General Counsel
Hilton Grand Vacations
5323 Millenia Lakes Blvd, Ste 400
Orlando, FL  32839

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK  99501 | DATE AND TIME<br>5/18/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE  5-1-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC          Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

C FILE



RECEIVED

MAY 2 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                         Plaintiffs,

    vs.

UNOCAL CORPORATION,                          Case No. 3:04-cv-0096-TMB

                         Defendant.

### NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
### FOR LUXOR HOTEL AND CASINO*

   Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for **Luxor Hotel and Casino\*** (Las Vegas,

Nevada) on Friday, **May 18, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in

Anchorage, Alaska.   The deposition will be taken before an officer authorized to

   \* Owned by MGM MIRAGE who is the Registered Agent.

Notice of Deposition of Records Custodian for Luxor Hotel & Casino
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1    administer oaths by the laws of the United States or of the place where the

2    examination is held, and will continue from day to day until completed.

3        The Records Custodian is requested to bring to the deposition copies of the

4    following records:

5        1.   Each and every record documenting reservations and
6            charges incurred by **Lawrence ("Larry") Grove and/or
7            Cynthia ("Cindy") Grove** from January 1, 2000 to the
        present.

8        2.   Each and every record documenting gambling proceeds for
9            **Lawrence ("Larry") Grove** from January 1, 2000 to the
10           present, including January 2005, January 2006, and January
        2007.

11       3.   Each and every record documenting gambling proceeds for
12           **Cynthia ("Cindy") Grove** from January 1, 2000 to the
13           present, including January 2005, January 2006, and January
        2007.

14       4.   Each and every record documenting complimentary hotel
        accommodations, meals, health spa, entertainment, and
15           other hotel and casino perks that were offered to **Lawrence
16           ("Larry") Grove and/or Cynthia ("Cindy") Grove** from
        January 1, 2000 to the present.

17   The above-listed records relate to:

18       Lawrence H. Grove a/k/a Larry Grove
19       DOB:  08-11-53        SSN: 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
    Addresses:  8300 Dagan Street,  Anchorage, AK 99502
20          and/or:   P.O. Box 222253,  Anchorage, AK 99522
       and/or:   15831 Mercedes Drive,  Talkeetna, AK  99676

21

22       Cynthia A. Grove a/k/a Cindy Grove
    DOB:  03-13-57        SSN:  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
23       Address:  (same as above)

24       If the requested records are produced to the undersigned before the date

25   and time for which this deposition is scheduled, the deposition will be canceled.

26

Notice of Deposition of Records Custodian for Luxor Hotel & Casino
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this __1st__ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____

Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May _____, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____

Dianne A. Pitts

Notice of Deposition of Records Custodian for Luxor Hotel & Casino
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

AO88  (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO:  Bryan Wright, Corporate Legal Dept.
MGM MIRAGE
3950 Las Vegas Blvd So.
Las Vegas, NV  89119

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| — |  |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto (re Luxor Hotel and Casino).

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK 99501 | DATE AND TIME<br>5/18/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  | 5-1-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC      Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.