FILE COPY

RECEIVED

MAR 0 9 2007

WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska  99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

6

7                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ALASKA

8  LAWRENCE H. GROVE, CYNTHIA
9  GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
10 father LAWRENCE H. GROVE,

11              Plaintiffs,

12     vs.

13 UNOCAL CORPORATION,                    Case No. 3:04-cv-0096-TMB

14              Defendant.

15 **NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN**
16 **FOR STATE OF ALASKA DEPARTMENT OF MOTOR VEHICLES**

17     PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

18 the **Records Custodian for** the State of Alaska **Department of Motor Vehicles**

19 (Juneau office) on Friday, March 9, 2007 at the hour of 10:00 a.m. is **CANCELLED.**

20     DATED at Anchorage, Alaska, this _____ day of March 2007.

21
                        CLAPP, PETERSON, VAN FLEIN,
22                      TIEMESSEN & THORSNESS, LLC
                        Attorneys for Defendant Unocal
23

24

25     By _____
                     Linda J. Johnson, 8911070
26

Notice of Cancellation of Deposition of Records Custodian for State of AK Dept. of Motor Vehicles (L.Grove-drvr)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

<u>CERTIFICATE OF SERVICE</u>
I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
March ____8____, 2007, to the following:

2

3

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
     *& courtesy copy by facsimile*

4

5

By:_____
          Dianne A. Pitts

6

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of DMV (drvr)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Cancellation of Deposition of Records Custodian for State of AK Dept. of Motor Vehicles (L.Grove-drvr)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

**Clapp, Peterson, Van Flein,**
**Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Grove-Depontc

☐ **FILE**

SI

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

**RECEIVED**

MAR 0 8 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR BANK OF AMERICA

    Defendant, Unocal Corporation, by and through its attorneys, Clapp,
Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the
deposition of the **Records Custodian** for Bank of America on Friday, **March 16,
2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.
The deposition will be taken before an officer authorized to administer oaths by the

RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA (2nd) (cr.cds – 4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3-8-07

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Bank of America locations, including but not limited to Anchorage and Talkeetna, Alaska, the state of Colorado, or, in the case of credit cards, at any location nationwide:

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove,*, including, but without

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA (2nd) (cr.cds – 4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

limitation, all individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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

Sarah H. Grove    DOB: 11-12-85    SSN: 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

Michael J. Grove    DOB: 01-21-90    SSN: 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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 8 day of March 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
March 8, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

6200-1 Grove v. Unocal/Re-Not.of Recs Depo of Bank of America (2nd) (cr.cds.4.Groves)

RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA (2nd) (cr.cds — 4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CLAPP · PETERSON

VAN FLEIN · TIEMESSEN · THORSNESS
———————————— LLC ————————————

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
Liam J. Moran, Of Counsel
James D. Gilmore, Of Counsel
Milton L. Moss, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of ____7____ pages (including this cover sheet).

**Date:**        March 8, 2007

**To:**          Phillip Paul Weidner, Esq.  (276-1200)      **Fax No.:**     278-6571

**From:**        Linda J. Johnson, Esq.                      **Phone:**      272-9272

            **Re:** *Grove v. Unocal Corporation*            **Mail copy?**     Yes
            Our File No. 6200-1

**Item sent:**   *Courtesy copies of :*
            a) **Re-Notice** of Deposition of Records Custodian for Bank of America
            b) 2 Notices of **Cancellation** of Deposition of Records Custodian for **DMV**

**Message:**

**CONFIDENTIALITY NOTICE**

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

If there are any problems with this transmission, please call Dianne, Natalie, Betty, or Barbara at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272   email • anch@cplawak.com   fax • 907-272-9586

☐ **FILE**
**RECEIVED**
MAR 0 8 2007
**WEIDNER & ASSOCIATES**

1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska  99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

6

7              IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF ALASKA

   LAWRENCE H. GROVE, CYNTHIA
9  GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
10 father LAWRENCE H. GROVE,

11              Plaintiffs,

12    vs.

13 UNOCAL CORPORATION,                    Case No. 3:04-cv-0096-TMB

14              Defendant.

15

16 <u>**NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN**</u>
   <u>**FOR STATE OF ALASKA DEPARTMENT OF MOTOR VEHICLES**</u>

17        PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

18 the **Records Custodian** for the State of Alaska **Department of Motor Vehicles**

19 (Anchorage office) on Friday, March 9, 2007 at 10:00 a.m. is **CANCELLED**.

20        DATED at Anchorage, Alaska, this ⟨8⟩ day of March 2007.

21

22                          CLAPP, PETERSON, VAN FLEIN,
                            TIEMESSEN & THORSNESS, LLC
23                          Attorneys for Defendant Unocal

24

25                          By _____
                               Linda J. Johnson, 8911070
26

Notice of Cancellation of Deposition of Records Custodian for State of AK Dept. of Motor Vehicles (L.Grove--veh)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

<u>CERTIFICATE OF SERVICE</u>
I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
March _____ 8 _____, 2007, to the following:

2

3
Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

4
    & courtesy copy by facsimile

5
By: _____
          Dianne A. Pitts

6
6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of DMV (veh)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Cancellation of Deposition of Records Custodian for State of AK Dept. of Motor Vehicles (L.Grove--veh)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAR 0 8 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

             Plaintiffs,

    vs.

UNOCAL CORPORATION,                    Case No. 3:04-cv-0096-TMB

             Defendant.

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR STATE OF ALASKA DEPARTMENT OF MOTOR VEHICLES

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for** the State of Alaska **Department of Motor Vehicles** (Juneau office) on Friday, March 9, 2007 at the hour of 10:00 a.m. is **CANCELLED**.

DATED at Anchorage, Alaska, this ___8___ day of March 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
    Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Records Custodian for State of AK Dept. of Motor Vehicles (L.Grove-drvr)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
March _8_, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
    & courtesy copy by facsimile

By: _____
      Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Cancellation of Recs Depo of DMV (drvr)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for State of AK Dept. of Motor Vehicles (L.Grove-drvr)
_Grove v. Unocal_, Case No. 3:04-cv-0096-TMB
Page 2 of 2

FILE COPY
RECEIVED *Grove*

MAR 0 9 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                  Plaintiffs,

vs.

UNOCAL CORPORATION,

                  Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR STATE OF ALASKA DEPARTMENT OF MOTOR VEHICLES

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian** for the State of Alaska **Department of Motor Vehicles** (Anchorage office) on Friday, March 9, 2007 at 10:00 a.m. is **CANCELLED.**

DATED at Anchorage, Alaska, this _____ day of March 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
    Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for State of AK Dept. of Motor Vehicles (L.Grove--veh)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

3-8-07

1

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on

2

March _____8_____, 2007, to the following:

3

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

4

    *& courtesy copy by facsimile*

5

By: _____
       Dianne A. Pitts

6

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of DMV (veh)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for State of AK Dept. of Motor Vehicles (L.Grove--veh)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

**RECEIVED**

MAR 0 2 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR STATE OF ALASKA DEPARTMENT OF MOTOR VEHICLES

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for State of Alaska **Department of Motor**

**Vehicles**, on Friday, **March 9, 2007** at the hour of **10:00 a.m.**, at the offices of

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

620, in Anchorage, Alaska.  The deposition will be taken before an officer

Re-Notice of Depo. of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove -drvr)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

> Any and all records from 1990 through the present related to **Lawrence H. ("Larry") Grove, DOB: 8/11/1953, Soc. Sec. No. 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,** for any and all below-described activity in the state of Alaska, including but not limited to the locations of Talkeetna and Anchorage, Alaska: driver's licenses issued, renewed, suspended, or revoked; infractions, violations, tickets issued (including parking and moving violations); changes of address; accident reports; and any other records in your possession, custody, or control relating to the above-identified person.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _1st_ day of March 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was
[X] mailed, [X] faxed, [ ] hand delivered on
March __/__, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts
6200-1 Grove v. Unocal/Re-Not.of Recs Depo of DMV (driver) (L.Grove)

Re-Notice of Depo. of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove -drvr)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

**RECEIVED**

MAR  0 2 2007

**WEIDNER & ASSOCIATES**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

  vs.

UNOCAL CORPORATION,

               Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR STATE OF ALASKA DEPARTMENT OF MOTOR VEHICLES

     Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for State of Alaska **Department of Motor**

**Vehicles**, on Friday, **March 9, 2007** at the hour of **10:00 a.m.**, at the offices of

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

620, in Anchorage, Alaska.   The deposition will be taken before an officer

Re-Notice of Depo. of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove – veh.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

> Any and all records from 1990 through the present related to **Lawrence H. ("Larry") Grove, DOB: 8/11/1953, Soc. Sec. No. 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**, for any and all below-described activity in the state of Alaska, including but not limited to the locations of Talkeetna, Alaska and Anchorage, Alaska: vehicle registration and licensing records for all vehicles, including trailers and recreational vehicles, licensed or owned by Lawrence H. ("Larry") Grove; and any other vehicle-related records in your possession, custody, or control relating to the above-identified person.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ___1st___ day of March 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
March ___/___, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts
6200-1  Grove v. Unocal/Re-Not.of Recs Depo of DMV (veh.) (L.Grove)

Re-Notice of Depo. of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove – veh.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAR 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR STATE OF ALASKA DEPARTMENT OF MOTOR VEHICLES

     Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for State of Alaska **Department of Motor**

**Vehicles**, on Friday, **March 9, 2007** at the hour of **10:00 a.m.**, at the offices of

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

620, in Anchorage, Alaska. The deposition will be taken before an officer

Re-Notice of Depo. of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove -drvr)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3-1-07

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

> Any and all records from 1990 through the present related to **Lawrence H. ("Larry") Grove, DOB: 8/11/1953, Soc. Sec. No. 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,** for any and all below-described activity in the state of Alaska, including but not limited to the locations of Talkeetna and Anchorage, Alaska: driver's licenses issued, renewed, suspended, or revoked; infractions, violations, tickets issued (including parking and moving violations); changes of address; accident reports; and any other records in your possession, custody, or control relating to the above-identified person.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ___1st___ day of March 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was
[X] mailed, [X] faxed, [ ] hand delivered on
March ___1___, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

6200-1 Grove v. Unocal/Re-Not.of Recs Depo of DMV (driver) (L.Grove)

Re-Notice of Depo. of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove -drvr)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

FILE COPY

RECEIVED

MAR 0 1 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                Plaintiffs,

    vs.

UNOCAL CORPORATION,

                Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR STATE OF ALASKA DEPARTMENT OF MOTOR VEHICLES

    Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for State of Alaska **Department of Motor**

**Vehicles**, on Friday, **March 9, 2007** at the hour of **10:00 a.m.**, at the offices of

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

620, in Anchorage, Alaska.  The deposition will be taken before an officer

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Depo. of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove – veh.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

> Any and all records from 1990 through the present related to **Lawrence H. ("Larry") Grove, DOB: 8/11/1953, Soc. Sec. No. 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,** for any and all below-described activity in the state of Alaska, including but not limited to the locations of Talkeetna, Alaska and Anchorage, Alaska: vehicle registration and licensing records for all vehicles, including trailers and recreational vehicles, licensed or owned by Lawrence H. ("Larry") Grove; and any other vehicle-related records in your possession, custody, or control relating to the above-identified person.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____1ST_____ day of March 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
March _____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

6200-1  Grove v. Unocal/Re-Not of Recs Depo of DMV (veh.) (L.Grove)

Re-Notice of Depo. of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove – veh.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

RECEIVED

MAR 0 1 2007

WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska 99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7
                IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE DISTRICT OF ALASKA
9
10 LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
11 father LAWRENCE H. GROVE,
12                    Plaintiffs,
13
14      vs.                                    Case No. 3:04-cv-0096-TMB
15 UNOCAL CORPORATION,
16                    Defendant.

17      **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
18              **FOR BANK OF AMERICA**

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Records Custodian** for Bank of America on Friday, **March 9,**

22 **2007** at the hour of **10:00 a.m.,** at the offices of Clapp, Peterson, Van Flein,

23 Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24 The deposition will be taken before an officer authorized to administer oaths by the

25

26 RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA (cr.cds – 4 Groves)
   Grove v. Unocal, Case No. 3:04-cv-0096-TMB
   Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3-1-07

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Bank of America locations, including but not limited to Anchorage and Talkeetna, Alaska, the state of Colorado, or, in the case of credit cards, at any location nationwide:

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove,*, including, but without

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA (cr.cds – 4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

limitation, all individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53   SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57   SSN: 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

Sarah H. Grove   DOB: 11-12-85   SSN: 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

Michael J. Grove   DOB: 01-21-90   SSN: 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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 1st day of March 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
[X] mailed, [X] faxed, [ ] hand delivered on
March ___/___, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts
6200-1  Grove v. Unocal/Re-Not.of Recs Depo of Bank of America (cr.cds.4.Groves)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA (cr.cds – 4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAR 0 2 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                Plaintiffs,

   vs.

UNOCAL CORPORATION,

                Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF
## SEA HAWK AIR, INC.

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Sea Hawk Air, Inc.** on Friday, **March 9, 2007** at the hour of 10:00 a.m. is **CANCELLED.**

DATED at Anchorage, Alaska, this _1st_ day of March 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR SEA HAWK AIR, INC.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3-1-07

<u>CERTIFICATE OF SERVICE</u>

1    I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
2    March _____/_____, 2007, to the following:

3    Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
4        & courtesy copy by facsimile

5    By: _____
Dianne A. Pitts
6
6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of Sea Hawk Air

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR SEA HAWK AIR, INC.
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

FILE COPY

1 John B. Thorsness, Esq.
Linda J. Johnson, Esq.
2 CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
3 711 H Street, Suite 620
Anchorage, Alaska 99501
4 (907) 272-9272
usdc-anch-ntc@cplawak.com
5 Attorneys for Defendant Unocal Alaska

**RECEIVED**

MAR 0 1 2007

WEIDNER & ASSOCIATES

6

7 IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

8

9 LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
10 father LAWRENCE H. GROVE,

11
Plaintiffs,
12 vs.

13 UNOCAL CORPORATION,                         Case No. 3:04-cv-0096-TMB

14
Defendant.
15

16 **NOTICE OF CANCELLATION OF DEPOSITION OF
SEA HAWK AIR, INC.**

17
PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of
18
the **Records Custodian for Sea Hawk Air, Inc.** on Friday, **March 9, 2007** at the hour
19
of 10:00 a.m. is **CANCELLED.**
20
DATED at Anchorage, Alaska, this _____ day of March 2007.
21

22 CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
23 Attorneys for Defendant Unocal

24

25 By _____
Linda J. Johnson, 8911070
26

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR SEA HAWK AIR, INC.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3-1-07

<u>CERTIFICATE OF SERVICE</u>

1  I certify that a copy of this document was
   ☒mailed, ☒ faxed, ☐ hand delivered on
2  March _____/_____, 2007, to the following:

3  Phillip P. Weidner Esq.
   330 L Street, Suite 200
   Anchorage AK 99501
4       & courtesy copy by facsimile

5  By: _____
              Dianne A. Pitts
6  6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of Sea Hawk Air

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR SEA HAWK AIR, INC.
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

# CLAPP • PETERSON
## VAN FLEIN • TIEMESSEN • THORSNESS
—— LLC ——

**ANCHORAGE**

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
James D. Gilmore, Of Counsel
Liam J. Moran, Of Counsel
Milton L. Moss, Of Counsel

**FAIRBANKS**

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of ____3____ pages (including this cover sheet).

**Date:**      March 1, 2007

**To:**      Phillip P. Weidner, Esq.          **Fax No.:**      278-6571
Weidner & Associates

**From:**      Linda J. Johnson, Esq.          Telephone:      272-9272

**Re:**      *Grove v. Unocal*          **Mail copy?**      Yes
Our File No. 6200-1

**Items Sent:**      Notice of **Cancellation** of 3/**9**/07 records deposition for Sea Haw Air, Inc.

**Message:**

CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.-

If there are any problems with this transmission, please call Dianne, Betty, Barbara, or Natalie at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272    email • anch@cplawak.com    fax • 907-272-9586