John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

**RECEIVED**

MAR 0 2 2007

WEIDNER & ASSOCIATES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

### RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
### FOR SEA HAWK AIR, INC.

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for Sea Hawk Air, Inc., on Friday, **March 9,**

**2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

The deposition will be taken before an officer authorized to administer oaths by the

*Clapp, Peterson, Van Flein,*
*Tiemessen & Thorsness, LLC*
*711 H Street, Suite 620*
*Anchorage, Alaska 99501-3454*
*(907) 272-9272 fax (907) 272-9586*

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the below-listed records relating to **Lawrence H. ("Larry") Grove** of:

P.O. Box 222253  AND/OR  15831 Mercedes Drive
Anchorage, AK 99522   Talkeetna, AK 99676

1.    Each and every accounting record for all fly-in hunting and fishing trips regarding Lawrence Grove as a passenger or party from January 1, 2000 to the present.

2.    Each and every record documenting locations of trips regarding Lawrence ("Larry") Grove as a passenger or party from January 1, 2000 to the present.

3.    Each and every record identifying weight and list of gear and freight hauled to and from each location regarding Lawrence ("Larry") Grove as a passenger or party from January 1, 2000 to the present.

4.    Each and every record identifying fish, hides, antlers, horns, and meat transported to and from each location regarding Lawrence ("Larry") Grove as a passenger or party from January 1, 2000 to the present.

5.    Each and every record identifying all passengers and parties for each trip in which Lawrence ("Larry") Grove participated in from January 1, 2000 to the present.

6.    Each and every application and permit applied for by Lawrence ("Larry") Grove *and anyone in his party,* including **Sarah Grove,** from January 1, 2000 to the present.

7    Each and every photograph and or videotape taken of Lawrence ("Larry") Grove and anyone in his party from January 1, 2000 to the present.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

\#

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this ___1st___ day of March 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
March ___/___, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts%
6200-1  Grove v. Unocal/Re-Not.of Recs Depo of Sea Hawk (L. Grove)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

FILE COPY
RECEIVED
MAR 0 1 2007
WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR SEA HAWK AIR, INC.

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Sea Hawk Air, Inc., on Friday, **March 9, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3-1-07

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the below-listed records relating to **Lawrence H. ("Larry") Grove** of:

P.O. Box 222253    AND/OR    15831 Mercedes Drive
Anchorage, AK 99522         Talkeetna, AK 99676

1.   Each and every accounting record for all fly-in hunting and fishing trips regarding Lawrence Grove as a passenger or party from January 1, 2000 to the present.

2.   Each and every record documenting locations of trips regarding Lawrence ("Larry") Grove as a passenger or party from January 1, 2000 to the present.

3.   Each and every record identifying weight and list of gear and freight hauled to and from each location regarding Lawrence ("Larry") Grove as a passenger or party from January 1, 2000 to the present.

4.   Each and every record identifying fish, hides, antlers, horns, and meat transported to and from each location regarding Lawrence ("Larry") Grove as a passenger or party from January 1, 2000 to the present.

5.   Each and every record identifying all passengers and parties for each trip in which Lawrence ("Larry") Grove participated in from January 1, 2000 to the present.

6.   Each and every application and permit applied for by Lawrence ("Larry") Grove *and anyone in his party*, including **Sarah Grove**, from January 1, 2000 to the present.

7   Each and every photograph and or videotape taken of Lawrence ("Larry") Grove and anyone in his party from January 1, 2000 to the present.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

#

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this ___1st___ day of March 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
        Linda J. Johnson, 8911070

## CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
March ___/___, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
        Dianne A. Pitts%
6200-1  Grove v. Unocal/Re-Not.of Recs Depo of Sea Hawk (L. Grove)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR SEA HAWK AIR, INC. (re Lawrence Grove)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

1
John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
2   TIEMESSEN & THORSNESS, LLC
3   711 H Street, Suite 620
Anchorage, Alaska  99501
4   (907) 272-9272
usdc-anch-ntc@cplawak.com
5   Attorneys for Defendant Unocal Alaska

**RECEIVED**

MAR  0 2 2007

WEIDNER & ASSOCIATES

6

7                    IN THE UNITED STATES DISTRICT COURT

8                        FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
9   GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
10  father LAWRENCE H. GROVE,

11                          Plaintiffs,

12        vs.

13  UNOCAL CORPORATION,                        Case No. 3:04-cv-0096-TMB

14                          Defendant.

15       **NOTICE OF CANCELLATION OF DEPOSITION OF
16    BIRCHWOOD RECREATION & SHOOTING PARK
            a/k/a BIRCHWOOD SHOOTING RANGE**

17       PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

18  the **Records  Custodian  for  Birchwood  Recreation  &  Shooting  Park** (a/k/a

19  Birchwood Shooting Range) on Friday, March 2, 2007 at 10:00 a.m. is **CANCELLED.**

20

21       DATED at Anchorage, Alaska, this _1st_ day of March 2007.

22                                    CLAPP, PETERSON, VAN FLEIN,
                                      TIEMESSEN & THORSNESS, LLC
23                                    Attorneys for Defendant Unocal

24

25                                    By _____
                                          Linda J. Johnson, 8911070
26

NOTICE OF CANCELLATION OF DEPO. OF RECORDS CUSTODIAN FOR BIRCHWOOD RECREATION & SHOOTING PARK
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3-1-07

1

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on

2

March _____ /_____, 2007, to the following:

3

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

4

     *& courtesy copy by facsimile*

5

By: _____
            Dianne A. Pitts

6

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of Birchwood Rec....

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPO. OF RECORDS CUSTODIAN FOR BIRCHWOOD RECREATION & SHOOTING PARK
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

FILE COPY
SP

1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska  99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

**RECEIVED**

MAR 0 1 2007

WEIDNER & ASSOCIATES

6
7              IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF ALASKA

8  LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
9  GROVE (DOB 1/21/88) by and through his
   father LAWRENCE H. GROVE,
10
11              Plaintiffs,

       vs.
12
   UNOCAL CORPORATION,                          Case No. 3:04-cv-0096-TMB
13
                Defendant.
14

15          **NOTICE OF CANCELLATION OF DEPOSITION OF**
16          **BIRCHWOOD RECREATION & SHOOTING PARK**
               **a/k/a BIRCHWOOD SHOOTING RANGE**
17
18          PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

19  the Records Custodian for Birchwood Recreation & Shooting Park (a/k/a

20  Birchwood Shooting Range) on Friday, March 2, 2007 at 10:00 a.m. is **CANCELLED.**

21          DATED at Anchorage, Alaska, this _1st_ day of March 2007.

22                                  CLAPP, PETERSON, VAN FLEIN,
                                    TIEMESSEN & THORSNESS, LLC
23                                  Attorneys for Defendant Unocal

24
25  By _____
                                    Linda J. Johnson, 8911070
26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPO. OF RECORDS CUSTODIAN FOR BIRCHWOOD RECREATION & SHOOTING PARK
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

3-1-07

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
March _____7_____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
    *& courtesy copy by facsimile*

By: _____
        Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of Birchwood Rec....

NOTICE OF CANCELLATION OF DEPO. OF RECORDS CUSTODIAN FOR BIRCHWOOD RECREATION & SHOOTING PARK
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

# CLAPP · PETERSON

## VAN FLEIN · TIEMESSEN · THORSNESS
—————————— LLC —————————— ——— — —

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
James D. Gilmore, Of Counsel
Liam J. Moran, Of Counsel
Milton L. Moss, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of ____13____ pages (including this cover sheet).

**Date:** March 1, 2007

**To:** Phillip P. Weidner, Esq.
Weidner & Associates

**Fax No.:** 278-6571

**From:** Linda J. Johnson, Esq.

**Telephone:** 272-9272

**Re:** *Grove v. Unocal*
Our File No. 6200-1

**Mail copy?** Yes

**Items Sent:**

1) Notice of **Cancellation** of records deposition for Birchwood Recreation And Shooting Park on **3/2/07**;

2) Re-Notices of depositions from 3/2/07 **to 3/9/07** for:
   a) Alaska Dept. of Motor Vehicles (Juneau – driving records)
   b) Alaska Dept. of Motor Vehicles (Anchorage – vehicle records)
   c) Bank of America ([Phoenix] credit card records)
   d) Sea Hawk Air, Inc.

**Message:**

CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.-

If there are any problems with this transmission, please call Dianne, Betty, Barbara, or Natalie at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272   email • anch@cplawak.com   fax • 907-272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
MAR 0 2 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

              Plaintiffs,

  vs.

UNOCAL CORPORATION,

              Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA USA FEDERAL CREDIT UNION

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Alaska USA Federal Credit Union.** on Friday, March 2, 2007 at the hour of 10:00 a.m. is **CANCELLED.**

DATED at Anchorage, Alaska, this 1st day of March 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
March _____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
    *& courtesy copy by facsimile*

By: _____
       Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of AK USA Fed.Cr.Un (2)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA USA FEDERAL CREDIT UNION (2)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

RECEIVED

MAR 0 2 2007

WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ALASKA

9

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
11  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,

12
              Plaintiffs,
13

14      vs.                                    Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16              Defendant.

17      **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
18              **FOR BANK OF AMERICA**

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian** for Bank of America on Friday, **March 9,**

22  **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23  Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24
    The deposition will be taken before an officer authorized to administer oaths by the
25

26
    RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA (cr.cds – 4 Groves)
    Grove v. Unocal, Case No. 3:04-cv-0096-TMB
    Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  laws of the United States or of the place where the examination is held, and will

2  continue from day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies all of

4  the following records from at any and all Bank of America locations, including but

5  not limited to Anchorage and Talkeetna, Alaska, the state of Colorado, or, in the

6  case of credit cards, at any location nationwide:

7
8      1.    Electronic version or complete and legible copies of all credit card
             statements, and any other credit card records pertaining to open and/or
9            closed *accounts held by Lawrence H. ("Larry") Grove and Cynthia A.
             ("Cindy") Grove*, including, but without limitation, all individual and joint
10           credit card records from January 1, 1999 to the present.

11     2.    Electronic version or complete and legible copies of all credit card
             statements, and any other credit card records pertaining to open and/or
12           closed *accounts held by Lawrence H. ("Larry") Grove*, including, but
             without limitation, all individual and joint credit card records from January
13           1, 1999 to the present.

14     3.    Electronic version or complete and legible copies of all credit card
             statements, and any other credit card records pertaining to open and/or
15           closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but
             without limitation, all individual and joint credit card records from January
16           1, 1999 to the present.

17     4.    Electronic version or complete and legible copies of all credit card
             statements, and any other credit card records pertaining to open and/or
18           closed *accounts held by Sarah H. Grove*, including, but without limitation,
             all individual and joint credit card records from January 1, 1999 to the
19           present.

20
21     4.    Electronic version or complete and legible copies of all credit card
             statements, and any other credit card records pertaining to open and/or
22           closed *accounts held by Sarah H. Grove*, including, but without limitation,
             all individual and joint credit card records from January 1, 1999 to the
23           present.

24     5.    Electronic version or complete and legible copies of all credit card
             statements, and any other credit card records pertaining to open and/or
25           closed *accounts held by Michael J. Grove*,, including, but without

26

RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA (cr.cds – 4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1   limitation, all individual and joint credit card records from January 1, 1999
    to the present.

2   The above-listed records relate to the below-named residents of Alaska:

3       Lawrence H. Grove a/k/a Larry Grove
        DOB:  08-11-53      SSN: 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
4
        Cynthia A. Grove a/k/a Cindy Grove
5       DOB: 03-13-57       SSN:  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

6       Sarah H. Grove      DOB:  11-12-85      SSN:  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
7
        Michael J. Grove    DOB:  01-21-90      SSN:  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

8       If the requested records are produced to the undersigned before the date

9   and time for which this deposition is scheduled, the deposition will be canceled.

10      DATED at Anchorage, Alaska, this ___1st___ day of March 2007.

11                              CLAPP, PETERSON, VAN FLEIN,
                                TIEMESSEN & THORSNESS, LLC
12                              Attorneys for Defendant Unocal

13

14                              By _____
15                                  Linda J. Johnson, 8911070

16
        CERTIFICATE OF SERVICE
17
    I certify that a copy of this document was
18  [X] mailed, [X] faxed, [ ] hand delivered on
    March ___/___, 2007, to the following:
19
    Phillip P. Weidner Esq.
20  330 L Street, Suite 200
    Anchorage AK 99501
21
    By: _____
22      Dianne A. Pitts
    6200-1  Grove v. Unocal/Re-Not.of Recs Depo of Bank of America (cr.cds.4.Groves)
23

24

25

26
    RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA (cr.cds – 4 Groves)
    Grove v. Unocal, Case No. 3:04-cv-0096-TMB
    Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

FILE COPY *Grove*

RECEIVED

MAR 0 2 2007

WEIDNER & ASSOCIATES

1 | John B. Thorsness, Esq.
Linda J. Johnson, Esq.
2 | CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
3 | 711 H Street, Suite 620
Anchorage, Alaska 99501
4 | (907) 272-9272
usdc-anch-ntc@cplawak.com
5 | Attorneys for Defendant Unocal Alaska

6

7 | IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

8 | LAWRENCE H. GROVE, CYNTHIA
9 | GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
10 | father LAWRENCE H. GROVE,

11 |                    Plaintiffs,

12 |       vs.

13 | UNOCAL CORPORATION,                    Case No. 3:04-cv-0096-TMB

14 |                    Defendant.

15

16 | **NOTICE OF CANCELLATION OF DEPOSITION OF
RECORDS CUSTODIAN FOR ALASKA USA FEDERAL CREDIT UNION**

17

18 |       PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

19 | the **Records Custodian for Alaska USA Federal Credit Union.** on Friday, February

20 | 28, 2007 at the hour of 10:00 a.m. is **CANCELLED.**

21 |       DATED at Anchorage, Alaska, this _28_ day of February 2007.

22 |                              CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
23 |                              Attorneys for Defendant Unocal

24

25 | By _____
Linda J. Johnson, 8911070
26

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA USA FEDERAL CREDIT UNION
*Grove v. Unocal*, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

## CERTIFICATE OF SERVICE

2

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on

3

February _20_ , 2007, to the following:

4

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

5

    *& courtesy copy by facsimile*

6

By: _____

7

           Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of AK USA Fed.Cr.Un

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA USA FEDERAL CREDIT UNION
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

FiLE COPY  RECEIVED

MAR 0 2 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

      vs.

UNOCAL CORPORATION,                      Case No. 3:04-cv-0096-TMB

                    Defendant.

## NOTICE OF CANCELLATION OF DEPOSITION OF
## RECORDS CUSTODIAN FOR ALASKA DEPARTMENT OF FISH & GAME

      PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

the **Records Custodian for Alaska Department of Fish & Game.** on Friday,

March 2, 2007 at the hour of 10:00 a.m. is **CANCELLED.**

      DATED at Anchorage, Alaska, this _____ day of February 2007.

                              CLAPP, PETERSON, VAN FLEIN,
                              TIEMESSEN & THORSNESS, LLC
                              Attorneys for Defendant Unocal

                              By _____
                                   Linda J. Johnson, 8911070

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA DEPT. OF FISH & GAME
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

2

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on

3

February ___28___, 2007, to the following:

4

Phillip P. Weidner Esq.
330 L Street, Suite 200

5

Anchorage AK 99501
    &amp; courtesy copy by facsimile

6

By:_____

7

Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of AK Dept. Fish & Game

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA DEPT. OF FISH & GAME
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

S
P mc

FILE COPY

1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska  99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF ALASKA

9  LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
10 father LAWRENCE H. GROVE,

11                   Plaintiffs,

12      vs.

13 UNOCAL CORPORATION,                    Case No. 3:04-cv-0096-TMB

14                   Defendant.

15

16          **NOTICE OF CANCELLATION OF DEPOSITION OF**
   **RECORDS CUSTODIAN FOR ALASKA DEPARTMENT OF FISH & GAME**
17

18        PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

19 the **Records Custodian for Alaska Department of Fish & Game**. on Friday,

20 March 2, 2007 at the hour of 10:00 a.m. is **CANCELLED**.

21        DATED at Anchorage, Alaska, this 28 day of February 2007.

22                                        CLAPP, PETERSON, VAN FLEIN,
                                          TIEMESSEN & THORSNESS, LLC
23                                        Attorneys for Defendant Unocal

24

25                                        By
                                             Linda J. Johnson, 8911070
26

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA DEPT. OF FISH & GAME
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

2
### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
3    February _28_, 2007, to the following:

4    Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
5        & courtesy copy by facsimile

6
By: _Dianne A. Pitts_
7         Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of AK Dept. Fish & Game

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Clapp, Peterson, Van Flein,**
**Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA DEPT. OF FISH & GAME
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2