S
P-mc

CLAPP • PETERSON
VAN FLEIN • TIEMESSEN • THORSNESS
LLC

FILE COPY

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
James D. Gilmore, Of Counsel
Liam J. Moran, Of Counsel
Milton L. Moss, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

RECEIVED
FEB 2 8 2007
WEIDNER & ASSOCIATES

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of 5 pages (including this cover sheet).

**Date:** February 28, 2007

**To:** Phillip P. Weidner, Esq.
Weidner & Associates

**Fax No.:** 278-6571

**From:** Linda J. Johnson, Esq.

**Telephone:** 272-9272

**Re:** *Grove v. Unocal*
Our File No. 6200-1

**Mail copy?** Yes

**Items Sent:** Notices of **Cancellation** of records depositions for 1) Alaska USA Federal Credit Union and 2) Alaska Dept. of Fish & Game

Message:

CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential Information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.-

If there are any problems with this transmission, please call Dianne, Betty, Barbara, or Natalie at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272 email • anch@cplawak.com fax • 907-272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA USA FEDERAL CREDIT UNION**

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Alaska USA Federal Credit Union**, on Friday, February 28, 2007 at the hour of 10:00 a.m. is **CANCELLED**.

DATED at Anchorage, Alaska, this 28 day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By [signature]
Linda J. Johnson, 8911070



Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

2-28-07

CERTIFICATE OF SERVICE

I certify that a copy of this document was [X] mailed, [X] faxed, [ ] hand delivered on February 28, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
*& courtesy copy by facsimile*

By: [signature]
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Cancellation of Recs Depo of AK USA Fed.Cr.Un

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CLAPP • PETERSON
VAN FLEIN • TIEMESSEN • THORSNESS
LLC

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
James D. Gilmore, Of Counsel
Liam J. Moran, Of Counsel
Milton L. Moss, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of 3 pages (including this cover sheet).

**Date:** March1, 2007

**To:** Phillip P. Weidner, Esq.
Weidner & Associates

**Fax No.:** 278-6571

**From:** Linda J. Johnson, Esq.

**Telephone:** 272-9272

**Re:** *Grove v. Unocal*
Our File No. 6200-1

**Mail copy?** Yes

**Items Sent:** Notices of **Cancellation** of records depositions for Alaska USA Federal Credit Union on **3/2/07.**

**Message:**

CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.-

If there are any problems with this transmission, please call Dianne, Betty, Barbara, or Natalie at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272 email • anch@cplawak.com fax • 907-272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA USA FEDERAL CREDIT UNION**

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Alaska USA Federal Credit Union.** on Friday, March 2, 2007 at the hour of 10:00 a.m. is **CANCELLED.**

DATED at Anchorage, Alaska, this 1st day of March 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: [signature]
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☒ faxed, ☐ hand delivered on March 1, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
*& courtesy copy by facsimile*

By: [signature]
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Cancellation of Recs Depo of AK USA Fed.Cr.Un (2)

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

S P-mc

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
FEB 28 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

**RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA USA FEDERAL CREDIT UNION**

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Alaska USA Federal Credit Union on Friday, **March 2, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer

oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records, which records are at any and all Alaska USA Federal Credit Union locations, statewide, including but not limited to Anchorage and Talkeetna:

1. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

2. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

3. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Michael J. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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

Sarah H. Grove DOB: 11-12-85 SSN: 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

Michael J. Grove DOB: 01-21-90 SSN: 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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 27 day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By [signature]
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was [✓] mailed, [✓] faxed, [ ] hand delivered on February 27, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
*& courtesy copy by facsimile*

By: [signature]
Ellen B Collins

6200-1 Grove v. Unocal/Re-Notice/Re-Not.of Recs Depo of AK USA Fed.Cr.Un. (4.Groves)

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB




**RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA USA FEDERAL CREDIT UNION**

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Alaska USA Federal Credit Union on Friday, **March 2, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records, which records are at any and all Alaska USA Federal Credit Union locations, statewide, including but not limited to Anchorage and Talkeetna:

1. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

2. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

3. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Michael J. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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

Sarah H. Grove DOB: 11-12-85 SSN: 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

Michael J. Grove DOB: 01-21-90 SSN: 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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 27 day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By ______________________
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☑ mailed, ☑ faxed, ☐ hand delivered on February 27, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
*& courtesy copy by facsimile*

By: [signature]
Ellen B Collins

6200-1 Grove v. Unocal/Re-Notice/Re-Not.of Recs Depo of AK USA Fed.Cr.Un. (4.Groves)

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

S
P – MC

CLAPP • PETERSON
VAN FLEIN • TIEMESSEN • THORSNESS
LLC

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
Liam J. Moran, Of Counsel
James D. Gilmore, Of Counsel
Milton L. Moss, Of Counsel

RECEIVED
FEB 27 2007
WEIDNER & ASSOCIATES

FAIRBANKS

John J. Tiemessen
David A. Carlson
Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of 5 pages (including this cover sheet).

C

**Date:** February 27, 2007

**To:** Phillip Paul Weidner, Esq. (276-1200) **Fax No.:** 278-6571

**From:** Linda J. Johnson, Esq. Phone: 272-9272

**Re:** *Grove v. Unocal Corporation*
Our File No. 6200-1 **Mail copy?** Yes

**Item sent:** 1) Re-Notice of Deposition of Records Custodian for:
a) Alaska USA FederalCredit Union [moved to 3/02/07]

**Message:**

**CONFIDENTIALITY NOTICE**

**This facsimile transmission and the documents accompanying it may contain confidential Information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please Immediately notify us by telephone to arrange for return of the documents.**

**If there are any problems with this transmission, please call Dianne, Natalie, Betty, or Barbara at (907) 272-9272.**

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272 email • anch@cplawak.com fax • 907-272-9586

CLAPP • PETERSON
VAN FLEIN • TIEMESSEN • THORSNESS
LLC

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
Liam J. Moran, Of Counsel
James D. Gilmore, Of Counsel
Milton L. Moss, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of 25 pages (including this cover sheet).

**Date:** February 22, 2007

**To:** Phillip Paul Weidner, Esq. (276-1200) **Fax No.:** 278-6571

**From:** Linda J. Johnson, Esq. Phone: 272-9272

**Re:** *Grove v. Unocal Corporation* **Mail copy?** Yes
Our File No. 6200-1

**Item sent:**

1) Re-Notice of Deposition of Records Custodian for:
   a) Alaska USA FederalCredit Union [moved from 2/23/07 to 2/28/07]
   b) Alaska Dept. of Fish & Game [moved from 2/23/o7 to 3/2/07]
   c) Birchwood Rec. & Shooting Park [moved from 2/23/o7 to 3/2/07]

2) 7 Notices of Cancellation of Depositions of Records Custodians [on 2/23/07]

**Message:**

CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

If there are any problems with this transmission, please call Dianne, Natalie, Betty, or Barbara at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272 email • anch@cplawak.com fax • 907-272-9586

SP

CLAPP • PETERSON
VAN FLEIN • TIEMESSEN • THORSNESS
LLC

RECEIVED
FEB 21 2007
WEIDNER & ASSOCIATES

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
Liam J. Moran, Of Counsel
James D. Gilmore, Of Counsel
Milton L. Moss, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of __/____ pages (including this cover sheet).

**Date:** February 21, 2007

**To:** Phillip Paul Weidner, Esq. (276-1200)
Michael Cohn, Esq.

**Fax No.:** 278-6571

**From:** Dianne for Linda J. Johnson, Esq.

Phone: 272-9272

**Re:** *Grove v. Unocal Corporation*
Our File No. 6200-1

**Mail copy?** No

**Item sent:**

**Message:** This will to advise you that the records deposition of the Records Custodian for First National Bank Alaska *will* take place on February 23, 2007 at 10:00 AM, at our offices.

C

CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

If there are any problems with this transmission, please call Dianne, Natalie, Betty, or Barbara at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272 email • anch@cplawak.com fax • 907-272-9586

RMC

RECEIVED
FEB 22 2007
WEIDNER & ASSOCIATES

C

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

From 23rd → 3/2

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA DEPARTMENT OF FISH AND GAME

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Alaska Department of Fish and Game, on Friday, **March 2, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to



Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records relating to the any and all of the following individuals:

a) **Brian Grove**, a resident of Pennsylvania;
b) **Mark Grove**, a resident of Pennsylvania;
c) **Gordon R. Woodard** of Anchorage, AK, (907) 333-6630, 632-2783; and
d) **John A. Yenason,** DOB: 7/__/55; SS#.: 209-42-____; of 132 Darling Street, Wilkes Barre, PA 18702; (570) 830-4090.

1. Each and every resident and non-resident application and permit regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason from 2000 through 2006, including Tier 2 applications, for moose, sheep, deer, caribou, bison, bear, sport fishing and trapping.

2. All Harvest Ticket information from 2000 through 2006 regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason.

3. All Bear sealing information from 2000 through 2006 regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason.

4. All Fur sealing information from 2000 through 2006 regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 22 day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By [signature]
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☒ faxed, ☐ hand delivered on February 22, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
*Courtesy copy by facsimile*

By: [signature]
Dianne A. Pitts

6200-1 Grove v. Unocal/Re-Not.of Recs Depo of ADFG (4 indiv.)

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

SPMC

RECEIVED
FEB 22 2007
WEIDNER & ASSOCIATES



John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA**

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Bank of America** [Seattle, banking records] on Friday, March 2, 2007 at the hour of 10:00 a.m. is **CANCELLED.**

DATED at Anchorage, Alaska, this 22 day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By [signature]
Linda J. Johnson, 8911070



Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☒ faxed, ☐ hand delivered on February 22, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
*& courtesy copy by facsimile*

By: [signature]
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Cancellation of Recs Depo of Bank of America (Seattle – banking recs)

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



RECEIVED
FEB 2 2 2007
WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BIRCHWOOD RECREATION & SHOOTING PARK a/k/a BIRCHWOOD SHOOTING RANGE**

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Birchwood Recreation & Shooting Park (a/k/a Birchwood Shooting Range), on Friday, **March 2, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before



Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records (related to persons whose address is P.O. Box 222253 Anchorage, Alaska 99552, and/or Talkeetna, Alaska):

1. Each and every document related to the Birchwood Recreation & Shooting Park membership of **Lawrence H. ("Larry") Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

2. Each and every document relating to the Birchwood Recreation & Shooting Park membership of **Cynthia A. ("Cindy") Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

3. Each and every document relating to the Birchwood Recreation & Shooting Park membership of **Sarah H. Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

4. Each and every document relating to Birchwood Recreation & Shooting Park membership of **Michael J. Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

#

#

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this 22 day of February 2007.

CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By ______________________
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☒ faxed, ☐ hand delivered on February 22, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
*Courtesy copy by facsimile*

By: ______________________
Dianne A. Pitts

6200-1 Grove v. Unocal/Re-Not.of Recs Depo of Birchwood Shlg Range (4 Groves)

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586