

RECEIVED

FEB 2 2 2007

WEIDNER & ASSOCIATES



John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

          Plaintiffs,

vs.

UNOCAL CORPORATION,

          Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA SPINE INSTITUTE (including Rehabilitation Medicine Associates)

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Alaska Spine Institute** (including Rehabilitation Medicine Associates). on Friday, February 23, 2007 at the hour of 10:00 a.m. is **CANCELLED**.

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____.
        Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was ☒ mailed, ☒ faxed, ☐ hand delivered on February _22_, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
   *& courtesy copy by facsimile*

By: _____
        Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of AK Spine

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA SPINE INSTITUTE (& RMA)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

**RECEIVED**

**FEB 2 2 2007**

**WEIDNER & ASSOCIATES**

Ⓒ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                Plaintiffs,

vs.

UNOCAL CORPORATION,

                Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR NORTHRIM BANK

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

the **Records Custodian for Northrim Bank** on Friday, February 23, 2007 at the hour

of 10:00 a.m. is **CANCELLED.**

DATED at Anchorage, Alaska, this 22 day of February 2007.

                CLAPP, PETERSON, VAN FLEIN,
                TIEMESSEN & THORSNESS, LLC
                Attorneys for Defendant Unocal

                By

                Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
February _22_, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
    *& courtesy copy by facsimile*

By: _____
        Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of Northrim Bank

Clapp, Peterson, Van Flein,
Tienessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR NORTHRIM BANK
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2



RECEIVED

FEB 2 2 2007

WEIDNER & ASSOCIATES

1   John B. Thorsness, Esq.
    Linda J. Johnson, Esq.
2   CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
3   711 H Street, Suite 620
    Anchorage, Alaska 99501
4   (907) 272-9272
    usdc-anch-ntc@cplawak.com
5   Attorneys for Defendant Unocal Alaska

6

7            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF ALASKA
8

9   LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
10   father LAWRENCE H. GROVE,

11                   Plaintiffs,

12    vs.

13   UNOCAL CORPORATION,           Case No. 3:04-cv-0096-TMB

14                   Defendant.

15

16         **NOTICE OF CANCELLATION OF DEPOSITION OF**
         **RECORDS CUSTODIAN FOR INDIAN VALLEY MEATS**

17

18       PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

the **Records Custodian for Indian Valley Meats** on Friday, February 23, 2007 at the
19

hour of 10:00 a.m. is **CANCELLED.**
20

21       DATED at Anchorage, Alaska, this _____ day of February 2007.

22                    CLAPP, PETERSON, VAN FLEIN,
                     TIEMESSEN & THORSNESS, LLC
23                    Attorneys for Defendant Unocal

24

25             By

26                      Linda J. Johnson, 8911070

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR INDIAN VALLEY MEATS
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

## CERTIFICATE OF SERVICE

2 I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
February __22__, 2007, to the following:

3

Phillip P. Weidner Esq.
4 330 L Street, Suite 200
Anchorage AK 99501
5        *& courtesy copy by facsimile*

6 By: _____
        Dianne A. Pitts

7 6200-1 Grove v. Unocal/Not.of Cancellation of Recs Depo of Indian Meats

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR INDIAN VALLEY MEATS
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

P-mc

**RECEIVED**

FEB 2 2 2007

**WEIDNER & ASSOCIATES**

C

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

### NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR WELLS FARGO BANK a/k/a WELLS FARGO BANK, NA and f/k/a NATIONAL BANK OF ALASKA

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Wells Fargo Bank** (and f/k/a **National Bank of Alaska**) on Friday, February 23, 2007 at the hour of 10:00 a.m. is **CANCELLED.**

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
February _22_, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
    & courtesy copy by facsimile

By: _____
        Dianne A. Pitts

6200-1  Grove v. Unocal/Not. of Cancellation of Recs Depo of Wells Fargo (&NBA)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR WELLS FARGO BANK
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2



RECEIVED

FEB 2 2 2007

WEIDNER & ASSOCIATES

From 31st
to
28th

1 | John B. Thorsness, Esq.
2 | Linda J. Johnson, Esq.
   | CLAPP, PETERSON, VAN FLEIN,
3 | TIEMESSEN & THORSNESS, LLC
   | 711 H Street, Suite 620
4 | Anchorage, Alaska 99501
   | (907) 272-9272
5 | usdc-anch-ntc@cplawak.com
6 | Attorneys for Defendant Unocal Alaska

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE DISTRICT OF ALASKA

10 | LAWRENCE H. GROVE, CYNTHIA
    | GROVE, SARAH GROVE, and MICHAEL
    | GROVE (DOB 1/21/88) by and through his
11 | father LAWRENCE H. GROVE,

12 | Plaintiffs,

13

14 | vs. | Case No. 3:04-cv-0096-TMB

15 | UNOCAL CORPORATION,

16 | Defendant.

17 | **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
18 | **FOR ALASKA USA FEDERAL CREDIT UNION**

19 | Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 | Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 | deposition of the **Records Custodian** for Alaska USA Federal Credit Union on

22 | Wednesday, **February 28, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp,

23 | Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in

24 | Anchorage, Alaska. The deposition will be taken before an officer authorized to

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

administer oaths by the laws of the United States or of the place where the

examination is held, and will continue from day to day until completed.

    The Records Custodian is requested to bring to the deposition copies of the

following records, which records are at any and all Alaska USA Federal Credit

Union locations, statewide, including but not limited to Anchorage and Talkeetna:

1.    Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

2.    Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

3.    Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN: 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

Sarah H. Grove     DOB: 11-12-85     SSN: 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

Michael J. Grove     DOB: 01-21-90     SSN: 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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ⟨⟨ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Re-Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
February _22_, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
        *& courtesy copy by facsimile*

By: _Dianne A. Pitts_
      Dianne A. Pitts

6200-1  Grove v. Unocal/Re-Not.of Recs Depo of AK USA Fed.Cr.Un. (4.Groves)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

SP-mc

**RECEIVED**

FEB 22 2007

WEIDNER & ASSOCIATES

Ⓒ

1  John B. Thorsness, Esq.
Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
Anchorage, Alaska  99501
4  (907) 272-9272
usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

6

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE DISTRICT OF ALASKA

9  LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
10  father LAWRENCE H. GROVE,

11                     Plaintiffs,

12       vs.

13  UNOCAL CORPORATION,                    Case No. 3:04-cv-0096-TMB

14                     Defendant.

15

16  **NOTICE OF CANCELLATION OF DEPOSITION OF**
**RECORDS CUSTODIAN FOR CIRCUS-CIRCUS HOTEL & CASINO**

17

18       PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

19  the **Records Custodian for Circus-Circus Hotel & Casino** (Reno, Nevada) on

20  Friday, February 23, 2007 at the hour of 10:00 a.m. is **CANCELLED.**

21       DATED at Anchorage, Alaska, this 22 day of February 2007.

22                                    CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
23                                    Attorneys for Defendant Unocal

24

25                                    By _____
                                          Linda J. Johnson, 8911070
26

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR CIRCUS-CIRCUS HOTEL & CASINO
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

## CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
February _22_, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
    *& courtesy copy by facsimile*

By: _____
        Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of Circus-Circus

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR CIRCUS-CIRCUS HOTEL & CASINO
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

RECEIVED

FEB 2 2 2007

WEIDNER & ASSOCIATES

1   John B. Thorsness, Esq.
    Linda J. Johnson, Esq.
2   CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
3   711 H Street, Suite 620
    Anchorage, Alaska 99501
4   (907) 272-9272
    usdc-anch-ntc@cplawak.com
5   Attorneys for Defendant Unocal Alaska

6

7           IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF ALASKA
8

9   LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
10   father LAWRENCE H. GROVE,

11                 Plaintiffs,

12     vs.

13   UNOCAL CORPORATION,             Case No. 3:04-cv-0096-TMB

14                 Defendant.

15

16           **NOTICE OF CANCELLATION OF DEPOSITION OF**
        **RECORDS CUSTODIAN FOR ALASKA SAUSAGE CO., INC.**
17

18         PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

19   the **Records Custodian for Alaska Sausage Co., Inc.** on Friday, February 23, 2007

20   at the hour of 10:00 a.m. is **CANCELLED.**

21         DATED at Anchorage, Alaska, this _____ day of February 2007.

22                       CLAPP, PETERSON, VAN FLEIN,
                        TIEMESSEN & THORSNESS, LLC
23                       Attorneys for Defendant Unocal

24

25                   By _____
                        Linda J. Johnson 8911070
26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

2      <u>CERTIFICATE OF SERVICE</u>

       I certify that a copy of this document was
3      ☒ mailed, ☒ faxed, ☐ hand delivered on
       February _22_, 2007, to the following:

4      Phillip P. Weidner Esq.
       330 L Street, Suite 200
5      Anchorage AK 99501
              & courtesy copy by facsimile

6
       By: _____
7                Dianne A. Pitts

       6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of AK Sausage
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA SAUSAGE CO., INC.
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

**RECEIVED**

FEB 2 3 2007

WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7

          IN THE UNITED STATES DISTRICT COURT
8
             FOR THE DISTRICT OF ALASKA
9

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12               Plaintiffs,

13       vs.

14                                          Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16               Defendant.

17

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR ALASKA USA FEDERAL CREDIT UNION

18

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian** for Alaska USA Federal Credit Union on

22  Wednesday, **February 28, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp,

23  Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in

24  Anchorage, Alaska.  The deposition will be taken before an officer authorized to

25

26

Re-Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

Clapp, Peterson, van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1    administer oaths by the laws of the United States or of the place where the

2    examination is held, and will continue from day to day until completed.

3        The Records Custodian is requested to bring to the deposition copies of the

4    following records, which records are at any and all Alaska USA Federal Credit

5    Union locations, statewide, including but not limited to Anchorage and Talkeetna:

6
7
8       1.    Electronic version or complete and legible copies of all bank statements,
              cancelled checks, deposits and withdrawals, cashier checks, loan
              statements, mortgage and equity statements, credit card statements, and
              any other banking records pertaining to *accounts held by **Lawrence H.
9             ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without
              limitation, all individual and joint checking accounts,  individual and joint
10            savings accounts, individual and joint money market accounts, individual
              and joint certificates of deposits, individual and joint IRAs, individual and
11            joint loans, individual and joint mortgage and equity accounts, and
              individual and joint credit card records from January 1, 1999 to the
12            present.

13      2.    Electronic version or complete and legible copies of all bank statements,
              cancelled checks, deposits and withdrawals, cashier checks, loan
14            statements, mortgage and equity statements, credit card statements, and
              any other banking records pertaining to *accounts held by **Lawrence H.
15            ("Larry") Grove***, including, but without limitation, all individual and joint
              checking accounts,  individual and joint savings accounts, individual and
16            joint money market accounts, individual and joint certificates of deposits,
              individual and joint IRAs, individual and joint loans, individual and joint
17            mortgage and equity accounts, and individual and joint credit card records
              from January 1, 1999 to the present.
18

19      3.    Electronic version or complete and legible copies of all bank statements,
              cancelled checks, deposits and withdrawals, cashier checks, loan
20            statements, mortgage and equity statements, credit card statements, and
              any other banking records pertaining to *accounts held by **Cynthia A.
21            ("Cindy") Grove***, including, but without limitation, all individual and joint
              checking accounts,  individual and joint savings accounts, individual and
22            joint money market accounts, individual and joint certificates of deposits,
              individual and joint IRAs, individual and joint loans, individual and joint
23            mortgage and equity accounts, and individual and joint credit card records
              from January 1, 1999 to the present.
24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Michael J. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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

Sarah H. Grove    DOB: 11-12-85    SSN: 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

Michael J. Grove    DOB: 01-21-90    SSN: 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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

<u>CERTIFICATE OF SERVICE</u>

1  I certify that a copy of this document was
   ☒ mailed, ☒ faxed, ☐ hand delivered on
2  February ___22___, 2007, to the following:

3  Phillip P. Weidner Esq.
   330 L Street, Suite 200
4  Anchorage AK 99501
              *& courtesy copy by facsimile*

5

6  By: _____
                Dianne A. Pitts
7  6200-1  Grove v. Unocal/Re-Not.of Recs Depo of AK USA Fed.Cr.Un. (4.Groves)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Re-Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 4 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

RECEIVED

FEB 23 2007

WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska 99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

6

7              IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF ALASKA

9  LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
10 GROVE (DOB 1/21/88) by and through his
   father LAWRENCE H. GROVE,
11
                    Plaintiffs,
12
13      vs.                                    Case No. 3:04-cv-0096-TMB
14 UNOCAL CORPORATION,
15                  Defendant.
16

17         **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
           **FOR ALASKA DEPARTMENT OF FISH AND GAME**
18
19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Records Custodian** for Alaska Department of Fish and Game,

22 on Friday, **March 2, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp,

23 Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in

24 Anchorage, Alaska.  The deposition will be taken before an officer authorized to
25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Alaska Department of Fish and Game (re 4 indiv.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records relating to the any and all of the following individuals:

a) **Brian Grove**, a resident of Pennsylvania;
b) **Mark Grove**, a resident of Pennsylvania;
c) **Gordon R. Woodard** of Anchorage, AK, (907) 333-6630, 632-2783; and
d) **John A. Yenason,**  DOB: 7/__/55;  SS#.: 209-42-____;  of 132 Darling Street, Wilkes Barre, PA 18702;  (570) 830-4090.

1.    Each and every resident and non-resident application and permit regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason from 2000 through 2006, including Tier 2 applications, for moose, sheep, deer, caribou, bison, bear, sport fishing and trapping.

2.    All Harvest Ticket information from 2000 through 2006 regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason.

3.    All Bear sealing information from 2000 through 2006 regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason.

4.    All Fur sealing information from 2000 through 2006 regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Alaska Department of Fish and Game (re 4 indiv.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1

<u>CERTIFICATE OF SERVICE</u>

2
I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
February __22__, 2007, to the following:

3

4
Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

5
       *Courtesy copy by facsimile*

By: _____

6
                Dianne A. Pitts

6200-1  Grove v. Unocal/Re-Not.of Recs Depo of ADFG (4 indiv.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Alaska Department of Fish and Game (re 4 indiv.)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3