John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

FEB 2 3 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

vs.

UNOCAL CORPORATION,

                    Defendant.

Case No. 3:04-cv-0096-TMB

### RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BIRCHWOOD RECREATION & SHOOTING PARK a/k/a BIRCHWOOD SHOOTING RANGE

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for Birchwood Recreation & Shooting Park

(a/k/a Birchwood Shooting Range), on Friday, **March 2, 2007** at the hour of **10:00**

**a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at

711 H Street, Suite 620, in Anchorage, Alaska.  The deposition will be taken before

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Birchwood Recreation & Shooting Park (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records (related to persons whose address is P.O. Box 222253 Anchorage, Alaska 99552, and/or Talkeetna, Alaska):

1.  Each and every document related to the Birchwood Recreation & Shooting Park membership of **Lawrence H. ("Larry") Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

2.  Each and every document relating to the Birchwood Recreation & Shooting Park membership of **Cynthia A. ("Cindy") Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

3.  Each and every document relating to the Birchwood Recreation & Shooting Park membership of **Sarah H. Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

4.  Each and every document relating to Birchwood Recreation & Shooting Park membership of **Michael J. Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

#

#

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Birchwood Recreation & Shooting Park (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

DATED at Anchorage, Alaska, this _22_ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
      Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
[X] mailed, [X] faxed, [ ] hand delivered on
February _22_, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
    *Courtesy copy by facsimile*

By:_____
      Dianne A. Pitts

6200-1  Grove v. Unocal/Re-Not.of Recs Depo of Birchwood Shtg Range (4 Groves)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Birchwood Recreation & Shooting Park (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

**RECEIVED**

FEB 2 3 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

    vs.

UNOCAL CORPORATION,                         Case No. 3:04-cv-0096-TMB

                    Defendant.

**NOTICE OF CANCELLATION OF DEPOSITION OF
RECORDS CUSTODIAN FOR ALASKA SAUSAGE CO., INC.**

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

the **Records Custodian for Alaska Sausage Co., Inc.** on Friday, February 23, 2007

at the hour of 10:00 a.m. is **CANCELLED.**

DATED at Anchorage, Alaska, this _____ day of February 2007.

                    CLAPP, PETERSON, VAN FLEIN,
                    TIEMESSEN & THORSNESS, LLC
                    Attorneys for Defendant Unocal

                    By _____
                    Linda J. Johnson, 8911070

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA SAUSAGE CO., INC.
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 1 of 2

1

2

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on

3    February _22_, 2007, to the following:

4    Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

5       *& courtesy copy by facsimile*

6

By: _____
          Dianne A. Pitts

7    6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of AK Sausage

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA SAUSAGE CO., INC.
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

**RECEIVED**

FEB 2 3 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

          vs.

UNOCAL CORPORATION,                          Case No. 3:04-cv-0096-TMB

                    Defendant.

### NOTICE OF CANCELLATION OF DEPOSITION OF
### RECORDS CUSTODIAN FOR ALASKA SPINE INSTITUTE
### (including Rehabilitation Medicine Associates)

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

the **Records Custodian for Alaska Spine Institute** (including Rehabilitation Medicine

Associates). on Friday, February 23, 2007 at the hour of 10:00 a.m. is **CANCELLED.**

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
        Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
February 22, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
*& courtesy copy by facsimile*

By: ______________________
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Cancellation of Recs Depo of AK Spine

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

**RECEIVED**

FEB 2 3 2007

WEIDNER & ASSOCIATES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

   vs.

UNOCAL CORPORATION,

                  Defendant.

Case No. 3:04-cv-0096-TMB

### NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

the **Records Custodian for Bank of America** [Seattle, banking records] on Friday,

March 2, 2007 at the hour of 10:00 a.m. is **CANCELLED.**

DATED at Anchorage, Alaska, this _22_ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
     Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

<u>CERTIFICATE OF SERVICE</u>

2

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on

3

February ___22___, 2007, to the following:

4

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

5

    & courtesy copy by facsimile

6

By: _____

7

          Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of Bank of America (Seattle – banking recs)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

**RECEIVED**

FEB 2 3 2007

**WEIDNER & ASSOCIATES**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNOCAL CORPORATION, <br><br> Defendant. | <br><br><br><br><br><br> Case No. 3:04-cv-0096-TMB |

**NOTICE OF CANCELLATION OF DEPOSITION OF**
**RECORDS CUSTODIAN FOR CIRCUS-CIRCUS HOTEL & CASINO**

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Circus-Circus Hotel & Casino** (Reno, Nevada) on Friday, February 23, 2007 at the hour of 10:00 a.m. is **CANCELLED**.

DATED at Anchorage, Alaska, this 22 day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

<u>CERTIFICATE OF SERVICE</u>

2

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on

3

February  22 , 2007, to the following:

4

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

5

      *& courtesy copy by facsimile*

6

By: _____

7

          Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of Circus-Circus

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR CIRCUS-CIRCUS HOTEL & CASINO
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

**RECEIVED**

FEB 2 3 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF
## RECORDS CUSTODIAN FOR INDIAN VALLEY MEATS

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Indian Valley Meats** on Friday, February 23, 2007 at the hour of 10:00 a.m. is **CANCELLED.**

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

<u>CERTIFICATE OF SERVICE</u>

2

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
February ___22___, 2007, to the following:

3

4

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
    *& courtesy copy by facsimile*

5

6

By: _____
         Dianne A. Pitts

7

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of Indian Meats

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR INDIAN VALLEY MEATS
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

FEB 23 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

  vs.

UNOCAL CORPORATION,

               Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR NORTHRIM BANK

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

the **Records Custodian for Northrim Bank** on Friday, February 23, 2007 at the hour

of 10:00 a.m. is **CANCELLED.**

DATED at Anchorage, Alaska, this ⟨22⟩ day of February 2007.

           CLAPP, PETERSON, VAN FLEIN,
           TIEMESSEN & THORSNESS, LLC
           Attorneys for Defendant Unocal

           By _____
                Linda J. Johnson, 8911070

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR NORTHRIM BANK
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on
February __22__, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501
    *& courtesy copy by facsimile*

By: _____
        Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of Northrim Bank

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR NORTHRIM BANK
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

**RECEIVED**

FEB 2 3 2007

WEIDNER & ASSOCIATES

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

### NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR WELLS FARGO BANK a/k/a WELLS FARGO BANK, NA and f/k/a NATIONAL BANK OF ALASKA

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Wells Fargo Bank** (and f/k/a **National Bank of Alaska**) on Friday, February 23, 2007 at the hour of 10:00 a.m. is **CANCELLED.**

DATED at Anchorage, Alaska, this 22 day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

2

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☒ faxed, ☐ hand delivered on

3

February ____22____ , 2007, to the following:

4

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

5

    *& courtesy copy by facsimile*

6

By: _____

7

          Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Cancellation of Recs Depo of Wells Fargo (&NBA)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR WELLS FARGO BANK
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

  vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB



## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR STATE OF ALASKA DEPARTMENT OF MOTOR VEHICLES

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for State of Alaska **Department of Motor Vehicles**, on Friday, **March 2, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer

Notice of Deposition of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove -drvr)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

> Any and all records from 1990 through the present related to **Lawrence H. ("Larry") Grove, DOB: 8/11/1953, Soc. Sec. No. 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,** for any and all below-described activity in the state of Alaska, including but not limited to the locations of Talkeetna and Anchorage, Alaska: driver's licenses issued, renewed, suspended, or revoked; infractions, violations, tickets issued (including parking and moving violations); changes of address; accident reports; and any other records in your possession, custody, or control relating to the above-identified person.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ___13___ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was [X] mailed, [ ] faxed, [ ] hand delivered on February ___13___, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Recs Depo of DMV (driver) (L.Grove)

Notice of Deposition of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove -drvr)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

SP

AO88 (Rev. 1/94) Subpoena in a Civil Case

### Issued by the
# UNITED STATES DISTRICT COURT

☐ **FILE**

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

**RECEIVED**

FEB 1 4 2007

**WEIDNER & ASSOCIATES**

TO:  Records Custodian, Driving Services
     State of Alaska Dept. of Motor Vehicles
     2760 Sherwood Lane, Ste B
     Juneau AK  99801

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

    Please see Notice attached hereto (re Lawrence H. "Larry" Grove).

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620     Anchorage, AK  99501 | DATE AND TIME<br>3/2/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE  2-13-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq.  /  Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620   Anchorage, AK  99501   (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

2-13-07

SP

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

☐ **FILE**

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,
V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB

**RECEIVED**

FEB 1 4 2007

**WEIDNER & ASSOCIATES**

TO:  Records Custodian
State of Alaska Dept. of Motor Vehicles
1300 West Benson Blvd
Anchorage AK  99603

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto (re Lawrence H. "Larry" Grove).

| PLACE  Clapp, Peterson, Van Flein, Tiemessen & Thorsness  711 H Street, Suite 620     Anchorage, AK 99501 | DATE AND TIME  3/2/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE  2-13-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq.    Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620    Anchorage, AK  99501    (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

    vs.

UNOCAL CORPORATION,

               Defendant.

Case No. 3:04-cv-0096-TMB



## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR STATE OF ALASKA DEPARTMENT OF MOTOR VEHICLES

    Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for State of Alaska **Department of Motor**

**Vehicles**, on Friday, **March 2, 2007** at the hour of **10:00 a.m.**, at the offices of

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

620, in Anchorage, Alaska.  The deposition will be taken before an officer

Notice of Deposition of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove – veh.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  authorized to administer oaths by the laws of the United States or of the place

2  where the examination is held, and will continue from day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies of the

4  following records:

5          Any and all records from 1990 through the present related to
6          **Lawrence H. ("Larry") Grove, DOB: 8/11/1953, Soc. Sec. No.
           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,** for any and all below-described activity in the state
7          of Alaska, including but not limited to the locations of Talkeetna,
           Alaska and Anchorage, Alaska: vehicle registration and licensing
8          records for all vehicles, including trailers and recreational
           vehicles, licensed or owned by Lawrence H. ("Larry") Grove; and
9          any other vehicle-related records in your possession, custody, or
           control relating to the above-identified person.
10

11     If the requested records are produced to the undersigned before the date

12  and time for which this deposition is scheduled, the deposition will be canceled.

13     DATED at Anchorage, Alaska, this _13_ day of February 2007.

14

15              CLAPP, PETERSON, VAN FLEIN,
                TIEMESSEN & THORSNESS, LLC
16              Attorneys for Defendant Unocal

17

18  By _____
19          Linda J. Johnson, 8911070

20      CERTIFICATE OF SERVICE

21  I certify that a copy of this document was
    ☒ mailed, ☐ faxed, ☐ hand delivered on
    February _13_, 2007, to the following:
22

23  Phillip P. Weidner Esq.
    330 L Street, Suite 200
    Anchorage AK 99501
24

25  By: _____
            Dianne A. Pitts
26  6200-1  Grove v. Unocal/Not.of Recs Depo of DMV (veh.) (L.Grove)

Notice of Deposition of Records Custodian for State of Alaska Dept. of Motor Vehicles (re Lawrence Grove – veh.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

**FILE COPY**

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

**RECEIVED**

FEB 09 2007

WEIDNER & ASSOCIATES

TO:  Records Custodian for Bank of America (Credit Cards)
1800 E. Buckeye Rd — Mail Stop AZ9-503-02-10
Phoenix, AZ  85045-4216

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorness<br>711 H Street, Suite 620    Anchorage, AK  99501 | DATE AND TIME<br>3/2/2007 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>1-8-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska  99501
4  (907) 272-9272
5  usdc-anch-ntc@cplawak.com
   Attorneys for Defendant Unocal Alaska
6

7                IN THE UNITED STATES DISTRICT COURT

8                    FOR THE DISTRICT OF ALASKA

9
   LAWRENCE H. GROVE, CYNTHIA
10 GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
11 father LAWRENCE H. GROVE,

12                Plaintiffs,

13      vs.
                                          Case No. 3:04-cv-0096-TMB
14 UNOCAL CORPORATION,

15                Defendant.

16

17         **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
                     **FOR BANK OF AMERICA**
18
19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Records Custodian** for Bank of America on Friday, **March 2,**

22 **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23 Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24 The deposition will be taken before an officer authorized to administer oaths by the

25

26

Notice of Deposition of Records Custodian for Bank of America (cr.cards – 4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Bank of America locations, including but not limited to Anchorage and Talkeetna, Alaska, the state of Colorado, or, in the case of credit cards, at any location nationwide:

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 1999 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove*,, including, but without

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Bank of America (cr.cards – 4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

limitation, all individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53    SSN:  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

Cynthia A. Grove a/k/a Cindy Grove
DOB:  03-13-57    SSN:  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

Sarah H. Grove    DOB:  11-12-85    SSN:  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

Michael J. Grove    DOB:  01-21-90    SSN:  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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on February _____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts
6200-1  Grove v. Unocal/Not.of Recs Depo of Bank of America (4.Groves)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Bank of America (cr.cards – 4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

AO88 (Rev. 1/94) Subpoena in a Civil Case

### Issued by the
# UNITED STATES DISTRICT COURT  ☐ **FILE**

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

**RECEIVED**

FEB 0 8 2007

WEIDNER & ASSOCIATES

TO:  Attn: Rolan Ruoss
     Records Custodian for Sea Hawk Air
     505 Trident Way – P.O. Box 3561
     Kodiak, AK  99615

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE   Clapp, Peterson, Van Flein, Tiemessen & Thorsness | DATE AND TIME |
|---|---|
| 711 H Street, Suite 620      Anchorage, AK  99501 | 3/2/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 2-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

2-2-07

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

   Plaintiffs,

 vs.

UNOCAL CORPORATION,

   Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR SEA HAWK AIR, INC.

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for Sea Hawk Air, Inc., on Friday, **March 2,**

**2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

The deposition will be taken before an officer authorized to administer oaths by the

Notice of Deposition of Records Custodian for Sea Hawk Air, Inc. (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the below-listed records relating to **Lawrence H. ("Larry") Grove** of:

P.O. Box 222253          AND/OR          15831 Mercedes Drive
Anchorage, AK 99522                      Talkeetna, AK 99676

1.  Each and every accounting record for all fly-in hunting and fishing trips regarding Lawrence Grove as a passenger or party from January 1, 2000 to the present.

2.  Each and every record documenting locations of trips regarding Lawrence ("Larry") Grove as a passenger or party from January 1, 2000 to the present.

3.  Each and every record identifying weight and list of gear and freight hauled to and from each location regarding Lawrence ("Larry") Grove as a passenger or party from January 1, 2000 to the present.

4.  Each and every record identifying fish, hides, antlers, horns, and meat transported to and from each location regarding Lawrence ("Larry") Grove as a passenger or party from January 1, 2000 to the present.

5.  Each and every record identifying all passengers and parties for each trip in which Lawrence ("Larry") Grove participated in from January 1, 2000 to the present.

6.  Each and every application and permit applied for by Lawrence ("Larry") Grove *and anyone in his party*, including **Sarah Grove**, from January 1, 2000 to the present.

7   Each and every photograph and or videotape taken of Lawrence ("Larry") Grove and anyone in his party from January 1, 2000 to the present.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

#

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Sea Hawk Air, Inc. (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

DATED at Anchorage, Alaska, this ___7th___ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS. LLC
Attorneys for Defendant Unocal

By _____
        Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
[X] mailed, [ ] faxed, [ ] hand delivered on
February ___7___, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
        Dianne A. Pitts%
6200-1  Grove v. Unocal/Not.of Recs Depo of Sea Hawk (L. Grove)

Clapp, Peterson, Van Flein, LLC
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Sea Hawk Air, Inc. (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3