AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

RECEIVED

FEB 0 8 2007

WEIDNER & ASSOCIATES

TO:  Records Custodian for First National Bank Alaska
     646 West 4th Avenue
     Anchorage, AK  99501

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

     Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK  99501 | 2/23/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 2-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska



## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

        Plaintiffs,

vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR FIRST NATIONAL BANK ALASKA

    Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for First National Bank Alaska on Friday, **February 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition will be taken before an officer authorized to administer

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for First National Bank Alaska (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records, which records are at any and all First National Bank Alaska locations (including but not limited to Anchorage and Talkeetna):

1.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

2.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

3.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for First National Bank Alaska (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

4.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

5.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Michael J. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53     SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN:  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

Sarah H. Grove     DOB:  11-12-85     SSN:  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

Michael J. Grove     DOB:  01-21-90     SSN:  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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
     Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for First National Bank Alaska (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

1

<u>CERTIFICATE OF SERVICE</u>

2

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
February ___7___, 2007, to the following:

3

4

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

5

6

By: _____
                    Dianne A. Pitts

7

6200-1  Grove v. Unocal/Not.of Recs Depo of First National Bank AK (4.Groves)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for First National Bank Alaska (4 Groves)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 4 of 4

FILE

*AO88 (Rev. 1/94) Subpoena in a Civil Case*

## Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

RECEIVED

FEB  0 8 2007

WEIDNER & ASSOCIATES

TO:  Records Custodian for Circus-Circus Hotel & Casino
500 N. Sierra Street
Reno, NV  89503

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness 711 H Street, Suite 620      Anchorage, AK  99501 | 2/23/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER/S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 2-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska



7

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ALASKA

10 LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
11 father LAWRENCE H. GROVE,

12              Plaintiffs,

13      vs.

14                                          Case No. 3:04-cv-0096-TMB

   UNOCAL CORPORATION,
15

16              Defendant.

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR CIRCUS-CIRCUS HOTEL & CASINO

17

18

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Records Custodian** for Circus-Circus Hotel & Casino (Reno,

22 Nevada) on Friday, **February 23, 2007** at the hour of **10:00 a.m.**, at the offices of

23 Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

24 620, in Anchorage, Alaska.    The deposition will be taken before an officer

25

26

Notice of Deposition of Records Custodian for Circus-Circus Hotel & Casino (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

1.  Each and every record documenting reservations and charges incurred by Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove from January 1, 2002 to the present.

2.  Each and every record documenting gambling proceeds for **Lawrence ("Larry") Grove** from January 1, 2002 to the present, including January 2005, January 2006, and January 2007.

3.  Each and every record documenting gambling proceeds for **Cynthia ("Cindy") Grove** from January 1, 2002 to the present, including January 2005, January 2006, and January 2007.

4.  Each and every record documenting complimentary hotel accommodations, meals, health spa, entertainment, and other hotel and casino perks that were offered to Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove from January 1, 2002 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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
Residence: P.O. Box 222253   Anchorage, Alaska

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN: 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
Residence: P.O. Box 222253   Anchorage, Alaska

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

#

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Circus-Circus Hotel & Casino (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
February _____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Recs Depo of Circus-Circus (L & C Grove)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Circus-Circus Hotel & Casino (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

FILED
Grove

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

RECEIVED

FEB 0 8 2007

WEIDNER & ASSOCIATES

TO:  Records Custodian for Alaska USA Federal Credit Union
4000 Credit Union Drive
Anchorage, AK  99503

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK  99501 | DATE AND TIME<br>2/23/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE  2-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

2-7-07

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska



7
8              IN THE UNITED STATES DISTRICT COURT

9                FOR THE DISTRICT OF ALASKA

   LAWRENCE H. GROVE, CYNTHIA
10 GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his          *Re-noticed 23rd to 28th*
11 father LAWRENCE H. GROVE,

12                Plaintiffs,

13
        vs.
14                                    Case No. 3:04-cv-0096-TMB

15 UNOCAL CORPORATION,

16                Defendant.

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR ALASKA USA FEDERAL CREDIT UNION

    Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for Alaska USA Federal Credit Union on

Friday, **February 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in

Anchorage, Alaska.  The deposition will be taken before an officer authorized to

Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

administer oaths by the laws of the United States or of the place where the

examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the

following records, which records are at any and all Alaska USA Federal Credit

Union locations, statewide, including but not limited to Anchorage and Talkeetna:

1.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

2.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

3.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* **Sarah H. Grove**, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

5.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* **Michael J. Grove**, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to:

   Lawrence H. Grove a/k/a Larry Grove
   DOB: 08-11-53     SSN: 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

   Cynthia A. Grove a/k/a Cindy Grove
   DOB: 03-13-57     SSN: 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

   Sarah H. Grove     DOB: 11-12-85     SSN: 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

   Michael J. Grove     DOB: 01-21-90     SSN: 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

If the requested records are produced to the undersigned before the date

and time for which this deposition is scheduled, the deposition will be canceled.

   DATED at Anchorage, Alaska, this _____ day of February 2007.

                CLAPP, PETERSON, VAN FLEIN,
                TIEMESSEN & THORSNESS, LLC
                Attorneys for Defendant Unocal

                By _____
                     Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

1

CERTIFICATE OF SERVICE

I certify that a copy of this document was
[X] mailed, [ ] faxed, [ ] hand delivered on

2

February _____, 2007, to the following:

3

Phillip P. Weidner Esq.
330 L Street, Suite 200

4

Anchorage AK 99501

5

By: _____
              Dianne A. Pitts

6

6200-1  Grove v. Unocal/Not.of Recs Depo of AK USA Fed.Cr.Un. (4.Groves)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Deposition of Records Custodian for Alaska USA Federal Credit Union (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



‰AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

☐ **FILE**

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

## SUBPOENA IN A CIVIL CASE

Case Number:[1]  3:04-cv-0096-TMB

**RECEIVED**

FEB 0 8 2007

WEIDNER & ASSOCIATES

TO:  Records Custodian for State of Alaska
Department of Fish and Game
333 Raspberry Road
Anchorage, AK  99518

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK  99501 | 2/23/2007 10:00 am |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 2-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq.    Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620    Anchorage, AK  99501    (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

2-7-07



John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

  vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR ALASKA DEPARTMENT OF FISH AND GAME

Defendant, Unocal Corporation, by and through its attorneys, Clapp,
Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the
deposition of the **Records Custodian** for Alaska Department of Fish and Game,
on Friday, **February 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp,
Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in
Anchorage, Alaska.  The deposition will be taken before an officer authorized to

Notice of Deposition of Records Custodian for Alaska Department of Fish and Game (re 4 indiv.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records relating to the any and all of the following individuals:

    a) **Brian Grove**, a resident of Pennsylvania;
    b) **Mark Grove**, a resident of Pennsylvania;
    c) **Gordon R. Woodard** of Anchorage, AK, (907) 333-6630, 632-2783; and
    d) **John A. Yenason,** DOB: 7/__/55; SS#.: 209-42-____; of 132 Darling Street, Wilkes Barre, PA 18702; (570) 830-4090.

1.    Each and every resident and non-resident application and permit regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason from 2000 through 2006, including Tier 2 applications, for moose, sheep, deer, caribou, bison, bear, sport fishing and trapping.

2.    All Harvest Ticket information from 2000 through 2006 regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason.

3.    All Bear sealing information from 2000 through 2006 regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason.

4.    All Fur sealing information from 2000 through 2006 regarding Brian Grove, Mark Grove, Gordon Woodard, and/or John Yenason.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of February 2007.

    CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
    Attorneys for Defendant Unocal

    By _____
    Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Alaska Department of Fish and Game (re 4 indiv.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1

CERTIFICATE OF SERVICE

I certify that a copy of this document was
2    ☒ mailed, ☐ faxed, ☐ hand delivered on
February _____7____, 2007, to the following:

3

Phillip P. Weidner Esq.
330 L Street, Suite 200
4    Anchorage AK 99501

5    By: _____
                  Dianne A. Pitts
6    6200-1  Grove v. Unocal/Not.of Recs Depo of ADFG (4 indiv.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Alaska Department of Fish and Game (re 4 indiv.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

**FILE**

AO88 (Rev. 1/94) Subpoena in a Civil Case

### Issued by the

## UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

RECEIVED

FEB 0 8 2007

WEIDNER & ASSOCIATES

TO:  Records Custodian
Birchwood Recreation & Shooting Park
20269 Birchwood Spur Road
Chugiak AK 99567

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE  Clapp, Peterson, Van Flein, Tiemessen & Thorsness 711 H Street, Suite 620      Anchorage, AK 99501 | DATE AND TIME 2/23/2007 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE  2-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK 99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

2-7-07

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

     Plaintiffs,

  vs.

UNOCAL CORPORATION,

     Defendant.



Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BIRCHWOOD RECREATION & SHOOTING PARK a/k/a BIRCHWOOD SHOOTING RANGE

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Birchwood Recreation & Shooting Park (a/k/a Birchwood Shooting Range), on Friday, **February 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be

Notice of Deposition of Records Custodian for Birchwood Recreation & Shooting Park (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records (related to persons whose address is P.O. Box 222253 Anchorage, Alaska 99552, and/or Talkeetna, Alaska):

1.    Each and every document related to the Birchwood Recreation & Shooting Park membership of **Lawrence H. ("Larry") Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

2.    Each and every document relating to the Birchwood Recreation & Shooting Park membership of **Cynthia A. ("Cindy") Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

3.    Each and every document relating to the Birchwood Recreation & Shooting Park membership of **Sarah H. Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

4.    Each and every document relating to Birchwood Recreation & Shooting Park membership of **Michael J. Grove** from January 1, 2000 to the present, including account records, membership dues, range usage, training, classes, permits, competitions, reservations for events and activities.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

#

#

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Birchwood Recreation & Shooting Park (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
          Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
February _____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
          Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Recs Depo of Birchwood Shtg Range (4 Groves)

Notice of Deposition of Records Custodian for Birchwood Recreation & Shooting Park (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT


□ FILE

DISTRICT OF ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO:  Records Custodian for Alaska Sausage Co., Inc.
2914 Arctic Boulevard
Anchorage, AK  99503

**RECEIVED**

FEB  0 8 2007

WEIDNER & ASSOCIATES

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK  99501 | 2/23/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 2-7-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

2-7-07



John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

    Plaintiffs,

vs.

                    Case No. 3:04-cv-0096-TMB

UNOCAL CORPORATION,

    Defendant.

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR ALASKA SAUSAGE CO., INC.

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for Alaska Sausage Co., Inc., on Friday,

**February 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van

Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage,

Alaska.   The deposition will be taken before an officer authorized to administer

Notice of Deposition of Records Custodian for Alaska Sausage Co., Inc. (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  oaths by the laws of the United States or of the place where the examination is

2  held, and will continue from day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies of the

4  following records relating to **Lawrence ("Larry") Grove**, of P.O. Box 222253,

5  Anchorage, Alaska 99552, and/or Talkeetna, Alaska:

> Each and every record, including accounting documents
> and invoices, regarding the processing of fish and game
> for Lawrence Grove from January 1, 2000 to the present.

9      If the requested records are produced to the undersigned before the date

10  and time for which this deposition is scheduled, the deposition will be canceled.

11      DATED at Anchorage, Alaska, this _____ day of February 2007.

        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORSNESS, LLC
        Attorneys for Defendant Unocal

        By _____
                Linda J. Johnson/8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒mailed, ☐ faxed, ☐ hand delivered on
February ____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
        Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Recs Depo of Alaska Sausage (L.Grove)

Notice of Deposition of Records Custodian for Alaska Sausage Co., Inc. (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, peterson, van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT



□ **FILE**

DISTRICT OF

ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0009-TMB **RECEIVED**

FEB  0 8 2007

WEIDNER & ASSOCIATES

TO:  Records Custodian for Alaska Spine Institute
(including, f/k/a Rehabilitation Medicine Associates)
3801 University Lake Drive, #300
Anchorage, AK  99508

□  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

   Please see Notice attached hereto.

| PLACE     Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620     Anchorage, AK  99501 | DATE AND TIME<br>2/23/2007 10:00 am |
|---|---|

□  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE  2-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

2-7-07



1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska  99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

6

7              IN THE UNITED STATES DISTRICT COURT

8                   FOR THE DISTRICT OF ALASKA

9  LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
10 GROVE (DOB 1/21/88) by and through his
   father LAWRENCE H. GROVE,
11
12             Plaintiffs,

13   vs.
                                    Case No. 3:04-cv-0096-TMB
14 UNOCAL CORPORATION,

15             Defendant.

16

17       **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
             **FOR ALASKA SPINE INSTITUTE**
18          **(including Rehabilitation Medicine Associates)**

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Records Custodian** for **Alaska Spine Institute** (including

22 Rehabilitation Medicine Associates), on Friday, **February 23, 2007** at the hour of

23 **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness,

24 LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition will be

25

26

Notice of Deposition of Records Custodian for Alaska Spine Institute (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

The entire medical chart, including but not limited to chart notes, clinic or other reports, laboratory reports/results, diagnostic tests and reports, correspondence, e-mails (printed), and studies, of whatever type or nature, including but not limited to x-ray films/ reports, radiology films (including MRI/CT scans), radiology reports (including MRI/CT scans) and any and all other documents or reports produced by or at the direction of any hospital, clinic, laboratory, physician, physician's assistant, nurse, therapist, psychologist, counselor, or any other health care provider included in your chart for **Lawrence ("Larry") Grove, date of birth 8/11/1953, Soc. Sec. No. 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**.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
February ___, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts
6200-1  Grove v. Unocal/Not.of Recs Depo of Alaska Spine Institute (L.Grove)

Notice of Deposition of Records Custodian for Alaska Spine Institute (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

FILE
*Grove*

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

**SUBPOENA IN A CIVIL CASE**

V.

Unocal Corporation

Case Number:[1]  3:04-cv-0096-TMB

RECEIVED

FEB 0 8 2007

WEIDNER & ASSOCIATES

TO:   Records Custodian for Indian Valley Meats
      Mile 104 Seward Hwy, off Indian Road   (HC 52  Box 8809)
      Indian, AK  99540

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE   Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620      Anchorage, AK  99501 | DATE AND TIME<br>2/23/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE   2-7 07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

2-7-07



1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska  99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ALASKA

9  LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
10 GROVE (DOB 1/21/88) by and through his
   father LAWRENCE H. GROVE,
11
                                              
12              Plaintiffs,

13      vs.
                                    Case No. 3:04-cv-0096-TMB
14 UNOCAL CORPORATION,

15              Defendant.

16

17        **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
               **FOR INDIAN VALLEY MEATS**
18
         Defendant, Unocal Corporation, by and through its attorneys, Clapp,
19
   Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the
20
   deposition of the **Records Custodian** for Indian Valley Meats, on Friday, **February**
21
   **23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,
22
   Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.
23
   The deposition will be taken before an officer authorized to administer oaths by the
24

25

26
   Notice of Deposition of Records Custodian for Indian Valley Meats (re Lawrence Grove)
   Grove v. Unocal, Case No. 3:04-cv-0096-TMB
   Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Cancelled

1  laws of the United States or of the place where the examination is held, and will

2  continue from day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies of the

4  following records relating to **Lawrence ("Larry") Grove**, of P.O. Box 222253,

5  Anchorage, Alaska 99552, and/or Talkeetna, Alaska:

6
7          Each and every record, including accounting documents
           and invoices, regarding the processing of fish and game
           for Lawrence Grove from January 1, 2000 to the present.
8

9      If the requested records are produced to the undersigned before the date

10 and time for which this deposition is scheduled, the deposition will be canceled.

11     DATED at Anchorage, Alaska, this _____ 7th _____ day of February 2007.

12
13                          CLAPP, PETERSON, VAN FLEIN,
                            TIEMESSEN & THORSNESS, LLC
14                          Attorneys for Defendant Unocal

15
16                          By _____
                               Linda J. Johnson, 8911070
17

18

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

19          CERTIFICATE OF SERVICE

    I certify that a copy of this document was
20  ☒ mailed, ☐ faxed, ☐ hand delivered on
    February ___7___, 2007, to the following:
21
    Phillip P. Weidner Esq.
22  330 L Street, Suite 200
    Anchorage AK 99501
23
    By: _____
24          Dianne A. Pitts

    6200-1  Grove v. Unocal/Not.of Recs Depo of Indian Valley Meats (L.Grove)
25

26

Notice of Deposition of Records Custodian for Indian Valley Meats (re Lawrence Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2