**FILED**

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

| | |
|---|---|
| Lawrence H. Grove, Cynthia Grove, et al.,<br>V.<br>Unocal Corporation | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1]  3:04-cv-0096 TMB |

**RECEIVED**
FEB 0 8 2007
WEIDNER & ASSOCIATES

TO:  Records Custodian for Northrim Bank
     3111 C Street
     Anchorage, AK  99503

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620     Anchorage, AK  99501 | 2/23/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorney for Defendant #806088 | 2-7-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

2-7-07



1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7            IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF ALASKA

9
   LAWRENCE H. GROVE, CYNTHIA
10 GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
11 father LAWRENCE H. GROVE,

12                Plaintiffs,

13
          vs.
14                                          Case No. 3:04-cv-0096-TMB

15 UNOCAL CORPORATION,

16                Defendant.

17        **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
             **FOR NORTHRIM BANK**
18

19     Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Records Custodian** for Northrim Bank on Friday, **February 23,**

22 **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23 Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24
   The deposition will be taken before an officer authorized to administer oaths by the
25

26
   Notice of Deposition of Records Custodian for Northrim Bank (4 Groves)
   Grove v. Unocal, Case No. 3:04-cv-0096-TMB
   Page 1 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Cancelled

1  laws of the United States or of the place where the examination is held, and will

2  continue from day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies of the

4  following records, which records are at any and all Northrim Bank Alaska locations,

5  including but not limited to Anchorage and Talkeetna:

6      1.   Electronic version or complete and legible copies of all bank statements,
7          cancelled checks, deposits and withdrawals, cashier checks, loan
        statements, mortgage and equity statements, credit card statements, and
8          any other banking records pertaining to *accounts held by Lawrence H.
        ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without
9          limitation, all individual and joint checking accounts, individual and joint
        savings accounts, individual and joint money market accounts, individual
10         and joint certificates of deposits, individual and joint IRAs, individual and
        joint loans, individual and joint mortgage and equity accounts, and
11         individual and joint credit card records from January 1, 1999 to the
        present.
12

13     2.   Electronic version or complete and legible copies of all bank statements,
        cancelled checks, deposits and withdrawals, cashier checks, loan
14         statements, mortgage and equity statements, credit card statements, and
        any other banking records pertaining to *accounts held by Lawrence H.
15         ("Larry") Grove*, including, but without limitation, all individual and joint
        checking accounts, individual and joint savings accounts, individual and
16         joint money market accounts, individual and joint certificates of deposits,
        individual and joint IRAs, individual and joint loans, individual and joint
17         mortgage and equity accounts, and individual and joint credit card records
        from January 1, 1999 to the present.
18

19     3.   Electronic version or complete and legible copies of all bank statements,
        cancelled checks, deposits and withdrawals, cashier checks, loan
20         statements, mortgage and equity statements, credit card statements, and
        any other banking records pertaining to *accounts held by Cynthia A.
21         ("Cindy") Grove*, including, but without limitation, all individual and joint
        checking accounts, individual and joint savings accounts, individual and
22         joint money market accounts, individual and joint certificates of deposits,
        individual and joint IRAs, individual and joint loans, individual and joint
23         mortgage and equity accounts, and individual and joint credit card records
        from January 1, 1999 to the present.
24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Northrim Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

4.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

5.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN: 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

Sarah H. Grove     DOB: 11-12-85     SSN: 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

Michael J. Grove     DOB: 01-21-90     SSN: 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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal


By _____
     Linda J. Johnson, 8911070

Notice of Deposition of Records Custodian for Northrim Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
February ___7___, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
　　　　Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Recs Depo of Northrim Bank (4.Groves)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Clapp, Peterson, Van Flein,
Tiennessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Northrim Bank (4 Groves)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 4 of 4

AO88  (Rev. 1/94) Subpoena in a Civil Case

### Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

RECEIVED

FEB 0 8 2007

WEIDNER & ASSOCIATES

TO:  Attn:  Linda Raatz, Records Custodian for
Wells Fargo Bank (& f/n/a Nationall Bank of Alaska)
6831 Arctic Boulevard
Anchorage, AK  99518

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | |
| | DATE AND TIME |
| | |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE       Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620      Anchorage, AK  99501 | DATE AND TIME<br>2/23/2007 10:00 am |
| --- | --- |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>2-7-07 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

2-7-07

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7

          IN THE UNITED STATES DISTRICT COURT
8
            FOR THE DISTRICT OF ALASKA
9
10 LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
11 father LAWRENCE H. GROVE,

12                  Plaintiffs,

13
        vs.
14                                              Case No. 3:04-cv-0096-TMB

15 UNOCAL CORPORATION,

16                  Defendant.



17         **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR**
           **WELLS FARGO BANK a/k/a WELLS FARGO BANK, NA**
18              **and f/k/a NATIONAL BANK OF ALASKA**

19        Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21
   deposition of the **Records Custodian** for Wells Fargo Bank a/k/a Wells Fargo
22
   Bank, NA, **and** f/k/a  National Bank of Alaska, on Friday, **February 23, 2007** at the
23
24 hour of **10:00 a.m.,** at the offices of Clapp, Peterson, Van Flein, Tiemessen &

25 Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition

26
   Notice of Deposition of Records Custodian for Wells Fargo Bank  (& National Bank of Alaska) (4 Groves)
   Grove v. Unocal, Case No. 3:04-cv-0096-TMB
   Page 1 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following Wells Fargo Bank records, including National Bank of Alaska records, which are at any and all Wells Fargo Bank locations, including but not limited to Anchorage and Talkeetna, Alaska, the state of Colorado, or, in the case of credit cards, at any location nationwide:

1.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

2.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

3.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Wells Fargo Bank  (& National Bank of Alaska) (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

1    joint money market accounts, individual and joint certificates of deposits,
     individual and joint IRAs, individual and joint loans, individual and joint
2    mortgage and equity accounts, and individual and joint credit card records
     from January 1, 1999 to the present.

3    4.    Electronic version or complete and legible copies of all bank statements,
4          cancelled checks, deposits and withdrawals, cashier checks, loan
           statements, mortgage and equity statements, credit card statements, and
5          any other banking records pertaining to *accounts held by Sarah H. Grove*,
           including, but without limitation, all individual and joint checking accounts,
6          individual and joint savings accounts, individual and joint money market
           accounts, individual and joint certificates of deposits, individual and joint
7          IRAs, individual and joint loans, individual and joint mortgage and equity
8          accounts, and individual and joint credit card records from January 1, 1999
           to the present.

9    5.    Electronic version or complete and legible copies of all bank statements,
10         cancelled checks, deposits and withdrawals, cashier checks, loan
           statements, mortgage and equity statements, credit card statements, and
11         any other banking records pertaining to *accounts held by Michael J.
           Grove*, including, but without limitation, all individual and joint checking
12         accounts,  individual and joint savings accounts, individual and joint money
           market accounts, individual and joint certificates of deposits, individual and
13         joint IRAs, individual and joint loans, individual and joint mortgage and
14         equity accounts, and individual and joint credit card records from January
           1, 1999 to the present.

15   The above-listed records relate to:

16
17       Lawrence H. Grove a/k/a Larry Grove
         DOB:  08-11-53      SSN:  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

18       Cynthia A. Grove a/k/a Cindy Grove
19       DOB: 03-13-57       SSN:  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

20       Sarah H. Grove       DOB:  11-12-85      SSN:  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

21       Michael J. Grove     DOB:  01-21-90      SSN:  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

22
23       If the requested records are produced to the undersigned before the date
24   and time for which this deposition is scheduled, the deposition will be canceled.

25   #

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Wells Fargo Bank  (& National Bank of Alaska) (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
        Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
February ____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
        Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Recs Depo of Wells Fargo Bank (4.Groves)

---

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

---

Notice of Deposition of Records Custodian for Wells Fargo Bank  (& National Bank of Alaska) (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

**FILE COPY**

AO88 (Rev. 1/94) Subpoena in a Civil Case

### Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

**RECEIVED**

FEB 0 9 2007

**WEIDNER & ASSOCIATES**

TO:  Records Custodian for Bank of America
     800  5th Avenue,  Mail Stop WA1-501-25-17
     Seattle, WA  98104-3176

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620      Anchorage, AK  99501 | 3/2/2007 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  | 2-8-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

2-8-07

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

          vs.

UNOCAL CORPORATION,

                    Defendant.



Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Bank of America on Friday, **March 2, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Notice of Deposition of Records Custodian for Bank of America (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Bank of America locations, including but not limited to Anchorage and Talkeetna, Alaska, the state of Colorado, or, in the case of credit cards, at any location nationwide:

1. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

2. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

3. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, and any other banking records pertaining to *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

Notice of Deposition of Records Custodian for Bank of America (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

5.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, individual and joint mortgage and equity accounts, and individual and joint credit card records from January 1, 1999 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN: 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

Sarah H. Grove     DOB: 11-12-85     SSN: 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

Michael J. Grove     DOB: 01-21-90     SSN: 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

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of February 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Notice of Deposition of Records Custodian for Bank of America (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

1

I certify that a copy of this document was

2 [X] mailed, [ ] faxed, [ ] hand delivered on
February _____8_____, 2007, to the following:

3

Phillip P. Weidner Esq.
330 L Street, Suite 200

4 Anchorage AK 99501

5

By: _____

6                  Dianne A. Pitts
6200-1  Grove v. Unocal/Not.of Recs Depo of Bank of America (4.Groves)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Deposition of Records Custodian for Bank of America (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

GROVE -DEPO
FILE COPY

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
SEP 2 8 2006
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

  vs.

UNOCAL CORPORATION,

               Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION
## OF DEPOSITION OF RECORDS CUSTODIAN
## FOR U.S. FISH AND WILDLIFE SERVICE

PLEASE TAKE NOTICE that the records deposition of the **Records Custodian for U.S. Fish and Wildlife Service**, set for **Wednesday, October 11, 2006**, at the hour of **10:00 a.m.** by Defendant Unocal, is **cancelled**.

Notice of Cancellation of Records Deposition
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

9-27-06

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this ___ day of September, 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Certificate of Service:

I certify that a copy of this
document was mailed X ,
faxed _____ , hand delivered_____ on
September 27 , 2006, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____

cc:     Pacific Rim Reporting     272-4384

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Records Deposition
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

AO88 (Rev. 1/94) Subpoena in a Civil Case

**RECEIVED**

**Issued by the**

## UNITED STATES DISTRICT COURT

SEP 1 4 2006

WEIDNER & ASSOCIATES

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

**SUBPOENA IN A CIVIL CASE**

V.

Unocal Corporation

Case Number:[1]  3:04-cv-0096-TMB

TO:  United States Fish and Wildlife Department
     Office of Law Enforcement, Records Custodian
     1011 E. Tudor Road, MS 151
     Anchorage, AK  99503

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC<br>711 H Street, Suite 620, Anchorage, AK 99501 | DATE AND TIME<br>10/11/2006 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | 9/13/2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                        DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c)  PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)  fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i)  requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)  DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim.

1   John B. Thorsness, Esq.
    Linda J. Johnson, Esq.
2   CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
3   711 H Street, Suite 620
    Anchorage, Alaska 99501
4   (907) 272-9272
    usdc-anch-ntc@cplawak.com
5   Attorneys for Defendant Unocal Alaska

6                   IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ALASKA

8

9   LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
10  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,
11

12                          Plaintiffs,

13      vs.
                                                Case No. 3:04-cv-0096-TMB
14  UNOCAL CORPORATION,

15                          Defendant.

16  _____

17  **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
    **OF UNITED STATES FISH AND WILDLIFE DEPARTMENT**
18            **OFFICE OF LAW ENFORCEMENT**

19          Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian** of United States Fish and Wildlife

22  Department Office of Law Enforcement on Wednesday, October 11, 2006, at the

23  hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen &

24

25  Notice of Taking Deposition of Records Custodian of United States Fish and Wildlife Department
    Office of Law Enforcement
26  Grove v. Unocal, Case No. 3:04-cv-0096-TMB
    Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1   Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition

2   will be taken before an officer authorized to administer oaths by the laws of the

3   United States or of the place where the examination is held, and will continue from

4   day to day until completed.

5       The records custodian is requested to bring to the deposition a copy of all

6   records listed in Attachment A.

7       If the requested records are produced to the undersigned before the date

8   and time for which this deposition is scheduled, the deposition will be canceled.

9

10      DATED at Anchorage, Alaska, this 13 day of September, 2006.

11                                          CLAPP, PETERSON, VAN FLEIN,
                                            TIEMESSEN & THORSNESS, LLC
12                                          Attorneys for Defendant Unocal

13

14

15      By _____
                                            Linda J. Johnson, 8911070
16

17  Certificate of Service:

18  I certify that a copy of this
    document was mailed  X ,
    faxed _____, hand delivered_____ on
19  September _____, 2006, to the following:

20  Phillip P. Weidner Esq.
    330 L Street, Suite 200
21  Anchorage AK 99501

22  By: _____

23                          cc:    Pacific Rim Reporting     272-4383

24

25  Notice of Taking Deposition of Records Custodian of United States Fish and Wildlife Department
    Office of Law Enforcement
26  Grove v. Unocal, Case No. 3:04-cv-0096-TMB
    Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

## **ATTACHMENT A**

1)    Any and all information and documents pertaining to lists of animal hides, capes, skulls, or animal parts registered by Lawrence (Larry) Grove, Cynthia Grove, Sarah Grove, Michael Grove, or John Yenason to bring into the United States from hunts overseas, including but not limited to South Africa, from 2000 to the present.

2)    Any and all information and documents pertaining to the specific destinations of the aforementioned hides, capes, skulls, or animal parts registered by Lawrence (Larry) Grove, Cynthia Grove, Sarah Grove, Michael Grove, or John A. Yenason .

3)    Any and all information and documents pertaining to the hunting outfitter where the aforementioned hides, capes, skulls, or animal parts originated from.

4)    Please provide actual documents and forms regarding the requested information.

5)    Information pertaining to the parties:
Lawrence H. Grove
DOB: 08/11/53
SSN: 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

Cynthia A. Grove
DOB: 03-13-57
SSN: 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

Sarah H. Grove
DOB: 11-12-85
SSN: 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

Michael J. Grove
DOB: 01-21-88
SSN: 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

John A. Yenason
DOB: 07-1955

Notice of Taking Deposition of Records Custodian of United States Fish and Wildlife Department
Office of Law Enforcement
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

## Certificate of Authenticity of Records

I, _____,    am    the    Records    Custodian    for

_____ . I personally certify that the document(s) attached are

true  and  correct  copies  of  _____  and  are  the  records  of

_____ made in the ordinary course of

business  and  retained  and  stored  in  the  ordinary  course  of  business  and  constitute

records  for  this  individual.   The  records  are  in  their  original  condition  and  have  not  been

altered, modified or obliterated.

In  my  capacity  as  records  custodian,  I  certify  that  the  attached  documents  are  true,

correct  and  complete  copies  of  the  _____  records  maintained  within  my

custody and control.

_____            _____

Date                                                                          Records Custodian Signature


                                                                            _____

                                                                            Records Custodian Printed Name


THIS IS TO CERTIFY that on the ___ day of _____, 2006, before me, the

undersigned, a Notary Public, personally appeared, _____, known to

me to be the person who signed the above instrument, to be the free act and deed of

_____.

        IN WITNESS WHEREOF, I have hereunto set my hand and seal this ___ day of

_____, 2006.

                                        _____

                                        Notary Public in and for Alaska
                                        My Commission Expires:_____

FIL- COPY

1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska  99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

RECEIVED

JUL 0 3 2006

WEIDNER & ASSOCIATES

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ALASKA

8

9  LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
10 GROVE (DOB 1/21/88) by and through his
   father LAWRENCE H. GROVE,
11
12         Plaintiffs,
13     vs.
                                              Case No. 3:04-cv-0096-TMB
14 UNOCAL CORPORATION,
15
           Defendant.
16



17

18          **NOTICE OF CANCELLATION**
       **OF DEPOSITION OF RECORDS CUSTODIAN**
19    **FOR ALASKA DEPARTMENT OF FISH AND GAME**

20

21     PLEASE TAKE NOTICE that the records deposition of the **Records**

22 **Custodian for Alaska Department of Fish and Game,** set for **Monday, July 3,**

23 **2006,** at the hour of **10:00 a.m.** by Defendant Unocal, is **cancelled**.

24

25
   Notice of Cancellation of Deposition of Records Custodian for Department of Fish & Game
26 Grove v. Unocal, Case No. 3:04-cv-0096-TMB
   Page 1 of 2

6-30-06

DATED at Anchorage, Alaska, this _30_ day of June, 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _[signature]_
    Linda J. Johnson, 8911070

Certificate of Service:

I certify that a copy of this
document was mailed __X__,
faxed __X__, hand delivered_____ on
June _30_, 2006, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _[signature]_

cc:    *Pacific Rim Reporting*    Notified

Notice of Cancellation of Deposition of Records Custodian for Department of Fish & Game
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

FILE COPY

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 2 6 2006

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

           Plaintiffs,

  vs.

UNOCAL CORPORATION,

           Defendant.



Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION
## OF DEPOSITION OF RECORDS CUSTODIAN
## FOR HONEYWELL

    PLEASE TAKE NOTICE that the records deposition of the **Records Custodian for Honeywell**, set for **Monday, June 26, 2006**, at the hour of **1:00 p.m.** by Defendant Unocal, is **cancelled.**

Notice of Cancellation of Deposition of Records Custodian for Honeywell
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

DATED at Anchorage, Alaska, this 26 day of June, 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____

Linda J. Johnson, 8911070

Certificate of Service:

I certify that a copy of this
document was mailed X ,
faxed X , hand delivered_____ on
June 26 , 2006, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____

cc:    Pacific Rim Reporting    272-4383

Notice of Cancellation of Deposition of Records Custodian for Honeywell
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CLAPP · PETERSON
VAN FLEIN · TIEMESSEN · THORSNESS
— LLC —

ANCHORAGE

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Laura S. Gould
John P. Wood
Linda J. Johnson
Liam J. Moran, Of Counsel

FAIRBANKS

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET

**Date:**  June 26, 2006

**To:**  Phillip Weidner, Esq.  **Fax No.:**  278-6571
Michael Cohn, Esq.

Pacific Rim Court Reporters  **Fax No.:**  272-4384

**From:**  Linda J. Johnson

**Re:**  Grove v. Unocal/Our File No. 6200-1

**Number of Pages Being Transmitted (including this cover sheet):** 3

**Original to be Mailed:**  Yes - No - Pacific Rim

**Special Message:**  Please see attached Notice of Cancellation — Records Depo - Honeywell.

### CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

If there are any problems with this transmission, please call Norma, Betty, Barbara or Natalie at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272  email • anch@cpsattorneys.com  fax • 907-272-9586

FIL COPY

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 2 7 2006

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

          Plaintiffs,

    vs.

UNOCAL CORPORATION,

          Defendant.

Case No. 3:04-cv-0096-TMB



## NOTICE OF CANCELLATION
## OF DEPOSITION OF RECORDS CUSTODIAN
## FOR HONEYWELL

PLEASE TAKE NOTICE that the records deposition of the **Records Custodian for Honeywell**, set for **Monday, June 26, 2006**, at the hour of **1:00 p.m.** by Defendant Unocal, is **cancelled**.

Notice of Cancellation of Deposition of Records Custodian for Honeywell
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

6-26-06

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this 16 day of June, 2006.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Certificate of Service:

I certify that a copy of this
document was mailed __X__,
faxed __X__, hand delivered_____ on
June 26, 2006, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____

cc:     Pacific Rim Reporting     272-4383

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Honeywell
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2