GROVE

FILE COPY

SY

RECEIVED
JUN 1 5 2007
WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ALASKA

10 LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
11 father LAWRENCE H. GROVE,

12              Plaintiffs,

13
        vs.
14                                          Case No. 3:04-cv-0096-TMB

15 UNOCAL CORPORATION,

16              Defendant.

17

18         **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
                      **FOR SUMMIT BANK**
19
        Defendant, Unocal Corporation, by and through its attorneys, Clapp,
20
   Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the
21
   deposition of the **Records Custodian for Summit Bank** on Monday, **July 9, 2007**
22
   at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen
23
   & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.    The
24
   deposition will be taken before an officer authorized to administer oaths by the laws
25

26
   Re-Notice of Deposition of Records Custodian for Summit Bank (PA) (Puritan Int'l  &  L.Grove)
   Grove v. Unocal, Case No. 3:04-cv-0096-TMB
   Page 1 of 3

                        6-14-07

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  of the United States or of the place where the examination is held, and will continue

2  from day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies all of

4  the following records from at any and all 1st Summit Bank locations, including but

5  not limited to the states of Delaware and Pennsylvania, or, in the case of credit

6  cards, at any location nationwide pertaining to accounts of the below-named

7  individual and entities, including but not limited to:

8

9      1.   Electronic versions or complete and legible copies of all of the following
    records, whether open or closed accounts:

10

11      a.   account signature cards
    b.   bank statements
    c.   canceled checks

12      d.   deposits and withdrawals
    e.   cashier checks

13      f.   loan statements
    g.   mortgage and equity statements

14      h.   electronic payments, transfers, card services transactions

15      i.   all individual and/or business checking accounts
    j.   all individual and/or business savings accounts

16      k.   all individual and/or business money market accounts
    l.   all individual and/or business certificates of deposits

17      m.   all individual and/or business retirement accounts
    n.   all individual and/or business payroll accounts

18      o.   all individual and/or business loans

19      p.   all individual and/or business mortgage and equity accounts
    q.   and any other banking records

20      2.   Electronic version or complete and legible copies of all credit card
    statements, and any other credit card records pertaining to open and/or

21      closed accounts, including without limitation, all individual and/or

22      business credit card records from January 1, 2000 to the present.

23  Produce the above-listed records related to the below-named person and entities:

24      **Lawrence H. Grove** a/k/a **Larry Grove**
    DOB: 08-11-53    SSN: 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

25      **Puritan International Ltd.**

26

Re-Notice of Deposition of Records Custodian for Summit Bank (PA) (Puritan Int'l & L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
            Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June _____, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
            Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Summit Bank (PA) (Puritan Int'l & L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3



1   John B. Thorsness, Esq.
2   Linda J. Johnson, Esq.
    CLAPP, PETERSON, VAN FLEIN,
3   TIEMESSEN & THORSNESS, LLC
    711 H Street, Suite 620
4   Anchorage, Alaska 99501
    (907) 272-9272
5   usdc-anch-ntc@cplawak.com
6   Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

7

8                   IN THE UNITED STATES DISTRICT COURT

9                       FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12                    Plaintiffs,

13        vs.

14  UNOCAL CORPORATION,                     Case No. 3:04-cv-0096-TMB

15

16                    Defendant.



17  ## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR
    ## WELLS FARGO BANK a/k/a WELLS FARGO BANK, NA

18

19        Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian** for **Wells Fargo Bank (aka Wells Fargo**

22  **Bank, NA)**, on Monday, **July 9, 2007** at the hour of **10:00 a.m.**, at the offices of

23  Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

24  620, in Anchorage, Alaska.    The deposition will be taken before an officer

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

1

2

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

3

4

5

6

7

8

The Records Custodian is requested to bring to the deposition copies of the following Wells Fargo Bank records at any and all Wells Fargo Bank locations nationwide, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, and Pennsylvania, and in the case of credit cards, at any location nationwide:

**BANK RECORDS:**

9

10

11

12

13

14

    1.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

15

16

17

18

19

20

    2.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

21

22

23

24

25

    3.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

26

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4.    Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5.    Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53      SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB:  03-13-57      SSN:  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

Sarah H. Grove      DOB:  11-12-85      SSN:  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

Michael J. Grove      DOB:  01-21-90      SSN:  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

**CREDIT CARDS:**
1.    Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2.    Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove*,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53      SSN: 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
Addresses:  8300 Dagan Street, Anchorage, AK 99502
    and/or:  P.O. Box 222253, Anchorage, AK 99522
    and/or:  15831 Mercedes Drive, Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57      SSN:  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
Address:  (same as above)

Sarah H. Grove      DOB:  11-12-85      SSN:  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
Address:  (same as above)

Michael J. Grove      DOB:  01-21-90      SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _14th_ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

## CERTIFICATE OF SERVICE

I certify that a copy of this document was
☑ mailed, ☐ faxed, ☐ hand delivered on
June _14_, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5



1
John B. Thorsness, Esq.
2
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
3
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
4
Anchorage, Alaska 99501
(907) 272-9272
5
usdc-anch-ntc@cplawak.com
6
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES



7

8
IN THE UNITED STATES DISTRICT COURT

9
FOR THE DISTRICT OF ALASKA

10
LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
11
father LAWRENCE H. GROVE,

12
Plaintiffs,

13

14
vs.                                          Case No. 3:04-cv-0096-TMB

15
UNOCAL CORPORATION,

16
Defendant.

17

18
## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR NORTHWEST AIRLINES

19
Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20
Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21
deposition of the **Records Custodian for Northwest Airlines** on Monday, **July 9,**

22
**2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23
Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24

25
The deposition will be taken before an officer authorized to administer oaths by the

26

Re-Notice of Deposition of Records Custodian for Northwest Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies any and all of the following records, including records from Northwest Airlines partners, subsidiaries or affiliates, at any and all locations nationwide, including *but not limited to* the states of Alaska, Colorado, Delaware, Florida, Nevada, and Pennsylvania, pertaining to the below-named individuals, including but not limited to:

1. Electronic version or complete and legible copies of all records regarding all mileage accounts, frequent flyer plans, itineraries, travel coupons, upgrades, board room passes, complimentary coupons, flight information including dates of travel, flight originations and destinations, boarding passes, and records of payment for all open or closed accounts from January 1, 2000 to the present for the below-listed persons:

a. Lawrence H. Grove a/k/a Larry Grove
   DOB: 08-11-53    SSN: 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
   Addresses:  8300 Dagan Street,  Anchorage, AK 99502
       and/or:  P.O. Box 222253,  Anchorage, AK 99522
       and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

b. Cynthia A. Grove a/k/a Cindy Grove
   DOB: 03-13-57    SSN:  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
   Address:  (same as above)

c. Michael J. Grove
   DOB:  01-21-90    SSN:  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
   Address:  (same as above)

d. Sarah H. Grove
   DOB:  11-12-85    SSN:  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
   Addresses:  (same as above)
       and/or:  9709 East Jewel Avenue, Denver, CO 80247

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Northwest Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _____ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June _____, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Northwest Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3



1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
   Attorneys for Defendant Unocal Alaska
6



RECEIVED
JUN 1 5 2007
WEIDNER & ASSOCIATES

7
            IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE DISTRICT OF ALASKA
9
   LAWRENCE H. GROVE, CYNTHIA
10 GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
11 father LAWRENCE H. GROVE,

12              Plaintiffs,

13      vs.

14                                              Case No. 3:04-cv-0096-TMB
   UNOCAL CORPORATION,
15
                Defendant.
16



17      **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
18              **FOR WACHOVIA BANK**

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Records Custodian for Wachovia Bank** on Monday, **July 9,**

22 **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23 Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24 The deposition will be taken before an officer authorized to administer oaths by the

25

26

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

laws of the United States or of the place where the examination is held, and will

continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of

the following records from at any and all Wachovia Bank locations, including but

not limited to the states of Delaware and Pennsylvania, or, in the case of credit

cards, at any location nationwide pertaining to accounts of the below-named

individual and entities, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following
records, whether open or closed accounts:

   a.    account signature cards
   b.    bank statements
   c.    canceled checks
   d.    deposits and withdrawals
   e.    cashier checks
   f.    loan statements
   g.    mortgage and equity statements
   h.    electronic payments, transfers, card services transactions
   i.    all individual and/or business checking accounts
   j.    all individual and/or business savings accounts
   k.    all individual and/or business money market accounts
   l.    all individual and/or business certificates of deposits
   m.    all individual and/or business retirement accounts
   n.    all individual and/or business payroll accounts
   o.    all individual and/or business loans
   p.    all individual and/or business mortgage and equity accounts
   q.    and any other banking records

2. Electronic version or complete and legible copies of all credit card
statements, and any other credit card records pertaining to open and/or
closed accounts, including without limitation, all individual and/or
business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person and entities:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB:  08-11-53      SSN: 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

**Funtime Boutique, Inc.  (aka Adult Funtime Boutique, Inc.)**

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☑ mailed, ☐ faxed, ☐ hand delivered on
June _____, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

FILE COPY



1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

**RECEIVED**

JUN 1 5 2007

**WEIDNER & ASSOCIATES**

7

8              IN THE UNITED STATES DISTRICT COURT

9                   FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,



12                      Plaintiffs,

13
         vs.
14                                              Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16                      Defendant.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

17
18          <u>**RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
                   **FOR PNC BANK**</u>

19          Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for PNC Bank** on Monday, **July 9, 2007** at

22  the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen &

23  Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition

24  will be taken before an officer authorized to administer oaths by the laws of the

25

26

Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 1 of 3

1 United States or of the place where the examination is held, and will continue from

2 day to day until completed.

3 The Records Custodian is requested to bring to the deposition copies all of

4 the following records from at any and all PNC Bank locations, including but not

5 limited to the states of Delaware and Pennsylvania, or, in the case of credit cards,

6 at any location nationwide pertaining to accounts of the below-named entity, including

7

8 but not limited to:

9     1. Electronic versions or complete and legible copies of all of the following
records, whether open or closed accounts:

10

11         a. account signature cards
        b. bank statements

12         c. canceled checks
        d. deposits and withdrawals

13         e. cashier checks
        f. loan statements

14         g. mortgage and equity statements
        h. electronic payments, transfers, card services transactions

15         i. all individual and/or business checking accounts
        j. all individual and/or business savings accounts

16         k. all individual and/or business money market accounts
        l. all individual and/or business certificates of deposits

17         m. all individual and/or business retirement accounts
        n. all individual and/or business payroll accounts

18         o. all individual and/or business loans
        p. all individual and/or business mortgage and equity accounts

19         q. and any other banking records

20     2. Electronic version or complete and legible copies of all credit card
statements, and any other credit card records pertaining to open and/or

21 closed accounts, including without limitation, all individual and/or
business credit card records from January 1, 2000 to the present.

22

23 Produce the above-listed records related to the below-named entity:

24     **Lo-Ji, Inc.  (a/k/a LoJi, Inc.)**

25 If the requested records are produced to the undersigned before the date

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June ____, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

FILE COPY

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska



RECEIVED
JUN 1 5 2007
WEIDNER & ASSOCIATES

7

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,



12                  Plaintiffs,

13
       vs.
14                                          Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16                  Defendant.

17          **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
18              **FOR SOVEREIGN BANK**

19          Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for Sovereign Bank** on Monday, **July 9,**

22  **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23  Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24  The deposition will be taken before an officer authorized to administer oaths by the

25

26

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Sovereign Bank locations, including but not limited to the states of Delaware, Nevada, and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a. account signature cards
    b. bank statements
    c. canceled checks
    d. deposits and withdrawals
    e. cashier checks
    f. loan statements
    g. mortgage and equity statements
    h. electronic payments, transfers, card services transactions
    i. all individual and/or business checking accounts
    j. all individual and/or business savings accounts
    k. all individual and/or business money market accounts
    l. all individual and/or business certificates of deposits
    m. all individual and/or business retirement accounts
    n. all individual and/or business payroll accounts
    o. all individual and/or business loans
    p. all individual and/or business mortgage and equity accounts
    q. and any other banking records

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB:  08-11-53      SSN: 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

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1   If the requested records are produced to the undersigned before the date

2   and time for which this deposition is scheduled, the deposition will be canceled.

3   DATED at Anchorage, Alaska, this _14th_ day of June 2007.

4                           CLAPP, PETERSON, VAN FLEIN,
                            TIEMESSEN & THORSNESS, LLC
5                           Attorneys for Defendant Unocal

6

7                           By _____
                               Linda J. Johnson, 8911070
8

9   <u>CERTIFICATE OF SERVICE</u>

10  I certify that a copy of this document was
    ☑ mailed, ☐ faxed, ☐ hand delivered on
11  June _14_, 2007, to the following:

12  Phillip P. Weidner Esq.
    Phillip Paul Weidner & Associates
    330 L Street, Ste 200
13  Anchorage AK 99501

14  By: _____
15           Dianne A. Pitts

16

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

17

18

19

20

21

22

23

24

25

26

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3