

FILE COPY

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska 99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE DISTRICT OF ALASKA

9



10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
11  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,

12                    Plaintiffs,

13

14      vs.                                    Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16                    Defendant.

17  ## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
18  ## FOR PNC BANK

19       Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for PNC Bank** on Monday, **July 9, 2007** at

22  the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen &

23  Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition

24

25  will be taken before an officer authorized to administer oaths by the laws of the

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all PNC Bank locations, including but not limited to the states of Delaware, Nevada, and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual, including but not limited to:

1.    Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

      a.     account signature cards
      b.     bank statements
      c.     canceled checks
      d.     deposits and withdrawals
      e.     cashier checks
      f.     loan statements
      g.     mortgage and equity statements
      h.     electronic payments, transfers, card services transactions
      i.     all individual and/or business checking accounts
      j.     all individual and/or business savings accounts
      k.     all individual and/or business money market accounts
      l.     all individual and/or business certificates of deposits
      m.     all individual and/or business retirement accounts
      n.     all individual and/or business payroll accounts
      o.     all individual and/or business loans
      p.     all individual and/or business mortgage and equity accounts
      q.     and any other banking records

2.    Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB:  08-11-53      SSN: 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

Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1    If the requested records are produced to the undersigned before the date

2  and time for which this deposition is scheduled, the deposition will be canceled.

3    DATED at Anchorage, Alaska, this _____ day of June 2007.

4
                            CLAPP, PETERSON, VAN FLEIN,
5                            TIEMESSEN & THORSNESS, LLC
                            Attorneys for Defendant Unocal
6

7

8    By_____
                            Linda J. Johnson, 8911070
9

10    CERTIFICATE OF SERVICE

   I certify that a copy of this document was
11  [X] mailed, [ ] faxed, [ ] hand delivered on
   June _____, 2007, to the following:
12

13  Phillip P. Weidner Esq.
   Phillip Paul Weidner & Associates
14  330 L Street, Ste 200
   Anchorage AK 99501

15  By:_____
                Dianne A. Pitts
16

17

18

19

20

21

22

23

24

25

26

Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

FILE COPY

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

    vs.

UNOCAL CORPORATION,

                    Defendant.

Case No. 3:04-cv-0096-TMB



### RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR THE McCLATCHY CO.

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **The McClatchy Co.**, on Friday, **July 9, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for The McClatchy Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

The Records Custodian is requested to bring to the deposition copies of the following records which are in The McClatchy Co.'s possession, custody or control:

1. Electronic version or complete and legible copies of any and all documents and records pertaining to accounts related to *Lawrence H. ("Larry") Grove individually, Cynthia A. ("Cindy") Grove individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly,* and also to include accounts on which the above-named individuals are secondary account holders (i.e., co-signers), including without limitation records of: individual or joint bank accounts, including bank statements and canceled checks; money market accounts, including statements and canceled checks; mutual fund accounts, including statements; certificates of deposits; IRAs and any other retirement accounts; loans; mortgage and equity accounts; private equity accounts, brokerage accounts; trade accounts and investment accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; any and all other wealth management records; and receipts/records of payment to Mikunda Cottrell for any and all services rendered from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
    DOB: 08-11-53     SSN: 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
Cynthia A. Grove a/k/a Cindy Grove
    DOB: 03-13-57     SSN: 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
    Addresses: 8300 Dagan Street, Anchorage, AK 99502
    and/or: P.O. Box 222253, Anchorage, AK 99522
    and/or: 15831 Mercedes Drive, Talkeetna, AK 99676

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ____14th____ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
        Linda J. Johnson, 8911070

Re-Notice of Deposition of Records Custodian for The McClatchy Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June ___14___, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
            Dianne A. Pitts

<div style="margin-left:-5em; font-weight:bold;">
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586
</div>

Re-Notice of Deposition of Records Custodian for The McClatchy Co.
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3



1    John B. Thorsness, Esq.
2    Linda J. Johnson, Esq.
     CLAPP, PETERSON, VAN FLEIN,
3    TIEMESSEN & THORSNESS, LLC
     711 H Street, Suite 620
4    Anchorage, Alaska 99501
     (907) 272-9272
5    usdc-anch-ntc@cplawak.com
6    Attorneys for Defendant Unocal Alaska

**RECEIVED**

JUN 1 5 2007

WEIDNER & ASSOCIATES

7

8            IN THE UNITED STATES DISTRICT COURT

9               FOR THE DISTRICT OF ALASKA

10   LAWRENCE H. GROVE, CYNTHIA
     GROVE, SARAH GROVE, and MICHAEL
11   GROVE (DOB 1/21/88) by and through his
     father LAWRENCE H. GROVE,



12

13             Plaintiffs,

14    vs.

15    UNOCAL CORPORATION,

16             Defendant.

Case No. 3:04-cv-0096-TMB

17     **<u>RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR
18                     E*TRADE</u>**

19        Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20   Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21   deposition of the **Records Custodian** for **E*Trade a/k/a E*Trade Financial**

22   **Corporation**, on Monday, **July 9, 2007** at the hour of **10:00 a.m.**, at the offices of

23   Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

24
25   620, in Anchorage, Alaska. The deposition will be taken before an officer

26

Re-Notice of Deposition of Records Custodian for E*Trade (L & C Grove)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1   authorized to administer oaths by the laws of the United States or of the place

2   where the examination is held, and will continue from day to day until completed.

3       The Records Custodian is requested to bring to the deposition copies of the

4   following E*Trade records at any and all E*Trade locations nationwide, which

5   records are in E*Trade's possession, custody or control:

6
7       1.   Electronic version or complete and legible copies of any and all
             documents and records pertaining to accounts related to *Lawrence H.
8            ("Larry") Grove individually,  Cynthia A. ("Cindy") Grove individually,
             and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove,
9            jointly,* and also to include accounts on which the above-named
             individuals are secondary account holders (i.e., co-signers), including
10           without limitation records of:  individual or joint  bank accounts, including
             bank statements and canceled checks; money market accounts, including
11           statements and canceled checks; mutual fund accounts, including
             statements; certificates of deposits; IRAs and any other retirement
12           accounts; loans; mortgage and equity accounts; private equity accounts,
             brokerage accounts; trade accounts and investment accounts; financial
13           planning records; real property investments; portfolio statements;
             management fee statements; asset management; tax shelters; tax returns
14           including all supporting documents; any and all other wealth management
             records; and receipts/records of payment to Mikunda Cottrell for any and
15           all services rendered from January 1, 2000 to the present.

16
        2.   Electronic version or complete and legible copies of all *documents and
17           records* pertaining to all **corporate and/or business accounts** for which
             **Lawrence H. ("Larry") Grove** and/or **Cynthia A. ("Cindy") Grove** <u>are</u>
18           <u>members, owners, officers, and/or signatory(ies)</u> on any account or
             document, including without limitation any and all: corporate/business
19           bookkeeping/accounting records; ledgers; checkbooks (i.e., check stubs);
             bank accounts, including bank statements and canceled checks; payroll
20           accounts; money market accounts, including statements; certificates of
             deposits; loans; mortgage and equity accounts including private equity;
21           brokerage accounts; trade accounts and  investment accounts; retirement
             accounts; financial planning records; real property investments; portfolio
22           statements; management fee statements; asset management; tax
             shelters; tax returns including all supporting documents; and any other
23           wealth management records; and receipts/records of payment to Mikunda
             Cottrell for services rendered from January 1, 2000 to the present.
24

25      The above-listed records relate to:

26
Re-Notice of Deposition of Records Custodian for E*Trade (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53     SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
    and/or:   P.O. Box 222253,  Anchorage, AK 99522
    and/or:   15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this  14  day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on June  14 , 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

**Clapp, Peterson, Van Flein,**
**Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for E*Trade (L & C Grove)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3



FILE COPY

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska



RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

              Plaintiffs,

    vs.

UNOCAL CORPORATION,

              Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR DELTA AIRLINES

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian for Delta Airlines** on Monday, **July 9, 2007**

at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen

& Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.    The

deposition will be taken before an officer authorized to administer oaths by the laws

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

<div style="writing-mode: vertical">Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586</div>

1  of the United States or of the place where the examination is held, and will continue

2  from day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies any

4  and all of the following records, including records from Delta Airlines partners,

5  subsidiaries or affiliates, at any and all locations nationwide, including *but not*

6  *limited to* the states of Alaska, Colorado, Delaware, Florida, Nevada, and

7  Pennsylvania, pertaining to the below-named individuals, including but not limited to:

8
9  1. Electronic version or complete and legible copies of all records regarding all
   mileage accounts, frequent flyer plans, itineraries, travel coupons, upgrades,
10   board room passes, complimentary coupons, flight information including dates
   of travel, flight originations and destinations, boarding passes, and records of
11   payment for all open or closed accounts from January 1, 2000 to the present for
   the below-listed persons:
12
13   a.  Lawrence H. Grove a/k/a Larry Grove
       DOB: 08-11-53      SSN: 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
14       Addresses:  8300 Dagan Street,  Anchorage, AK 99502
          and/or:  P.O. Box 222253,  Anchorage, AK 99522
15          and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

16   b.  Cynthia A. Grove a/k/a Cindy Grove
       DOB: 03-13-57      SSN:  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
17       Address:  (same as above)

18   c.  Michael J. Grove
       DOB: 01-21-90      SSN:  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
19       Address:  (same as above)

20
21   d.  Sarah H. Grove
       DOB: 11-12-85      SSN:  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
       Addresses:  (same as above)
22          and/or:  9709 East Jewel Avenue, Denver, CO 80247

23

24      If the requested records are produced to the undersigned before the date

25  and time for which this deposition is scheduled, the deposition will be canceled.

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

DATED at Anchorage, Alaska, this _14th_ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
        Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☑ mailed, ☐ faxed, ☐ hand delivered on
June _14_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
        Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

FILE COPY



1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

**RECEIVED**

JUN 1 5 2007

**WEIDNER & ASSOCIATES**

7

8               IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ALASKA



10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
11  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,

12
                   Plaintiffs,
13
14        vs.                                    Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16                  Defendant.

17       **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
18                **FOR CITIZENS BANK**

19        Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for Citizens Bank** on Monday, **July 9, 2007**

22  at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen

23  & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.    The

24
25  deposition will be taken before an officer authorized to administer oaths by the laws

26

Re-Notice of Deposition of Records Custodian for Citizens Bank (Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Citizens Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual and entities, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a.    account signature cards
    b.    bank statements
    c.    canceled checks
    d.    deposits and withdrawals
    e.    cashier checks
    f.    loan statements
    g.    mortgage and equity statements
    h.    electronic payments, transfers, card services transactions
    i.    all individual and/or business checking accounts
    j.    all individual and/or business savings accounts
    k.    all individual and/or business money market accounts
    l.    all individual and/or business certificates of deposits
    m.    all individual and/or business retirement accounts
    n.    all individual and/or business payroll accounts
    o.    all individual and/or business loans
    p.    all individual and/or business mortgage and equity accounts
    q.    and any other banking records

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person and entities:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB:  08-11-53      SSN: 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

**Samuri, Inc.**

Re-Notice of Deposition of Records Custodian for Citizens Bank (Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1     If the requested records are produced to the undersigned before the date

2 and time for which this deposition is scheduled, the deposition will be canceled.

3     DATED at Anchorage, Alaska, this _____ day of June 2007.

4

5             CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC

6             Attorneys for Defendant Unocal

7

8        By _____
                Linda J. Johnson, 8911070

9

10    <u>CERTIFICATE OF SERVICE</u>

11 I certify that a copy of this document was
☑ mailed, ☐ faxed, ☐ hand delivered on

12 June _____, 2007, to the following:

13 Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

14 330 L Street, Ste 200
Anchorage AK 99501

15

16 By: _____
         Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Recs Depo of Citizens Bank (Samuri, PK,LG)

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Citizens Bank (Samuri)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

FILE COPY



1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska 99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

7

8              IN THE UNITED STATES DISTRICT COURT

9                FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
11  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,

12                    Plaintiffs,

13

14      vs.                                    Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16                    Defendant.

17      **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR
                           CITICARDS**

18

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for CitiCards.**, on Monday, **July 9, 2007** at

22  the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen &

23  Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition

24

25  will be taken before an officer authorized to administer oaths by the laws of the

26

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the below-listed CitiCards records at any and all locations, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, and/or in the case of credit cards, at any location nationwide:

**BANK RECORDS:**

1. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

3. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Michael J. Grove***, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53      SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57      SSN:  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

Sarah H. Grove      DOB:  11-12-85      SSN:  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

Michael J. Grove      DOB:  01-21-90      SSN:  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

**CREDIT CARDS:**
1.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

3.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove,*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53      SSN:  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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
   and/or:  P.O. Box 222253,  Anchorage, AK 99522
   and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB:  03-13-57      SSN:  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
Address:  (same as above)

Sarah H. Grove      DOB:  11-12-85      SSN:  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
Address:  (same as above)

Michael J. Grove      DOB:  01-21-90      SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _____ day of June 2007.

1

2                                        CLAPP, PETERSON, VAN FLEIN,
                                         TIEMESSEN & THORSNESS, LLC
3                                        Attorneys for Defendant Unocal

4

5

6                                        By _____
                                            Linda J. Johnson, 8911070
7

8        CERTIFICATE OF SERVICE

9    I certify that a copy of this document was
     ☑ mailed, ☐ faxed, ☐ hand delivered on
10   June _____, 2007, to the following:

11   Phillip P. Weidner Esq.
     Phillip Paul Weidner & Associates
     330 L Street, Suite 200
12   Anchorage AK 99501

13
     By: _____
14           Dianne A. Pitts

15

16

17

18

19

20

21

22

23

24

25

26
     Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
     Grove v. Unocal, Case No. 3:04-cv-0096-TMB
     Page 5 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

FILE COPY



John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

**RECEIVED**

JUN 1 5 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR CITIBANK a/k/a CITIBANK NA

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian for Citibank (aka Citibank NA)**, on

Monday, **July 9, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson,

Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage,

Alaska.  The deposition will be taken before an officer authorized to administer

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

1    oaths by the laws of the United States or of the place where the examination is

2    held, and will continue from day to day until completed.

3         The Records Custodian is requested to bring to the deposition copies of the

4    below-listed Citibank records at any and all locations, including but not limited to

5    the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, and/or in the

6    case of credit cards, at any location nationwide:

7

**BANK RECORDS:**

8   1.   Electronic version or complete and legible copies of all bank statements,
          cancelled checks, deposits and withdrawals, cashier checks, loan
9         statements, mortgage and equity statements, credit card statements, and
          any other banking records pertaining to *accounts held by* **Lawrence H.**
10        **("Larry") Grove and Cynthia A. ("Cindy") Grove**, including, but without
          limitation, all individual and joint checking accounts, individual and joint
11        savings accounts, individual and joint money market accounts, individual
          and joint certificates of deposits, individual and joint IRAs, individual and
12        joint loans, and individual and joint mortgage and equity accounts from
          January 1, 2000 to the present.
13

14  2.   Electronic version or complete and legible copies of all bank statements,
          cancelled checks, deposits and withdrawals, cashier checks, loan
15        statements, mortgage and equity statements, credit card statements, and
          any other banking records pertaining to *accounts held by* **Lawrence H.**
16        **("Larry") Grove**, including, but without limitation, all individual and joint
          checking accounts, individual and joint savings accounts, individual and
17        joint money market accounts, individual and joint certificates of deposits,
          individual and joint IRAs, individual and joint loans, and individual and joint
18        mortgage and equity accounts from January 1, 2000 to the present.
19

20  3.   Electronic version or complete and legible copies of all bank statements,
          cancelled checks, deposits and withdrawals, cashier checks, loan
21        statements, mortgage and equity statements, credit card statements, and
          any other banking records pertaining to *accounts held by* **Cynthia A.**
22        **("Cindy") Grove**, including, but without limitation, all individual and joint
          checking accounts, individual and joint savings accounts, individual and
23        joint money market accounts, individual and joint certificates of deposits,
          individual and joint IRAs, individual and joint loans, and individual and joint
24        mortgage and equity accounts from January 1, 2000 to the present.

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Michael J. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN:  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

Sarah H. Grove    DOB:  11-12-85    SSN:  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

Michael J. Grove    DOB:  01-21-90    SSN:  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

**CREDIT CARDS:**

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove*,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53      SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
   and/or:  P.O. Box 222253,  Anchorage, AK 99522
   and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57      SSN:  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
Address:  (same as above)

Sarah H. Grove      DOB: 11-12-85      SSN:  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
Address:  (same as above)

Michael J. Grove      DOB: 01-21-90      SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _14th_ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
     Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒mailed, ☐ faxed, ☐ hand delivered on
June _14_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
         Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5



John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska



**RECEIVED**

JUN 1 5 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

  vs.

UNOCAL CORPORATION,

               Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR CHASE BANK, N.A.

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for **Chase Bank, N.A. (also f/k/a Chase**

**Manhattan Bank)**, on Monday, **July 9, 2007** at the hour of **10:00 a.m.**, at the

offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H

Street, Suite 620, in Anchorage, Alaska.  The deposition will be taken before an

officer authorized to administer oaths by the laws of the United States or of the

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Chase Bank, N.A. (4 Groves—cr.cds)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following Chase Bank, N.A. records, including records from Banc One, Bank One, and Chase Manhattan Bank, all n/k/a Chase Bank, which are at any and all Chase Bank locations, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, or at any location nationwide:

1.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove*** *and* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

3.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Chase Bank, N.A. (4 Groves—cr.cds)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

5.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Michael J. Grove**,*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53     SSN: 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
Addresses:   8300 Dagan Street,  Anchorage, AK 99502
    and/or:   P.O. Box 222253,  Anchorage, AK 99522
    and/or:   15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN:  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
Address:  (same as above)

Sarah H. Grove     DOB:  11-12-85     SSN:  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
Address:  (same as above) and any Colorado address

Michael J. Grove     DOB:  01-21-90     SSN:  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
Address:  (same as above) and any Pennsylvania address

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Chase Bank, N.A. (4 Groves—cr.cds)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

<u>CERTIFICATE OF SERVICE</u>

1

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

2

June ___14___, 2007, to the following:

3

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4

330 L Street, Suite 200
Anchorage AK 99501

5

By:_____

6

Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Chase Bank, N.A. (4 Groves—cr.cds)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 4 of 4