

FILE COPY

RECEIVED
JUN 1 5 2007
WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF ALASKA



10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12             Plaintiffs,

13

14      vs.                                    Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16             Defendant.

17  ## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR
    ## CAPITAL ONE
18

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for Capital One a/k/a Capital One**

22  **Bank/FSB**, on Monday, **July 9, 2007** at the hour of **10:00 a.m.**, at the offices of

23  Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

24  620, in Anchorage, Alaska.    The deposition will be taken before an officer

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Capital One  (4 Groves) - 2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

1   authorized to administer oaths by the laws of the United States or of the place

2   where the examination is held, and will continue from day to day until completed.

3       The Records Custodian is requested to bring to the deposition copies of the

4   below-listed Capital One records at any and all locations, including but not limited

5   to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, and/or in

6   the case of credit cards, at any location nationwide:

7

**BANK RECORDS:**

8   1.   Electronic version or complete and legible copies of all bank statements,
9        cancelled checks, deposits and withdrawals, cashier checks, loan
         statements, mortgage and equity statements, credit card statements, and
10       any other banking records pertaining to *accounts held by Lawrence H.
         ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without
11       limitation, all individual and joint checking accounts,  individual and joint
         savings accounts, individual and joint money market accounts, individual
12       and joint certificates of deposits, individual and joint IRAs, individual and
         joint loans, and individual and joint mortgage and equity accounts from
13       January 1, 2000 to the present.

14  2.   Electronic version or complete and legible copies of all bank statements,
         cancelled checks, deposits and withdrawals, cashier checks, loan
15       statements, mortgage and equity statements, credit card statements, and
         any other banking records pertaining to *accounts held by Lawrence H.
16       ("Larry") Grove*, including, but without limitation, all individual and joint
         checking accounts,  individual and joint savings accounts, individual and
17       joint money market accounts, individual and joint certificates of deposits,
         individual and joint IRAs, individual and joint loans, and individual and joint
18       mortgage and equity accounts from January 1, 2000 to the present.

19
20  3.   Electronic version or complete and legible copies of all bank statements,
         cancelled checks, deposits and withdrawals, cashier checks, loan
21       statements, mortgage and equity statements, credit card statements, and
         any other banking records pertaining to *accounts held by Cynthia A.
22       ("Cindy") Grove*, including, but without limitation, all individual and joint
         checking accounts,  individual and joint savings accounts, individual and
23       joint money market accounts, individual and joint certificates of deposits,
         individual and joint IRAs, individual and joint loans, and individual and joint
24       mortgage and equity accounts from January 1, 2000 to the present.

25

26

Re-Notice of Deposition of Records Custodian for Capital One (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Sarah H. Grove**,* including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Michael J. Grove**,* including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53      SSN:  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

Cynthia A. Grove a/k/a Cindy Grove
DOB:  03-13-57      SSN:  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

Sarah H. Grove       DOB:  11-12-85      SSN:  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

Michael J. Grove     DOB:  01-21-90      SSN:  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

**CREDIT CARDS:**

1.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove**,* including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove**,* including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Capital One (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove,,* including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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
Addresses:   8300 Dagan Street,  Anchorage, AK 99502
    and/or:   P.O. Box 222253,  Anchorage, AK 99522
    and/or:   15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN: 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
Address:  (same as above)

Sarah H. Grove     DOB: 11-12-85     SSN: 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
Address:  (same as above)

Michael J. Grove     DOB: 01-21-90     SSN: 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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Capital One (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _____14th_____ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June ___14___, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Capital One (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

**RECEIVED**

JUN 1 5 2007

WEIDNER & ASSOCIATES

TO:  Records Custodian
     Capital One Bank/FSB
     P.O. Box 85032
     Richmond, VA 23285-5032

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

   Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK 99501 | DATE AND TIME<br>6/14/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 6·14·07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

John B. Thorsness, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC          Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.



FILE COPY

1 John B. Thorsness, Esq.
2 Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
3 TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
4 Anchorage, Alaska 99501
(907) 272-9272
5 usdc-anch-ntc@cplawak.com
6 Attorneys for Defendant Unocal Alaska

RECEIVED 

JUN 1 5 2007

WEIDNER & ASSOCIATES

7
8          IN THE UNITED STATES DISTRICT COURT
9               FOR THE DISTRICT OF ALASKA

10 LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
11 GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

12                    Plaintiffs,
13
14     vs.                                     Case No. 3:04-cv-0096-TMB
15 UNOCAL CORPORATION,
16                    Defendant.

17
18       **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
             **FOR BANK OF AMERICA**

19       Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Records Custodian for Bank of America** on Monday, **July 9,**

22 **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23 Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24
25 The deposition will be taken before an officer authorized to administer oaths by the

26

Re-Notice of Deposition of Records Custodian for Bank of America (Lead Dog)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Bank of America locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual and entities, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a.  account signature cards
    b.  bank statements
    c.  canceled checks
    d.  deposits and withdrawals
    e.  cashier checks
    f.  loan statements
    g.  mortgage and equity statements
    h.  electronic payments, transfers, card services transactions
    i.  all individual and/or business checking accounts
    j.  all individual and/or business savings accounts
    k.  all individual and/or business money market accounts
    l.  all individual and/or business certificates of deposits
    m.  all individual and/or business retirement accounts
    n.  all individual and/or business payroll accounts
    o.  all individual and/or business loans
    p.  all individual and/or business mortgage and equity accounts
    q.  and any other banking records

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person and entities:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB:  08-11-53      SSN: 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

**Lead Dog Enterprises Limited**

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Bank of America (Lead Dog)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1

     If the requested records are produced to the undersigned before the date

2

and time for which this deposition is scheduled, the deposition will be canceled.

3

     DATED at Anchorage, Alaska, this ____*14*____ day of June 2007.

4

5

               CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

6

7

8

         By _____
               Linda J. Johnson, 8911070

9

10

     <u>CERTIFICATE OF SERVICE</u>

11

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June _14_, 2007, to the following:

12

13

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

14

15

By:_____
     Dianne A. Pitts

16

<div style="writing-mode: vertical-rl">

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

</div>

17

18

19

20

21

22

23

24

25

26

Re-Notice of Deposition of Records Custodian for Bank of America (Lead Dog)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3



FILE COPY

RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

    vs.

UNOCAL CORPORATION,

              Defendant.

Case No. 3:04-cv-0096-TMB



### NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR LUXOR HOTEL AND CASINO

    PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Luxor Hotel and Casino** (Las Vegas, Nevada) on Friday, **June 15, 2007** at the hour of 10:00 a.m. is **CANCELED.**

    DATED at Anchorage, Alaska, this ___14___ day of June 2007.

               CLAPP, PETERSON, VAN FLEIN,
               TIEMESSEN & THORSNESS, LLC
               Attorneys for Defendant Unocal

               By _____
                   Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Records Custodian for Luxor Hotel & Casino
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

6-14-07

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

CERTIFICATE OF SERVICE

2
I certify that a copy of this document was
☑ mailed, ☐ faxed, ☐ hand delivered on
June _14_____, 2007, to the following:

3

Phillip P. Weidner Esq.

4
Phillip Paul Weidner & Associates
330 L Street, Suite 200

5
Anchorage AK 99501

6
By:_____
        Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Luxor Hotel & Casino
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

FILE COPY

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska 99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

7

8

9        IN THE UNITED STATES DISTRICT COURT

10           FOR THE DISTRICT OF ALASKA

11  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
12  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,

13
               Plaintiffs,
14

15       vs.                              Case No. 3:04-cv-0096-TMB

16  UNOCAL CORPORATION,

17             Defendant.

18

19  **NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN**
    **FOR JP MORGAN CHASE BANK**

20

21       PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

22  the **Records Custodian** for **JP Morgan Chase Bank** (also f/k/a Banc One, Bank

23  One, and Chase Manhattan Bank) on Monday, **June 15, 2007** at the hour of 10:00

24  a.m. is **CANCELED.**

25

26

Notice of Cancellation of Deposition of Records Custodian for JP Morgan Chase Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

6-14-07

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this ___14th___ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☑ mailed, ☐ faxed, ☐ hand delivered on
June __14__, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for JP Morgan Chase Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

FILE COPY



1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska  99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ALASKA

9  LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
10 father LAWRENCE H. GROVE,

11

12                    Plaintiffs,

13        vs.                                    Case No. 3:04-cv-0096-TMB

14 UNOCAL CORPORATION,

15                    Defendant.



16     **NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN**
17                       **FOR UPTOWN MOTEL**

18         PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

19 the **Records Custodian for Uptown Motel** (Kenai, Alaska) on Friday, **June 22,**

20 **2007** at the hour of 10:00 a.m. is **CANCELED.**

21         DATED at Anchorage, Alaska, this ____ day of June 2007.

22                              CLAPP, PETERSON, VAN FLEIN,
23                              TIEMESSEN & THORSNESS, LLC
                               Attorneys for Defendant Unocal
24

25                           By
                                       Linda J. Johnson, 8911070
26

Notice of Cancellation of Deposition of Records Custodian for Uptown Motel (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

6-14-07

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

2    June ___14___, 2007, to the following:

3    Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4    330 L Street, Suite 200
Anchorage AK 99501

5

6    By: _____
Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Uptown Motel (L & C Grove)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 8 2007

WEIDNER & ASSOCIATES

7

8                 IN THE UNITED STATES DISTRICT COURT

9                     FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
11  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,
12
                          Plaintiffs,
13
14       vs.                                    Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16                        Defendant.

17           **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
18                       **FOR UPTOWN MOTEL**

19          Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian** for **Uptown Motel** (Kenai, Alaska) on Friday,

22  **June 22, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van

23  Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage,

24

25  Alaska.  The deposition will be taken before an officer authorized to administer

26

Notice of Deposition of Records Custodian for Uptown Motel (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

6-5-07

oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

1.  Each and every record documenting reservations and any and all charges incurred by **Lawrence ("Larry") Grove** and/or **Cynthia ("Cindy") Grove** from January 1, 2000 to the present.

2.  Each and every record documenting complimentary hotel accommodations, meals, entertainment, and/or other hotel perks that were offered to Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN: 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

Residents of:    8300 Dagan Street, Anchorage, AK 99502
and/or:          P.O. Box 222253, Anchorage, AK 99522
and/or:          15831 Mercedes Drive, Talkeetna, AK 99676

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Uptown Motel (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1

## CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

2   June _____5_____, 2007, to the following:

3   Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4   330 L Street, Suite 200
Anchorage AK 99501

5

6   By: _____
Dianne A. Pitts

7   6200-1  Not.of Recs Depo of Uptown Motel (L & C Grove)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Uptown Motel (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

AO88 (Rev. 1/94) Subpoena in a Civil Case

<div align="center">

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA
</div>

Lawrence H. Grove, Cynthia Grove, et al.,

V.                                              **SUBPOENA IN A CIVIL CASE**

Unocal Corporation

Case Number:[1]  3:04-cv-0096-TMB

TO:   Records Custodian
      Uptown Motel
      47 Spur View Drive
      Kenai, AK 99611

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

      Please see Notice attached hereto.

| PLACE   Clapp, Peterson, Van Flein, Tiemessen & Thorsness   711 H Street, Suite 620    Anchorage, AK 99501 | DATE AND TIME   6/22/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE   6.(-.07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

John B. Thorsness, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC          Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

FILE COPY

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                Plaintiffs,

    vs.

UNOCAL CORPORATION,

                Defendant.

Case No. 3:04-cv-0096-TMB

### NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR MCKINLEY TITLE

    PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for McKinley Title** on Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED**.

    DATED at Anchorage, Alaska, this _____ day of May 2007.

                CLAPP, PETERSON, VAN FLEIN,
                TIEMESSEN & THORSNESS, LLC
                Attorneys for Defendant Unocal

                By
                    Linda J. Johnson, 8911070

Clapp, peterson, van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for McKinley Title
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

5-31-07

## CERTIFICATE OF SERVICE

1

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

2

May _31_ , 2007, to the following:

3

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4

330 L Street, Suite 200
Anchorage AK 99501

5

By: _____

6

Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of  Cancellation of Deposition of Records Custodian for McKinley Title
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

              Plaintiffs,

  vs.

UNOCAL CORPORATION,

              Defendant.

Case No. 3:04-cv-0096-TMB

**NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN
FOR VALDEZ HARBOR INN**

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

the **Records Custodian for Valdez Harbor Inn** on Thursday, May 31, 2007 at the

hour of 10:00 a.m. is **CANCELED**.

DATED at Anchorage, Alaska, this _31_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
      Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Valdez Harbor Inn (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

<u>CERTIFICATE OF SERVICE</u>

1   I certify that a copy of this document was
    ☒ mailed, ☐ faxed, ☐ hand delivered on
2   May _3/___, 2007, to the following:

3   Phillip P. Weidner Esq.
    Phillip Paul Weidner & Associates
4   330 L Street, Suite 200
    Anchorage AK 99501

5

   By: _____
6           Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Valdez Harbor Inn (L & C Grove)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

   vs.

UNOCAL CORPORATION,

               Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR TROPICANA CASINO & RESORT

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Tropicana Casino & Resort** on Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED**.

DATED at Anchorage, Alaska, this _31_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
    Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Tropicana Casino & Resort
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

CERTIFICATE OF SERVICE

1   I certify that a copy of this document was
    ☑ mailed, ☐ faxed, ☐ hand delivered on
2   May _31_, 2007, to the following:

3   Phillip P. Weidner Esq.
    Phillip Paul Weidner & Associates
4   330 L Street, Suite 200
    Anchorage AK 99501

5   By: _____
6              Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Tropicana Casino & Resort
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

              Plaintiffs,

vs.

UNOCAL CORPORATION,

              Defendant.

Case No. 3:04-cv-0096-TMB

### NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN
### FOR PENNSYLVANIA FISH & BOAT COMMISSION

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

the **Records Custodian for Pennsylvania Fish & Boat Commission** on Thursday,

May 31, 2007 at the hour of 10:00 a.m. is **CANCELED.**

DATED at Anchorage, Alaska, this _31_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for the Pennsylvania Fish & Boat Commission
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May __31__, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
                Dianne A. Pitts

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of  Cancellation of Deposition of Records Custodian for the Pennsylvania Fish & Boat Commission
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2