John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 01 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                          Plaintiffs,

vs.                                                    Case No. 3:04-cv-0096-TMB

UNOCAL CORPORATION,

                          Defendant.

**NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN**
**FOR MORGAN STANLEY**

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

the **Records Custodian for Morgan Stanley** on Thursday, May 31, 2007 at the hour

of 10:00 a.m. is **CANCELED.**

DATED at Anchorage, Alaska, this 31 day of May 2007.

                          CLAPP, PETERSON, VAN FLEIN,
                          TIEMESSEN & THORSNESS, LLC
                          Attorneys for Defendant Unocal

                          By _____
                             Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Records Custodian for Morgan Stanley.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

2

## CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May __3/__, 2007, to the following:

3

4

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

5

6

By: _____
            Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of  Cancellation of Deposition of Records Custodian for Morgan Stanley.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

21

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                Plaintiffs,

   vs.

UNOCAL CORPORATION,

                Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR ALASKA AIRLINES

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Alaska Airlines** on Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED**.

DATED at Anchorage, Alaska, this ⟨31⟩ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By ⟨signature⟩
     Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of  Cancellation of Deposition of Records Custodian for Alaska Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

1

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
2 ☒ mailed,  ☐ faxed,  ☐ hand delivered on
May _31_ , 2007, to the following:

3

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
4 330 L Street, Ste 200
Anchorage AK 99501

5

6 By: _____
                    Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Alaska Airlines
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

  vs.

UNOCAL CORPORATION,

               Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR AURORA LOAN SERVICES

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Aurora Loan Services** on Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED.**

DATED at Anchorage, Alaska, this _51_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _[signature]_
      Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Records Custodian for Aurora Loan Services
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

1    I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
2    May _31_, 2007, to the following:

3    Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
4    330 L Street, Suite 200
Anchorage AK 99501

5
By: _Dianne A. Pitts_
6            Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of  Cancellation of Deposition of Records Custodian for Aurora Loan Services
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

     vs.                                                    Case No. 3:04-cv-0096-TMB

UNOCAL CORPORATION,

                    Defendant.

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA

     PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

the **Records Custodian for Bank of America** on Thursday, May 31, 2007 at the

hour of 10:00 a.m. is **CANCELED.**

     DATED at Anchorage, Alaska, this _3/_ day of May 2007.

                              CLAPP, PETERSON, VAN FLEIN,
                              TIEMESSEN & THORSNESS, LLC
                              Attorneys for Defendant Unocal

                         By_____
                              Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Records Custodian for Bank of America (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May _31_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
              Dianne A. Pitts

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of  Cancellation of Deposition of Records Custodian for Bank of America (4 Groves)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

  vs.

UNOCAL CORPORATION,

               Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR CIRCUS-CIRCUS HOTEL & CASINO

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Circus-Circus Hotel & Casino** (Las Vegas, Nevada) on Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED.**

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Circus-Circus Hotel & Casino (Las Vegas, NV)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

<u>CERTIFICATE OF SERVICE</u>

1

I certify that a copy of this document was
[X] mailed, [ ] faxed, [ ] hand delivered on

2

May ___31___, 2007, to the following:

3

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4

330 L Street, Suite 200
Anchorage AK 99501

5

By: _____

6

Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Cancellation of Deposition of Records Custodian for Circus-Circus Hotel & Casino (Las Vegas, NV)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska  99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

RECEIVED

JUN  0 1 2007

WEIDNER & ASSOCIATES

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF ALASKA

9  LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
10 GROVE (DOB 1/21/88) by and through his
   father LAWRENCE H. GROVE,

11
                     Plaintiffs,
12    vs.                                      Case No. 3:04-cv-0096-TMB

13 UNOCAL CORPORATION,

14                   Defendant.

15

16 **NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN
   FOR DENALI AUCTION CO.**

17     PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

18 the **Records Custodian for Denali Auction Co.** on Thursday, May 31, 2007 at the

19 hour of 10:00 a.m. is **CANCELED.**

20     DATED at Anchorage, Alaska, this ___31___ day of May 2007.

21
                           CLAPP, PETERSON, VAN FLEIN,
22                         TIEMESSEN & THORSNESS, LLC
                           Attorneys for Defendant Unocal
23

24                         By
25                             Linda J. Johnson/8911070

26

Notice of  Cancellation of Deposition of Records Custodian for Denali Auction Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

2

May 31 , 2007, to the following:

3

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4

330 L Street, Suite 200
Anchorage AK 99501

5

By: _____

6

Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

17

18

19

20

21

22

23

24

25

26

Notice of  Cancellation of Deposition of Records Custodian for Denali Auction Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                Plaintiffs,

    vs.

UNOCAL CORPORATION,

                Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR FIRST AMERICAN TITLE

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for First American Title** on Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED.**

DATED at Anchorage, Alaska, this _____ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By_____
Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Records Custodian for First American Title
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May __3/__, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
          Dianne A. Pitts

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of  Cancellation of Deposition of Records Custodian for First American Title
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

    vs.

UNOCAL CORPORATION,

               Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR COLORADO DIVISION OF WILDLIFE

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the

**Records Custodian for Colorado Division of Wildlife** on Thursday, May 31, 2007

at the hour of 10:00 a.m. is **CANCELED.**

    DATED at Anchorage, Alaska, this 31 day of May 2007.

              CLAPP, PETERSON, VAN FLEIN,
              TIEMESSEN & THORSNESS, LLC
              Attorneys for Defendant Unocal

              By
                  Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for the Colorado Division of Wildlife, DNR
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

1

## CERTIFICATE OF SERVICE

I certify that a copy of this document was
[X] mailed, [ ] faxed, [ ] hand delivered on

2      May _31_, 2007, to the following:

3      Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4      330 L Street, Suite 200
Anchorage AK 99501

5
By: _____

6                    Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for the Colorado Division of Wildlife, DNR
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

        vs.

UNOCAL CORPORATION,

                    Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR EASY TRAVEL

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Easy Travel** on Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED.**

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By
    Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Records Custodian for Easy Travel
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

2
May _31_____, 2007, to the following:

3
Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4
330 L Street, Suite 200
Anchorage AK 99501

5

By: _____

6
Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

17

18

19

20

21

22

23

24

25

26

Notice of Cancellation of Deposition of Records Custodian for Easy Travel
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

1   John B. Thorsness, Esq.
    Linda J. Johnson, Esq.
2   CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
3   711 H Street, Suite 620
    Anchorage, Alaska 99501
4   (907) 272-9272
    usdc-anch-ntc@cplawak.com
5   Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ALASKA

9   LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
10  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,

11

12                    Plaintiffs,

         vs.                                    Case No. 3:04-cv-0096-TMB

13  UNOCAL CORPORATION,

14
                      Defendant.
15

16      **NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN**
          **FOR MIKUNDA COTTRELL & CO. INC.**

17      PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

18  the **Records Custodian for Mikunda Cottrell & Co. Inc.** on Thursday, May 31,

19  2007 at the hour of 10:00 a.m. is **CANCELED.**

20      DATED at Anchorage, Alaska, this ___31___ day of May 2007.

21
                          CLAPP, PETERSON, VAN FLEIN,
22                        TIEMESSEN & THORSNESS, LLC
                          Attorneys for Defendant Unocal
23

24                        By
25                              Linda J. Johnson, 8911070

26
    Notice of Cancellation of Deposition of Records Custodian for Mikunda Cottrell & Co.
    Grove v. Unocal, Case No. 3:04-cv-0096-TMB
    Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
2      May __3/__, 2007, to the following:

3      Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
4      330 L Street, Suite 200
Anchorage AK 99501

5
By: _____
6            Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of  Cancellation of Deposition of Records Custodian for Mikunda Cottrell & Co.
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

*RECEIVED*

*JUN 0 1 2007*

*WEIDNER & ASSOCIATES*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

　　　　　　Plaintiffs,

　vs.

UNOCAL CORPORATION,

　　　　　　Defendant.

Case No. 3:04-cv-0096-TMB

### NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR HILTON GRAND VACATIONS

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Hilton Grand Vacations** on Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED.**

DATED at Anchorage, Alaska, this _31_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
　　Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Hilton Grand Vacations
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

CERTIFICATE OF SERVICE

1   I certify that a copy of this document was
    ☒ mailed, ☐ faxed, ☐ hand delivered on
2   May _3/_, 2007, to the following:

3   Phillip P. Weidner Esq.
    Phillip Paul Weidner & Associates
4   330 L Street, Suite 200
    Anchorage AK 99501

5
    By: _____
6                Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of  Cancellation of Deposition of Records Custodian for Hilton Grand Vacations
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

   vs.

UNOCAL CORPORATION,

               Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR SAMURI, INC.

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

the **Michael Werenblewski, Agent/Records Custodian for Samuri, Inc.** on

Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED.**

DATED at Anchorage, Alaska, this _31_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
     Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Werenblewski (for Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

1

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

2      May _31_, 2007, to the following:

3      Phillip P. Weidner Esq.
       Phillip Paul Weidner & Associates

4      330 L Street, Suite 200
       Anchorage AK 99501

5
       By: _____

6                Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Werenblewski (for Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                Plaintiffs,

  vs.

UNOCAL CORPORATION,

                Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR PURITAN PRODUCTION VIDEOS, LTD.

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Michael Werenblewski, Agent/Records Custodian for Puritan Production Videos, Ltd.** on Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED.**

DATED at Anchorage, Alaska, this ___31___ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
          Linda J. Johnson, 8911070

Notice of  Cancellation of Deposition of Werenblewski (for Puritan Prod.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

1    I certify that a copy of this document was
     ☒ mailed, ☐ faxed, ☐ hand delivered on
2    May _31_, 2007, to the following:

3    Phillip P. Weidner Esq.
     Phillip Paul Weidner & Associates
4    330 L Street, Suite 200
     Anchorage AK 99501

5
     By:_____
6                Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Cancellation of Deposition of Werenblewski (for Puritan Prod.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586