John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

**RECEIVED**

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

   vs.

UNOCAL CORPORATION,

               Defendant.

Case No. 3:04-cv-0096-TMB

---

**NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN**
**FOR PURITAN INTERNATIONAL LTD.**

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of

the **Michael Werenblewski, Agent/Records Custodian for Puritan International**

**Ltd.** on Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED.**

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Werenblewski (for Puritan Int'l)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☑ mailed, ☐ faxed, ☐ hand delivered on

2

May _31_, 2007, to the following:

3

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4

330 L Street, Suite 200
Anchorage AK 99501

5

By:_____

6

Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Cancellation of Deposition of Werenblewski (for Puritan Int'l)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                Plaintiffs,

  vs.

UNOCAL CORPORATION,

                Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR LO-JI, INC (a/k/a LOJI, INC)

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Michael Werenblewski, Agent/Records Custodian for Lo-Ji, Inc. (aka LoJi, Inc.)** on Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED**.

DATED at Anchorage, Alaska, this _31_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Werenblewski (for Lo-Ji)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

<u>CERTIFICATE OF SERVICE</u>

1    I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
2    May __3/__, 2007, to the following:

3    Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
4    330 L Street, Suite 200
Anchorage AK 99501

5
By: _____
6                Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Werenblewski (for Lo-Ji)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

    vs.                                             Case No. 3:04-cv-0096-TMB

UNOCAL CORPORATION,

                    Defendant.

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR LEAD DOG ENTERPRISES LIMITED

    PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Michael Werenblewski, Agent/Records Custodian for Lead Dog Enterprises Limited)** on Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED.**

    DATED at Anchorage, Alaska, this 31 day of May 2007.

                    CLAPP, PETERSON, VAN FLEIN,
                    TIEMESSEN & THORSNESS, LLC
                    Attorneys for Defendant Unocal

                    By _____
                         Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Werenblewski (for Lead Dog)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May __31__, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
        Dianne A. Pitts

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Werenblewski (for Lead Dog)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

              Plaintiffs,

vs.

UNOCAL CORPORATION,

              Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF CANCELLATION OF MICHAEL WERENBLEWSKI AS AGENT FOR LAWRENCE GROVE (aka LARRY GROVE)

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Michael Werenblewski, Agent for Lawrence Grove (aka Larry Grove)** on Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED.**

DATED at Anchorage, Alaska, this ___31___ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Werenblewski (for L. Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

<u>CERTIFICATE OF SERVICE</u>

1

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

2

May __3/__, 2007, to the following:

3

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4

330 L Street, Suite 200
Anchorage AK 99501

5

By: _____

6

Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Werenblewski (for L. Grove)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

*RECEIVED*

*JUN 01 2007*

*WEIDNER & ASSOCIATES*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>UNOCAL CORPORATION,<br><br>                    Defendant. | Case No. 3:04-cv-0096-TMB |

## NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR FUNTIME BOUTIQUE a/k/a ADULT FUNTIME BOUTIQUE

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Michael Werenblewski, Agent/Records Custodian for Funtime Boutique (aka Adult Funtime Boutique)** on Thursday, May 31, 2007 at the hour of 10:00 a.m. is **CANCELED.**

DATED at Anchorage, Alaska, this 3⎵ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Werenblewski (for Funtime)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

<u>CERTIFICATE OF SERVICE</u>

1    I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

2    May _31_, 2007, to the following:

3    Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4    330 L Street, Suite 200
Anchorage AK 99501

5
By: _____

6    Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of  Cancellation of Deposition of  Werenblewski (for Funtime)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2



1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska



7

      IN THE UNITED STATES DISTRICT COURT

8

      FOR THE DISTRICT OF ALASKA

9

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12              Plaintiffs,

13       vs.

14                                              Case No. 3:04-cv-0096-TMB
    UNOCAL CORPORATION,
15
                Defendant.
16

17

18      **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
         FOR LEAD DOG ENTERPRISES LIMITED**

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for Lead Dog Enterprises Limited** on

22  Monday, **June 22, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp,

23  Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in

24  Anchorage, Alaska.  The deposition will be taken before an officer authorized to

25

26
    Notice of Deposition of  Records Cust. for Lead Dog [K]
    Grove v. Unocal, Case No. 3:04-cv-0096-TMB
    Page 1 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1   administer oaths by the laws of the United States or of the place where the

2   examination is held, and will continue from day to day until completed.

3       The Agent/Records Custodian is requested to bring to the deposition copies

4   of any and all records pertaining to Lead Dog Enterprises Limited, including the

5   records of any and all parent companies, holding companies, shell companies, and

6   subsidiaries, from any and all locations nationwide including but not limited to the

7   states of Delaware and Pennsylvania, and including but not limited to:

8

9       1.    Copies of all business and corporate records, including but not limited to, identification of physical location of business; corporation applications; business licenses; type of business; current status of business.

10

11      2.    Copies of corporate By-Laws; minutes of board meetings; number of employees (generally); annual, biennial and/or quarterly financial reports/statements; company prospectus; copies of all signature stamps used for company business, corporate banking account documents identifying approved signors from January 1, 2000 to the present.

12

13

14      3.    Names and addresses of all corporate officers (including figureheads), their titles and responsibilities; contracts with officers; records documenting expenses for corporate officers (reimbursed or otherwise); benefits and perks associated with corporate officer status; salaries paid to corporate officers; fees paid to corporate officers; attendance at conferences, conventions, and/or seminars; identify all individual and business bank accounts and credit card accounts utilized by corporate officers (open and closed accounts), and dividends paid to stockholders from January 1, 2000 to the present.

15

16

17

18

19

20      4.    Copies of all business, corporate, and accounting records relating to the sale of the company, assets and/or stocks that were shared with the corporate officers and/or stockholders from January 1, 2000 to the present.

21

22

23      5.    Information and documentation of any visits to Alaska made by any of the owners and/or officers of the company; dates of visits; purposes of visits; activities during visits; and whether any money was paid and/or reimbursed to Lawrence Grove aka Larry Grove for entertainment of the owners and/or officers from January 1, 2000 to the present.

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Lead Dog [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

6.    Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7.    Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8.    Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9.    Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10.    Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11.    Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12.    Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13.    Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14.    Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15.    Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

16.    Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

If the requested records are produced to the undersigned before the date

Notice of Deposition of Records Cust. for Lead Dog [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ____31____ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
          Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☑ mailed, ☐ faxed, ☐ hand delivered on
May __31__, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
          Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Lead Dog [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO:  Lead Dog Enterprises Ltd.
     c/o Philip J. Krasner, VPL Limited
     1146 North Irving Street
     Allentown, PA 18103

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620      Anchorage, AK 99501 | DATE AND TIME<br>5/31/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE  5-31-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC          Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK 99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

          Plaintiffs,

  vs.

UNOCAL CORPORATION,

          Defendant.

Case No. 3:04-cv-0096-TMB

### NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
### FOR LO-JI, INC (a/k/a LOJI, INC)

    Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian for Lo-Ji, Inc. (aka LoJi, Inc.)** on Monday,

**June 22, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van

Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage,

Alaska.  The deposition will be taken before an officer authorized to administer

Notice of Deposition of  Records Cust. for Lo-Ji [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  oaths by the laws of the United States or of the place where the examination is

2  held, and will continue from day to day until completed.

3       The Agent/Records Custodian is requested to bring to the deposition copies

4  of any and all records pertaining to Lo-Ji, Inc. (aka LoJi, Inc), including the records of

5  any and all parent companies, holding companies, shell companies, and

6  subsidiaries, from any and all locations nationwide including but not limited to the

7  states of Delaware and Pennsylvania, and including but not limited to:

8

9       1.    Copies of all business and corporate records, including but not limited to,
            identification of physical location of business; corporation applications;
10           business licenses; type of business; current status of business.

11      2.    Copies of corporate By-Laws; minutes of board meetings; number of
            employees (generally); annual, biennial and/or quarterly financial
12           reports/statements; company prospectus; copies of all signature stamps
            used for company business, corporate banking account documents
13           identifying approved signors from January 1, 2000 to the present.

14      3.    Names and addresses of all corporate officers (including figureheads),
            their titles and responsibilities; contracts with officers; records
15           documenting expenses for corporate officers (reimbursed or otherwise);
            benefits and perks associated with corporate officer status; salaries paid
16           to corporate officers; fees paid to corporate officers; attendance at
            conferences, conventions, and/or seminars; identify all individual and
17           business bank accounts and credit card accounts utilized by corporate
            officers (open and closed accounts), and dividends paid to stockholders
18           from January 1, 2000 to the present.

19      4.    Copies of all business, corporate, and accounting records relating to the
            sale of the company, assets and/or stocks that were shared with the
20           corporate officers and/or stockholders from January 1, 2000 to the
            present.

21

22      5.    Information and documentation of any visits to Alaska made by any of
            the owners and/or officers of the company; dates of visits; purposes of
23           visits; activities during visits; and whether any money was paid and/or
            reimbursed to Lawrence Grove aka Larry Grove for entertainment of the
24           owners and/or officers from January 1, 2000 to the present.

25

26

Notice of Deposition of Records Cust. for Lo-Ji [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

6.    Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7.    Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8.    Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9.    Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10.   Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11.   Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12.   Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13.   Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14.   Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15.   Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

16.   Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

If the requested records are produced to the undersigned before the date

Notice of Deposition of Records Cust. for Lo-Ji [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____31_____ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
                Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☑ mailed, ☐ faxed, ☐ hand delivered on
May ___31___, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
                Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Lo-Ji [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO:  LoJi, Inc. aka Lo-Ji, Inc.
    c/o Philip J. Krasner, VPL Limited
    1146 North Irving Street
    Allentown, PA 18103

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to
testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
place, date, and time specified below (list documents or objects):

      Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620     Anchorage, AK  99501 | 6/22/2007 10:00 am |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated,
the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _[signature]_ | 5-31-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC         Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

    Plaintiffs,

    vs.

UNOCAL CORPORATION,

    Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR PURITAN INTERNATIONAL LTD.

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian for Puritan International Ltd.** on Monday,

**June 22, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van

Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage,

Alaska.   The deposition will be taken before an officer authorized to administer

Notice of Deposition of Records Cust. for Puritan International [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

1    oaths by the laws of the United States or of the place where the examination is

2    held, and will continue from day to day until completed.

3        The Agent/Records Custodian is requested to bring to the deposition copies

4    of any and all records pertaining to Puritan International Ltd., including the records of

5    any and all parent companies, holding companies, shell companies, and

6    subsidiaries, from any and all locations nationwide including but not limited to the

7    states of Delaware and Pennsylvania, and including but not limited to:

8

9    1.   Copies of all business and corporate records, including but not limited to,
          identification of physical location of business; corporation applications;

10        business licenses; type of business; current status of business.

11   2.   Copies of corporate By-Laws; minutes of board meetings; number of
          employees (generally); annual, biennial and/or quarterly financial

12        reports/statements; company prospectus; copies of all signature stamps
          used for company business, corporate banking account documents

13        identifying approved signors from January 1, 2000 to the present.

14   3.   Names and addresses of all corporate officers (including figureheads),
          their titles and responsibilities; contracts with officers; records

15        documenting expenses for corporate officers (reimbursed or otherwise);
          benefits and perks associated with corporate officer status; salaries paid

16        to corporate officers; fees paid to corporate officers; attendance at
          conferences, conventions, and/or seminars; identify all individual and

17        business bank accounts and credit card accounts utilized by corporate

18        officers (open and closed accounts), and dividends paid to stockholders
          from January 1, 2000 to the present.

19

20   4.   Copies of all business, corporate, and accounting records relating to the
          sale of the company, assets and/or stocks that were shared with the

21        corporate officers and/or stockholders from January 1, 2000 to the
          present.

22

23   5.   Information and documentation of any visits to Alaska made by any of
          the owners and/or officers of the company; dates of visits; purposes of

24        visits; activities during visits; and whether any money was paid and/or
          reimbursed to Lawrence Grove aka Larry Grove for entertainment of the

25        owners and/or officers from January 1, 2000 to the present.

26

Notice of Deposition of Records Cust. for Puritan International [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

6.    Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7.    Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8.    Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9.    Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10.   Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11.   Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12.   Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13.   Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14.   Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15.   Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

16.   Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

If the requested records are produced to the undersigned before the date

Notice of Deposition of Records Cust. for Puritan International [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1    and time for which this deposition is scheduled, the deposition will be canceled.

2         DATED at Anchorage, Alaska, this 31 day of May 2007.

3                                    CLAPP, PETERSON, VAN FLEIN,
                                     TIEMESSEN & THORSNESS, LLC
4                                    Attorneys for Defendant Unocal

5

6         By _____
7              Linda J. Johnson, 8911070

8         CERTIFICATE OF SERVICE

9    I certify that a copy of this document was
     ☑ mailed, ☐ faxed, ☐ hand delivered on
10   May 31, 2007, to the following:

11   Phillip P. Weidner Esq.
     Phillip Paul Weidner & Associates
12   330 L Street, Ste 200
     Anchorage AK 99501

13
     By: _____
14              Dianne A. Pitts

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Deposition of Records Cust. for Puritan International [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

AO88  (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO:  Puritan International Ltd. L
c/o Philip J. Krasner, VPL Limited
1146 North Irving Street
Allentown, PA 18103

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620     Anchorage, AK 99501 | DATE AND TIME<br>6/22/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>5-31-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC          Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.