John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

### NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
### FOR PURITAN PRODUCTION VIDEOS, LTD.

Defendant, Unocal Corporation, by and through its attorneys, Clapp,
Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the
deposition of the **Records Custodian for Puritan Production Videos, Ltd.** on
Monday, **June 22, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp,
Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in
Anchorage, Alaska. The deposition will be taken before an officer authorized to

Notice of Deposition of Records Cust. for Puritan Prod. [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Agent/Records Custodian is requested to bring to the deposition copies of any and all records pertaining to Puritan Production Videos, Ltd., including the records of any and all parent companies, holding companies, shell companies, and subsidiaries, from any and all locations nationwide including but not limited to the states of Delaware and Pennsylvania, and including but not limited to:

1. Copies of all business and corporate records, including but not limited to, identification of physical location of business; corporation applications; business licenses; type of business; current status of business.

2. Copies of corporate By-Laws; minutes of board meetings; number of employees (generally); annual, biennial and/or quarterly financial reports/statements; company prospectus; copies of all signature stamps used for company business, corporate banking account documents identifying approved signors from January 1, 2000 to the present.

3. Names and addresses of all corporate officers (including figureheads), their titles and responsibilities; contracts with officers; records documenting expenses for corporate officers (reimbursed or otherwise); benefits and perks associated with corporate officer status; salaries paid to corporate officers; fees paid to corporate officers; attendance at conferences, conventions, and/or seminars; identify all individual and business bank accounts and credit card accounts utilized by corporate officers (open and closed accounts), and dividends paid to stockholders from January 1, 2000 to the present.

4. Copies of all business, corporate, and accounting records relating to the sale of the company, assets and/or stocks that were shared with the corporate officers and/or stockholders from January 1, 2000 to the present.

5. Information and documentation of any visits to Alaska made by any of the owners and/or officers of the company; dates of visits; purposes of visits; activities during visits; and whether any money was paid and/or reimbursed to Lawrence Grove aka Larry Grove for entertainment of the owners and/or officers from January 1, 2000 to the present.

Notice of Deposition of Records Cust. for Puritan Prod. [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

6.    Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7.    Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8.    Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9.    Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10.    Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11.    Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12.    Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13.    Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14.    Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15.    Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

16.    Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

If the requested records are produced to the undersigned before the date

Notice of Deposition of Records Cust. for Puritan Prod. [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1    and time for which this deposition is scheduled, the deposition will be canceled.

2        DATED at Anchorage, Alaska, this _____ day of May 2007.

3                                CLAPP, PETERSON, VAN FLEIN,
                                 TIEMESSEN & THORSNESS, LLC
4                                Attorneys for Defendant Unocal

5

6        By _____
                Linda J. Johnson, 8911070
7

8            CERTIFICATE OF SERVICE

9    I certify that a copy of this document was
     ☒ mailed, ☐ faxed, ☐ hand delivered on
10   May _____, 2007, to the following:

11   Phillip P. Weidner Esq.
     Phillip Paul Weidner & Associates
12   330 L Street, Ste 200
     Anchorage AK 99501

13
     By: _____
14              Dianne A. Pitts

15

16

17

18

19

20

21

22

23

24

25

26
     Notice of Deposition of Records Cust. for Puritan Prod. [K]
     Grove v. Unocal, Case No. 3:04-cv-0096-TMB
     Page 4 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

⬚AO88  (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO:  Puritan Production Videos
     c/o Philip J. Krasner, VPL Limited
     1146 North Irving Street
     Allentown, PA 18103

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to
testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
place, date, and time specified below (list documents or objects):

     Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620     Anchorage, AK 99501 | 6/22/2007 10:00 am |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

     Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated,
the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 5-31-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC     Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR SAMURI, INC.

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Samuri, Inc.** on Monday, **June 22, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition will be taken before an officer authorized to administer oaths by the laws

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Samuri, Inc. [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

of the United States or of the place where the examination is held, and will continue

from day to day until completed.

The Agent/Records Custodian is requested to bring to the deposition copies

of any and all records pertaining to Samuri, Inc., including the records of any and all

parent companies, holding companies, shell companies, and subsidiaries, from any

and all locations nationwide including but not limited to the states of Delaware and

Pennsylvania, and including but not limited to:

1. Copies of all business and corporate records, including but not limited to, identification of physical location of business; corporation applications; business licenses; type of business; current status of business.

2. Copies of corporate By-Laws; minutes of board meetings; number of employees (generally); annual, biennial and/or quarterly financial reports/statements; company prospectus; copies of all signature stamps used for company business, corporate banking account documents identifying approved signors from January 1, 2000 to the present.

3. Names and addresses of all corporate officers (including figureheads), their titles and responsibilities; contracts with officers; records documenting expenses for corporate officers (reimbursed or otherwise); benefits and perks associated with corporate officer status; salaries paid to corporate officers; fees paid to corporate officers; attendance at conferences, conventions, and/or seminars; identify all individual and business bank accounts and credit card accounts utilized by corporate officers (open and closed accounts), and dividends paid to stockholders from January 1, 2000 to the present.

4. Copies of all business, corporate, and accounting records relating to the sale of the company, assets and/or stocks that were shared with the corporate officers and/or stockholders from January 1, 2000 to the present.

5. Information and documentation of any visits to Alaska made by any of the owners and/or officers of the company; dates of visits; purposes of visits; activities during visits; and whether any money was paid and/or reimbursed to Lawrence Grove aka Larry Grove for entertainment of the owners and/or officers from January 1, 2000 to the present.

Notice of Deposition of Records Cust. for Samuri, Inc. [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

6.  Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7.  Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8.  Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9.  Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10. Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11. Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12. Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13. Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14. Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15. Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

16. Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

If the requested records are produced to the undersigned before the date

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of  Records Cust. for Samuri, Inc. [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

1    and time for which this deposition is scheduled, the deposition will be canceled.

2       DATED at Anchorage, Alaska, this ___31___ day of May 2007.

3                               CLAPP, PETERSON, VAN FLEIN,
                                TIEMESSEN & THORSNESS, LLC
4                               Attorneys for Defendant Unocal

5

6                               By _____

7                                  Linda J. Johnson, 8911070

8       CERTIFICATE OF SERVICE

9    I certify that a copy of this document was
     ☑ mailed, ☐ faxed, ☐ hand delivered on
10   May __31__, 2007, to the following:

11   Phillip P. Weidner Esq.
     Phillip Paul Weidner & Associates
12   330 L Street, Ste 200
     Anchorage AK 99501

13

14   By: _____
            Dianne A. Pitts

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Deposition of Records Cust. for Samuri, Inc. [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

AO88  (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO:  Samuri, Inc.
c/o Philip J. Krasner, VPL Limited
1146 North Irving Street
Allentown, PA 18103

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK  99501 | DATE AND TIME<br>6/22/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  | 5-31-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC        Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

7

8              IN THE UNITED STATES DISTRICT COURT

9                    FOR THE DISTRICT OF ALASKA



10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12                    Plaintiffs,

13

14     vs.
                                              Case No. 3:04-cv-0096-TMB
15  UNOCAL CORPORATION,

16                    Defendant.

17        **NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR**
18        **FUNTIME BOUTIQUE a/k/a ADULT FUNTIME BOUTIQUE**

19        Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for Funtime Boutique (aka Adult Funtime**

22  **Boutique)** on Monday, **June 22, 2007** at the hour of **10:00 a.m.**, at the offices of

23  Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

24  620, in Anchorage, Alaska.   The deposition will be taken before an officer

25

26

Notice of Deposition of Records Cust. for Funtime Boutique [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Agent/Records Custodian is requested to bring to the deposition copies of any and all records pertaining to Funtime Boutique, Inc. (aka Adult Funtime Boutique), including the records of any and all parent companies, holding companies, shell companies, and subsidiaries, from any and all locations nationwide including but not limited to the states of Delaware and Pennsylvania, and including but not limited to:

1.  Copies of all business and corporate records, including but not limited to, identification of physical location of business; corporation applications; business licenses; type of business; current status of business.

2.  Copies of corporate By-Laws; minutes of board meetings; number of employees (generally); annual, biennial and/or quarterly financial reports/statements; company prospectus; copies of all signature stamps used for company business, corporate banking account documents identifying approved signors from January 1, 2000 to the present.

3.  Names and addresses of all corporate officers (including figureheads), their titles and responsibilities; contracts with officers; records documenting expenses for corporate officers (reimbursed or otherwise); benefits and perks associated with corporate officer status; salaries paid to corporate officers; fees paid to corporate officers; attendance at conferences, conventions, and/or seminars; identify all individual and business bank accounts and credit card accounts utilized by corporate officers (open and closed accounts), and dividends paid to stockholders from January 1, 2000 to the present.

4.  Copies of all business, corporate, and accounting records relating to the sale of the company, assets and/or stocks that were shared with the corporate officers and/or stockholders from January 1, 2000 to the present.

5.  Information and documentation of any visits to Alaska made by any of the owners and/or officers of the company; dates of visits; purposes of visits; activities during visits; and whether any money was paid and/or

Notice of Deposition of Records Cust. for Funtime Boutique [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

reimbursed to Lawrence Grove aka Larry Grove for entertainment of the owners and/or officers from January 1, 2000 to the present.

6.   Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7.   Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8.   Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9.   Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10.  Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11.  Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12.  Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13.  Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14.  Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15.  Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

16.  Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Funtime Boutique [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

1    If the requested records are produced to the undersigned before the date

2  and time for which this deposition is scheduled, the deposition will be canceled.

3    DATED at Anchorage, Alaska, this _31_ day of May 2007.

4                              CLAPP, PETERSON, VAN FLEIN,
                               TIEMESSEN & THORSNESS, LLC
5                              Attorneys for Defendant Unocal

6

7

8                              By _____
                                    Linda J. Johnson, 8911070
9

10                    CERTIFICATE OF SERVICE

    I certify that a copy of this document was
11  ☒ mailed, ☐ faxed, ☐ hand delivered on
    May _31_, 2007, to the following:
12

13  Phillip P. Weidner Esq.
    Phillip Paul Weidner & Associates
    330 L Street, Ste 200
14  Anchorage AK 99501

15  By: _____
                  Dianne A. Pitts
16

17

18

19

20

21

22

23

24

25

26

Notice of Deposition of Records Cust. for Funtime Boutique [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

AO88  (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO:  Funtime Boutique, Inc.
     c/o Philip J. Krasner, VPL Limited
     1146 North Irving Street
     Allentown, PA 18103

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

     Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620      Anchorage, AK 99501 | DATE AND TIME<br>6/22/2007 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>5-31-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC      Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK 99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

          Plaintiffs,

  vs.

UNOCAL CORPORATION,

          Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR PENNSYLVANIA GAME COMMISSION

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **Pennsylvania Game Commission** on Friday, **June 22, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

Notice of Deposition of Records Custodian for the Pennsylvania Game Commission
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

The Records Custodian is requested to bring to the deposition copies of the following hunting, trapping, fur-taking and/or game records of the State of Pennsylvania relating to **Lawrence H. "Larry" Grove**:

1.  Each and every resident and non-resident application, license, permit, and/or renewals regarding Lawrence H. "Larry" Grove, from 2000 through 2007, including but not limited to records related to hunting, trapping and/or fur taking of: black bear, beaver, bobcat, coyote, deer, elk, fox, mink, muskrat, opossum, raccoon, skunk, weasel, wild turkey and/or any other small game, birds, or waterfowl.

2.  All game harvest certificates and records, and all other hunting and fur taking certificates and records and from 2000 through 2007 regarding Lawrence H. "Larry" Grove.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53     SSN: 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
Addresses:    8300 Dagan Street,  Anchorage, AK 99502
  and/or:  P.O. Box 222253,  Anchorage, AK 99522
  and/or:  15831 Mercedes Drive, Talkeetna, AK  99676
  and/or:  any Pennsylvania address.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ 3 1 _____ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for the Pennsylvania Game Commission
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

## CERTIFICATE OF SERVICE

1   I certify that a copy of this document was
    [X] mailed, [ ] faxed, [ ] hand delivered on
2   May __31__, 2007, to the following:

3   Phillip P. Weidner Esq.
    Phillip Paul Weidner & Associates
4   330 L Street, Suite 200
    Anchorage AK 99501

5
    By: _____
6                 Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Deposition of Records Custodian for the Pennsylvania Game Commission
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

### DISTRICT OF
### ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO:  Attn: Valerie Kazakavage - Licensing Section
     Pennsylvania Game Commission
     2001 Elmerton Avenue
     Harrisburg, PA 17110-9797

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK 99501 | 6/22/2007 10:00 am |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 5-31-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC        Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK 99501 (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Grove-Deo NTCS

FILE COPY

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR WELLS FARGO BANK a/k/a WELLS FARGO BANK, NA

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **Wells Fargo Bank (aka Wells Fargo Bank, NA)**, on Monday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

5-31-07

1    authorized to administer oaths by the laws of the United States or of the place

2    where the examination is held, and will continue from day to day until completed.

3        The Records Custodian is requested to bring to the deposition copies of the

4    following Wells Fargo Bank records at any and all Wells Fargo Bank locations

5    nationwide, including but not limited to the states of Alaska, Colorado, Delaware,

6    Nevada, and Pennsylvania, and in the case of credit cards, at any location

7    nationwide:

8

**BANK RECORDS:**

9    1.    Electronic version or complete and legible copies of all bank statements,
10         cancelled checks, deposits and withdrawals, cashier checks, loan
           statements, mortgage and equity statements, credit card statements, and
11         any other banking records pertaining to *accounts held by Lawrence H.
           ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without
12         limitation, all individual and joint checking accounts, individual and joint
           savings accounts, individual and joint money market accounts, individual
13         and joint certificates of deposits, individual and joint IRAs, individual and
           joint loans, and individual and joint mortgage and equity accounts from
14         January 1, 2000 to the present.

15   2.    Electronic version or complete and legible copies of all bank statements,
16         cancelled checks, deposits and withdrawals, cashier checks, loan
           statements, mortgage and equity statements, credit card statements, and
17         any other banking records pertaining to *accounts held by Lawrence H.
           ("Larry") Grove*, including, but without limitation, all individual and joint
18         checking accounts, individual and joint savings accounts, individual and
           joint money market accounts, individual and joint certificates of deposits,
19         individual and joint IRAs, individual and joint loans, and individual and joint
           mortgage and equity accounts from January 1, 2000 to the present.

20

21   3.    Electronic version or complete and legible copies of all bank statements,
           cancelled checks, deposits and withdrawals, cashier checks, loan
22         statements, mortgage and equity statements, credit card statements, and
           any other banking records pertaining to *accounts held by Cynthia A.
23         ("Cindy") Grove*, including, but without limitation, all individual and joint
           checking accounts, individual and joint savings accounts, individual and
24         joint money market accounts, individual and joint certificates of deposits,
           individual and joint IRAs, individual and joint loans, and individual and joint
25         mortgage and equity accounts from January 1, 2000 to the present.

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

4.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Michael J. Grove***, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53     SSN:  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

Cynthia A. Grove a/k/a Cindy Grove
DOB:  03-13-57     SSN:  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

Sarah H. Grove     DOB:  11-12-85     SSN:  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

Michael J. Grove    DOB:  01-21-90    SSN:  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

**CREDIT CARDS:**

1.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove*,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
    and/or:  P.O. Box 222253,  Anchorage, AK 99522
    and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN:  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
Address:  (same as above)

Sarah H. Grove    DOB:  11-12-85    SSN:  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
Address:  (same as above)

Michael J. Grove    DOB:  01-21-90    SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May 31, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 5 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 01 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

   vs.

UNOCAL CORPORATION,

               Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR WACHOVIA BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Wachovia Bank** on Monday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Wachovia Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual and entities, including but not limited to:

1.   Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a.   account signature cards
    b.   bank statements
    c.   canceled checks
    d.   deposits and withdrawals
    e.   cashier checks
    f.   loan statements
    g.   mortgage and equity statements
    h.   electronic payments, transfers, card services transactions
    i.   all individual and/or business checking accounts
    j.   all individual and/or business savings accounts
    k.   all individual and/or business money market accounts
    l.   all individual and/or business certificates of deposits
    m.   all individual and/or business retirement accounts
    n.   all individual and/or business payroll accounts
    o.   all individual and/or business loans
    p.   all individual and/or business mortgage and equity accounts
    q.   and any other banking records

2.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person and entities:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB:  08-11-53     SSN: 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

**Funtime Boutique, Inc.  (aka Adult Funtime Boutique, Inc.)**

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1        If the requested records are produced to the undersigned before the date

2    and time for which this deposition is scheduled, the deposition will be canceled.

3        DATED at Anchorage, Alaska, this _31_ day of May 2007.

4                      CLAPP, PETERSON, VAN FLEIN,

5                      TIEMESSEN & THORSNESS, LLC

6                      Attorneys for Defendant Unocal

7

8                      By _____

9                            Linda J. Johnson, 8911070

10   <u>CERTIFICATE OF SERVICE</u>

11   I certify that a copy of this document was
     ☒ mailed, ☐ faxed, ☐ hand delivered on
12   May _31_, 2007, to the following:

13   Phillip P. Weidner Esq.
     Phillip Paul Weidner & Associates
14   330 L Street, Ste 200
     Anchorage AK 99501

15   By: _____
16             Dianne A. Pitts

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3