John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

    Plaintiffs,

  vs.

UNOCAL CORPORATION,

    Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR SOVEREIGN BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Sovereign Bank** on Monday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

*Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC*
*711 H Street, Suite 620*
*Anchorage, Alaska 99501-3454*
*(907) 272-9272 fax (907) 272-9586*

Re-Notice of Deposition of Records Custodian for Sovereign Bank (Puritan Production)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Sovereign Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named entity, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a.   account signature cards
    b.   bank statements
    c.   canceled checks
    d.   deposits and withdrawals
    e.   cashier checks
    f.   loan statements
    g.   mortgage and equity statements
    h.   electronic payments, transfers, card services transactions
    i.   all individual and/or business checking accounts
    j.   all individual and/or business savings accounts
    k.   all individual and/or business money market accounts
    l.   all individual and/or business certificates of deposits
    m.   all individual and/or business retirement accounts
    n.   all individual and/or business payroll accounts
    o.   all individual and/or business loans
    p.   all individual and/or business mortgage and equity accounts
    q.   and any other banking records

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named entity:

**Puritan Production Videos, Ltd.**

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Sovereign Bank (Puritan Production)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

DATED at Anchorage, Alaska, this 31 day of May 2007.

2

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC

3

Attorneys for Defendant Unocal

4

5

By _____

Linda J. Johnson, 8911070

6

7

CERTIFICATE OF SERVICE

8

I certify that a copy of this document was
[X] mailed, [ ] faxed, [ ] hand delivered on
May

9

31 , 2007, to the following:

10

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

11

330 L Street, Ste 200
Anchorage AK 99501

12

13

By: _____

Dianne A. Pitts

14

15

16

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

17

18

19

20

21

22

23

24

25

26

Re-Notice of Deposition of Records Custodian for Sovereign Bank (Puritan Production)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

  vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR SOVEREIGN BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian for Sovereign Bank** on Monday, **June 15,**

**2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

The deposition will be taken before an officer authorized to administer oaths by the

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Sovereign Bank locations, including but not limited to the states of Delaware, Nevada, and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual, including but not limited to:

1.  Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a.  account signature cards
    b.  bank statements
    c.  canceled checks
    d.  deposits and withdrawals
    e.  cashier checks
    f.  loan statements
    g.  mortgage and equity statements
    h.  electronic payments, transfers, card services transactions
    i.  all individual and/or business checking accounts
    j.  all individual and/or business savings accounts
    k.  all individual and/or business money market accounts
    l.  all individual and/or business certificates of deposits
    m.  all individual and/or business retirement accounts
    n.  all individual and/or business payroll accounts
    o.  all individual and/or business loans
    p.  all individual and/or business mortgage and equity accounts
    q.  and any other banking records

2.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB: 08-11-53     SSN: 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

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May 31, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein, LLC
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

    Plaintiffs,

 vs.

UNOCAL CORPORATION,

    Defendant.

Case No. 3:04-cv-0096-TMB

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR SAMURI, INC.

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian for Samuri, Inc.** on Monday, **June 15, 2007**

at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen

& Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The

deposition will be taken before an officer authorized to administer oaths by the laws

Re-Notice of Deposition Records Custodian. for Samuri, Inc.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of any and all records pertaining to Samuri, Inc., including the records of any and all parent companies, holding companies, shell companies, and subsidiaries, from any and all locations nationwide including but not limited to the states of Delaware and Pennsylvania, and including but not limited to:

1. Copies of all business and corporate records, including but not limited to, identification of physical location of business; corporation applications; business licenses; type of business; current status of business.

2. Copies of corporate By-Laws; minutes of board meetings; number of employees (generally); annual, biennial and/or quarterly financial reports/statements; company prospectus; copies of all signature stamps used for company business; corporate banking account documents identifying approved signors from January 1, 2000 to the present.

3. Names and addresses of all corporate officers (including figureheads), their titles and responsibilities; contracts with officers; records documenting expenses for corporate officers (reimbursed or otherwise); benefits and perks associated with corporate officer status; salaries paid to corporate officers; fees paid to corporate officers; attendance at conferences, conventions, and/or seminars; identify all individual and business bank accounts and credit card accounts utilized by corporate officers (open and closed accounts), and dividends paid to stockholders from January 1, 2000 to the present.

4. Copies of all business, corporate, and accounting records relating to the sale of the company, assets and/or stocks that were shared with the corporate officers and/or stockholders from January 1, 2000 to the present.

5. Information and documentation of any visits to Alaska made by any of the owners and/or officers of the company; dates of visits; purposes of visits; activities during visits; and whether any money was paid and/or reimbursed to Lawrence Grove aka Larry Grove for entertainment of the owners and/or officers from January 1, 2000 to the present.

Re-Notice of Deposition Records Custodian. for Samuri, Inc.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

6. Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7. Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8. Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9. Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10. Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11. Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12. Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13. Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14. Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15. Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

16. Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition Records Custodian. for Samuri, Inc.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

1    If the requested records are produced to the undersigned before the date

2    and time for which this deposition is scheduled, the deposition will be canceled.

     DATED at Anchorage, Alaska, this _____ day of May 2007.

3

4                                    CLAPP, PETERSON, VAN FLEIN,
                                     TIEMESSEN & THORSNESS, LLC
                                     Attorneys for Defendant Unocal

5

6                                    By _____

7                                            Linda J. Johnson/8911070

8

9    CERTIFICATE OF SERVICE

10   I certify that a copy of this document was
     ☒ mailed, ☐ faxed, ☐ hand delivered on
     May __3/__, 2007, to the following:

11

12   Phillip P. Weidner Esq.
     Phillip Paul Weidner & Associates
     330 L Street, Ste 200

13   Anchorage AK 99501

14   By: _____

15            Dianne A. Pitts

16

17

18

19

20

21

22

23

24

25

26
     Re-Notice of Deposition Records Custodian. for Samuri, Inc.
     Grove v. Unocal, Case No. 3:04-cv-0096-TMB
     Page 4 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1
2
3
4
5
6

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

10
11
12
13
14
15
16

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

   Plaintiffs,

 vs.

UNOCAL CORPORATION,

   Defendant.

Case No. 3:04-cv-0096-TMB

17
18

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR PNC BANK

19
20
21
22
23
24
25
26

 Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for PNC Bank** on Monday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
Grove v. Unocal, Case No. 3:04-cv-00096-TMB
Page 1 of 3

1    of the United States or of the place where the examination is held, and will continue

2    from day to day until completed.

3        The Records Custodian is requested to bring to the deposition copies all of

4    the following records from at any and all PNC Bank locations, including but not

5    limited to the states of Delaware and Pennsylvania, or, in the case of credit cards,

6    at any location nationwide pertaining to accounts of the below-named entity, including

7    but not limited to:

8

9    1.    Electronic versions or complete and legible copies of all of the following
          records, whether open or closed accounts:

10

11        a.    account signature cards
          b.    bank statements
          c.    canceled checks

12        d.    deposits and withdrawals
          e.    cashier checks

13        f.    loan statements
          g.    mortgage and equity statements

14        h.    electronic payments, transfers, card services transactions
          i.    all individual and/or business checking accounts

15        j.    all individual and/or business savings accounts
          k.    all individual and/or business money market accounts

16        l.    all individual and/or business certificates of deposits
          m.    all individual and/or business retirement accounts

17        n.    all individual and/or business payroll accounts
          o.    all individual and/or business loans

18        p.    all individual and/or business mortgage and equity accounts
          q.    and any other banking records

19

20    2.    Electronic version or complete and legible copies of all credit card
          statements, and any other credit card records pertaining to open and/or

21        closed accounts, including without limitation, all individual and/or
          business credit card records from January 1, 2000 to the present.

22

23    Produce the above-listed records related to the below-named entity:

24        **Lo-Ji, Inc.   (a/k/a LoJi, Inc.)**

25        If the requested records are produced to the undersigned before the date

26

Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ___31___ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
        Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May ___31___, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
        Dianne A. Pitts

Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

    vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR PNC BANK

    Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian for PNC Bank** on Monday, **June 15, 2007**

at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen

& Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.    The

deposition will be taken before an officer authorized to administer oaths by the laws

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all PNC Bank locations, including but not limited to the states of Delaware, Nevada, and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual, including but not limited to:

1.  Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a.  account signature cards
    b.  bank statements
    c.  canceled checks
    d.  deposits and withdrawals
    e.  cashier checks
    f.  loan statements
    g.  mortgage and equity statements
    h.  electronic payments, transfers, card services transactions
    i.  all individual and/or business checking accounts
    j.  all individual and/or business savings accounts
    k.  all individual and/or business money market accounts
    l.  all individual and/or business certificates of deposits
    m.  all individual and/or business retirement accounts
    n.  all individual and/or business payroll accounts
    o.  all individual and/or business loans
    p.  all individual and/or business mortgage and equity accounts
    q.  and any other banking records

2.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB:  08-11-53      SSN: 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

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1    If the requested records are produced to the undersigned before the date

2  and time for which this deposition is scheduled, the deposition will be canceled.

3    DATED at Anchorage, Alaska, this 3/ day of May 2007.

4                                          CLAPP, PETERSON, VAN FLEIN,
                                           TIEMESSEN & THORSNESS, LLC
5                                          Attorneys for Defendant Unocal

6

7    By _____
8                                          Linda J. Johnson, 8911070

9

10   CERTIFICATE OF SERVICE

11  I certify that a copy of this document was
    ☒ mailed, ☐ faxed, ☐ hand delivered on
    May __3/__, 2007, to the following:

12
    Phillip P. Weidner Esq.
13  Phillip Paul Weidner & Associates
    330 L Street, Ste 200
14  Anchorage AK 99501

15  By: _____
16           Dianne A. Pitts

17

18

19

20

21

22

23

24

25

26

Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

               Plaintiffs,

  vs.

UNOCAL CORPORATION,

            Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR NORTHWEST AIRLINES

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian for Northwest Airlines** on Monday,

**June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van

Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage,

Alaska.  The deposition will be taken before an officer authorized to administer

Re-Notice of Deposition of Records Custodian for Northwest Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1    oaths by the laws of the United States or of the place where the examination is

2    held, and will continue from day to day until completed.

3        The Records Custodian is requested to bring to the deposition copies any

4    and all of the following records, including records from Northwest Airlines partners,

5    subsidiaries or affiliates, at any and all locations nationwide, including *but not*

6    *limited to* the states of Alaska, Colorado, Delaware, Florida, Nevada, and

7    Pennsylvania, pertaining to the below-named individuals, including but not limited to:

8

9    1.  Electronic version or complete and legible copies of all records regarding all
        mileage accounts, frequent flyer plans, itineraries, travel coupons, upgrades,
10      board room passes, complimentary coupons, flight information including dates
        of travel, flight originations and destinations, boarding passes, and records of
11      payment for all open or closed accounts from January 1, 2000 to the present for
        the below-listed persons:

12
13      a.   Lawrence H. Grove a/k/a Larry Grove
             DOB: 08-11-53      SSN: 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
14           Addresses:  8300 Dagan Street, Anchorage, AK 99502
                 and/or:  P.O. Box 222253, Anchorage, AK 99522
15               and/or:  15831 Mercedes Drive, Talkeetna, AK 99676

16      b.   Cynthia A. Grove a/k/a Cindy Grove
             DOB: 03-13-57      SSN: 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
17           Address: (same as above)

18      c.   Michael J. Grove
             DOB: 01-21-90      SSN: 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
19           Address: (same as above)

20
21      d.   Sarah H. Grove
             DOB: 11-12-85      SSN: 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
22           Addresses: (same as above)
                 and/or: 9709 East Jewel Avenue, Denver, CO 80247

23

24       If the requested records are produced to the undersigned before the date

25    and time for which this deposition is scheduled, the deposition will be canceled.

26

Re-Notice of Deposition of Records Custodian for Northwest Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _31_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____

Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
[X] mailed, [ ] faxed, [ ] hand delivered on
May _31_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____

Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Northwest Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

           Plaintiffs,

  vs.

UNOCAL CORPORATION,

           Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR THE McCLATCHY CO.

    Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **The McClatchy Co..**, on Friday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

Re-Notice of Deposition of Records Custodian for The McClatchy Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

The Records Custodian is requested to bring to the deposition copies of the following records which are in The McClatchy Co.'s possession, custody or control:

1. Electronic version or complete and legible copies of any and all documents and records pertaining to accounts related to *Lawrence H. ("Larry") Grove individually, Cynthia A. ("Cindy") Grove individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly,* and also to include accounts on which the above-named individuals are secondary account holders (i.e., co-signers), including without limitation records of: individual or joint bank accounts, including bank statements and canceled checks; money market accounts, including statements and canceled checks; mutual fund accounts, including statements; certificates of deposits; IRAs and any other retirement accounts; loans; mortgage and equity accounts; private equity accounts, brokerage accounts; trade accounts and investment accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; any and all other wealth management records; and receipts/records of payment to Mikunda Cottrell for any and all services rendered from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
    DOB: 08-11-53    SSN: 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
Cynthia A. Grove a/k/a Cindy Grove
    DOB: 03-13-57    SSN: 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
Addresses:  8300 Dagan Street, Anchorage, AK 99502
  and/or:  P.O. Box 222253, Anchorage, AK 99522
  and/or:  15831 Mercedes Drive, Talkeetna, AK 99676

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
    Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for The McClatchy Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

<u>CERTIFICATE OF SERVICE</u>

1  I certify that a copy of this document was
   ☒ mailed, ☐ faxed, ☐ hand delivered on
2  May _3/_, 2007, to the following:

3  Phillip P. Weidner Esq.
   Phillip Paul Weidner & Associates
4  330 L Street, Suite 200
   Anchorage AK 99501

5
   By:_____
6              Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Re-Notice of Deposition of Records Custodian for The McClatchy Co.
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1   John B. Thorsness, Esq.
    Linda J. Johnson, Esq.
2   CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
3   711 H Street, Suite 620
    Anchorage, Alaska  99501
4   (907) 272-9272
    usdc-anch-ntc@cplawak.com
5   Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ALASKA



9   LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
10  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,

11
                        Plaintiffs,
12      vs.

13  UNOCAL CORPORATION,                    Case No. 3:04-cv-0096-TMB

14                      Defendant.

15

16      **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
           **FOR LUXOR HOTEL AND CASINO\***

17

18      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

19  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

20  deposition of the **Records Custodian** for **Luxor Hotel and Casino\*** (Las Vegas,

21  Nevada) on Friday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of

22  Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

23  620, in Anchorage, Alaska.   The deposition will be taken before an officer

24

25      \* Owned by MGM MIRAGE who is the Registered Agent.

26  Re-Notice of Deposition of Records Custodian for Luxor Hotel & Casino
    <u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
    Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  authorized to administer oaths by the laws of the United States or of the place

2  where the examination is held, and will continue from day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies of the

4  following records:

5  1.   Each and every record documenting reservations and
6       charges incurred by **Lawrence ("Larry") Grove and/or
       Cynthia ("Cindy") Grove** from January 1, 2000 to the
7       present.

8  2.   Each and every record documenting gambling proceeds for
9       **Lawrence ("Larry") Grove** from January 1, 2000 to the
       present, including January 2005, January 2006, and January
10      2007.

11 3.   Each and every record documenting gambling proceeds for
12      **Cynthia ("Cindy") Grove** from January 1, 2000 to the
       present, including January 2005, January 2006, and January
13      2007.

14 4.   Each and every record documenting complimentary hotel
       accommodations, meals, health spa, entertainment, and
15      other hotel and casino perks that were offered to **Lawrence
       ("Larry") Grove and/or Cynthia ("Cindy") Grove** from
16      January 1, 2000 to the present.

17 The above-listed records relate to:

18    Lawrence H. Grove a/k/a Larry Grove
      DOB: 08-11-53     SSN: 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
19    Addresses:  8300 Dagan Street,  Anchorage, AK 99502
         and/or:  P.O. Box 222253,  Anchorage, AK 99522
20       and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

21    Cynthia A. Grove a/k/a Cindy Grove
      DOB: 03-13-57     SSN:  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
22    Address:  (same as above)

23

24     If the requested records are produced to the undersigned before the date

25 and time for which this deposition is scheduled, the deposition will be canceled.

26
Re-Notice of Deposition of Records Custodian for Luxor Hotel & Casino
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
        Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May 31, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
        Dianne A. Pitts

**Clapp, Peterson, Van Flein,**
**Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Luxor Hotel & Casino
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3