John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 01 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR JP MORGAN CHASE BANK**

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **JP Morgan Chase Bank (also f/k/a Banc One, Bank One, and Chase Manhattan Bank)**, on Monday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following JP Morgan Chase Bank records, including records from Banc One, Bank One, and Chase Manhattan Bank, all n/k/a JP Morgan Chase Bank, which are at any and all JP Morgan Chase Bank locations, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, or, in the case of credit cards, at any location nationwide:

**BANK RECORDS:**

1. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

3. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Michael J. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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

Sarah H. Grove DOB: 11-12-85 SSN: 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

Michael J. Grove DOB: 01-21-90 SSN: 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

**CREDIT CARDS:**

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or



Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

closed *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Michael J. Grove***,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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
Addresses: 8300 Dagan Street, Anchorage, AK 99502
and/or: P.O. Box 222253, Anchorage, AK 99522
and/or: 15831 Mercedes Drive, Talkeetna, AK 99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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
Address: (same as above)

Sarah H. Grove DOB: 11-12-85 SSN: 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
Address: (same as above)

Michael J. Grove DOB: 01-21-90 SSN: 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
Address: (same as above)

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: [signature]
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on May 31, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: [signature]
Dianne A. Pitts

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 0 1 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR E*TRADE**

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **E*Trade a/k/a E*Trade Financial Corporation**, on Monday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer



Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following E*Trade records at any and all E*Trade locations nationwide, which records are in E*Trade's possession, custody or control:

1. Electronic version or complete and legible copies of any and all documents and records pertaining to accounts related to ***Lawrence H. ("Larry") Grove individually, Cynthia A. ("Cindy") Grove individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly,*** and also to include accounts on which the above-named individuals are secondary account holders (i.e., co-signers), including without limitation records of: individual or joint bank accounts, including bank statements and canceled checks; money market accounts, including statements and canceled checks; mutual fund accounts, including statements; certificates of deposits; IRAs and any other retirement accounts; loans; mortgage and equity accounts; private equity accounts, brokerage accounts; trade accounts and investment accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; any and all other wealth management records; and receipts/records of payment to Mikunda Cottrell for any and all services rendered from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all *documents and records* pertaining to all ***corporate and/or business accounts*** for which ***Lawrence H. ("Larry") Grove and/or Cynthia A. ("Cindy") Grove*** are members, owners, officers, and/or signatory(ies) on any account or document, including without limitation any and all: corporate/business bookkeeping/accounting records; ledgers; checkbooks (i.e., check stubs); bank accounts, including bank statements and canceled checks; payroll accounts; money market accounts, including statements; certificates of deposits; loans; mortgage and equity accounts including private equity; brokerage accounts; trade accounts and investment accounts; retirement accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; and any other wealth management records; and receipts/records of payment to Mikunda Cottrell for services rendered from January 1, 2000 to the present.

The above-listed records relate to:

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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
Addresses: 8300 Dagan Street, Anchorage, AK 99502
and/or: P.O. Box 222253, Anchorage, AK 99522
and/or: 15831 Mercedes Drive, Talkeetna, AK 99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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
Address: (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By [signature]
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on May 31, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: [signature]
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 01 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR DELTA AIRLINES**

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Delta Airlines** on Monday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies any and all of the following records, including records from Delta Airlines partners, subsidiaries or affiliates, at any and all locations nationwide, including *but not limited to* the states of Alaska, Colorado, Delaware, Florida, Nevada, and Pennsylvania, pertaining to the below-named individuals, including but not limited to:

1. Electronic version or complete and legible copies of all records regarding all mileage accounts, frequent flyer plans, itineraries, travel coupons, upgrades, board room passes, complimentary coupons, flight information including dates of travel, flight originations and destinations, boarding passes, and records of payment for all open or closed accounts from January 1, 2000 to the present for the below-listed persons:

   a. Lawrence H. Grove a/k/a Larry Grove
   DOB: 08-11-53 SSN: 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
   Addresses: 8300 Dagan Street, Anchorage, AK 99502
   and/or: P.O. Box 222253, Anchorage, AK 99522
   and/or: 15831 Mercedes Drive, Talkeetna, AK 99676

   b. Cynthia A. Grove a/k/a Cindy Grove
   DOB: 03-13-57 SSN: 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
   Address: (same as above)

   c. Michael J. Grove
   DOB: 01-21-90 SSN: 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
   Address: (same as above)

   d. Sarah H. Grove
   DOB: 11-12-85 SSN: 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
   Addresses: (same as above)
   and/or: 9709 East Jewel Avenue, Denver, CO 80247

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: [signature]
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on May 31, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: [signature]
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 01 2007
WEIDNER & ASSOCIATES



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR CITIZENS BANK**

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Citizens Bank** on Monday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the



Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Citizens Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual and entities, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

   a. account signature cards
   b. bank statements
   c. canceled checks
   d. deposits and withdrawals
   e. cashier checks
   f. loan statements
   g. mortgage and equity statements
   h. electronic payments, transfers, card services transactions
   i. all individual and/or business checking accounts
   j. all individual and/or business savings accounts
   k. all individual and/or business money market accounts
   l. all individual and/or business certificates of deposits
   m. all individual and/or business retirement accounts
   n. all individual and/or business payroll accounts
   o. all individual and/or business loans
   p. all individual and/or business mortgage and equity accounts
   q. and any other banking records

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person and entities:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB: 08-11-53 SSN: 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

**Samuri, Inc.**

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By [signature]
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was [X] mailed, [ ] faxed, [ ] hand delivered on May 31, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: [signature]
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Recs Depo of Citizens Bank (Samuri, PK,LG)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 0 1 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR CITICARDS

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for CitiCards.**, on Monday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws



Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the below-listed CitiCards records at any and all locations, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, and/or in the case of credit cards, at any location nationwide:

**BANK RECORDS:**

1. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

3. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Michael J. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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

Sarah H. Grove DOB: 11-12-85 SSN: 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

Michael J. Grove DOB: 01-21-90 SSN: 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

**CREDIT CARDS:**

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Michael J. Grove***,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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
Addresses: 8300 Dagan Street, Anchorage, AK 99502
and/or: P.O. Box 222253, Anchorage, AK 99522
and/or: 15831 Mercedes Drive, Talkeetna, AK 99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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
Address: (same as above)

Sarah H. Grove DOB: 11-12-85 SSN: 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
Address: (same as above)

Michael J. Grove DOB: 01-21-90 SSN: 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
Address: (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By ______________________
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was [X] mailed, [ ] faxed, [ ] hand delivered on May 31, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: ______________________
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 01 2007
WEIDNER & ASSOCIATES



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR CITIBANK a/k/a CITIBANK NA**

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Citibank (aka Citibank NA)**, on Monday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to



Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the below-listed Citibank records at any and all locations, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, and/or in the case of credit cards, at any location nationwide:

**BANK RECORDS:**

1. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

3. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Michael J. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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

Sarah H. Grove DOB: 11-12-85 SSN: 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

Michael J. Grove DOB: 01-21-90 SSN: 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

**CREDIT CARDS:**

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Michael J. Grove***,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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
Addresses: 8300 Dagan Street, Anchorage, AK 99502
and/or: P.O. Box 222253, Anchorage, AK 99522
and/or: 15831 Mercedes Drive, Talkeetna, AK 99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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
Address: (same as above)

Sarah H. Grove DOB: 11-12-85 SSN: 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
Address: (same as above)

Michael J. Grove DOB: 01-21-90 SSN: 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
Address: (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: ______________________
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was [X] mailed, [ ] faxed, [ ] hand delivered on May 31, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: ______________________
Dianne A. Pitts

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 01 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

C

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR CHASE BANK, N.A.**

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **Chase Bank, N.A. (also f/k/a Chase Manhattan Bank)**, on Monday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the



Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following Chase Bank, N.A. records, including records from Banc One, Bank One, and Chase Manhattan Bank, all n/k/a Chase Bank, which are at any and all Chase Bank locations, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, or at any location nationwide:

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Michael J. Grove***,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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
Addresses: 8300 Dagan Street, Anchorage, AK 99502
and/or: P.O. Box 222253, Anchorage, AK 99522
and/or: 15831 Mercedes Drive, Talkeetna, AK 99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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
Address: (same as above)

Sarah H. Grove DOB: 11-12-85 SSN: 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
Address: (same as above) and any Colorado address

Michael J. Grove DOB: 01-21-90 SSN: 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
Address: (same as above) and any Pennsylvania address

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By [signature]
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on May 31, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: [signature]
Dianne A. Pitts

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 01 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR CAPITAL ONE

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Capital One**, on Monday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws



Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the below-listed Capital One records at any and all locations, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, and/or in the case of credit cards, at any location nationwide:

**BANK RECORDS:**

1. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

3. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* ***Michael J. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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

Sarah H. Grove DOB: 11-12-85 SSN: 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

Michael J. Grove DOB: 01-21-90 SSN: 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

**CREDIT CARDS:**

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Michael J. Grove***,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53 SSN: 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
Addresses: 8300 Dagan Street, Anchorage, AK 99502
and/or: P.O. Box 222253, Anchorage, AK 99522
and/or: 15831 Mercedes Drive, Talkeetna, AK 99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57 SSN: 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
Address: (same as above)

Sarah H. Grove DOB: 11-12-85 SSN: 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
Address: (same as above)

Michael J. Grove DOB: 01-21-90 SSN: 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
Address: (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.



Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this 31 day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: ______________________
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was [X] mailed, [ ] faxed, [ ] hand delivered on May 31, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: ______________________
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586