John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 0 1 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR BANK OF AMERICA

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Bank of America** on Monday, **June 15, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  laws of the United States or of the place where the examination is held, and will

2  continue from day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies all of

4  the following records from at any and all Bank of America locations, including but

5  not limited to the states of Delaware and Pennsylvania, or, in the case of credit

6  cards, at any location nationwide pertaining to accounts of the below-named

7  individual and entities, including but not limited to:

8

9      1.      Electronic versions or complete and legible copies of all of the following
           records, whether open or closed accounts:

10

11          a.      account signature cards
           b.      bank statements
12          c.      canceled checks
           d.      deposits and withdrawals
           e.      cashier checks
13          f.      loan statements
           g.      mortgage and equity statements
14          h.      electronic payments, transfers, card services transactions
           i.      all individual and/or business checking accounts
15          j.      all individual and/or business savings accounts
           k.      all individual and/or business money market accounts
16          l.      all individual and/or business certificates of deposits
           m.      all individual and/or business retirement accounts
17          n.      all individual and/or business payroll accounts
           o.      all individual and/or business loans
18          p.      all individual and/or business mortgage and equity accounts
           q.      and any other banking records
19

20      2.      Electronic version or complete and legible copies of all credit card
           statements, and any other credit card records pertaining to open and/or
21          closed accounts, including without limitation, all individual and/or
           business credit card records from January 1, 2000 to the present.
22

23  Produce the above-listed records related to the below-named person and entities:

24      **Lawrence H. Grove** a/k/a **Larry Grove**
       DOB:  08-11-53      SSN: 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
25      **Lead Dog Enterprises Limited**

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Bank of America (Lead Dog)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this  3/  day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
[X] mailed, [ ] faxed, [ ] hand delivered on
May  3/ , 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By:
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Bank of America (Lead Dog)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3



CLAPP · PETERSON 📁 **FILE**



VAN FLEIN · TIEMESSEN · THORSNESS
—— LLC ——

**ANCHORAGE**

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
Liam J. Moran, Of Counsel
James D. Gilmore, Of Counsel
Milton L. Moss, Of Counsel

**FAIRBANKS**

John J. Tiemessen
David A. Carlson
Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of _____1_____ pages (including this cover sheet).

**Date:** May 30, 2007

**To:** Phillip Paul Weidner, Esq. (276-1200)        **Fax No.:** 278-6571
Phillip Paul Weidner & Associates

**From:** Linda J. Johnson, Esq.        **Phone:** 272-9272

**Re:** *Grove v. Unocal Corporation*        **Mail copy?** No
Our File No. 6200-1

**Item sent:**        ✓

**Message:** This is to advise you that all records depositions presently set for Thursday, May 31, 2007, will be **re-noticed for June 15**, 2007. Copies of the re-notices (together with appropriate notices of cancellation) will be provided by mail.

**CONFIDENTIALITY NOTICE**

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

If there are any problems with this transmission, please call Dianne, Natalie, Betty, or Barbara at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272   email • anch@cplawak.com   fax • 907-272-9586

5-30-07



1   John B. Thorsness, Esq.
2   Linda J. Johnson, Esq.
    CLAPP, PETERSON, VAN FLEIN,
3   TIEMESSEN & THORSNESS, LLC
    711 H Street, Suite 620
4   Anchorage, Alaska  99501
    (907) 272-9272
5   usdc-anch-ntc@cplawak.com
6   Attorneys for Defendant Unocal Alaska

7

8                   IN THE UNITED STATES DISTRICT COURT

9                      FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12                  Plaintiffs,

13
        vs.
14                                          Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16                  Defendant.

17  **<u>RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR
18              CITIMORTGAGE, INC.</u>**

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for CitiMortgage, Inc.**, on Monday, **May 31,**

22  **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23  Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24  The deposition will be taken before an officer authorized to administer oaths by the

25

26
    Re-Notice of Deposition of Records Custodian for CitiMortgage Inc. (4 Groves)
    <u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
    Page 1 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-22-07

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the below-listed CitiMortgage, Inc. records at any and all locations, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, and/or in the case of credit cards, at any location nationwide:

**BANK RECORDS:**

1. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

3. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for CitiMortgage Inc. (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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

Sarah H. Grove    DOB: 11-12-85    SSN: 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

Michael J. Grove    DOB: 01-21-90    SSN: 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

**CREDIT CARDS:**

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Re-Notice of Deposition of Records Custodian for CitiMortgage Inc. (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Michael J. Grove***,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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
Addresses:  8300 Dagan Street, Anchorage, AK 99502
    and/or:  P.O. Box 222253, Anchorage, AK 99522
    and/or:  15831 Mercedes Drive, Talkeetna, AK 99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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
Address: (same as above)

Sarah H. Grove    DOB: 11-12-85    SSN: 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
Address: (same as above)

Michael J. Grove    DOB: 01-21-90    SSN: 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
Address: (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for CitiMortgage Inc. (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _22_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
       Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒/mailed, ☐ faxed, ☐ hand delivered on
May _22_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
          Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for CitiMortgage Inc. (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5



RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska 99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7

8              IN THE UNITED STATES DISTRICT COURT

9                    FOR THE DISTRICT OF ALASKA

10 LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
11 GROVE (DOB 1/21/88) by and through his
   father LAWRENCE H. GROVE,
12
                 Plaintiffs,
13
14      vs.
                                        Case No. 3:04-cv-0096-TMB
15 UNOCAL CORPORATION,

16               Defendant.

17          **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
18                        **FOR CITIZENS BANK**

19        Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Records Custodian for Citizens Bank** on Monday, **May 31,**

22 **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23 Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24
25 The deposition will be taken before an officer authorized to administer oaths by the
26

Re-Notice of Deposition of Records Custodian for Citizens Bank (Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Citizens Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual and entities, including but not limited to:

1.  Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a.  account signature cards
    b.  bank statements
    c.  canceled checks
    d.  deposits and withdrawals
    e.  cashier checks
    f.  loan statements
    g.  mortgage and equity statements
    h.  electronic payments, transfers, card services transactions
    i.  all individual and/or business checking accounts
    j.  all individual and/or business savings accounts
    k.  all individual and/or business money market accounts
    l.  all individual and/or business certificates of deposits
    m.  all individual and/or business retirement accounts
    n.  all individual and/or business payroll accounts
    o.  all individual and/or business loans
    p.  all individual and/or business mortgage and equity accounts
    q.  and any other banking records

2.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person and entities:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB:  08-11-53      SSN: 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

**Samuri, Inc.**

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Citizens Bank (Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May _____, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

6200-1  Grove v. Unocal/Not.of Recs Depo of Citizens Bank (Samuri, PK,LG)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Citizens Bank (Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

**FILE**

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                Plaintiffs,

   vs.

UNOCAL CORPORATION,

                Defendant.

Case No. 3:04-cv-0096-TMB

## <u>RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN<br>FOR CIRCUS-CIRCUS HOTEL & CASINO*</u>

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **Circus-Circus Hotel & Casino\*** (<u>Las Vegas</u>, Nevada) on Friday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition will be taken before an officer

---

\* Owned by MGM MIRAGE who is the Registered Agent.

Re-Notice of Deposition of Records Custodian for Circus-Circus Hotel & Casino (Las Vegas, NV)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-22-07

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

1. Each and every record documenting reservations and charges incurred by **Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove** from January 1, 2000 to the present.

2. Each and every record documenting gambling proceeds for **Lawrence ("Larry") Grove** from January 1, 2000 to the present, including January 2005, January 2006, and January 2007.

3. Each and every record documenting gambling proceeds for **Cynthia ("Cindy") Grove** from January 1, 2000 to the present, including January 2005, January 2006, and January 2007.

4. Each and every record documenting complimentary hotel accommodations, meals, health spa, entertainment, and other hotel and casino perks that were offered to **Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove** from January 1, 2000 to the present.

The above-listed records relate to:

> Lawrence H. Grove a/k/a Larry Grove
> DOB: 08-11-53     SSN: 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
> Addresses:  8300 Dagan Street,  Anchorage, AK 99502
>     and/or:  P.O. Box 222253,  Anchorage, AK 99522
>     and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676
>
> Cynthia A. Grove a/k/a Cindy Grove
> DOB: 03-13-57     SSN: 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
> Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Circus-Circus Hotel & Casino (Las Vegas, NV)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this 22 day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May 22, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Circus-Circus Hotel & Casino (Las Vegas, NV)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3





John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

    vs.

UNOCAL CORPORATION,                          Case No. 3:04-cv-0096-TMB

                    Defendant.

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR DENALI AUCTION CO.

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for **Denali Auction Company**, on Friday,

**May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van

Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage,

Alaska. The deposition will be taken before an officer authorized to administer

oaths by the laws of the United States or of the place where the examination is

held, and will continue from day to day until completed.

Re-Notice of Deposition of Records Custodian for Denali Auction Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-22-07

The Records Custodian is requested to bring to the deposition copies of the following E*Trade records, which are at any and all E*Trade locations, including but not limited to those in the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, or, in the case of credit cards, at any location nationwide:

> Electronic version or complete and legible copies of all documents related to each and every transaction, including but not limited to personal property acquisitions, appraisals, bidding registers, records of payments and deposits, cancelled checks, donations, membership fees, mailing lists, auction dates, sales records, and any other business records pertaining to *accounts held by **Lawrence H. ("Larry") Grove, individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, from January 1, 2000 to the present.

The above-listed records relate to:

> Lawrence H. Grove a/k/a Larry Grove
> DOB: 08-11-53      SSN: 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
> Addresses:  8300 Dagan Street,  Anchorage, AK 99502
>     and/or:  P.O. Box 222253,  Anchorage, AK 99522
>     and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676
>
> Cynthia A. Grove a/k/a Cindy Grove
> DOB: 03-13-57      SSN:  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
> Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _22_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
    Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Denali Auction Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

2

May _____22_____, 2007, to the following:

3

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4

330 L Street, Suite 200
Anchorage AK 99501

5

6

By:_____
            Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Denali Auction Co.
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3



☐ FILE

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska 99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12             Plaintiffs,

13
       vs.
14                                       Case No. 3:04-cv-0096-TMB
15  UNOCAL CORPORATION,

16             Defendant.

17      **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR
                            E*TRADE**
18

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian** for **E*Trade a/k/a E*Trade Financial**

22  **Corporation**, on Monday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of

23  Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

24
25  620, in Anchorage, Alaska.    The deposition will be taken before an officer
26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for E*Trade (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

5-22-07

1    authorized to administer oaths by the laws of the United States or of the place

2    where the examination is held, and will continue from day to day until completed.

3        The Records Custodian is requested to bring to the deposition copies of the

4    following E*Trade records at any and all E*Trade locations nationwide, which

5    records are in E*Trade's possession, custody or control:

    1.   Electronic version or complete and legible copies of any and all documents and records pertaining to accounts related to *Lawrence H. ("Larry") Grove individually, Cynthia A. ("Cindy") Grove individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly,* and also to include accounts on which the above-named individuals are secondary account holders (i.e., co-signers), including without limitation records of: individual or joint bank accounts, including bank statements and canceled checks; money market accounts, including statements and canceled checks; mutual fund accounts, including statements; certificates of deposits; IRAs and any other retirement accounts; loans; mortgage and equity accounts; private equity accounts, brokerage accounts; trade accounts and investment accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax returns including all supporting documents; any and all other wealth management records; and receipts/records of payment to Mikunda Cottrell for any and all services rendered from January 1, 2000 to the present.

    2.   Electronic version or complete and legible copies of all *documents and records* pertaining to all **corporate and/or business accounts** for which **Lawrence H. ("Larry") Grove** and/or **Cynthia A. ("Cindy") Grove** are members, owners, officers, and/or signatory(ies) on any account or document, including without limitation any and all: corporate/business bookkeeping/accounting records; ledgers; checkbooks (i.e., check stubs); bank accounts, including bank statements and canceled checks; payroll accounts; money market accounts, including statements; certificates of deposits; loans; mortgage and equity accounts including private equity; brokerage accounts; trade accounts and investment accounts; retirement accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; and any other wealth management records; and receipts/records of payment to Mikunda Cottrell for services rendered from January 1, 2000 to the present.

    The above-listed records relate to:

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for E*Trade (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1    Lawrence H. Grove a/k/a Larry Grove
     DOB: 08-11-53     SSN: 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
2    Addresses:  8300 Dagan Street,  Anchorage, AK 99502
        and/or:  P.O. Box 222253,  Anchorage, AK 99522
3       and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

4    Cynthia A. Grove a/k/a Cindy Grove
     DOB: 03-13-57     SSN:  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
5    Address:  (same as above)

6        If the requested records are produced to the undersigned before the date

7    and time for which this deposition is scheduled, the deposition will be canceled.

8        DATED at Anchorage, Alaska, this _____ day of May 2007.

9

10                                 CLAPP, PETERSON, VAN FLEIN,
                                   TIEMESSEN & THORSNESS, LLC
11                                 Attorneys for Defendant Unocal

12

13                         By _____
14                                 Linda J. Johnson, 8911070

15

16

17   <u>CERTIFICATE OF SERVICE</u>
     I certify that a copy of this document was
     [X] mailed, [ ] faxed, [ ] hand delivered on
18   May _____, 2007, to the following:

19   Phillip P. Weidner Esq.
     Phillip Paul Weidner & Associates
20   330 L Street, Suite 200
     Anchorage AK 99501

21
     By: _____
22            Dianne A. Pitts

23

24

25

26
     Re-Notice of Deposition of Records Custodian for E*Trade (L & C Grove)
     <u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
     Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

**FILE**

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                            Plaintiffs,

    vs.

UNOCAL CORPORATION,

                            Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR FIRST AMERICAN TITLE

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **First American Title**, on Friday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

Re-Notice of Deposition of Records Custodian for First American Title
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-22-07

The Records Custodian is requested to bring to the deposition copies of the

following records which are in First American Title's possession, custody or control:

Electronic version or complete and legible copies of all documents and records related to each and every transaction, including but not limited to land purchases, real estate records, mortgage documents, loan records, financial documents, closing documents, title reports, maps/diagrams of property, sales records, payment records (showing the method of payment), bank statements, cashier checks, loan statements, mortgage and equity statements, and any other business records pertaining to *accounts held by* **Lawrence H. ("Larry") Grove, individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly,** from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
   and/or:  P.O. Box 222253,  Anchorage, AK 99522
   and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date

and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
    Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for First American Title
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1

## CERTIFICATE OF SERVICE

2  I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May ___22___, 2007, to the following:

3

Phillip P. Weidner Esq.
4  Phillip Paul Weidner & Associates
330 L Street, Suite 200
5  Anchorage AK 99501

6  By: ___[signature]_____
        Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Re-Notice of Deposition of Records Custodian for First American Title
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

ORDER
DEPO NTC
FILE

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                  Plaintiffs,

vs.

UNOCAL CORPORATION,

                  Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR AURORA LOAN SERVICES

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **Aurora Loan Services**, on Friday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

Re-Notice of Deposition of Records Custodian for Aurora Loan Services
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-22-07

The Records Custodian is requested to bring to the deposition copies of the following records, which are in Aurora Loan Services' possession, custody or control:

1. Electronic version or complete and legible copies of any and all documents and records pertaining to accounts related to **Lawrence H. ("Larry") Grove individually, Cynthia A. ("Cindy") Grove individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly,** and also to include accounts on which the above-named individuals are secondary account holders (i.e., co-signers), including without limitation records of: individual or joint bank accounts, including bank statements and canceled checks; money market accounts, including statements and canceled checks; mutual fund accounts, including statements; certificates of deposits; IRAs and any other retirement accounts; loans; mortgage and equity accounts; private equity accounts, brokerage accounts; trade accounts and investment accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; any and all other wealth management records; and receipts/records of payment to Mikunda Cottrell for any and all services rendered from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
     and/or:  P.O. Box 222253,  Anchorage, AK 99522
     and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

and

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

#

#

#

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Aurora Loan Services
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

DATED at Anchorage, Alaska, this _____ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May ___, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Aurora Loan Services
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

☐ **FILE**

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7                    IN THE UNITED STATES DISTRICT COURT

8                        FOR THE DISTRICT OF ALASKA

9  LAWRENCE H. GROVE, CYNTHIA
10 GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
11 father LAWRENCE H. GROVE,

12                 Plaintiffs,

13
       vs.
14                                              Case No. 3:04-cv-0096-TMB
15 UNOCAL CORPORATION,

16                 Defendant.

17     **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
18              **FOR BANK OF AMERICA**

19        Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Records Custodian for Bank of America** on Monday, **May 31,**

22 **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23 Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24
25 The deposition will be taken before an officer authorized to administer oaths by the

26

Re-Notice of Deposition of Records Custodian for Bank of America (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-22-07

1  laws of the United States or of the place where the examination is held, and will

2  continue from day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies of all

4  of the following records from at any and all Bank of America locations, including but

5  not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania,

6  and/or in the case of credit cards, at any location nationwide:

7  **BANK RECORDS:**

8      1.  Electronic version or complete and legible copies of all bank statements,
          cancelled checks, deposits and withdrawals, cashier checks, loan
9          statements, mortgage and equity statements, credit card statements, and
          any other banking records pertaining to *accounts held by Lawrence H.*
10         *("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without
          limitation, all individual and joint checking accounts, individual and joint
11         savings accounts, individual and joint money market accounts, individual
          and joint certificates of deposits, individual and joint IRAs, individual and
12         joint loans, and individual and joint mortgage and equity accounts from
13         January 1, 2000 to the present.

14     2.  Electronic version or complete and legible copies of all bank statements,
          cancelled checks, deposits and withdrawals, cashier checks, loan
15         statements, mortgage and equity statements, credit card statements, and
          any other banking records pertaining to *accounts held by Lawrence H.*
16         *("Larry") Grove*, including, but without limitation, all individual and joint
          checking accounts, individual and joint savings accounts, individual and
17         joint money market accounts, individual and joint certificates of deposits,
          individual and joint IRAs, individual and joint loans, and individual and joint
18         mortgage and equity accounts from January 1, 2000 to the present.

19     3.  Electronic version or complete and legible copies of all bank statements,
20         cancelled checks, deposits and withdrawals, cashier checks, loan
          statements, mortgage and equity statements, credit card statements, and
21         any other banking records pertaining to *accounts held by Cynthia A.*
          *("Cindy") Grove*, including, but without limitation, all individual and joint
22         checking accounts, individual and joint savings accounts, individual and
          joint money market accounts, individual and joint certificates of deposits,
23         individual and joint IRAs, individual and joint loans, and individual and joint
24         mortgage and equity accounts from January 1, 2000 to the present.

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Bank of America (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Michael J. Grove***, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53     SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN: 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

Sarah H. Grove     DOB:  11-12-85     SSN:  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

Michael J. Grove     DOB:  01-21-90     SSN:  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

**CREDIT CARDS:**

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Re-Notice of Deposition of Records Custodian for Bank of America (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove*,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53      SSN: 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
Addresses:  8300 Dagan Street, Anchorage, AK 99502
    and/or:  P.O. Box 222253, Anchorage, AK 99522
    and/or:  15831 Mercedes Drive, Talkeetna, AK 99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57      SSN: 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
Address: (same as above)

Sarah H. Grove      DOB: 11-12-85      SSN: 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
Address: (same as above)

Michael J. Grove      DOB: 01-21-90      SSN: 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
Address: (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Bank of America (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _____ 22 day of May 2007.

1

2                        CLAPP, PETERSON, VAN FLEIN,
                       TIEMESSEN & THORSNESS, LLC

3                        Attorneys for Defendant Unocal

4

5                  By

6                        Linda J. Johnson, 8911070

7       <u>CERTIFICATE OF SERVICE</u>

8     I certify that a copy of this document was
     ☒ mailed, ☐ faxed, ☐ hand delivered on

9     April 22, 2007, to the following:
     May

10    Phillip P. Weidner Esq.
    Phillip Paul Weidner & Associates

11    330 L Street, Ste 200
    Anchorage AK 99501

12

13   By:
          Dianne A. Pitts

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Bank of America (4 Groves)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 5 of 5

📁 **FILE**

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR BANK OF AMERICA

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian for Bank of America** on Monday, **May 31,**

**2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

The deposition will be taken before an officer authorized to administer oaths by the

Re-Notice of Deposition of Records Custodian for Bank of America (Lead Dog)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

5-22-07

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  laws of the United States or of the place where the examination is held, and will

2  continue from day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies all of

4  the following records from at any and all Bank of America locations, including but

5  not limited to the states of Delaware and Pennsylvania, or, in the case of credit

6  cards, at any location nationwide pertaining to accounts of the below-named

7  individual and entities, including but not limited to:

8

9      1.    Electronic versions or complete and legible copies of all of the following
           records, whether open or closed accounts:

10

11         a.    account signature cards
           b.    bank statements
12         c.    canceled checks
           d.    deposits and withdrawals
13         e.    cashier checks
           f.    loan statements
14         g.    mortgage and equity statements
           h.    electronic payments, transfers, card services transactions
15         i.    all individual and/or business checking accounts
           j.    all individual and/or business savings accounts
16         k.    all individual and/or business money market accounts
           l.    all individual and/or business certificates of deposits
17         m.    all individual and/or business retirement accounts
           n.    all individual and/or business payroll accounts
18         o.    all individual and/or business loans
           p.    all individual and/or business mortgage and equity accounts
19         q.    and any other banking records

20     2.    Electronic version or complete and legible copies of all credit card
           statements, and any other credit card records pertaining to open and/or
21         closed accounts, including without limitation, all individual and/or
           business credit card records from January 1, 2000 to the present.
22

23  Produce the above-listed records related to the below-named person and entities:

24     **Lawrence H. Grove** a/k/a **Larry Grove**
        DOB:  08-11-53      SSN: 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
25
        **Lead Dog Enterprises Limited**
26

Re-Notice of Deposition of Records Custodian for Bank of America (Lead Dog)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1    If the requested records are produced to the undersigned before the date

2    and time for which this deposition is scheduled, the deposition will be canceled.

3    DATED at Anchorage, Alaska, this _22_ day of May 2007.

4

5                                        CLAPP, PETERSON, VAN FLEIN,
                                         TIEMESSEN & THORSNESS, LLC
6                                        Attorneys for Defendant Unocal

7

8    By _____
                Linda J. Johnson, 8911070
9

10   CERTIFICATE OF SERVICE

11   I certify that a copy of this document was
     [X] mailed, [ ] faxed, [ ] hand delivered on
12   April _22_, 2007, to the following:
     May

13   Phillip P. Weidner Esq.
     Phillip Paul Weidner & Associates
     330 L Street, Ste 200
14   Anchorage AK 99501

15   By: _____
                Dianne A. Pitts
16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Bank of America (Lead Dog)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

☐ **FILE**

*SP*

**RECEIVED**

MAY 2 3 2007

WEIDNER & ASSOCIATES

1   John B. Thorsness, Esq.
2   Linda J. Johnson, Esq.
    CLAPP, PETERSON, VAN FLEIN,
3   TIEMESSEN & THORSNESS, LLC
    711 H Street, Suite 620
4   Anchorage, Alaska  99501
    (907) 272-9272
5   usdc-anch-ntc@cplawak.com
6   Attorneys for Defendant Unocal Alaska

7

        IN THE UNITED STATES DISTRICT COURT
8
          FOR THE DISTRICT OF ALASKA
9

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12
                Plaintiffs,
13

14      vs.
                                     Case No. 3:04-cv-0096-TMB
15  UNOCAL CORPORATION,

16              Defendant.

17      **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR**
                        **CAPITAL ONE**
18

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for Capital One**, on Monday, **May 31, 2007**

22  at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen

23  & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.   The

24  deposition will be taken before an officer authorized to administer oaths by the laws
25

26

Re-Notice of Deposition of Records Custodian for Capital One (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-22-07

1 of the United States or of the place where the examination is held, and will continue

2 from day to day until completed.

3 The Records Custodian is requested to bring to the deposition copies of the

4 below-listed Capital One records at any and all locations, including but not limited

5 to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, and/or in

6 the case of credit cards, at any location nationwide:

7

**BANK RECORDS:**

8    1.    Electronic version or complete and legible copies of all bank statements,
         cancelled checks, deposits and withdrawals, cashier checks, loan
9         statements, mortgage and equity statements, credit card statements, and
         any other banking records pertaining to *accounts held by Lawrence H.*
10        *("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without
         limitation, all individual and joint checking accounts, individual and joint
11        savings accounts, individual and joint money market accounts, individual
         and joint certificates of deposits, individual and joint IRAs, individual and
12        joint loans, and individual and joint mortgage and equity accounts from
13        January 1, 2000 to the present.

14   2.    Electronic version or complete and legible copies of all bank statements,
         cancelled checks, deposits and withdrawals, cashier checks, loan
15        statements, mortgage and equity statements, credit card statements, and
         any other banking records pertaining to *accounts held by Lawrence H.*
16        *("Larry") Grove*, including, but without limitation, all individual and joint
17        checking accounts, individual and joint savings accounts, individual and
         joint money market accounts, individual and joint certificates of deposits,
18        individual and joint IRAs, individual and joint loans, and individual and joint
         mortgage and equity accounts from January 1, 2000 to the present.
19

20   3.    Electronic version or complete and legible copies of all bank statements,
         cancelled checks, deposits and withdrawals, cashier checks, loan
21        statements, mortgage and equity statements, credit card statements, and
         any other banking records pertaining to *accounts held by Cynthia A.*
22        *("Cindy") Grove*, including, but without limitation, all individual and joint
         checking accounts, individual and joint savings accounts, individual and
23        joint money market accounts, individual and joint certificates of deposits,
         individual and joint IRAs, individual and joint loans, and individual and joint
24        mortgage and equity accounts from January 1, 2000 to the present.

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Capital One (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Michael J. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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

Sarah H. Grove    DOB: 11-12-85    SSN: 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

Michael J. Grove    DOB: 01-21-90    SSN: 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

**CREDIT CARDS:**

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Capital One (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Michael J. Grove**,*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
   and/or:  P.O. Box 222253,  Anchorage, AK 99522
   and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN:  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
Address:  (same as above)

Sarah H. Grove     DOB:  11-12-85     SSN:  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
Address:  (same as above)

Michael J. Grove     DOB:  01-21-90     SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Capital One (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

DATED at Anchorage, Alaska, this _22_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
     Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
[X] mailed, [ ] faxed, [ ] hand delivered on
May _22_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
        Dianne A. Pitts

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Capital One (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5