FILE

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                Plaintiffs,

    vs.

UNOCAL CORPORATION,

                Defendant.

Case No. 3:04-cv-0096-TMB

### RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR CITIBANK a/k/a CITIBANK NA

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Citibank (aka Citibank NA)**, on Monday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

5-22-07

1   oaths by the laws of the United States or of the place where the examination is

2   held, and will continue from day to day until completed.

3       The Records Custodian is requested to bring to the deposition copies of the

4   below-listed Citibank records at any and all locations, including but not limited to

5   the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, and/or in the

6   case of credit cards, at any location nationwide:

7

**BANK RECORDS:**

8       1.    Electronic version or complete and legible copies of all bank statements,
cancelled checks, deposits and withdrawals, cashier checks, loan

9           statements, mortgage and equity statements, credit card statements, and
any other banking records pertaining to *accounts held by **Lawrence H.***

10           *(**"Larry"**) Grove  and  Cynthia A. (**"Cindy"**) Grove*, including, but without
limitation, all individual and joint checking accounts,  individual and joint

11           savings accounts, individual and joint money market accounts, individual
and joint certificates of deposits, individual and joint IRAs, individual and

12           joint loans, and individual and joint mortgage and equity accounts from
January 1, 2000 to the present.

13

14       2.    Electronic version or complete and legible copies of all bank statements,
cancelled checks, deposits and withdrawals, cashier checks, loan

15           statements, mortgage and equity statements, credit card statements, and
any other banking records pertaining to *accounts held by **Lawrence H.***

16           *(**"Larry"**) Grove*, including, but without limitation, all individual and joint
checking accounts,  individual and joint savings accounts, individual and

17           joint money market accounts, individual and joint certificates of deposits,
individual and joint IRAs, individual and joint loans, and individual and joint

18           mortgage and equity accounts from January 1, 2000 to the present.

19

20       3.    Electronic version or complete and legible copies of all bank statements,
cancelled checks, deposits and withdrawals, cashier checks, loan

21           statements, mortgage and equity statements, credit card statements, and
any other banking records pertaining to *accounts held by **Cynthia A.***

22           *(**"Cindy"**) Grove*, including, but without limitation, all individual and joint
checking accounts,  individual and joint savings accounts, individual and

23           joint money market accounts, individual and joint certificates of deposits,
individual and joint IRAs, individual and joint loans, and individual and joint

24           mortgage and equity accounts from January 1, 2000 to the present.

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

4.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Michael J. Grove***, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN: 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

Sarah H. Grove     DOB: 11-12-85     SSN: 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

Michael J. Grove     DOB: 01-21-90     SSN: 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

**CREDIT CARDS:**

1.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove,*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53      SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
  and/or:   P.O. Box 222253,  Anchorage, AK 99522
  and/or:   15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57      SSN:  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
Address:  (same as above)

Sarah H. Grove      DOB:  11-12-85      SSN:  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
Address:  (same as above)

Michael J. Grove      DOB:  01-21-90      SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _22_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May _22_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5

📁 **FILE**

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED ✂

MAY 2 3 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

          vs.

UNOCAL CORPORATION,

                    Defendant.

Case No. 3:04-cv-0096-TMB

## <u>RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR CITICARDS</u>

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for CitiCards.**, on Monday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

5-22-07

1  United States or of the place where the examination is held, and will continue from

2  day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies of the

4  below-listed CitiCards records at any and all locations, including but not limited to

5  the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, and/or in the

6  case of credit cards, at any location nationwide:

7

**BANK RECORDS:**

8    1.    Electronic version or complete and legible copies of all bank statements,
cancelled checks, deposits and withdrawals, cashier checks, loan
9        statements, mortgage and equity statements, credit card statements, and
any other banking records pertaining to *accounts held by Lawrence H.*
10    *("Larry") Grove  and  Cynthia A. ("Cindy") Grove*, including, but without
limitation, all individual and joint checking accounts,  individual and joint
11    savings accounts, individual and joint money market accounts, individual
and joint certificates of deposits, individual and joint IRAs, individual and
12    joint loans, and individual and joint mortgage and equity accounts from
13    January 1, 2000 to the present.

14    2.    Electronic version or complete and legible copies of all bank statements,
cancelled checks, deposits and withdrawals, cashier checks, loan
15    statements, mortgage and equity statements, credit card statements, and
any other banking records pertaining to *accounts held by Lawrence H.*
16    *("Larry") Grove*, including, but without limitation, all individual and joint
checking accounts,  individual and joint savings accounts, individual and
17    joint money market accounts, individual and joint certificates of deposits,
individual and joint IRAs, individual and joint loans, and individual and joint
18    mortgage and equity accounts from January 1, 2000 to the present.

19

20    3.    Electronic version or complete and legible copies of all bank statements,
cancelled checks, deposits and withdrawals, cashier checks, loan
21    statements, mortgage and equity statements, credit card statements, and
any other banking records pertaining to *accounts held by Cynthia A.*
22    *("Cindy") Grove*, including, but without limitation, all individual and joint
checking accounts,  individual and joint savings accounts, individual and
23    joint money market accounts, individual and joint certificates of deposits,
individual and joint IRAs, individual and joint loans, and individual and joint
24    mortgage and equity accounts from January 1, 2000 to the present.

25

26

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53     SSN:  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

Cynthia A. Grove a/k/a Cindy Grove
DOB:  03-13-57     SSN:  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

Sarah H. Grove      DOB:  11-12-85      SSN:  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

Michael J. Grove    DOB:  01-21-90      SSN:  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

**CREDIT CARDS:**

1.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove*,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
    and/or:  P.O. Box 222253,  Anchorage, AK 99522
    and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN:  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
Address:  (same as above)

Sarah H. Grove     DOB:  11-12-85     SSN:  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
Address:  (same as above)

Michael J. Grove     DOB:  01-21-90     SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _____ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May _____, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5



John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

        vs.

UNOCAL CORPORATION,

                    Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR HILTON GRAND VACATIONS

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for **Hilton Grand Vacations** on Friday,

**May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van

Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage,

Alaska.   The deposition will be taken before an officer authorized to administer

Re-Notice of Deposition of Records Custodian for Hilton Grand Vacations
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

5-22-07

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

1.  Each and every record documenting reservations and charges incurred by **Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove** from January 1, 2000 to the present.

2.  Each and every record documenting complimentary accommodations, meals, health spa, entertainment, tours, and any other services and/or hotel perks that were provided to **Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove** from January 1, 2000 to the present.

3.  Any and all records related to **Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove**, documenting time share and/or property ownership, including but not limited to contracts, arrangements, reservations, occupation, accounts, annual maintenance fees, and any and all related charges incurred or income received related thereto, and including without limitation the full name of any guest(s) and the dates of occupancy, from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53      SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57      SSN: 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

Residents of:   8300 Dagan Street,  Anchorage, AK 99502
and/or:   P.O. Box 222253,  Anchorage, AK 99522
and/or:   15831 Mercedes Drive, Talkeetna, AK  99676

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Hilton Grand Vacations
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _22_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May _22_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Hilton Grand Vacations
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

☐ FILE

RECEIVED
MAY 2 3 2007
WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

           Plaintiffs,

   vs.

UNOCAL CORPORATION,

           Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR JP MORGAN CHASE BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **JP Morgan Chase Bank (also f/k/a Banc One, Bank One, and Chase Manhattan Bank)**, on Monday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.    The

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for JP Morgan Chase Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

5-22-07

deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following JP Morgan Chase Bank records, including records from Banc One, Bank One, and Chase Manhattan Bank, all n/k/a JP Morgan Chase Bank, which are at any and all JP Morgan Chase Bank locations, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, or, in the case of credit cards, at any location nationwide:

**BANK RECORDS:**

1.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

2.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

3.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for JP Morgan Chase Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Michael J. Grove***, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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

Sarah H. Grove    DOB: 11-12-85    SSN: 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

Michael J. Grove    DOB: 01-21-90    SSN: 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

**CREDIT CARDS:**

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for JP Morgan Chase Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

closed *accounts held by **Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Michael J. Grove***,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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
Addresses: 8300 Dagan Street, Anchorage, AK 99502
    and/or: P.O. Box 222253, Anchorage, AK 99522
    and/or: 15831 Mercedes Drive, Talkeetna, AK 99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN: 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
Address: (same as above)

Sarah H. Grove     DOB: 11-12-85     SSN: 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
Address: (same as above)

Michael J. Grove     DOB: 01-21-90     SSN: 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
Address: (same as above)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for JP Morgan Chase Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

1    If the requested records are produced to the undersigned before the date

2  and time for which this deposition is scheduled, the deposition will be canceled.

3    DATED at Anchorage, Alaska, this _22_ day of May 2007.

4    CLAPP, PETERSON, VAN FLEIN,
     TIEMESSEN & THORSNESS, LLC
5    Attorneys for Defendant Unocal

6

7

8  By _____
     Linda J. Johnson, 8911070
9

10

11    CERTIFICATE OF SERVICE

    I certify that a copy of this document was
    ☒ mailed, ☐ faxed, ☐ hand delivered on
12  May _22_, 2007, to the following:

13  Phillip P. Weidner Esq.
    Phillip Paul Weidner & Associates
14  330 L Street, Suite 200
    Anchorage AK 99501

15

16  By: _____
          Dianne A. Pitts

17

18

19

20

21

22

23

24

25

26

Re-Notice of Deposition of Records Custodian for JP Morgan Chase Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

**FILE**

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR LUXOR HOTEL AND CASINO*

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for **Luxor Hotel and Casino\*** (Las Vegas,

Nevada) on Friday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in

Anchorage, Alaska.  The deposition will be taken before an officer authorized to

_____

* Owned by MGM MIRAGE who is the Registered Agent.

Re-Notice of Deposition of Records Custodian for Luxor Hotel & Casino
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

_Clapp, Peterson, Van Flein,_
_Tiemessen & Thorsness, LLC_
_711 H Street, Suite 620_
_Anchorage, Alaska 99501-3454_
_(907) 272-9272 fax (907) 272-9586_

5-22-07

administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

1.  Each and every record documenting reservations and charges incurred by **Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove** from January 1, 2000 to the present.

2.  Each and every record documenting gambling proceeds for **Lawrence ("Larry") Grove** from January 1, 2000 to the present, including January 2005, January 2006, and January 2007.

3.  Each and every record documenting gambling proceeds for **Cynthia ("Cindy") Grove** from January 1, 2000 to the present, including January 2005, January 2006, and January 2007.

4.  Each and every record documenting complimentary hotel accommodations, meals, health spa, entertainment, and other hotel and casino perks that were offered to **Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove** from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53        SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
    and/or:  P.O. Box 222253,  Anchorage, AK 99522
    and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57        SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Luxor Hotel & Casino
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _22_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May _22_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Re-Notice of Deposition of Records Custodian for Luxor Hotel & Casino
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

📁 **FILE**

*RECEIVED*

MAY 2 3 2007

*WEIDNER & ASSOCIATES*

1  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
2  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
3  711 H Street, Suite 620
   Anchorage, Alaska  99501
4  (907) 272-9272
   usdc-anch-ntc@cplawak.com
5  Attorneys for Defendant Unocal Alaska

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE DISTRICT OF ALASKA

9  LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
10 GROVE (DOB 1/21/88) by and through his
   father LAWRENCE H. GROVE,

11
                   Plaintiffs,
12    vs.

13 UNOCAL CORPORATION,                    Case No. 3:04-cv-0096-TMB

14                  Defendant.

15

16         **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR
                        THE McCLATCHY CO.**

17

18     Defendant, Unocal Corporation, by and through its attorneys, Clapp,

19 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

20 deposition of the **Records Custodian** for **The McClatchy Co.**, on Friday, **May 31,**

21 **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

22 Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

23 The deposition will be taken before an officer authorized to administer oaths by the

24 laws of the United States or of the place where the examination is held, and will

25 continue from day to day until completed.

26
Re-Notice of Deposition of Records Custodian for The McClatchy Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-22-07

The Records Custodian is requested to bring to the deposition copies of the following records which are in The McClatchy Co.'s possession, custody or control:

1.  Electronic version or complete and legible copies of any and all documents and records pertaining to accounts related to *Lawrence H. ("Larry") Grove individually,  Cynthia A. ("Cindy") Grove individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly,* and also to include accounts on which the above-named individuals are secondary account holders (i.e., co-signers), including without limitation records of:  individual or joint  bank accounts, including bank statements and canceled checks; money market accounts, including statements and canceled checks; mutual fund accounts, including statements; certificates of deposits; IRAs and any other retirement accounts; loans; mortgage and equity accounts; private equity accounts, brokerage accounts; trade accounts and investment accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; any and all other wealth management records; and receipts/records of payment to Mikunda Cottrell for any and all services rendered from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
     DOB:  08-11-53     ·SSN: 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
Cynthia A. Grove a/k/a Cindy Grove
     DOB:  03-13-57     SSN:  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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
     and/or:  P.O. Box 222253,  Anchorage, AK 99522
     and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this /1/ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
     Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for The McClatchy Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

CERTIFICATE OF SERVICE

1    I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

2    May ___22___, 2007, to the following:

3    Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

4    330 L Street, Suite 200
Anchorage AK 99501

5

By: _____

6            Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Clapp, Peterson, Van Flein,**
**Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for The McClatchy Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

FILE

1   John B. Thorsness, Esq.
    Linda J. Johnson, Esq.
2   CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
3   711 H Street, Suite 620
    Anchorage, Alaska  99501
4   (907) 272-9272
    usdc-anch-ntc@cplawak.com
5   Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

6

7               IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ALASKA

9   LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
10  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,
11
                     Plaintiffs,
12
        vs.
13
    UNOCAL CORPORATION,                        Case No. 3:04-cv-0096-TMB
14
                     Defendant.
15

16   **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR**
                    **MCKINLEY TITLE**

17         Defendant, Unocal Corporation, by and through its attorneys, Clapp,

18   Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

19   deposition of the **Records Custodian** for **McKinley Title**, on Friday, **May 31, 2007**

20   at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen

21

22   & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.   The

23   deposition will be taken before an officer authorized to administer oaths by the laws

24   of the United States or of the place where the examination is held, and will continue

25   from day to day until completed.

26

Re-Notice of Deposition of Records Custodian for McKinley Title
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

5-22-07

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

The Records Custodian is requested to bring to the deposition copies of the following records which are in McKinley Title's possession, custody or control and *including without limitation* any documents and records which may be with **Stewart Title of Alaska**:

Electronic version or complete and legible copies of all documents and records related to each and every transaction, including but not limited to land purchases, real estate records, mortgage documents, loan records, financial documents, closing documents, title reports, maps/diagrams of property, sales records, payment records (showing the method of payment), bank statements, cashier checks, loan statements, mortgage and equity statements, and any other business records pertaining to *accounts held by Lawrence H. ("Larry") Grove, individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly*, from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
    and/or:  P.O. Box 222253,  Anchorage, AK 99522
    and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ⎿⎿ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
    Linda J. Johnson, 8911070

Re-Notice of Deposition of Records Custodian for McKinley Title
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

2

<u>CERTIFICATE OF SERVICE</u>

3

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May _22_, 2007, to the following:

4

5

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

6

7

By: _____
Dianne A. Pitts

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for McKinley Title
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3