John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR MIKUNDA COTTRELL & CO. INC.

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **Mikunda Cottrell & Co. Inc.**, on Friday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

Re-Notice of Deposition of Records Custodian for Mikunda Cottrell & Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-22-07

The Records Custodian is requested to bring to the deposition copies of the following records, which are in Mikunda Cottrell & Co.'s possession, custody or control:

1.  Electronic version or complete and legible copies of any and all documents and records pertaining to accounts related to *Lawrence H. ("Larry") Grove individually, Cynthia A. ("Cindy") Grove individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly,* and also to include accounts on which the above-named individuals are secondary account holders (i.e., co-signers), including without limitation records of: individual or joint bank accounts, including bank statements and canceled checks; money market accounts, including statements and canceled checks; mutual fund accounts, including statements; certificates of deposits; IRAs and any other retirement accounts; loans; mortgage and equity accounts; private equity accounts, brokerage accounts; trade accounts and investment accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; any and all other wealth management records; and receipts/records of payment to Mikunda Cottrell for any and all services rendered from January 1, 2000 to the present.

2.  Electronic version or complete and legible copies of all *documents and records* pertaining to all *corporate and/or business accounts* for which *Lawrence H. ("Larry") Grove and/or Cynthia A. ("Cindy") Grove* are members, owners, officers, and/or signatory(ies) on any account or document, including without limitation any and all: corporate/business bookkeeping/accounting records; ledgers; checkbooks (i.e., check stubs); bank accounts, including bank statements and canceled checks; payroll accounts; money market accounts, including statements; certificates of deposits; loans; mortgage and equity accounts including private equity; brokerage accounts; trade accounts and investment accounts; retirement accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; and any other wealth management records; and receipts/records of payment to Mikunda Cottrell for services rendered from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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
Addresses: 8300 Dagan Street, Anchorage, AK 99502
and/or: P.O. Box 222253, Anchorage, AK 99522

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Mikunda Cottrell & Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

and/or:   15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57      SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date

and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _22_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May _22_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Mikunda Cottrell & Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

FILE

RECEIVED

MAY 23 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR MORGAN STANLEY

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **Morgan Stanley**, on Friday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

Re-Notice of Deposition of Records Custodian for Morgan Stanley.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-22-07

The Records Custodian is requested to bring to the deposition copies of the following records, which are in Morgan Stanley's possession, custody or control:

1.  Electronic version or complete and legible copies of any and all documents and records pertaining to accounts related to *Lawrence H. ("Larry") Grove individually, Cynthia A. ("Cindy") Grove individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly,* and also to include accounts on which the above-named individuals are secondary account holders (i.e., co-signers), including without limitation records of: individual or joint bank accounts, including bank statements and canceled checks; money market accounts, including statements and canceled checks; mutual fund accounts, including statements; certificates of deposits; IRAs and any other retirement accounts; loans; mortgage and equity accounts; private equity accounts, brokerage accounts; trade accounts and investment accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; any and all other wealth management records; and receipts/records of payment to Mikunda Cottrell for any and all services rendered from January 1, 2000 to the present.

2.  Electronic version or complete and legible copies of all *documents and records* pertaining to all *corporate and/or business accounts* for which *Lawrence H. ("Larry") Grove and/or Cynthia A. ("Cindy") Grove* are members, owners, officers, and/or signatory(ies) on any account or document, including without limitation any and all: corporate/business bookkeeping/accounting records; ledgers; checkbooks (i.e., check stubs); bank accounts, including bank statements and canceled checks; payroll accounts; money market accounts, including statements; certificates of deposits; loans; mortgage and equity accounts including private equity; brokerage accounts; trade accounts and investment accounts; retirement accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; and any other wealth management records; and receipts/records of payment to Mikunda Cottrell for services rendered from January 1, 2000 to the present.

The above-listed records relate to:

> Lawrence H. Grove a/k/a Larry Grove
> DOB: 08-11-53     SSN: 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
> Addresses:  8300 Dagan Street,  Anchorage, AK 99502
>     and/or:  P.O. Box 222253,  Anchorage, AK 99522
>     and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

and

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Morgan Stanley.
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1   Cynthia A. Grove a/k/a Cindy Grove
    DOB: 03-13-57     SSN: 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
2   Address: (same as above)

3       If the requested records are produced to the undersigned before the date

4   and time for which this deposition is scheduled, the deposition will be canceled.

5       DATED at Anchorage, Alaska, this _____ day of May 2007.

6

7                     CLAPP, PETERSON, VAN FLEIN,
                      TIEMESSEN & THORSNESS, LLC
8                     Attorneys for Defendant Unocal

9

10  By _____
                      Linda J. Johnson, 8911070

11

12  CERTIFICATE OF SERVICE

13  I certify that a copy of this document was
    ☒ mailed, ☐ faxed, ☐ hand delivered on
    May _22_, 2007, to the following:

14

15  Phillip P. Weidner Esq.
    Phillip Paul Weidner & Associates
16  330 L Street, Suite 200
    Anchorage AK 99501

17  By: _____
            Dianne A. Pitts

18

19

20

21

22

23

24

25

26

Re-Notice of Deposition of Records Custodian for Morgan Stanley.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

7

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12              Plaintiffs,

13
       vs.
14                                            Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16              Defendant.

17          **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
                       **FOR PNC BANK**
18

19          Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for PNC Bank** on Monday, **May 31, 2007** at

22  the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen &

23  Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition

24  will be taken before an officer authorized to administer oaths by the laws of the
25

26

Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

5-22-07

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all PNC Bank locations, including but not limited to the states of Delaware, Nevada, and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a.    account signature cards
    b.    bank statements
    c.    canceled checks
    d.    deposits and withdrawals
    e.    cashier checks
    f.    loan statements
    g.    mortgage and equity statements
    h.    electronic payments, transfers, card services transactions
    i.    all individual and/or business checking accounts
    j.    all individual and/or business savings accounts
    k.    all individual and/or business money market accounts
    l.    all individual and/or business certificates of deposits
    m.    all individual and/or business retirement accounts
    n.    all individual and/or business payroll accounts
    o.    all individual and/or business loans
    p.    all individual and/or business mortgage and equity accounts
    q.    and any other banking records

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB: 08-11-53    SSN: 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

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1    If the requested records are produced to the undersigned before the date

2 and time for which this deposition is scheduled, the deposition will be canceled.

3    DATED at Anchorage, Alaska, this _____ day of May 2007.

4           CLAPP, PETERSON, VAN FLEIN,
             TIEMESSEN & THORSNESS, LLC
5           Attorneys for Defendant Unocal

6

7           By _____

8             Linda J. Johnson, 8911070

9

10    CERTIFICATE OF SERVICE

11 I certify that a copy of this document was
  ☒ mailed, ☐ faxed, ☐ hand delivered on
  May _____, 2007, to the following:

12

13 Phillip P. Weidner Esq.
  Phillip Paul Weidner & Associates
  330 L Street, Ste 200
14 Anchorage AK 99501

15 By: _____
    Dianne A. Pitts

16

17

18

19

20

21

22

23

24

25

26

Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR PNC BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for PNC Bank** on Monday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the

Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

5-22-07

1  United States or of the place where the examination is held, and will continue from

2  day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies all of

4  the following records from at any and all PNC Bank locations, including but not

5  limited to the states of Delaware and Pennsylvania, or, in the case of credit cards,

6  at any location nationwide pertaining to accounts of the below-named entity, including

7  but not limited to:

8

9  1.  Electronic versions or complete and legible copies of all of the following
       records, whether open or closed accounts:

10

11      a.  account signature cards
        b.  bank statements
        c.  canceled checks

12      d.  deposits and withdrawals
        e.  cashier checks

13      f.  loan statements
        g.  mortgage and equity statements

14      h.  electronic payments, transfers, card services transactions
        i.  all individual and/or business checking accounts

15      j.  all individual and/or business savings accounts
        k.  all individual and/or business money market accounts

16      l.  all individual and/or business certificates of deposits
        m.  all individual and/or business retirement accounts

17      n.  all individual and/or business payroll accounts

18      o.  all individual and/or business loans
        p.  all individual and/or business mortgage and equity accounts

19      q.  and any other banking records

20  2.  Electronic version or complete and legible copies of all credit card
        statements, and any other credit card records pertaining to open and/or

21      closed accounts, including without limitation, all individual and/or

22      business credit card records from January 1, 2000 to the present.

23  Produce the above-listed records related to the below-named entity:

24          **Lo-Ji, Inc.  (a/k/a LoJi, Inc.)**

25      If the requested records are produced to the undersigned before the date

26

Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  and time for which this deposition is scheduled, the deposition will be canceled.

2  DATED at Anchorage, Alaska, this ⟨⟨ day of May 2007.

3  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
4  Attorneys for Defendant Unocal

5

6  By _____

7  Linda J. Johnson, 8911070

8  <u>CERTIFICATE OF SERVICE</u>

9  I certify that a copy of this document was
   ☒ mailed, ☐ faxed, ☐ hand delivered on
10 May ⟨⟨ , 2007, to the following:

11 Phillip P. Weidner Esq.
   Phillip Paul Weidner & Associates
12 330 L Street, Ste 200
   Anchorage AK 99501

13

14 By: _____
        Dianne A. Pitts

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska 99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

7

       IN THE UNITED STATES DISTRICT COURT
8
         FOR THE DISTRICT OF ALASKA
9

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12              Plaintiffs,

13     vs.

14                                          Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16              Defendant.

17      **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
18             **FOR SOVEREIGN BANK**

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for Sovereign Bank** on Monday, **May 31,**

22  **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23
24  Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

25  The deposition will be taken before an officer authorized to administer oaths by the

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

5-22-07

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Sovereign Bank locations, including but not limited to the states of Delaware, Nevada, and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual, including but not limited to:

1.  Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a.  account signature cards
    b.  bank statements
    c.  canceled checks
    d.  deposits and withdrawals
    e.  cashier checks
    f.  loan statements
    g.  mortgage and equity statements
    h.  electronic payments, transfers, card services transactions
    i.  all individual and/or business checking accounts
    j.  all individual and/or business savings accounts
    k.  all individual and/or business money market accounts
    l.  all individual and/or business certificates of deposits
    m.  all individual and/or business retirement accounts
    n.  all individual and/or business payroll accounts
    o.  all individual and/or business loans
    p.  all individual and/or business mortgage and equity accounts
    q.  and any other banking records

2.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB:  08-11-53      SSN: 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

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1    If the requested records are produced to the undersigned before the date

2   and time for which this deposition is scheduled, the deposition will be canceled.

3    DATED at Anchorage, Alaska, this _____ day of May 2007.

4                                                  CLAPP, PETERSON, VAN FLEIN,
                                                   TIEMESSEN & THORSNESS, LLC
5                                                  Attorneys for Defendant Unocal

6

7                                          By _____

8                                              Linda J. Johnson, 8911070

9              CERTIFICATE OF SERVICE

10  I certify that a copy of this document was
    ☒ mailed, ☐ faxed, ☐ hand delivered on
11  May _22_, 2007, to the following:

12  Phillip P. Weidner Esq.
    Phillip Paul Weidner & Associates
13  330 L Street, Ste 200
    Anchorage AK 99501

14
    By: _____
15            Dianne A. Pitts

16

17

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

18

19

20

21

22

23

24

25

26

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska 99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

7

8              IN THE UNITED STATES DISTRICT COURT

9                   FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12                      Plaintiffs,

13
         vs.
14                                                 Case No. 3:04-cv-0096-TMB
15  UNOCAL CORPORATION,

16                      Defendant.

17       **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
18                **FOR SOVEREIGN BANK**

19       Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for Sovereign Bank** on Monday, **May 31,**

22
    **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,
23
24  Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

25  The deposition will be taken before an officer authorized to administer oaths by the

26
    Re-Notice of Deposition of Records Custodian for Sovereign Bank (Puritan Production)
    Grove v. Unocal, Case No. 3:04-cv-0096-TMB
    Page 1 of 3

                          5-22-07

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1    laws of the United States or of the place where the examination is held, and will

2    continue from day to day until completed.

3        The Records Custodian is requested to bring to the deposition copies all of

4    the following records from at any and all Sovereign Bank locations, including but

5    not limited to the states of Delaware and Pennsylvania, or, in the case of credit

6    cards, at any location nationwide pertaining to accounts of the below-named entity,

7    including but not limited to:

8

9    1.    Electronic versions or complete and legible copies of all of the following
           records, whether open or closed accounts:

10       a.    account signature cards
         b.    bank statements
11       c.    canceled checks
         d.    deposits and withdrawals
12       e.    cashier checks
         f.    loan statements
13       g.    mortgage and equity statements
         h.    electronic payments, transfers, card services transactions
14       i.    all individual and/or business checking accounts
         j.    all individual and/or business savings accounts
15       k.    all individual and/or business money market accounts
         l.    all individual and/or business certificates of deposits
16       m.    all individual and/or business retirement accounts
         n.    all individual and/or business payroll accounts
17       o.    all individual and/or business loans
         p.    all individual and/or business mortgage and equity accounts
18       q.    and any other banking records

19    2.    Electronic version or complete and legible copies of all credit card
           statements, and any other credit card records pertaining to open and/or
20         closed accounts, including without limitation, all individual and/or
           business credit card records from January 1, 2000 to the present.
21

22    Produce the above-listed records related to the below-named entity:

23        **Puritan Production Videos, Ltd.**

24        If the requested records are produced to the undersigned before the date

25    and time for which this deposition is scheduled, the deposition will be canceled.

26

Re-Notice of Deposition of Records Custodian for Sovereign Bank (Puritan Production)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

DATED at Anchorage, Alaska, this _22_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May _22_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Sovereign Bank (Puritan Production)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

1   John B. Thorsness, Esq.
    Linda J. Johnson, Esq.
2   CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
3   711 H Street, Suite 620
    Anchorage, Alaska  99501
4   (907) 272-9272
    usdc-anch-ntc@cplawak.com
5   Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 2 3 2007

WEIDNER & ASSOCIATES

6

7                    IN THE UNITED STATES DISTRICT COURT

8                         FOR THE DISTRICT OF ALASKA

9   LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
10  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,

11
                         Plaintiffs,
12
        vs.
13
    UNOCAL CORPORATION,              Case No. 3:04-cv-0096-TMB
14
                         Defendant.
15

16          **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
            **FOR TROPICANA CASINO & RESORT**
17

18          Defendant, Unocal Corporation, by and through its attorneys, Clapp,

19  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

20  deposition of the **Records Custodian** for **Tropicana Casino & Resort** on Friday,

21  **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van

22  Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage,

23  Alaska.   The deposition will be taken before an officer authorized to administer

24

25

26  Re-Notice of Deposition of Records Custodian for Tropicana Casino & Resort
    Grove v. Unocal, Case No. 3:04-cv-0096-TMB
    Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-22-07

oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following records:

1.    Each and every record documenting reservations and charges incurred by **Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove** from January 1, 2000 to the present.

2.    Each and every record documenting gambling proceeds for **Lawrence ("Larry") Grove** from January 1, 2000 to the present, including January 2005, January 2006, and January 2007.

3.    Each and every record documenting gambling proceeds for **Cynthia ("Cindy") Grove** from January 1, 2000 to the present, including January 2005, January 2006, and January 2007.

4.    Each and every record documenting complimentary hotel accommodations, meals, health spa, entertainment, and other hotel and casino perks that were offered to **Lawrence ("Larry") Grove and/or Cynthia ("Cindy") Grove** from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53      SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
      and/or:  P.O. Box 222253,  Anchorage, AK 99522
      and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB:  03-13-57      SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Tropicana Casino & Resort
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _22_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
[X] mailed, [ ] faxed, [ ] hand delivered on
May _22_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Tropicana Casino & Resort
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 23 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

    vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

**RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR
WELLS FARGO BANK a/k/a WELLS FARGO BANK, NA**

      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian** for **Wells Fargo Bank (aka Wells Fargo**

**Bank, NA)**, on Monday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

620, in Anchorage, Alaska.    The deposition will be taken before an officer

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

5-22-07

1  authorized to administer oaths by the laws of the United States or of the place

2  where the examination is held, and will continue from day to day until completed.

3  　　　The Records Custodian is requested to bring to the deposition copies of the

4  following Wells Fargo Bank records at any and all Wells Fargo Bank locations

5  nationwide, including but not limited to the states of Alaska, Colorado, Delaware,

6  Nevada, and Pennsylvania, and in the case of credit cards, at any location

7  nationwide:

**BANK RECORDS:**

8

9  　　1.　　Electronic version or complete and legible copies of all bank statements,
10  　　　　　cancelled checks, deposits and withdrawals, cashier checks, loan
11  　　　　　statements, mortgage and equity statements, credit card statements, and
　　　　　any other banking records pertaining to *accounts held by Lawrence H.*
12  　　　　　*("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without
　　　　　limitation, all individual and joint checking accounts,  individual and joint
13  　　　　　savings accounts, individual and joint money market accounts, individual
　　　　　and joint certificates of deposits, individual and joint IRAs, individual and
14  　　　　　joint loans, and individual and joint mortgage and equity accounts from
　　　　　January 1, 2000 to the present.

15  　　2.　　Electronic version or complete and legible copies of all bank statements,
16  　　　　　cancelled checks, deposits and withdrawals, cashier checks, loan
　　　　　statements, mortgage and equity statements, credit card statements, and
17  　　　　　any other banking records pertaining to *accounts held by Lawrence H.*
　　　　　*("Larry") Grove*, including, but without limitation, all individual and joint
18  　　　　　checking accounts,  individual and joint savings accounts, individual and
　　　　　joint money market accounts, individual and joint certificates of deposits,
19  　　　　　individual and joint IRAs, individual and joint loans, and individual and joint
　　　　　mortgage and equity accounts from January 1, 2000 to the present.
20

21  　　3.　　Electronic version or complete and legible copies of all bank statements,
　　　　　cancelled checks, deposits and withdrawals, cashier checks, loan
22  　　　　　statements, mortgage and equity statements, credit card statements, and
　　　　　any other banking records pertaining to *accounts held by Cynthia A.*
23  　　　　　*("Cindy") Grove*, including, but without limitation, all individual and joint
　　　　　checking accounts,  individual and joint savings accounts, individual and
24  　　　　　joint money market accounts, individual and joint certificates of deposits,
　　　　　individual and joint IRAs, individual and joint loans, and individual and joint
25  　　　　　mortgage and equity accounts from January 1, 2000 to the present.

26

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* **Sarah H. Grove**, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by* **Michael J. Grove**, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB:  03-13-57    SSN:  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

Sarah H. Grove    DOB:  11-12-85    SSN:  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

Michael J. Grove    DOB:  01-21-90    SSN:  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

**CREDIT CARDS:**

1.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* **Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove**, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* **Lawrence H. ("Larry") Grove**, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove*,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53     SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
    and/or:  P.O. Box 222253,  Anchorage, AK 99522
    and/or:  15831 Mercedes Drive, Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN:  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
Address:  (same as above)

Sarah H. Grove     DOB:  11-12-85     SSN:  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
Address:  (same as above)

Michael J. Grove     DOB:  01-21-90     SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

DATED at Anchorage, Alaska, this _____ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
       Linda J. Johnson, 8911070

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May _____, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
       Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 5 of 5