FILE
NTC FILE

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 1 6 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

              Plaintiffs,

  vs.

UNOCAL CORPORATION,

              Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR ALASKA AIRLINES

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

deposition of the **Records Custodian for Alaska Airlines** on Monday, **May 31,**

**2007** at the hour of **10:00 a.m.,** at the offices of Clapp, Peterson, Van Flein,

Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

The deposition will be taken before an officer authorized to administer oaths by the

Re-Notice of Deposition of Records Custodian for Alaska Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

5-14-07

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies any and all of the following records, including records from Alaska Airlines partners, subsidiaries or affiliates (e.g., Horizon Air) at any and all locations nationwide, including *but not limited to* the states of Alaska, Colorado, Delaware, Florida, Nevada, and Pennsylvania, pertaining to the below-named individuals, including but not limited to:

1. Electronic version or complete and legible copies of all records regarding all mileage accounts, frequent flyer plans, itineraries, travel coupons, upgrades, board room passes, complimentary coupons, flight information including dates of travel, flight originations and destinations, boarding passes, and records of payment for all open or closed accounts from January 1, 2000 to the present for the below-listed persons:

   a.  Lawrence H. Grove a/k/a Larry Grove
       DOB: 08-11-53      SSN: 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
       Addresses:  8300 Dagan Street,  Anchorage, AK 99502
           and/or:  P.O. Box 222253,  Anchorage, AK 99522
           and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

   b.  Cynthia A. Grove a/k/a Cindy Grove
       DOB: 03-13-57      SSN: 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
       Address:  (same as above)

   c.  Michael J. Grove
       DOB: 01-21-90      SSN: 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
       Address:  (same as above)

   d.  Sarah H. Grove
       DOB: 11-12-85      SSN: 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
       Addresses:  (same as above)
           and/or:  9709 East Jewel Avenue, Denver, CO 80247

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Alaska Airlines
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _17th_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May __14__, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
       Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Alaska Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

MAY 1 6 2007

WEIDNER & ASSOCIATES

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

    vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR DELTA AIRLINES

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Delta Airlines** on Monday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-14-07

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies any and all of the following records, including records from Delta Airlines partners, subsidiaries or affiliates, at any and all locations nationwide, including *but not limited to* the states of Alaska, Colorado, Delaware, Florida, Nevada, and Pennsylvania, pertaining to the below-named individuals, including but not limited to:

1. Electronic version or complete and legible copies of all records regarding all mileage accounts, frequent flyer plans, itineraries, travel coupons, upgrades, board room passes, complimentary coupons, flight information including dates of travel, flight originations and destinations, boarding passes, and records of payment for all open or closed accounts from January 1, 2000 to the present for the below-listed persons:

   a.  Lawrence H. Grove a/k/a Larry Grove
       DOB:  08-11-53       SSN: 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
       Addresses:  8300 Dagan Street,  Anchorage, AK 99502
           and/or:  P.O. Box 222253,  Anchorage, AK 99522
           and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

   b.  Cynthia A. Grove a/k/a Cindy Grove
       DOB:  03-13-57       SSN:  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
       Address:  (same as above)

   c.  Michael J. Grove
       DOB:  01-21-90       SSN:  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
       Address:  (same as above)

   d.  Sarah H. Grove
       DOB:  11-12-85       SSN:  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
       Addresses:  (same as above)
           and/or:  9709 East Jewel Avenue, Denver, CO 80247

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this ___14th___ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☑ mailed, ☐ faxed, ☐ hand delivered on
May _14_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
      Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

RECEIVED

MAY 1 3 2007

WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7                IN THE UNITED STATES DISTRICT COURT

8                     FOR THE DISTRICT OF ALASKA

9
   LAWRENCE H. GROVE, CYNTHIA
10 GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
11 father LAWRENCE H. GROVE,

12                Plaintiffs,

13    vs.

14 UNOCAL CORPORATION,                    Case No. 3:04-cv-0096-TMB

15                Defendant.

16

17        **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
                     **FOR EASY TRAVEL**
18

19        Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Records Custodian for Easy Travel** on Monday, **May 31, 2007**

22 at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen

23 & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.    The

24 deposition will be taken before an officer authorized to administer oaths by the laws

25

26
   Re-Notice of Deposition of Records Custodian for Easy Travel
   Grove v. Unocal, Case No. 3:04-cv-0096-TMB
   Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-14-07

of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies any and all of the following records relating to in-state, national, and/or international travel, including but not limited to those related to individual travel, vacation packages, business trips, and/or group travel, and including records from any and all travel service providers including, but not limited to, other agencies, contract agents, travel planners, tour operators, resorts, and including any "downline" service records, at any and all locations, national or international, pertaining to the below-named individuals, including but not limited to:

1. Electronic version or complete and legible copies of all records regarding all mileage accounts, frequent flyer plans, itineraries, travel coupons, upgrades, board room passes, complimentary coupons, flight information including dates of travel, flight originations and destinations, boarding passes, and records of payment, for all open or closed accounts from January 1, 2000 to the present for the below-listed persons:

   a.   Lawrence H. Grove a/k/a Larry Grove
        DOB:  08-11-53     SSN: 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
        Addresses:  8300 Dagan Street,  Anchorage, AK 99502
           and/or:  P.O. Box 222253,  Anchorage, AK 99522
           and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

   b.   Cynthia A. Grove a/k/a Cindy Grove
        DOB:  03-13-57     SSN:  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
        Address:  (same as above)

   c.   Michael J. Grove
        DOB:  01-21-90     SSN:  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
        Address:  (same as above)

   d.   Sarah H. Grove
        DOB:  11-12-85     SSN:  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
        Addresses:  (same as above)
           and/or:  9709 East Jewel Avenue, Denver, CO 80247

Re-Notice of Deposition of Records Custodian for Easy Travel
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1       If the requested records are produced to the undersigned before the date

2   and time for which this deposition is scheduled, the deposition will be canceled.

    DATED at Anchorage, Alaska, this _____ day of May 2007.

3                                          CLAPP, PETERSON, VAN FLEIN,
                                          TIEMESSEN & THORSNESS, LLC
4                                          Attorneys for Defendant Unocal

5

6                                          By _____

7                                              Linda J. Johnson, 8911070

8

9   <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
10  ☒ mailed, ☐ faxed, ☐ hand delivered on
May ___, 2007, to the following:

11  Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
12  330 L Street, Ste 200
Anchorage AK 99501

13

14  By: _____
                Dianne A. Pitts

15

16

17

18

19

20

21

22

23

24

25

26

Re-Notice of Deposition of Records Custodian for Easy Travel
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



FILE

RECEIVED

MAY 1 6 2007

WEIDNER & ASSOCIATES

1    John B. Thorsness, Esq.
2    Linda J. Johnson, Esq.
     CLAPP, PETERSON, VAN FLEIN,
3    TIEMESSEN & THORSNESS, LLC
     711 H Street, Suite 620
4    Anchorage, Alaska  99501
     (907) 272-9272
5    usdc-anch-ntc@cplawak.com
6    Attorneys for Defendant Unocal Alaska

7

                    IN THE UNITED STATES DISTRICT COURT
8
                        FOR THE DISTRICT OF ALASKA
9

10   LAWRENCE H. GROVE, CYNTHIA
     GROVE, SARAH GROVE, and MICHAEL
     GROVE (DOB 1/21/88) by and through his
11   father LAWRENCE H. GROVE,

12                    Plaintiffs,

13
         vs.
14                                              Case No. 3:04-cv-0096-TMB

15   UNOCAL CORPORATION,

16                    Defendant.

17   **RE-NOTICE OF DEPOSITION OF AGENT / RECORDS CUSTODIAN FOR
     FUNTIME BOUTIQUE a/k/a ADULT FUNTIME BOUTIQUE**
18

19       Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20   Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21   deposition of the **Michael Werenblewski, Agent/Records Custodian for Funtime**

22   **Boutique (aka Adult Funtime Boutique)** on Monday, **May 31, 2007** at the hour of

23   **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness,

24

25   LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition will be

26

Notice of Deposition of  Michael Werenblewski (Agent / Records Cust. for Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

*Sidebar (rotated):* Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC · 711 H Street, Suite 620 · Anchorage, Alaska 99501-3454 · (907) 272-9272 fax (907) 272-9586

5-14-07

1  taken before an officer authorized to administer oaths by the laws of the United

2  States or of the place where the examination is held, and will continue from day to

3  day until completed.

4      The Agent/Records Custodian is requested to bring to the deposition copies

5  of any and all records pertaining to Funtime Boutique, Inc. (aka Adult Funtime

6  Boutique), including the records of any and all parent companies, holding

7  companies, shell companies, and subsidiaries, from any and all locations

8  nationwide including but not limited to the states of Delaware and Pennsylvania,

9  and including but not limited to:

10

11      1.    Copies of all business and corporate records, including but not limited to,
              identification of physical location of business; corporation applications;
12            business licenses; type of business; current status of business.

13      2.    Copies of corporate By-Laws; minutes of board meetings; number of
              employees (generally); annual, biennial and/or quarterly financial
14            reports/statements; company prospectus; copies of all signature stamps
              used for company business, corporate banking account documents
15            identifying approved signors from January 1, 2000 to the present.

16
        3.    Names and addresses of all corporate officers (including figureheads),
17            their titles and responsibilities; contracts with officers; records
              documenting expenses for corporate officers (reimbursed or otherwise);
18            benefits and perks associated with corporate officer status; salaries paid
              to corporate officers; fees paid to corporate officers; attendance at
19            conferences, conventions, and/or seminars; identify all individual and
              business bank accounts and credit card accounts utilized by corporate
20            officers (open and closed accounts), and dividends paid to stockholders
              from January 1, 2000 to the present.
21
        4.    Copies of all business, corporate, and accounting records relating to the
22            sale of the company, assets and/or stocks that were shared with the
              corporate officers and/or stockholders from January 1, 2000 to the
23            present.

24
        5.    Information and documentation of any visits to Alaska made by any of
25            the owners and/or officers of the company; dates of visits; purposes of

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Michael Werenblewski (Agent / Records Cust. for Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

visits; activities during visits; and whether any money was paid and/or reimbursed to Lawrence Grove aka Larry Grove for entertainment of the owners and/or officers from January 1, 2000 to the present.

6.      Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7.      Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8.      Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9.      Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10.     Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11.     Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12.     Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13.     Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14.     Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15.     Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

Notice of Deposition of Michael Werenblewski (Agent / Records Cust. for Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

16.    Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _14th_ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☑ mailed, ☐ faxed, ☐ hand delivered on
May _14_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Michael Werenblewski (Agent / Records Cust. for Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

NTC FIL

▢ FILE

RECEIVED

MAY 1 6 2007

WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7           IN THE UNITED STATES DISTRICT COURT

8             FOR THE DISTRICT OF ALASKA

9  LAWRENCE H. GROVE, CYNTHIA
10 GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
11 father LAWRENCE H. GROVE,

12              Plaintiffs,

13     vs.
                                           Case No. 3:04-cv-0096-TMB
14 UNOCAL CORPORATION,

15              Defendant.

16

17    **RE-NOTICE OF DEPOSITION OF AGENT / RECORDS CUSTODIAN**
18         **FOR LEAD DOG ENTERPRISES LIMITED**

19     Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Michael Werenblewski, Agent/Records Custodian for Lead**

22 **Dog Enterprises Limited)** on Monday, **May 31, 2007** at the hour of **10:00 a.m.**, at

23 the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H

24 Street, Suite 620, in Anchorage, Alaska.  The deposition will be taken before an

25

26
   Re-Notice of Deposition of  Michael Werenblewski (Agent / Records Cust. for Lead Dog)
   Grove v. Unocal, Case No. 3:04-cv-0096-TMB
   Page 1 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-14-07

officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Agent/Records Custodian is requested to bring to the deposition copies of any and all records pertaining to Lead Dog Enterprises Limited, including the records of any and all parent companies, holding companies, shell companies, and subsidiaries, from any and all locations nationwide including but not limited to the states of Delaware and Pennsylvania, and including but not limited to:

1.  Copies of all business and corporate records, including but not limited to, identification of physical location of business; corporation applications; business licenses; type of business; current status of business.

2.  Copies of corporate By-Laws; minutes of board meetings; number of employees (generally); annual, biennial and/or quarterly financial reports/statements; company prospectus; copies of all signature stamps used for company business, corporate banking account documents identifying approved signors from January 1, 2000 to the present.

3.  Names and addresses of all corporate officers (including figureheads), their titles and responsibilities; contracts with officers; records documenting expenses for corporate officers (reimbursed or otherwise); benefits and perks associated with corporate officer status; salaries paid to corporate officers; fees paid to corporate officers; attendance at conferences, conventions, and/or seminars; identify all individual and business bank accounts and credit card accounts utilized by corporate officers (open and closed accounts), and dividends paid to stockholders from January 1, 2000 to the present.

4.  Copies of all business, corporate, and accounting records relating to the sale of the company, assets and/or stocks that were shared with the corporate officers and/or stockholders from January 1, 2000 to the present.

5.  Information and documentation of any visits to Alaska made by any of the owners and/or officers of the company; dates of visits; purposes of visits; activities during visits; and whether any money was paid and/or

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Michael Werenblewski (Agent / Records Cust. for Lead Dog)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

reimbursed to Lawrence Grove aka Larry Grove for entertainment of the owners and/or officers from January 1, 2000 to the present.

6.  Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7.  Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8.  Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9.  Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10.  Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11.  Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12.  Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13.  Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14.  Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15.  Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

16.  Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

Re-Notice of Deposition of Michael Werenblewski (Agent / Records Cust. for Lead Dog)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB.
Page 3 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1        If the requested records are produced to the undersigned before the date

2    and time for which this deposition is scheduled, the deposition will be canceled.

3        DATED at Anchorage, Alaska, this _____ day of May 2007.

4

5                           CLAPP, PETERSON, VAN FLEIN,
                        TIEMESSEN & THORSNESS, LLC

6                            Attorneys for Defendant Unocal

7

8           By _____
                        Linda J. Johnson, 8911070

9

10    <u>CERTIFICATE OF SERVICE</u>

11    I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

12    May _____, 2007, to the following:

13    Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

14    330 L Street, Ste 200
Anchorage AK 99501

15    By: _____

16            Dianne A. Pitts

17

18

19

20

21

22

23

24

25

26

<div style="writing-mode: vertical">Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586</div>

Re-Notice of Deposition of Michael Werenblewski (Agent / Records Cust. for Lead Dog)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 4 of 4

RECEIVED

[MAY 1 6 2007

WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

   vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF MICHAEL WERENBLEWSKI AS AGENT FOR LAWRENCE GROVE (aka LARRY GROVE)

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Michael Werenblewski, Agent for Lawrence Grove (aka Larry Grove)** on Monday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.   The deposition will be taken before an officer authorized to administer

Re-Notice of Deposition of  Michael Werenblewski (Agent for L. Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  oaths by the laws of the United States or of the place where the examination is

2  held, and will continue from day to day until completed.

3      The deponent is requested to bring to the deposition copies of any and all of

4  the following records in your custody or control:

5      1.   Copies of all records relating to any company and/or corporation where
6           Lawrence Grove (aka Larry Grove) is a corporate officer and/or has an
             interest in the business, including but not limited to all businesses owned
7           and/or operated by Philip J. Krasner, from January 1, 2000 to the
             present.

8
9      2.   Documentation of lawsuits involving any and all companies and/or
            corporations that Lawrence Grove has a corporate officer position,
10           including figurehead positions, from January 1, 2000 to the present.

11     3.   Copies of all business, corporate, and accounting records documenting
            income, money or benefits paid to Lawrence Grove (aka Larry Grove),
12           including wages, stocks and stock options, corporate officer fees,
            benefits, perks, expenses, and/or reimbursement from January 1, 2000
13           to the present.

14      If the requested records are produced to the undersigned before the date

15  and time for which this deposition is scheduled, the deposition will be canceled.

16      DATED at Anchorage, Alaska, this __14th__ day of May 2007.

17                              CLAPP, PETERSON, VAN FLEIN,
                                TIEMESSEN & THORSNESS, LLC
18                              Attorneys for Defendant Unocal

19

20                              By _____
21                                  Linda J. Johnson, 8911070

<u>CERTIFICATE OF SERVICE</u>
22  I certify that a copy of this document was
    ☒ mailed, ☐ faxed, ☐ hand delivered on
    May ___14___, 2007, to the following:
23
    Phillip P. Weidner Esq.
24  330 L Street, Ste 200
    Anchorage AK 99501
25
    By: _____
26          Dianne A. Pitts

Re-Notice of Deposition of Michael Werenblewski (Agent for L. Grove)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1   John B. Thorsness, Esq.
2   Linda J. Johnson, Esq.
    CLAPP, PETERSON, VAN FLEIN,
3   TIEMESSEN & THORSNESS, LLC
    711 H Street, Suite 620
4   Anchorage, Alaska  99501
    (907) 272-9272
5   usdc-anch-ntc@cplawak.com
6   Attorneys for Defendant Unocal Alaska

7

8                  IN THE UNITED STATES DISTRICT COURT

9                        FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12                 Plaintiffs,

13       vs.
                                            Case No. 3:04-cv-0096-TMB
14  UNOCAL CORPORATION,

15                 Defendant.

16

17       **RE-NOTICE OF DEPOSITION OF AGENT / RECORDS CUSTODIAN**
                      **FOR SAMURI, INC.**
18

19       Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Michael Werenblewski, Agent/Records Custodian for Samuri,**

22  **Inc.** on Monday, **May 31, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp,

23

24  Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in

25  Anchorage, Alaska.  The deposition will be taken before an officer authorized to

26
    Re-Notice of Deposition of  Michael Werenblewski (Agent / Records Cust. for Samuri)
    Grove v. Unocal, Case No. 3:04-cv-0096-TMB
    Page 1 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

RECEIVED
MAY 1 6 2007
WEIDNER & ASSOCIATES

FILE

5-14-07

administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Agent/Records Custodian is requested to bring to the deposition copies of any and all records pertaining to Samuri, Inc., including the records of any and all parent companies, holding companies, shell companies, and subsidiaries, from any and all locations nationwide including but not limited to the states of Delaware and Pennsylvania, and including but not limited to:

1. Copies of all business and corporate records, including but not limited to, identification of physical location of business; corporation applications; business licenses; type of business; current status of business.

2. Copies of corporate By-Laws; minutes of board meetings; number of employees (generally); annual, biennial and/or quarterly financial reports/statements; company prospectus; copies of all signature stamps used for company business, corporate banking account documents identifying approved signors from January 1, 2000 to the present.

3. Names and addresses of all corporate officers (including figureheads), their titles and responsibilities; contracts with officers; records documenting expenses for corporate officers (reimbursed or otherwise); benefits and perks associated with corporate officer status; salaries paid to corporate officers; fees paid to corporate officers; attendance at conferences, conventions, and/or seminars; identify all individual and business bank accounts and credit card accounts utilized by corporate officers (open and closed accounts), and dividends paid to stockholders from January 1, 2000 to the present.

4. Copies of all business, corporate, and accounting records relating to the sale of the company, assets and/or stocks that were shared with the corporate officers and/or stockholders from January 1, 2000 to the present.

5. Information and documentation of any visits to Alaska made by any of the owners and/or officers of the company; dates of visits; purposes of visits; activities during visits; and whether any money was paid and/or reimbursed to Lawrence Grove aka Larry Grove for entertainment of the owners and/or officers from January 1, 2000 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of  Michael Werenblewski (Agent / Records Cust. for Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

6.      Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7.      Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8.      Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9.      Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10.      Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11.      Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12.      Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13.      Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14.      Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15.      Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

16.      Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

If the requested records are produced to the undersigned before the date

Re-Notice of Deposition of Michael Werenblewski (Agent / Records Cust. for Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1   and time for which this deposition is scheduled, the deposition will be canceled.

2   DATED at Anchorage, Alaska, this _____ day of May 2007.

3   CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
4   Attorneys for Defendant Unocal

5

6   By _____

7   Linda J. Johnson, 8911070

8   CERTIFICATE OF SERVICE

9   I certify that a copy of this document was
    ☑ mailed, ☐ faxed, ☐ hand delivered on
10  May __14__, 2007, to the following:

11  Phillip P. Weidner Esq.
    Phillip Paul Weidner & Associates
12  330 L Street, Ste 200
    Anchorage AK 99501

13

14  By: _____
          Dianne A. Pitts

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of  Michael Werenblewski (Agent / Records Cust. for Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4