Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096 TMB |

**PLAINTIFFS' MOTION FOR SANCTIONS**

Defendant Unocal has unleashed a torrent of subpoenas and record depositions that are unending directed at the plaintiffs involving any conceivable kind of record encompassing plaintiffs.  These records include any and all bank records of the plaintiffs in other states, any and all hotel records of the plaintiffs in other states, any and all credit card records of the plaintiffs in other states, any and all records concerning

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571

air transportation directed at airlines in other states, any and all e-trade records of the plaintiffs directed in other states, any and all investment records of any plaintiff in other states, any and all records of corporations (the request is so overblown as to amount to obtain all the records ever created by said entities) located in Pennsylvania, casino records, hunting records, fishing records, boating records, mortgage records, shooting range records, sausage company records, in a never-ending, unceasing wave of irrelevant evidence.  See Exhibit 1.

These requests continue at an unprecedented pace even as we enter the month of June, months after the supposed close of discovery.  All of these records depositions have been set for Unocal counsel's office at 711 H Street in Anchorage, Alaska regardless of the location of the entity to which they are seeking records.  Many of these requests are directed to out of state entities located in states such as Washington, Arizona, Nevada, Colorado, Indiana, and Pennsylvania.  See Exhibit 1 attached to the Affidavit of Michael Cohn.  Unocal counsel has sent subpoenas issued from the District Court of Alaska to entities that are thousands of miles away from Alaska directing the deponent to appear in Anchorage with all of these records.

Under the law, in Federal Court the attorneys are allowed to issue their own subpoenas under the color of authority of the United States District Court.  This is a unique power and the

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571

Court should not permit its abuse.  Federal Rule of Civil Procedure 45(b) states in pertinent part:

> …..a subpoena may be served in any place within the District of the Court by which it is issued, <u>or at any place without the District that is within 100 miles of the place of the deposition</u>, hearing, trial, <u>production, or inspection specified in the subpoena</u>, or at any place within the state where a state statute or rule of Court permits service of a subpoena issued by a state court of general jurisdiction sitting in the place of the deposition, hearing, trial, production, or inspection specified in the subpoena.  (Emphasis added).
>
> Federal Rule of Civil Procedure 45(c)(1) states:
>
> <u>A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena</u>.  The Court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breech of this duty an appropriate sanction which may include, but is not limited to, loss earnings and reasonable attorney's fees.  (Emphasis added).

Unocal counsel has sent subpoenas to entities and individuals in other states along with a $40.00 witness fee to appear at Unocal's counsel's office at 711 H Street, Anchorage, Alaska.  This is an impermissible imposition in violation of Federal Rule of Civil Procedure 45(b).  It is also not reasonable under Federal Rule of Civil Procedure 45(c).

Defense counsel, on behalf of this Court, has sent subpoenas to various entities and individuals in which it is stated that "YOU ARE COMMANDED to appear at the place, date and times specified below to testify at the taking of a deposition

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

Page 3

in the above case"…. "YOU ARE COMMANDED to produce and permit inspection and copying of the following documental objects at the place, date, and time specified below (list documents or objects)".  Not only was it improper to submit simply a $40.00 fee to travel up to Alaska, but the request themselves are oppressive amounting in some cases to thousands of documents. Furthermore, under the Subpoena Rule, defendant Unocal is required to provide a copy of Federal Rule Civil Procedure 45(c) and (d) which offer the protection of persons subject to a subpoena and duties in responding to a subpoena.  Plaintiffs' counsel cannot see if such document was attached, as it is not in any of the documents received by plaintiffs' counsel.

    The defense counsel sent out subpoenas improper under the law, presumably in an effort to intimidate individuals, or entities, in providing these documents without the necessity of having to travel all the way to Alaska, which they were commanded to do under the subpoena.  In most instances, these records of a highly personal nature in some cases involving the Grove Family or their financial records have been turned over to defense counsel.  These intimidation tactics should not be allowed, especially since they are in violation of the very rules that allow for subpoenas to be issued by an attorney licensed to practice before the Court, and presumably acting as an officer of the Court in issuing said subpoena.

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

In response to a subpoena directed to a number of entities in an extraordinary display of oppressiveness, said entities all being located in Pennsylvania, an attorney for said entities, William M. Feigenbaum, of Lipsitz, Green, Scime, Cambria stated:

> This office represents Puritan International, Ltd; Funtime Boutique, Inc.; Lead Dog Enterprises, Ltd; Samuri, Inc.; Puritan Production Videos, Ltd.; and LoJi, Inc., all of which are corporate entities located in Allentown, Pennsylvania. <u>Your office has attempted to serve a Subpoena in a Civil Case on each of these non-party entities in the above-referenced action, including six separate checks payable from your firm to the named entity in the face amount of forty ($40.00) dollars. Said subpoenas were all issued out of the United States District Court for the District of Alaska, seeking the oral deposition of the respective Custodian of Records of each said entity to be taken at your offices in Anchorage, Alaska on June 22, 2007, together with the production of numerous documents</u> from said companies at your office, in an apparent attempt to obtain financial information about plaintiff, Lawrence H. Grove, in the above-referenced matter.
>
> <u>As you should be aware, seeking discovery from non-party witnesses in a federal civil action, whether by oral deposition or by obtaining documents therefrom, is governed by Rule 45</u> of the Federal Rules of Civil Procedure as to subpoena. Rule 45(b)(2) authorizes the issuance of such a subpoena, which as relevant may be lawfully served within the district of the court by which it is issued (here the District of Alaska); any place outside that district within one hundred miles of the place of the requested oral deposition, document production, etc. (Anchorage); or any place within the state (Alaska) if a state statute or court rule would permit service of a subpoena issued by a state court of general jurisdiction within the state. Needless to say, the Allentown, Pennsylvania

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

Page 5

>location of the six named entities is not within the state or District of Alaska, and is thousands of miles from Anchorage. <u>Accordingly, the aforesaid subpoenas attempted to be served on my clients are null and void</u>.
>
><u>Even aside from the lack of jurisdiction to serve said subpoenas on my clients in Pennsylvania in this matter, tender of checks for $40.00 simply constitutes the daily fee for each day's attendance at a deposition; it does not begin to cover the witness' expenses of travel or a subsistence allowance, etc., as required by 28 U.S.C. § 1821</u>.
>
><u>Finally</u>, even if the subpoenas were properly served out of a court with jurisdiction over the witnesses, and proper subpoena fees were tendered, <u>the records requested by defendant Unocal Corp. are well beyond any justifiable need or relevance. For example, for each entity the very first request seeks "Copies of all business and corporate records," without any limiting date or category of records</u>. In the event that new subpoenas are serviced out of a court of competent jurisdiction, unless the requests are substantially limited, the respective witnesses will have no choice but to move to quash same.

Plaintiffs respectfully request the following relief set out herein.

1. That the defense counsel be ordered to cease and desist from issuing improper subpoenas to intimidate non parties into producing records instead of bearing the costs of appearing in Anchorage.
2. That as to any subpoena issued, that the laws rule it be properly followed, including providing when appropriate copies of Federal Rule of Civil Procedure 45 (c) and (d).

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

Page 6

3. Any records received that may have been produced as a result of any of these improper subpoenas result in the inability of defense counsel utilizing in any fashion whatsoever the fruits of their improper actions.

4. That defense counsel is sanctioned for each instance of improper use of the subpoena power in an appropriate amount to be determined by the Court.

5. That the defendants not be permitted to issue any more subpoenas in this case as discovery is closed and they should be deemed to have had more than sufficient time to conduct any discovery needed and that further discovery at this point is overkill and oppressive.

6. That the defense counsel explains why they issued subpoenas in violation of the Federal Rules of Civil Procedure 45 to entities and individuals located in distant states demanding them to appear at 711 H Street in Anchorage, Alaska for said depositions.

7. Furthermore, and as shall be set out in a Motion for Protective Order to be filed shortly, that any and all records received by Unocal and Unocal's counsel pertaining to Larry Grove and his family shall a) be subject to a protective order/confidentiality as much of this information is highly personal in regard to the financial matters and other matters of the Grove Family; (b) that all

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

such records improperly obtained be destroyed; (c)that no such documents be allowed to be presented in Court except under seal, if they pertain to private personal matters of the Grove Family; and (d)that a list be provided to plaintiffs of each and every individual that is allowed to see the financial records and other personal private information of the Grove Family.

Accordingly, plaintiffs respectfully request that the Motion to Sanctions against Unocal and Unocal counsel be granted.

RESPECTFULLY SUBMITTED this 21st day of June, 2007.

/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:nbackes@weidnerjustice.com
ABA No. 8506049

*CERTIFICATE OF SERVICE*

I hereby certify that on June 21, 2007 a copy of the foregoing **MOTION FOR SANCTIONS** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.
s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571