Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**(PROPOSED) ORDER** |

**ORDER GRANTING MOTION FOR SANCTIONS**

The Court, having considered plaintiffs Motion for Sanctions, and any opposition thereto, hereby ORDERS as follows:

1. The Court finds that the Unocal counsel has been issuing improper subpoenas under Federal Rule of Civil Procedure 45.  This includes, but is not limited to, use of such subpoenas on entities and individuals throughout the United States and ordering

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571

1

them to appear at Unocal's counsel's office in Anchorage, Alaska, while at the same time providing a $40.00 witness fee. Said actions constitute an abuse of the subpoena power by Unocal and Unocal counsel. Said actions, which may result in pressuring individuals to release records due to the oppressive nature of the demand in requiring individuals to travel to Anchorage, Alaska pursuant to subpoena power and purportedly being commanded by the District Court of Alaska, is an improper abuse of the subpoena powers under Federal Rule of Civil Procedure 45.

2. Unocal and Unocal counsel are fined in the amount of $_____ for each violation. The Court finds that there have been _____ violations that have been presented to the Court.

3. Any and all records that were obtained by the use of an improper subpoena and/or requesting entities and individuals to appear in Anchorage, Alaska for deposition who are located out-of-state in distant states such as Pennsylvania, Florida, Indiana, Arizona, Colorado and Nevada are improperly obtained. Any records obtained through the use of an improper subpoena or notices of deposition for people to appear at 711 H Street, Anchorage, Alaska to produce

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

2

> documents are hereby deemed stricken.  No such records, even if marginally relevant will be allowed due to the manner in which these records were obtained.  All such records are also subject to strict confidentiality and will not be filed in open court if they pertain to personal and private Grove Family matters.  All such records will be destroyed.  Any records not destroyed will be retained and only individuals connected to this case shall be allowed to see said records.  Any such individuals will be identified and disclosed to plaintiffs' counsel, and at the end of litigation all such records will be destroyed.  Any leak of any private or confidential information of the Grove Family that results in identity theft or violates the privacy of the Grove Family will be subject to further sanctions against Unocal and Unocal counsel.
> 
> 4. Discovery is closed in this case.  No new subpoena shall be issued, no new records deposition shall take place, and no further discovery will be had as to the Grove Family.

DATED:_____    _____
                    UNITED STATES DISTRICT COURT JUDGE

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571

CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2007 a copy of the foregoing (Proposed) Order was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

s/ Michael Cohn

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571