John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR CHASE BANK, N.A.

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **Chase Bank, N.A. (also f/k/a Chase Manhattan Bank)**, on Monday, **May 21, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Chase Bank, N.A. (4 Groves—cr.cds)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following Chase Bank, N.A. records, including records from Banc One, Bank One, and Chase Manhattan Bank, all n/k/a Chase Bank, which are at any and all Chase Bank locations, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, or at any location nationwide:

1.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

3.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by* ***Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Chase Bank, N.A. (4 Groves—cr.cds)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove,*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53     SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
    and/or:  P.O. Box 222253,  Anchorage, AK 99522
    and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN:  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
Address:  (same as above)

Sarah H. Grove     DOB:  11-12-85     SSN:  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
Address:  (same as above) and any Colorado address

Michael J. Grove     DOB:  01-21-90     SSN:  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
Address:  (same as above) and any Pennsylvania address

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this __16__ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Chase Bank, N.A. (4 Groves—cr.cds)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
May _16_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage, AK 99501

By: _____
             Dianne A. Pitts

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for Chase Bank, N.A. (4 Groves—cr.cds)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:04-cv-0096-TMB

TO:  Chase Bank, USA N.A.
Subpoena Processing Dept.– IN1-4054
7610 W. Washington Street
Indianapolis, IN  46231

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620     Anchorage, AK  99501 | 5/31/2007 10:00 am |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 5-16-07 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |
| Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC<br>711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272 | Attorneys for Defendant |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

🗀 **FILE**

3P

**RECEIVED**

MAY 2 3 2007

WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
11  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,

12              Plaintiffs,

13

14  vs.                                      Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16              Defendant.

17        <u>**RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR**</u>
18        <u>**CITIMORTGAGE, INC.**</u>

19        Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for CitiMortgage, Inc.**, on Monday, **May 31,**

22  **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23  Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24  The deposition will be taken before an officer authorized to administer oaths by the

25

26

Re-Notice of Deposition of Records Custodian for CitiMortgage Inc. (4 Groves)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 1 of 5

Clapp, Peterson, Van Flein
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

5-22-07

1   laws of the United States or of the place where the examination is held, and will

2   continue from day to day until completed.

3        The Records Custodian is requested to bring to the deposition copies of the

4   below-listed CitiMortgage, Inc. records at any and all locations, including but not

5   limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania,

6   and/or in the case of credit cards, at any location nationwide:

7

**BANK RECORDS:**

8       1.   Electronic version or complete and legible copies of all bank statements,
             cancelled checks, deposits and withdrawals, cashier checks, loan
9            statements, mortgage and equity statements, credit card statements, and
             any other banking records pertaining to *accounts held by Lawrence H.*
10           *("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without
             limitation, all individual and joint checking accounts, individual and joint
11           savings accounts, individual and joint money market accounts, individual
             and joint certificates of deposits, individual and joint IRAs, individual and
12           joint loans, and individual and joint mortgage and equity accounts from
13           January 1, 2000 to the present.

14      2.   Electronic version or complete and legible copies of all bank statements,
             cancelled checks, deposits and withdrawals, cashier checks, loan
15           statements, mortgage and equity statements, credit card statements, and
             any other banking records pertaining to *accounts held by Lawrence H.*
16           *("Larry") Grove*, including, but without limitation, all individual and joint
             checking accounts, individual and joint savings accounts, individual and
17           joint money market accounts, individual and joint certificates of deposits,
             individual and joint IRAs, individual and joint loans, and individual and joint
18           mortgage and equity accounts from January 1, 2000 to the present.

19

20      3.   Electronic version or complete and legible copies of all bank statements,
             cancelled checks, deposits and withdrawals, cashier checks, loan
21           statements, mortgage and equity statements, credit card statements, and
             any other banking records pertaining to *accounts held by Cynthia A.*
22           *("Cindy") Grove*, including, but without limitation, all individual and joint
             checking accounts, individual and joint savings accounts, individual and
23           joint money market accounts, individual and joint certificates of deposits,
             individual and joint IRAs, individual and joint loans, and individual and joint
24           mortgage and equity accounts from January 1, 2000 to the present.

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for CitiMortgage Inc. (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

4.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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

Sarah H. Grove    DOB: 11-12-85    SSN: 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

Michael J. Grove    DOB: 01-21-90    SSN: 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

**CREDIT CARDS:**

1.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Re-Notice of Deposition of Records Custodian for CitiMortgage Inc. (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Michael J. Grove**,*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53      SSN: 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
Addresses:   8300 Dagan Street,  Anchorage, AK 99502
     and/or:   P.O. Box 222253,  Anchorage, AK 99522
     and/or:   15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57      SSN: 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
Address:  (same as above)

Sarah H. Grove      DOB:  11-12-85      SSN: 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
Address:  (same as above)

Michael J. Grove      DOB: 01-21-90      SSN: 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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for CitiMortgage Inc. (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _____ day of May 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
       Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☑ mailed, ☐ faxed, ☐ hand delivered on
May ___, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
         Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for CitiMortgage Inc. (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5



1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
   Attorneys for Defendant Unocal Alaska
6

**RECEIVED**

JUN 1 5 2007

WEIDNER & ASSOCIATES

7
             IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE DISTRICT OF ALASKA
9



10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12              Plaintiffs,

13
    vs.
14                                        Case No. 3:04-cv-0096-TMB
15  UNOCAL CORPORATION,

16              Defendant.

17  ### RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
18  ### FOR NORTHWEST AIRLINES

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for Northwest Airlines** on Monday, **July 9,**

22  **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23  Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24

25  The deposition will be taken before an officer authorized to administer oaths by the

26

Re-Notice of Deposition of Records Custodian for Northwest Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

FILE COPY

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies any and all of the following records, including records from Northwest Airlines partners, subsidiaries or affiliates, at any and all locations nationwide, including *but not limited to* the states of Alaska, Colorado, Delaware, Florida, Nevada, and Pennsylvania, pertaining to the below-named individuals, including but not limited to:

1.  Electronic version or complete and legible copies of all records regarding all mileage accounts, frequent flyer plans, itineraries, travel coupons, upgrades, board room passes, complimentary coupons, flight information including dates of travel, flight originations and destinations, boarding passes, and records of payment for all open or closed accounts from January 1, 2000 to the present for the below-listed persons:

    a.   Lawrence H. Grove a/k/a Larry Grove
         DOB: 08-11-53     SSN: 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
         Addresses:  8300 Dagan Street,  Anchorage, AK 99502
               and/or:  P.O. Box 222253,  Anchorage, AK 99522
               and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

    b.   Cynthia A. Grove a/k/a Cindy Grove
         DOB: 03-13-57     SSN: 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
         Address: (same as above)

    c.   Michael J. Grove
         DOB: 01-21-90     SSN: 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
         Address: (same as above)

    d.   Sarah H. Grove
         DOB: 11-12-85     SSN: 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
         Addresses:  (same as above)
               and/or: 9709 East Jewel Avenue, Denver, CO 80247

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Northwest Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1    DATED at Anchorage, Alaska, this _____ day of June 2007.

2                                            CLAPP, PETERSON, VAN FLEIN,
                                             TIEMESSEN & THORSNESS, LLC
3                                            Attorneys for Defendant Unocal

4

5                                      By _____
                                             Linda J. Johnson, 8911070
6

7        CERTIFICATE OF SERVICE

8    I certify that a copy of this document was
     ☒ mailed, ☐ faxed, ☐ hand delivered on
9    June __14__, 2007, to the following:

10   Phillip P. Weidner Esq.
     Phillip Paul Weidner & Associates
11   330 L Street, Ste 200
     Anchorage AK 99501

12
     By: _____
13              Dianne A. Pitts

14

15

16

17

18

19

20

21

22

23

24

25

26
     Re-Notice of Deposition of Records Custodian for Northwest Airlines
     Grove v. Unocal, Case No. 3:04-cv-0096-TMB
     Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

FILE COPY

1    John B. Thorsness, Esq.
2    Linda J. Johnson, Esq.
     CLAPP, PETERSON, VAN FLEIN,
3    TIEMESSEN & THORSNESS, LLC
     711 H Street, Suite 620
4    Anchorage, Alaska  99501
     (907) 272-9272
5    usdc-anch-ntc@cplawak.com
     Attorneys for Defendant Unocal Alaska



RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       FOR THE DISTRICT OF ALASKA

10   LAWRENCE H. GROVE, CYNTHIA
     GROVE, SARAH GROVE, and MICHAEL
11   GROVE (DOB 1/21/88) by and through his
     father LAWRENCE H. GROVE,

12                    Plaintiffs,

13

14        vs.                                    Case No. 3:04-cv-0096-TMB

15   UNOCAL CORPORATION,

16                    Defendant.

17       ## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
18              FOR WACHOVIA BANK

19        Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20   Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21   deposition of the **Records Custodian for Wachovia Bank** on Monday, **July 9,**

22   **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23   Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24   The deposition will be taken before an officer authorized to administer oaths by the

25

26

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Wachovia Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual and entities, including but not limited to:

1.   Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

   a.   account signature cards
   b.   bank statements
   c.   canceled checks
   d.   deposits and withdrawals
   e.   cashier checks
   f.   loan statements
   g.   mortgage and equity statements
   h.   electronic payments, transfers, card services transactions
   i.   all individual and/or business checking accounts
   j.   all individual and/or business savings accounts
   k.   all individual and/or business money market accounts
   l.   all individual and/or business certificates of deposits
   m.   all individual and/or business retirement accounts
   n.   all individual and/or business payroll accounts
   o.   all individual and/or business loans
   p.   all individual and/or business mortgage and equity accounts
   q.   and any other banking records

2.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person and entities:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB:  08-11-53      SSN: 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

**Funtime Boutique, Inc.  (aka Adult Funtime Boutique, Inc.)**

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on June ___, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3



FILE COPY

RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska 99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7

8            IN THE UNITED STATES DISTRICT COURT

9               FOR THE DISTRICT OF ALASKA

10 LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
11 father LAWRENCE H. GROVE,



12               Plaintiffs,

13

14    vs.                                   Case No. 3:04-cv-0096-TMB

15 UNOCAL CORPORATION,

16               Defendant.

17

18         **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
                        **FOR PNC BANK**

19         Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Records Custodian for PNC Bank** on Monday, **July 9, 2007** at

22 the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen &

23 Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition

24

25 will be taken before an officer authorized to administer oaths by the laws of the

26

Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all PNC Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named entity, including but not limited to:

1.   Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

     a.   account signature cards
     b.   bank statements
     c.   canceled checks
     d.   deposits and withdrawals
     e.   cashier checks
     f.   loan statements
     g.   mortgage and equity statements
     h.   electronic payments, transfers, card services transactions
     i.   all individual and/or business checking accounts
     j.   all individual and/or business savings accounts
     k.   all individual and/or business money market accounts
     l.   all individual and/or business certificates of deposits
     m.   all individual and/or business retirement accounts
     n.   all individual and/or business payroll accounts
     o.   all individual and/or business loans
     p.   all individual and/or business mortgage and equity accounts
     q.   and any other banking records

2.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named entity:

**Lo-Ji, Inc.   (a/k/a LoJi, Inc.)**

If the requested records are produced to the undersigned before the date

Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  and time for which this deposition is scheduled, the deposition will be canceled.

2  DATED at Anchorage, Alaska, this ___ day of June 2007.

3  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
4  Attorneys for Defendant Unocal

5

6  By _____

7  Linda J. Johnson, 8911070

8

9  <u>CERTIFICATE OF SERVICE</u>

   I certify that a copy of this document was
10 ☒ mailed, ☐ faxed, ☐ hand delivered on
   June _____, 2007, to the following:

11 Phillip P. Weidner Esq.
   Phillip Paul Weidner & Associates
12 330 L Street, Ste 200
   Anchorage AK 99501

13

14 By:_____
           Dianne A. Pitts

15

16

17

18

19

20

21

22

23

24

25

26
   Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
   <u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
   Page 3 of 3



FILE COPY

RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
11  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,

12                         Plaintiffs,

13

14       vs.

                                              Case No. 3:04-cv-0096-TMB
15  UNOCAL CORPORATION,

16                         Defendant.



17       **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
18                    **FOR SOVEREIGN BANK**

19       Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for Sovereign Bank** on Monday, **July 9,**

22  **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23  Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24

25  The deposition will be taken before an officer authorized to administer oaths by the

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

laws of the United States or of the place where the examination is held, and will

continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of

the following records from at any and all Sovereign Bank locations, including but

not limited to the states of Delaware, Nevada, and Pennsylvania, or, in the case of

credit cards, at any location nationwide pertaining to accounts of the below-named

individual, including but not limited to:

1.    Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a.    account signature cards
    b.    bank statements
    c.    canceled checks
    d.    deposits and withdrawals
    e.    cashier checks
    f.    loan statements
    g.    mortgage and equity statements
    h.    electronic payments, transfers, card services transactions
    i.    all individual and/or business checking accounts
    j.    all individual and/or business savings accounts
    k.    all individual and/or business money market accounts
    l.    all individual and/or business certificates of deposits
    m.    all individual and/or business retirement accounts
    n.    all individual and/or business payroll accounts
    o.    all individual and/or business loans
    p.    all individual and/or business mortgage and equity accounts
    q.    and any other banking records

2.    Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB:  08-11-53    SSN: 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

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1    If the requested records are produced to the undersigned before the date

2    and time for which this deposition is scheduled, the deposition will be canceled.

3    DATED at Anchorage, Alaska, this _____ day of June 2007.

4    CLAPP, PETERSON, VAN FLEIN,
     TIEMESSEN & THORSNESS, LLC

5    Attorneys for Defendant Unocal

6

7    By _____

8    Linda J. Johnson, 8911070

9    CERTIFICATE OF SERVICE

10   I certify that a copy of this document was
     ☒ mailed, ☐ faxed, ☐ hand delivered on

11   June ____, 2007, to the following:

12   Phillip P. Weidner Esq.
     Phillip Paul Weidner & Associates

13   330 L Street, Ste 200
     Anchorage AK 99501

14
     By: _____

15   Dianne A. Pitts

16

17

18

19

20

21

22

23

24

25

26

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



FILE COPY

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

7
8            IN THE UNITED STATES DISTRICT COURT
9              FOR THE DISTRICT OF ALASKA
10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,



12              Plaintiffs,
13
14      vs.                              Case No. 3:04-cv-0096-TMB
15  UNOCAL CORPORATION,
16              Defendant.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

17
18      **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
                    **FOR PNC BANK**
19
        Defendant, Unocal Corporation, by and through its attorneys, Clapp,
20
    Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the
21
    deposition of the **Records Custodian for PNC Bank** on Monday, **July 9, 2007** at
22
    the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen &
23
    Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition
24
    will be taken before an officer authorized to administer oaths by the laws of the
25
26

Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all PNC Bank locations, including but not limited to the states of Delaware, Nevada, and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual, including but not limited to:

1.  Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a.  account signature cards
    b.  bank statements
    c.  canceled checks
    d.  deposits and withdrawals
    e.  cashier checks
    f.  loan statements
    g.  mortgage and equity statements
    h.  electronic payments, transfers, card services transactions
    i.  all individual and/or business checking accounts
    j.  all individual and/or business savings accounts
    k.  all individual and/or business money market accounts
    l.  all individual and/or business certificates of deposits
    m.  all individual and/or business retirement accounts
    n.  all individual and/or business payroll accounts
    o.  all individual and/or business loans
    p.  all individual and/or business mortgage and equity accounts
    q.  and any other banking records

2.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB:  08-11-53    SSN: 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

Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1    If the requested records are produced to the undersigned before the date

2   and time for which this deposition is scheduled, the deposition will be canceled.

3    DATED at Anchorage, Alaska, this _____ day of June 2007.

4                          CLAPP, PETERSON, VAN FLEIN,
5                          TIEMESSEN & THORSNESS, LLC
                           Attorneys for Defendant Unocal
6

7                          By _____
8                              Linda J. Johnson, 8911070
9

10           CERTIFICATE OF SERVICE

     I certify that a copy of this document was
11   ☒ mailed, ☐ faxed, ☐ hand delivered on
     June _____, 2007, to the following:
12
     Phillip P. Weidner Esq.
13   Phillip Paul Weidner & Associates
     330 L Street, Ste 200
14   Anchorage AK 99501

15   By: _____
                 Dianne A. Pitts
16

17

18

19

20

21

22

23

24

25

26
     Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
     Grove v. Unocal, Case No. 3:04-cv-0096-TMB
     Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586