FILE COPY

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

vs.

UNOCAL CORPORATION,

        Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR DELTA AIRLINES

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Delta Airlines** on Monday, **July 9, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies any and all of the following records, including records from Delta Airlines partners, subsidiaries or affiliates, at any and all locations nationwide, including *but not limited to* the states of Alaska, Colorado, Delaware, Florida, Nevada, and Pennsylvania, pertaining to the below-named individuals, including but not limited to:

1. Electronic version or complete and legible copies of all records regarding all mileage accounts, frequent flyer plans, itineraries, travel coupons, upgrades, board room passes, complimentary coupons, flight information including dates of travel, flight originations and destinations, boarding passes, and records of payment for all open or closed accounts from January 1, 2000 to the present for the below-listed persons:

   a.   Lawrence H. Grove a/k/a Larry Grove
        DOB:  08-11-53      SSN: 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
        Addresses:  8300 Dagan Street,  Anchorage, AK 99502
            and/or:  P.O. Box 222253,  Anchorage, AK 99522
            and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

   b.   Cynthia A. Grove a/k/a Cindy Grove
        DOB: 03-13-57       SSN:  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
        Address:  (same as above)

   c.   Michael J. Grove
        DOB: 01-21-90       SSN:  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
        Address:  (same as above)

   d.   Sarah H. Grove
        DOB: 11-12-85       SSN:  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
        Addresses:  (same as above)
            and/or:  9709 East Jewel Avenue, Denver, CO 80247

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this *14th* day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☑ mailed, ☐ faxed, ☐ hand delivered on
June _14_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By:_____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

FILE COPY

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR CITIZENS BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Citizens Bank** on Monday, **July 9, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.  The deposition will be taken before an officer authorized to administer oaths by the laws

Re-Notice of Deposition of Records Custodian for Citizens Bank (Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  of the United States or of the place where the examination is held, and will continue

2  from day to day until completed.

3      The Records Custodian is requested to bring to the deposition copies all of

4  the following records from at any and all Citizens Bank locations, including but not

5  limited to the states of Delaware and Pennsylvania, or, in the case of credit cards,

6  at any location nationwide pertaining to accounts of the below-named individual and

7  entities, including but not limited to:

8
9      1.   Electronic versions or complete and legible copies of all of the following
           records, whether open or closed accounts:

10
11          a.   account signature cards
            b.   bank statements
12          c.   canceled checks
            d.   deposits and withdrawals
13          e.   cashier checks
            f.   loan statements
14          g.   mortgage and equity statements
            h.   electronic payments, transfers, card services transactions
15          i.   all individual and/or business checking accounts
            j.   all individual and/or business savings accounts
16          k.   all individual and/or business money market accounts
            l.   all individual and/or business certificates of deposits
17          m.   all individual and/or business retirement accounts
            n.   all individual and/or business payroll accounts
18          o.   all individual and/or business loans
            p.   all individual and/or business mortgage and equity accounts
19          q.   and any other banking records

20      2.   Electronic version or complete and legible copies of all credit card
           statements, and any other credit card records pertaining to open and/or
21          closed accounts, including without limitation, all individual and/or
           business credit card records from January 1, 2000 to the present.
22

23  Produce the above-listed records related to the below-named person and entities:

24          **Lawrence H. Grove** a/k/a **Larry Grove**
           DOB:  08-11-53      SSN: 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
25          **Samuri, Inc.**

26
Re-Notice of Deposition of Records Custodian for Citizens Bank (Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1    If the requested records are produced to the undersigned before the date

2    and time for which this deposition is scheduled, the deposition will be canceled.

3    DATED at Anchorage, Alaska, this _____ day of June 2007.

4
                                        CLAPP, PETERSON, VAN FLEIN,
5                                       TIEMESSEN & THORSNESS, LLC
                                        Attorneys for Defendant Unocal
6

7

8    By_____
                                        Linda J. Johnson, 8911070
9

10   <u>CERTIFICATE OF SERVICE</u>

11   I certify that a copy of this document was
     ☒ mailed, ☐ faxed, ☐ hand delivered on
12   June _14___, 2007, to the following:

13   Phillip P. Weidner Esq.
     Phillip Paul Weidner & Associates
14   330 L Street, Ste 200
     Anchorage AK 99501

15   By:_____
16          Dianne A. Pitts

     6200-1  Grove v. Unocal/Not.of Recs Depo of Citizens Bank (Samuri, PK,LG)
17

18

19

20

21

22

23

24

25

26
     Re-Notice of Deposition of Records Custodian for Citizens Bank (Samuri)
     <u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
     Page 3 of 3

FILE COPY



1
2  John B. Thorsness, Esq.
   Linda J. Johnson, Esq.
3  CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska 99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 15 2007

WEIDNER & ASSOCIATES

7
8                IN THE UNITED STATES DISTRICT COURT
9                    FOR THE DISTRICT OF ALASKA
10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
11  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,
12
                Plaintiffs,
13
14       vs.
                                            Case No. 3:04-cv-0096-TMB
15  UNOCAL CORPORATION,
16              Defendant.

17  **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR
    CITICARDS**
18
19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,
20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the
21  deposition of the **Records Custodian for CitiCards.**, on Monday, **July 9, 2007** at
22  the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen &
23  Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition
24  will be taken before an officer authorized to administer oaths by the laws of the
25
26

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the below-listed CitiCards records at any and all locations, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, and/or in the case of credit cards, at any location nationwide:

**BANK RECORDS:**

1.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

2.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

3.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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

Sarah H. Grove    DOB: 11-12-85    SSN: 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

Michael J. Grove    DOB: 01-21-90    SSN: 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

**CREDIT CARDS:**

1.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove,,* including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
   and/or:  P.O. Box 222253, Anchorage, AK 99522
   and/or:  15831 Mercedes Drive, Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN: 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
Address:  (same as above)

Sarah H. Grove     DOB: 11-12-85     SSN:  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
Address:  (same as above)

Michael J. Grove     DOB: 01-21-90     SSN:  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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

DATED at Anchorage, Alaska, this _____ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☑mailed, ☐ faxed, ☐ hand delivered on
June _____, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By:_____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5

FILE COPY



1
2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

3
4
5
6

RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

7

IN THE UNITED STATES DISTRICT COURT

8
9

FOR THE DISTRICT OF ALASKA

10
11

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

12

Plaintiffs,

13
14

vs.

Case No. 3:04-cv-0096-TMB

15

UNOCAL CORPORATION,

16

Defendant.

17
18

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR CITIBANK a/k/a CITIBANK NA

19

Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20

Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21

deposition of the **Records Custodian for Citibank (aka Citibank NA)**, on

22

Monday, **July 9, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson,

23
24

Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage,

25

Alaska.   The deposition will be taken before an officer authorized to administer

26

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the below-listed Citibank records at any and all locations, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, and/or in the case of credit cards, at any location nationwide:

**BANK RECORDS:**

1.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

2.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

3.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by **Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53        SSN:  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

Cynthia A. Grove a/k/a Cindy Grove
DOB:  03-13-57        SSN:  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

Sarah H. Grove        DOB:  11-12-85        SSN:  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

Michael J. Grove      DOB:  01-21-90        SSN:  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

**CREDIT CARDS:**

1.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove,*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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
Addresses:   8300 Dagan Street, Anchorage, AK 99502
   and/or:   P.O. Box 222253, Anchorage, AK 99522
   and/or:   15831 Mercedes Drive, Talkeetna, AK 99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN: 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
Address: (same as above)

Sarah H. Grove     DOB: 11-12-85     SSN: 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
Address: (same as above)

Michael J. Grove     DOB: 01-21-90     SSN: 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
Address: (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

DATED at Anchorage, Alaska, this ___14th___ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June _14_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Re-Notice of Deposition of Records Custodian for Citibank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

FILE COPY



RECEIVED
JUN 15 2007
WEIDNER & ASSOCIATES

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7

8                  IN THE UNITED STATES DISTRICT COURT

9                    FOR THE DISTRICT OF ALASKA



10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
11  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,
12
                    Plaintiffs,
13
14       vs.
                                            Case No. 3:04-cv-0096-TMB
15  UNOCAL CORPORATION,
16                  Defendant.

17  ### RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR
        CAPITAL ONE
18

19       Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for Capital One a/k/a Capital One

22  Bank/FSB**, on Monday, **July 9, 2007** at the hour of **10:00 a.m.**, at the offices of

23  Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

24  620, in Anchorage, Alaska.  The deposition will be taken before an officer
25
26

Re-Notice of Deposition of Records Custodian for Capital One  (4 Groves) - 2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1  authorized to administer oaths by the laws of the United States or of the place

2  where the examination is held, and will continue from day to day until completed.

3       The Records Custodian is requested to bring to the deposition copies of the

4  below-listed Capital One records at any and all locations, including but not limited

5  to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, and/or in

6  the case of credit cards, at any location nationwide:

7
**BANK RECORDS:**
8     1.  Electronic version or complete and legible copies of all bank statements,
          cancelled checks, deposits and withdrawals, cashier checks, loan
9         statements, mortgage and equity statements, credit card statements, and
          any other banking records pertaining to *accounts held by Lawrence H.*
10        *("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without
          limitation, all individual and joint checking accounts, individual and joint
11        savings accounts, individual and joint money market accounts, individual
          and joint certificates of deposits, individual and joint IRAs, individual and
12        joint loans, and individual and joint mortgage and equity accounts from
13        January 1, 2000 to the present.

14    2.  Electronic version or complete and legible copies of all bank statements,
          cancelled checks, deposits and withdrawals, cashier checks, loan
15        statements, mortgage and equity statements, credit card statements, and
          any other banking records pertaining to *accounts held by Lawrence H.*
16        *("Larry") Grove*, including, but without limitation, all individual and joint
          checking accounts, individual and joint savings accounts, individual and
17        joint money market accounts, individual and joint certificates of deposits,
18        individual and joint IRAs, individual and joint loans, and individual and joint
          mortgage and equity accounts from January 1, 2000 to the present.
19
      3.  Electronic version or complete and legible copies of all bank statements,
20        cancelled checks, deposits and withdrawals, cashier checks, loan
          statements, mortgage and equity statements, credit card statements, and
21        any other banking records pertaining to *accounts held by Cynthia A.*
          *("Cindy") Grove*, including, but without limitation, all individual and joint
22        checking accounts, individual and joint savings accounts, individual and
          joint money market accounts, individual and joint certificates of deposits,
23        individual and joint IRAs, individual and joint loans, and individual and joint
24        mortgage and equity accounts from January 1, 2000 to the present.

25

26

Tiemessen & Thorness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Capital One (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

4.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5.   Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53     SSN:  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

Cynthia A. Grove a/k/a Cindy Grove
DOB:  03-13-57     SSN:  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

Sarah H. Grove     DOB:  11-12-85     SSN:  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

Michael J. Grove     DOB:  01-21-90     SSN:  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

**CREDIT CARDS:**

1.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2.   Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Capital One (4 Groves)
*Grove v. Unocal*, Case No. 3:04-cv-0096-TMB
Page 3 of 5

3.    Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4.    Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4.    Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5.    Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove*,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

> Lawrence H. Grove a/k/a Larry Grove
> DOB:  08-11-53      SSN: 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
> Addresses:   8300 Dagan Street,  Anchorage, AK 99502
>      and/or:   P.O. Box 222253,  Anchorage, AK 99522
>      and/or:   15831 Mercedes Drive,  Talkeetna, AK  99676
>
> Cynthia A. Grove a/k/a Cindy Grove
> DOB: 03-13-57      SSN: 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
> Address:  (same as above)
>
> Sarah H. Grove      DOB: 11-12-85      SSN: 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
> Address:  (same as above)
>
> Michael J. Grove      DOB: 01-21-90      SSN: 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
> Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Capital One (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this ___14th___ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June ___14___, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Capital One (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5

AO88 (Rev. 1/94) Subpoena in a Civil Case

### Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB

RECEIVED

JUN 1 5 2007

WEIDNER & ASSOCIATES

TO:   Records Custodian
Capital One Bank/FSB
P.O. Box 85032
Richmond, VA 23285-5032

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

   Please see Notice attached hereto.

| PLACE    Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620     Anchorage, AK 99501 | DATE AND TIME<br>6/14/2007 10:00 am |
|---|---|

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>6.14. 07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

John B. Thorsness, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC          Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK 99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
   Attorneys for Defendant Unocal Alaska
6

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

7
8            IN THE UNITED STATES DISTRICT COURT
9            FOR THE DISTRICT OF ALASKA



10 LAWRENCE H. GROVE, CYNTHIA
   GROVE, SARAH GROVE, and MICHAEL
   GROVE (DOB 1/21/88) by and through his
11 father LAWRENCE H. GROVE,
12                   Plaintiffs,
13
14      vs.                                    Case No. 3:04-cv-0096-TMB
15 UNOCAL CORPORATION,
16                   Defendant.

17       **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR**
18                    **JP MORGAN CHASE BANK**

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20 Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21 deposition of the **Records Custodian** for **JP Morgan Chase Bank (also f/k/a**

22 **Banc One, Bank One, and Chase Manhattan Bank)**, on Monday, **June 15, 2007**

23 at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen

24

25 & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.   The

26

Re-Notice of Deposition of Records Custodian for JP Morgan Chase Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

1    deposition will be taken before an officer authorized to administer oaths by the laws

2    of the United States or of the place where the examination is held, and will continue

3    from day to day until completed.

4        The Records Custodian is requested to bring to the deposition copies of the

5    following JP Morgan Chase Bank records, including records from Banc One, Bank

6    One, and Chase Manhattan Bank, all n/k/a JP Morgan Chase Bank, which are at

7    any and all JP Morgan Chase Bank locations, including but not limited to the states

8    of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, or, in the case of credit

9    
10   cards, at any location nationwide:

11   **BANK RECORDS:**
       1.   Electronic version or complete and legible copies of all bank statements,
12          cancelled checks, deposits and withdrawals, cashier checks, loan
            statements, mortgage and equity statements, credit card statements, and
13          any other banking records pertaining to *accounts held by Lawrence H.*
            *("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without
14          limitation, all individual and joint checking accounts, individual and joint
            savings accounts, individual and joint money market accounts, individual
15          and joint certificates of deposits, individual and joint IRAs, individual and
            joint loans, and individual and joint mortgage and equity accounts from
16          January 1, 2000 to the present.

17       2.   Electronic version or complete and legible copies of all bank statements,
18          cancelled checks, deposits and withdrawals, cashier checks, loan
            statements, mortgage and equity statements, credit card statements, and
19          any other banking records pertaining to *accounts held by Lawrence H.*
            *("Larry") Grove*, including, but without limitation, all individual and joint
20          checking accounts, individual and joint savings accounts, individual and
            joint money market accounts, individual and joint certificates of deposits,
21          individual and joint IRAs, individual and joint loans, and individual and joint
22          mortgage and equity accounts from January 1, 2000 to the present.

23       3.   Electronic version or complete and legible copies of all bank statements,
            cancelled checks, deposits and withdrawals, cashier checks, loan
24          statements, mortgage and equity statements, credit card statements, and
            any other banking records pertaining to *accounts held by Cynthia A.*
25          *("Cindy") Grove*, including, but without limitation, all individual and joint

26

Re-Notice of Deposition of Records Custodian for JP Morgan Chase Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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

Sarah H. Grove    DOB: 11-12-85    SSN: 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

Michael J. Grove    DOB: 01-21-90    SSN: 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

**CREDIT CARDS:**

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for JP Morgan Chase Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

closed *accounts held by **Lawrence H. ("Larry") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Michael J. Grove***,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53      SSN: 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
Addresses:  8300 Dagan Street,  Anchorage, AK 99502
    and/or:  P.O. Box 222253,  Anchorage, AK 99522
    and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57      SSN:  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
Address:  (same as above)

Sarah H. Grove      DOB:  11-12-85      SSN:  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
Address:  (same as above)

Michael J. Grove      DOB:  01-21-90      SSN:  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
Address:  (same as above)

Re-Notice of Deposition of Records Custodian for JP Morgan Chase Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

If the requested records are produced to the undersigned before the date

2

and time for which this deposition is scheduled, the deposition will be canceled.

3

DATED at Anchorage, Alaska, this 31 day of May 2007.

4

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC

5

Attorneys for Defendant Unocal

6

7

8

By_____
     Linda J. Johnson, 8911070

9

10

11

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on

12

May _31_, 2007, to the following:

13

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates

14

330 L Street, Suite 200
Anchorage AK 99501

15

16

By:_____
          Dianne A. Pitts

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for JP Morgan Chase Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska  99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

RECEIVED

JUN 0 1 2007

WEIDNER & ASSOCIATES

7
       IN THE UNITED STATES DISTRICT COURT
8
           FOR THE DISTRICT OF ALASKA
9



10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
    GROVE (DOB 1/21/88) by and through his
11  father LAWRENCE H. GROVE,

12            Plaintiffs,

13
    vs.
14                                         Case No. 3:04-cv-0096-TMB
    UNOCAL CORPORATION,
15
16            Defendant.

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR WACHOVIA BANK

19       Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for Wachovia Bank** on Monday, **June 15,**

22  **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23  Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24  The deposition will be taken before an officer authorized to administer oaths by the

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Wachovia Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual and entities, including but not limited to:

1.  Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a.  account signature cards
    b.  bank statements
    c.  canceled checks
    d.  deposits and withdrawals
    e.  cashier checks
    f.  loan statements
    g.  mortgage and equity statements
    h.  electronic payments, transfers, card services transactions
    i.  all individual and/or business checking accounts
    j.  all individual and/or business savings accounts
    k.  all individual and/or business money market accounts
    l.  all individual and/or business certificates of deposits
    m.  all individual and/or business retirement accounts
    n.  all individual and/or business payroll accounts
    o.  all individual and/or business loans
    p.  all individual and/or business mortgage and equity accounts
    q.  and any other banking records

2.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person and entities:

**Lawrence H. Grove** a/k/a **Larry Grove**
DOB:  08-11-53     SSN: 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

**Funtime Boutique, Inc.  (aka Adult Funtime Boutique, Inc.)**

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

1    If the requested records are produced to the undersigned before the date

2    and time for which this deposition is scheduled, the deposition will be canceled.

3    DATED at Anchorage, Alaska, this ___31___ day of May 2007.

4                                    CLAPP, PETERSON, VAN FLEIN,
5                                    TIEMESSEN & THORSNESS, LLC
                                     Attorneys for Defendant Unocal
6

7

8    By _____
                    Linda J. Johnson, 8911070
9

10   CERTIFICATE OF SERVICE

11   I certify that a copy of this document was
     ☒ mailed, ☐ faxed, ☐ hand delivered on
     May __31__, 2007, to the following:
12

13   Phillip P. Weidner Esq.
     Phillip Paul Weidner & Associates
     330 L Street, Ste 200
14   Anchorage AK 99501

15   By: _____
                    Dianne A. Pitts
16

17

18

19

20

21

22

23

24

25

26
     Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
     Grove v. Unocal, Case No. 3:04-cv-0096-TMB
     Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586