Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA ) <br> GROVE, SARAH GROVE, and, ) <br> MICHAEL GROVE (DOB 1/21/88) ) <br> By and through his father ) <br> LAWRENCE H. GROVE, ) <br> ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNOCAL CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:04-cv-0096 TMB |

**PLAINTIFFS' CORRECTED CERTIFICATE OF SERVICE REGARDING PLAINTIFFS' RENEWED MOTION FOR PROTECTIVE ORDER AND AFFIDAVIT OF MICHAEL COHN SUPPORTING PLAINTIFFS' RENEWED MOTION FOR PROTECTIVE ORDER**

On June 21, 2007 Plaintiffs filed their *Renewed Motion for Protective Order* and *Affidavit of Michael Cohn in Support of Plaintiffs' Renewed Motion for Protective Order*. The *Certificate of Service* on these documents incorrectly referenced plaintiffs' *Motion for Sanctions.* This **Corrected Certificate of**

**Service** is being filed to inform the court and defendant of this error.

The correct Certificate of Service should read as follows:

For Plaintiffs' Renewed Motion for Protective Order the Certificate of Service should read:

*CERTIFICATE OF SERVICE*
I hereby certify that on June 21, 2007 a copy of the foregoing **PLAINTIFFS' RENEWED MOTION FOR PROTECTIVE ORDER** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.
s/ Michael Cohn

For the Affidavit of Michael Cohn in Support of Plaintiffs' Motion for Protective Order the Certificate of Service should read:

*CERTIFICATE OF SERVICE*
I hereby certify that on June 21, 2007 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR PROTECTIVE ORDER**  was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.
s/ Michael Cohn


RESPECTFULLY SUBMITTED this 25th day of June, 2007.

        WEIDNER & ASSOCIATES, INC.
        Counsel for Plaintiffs


        /s/ Michael Cohn
        330 L Street, Suite 200
        Anchorage, AK  99501
        Phone (907) 276-1200
        Fax (907) 278-6571
        E-mail: nbackes@weidnerjustice.com
        ABA No. 8506049

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

*CERTIFICATE OF SERVICE*
I hereby certify that on June 25, 2007 a copy of the foregoing **PLAINTIFFS' CORRECTED CERTIFICATE OF SERVICE REGARDING PLAINTIFFS' RENEWED MOTION FOR PROTECTIVE ORDER AND AFFIDAVIT OF MICHAEL COHN SUPPORTING PLAINTIFFS' RENEWED MOTION FOR PROTECTIVE ORDER** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.
s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571