Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNOCAL CORPORATION, <br><br> Defendant. | Case No. 3:04-CV-0096-TMB |

**ERRATA TO REPLY IN SUPPORT OF RULE 37 ORDER COMPELLING DISCLOSURE/DISCOVERY**

INTRODUCTION

On page 2 of plaintiffs' Reply, where it now reads "(see Exhibit 1, pg. 2 of defendant's Opposition)" should read: **"(see Exhibit I, pg. 2 to defendant's Opposition)".**

RESPECTFULLY SUBMITTED this 28th day of June, 2007.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs


/s/ Michael Cohn
330 L Street, Suite 200
Anchorage, AK  99501

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

1

```
                    Phone (907) 276-1200
                    Fax (907) 278-6571
                    E-mail:  nbackes@weidnerjustice.com
                    ABA No. 8506049
```

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2007 a copy of the foregoing **ERRATA TO REPLY IN SUPPORT OF RULE 37 ORDER COMPELLING DISCLOSURE/ DISCOVERY** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

```
                    /s/ Michael Cohn
```

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571