1   John B. Thorsness, Esq.
2   Linda J. Johnson, Esq.
    CLAPP, PETERSON, VAN FLEIN,
3   TIEMESSEN & THORSNESS, LLC
    711 H Street, Suite 620
4   Anchorage, Alaska  99501
    (907) 272-9272
5   usdc-anch-ntc@cplawak.com
    Attorneys for Defendant Unocal Alaska
6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                      FOR THE DISTRICT OF ALASKA

11   LAWRENCE H. GROVE, CYNTHIA
     GROVE, SARAH GROVE, and MICHAEL
12   GROVE (DOB 1/21/88) by and through his
     father LAWRENCE H. GROVE,
13
14                  Plaintiffs,
15      vs.                                      Case No. 3:04-cv-0096-TMB
16   UNOCAL CORPORATION,
17
                    Defendant.
18

19
                 **MOTION FOR PARTIAL SUMMARY JUDGMENT**
20               **ON PUNITIVE DAMAGES**

21          Defendant Unocal Corporation moves for partial summary judgment on

22   Plaintiffs' claim for punitive damages, pursuant to Fed. R. Civ. P. 56.  This motion

23   is supported by the memorandum in support filed herewith.

24
     #
25

26
     Motion for Partial Summary Judgment on Punitive Damages
     *Grove v. Unocal* 3:04-cv-0096-TMB
     Page 1 of 2

1

DATED at Anchorage, Alaska, this ____29th____ day of June 2007.

2

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

3

4

s/ John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC

5

6

711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631

7

Fax:  (907) 272-9586
Direct email:  jtb@cplawak.com
Alaska Bar No. 8211154

8

9

10

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

11

12

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC

13

14

711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631

15

16

Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

17

18

19

Certificate of Service

20

I hereby certify that on June 29, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

21

22

s/ Linda J. Johnson

23

24

25

26

Motion for Partial Summary Judgment on Punitive Damages
*Grove v. Unocal*  3:04-cv-0096-TMB
Page 2 of 2