John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>            Plaintiffs,<br><br>    vs.<br><br>UNOCAL CORPORATION,<br><br>            Defendant. | Case No. 3:04-cv-0096-TMB |

**(Proposed)**
**ORDER ON MOTION FOR PARTIAL SUMMARY JUDGMENT**
**ON PUNITIVE DAMAGES**

The court having considered defendant's Motion for Partial Summary Judgment

on (Plaintiffs' claim for) Punitive Damages, and any opposition thereto,

IT IS HEREBY ORDERED that defendant's motion is GRANTED.  Plaintiffs'

punitive damages claim must be dismissed.

Order on Motion for Partial Summary Judgment on Punitive Damages
*Grove v. Unocal*  3:04-cv-0096-TMB
Page 1 of 2

1   DATED at Anchorage, Alaska this _____ day of _____ 2007.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

### Certificate of Service

I hereby certify that on June 29, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

<u>s/ Linda J. Johnson</u>

Order on Motion for Partial Summary Judgment on Punitive Damages
*Grove v. Unocal*  3:04-cv-0096-TMB
Page 2 of 2