```
                                                            Page 1
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF ALASKA AT ANCHORAGE

 3     _____

 4     LAWRENCE H. GROVE, ET AL.,        )
                                         )
 5                Plaintiffs,            )
                                         )
 6       vs.                             )
                                         )        COPY
 7     UNOCAL CORPORATION,               )
                                         )
 8                Defendant.             )

 9     _____

10     Case No. A-04-0096 CV (JKS)

11

12

13     _____

14          VIDEOTAPED DEPOSITION OF PAUL CRAPPS

15     _____

16                  March 3, 2006
                    11:00 a.m.
17

18          Taken by Counsel for Plaintiffs
                          at
19              330 L Street, Suite 200
                   Anchorage, Alaska
20

21

22                                       HD 4pm
                                         6200-1
23                                       MAR 2 1 2006

24

25
```

PACIFIC RIM REPORTING   907-272-4383
www.courtreportersalaska.com

EXHIBIT ___1___
PAGE ___1___ OF ___3___

Page 101

1  A. No.
2  Q. Where was the storage area that the plank was
3  stored in?
4  A. As you come into the entrance of the penthouse,
5  there is a big open shaft. I would almost -- it is
6  like, almost like a crawl space, and I just slid it in
7  there.
8  Q. Have you ever seen this document?
9  A. Yes.
10 Q. And what is this?
11 A. This is a schematic from the penthouse of the
12 Unocal building.
13     MR. COHN: Can we mark this as the next
14 exhibit?
15     (Exhibit No. 14 marked.)
16 Q. Could you first identify where the filter room
17 is?
18 A. I would say access door -- access door would be
19 right here. That's the door going into the filter room.
20 So that would be the filter room.
21 Q. Could you put just a one next to it?
22 A. Right here? Just a one?
23 Q. Yeah. So where you placed the one, that would be
24 right where the door is inside the filter room?
25 A. Yes.

Page 102

1  Q. And could you indicate on here where, first of
2  all, where the plank was stored?
3  A. Probably there is an empty room. It is either
4  here -- it's in this area right here. There is a
5  concrete kind of pad here. This is showing
6  mechanical --
7  Q. Just put a big circle there and write a number
8  two. That would be the approximate area where the plank
9  was stored?
10 A. Yes.
11 Q. And you indicated there was a trash can -- well,
12 before we get to that. How difficult is it to move that
13 12-foot plank from the filter room to the storage area,
14 because you have been up there. Is it like --
15 A. It's a little bit of a maze, yeah.
16 Q. You have to maneuver around corners?
17 A. Yeah, but I mean it is not impossible.
18 Q. Did you carry it yourself or did you have
19 somebody else help you?
20 A. No, I carried it myself.
21 Q. Where was the trash can that the brackets and
22 remaining pieces were thrown away?
23 A. Right inside the door as you come in. There is
24 two doors, so right here.
25 Q. So can you just put a three there. So that would

Page 103

1  be the area -- where you marked the three is where the
2  brackets and the nuts and bolts, and if there were any
3  washers, were thrown away?
4  A. Yes.
5  Q. And that's fairly close to where the plank was
6  stored?
7  A. Yes.
8  Q. And when did you have an opportunity to review
9  this particular document?
10 A. When I started as the building services
11 coordinator.
12 Q. That's after you became a Unocal employee?
13 A. Yes.
14 Q. So before that, you wouldn't have had --
15 A. Access, no.
16 Q. I just want to blow this up just to identify for
17 the videographer exactly where you indicated. If you
18 can point out number one where the filter room is. And
19 number two, where the plank was stored. You got number
20 two. And that also probably has number three in the
21 picture where the trash can was where the parts were
22 discarded.
23     Do you know if the trash can was just thrown into
24 regular garbage afterwards?
25 A. Yeah.

Page 104

1  Q. Now, have you had discussions with anyone about
2  the Larry Grove accident other than your attorneys?
3  A. Discussions? Legal or just -- there was mention
4  of what had happened with other -- the other Siemens
5  employees, the other maintenance guys that came on, but
6  nothing legal, but just that he was hurt and stuff like
7  that.
8  Q. You mean you had discussions with other Siemens
9  people who came to service the filter room after?
10 A. Yes.
11 Q. Did you have discussions with Mr. Tabler, for
12 example, Kevin Tabler?
13 A. Not that I can recall, no.
14 Q. And how many -- did you talk to Roseanne Sinz
15 about this? How many conversations have you had with
16 Roseanne Sinz regarding the accident?
17 A. I don't know. She was my supervisor at that
18 point, so I couldn't put a number on it. It was, you
19 know, it was quite an issue after OSHA came of what had
20 happened, so it was probably a lot of meetings or
21 discussions about it.
22 Q. There were meetings or discussions about the
23 accident?
24 A. Just about everything leading up to -- everything
25 that -- with the OSHA investigation.

```
                                              Page 121
 1          MR. THORSNESS: We are not going to sit here
 2   and listen to you accuse him of this.
 3          MR. COHN: I'm not accusing him of anything.
 4          MR. THORSNESS: Let's go. We're out of
 5   here.
 6          MR. COHN: Good-bye, John. Would you like
 7   your witness to sign his affidavit -- sign his
 8   deposition or not, John? Good-bye, John.
 9          VIDEOGRAPHER: Off record?
10          MR. COHN: No, we're not off record yet.
11   Mr. Thorsness has decided to leave the deposition and
12   abruptly get up and walk out with the witness before
13   this deposition has been concluded.
14          I am taking the position that I have not
15   finished this deposition and have the right to redepose
16   Mr. Crapps at a later date.
17          Mr. Thorsness's actions were uncalled for
18   and, therefore, this deposition is not yet concluded.
19          I would like a copy of the transcript myself
20   and the videotape. And I thank you. And that's it.
21          VIDEOGRAPHER: Off record 2:37 p.m.
22          (Proceedings concluded at 2:37 p.m.)
23             (Signature reserved.)
24
25
```