**Joseph d. Balser, PH. D.**
**Mechanical Engineer/Metallurgist**
**510 Escondido Circle**
**Livermore, CA. 94550**
**(925) 455-0418**   (phone & fax)

---

November 9, 2006

Michael Cohn, Esq.
Phillip Paul Weidner and Associates
330 L Street, Suite 200
Anchorage, AK 99501

RE: Grove, et al., v. UNOCAL, Case # A04-0096 CV
Man Platform Collapse – Bolt Fracture Report

Dear Mr. Cohn,

My understanding of the incident that led to Mr. Grove's injuries is that on September 9, 2002, Mr. Grove was replacing air filters of an air conditioning system in a Unocal Building in Anchorage. In order to replace the upper filters, he was standing on an elevated Man Platform attached to the sides of the air conditioner approximately 8 feet above the floor. The platform collapsed causing Mr. Grove to fall to the floor resulting in injury.

The Man Platform was constructed from approximately 3"x 3" perforated angle iron support frames of unknown thickness attached to the side of the air conditioner using self tapping screws. The perforated slots in the angle sections were described to me as being approximately 3/8 inch wide slots of varying lengths and rounded at the ends of each slot. On the horizontal members of this angle iron structure, a wooden plank provided the working platform on which Mr. Grove was standing. The plank dos not appear to have been anchored to the support beams of the angle iron structure. From the photographs provided by you and reportedly taken by Mr. Grove, there did not appear to be a protective railing associated with this Man Platform.

From the photographs, it appears that the vertical members of the angle iron support remained in place as attached to the side of the air conditioner. The ends of these vertical members appear to be un-deformed where the horizontal members attach to the vertical members. For the horizontal angle section that separated, it appears that the joint of the horizontal to vertical member separated without loading of the angle members causing any structural deformation of the support. Therefore, the joint failure appears to be a fastener failure. It is evident from the photographs that two bolts were used to secure each joint for those joints still remaining in these post-accident photographs. However, the number of bolts in the failed joint that secured the joint at the time it failed cannot be ascertained with certainty. The weight loading of this joint appears to be due only to the weight of the user plus any items that he might carry onto the working platform.

EXHIBIT 3
PAGE 1 OF 6

Mr. Grove reportedly collected a number of fastener related items from the floor area of the accident scene a short time after the accident. These items are identified as Exhibit 16 items to his deposition. It is noted that only one fractured bolt and one square nut were collected by Mr. Grove in his Exhibit 16 collection of items. Four ¾ inch OD by 5/16 inch ID flat washers were also present in this collection of fastener items. The collection of only one fracture bolt may indicate that only one bolt secured the subject joint at the time of the accident. It was also noted that the square nut did not contain the a fragment of the fractured bolt which suggests that the square nut may have been separated from the bolt prior to the fracture of the bolt within the joint. The fractured bolt was noted to be ¼ - 20 round head cap screw that was significantly rusted on its entire surface including on the fractured bolt surface itself. The use of a common round head cap screw as a fastener for the platform structural joint which is of small diameter (1/4 inch) and with a single square nut and flat washers is inappropriate for a structural man bearing joint. The cap screw will not allow preloading of the joint by the application of suitable torque on the bolt. Furthermore, the square nut of NC thread is inferior due to a lack of thread length for engagement at high preloads for a structural joint. The use of "Nylock" hex nuts or lock washers would be expected in a structurally sound joint, especially in joints that are attached to a structure that is subjected to vibration such as an air conditioner. The fractured bolt and the square nut did not contain any markings as to strength grade indicating that high strength fasteners were not being used.

The examination of the subject bolt from Exhibit #16 was required to determine the fracture mode of the bolt. For this examination, the rust coating of the fracture surface needed to be removed in a non-destructive manner so that the fracture morphology could be examined in a scanning electron microscope. A metallurgical protocol was proposed for this examination in my Protocol of February 16, 2006. The examination of this bolt fracture was conducted on July 25, 2006 at Anamet, Inc. Laboratories in Hayward, California. Also present at the examination was Dustin A. Turnquist of Engineering Systems, Inc.. The bolt from Exhibit 16 as well as fractured bolt found at the air conditioner location during later site inspections were cleaned and examined in the SEM for fracture mode determinations.

Three separate collections of various fasteners and associated hardware were submitted for examination. The exhibit 16 items collected by Mr. Grove as well as two other collections identified as Group I and Group II were cataloged as individual items as shown in the attached list. The Group I and Group II items were collected from the floor of the North and South Filter Rooms in subsequent site inspections following the disassembly of the Man Platform from the air conditioner. From the wide array of items submitted, the experts agreed to focus the fractography inspection to only four fractured bolts. The first bolt (#7) was from the Exhibit #16 items, and the other fractured bolts were from the Group I items identified as Items 39, 40 and 41.

The bolt fractures were successfully cleaned of rust so that detailed optical photographs could be taken of the fracture surfaces, and subsequently examined and photographed in the Scanning Electron Microscope for fracture morphology. The fractured bolt from Exhibit #16 clearly exhibited a simple sheared cross section. The

EXHIBIT 3
PAGE 2 OF 6

other bolt fractures from Group I contain mixtures of shear and tensile fractures and evidence of reverse bending loading. Since these bolts are most likely to be associated with the dis-assembly of the platform, these tortured fractures are likely to be due to the brute force overloading of the joints during the dis-assembly. Also, the platform joints would not be expected to subject the joint bolts to reverse bending in their normal use of supporting a man on the working platform. The fracture morphologies of all four of these bolt fractures contain internal microstructural delaminations of the matrix metal that has become obvious on the fracture surfaces by being opened up by the deformation of the bolts during fracture. The presence of an number of delaminations are good indicators of a poor, non-structural steel being used for these bolts. Clearly, they are of low strength and should not be used in a structural application.

The shear fracture of the bolt from Exhibit #16 is consistent with the bolt failure to be expected in a loose joint on the platform. A loose joint is most likely to have caused the bolt to be heavily loaded in a shear loading, since the loose joint has lost its preload, shifting the entire joint load to the bolts in shear. The presence of the square nut of Exhibit #16 being found without a broken bolt fragment still threaded into the nut is a strong indicator that the nut was not only loose on the fastener, but was likely completely detached from the bolt prior to the collapse leaving a loose joint to bear the weight of Mr. Grove.

The low strength steel bolts utilized in this construction is a strong contributer to this joint failure, but so is the use of small diameter bolts and using cap head cap screws instead of hex head bolts that can be torqued to higher levels providing a stronger clamping force across the joint and a reduction of the shear loading on the bolts. Both the platform design and materials selections used in this man-platform were improper.

Respectfully Submitted,

_____
Joseph d. Balser, PH. D.

EXHIBIT 3
PAGE 3 OF 6

| ID # | Location | Type | Lentgh (in) | OD (in) | ID (in) |
|---|---|---|---|---|---|
| 1 | Ex #16 | Square Nut | -- | 0.425 | 0.205 |
| 2 | Ex #16 | Flat Washer | -- | 0.750 | 0.312 |
| 3 | Ex #16 | Flat Washer | -- | 0.750 | 0.312 |
| 4 | Ex #16 | Flat Washer | -- | 0.750 | 0.312 |
| 5 | Ex #16 | Flat Washer | -- | 0.750 | 0.312 |
| 6 | Ex #16 | Round Head Cap Screw | 0.490 | 0.243 | -- |
| 7 | Ex #16 | Round Head Cap Screw | 0.236 | 0.242 | -- |
| 8 | Ex #16 | Round Head Cap Screw | 0.760 | 0.244 | -- |
| 9 | Group II | Flat Washer | -- | 0.558 | 0.244 |
| 10 | Group II | Flat Washer | -- | 0.558 | 0.245 |
| 11 | Group II | Flat Washer | -- | 0.884 | 0.365 |
| 12 | Group II | Slotted Pan Head Tapping Screw | 0.725 | 0.185 | -- |
| 13 | Group II | Slotted Pan Head Tapping Screw | 0.660 | 0.240 | -- |
| 14 | Group II | Slotted Pan Head Tapping Screw | 0.990 | 0.251 | -- |
| 15 | Group II | Slotted Pan Head Tapping Screw | 0.708 | 0.241 | -- |
| 16 | Group II | Slotted Flat Head Machine Screw | 0.427 | 0.245 | -- |
| 17 | Group II | Hex-head Machine Screw | 0.985 | 0.238 | -- |
| 18 | Group II | Round Head Cap Screw | 0.749 | 0.242 | -- |
| 19 | Group II | Round Head Cap Screw | 1.462 | 0.243 | -- |
| 20 | Group II | Hex Washer Head Tapping Screw | 1.508 | 0.210 | -- |
| 21 | Group II | Spring | -- | -- | -- |
| 22 | Group II | Spring | -- | -- | -- |
| 23 | Group II | Spring | -- | -- | -- |
| 24 | Group II | Spring | -- | -- | -- |
| 25 | Group II | Spring | -- | -- | -- |
| 26 | Group II | Nail | 1.568 | -- | -- |
| 27 | Group II | Gasket | -- | 5.462 | 4.910 |
| 28 | Group I | Slotted Pan Head Tapping Screw | 0.683 | 0.241 | -- |
| 29 | Group I | Slotted Pan Head Tapping Screw | 0.690 | 0.184 | -- |
| 30 | Group I | Slotted Pan Head Tapping Screw | 0.690 | 0.184 | -- |
| 31 | Group I | Slotted Pan Head Tapping Screw | 0.690 | 0.184 | -- |
| 32 | Group I | Slotted Pan Head Tapping Screw | 0.690 | 0.184 | -- |
| 33 | Group I | Slotted Pan Head Tapping Screw | 0.690 | 0.184 | -- |
| 34 | Group I | Slotted Pan Head Tapping Screw | 0.690 | 0.184 | -- |
| 35 | Group I | Slotted Pan Head Tapping Screw | 0.690 | 0.184 | -- |
| 36 | Group I | Slotted Pan Head Tapping Screw | 0.605 | 0.164 | -- |
| 37 | Group I | Slotted Pan Head Tapping Screw | 0.605 | 0.164 | -- |
| 38 | Group I | Slotted Pan Head Tapping Screw | 0.605 | 0.164 | -- |
| 39 | Group I | Round-head Self-tapping Screw | 0.145 | 0.240 | -- |
| 40 | Group I | Hex Nut/Broken Screw | -- | 0.434 | 0.230 |
| 41 | Group I | Hex Nut/Broken Screw | -- | 0.435 | 0.241 |
| 42 | Group I | Hex Nut | -- | 0.434 | 0.205 |
| 43 | Group I | Square Nut | -- | 0.435 | 0.204 |
| 44 | Group I | Flat Washer | n/a | 0.740 | 0.318 |
| 45 | Group I | Flat Washer | n/a | 0.737 | 0.317 |
| 46 | Group I | Flat Washer | n/a | 0.752 | 0.312 |
| 47 | Group I | Flat Washer | n/a | 0.736 | 0.314 |
| 48 | Group I | Flat Washer | n/a | 0.565 | 0.250 |
| 49 | Group I | Flat Washer | n/a | 0.562 | 0.250 |
| 50 | Group I | Split Washer | n/a | 0.480 | 0.258 |

EXHIBIT 3
PAGE 4 OF 6

| Thread | Thickness (in.) | Comments |
|---|---|---|
| 20/in | -- | |
| -- | 0.064 | |
| -- | 0.078 | |
| -- | 0.064 | |
| -- | 0.068 | |
| 20/in | -- | |
| 20/in | -- | fractured |
| 20/in | -- | |
| -- | 0.050 | |
| -- | 0.055 | |
| -- | 0.085 | |
| 0.075 per rev. | -- | |
| 0.085 per rev. | -- | |
| 0.092 per rev. | -- | |
| 0.065 per rev. | -- | |
| 20/in | -- | |
| 20/in | -- | |
| 20/in | -- | |
| 20/in | -- | |
| 0.090 per rev. | -- | |
| -- | -- | 0.102 dia. Wire |
| -- | -- | 0.102 dia. Wire |
| -- | -- | 0.102 dia. Wire |
| -- | -- | 0.102 dia. Wire |
| -- | -- | 0.102 dia. Wire |
| -- | -- | 0.078 dia. |
| -- | 0.060 | |
| 0.065 per rev. | -- | |
| 0.052 per rev. | -- | |
| 0.052 per rev. | -- | |
| 0.052 per rev. | -- | |
| 0.052 per rev. | -- | |
| 0.052 per rev. | -- | |
| 0.052 per rev. | -- | |
| 0.066 per rev. | -- | |
| 0.066 per rev. | -- | |
| 0.066 per rev. | -- | |
| 20/in | -- | |
| ? | 0.188 | |
| 20/in | 0.188 | |
| 20/in | 0.188 | |
| 20/in | 0.181 | |
| n/a | 0.064 | |
| n/a | 0.068 | |
| n/a | 0.059 | |
| n/a | 0.062 | |
| n/a | 0.051 | |
| n/a | 0.058 | |
| n/a | 0.072 | |

EXHIBIT 3
PAGE 5 OF 6

other bolt fractures from Group I contain mixtures of shear and tensile fractures and evidence of reverse bending loading. Since these bolts are most likely to be associated with the dis-assembly of the platform, these tortured fractures are likely to be due to the brute force overloading of the joints during the dis-assembly. Also, the platform joints would not be expected to subject the joint bolts to reverse bending in their normal use of supporting a man on the working platform. The fracture morphologies of all four of these bolt fractures contain internal microstructural delaminations of the matrix metal that has become obvious on the fracture surfaces by being opened up by the deformation of the bolts during fracture. The presence of an number of delaminations are good indicators of a poor, non-structural steel being used for these bolts. Clearly, they are of low strength and should not be used in a structural application.

The shear fracture of the bolt from Exhibit #16 is consistent with the bolt failure to be expected in a loose joint on the platform. A loose joint is most likely to have caused the bolt to be heavily loaded in a shear loading, since the loose joint has lost its preload, shifting the entire joint load to the bolts in shear. The presence of the square nut of Exhibit #16 being found without a broken bolt fragment still threaded into the nut is a strong indicator that the nut was not only loose on the fastener, but was likely completely detached from the bolt prior to the collapse leaving a loose joint to bear the weight of Mr. Grove.

The low strength steel bolts utilized in this construction is a strong contributer to this joint failure, but so is the use of small diameter bolts and using cap head cap screws instead of hex head bolts that can be torqued to higher levels providing a stronger clamping force across the joint and a reduction of the shear loading on the bolts. Both the platform design and materials selections used in this man-platform were improper.

Respectfully Submitted,

*Joseph d. Balser*
Joseph d. Balser, PH. D.

EXHIBIT 3
PAGE 6 OF 6