IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and
MICHAEL GROVE (DOB 1/21/88)
by and through his father
LAWRENCE H. GROVE,

    Plaintiffs,

vs.

UNOCAL CORPORATION,

    Defendant.
_____/
Case No. A04-0096 CV(JKS)



RECEIVED APR 2 5 2005

**VIDEOTAPED DEPOSITION OF LAWRENCE H. GROVE**

Pages 1 - 158, inclusive

Friday, November 12, 2004, 10:42 a.m.

Anchorage, Alaska



**Alaska Stenotype Reporters**
511 West Ninth Avenue
Anchorage AK 99501-3520
*Serving Alaska Since 1953*

Rick D. McWilliams, RPR, Ret.
Fred M. Getty, RPR, Ret.

Telephone 907.276.1680
Email AkSteno@aol.com
Fax 907.276.8016

EXHIBIT 4
PAGE 1 OF 6

Page 73

1  who attended to this job site, or were -- was it --
2     A.  On Unocal, it was primarily me, because I
3  got asbestos-awarement [as spoken] training.  They
4  have some asbestos issues there.  And in order to work
5  above the ceiling or in an area where there was --
6  ACMs were present, someone had to be certified to do
7  that type of work.  So there wouldn't be any problems.
8     Q.  And so you were the only one that you -- are
9  you the only Siemens guy who's -- the only union guy
10 who's asbestos trained?
11    A.  At that point I was, yes.
12    Q.  Do you remember the -- the first time you
13 went to this job site?
14    A.  Not very -- I mean I remember about when,
15 but not the exact date or time or what the reason was.
16    Q.  You said about five years ago --
17    A.  About five years ago.
18    Q.  -- when you -- when started with Siemens in
19 '99, right?
20    A.  Uh-huh.
21    Q.  Do you remember who you reported to, for
22 example?
23    A.  Yes.  Charles Arnett.  He was -- he worked
24 under Eddie --
25    Q.  Barratt?

Page 74

1     A.  Barratt, yes.  Charles worked under Eddie,
2  and Eddie, I think, was the building manager or
3  coordinator.  I don't know his exact title.  He's a...
4     Q.  Was it -- now, before you started at this
5  job site, was there someone else for Siemens doing
6  that, doing the job?
7     A.  Yeah.  Siemens done work there for some
8  years prior --
9     Q.  Right.
10    A.  -- to me coming to work there, yeah.
11    Q.  According to the -- to the contract, it
12 looks like the predecessor, Landis, had been doing
13 work there since '94 at least.
14    A.  They have.  And I know that Honeywell has
15 been in there.  And I don't know what other mechanical
16 contractors have been in the building.  But the
17 building has been there since 1969 or '70 so...
18    Q.  Right.  Yeah.  It's -- it's been there a
19 while.
20    A.  Honeywell did the initial install for the
21 pneumatic control and environmental system, so I know
22 they were in there for a while, too, so...
23    Q.  Did -- did you ever talk to the guy who was
24 doing the same work that you started to do at Unocal
25 when you took over?

Page 75

1     A.  No.
2     Q.  Do you know who this guy is?
3     A.  There were two other employees.  Jeez, I
4  don't think I have seen Dan Hartman for years.  And
5  there was another gentleman.  I can't recall his name.
6     Q.  These were Siemens employees who you think
7  may have been performing HVAC services on behalf of
8  Siemens at Unocal before you started in '99?
9     A.  Yes.
10    Q.  Dan Hartman?
11    A.  Is one of them.  Robert Sprinkle, he worked
12 there; was formerly at Landis Gyr.  Robert Sprinkle is
13 an employee of -- of Siemens now.  I got him to come
14 over from Johnson to us.
15    Q.  Okay.
16    A.  But I -- I can't name everyone that was
17 there prior to me in there.
18    Q.  Okay.  No lead man that stands out in your
19 mind or a guy that was special trained in --
20    A.  At that point, they didn't have that large
21 of a service business, so they went through a lot of
22 different changes.  And they were more construction
23 orientated.  They did have a service department, but
24 they weren't focused on it a hundred percent like we
25 did.

Page 76

1     Q.  In 1999, when you physic- -- when you first
2  physically entered the building for Unocal, was that
3  the first time you had ever entered that building --
4     A.  Yes.
5     Q.  -- to do work for Siemens?
6     A.  Yes.
7     Q.  Okay.  Is that the first time that you ever
8  met Charles Arnett or Eddie Barratt?
9     A.  Yes.
10    Q.  And were these -- did you -- did you go to
11 these men and -- and say, I'm here to do work for
12 Siemens, take me to -- to where I need to go, and they
13 showed you around, that type of thing?
14    A.  Correct, yeah, to check in, sign in.  Let
15 them know what you're going to be doing.  If you
16 weren't familiar with it, they would take you to the
17 area and show you what was going on, and that was it.
18    Q.  So there wasn't any predecessor to you, for
19 example, that went to the job site with you and said,
20 this is what I have been doing for the past X number
21 of years?
22    A.  No.
23    Q.  This is how you should do it?
24    A.  No.
25    Q.  No one from Siemens went to that job site

EXHIBIT  4
PAGE  2  OF  6                Alaska Stenotype Reporters                22 (Pages 73 to 76)

Page 89

1  A.  Depends on the job.
2  Q.  Some have handrails, some don't.  Is that
3  right?
4  A.  Yes.
5  Q.  Okay.  Did the one at Unocal have handrails?
6  A.  No.
7  Q.  Did you -- you have already -- we have
8  already discussed that the -- the only purpose for
9  that scaffolding, in your opinion, was to change air
10 filters, right?
11 A.  (Witness nods head.)
12 Q.  You never --
13    THE REPORTER:  Is that a --
14    MR. COHN:  You got to --
15 BY MR. MARTIN:
16 Q.  Is that a yes?
17 A.  Yes.
18 Q.  Sorry.  Did you ever look at the -- the
19 mechanism that that scaffolding was -- was bolted to
20 the wall?
21 A.  No.  You don't have time to do that on every
22 job.  If you did that, you wouldn't get any work done.
23 Q.  Okay.  Did you -- did you ever have any
24 reason to suspect that that scaffolding was unsafe?
25 A.  No.  Because it's been there for so long, I

Page 90

1  figured that people were using it for years.
2  Q.  Now you have said that once or twice.  Your
3  understanding of the fact that you believe this
4  scaffolding has been there for some time is based on
5  conversations you've had with a number of people since
6  the accident, right?
7  A.  Yes.
8  Q.  Did you have any basis for believing how old
9  this scaffolding was when you first saw it?
10 A.  No.
11 Q.  Did you look at it, for example, and say,
12 man, that thing is old?
13 A.  No.
14 Q.  You didn't look at it and say, wow, that
15 looks shiny and brand-new?
16 A.  I have got a job-specific -- specific task,
17 no.
18 Q.  It was -- it was there.  It appeared to be
19 there for your use --
20 A.  Right.
21 Q.  -- to -- to change air filters?
22 A.  Correct.
23 Q.  That's all you know?
24 A.  That's all I know.
25 Q.  Okay.  And on September 9th, 2002, you were

Page 91

1  on that scaffolding, right?
2  A.  That's correct.
3  Q.  And it collapsed?  Is that what happened?
4  A.  Yes.
5  Q.  Okay.
6  A.  I -- well, I'll tell you what happened.  I
7  changed the bottom rows of filters as high as you can
8  go, and went up, got on the work platform, went to
9  reach out, and it collapsed.
10 Q.  Okay.  Had you ever been on there before
11 that day and felt that scaffolding might be wobbly or
12 anything of that nature?
13 A.  No.
14 Q.  Okay.  So it seemed safe up until that time?
15 A.  Up until that time, yes.
16 Q.  Did you ever have any reason to believe that
17 it was unsafe because it didn't have handrails?
18 A.  No.
19 Q.  Okay.  Did you write a letter to the
20 Department of Labor filing a formal complaint against
21 Siemens?
22    MR. COHN:  Can you show him the letter, and
23 can I see --
24    MR. MARTIN:  I will.
25    MR. COHN:  -- a copy of that.  I would like

Page 92

1  to see a copy of what you're --
2  BY MR. MARTIN:
3  Q.  Did you?
4  A.  Against Siemens?
5  Q.  Yes.
6  A.  I reported the accident, and I just filled
7  out the paperwork as the OSHA officer indicated.
8     MR. COHN:  I would like to see a copy of the
9  letter, please.
10    MR. MARTIN:  I can give you a copy when I'm
11 prepared to give you a copy.
12    MR. COHN:  I want to see a copy now.  If
13 you're going to make --
14    MR. MARTIN:  How do you even --
15    MR. COHN:  -- make that an exhibit --
16    MR. MARTIN:  -- know what I'm looking at?
17    MR. COHN:  Well, you're referring to a
18 letter.  I would like to see the letter.
19    MR. MARTIN:  I'm looking at something, but I
20 haven't decided that I want to enter it in as -- as an
21 exhibit yet.
22    MR. COHN:  Well, as matter of courtesy --
23    MR. MARTIN:  I -- I think you ought to
24 just -- I think you ought to just let me turn it over
25 when I will.  I'm going to do everything professional

EXHIBIT 4
PAGE 3 OF 6
Alaska Stenotype Reporters
26 (Pages 89 to 92)

### Page 109

1  in there to change the filters, get the job done, and
2  get on my next -- next task.
3      Q.  But the scaffolding was there for one
4  purpose and one purpose only, in your opinion?
5      A.  Yes.
6      Q.  And that was to change air filters?
7      A.  Change air filters.
8      Q.  Okay.  But you never inspected this
9  scaffolding?
10     A.  Not in detail.
11     Q.  Okay.
12     A.  I mean, you look at it, and you walk by it.
13     Q.  Just in passing?
14     A.  Yeah, just in passing.
15     Q.  Do you have any reason to believe that
16 anyone else ever inspected the scaffolding?
17     A.  I have no idea if it ever was.
18     Q.  Okay.
19     A.  What the safety stuff that Unocal provides,
20 I mean, before I could light a torch in the building,
21 hot -- have to get a hot permit.  We have to disarm --
22 Unocal had a pretty set thing.  I figured that they
23 keep up on their stuff.
24     Q.  Okay.
25     A.  Even before a generator test, you have to

### Page 110

1  notify everybody.  Before you can light a torch to
2  solder, you have to get a hot permit.  Before you can
3  do this, you got to talk to them and get -- you know,
4  so everybody knows what's going on.  You would think
5  that with all the safety procedures they have in
6  force, that wouldn't be an issue but...
7      Q.  How many -- how many times did you change
8  those air filters before this accident?  Three years'
9  worth --
10     A.  Five --
11     Q.  -- three times a year?
12     A.  Four times a year probably for the -- four
13 or five years.
14     Q.  Between '99 and 2002, before the accident?
15     A.  Yeah.
16     Q.  Four times a year for three years.  Is that
17 about right?
18     A.  According to contract.  And if we had to do
19 it more often, we would do it more often.
20     Q.  So you had probably been in that room at
21 least a dozen times before this accident.  Is that --
22     A.  Yeah.
23     Q.  -- fair to say?
24     A.  I would say that would be a good estimate.
25     Q.  And on each of those occasions, did you go

### Page 111

1  in alone or did you ever bring anyone else with you?
2      A.  Pretty much alone.  There's only -- not a
3  lot of room in there.
4      Q.  Did anyone else, other than you, go in
5  between 1999 and 2002, to your knowledge?
6      A.  There may have.  I -- you know, I work at
7  different places every day.  It's difficult for me to
8  recall every time I have been to one place.
9      Q.  Did anyone else for Siemens, to your
10 knowledge, any of your men, for example, go into the
11 filter room between 1999 and 2002?
12     A.  Probably.
13     Q.  Would that have been to change air filters,
14 or would that have been for some other reason?
15     A.  Yeah, change filters, maybe to check the
16 outside air dampers.  I had Charles in there one time.
17 He was handing filters up to me while I was changing
18 them.
19     Q.  Okay.
20         MR. COHN:  And to clarify by "Charles,"
21 which --
22         THE WITNESS:  Charles Arnett.
23         MR. COHN:  Okay.  Because you asked about
24 Siemens employees.
25         MR. MARTIN:  Right.

### Page 112

1  BY MR. MARTIN:
2      Q.  And then you switched to Charles.  That's
3  fine.  So you -- what you said, though, is that
4  perhaps another Siemens employee may have gone in
5  there between '99 and the time of this accident to
6  change the filters?
7      A.  Yeah.  I may have not been the guy doing it
8  all the time, but the majority of the time that was my
9  responsibility.
10     Q.  Most of the time you would do it.  So out of
11 those dozen times between '99 and the time of the
12 accident, you were the one performing the filter
13 service most of the time?
14     A.  Yes.
15     Q.  All right.  Was Charles Arnett in there on
16 more than one occasion?  Was that just one occasion
17 you can remember?
18     A.  That's the one that comes to my mind.  I'm
19 sure -- he's been in that building a lot longer than I
20 have.  I'm sure he would be in there before.
21     Q.  Right.  But with you between '99 and the
22 time of the accident?
23     A.  From what I can remember, he was handing me
24 some filters.  He just came up to see what was going
25 on.  I said, hey, how about handing me a couple

EXHIBIT  4
PAGE  4  OF  6
Alaska Stenotype Reporters
31 (Pages 109 to 112)

Page 113

```
 1  filters, you know, while you're down there. That was
 2  basically it.
 3         MR. COHN: Is that besides the first time
 4  when he showed you the room? I mean --
 5         THE WITNESS: Yeah. Besides the first time,
 6  yeah. You know, walk up. Here's the filter room.
 7  There it is. And they turn the light on.
 8  BY MR. MARTIN:
 9     Q. And on that first time, you -- he never
10  said -- he never said, there's the scaffolding to get
11  to the filters?
12     A. Yeah. Well, show me the filter room. And
13  get up on those and change the filters.
14     Q. Okay. Did he say anything else to you about
15  that scaffolding? Do you remember?
16     A. I don't recall anything like that.
17     Q. Nothing sticks out?
18     A. No.
19     Q. Did anyone else from Unocal ever talk to you
20  about the scaffolding, either in the filter room or
21  anywhere else --
22     A. No.
23     Q. -- before this accident?
24     A. No.
25     Q. No. Did you ever talk to anyone to -- who
```

Page 114

```
 1  works for Unocal before the accident about this filter
 2  room in general?
 3     A. Just to get it -- we cleaned it several
 4  times. Amazed. Basically needs to be brushed up and
 5  cleaned, get somebody up to do it.
 6     Q. Did you ever talk to them about any issues
 7  that came to your mind with regard to safety in
 8  this -- in this filter room?
 9     A. No, not that I can recall.
10     Q. Never talked to them about the scaffolding
11  before the accident --
12     A. No.
13     Q. -- the Unocal employees?
14     A. (Witness shakes head.)
15        MR. COHN: You shook your head again.
16        MR. MARTIN: No.
17        THE WITNESS: No. I'm sorry.
18  BY MR. MARTIN:
19     Q. Did any Unocal employees ever come to you at
20  any time in the performance of any of your HVAC duties
21  around Unocal and say, "We want to make sure you're
22  doing things safe. Here's what you should do"?
23     A. They explained what procedures I had to do,
24  if I had to solder or, you know, have to have a hot
25  permit or issues like that. But they never -- they
```

Page 115

```
 1  never gave me kind of like -- no, it's not like a
 2  safety thing about their building or anything like
 3  that.
 4     Q. They never sat you down -- you never sat in
 5  Eddie's office and -- and Eddie didn't hand you a
 6  manual and say, look, you need to rehearse this, you
 7  need that, this and that?
 8     A. No. No, never did.
 9     Q. And did he ever give you like a sketch of
10  the building and say -- and start pointing at
11  different rooms and say, these are different things
12  that you need to look out for, anything of that
13  nature?
14     A. Nothing that's -- no. We reviewed
15  blueprints and operation of maintenance manuals. And
16  I spent three months there when we were going through
17  the whole building, replacing valves that were
18  defective. I mean, part of the reason why some of it
19  didn't get done was because of the asbestos issues.
20  Okay? I had to get certified. I had to go to a class
21  and get fitted with a mask. A lot of the work had to
22  be done after hours with Charles, because if there was
23  an issue with ACMs, you know, we had to tape the area
24  off and take those kind of precautions.
25     Q. When you went into that filter room, did
```

Page 116

```
 1  you -- did you always put on a mask? Was that a room
 2  you had to wear a mask in?
 3     A. We were told there's no problem with the
 4  ACMs in that room.
 5     Q. Okay. Did -- did Dr. Geitz refer you to
 6  physical therapy?
 7     A. Yeah.
 8     Q. Okay.
 9     A. I went to -- actually, Dr. Nolan did. And
10  we did physical therapy. And it really inflamed my
11  ankle. And that's when I went down to my attending
12  physician and said, look. I mean, come help my ankle.
13  And then that's when he referred me to Dr. Geitz, to
14  get an -- an opinion there. And then they did an MRI
15  and that's where they found the -- the damage.
16     Q. Are you currently under any instructions to
17  perform any sort of home therapy or physical therapy
18  of any nature?
19     A. My orthotic. Basically the exercise, they
20  said. You know, do it until it bothers you.
21     Q. Yeah. Have you ever sued anyone before this
22  lawsuit?
23     A. No.
24     Q. Couple other worker's comp claims?
25     A. Back -- back injury. I slipped on the ice
```

EXHIBIT 4
PAGE 5 OF 6       Alaska Stenotype Reporters        32 (Pages 113 to 116)

Page 153

1  something that was preconceived.
2     Q. But would they -- would they look at the --
3  for example, would they use this newsletter and the
4  safety tips addressed in the newsletter as a protocol
5  for that particular meeting on any given month?
6        MR. COHN: Objection as to foundation.
7        THE WITNESS: I would say no. They never
8  picked a specific issue and said, you know, don't do
9  this. And when you're doing this, don't do that. But
10 I think they just read over it, you know, said
11 everybody would be safe and --
12 BY MR. MARTIN:
13    Q. They didn't say, okay, has everyone got a
14 copy of the newsletter this month? I want -- we want
15 to review this or that?
16    A. No.
17    Q. No, okay. And they weren't ever handed out
18 at the safety meetings, the newsletters?
19    A. Letters that I received came through the
20 mail.
21    Q. Okay. Did they ever hand out any other
22 literature at safety meetings?
23    A. Very little, if anything.
24    Q. And you don't remember signing lists, if you
25 attended?

Page 154

1     A. Not with Siemens. I know at Johnson
2  Controls, when we did, when they had a sign-in list.
3  They may have done it at Siemens. I just don't
4  recall. It's been five years there, and a lot of
5  things have happened. It's hard to remember every
6  day.
7     Q. Okay. You have not been back to Unocal
8  since September 10th, 2002?
9     A. I stopped one by -- one day to say hi to
10 Charles, and he asked me how I was doing. And that
11 was about it.
12    Q. That was in the front lobby?
13    A. Yes.
14    Q. Okay. Have -- have you talked with anyone
15 from Unocal, other than Charles, about this accident?
16    A. Not -- not particularly.
17    Q. No? Have you talked with anyone other than
18 management, in connection with this document here,
19 this -- did we mark this document, report of
20 occupational injury?
21       THE REPORTER: No.
22       MR. MARTIN: Okay. Let's -- let's go ahead
23 and mark that, if we could, as Exhibit D.
24       (Exhibit D marked.)
25 BY MR. MARTIN:

Page 155

1     Q. Have you talked with any other Siemens
2  employees about this accident?
3     A. I try not to. People ask me about it, and I
4  try not to be -- say too much about it. You have to
5  just be careful what you're doing. Don't get hurt.
6     Q. All right. Have you talked with any Siemens
7  employees since the accident about how the accident
8  happened?
9     A. Well, they know how the accident happened.
10    Q. "They" being what, employees in general?
11    A. Office gossip, I guess.
12    Q. Have you talked to any of your -- the guys
13 that worked with you or for you about how the accident
14 happened?
15    A. I mentioned it, yes.
16    Q. And did you mention scaffolding gave -- gave
17 way?
18    A. I just told them what took place, that
19 basically I was changing the filters. The platform
20 collapsed. And that's what happened to my leg. And,
21 you know, don't let it happen to yourself.
22    Q. Did Siemens hold any safety meetings, after
23 the accident, addressing these issues?
24    A. I wasn't --
25       MR. COHN: Objection on foundation.

Page 156

1  BY MR. MARTIN:
2     Q. Do you know? Did --
3     A. I'm not in the office. I have no -- no
4  idea.
5     Q. Okay.
6     A. If I -- if I'm not there, I can't give you a
7  yes or a no, because I don't know.
8     Q. You haven't been back to Siemens since the
9  accident to --
10    A. Stop in the office occasionally.
11    Q. But not to attend any safety meetings?
12    A. No. I never have been invited to any. They
13 may have some, but I haven't been informed of them or
14 invited.
15    Q. Have any employees talked to you about
16 what's gone on in any safety meetings --
17    A. No.
18    Q. -- since the accident?
19    A. No.
20       MR. MARTIN: No. Okay, Mr. Grove. Those
21 are all the questions I have. Thank you very much for
22 attending. Off record.
23       THE VIDEOGRAPHER: We are concluded at 1:52.
24       (Proceedings concluded
25        at 1:52 p.m.)

EXHIBIT 4
PAGE 6 OF 6    Alaska Stenotype Reporters    42 (Pages 153 to 156)