```
                                                                     Page 1
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF ALASKA

 3  _____

 4  LAWRENCE H. GROVE, CYNTHIA GROVE,        )
    SARAH GROVE and MICHAEL GROVE (DOB       )
 5  1/21/88) by and through his father       )
    LAWRENCE H. GROVE,                       )
 6                                           )
                 Plaintiffs,                 )      COPY
 7                                           )
    vs.                                      )
 8                                           )
    UNOCAL CORPORATION,                      )
 9                                           )    6200-1
                 Defendants.                 )
10  _____)

11  Case No. A04-0096 CV (JKS)
                                              ORIGINAL TO VBH
12                                           JBT, LJJ, VBH, PAW

13

14  _____

15        VIDEOTAPED DEPOSITION OF CHARLIE ARNETT

16  _____

17            Tuesday, April 26, 2006
                    9:30 a.m.
18

19         Taken by Counsel for Defendant
                        at
20  Clapp, Peterson, Van Flein, Tiemessen & Thorsness
              711 H Street, Suite 620
21                Anchorage, Alaska

22

23

24

25
```

Page 32

1  foundation.
2   A. I couldn't approve it. I would have to get word
3  from Unocal personnel that I reported to, and then I
4  would approve it.
5      But as far as on my own, no, I was not a Unocal
6  employee. I was not allowed to make such decisions.
7   Q. You said that you were in the filter room to look
8  at the louvers.
9   A. Uh-huh. That's correct.
10  Q. Do you recall ever going inside the filter room
11 while Larry Grove was actually changing the filters?
12  A. No.
13  Q. He has indicated that perhaps at one point you
14 stood in the filter room with him and handed him filters
15 as he was changing them. Do you recall doing that?
16  A. No, I don't recall doing that.
17  Q. Do you recall either a platform or scaffolding
18 inside the filter room?
19  A. No.
20  Q. Let me show you some -- first, I want to show you
21 -- this is very rattly and I apologize. This is a
22 schematic. Sorry.
23     We'll mark this in a minute. Have you ever seen
24 this schematic?
25  A. As far as any certain detail, no, but I do

Page 33

1  remember this. This is part of the building plans for
2  the Unocal building.
3   Q. So you saw this plan when?
4   A. I don't remember. Could have been several
5  different times. I mean, I had occasion to look at --
6  if we were having, say, an air issue problem or a
7  plumbing problem, I would have to pull out the building
8  plans and see if I could track down where certain
9  sections were.
10     That's the extent of it. I would only have to do
11 that if the service personnel couldn't find it or ran
12 into a problem.
13  Q. Do you recall whether the left-hand -- top
14 left-hand side of the schematic represents, at least a
15 semi-accurate drawing of what we are referring to as the
16 filter room?
17  A. Which part are you referring to as the filter
18 room?
19  Q. I would actually like to see if you can show me
20 what you think might be the filter room.
21     MR. COHN: Are you going to mark this as an
22 exhibit?
23     MS. JOHNSON: I will.
24  A. Okay. These are the outside louvers that I was
25 telling you about, this right here.

Page 34

1   Q. Okay.
2   A. These are filters.
3   Q. Do you want to mark -- since we're going to mark
4  this as an exhibit, do you want to mark that with an
5  "F"?
6   A. I mean I could, but it is right here. Filters
7  and manufactured -- that would be the filters there.
8  Roll filters, that's no longer there, or it was no
9  longer there when I was there.
10  Q. All right.
11  A. That was removed. And I know you are going to
12 ask. The reason it was removed is because I got
13 authorization from Unocal to have a set of HEPA filters
14 installed.
15  Q. When did you do that?
16  A. Oh, God. '95, maybe '96. That's wrong. '97,
17 because I was working for Eddie Barrett.
18  Q. Why did you ask that they be removed and replaced
19 by HEPA filters?
20  A. It was just an idea that I presented to them
21 because of the asbestos issue in the building.
22  Q. And it was helpful for the asbestos?
23  A. Yes. That ensured that if there was a release
24 anywhere in the building it would not get back into the
25 occupied areas.

Page 35

1   Q. Going back to the schematic -- this has already
2  been marked as Exhibit No. 14 in Paul Crapps'
3  deposition. There is a little "X" up here.
4      Do you recall right in front of this "X" here, is
5  that the entrance into the filter room?
6   A. Correct.
7   Q. And do you recall -- if you were to walk in
8  through this entrance, are you able to describe to us
9  what it would look like in there, from memory? I know
10 memories may be poor.
11  A. Well, the first thing I remember in that room is
12 it was dark. Then there was -- you could see a row of
13 filters to the left that looked like they went all the
14 way up.
15     To the right, there was a sheet metal encasement.
16 I believe that was the return air mixer. Then above
17 that was the louvers, which you could see because they
18 were always opened. You could see daylight coming in
19 through.
20  Q. I want to show you some photographs. These are
21 actually rather poor, and I apologize.
22     First, let's mark this as Exhibit No. 1.
23         (Exhibit No. 1 marked.)
24  Q. Exhibit No. 2 I would like to mark.
25         (Exhibit No. 2 marked.)

Page 40

1 aware?
2     MR. COHN: Objection; foundation.
3  A. No.
4  Q. Why do you think that you didn't do that?
5  A. There were times when he would come in and do
6 scheduled maintenance. There was times when I was
7 taking care of other projects in the building. I didn't
8 always have time to meet and greet everyone that came
9 in.
10  Q. How did he get in if you weren't at the front
11 desk?
12     MR. COHN: Objection; foundation.
13  A. How did he get in? He had a code to get in.
14  Q. And how do you know he had a code to get in?
15  A. I issued him the code.
16  Q. Did he also have a key?
17  A. I don't remember if he did or not. He may have.
18 I don't know.
19  Q. Did you issue keys as well?
20  A. I did when I started taking over some of Eddie
21 Barrett's duties, but prior to that, no.
22     MS. JOHNSON: Do you want to take a break?
23 Let's take a break.
24     THE WITNESS: Yeah. It's getting close.
25     VIDEOGRAPHER: Going off record. The time

Page 41

1 is 10:33.
2     (There was a short break.)
3     VIDEOGRAPHER: Back on the record. The time
4 is 10:45.
5  Q. I know you said that you don't recall seeing the
6 platform inside the filter room prior to the accident.
7 Do you recall anybody ever talking about the platform?
8  A. No.
9  Q. If the platform was there prior to the accident,
10 let's just assume that it was, and if there was a
11 problem with it, who would have been the person to
12 inspect that particular platform?
13  A. I would assume that I would have been instructed
14 to go up and have a look at it.
15  Q. How would that come to your attention?
16  A. Through the person I report to, Eddie Barrett, or
17 it could have been one of the service personnel.
18  Q. So if the service personnel reported it, who
19 would the service personnel report to?
20     MR. COHN: Objection; foundation.
21  A. Since I usually worked with them, probably me.
22  Q. Did you ever receive any sort of --
23  A. Uh-huh. Concerning the platform, no.
24  Q. No complaints about the platform prior to the
25 injury?

Page 42

1  A. Huh-uh. No.
2  Q. Did Larry Grove ever discuss with you how he
3 reached the top bank of filters while he was changing
4 the filters in that room?
5  A. Not that I remember, no.
6  Q. Do you recall if any person at Unocal ever
7 performed a building safety inspection?
8  A. Yeah. The only time that I knew of that would
9 have been -- a Unocal safety person would have been Kim
10 Burns.
11  Q. And do you specifically recall him doing a safety
12 inspection in the building?
13  A. Yeah. I don't remember when that was.
14  Q. Did you accompany him on any of his inspections?
15  A. Down in the basement, yes.
16  Q. Did you accompany him in the maintenance room on
17 the top floor?
18  A. I don't remember going with him up there, but
19 it's possible.
20  Q. Do you ever recall seeing any written findings by
21 Kim Burns?
22  A. The only thing I ever saw was things that he said
23 needed to be taken care of. Mostly house cleaning, I
24 understand, the basement areas being cluttered up.
25  Q. Do you recall what time period that was? Can you

Page 43

1 give me a year perhaps or who you were working for or
2 any sort of indication like that is fine.
3  A. Eddie Barrett.
4  Q. You were working for Eddie Barrett at the time?
5  A. Yeah.
6  Q. And when you saw these written findings and they
7 said that certain things needed to be done, did you
8 follow through on any of those items yourself?
9  A. Some of them, like some of the housekeeping, yes,
10 I did. But other parts, again, housekeeping, whether it
11 was furniture, things like that, we would bring someone
12 else in and general labor would take care of that.
13  Q. What kind of things did general labor do?
14  A. They would -- oh, move furniture or get rid of
15 some of the stuff that was no longer needed. Like I
16 say, general housekeeping duties, clearing the cluttered
17 areas up.
18  Q. Do you recall any specific structural issues that
19 Ken Burns might have identified?
20  A. I don't recall any.
21  Q. Do you recall seeing anything that he identified
22 up in the mechanical room?
23  A. No, not in the mechanical room.
24  Q. How about in the filter room, was there anything
25 specific in the filter room?

13 (Pages 40 to 43)

Page 136

1  Q. So you didn't think it was serious enough to
2  report?
3  A. No.
4      MR. COHN: Objection to the form of the
5  question.
6  Q. What type of injuries would you have reported?
7      MR. COHN: Objection; speculation.
8  A. I don't know.
9  Q. Did Peak have any sort of policy that you are
10 aware of that required you to report injuries?
11 A. They may have, but if they were, then it was not
12 explained to me.
13 Q. You had said that you returned to the Unocal
14 building in the spring of '03 to just greet some friends
15 that were there?
16 A. Yeah.
17 Q. Who specifically were you looking for?
18 A. Nobody in particular. I asked if a couple of
19 different people were there. Lynn Gord was one. I knew
20 her. A couple of people in the drilling department.
21 Q. I'm sorry. In the drilling department?
22 A. In the drilling department.
23 Q. Who would that be?
24 A. I don't remember who was there at the time.
25 Q. Anybody else that you were looking for just to

Page 137

1  chat with?
2  A. Kevin Tabler was one of them, I think.
3  Q. Kevin Tabler?
4  A. Yeah.
5  Q. How did you know him?
6  A. Through working at the building.
7  Q. Did you socialize with any of these people
8  outside of Unocal?
9  A. Outside of Unocal, no. At Unocal functions such
10 as barbecues or golf tournaments, things like that that
11 contractors were invited to, yes.
12     MS. JOHNSON: I don't have any other
13 questions.
14         RE-EXAMINATION
15 BY MR. COHN:
16 Q. Just a couple of follow-ups. Ken Burns, who you
17 indicated that you knew and that you indicated might
18 have done a safety inspection or two, there is a
19 document from him and it is Exhibit No. 8 to the Paul
20 Crapps deposition in which they describe an inspection
21 of the filter room that occurred in March of 2003. By
22 that date, you were gone from the building; is that
23 correct?
24 A. Correct.
25 Q. They showed you -- when you were shown pictures,

Page 138

1  which are Exhibit No. 2 to your deposition, if these --
2  I'm going to represent to you that these are pictures
3  that were taken in March of '03. So you would not have
4  been around the building at the time of these pictures?
5  A. Correct.
6  Q. But in any event, Ken Burns, which is entitled
7  "Notes Concerning Visits by State of Alaska OSHA
8  Inspectors compiled by Ken Burns, Drilling Safety
9  Advisor," one of the notes he writes here is, "It was
10 obvious from the structure that it had been erected many
11 years ago."
12     Would you have any reason to disagree with
13 Mr. Burns' statement?
14     MS. JOHNSON: Objection; foundation.
15 A. No.
16 Q. I noted -- when you came into the filter room
17 after Larry Grove was injured, were you more concerned
18 with Mr. Grove than with examining the structure? Would
19 that be fair to say?
20 A. Yes.
21 Q. In showing you this document, not necessarily for
22 the content, does that appear to be -- I don't know if
23 that would appear to be like if you used the intranet at
24 Unocal, whether that would be the font, the print that
25 would come out?

Page 139

1      MS. JOHNSON: Objection; foundation.
2  A. That I wouldn't know.
3  Q. In the OSHA investigation, in the narrative
4  compiled by the OSHA inspector, he said, in regard to
5  employer knowledge, "Unocal management acknowledged
6  during inspections, subsequent conversations with OSHA
7  safety officers that the platform has been in place for
8  years and years, probably back to the seventies."
9      Would you have any knowledge of who in Unocal
10 management would have provided that statement?
11     MS. JOHNSON: Objection; foundation.
12 A. Who would have provided that statement?
13 Q. Yes, or that information.
14 A. I do not know.
15 Q. Has anybody at Unocal management ever told you
16 that that platform had been there for years and years?
17 A. No.
18 Q. You haven't talked to Unocal management regarding
19 the accident?
20 A. No.
21     MR. COHN: I don't have any further
22 questions.
23     VIDEOGRAPHER: This concludes the deposition
24 of Charles Arnett. The time is 2:20.
25     (Proceedings concluded at 2:20 p.m.)

37 (Pages 136 to 139)