Page 1

```
IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF ALASKA


LAWRENCE H. GROVE, et al.,    )
                              )
          Plaintiffs,         )
                              )
vs.                           )
                              )
UNOCAL CORPORATION,           )
                              )
          Defendant.          )
_____)
Case No. A 04-0096 CV (JKS)
```

COPY

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: 5/25/06 NCK
Response Due:
Distribution: JB / ES / JSH  ORIGINAL SVBH

VIDEOTAPED DEPOSITION OF KENNETH BURNS

Pages 1 - 146
Tuesday, May 9, 2006
9:00 A.M.

at
WEIDNER & ASSOCIATES
330 L Street, Suite 200
Anchorage, Alaska

Page 44

1  put -- that looks like -- why did you put that in
2  quotes?
3      A.  Because that was the question I
4  specifically remembered, and I know what he was
5  after, to assign responsibility.
6      Q.  And it said, "No one knew the answer."
7  Then the next sentence, "It was obvious from the
8  structure that it had been erected many years ago."
9          Was that your -- was it obvious to you that
10 it had been erected many years ago?
11     A.  It looked like it had been erected some
12 time ago.  Many years ago might have been a little
13 exaggeration, but then maybe it might not have been.
14 It's obvious that it had been up there some time.
15     Q.  And what -- how could you tell that it was
16 obvious it had been up there some time?  What was it
17 about it that made that obvious to you?
18     A.  Dark, dingy area always kind of reminds you
19 of something that's been there for a long time.  It
20 was just an observation of mine that it looked like
21 this thing had been there awhile.  No one knew when
22 it was put up, no one knew who put it up, and that
23 was my observation.
24     Q.  Is that an observation based on your years
25 of experience and training?

Page 45

1      A.  That was my observation based on what I was
2  seeing at that time.
3      Q.  What did you see when you saw the
4  structure?  Do you recall?
5      A.  I saw --
6          MR. THORSNESS:  Excuse me.  Mike, for
7  vagueness, by structure, do you mean the scaffolding
8  or work platform?
9          MR. COHN:  Right.
10         MR. THORSNESS:  Thank you.
11 BY MR. COHN:
12     Q.  Well, let's start over.  That's a good
13 question.  Well, when you got up into the penthouse
14 and you go around the corner and you get to this room
15 and you open the door, or someone opens the door,
16 what's the first thing that you recall observing
17 inside the filter room?
18     A.  A very dimly lit room.
19     Q.  Did you yourself actually step into the
20 room?
21     A.  Stepping into it or standing near or on the
22 door frame is as far as I got, and only after the
23 OSHA inspectors went in.
24     Q.  Did you yourself ever inspect the -- when
25 we say the structure, now, the platform or scaffold

Page 46

1  that was in the room?
2      A.  No.  I observed the scaffold, platform in
3  the room but did not inspect it.
4      Q.  Have you ever looked at the bolts that were
5  affixed -- that affixed the platform to the wall?
6      A.  Only what is -- only what is shown in the
7  photographs that were taken.
8      Q.  Which photographs are you referring to?
9      A.  The ones that were attached to the OSHA
10 report.  And I have to say, I can't recall if the
11 bolts -- I think there is one picture that shows the
12 bolts, the connection.
13     Q.  When you say the photos, did you see the
14 actual photographs or --
15     A.  No, I did not.
16     Q.  What did you see?
17     A.  I saw what looks like a Xerox copy.
18     Q.  And when did you see the Xerox copies?  Was
19 this some of the documents that you've reviewed
20 before this deposition is what I'm --
21     A.  I did review some of those pictures, but I
22 think also I had seen them previously, because when
23 counsel showed them to me yesterday, I didn't really
24 look at them, but I had seen them before so I knew
25 what they were.  So if I got those documents

Page 47

1  previously, it was from Tracie Howard.
2      Q.  And who is Tracie Howard?
3      A.  She's the paralegal for Chevron.
4          MR. THORSNESS:  Mike, when you find a good
5  spot, let's take a break.
6          MR. COHN:  Yeah, why don't we take a break
7  now, then.  This is a good --
8          MR. THORSNESS:  Okay.
9          THE VIDEOGRAPHER:  Okay.  Going off record.
10 The time is 10:11.
11         (Recess held.)
12         (Exhibit 2 marked.)
13         THE VIDEOGRAPHER:  Okay.  Back on the
14 record.  The time is 10:24.
15 BY MR. COHN:
16     Q.  Going back to Exhibit 1.  Is there a reason
17 why -- why did you put that document together, the
18 notes of --
19     A.  I think a habit, just making notes when I'm
20 around OSHA, when I'm on inspections.  I didn't know
21 where this was going, but another reason I did it was
22 because I felt that the inspection procedure was not
23 in compliance with OSHA standards.
24     Q.  And tell me what you mean by that.
25     A.  From my recollection, Mr. Scanlon, the lead

14 (Pages 44 to 47)

```
                                          Page 144
 1      A.  Sure. Generally true, yes.
 2          MR. COHN:  I don't have any further
 3   questions.
 4          MR. THORSNESS:  No questions. Thank you.
 5          MR. COHN:  Okay. Thank you, Mr. Burns.
 6          THE WITNESS:  You're welcome.
 7          THE VIDEOGRAPHER:  This concludes the
 8   deposition of Ken Burns.  The time is 2:01.
 9          (Proceedings concluded at 2:01 p.m.)
10          (Signature reserved.)
11                   * * * * *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```