Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

---

LAWRENCE H. GROVE, CYNTHIA GROVE,    )
SARAH GROVE and MICHAEL GROVE (DOB   )
1/21/88) by and through his father   )
LAWRENCE H. GROVE,                   )
                                     )
        Plaintiffs,                  )
                                     )
vs.                                  )
                                     )
UNOCAL CORPORATION,                  )
                                     )
        Defendants.                  )

---

Case No. A04-0096 CV (JKS)

---

VIDEOTAPED DEPOSITION OF ROBERT SPRINKLE

---

Monday, April 24, 2006
9:24 a.m.

Taken by Counsel for Defendant
at
Weidner & Associates
330 L Street, Suite 200
Anchorage, Alaska

EXHIBIT  8
PAGE  1  OF 5

1  filters you remember putting a ladder up on the platform
2  itself?
3      A.  Yeah, sometimes, because I was about this much
4  too short.
5      Q.  "This much" being a couple of inches?
6      A.  Like a couple of inches, yes.
7      Q.  Did you ever have any problems with the platform
8  itself?
9      A.  No.  It never wasn't -- no, I didn't have a
10 problem.
11     Q.  Did it ever feel unstable to you?
12          MR. COHN:  Objection to form of the
13 question.
14     A.  Well, I just didn't like being in that little
15 tiny space as it was.  But, I mean, if it was that
16 unstable, I would have did different something or called
17 somebody.
18          No, I had no problem doing it.  It is just like I
19 said, there was so many of them, it was a lot of trips
20 up and down and in and out that little tiny door.  It
21 was always nicer to do it with two people so one could
22 grab and throw.
23     Q.  Did you ever do it with two people?
24     A.  Once in a while it would work out that there
25 would be somebody on site at the same time, but, you

1   Q.  From 2000 until September 2002, were you ever
2   inside the filter room?
3   A.  Like I said, I might have changed them once.
4   It's really hard to say because Larry did most all the
5   work at Unocal.
6       I remember I went down and calibrated all the
7   thermostats in the building with him.  It seems like I
8   might have changed them once, maybe twice, but I don't
9   remember exactly.
10      As a matter of fact, after going back there, I
11  don't really remember doing it maybe one time.  Like I
12  said, because Larry did almost the all the work there
13  because he was the primary in the building.
14      The only time I went down there, like him and I
15  changed the bearings in the big fan in back there one
16  weekend, because most of the work was all done by him,
17  like I said, because it was his building.
18      So I mean I might have did it once.  I can't say
19  for sure.
20  Q.  Do you recall whether you had to stand on the
21  platform again to change the filters?
22  A.  Yes.
23  Q.  Do you remember any problems with the platform at
24  that time?
25  A.  Not that I recall.  Like I said, if I felt that

Page 30

1  it was going to be a problem, I'm not going to push it.
2  I would do something else or I would have went and got
3  Charles and had him fix it.
4      Q.  How did you first meet Larry Grove?
5      A.  I was his apprentice at McDonald Miller in 1989.
6      Q.  He was the journeyman and you were the
7  apprentice?
8      A.  Yes, ma'am.
9      Q.  How long did you work for him as an apprentice?
10     A.  Until I went to Landis, he had quit before.  He
11 quit McDonald Miller and went to CR Lewis before I quit
12 McDonald Miller and went to Landis.
13         I was an apprentice the whole time that I knew
14 him at McDonald Miller.
15     Q.  Who did you apprentice for after he had left?
16     A.  Actually, most all the journeymen left and there
17 was Gordon and I and Joe Susewind were the only ones
18 left.  We were doing journeyman's work and being paid
19 apprentice wages.
20     Q.  Who is Gordon?
21     A.  Gordon Woodard.
22     Q.  Joe Susewind?
23     A.  Right.
24     Q.  It seems like there is a fairly small group of
25 journeymen who did this kind of work back in the day.

1   have gotten bigger and cheaper and smaller.  You know
2   what I'm saying.  Computer stuff changes with us too in
3   the controls.
4       Q.  As a salesman, is he part of the union?
5       A.  No.  They work -- the only people in our company
6   in the union are us service techs.  The rest of them are
7   all company, work for Siemens themselves.
8           MR. COHN:  I don't have any further
9   questions.
10          VIDEOGRAPHER:  This concludes the deposition
11  of Robert Sprinkle.  The time is 11:47.
12          (Proceedings concluded at 11:47 a.m.)
13                  (Signature waived.)
14                        -oOo-