```
                                                                    Page 1
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF ALASKA
 3  _____

 4  LAWRENCE H. GROVE, CYNTHIA    )
    GROVE, SARAH GROVE, and MICHAEL )
 5  GROVE (DOB 1/21/88) by and    )
    through his father LAWRENCE   )
 6  H. GROVE,                     )
                                  )
 7          Plaintiffs,           )
                                  )
 8      vs.                       )
                                  )
 9  UNOCAL CORPORATION,           )
                                  )
10          Defendant.            )
    _____)
11  Case No. A04-0096 CV (JKS)

12

13  _____
    VIDEOTAPED DEPOSITION OF LAWRENCE H. "LARRY" GROVE
14  _____

15
                     Pages 1 - 121
16             Thursday, December 15, 2005
                      9:21 a.m.
17
18        Taken by Counsel for Defendant
                        at
19   The Law Offices of Clapp, Peterson, Van Flein,
             Tiemessen & Thorsness, LLC
20            711 H Street, Suite 620
                 Anchorage, Alaska
21
22
23
24
25
```

PACIFIC RIM REPORTING   907-272-4383
www.courtreportersalaska.com

EXHIBIT 9
PAGE 1 OF 4

Page 56

```
 1    Q   Were the nuts and bolts on top of the
 2  scaffolding planks or underneath them?
 3        MR. WEIDNER:  Objection; vague.
 4    A   They were on the floor.
 5    Q   (By Mr. Thorsness) Okay.  Were they
 6  underneath the scaffolding planks or on top of
 7  them?
 8    A   On the concrete floor.  We moved the
 9  planks to get me out.  So anything that would have
10  been on top, would apparently fall to the floor.
11    Q   Okay.
12    A   All I can say -- they were on the floor.
13  That's all I can tell you.
14    Q   When you first saw them and you picked
15  them up, they were resting on the concrete floor?
16    A   Yes.
17        MR. WEIDNER:  Objection; vague.
18    Q   (By Mr. Thorsness) And when you say "we
19  moved the planks"; that would be you and
20  Mr. Arnett?
21    A   We had to move one so I could get out
22  the door.
23    Q   That would be you and Mr. Arnett?
24    A   Right.
25    Q   All right.  Thank you.  When you moved
```

Page 57

```
 1  that plank, do you recall whether or not there was
 2  anything, including nuts and bolts, on top of that
 3  plank that you moved?
 4    A   I know there wouldn't be because I was
 5  standing on them prior to them going down.  I
 6  would know if there was something on the planks.
 7    Q   Well, I understand your logic, I think,
 8  but my question is:  When you moved the plank so
 9  you could get out of the fan room, you and
10  Mr. Arnett, was there anything, including nuts and
11  bolts, sitting on top the planking?
12    A   Not that I could recall.
13    Q   Okay.  Exhibit 1, where is the door to
14  the fan room in relation to Exhibit 1?
15    A   The door would be right underneath here,
16  I think (indicating).
17    Q   Okay.  Right underneath what's shown
18  there?
19    A   Yes.
20    Q   Tell you what.  Take a pen and just draw
21  a door and an arrow in the direction of the door.
22    A   The top of the door would be --
23    Q   Go ahead and draw the top of the door,
24  if you want to.
25    A   This would be the top of the door and I
```

Page 58

```
 1  don't -- if I remember correctly.
 2    Q   Just keep drawing.  I'm going to get a
 3  better marker here.
 4        MR. WEIDNER:  Counsel, can we take a
 5  break?  We've been in session quite a while.
 6        MR. THORSNESS:  Sure.  Let's take a
 7  break.  Good time for one.
 8        THE VIDEOGRAPHER:  Off record 10:28.
 9        (Break taken.)
10        THE VIDEOGRAPHER:  We're on record
11  10:35.
12    Q   (By Mr. Thorsness) Okay.  Mr. Grove, do
13  you have any idea -- do you have any idea who
14  constructed this structure we've been discussing
15  as shown in Exhibit 1, the angled perforated
16  metal?
17        MR. WEIDNER:  Counsel, that's clearly
18  outside the Order.
19    Q   (By Mr. Thorsness) Well, who put the
20  nuts and bolts in the angled metal shown on
21  Exhibit 1?
22        MR. WEIDNER:  It's still outside the
23  Order.
24    A   I have no idea.  It was there since the
25  day I started doing maintenance for them.
```

Page 59

```
 1  Approximately five years, almost.
 2    Q   (By Mr. Thorsness) Okay.  Did it
 3  change, as you recall, in any fashion over the
 4  time you were working for them there?
 5    A   None whatsoever that I'm aware of.
 6        MR. WEIDNER:  Would you please return to
 7  the subject matter of the Order, Counsel?
 8        MR. THORSNESS:  Yeah, I'm just doing
 9  that here.  Phil, you know, I want to take the
10  contents of the bag, Exhibit 16, and put them on a
11  white sheet of paper just so they're easier to
12  look at.
13        MR. WEIDNER:  I don't want to do that,
14  not until the experts have had a chance to examine
15  them.
16        MR. THORSNESS:  How about this?  We
17  won't touch them.  We pour them out on the --
18        MR. WEIDNER:  I don't --
19        MR. THORSNESS:  Let me finish.  You
20  might agree to this.  We put them on a white sheet
21  of paper.  We'll use like the tip of this pen to
22  move them around to separate them out just to look
23  at them, and I can point to them and ask the
24  witness about them, then we can fold the paper up
25  and just slide -- and just let them slide back
```

### Page 84

1 photo.
2    A  Okay. Right here.
3    Q  Tell you what. Let's put these back in
4 order. Why don't you stack those on top of there,
5 then we can find them easier, in theory anyway.
6 Okay.
7       Just for the record, does Exhibit 3
8 correspond to the top photograph in Exhibit 21?
9    A  Yes.
10   Q  All right. And Exhibit 3 also shows
11 this middle -- middle scaffolding support, right?
12   A  Yes.
13   Q  Take my pen and draw -- and locate that
14 for me, if you will. I'm going to get a new pen.
15       All right. My next question is: Look
16 at this end of the middle scaffolding, what you
17 call there the scaffolding support middle, in
18 Exhibit 3.
19   A  Uh-huh.
20   Q  Do you have any idea whether or not the
21 angle metal, the perforated angle metal broke or
22 deformed or fractured or tore any time during your
23 fall?
24   A  The metal, no, but there is a wear mark
25 on there where whatever it was attached to was

### Page 85

1 rubbing against that's apparent in the picture.
2   Q  Okay. And that's sort of that white
3 mark there towards the end of the support, right?
4   A  Yes.
5   Q  All right. And is it your belief that
6 that is a wear mark as opposed to some -- to
7 paint, white paint?
8   A  I assume it's a wear mark. It's metal
9 to metal against each other.
10   Q  Okay. And is it your assumption that
11 that wear mark, as you call it, corresponds to
12 where the middle support may have been attached to
13 the vertical support shown in --
14   A  11.
15   Q  -- Exhibit 11?
16   A  It would appear that way.
17   Q  Does Exhibit -- look at Exhibit 6 for
18 me. There it is. Okay. Look at Exhibit 6, and
19 let's find the corresponding color photograph.
20 Okay.
21   A  Would it be that one? This one here?
22   Q  For the record that's the bottom
23 photograph of Exhibit 18, correct?
24   A  Right.
25   Q  All right. Is this a close-up picture

### Page 86

1 of the vertical aspect of the middle scaffolding
2 support?
3   A  Looks like it.
4   Q  Okay. Take my blue pen, will you, and
5 label that for me.
6   A  (Witness complies.)
7   Q  And you're writing "vertical support,
8 middle." All right. All right.
9       And is it your understanding that the
10 horizontal -- horizontal -- middle horizontal
11 support as shown in Exhibit 3, for example, was
12 attached to the top of the vertical support middle
13 shown in Exhibit 6?
14   A  Yes.
15   Q  Okay. And, again, do you know how the
16 two were attached, if they were?
17   A  No direct knowledge.
18   Q  All right. Did you -- did you say you
19 were using this scaffolding, these supports for
20 about five years?
21   A  I've been doing work there for
22 approximately five years, and then every time we
23 were given a chance to change filters it was there
24 and we used it.
25   Q  Okay. Did you ever inspect any aspect

### Page 87

1 of what we'll called the scaffolding, that would
2 be the planks, the supports, the vertical --
3 including the vertical portions and horizontal
4 portions and any connections between them?
5   A  Nothing in detail. It's not tasked for
6 us to do that.
7   Q  Whose responsibility do you think that
8 was?
9   A  I would think whoever owned it.
10   Q  So my understanding is -- let me be more
11 specific. Did you ever examine the connections
12 between any of these perforated angle pieces?
13   A  Not in any detail at all, no.
14   Q  If they were connected by machine screws
15 and nuts, did you ever examine the machine screws
16 and nuts --
17   A  No.
18   Q  -- for security?
19   A  No.
20   Q  Did you ever examine the machine
21 screws --
22       MR. WEIDNER: Counsel, you're so far
23 afield. Please stick to the Order.
24       MR. THORSNESS: Well, I'm talking about
25 the machine screws and nuts.

24 (Pages 84 to 87)

**Page 116**

1  those bolts back up. If I could just look at them
2  for a second before we do that, and let's just
3  seal them up on the record.
4  　　　　MR. THORSNESS: Let me -- I've got to
5  run downstairs and talk to somebody for a second
6  and --
7  　　　　MR. WEIDNER: Sure.
8  　　　　MR. THORSNESS: But I'll send somebody
9  in here.
10  　　　　(Mr. Thorsness leaves the proceedings
11  and Mr. Moran enters the proceedings.)
12  　　　　MR. WEIDNER: All right.
13  　　　　THE VIDEOGRAPHER: We are on record.
14  　　　　MR. WEIDNER: Yeah, let's stay on
15  record.
16  　　　　MR. COHN: Do we want to seal them up on
17  the record?
18  　　　　MR. WEIDNER: Yeah, I want to seal them
19  up on the record.
20  　　　　Do you know when John's going to be
21  back?
22  　　　　MR. MORAN: Could be momentarily.
23  　　　　MR. WEIDNER: Let's just stay on the
24  record.
25  　　　　MR. THORSNESS: Okay. I'm back.

**Page 117**

1  　　　　MR. WEIDNER: Okay. I'd just like to
2  seal these up again in a similar fashion. I
3  suggest that we --
4  　　　　MR. THORSNESS: Natalie, would you get
5  some strapping tape, please, that clear tape for
6  sealing boxes?
7  　　　　MR. WEIDNER: Could I suggest that we
8  put the plastic bag back inside Exhibit 13, put 13
9  back in 14 and seal it up?
10  　　　　MR. THORSNESS: Okay. I agree. I'm
11  doing it, for the record. Are we on the record?
12  　　　　MR. WEIDNER: Yeah. We stayed on the
13  record while you were gone.
14  　　　　MR. THORSNESS: Thank you. Hey,
15  Natalie, I need a Magic Marker. Yeah, just like
16  that.
17  　　　　Phil, you stop me if I'm not doing this
18  right.
19  　　　　MR. WEIDNER: You're doing great.
20  　　　　MR. THORSNESS: Just for the record,
21  we've left the old tape on and we're basically
22  just taping over it.
23  　　　　MR. WEIDNER: Wrap it under there. Why
24  don't you sign over it, John, and date it.
25  　　　　MR. THORSNESS: And I'm putting my

**Page 118**

1  initials over the top. Today is the 15th of
2  December. You want to put your initials down
3  below there, too?
4  　　　　MR. WEIDNER: Sure.
5  　　　　MR. THORSNESS: Okay. And I want to
6  make sure our court reporter gets our exhibits.
7  　　　　MR. WEIDNER: I'm just going to hold
8  that up for a second.
9  　　　　MR. THORSNESS: That's a good idea.
10  Thank you. Okay.
11  　　　　MR. WEIDNER: I think you caught that
12  sticky with a little bit of tape. Actually, could
13  you take a little piece of tape and tape over
14  that?
15  　　　　MR. THORSNESS: Yeah, we were going to
16  tape over that sticky.
17  　　　　MR. WEIDNER: All right.
18  　　　　MR. THORSNESS: All right. We done?
19  　　　　MR. WEIDNER: Yeah. Let's go off
20  record.
21  　　　　MR. THORSNESS: Okay.
22  　　　　THE VIDEOGRAPHER: Close the record at
23  11:55.
24  　　　　(Videotaped proceedings concluded at
25  11:55 a.m.)

**Page 119**

1  　　　　MR. WEIDNER: Let's go back on the
2  stenographic record for a second.
3  　　　　MR. THORSNESS: Yeah, yeah, just the
4  stenographic record for a second.
5  　　　　MR. WEIDNER: The record should reflect
6  that the contents of Exhibit 15, that is the two
7  envelopes and the bolts that have been marked, are
8  going to be returned to the possession of Mr.
9  Thorsness, who is the appropriate agent for this
10  firm, with our understanding that it won't be
11  opened until we have either an agreed or a court
12  Order of protocol for its inspection at the
13  appropriate time.
14  　　　　MR. THORSNESS: Right.
15  　　　　MR. WEIDNER: Okay.
16  　　　　MR. THORSNESS: We're done.
17  　　　　(Proceedings concluded at 11:56 a.m.)