John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

### **DEFENDANT'S MOTION IN LIMINE**

Defendant Unocal Corporation moves this court for a Motion In Limine to preclude the following evidence from being used during trial:

1. Unocal's indemnity agreement with Siemens.

2. Any reference to Unocal's surveillance of Larry Grove as being illegal, unethical or otherwise inappropriate.

Defendant's Motion in Limine
*Grove v. Unocal* 3:04-cv-0096-TMB
Page 1 of 2

3. Any reference to Unocal's usage of Sarah Grove's online statements contained in a public website as being illegal, unethical or otherwise inappropriate.

4. Any reference to alleged spoliation by Unocal.

5. Any reference to Unocal's alleged failure to comply with discovery.

This motion is supported by the memorandum in support filed herewith.

DATED at Anchorage, Alaska, this ___29th___ day of June 2007.

        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORSNESS, LLC
        Attorneys for Defendant Unocal

        s/ John B. Thorsness
        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORSNESS LLC
        711 H Street, Suite 620
        Anchorage, AK  99501-3454
        Phone:  (907) 272-9631
        Fax:  (907) 272-9586
        Direct email:  jtb@cplawak.com
        Alaska Bar No. 8211154

### Certificate of Service

I hereby certify that on June 29, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

        s/ John B. Thorsness

Defendant's Motion in Limine
*Grove v. Unocal* 3:04-cv-0096-TMB
Page 2 of 2