John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**(Proposed)**
**ORDER ON MOTION IN LIMINE**

The court having considered Defendant's Motion In Limine, and any opposition thereto,

IT IS HEREBY ORDERED that defendant's motion is GRANTED.  Plaintiffs shall be precluded from introducing the following:

1.   Unocal's indemnity agreement with Siemens.

Order on Motion in *Limine*
*Grove v. Unocal*  3:04-cv-0096-TMB
Page 1 of 2

2. Any reference to Unocal's surveillance of Larry Grove as being illegal, unethical or otherwise inappropriate.

3. Any reference to Unocal's usage of Sarah Grove's online statements contained in a public website as being illegal, unethical or otherwise inappropriate.

4. Any reference to alleged spoliation by Unocal.

5. Any reference to Unocal's alleged failure to comply with discovery.

DATED at Anchorage, Alaska this ___29th___ day of June 2007.

---
Honorable Timothy M. Burgess
U.S. District Court Judge

### Certificate of Service

I hereby certify that on June 29, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ John B. Thorsness

Order on Motion in *Limine*
*Grove v. Unocal* 3:04-cv-0096-TMB
Page 2 of 2