Page 1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF ALASKA
 2

 3   LAWRENCE H. GROVE, et al.,    )
                                   )
 4            Plaintiffs,          )
                                   )
 5   vs.                           )
                                   )
 6   UNOCAL CORPORATION,           )
                                   )
 7            Defendant.           )
                                   )
 8   Case No. A 04-0096 CV   (JKS)

 9   _____

10        VIDEOTAPED DEPOSITION OF JOHN STALLONE

11   _____

12                  Pages 1 - 70
                Friday, April 14, 2006
13                   3:46 p.m.

14          Taken by Counsel for Plaintiffs
                         at
15   The Offices of Department of Labor & Workforce
                    Development
16         3301 Eagle Street, Suite 209
                 Anchorage, Alaska
```

COPY

*[Handwritten notations: HD 1130pm; 10200-1; MAY - 9 2006; Cpy Apv to VBH; FYI JBS, LPJ, RW]*

Page 36

1   Q   And under the section that says,
2   Abatement, what does that say?
3       A   It says, "Per informal."
4   Q   Per informal?
5       A   Right.
6   Q   And who wrote that?
7       A   Kind of looks like Donna's writing, but
8   I couldn't swear to it. She didn't initial off
9   after it.
10  Q   And what would "per informal" mean? Do
11  you know?
12      A   Well, let me take another quick look at
13  that abatement form that was provided.
14  Q   What page are you looking at? 739?
15      A   Well, I'm sorry. I guess I should get
16  your exhibit number out. I'm not sure what
17  exhibit --
18  Q   739, I think?
19      MR. COHN: Are you looking at the
20  abatement affidavit? I think that's 739.
21      A   I don't know if this brings some clarity
22  to your question, but I think what happened is
23  that he brought this in the day of the informal,
24  if I remember, and that's why it would say per
25  informal. Otherwise, I do it differently than

Page 37

1   that. I don't put per informal. I usually put --
2   I usually put -- I usually put, Action to take,
3   none, and then I initial off on it and I put my --
4   I put the date on it afterwards, and that was not
5   done on this Unocal file. I think that this
6   Exhibit 739 came in at the date of the informal,
7   and that's why she said -- she put down on here
8   per informal.
9   Q   Okay. Going back to the affidavit. The
10  affidavit states that the platform, which was the
11  subject matter of the inspection, had been
12  dismantled.
13      A   Right.
14  Q   Is that an acceptable abatement, to
15  dismantle?
16      A   Absolutely. Yeah, yeah. I mean, as
17  long as you get rid of whatever your problem is
18  and you don't expose anybody else to it down the
19  road, then it's been abated. Or you can abate it
20  by location, by locking the place out and getting
21  ahold of the key, for example, if that's how
22  you're locking it out. That's another way of
23  doing it.
24  Q   Or doing the actual fix --
25      A   Or actually fixing it and letting people

Page 38

1   go back.
2   Q   But taking it down is sufficient?
3       A   Oh, yeah. Absolutely. It's gone. It's
4   abated.
5   Q   Then, on the Siemens file it says,
6   "Abatement corrected on site." Can you tell me
7   what that means?
8       A   Well, that means that the CHSO witnessed
9   it himself, that whatever the problem was was
10  corrected during -- either corrected on -- well,
11  corrected on site would mean that it was corrected
12  right there. It's usually as stated as corrected
13  during inspection. I'd have to look and see if
14  that was the case on this one here.
15  Q   Well, the two --
16      A   Yeah, it was corrected during
17  inspection.
18  Q   What are you looking at there?
19      A   I'm looking at the citations, citation
20  1, item 1 and citation 2, item 1. They both state
21  here under Siemens that it was corrected during
22  the inspection. That's really the technical term
23  that should be used. Again, whoever wrote this
24  in -- it looks like Donna's handwriting -- put
25  down corrected on site. I don't like using that

Page 39

1   because corrected during the inspection means the
2   CHSO witnessed the correction.
3   Q   Okay. The anomaly in this case is
4   Siemens and Unocal, one of the citations for
5   Siemens was identical to that of Unocal. Siemens
6   doesn't provide any sort of affidavit or
7   information that they took any particular
8   correction.
9       How do you -- how does that tie with it
10  was corrected during the inspection if Siemens
11  didn't actually do anything?
12      A   Well, one way that could be is if
13  Siemens agreed not to have any more of their
14  people get on this -- I take it it was the
15  platform. Let me take a look and see, first of
16  all, what we're talking about here so I'm
17  not talking -- walking working surface, right.
18      The alleged violation on Siemens was,
19  Employee was working at Unocal Corporate office on
20  a work platform that was four feet or more above
21  adjacent floor that was not guarded by a rail or
22  equivalent. Employees had worked on the platform
23  at least in the last two years. Employee was
24  exposed to fall hazard due to the unguarded, open
25  side of the platform.

12 (Pages 36 to 39)

Page 68

1  inadequately maintained by who? The owner of the
2  building. If that happens to be Unocal, then
3  Unocal would be the responsible party, as far as
4  I'm concerned, as far as OSHA regulations. I
5  couldn't really go after Siemens on that because
6  it wasn't part of the original contract. He's
7  just using this as a means of getting from Point A
8  to Point B.
9      Q   It wasn't part of their contractual
10 responsibility?
11     A   Right. I mean, this is -- I mean,
12 how -- is Siemens supposed to go in now and follow
13 this guy to make sure that the rest rooms are
14 sanitized and the floor is okay and there's no
15 holes in the floor and the staircase is in good
16 shape? No, no, we're not going that far with
17 this.
18     Q   So, ultimately, if it's not Siemens'
19 contractual responsibility to do that, then it
20 wouldn't be their responsibility --
21     A   As far as I'm concerned, it would fall
22 on the third party which would be the owner of the
23 building.
24         MR. COHN: I don't have any further
25 questions.

Page 69

1          MS. JOHNSON: I don't have any
2  questions.
3          THE VIDEOGRAPHER: This concludes the
4  deposition of John Stallone. The time is 5:06.
5          (Signature waived.)
6          (Proceedings concluded at 5:06 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

20 (Pages 68 to 69)

PACIFIC RIM REPORTING    907-272-4383
www.courtreportersalaska.com

EXHIBIT C
PAGE 3 OF 3