Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3    _____
 
 4    LAWRENCE H. GROVE, CYNTHIA         )
      GROVE, SARAH GROVE, and MICHAEL    )
      GROVE (DOB 1/21/88) by and         )
 5    through his father LAWRENCE        )
      H. GROVE,                          )
 6                                       )
                Plaintiffs,              )
 7                                       )
           vs.                           )
 8                                       )
      UNOCAL CORPORATION,                )
 9                                       )
                Defendant.               )
10    _____)
      Case No. A04-0096 CV (JKS)
11
12
13    _____
      VIDEOTAPED DEPOSITION OF LAWRENCE H. "LARRY" GROVE
14    _____
15                      Pages 1 - 121
16              Thursday, December 15, 2005
                         9:21 a.m.
17
18           Taken by Counsel for Defendant
                           at
19      The Law Offices of Clapp, Peterson, Van Flein,
               Tiemessen & Thorsness, LLC
20              711 H Street, Suite 620
                   Anchorage, Alaska
21
22
23
24                                    EXHIBIT  E
25                                    PAGE  1  OF  3
```

[Stamp: COPY]

Page 112

1 location of any of the scaffolding support
2 material shown in any of these photographs as we
3 sit here today?
4    A   To the best of my knowledge, I do not.
5 It was demoed by Unocal personnel.
6    Q   Say again.
7    A   It was demolished, demoed by Unocal
8 personnel.
9    Q   How do you know that?
10    A   That's what I was told.
11    Q   Who told you that?
12    A   I think Mr. Paul Crapps, C-r-a-p-p-s. I
13 stopped in to say hello one day and --
14    Q   And what?
15    A   I think he mentioned he was the one that
16 was instructed to remove it.
17    Q   Did he tell you who instructed him to
18 remove it?
19    A   I don't recall exactly. I don't know
20 who would have told him to do that. Possibly --
21 he was working for Charles at that time, so...
22    Q   Did he tell you what he did with it?
23    A   No, he didn't go into any detail.
24    Q   Have you been back to the building since
25 you -- since the day after your accident when you

Page 113

1 removed the machine screws from the building?
2    A   Once or twice to say hi to Charles, but
3 just front office type visit.
4    Q   Did you ever do any work at the Unocal
5 building after the day of your accident?
6    A   No, I did not.
7    Q   Where were you horizontally on the
8 scaffolding when you fell?
9    A   Just about midsection.
10    Q   Okay.
11       MR. WEIDNER: Counsel, that's obviously
12 outside the scope of the Order. It was also asked
13 in the previous deposition.
14    Q   (By Mr. Thorsness) What were you doing
15 when you fell?
16    A   Reaching for a filter.
17    Q   Okay. So were both your hands above
18 your head?
19    A   Yes.
20       MR. WEIDNER: Again, Counsel, that was
21 asked in a previous deposition. That's outside
22 the scope of the Order.
23    Q   (By Mr. Thorsness) In addition to the
24 scaffolding planks that were on top of these
25 horizontal supports we've talked about --

Page 114

1    A   Uh-huh.
2    Q   -- did the planking also continue on to
3 this ledge here, like shown in Exhibit 1?
4    A   I think it was just abutted up to it. I
5 don't think it extended past it.
6    Q   Okay. So the scaffolding planks were
7 all supported by these horizontal pieces, then?
8    A   Correct.
9    Q   You said there may have been twice after
10 your visit to the fan room where you collected
11 these machine screws that you stopped in to the
12 Unocal building. Remember that conversation?
13    A   And spoke to Charles or Paul, yeah.
14    Q   Okay. Do you remember anything about
15 this -- if there was a second time and, if so,
16 what you may have done then when you were there?
17    A   Just basically a social call to say hi.
18 That's all. In the neighborhood.
19    Q   Okay. Did you inspect the condition of
20 any of the machine screws and nuts that were still
21 affixed to any of these angle -- perforated angle
22 pieces when you went back and you collected these
23 machine screws?
24    A   Just looked at them and took a picture
25 of them. I didn't tamper with anything.

Page 115

1    Q   Did you notice any that were loose or
2 the nuts were missing?
3    A   Not to my knowledge. I didn't tamper
4 with anything else. I just took some pictures and
5 that was it.
6    Q   Okay. Okay. Those are -- did you talk
7 to anybody besides your lawyers about these pieces
8 in Exhibit 16?
9    A   In what regards?
10    Q   Well, with -- anything about them, their
11 condition, their -- whether or not -- anything
12 about them.
13    A   No, I didn't.
14    Q   Okay.
15       MR. THORSNESS: Those are all the
16 questions I have. If you have -- do you have any
17 questions?
18       MR. WEIDNER: No.
19       MR. THORSNESS: Okay.
20       MR. WEIDNER: That will terminate the
21 deposition?
22       MR. THORSNESS: Yes, it will.
23       THE REPORTER: Do you want to stay on
24 the record?
25       MR. WEIDNER: Well, we need to seal

Page 116
1  those bolts back up.  If I could just look at them
2  for a second before we do that, and let's just
3  seal them up on the record.
4       MR. THORSNESS:  Let me -- I've got to
5  run downstairs and talk to somebody for a second
6  and --
7       MR. WEIDNER:  Sure.
8       MR. THORSNESS:  But I'll send somebody
9  in here.
10      (Mr. Thorsness leaves the proceedings
11 and Mr. Moran enters the proceedings.)
12      MR. WEIDNER:  All right.
13      THE VIDEOGRAPHER:  We are on record.
14      MR. WEIDNER:  Yeah, let's stay on
15 record.
16      MR. COHN:  Do we want to seal them up on
17 the record?
18      MR. WEIDNER:  Yeah, I want to seal them
19 up on the record.
20      Do you know when John's going to be
21 back?
22      MR. MORAN:  Could be momentarily.
23      MR. WEIDNER:  Let's just stay on the
24 record.
25      MR. THORSNESS:  Okay.  I'm back.

Page 117
1       MR. WEIDNER:  Okay.  I'd just like to
2  seal these up again in a similar fashion.  I
3  suggest that we --
4       MR. THORSNESS:  Natalie, would you get
5  some strapping tape, please, that clear tape for
6  sealing boxes?
7       MR. WEIDNER:  Could I suggest that we
8  put the plastic bag back inside Exhibit 13, put 13
9  back in 14 and seal it up?
10      MR. THORSNESS:  Okay.  I agree.  I'm
11 doing it, for the record.  Are we on the record?
12      MR. WEIDNER:  Yeah.  We stayed on the
13 record while you were gone.
14      MR. THORSNESS:  Thank you.  Hey,
15 Natalie, I need a Magic Marker.  Yeah, just like
16 that.
17      Phil, you stop me if I'm not doing this
18 right.
19      MR. WEIDNER:  You're doing great.
20      MR. THORSNESS:  Just for the record,
21 we've left the old tape on and we're basically
22 just taping over it.
23      MR. WEIDNER:  Wrap it under there.  Why
24 don't you sign over it, John, and date it.
25      MR. THORSNESS:  And I'm putting my

Page 118
1  initials over the top.  Today is the 15th of
2  December.  You want to put your initials down
3  below there, too?
4       MR. WEIDNER:  Sure.
5       MR. THORSNESS:  Okay.  And I want to
6  make sure our court reporter gets our exhibits.
7       MR. WEIDNER:  I'm just going to hold
8  that up for a second.
9       MR. THORSNESS:  That's a good idea.
10 Thank you.  Okay.
11      MR. WEIDNER:  I think you caught that
12 sticky with a little bit of tape.  Actually, could
13 you take a little piece of tape and tape over
14 that?
15      MR. THORSNESS:  Yeah, we were going to
16 tape over that sticky.
17      MR. WEIDNER:  All right.
18      MR. THORSNESS:  All right.  We done?
19      MR. WEIDNER:  Yeah.  Let's go off
20 record.
21      MR. THORSNESS:  Okay.
22      THE VIDEOGRAPHER:  Close the record at
23 11:55.
24      (Videotaped proceedings concluded at
25 11:55 a.m.)

Page 119
1       MR. WEIDNER:  Let's go back on the
2  stenographic record for a second.
3       MR. THORSNESS:  Yeah, yeah, just the
4  stenographic record for a second.
5       MR. WEIDNER:  The record should reflect
6  that the contents of Exhibit 15, that is the two
7  envelopes and the bolts that have been marked, are
8  going to be returned to the possession of Mr.
9  Thorsness, who is the appropriate agent for this
10 firm, with our understanding that it won't be
11 opened until we have either an agreed or a court
12 Order of protocol for its inspection at the
13 appropriate time.
14      MR. THORSNESS:  Right.
15      MR. WEIDNER:  Okay.
16      MR. THORSNESS:  We're done.
17      (Proceedings concluded at 11:56 a.m.)