Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

---

LAWRENCE H. GROVE, CYNTHIA GROVE, )
SARAH GROVE and MICHAEL GROVE (DOB )
1/21/88) by and through his father )
LAWRENCE H. GROVE, )
                                  )
            Plaintiffs,           )
                                  )
vs.                               )
                                  )
UNOCAL CORPORATION,               )
                                  )
            Defendants.           )

---

Case No. A04-0096 CV (JKS)

---

VIDEOTAPED DEPOSITION OF ROBERT SPRINKLE

---

Monday, April 24, 2006
9:24 a.m.

Taken by Counsel for Defendant
at
Weidner & Associates
330 L Street, Suite 200
Anchorage, Alaska

EXHIBIT F
PAGE 1 OF 3

Page 10

1    A.    Exactly.
2    Q.    Did you work on the Unocal building when you were
3    at Johnson Controls?
4    A.    No, ma'am.
5    Q.    What about now that you are back at Siemens?
6    A.    I worked on it until we don't have the contract
7    anymore.  I was the secondary and Larry was the primary.
8          MR. COHN:  By "Larry", we mean Larry Grove?
9          THE WITNESS:  Yes.  I just took it for
10   granted, but that's who I mean is Larry Grove.
11   Q.    If you say "Larry", we will know you mean Larry
12   Grove?
13   A.    Yes.  No other Larry to refer to.
14   Q.    So you have worked inside the Unocal building
15   when you were at Landis & Gyr?  Do you recall who -- you
16   said shortly after you got to Landis & Gyr they received
17   the contract?
18   A.    Yeah.  I mean, it could have been within a year
19   or so.  I don't remember exactly, but that's when I
20   first started working at Unocal was when I was with
21   Landis.
22   Q.    Do you recall who had the contract before Landis?
23   A.    Honeywell.
24   Q.    And did you know anybody from Honeywell who had
25   worked inside the Unocal building?

Page 106

1  have gotten bigger and cheaper and smaller.  You know
2  what I'm saying.  Computer stuff changes with us too in
3  the controls.
4      Q.  As a salesman, is he part of the union?
5      A.  No.  They work -- the only people in our company
6  in the union are us service techs.  The rest of them are
7  all company, work for Siemens themselves.
8           MR. COHN:  I don't have any further
9  questions.
10          VIDEOGRAPHER:  This concludes the deposition
11 of Robert Sprinkle.  The time is 11:47.
12          (Proceedings concluded at 11:47 a.m.)
13               (Signature waived.)
14                     -oOo-

EXHIBIT F
PAGE 3 OF 3