Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, et al.,    )
                              )
            Plaintiffs,       )
                              )
vs.                           )
                              )
UNOCAL CORPORATION,           )
                              )
            Defendant.        )
_____)
Case No. A 04-0096 CV (JKS)

VIDEOTAPED DEPOSITION OF KENNETH BURNS

Pages 1 - 146
Tuesday, May 9, 2006
9:00 A.M.

at
WEIDNER & ASSOCIATES
330 L Street, Suite 200
Anchorage, Alaska

EXHIBIT ___G___
PAGE _1_ OF _3_

Page 68

1  happened to it after it had been dismantled, the
2  platform?
3      A.  No.
4      Q.  And why did you go examine the penthouse?
5      A.  Part of the building we were instructed to
6  do an inspection on.
7      Q.  Now, DEF 28.
8          MR. THORSNESS:  So we're going back?
9          MR. COHN:  Back one.
10     Q.  Okay.  It says from Ken Burns, and it's
11 sent March 6, 2003, to Roxanne Sinz.
12     A.  Um-hum.
13     Q.  This is in response to an original message
14 in regard to the OSHA investigation?
15     A.  Right.
16     Q.  Actually there is some names here.  Do you
17 know who Lloyd H. Richardson is?
18     A.  He's a senior safety specialist lead for
19 the HES group, Chevron.
20     Q.  So was he -- is he above you in rank or --
21     A.  Not at that time.  We were equals.
22     Q.  And it looks like it -- it's -- if you look
23 at this document, it looks like Roxanne Sinz is
24 requesting information from you and from
25 Mr. Richardson in regard to documents that Tom

Page 69

1  Scanlon from OSHA wants to see.  Would that be fair
2  to say?
3      A.  That's correct.
4      Q.  Do you know when the -- when Roxanne Sinz
5  took over as building manager, if it had just been a
6  few days before the inspection?
7      A.  It was on the departure of Archie Cook, who
8  was the human resources manager who had additional
9  duty of building manager.  I do not recall when that
10 was.
11     Q.  I see in her original message she
12 cross-copies to Dale A. Haines who is Dale A. Haines?
13     A.  Operations manager.
14     Q.  For?
15     A.  At that time Unocal.  Now Chevron, yes.
16     Q.  Operations manager for all Alaska
17 operations?
18     A.  That's correct.
19     Q.  And in this subject RE, the message you
20 sent back to Roxanne Sinz, you said, "The only safety
21 meetings I know were conducted in cooperation with
22 Archie Cook, and that was several years ago.  In
23 regard to inspections, I did two back in 1998/99 with
24 copies to Charles.  I would hope Archie has copies as
25 he was the action person."

Page 70

1      Do you recall doing the inspections back in
2  1998/1999?
3      A.  Yup.
4      Q.  Have you reviewed a copy of those
5  inspections before?
6      A.  No, I -- I have no idea where the location
7  of those are.
8      Q.  Is it normal practice for Unocal to keep
9  safety inspections?
10     A.  Yes, it is.
11     Q.  And if you did -- you first worked for
12 Unocal starting in '97; is that correct?
13     A.  That's correct, in Kenai.
14     Q.  Would you have any knowledge of -- had you
15 ever reviewed any prior safety inspections for the
16 building at 909 --
17     A.  No.
18     Q.  -- West Ninth Avenue?  Do you know if any
19 prior inspections had been done for the building?
20     A.  No.
21     Q.  And you -- and would it be your assumption
22 that if you did these inspections, that they should
23 have copies of these inspections still in the Unocal
24 records?
25     A.  Archie Cook was the action person on this.

Page 71

1  The reports were sent to Archie for his disposition,
2  whatever he wanted to do with those, and I'm sure he
3  had them.
4      Q.  Now, in terms of the inspections in '98 and
5  '99, what would the -- what would you -- what were
6  you supposed to do in these inspections, if you
7  recall?
8      A.  Basically walk through the building floor
9  by floor as previously stated in the '03 inspection.
10 The building custodian person at the time was a
11 Mr. Charles Arnett.  He accompanied on that
12 inspection.
13     Q.  And did you start -- would you start in the
14 basement or -- I mean, was there a certain
15 methodology?
16     A.  The only -- the only criteria for what I
17 have when I do inspections, I go from left to right
18 whether we start in the penthouse or in the basement,
19 and I don't recall specifically whether we even went
20 into the penthouse.  I was not -- I was not familiar
21 with the Anchorage office.
22     Q.  Well, if you were not familiar -- did you
23 ask any -- did you expect someone to tell you what
24 was in the building or guide you if you weren't
25 familiar with the office?

Page 144

1  A. Sure. Generally true, yes.
2     MR. COHN: I don't have any further
3  questions.
4     MR. THORSNESS: No questions. Thank you.
5     MR. COHN: Okay. Thank you, Mr. Burns.
6     THE WITNESS: You're welcome.
7     THE VIDEOGRAPHER: This concludes the
8  deposition of Ken Burns. The time is 2:01.
9     (Proceedings concluded at 2:01 p.m.)
10    (Signature reserved.)
11         * * * * *
12
13
14
15
16
17
18
19
20
21
22
23
24
25