# DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS

## FOURTH EDITION



# DSM-IV™



Includes ICD-9-CM Codes Effective 1-Oct-96



PUBLISHED BY THE
AMERICAN PSYCHIATRIC ASSOCIATION
WASHINGTON, DC

EXHIBIT   A
PAGE  1  OF  3

Copyright © 1994 American Psychiatric Association

ALL RIGHTS RESERVED. Unless authorized in writing by the APA, no part of this book may be reproduced or used in a manner inconsistent with the APA's copyright. This prohibition applies to unauthorized uses or reproductions in any form, including electronic applications.

Manufactured in the United States of America on acid-free paper

American Psychiatric Association
1400 K Street, N.W., Washington, DC  20005

Correspondence regarding copyright permissions should be directed to the Division of Publications and Marketing, American Psychiatric Association, 1400 K Street, N.W., Washington, DC 20005.

DSM and DSM-IV are trademarks of the American Psychiatric Association. Use of these terms is prohibited without permission of the American Psychiatric Association.

The correct citation for this book is American Psychiatric Association: *Diagnostic and Statistical Manual of Mental Disorders,* Fourth Edition. Washington, DC, American Psychiatric Association, 1994.

**Library of Congress Cataloging-in-Publication Data**
Diagnostic and statistical manual of mental disorders : DSM-IV. — 4th ed.
      p.     cm.
    Prepared by the Task Force on DSM-IV and other committees and work
  groups of the American Psychiatric Association.
    Includes index.
    ISBN 0-89042-061-0 (hard : alk. paper). — ISBN 0-89042-062-9 (paper : alk. paper)
    1. Mental illness—Classification.   2. Mental illness—Diagnosis.
  I. American Psychiatric Association.   II. American Psychiatric
  Association.   Task Force on DSM-IV.   III. Title: DSM-IV.
    [DNLM:   1. Mental Disorders—classification.   2. Mental Disorders—
  diagnosis.     WM 15 D536 1994]
  RC455.2.C4D54      1994
  616.89'075—dc20
  DNLM/DLC
  for Library of Congress                                              94-6304
                                                                          CIP

**British Library Cataloguing in Publication Data**
A CIP record is available from the British Library.

First printing, May 1994
Second printing, July 1994
Third printing, August 1994
Fourth printing, January 1995
Fifth printing, March 1996
Sixth printing, February 1997—includes ICD-9-CM codes effective October 1, 1996
Seventh printing, February 1998
Eighth printing, January 1999

Text Design—Jane H. Davenport
Manufacturing—R. R. Donnelley & Sons Company

EXHIBIT A
PAGE 2 OF 3

Case 3:04-cv-00096-TMB-DMS    Document 215-2    Filed 07/06/2007    Page 3 of 3

Other Conditions That May Be a Focus of Clinical Attention    683

**Additional Conditions That May Be a Focus of Clinical Attention**

## V15.81  Noncompliance With Treatment

This category can be used when the focus of clinical attention is noncompliance with an important aspect of the treatment for a mental disorder or a general medical condition. The reasons for noncompliance may include discomfort resulting from treatment (e.g., medication side effects), expense of treatment, decisions based on personal value judgments or religious or cultural beliefs about the advantages and disadvantages of the proposed treatment, maladaptive personality traits or coping styles (e.g., denial of illness), or the presence of a mental disorder (e.g., Schizophrenia, Avoidant Personality Disorder). This category should be used only when the problem is sufficiently severe to warrant independent clinical attention.

## V65.2  Malingering

The essential feature of Malingering is the intentional production of false or grossly exaggerated physical or psychological symptoms, motivated by external incentives such as avoiding military duty, avoiding work, obtaining financial compensation, evading criminal prosecution, or obtaining drugs. Under some circumstances, Malingering may represent adaptive behavior—for example, feigning illness while a captive of the enemy during wartime.

Malingering should be strongly suspected if any combination of the following is noted:

1. Medicolegal context of presentation (e.g., the person is referred by an attorney to the clinician for examination)
2. Marked discrepancy between the person's claimed stress or disability and the objective findings
3. Lack of cooperation during the diagnostic evaluation and in complying with the prescribed treatment regimen
4. The presence of Antisocial Personality Disorder

Malingering differs from Factitious Disorder in that the motivation for the symptom production in Malingering is an external incentive, whereas in Factitious Disorder external incentives are absent. Evidence of an intrapsychic need to maintain the sick role suggests Factitious Disorder. Malingering is differentiated from Conversion Disorder and other Somatoform Disorders by the intentional production of symptoms and by the obvious, external incentives associated with it. In Malingering (in contrast to Conversion Disorder), symptom relief is not often obtained by suggestion or hypnosis.

## V71.01  Adult Antisocial Behavior

This category can be used when the focus of clinical attention is adult antisocial behavior that is not due to a mental disorder (e.g., Conduct Disorder, Antisocial Personality

EXHIBIT  A
PAGE  3  OF  3