Case 3:04-cv-00096-TMB-DMS   Document 215-3   Filed 07/06/2007   Page 1 of 5

LAWRENCE H. GROVE, et al vs. UNOCAL CORPORATION  
CASE NO.: A04-0096 CV (JKS)

VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE  
JANUARY 12, 2007

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3   LAWRENCE H. GROVE, CYNTHIA         )
     GROVE, SARAH GROVE, and MICHAEL    )
 4   GROVE (DOB 1/21/88) by and         )
     through his father                 )
 5   LAWRENCE H. GROVE,                 )
                                        )
 6              Plaintiffs,             )
                                        )
 7   vs.                                )
                                        )
 8   UNOCAL CORPORATION,                )
                                        )
 9              Defendant.              )  Case No. A04-0096 CV (JKS)
                                        )
10   _____)

11            VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE
                         January 12, 2007
12   APPEARANCES:
             FOR PLAINTIFFS:      MR. MICHAEL COHN
13                                Phillip Paul Weidner & Associates
14                                Attorneys at Law
                                  330 L Street
15                                Suite 200
                                  Anchorage, Alaska 99501
16                                (907) 276-1200
17           FOR DEFENDANT:       MS. LINDA J. JOHNSON
                                  Clapp, Peterson, Van Flein,
18                                    Tiemessen & Thorsness, LLC
                                  Attorneys at Law
19                                711 H Street
                                  Suite 620
20                                Anchorage, Alaska 99501
                                  (907) 272-9266
21
             ALSO PRESENT:        MS. VICTORIA HOMAN
22                                MR. ROBERT L. GRIFFIN
23                                * * * *
24                                                EXHIBIT  B
25                                                PAGE  1  OF 5
```

Case 3:04-cv-00096-TMB-DMS   Document 215-3   Filed 07/06/2007   Page 2 of 5

LAWRENCE H. GROVE, et al vs. UNOCAL CORPORATION
CASE NO.: A04-0096 CV (JKS)
VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE
JANUARY 12, 2007

Page 162

|   |   |   |
|---|---|---|
| 1 |   | there's a big mountain in the back. They walked way |
| 2 |   | back in and that's where they were hunting deer. |
| 3 | Q | How long did you sit there? |
| 4 | A | A couple hours probably. |
| 5 | Q | And what did you do after you shot the deer? |
| 6 | A | Went over and gutted it and started to skin it a |
| 7 |   | little bit. And I think somebody -- I don't know for |
| 8 |   | sure, somebody saw me over there and they come over |
| 9 |   | and gave me a hand. |
| 10 | Q | How far away from your camp were you? |
| 11 | A | Maybe 150 yards. Maximum 200. |
| 12 | Q | What were you shooting? |
| 13 | A | 375 H and H Magnum. |
| 14 | Q | And how far was the shot? |
| 15 | A | Not far. It came right out in front of me, 50 yards |
| 16 |   | maybe. |
| 17 | Q | And how many shots? |
| 18 | A | One shot. |
| 19 | Q | You always sound like you're proud of that? Is that |
| 20 |   | a -- |
| 21 | A | I'm a very -- I'm a very good shot. |
| 22 | Q | Okay. So you consider that an accomplishment? |
| 23 | A | Yes. |
| 24 | Q | Do you practice shooting? |
| 25 | A | Yes. A lot. |

Page 163

|   |   |   |
|---|---|---|
| 1 | Q | Where? |
| 2 | A | Birchwood shooting range. |
| 3 | Q | And what do you practice with? |
| 4 | A | My hunting rifles, hand guns, various target -- target |
| 5 |   | guns. |
| 6 | Q | How often do you go? |
| 7 | A | Oh geez. Depends on the weather. |
| 8 | Q | It's outside? |
| 9 | A | Yes, it's an outdoor shooting range, yes. I couldn't |
| 10 |   | give you an exact number. I don't keep track of it. |
| 11 | Q | How long -- how many times have you gone this year? |
| 12 |   | I'm sorry, 2006? |
| 13 | A | 2006? I probably went out there 15, 20 times maybe. |
| 14 | Q | Anybody go with you? |
| 15 | A | My son Michael goes occasionally. Who else was out |
| 16 |   | there? I can't remember every trip I go or who went |
| 17 |   | with me. You know, it's not -- it's not an important |
| 18 |   | part of my life to remember everything I've done. |
| 19 | Q | Do friends go with you? |
| 20 | A | Occasionally. |
| 21 | Q | Other than -- |
| 22 | A | Well, I think Wes might have went with me once. John |
| 23 |   | might have gone out to sight a gun in but you know, I |
| 24 |   | can't be sure. |
| 25 | Q | Do you have to pay to shoot? |

Page 164

|   |   |   |
|---|---|---|
| 1 | A | I'm a member there. |
| 2 | Q | And how long have you been a member? |
| 3 | A | Oh, on and off about 10 years. I haven't renewed my |
| 4 |   | membership this year yet but -- |
| 5 | Q | How much is a membership? |
| 6 | A | $165.00, unlimited use of the range. |
| 7 | Q | Is your son a member? |
| 8 | A | No. |
| 9 | Q | Any other of your -- any other family members that are |
| 10 |   | members? |
| 11 | A | Not right now, no. My daughter -- I -- it's not |
| 12 |   | really member, she's on my card as a -- you pay a |
| 13 |   | lower price. It's like a -- it's like a family thing. |
| 14 |   | It's all -- if you add like one or two members it was |
| 15 |   | like 10 bucks or something like that but she's not |
| 16 |   | really a member member. |
| 17 | Q | You stated somewhere, I think in this -- yes. This is |
| 18 |   | Exhibit 1, your handwritten notes. |
| 19 | A | Uh-huh (affirmative). |
| 20 | Q | You stated that you went to the SCI Convention January |
| 21 |   | 2005? |
| 22 | A | Yes. |
| 23 | Q | And it was in Reno, is that correct? |
| 24 | A | Yes. |
| 25 | Q | How long were you there? |

Page 165

|   |   |   |
|---|---|---|
| 1 | A | Four days. |
| 2 | Q | Where'd you stay? |
| 3 | A | Circus Circus. Took the wife and my son with me and |
| 4 |   | they had a good time. They need a vacation, too. |
| 5 | Q | What about your daughter? |
| 6 | A | She hasn't been there. |
| 7 | Q | And what did you do while you were there? |
| 8 | A | I went to see the exhibits, relax, go to dinner, pull |
| 9 |   | a couple of one-armed bandits. |
| 10 | Q | That's what I was going to ask, did you gamble? |
| 11 | A | A little bit. |
| 12 | Q | Did you win or lose? |
| 13 | A | Actually, I won. |
| 14 | Q | How much? |
| 15 | A | Sixteen hundred bucks. |
| 16 | Q | What were you playing? |
| 17 | A | Wheel of Fortune. |
| 18 | Q | Wheel of Fortune? |
| 19 | A | Yeah. |
| 20 | Q | Do you remember what hotel you were in? |
| 21 | A | Yeah, I was in Circus Circus. I can tell you exactly |
| 22 |   | where the machine was at. |
| 23 | Q | Okay. How about your wife, did she gamble while you |
| 24 |   | were there? With you? |
| 25 | A | Yeah. Yeah, she does but she plays the quarter |

Case 3:04-cv-00096-TMB-DMS    Document 215-3    Filed 07/06/2007    Page 3 of 5

LAWRENCE H. GROVE, et al vs. UNOCAL CORPORATION
CASE NO.: A04-0096 CV (JKS)

VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE
JANUARY 12, 2007

Page 166

```
 1         machines.
 2    Q    Okay.  She win?
 3    A    She won last time she went down.  Yeah, she won about
 4         400 bucks.  It was actually -- we got the whole trip
 5         comp'd because, you know, to play the machines you're
 6         not really spending your money.  You're actually just
 7         spending money that you're -- you know, if you put
 8         $10.00 in a machine, you win $100.00 and you gamble
 9         it, it looks like you spent $110.00 and they comp.  I
10         mean, shoot -- that was a good one for me on that one
11         because I won 1600 bucks the one night and 1000
12         another night.
13    Q    You won another $1,000.00 on the same trip?
14    A    Yeah.  Same machine.  And they comp'd our hotel the
15         nights we were there and --
16    Q    Circus Circus did?
17    A    Yeah.
18    Q    What airlines did you go down on?
19    A    Alaska Airlines.
20    Q    Did you do any hunting or fishing while you were
21         there?
22    A    No.  No, no.  Just a little vacation, go down and see
23         the Safari Club show, see some people and just you
24         know relax and do some gambling, go out to dinner.
25    Q    What did your son do while you were gambling?
```

Page 167

```
 1         MR. COHN:  Objection, foundation.
 2    A    They have a child section in there.  And he goes in
 3         there and has a good time.  I mean, they can get lost
 4         in there for hours.
 5    Q    (By Ms. Johnson) What kind of events are in there?
 6    A    I've never been in there.  I couldn't tell you.  I
 7         don't go in the kids' section.  They've got, like you
 8         know, clown shows and acrobats and all kinds of kids
 9         games and stuff like that.
10    Q    Did he -- did he tell you whether or not he had a good
11         time?
12    A    He enjoys doing it.  He likes to go down there, it's
13         an interesting trip for him.  A lot of times, you
14         know, my wife will -- you know, we'll take him over to
15         the show and he -- it was an interesting trip for him.
16    Q    Did you go to the show that time?
17    A    Yes I did.
18    Q    What did you see?
19    A    Well, the list is too long to even say.  There's so
20         many different exhibitors, it's unbelievable.
21    Q    Oh, no.  I'm sorry.  I mean a show show, like a --
22    A    Oh, no.  Not in Reno, no, no.
23    Q    Oh, okay.
24    A    No.
25    Q    Yeah.  No, I didn't mean exhibitors.  I -- I know that
```

Page 168

```
 1         there's thousands of exhibitors.
 2    A    Yeah.  No, didn't go to any shows.
 3    Q    Have you -- have you been back to Reno since that
 4         trip?
 5    A    We went last year.
 6    Q    Last year being '06?
 7    A    Yes.
 8    Q    Was it in January again?
 9    A    Yes.
10    Q    Did your wife go with you?
11    A    Yes.
12    Q    How about your son?
13    A    Yes.
14    Q    Did you stay at Circus Circus?
15    A    Yep.
16    Q    And you were there for.....
17    A    Four days.
18    Q    .....the SCI?
19    A    Yes.
20    Q    Four days?  Did you gamble again?
21    A    Yes.
22    Q    Did you win again?
23    A    Fifty-six hundred dollars.
24    Q    Whoa.  You had to fill out IRS documents for that one,
25         didn't you?
```

Page 169

```
 1    A    Yep.
 2    Q    What did you win it on that time?
 3    A    Wheel of Fortune, too.  A progres- -- a progressive
 4         one.  I'm not kidding you, I play on that machine and
 5         it's like --
 6    Q    Do you have a reservation there?
 7    A    It was like, wow.  Well, a gal was playing the machine
 8         for quite some time and she walked away from it and I
 9         gave my wife some money, I said, quick, put $20.00 on
10         that machine on the end.  I went up there and hit 20
11         bucks, third pull, there she went.
12    Q    Any other money that you won?
13    A    That was about the big one.  But that was really kind
14         of extreme.
15    Q    What else did you play?
16    A    I play a little roulette.  I'm not a card guy, it
17         takes too much brain power to run cards.  I just don't
18         enjoy cards.  But just slot machines and roulette and
19         those games.  I don't know if I need to figure that
20         out.
21    Q    Did you lose anything?
22    A    No, I came home with about $5,000.00 more than I went
23         with.
24    Q    Okay.  What about your wife, did she gamble?
25    A    She gambled a little bit.
```

Case 3:04-cv-00096-TMB-DMS   Document 215-3   Filed 07/06/2007   Page 4 of 5

LAWRENCE H. GROVE, et al vs. UNOCAL CORPORATION               VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE
CASE NO.: A04-0096 CV (JKS)                                                                                JANUARY 12, 2007

Page 314

```
     attorney or something like that from what I understand
2    but I -- I've never done any of that.
3  Q Okay. So you -- sometimes you're on the phone. And
4    what else do you do on a daily basis?
5  A I don't know.
6  Q Do you watch TV in the daytime?
7  A Sometimes, yes.
8  Q What do you watch?
9  A Whatever's o- -- I like sports programs, stuff like
10   that.
11 Q Do you get on your computer?
12 A Not very often, I'm not very good with the computer.
13   I'm lucky I can do my e-mail.
14 Q Who do you e-mail?
15 A Whoever e-mails me.
16 Q Who do you correspond with on a regular basis?
17 A Nobody.
18 Q Do you have friends with e-mail?
19 A They have e-mail but if I hear from them, I read it
20   and maybe I'll answer it but usually my wife does the
21   typing because I'm a shitty (ph) typer. Excuse me.
22   I'm a terrible typer.
23 Q How about John Yenason, does he e-mail you?
24 A Very rarely.
25 Q Your son Brian, does he e-mail you?
```

Page 315

```
1  A Very rarely.
2  Q Your daughter from Bel Rea, does she e-mail you?
3  A She mails -- e-mails her mom all the time.
4  Q Okay. So, does she specifically e-mail you?
5  A No. She e-mails her mom all the time and you know,
6    she tells me what's going on.
7  Q Okay. So within the last month who have you received
8    an e-mail from?
9  A I don't get -- a lot of guys are selling -- selling
10   Viagra.
11 Q No. I'm interested in personal e-mail.
12 A I have a lot of those ma'am, like 40 in a day. Oh,
13   who was it, I think my friend Phil sells me some --
14   sends me these joke things, that's about it.
15 Q Who's Phil?
16 A Phil Krasmer, a friend of mine. He sends me jokes on
17   that -- I mean it's not a whole lot of stuff on my e-
18   mail that's not something corny (ph) or whatever.
19 Q Okay. Have you looked for a job since your injury in
20   2002?
21 A No I haven't been released from -- for work yet.
22 Q So have you looked for a job?
23 A No I haven't.
24 Q Do you have a resume?
25 A Yes I do have a resume.
```

Page 316

```
1  Q Okay. And have you given anybody -- have you
2    submitted your resume to anybody since 2002?
3  A No I haven't.
4  Q Okay.
5  A I'm a Union man, I can't do that, I can't solicit
6    work. I'm a Union pipefitter. I'm a proud member of
7    my Union. I believe in -- I believe in the Union
8    ideal and I cannot solicit work.
9  Q Well, you haven't tried to get a non-Union job then?
10 A I don't work non-Union. I'm not a non-Union worker.
11 Q You refuse to work non-Union?
12        MR. COHN: Objection to the form of the
13 question.
14 A Depends on what it is. All the jobs they gave me so
15   far are junk jobs and doesn't meet the minimum wage --
16   14, $15.00 an hour, to me, that does much.
17 Q (By Ms. Johnson) What jobs are you talking about?
18 A Some of the ones that -- at the vocational rehab guys
19   and -- and what's their names? That other outfit that
20   did a PCE. The -- the wages aren't there.
21 Q Okay. Liz Dowler submitted a report, have you read
22   that?
23 A Yeah. Full of -- full of bunk.
24 Q Well, there are construction jobs in Alaska, right?
25        MR. COHN: Objection to the form of the
```

Page 317

```
1  question, argumentative.
2  A Are there construction jobs in Alaska?
3  Q (By Ms. Johnson) Yes.
4  A I'm not -- the doctor won't release me for that, for
5    construction.
6  Q Have you explored going back to school?
7  A Yes.
8  Q When did you do that?
9  A Last week we talked about it.
10 Q Who's we?
11 A .....with Len Mundorf (ph). I've gone over to UAA
12   several times in the last month, I don't know the
13   exact days but did the ACU Placer tests and all that
14   stuff.
15 Q I'm sorry, the what placer?
16 A ACU Placer.
17 Q Okay. Is that the first time that you've done that?
18 A Yes.
19 Q Had you ever considered going back to school before
20   that?
21 A Not seriously, no.
22 Q What are you considering at this time, anything?
23 A I've got to see what Len comes up with. They're
24   looking at the -- he's talking to the college right
25   now, he's seeing what kind of program we're going to
```

Case 3:04-cv-00096-TMB-DMS   Document 215-3   Filed 07/06/2007   Page 5 of 5

LAWRENCE H. GROVE, et al vs. UNOCAL CORPORATION  VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE
CASE NO.: A04-0096 CV (JKS)                      JANUARY 12, 2007

Page 354

```
 Q    Retroactive?
 A    Retroactive it to a certain date.
 Q    And did you get a check for retroactive pay?
 A    Yes. I didn't get a check, it was just a deposit in
      my account?
 Q    How much?
 A    Well, let's see, 208, that's --
      MR. COHN: You don't have to guess if you
don't recall Larry.
 Q    (By Ms. Johnson) You can tell me a month amount or --
 A    It's 208 bucks a month, so figure what, that's about a
      couple thousand dol- -- if it was one year it would be
      like two thousand some dollars. It wasn't a -- a
      whole --
 Q    Do you recall how many months they paid you retro?
 A    I don't recall exactly how many. It had something to
      do with the Social Security thing.
 Q    Do you believe you received more than $1,000.00?
 A    Oh yeah. Oh yeah.
 Q    And Social Security, you're drawing Social Security
      disability?
 A    Yes.
 Q    How much is it per month?
 A    Nine hundred and seventeen dollars a month.
 Q    And you had to pay for that -- or apply for that?
```

Page 355

```
 A    Yes.
 Q    When did you start drawing that, do you remember?
 A    Actually, I didn't even apply. About a year and a
      half after I got hurt.
 Q    '04?
 A    Something like that. I don't know the exact dates.
      I'm --
 Q    Has that amount ever changed?
 A    It went up a little bit last year.
 Q    Did you ever get a retroactive check?
 A    Yes, they gave -- they paid me one year back.
 Q    Back to 2003?
 A    From when I applied to it. They can only go back one
      year. I actually qualified, according to the Social
      Security, I actually qualified the day I got hurt,
      Social Security. And -- well, I didn't apply for it
      because I didn't think, you know -- think it was going
      to be like that. I expected to be back to work in six
      months and before you know it, it's getting longer and
      longer and longer, things aren't looking good so one
      of my friends said, apply for Social Security. I
      said, I'm not going to get that. And -- well, I was
      going to do it anyways, so I applied for it and I got
      it.
 Q    For either your national disability or Social Security
```

Page 356

```
      disability, did you have to submit any medical
      records?
 A    Yes. Oh yeah. Well, for Social Security you have to
      give them everything.
 Q    Okay. What about national?
 A    You get Social Security, you get it automatically.
 Q    You get the national disability automatically?
 A    Correct. Yes. They re- -- that's the devi- -- you
      have to have Social Security before you can get that
      or you can't really even get it. It's under
      disability.
 Q    I'm sorry. You said the national retroactive --
      retroactive you how long?
 A    I'm not sure.
 Q    Okay. Was it back to the date you started drawing
      Social Security?
 A    I -- I'm not sure. I think. There was an explanation
      letter in there, I just looked at it and said okay.
      MR. COHN: Are we done?
      MS. JOHNSON: Yes.
      COURT REPORTER: Off record at 5:30. This
concludes the deposition.
      (Off record)

      * * * * END OF PROCEEDINGS * * * *
```

Page 357

EXHIBIT _B_
PAGE _5_ OF _5_       METRO COURT REPORTING
907.276.3876    745 West 4th Avenue, Suite 425, Anchorage, Alaska 99501     metro@gci.net

90 (Pages 354 to 357)