Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> v. <br><br> UNOCAL CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. A04-0096 CV (JKS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### RESPONSE TO THIRD DISCOVERY REQUESTS
### TO PLAINTIFF LAWRENCE GROVE

COMES NOW Plaintiff Lawrence Grove, by and through counsel Phillip Paul Weidner & Associates, and responds to *Third Discovery Requests to Plaintiff Lawrence Grove*, propounded by defendant UNOCAL Corporation, as follows:

#### INTERROGATORIES

**INTERROGATORY NO. 1:**   Please state in detail each trip you have taken since September 2002 during which you shot or shot at, or intended to shoot at an animal or bird or

Response to Third Discovery Requests to Plaintiff Lawrence Grove

EXHIBIT C
PAGE 1 OF 4    Page 1

**RESPONSE:** I worked three days in April, 2003 for Siemens just before my first surgery as a technical advisor for a State office building HVAC start-up. I do not know the exact dates; pay records are available from employer.

**INTERROGATORY NO. 8:** Please list all vacations you have taken since 2002 or any travel outside the State of Alaska for any reason, include the date, destination, length of stay, hotel or other accommodations, travel accommodations and any companions.

**RESPONSE:** See Response to Interrogatory No. 1. I left the State for 4 funerals; Mother, aunt, and 2 uncles. I visited my father in the hospital. I do not keep travel journals, but can get exact funeral dates if they are necessary.

**INTERROGATORY NO. 9:** Please state who negotiated and/or approved your extra holidays, paid sick days and training days as you stated in your deposition at p. 22. Include when the extra benefits began, how the benefits were more than you received under the union contract, who knew you received the extra benefits, and whether you used all the benefits or were paid cash for them.

**RESPONSE:** See letter dated May 26, 2000.

EXHIBIT C
PAGE 2 OF 4

Response to Third Discovery Requests to Plaintiff Lawrence Grove

Page 4

**REQUEST FOR PRODUCTION NO. 4:** For any job you have held since September 2002, please produce copies of pay stubs, performance manuals, position descriptions, benefits packages or other job related documents.

**RESPONSE:** See attached.

RESPECTFULLY SUBMITTED this 9th day of December, 2005.

> WEIDNER & ASSOCIATES, INC.
> Attorneys for Plaintiffs
>
> By: _____
> Phillip Paul Weidner
> ABA # 7305032

EXHIBIT C
PAGE 3 OF 4

Response to Third Discovery Requests to Plaintiff Lawrence Grove

Page 6

# VERIFICATION

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

I, LAWRENCE GROVE, being first duly sworn, depose and state as follows:
I am the person above-named; I have read the foregoing responses to discovery and understand the contents thereof; I have executed the same freely and voluntarily for the purposes set forth therein; and I verify that the same are true to my own knowledge and belief.

DATED this 9 day of DEC, 2005.

_____
LAWRENCE GROVE

SUBSCRIBED AND SWORN to before me this 9th day of DECEMBER, 2005, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: 7-25-09

EXHIBIT C
PAGE 4 OF 4

Response to Third Discovery Requests to Plaintiff Lawrence Grove

Page 7