Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>            Plaintiffs,<br><br>v.<br><br>UNOCAL CORPORATION,<br><br>            Defendant. | Case No. A04-0096 CV (JKS) |

**RESPONSE TO SEVENTH DISCOVERY REQUESTS
TO PLAINTIFF LAWRENCE GROVE**

COMES NOW Plaintiff Lawrence Grove, by and through counsel Phillip Paul Weidner & Associates, and responds to *Defendant's Seventh Set of Discovery to Lawrence Grove*, propounded by defendant UNOCAL Corporation, as follows:

**REQUESTS FOR ADMISSION**

**Request for Admission No. 1:** Please admit that you have cashed three checks for $250 each for corporate officer fees from Puritan Production Videos, Ltd.

EXHIBIT E
PAGE 1 OF 7

**Response**: All checks were cashed for reimbursement for travel expenses. Admitted only that on the checks it may say Corporate Officer Fees.

**Request for Admission No. 2**: Please admit that you have received three checks for $250 each for corporate officer fees from Puritan International Ltd.

**Response:** All checks were cashed for reimbursement for travel expenses. Admitted only that on the checks it may say Corporate Officer Fees.

**Request for Admission No. 3:** Please admit that you have received one check for $250 for corporate officer fees from Lead Dog Enterprises Limited.

**Response:** All checks were cashed for reimbursement for travel expenses. Admitted only that on the checks it may say Corporate Officer Fees.

**Request for Admission No. 4:** Please admit that you have received one check for $250 for corporate officer fees from Funtime Boutique, Inc.

**Response:** All checks were cashed for reimbursement for travel expenses. Admitted only that on the checks it may say Corporate Officer Fees.

**Request for Admission No. 5:** Please admit that you have received one check for $250 for corporate officer fees from Samauri Inc.

**Response:** All checks were cashed for reimbursement for travel expenses. Admitted only that on the checks it may say Corporate Officer Fees.

Response to Seventh Discovery Requests to Plaintiff Lawrence Grove

EXHIBIT E
PAGE 2 OF 7

**Request for Admission No. 6:** Please admit that you have received one check for $250 for corporate officer fees from Lo-Ji Inc. Admitted only that on the checks it may say Corporate Officer Fees.

**Response:** All checks were cashed for reimbursement for travel expenses.

**Request for Admission No. 7:** Please admit that you have received compensation from the sale or final disposition of Puritan Production Videos, Ltd.

**Response:** Denied. I received no compensation for any such transaction.

**Request for Admission No. 8:** Please admit that you have received money from the sale or final disposition of Puritan International Ltd.

**Response:** Denied. I received no compensation for any such transaction.

**Request for Admission No. 9:** Please admit that you have traveled to Pennsylvania to perform duties for any of the six identified companies.

**Response:** I have traveled to Pennsylvania at any time Mr. Krasner requested. He is my friend. I would sign corporate papers when requested to do so.

**Request for Admission No. 10:** Please admit that sine your injury, you have traveled outside Alaska for business purposes related to the six companies.

**Response:** I have traveled to Pennsylvania at any time Mr. Krasner requested. He is my friend. I would sign corporate papers when requested to do so.

EXHIBIT _E_
PAGE _3_ OF _7_

Response to Seventh Discovery Requests to Plaintiff Lawrence Grove

Page 3

**Request for Admission No. 11:** Please admit that since your injury in 2002, you attend or have attended conventions such as the AVN or Adult Entertainment Expo.

**Response:** I have traveled to Las Vegas with my wife and met with my friend Mr. Philip Krasner. While there, we attended the AVN convention as Mr. Krasner's guests.

**Request for Admission No. 12:** Please admit that since your injury you have received money from one or more of the six identified company other than the corporate officer fee checks.

**Response:** I have not received any funds or compensation other than travel expenses from any of the companies.

## INTERROGATORIES

**Interrogatory No. 1:** Please state with regard to the six companies:

    a: who owns each of the six companies
    b: if Larry Grove or his immediate family members own any part of any of the companies
    c: if Larry Grove or his immediate family members own shares of any of the companies how much they own and
    d: how long Larry Grove or his immediate family members have owned any shares.

**Answer:** (a) I am not privileged to all information. For details, contact:

Mr. Philip Krasner
VPL Limited
1146 North Irving Street
Allentown, PA 18103

Mr. Krasner's attorney is Mike Werenblewski. He has requested all contacts be through him at 716-849-1315, extension 390.

EXHIBIT E
PAGE 4 OF 7

Response to Seventh Discovery Requests to Plaintiff Lawrence Grove

Page 4

indicate which company reimbursed you, what the expense was for, and how much the reimbursement was.

**Answer:**   I do not have any specific records of exact travel dates. I was reimbursed for travel expenses only. Records of which company and how much was reimbursed is already in your possession.

**Interrogatory No. 13:**   Please describe with specificity all travel between 2002 to the present where you attended any convention or seminar related to the business of any of the six companies identified.

**Answer:**   I did not attend any conventions for any business purposes related to any of the six companies.

**Interrogatory No. 14:**   Please describe with specificity all documents that you sign on behalf of any of the six companies.

**Answer:**   For detailed information, contact:

> Mr. Philip Krasner
> VPL Limited
> 1146 North Irving Street
> Allentown, PA  18103

Mr. Krasner's attorney, Mike Werenblewski, has requested that all contacts be through Mr. Werenblewski at 716-849-1315, Ext. 390.

**Interrogatory No. 15:**   Please state with specificity any visit to Alaska made by any of the owners or officers of the six companies, the date of the visit, the purpose of the visit, who was in Alaska, where the owner(s) visited, and whether you paid any money to for entertainment of the owner(s).

EXHIBIT E
PAGE 5 OF 7

Response to Seventh Discovery Requests to Plaintiff Lawrence Grove

Page 8

RESPECTFULLY SUBMITTED this  9th  day of April 2007.

              WEIDNER & ASSOCIATES, INC.
              Attorneys for Plaintiffs

          By: _____
              Phillip Paul Weidner
              ABA # 7305032

THIS IS TO CERTIFY that on the 10th day of April 2007, a true and correct copy of the foregoing document was served via mail / (hand) / fax on:

John Thorsness
Clapp Peterson Van Flein Tiesmessen & Thorsness
711 H Street
Anchorage, AK 99501

*M Christine Dufon*

EXHIBIT E
PAGE 6 OF 7

Response to Seventh Discovery Requests to Plaintiff Lawrence Grove

Page 11

# VERIFICATION

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

    I, LAWRENCE GROVE, being first duly sworn, depose and state as follows:

I am the person above-named; I have read the foregoing responses to discovery and understand the contents thereof; I have executed the same freely and voluntarily for the purposes set forth therein; and I verify that the same are true to my own knowledge and belief.

    DATED this 9 day of APRIL, 2007.

_____
LAWRENCE GROVE

    SUBSCRIBED AND SWORN to before me this 9th day of April, 2007, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: 7-25-09

EXHIBIT E
PAGE 7 OF 7

Response to Seventh Discovery Requests to Plaintiff Lawrence Grove

Page 12