Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and
MICHAEL GROVE (DOB 1/21/88)
by and through his father
LAWRENCE H. GROVE,

    Plaintiffs,

vs.

UNOCAL CORPORATION,

    Defendant.
_____/
Case No. A04-0096 CV(JKS)


VIDEOTAPED DEPOSITION OF CYNTHIA GROVE

Pages 1 - 72, inclusive

Friday, November 12, 2004, 2:42 p.m.

Anchorage, Alaska

EXHIBIT __G__
PAGE _1_ OF _7_

Page 33

```
 1        Q.    Now Michael helps with these things, though,
 2   right?
 3        A.    Yeah, he does, but he's only 14.
 4        Q.    Stress became a number one factor in -- in
 5   your life.  This is stress that you relate to having
 6   to -- having to do the things that your husband can no
 7   longer do?
 8        A.    Stress as in having to do the things I --
 9   everything that he can't do.  All the emotion that has
10   built up after his accident I had to worry about, our
11   bills I have to worry about, things that have to get
12   done.  Besides trying to get all that stuff
13   straightened out, making sure that he's not falling or
14   hurting himself, and then trying to stay calm for the
15   kids.
16        Q.    Do have you a certain amount of stress at
17   work?
18        A.    Yes, I do.
19        Q.    Okay.  Did you have stress at work before
20   the accident?
21        A.    Yes, I do.
22        Q.    Did you -- did you take that stress home
23   with you?
24        A.    Periodically, but not too often.  I used to
25   work out, and I used to take my stress out on that.
```

1   gynecological --
2       A.  She does tests.  She does my routine tests.
3   I've had her forever.
4       Q.  She -- she does your annual exams?
5       A.  Yes.
6       Q.  Okay.  Is Dr. Kolb the only doctor you have
7   seen related to these issues?
8       A.  Yes.
9       Q.  And you -- you have seen no other
10  counselors, psych- -- psychologists, psychiatrists
11  since this accident?
12      A.  No.
13      Q.  Okay.  Has Dr. Kolb prescribed you with any
14  medications to help with these problems that you have
15  been having?
16      A.  No.
17      Q.  So you have not -- you have not taken
18  anything for heartburn since --
19      A.  No.
20      Q.  -- since the -- okay.  Not -- and -- and no
21  medications for the menstrual problems?
22      A.  No.
23      Q.  All right.  What are the bills you worry
24  about?  Do you guys have -- do have any -- do you have
25  a lot of debt?

Page 42

1   A.   Well, I don't know what you call a lot of
2   debt.  What I basically worry about is if his check
3   ever stops coming, we're not going to make it.  We're
4   not going to be able to pay the mortgage or the truck
5   and still survive.
6   Q.   You have owned your home since --
7   A.   '90.
8   Q.   Is it '90?  Okay.  The home on Dagan?
9   A.   Yes.
10  Q.   Since 1990.  How big is your home?
11  A.   1700 square feet.
12  Q.   Okay.  Would you be able to pay for that
13  mortgage without your husband's income?
14  A.   I would be able to pay for that mortgage,
15  but we wouldn't be able to eat.
16  Q.   Okay.  Has your husband talked to you about
17  going back to work as an occupational safety and
18  health inspector?
19  A.   He's mentioned it, about -- I think that
20  letter that you have.
21  Q.   The -- the letter that we -- that we
22  discussed in his deposition?
23  A.   Yes.  He has shown it to me.
24  Q.   Okay.  And have -- have you told him that
25  you're supportive of him doing this type of job?

Page 43

1    A.    Actually, I let him make his own decisions.
2    Q.    Have you offered any advice or insight into
3 what you think he should do?
4    A.    No, I have not.
5    Q.    Do you want him to go back to work?
6    A.    Actually, that's up to him.
7    Q.    Okay.  Well, you -- you just said that
8 you're stressed about paying your bills and your house
9 payment and so forth.
10   A.    Yes, I am.
11   Q.    Do you have an opinion or a position on
12 whether he goes back to work?
13   A.    I have --
14         MR. COHN:  Objection to the form of the
15 question.
16 BY MR. MARTIN:
17   Q.    Go ahead and answer, if you understand it.
18   A.    My opinion is he can do whatever makes him
19 happy, whatever gets him nonfrustrated so our life can
20 be happy together.
21   Q.    Well, have you said, "Look, Larry.  I'm
22 stressed because I'm worried about the bills getting
23 paid.  You need to go back to work"?
24   A.    I would never say that to him.
25   Q.    Okay.  Have you guys gotten into -- into

Page 44

1   arguments about that?
2       A.   No.
3       Q.   Does he understand that you're stressed
4   because you're worried about paying the bills?
5       A.   Yes.
6            MR. COHN:  Objection to foundation.
7   BY MR. MARTIN:
8       Q.   Okay.  How do you -- how do you think he --
9            MR. COHN:  Speculation.
10  BY MR. MARTIN:
11      Q.   How do you think -- you live together.
12      A.   Yes.
13      Q.   He sees your emotions.  You agree?
14      A.   Yes.
15      Q.   Do you think he knows when you're stressed?
16      A.   Yes.
17           MR. COHN:  Objection.
18  BY MR. MARTIN:
19      Q.   Okay.  How would -- how does he know that?
20           MR. COHN:  Objection.  Speculation.
21  BY MR. MARTIN:
22      Q.   In your opinion, based on what you observed
23  living with him.
24      A.   How does he know that I'm stressed out?
25      Q.   How does he know?  Does he ask you

Page 70

```
 1      A.    As in what way?
 2      Q.    Fear of heights or anything like that?
 3      A.    No.
 4            MR. MARTIN:  Okay.  Thank you for coming.  I
 5   don't have any further questions.
 6            THE WITNESS:  Okay.
 7            THE VIDEOGRAPHER:  We'll conclude then and
 8   close the record at 3:55.
 9                         (Proceedings concluded
10                          at 3:55 p.m.)
11
12
```

Alaska Stenotype Reporters

EXHIBIT  G
PAGE  2  OF  2

231a6774-07ff-4ecd-9289-c5f1525be9d5