Case 3:04-cv-00096-TMB-DMS   Document 216-2   Filed 07/06/2007   Page 1 of 4
LAWRENCE H. GROVE, et al vs. UNOCAL CORPORATION   VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE
CASE NO.: A04-0096 CV (JKS)   JANUARY 12, 2007

Page 1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF ALASKA
 3   LAWRENCE H. GROVE, CYNTHIA        )
     GROVE, SARAH GROVE, and MICHAEL   )
 4   GROVE (DOB 1/21/88) by and        )
     through his father                )
 5   LAWRENCE H. GROVE,                )
                                       )
 6                 Plaintiffs,         )
                                       )
 7   vs.                               )
                                       )
 8   UNOCAL CORPORATION,               )
                                       )
 9                 Defendant.          )  Case No. A04-0096 CV (JKS)
                                       )
10   _____)

              VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE
11                      January 12, 2007
12   APPEARANCES:
            FOR PLAINTIFFS:        MR. MICHAEL COHN
                                   Phillip Paul Weidner & Associates
14                                 Attorneys at Law
                                   330 L Street
15                                 Suite 200
                                   Anchorage, Alaska 99501
16                                 (907) 276-1200
17          FOR DEFENDANT:         MS. LINDA J. JOHNSON
                                   Clapp, Peterson, Van Flein,
18                                    Tiemessen & Thorsness, LLC
                                   Attorneys at Law
19                                 711 H Street
                                   Suite 620
20                                 Anchorage, Alaska 99501
                                   (907) 272-9266
21
            ALSO PRESENT:          MS. VICTORIA HOMAN
22                                 MR. ROBERT L. GRIFFIN
23                                 * * * *
                                              EXHIBIT    A
24                                            PAGE  1  OF  4
25
```

Case 3:04-cv-00096-TMB-DMS   Document 216-2   Filed 07/06/2007   Page 2 of 4

LAWRENCE H. GROVE, et al vs. UNOCAL CORPORATION   VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE
CASE NO.: A04-0096 CV (JKS)   JANUARY 12, 2007

Page 82

```
 1       because of the ankle's tight. So I -- I wear the --
 2       wear the knee highs. You get wet knees, just bring a
 3       pair of pants, that's all, to change.
 4   Q   In your knee high boots, do you wear a brace?
 5   A   Yes.
 6   Q   Inside the boot?
 7   A   Yes. Right here.
 8   Q   Like that?
 9   A   Yep.
10   Q   Well, you can show it to the camera if you like.
11   A   Oh. That's the brace I wear.
12   Q   And how often do you wear your brace?
13   A   Whenever I -- whenever I actually need to, when I'm,
14       you know doing something like that or my ankle will
15       get sore. It's hard to get shoes that fit it because
16       you got to wear something kind of loose because it's
17       just -- you can't get it on with a normal shoe, you
18       have to wear something that's got room for it.
19   Q   Do you wear it when you're hunting?
20   A   Yeah. I definitely do it then, yes. I can't take a
21       chance at --
22   Q   What did you do with the fish that you caught in 2004?
23   A   I sliced them up, put them in the freezer and then
24       they went into the grill and cooked it.
25   Q   Did you -- did you send them anywhere to be processed?
```

Page 83

```
 1   A   I do that myself.
 2   Q   Okay. How did you process them?
 3   A   Just sit at the table and filet them up. My wife will
 4       take them and put them in plastic, just lay them in
 5       the refrigerator and put layers of newspaper between
 6       them so they don't freeze together. Then we vacuum
 7       seal them.
 8   Q   Okay. Did you do any smoking of the fish?
 9   A   I don't get into too much smoking. If I do, I'll --
10       I'd probably pay somebody to do it. It's just
11       cheaper. A lot of -- it's very time consuming.
12   Q   Have you ever paid somebody to smoke your fish for
13       you?
14   A   Yes.
15   Q   When was that?
16   A   Oh, geez. I had some smoked this year.
17   Q   Where at?
18   A   Alaska Sausage.
19   Q   How many fish?
20   A   Maybe 15 or 20.
21   Q   Okay. What about last year? In 2005, meaning last
22       year?
23   A   I don't really -- I don't recall. I -- I don't always
24       get it smoked. Sometimes I do, sometimes I don't.
25       Mostly I filet it and I like to send a lot of it back
```

Page 84

```
 1       east to the -- at Christmas time to folks who enjoy
 2       it, stuff like that.
 3   Q   Who do you send it to?
 4   A   I send it to my son, my brother, sister, my dad.
 5   Q   Where does your son live?
 6   A   Pennsylvania.
 7   Q   How about your brother?
 8   A   Pennsylvania.
 9   Q   Is your dad still in Florida?
10   A   No he's not.
11           MR. COHN: Excuse me. I just want to make a
12       clarification. When you say, son.....
13           MS. JOHNSON: He -- I --
14           MR. COHN: .....that's talking about the son
15       other than the one that's living with him here, Michael?
16           MS. JOHNSON: I was talking about -- I was
17       talking about the one he was talking about. I knew you were
18       talking about Brian, correct?
19   A   Correct.
20           MR. COHN: But -- but the jury might not know
21       who's listening to this tape unless it's clarified.
22           MS. JOHNSON: Thank you very much Mike.
23   Q   (By Ms. Johnson) Your son Michael lives in
24       Pennsylvania?
25   A   No. He lives up here.
```

Page 85

```
 1   Q   I'm sorry. Michael -- Brian lives in Pennsylvania?
 2   A   Yeah.
 3   Q   And your brother, is that Mark?
 4   A   Yes.
 5   Q   Pennsylvania?
 6   A   Yes he does.
 7   Q   Where is your dad now?
 8   A   He is in Pennsylvania right now.
 9   Q   Okay. And does he live with your brother?
10   A   No, he's in assisted living. He's had some serious --
11       serious health problems lately.
12   Q   Well, I'm sorry to hear that. Has he moved recently?
13   A   He moved about a year ago, maybe two years ago.
14   Q   And how often do you send fish to your son Brian?
15   A   Once or twice a year. Depends on how many we catch,
16       how many we have.
17   Q   What about your brother?
18   A   Usually once. I -- a lot of times, if I go to visit
19       my dad, I'll take a cooler down with me and -- there's
20       no specific schedule or anything like that.
21   Q   And do you take them the fish that you -- that you
22       caught personally.....
23   A   Yes.
24   Q   .....fishing?
25   A   Yes.
```

EXHIBIT  A
PAGE  2  OF  4

Case 3:04-cv-00096-TMB-DMS   Document 216-2   Filed 07/06/2007   Page 3 of 4

LAWRENCE H. GROVE, et al vs. UNOCAL CORPORATION                    VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE
CASE NO.: A04-0096 CV (JKS)                                        JANUARY 12, 2007

Page 162

```
           there's a big mountain in the back.  They walked way
  2        back in and that's where they were hunting deer.
  3   Q    How long did you sit there?
  4   A    A couple hours probably.
  5   Q    And what did you do after you shot the deer?
  6   A    Went over and gutted it and started to skin it a
  7        little bit.  And I think somebody -- I don't know for
  8        sure, somebody saw me over there and they come over
  9        and gave me a hand.
 10   Q    How far away from your camp were you?
 11   A    Maybe 150 yards.  Maximum 200.
 12   Q    What were you shooting?
 13   A    375 H and H Magnum.
 14   Q    And how far was the shot?
 15   A    Not far.  It came right out in front of me, 50 yards
 16        maybe.
 17   Q    And how many shots?
 18   A    One shot.
 19   Q    You always sound like you're proud of that?  Is that
 20        a --
 21   A    I'm a very -- I'm a very good shot.
 22   Q    Okay.  So you consider that an accomplishment?
 23   A    Yes.
 24   Q    Do you practice shooting?
 25   A    Yes.  A lot.
```

Page 163

```
  1   Q    Where?
  2   A    Birchwood shooting range.
  3   Q    And what do you practice with?
  4   A    My hunting rifles, hand guns, various target -- target
  5        guns.
  6   Q    How often do you go?
  7   A    Oh geez.  Depends on the weather.
  8   Q    It's outside?
  9   A    Yes, it's an outdoor shooting range, yes.  I couldn't
 10        give you an exact number.  I don't keep track of it.
 11   Q    How long -- how many times have you gone this year?
 12        I'm sorry, 2006?
 13   A    2006?  I probably went out there 15, 20 times maybe.
 14   Q    Anybody go with you?
 15   A    My son Michael goes occasionally.  Who else was out
 16        there?  I can't remember every trip I go or who went
 17        with me.  You know, it's not -- it's not an important
 18        part of my life to remember everything I've done.
 19   Q    Do friends go with you?
 20   A    Occasionally.
 21   Q    Other than --
 22   A    Well, I think Wes might have went with me once.  John
 23        might have gone out to sight a gun in but you know, I
 24        can't be sure.
 25   Q    Do you have to pay to shoot?
```

Page 164

```
  1   A    I'm a member there.
  2   Q    And how long have you been a member?
  3   A    Oh, on and off about 10 years.  I haven't renewed my
  4        membership this year yet but --
  5   Q    How much is a membership?
  6   A    $165.00, unlimited use of the range.
  7   Q    Is your son a member?
  8   A    No.
  9   Q    Any other of your -- any other family members that are
 10        members?
 11   A    Not right now, no.  My daughter -- I -- it's not
 12        really member, she's on my card as a -- you pay a
 13        lower price.  It's like a -- it's like a family thing.
 14        It's all -- if you add like one or two members it was
 15        like 10 bucks or something like that but she's not
 16        really a member member.
 17   Q    You stated somewhere, I think in this -- yes.  This is
 18        Exhibit 1, your handwritten notes.
 19   A    Uh-huh (affirmative).
 20   Q    You stated that you went to the SCI Convention January
 21        2005?
 22   A    Yes.
 23   Q    And it was in Reno, is that correct?
 24   A    Yes.
 25   Q    How long were you there?
```

Page 165

```
  1   A    Four days.
  2   Q    Where'd you stay?
  3   A    Circus Circus.  Took the wife and my son with me and
  4        they had a good time.  They need a vacation, too.
  5   Q    What about your daughter?
  6   A    She hasn't been there.
  7   Q    And what did you do while you were there?
  8   A    I went to see the exhibits, relax, go to dinner, pull
  9        a couple of one-armed bandits.
 10   Q    That's what I was going to ask, did you gamble?
 11   A    A little bit.
 12   Q    Did you win or lose?
 13   A    Actually, I won.
 14   Q    How much?
 15   A    Sixteen hundred bucks.
 16   Q    What were you playing?
 17   A    Wheel of Fortune.
 18   Q    Wheel of Fortune?
 19   A    Yeah.
 20   Q    Do you remember what hotel you were in?
 21   A    Yeah, I was in Circus Circus.  I can tell you exactly
 22        where the machine was at.
 23   Q    Okay.  How about your wife, did she gamble while you
 24        were there?  With you?
 25   A    Yeah.  Yeah, she does but she plays the quarter
```

EXHIBIT A  PAGE 3 OF 4

Case 3:04-cv-00096-TMB-DMS   Document 216-2   Filed 07/06/2007   Page 4 of 4

LAWRENCE H. GROVE, et al vs. UNOCAL CORPORATION
CASE NO.: A04-0096 CV (JKS)
VIDEOTAPE DEPOSITION OF LAWRENCE H. GROVE
JANUARY 12, 2007

Page 354

```
 1  Q    Retroactive?
 2  A    Retroactive it to a certain date.
 3  Q    And did you get a check for retroactive pay?
 4  A    Yes. I didn't get a check, it was just a deposit in
 5       my account?
 6  Q    How much?
 7  A    Well, let's see, 208, that's --
 8            MR. COHN: You don't have to guess if you
 9  don't recall Larry.
10  Q    (By Ms. Johnson) You can tell me a month amount or --
11  A    It's 208 bucks a month, so figure what, that's about a
12       couple thousand dol- -- if it was one year it would be
13       like two thousand some dollars. It wasn't a -- a
14       whole --
15  Q    Do you recall how many months they paid you retro?
16  A    I don't recall exactly how many. It had something to
17       do with the Social Security thing.
18  Q    Do you believe you received more than $1,000.00?
19  A    Oh yeah. Oh yeah.
20  Q    And Social Security, you're drawing Social Security
21       disability?
22  A    Yes.
23  Q    How much is it per month?
24  A    Nine hundred and seventeen dollars a month.
25  Q    And you had to pay for that -- or apply for that?
```

Page 355

```
 1  A    Yes.
 2  Q    When did you start drawing that, do you remember?
 3  A    Actually, I didn't even apply. About a year and a
 4       half after I got hurt.
 5  Q    '04?
 6  A    Something like that. I don't know the exact dates.
 7       I'm --
 8  Q    Has that amount ever changed?
 9  A    It went up a little bit last year.
10  Q    Did you ever get a retroactive check?
11  A    Yes, they gave -- they paid me one year back.
12  Q    Back to 2003?
13  A    From when I applied to it. They can only go back one
14       year. I actually qualified, according to the Social
15       Security, I actually qualified the day I got hurt,
16       Social Security. And -- well, I didn't apply for it
17       because I didn't think, you know -- think it was going
18       to be like that. I expected to be back to work in six
19       months and before you know it, it's getting longer and
20       longer and longer, things aren't looking good so one
21       of my friends said, apply for Social Security. I
22       said, I'm not going to get that. And -- well, I was
23       going to do it anyways, so I applied for it and I got
24       it.
25  Q    For either your national disability or Social Security
```

Page 356

```
 1  disability, did you have to submit any medical
 2  records?
 3  A    Yes. Oh yeah. Well, for Social Security you have to
 4       give them everything.
 5  Q    Okay. What about national?
 6  A    You get Social Security, you get it automatically.
 7  Q    You get the national disability automatically?
 8  A    Correct. Yes. They re- -- that's the devi- -- you
 9       have to have Social Security before you can get that
10       or you can't really even get it. It's under
11       disability.
12  Q    I'm sorry. You said the national retroactive --
13       retroactive you how long?
14  A    I'm not sure.
15  Q    Okay. Was it back to the date you started drawing
16       Social Security?
17  A    I -- I'm not sure. I think. There was an explanation
18       letter in there, I just looked at it and said okay.
19           MR. COHN: Are we done?
20           MS. JOHNSON: Yes.
21           COURT REPORTER: Off record at 5:30. This
22  concludes the deposition.
23       (Off record)
24
25       * * * * END OF PROCEEDINGS * * * *
```

Page 357

EXHIBIT    A
PAGE   4   OF   4