Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>        Plaintiffs,<br><br>v.<br><br>UNOCAL CORPORATION,<br><br>        Defendant. | Case No. A04-0096 CV (JKS) |

**RESPONSE TO SEVENTH DISCOVERY REQUESTS
TO PLAINTIFF LAWRENCE GROVE**

COMES NOW Plaintiff Lawrence Grove, by and through counsel Phillip Paul Weidner & Associates, and responds to *Defendant's Seventh Set of Discovery to Lawrence Grove*, propounded by defendant UNOCAL Corporation, as follows:

**REQUESTS FOR ADMISSION**

<u>**Request for Admission No. 1:**</u> Please admit that you have cashed three checks for $250 each for corporate officer fees from Puritan Production Videos, Ltd.

EXHIBIT B
PAGE 1 OF 8

**Request for Admission No. 6:** Please admit that you have received one check for $250 for corporate officer fees from Lo-Ji Inc. Admitted only that on the checks it may say Corporate Officer Fees.

**Response:**   All checks were cashed for reimbursement for travel expenses.

**Request for Admission No. 7:** Please admit that you have received compensation from the sale or final disposition of Puritan Production Videos, Ltd.

**Response:**   Denied. I received no compensation for any such transaction.

**Request for Admission No. 8:** Please admit that you have received money from the sale or final disposition of Puritan International Ltd.

**Response:**   Denied. I received no compensation for any such transaction.

**Request for Admission No. 9:** Please admit that you have traveled to Pennsylvania to perform duties for any of the six identified companies.

**Response:**   I have traveled to Pennsylvania at any time Mr. Krasner requested. He is my friend. I would sign corporate papers when requested to do so.

**Request for Admission No. 10:** Please admit that sine your injury, you have traveled outside Alaska for business purposes related to the six companies.

**Response:**   I have traveled to Pennsylvania at any time Mr. Krasner requested. He is my friend. I would sign corporate papers when requested to do so.

EXHIBIT _B_
PAGE _2_ OF _8_

Response to Seventh Discovery Requests to Plaintiff Lawrence Grove

Page 3

**Interrogatory No. 8:** Please state whether any of the six companies identified are subsidiaries of other companies or own any other business.

**Answer:** This information is not known to me.

**Interrogatory No. 9:** Please state the physical location of each of the six companies identified.

**Answer:** For this information, contact Mr. Krasner through his attorney. See also Response to Interrogatory No. 4.

**Interrogatory No. 10:** Please state whether each of the six companies identified still exist. If not, please explain how the company was disposed of.

**Answer:** For this information, contact Mr. Krasner through his attorney. My understanding is that the two Puritan companies were sold.

**Interrogatory No. 11:** Please identify any other companies that Larry Grove owns or participates in other than the six companies identified.

**Answer:** I do not own any companies.

**Interrogatory No. 12:** Please describe with specificity all travel from 2002 to the present that you have made where you performed or participated in business related to any of the six companies identified. If you were reimbursed for any expenses, please

EXHIBIT _B_
PAGE _3_ OF _8_

Response to Seventh Discovery Requests to Plaintiff Lawrence Grove

Page 7

indicate which company reimbursed you, what the expense was for, and how much the reimbursement was.

**Answer:** I do not have any specific records of exact travel dates. I was reimbursed for travel expenses only. Records of which company and how much was reimbursed is already in your possession.

**Interrogatory No. 13:** Please describe with specificity all travel between 2002 to the present where you attended any convention or seminar related to the business of any of the six companies identified.

**Answer:** I did not attend any conventions for any business purposes related to any of the six companies.

**Interrogatory No. 14:** Please describe with specificity all documents that you sign on behalf of any of the six companies.

**Answer:** For detailed information, contact:

> Mr. Philip Krasner
> VPL Limited
> 1146 North Irving Street
> Allentown, PA 18103

Mr. Krasner's attorney, Mike Werenblewski, has requested that all contacts be through Mr. Werenblewski at 716-849-1315, Ext. 390.

**Interrogatory No. 15:** Please state with specificity any visit to Alaska made by any of the owners or officers of the six companies, the date of the visit, the purpose of the visit, who was in Alaska, where the owner(s) visited, and whether you paid any money to for entertainment of the owner(s).

EXHIBIT B
PAGE 4 OF 8

Response to Seventh Discovery Requests to Plaintiff Lawrence Grove

Page 8

**Answer:** My friend of more than 30 years, Philip Krasner, visits me about every two years for fishing and relaxation purposes. I am paid no money for any other entertainment or business purposes.

**Interrogatory No. 16:** Please state whether you own have ever held an adult oriented business license, what state you held it, what business you held the license for, when you obtained it, and how long you held it.

**Answer:** I do not own, nor have I ever owned an adult oriented business license.

### REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Please produce payroll and financial records for each company that set forth any amount of money paid to you between 2002 and the present.

**RESPONSE:** I have never received any payroll for any of the six companies at any time whatsoever. You already possess copies of the checks. Any other information see Response to Request for Production No. 2.

**REQUEST FOR PRODUCTION NO. 2:** Please produce al paperwork that identifies the specific business purpose of each of the six companies.

**RESPONSE:** For information, contact:

    Mr. Philip Krasner
    VPL Limited

EXHIBIT __B__
PAGE __5__ OF __8__

Response to Seventh Discovery Requests to Plaintiff Lawrence Grove

Page 9

                1146 North Irving Street
                Allentown, PA 18103
                610-433-2116

Mike Werenblewski is Mr. Krasner's attorney. He has requested all contacts through him at 716-849-1315, Ext. 390. I do not have possession of any paperwork.

**REQUEST FOR PRODUCTION NO. 3:** Please produce tax records for each of the six companies.

**RESPONSE:** See Response to Request for Production No. 2.

**REQUEST FOR PRODUCTION NO. 4:** Please produce any document that you sign for each of the six companies

**RESPONSE:** See Response to Request for Production No. 2.

**REQUEST FOR PRODUCTION NO. 5:** Please produce all e-mails exchanged between you and Phil Krasner

**RESPONSE:** Mr. Krasner and I do not communicate by e-mail except to exchange jokes. I do not possess any of the e-mails.

**REQUEST FOR PRODUCTION NO. 6:** Please produce any correspondence and/or e-mails between you and each of the six companies.

**RESPONSE:** No such correspondence takes place or exists.

EXHIBIT _B_
PAGE _6_ OF _8_

Response to Seventh Discovery Requests to Plaintiff Lawrence Grove

RESPECTFULLY SUBMITTED this  9th  day of April 2007.

                WEIDNER & ASSOCIATES, INC.
                Attorneys for Plaintiffs

            By: _____
                Phillip Paul Weidner
                ABA # 7305032

THIS IS TO CERTIFY that on the 10th day of April 2007, a true and correct copy of the foregoing document was served via mail / (hand) / fax on:

John Thorsness
Clapp Peterson Van Flein Tiesmessen & Thorsness
711 H Street
Anchorage, AK 99501

_M Christine Dufon_

EXHIBIT __B__
PAGE __7__ OF __8__

Response to Seventh Discovery Requests to Plaintiff Lawrence Grove

                             Page 11

## **VERIFICATION**

STATE OF ALASKA            )
                          ) ss.
THIRD JUDICIAL DISTRICT    )

I, LAWRENCE GROVE, being first duly sworn, depose and state as follows:

I am the person above-named; I have read the foregoing responses to discovery and understand the contents thereof; I have executed the same freely and voluntarily for the purposes set forth therein; and I verify that the same are true to my own knowledge and belief.

DATED this 9 day of APRIL, 2007.

_____
LAWRENCE GROVE

SUBSCRIBED AND SWORN to before me this 9th day of April, 2007, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: 7-25-09

EXHIBIT B
PAGE 8 OF 8

Response to Seventh Discovery Requests to Plaintiff Lawrence Grove

Page 12