# Lipsitz Green Scime Cambria LLP

Attorneys at Law

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924  P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

Paul J. Cambria, Jr. [3]
James T. Scime
Herbert L. Greenman
Patrick C. O'Reilly
Michael Schiavone
Laraine Kelley
William M. Feigenbaum
Joseph J. Gumkowski
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Christopher S. Mattingly
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
George E. Riedel, Jr. [2]
Michael P. Stuermer [3]
Jeffrey F. Reina
Sharon M. Heim
Cherie L. Peterson
Paul J. Cieslik
Joseph T. Kremer
Michael R. Weremblewski
Gregory P. Krull
Michele A. Smith
Bridget M. O'Connell
Michael S. Deal [6]
Joseph J. Manna
Philip Scaffidi
Amy L. Andrus
Robert E. Ziske
Kevin W. Hourihan
A. Nicholas Falkides [4,5]
Thomas C. Burnham
William P. Moore
David C. Zimmerman [7]
Karen B. Feger
Patrick B. Shanahan
Bethany A. Solek
Jonathan W. Brown [3]
Amanda M. Warner
Laura M. Myers
Teresa A. Bailey
John M. Lichtenthal
Sarah R. Ranni
Racheal C. Irizarry [2]

OF COUNSEL
Richard Lipsitz
Carl A. Green
Raymond F. Roll, Jr.
Herald Price Fahringer
Eugene W. Salisbury [1]

SPECIAL COUNSEL
James W. Kirkpatrick
Roger W. Wilcox, Jr.
Denis A. Scinta
David G. Henry
Richard D. Furlong
Scott M. Schwartz
John P. Hains [2]

LICENSED WORKERS'
COMPENSATION
REPRESENTATIVE
Keith T. Williams
Patricia N. Lyman

Seymour L. Schuller
1951-1988

Evan E. James
1955-1989

[1] Also admitted in District of Columbia
[2] Also admitted in Florida
[3] Also admitted in California
[4] Also admitted in New Jersey
[5] Also admitted in Pennsylvania
[6] Also admitted in Ohio
[7] Also admitted in Illinois

May 31, 2007

**VIA FACSIMILE & OVERNIGHT MAIL**
Linda J. Johnson, Esq.
Clapp • Peterson
Van Flein • Tiemessen • Thorsness
711 H Street, Suite 620
Anchorage, Alaska 99501-3454

Re:  Grove v. Unocal
     Your File No. 6200-1

Dear Linda:

Pursuant to our telephone conversation of May 10, 2007, I am returning your firm's checks Nos. 25195, 25199, 25200, 25203, 25205, 25209 and 25210 each in the amount of $40.00 which accompanied the various subpoenas relative to the above-referenced matter.

As we discussed, I am _not_ the agent for Samuri, Inc., Funtime Boutique, Inc., Puritan Production Videos, Lead Dog Enterprises, Ltd., Puritan International, Ltd., LoJi, Inc., or Lawrence H. Grove, nor would I appear at the deposition. I will attempt to determine the custodian of records for Samuri, Inc., Funtime Boutique, Inc., Puritan Production Videos, Lead Dog Enterprises, Ltd., Puritan International, Ltd., LoJi, Inc. and will provide you with that information in the near future.

Very truly yours,

Lipsitz Green Scime Cambria LLP

By: Michael R. Weremblewski

MRW:hp
Enclosures

Writer's Extension: 390
Writer's Direct Fax: 716 849 1315
E-Mail: mweremblewski@lglaw.com

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: 6/1/07
6200-1
Distribution: DF  CKS to YBR

EXHIBIT  C
PAGE  1  OF  1

308075v1
25597.0007