John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>  vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**(Proposed)**
**ORDER ON MOTION FOR SANCTIONS**

This court having considered Plaintiffs' Motion for Sanctions and defendant's opposition thereto, and the court being fully apprised on the matter,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Sanctions is DENIED.

DATED at Anchorage, Alaska this _____ day of _____ 2007.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

## Certificate of Service

I hereby certify that on July 6, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

<u>s/ Linda J. Johnson</u>

ORDER ON MOTION FOR SANCTIONS
*Grove v. Unocal,* Case No. 3:04-cv-0096-TMB                                                            Page 2 of 2