```
Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**(PROPOSED) ORDER** |

**ORDER GRANTING MOTION FOR SANCTIONS**

The Court, having considered plaintiffs Motion for Sanctions, and any opposition thereto, hereby ORDERS as follows:

1. The Court finds that the Unocal counsel has been abusing the subpoena power delegated to counsel and issuing improper subpoenas under Federal Rule of Civil Procedure 45.

2. Any and all records that were obtained by the use of an improper subpoena and/or requesting entities and

individuals to appear in Anchorage, Alaska for deposition who are located out-of-state in distant states such as Pennsylvania, Florida, Indiana, Arizona, Colorado and Nevada are improperly obtained. Any records obtained through the use of an improper subpoena or notices of deposition for people to appear at 711 H Street, Anchorage, Alaska to produce documents are hereby deemed stricken. No such records, even if marginally relevant will be allowed due to the manner in which these records were obtained. All such records are also subject to strict confidentiality and will not be filed in open court if they pertain to personal and private Grove Family matters. All such records will be destroyed. Any records not destroyed will be retained and only individuals connected to this case shall be allowed to see said records. Any such individuals will be identified and disclosed to plaintiffs' counsel, and at the end of litigation all such records will be destroyed. Any leak of any private or confidential information of the Grove Family that results in identity theft or violates the privacy of the Grove Family will be subject to further sanctions against Unocal and Unocal counsel.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

3. Discovery is closed in this case. No new subpoena shall be issued, no new records deposition shall take place, and no further discovery will be had as to the Grove Family.

4. Plaintiffs are hereby awarded $_____ in costs for ____ hours of attorney time at $_____ per hour due to the inconvenience and costs and expenses occasioned by the setting of hundreds of depositions and re-notices of said depositions that have been done either without providing advance notice to counsel before setting said depositions, without properly utilizing the subpoena power delegated to attorneys under Federal Rule of Civil Procedure 45, including improperly noticing depositions of deponents whose records are well outside 100 miles of the place for the depositions set, without any proof that the proper notification has been provided to said entities as to their rights under Federal Rule of Civil Procedure 45(c), and due to the extraordinary extent of the misuse of the subpoena power, and the continued use of the subpoena power, even after the close of discovery in this action. The court further finds that such actions by Unocal counsel imposes undue burdens upon

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

3

the plaintiffs and plaintiffs' counsel, and is done for harassment of the plaintiffs and plaintiffs' counsel.

DATED:_____          _____
                         UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE
I hereby certify that on July 16, 2007 a copy of the foregoing (Proposed) Order was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.
s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571