Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNOCAL CORPORATION<br><br>         Defendant | )<br>)<br>)<br>)<br>)<br>) Case No. A04-0096 CV (TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' REPLY SUPPORTING MOTION FOR PROTECTIVE ORDER**

STATE OF ALASKA            )
                           )  ss.
THIRD JUDICIAL DISTRICT    )

MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

1.  I am Michael Cohn, an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., counsel of record for the Grove plaintiffs in this matter.  I am licensed

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

1

to practice law in the State of Alaska, and I provide the following information on my personal knowledge and belief;

    2. Attached hereto as Exhibit 1 is a list of the records depositions that had been set at the offices of Unocal counsel at 711 H Street, Anchorage, Alaska through approximately July 9, 2007. See Affidavit in Support of Renewed Motion for Protective Order, and the hundreds of notices, cancellations and re-notices attached thereto. Since Exhibit 1 attached hereto was compiled in support of Plaintiffs' Motion for Protective Order, numerous additional record depositions have been set by defense counsel. See Exhibit 2;

    3. Attached hereto as Exhibit 3 is a letter from William M. Feigenbaum dated June 7, 2007;

    4. Attached hereto as Exhibit 4 is a letter from William M. Feigenbaum dated June 29, 2007;

    5. I had personally talked with Mr. Feigenbaum, counsel for certain entities located in Pennsylvania. Mr. Feigenbaum has told me that Mr. Grove has no right or access to the records that are sought by Unocal counsel;

    6. Unocal counsel, Linda Johnson, has informed me that Larry Grove goes back to Pennsylvania every month to conduct business for the entities located in Pennsylvania. She referred me to thousands of pages of documents that had been recently disclosed by Unocal. When I reviewed these records, I

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

found references that Mr. Grove had used a credit card in Allentown, Pennsylvania in August, 2006 in a convenience store in Allentown, Pennsylvania, and an additional reference that Mr. Grove had utilized a credit card at that same convenience store in November, 2006.  In August, 2006, on information and belief, Larry Grove's sister-in-law died, and Mr. Grove returned to Pennsylvania to spend time with his brother and family in Pennsylvania.  In November, 2006 Mr. Grove returned to Pennsylvania and spent time with his family, including his brother and his ailing father;

      7.   Unocal counsel had set a number of record depositions for July 9, 2007.  Approximately 8 minutes before the time that said record depositions were to begin, Unocal counsel sent a facsimile to plaintiffs' counsel's office canceling the depositions, which have now promptly been rescheduled for a later date.  It is my understanding that Unocal counsel simply unilaterally sets hundreds of records depositions without first informing plaintiffs' counsel as to plaintiffs' availability.  Furthermore, plaintiffs still need to schedule and calendar said dates for the records depositions each and every time Unocal unilaterally sets another one of its hundreds of records depositions;

      8.   As Unocal counsel continues to set the records depositions, including apparently numerous depositions contrary

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

3

to the requirements of Federal Rule of Civil Procedure 45, plaintiffs' counsel respectfully requests that counsel for Unocal be sanctioned, and that an appropriate sum would be $250 per hour per record deposition that has been set in 2007. The number is constantly increasing since Unocal counsel continues to send out flurries of deposition notices, plaintiffs respectfully request, given Exhibit 1 and 2 that result in notices, cancellations and re-notices that are in excess of two hundred, however, counsel requests only an award of 100 hours of time at $250 per hour for a total of $25,000 subject to the court's approval, as an appropriate sanction for the inconvenience and costs and attorney time

       9.   Attached hereto as Exhibit 5 is the Affidavit of Donald Ostrom, Jr.;

       10.  Attached hereto as Exhibit 6 is an internet printout showing what the term "Theo" means.

   FURTHER AFFIANT SAYETH NAUGHT.

                    /s/ Michael Cohn
                    WEIDNER & ASSOCIATES, INC.
                    330 L Street, Suite 200
                    Anchorage, AK  99501
                    Phone (907) 276-1200
                    Fax (907) 278-6571
                    E-mail:  nbackes@weidnerjustice.com
                    ABA No. 8506049

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

4

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' REPLY SUPPORTING MOTION FOR PROTECTIVE ORDER** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

<u>s/ Michael Cohn</u>

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571