# Exhibit 1
## to Affidavit of Michael Cohn Supporting Motion for Protective Order

<u>Notices/Cancellations and Re-Notices of Records Depositions set by Unocal</u>
(not including depositions of the parties, experts, or treating physicians)

1. Denali Auction Co.;
2. Chase Bank, N.A.;
3. E*Trade;
4. Aurora Loan Services;
5. Circus-Circus Hotel & Casino;
6. Denali Auction Co.;
7. First American Title;
8. Hilton Grand Vacations;
9. Luxor Hotel and Casino;
10. The McClatchy Co.;
11. McKinley Title;
12. Mikunda Cottrell & Co., Inc.;
13. Morgan Stanley;
14. Tropicana Casino & Resort;
15. Bank of America;
16. Bank of America (Credit Cards);
17. Bank of America;
18. State of Alaska Department of Motor Vehicles (Juneau);
19. Bank of America;
20. State of Alaska Department of Motor Vehicles (Anchorage);
21. State of Alaska Department of Motor Vehicles (Juneau);
22. State of Alaska Department of Motor Vehicles (Anchorage);
23. State of Alaska Department of Motor Vehicles;
24. State of Alaska Department of Motor Vehicles;
25. State of Alaska Department of Motor Vehicles;
26. State of Alaska Department of Motor Vehicles;
27. Bank of America;
28. Sea Hawk Air, Inc.;
29. Sea Hawk Air, Inc.;
30. Sea Hawk Air, Inc.;
31. Sea Hawk Air, Inc.;
32. Birchwood Recreation & Shooting Park;
33. Birchwood Recreation & Shooting Park;
34. Alaska USA Federal Credit Union;
35. Bank of America;
36. Alaska USA Federal Credit Union;
37. Alaska Department of Fish & Game;
38. Alaska Department of Fish & Game;
39. Alaska USA Federal Credit Union;

EXHIBIT 1
PAGE 1 of 5

40. Alaska USA Federal Credit Union;
41. Alaska USA Federal Credit Union;
42. Alaska USA Federal Credit Union;
43. Alaska Department of Fish and Game;
44. Bank of America;
45. Birchwood Recreation & Shooting Park;
46. Alaska Spine Institute (including Rehabilitation Medicine Associates);
47. Northrim Bank;
48. Indian Valley Meats;
49. Wells Fargo Bank;
50. Alaska USA Federal Credit Union;
51. Circus-Circus Hotel & Casino;
52. Alaska Sausage Co., Inc.;
53. Alaska USA Federal Credit Union;
54. Alaska Department of Fish and Game;
55. Birchwood Recreation & Shooting Park;
56. Alaska Sausage Co., Inc.;
57. Alaska Spine Institute (including Rehabilitation Medicine Associates);
58. Circus-Circus Hotel & Casino;
59. Indian Valley Meats;
60. Northrim Bank;
61. Wells Fargo Bank;
62. State of Alaska Department of Motor Vehicles;
63. Bank of America (Credit Cards);
64. Sea Hawk Air;
65. First National Bank Alaska;
66. Circus-Circus Hotel & Casino;
67. Alaska USA Federal Credit Union;
68. State of Alaska Department of Fish and Game;
69. Birchwood Recreation & Shooting Park;
70. Alaska Sausage Co., Inc.
71. Alaska Spine Institute (including Rehabilitation Medicine Associates);
72. Indian Valley Meats;
73. Northrim Bank;
74. Wells Fargo Bank;
75. Bank of America;
76. U.S. Fish and Wildlife Service;
77. U.S. Fish and Wildlife Service;
78. Alaska Department of Fish and Game;
79. Honeywell;
80. Honeywell;
81. Summit Bank;
82. Wells Fargo Bank;
83. Northwest Airlines;
84. Wachovia Bank;
85. PNC Bank;

EXHIBIT 1
PAGE 2 of 5

86. Sovereign Bank;
87. PNC Bank;
88. The McClatchy Co.;
89. E*Trade;
90. Delta Airlines;
91. Citizens Bank;
92. Citicards;
93. Citibank;
94. Chase Bank, N.A.;
95. Capital One;
96. Bank of America;
97. Luxor Hotel and Casino;
98. JP Morgan Chase Bank;
99. Uptown Motel;
100. Uptown Motel;
101. McKinley Title;
102. Valdez Harbor Inn;
103. Tropicana Casino & Resort;
104. Pennsylvania Fish & boat Commission;
105. Morgan Stanley;
106. Alaska Airlines;
107. Aurora loan Services;
108. Bank of America;
109. Circus-Circus Hotel & Casino;
110. Denali Auction Co.;
111. First American Title;
112. Colorado Division of Wildlife;
113. Easy Travel;
114. Mikunda Cottrell & Co., Inc.;
115. Hilton Grand Vacations;
116. Samuri, Inc.;
117. Puritan Production Videos, LTD.:
118. Puritan International LTD.;
119. Lo-Ji, Inc.;
120. Lead Dog Enterprises Limited;
121. Michael Werenblewski;
122. Funtime Boutique;
123. Lead Dog Enterprises Limited;
124. Lo-Ji, Inc.;
125. Puritan International LTD.;
126. Puritan Production Videos, LTD.;
127. Samuri, Inc.;
128. Funtime Boutique;
129. Pennsylvania Game Commission;
130. Wells Fargo Bank;
131. Wachovia Bank;

EXHIBIT 1
PAGE 3 of 5

132. Sovereign Bank;
133. Sovereign Bank;
134. Samuri, Inc.;
135. PNC Bank;
136. PNC Bank;
137. Northwest Airlines;
138. The McClathcy Co.;
139. Luxor Hotel and Casino
140. JP Morgan Chase Bank;
141. E*Trade;
142. Delta Airlines;
143. Citizens Bank;
144. Citicards;
145. Citibank;
146. Chase Bank, N.A.;
147. Capital One;
148. Bank of America;
149. CitiMortgage, Inc.;
150. Citizens Bank;
151. Circus-Circus Hotel & Casino;
152. Denali Auction Co.;
153. E*Trade;
154. First American Title;
155. Aurora Loan Services;
156. Bank of America;
157. Bank of America;
158. Capitol One;
159. Citibank;
160. Citicards;
161. Hilton Grand Vacations;
162. JP Morgan Chase Bank;
163. Luxor Hotel and Casino;
164. The McClatchy Co.;
165. McKinley Title;
166. Mikunda Cottrell & Co., Inc.;
167. Morgan Stanley;
168. PNC Bank;
169. PNC Bank;
170. Sovereign Bank;
171. Sovereign Bank;
172. Tropicana Casino & Resort;
173. Wells Fargo Bank, NA;
174. Wachovia Bank;
175. Valdez Harbor Inn;
176. Summit Bank;
177. Pennsylvania Fish & Boat Commission;

EXHIBIT 1
PAGE 4 of 5

178. Colorado Division of Wildlife;
179. Alaska Airlines;
180. Delta Airlines;
181. Easy Travel;
182. Funtime Boutique;
183. Lead Dog Enterprises Limited;
184. Michael Werenblewski;
185. Samuri, Inc.;
186. Samuri, Inc.;
187. Puritan International LTD.;
188. Puritan Production Videos, LTD.;
189. Lo-Ji, Inc.;
190. Northwest Airlines;

EXHIBIT 1
PAGE 5 of 5