4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53     SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57     SSN: 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

Sarah H. Grove     DOB: 11-12-85     SSN: 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

Michael J. Grove   DOB: 01-21-90     SSN: 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

**CREDIT CARDS:**

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

Exhibit 2
page 31 of 120

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove,*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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
Addresses:  8300 Dagan Street, Anchorage, AK 99502
   and/or:  P.O. Box 222253, Anchorage, AK 99522
   and/or:  15831 Mercedes Drive, Talkeetna, AK 99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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
Address: (same as above)

Sarah H. Grove    DOB: 11-12-85    SSN: 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
Address: (same as above)

Michael J. Grove    DOB: 01-21-90    SSN: 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
Address: (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Exhibit __2__
page __32__ of __120__

DATED at Anchorage, Alaska, this 9th day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July 9, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for CitiCards (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5

Exhibit 2
page 33 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
FOR CITIZENS BANK**

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Citizens Bank** on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Re-Notice of Deposition of Records Custodian for Citizens Bank (Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 34 of 120

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Citizens Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual and entities, including but not limited to:

1.  Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a.  account signature cards
    b.  bank statements
    c.  canceled checks
    d.  deposits and withdrawals
    e.  cashier checks
    f.  loan statements
    g.  mortgage and equity statements
    h.  electronic payments, transfers, card services transactions
    i.  all individual and/or business checking accounts
    j.  all individual and/or business savings accounts
    k.  all individual and/or business money market accounts
    l.  all individual and/or business certificates of deposits
    m.  all individual and/or business retirement accounts
    n.  all individual and/or business payroll accounts
    o.  all individual and/or business loans
    p.  all individual and/or business mortgage and equity accounts
    q.  and any other banking records

2.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person and entities:

**Lawrence H. Grove a/k/a Larry Grove**
DOB: 08-11-53    SSN: 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

**Samuri, Inc.**

Re-Notice of Deposition of Records Custodian for Citizens Bank (Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit 2
page 35 of 120

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 9th day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July 9, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

6200-1 Grove v. Unocal/Not.of Recs Depo of Citizens Bank (Samuri, PK,LG)

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Citizens Bank (Samuri)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit 2
page 36 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

### RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR DELTA AIRLINES

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Delta Airlines** on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 37 of 120

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies any and all of the following records, including records from Delta Airlines partners, subsidiaries or affiliates, at any and all locations nationwide, including *but not limited to* the states of Alaska, Colorado, Delaware, Florida, Nevada, and Pennsylvania, pertaining to the below-named individuals, including but not limited to:

1. Electronic version or complete and legible copies of all records regarding all mileage accounts, frequent flyer plans, itineraries, travel coupons, upgrades, board room passes, complimentary coupons, flight information including dates of travel, flight originations and destinations, boarding passes, and records of payment for all open or closed accounts from January 1, 2000 to the present for the below-listed persons:

   a.  Lawrence H. Grove a/k/a Larry Grove
       DOB: 08-11-53    SSN: 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
       Addresses:  8300 Dagan Street, Anchorage, AK 99502
             and/or:  P.O. Box 222253, Anchorage, AK 99522
             and/or:  15831 Mercedes Drive, Talkeetna, AK 99676

   b.  Cynthia A. Grove a/k/a Cindy Grove
       DOB: 03-13-57    SSN: 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
       Address: (same as above)

   c.  Michael J. Grove
       DOB: 01-21-90    SSN: 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
       Address: (same as above)

   d.  Sarah H. Grove
       DOB: 11-12-85    SSN: 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
       Addresses: (same as above)
             and/or: 9709 East Jewel Avenue, Denver, CO 80247

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit 2
page 38 of 120

DATED at Anchorage, Alaska, this 9th day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: _____
Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on July 9, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit 2
page 39 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR E*TRADE

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **E*Trade a/k/a E*Trade Financial Corporation**, on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer

Re-Notice of Deposition of Records Custodian for E*Trade (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 40 of 120