John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR SUMMIT BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Summit Bank** on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Re-Notice of Deposition of Records Custodian for Summit Bank (PA) (Puritan Int'l & L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 61 of 120

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all 1st Summit Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual and entities, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a. account signature cards
    b. bank statements
    c. canceled checks
    d. deposits and withdrawals
    e. cashier checks
    f. loan statements
    g. mortgage and equity statements
    h. electronic payments, transfers, card services transactions
    i. all individual and/or business checking accounts
    j. all individual and/or business savings accounts
    k. all individual and/or business money market accounts
    l. all individual and/or business certificates of deposits
    m. all individual and/or business retirement accounts
    n. all individual and/or business payroll accounts
    o. all individual and/or business loans
    p. all individual and/or business mortgage and equity accounts
    q. and any other banking records

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person and entities:

**Lawrence H. Grove a/k/a Larry Grove**
DOB: 08-11-53    SSN: 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

**Puritan International Ltd.**

Re-Notice of Deposition of Records Custodian for Summit Bank (PA) (Puritan Int'l & L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit 2
page 62 of 120

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July __9__, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Re-Notice of Deposition of Records Custodian for Summit Bank (PA) (Puritan Int'l & L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit __2__
Page 63 of 120

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR WACHOVIA BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Wachovia Bank** on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 64 of 120

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Wachovia Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual and entities, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a. account signature cards
    b. bank statements
    c. canceled checks
    d. deposits and withdrawals
    e. cashier checks
    f. loan statements
    g. mortgage and equity statements
    h. electronic payments, transfers, card services transactions
    i. all individual and/or business checking accounts
    j. all individual and/or business savings accounts
    k. all individual and/or business money market accounts
    l. all individual and/or business certificates of deposits
    m. all individual and/or business retirement accounts
    n. all individual and/or business payroll accounts
    o. all individual and/or business loans
    p. all individual and/or business mortgage and equity accounts
    q. and any other banking records

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person and entities:

**Lawrence H. Grove a/k/a Larry Grove**
DOB: 08-11-53    SSN: 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

**Funtime Boutique, Inc. (aka Adult Funtime Boutique, Inc.)**

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit 2
page 65 of 120

*(Left margin: Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC / 711 H Street, Suite 620 / Anchorage, Alaska 99501-3454 / (907) 272-9272 fax (907) 272-9586)*

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _9th_ day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July _9_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit __2__
page _66_ of _120_

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR WELLS FARGO BANK a/k/a WELLS FARGO BANK, NA

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **Wells Fargo Bank (aka Wells Fargo Bank, NA)**, on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

Exhibit 2
page 67 of 120

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following Wells Fargo Bank records at any and all Wells Fargo Bank locations nationwide, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, and Pennsylvania, and in the case of credit cards, at any location nationwide:

**BANK RECORDS:**

1. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

3. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

Exhibit 2
Page 68 of 120

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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

Sarah H. Grove    DOB: 11-12-85    SSN: 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

Michael J. Grove   DOB: 01-21-90    SSN: 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

**CREDIT CARDS:**

1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

Exhibit 2
page 69 of 120

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Michael J. Grove***,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53   SSN: 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
Addresses:   8300 Dagan Street, Anchorage, AK 99502
and/or:   P.O. Box 222253, Anchorage, AK 99522
and/or:   15831 Mercedes Drive, Talkeetna, AK 99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57   SSN: 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
Address: (same as above)

Sarah H. Grove   DOB: 11-12-85   SSN: 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
Address: (same as above)

Michael J. Grove   DOB: 01-21-90   SSN: 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
Address: (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Exhibit 2
page 70 of 120

DATED at Anchorage, Alaska, this ___9th___ day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July __9__, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5

Exhibit __2__
Page __71__ of __120__

Jul-09-07  09:52am  From-Clapp Peterson et al.          9072729586          T-413  P.001/001  F-850

## CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
#### LLC

RECEIVED
JUL 0 9 2007

**ANCHORAGE**
Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
Liam J. Moran, Of Counsel
James D. Gilmore, Of Counsel
Milton L. Moss, Of Counsel

**FAIRBANKS**
John J. Tiemessen
David A. Carlson
Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET
This facsimile consists of ___1___ pages (including this cover sheet).

**Date:**  July 9, 2007

**To:**  Michael Cohn, Esq. (276-1200)          **Fax No.:**   278-6571
Phillip Paul Weidner & Associates

**From:**  Linda J. Johnson, Esq.              **Phone:**     272-9272

Re: *Grove v. Unocal Corporation*              **Mail copy?**    No
Our File No. 6200-1

**Item sent:**

**Message:**  The 17 records depositions scheduled for this date are being rescheduled to July 23, 2007. Re-Notices will follow today by mail.

**CONFIDENTIALITY NOTICE**

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

If there are any problems with this transmission, please call Dianne, Natalie, Betty, or Barbara at (907) 272-9272.

711 H Street, Suite 620 · Anchorage, Alaska 99501-3454
phone · 907-272-9272   email · anch@cplawak.com   fax · 907-272-9586

Exhibit __2__
page __72__ of __120__

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR PURITAN PRODUCTION VIDEOS, LTD.

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Puritan Production Videos, Ltd.** on Monday, **July 23, 2007** at the hour of **1:30 p.m.**, at the offices of Gallagher Reporting & Video, 33 S. 7th Street, Suite 105, Allentown, Pennsylvania (610-439-0504). The deposition will be taken before an officer authorized to

Notice of Deposition of Records Cust. for Puritan Prod. [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

Exhibit 2
page 73 of 120

administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Agent/Records Custodian is requested to bring to the deposition copies of any and all records pertaining to Puritan Production Videos, Ltd., including the records of any and all parent companies, holding companies, shell companies, and subsidiaries, from any and all locations nationwide including but not limited to the states of Delaware and Pennsylvania, and including but not limited to:

1. Copies of all business and corporate records, including but not limited to, identification of physical location of business; corporation applications; business licenses; type of business; current status of business.

2. Copies of corporate By-Laws; minutes of board meetings; number of employees (generally); annual, biennial and/or quarterly financial reports/statements; company prospectus; copies of all signature stamps used for company business, corporate banking account documents identifying approved signors from January 1, 2000 to the present.

3. Names and addresses of all corporate officers (including figureheads), their titles and responsibilities; contracts with officers; records documenting expenses for corporate officers (reimbursed or otherwise); benefits and perks associated with corporate officer status; salaries paid to corporate officers; fees paid to corporate officers; attendance at conferences, conventions, and/or seminars; identify all individual and business bank accounts and credit card accounts utilized by corporate officers (open and closed accounts), and dividends paid to stockholders from January 1, 2000 to the present.

4. Copies of all business, corporate, and accounting records relating to the sale of the company, assets and/or stocks that were shared with the corporate officers and/or stockholders from January 1, 2000 to the present.

5. Information and documentation of any visits to Alaska made by any of the owners and/or officers of the company; dates of visits; purposes of visits; activities during visits; and whether any money was paid and/or reimbursed to Lawrence Grove aka Larry Grove for entertainment of the owners and/or officers from January 1, 2000 to the present.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Puritan Prod. [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Exhibit 2
page 74 of 120

6. Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7. Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8. Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9. Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10. Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11. Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12. Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13. Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14. Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15. Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

16. Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

If the requested records are produced to the undersigned before the date

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Puritan Prod. [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

Exhibit 2
page 75 of 120

and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 26 day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June 26, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Puritan Prod. [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

Exhibit 2
page 76 of 120

AO88 (Rev. 1/94) Subpoena in a Civil Case

**RECEIVED**

**JUL 0 2 2007**

Issued by the

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF ALASKA | PENNSYLVANIA |
|---|---|---|

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB   Alaska District

TO: Puritan Production Videos
c/o Philip J. Krasner, VPL Limited
1146 North Irving Street
Allentown, PA 18103

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Gallagher Reporting & Video, LLC   (610-439-0504)<br>33 S. 7th Street, Ste 105   Allentown, PA  18101 | 7/23/2007 1:30 pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 6-26-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC    Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Exhibit 2
page 77 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

### NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR PURITAN INTERNATIONAL LTD.

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Puritan International Ltd.** on Monday, **July 23, 2007** at the hour of **1:30 p.m.**, at the offices of Gallagher Reporting & Video, 33 S. 7th Street, Suite 105, Allentown, Pennsylvania (610-439-0504). The deposition will be taken before an officer authorized to administer oaths by the laws

Notice of Deposition of Records Cust. for Puritan International [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

Exhibit 2
page 78 of 120

of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Agent/Records Custodian is requested to bring to the deposition copies of any and all records pertaining to Puritan International Ltd., including the records of any and all parent companies, holding companies, shell companies, and subsidiaries, from any and all locations nationwide including but not limited to the states of Delaware and Pennsylvania, and including but not limited to:

1. Copies of all business and corporate records, including but not limited to, identification of physical location of business; corporation applications; business licenses; type of business; current status of business.

2. Copies of corporate By-Laws; minutes of board meetings; number of employees (generally); annual, biennial and/or quarterly financial reports/statements; company prospectus; copies of all signature stamps used for company business, corporate banking account documents identifying approved signors from January 1, 2000 to the present.

3. Names and addresses of all corporate officers (including figureheads), their titles and responsibilities; contracts with officers; records documenting expenses for corporate officers (reimbursed or otherwise); benefits and perks associated with corporate officer status; salaries paid to corporate officers; fees paid to corporate officers; attendance at conferences, conventions, and/or seminars; identify all individual and business bank accounts and credit card accounts utilized by corporate officers (open and closed accounts), and dividends paid to stockholders from January 1, 2000 to the present.

4. Copies of all business, corporate, and accounting records relating to the sale of the company, assets and/or stocks that were shared with the corporate officers and/or stockholders from January 1, 2000 to the present.

5. Information and documentation of any visits to Alaska made by any of the owners and/or officers of the company; dates of visits; purposes of visits; activities during visits; and whether any money was paid and/or reimbursed to Lawrence Grove aka Larry Grove for entertainment of the owners and/or officers from January 1, 2000 to the present.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Puritan International [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Exhibit 2
page 19 of 20

6. Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7. Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8. Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9. Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10. Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11. Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12. Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13. Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14. Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15. Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

16. Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

If the requested records are produced to the undersigned before the date

Notice of Deposition of Records Cust. for Puritan International [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

Exhibit 2
page 80 of 120

