and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ___ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: _____
Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June 26, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Samuri, Inc. [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

Exhibit 2
page 101 of 120

AO88 (Rev. 1/94) Subpoena in a Civil Case

**RECEIVED**

**Issued by the**

# UNITED STATES DISTRICT COURT

JUL 0 2 2007

| EASTERN | DISTRICT OF ALASKA | PENNSYLVANIA |

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB   Alaska District

TO: Samuri, Inc.
c/o Philip J. Krasner, VPL Limited
1146 North Irving Street
Allentown, PA 18103

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Gallagher Reporting & Video, LLC   (610-439-0504)<br>33 S. 7th Street, Ste 105    Allentown, PA  18101 | 7/23/2007 1:30 pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    DATE 6-26-07

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC    Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Exhibit 2
page 103 of 120

**RECEIVED**
JUN 2 5 2007
WEIDNER & ASSOCIATES

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR SAMURI, INC.**

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Samuri, Inc.** on Friday, **June 22, 2007** at the hour of 10:00 a.m. is **CANCELED**.

DATED at Anchorage, Alaska, this _22_ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Records Custodian for Samuri, Inc. [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Exhibit 2
page 104 of 128

### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June 22, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Samuri, Inc. [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Exhibit 2
page 106 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 2 5 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

   Plaintiffs,

vs.

UNOCAL CORPORATION,

   Defendant.

Case No. 3:04-cv-0096-TMB

**NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR PURITAN PRODUCTION VIDEOS, LTD.**

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Puritan Production Videos, Ltd.** on Friday, **June 22, 2007** at the hour of 10:00 a.m. is **CANCELED**.

DATED at Anchorage, Alaska, this 22 day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Records Custodian for Puritan Prod. [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Exhibit 2
page 106 of 120

page 107 of 120

### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June 22, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Puritan Prod. [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Exhibit 2

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 2 5 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR PURITAN INTERNATIONAL LTD.**

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Puritan International Ltd.** on Friday, **June 22, 2007** at the hour of 10:00 a.m. is **CANCELED**.

DATED at Anchorage, Alaska, this _____ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Records Custodian for Puritan International [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Exhibit 2
page 108 of 120

### CERTIFICATE OF SERVICE

1  I certify that a copy of this document was
   ☒ mailed, ☐ faxed, ☐ hand delivered on
2  June _22_, 2007, to the following:

3  Phillip P. Weidner Esq.
   Phillip Paul Weidner & Associates
4  330 L Street, Suite 200
   Anchorage AK 99501

5
   By: _____/s/ Dianne A. Pitts_____
6             Dianne A. Pitts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Cancellation of Deposition of Records Custodian for Puritan International [K]
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Exhibit __2__
page _109_ of _120_

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 2 5 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

### NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR LO-JI, INC (a/k/a LOJI, INC)

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Lo-Ji, Inc. (aka LoJi, Inc.)** on Friday, **June 22, 2007** at the hour of 10:00 a.m. is **CANCELED**.

DATED at Anchorage, Alaska, this 22 day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Records Custodian for Lo-Ji [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Exhibit 2
page 110 of 120

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

## CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June 22, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Lo-Ji [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Exhibit 2
page 111 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 2 5 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

　　　　Plaintiffs,

vs.

UNOCAL CORPORATION,

　　　　Defendant.

Case No. 3:04-cv-0096-TMB

### NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR LEAD DOG ENTERPRISES LIMITED

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Lead Dog Enterprises Limited** on Friday, **June 22, 2007** at the hour of 10:00 a.m. is **CANCELED**.

DATED at Anchorage, Alaska, this 22 day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
　　Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Records Custodian for Lead Dog [K])
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Exhibit 2
page 112 of 120

## CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June 22, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: *Dianne A. Pitts* (signature)
    Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Lead Dog [K])
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Exhibit 2
page 113 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 2 5 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR FUNTIME BOUTIQUE a/k/a ADULT FUNTIME BOUTIQUE**

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Funtime Boutique (aka Adult Funtime Boutique)** on Friday, **June 22, 2007** at the hour of 10:00 a.m. is **CANCELED.**

DATED at Anchorage, Alaska, this 22 day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _[signature]_
Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Records Custodian for Funtime Boutique [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Exhibit 2
page 114 of 120

CERTIFICATE OF SERVICE

1  I certify that a copy of this document was
   ☒ mailed, ☐ faxed, ☐ hand delivered on
2  June 22, 2007, to the following:

3  Phillip P. Weidner Esq.
   Phillip Paul Weidner & Associates
4  330 L Street, Suite 200
   Anchorage AK 99501

5

6  By: _____/s/ Dianne A. Pitts_____
            Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Funtime Boutique [K]
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Exhibit 2
page 115 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

RECEIVED
JUN 2 5 2007
WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

**NOTICE OF CANCELLATION OF DEPOSITION OF RECORDS CUSTODIAN FOR PENNSYLVANIA GAME COMMISSION**

PLEASE TAKE NOTICE that the records deposition, by defendant Unocal, of the **Records Custodian for Pennsylvania Game Commission** on Friday, **June 22, 2007** at the hour of 10:00 a.m. is **CANCELED**.

DATED at Anchorage, Alaska, this _22_ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Notice of Cancellation of Deposition of Records Custodian for Pennsylvania Game Commission
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Exhibit 2
page 116 of 120

## CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June 22, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: /s/ Dianne A. Pitts
     Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Cancellation of Deposition of Records Custodian for Pennsylvania Game Commission
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Exhibit 2
page 117 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska




RECEIVED

JUN 2 1 2007

WEIDNER & ASSOCIATES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

### RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR SOVEREIGN BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Sovereign Bank** on Monday, **July 9, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

---

Re-Notice of Deposition of Records Custodian for Sovereign Bank (Puritan Production)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 118 of 120

1  laws of the United States or of the place where the examination is held, and will
2  continue from day to day until completed.
3      The Records Custodian is requested to bring to the deposition copies all of
4  the following records from at any and all Sovereign Bank locations, including but
5  not limited to the states of Delaware and Pennsylvania, or, in the case of credit
6  cards, at any location nationwide pertaining to accounts of the below-named entity,
7  including but not limited to:

    1.    Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

        a.    account signature cards
        b.    bank statements
        c.    canceled checks
        d.    deposits and withdrawals
        e.    cashier checks
        f.    loan statements
        g.    mortgage and equity statements
        h.    electronic payments, transfers, card services transactions
        i.    all individual and/or business checking accounts
        j.    all individual and/or business savings accounts
        k.    all individual and/or business money market accounts
        l.    all individual and/or business certificates of deposits
        m.    all individual and/or business retirement accounts
        n.    all individual and/or business payroll accounts
        o.    all individual and/or business loans
        p.    all individual and/or business mortgage and equity accounts
        q.    and any other banking records

    2.    Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named entity:

**Puritan Production Videos, Ltd.**

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Sovereign Bank (Puritan Production)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit 2
page 119 of 120

DATED at Anchorage, Alaska, this \_\_\_20\_\_\_ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
    Linda J. Johnson / 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June \_\_20\_\_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
    Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Sovereign Bank (Puritan Production)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit \_\_2\_\_
page 20 of 120