Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> v. <br><br> UNOCAL CORPORATION <br><br> Defendant | Case No. A04-0096 CV (TMB) |

**AFFIDAVIT OF DONALD L. OSTROM, JR.**

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

    DONALD L. OSTROM, JR., being first duly sworn under oath, deposes and states as follows:

    1. I am over eighteen years of age, and give this Affidavit based on my personal knowledge;

1

2. I have been employed by the Anchorage Daily News for almost 20 years. My wife and Larry Grove's wife are friends, and work together for 13 years;

3. I successfully bid for an African hunt at an auction at a Safari Club International banquet at the Sheraton Hotel. I paid $1,000;

4. I had a year to use the hunt. I was going to use it but I had to go to Vancouver for my son's hockey tournament and would have lost the hunt. Sarah Palin went on the same trip to the hockey tournament;

5. Since I could not use it, and it would be wasted if nobody used it, I gave the hunt to Larry Grove. I recall the hunt had to be used by March 2004.

FURTHER AFFIANT SAYETH NAUGHT.

_Donald L. Ostrom, Jr._

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned as such, this 16th day of July, 2007.

Notary Public in and for the State of Alaska
My Commission Expires: 8/6/09

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2007 a copy of the foregoing **AFFIDAVIT OF DONALD L. OSTROM, JR.** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn



Weidner & Associates
330 L Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 276-5571

2