$\mathcal{C}$ of
**RECEIVED**

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

JUL 1 1 2007

# UNITED STATES DISTRICT COURT

**DISTRICT OF ALASKA**

Lawrence H. Grove, Cynthia Grove, et al.,

**V.**

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   3:04-cv-0096-TMB

TO:  Records Custodian,  State of Alaska Dept. of Public Safety
Records and Identifications
5700 E. Tudor Rd
Anchorage, AK  99507

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE   Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620    Anchorage, AK  99501 | DATE AND TIME<br>7/30/2007 10:00 am |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>7-10-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

Attorneys for Defendant

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Exhibit_____2____
page____1___ of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

          vs.

UNOCAL CORPORATION,

                    Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR
## STATE OF ALASKA DEPARTMENT OF PUBLIC SAFETY

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for State of Alaska Department of Public Safety** on Monday, **July 30, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for State of Alaska Dept. of Public Safety
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 2

Exhibit 2
page 2 of 120

by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of any and all of the following records:

1.  Applications, licenses, and/or permits to carry handguns, rifles, concealed handguns or any other concealed weapons, and/or any other firearm, together with any and all related records, including but not limited to file notes, from January 1, 2000 to the present for the below-listed person:

    a.  Lawrence H. Grove a/k/a Larry Grove          Ph:  (907) 248-5031
        DOB:  08-11-53      SSN:  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
        Addresses:  8300 Dagan Street,  Anchorage, AK 99502
            and/or:  P.O. Box 222253,  Anchorage, AK 99522
            and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

If the requested records are produced <u>with a certificate of authentication</u> to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _____ day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
   Linda J. Johnson,  8911070

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July _____, 2007 to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
        Dianne A. Pitts

Notice of Deposition of Records Custodian for State of Alaska Dept. of Public Safety
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Exhibit _2_
page _3_ of _20_

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586



**RECEIVED**

**⬯AO88 (Rev. 1/94) Subpoena in a Civil Case**

### Issued by the

## UNITED STATES DISTRICT COURT

JUL 11 2007

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   3:04-cv-0096-TMB

TO:  Attn:  Custodian of Records    6RR
     Southwest Airlines (Attn:  Lisa Stewart)
     P.O. Box  36611
     Dallas, TX  75235

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

     Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Clapp, Peterson, Van Flein, Tiemessen & Thorsness 711 H Street, Suite 620    Anchorage, AK  99501 | 7/30/2007 10:00 am |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

     Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 7-10-07 |

| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |
|---|---|
| Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC 711 H Street, Suite 620, Anchorage, AK  99501 (907) 272-9272 | Attorneys for Defendant |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Exhibit ___2___
page ___4___ of ___120___

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR SOUTHWEST AIRLINES

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Southwest Airlines** on Monday, **July 30, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the United

*Clapp, Peterson, Van Flein,*
*Tiemessen & Thorsness, LLC*
*711 H Street, Suite 620*
*Anchorage, Alaska 99501-3454*
*(907) 272-9272 fax (907) 272-9586*

Notice of Deposition of Records Custodian for Southwest Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 5 of 120

States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies any and all of the following records, including records from Delta Airlines partners, subsidiaries or affiliates, at any and all locations nationwide, including *but not limited to* the states of Alaska, Colorado (e.g., Denver), Delaware, Florida (e.g., Cape Coral, Coral Gables, Ft. Meyers, Gainesville), Georgia (e.g., Atlanta), Illinois (e.g., Chicago), Michigan, Nevada (e.g., Las Vegas, Reno), and Pennsylvania (e.g., Allentown, Dallas, Kingston, Larksville, Slatington, Will Barre), pertaining to the below-named individuals, including but not limited to:

1. Electronic version or complete and legible copies of all records regarding all mileage accounts, frequent flyer plans, itineraries, travel coupons, upgrades, board room passes, complimentary coupons, flight information including dates of travel, flight originations and destinations, boarding passes, and records of payment for all open or closed accounts from January 1, 2001 to the present for the below-listed persons:

    a.   Lawrence H. Grove a/k/a Larry Grove        Ph:  (907) 248-5031
         DOB:  08-11-53      SSN:  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
         Addresses:  8300 Dagan Street,  Anchorage, AK 99502
            and/or:  P.O. Box 222253,  Anchorage, AK 99522
            and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

    b.   Cynthia A. Grove a/k/a Cindy Grove        Ph:  (907) 248-5031
         DOB:  03-13-57      SSN:  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
         Address:  (same as above)

    c.   Michael J. Grove        Ph:  (907) 248-5031
         DOB:  01-21-90      SSN:  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
         Address:  (same as above)

    d.   Sarah H. Grove        Ph:  (907) 248-5031
         DOB:  11-12-85      SSN:  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
         Addresses:  (same as above)
            and/or:  9709 East Jewel Avenue, Denver, CO 80247

Notice of Deposition of Records Custodian for Southwest Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit  2
page  6  of  120

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1       If the requested records are produced to the undersigned before the date and

2   time for which this deposition is scheduled, the deposition will be canceled.

    DATED at Anchorage, Alaska, this _____ day of July 2007.

3

4   CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
    Attorneys for Defendant Unocal

5

6

7   By _____
    Linda J. Johnson, 8911070

8

9   **CERTIFICATE OF SERVICE**

10  I certify that a copy of this document was
    ☒ mailed, ☐ faxed, ☐ hand delivered on
    July _10_, 2007, to the following:

11

12  Phillip P. Weidner Esq.
    Phillip Paul Weidner & Associates
    330 L Street, Ste 200

13  Anchorage AK 99501

14  By: _____
    Dianne A. Pitts

15

16

17

18

19

20

21

22

23

24

25

26  Notice of Deposition of Records Custodian for Southwest Airlines
    Grove v. Unocal, Case No. 3:04-cv-0096-TMB
    Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Exhibit____2____
page__7__ of _120_

AO88 (Rev. 1/94) Subpoena in a Civil Case

RECEIVED
JUL 1 1 2007

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF
ALASKA

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   3:04-cv-0096-TMB

TO:   Custodian of Records
United Airlines -- Legal Dept. (Attn: Mr. Lovejoy)
77 W. Wacker Drive
Chicago, IL 60601

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE   Clapp, Peterson, Van Flein, Tiemessen & Thorsness<br>711 H Street, Suite 620   Anchorage, AK 99501 | DATE AND TIME<br>7/30/2007 10:00 am |
|---|---|

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    DATE 7-10-07

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC         Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK 99501 (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Exhibit   2
page   8   of   120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

        Plaintiffs,

  vs.

UNOCAL CORPORATION;

        Defendant.

Case No. 3:04-cv-0096-TMB

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
## FOR UNITED AIRLINES

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson,

Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of

the **Records Custodian for United Airlines** on Monday, **July 30, 2007** at the hour of

**10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness,

LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken

before an officer authorized to administer oaths by the laws of the United States or of

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for United Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 9 of 120

1   the place where the examination is held, and will continue from day to day until

2   completed.

3       The Records Custodian is requested to bring to the deposition copies any and

4   all of the following records, including records from United Airlines partners,

5   subsidiaries or affiliates, at any and all locations nationwide pertaining to the below-

6   named individuals, including but not limited to:

7       1.  Electronic version or complete and legible copies of all records regarding all

8           mileage accounts, frequent flyer plans, itineraries, travel coupons, tickets,
            upgrades, board room passes, complimentary coupons, flight information

9           including dates of travel, flight originations and destinations, boarding passes,
            and records of payment for all open or closed accounts from January 1, 2001 to

10          the present for the below-listed persons, *and including (but not limited to)*

11          *especially* tickets number **0167596229484** and **0167596229485** purchased
            about June 2004:

12      a.  Lawrence H. Grove a/k/a Larry Grove          Ph: (907) 248-5031

13          DOB: 08-11-53    SSN: 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
            Addresses:  8300 Dagan Street,  Anchorage, AK 99502

14              and/or:  P.O. Box 222253,  Anchorage, AK 99522
                and/or:  15831 Mercedes Drive,  Talkeetna, AK  99676

15
        b.  Cynthia A. Grove a/k/a Cindy Grove          Ph: (907) 248-5031

16          DOB: 03-13-57    SSN: 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
            Address:  (same as above)

17
        c.  Michael J. Grove                            Ph: (907) 248-5031

18          DOB: 01-21-90    SSN: 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
            Address:  (same as above)

19
        d.  Sarah H. Grove                              Ph: (907) 248-5031

20          DOB: 11-12-85    SSN: 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
            Addresses:  (same as above)

21          and/or:  9709 East Jewel Avenue, Denver, CO 80247

22

23      If the requested records are produced to the undersigned before the date and

24  time for which this deposition is scheduled, the deposition will be canceled.

25

26
Notice of Deposition of Records Custodian for United Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit____2____
page _10_ of _120_

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _10th_ day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July _10_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By:_____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Custodian for United Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit _2_
page _11_ of _130_

1   John B. Thorsness, Esq.
2   Linda J. Johnson, Esq.
    CLAPP, PETERSON, VAN FLEIN,
3   TIEMESSEN & THORSNESS, LLC
    711 H Street, Suite 620
4   Anchorage, Alaska 99501
    (907) 272-9272
5   usdc-anch-ntc@cplawak.com
6   Attorneys for Defendant Unocal Alaska

*RECEIVED*

*JUL 1 0 2007*

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
11  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,

12                          Plaintiffs,

13
        vs.
14                                              Case No. 3:04-cv-0096-TMB

15  UNOCAL CORPORATION,

16                          Defendant.

17              **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN**
18                      **FOR BANK OF AMERICA**

19          Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for Bank of America** on Monday, **July 23,**

22  **2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein,

23  Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska.

24

25  The deposition will be taken before an officer authorized to administer oaths by the

26

Re-Notice of Deposition of Records Custodian for Bank of America (Lead Dog)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit ___2___
page __12__ of __130__

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Bank of America locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual and entities, including but not limited to:

1.     Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a.     account signature cards
    b.     bank statements
    c.     canceled checks
    d.     deposits and withdrawals
    e.     cashier checks
    f.     loan statements
    g.     mortgage and equity statements
    h.     electronic payments, transfers, card services transactions
    i.     all individual and/or business checking accounts
    j.     all individual and/or business savings accounts
    k.     all individual and/or business money market accounts
    l.     all individual and/or business certificates of deposits
    m.    all individual and/or business retirement accounts
    n.     all individual and/or business payroll accounts
    o.     all individual and/or business loans
    p.     all individual and/or business mortgage and equity accounts
    q.     and any other banking records

2.     Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person and entities:

**Lawrence H. Grove a/k/a Larry Grove**
DOB:  08-11-53      SSN: 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

**Lead Dog Enterprises Limited**

Re-Notice of Deposition of Records Custodian for Bank of America (Lead Dog)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit 2
page 13 of 120

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this _9th_ day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
        Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July __9__, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
        Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Bank of America (Lead Dog)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit  2
page 14 of 20

1  John B. Thorsness, Esq.
2  Linda J. Johnson, Esq.
   CLAPP, PETERSON, VAN FLEIN,
3  TIEMESSEN & THORSNESS, LLC
   711 H Street, Suite 620
4  Anchorage, Alaska 99501
   (907) 272-9272
5  usdc-anch-ntc@cplawak.com
6  Attorneys for Defendant Unocal Alaska

7

8                IN THE UNITED STATES DISTRICT COURT

9                    FOR THE DISTRICT OF ALASKA

10  LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
11  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,
12
                     Plaintiffs,
13
14      vs.
                                        Case No. 3:04-cv-0096-TMB
15  UNOCAL CORPORATION,

16                   Defendant.

17      **RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR
                            CAPITAL ONE**
18

19      Defendant, Unocal Corporation, by and through its attorneys, Clapp,

20  Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the

21  deposition of the **Records Custodian for Capital One a/k/a Capital One**

22  **Bank/FSB**, on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of

23  Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite

24  620, in Anchorage, Alaska.     The deposition will be taken before an officer
25

26  Re-Notice of Deposition of Records Custodian for Capital One (4 Groves) - 2
    Grove v. Unocal, Case No. 3:04-cv-0096-TMB
    Page 1 of 5

Exhibit ___2___
page __15_ of _120_

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the below-listed Capital One records at any and all locations, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, or Pennsylvania, and/or in the case of credit cards, at any location nationwide:

**BANK RECORDS:**

1.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

2.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

3.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts,  individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Capital One  (4 Groves) - 2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

Exhibit  2
page 10 of 120

4.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5.  Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB:  08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN:  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

Sarah H. Grove    DOB:  11-12-85    SSN:  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

Michael J. Grove    DOB:  01-21-90    SSN:  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

**CREDIT CARDS:**

1.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove  and  Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2.  Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Capital One  (4 Groves) - 2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

Exhibit____2____
page___17__ of _|20_

3.    Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Cynthia A. ("Cindy") Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4.    Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4.    Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Sarah H. Grove***, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5.    Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by **Michael J. Grove***,, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

    Lawrence H. Grove a/k/a Larry Grove
    DOB: 08-11-53      SSN: 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
    Addresses: 8300 Dagan Street, Anchorage, AK 99502
        and/or:  P.O. Box 222253, Anchorage, AK 99522
        and/or:  15831 Mercedes Drive, Talkeetna, AK 99676

    Cynthia A. Grove a/k/a Cindy Grove
    DOB: 03-13-57      SSN: 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
    Address: (same as above)

    Sarah H. Grove      DOB: 11-12-85      SSN: 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
    Address: (same as above)

    Michael J. Grove    DOB: 01-21-90      SSN: 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
    Address: (same as above)

    If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Capital One (4 Groves) - 2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Exhibit   2
page  10 of 20

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this _9th_ day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
        Linda J. Johnson, 8911070

## CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July __9__, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
        Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Capital One  (4 Groves) - 2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5

Exhibit    2
page  19  of  130