John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR DELTA AIRLINES

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Delta Airlines** on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 37 of 120

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies any and all of the following records, including records from Delta Airlines partners, subsidiaries or affiliates, at any and all locations nationwide, including *but not limited to* the states of Alaska, Colorado, Delaware, Florida, Nevada, and Pennsylvania, pertaining to the below-named individuals, including but not limited to:

1. Electronic version or complete and legible copies of all records regarding all mileage accounts, frequent flyer plans, itineraries, travel coupons, upgrades, board room passes, complimentary coupons, flight information including dates of travel, flight originations and destinations, boarding passes, and records of payment for all open or closed accounts from January 1, 2000 to the present for the below-listed persons:

   a.  Lawrence H. Grove a/k/a Larry Grove
       DOB: 08-11-53    SSN: 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
       Addresses:  8300 Dagan Street, Anchorage, AK 99502
           and/or:  P.O. Box 222253, Anchorage, AK 99522
           and/or:  15831 Mercedes Drive, Talkeetna, AK 99676

   b.  Cynthia A. Grove a/k/a Cindy Grove
       DOB: 03-13-57    SSN: 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
       Address: (same as above)

   c.  Michael J. Grove
       DOB: 01-21-90    SSN: 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
       Address: (same as above)

   d.  Sarah H. Grove
       DOB: 11-12-85    SSN: 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
       Addresses: (same as above)
           and/or:  9709 East Jewel Avenue, Denver, CO 80247

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit 2
page 38 of 120

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this 9th day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: _____
Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July 9, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Delta Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit 2
page 39 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

### RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR E*TRADE

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **E*Trade a/k/a E*Trade Financial Corporation**, on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer

Re-Notice of Deposition of Records Custodian for E*Trade (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 40 of 120

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following E*Trade records at any and all E*Trade locations nationwide, which records are in E*Trade's possession, custody or control:

1. Electronic version or complete and legible copies of any and all documents and records pertaining to accounts related to *Lawrence H. ("Larry") Grove individually, Cynthia A. ("Cindy") Grove individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly,* and also to include accounts on which the above-named individuals are secondary account holders (i.e., co-signers), including without limitation records of: individual or joint bank accounts, including bank statements and canceled checks; money market accounts, including statements and canceled checks; mutual fund accounts, including statements; certificates of deposits; IRAs and any other retirement accounts; loans; mortgage and equity accounts; private equity accounts, brokerage accounts; trade accounts and investment accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; any and all other wealth management records; and receipts/records of payment to Mikunda Cottrell for any and all services rendered from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all *documents and records* pertaining to all *corporate and/or business accounts* for which *Lawrence H. ("Larry") Grove and/or Cynthia A. ("Cindy") Grove* <u>are members, owners, officers, and/or signatory(ies)</u> on any account or document, including without limitation any and all: corporate/business bookkeeping/accounting records; ledgers; checkbooks (i.e., check stubs); bank accounts, including bank statements and canceled checks; payroll accounts; money market accounts, including statements; certificates of deposits; loans; mortgage and equity accounts including private equity; brokerage accounts; trade accounts and investment accounts; retirement accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; and any other wealth management records; and receipts/records of payment to Mikunda Cottrell for services rendered from January 1, 2000 to the present.

The above-listed records relate to:

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for E*Trade (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit 2
page 41 of 120

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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
Addresses:  8300 Dagan Street, Anchorage, AK 99502
and/or:  P.O. Box 222253, Anchorage, AK 99522
and/or:  15831 Mercedes Drive, Talkeetna, AK 99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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
Address:  (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 9th day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: _____
Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on July 9, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for E*Trade (L & C Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit 2
page 42 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

### RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR THE McCLATCHY CO.

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for **The McClatchy Co..**, on Friday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

Re-Notice of Deposition of Records Custodian for The McClatchy Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 43 of 120

The Records Custodian is requested to bring to the deposition copies of the following records which are in The McClatchy Co.'s possession, custody or control:

1. Electronic version or complete and legible copies of any and all documents and records pertaining to accounts related to *Lawrence H. ("Larry") Grove individually, Cynthia A. ("Cindy") Grove individually, and Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove, jointly,* and also to include accounts on which the above-named individuals are secondary account holders (i.e., co-signers), including without limitation records of: individual or joint bank accounts, including bank statements and canceled checks; money market accounts, including statements and canceled checks; mutual fund accounts, including statements; certificates of deposits; IRAs and any other retirement accounts; loans; mortgage and equity accounts; private equity accounts, brokerage accounts; trade accounts and investment accounts; financial planning records; real property investments; portfolio statements; management fee statements; asset management; tax shelters; tax returns including all supporting documents; any and all other wealth management records; and receipts/records of payment to Mikunda Cottrell for any and all services rendered from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
    DOB: 08-11-53    SSN: 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
Cynthia A. Grove a/k/a Cindy Grove
    DOB: 03-13-57    SSN: 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
Addresses:  8300 Dagan Street, Anchorage, AK 99502
    and/or:  P.O. Box 222253, Anchorage, AK 99522
    and/or:  15831 Mercedes Drive, Talkeetna, AK 99676

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 9th day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

Re-Notice of Deposition of Records Custodian for The McClatchy Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Exhibit 2
page 44 of 120

## CERTIFICATE OF SERVICE

1  I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
2  July __9__, 2007, to the following:

3  Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
4  330 L Street, Suite 200
Anchorage AK 99501

5  By: _____/s/ Dianne A. Pitts_____
6           Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for The McClatchy Co.
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit __2__
page __45__ of __120__

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR NORTHWEST AIRLINES

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Northwest Airlines** on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer

Re-Notice of Deposition of Records Custodian for Northwest Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 46 of 120

oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies any and all of the following records, including records from Northwest Airlines partners, subsidiaries or affiliates, at any and all locations nationwide, including *but not limited to* the states of Alaska, Colorado, Delaware, Florida, Nevada, and Pennsylvania, pertaining to the below-named individuals, including but not limited to:

1. Electronic version or complete and legible copies of all records regarding all mileage accounts, frequent flyer plans, itineraries, travel coupons, upgrades, board room passes, complimentary coupons, flight information including dates of travel, flight originations and destinations, boarding passes, and records of payment for all open or closed accounts from January 1, 2000 to the present for the below-listed persons:

    a.  Lawrence H. Grove a/k/a Larry Grove
        DOB: 08-11-53   SSN: 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
        Addresses:  8300 Dagan Street, Anchorage, AK 99502
              and/or:  P.O. Box 222253, Anchorage, AK 99522
              and/or:  15831 Mercedes Drive, Talkeetna, AK 99676

    b.  Cynthia A. Grove a/k/a Cindy Grove
        DOB: 03-13-57   SSN: 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
        Address: (same as above)

    c.  Michael J. Grove
        DOB: 01-21-90   SSN: 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
        Address: (same as above)

    d.  Sarah H. Grove
        DOB: 11-12-85   SSN: 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
        Addresses: (same as above)
              and/or: 9709 East Jewel Avenue, Denver, CO 80247

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Northwest Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit 2
page 47 of 120

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska, this \_\_9th\_\_ day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By \_\_\_\_*[signature]*\_\_\_\_
Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July \_\_9\_\_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: \_\_\_\_*[signature]*\_\_\_\_
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Northwest Airlines
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit \_\_2\_\_
page \_\_48\_ of \_120\_

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

### RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR PNC BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for PNC Bank** on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the

Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 49 of 120

United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all PNC Bank locations, including but not limited to the states of Delaware, Nevada, and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a. account signature cards
    b. bank statements
    c. canceled checks
    d. deposits and withdrawals
    e. cashier checks
    f. loan statements
    g. mortgage and equity statements
    h. electronic payments, transfers, card services transactions
    i. all individual and/or business checking accounts
    j. all individual and/or business savings accounts
    k. all individual and/or business money market accounts
    l. all individual and/or business certificates of deposits
    m. all individual and/or business retirement accounts
    n. all individual and/or business payroll accounts
    o. all individual and/or business loans
    p. all individual and/or business mortgage and equity accounts
    q. and any other banking records

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person:

**Lawrence H. Grove a/k/a Larry Grove**
DOB: 08-11-53    SSN: 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

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit 2
page 50 of 120

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 9th day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: /s/ Linda J. Johnson
Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on July 9, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: /s/ Dianne A. Pitts
Dianne A. Pitts

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for PNC Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit 2
page 51 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

### RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN
### FOR PNC BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for PNC Bank** on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the laws of the

Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 52 of 120

United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all PNC Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named entity, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a. account signature cards
    b. bank statements
    c. canceled checks
    d. deposits and withdrawals
    e. cashier checks
    f. loan statements
    g. mortgage and equity statements
    h. electronic payments, transfers, card services transactions
    i. all individual and/or business checking accounts
    j. all individual and/or business savings accounts
    k. all individual and/or business money market accounts
    l. all individual and/or business certificates of deposits
    m. all individual and/or business retirement accounts
    n. all individual and/or business payroll accounts
    o. all individual and/or business loans
    p. all individual and/or business mortgage and equity accounts
    q. and any other banking records

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named entity:

**Lo-Ji, Inc.   (a/k/a LoJi, Inc.)**

If the requested records are produced to the undersigned before the date

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit 2
page 53 of 120

and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ___9th___ day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July ___9___, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for PNC Bank (Lo-Ji, Inc.)
<u>Grove v. Unocal</u>, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit ___2___
page ___54___ of ___120___