John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR SOVEREIGN BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Sovereign Bank** on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Re-Notice of Deposition of Records Custodian for Sovereign Bank (Puritan Production) Exhibit 2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3                                                                    page 55 of 120

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Sovereign Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named entity, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

   a. account signature cards
   b. bank statements
   c. canceled checks
   d. deposits and withdrawals
   e. cashier checks
   f. loan statements
   g. mortgage and equity statements
   h. electronic payments, transfers, card services transactions
   i. all individual and/or business checking accounts
   j. all individual and/or business savings accounts
   k. all individual and/or business money market accounts
   l. all individual and/or business certificates of deposits
   m. all individual and/or business retirement accounts
   n. all individual and/or business payroll accounts
   o. all individual and/or business loans
   p. all individual and/or business mortgage and equity accounts
   q. and any other banking records

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named entity:

**Puritan Production Videos, Ltd.**

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Re-Notice of Deposition of Records Custodian for Sovereign Bank (Puritan Production)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit 2
page 56 of 120

1   DATED at Anchorage, Alaska, this 9TH day of July 2007.

2   CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
3   Attorneys for Defendant Unocal

4

5   By _____
        Linda J. Johnson, 8911070
6

7   **CERTIFICATE OF SERVICE**

8   I certify that a copy of this document was
    ☒ mailed, ☐ faxed, ☐ hand delivered on
9   July __9__, 2007, to the following:

10  Phillip P. Weidner Esq.
    Phillip Paul Weidner & Associates
11  330 L Street, Ste 200
    Anchorage AK 99501
12
    By: _____
13        Dianne A. Pitts

14

15

16

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Sovereign Bank (Puritan Production)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit 2
page 57 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR SOVEREIGN BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Sovereign Bank** on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 58 of 120

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Sovereign Bank locations, including but not limited to the states of Delaware, Nevada, and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a. account signature cards
    b. bank statements
    c. canceled checks
    d. deposits and withdrawals
    e. cashier checks
    f. loan statements
    g. mortgage and equity statements
    h. electronic payments, transfers, card services transactions
    i. all individual and/or business checking accounts
    j. all individual and/or business savings accounts
    k. all individual and/or business money market accounts
    l. all individual and/or business certificates of deposits
    m. all individual and/or business retirement accounts
    n. all individual and/or business payroll accounts
    o. all individual and/or business loans
    p. all individual and/or business mortgage and equity accounts
    q. and any other banking records

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person:

**Lawrence H. Grove a/k/a Larry Grove**
DOB: 08-11-53    SSN: 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

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit 2
page 59 of 120

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 9TH day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on July 9, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Sovereign Bank (L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit 2
page 60 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

### RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR SUMMIT BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Summit Bank** on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Re-Notice of Deposition of Records Custodian for Summit Bank (PA) (Puritan Int'l & L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
page 61 of 120

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all 1st Summit Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual and entities, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a. account signature cards
    b. bank statements
    c. canceled checks
    d. deposits and withdrawals
    e. cashier checks
    f. loan statements
    g. mortgage and equity statements
    h. electronic payments, transfers, card services transactions
    i. all individual and/or business checking accounts
    j. all individual and/or business savings accounts
    k. all individual and/or business money market accounts
    l. all individual and/or business certificates of deposits
    m. all individual and/or business retirement accounts
    n. all individual and/or business payroll accounts
    o. all individual and/or business loans
    p. all individual and/or business mortgage and equity accounts
    q. and any other banking records

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person and entities:

**Lawrence H. Grove a/k/a Larry Grove**
DOB: 08-11-53    SSN: 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

**Puritan International Ltd.**

Re-Notice of Deposition of Records Custodian for Summit Bank (PA) (Puritan Int'l & L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 3

Exhibit 2
page 62 of 120

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ____ day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July ___9___, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Summit Bank (PA) (Puritan Int'l & L.Grove)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit ___2___
Page 63 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

## RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR WACHOVIA BANK

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Wachovia Bank** on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer authorized to administer oaths by the

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 3

Exhibit 2
Page 64 of 120

laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies all of the following records from at any and all Wachovia Bank locations, including but not limited to the states of Delaware and Pennsylvania, or, in the case of credit cards, at any location nationwide pertaining to accounts of the below-named individual and entities, including but not limited to:

1. Electronic versions or complete and legible copies of all of the following records, whether open or closed accounts:

    a. account signature cards
    b. bank statements
    c. canceled checks
    d. deposits and withdrawals
    e. cashier checks
    f. loan statements
    g. mortgage and equity statements
    h. electronic payments, transfers, card services transactions
    i. all individual and/or business checking accounts
    j. all individual and/or business savings accounts
    k. all individual and/or business money market accounts
    l. all individual and/or business certificates of deposits
    m. all individual and/or business retirement accounts
    n. all individual and/or business payroll accounts
    o. all individual and/or business loans
    p. all individual and/or business mortgage and equity accounts
    q. and any other banking records

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed accounts, including without limitation, all individual and/or business credit card records from January 1, 2000 to the present.

Produce the above-listed records related to the below-named person and entities:

**Lawrence H. Grove a/k/a Larry Grove**
DOB: 08-11-53    SSN: 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

**Funtime Boutique, Inc. (aka Adult Funtime Boutique, Inc.)**

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)   Exhibit 2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB                                             page 65 of 120
Page 2 of 3

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 9th day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: _____
Linda J. Johnson, 8911070

CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July 9, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Re-Notice of Deposition of Records Custodian for Wachovia Bank (Funtime Boutique)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 3

Exhibit 2
page 66 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

### RE-NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR WELLS FARGO BANK a/k/a WELLS FARGO BANK, NA

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian** for Wells Fargo Bank (aka Wells Fargo Bank, NA), on Monday, **July 23, 2007** at the hour of **10:00 a.m.**, at the offices of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, at 711 H Street, Suite 620, in Anchorage, Alaska. The deposition will be taken before an officer

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 5

Exhibit 2
page 67 of 120

authorized to administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Records Custodian is requested to bring to the deposition copies of the following Wells Fargo Bank records at any and all Wells Fargo Bank locations nationwide, including but not limited to the states of Alaska, Colorado, Delaware, Nevada, and Pennsylvania, and in the case of credit cards, at any location nationwide:

**BANK RECORDS:**

1. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

3. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 5

Exhibit 2
Page 68 of 120

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

4. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all bank statements, cancelled checks, deposits and withdrawals, cashier checks, loan statements, mortgage and equity statements, credit card statements, and any other banking records pertaining to *accounts held by Michael J. Grove*, including, but without limitation, all individual and joint checking accounts, individual and joint savings accounts, individual and joint money market accounts, individual and joint certificates of deposits, individual and joint IRAs, individual and joint loans, and individual and joint mortgage and equity accounts from January 1, 2000 to the present.

The above-listed records relate to:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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

Sarah H. Grove    DOB: 11-12-85    SSN: 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

Michael J. Grove    DOB: 01-21-90    SSN: 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

**CREDIT CARDS:**
1. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove and Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

2. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Lawrence H. ("Larry") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 5

Exhibit 2
page 69 of 120

3. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Cynthia A. ("Cindy") Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

4. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Sarah H. Grove*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

5. Electronic version or complete and legible copies of all credit card statements, and any other credit card records pertaining to open and/or closed *accounts held by Michael J. Grove,*, including, but without limitation, all individual and joint credit card records from January 1, 2000 to the present.

The above-listed records relate to the below-named residents of Alaska:

Lawrence H. Grove a/k/a Larry Grove
DOB: 08-11-53    SSN: 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
Addresses:  8300 Dagan Street, Anchorage, AK 99502
    and/or:  P.O. Box 222253, Anchorage, AK 99522
    and/or:  15831 Mercedes Drive, Talkeetna, AK 99676

Cynthia A. Grove a/k/a Cindy Grove
DOB: 03-13-57    SSN: 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
Address: (same as above)

Sarah H. Grove    DOB: 11-12-85    SSN: 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
Address: (same as above)

Michael J. Grove    DOB: 01-21-90    SSN: 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
Address: (same as above)

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 5

Exhibit 2
page 70 of 120

DATED at Anchorage, Alaska, this 9th day of July 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: _____
Linda J. Johnson, 8911070

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
July 9, 2007, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Re-Notice of Deposition of Records Custodian for Wells Fargo Bank (4 Groves)
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 5 of 5

Exhibit 2
Page 71 of 120