AO88 (Rev. 1/94) Subpoena in a Civil Case

**RECEIVED**

**Issued by the**
# UNITED STATES DISTRICT COURT

JUL 0 2 2007

EASTERN DISTRICT OF ALASKA / PENNSYLVANIA

Lawrence H. Grove, Cynthia Grove, et al.,
V.
Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB   Alaska District

TO: LoJi, Inc. aka Lo-Ji, Inc.
c/o Philip J. Krasner, VPL Limited
1146 North Irving Street
Allentown, PA 18103

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | |
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
| --- | --- |
| Gallagher Reporting & Video, LLC   (610-439-0504)<br>33 S. 7th Street, Ste 105   Allentown, PA 18101 | 7/23/2007 1:30 pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   DATE 6-26-07

Attorneys for Defendant

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620, Anchorage, AK 99501 (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Exhibit 2
page 87 of 120



John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

### NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR FUNTIME BOUTIQUE a/k/a ADULT FUNTIME BOUTIQUE

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Funtime Boutique (aka Adult Funtime Boutique)** on Monday, **July 23, 2007** at the hour of **1:30 p.m.**, at the offices of Gallagher Reporting & Video, 33 S. 7th Street, Suite 105, Allentown, Pennsylvania (610-439-0504). The deposition will be taken before an officer authorized to

Notice of Deposition of Records Cust. for Funtime Boutique [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

Exhibit 2
page 88 of 120

administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Agent/Records Custodian is requested to bring to the deposition copies of any and all records pertaining to Funtime Boutique, Inc. (aka Adult Funtime Boutique), including the records of any and all parent companies, holding companies, shell companies, and subsidiaries, from any and all locations nationwide including but not limited to the states of Delaware and Pennsylvania, and including but not limited to:

1. Copies of all business and corporate records, including but not limited to, identification of physical location of business; corporation applications; business licenses; type of business; current status of business.

2. Copies of corporate By-Laws; minutes of board meetings; number of employees (generally); annual, biennial and/or quarterly financial reports/statements; company prospectus; copies of all signature stamps used for company business, corporate banking account documents identifying approved signors from January 1, 2000 to the present.

3. Names and addresses of all corporate officers (including figureheads), their titles and responsibilities; contracts with officers; records documenting expenses for corporate officers (reimbursed or otherwise); benefits and perks associated with corporate officer status; salaries paid to corporate officers; fees paid to corporate officers; attendance at conferences, conventions, and/or seminars; identify all individual and business bank accounts and credit card accounts utilized by corporate officers (open and closed accounts), and dividends paid to stockholders from January 1, 2000 to the present.

4. Copies of all business, corporate, and accounting records relating to the sale of the company, assets and/or stocks that were shared with the corporate officers and/or stockholders from January 1, 2000 to the present.

5. Information and documentation of any visits to Alaska made by any of the owners and/or officers of the company; dates of visits; purposes of visits; activities during visits; and whether any money was paid and/or

Notice of Deposition of Records Cust. for Funtime Boutique [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Exhibit 2
page 89 of 120

reimbursed to Lawrence Grove aka Larry Grove for entertainment of the owners and/or officers from January 1, 2000 to the present.

6. Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7. Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8. Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9. Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10. Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11. Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12. Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13. Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14. Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15. Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

16. Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

Notice of Deposition of Records Cust. for Funtime Boutique [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

Exhibit 2
page 90 of 120

If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 26 day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was ☒ mailed, ☐ faxed, ☐ hand delivered on June 26, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Funtime Boutique [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

Exhibit 2
page 91 of 120

AO88 (Rev. 1/94) Subpoena in a Civil Case

**RECEIVED**
JUL 0 2 2007

Issued by the

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF ~~ALASKA~~ | PENNSYLVANIA |

Lawrence H. Grove, Cynthia Grove, et al.,
V.
Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB  Alaska District

TO: Funtime Boutique, Inc.
c/o Philip J. Krasner, VPL Limited
1146 North Irving Street
Allentown, PA 18103

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Gallagher Reporting & Video, LLC   (610-439-0504)<br>33 S. 7th Street, Ste 105   Allentown, PA  18101 | 7/23/2007 1:30 pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 6-26-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC    Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK  99501  (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Exhibit 2
page 92 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

### NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR LEAD DOG ENTERPRISES LIMITED

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Lead Dog Enterprises Limited** on Monday, **July 23, 2007** at the hour of **1:30 p.m.**, at the offices of Gallagher Reporting & Video, 33 S. 7th Street, Suite 105, Allentown, Pennsylvania (610-439-0504). The deposition will be taken before an officer authorized to

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Lead Dog [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

Exhibit 2
page 93 of 120

administer oaths by the laws of the United States or of the place where the examination is held, and will continue from day to day until completed.

The Agent/Records Custodian is requested to bring to the deposition copies of any and all records pertaining to Lead Dog Enterprises Limited, including the records of any and all parent companies, holding companies, shell companies, and subsidiaries, from any and all locations nationwide including but not limited to the states of Delaware and Pennsylvania, and including but not limited to:

1. Copies of all business and corporate records, including but not limited to, identification of physical location of business; corporation applications; business licenses; type of business; current status of business.

2. Copies of corporate By-Laws; minutes of board meetings; number of employees (generally); annual, biennial and/or quarterly financial reports/statements; company prospectus; copies of all signature stamps used for company business, corporate banking account documents identifying approved signors from January 1, 2000 to the present.

3. Names and addresses of all corporate officers (including figureheads), their titles and responsibilities; contracts with officers; records documenting expenses for corporate officers (reimbursed or otherwise); benefits and perks associated with corporate officer status; salaries paid to corporate officers; fees paid to corporate officers; attendance at conferences, conventions, and/or seminars; identify all individual and business bank accounts and credit card accounts utilized by corporate officers (open and closed accounts), and dividends paid to stockholders from January 1, 2000 to the present.

4. Copies of all business, corporate, and accounting records relating to the sale of the company, assets and/or stocks that were shared with the corporate officers and/or stockholders from January 1, 2000 to the present.

5. Information and documentation of any visits to Alaska made by any of the owners and/or officers of the company; dates of visits; purposes of visits; activities during visits; and whether any money was paid and/or reimbursed to Lawrence Grove aka Larry Grove for entertainment of the owners and/or officers from January 1, 2000 to the present.

Notice of Deposition of Records Cust. for Lead Dog [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Exhibit __2__
page __94__ of __120__

6. Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7. Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8. Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9. Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10. Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11. Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12. Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13. Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14. Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15. Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

16. Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

If the requested records are produced to the undersigned before the date

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Lead Dog [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

Exhibit 2
page 95 of 120

and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this 26 day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June 26, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Lead Dog [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

Exhibit 2
page 96 of 120

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

RECEIVED
JUL 02 2007

| EASTERN | DISTRICT OF ALASKA | PENNSYLVANIA |

Lawrence H. Grove, Cynthia Grove, et al.,

V.

Unocal Corporation

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:04-cv-0096-TMB   Alaska District

TO: Lead Dog Enterprises Ltd.
c/o Philip J. Krasner, VPL Limited
1146 North Irving Street
Allentown, PA 18103

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Notice attached hereto.

| PLACE | DATE AND TIME |
|---|---|
| Gallagher Reporting & Video, LLC   (610-439-0504)<br>33 S. 7th Street, Ste 105   Allentown, PA 18101 | 7/23/2007 1:30 pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   DATE 6-26-07

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Linda J. Johnson, Esq., Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC   Attorneys for Defendant
711 H Street, Suite 620, Anchorage, AK 99501 (907) 272-9272

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Exhibit 2
page 97 of 120

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>   Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>   Defendant. | Case No. 3:04-cv-0096-TMB |

## NOTICE OF DEPOSITION OF RECORDS CUSTODIAN FOR SAMURI, INC.

Defendant, Unocal Corporation, by and through its attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, gives notice that it will take the deposition of the **Records Custodian for Samuri, Inc.** on Monday, **July 23, 2007** at the hour of **1:30 p.m.**, at the offices of Gallagher Reporting & Video, 33 S. 7th Street, Suite 105, Allentown, Pennsylvania (610-439-0504). The deposition will be taken before an officer authorized to administer oaths by the laws of the United

Notice of Deposition of Records Cust. for Samuri, Inc. [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 1 of 4

Exhibit 2
page 98 of 120

States or of the place where the examination is held, and will continue from day to day until completed.

The Agent/Records Custodian is requested to bring to the deposition copies of any and all records pertaining to Samuri, Inc., including the records of any and all parent companies, holding companies, shell companies, and subsidiaries, from any and all locations nationwide including but not limited to the states of Delaware and Pennsylvania, and including but not limited to:

1. Copies of all business and corporate records, including but not limited to, identification of physical location of business; corporation applications; business licenses; type of business; current status of business.

2. Copies of corporate By-Laws; minutes of board meetings; number of employees (generally); annual, biennial and/or quarterly financial reports/statements; company prospectus; copies of all signature stamps used for company business, corporate banking account documents identifying approved signors from January 1, 2000 to the present.

3. Names and addresses of all corporate officers (including figureheads), their titles and responsibilities; contracts with officers; records documenting expenses for corporate officers (reimbursed or otherwise); benefits and perks associated with corporate officer status; salaries paid to corporate officers; fees paid to corporate officers; attendance at conferences, conventions, and/or seminars; identify all individual and business bank accounts and credit card accounts utilized by corporate officers (open and closed accounts), and dividends paid to stockholders from January 1, 2000 to the present.

4. Copies of all business, corporate, and accounting records relating to the sale of the company, assets and/or stocks that were shared with the corporate officers and/or stockholders from January 1, 2000 to the present.

5. Information and documentation of any visits to Alaska made by any of the owners and/or officers of the company; dates of visits; purposes of visits; activities during visits; and whether any money was paid and/or reimbursed to Lawrence Grove aka Larry Grove for entertainment of the owners and/or officers from January 1, 2000 to the present.

Notice of Deposition of Records Cust. for Samuri, Inc. [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 2 of 4

Exhibit 2
page 99 of 120

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

6. Documentation of each date and location that Lawrence Grove (aka Larry Grove) performed and/or participated in business related activities, including the signing of corporate documents from January 1, 2000 to the present.

7. Copies of all email communications between Lawrence Grove (aka Larry Grove) and the above-named company from January 1, 2000 to the present.

8. Copies of all email communications between Lawrence Grove (aka Larry Grove) and Philip J. Krasner from January 1, 2000 to the present.

9. Copies of all business, corporate, and accounting records relating to all company and/or corporate office positions held by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

10. Copies of all business, corporate, and accounting records documenting duties and responsibilities for each position (identified in Number 9 above) performed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

11. Copies of all business, corporate, and accounting records documenting income, money or benefits paid to Lawrence Grove (aka Larry Grove), including wages, stocks and stock options, corporate officer fees, benefits, perks, expenses, and reimbursement from January 1, 2000 to the present.

12. Copies of payroll and financial records setting forth any compensation paid to Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

13. Copies of all corporate paperwork signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

14. Copies of all accounting records, including checks, signed by Lawrence Grove (aka Larry Grove) from January 1, 2000 to the present.

15. Copies of all accounting records, including forms, IRS documents, or payroll corporate checks, that the signature stamp of Lawrence Grove was used from January 1, 2000 to the present.

16. Documentation of every individual that Philip J. Krasner has requested the use of their services in this business, including personal friends.

If the requested records are produced to the undersigned before the date

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Samuri, Inc. [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 3 of 4

Exhibit 2
page 100 of 120

and time for which this deposition is scheduled, the deposition will be canceled.

DATED at Anchorage, Alaska, this ___28___ day of June 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By _____
Linda J. Johnson, 8911070

### CERTIFICATE OF SERVICE

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
June _26_, 2007, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Ste 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Notice of Deposition of Records Cust. for Samuri, Inc. [K]2
Grove v. Unocal, Case No. 3:04-cv-0096-TMB
Page 4 of 4

Exhibit __2__
page _101_ of _120_