Michael Cohn
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA ) <br> GROVE, SARAH GROVE, and, ) <br> MICHAEL GROVE (DOB 1/21/88) ) <br> By and through his father ) <br> LAWRENCE H. GROVE, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNOCAL CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:04-cv-0096-TMB |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs, by and through undersigned counsel, hereby move this court for an extension of time to oppose defendant's Motion for Partial Summary Judgment and defendant's Motion in Limine. Defense counsel has agreed to a one week extension for said oppositions.

Accordingly, plaintiffs request an extension to oppose the above mentioned motions until July 23, 2007.

RESPECTFULLY SUBMITTED this 17th day of July, 2007.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

1

        WEIDNER & ASSOCIATES, INC.
        Counsel for Plaintiffs

        <u>/s/ Michael Cohn</u>
        330 L Street, Suite 200
        Anchorage, AK  99501
        Phone (907) 276-1200
        Fax (907) 278-6571
        E-mail: nbackes@weidnerjustice.com
        ABA No. 8506049

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on July 17, 2007 a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.
<u>s/ Michael Cohn</u>

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571