Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA ) <br> GROVE, SARAH GROVE, and, ) <br> MICHAEL GROVE (DOB 1/21/88) ) <br> By and through his father ) <br> LAWRENCE H. GROVE, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNOCAL CORPORATION, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:04-cv-0096-TMB <br><br> **(PROPOSED) ORDER** |

Upon unopposed motion by plaintiffs for a one week extension of time for plaintiffs to oppose defendant's Motion for Partial Summary Judgment and defendant's Motion in Limine, it is hereby ORDERED that plaintiffs shall file their opposition to the above listed motions by July 23, 2007.

DATED:_____       _____
                                                        UNITED STATES DISTRICT COURT JUDGE

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

1

CERTIFICATE OF SERVICE

I hereby certify that on July 17 24, 2007 a copy of the foregoing (Proposed) Order was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

2