Michael Cohn
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNOCAL CORPORATION,<br><br>    Defendant. | Case No. 3:04-cv-0096-TMB |

**UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME**

Plaintiffs, by and through undersigned counsel, hereby move this court for an additional extension of time to oppose defendant's Motion for Partial Summary Judgment and defendant's Motion in Limine.  Defense counsel was contacted and has agreed to an additional one week extension for said oppositions.

Accordingly, plaintiffs request an extension to oppose the above mentioned motions until August 6, 2007.

RESPECTFULLY SUBMITTED this 30th day of July, 2007.

1

        WEIDNER & ASSOCIATES, INC.
        Counsel for Plaintiffs

        <u>/s/ Michael Cohn</u>
        330 L Street, Suite 200
        Anchorage, AK  99501
        Phone (907) 276-1200
        Fax (907) 278-6571
        E-mail:  nbackes@weidnerjustice.com
        ABA No. 8506049

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2007 a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

<u>s/ Michael Cohn</u>

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571