Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>v.<br><br>UNOCAL CORPORATION<br><br>Defendant<br>_____ | )<br>)<br>)<br>)<br>)<br>) Case No. A04-0096 CV (TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UNOCAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PUNITIVE DAMAGES**

STATE OF ALASKA          )
                         )   ss.
THIRD JUDICIAL DISTRICT  )

MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

1.   I am Michael Cohn, an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., counsel of

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

1

record for the Grove plaintiffs in this matter.    I am licensed to practice law in the State of Alaska;

        2.    Attached hereto as Exhibit 1 is the Expert Report of Dr. Joseph Balser, and the Affidavit of Dr. Balser, with attached CV;

        3.    Attached hereto as Exhibit 2 is the Affidavit of Lin Manning, with attached Expert Report;

        4.    Attached hereto as Exhibit 3 is the Affidavit of of Bob Carmichael, and the attached Expert Report;

        5.    Attached hereto as Exhibit 4 are excerpts of the Deposition of Archie Cook;

        6.    Attached hereto as Exhibit 5 are excerpts of the Deposition of Ken Burns;

        7.    Attached hereto as Exhibit 6 is a copy of DEF 00027, received from Unocal in discovery;

        8.    Attached hereto as Exhibit 7 are excerpts of the Deposition of Robert Sprinkle;

        9.    Attached hereto as Exhibit 8 are excerpts of the Deposition of Paul Crapps;

        10.    Attached hereto as Exhibit 9 are excerpts of the Deposition of John Stallone;

        11.    Attached hereto as Exhibit 10 are excerpts of the Deposition of Tom Scanlon, and excerpts of his safety narrative;

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

12. Attached hereto as Exhibit 11 are excerpts from the Deposition of Charles Arnett;

13. Attached hereto as Exhibit 12 is a Contract between Unocal and Siemens;

14. Attached hereto as Exhibit 13 is the 30(b)(6) Deposition of Siemens Building Technologies, Inc. representative Doug Schutte;

15. I have previously talked to Leverette Hoover, presently a manager at Siemens Building Technologies, Inc. However, as he now works for Siemens, I will not be permitted to obtain an affidavit from mr. Hoover. I am however, making the following offer of proof. If Mr. Hoover testifies he will confirm that the work platform was in existence in the filter room at Unocal building before Larry Grove began working for Siemens; that Siemens, to the best of his personal knowledge, did not construct or maintain the work platform, and that any such structure if undertaken by or on behalf of Siemens would need the approval of Unocal;

16. I have previously talked to Gordon Woodard, a former Siemens employee. I make the following offer of proof. Mr. Woodard was also aware of the work platform in the Unocal building and to the best of his personal knowledge, it was not constructed by Larry Grove;

17.  Previous memorandums and affidavits, Docket Nos. 49, 61, 70 and 71, present a detailed history of the litigation through March of 2006, which is incorporated herein by reference;

18.  I am also incorporating the Affidavit of Michael Cohn in Support of the Renewed Rule 37 Motion for Order Compelling Discovery/Disclosure, and exhibits in support thereto as part of this Affidavit.

FURTHER AFFIANT SAYETH NAUGHT.


/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049


CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UNOCAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PUNITIVE DAMAGES** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571