Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF ALASKA AT ANCHORAGE
 3    _____
 4    LAWRENCE H. GROVE, ET AL.,         )
                                         )
 5                  Plaintiffs,          )
                                         )
 6        vs.                            )
                                         )
 7    UNOCAL CORPORATION,                )
                                         )
 8                  Defendant.           )
 9    _____
10    Case No. A-04-0096 CV (JKS)
11
12
13    _____
14           TELEPHONIC DEPOSITION OF ARCHIE COOK
15    _____
16
17                    March 15, 2006
                       7:30 a.m.
18
19             Taken by Counsel for Plaintiffs
                           at
20                330 L Street, Suite 200
                     Anchorage, Alaska
21
22
23
24
25
```

Exhibit 4
page 1 of 10

1    Q.   Did you go through the penthouse?
2    A.   Yes, I went through -- they showed me -- what do
3  you call it -- the big tunnel with switches on it, and
4  they showed me the boilers for the heating system.
5         They showed me where there was an air intake,
6  where the fan was that made sure there was proper
7  ventilation within the office.
8    Q.   When you said "they" showed me, do you recall --
9    A.   Probably only Eddie.  It wouldn't be two of them.
10 I can't remember, to be honest, but I can't remember.
11 But it would almost certainly be Eddie Barrett.
12              MR. THORSNESS:  This is John Thorsness.
13 Excuse the interruption here.  Just a reminder to wait
14 until Mr. Cohn finishes his question, and that also will
15 help you focus on the question itself and answering the
16 question as put to you.
17              I'm sure Mr. Cohn will appreciate if you
18 limit your answer to the question, and, like I said,
19 make sure to let him finish.  Thanks.
20              THE WITNESS:  All right, John.  Thank you.
21   Q.   Mr. Cook, when you talked about the orientation
22 up in the penthouse, did they show you the various rooms
23 in the penthouse?
24   A.   Yes.
25   Q.   Did you have any opportunity -- are you familiar

Page 21

```
 1   with the room that's called the filter room where the
 2   air filters are against one wall?
 3        A.   Yes, I'm familiar with it, yes.
 4        Q.   Did you have an opportunity to see that room
 5   during your orientation in 1999?
 6        A.   Yes.
 7        Q.   And when you saw that room during your
 8   orientation, can you describe what you saw in that room?
 9        A.   Well, yes, I think I can.  To the right as you go
10   in the door there was -- what would you call it -- bulk
11   head, and then above that I could see louvers, which
12   opened and closed.  On the left were filters.  That's as
13   I recall that room.
14             I'm trying to think if there was a shaft at the
15   far end of the room.  I just can't remember.  I think
16   there was a shaft at the far end of the room.
17        Q.   Well, when you talk about the wall to the right,
18   did that appear to be sheet metal?
19        A.   I'm sorry.  I can't remember.  I remember it was
20   about eye level for me.
21        Q.   Do you recall if there was any sort of a
22   structure affixed to the wall to the right?
23        A.   To the right, no, I don't recall that.
24        Q.   You don't recall if there was a work platform?
25        A.   No.  No.  I mean, I was able to look up at an
```

```
 1    Q.   That's shortly after you arrived?
 2    A.   Maybe -- I can't remember the exact time.  It
 3 seemed like maybe six months, six to nine months
 4 possibly.
 5    Q.   Do you recall if there were any periodic safety
 6 inspections of the building at 909 --
 7    A.   Yes, there were.
 8    Q.   I'm sorry.  Just please let me finish the
 9 question first.
10    A.   Okay.
11    Q.   I mean, I was almost done.  Were there periodic
12 safety inspections --
13    A.   Yes.
14    Q.   -- of the building from the time that you arrived
15 in 1999 through 2002?
16    A.   Yes.
17    Q.   What did these periodic safety inspections
18 entail?
19    A.   Involved one of our safety technicians going
20 around the office looking for safety hazards.
21    Q.   Were you the person that oversaw or supervised
22 the safety technicians?
23    A.   No.  We had a health and safety and environment
24 manager.
25    Q.   Who was the health and safety environment
```

```
 1   manager?
 2      A.   Well, that's a complicated question because it
 3   changed.
 4      Q.   Well, I guess if there were several, to the best
 5   of your recollection.
 6      A.   First of all, the environmental department was
 7   the safety -- was a separate department.  Anyway, I mean
 8   it was a person called Harry Eaton who was in charge of
 9   safety, health and environment.
10      Q.   Was he there when you got to Unocal?
11      A.   He was based in Kenai when I first got to Alaska.
12      Q.   Do you recall if he worked in the building at 909
13   West Ninth at any time between '99 and when you left?
14      A.   He had an office there, but I think his normal
15   place of work was the Kenai office.
16      Q.   But to the best of your understanding, if safety
17   technicians did periodic checks in the building, that
18   would be under the authorization of the health and
19   safety environment manager?
20      A.   Yes.  The safety technicians were based in Kenai,
21   but at least on two occasions that I can recall, one of
22   them came to Anchorage, to the Anchorage office and did
23   a safety inspection.
24      Q.   Did you observe the safety inspection at all?
25      A.   I didn't observe the inspection.  I saw the
```

```
 1   report.
 2       Q.   You saw the report?
 3       A.   Yes.
 4       Q.   And can you tell me how detailed the report would
 5   be?
 6       A.   I mean it was basically telling us what things
 7   were hazardous or potentially hazardous and potentially
 8   needed fixing.
 9       Q.   Do you recall if that report encompassed the
10   entire building from -- I am not sure.  Is there a
11   basement in the building?
12       A.   Yes, there is.
13       Q.   From the basement all the way to the top level of
14   the building?
15       A.   Yes.  Well, I'm sorry.  I mean, I can't remember.
16       Q.   That's okay if you can't remember completely.
17       A.   I can't remember whether it covered -- the safety
18   inspection from a qualified inspector, that's about as
19   much as I can remember.  Sorry.
20            I mean what he did was he focused on things that
21   we had to fix.
22       Q.   Well, is it your understanding -- I mean to the
23   best of your personal knowledge, would that individual
24   go and check each room in the building?
25       A.   Yes, to the best of my understanding.
```

```
 1         MR. THORSNESS:  Objection; foundation and
 2   speculation.
 3      Q.  That's okay.  What is the basis of your
 4   understanding?  Can you tell me?  Would it be from
 5   review of the report?
 6      A.  Say it again, please.
 7      Q.  What would be the basis of your understanding
 8   that the safety technician would check each of the rooms
 9   in the building?
10      A.  My understanding is that he was brought up to do
11   a safety inspection.  I would expect him -- it's an
12   expectation rather than knowledge -- that he did check
13   every nook and cranny within the office.
14      Q.  And do you know how frequently -- how many of
15   these inspections are you aware of occurring during your
16   period of time at the building?
17      A.  I am aware of two, to the best of my
18   recollection.
19      Q.  And do you recall the name of the safety
20   technician that would have done this report?
21      A.  I think Ken Burns did at least one of them.
22      Q.  Who is Ken Burns?
23      A.  Ken Burns is a safety technician.
24      Q.  And this safety report, do you recall --
25      A.  Well, I can tell what we wanted from the report
```

1  was any supplies or anything needed for the building --
2      A.  No, there are different things.  I mean, he would
3  be -- his main job would be for the procurement of heavy
4  equipment used in operations for the drilling program.
5          We had it set up, as I recall, so that
6  departmental secretaries could order in their own
7  stationery and stuff like that or blanket purchase
8  orders.
9          But you have an overall procurement manager.  And
10 Tim Brandenberg got that job.  I can't remember exactly
11 when, but in the first quarter of 2003.
12     Q.  Well, in regard to procurement, let's say, for
13 the building at 909 West Ninth Avenue, and I'm talking
14 about not something like stationery, if you are
15 ordering, let's say, hypothetically if a work platform
16 was to be built in the building, would there be some
17 procurement --
18     A.  The way that would work is that there would be a
19 purchase requisition from whoever wanted to initiate the
20 process, whoever wanted to buy something.  There would
21 be a purchase requisition, and then that would be
22 translated into a purchase order.
23         Now, if it was office-based materials and I was
24 the manager responsible, then I would sign that -- I
25 would sign that purchase requisition, because I would

```
 1   have budgeted for maintenance costs.
 2      Q.  So if that was like -- if it was considered under
 3   maintenance, then that would be -- if it happened during
 4   your time period, it would be -- you would be the one
 5   that would sign off on it?
 6      A.  I would sign the purchase order, yes.
 7      Q.  And that's because that would be the
 8   responsibility of the human resources manager?
 9      A.  Yeah.  There were two budgets basically that I
10   was responsible for.  One was the human resources budget
11   that included things like training costs, training
12   software, that kind of thing, and the staff costs,
13   Unocal staff.
14          But then that was rolled into Rick's budget
15   because he had become the head of HR domestic.  He was
16   based in Houston, so I would send him my budget to be
17   approved down in Houston.
18          And then I had another budget, which was the
19   office budget, so we budgeted for ongoing maintenance,
20   for special projects, just anything connected with the
21   office.
22      Q.  And if there were like requisition, purchase
23   requisition forms and purchase orders, where would that
24   paperwork eventually be stored, if you know?
25      A.  Well, I mean, I think it would depend.  Let's say
```

Page 49

1   we were -- if it was something for the office and if it
2   was not something that was of a serious contract, if it
3   was a special thing, then I would have to sign the
4   purchase order that would go to the supplier.
5       Q.  But is there --
6       A.  And the copy order, I mean I could sign it, but I
7   tried to keep my paperwork to a minimum, and it would
8   have been kept within the office, within the maintenance
9   office by Charles Arnett actually.
10              MR. THORSNESS:  Excuse me, gentlemen.  I
11  object to this whole line of questioning based on lack
12  of foundation and calling for speculation with regard to
13  this specific work platform.  Thank you.
14              MR. COHN:  Well, John, I understand that the
15  platform was not constructed, or my understanding,
16  during Mr. Cook's tenure, so it is not obviously
17  specific to that.
18              I'm just trying to find out where records
19  would be kept for special projects.  We can find out
20  later if records are available for this platform.  This
21  is a discovery deposition.
22      Q.  So you said there is a maintenance office in the
23  building at 909 West Ninth?
24      A.  Yes, Charles Arnett.  He was the maintenance
25  coordinator and he maintained like the records, the