**FILE COPY**    Page 1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3     _____
 4     LAWRENCE H. GROVE, CYNTHIA GROVE,      )
       SARAH GROVE and MICHAEL GROVE (DOB     )
 5     1/21/88) by and through his father     )
       LAWRENCE H. GROVE,                     )
 6                                            )
                    Plaintiffs,               )
 7                                            )
       vs.                                    )
 8                                            )
       UNOCAL CORPORATION,                    )
 9                                            )
                    Defendants.               )
10     _____
11     Case No. A04-0096 CV (JKS)
12
13
14
15          VIDEOTAPED DEPOSITION OF ROBERT SPRINKLE
           _____
16
17                   Monday, April 24, 2006
                          9:24 a.m.
18
19              Taken by Counsel for Defendant
                            at
20               Weidner & Associates
                330 L Street, Suite 200
21                 Anchorage, Alaska
22
23
24
25
```

Exhibit 7
page 1 of 3

GROVE v. UNOCAL
ROBERT SPRINKLE
4/24/2006

Page 66

1  Miller and went to Landis & Gyr.
2      And then I left Landis & Gyr and went to work
3  with Larry at Johnson Controls. Then I left Johnson
4  Controls and went to work with Larry back at Siemens.
5      Q. Was Larry very good at his job?
6        MS. JOHNSON: Objection; foundation.
7      A. Yes. He was excellent at his job.
8      Q. How do you know that?
9      A. Because like I said, I have worked with him
10  through several different places and one reason that I
11  left -- like I left Landis to go to Johnson pretty much
12  because Larry recruited me and he was instrumental in me
13  leaving Johnson and going back to Siemens too.
14      Q. Now, when you went to work for Landis & Gyr, at
15  that time did Landis & Gyr, to the best of your personal
16  knowledge, already have the contract for the Unocal
17  building?
18      A. No, they did not at that time.
19      Q. Do you recall when they got the contract?
20      A. Like I said, it was towards the end of '91 or
21  '90, '91 sometime. It probably was in '91. A guy named
22  Jim Everest was the salesman that picked up the
23  contract. That's the best I can remember on years.
24      Q. I think you indicated you were -- were you the
25  primary at Landis & Gyr on that contract for the Unocal

Page 67

1  building?
2      A. Pretty much, yes, at that time.
3      Q. And do you recall -- were you involved in the
4  formation of the contract at all?
5      A. No. I had nothing to do with it except for
6  execution.
7      Q. Do you have any personal knowledge as to how
8  Landis & Gyr would go about making their bid, whether
9  they got to go up and look at the mechanical room first?
10      A. At that time, we had a salesman named Jim
11  Everest, which I used to call like a used car salesman,
12  so whether he knew Don Acres or whether they put it out
13  on the street when the contract was up with Honeywell, I
14  am not sure exactly how he came across knowing about the
15  contract or picking it up.
16      If I recall right, I think him and Don could have
17  been friends and the contract with Honeywell was up at
18  the same time, because I believe that they had to have
19  bid Honeywell pretty good or else Unocal wanted to scale
20  it down at the same time, is what I remember.
21        MS. JOHNSON: Objection; speculation.
22      Q. In terms of the -- when you first went into the
23  filter room -- is that what the room was called where
24  the air filters were changed?
25      A. That would be a proper way to put it.

Page 68

1      Q. And when I refer to the filter room, I mean the
2  filter room where the work platform was located.
3      A. Uh-huh.
4      Q. When you first went into that filter room to
5  change the filters, was the work platform there?
6      A. Yes, it was.
7      Q. To the best of your personal knowledge, was that
8  built by -- who was that built by?
9      A. I have no idea who built it. I have tried to ask
10  people questions in the past and nobody seems to know,
11  and I don't know anybody from Honeywell that was there
12  before.
13      Q. To the best of your personal knowledge, was it
14  built by Landis & Gyr?
15        MS. JOHNSON: Objection.
16      A. It was not built by Landis or Siemens or anybody.
17  It was there when Landis took over the contract. Who
18  put it up, to the best of my knowledge, I have no clue.
19      Q. Do you recall if Don Acres mentioned to you the
20  work platform at all?
21      A. No.
22      Q. You indicated there was already a ladder -- was
23  it a ladder or stepladder that was on site that you used
24  on top of the platform?
25      A. There was a six-foot wooden ladder that we used

Page 69

1  to use that was up there. I mean it was already on
2  site.
3      Q. That was not supplied by Landis & Gyr, to the
4  best of your knowledge?
5      A. To the best of my knowledge, no. It was just
6  there.
7      Q. Did you know the terms, any of the terms of the
8  contract as to who was supposed to supply the equipment
9  to use to access the filters?
10      A. We were buying the filters. As far as equipment
11  to access, I doubt if it was in the contract. I never
12  read the contract so I am just speculating on that part.
13      As a general rule, if there is something on site,
14  you use it instead of hauling your own stuff up just
15  because of convenience and time.
16      Q. Did you assume that this work platform on site
17  was safe for use?
18        MS. JOHNSON: Objection; speculation.
19      A. Yeah. Of course, you go check it out, walk out
20  on it and make sure you felt okay. Why it would not be
21  there if it wasn't intended to be used because of
22  convenience to do your job in that case. I mean you are
23  only doing it three or four times a year.
24      Q. And do you recall if it was -- the wall where the
25  platform was located, was that a sheet metal wall?

18 (Pages 66 to 69)

GROVE v. UNOCAL

ROBERT SPRINKLE
4/24/2006

Page 70

1    A. Well, it is all sheet metal inside there.
2    Q. Sheet metal is how thick, do you recall?
3    A. Well, there is different gauges, but this has to
4    be a fairly thick gauge. I am not that good on numbers.
5    26 gauge, 38, 18 gauge, whatever, but it is not going to
6    be a thin gauge because you got all of that air and you
7    got pressure inside of the plenum and you got air going
8    through there itself.
9        You got a 75 or 100 horsepower fan motor on the
10   other side, so if you get too thin a metal, it is just
11   going to collapse it.
12   Q. You say if it is too thin a metal it will
13   collapse it?
14   A. There is specs that you got to know and like that
15   has got to be a certain grade or certain thickness of
16   metal because between the way your dampers are and you
17   start a motor that big you are going to have suction.
18   Q. So did you assume that they built this to a
19   sufficient grade to maintain the weight of workers that
20   would climb on the platform?
21       MS. JOHNSON: Objection; foundation.
22   A. Yeah. I didn't ever question who built it, to
23   tell the truth. I never even thought about it. I
24   figured it was there from day one.
25   Q. Did you ever try to find out who built it after

Page 71

1    Larry's accident?
2    A. Yes, I did ask people, but everybody I asked -- I
3    mean the people that I knew that worked for Honeywell or
4    worked for Honeywell now were never in the building
5    before that time, or before I was ever in there, so I
6    mean I have out of curiosity asked around, but I
7    couldn't get an answer from nobody.
8    Q. Has anybody ever told you that it was built by
9    Gyr & Landis?
10   A. Nobody has ever told me who it was built by.
11   Like I said, then our conversations through different
12   people throughout the years, nobody has any clue who
13   built it, that I know of.
14   Q. To the best of your personal knowledge, it wasn't
15   built by Landis & Gyr?
16   A. No, it was not built by Landis & Gyr. It was
17   there when we took over the contract.
18   Q. To the --
19   A. Sorry.
20   Q. No, I'm sorry. I interrupted you. Go ahead.
21   A. I said I don't know. Like I said, Honeywell was
22   there before us and then we got there, but I can't say
23   who did it.
24   Q. Did you ever -- did you have to have an
25   orientation when you first started working in the

Page 72

1    building for Landis & Gyr, safety orientation?
2    A. You know, it seems like we might have had to do
3    something. I can't remember exactly now. But with
4    Unocal, I mean, I know that we had a talk because we
5    couldn't go in the ceilings because of the asbestos.
6        I'm sure we had a talk in case we had to solder
7    anything or work in the computer room. As far as a sit
8    down formal safety thing, I can't say honestly yes or
9    no.
10       I know we discussed those things especially. Don
11   Acres made it a special point that I could not stick my
12   head above that ceiling tile whatsoever. That one was a
13   no-brainer that we couldn't do that.
14       As far as anything else goes, I don't recall off
15   the top of my head.
16   Q. And that was because of the asbestos?
17   A. Exactly. We were not allowed to go above the
18   ceilings whatsoever. If we found a problem like a
19   thermostat bad to a valve or something like that, we
20   definitely had to go get Charles or Don in order to
21   address it.
22   Q. Do you recall what the lighting was like when you
23   would go into that filter room?
24   A. Well, if your outside air dampers were open, it
25   is pretty light in there from outside. I can't remember

Page 73

1    whether there was a light inside that room or not, to
2    tell you the truth. I don't remember working in the
3    dark, but I mean most of them penthouses even if there
4    are lights they are hidden by pipes and everything so
5    you are in a shadow sometimes anyway.
6    Q. Do you recall if the platform was affixed to the
7    brackets or was it hanging loose, just placed on the
8    brackets?
9        MS. JOHNSON: Objection; form of question.
10   Q. Well, let me rephrase that. Do you know if the
11   platform was simply resting on the brackets?
12   A. I believe it was just sitting on top of the
13   brackets. I don't think we were attached down, screwed
14   to it, but it's actually been so darn long in there,
15   that I don't remember specifically, you know, whether we
16   were screwed down or bolted down or what we were.
17   Q. Now, you indicated that you had gone -- how often
18   did you go hunting with Larry before the accident?
19   A. I remember going caribou hunting up by Eureka
20   with him the very first time. We have been moose
21   hunting probably twice. Once at Point McKenzie and I
22   had a permit over there, and then I had a permit up by
23   Petersville one year and we were hunting up there.
24   Q. When you went hunting, did you do a fair amount
25   of hiking?

19 (Pages 70 to 73)