Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF ALASKA AT ANCHORAGE
 3    _____

 4    LAWRENCE H. GROVE, ET AL.,      )
                                      )
 5              Plaintiffs,           )
                                      )
 6       vs.                          )
                                      )          COPY
 7    UNOCAL CORPORATION,             )
                                      )
 8              Defendant.            )
                                      )          RECEIVED
 9    _____
                                                  MAR 2 1 2006
10    Case No. A-04-0096 CV (JKS)
11                                               WEIDNER & ASSOCIATES
12
13    _____

14            VIDEOTAPED DEPOSITION OF PAUL CRAPPS
15    _____

16                    March 3, 2006
                        11:00 a.m.
17
18              Taken by Counsel for Plaintiffs
                             at
19                  330 L Street, Suite 200
                      Anchorage, Alaska
20
21
22                                       Exhibit    8
23                                       page   1  of  4
24
25
```

Exhibit 8
page 1 of 4

Page 33

1   A. No.
2   Q. So you pulled the plank outside the filter room,
3   and then what did you proceed to do? Did you proceed to
4   unscrew any of the nuts?
5   A. I removed the two metal brackets.
6   Q. And what did you do with the hardware that was
7   used to attach the brackets to the wall?
8   A. I put it in the trash can.
9   Q. Was the trash can in the filter room or right
10  outside the filter room?
11  A. It was as you entered the penthouse.
12  Q. Do you recall how many nuts and bolts you had to
13  remove?
14  A. No.
15  Q. Do you recall what the size of the bolts were?
16  A. I would estimate like a quarter inch.
17  Q. Do you know the strength of those bolts?
18  A. No.
19  Q. How long did it take you to remove the brackets?
20  A. I would say -- I would estimate maybe 15 or
21  20 minutes.
22  Q. Did you observe any debris on the floor of the
23  filter room while you were working?
24  A. No.
25  Q. And when you removed the bolts, did you catch

Page 34

1   them in your hand or did you have like a baggy you were
2   putting them in?
3   A. No. I just removed them and whatever I pulled
4   out, I put in my hand, or whatever. It landed where it
5   landed.
6   Q. Did you say it went where it landed?
7   A. Yeah.
8   Q. So did some fall on the floor?
9   A. They could have, yes.
10  Q. And did you go and pick up the ones that fell on
11  the floor?
12  A. No.
13  Q. How soon was this second visit to the filter room
14  from the first time that you went in -- not that you
15  went in, that you went up there with Charles the first
16  time and now the second time you went in to remove it.
17  Do you have any idea how much time had passed?
18  A. A couple of days.
19  Q. Now, can you describe the hardware that you
20  removed? Was it just bolts or what else was there?
21  A. I removed the two metal brackets and the bolts
22  holding it on.
23  Q. Well, were there like washers attached to the
24  bolts?
25  A. I don't recall. There could have been.

Page 35

1   Q. Were there nuts at the end of the bolt?
2   A. Yes.
3   Q. Can you describe the shape of the nuts? Round?
4   Square?
5   A. The nuts themselves were square.
6   Q. Now, you said you threw the nuts and bolts away.
7   Did somebody tell you to do that?
8   A. No. I was just told to remove it.
9   Q. By Charles?
10  A. Yes.
11  Q. Do you know if -- did you put anything up in its
12  place after you removed it?
13  A. No.
14      MR. THORSNESS: By "it," you would mean the
15  brackets and that sort of stuff?
16      MR. COHN: Yeah.
17      MR. THORSNESS: Thank you. That's how you
18  understood the question?
19      THE WITNESS: Yes.
20  Q. Do you know if you removed the plank and the
21  bracket and the nuts and the bolts after OSHA inspected
22  the room, the filter room?
23  A. What do you mean?
24  Q. Are you aware that OSHA came out and inspected
25  the filter room?

Page 36

1   A. Yes.
2   Q. And the removal of the brackets and the nuts and
3   the bolts -- we didn't actually talk about what you did
4   with the plank yet. Did that occur after OSHA came in?
5   A. No, that was before.
6   Q. Now, you have this plank that you estimated,
7   what, about 12 feet long?
8   A. Yeah.
9   Q. What did you do with the plank?
10  A. I put it up in a long storage area as you come
11  into the penthouse. I placed it up in that.
12  Q. And do you know how long the plank was in that
13  area?
14  A. No.
15  Q. Do you know what happened to the plank after you
16  placed it there?
17  A. No.
18  Q. Now, the brackets that you removed, the metal --
19  they were metal brackets?
20  A. Yes.
21  Q. So there were four of them? Was it like a
22  bracket on each wall or was it one?
23  A. There was two brackets.
24  Q. But when you are referring to the bracket, you
25  are talking about just -- well, I can show you. Well,

Page 37

1  we'll get to that afterwards, but we'll talk about the
2  brackets what they looked like after, but what did you
3  do with the brackets?
4      A. What did I do with them?
5      Q. Yes.
6      A. I discarded them in the trash with the nuts and
7  bolts.
8      Q. Now, did you ever go back into the room after
9  that day that you removed it?
10     A. What time period? As a contractor or since I
11 worked there?
12     Q. Let's talk about first as a contractor.
13     A. Yes.
14     Q. When did you -- actually, I should just go in
15 order. You removed all of these things from the room?
16     A. Yes.
17     Q. Then when is the next time you came back into the
18 room?
19     A. I couldn't recollect that. The last time I could
20 recollect going back up there and going physically in
21 that room would be the OSHA inspection.
22     Q. Well, if the planks had been removed and the nuts
23 and bolts had been removed and the brackets removed,
24 what did they have to look at?
25         MR. THORSNESS: Objection; foundation.

Page 38

1      Q. Well --
2          MR. THORSNESS: You are asking him what OSHA
3  had to look at?
4          MR. COHN: No speaking objection, please,
5  John. He says he is in the room with them.
6      Q. You are in the room?
7      A. With who?
8      Q. With the OSHA people?
9      A. No.
10     Q. You didn't go in the room. I asked you the next
11 time you went into the room.
12         MR. THORSNESS: You say "the room."
13         MR. COHN: The filter room. When we are
14 talking about "the room," we are talking about the
15 filter room unless otherwise specified.
16     A. The filter room, I would have to say I didn't set
17 foot in that filter room when the OSHA inspectors came.
18 I let them into that room.
19     Q. Was the door open and you standing outside the
20 room?
21     A. Yes.
22     Q. But when they went into the room to inspect, the
23 platform wasn't there?
24     A. No.
25     Q. And do you know who went into that room?

Page 39

1      A. The OSHA inspector and our safety person, Ken
2  Burns.
3      Q. And was Charles Arnett -- did Charles Arnett go
4  into the room?
5      A. No.
6      Q. What about Roseanne Sinz?
7      A. No.
8      Q. Did you have any -- did Roseanne Sinz direct you
9  to do anything in the filter room?
10     A. No.
11         MR. THORSNESS: Are you talking on the day
12 of the OSHA inspection or any time?
13     Q. I guess that was at any time.
14     A. At any time, I would say no. Actually, I would
15 say no, not from Roxanne, no.
16     Q. Well, not from Roxanne, then, okay. Who, besides
17 Charles Arnett, who has directed you to do anything in
18 connection with the filter room?
19     A. I took pictures after the OSHA inspection of the
20 filter room.
21     Q. How many pictures did you take?
22     A. Half a dozen, I would estimate.
23     Q. Well, why did you take these pictures?
24     A. After the OSHA inspection, we just figured it
25 would be good to have our own pictures.

Page 40

1      Q. When you said "we thought it would be good," you
2  are talking more than just you? Did anybody direct you
3  to take these pictures?
4      A. Ken Burns.
5      Q. Did you see anyone else taking pictures?
6      A. No.
7      Q. What type of camera did you use?
8      A. Digital.
9      Q. And what areas of the room did he have you take
10 pictures of?
11     A. Where the platform existed.
12     Q. When you say where -- did you do any close-up
13 shots or zoom in to where the brackets were located?
14     A. From knowledge of where I pulled them down.
15     Q. So did you take pictures at both sides of the
16 wall or just the sheetrock side?
17     A. It's not real sheetrock. Just the opposite side
18 of the filters.
19     Q. Do you know what happened to those pictures after
20 you took them?
21     A. I sent them off to, I think, Ken Burns and
22 Roxanne Sinz.
23     Q. Have you, yourself, ever had to work on a --
24 stand on a work platform?
25     A. At my present job or at that point?

13 (Pages 37 to 40)

Page 89

1  correct?
2  A. Yes.
3  Q. And you did that?
4  A. Yes.
5  Q. And then on September 9, 2002, you were a
6  contract employee working for Kelly Services?
7  A. Yes.
8  Q. Did you have a specific written contract for
9  working in the Unocal building?
10 A. No.
11 Q. Did you have like a timesheet that you had to
12 fill out?
13 **A. Yeah, I had weekly timesheets.**
14 Q. And in those timesheets, did you have to put down
15 -- was it just -- did you have to put down what you did
16 during the days?
17 A. No.
18 Q. Did you keep any diaries or notes about what you
19 did?
20 A. Nope.
21 Q. So there would be no -- they wouldn't have any
22 record at Kelly or Unocal as to what you were doing on
23 specific days?
24 **A. No. It was just a general 8:00 to 5:00 type job.**
25 Q. And in the last paragraph in answer to

Page 90

1  interrogatory number one, which is, I believe it is
2  Exhibit No. 11, "Defendant is not aware of any
3  photographs, videotaping or documentation during the
4  specified time period except for the photographs
5  produced by plaintiff."
6      We have already talked about that. That answer
7  isn't correct, am I right?
8      MR. THORSNESS: Objection to form.
9  Q. That would be wrong?
10     MR. THORSNESS: Objection to form.
11 **A. "Defendant is not aware of any photographs,**
12 **videotapes or documents --" I don't know what**
13 **photographs were produced. Oh, the plaintiff?**
14 Q. There is a specified time period. The time
15 period of the accident until the scaffolding was
16 removed.
17 **A. No, there was no pictures and video.**
18 Q. You indicated earlier you took photographs
19 though.
20 **A. I took photographs of the -- after the OSHA**
21 **investigation.**
22 Q. After the OSHA investigation?
23 A. Yes.
24 Q. And not before the OSHA investigation?
25 A. Yes.

Page 91

1  Q. So you took the photos after the scaffolding was
2  removed?
3  A. Yes.
4      MR. COHN: I am going to want copies of
5  those photographs because I don't believe they have been
6  produced.
7      MR. THORSNESS: Counsel, they have been
8  produced. I can give you Bates numbers. This is on
9  information and belief. They are Bates numbers
10 defendant 00047 through defendant 00063.
11     I believe they have been produced, and check
12 on that. If they haven't, we'll get them right to you.
13     MR. COHN: Can we go off record?
14     VIDEOGRAPHER: Off record 1:47 p.m.
15         (There was a short break.)
16     VIDEOGRAPHER: On record 1:51 p.m.
17         (Exhibit No. 12 marked.)
18 Q. I'm showing you what's marked as Exhibit No. 12.
19 Do you recognize the photographs?
20 A. Yes.
21 Q. The black and whites anyway?
22 A. Yes.
23 Q. And do you recognize these as photographs that
24 you took?
25 A. Yes.

Page 92

1  Q. For the record, these photos are identified as
2  DEF00047 to 00063, and they were attached in the
3  defendant's initial disclosures.
4      The initial disclosures indicated these are
5  photos in their possession without indicating, however,
6  who took them or when they were taken.
7      But you recall these as the photos that you took
8  after the OSHA inspection?
9  A. Yes.
10 Q. Do you recall how soon after the OSHA inspection
11 you took these photographs in the filter room?
12 **A. Within probably a day or two.**
13     MR. COHN: And if the color or the negatives
14 of these are -- I want the negatives and the color
15 photos of these photographs.
16     MR. THORSNESS: Write me a letter, please.
17 Q. And the first, 0047 to 51 are photos of the
18 mechanical room, the filter room; is that correct?
19 A. Yes.
20 Q. What were you trying to show -- were you trying
21 to show anything in these photos?
22 **A. I was just asked to take photos of where it was**
23 **-- the platform was located.**
24 Q. Can you identify on DEF00047 using this red pen
25 where the platform was located?