Michael Cohn
Phillip Paul Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**NON-OPPOSED MOTION TO ACCEPT LATE FILED OPPOSITION TO DEFENDANT'S MOTION IN LIMINE**

Plaintiffs hereby request that the court accept Plaintiffs' Opposition to Defendant's Motion in Limine, which is filed 2 days late.  Plaintiffs were preparing two large oppositions simultaneously, and were able to file the first one; an Opposition to Motion for Partial Summary Judgment on Punitive Damages by August 6, 2007, the due date pursuant to the latest extension of time.  Plaintiffs were unable to complete both

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

1

documents by the due date.  Defendant does not oppose the extension of time.  Plaintiffs request the court accept the Opposition to Defendant's Motion in Limine for good cause.  See Affidavit of Michael Cohn.

RESPECTFULLY SUBMITTED this 9th day of August, 2007.

> WEIDNER & ASSOCIATES, INC.
> Counsel for Plaintiffs
>
> /s/ Michael Cohn
> 330 L Street, Suite 200
> Anchorage, AK  99501
> Phone (907) 276-1200
> Fax (907) 278-6571
> E-mail:  nbackes@weidnerjustice.com
> ABA No. 8506049

CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007 a copy of the foregoing **NON-OPPOSED MOTION TO ACCEPT LATE FILED OPPOSITION TO DEFENDANT'S MOTION IN LIMINE** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.
s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571