Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA      )
GROVE, SARAH GROVE, and,        )
MICHAEL GROVE (DOB 1/21/88)     )
By and through his father       )
LAWRENCE H. GROVE,              )
                                ) Case No. A04-0096 CV (JKS)
            Plaintiffs,         )
                                )
        v.                      )
                                )
UNOCAL CORPORATION              )
                                )
            Defendant           )
_____)


**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT RE: DEFENDANT'S MOTION IN LIMINE AND PLAINTIFFS' OPPOSITION THERETO**

COME NOW plaintiffs, by and through counsel, Phillip Paul Weidner of Phillip Paul Weidner & Associates, Inc., a Professional Corporation; and hereby request an opportunity to be heard in Oral Argument as to the above referenced motion. Argument is crucial on this motion, and it is plaintiffs' counsel's belief that Oral Argument is necessary to fully set

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

Page 1

out plaintiffs' position, and the parties need a chance to be

heard on these important issues.

RESPECTFULLY SUBMITTED this 9th day of August, 2007.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs

/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049

CERTIFICATE OF SERVICE
I hereby certify that on August 9, 2007 a copy of the foregoing
**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT RE: DEFENDANT'S MOTION IN
LIMINE AND PLAINTIFFS' OPPOSITION THERETO** was served
electronically on John B. Thorsness at Clapp, Peterson, Van
Flein, Tiemessen & Thorsness, LLC

/s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571