RECEIVED
NOV 1 2 2006
WEIDNER & ASSOCIATES

**Joseph d. Balser, PH. D.**
**Mechanical Engineer/Metallurgist**
**510 Escondido Circle**
**Livermore, CA. 94550**
**(925) 455-0418**   (phone & fax)

Michael Cohn, Esq.                                          November 9, 2006
Phillip Paul Weidner and Associates
330 L Street, Suite 200
Anchorage, AK 99501

RE: Grove, et al., v. UNOCAL, Case # A04-0096 CV
Man Platform Collapse – Bolt Fracture Report

Dear Mr. Cohn,

My understanding of the incident that led to Mr. Grove's injuries is that on September 9, 2002, Mr. Grove was replacing air filters of an air conditioning system in a Unocal Building in Anchorage. In order to replace the upper filters, he was standing on an elevated Man Platform attached to the sides of the air conditioner approximately 8 feet above the floor. The platform collapsed causing Mr. Grove to fall to the floor resulting in injury.

The Man Platform was constructed from approximately 3"x 3" perforated angle iron support frames of unknown thickness attached to the side of the air conditioner using self tapping screws. The perforated slots in the angle sections were described to me as being approximately 3/8 inch wide slots of varying lengths and rounded at the ends of each slot. On the horizontal members of this angle iron structure, a wooden plank provided the working platform on which Mr. Grove was standing. The plank dos not appear to have been anchored to the support beams of the angle iron structure. From the photographs provided by you and reportedly taken by Mr. Grove, there did not appear to be a protective railing associated with this Man Platform.

From the photographs, it appears that the vertical members of the angle iron support remained in place as attached to the side of the air conditioner. The ends of these vertical members appear to be un-deformed where the horizontal members attach to the vertical members. For the horizontal angle section that separated, it appears that the joint of the horizontal to vertical member separated without loading of the angle members causing any structural deformation of the support. Therefore, the joint failure appears to be a fastener failure. It is evident from the photographs that two bolts were used to secure each joint for those joints still remaining in these post-accident photographs. However, the number of bolts in the failed joint that secured the joint at the time it failed cannot be ascertained with certainty. The weight loading of this joint appears to be due only to the weight of the user plus any items that he might carry onto the working platform.

Exhibit 1
page 1 of 14

Mr. Grove reportedly collected a number of fastener related items from the floor area of the accident scene a short time after the accident. These items are identified as Exhibit 16 items to his deposition. It is noted that only one fractured bolt and one square nut were collected by Mr. Grove in his Exhibit 16 collection of items. Four ¾ inch OD by 5/16 inch ID flat washers were also present in this collection of fastener items. The collection of only one fracture bolt may indicate that only one bolt secured the subject joint at the time of the accident. It was also noted that the square nut did not contain the a fragment of the fractured bolt which suggests that the square nut may have been separated from the bolt prior to the fracture of the bolt within the joint. The fractured bolt was noted to be ¼ - 20 round head cap screw that was significantly rusted on its entire surface including on the fractured bolt surface itself. The use of a common round head cap screw as a fastener for the platform structural joint which is of small diameter (1/4 inch) and with a single square nut and flat washers is inappropriate for a structural man bearing joint. The cap screw will not allow preloading of the joint by the application of suitable torque on the bolt. Furthermore, the square nut of NC thread is inferior due to a lack of thread length for engagement at high preloads for a structural joint. The use of "Nylock" hex nuts or lock washers would be expected in a structurally sound joint, especially in joints that are attached to a structure that is subjected to vibration such as an air conditioner. The fractured bolt and the square nut did not contain any markings as to strength grade indicating that high strength fasteners were not being used.

The examination of the subject bolt from Exhibit #16 was required to determine the fracture mode of the bolt. For this examination, the rust coating of the fracture surface needed to be removed in a non-destructive manner so that the fracture morphology could be examined in a scanning electron microscope. A metallurgical protocol was proposed for this examination in my Protocol of February 16, 2006. The examination of this bolt fracture was conducted on July 25, 2006 at Anamet, Inc. Laboratories in Hayward, California. Also present at the examination was Dustin A. Turnquist of Engineering Systems, Inc.. The bolt from Exhibit 16 as well as fractured bolt found at the air conditioner location during later site inspections were cleaned and examined in the SEM for fracture mode determinations.

Three separate collections of various fasteners and associated hardware were submitted for examination. The exhibit 16 items collected by Mr. Grove as well as two other collections identified as Group I and Group II were cataloged as individual items as shown in the attached list. The Group I and Group II items were collected from the floor of the North and South Filter Rooms in subsequent site inspections following the dis-assembly of the Man Platform from the air conditioner. From the wide array of items submitted, the experts agreed to focus the fractography inspection to only four fractured bolts. The first bolt (#7) was from the Exhibit #16 items, and the other fractured bolts were from the Group I items identified as Items 39, 40 and 41.

The bolt fractures were successfully cleaned of rust so that detailed optical photographs could be taken of the fracture surfaces, and subsequently examined and photographed in the Scanning Electron Microscope for fracture morphology. The fractured bolt from Exhibit #16 clearly exhibited a simple sheared cross section. The

other bolt fractures from Group I contain mixtures of shear and tensile fractures and evidence of reverse bending loading. Since these bolts are most likely to be associated with the dis-assembly of the platform, these tortured fractures are likely to be due to the brute force overloading of the joints during the dis-assembly. Also, the platform joints would not be expected to subject the joint bolts to reverse bending in their normal use of supporting a man on the working platform. The fracture morphologies of all four of these bolt fractures contain internal microstructural delaminations of the matrix metal that has become obvious on the fracture surfaces by being opened up by the deformation of the bolts during fracture. The presence of an number of delaminations are good indicators of a poor, non-structural steel being used for these bolts. Clearly, they are of low strength and should not be used in a structural application.

The shear fracture of the bolt from Exhibit #16 is consistent with the bolt failure to be expected in a loose joint on the platform. A loose joint is most likely to have caused the bolt to be heavily loaded in a shear loading, since the loose joint has lost its preload, shifting the entire joint load to the bolts in shear. The presence of the square nut of Exhibit #16 being found without a broken bolt fragment still threaded into the nut is a strong indicator that the nut was not only loose on the fastener, but was likely completely detached from the bolt prior to the collapse leaving a loose joint to bear the weight of Mr. Grove.

The low strength steel bolts utilized in this construction is a strong contributer to this joint failure, but so is the use of small diameter bolts and using cap head cap screws instead of hex head bolts that can be torqued to higher levels providing a stronger clamping force across the joint and a reduction of the shear loading on the bolts. Both the platform design and materials selections used in this man-platform were improper.

Respectfully Submitted,

_____

Joseph d. Balser, PH. D.

| ID # | Location | Type | Lentgh (in) | OD (in) | ID (in) |
|---|---|---|---|---|---|
| 1 | Ex #16 | Square Nut | -- | 0.425 | 0.205 |
| 2 | Ex #16 | Flat Washer | -- | 0.750 | 0.312 |
| 3 | Ex #16 | Flat Washer | -- | 0.750 | 0.312 |
| 4 | Ex #16 | Flat Washer | -- | 0.750 | 0.312 |
| 5 | Ex #16 | Flat Washer | -- | 0.750 | 0.312 |
| 6 | Ex #16 | Round Head Cap Screw | 0.490 | 0.243 | -- |
| 7 | Ex #16 | Round Head Cap Screw | 0.236 | 0.242 | -- |
| 8 | Ex #16 | Round Head Cap Screw | 0.760 | 0.244 | -- |
| 9 | Group II | Flat Washer | -- | 0.558 | 0.244 |
| 10 | Group II | Flat Washer | -- | 0.558 | 0.245 |
| 11 | Group II | Flat Washer | -- | 0.884 | 0.365 |
| 12 | Group II | Slotted Pan Head Tapping Screw | 0.725 | 0.185 | -- |
| 13 | Group II | Slotted Pan Head Tapping Screw | 0.660 | 0.240 | -- |
| 14 | Group II | Slotted Pan Head Tapping Screw | 0.990 | 0.251 | -- |
| 15 | Group II | Slotted Pan Head Tapping Screw | 0.708 | 0.241 | -- |
| 16 | Group II | Slotted Flat Head Machine Screw | 0.427 | 0.245 | -- |
| 17 | Group II | Hex-head Machine Screw | 0.985 | 0.238 | -- |
| 18 | Group II | Round Head Cap Screw | 0.749 | 0.242 | -- |
| 19 | Group II | Round Head Cap Screw | 1.462 | 0.243 | -- |
| 20 | Group II | Hex Washer Head Tapping Screw | 1.508 | 0.210 | -- |
| 21 | Group II | Spring | -- | -- | -- |
| 22 | Group II | Spring | -- | -- | -- |
| 23 | Group II | Spring | -- | -- | -- |
| 24 | Group II | Spring | -- | -- | -- |
| 25 | Group II | Spring | -- | -- | -- |
| 26 | Group II | Nail | 1.568 | -- | -- |
| 27 | Group II | Gasket | -- | 5.462 | 4.910 |
| 28 | Group I | Slotted Pan Head Tapping Screw | 0.683 | 0.241 | -- |
| 29 | Group I | Slotted Pan Head Tapping Screw | 0.690 | 0.184 | -- |
| 30 | Group I | Slotted Pan Head Tapping Screw | 0.690 | 0.184 | -- |
| 31 | Group I | Slotted Pan Head Tapping Screw | 0.690 | 0.184 | -- |
| 32 | Group I | Slotted Pan Head Tapping Screw | 0.690 | 0.184 | -- |
| 33 | Group I | Slotted Pan Head Tapping Screw | 0.690 | 0.184 | -- |
| 34 | Group I | Slotted Pan Head Tapping Screw | 0.690 | 0.184 | -- |
| 35 | Group I | Slotted Pan Head Tapping Screw | 0.690 | 0.184 | -- |
| 36 | Group I | Slotted Pan Head Tapping Screw | 0.605 | 0.164 | -- |
| 37 | Group I | Slotted Pan Head Tapping Screw | 0.605 | 0.164 | -- |
| 38 | Group I | Slotted Pan Head Tapping Screw | 0.605 | 0.164 | -- |
| 39 | Group I | Round-head Self-tapping Screw | 0.145 | 0.240 | -- |
| 40 | Group I | Hex Nut/Broken Screw | -- | 0.434 | 0.230 |
| 41 | Group I | Hex Nut/Broken Screw | -- | 0.435 | 0.241 |
| 42 | Group I | Hex Nut | -- | 0.434 | 0.205 |
| 43 | Group I | Square Nut | -- | 0.435 | 0.204 |
| 44 | Group I | Flat Washer | n/a | 0.740 | 0.318 |
| 45 | Group I | Flat Washer | n/a | 0.737 | 0.317 |
| 46 | Group I | Flat Washer | n/a | 0.752 | 0.312 |
| 47 | Group I | Flat Washer | n/a | 0.736 | 0.314 |
| 48 | Group I | Flat Washer | n/a | 0.565 | 0.250 |
| 49 | Group I | Flat Washer | n/a | 0.562 | 0.250 |
| 50 | Group I | Split Washer | n/a | 0.480 | 0.258 |

| Thread | Thickness (in.) | Comments |
|---|---|---|
| 20/in | -- | |
| -- | 0.064 | |
| -- | 0.078 | |
| -- | 0.064 | |
| -- | 0.068 | |
| 20/in | -- | |
| 20/in | -- | fractured |
| 20/in | -- | |
| -- | 0.050 | |
| -- | 0.055 | |
| -- | 0.085 | |
| 0.075 per rev. | -- | |
| 0.085 per rev. | -- | |
| 0.092 per rev. | -- | |
| 0.065 per rev. | -- | |
| 20/in | -- | |
| 20/in | -- | |
| 20/in | -- | |
| 20/in | -- | |
| 0.090 per rev. | -- | |
| -- | -- | 0.102 dia. Wire |
| -- | -- | 0.102 dia. Wire |
| -- | -- | 0.102 dia. Wire |
| -- | -- | 0.102 dia. Wire |
| -- | -- | 0.102 dia. Wire |
| -- | -- | 0.078 dia. |
| -- | 0.060 | |
| 0.065 per rev. | -- | |
| 0.052 per rev. | -- | |
| 0.052 per rev. | -- | |
| 0.052 per rev. | -- | |
| 0.052 per rev. | -- | |
| 0.052 per rev. | -- | |
| 0.052 per rev. | -- | |
| 0.052 per rev. | -- | |
| 0.066 per rev. | -- | |
| 0.066 per rev. | -- | |
| 0.066 per rev. | -- | |
| 20/in | -- | |
| ? | 0.188 | |
| 20/in | 0.188 | |
| 20/in | 0.188 | |
| 20/in | 0.181 | |
| n/a | 0.064 | |
| n/a | 0.068 | |
| n/a | 0.059 | |
| n/a | 0.062 | |
| n/a | 0.051 | |
| n/a | 0.058 | |
| n/a | 0.072 | |

other bolt fractures from Group I contain mixtures of shear and tensile fractures and evidence of reverse bending loading. Since these bolts are most likely to be associated with the dis-assembly of the platform, these tortured fractures are likely to be due to the brute force overloading of the joints during the dis-assembly. Also, the platform joints would not be expected to subject the joint bolts to reverse bending in their normal use of supporting a man on the working platform. The fracture morphologies of all four of these bolt fractures contain internal microstructural delaminations of the matrix metal that has become obvious on the fracture surfaces by being opened up by the deformation of the bolts during fracture. The presence of an number of delaminations are good indicators of a poor, non-structural steel being used for these bolts. Clearly, they are of low strength and should not be used in a structural application.

The shear fracture of the bolt from Exhibit #16 is consistent with the bolt failure to be expected in a loose joint on the platform. A loose joint is most likely to have caused the bolt to be heavily loaded in a shear loading, since the loose joint has lost its preload, shifting the entire joint load to the bolts in shear. The presence of the square nut of Exhibit #16 being found without a broken bolt fragment still threaded into the nut is a strong indicator that the nut was not only loose on the fastener, but was likely completely detached from the bolt prior to the collapse leaving a loose joint to bear the weight of Mr. Grove.

The low strength steel bolts utilized in this construction is a strong contributer to this joint failure, but so is the use of small diameter bolts and using cap head cap screws instead of hex head bolts that can be torqued to higher levels providing a stronger clamping force across the joint and a reduction of the shear loading on the bolts. Both the platform design and materials selections used in this man-platform were improper.

Respectfully Submitted,

Joseph d. Balser, PH. D.

Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> v. <br><br> UNOCAL CORPORATION <br><br> Defendant | Case No. A04-0096 CV (TMB) |

**AFFIDAVIT OF JOSEPH d. Balser, Ph.D.**

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

JOSEPH d. Balser, Ph.D. being first duly sworn under oath, deposes and states as follows:

1. I have personal knowledge of the matters contained herein, and I am competent to testify to same.

2. I received a Bachelor of Science Degree in Mechanical Engineering from Marquette University in Milwaukee,

Wisconsin in 1964, a Masters Degree in Mechanical Engineering from Marquette University in Milwaukee, Wisconsin in 1967, and a Ph.D. Degree in Metallurgy and Materials Science from Marquette University in 1970.

    3.    A comprehensive list of my qualifications is contained in my curriculum vitae that is attached hereto as Exhibit "1."

    4.    With regard to the current matter, I conclude from the appearance of the structural platform and all information provided to me that the platform was used by Mr. Grove and others as a working platform to stand on while changing the filters. In this application, it is clear that the use of perforated angle iron and common non-structural ¼-20 bolts and square nuts for the construction of a man-safe scaffold would not conform to any known engineering safety standards that I can recall going back as far as the 1960's. Further, the lack of safety railings and kick plates attests to a complete disregard for engineering safety standards. Having such a structure utilized as a man safe platform is with certainty a careless and irresponsible act and any safety review of this structure over the intervening years should have spotted these dangerous conditions for rectification.

    5.    Although the improper bolted joints were likely to have been tight at the time of initial installation, the

unpredictable vibrations from the air filtration unit to which the scaffold was attached and the multiple uses of the platform would foreseeably loosen the bolted joints over time and lead to a sudden collapse. Only intervening maintenance inspections could have detected the loosening joints. The observation that the square nut on the failed joint had completely become detached from the bolt indicates that either the maintenance interval was too long or non-existent for the condition to have progressed to the state at which the joint failed.

      6.   The apparent lack of adequate design and maintenance for this scaffold reveals a careless indifference toward the safety of anyone using this scaffold.

      FURTHER AFFIANT SAYETH NAUGHT.

_____

JOSEPH d. BALSER, PH. D.

GOUVE - 116
EXPERTS
FILE COPY

# CURRICULUM VITAE
## Joseph D. Balser, PH. D.

510 Escondido Circle, Livermore, California 94550
Telephone & Fax # (925) 455-0418
E-Mail: jobalser@comcast.net

**WORK:**
Professional Consultant, Mechanical Engineering, Metallurgy & Materials Science, Extractive Metallurgy, Materials Characterizations, and Failure Analysis. Specialist in Ferrous and Non-Ferrous Metals, especially in Aluminum Metallurgy.

**PROFESSIONAL SPECIALTIES:**
- Materials Characterization and Fractography Expertise (35 years) with a diverse and successful background in failure analysis problem solving. Practical applications of chemical analysis instrumentation, as well as a broad spectrum of solid state materials characterization tools provides effective and direct discoveries of materials related problems. Appropriate materials selection for design applications is a specialty. Electrochemical Corrosion causes and prevention have been investigated continuously for the past 30 years.
- Strong expertise in optical characterization methods, as well as in-depth, hands-on experience utilizing Scanning Electron Microscopy, Transmission Electron Microscopy, Electron Probe Microanalysis, and several spectroscopic methods, including both wavelength and energy dispersive elemental analysis methods in both X-ray microanalysis and X-ray fluorescence analysis.
- Qualified Expertise in Industrial Hygiene and Environmental problem solving are the direct result of hands on analytical services responsibilities conducted over the past 30 years.
- Noble Metal assaying by wet chemical, pyrometallurgical, and instrumental methods have been a specialty for over 20 years.
- Extractive Metallurgy in the area of Ore Processing and Mineral extraction techniques have been applied extensively over the past 25 years.
- See attached list of analytical and materials characterization methods with which hands-on expertise is offered.

**EXPERIENCE:**
**1987 - Present**
Failure Analysis, Metallurgical and Mechanical Engineering Consultant and Analytical Specialist in the San Francisco Bay Area. Technical and analytical problem solving in both industrial and research areas. Approximately half time is spent in litigation related matters and the remainder involving short term project work. Plaintiff and Defendant work load is approximately equal.

**1975 - 1987**
Founded a commercial analytical laboratory in Livermore, CA. Materials Microanalysis

Associates performed Metallographic and Electron Microscopy using optical and Electron Microscopies as well as several X-ray Spectroscopies in the analysis and characterizations of materials.

**1990 - 1992**
Jadeite Development Corp., Fernley, NV. Project Manager for the development of a moderate temperature pyrometallurgical process for metal extraction based on chlorination chemistry and vapor transport phenomena.

**1989 - 1990**
E-Beta Services, Inc., Palo Alto, CA. Developed and constructed a production line for the sterilization of medical supplies and the irradiation of certain fruits and other food stuffs to prolong shelf life of the products, based on irradiation with a 5 MEV Linear Accelerator (LINAC).

**1989 - 1990**
Big One Industries, Las Vegas, NV. Project Manager for the development of an environmentally acceptable production smelting system for the concentration and processing of sulfide ores.

**1988 - 1989**
W. W. Resources, Inc., Littleton, CO. Project Manager for developing and testing of a prototype extraction system for a placer mining operation near Downieville, CA. Responsible for plant design, construction, plant performance evaluations, and property evaluations prior to production.

**1987 - 1988**
B. & B. Technologies, Inc., Hillsdale, MI. Co-founded this enterprise to develop and test a prototype ultra fine particle Fluid Bed Separator, which was solely invented. Project was co-funded by the Electric Power Research Institute (EPRI) for use in the pyritic de-sulfurization and removal of ash forming minerals in coal.

**1984 - 1988**
BEEM Laboratory, Livermore, CA. Founded this laboratory to provide analytical services and conduct research and development of advanced x-ray fluorescence methods for materials analysis. This project successfully developed several enhanced x-ray fluorescence methods that improved the detection of minor to trace levels of elements in materials by a factor of over 1000 times that of previous commercial levels, and remedied the effects of sample inhomogeneity that limited the utility of XRF methods in many applications.

**1980 - 1987**
Lawrence Livermore National Laboratory, Livermore, CA. Deputy Section Leader of the Surface Science and Materials Characterization Section in the Department of Chemistry from 1983 to 1987. Duties included the management of a staff of 40 professional scientists, engineers and technicians conducting both research and services in the

characterizations of materials for the Weapons Programs at LLNL, most of which was Classified. Technical support was also provided most of the major energy and related programs at the laboratory.

Section Leader of the Materials Characterization Section in the Chemistry Department from 1980 to 1983. Duties included the management of a staff of 30 professional scientists, engineers, and technicians in support of Weapons Programs as well as Energy and related projects at the laboratory.

**1971 - 1980**
Kaiser Aluminum and Chemical Corp., Pleasanton, CA. Group Leader of Electron Optics/Analytical Research Department, as an Aluminum Metallurgist. Managed a staff of five professionals conducting materials development programs using Electron Optics tools to support all major corporate programs in both research and plant support. Failure Analysis and Extraction Process troubleshooting was a primary duty of this group. Other areas supported include Aluminum Alloy Development, Refractory Products Development, Raw Materials (bauxite) research, Specialty Products Development (alumina catalyst substrates), Corrosion of Aluminum and its Alloys, and Finishing of Aluminum (coatings and thin films).
Staff Research Scientist from 1967 to 1970.

**1969 - 1971**
Marquette University, Milwaukee, WI. PH. D. Program in Metallurgy and Materials Science. Instructor in ferrous and non-ferrous metallurgy and undergraduate materials science courses while attending the university.

**EDUCATION:**
B.S.M.E.      Marquette University        1964
Mechanical Engineering and Metallurgy/Materials Science

M.S.M.E.     Marquette University        1967
Mechanical Engineering and Metallurgy/Materials Science

PH. D.          Marquette University        1971
Mechanical Engineering and Metallurgy/Materials Science


**TECHNICAL SOCIETIES:**
American Society for Metals
Electron Microscopy Society of America
Microbeam Analysis Society
American Ceramics Society
Society for Applied Spectroscopy
Northern California Society for Electron Microscopy

**PUBLICATIONS:**
1) "In Vivo Alterations in Enamel from Zinc Phosphate Cement containing Stannous Fluoride", JADA, 87, (1973), p1216, with C. L. Long et al.

2) "Formation of Films on Aluminum by Reaction with Water", ALUMINIUM, 52, (1976) p197, with B. R. Baker.

3) "Sealing of Anodic Oxide Films on Aluminum", ALUMINIUM, 52, (1976) p241, with B. R. Baker et al.

4) "Using Electron Optical Techniques to Solve Problems in Paint Finishing", PLATING AND SURFACE FINISHING, 66, (1979) p42, with B. R. Baker.

5) "Energy-Beam Processing Studies on Ta/U and Ir/Ta Systems", MAT. RES. SOC. SYMP. PROC., 23, (1984) p763, E. N. Kaufmann et al.

In addition, several reports dealing with Weapons Materials and Components are published as Classified Documents at Lawrence Livermore National Laboratories as UCRL Reports.

**REFERENCES:**
References available upon request.

## Analytical Methods Expertise

Scanning Electron Microscopy
Transmission Electron Microscopy
Electron Probe Microanalysis
Energy Dispersive X-ray Spectroscopy
Wavelength Dispersive X-ray Spectroscopy
Auger Electron Spectroscopy