Notes concerning visit by State of Alaska OSHA Inspector as compiled by Ken Burns, Drilling Safety Advisor

03/03/03 – Monday

State OSHA Inspectors Tom Scanlon and Lee Zhao (Trainee) came to the reception desk asking for Siemens. OSHA was advised that Siemens was not at this building. Both inspectors departed.

After lunch, Paul Crapps received a call from Tome Lake, Siemens Supervisor that State OSHA was at their office investigating a complaint from one of their employees regarding conditions (scaffolding) here at Unocal. Lake further advised that OSHA was on their way to Unocal.

I received a call from Roxanne that she wanted my assistance upon the arrival of OSHA.

At approximately 1440 hrs, I was notified by Paul Crapps that State OSHA was at the reception desk to conduct a Complaint Inspection. Paul further explained that several months ago a Siemens employee fell and hurt himself while working in the penthouse.

I responded to the front desk (reception) and was met by Paul Crapps, Tom Scanlon and Lee Zhao from State OSHA and Tom Lake, Siemens Supervisor. Tom Scanlon presented credentials and business card and explained that he was here to conduct a complaint inspection. He introduced Lee Zhao as a trainee. Mr. Zhao did not have either a business card or credentials. Tom Scanlon presented the complaint form from a confidential source. The complaint alleged that Unocal had improper scaffold erected in the penthouse. I escorted OSHA and others previously mentioned to Roxanne's office. Together we discussed the complaint. Scanlon stated that he wanted to view the location listed on the compliant and to take some photographs of the scaffolding. I asked Tom if he was going to conduct an Opening Conference and he replied that he had some papers but he would do an opening conference later. He made reference that the paper work was too detailed or lengthy to do at that time.

Tom Scanlon, Lee Zhao, Tom Lake, Paul Crapps and I went to the Penthouse and allowed the inspectors to view the area of the complaint. Prior to entering, Paul had to shut the air conditioner down because of the noise and wind velocity in the filter chamber. Tom Scanlon and trainee Lee Zhao entered the chamber and proceeded to take photograph and measurements. Both Tom Scanlon and Lee Zhao climbed the ladder and exposed themselves to the open-sided platform. One significant question was asked. "Who erected this scaffolding?" No one knew the answer. It was obvious from the structure that it had been erected many years ago. At approximately 3:35 pm, the party departed for the reception area. The OSHA inspectors signed out at 3:43 and departed. Prior to departing, I asked Scanlon if he was going to conduct a closing and he replied "No."

Later in the afternoon, after briefing Roxanne, I was requested (e-mail) by the Law Department and Roxanne to

REDACTED

Exhibit 6
page 1 of 1



DEF 00027
*Grove v. UNOCAL*