**SIEMENS**

# UNOCAL 76

## Technical Support Program Proposal

**Presented to:**

Charles Arnett
Unocal

**Presented by:**

Amber Goldberg
Siemens Building Technologies, Inc.

May 31, 2000

(Rev. 1)

Exhibit 12
page 1 of 12



---

**Siemens Building Technologies, Inc.**
5333 Fairbanks St., Suite B
Anchorage AK 99518-1258
(907) 563-2242 / FAX (907) 563-6139



Page 1 of 10

**SIEMENS**

---



## Technical Support Program
## Index

| Section Title | Section No. |
|---|---|
| **Executive Summary** | 3 |
| **Siemens Building Technologies Capabilities**<br>　A. Total Capabilities<br>　B. Local On-Site Maintenance | 4 |
| **Business Proposal**<br>　A. Project Scope<br>　B. Detailed Description of Service to be Provided<br>　C. Emergency Services | 5 |
| **Agreement**<br>　Terms and Conditions | 9 |
| **List of Maintained and Inspected Equipment** | 10 |

---

**SIEMENS**

## Section 1: Executive Summary

*Purpose of This Proposal:*

The intent of this proposal is to provide Unocal with a responsible, reliable and cost effective solution for on-going technical support of the HVAC mechanical equipment and the temperature control system. Siemens Building Technologies is a worldwide company with fifty-eight branch locations located throughout North America. Locally, we have thirty-eight dedicated building professionals with the experience to install, commission and service building controls systems and mechanical equipment systems.

**Sites and Locations:**
Unocal
909 West 9th Ave.
Anchorage, AK 99501

Discussions of a support program were initiated through a desire to work with a vendor who has the capabilities and expertise to maintain the HVAC mechanical equipment and temperature control system. You are also interested in partnering with a vendor who can meet your stated objectives of reliability, continuity and quality of work, and technical support and advice. The purpose of this proposal is to become that vendor and ensure that your substantial investment in your HVAC system is maintained and enhanced throughout the life of your facility. We are proposing to accomplish this by pro-actively maintaining the equipment listed on the attached list of maintained equipment through a customized Technical Support Program.

With a Technical Support Program we will perform maintenance routines on your equipment, designed to increase the life and ensure optimum operation. As part of the Technical Support Program we will also provide annual oil analysis for your chiller.

**SIEMENS**

## Section 2: Siemens Building Technologies Capabilities

Siemens Building Technologies proposes to implement a partnered approach to the on-going technical support and maintenance of the HVAC system.

This would entail the purchase of a *Technical Support Program* customized to meet the stated objective of having a partnership with a vendor who can provide reliability, continuity and consistency in quality of service, installation, and technical support. This program will provide Unocal with technical support for the following systems:

- **HVAC Mechanical Equipment**
- **Pneumatic Temperature Control System**
- **DDC Temperature Control System**
- **Generator System**

### A. Total Capabilities:

The purchase of a *Technical Support Program* from Siemens Building Technologies means the confidence of knowing that you are backed by a company dedicated to customer service with over 100 years proven experience. With company-owned branches, Siemens Building Technologies is today providing direct local support to customers throughout the entire world.

Our commitment is to support Unocal as our customer. We have a fully staffed service department for on-going technical support of mechanical equipment and installed pneumatic, electric and automated controls systems and for consultation with our customers on optimal operations and facilities management.

As one of the largest manufacturer, installer and service provider for building HVAC systems in the world, partnering with Siemens Building Technologies also means the confidence of knowing that you are working with a company dedicated to growing with you over the long term. We have provided superior customer support in the form of turn key project implementation and follow-up technical support. For these reasons, we are well positioned to support your current and future activities.

### B. Local On-Site Maintenance

This solution centers on providing Unocal with a technical support program in the following areas of accountability:

- *Scheduled Maintenance and Inspection Intervals*
- *Standardized Task Driven Maintenance Routines*
- *Factory Trained and Certified Technicians*
- *Engineering Consultation*
- *Consistent Pricing Structure*

**Siemens Building Technologies, Inc.**  Page 4 of 10
5333 Fairbanks St., Suite B
Anchorage AK 99518-1258
(907) 563-2242 / FAX (907) 563-6139

**SIEMENS**

## Section 3: Business Proposal

Following is our solution to meeting your main objective, to form a cost-effective solution to the on-going maintenance and technical support of your mechanical and temperature control equipment.

### A. *Project Scope:*

Siemens Building Technologies will provide Unocal with the following as part of our *Technical Support Program* offering:

**HVAC Mechanical Equipment:**
- Preventive Maintenance and Operating Inspections
- Quarterly Filter Changes

**Pneumatic Temperature Control System:**
- Annual Preventive Maintenance

**Generator System:**
- Quarterly Operating Inspections
- Quarterly Testing

**DDC Temperature Control System:**
- Annual Preventive Maintenance
- Operator/Online Support

**Account Management Support:**
- Dedicated Account Management
- Sole Source Accountability, with our local Branch coordinating all aspects of the program
- Annual performance review

Siemens Building Technologies, Inc.
5333 Fairbanks St., Suite B
Anchorage AK 99518-1258
(907) 563-2242 / FAX (907) 563-6139

Page 5 of 10

**SIEMENS**

## Section 3 Continued:

### B. Detail of Services to be Provided:

**Central Cooling Equipment:**

**Operating Inspections.** We will provide two (2) routine scheduled operating inspections to check system performance, equipment operating and safety controls, and fluid levels to maximize system efficiency and reliability. One operating inspection will be performed in conjunction with the annual service described below.

**Preventive Maintenance.** We will provide one (1) extensive scheduled maintenance service to check system performance and system condition. This service includes routine tasking for motors, bearings, and other moving parts. This service will be provided during the spring startup of the Chiller.

**Refrigerant Containment Service.** We will leak test all equipment containing refrigerant. We will keep you informed regarding refrigerant issues and opportunities. We will make recommendations based on equipment age and the business objectives of your facility. This service will be provided during the spring startup visit.

**Refrigerant Oil Analysis.** We will provide one (1) spectrochemical refrigerant oil analysis per year on your chiller to trend oil condition and provide predictive wear analysis. Based on oil analysis results we will make recommendations for any needed repairs or additional service. This service will be provided during the spring startup visit.

**Chiller Startup and Shutdown.** We will provide spring startup of the Chiller and fall shutdown of the Chiller.

*(+) Included oil filter change if needed annual. See addendum dated 6/20/04*

**Central Heating Equipment:**

**Operating Inspections.** We will provide two (2) routine scheduled operating inspections to check system performance, equipment operating and safety controls and fluid levels to maximize efficiency and reliability. One operating inspection will be performed in conjunction with the annual service described below.

**Preventive Maintenance.** We will perform one (1) extensive scheduled maintenance service to check system performance and system condition. This service includes routine tasking for motors, bearings and other moving parts. This service will be provided during the heating season.

Siemens Building Technologies, Inc.
5333 Fairbanks St., Suite B
Anchorage AK 99518-1258
(907) 563-2242 / FAX (907) 563-6139

Page 6 of 10