Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF ALASKA

 3
    LAWRENCE H. GROVE, CYNTHIA        )
 4  GROVE, SARAH GROVE, and           )
    MICHAEL GROVE (DOB 1/21/88)       )
 5  by and through his father         )
    LAWRENCE H. GROVE,                )
 6                                    )
                    Plaintiffs,       )
 7                                    )
 8          vs.                       )
                                      )
 9  UNOCAL CORPORATION,               )
                                      )
10                  Defendant.        )
    _____  )
11  Case No. A04-0096 CV (JKS)
12
13  _____
14         30(b)(6) DEPOSITION OF SIEMENS BUILDING
                 TECHNOLOGIES, INC.
15          DESIGNEE:  DOUG SCHUTTE
    _____
16
17                 Pages 1 - 46
               Friday, January 3, 2006
18                   2:06 P.M.
19         Taken by Counsel for Plaintiffs
                        at
20  Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
                711 H Street, Suite 620
21              Anchorage, Alaska
22
23
24
25
```

COPY

Exhibit 13
page 1 of 16

GROVE v UNOCAL                              30(b)(6) SIEMENS BUILDING TECHNOLOGIES
                                                                    2/3/2006

Page 2

```
1                          A-P-P-E-A-R-A-N-C-E-S

2

      For Plaintiffs:
3        Michael Cohn
         PHILLIP PAUL WEIDNER & ASSOCIATES
4        330 L Street, Suite 200
         Anchorage, Alaska 99501
5        907/276-1200

6

      For Defendant:
7        Liam J. Moran
         CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC
8        711 H Street, Suite 620
         Anchorage, Alaska 99501
9        907/272-9272

10

      Court Reporter:
11       Lisa L. Shaffer
         PACIFIC RIM REPORTING
12       711 M Street, Suite 4
         Anchorage, Alaska 99501

13

14

15

16

17

18

19

20

21

22

23

24

25
```

GROVE v UNOCAL                                    30(b)(6) SIEMENS BUILDING TECHNOLOGIES
                                                                           2/3/2006

Page 3

1                          I-N-D-E-X

2

EXAMINATION BY                                              PAGE

3      Mr. Cohn                                               4

4

5

EXHIBITS                                                    PAGE

6      1    Re-Notice of FRCP 30(b)(6) Deposition Duces        4
7           Tecum of Siemens Building Technologies, Inc.
            (3 pgs.)
8
       2    Subpoena (4 pgs.)                                  5
9
       3    Unocal Technical Support Program Proposal,        12
10          May 31, 2000 (21 pgs.)

11
       4    Correspondence File (32 pgs.)                     12
12
       5    Work Orders (187 pgs.)                            15
13
       6    Invoices (9 pgs.)                                 17
14
       7    Workers' Compensation Records (29 pgs.)           17
15
       8    OSHA's Form 300, Log of Work-Related Injuries     19
16          and Illnesses (1 pg.)

17
       9    Siemens Safety Resource Manual, Revised 5/00      22
18          (277 pgs.)

19
       10   Personnel File                                    23
20
       11   Payment Summary (1 pg.)                           39
21
       12   National Mechanical Equipment Service &           41
22          Maintenance Agreement (23 pgs.)

23

24

25

Page 4

1  ANCHORAGE, ALASKA; FRIDAY, FEBRUARY 3, 2006
2  2:06 P.M.
3  (Exhibit No. 1 marked.)
4  -o0o-
5  DOUG SCHUTTE,
6  deponent herein, being sworn on oath,
7  was examined and testified as follows:
8  EXAMINATION
9  BY MR. COHN:
10  Q    Good afternoon. My name is Michael Cohn.
11  I'm an attorney from the Law Firm of Phillip Paul
12  Weidner & Associates, and I'm here on behalf of the
13  plaintiffs, including Larry Grove, who at one point
14  was an employee of Siemens Technology.
15  MR. COHN: Can I ask for the other attorney
16  present to identify himself?
17  MR. MORAN: Liam Moran. I represent Unocal
18  Corporation and Siemens Building Technologies, Inc.
19  MR. COHN: Just to be clear, are you
20  representing Siemens for purposes of this deposition?
21  MR. MORAN: That's correct.
22  MR. COHN: Just for the record, I object to
23  counsel for Unocal Corporation representing, as
24  attorney of record, Siemens Building Technologies,
25  Inc.

Page 5

1  BY MR. COHN:
2  Q    Mr. Schutte -- did I pronounce it right?
3  A    Schutte.
4  Q    -- can you explain to me what brings you here
5  today?
6  A    This subpoena brings me here today.
7  MR. COHN: Let's mark the subpoena as
8  Exhibit 2.
9  (Exhibit No. 2 marked.)
10  BY MR. COHN:
11  Q    Marked as Exhibit 1 is the renotice of the
12  records deposition, and marked as Exhibit 2 is the
13  subpoena, which also has attached to it the renotice
14  of deposition, which Mr. Schutte has brought here
15  today.
16  Mr. Schutte, what is your position with
17  Siemens Building Technology?
18  A    Service manager.
19  Q    Were you assigned the task of complying with
20  this deposition?
21  A    Yes.
22  Q    And in your -- and who assigned you the task
23  of doing that?
24  A    Ben Seitz.
25  Q    And what did Mr. Seitz tell you to do?

Page 6

1  A    Prepare the documents.
2  Q    And what did you do to comply with the
3  subpoena request?
4  A    I prepared the documents that we had.
5  Q    Well, let's go through the list. Is this
6  your handwriting on Exhibit 2, page 2?
7  A    Yes.
8  Q    The first item requested contracts. How did
9  you go about finding the contract documents?
10  A    We have a contract file, and I got the
11  documents from the contract file.
12  Q    So can you briefly identify what documents
13  you have? Are the top documents the contracts that
14  you're talking about?
15  A    This is what we have for contracts with
16  Unocal.
17  Q    Is that all the contracts with Unocal for
18  servicing the building at 909 --
19  A    Yes.
20  Q    Would you know if and when any of the
21  handwritten portions were placed in the document, like
22  on page 6 of this contract?
23  A    No.
24  Q    So this is the first packet of documents, the
25  contracts. What else -- can you just tell me what you

Page 7

1  brought with you?
2  A    I have brought with me the information we
3  have to satisfy -- there we go [indicating]. Yeah, so
4  I went through 1 through 15 and gathered the documents
5  that we had for each of those items.
6  Q    Is there -- I notice that you have a
7  checkmark on "contracts" and a checkmark on
8  "correspondence," and then "AK OSHA investigation,"
9  you have "no," and then there's nothing on the
10  remaining items, other than, parenthesis, "OSHA."
11  Does that mean that you just stopped putting checkmarks
12  down or you didn't have documents that apply to the
13  remainder?
14  A    That means I just stopped putting checkmarks
15  down.
16  Q    Now, what does putting "OK OSHA
17  investigation - no" down, what does that mean? Does
18  that mean that you're not --
19  A    We don't have any documents for that.
20  Q    And how did you determine that there were no
21  documents?
22  A    I looked in the place where we would keep
23  those kind of documents, and there weren't any there.
24  Q    Where is the place that those documents would
25  be kept?

PACIFIC RIM REPORTING   907-272-4383
www.courtreportersalaska.com

GROVE v UNOCAL

30(b)(6) SIEMENS BUILDING TECHNOLOGIES
2/3/2006

Page 8

1    A   Those documents are kept in our -- would be
2    kept in our worker's compensation file, if we have
3    them, or they would be kept in Larry Grove's personnel
4    file, or they would be with our corporate safety
5    officer in Buffalo Grove, Illinois. And I contacted
6    him, and he doesn't have them.
7    Q   So you checked all the areas that you listed
8    and contacted the other person?
9    A   Yes.
10   Q   So to the best of your knowledge, there are
11   no Alaska OSHA investigations regarding the accident
12   for Mr. Grove?
13   A   Correct.
14   Q   In possession of Siemens?
15   A   Yes.
16   Q   Why don't we just go through the documents in
17   order. You've described the first one. Is this a
18   contract dated May 31st, 2000?
19   A   Yes.
20   Q   Are there any earlier contracts that you
21   brought with you?
22   A   No.
23   Q   To your knowledge, are there earlier
24   contracts?
25   A   No, to my knowledge, there aren't.

Page 9

1    Q   Well, assuming if there was contracts between
2    Unocal and Siemens before May 31st, 2000 regarding the
3    maintenance of the building at 909 West Ninth Avenue,
4    where would they be kept? Would all of the past and
5    current contracts be in that same contract file that
6    you referred to?
7    A   There may be -- could you repeat the
8    question?
9    Q   Well, you indicated that there was -- you can
10   tell me if I'm wrong, but did you indicate there was a
11   place where contracts are kept?
12   A   Correct.
13   Q   And you got this contract that says on it
14   Unocal 76 Technical Support Program Proposal, it's
15   dated May 31st, 2000 on the first page, out of that
16   place where the contracts are kept, and you found no
17   other contracts?
18   A   Correct.
19   Q   Now, are those -- is there a period of
20   time -- let me ask you this. Is there a record
21   retention policy at Siemens, like after a certain
22   number of years certain records are no longer kept?
23   A   Yes, there is.
24   Q   And what is that record retention policy?
25   A   I'm aware of at least five years' worth of

Page 10

1    records that we keep.
2    Q   Now, do you know what happens to the records
3    that are older than five years old?
4    A   I do not.
5    Q   Because what I'm asking for is if -- I'm just
6    representing to you that there may be contracts
7    between Unocal and Siemens prior to 2000. So if there
8    are any such contracts that there were, to the best of
9    your knowledge, they would not have been retained?
10   A   To the best of my knowledge, they would have
11   been retained and they would be in the archives
12   somewhere, our archive records.
13   Q   Where are the archive records kept?
14   A   They're kept above our warehouse.
15   Q   I'm assuming that's probably going to be a
16   fairly large amount of documents. Did you yourself
17   attempt to check for any of the documents I listed, in
18   the archives?
19   A   No.
20   Q   Did you direct anyone else to see if there
21   were any records responsive to this record subpoena in
22   the archives?
23   A   Nope. Well, let me correct that.
24       No.
25   Q   So to the extent there may be records, if

Page 11

1    there are records that go back -- you said there's a
2    five-year record retention policy, so --
3    A   There's at least a five-year.
4    Q   At least five years. But if there are any
5    records prior to that period, they would have been
6    stored up in archives?
7    A   Correct.
8    Q   Now, is there any means of -- do you know how
9    they are stored, so if there was an effort made to
10   retrieve the records, one could go about doing it
11   without having to look through millions of documents?
12   A   Yes.
13   Q   Is there like an index or a file that will
14   indicate by client where documents are kept?
15   A   They're stored by either job number
16   numerically or by year.
17   Q   So it is possible to go back and actually
18   check by job number or by year to find additional
19   records, such as additional contracts between Unocal
20   and Siemens, prior to this contract of May 2000?
21   A   Yes.
22       MR. COHN: Okay. I would ask that the
23   deponent do that or have someone from Siemens do that,
24   and provide those additional records to the court
25   reporter, because I'm going to submit these records to

5 (Pages 8 to 11)

Page 12

1 the court reporter to copy as an exhibit.
2 BY MR. COHN:
3    Q    What is the next batch of records that you
4 have? We can either go in order of what you have here
5 or --
6    A    This is the correspondence from our contract
7 file. This is the correspondence that relates to this
8 contract here [indicating]. It came from the same
9 location, the same file.
10    Q    So if there's correspondence that relates to
11 an earlier contract, that would be in the archives
12 with the earlier contract?
13    A    Yes.
14        MR. COHN: So the same request that I made
15 before for the contract applies to the correspondence.
16        Why don't we -- maybe we should list them in
17 order. The contract will be Exhibit 3, and the
18 correspondence Exhibit 4.
19        (Exhibit Nos. 3 and 4 marked.)
20 BY MR. COHN:
21    Q    Do you know -- let me take a look at this
22 contract. It looks like the contract is -- I'm
23 looking to see how long this contract is for. Do you
24 happen to know if this is a one-year contract or
25 longer?

Page 13

1    A    I can look.
2        This is it [indicating].
3    Q    I see. I'm looking here in the
4 correspondence, and I see they have here Contractor
5 Monthly Hours with Injury/Illness Summary, and they
6 have one from the period May 1st, 2001 to May 31st,
7 2001, but then I don't see any additional entry for
8 2001 past that date, in terms of injuries.
9        Do you know if any documents have been pulled
10 from the files?
11    A    No. That's the complete correspondence
12 section.
13    Q    Do you know if in the documents you provided,
14 have you provided any e-mails or electronic data?
15    A    I have not.
16    Q    Do you know if there would be any e-mail
17 information between Unocal and Siemens?
18    A    There may be.
19    Q    Where would those -- would e-mails be kept
20 somewhere?
21    A    E-mails are kept on our server.
22    Q    So if we asked you or you asked Mr. Seitz to
23 retrieve the e-mail between Unocal and Siemens, that
24 is something that can be done, to the best of your
25 knowledge?

Page 14

1    A    I'd have to discuss that with Liam and other
2 folks within our company, if that is something that we
3 could provide or not.
4        MR. COHN: I would like to get copies of
5 e-mails, because that's the same as correspondence, as
6 the hard copies that we have here. I'm not talking
7 about all correspondence involving things that don't
8 relate to the 909 West Ninth Avenue or to Larry Grove,
9 but anything that relates to what's been requested in
10 this records deposition notice.
11        MR. MORAN: Are you asking for any e-mail
12 that pertains to Unocal and Siemens?
13        MR. COHN: Well, that's what I mean. If it's
14 got to do with Unocal and Siemens, if Siemens services
15 Unocal on the North Slope, that's not -- I don't
16 consider that encompassed within here, unless it
17 relates to this particular incident or injury.
18        What I'm talking about, if there's like
19 e-mails regarding the OSHA investigation, that would
20 be covered, even if there's not a paper document here;
21 or relating to the contract or maintenance to the
22 building, to injuries, which could also involve any
23 e-mails regarding Larry Grove's injury, to the work
24 platform in question, anything like that, that would
25 be relevant.

Page 15

1        MR. MORAN: So the Unocal's building here on
2 Ninth Avenue, Larry Grove, or Mr. Grove's accident?
3        MR. COHN: Right. And the OSHA
4 investigation, the maintenance of the building, things
5 like that, because I don't know what the extent of the
6 contractual relationship is.
7 BY MR. COHN:
8    Q    Do you know if Siemens services other Unocal
9 facilities, other than the one on Ninth?
10    A    I do not know.
11    Q    What is the next document that you have? I'm
12 just going down the list of what you have in front of
13 you.
14    A    Yeah. This is a copy of the work orders that
15 we have on file for this service contract.
16    Q    So when you say for this service contract,
17 that only means the contract that's dated May 2000,
18 not the work orders for previous contracts?
19    A    If there is one. I don't know if there is or
20 not. So yes, these are all the work orders that we
21 have.
22        MR. COHN: Let's mark the work orders as
23 Exhibit 5.
24        (Exhibit No. 5 marked.)
25        MR. COHN: Let's go off record for a minute.

6 (Pages 12 to 15)

GROVE v UNOCAL

30(b)(6) SIEMENS BUILDING TECHNOLOGIES
2/3/2006

Page 16

1      (Off the record.)
2      MR. COHN:  Back on record.
3  BY MR. COHN:
4      Q    Where did you retrieve these work order
5  records from?
6      A    They are kept in the same file as the
7  correspondence and the contract.
8      Q    So all of them are kept together in the same
9  file?
10      A    Yes.
11      Q    And where is the contract file kept?  Where
12  in the office?
13      A    It's in a hallway closet between our
14  receptionist's desk and where our service techs sit.
15      Q    Is it accessible to anyone that just wants to
16  just go and take a look at the contract?
17      A    Yes.
18      Q    So when you talked to Mr. Seitz and he told
19  you to get the records, you already knew where to look
20  for the contract documents?
21      A    Yes.
22      Q    And what is the next list of documents you
23  have?
24      A    This is a copy of every invoice that we sent
25  to Unocal.  That's what I have as far as payments.

Page 17

1      MR. COHN:  Let's mark this one as Exhibit 6.
2      (Exhibit No. 6 marked.)
3  BY MR. COHN:
4      Q    The same applies to all these exhibits, these
5  are documents that are kept with the contract, the
6  current contract?
7      A    Yes.
8      Q    So if you go into archives and find work
9  orders and invoices and correspondence, they should be
10  together with the contract for that period in the
11  archives?
12      A    Yes.
13      Q    What's the next group of documents you have?
14      A    This is information about Larry Grove that I
15  got from our 2002 workers' compensation folder where
16  we keep all of our workers' compensation documents.
17      MR. COHN:  Let's mark this as the next in
18  order, Exhibit 7, the worker's compensation records.
19      (Exhibit No. 7 marked.)
20      MR. COHN:  The invoices are Exhibit 6; the
21  work orders, Exhibit 5; the correspondence 4; and the
22  contract, 3.
23  BY MR. COHN:
24      Q    In terms of, for example, the OSHA records,
25  if they have anything to do with legal, would they go

Page 18

1  to a different section of Siemens?  Would they go, for
2  example, do you know if they would go to corporate
3  counsel?
4      A    That's why I called -- I called the person
5  that they could potentially go to, I called.  And
6  our -- Mark Wiemer is his name, and he did not have a
7  copy of them.
8      Q    Mark Wiemer?
9      A    Uh-huh.
10      Q    And do you know what position Mark Wiemer has
11  with the company?
12      A    He's a safety something or other.
13      Q    Is he located here in Anchorage?
14      A    Buffalo Grove, Illinois.
15      And I called him to talk about how we
16  would -- where that would be stored.  And he told me
17  it would either be stored in Larry Grove's personnel
18  file, with our -- with the workers' comp file.  And if
19  wasn't in either of those places, then we didn't have
20  it and that it would be available upon request through
21  OSHA.
22      Q    Do you know if Siemens keeps OSHA records?  I
23  don't know if you have any personal knowledge of
24  whether Siemens has ever been involved in any other
25  situation where there's been an injury investigated by

Page 19

1  OSHA.  Do you have any knowledge of that?
2      A    Can you say the question again, please?
3      Q    Well, the question is, if there was -- well,
4  what I'm curious about is if there was an OSHA
5  investigation, why there are no records anywhere in
6  Siemens' files of that OSHA investigation of Larry
7  Grove's accident of September 9th, 2002.
8      I mean, do you have any understanding if such
9  records would have been in the possession of Siemens,
10  or is that beyond your personal knowledge?
11      A    My knowledge is that if we had those records,
12  they would either be in his personnel file or in his
13  workers' compensation file.  And they're not in either
14  of those, so I'm not aware that they exist within our
15  company.
16      Q    What's the next record that you have?
17      A    This is our OSHA Form 300.  Is it a summary
18  of work-related injuries and illnesses.  This is
19  located in the front of our 2002 workers' comp folder,
20  and Larry Grove's name is on there, so I brought it.
21      MR. COHN:  Let's mark this document that
22  Mr. Schutte just referred to as the next exhibit in
23  order.
24      (Exhibit No. 8 marked.)
25  ///

7 (Pages 16 to 19)

GROVE v UNOCAL

Page 20

1   BY MR. COHN:
2       Q    Have you ever seen a log of work-related
3   injuries and illnesses before you went looking for
4   these documents to respond to the records deposition?
5   Have you ever seen a document like this at Siemens?
6       A    Yes.
7       Q    Where it says "where the event occurred," do
8   you know what it means when it says "office"?
9       A    Not without looking at the document.  Not out
10  of context.
11      Q    Okay.  And when it says "job site," do you
12  have to go and look at the individual's -- how do you
13  determine where that job site was?  How do you
14  determine where that person's injury occurred?  Is
15  there a list somewhere which indicates where they were
16  working on that day?
17      A    I'm thinking.
18           It could be determined where they were
19  working.
20      Q    So when it says job site, we know where Larry
21  Grove's job site was, the September 9th injury, and
22  he's a fitter; but then I see like Brent Davis,
23  fitter, December 7th, and it says job site, we would
24  have to go and see if that occurred at the Unocal
25  building or somewhere else, by -- how would we do

Page 21

1   that?  There's probably a job sheet for each
2   individual that shows where they were working, I
3   assume.
4       A    Yes.
5       Q    What's the next document that you have?
6       A    This is our Safety Resource Manual.
7       Q    It's a couple of inches thick.  And what does
8   that mean, Safety Resource Manual?
9       A    The subpoena asked for policies, procedures,
10  manuals, so I figured that was appropriate to bring.
11      Q    And where would the Safety Resource Manual
12  have been found?
13      A    I can speak to where I found it.
14      Q    Where did you find it?
15      A    It was on our corporate Intranet.
16      Q    And going back to Exhibit 8, the log of
17  work-related injuries and illnesses, where did you
18  locate that document?
19      A    That was in the file cabinet where we keep
20  our workers' compensation information.
21      Q    And you said that the Safety Resource Manual
22  was pulled off of the --
23      A    Our Intranet.
24      Q    Intranet?
25      A    Yes.

Page 22

1       Q    And it has a date on the first page, revised
2   5/99.  Do you know if this is the most current version
3   of the Safety Resource Manual?  This is just what you
4   found.  When did you locate this document?
5       A    Last week.  I located it on our Intranet and
6   printed what was there.  To my knowledge, this is our
7   most recent.
8            MR. COHN:  Why don't we mark this as Exhibit
9   No. 9, then, the Safety Resource Manual.
10           (Exhibit No. 9 marked.)
11  BY MR. COHN:
12      Q    And it looks like there's one other file that
13  you have.
14      A    Yes.
15      Q    And it looks like on the side there's a label
16  that says Larry Grove -- or, Grove, comma, Larry.  Can
17  you tell me what that document is?
18      A    This is Larry Grove's personnel file.
19      Q    May I take a look?
20           Do you know if this would be his file from
21  when he was first hired by Siemens to the present
22  date?
23      A    Yes, this is his -- yes.
24      Q    So this is his complete personnel file?
25      A    Yes.

Page 23

1       Q    Did you mark anything or underline anything
2   in the file?
3       A    No.
4       Q    Okay.  So if there's any highlighting in
5   there, or something written in on a page that's typed
6   and somebody wrote something in, that's something that
7   was already there when you pulled the files out?
8       A    Correct.
9            MR. COHN:  Let's mark the personnel file as
10  Exhibit 10.
11           (Exhibit No. 10 marked.)
12  BY MR. COHN:
13      Q    In regard to some of these other matters,
14  like indemnity agreements, did you do anything to
15  locate any indemnity agreements between Siemens and
16  Unocal?
17      A    I looked for indemnity agreements, and what I
18  found was what is included in our contract.  And
19  that's all I found with respect to indemnity
20  agreements.
21      Q    Could there be another location where such an
22  agreement would be?  Well, where did you find that?
23  In the contract file?
24      A    Yes.  To my knowledge, it's part of the terms
25  and conditions of the contract.

8 (Pages 20 to 23)

GROVE v UNOCAL

30(b)(6) SIEMENS BUILDING TECHNOLOGIES
2/3/2006

Page 24

1    Q   Switching back, you mentioned that Mark
2   Wiemer, he was a safety person out of Buffalo Grove,
3   Illinois?
4    A   Uh-huh.
5    Q   Is it your understanding he's the head person
6   in regard to safety in Siemens Building Technologies?
7   Maybe that's not the right question. But he's
8   involved in safety in regard to Siemens Building
9   Technologies?
10   A   Yes.
11   Q   And do you know, is that why you contacted
12  him in regard to — I can't recall if we were talking
13  about OSHA records.
14   A   OSHA records, I contacted Barry Byars, who is
15  our human resources.
16   Q   Barry Byars?
17   A   Byars, B-Y-A-R-S.
18       And he is our human resources person for our
19  region, to ask him if he knew where I could find OSHA
20  investigations. And he directed me to Mark. And Mark
21  is the one that told me it would either be -- Mark
22  told me where I'd find it. And if it wasn't there,
23  that we wouldn't have it.
24   Q   Is there a current contract now between
25  Siemens and Unocal for the building at 909 West Ninth?

Page 25

1    A   No.
2    Q   So that means that this contract, that's the
3   last contract and it's terminated. Does it indicate
4   in these records when the contract ended?
5    A   Yes, it does.
6    Q   Would that be — I can look for it, but do
7   you know what the date is?
8    A   May 2005.
9    Q   What it said here is Option 2, 3, 4, 5. As
10  far as you know, the options were renewed each year?
11   A   Yes.
12   Q   Until the last year?
13   A   Yes.
14   Q   Who would be the person to know why the
15  contract wasn't renewed after May 2005?
16   A   I know why.
17   Q   Why is that?
18   A   It was put out for bid. They rebid the
19  maintenance contract, and we were not the low bidder
20  on the contract.
21   Q   I know I asked this before. What is your
22  position with the company?
23   A   Service manager.
24   Q   And what does the service manager do?
25       THE WITNESS: Does that relate to records?

Page 26

1        MR. MORAN: I think you can answer that
2   question.
3    A   I'm responsible for the operational execution
4   of service work in the state of Alaska.
5   BY MR. COHN:
6    Q   Would the service work include heating,
7   ventilation, and air conditioning in a building like
8   the Unocal building?
9    A   Yes.
10   Q   So if somebody like Larry Grove at the time
11  was working in that building, would the service
12  manager be the person, one person at least, above him
13  in charge of that contract?
14   A   Yes.
15   Q   And how long have you been the service
16  manager?
17   A   A year and a half.
18   Q   Do you know, who was the service manager
19  before you?
20   A   Leverette Hoover, L-E-V-E-R-E-T-T-E,
21  H-O-O-V-E-R.
22   Q   Now, as the service manager, if there are any
23  records that Siemens had any part in building the work
24  platform that -- I'm not sure if you're aware that
25  there was a work platform at the building, the filter

Page 27

1   room in the mechanical room, that collapsed when Larry
2   Grove was working there on September 9th, 2002.
3        If Siemens had any involvement in
4   construction, the maintenance, or tearing down that
5   platform, would you expect that those records would be
6   part of the service work orders that are part of
7   Exhibit 5, provided it was for the particular year
8   involved?
9    A   Yes.
10   Q   So I would ask again that all the previous
11  contracts, that we get the same records for those,
12  including the service work orders, and that would be
13  for the previous contracts in effect.
14       And I think this question would cover it too,
15  but is Siemens the successor of Gyr & Landis? Is that
16  the name of the company?
17   A   Landis & Gyr. Siemens is the successor.
18   Q   So if Landis & Gyr, for example, had the
19  contract with Unocal before, would those records also
20  be stored up in the archives?
21   A   Yes.
22   Q   And do you know when Landis & Gyr became
23  Siemens? I mean, if you don't know, that's okay.
24   A   I don't know exactly. It was around six
25  years ago. Around six or seven years ago.

9 (Pages 24 to 27)