John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

## **UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Unocal Corporation moves for an extension of time to reply to: 1) Plaintiffs' Opposition to Unocal's Motion for Partial Summary Judgment on Punitive Damages [dockets 209, 229] (defendant's reply currently due August 13, 2007), and  2) Plaintiffs' Opposition to Unocal's Motion in *Limine* [dockets 211, 232] (defendant's reply currently due August 16, 2007). Defendant requests an extension until September 15, 2007 to file its replies to both above-named

oppositions. Plaintiffs' counsel has been contacted and does not oppose an extension to September 15, 2007 for these replies.

DATED at Anchorage, Alaska, this ____10th____ day of August 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Phone: (907) 272-9631
Fax: (907) 272-9586
Direct email: jtb@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on August 10, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

UNOPPOSED MOTION FOR EXTENSION OF TIME
*Grove v. Unocal,* Case 3:04-cv-0096-TMB                                    Page 2 of 2