John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

                    Plaintiffs,

      vs.

UNOCAL CORPORATION,

                    Defendant.

Case No. 3:04-cv-0096-TMB

**(Proposed)**
**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME**

The court having considered defendant's Unopposed Motion for Extension of Time, dated August 10, 2007,

IT IS HEREBY ORDERED that defendant's motion is GRANTED. The deadline for defendant to file its replies to: (1) Plaintiffs' Opposition to Unocal's Motion for Partial Summary Judgment on Punitive Damages, and (2) Plaintiffs' Opposition to Unocal's Motion in *Limine* is September 15, 2007.

ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME
*Grove v. Unocal,* Case 3:04-cv-0096-TMB

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED at Anchorage, Alaska this _____ day of _____ 2007.


_____
Honorable Timothy M. Burgess
U.S. District Court Judge

Certificate of Service

I hereby certify that on August 10, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME
*Grove v. Unocal,* Case 3:04-cv-0096-TMB