```
                                                                    Page 1
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3   _____
 4   LAWRENCE H. GROVE, CYNTHIA GROVE,      )
     SARAH GROVE and MICHAEL GROVE (DOB     )
 5   1/21/88) by and through his father     )
     LAWRENCE H. GROVE,                     )
 6                                          )
                 Plaintiffs,                )
 7                                          )
     vs.                                    )
 8                                          )
     UNOCAL CORPORATION,                    )
 9                                          )
                 Defendants.                )
10   _____)
11   Case No. A04-0096 CV (JKS)
12
13
14   _____
15        VIDEOTAPED DEPOSITION OF CHARLIE ARNETT
     _____
16
17              Tuesday, April 26, 2006
                     9:30 a.m.
18
19           Taken by Counsel for Defendant
                          at
20   Clapp, Peterson, Van Flein, Tiemessen & Thorsness
                711 H Street, Suite 620
21                 Anchorage, Alaska
22
23
24
25
```

Page 62
1  back inside the building.
2     Q. Then once you were inside the building, what did
3  you do?
4     A. I think I went back to my office.
5     Q. What were you doing in your office, do you
6  recall?
7     A. No.
8     Q. And did you report the accident to anyone at
9  Unocal?
10    A. No.
11    Q. Who was your supervisor at the time?
12    A. Archie Cook.
13    Q. And you do not recall specifically telling Archie
14 Cook about the injury?
15    A. I don't recall it, no.
16    Q. Are you aware whether Unocal had any forms that
17 needed to be filled out when an injury occurred?
18    A. I was vaguely aware of them.
19    Q. Had you ever filled out any forms for any other
20 injury?
21    A. Not for injuries, no.
22    Q. Had you filled them out for any other purpose?
23    A. I can't even remember what they were called now,
24 but, yes, I did.
25    Q. What did you do with those forms after you filled

Page 63
1  them out?
2     A. I gave them to Archie Cook.
3     Q. Did you make a conscious decision not to report
4  Larry Grove's injury?
5        MR. COHN: Objection; form.
6     A. No.
7     Q. Do you recall now why you didn't tell anyone?
8     A. No.
9     Q. Do you know whether it was Unocal's policy that
10 injuries needed to be reported to a supervisor?
11    A. I'm sure it was Unocal's policy. It is most
12 company's policies for that sort of thing, but I didn't
13 know how bad Larry was hurt regardless of that.
14       I tried a couple of times to get ahold of
15 Mr. Cook and never could get ahold of him.
16    Q. About the injury?
17    A. Yeah. And after that, it just -- I continued
18 with other work.
19    Q. How did you try to contact him?
20    A. Cell phone.
21    Q. Did you leave a voice mail message?
22    A. I don't know if I did or not.
23    Q. Did he have a voice mail message on his cell
24 phone?
25    A. Yes, I believe so.

Page 64
1     Q. Did you contact anybody at Siemens to tell them
2  about Larry's injury?
3     A. Huh-uh.
4     Q. Did you contact anybody at Peak to tell them
5  about the injury?
6     A. No.
7     Q. When you tried to contact Archie Cook, what day
8  was it that you tried to contact Archie Cook?
9     A. It was right after the accident.
10    Q. You called his cell phone?
11    A. Yes.
12    Q. Why would --
13    A. I tried his office. I tried his cell phone.
14    Q. But you don't recall leaving a voice mail?
15    A. No, I don't recall.
16    Q. Did you send an e-mail to anyone?
17    A. No.
18    Q. Did you ever go back upstairs to the filter room
19 after the injury?
20    A. I may have. I don't recall it.
21    Q. Do you recall ever instructing Paul Crapps to go
22 back upstairs to the filter room?
23    A. I don't know if I did or not.
24    Q. Do you have any idea what happened to the wooden
25 platform or the wooden piece?

Page 65
1     A. No.
2     Q. What about the metal piece that was hanging down
3  when you saw it, do you recall what happened to that?
4     A. No.
5     Q. Do you recall ever instructing Paul Crapps to
6  repair the platform?
7     A. No, I don't remember if I did or not.
8     Q. Would that have been part of your job duties to
9  do that?
10       MR. COHN: Objection; form.
11    A. I don't know if it would have been or not. My
12 job duties were pretty vague, to say the least. I did
13 what Archie Cook asked me to do.
14    Q. Okay. Well, in this particular case, since
15 Archie didn't know what had happened in this room, he
16 wouldn't have been able to instruct you on anything,
17 correct?
18    A. Correct.
19    Q. Were you worried about leaving the pieces where
20 they were?
21    A. No.
22       MR. COHN: Objection; form.
23    Q. Why not?
24    A. Why would I be worried about leaving them there?
25    Q. Did you think they were a hazard to anyone else?

17 (Pages 62 to 65)