John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Unocal Corporation moves for an extension of time to reply to Plaintiffs' Opposition to Unocal's Motion for Partial Summary Judgment on Punitive Damages [dockets 209, 229] (defendant's reply currently due September 15, 2007). Defendant requests an extension until September 21, 2007 to file its reply to the above-named opposition because her child has recently been ill. Plaintiffs'

UNOPPOSED MOTION FOR EXTENSION OF TIME
*Grove v. Unocal,* Case 3:04-cv-0096-TMB                                          Page 1 of 2

counsel has been contacted and does not oppose an extension to September 21, 2007 for this reply.

DATED at Anchorage, Alaska, this ___14th___ day of September 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  jtb@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on September 14, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

counsel has been contacted and does not oppose an extension to September 21, 2007 for this reply.

DATED at Anchorage, Alaska, this ___14th___ day of September 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  jtb@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on September 14, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson