John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**(Proposed)**
**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME**

The court having considered defendant's Unopposed Motion for Extension of Time, dated September 14, 2007,

IT IS HEREBY ORDERED that defendant's motion is GRANTED.  The deadline for defendant to file its reply to Plaintiffs' Opposition to Unocal's Motion for Partial Summary Judgment on Punitive Damages is  September 21, 2007.

DATED at Anchorage, Alaska this _____ day of _____ 2007.

ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME
*Grove v. Unocal,* Case 3:04-cv-0096-TMB                                                                    Page 1 of 2

1
2
3   Honorable Timothy M. Burgess
    U.S. District Court Judge
4
5   Certificate of Service

6   I hereby certify that on September 14, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.
7
8   s/ Linda J. Johnson

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

26  ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME
    *Grove v. Unocal,* Case 3:04-cv-0096-TMB                                     Page 2 of 2

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586