Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA    )
GROVE, SARAH GROVE, and,      )
MICHAEL GROVE (DOB 1/21/88)   )
By and through his father     )
LAWRENCE H. GROVE,            )     Case No. 3:04-cv-0096-TMB
                              )
                              )     **STIPULATION FOR**
            Plaintiffs,       )     **EXTENSION OF TIME**
                              )
        vs.                   )
                              )
UNOCAL CORPORATION,           )
                              )
            Defendant.        )
_____)


        COME NOW, plaintiffs and defendant, by and through

counsel, stipulate and agree, subject to court order, that

plaintiffs shall have until September 28, 2007 to file any

supplemental opposition to defendant's Motion for Partial

Summary Judgment as to punitive damages, and defendant shall

then have until October 12, 2007 to file any reply.

**Weidner & Associates**
330 L Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

1

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs


_____/s/ Michael Cohn_____
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK 99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: nbackes@weidner-justice.com
ABA No. 8506049


CLAPP, PETERSON, VAN FLEIN, TIEMESSEN
& THORSNESS, LLC
Counsel for Defendant


_____/s/ Linda Johnson_____
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, AK 99501
Phone (907) 272-9273
Fax (907) 272-9586
ABA No. 8911070


CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007 a copy of the
foregoing Stipulation for Extension of Time was served
electronically on Linda Johnson at Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC.

/s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571