Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNOCAL CORPORATION, <br><br> Defendant. | Case No. 3:04-cv-0096-TMB <br><br> **(PROPOSED) ORDER FOR STIPULATION FOR EXTENSION OF TIME** |

Upon stipulation of the parties to extend the time for plaintiffs' to have until September 28, 2007 to file any supplemental opposition to defendant's Motion for Partial Summary Judgment as to punitive damages, and for defendant to have until October 12, 2007 to file any reply;

IT IS HEREBY ORDERED that said Extension of Time is GRANTED.

1

DATED:_____     _____
                              UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007 a copy of the foregoing **(PROPOSED) ORDER FOR STIPULATION FOR EXTENSION OF TIME** was served electronically on Linda Johnson at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Michael Cohn