Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ALASKA
 2
 3
    LAWRENCE H. GROVE, et al.,      )
 4                                  )
                   Plaintiffs,      )
 5                                  )
    vs.                             )
 6                                  )
    UNOCAL CORPORATION,             )
 7                                  )
                   Defendant.       )
 8  _____)
    Case No. A 04-0096 CV (JKS)
 9
10
11  _____
12
             VIDEOTAPED DEPOSITION OF KENNETH BURNS
13
14  _____
15
                        Pages 1 - 146
16                   Tuesday, May 9, 2006
                          9:00 A.M.
17
18
                             at
19                   WEIDNER & ASSOCIATES
                   330 L Street, Suite 200
20                    Anchorage, Alaska
21
22
23
24
25
```

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: 5/23/06/NKK
Response Due:
Distribution: ~~JBT/LJJ~~/VBH

Page 70

1  Q. Do you recall doing the inspections back in
2  1998/1999?
3  A. Yup.
4  Q. Have you reviewed a copy of those
5  inspections before?
6  A. No, I -- I have no idea where the location
7  of those are.
8  Q. Is it normal practice for Unocal to keep
9  safety inspections?
10 A. Yes, it is.
11 Q. And if you did -- you first worked for
12 Unocal starting in '97; is that correct?
13 A. That's correct, in Kenai.
14 Q. Would you have any knowledge of -- had you
15 ever reviewed any prior safety inspections for the
16 building at 909 --
17 A. No.
18 Q. -- West Ninth Avenue? Do you know if any
19 prior inspections had been done for the building?
20 A. No.
21 Q. And you -- and would it be your assumption
22 that if you did these inspections, that they should
23 have copies of these inspections still in the Unocal
24 records?
25 A. Archie Cook was the action person on this.

Page 71

1  The reports were sent to Archie for his disposition,
2  whatever he wanted to do with those, and I'm sure he
3  had them.
4  Q. Now, in terms of the inspections in '98 and
5  '99, what would the -- what would you -- what were
6  you supposed to do in these inspections, if you
7  recall?
8  A. Basically walk through the building floor
9  by floor as previously stated in the '03 inspection.
10 The building custodian person at the time was a
11 Mr. Charles Arnett. He accompanied on that
12 inspection.
13 Q. And did you start -- would you start in the
14 basement or -- I mean, was there a certain
15 methodology?
16 A. The only -- the only criteria for what I
17 have when I do inspections, I go from left to right
18 whether we start in the penthouse or in the basement,
19 and I don't recall specifically whether we even went
20 into the penthouse. I was not -- I was not familiar
21 with the Anchorage office.
22 Q. Well, if you were not familiar -- did you
23 ask any -- did you expect someone to tell you what
24 was in the building or guide you if you weren't
25 familiar with the office?

Page 72

1  A. That's why I was with Charles Arnett, yes.
2  He was my guide.
3  Q. Would it be fair to say that the inspection
4  was to identify hazardous conditions?
5  A. That's the only purpose.
6  Q. And would it be fair to say that the
7  penthouse with the equipment and the -- that operates
8  up there, the boiler and other faculties, that that
9  would be an important part of the inspection, to
10 examine the penthouse?
11 A. No.
12 Q. Why not?
13 A. Lack of exposure. Employees don't work up
14 there. Lack of exposure, limited exposure.
15 Q. Then why did you examine the penthouse on
16 the March 3rd, 2000 -- March 5th, 2003 inspection?
17 A. An accident happened in 2002 with
18 Mr. Grove.
19 Q. So do you have a specific recollection of
20 not examining the penthouse in your safety
21 inspections in '98 and '99?
22 A. I don't recall going to the penthouse. In
23 fact, I was rather surprised when I went to the
24 penthouse in 2003, what was up there.
25 Q. Why were you surprised? You said --

Page 73

1  A. I had never been in the penthouse before.
2  Q. Do you recall what you saw up there? I
3  mean, can you recall right now what was up in the
4  penthouse?
5  A. Besides the mechanical rooms, air
6  conditioner, there was rooms where certain items were
7  kept but not normally for public view, in the sense
8  of Unocal clothing and so forth. Logo type stuff
9  that was kept pretty well under lock and key.
10 Q. Let's see. Do you know who Patty Bielawski
11 is?
12 A. Patty Bielawski.
13 Q. Bielawski?
14 A. Yes.
15 Q. Who was she?
16 A. She was acting health, environmental,
17 safety office -- safety manager, excuse me. HES
18 manager.
19 Q. Do you know when she was the health and
20 safety manager?
21 A. She was a contract employee, not a direct
22 Unocal employee. She came on board shortly after the
23 reorganization of Unocal, which would have been
24 December -- January -- December '02, January '03.
25 Q. And here on No. 33 where Sinz was asking

19 (Pages 70 to 73)