Memorandum


# UNOCAL 76

April 5, 2000
SAF-039-00

TO: Archie Cook                    cc: Alan R. Thye
FROM: Kenneth M. Burns                  Charles Arnett

SUBJECT: Building Inspection
Anchorage Office

A building inspection of the Unocal Office building located at 909 W. 9th Ave., Anchorage, Alaska, was conducted March 16, 2000. This inspection was meant to satisfy the *"Life-saving Requirements for Existing High-rise Buildings."* Peak Oilfield Service Company employee Charles Arnett accompanied me during the inspection.

My findings are appended. This information will be entered on the Remedial Action Tracking System. You will be expected to provide information regarding actions taken and person responsible for corrective actions.

It is noted that many of the discrepancies listed on the January 6, 1999, inspection of the building have not been corrected. A copy of that inspection is attached.

Should you have any questions regarding this inspection, do not hesitate to contact me.


Enclosures

102369

EXHIBIT ___B___
PAGE ___1___ OF ___6___

FORM 1-OCO3 (REV. 8-97) PRINTER'S INK

Building Inspection – March 16, 2000

1. **Building Description**:
    Constructed in 1969
    Six floors with basement and penthouse (mechanical room). 6,808 sq/ft. per floor. Basement has 6,000 sq/ft. The penthouse has 5,000 sq/ft., with a total building space of 51,848 sq/ft.
    The entire building is sprinklered, except in the computer room which is Halon protected.
    Code References: Uniform Building Code, Uniform Fire Code, National Electrical Code, Uniform Mechanical Code, and the National Fire Protection Association 10 and 101, Chapter 29.

2. **Findings**

    **Basement:**
    1. Housekeeping needs vast improvement in all areas.
    2. Fire extinguishers need to be mounted and locations plainly identified.
    3. Outdated medical supplies.
    4. Excessive extension cords in the Security Room.
    5. Fire extinguishers without monthly inspections.
    6. Restricted access in Dry Storage Room (Janitor's supply closet).
    7. Light bulb not protected in Dry Storage Room.
    8. Door to Dry Storage Room partially blocked, allowing only 27" of access.
    9. Breaker not identified on the Computer Sub-Panel (Pump Room).
    10. Flexible electric cord being used as fixed wiring (Pump Room).
    11. Sprinkler head with only 12" clearance (File Room).
    12. Large file cabinets are not level, allowing for cabinet to close unknowingly (File Room).
    13. Restricted access in aisles – 17 – 20" (Tube Storage).
    14. Fluorescent overhead lighting wired with flexible cord (Tube Storage).
    15. Several fluorescent overhead lighting wired with flexible cord (hallways).
    16. Eye wash stations need to be removed.
    17. Breakers 9 and 11 in electrical panel BL in hallway are not identified as to use.
    18. Quart container with unknown chemical not labeled (Shop area).
    19. Restricted access in aisles (Tape Storage).
    20. Inadequate lighting along north wall (Tape Storage).
    21. Overhead light in janitor's closet not properly secured and was tied back with tape. No cover on fixture.

    **Penthouse:**
    Housekeeping needs improvement.

    **6th Floor:**
    See comments under "General."

102370

EXHIBIT  B
PAGE  2  OF  6

Building Inspection – March 16, 2000

**5th Floor:**

No items noted.

**4th Floor:**

Tripping hazard due to location of electrical outlet located on floor at north end of conference table.

**3rd Floor:**

No items noted.

**2nd Floor:** Refrigerator needs cleaning.

- Handle on refrigerator is broken – adjacent to "Light Table:"
- Excess floor loading in File Room.

**1st Floor:**

**Computer Room:**

- Housekeeping needs improvement.
- Unsecured storage on top of shelving.
- Four computers blocking access to aisles.

3. **General Observations throughout building:**

   - Rugs in hallways need repair or replacing.
   - Electrical outlets next to bathroom sinks need Ground Fault Circuit Interrupters installed.
   - Fire extinguishers required monthly inspections by a qualified individual.
   - Housekeeping in all storage areas needs improvement.
   - Fire drills should be conducted quarterly.
   - An Emergency Evacuation Plan must be implemented.
   - Excess floor loading may be a problem in areas where there is a large accumulation of filing cabinets.
   - Approved stairway identification signs must be located at each floor level. The sign must identify the stairway, indicate whether there is roof access, the floor level, and the upper and lower terminus of the stairway. The sign must be located five feet above the floor landing in a position which is readily visible when the door is in the open or closed position.
   - Exit signs must identify the path of exit travel to and within exits.
   - All doors to electrical control panel rooms (closets) must be marked with a plainly visible and legible sign stating "ELECTRICAL ROOM."
   - Floor wardens should be appointed and evacuation drills planned.
   - Conduct "live" fire extinguisher training. This training can be arranged through a local fire extinguisher company.
   - Initiate action to have an industrial hygienist conduct an asbestos survey. The survey should include appropriate recommendations regarding protection against asbestos exposure in the event of an earthquake or other disaster that could result in asbestos exposure.

EXHIBIT B
PAGE 3 OF 6    102371

Inspection of Anchorage Building
January 6, 1999
By
Ken Burns, Oil &Gas Safety Specialist

**Location:** 909 W. 9th Avenue
Anchorage, Alaska

**Building Description:** Constructed in 1969 (29 years old)
Six floors with basement and penthouse (mechanical room)
6,808 sq/ft per floor; basement has 6,000 sq/ft. and the penthouse
has approximately 5,000 sq/ft for a total of approximately 51,848 sq/ft.
Entire building is sprinklered.
NFPA Code Reference: NFPA 101 – Chapter 27
NFPA Rating: Light Hazard

**Other:**

Elevator Permit Posted with last inspection noted as 1998.
Evacuation Plan is posted on all floors.
Occupant Load is well within NFPA requirements of 1 person per 100 sq/ft.
Means of Egress meets requirements of NFPA 101 – Chapter 29
Fire Protection meets requirements of NFPA 10

**Findings:**

**Basement:**

1. Housekeeping needs to be improved in all storage areas.
2. Fire extinguishers need to be mounted and locations identified.
3. Outdated medical supplies.
4. Frayed and damaged extension cords (2).
5. Broken 277/480 volt panel (Generator room).
6. Insufficient aisle clearance (Library).

**1st Floor:**

1. Loose overhead storage on cabinets (computer room).
2. Access to eye wash station blocked.
3. Fire extinguishers not properly mounted.
4. Blocked electrical panels (electrical room).

**2nd Floor:**

1. Hall carpet in need of repair (front of elevator).
2. Electrical outlet without faceplate (room 239)
3. Fire extinguisher not mounted.
4. Loose storage on top of cabinets.
5. Electrical cord (protected) passed through doorway, preventing door from complete closing (corrected on the spot).

**3rd Floor:**

Housekeeping needs to be improved (file room).

**4th Floor:**

No discrepancies

**5th Floor:** Not inspected – currently leased to private company.

**6th Floor:**

1. Electrical panel latch is broken.
2. Electrical cord on floor (tripping hazard) Diana Rose's office

**Penthouse:**

Low overhead clearance needs to be identified.

**Ergonomic Surveys Conducted:**

1. **Dave Whitacre –**
   - Workstation to high
   - No lumbar support on chair
   - No wrist pads

2. **Mike Sharples**
   - Workstation to high
   - No lumbar support
   - No wrist pads

3. **Larry Greenstein**
   - Needs wrist pads

4. **Lew Dennis**
   - Recommend use of wrist pads

5. **Chris Ruff**
   - Elevate Screen
   - Floor to key pad to high

6. **Regina Johnson**
   - Floor to keypad to high
   - No wrist pads
   - Chair without lumbar support

102373

EXHIBIT B
PAGE 5 OF 6

7. **Debra Childers**
   - Floor to keyboard to high
   - Screen to high
   - Note: complains of back problems.

8. **Martha White**
   - Floor to keyboard to high
   - Screen to high (suggested moving surge protector to lower screen)

9. **Todd Heber**
   - Floor to keyboard to high
   - Screen to far from operator
   - Wrist pad for mouse would help.

10. **Marc Bond**
    - Eye to Screen to high
    - Elbow angle to great.
    - Note: Complains of elbow pain.

In conclusion, Eddie Barrett accompanied me during the entire inspection and was very helpful. Several discrepancies were noted and corrected on the spot which are not listed above. Eddie is to be commended on his excellent performance and assistance during this inspection.

**Recommendation:** I would recommend that Eddie Barrett receive some official training in both OSHA and NFPA standards. I would recommend the OSHA Institute for OSHA Courses and the NFPA for Fire Regulations. The OSHA conducts classes often at their contract location in San Diego or at the OSHA Institute in Chicago. NFPA classes are scheduled from time-to-time in different locations throughout the United States. I would be happen to obtain a list of classes, dates and locations.

Request written response within 30 days as to date items have been corrected/eliminated.

102374

EXHIBIT B
PAGE 6 OF 6