Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE; CYNTHIA
GROVE; SARAH GROVE; and
MICHAEL GROVE (DOB 1/21/88)
by and through his father
LAWRENCE H. GROVE,

    Plaintiffs,

    vs.                Case No. A04-0096 CV (TMB)

UNOCAL CORPORATION,

    Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF LINDLEY MANNING, P.E.

OAKLAND, CALIFORNIA

AUGUST 14, 2007

Reported by Susan F. Magee, RPR, CLR, CSR No. 11661

EXHIBIT __D__
PAGE __1__ OF __3__

```
                                                         Page 47
 1    on top of to a reasonable degree.  I can't know
 2    everything in 50 states obviously.
 3        Q.  In paragraph 2 you refer to in the second line
 4    a vast amount of written material.
 5            Do you see that?
 6        A.  It sits right beside me.
 7        Q.  You've already showed me that.
 8        A.  Afraid so.
 9        Q.  All right.  Lawyers and engineers apparently
10    have a different idea of what vast amount of material,
11    written material is?
12        A.  Well, yeah.  I've seen rooms full of it in a
13    single case, but I --
14        Q.  Yeah, okay.
15        A.  To me that's vast.
16        Q.  Yeah.  And I would agree with that certainly.
17            Did you have all the information that you
18    needed in order for you to render your opinions in this
19    case, factual information?
20        A.  As far as --
21            MR. COHN:  Objection the form of the question.
22            THE WITNESS:  As far as I know relative to as
23    far as it went, I guess.  I don't know of anything new
24    since the date of this report, any substance anyway.
25            BY MR. THORSNESS:  Q.  Would you go as far as
```

```
 1  to say that your -- the information you had was
 2  sufficient or insufficient to render your opinion?
 3          MR. COHN:  Objection to form of the question.
 4          THE WITNESS:  As far as I know, sufficient --
 5  you know, every once in a while something new will come
 6  along, but I don't recall anything since.
 7          BY MR. THORSNESS:  Q.  Again, you had a couple
 8  of meetings with Mr. Balser, Dr. Balser?
 9      A.  Yes.
10      Q.  Did you take any notes during those meetings
11  that you recall?
12      A.  No.  The one that I mentioned I think was a
13  discussion with him on the yellow sheet, And my note
14  binder or folder there I think was a phone call.
15          MR. THORSNESS:  Let's go through this, then.
16  I'd like to mark this as a separate exhibit.  Again,
17  we'll let you keep the original.  That will be
18  Exhibit 4, I think; right.
19          (Whereupon, Exhibit 4 was marked for
20  identification.)
21          BY MR. THORSNESS:  Q.  I don't have a copy.
22  Tell you what.  Let's do it this way.  Read the first --
23  I guess read the first paragraph and --
24      A.  They're separate items.
25      Q.  Yeah.  Read the first item.  There you go.
```

29d6d5e4-86e4-4eb1-b087-15beb357dc78

EXHIBIT  D
PAGE 3 OF 3