Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF ALASKA AT ANCHORAGE
 3    _____
 4    LAWRENCE H. GROVE, ET AL.,         )
                                         )
 5              Plaintiffs,              )
                                         )
 6       vs.                             )
                                         )
 7    UNOCAL CORPORATION,                )
                                         )
 8              Defendant.               )
 9    _____
10    Case No. A-04-0096 CV (JKS)
11
12
13    _____
14         TELEPHONIC DEPOSITION OF ARCHIE COOK
15    _____
16
17                    March 15, 2006
                       7:30 a.m.
18
19            Taken by Counsel for Plaintiffs
                          at
20              330 L Street, Suite 200
                   Anchorage, Alaska
21
22                                    HD 1130
23                                    0200-1
                                      MAR 2 4 2006
24
25
```

COPY

Page 8

1  information, those two people would be Vickie Holman,
2  our paralegal possibly, and I believe Mr. Cook did also
3  speak with Linda Johnson.
4      MR. COHN: Thank you, John.
5  Q. Were you shown any papers at that time last
6  summer?
7  A. I received from Linda Johnson a copy of a safety
8  narrative prepared by OSHA. I think three pages of
9  that.
10 Q. Yes. Anything else?
11 A. That was it.
12 Q. Prior to the contact from Mr. Thorsness and
13 Ms. Johnson, have you had contact with any previous
14 counsel for Unocal?
15 A. Somebody from another legal company called me
16 previously. I'm sorry. I can't remember his name. He
17 used to work for Unocal.
18     I can't remember his name, but he called me just
19 wondering what I knew about this incident. He was a
20 lawyer.
21 Q. Right.
22 A. I can't remember his name.
23 Q. I don't want to mislead you or anything. We do
24 have some responses to discovery requests, and this is
25 from a previous counsel for Unocal in which they

Page 9

1  indicated your name as one of the people that they had
2  conferred with, and that was in a response to third
3  discovery requests.
4      And in regard to they asked you what you knew
5  about the case, I don't want to ask you about what you
6  told them, but can you just tell me briefly, first of
7  all, were you working in the building at the time
8  that --
9  A. I had left. I had long gone.
10     MR. THORSNESS: This is John Thorsness. I
11 don't think Mr. Cohn was finished with his question.
12 A. I'm sorry.
13     MR. THORSNESS: That's okay. And so just be
14 sure he has finished and then answer the question.
15 Q. Let me just explain that. If you don't
16 understand my question, you can always ask me to
17 rephrase it. I was finished, but I didn't explain it
18 well. Let me start over.
19     You indicated -- Mr. Grove's accident was
20 September 9, 2002?
21 A. That is my understanding.
22 Q. And you indicated that you retired from Unocal
23 April 13, 2003?
24 A. April the 30th.
25 Q. But when was the last time -- when did you stop

Page 10

1  working at the building at 909 West Ninth Avenue?
2  A. April the 30th.
3  Q. Of 2003?
4  A. Yes.
5  Q. Okay. So that's the reason why -- my question
6  before was were you working -- well --
7  A. Sorry. Please finish your question.
8  Q. Mr. Grove was injured on September 9, 2002.
9  First, let me ask you, were you working that day, if you
10 recall?
11 A. What day was it?
12 Q. September 9, 2002.
13 A. Yes, I know that. Was it a weekday?
14 Q. I would have to look at a calendar to see, but --
15 well, let me put it this way: When did you first become
16 aware of Mr. Grove's accident?
17 A. When I received a called from Roxanne Sinz when
18 an OSHA inspector visited our office. That would be in,
19 I guess, February. I think February of 2003.
20 Q. You know, I won't -- I won't hold you to specific
21 dates. I understand this is now we're talking about
22 four years ago, and so, I mean, there is some paperwork
23 that OSHA came out and inspected the premises in March.
24     They may have been out in February also. But I
25 understand that if you are just recalling to the best of

Page 11

1  your recollection that's okay too. I don't --
2  A. I do certainly recall Roxanne Sinz calling me to
3  say that there were a couple of OSHA inspectors in her
4  office and asked me if I knew about, as I recall, she
5  said a ladder, a broken ladder. That is my recollection
6  of it.
7      A ladder had broken and somebody had been hurt.
8  I was asked by Roxanne, Roxanne Sinz if I knew anything
9  about it, and I didn't.
10 Q. Who is Roxanne Sinz?
11 A. Roxanne was the public relations consultant for
12 Unocal. And I think maybe a week or so before the
13 inspectors visited the office, she was given
14 responsibility for managing the office.
15 Q. And as the building manager, would she be the
16 individual that you reported to as the human resources
17 manager?
18 A. No. I reported to the vice-president of the
19 company in Alaska.
20 Q. Who would that be?
21 A. A guy called Chuck Pierce. He was vice-president
22 of Unocal Alaska.
23 Q. Did he work in the building also?
24 A. Yes.
25 Q. Now, can you tell me what a human resources

5 (Pages 8 to 11)