Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>    Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**STIPULATION FOR EXTENSION OF TIME** |

COME NOW, plaintiffs and defendant, by and through counsel, stipulate and agree, subject to court order, that plaintiffs shall have until October 3, 2007 to file our supplemental briefing and defendant shall then have until October 17, 2007 to file any reply.

RESPECTFULLY submitted this 1st day of October, 2007.

        WEIDNER & ASSOCIATES, INC.
        Counsel for Plaintiffs

        /s/ Michael Cohn
        WEIDNER & ASSOCIATES, INC.
        330 L Street, Suite 200
        Anchorage, AK  99501
        Phone (907) 276-1200
        Fax (907) 278-6571
        E-mail:  nbackes@weidner-justice.com
        ABA No. 8506049

        CLAPP, PETERSON, VAN FLEIN, TIEMESSEN
        & THORSNESS, LLC
        Counsel for Defendant

        /s/ Linda Johnson (by consent)
        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORSNESS, LLC
        711 H Street, Suite 620
        Anchorage, AK  99501
        Phone (907) 272-9273
        Fax (907) 272-9586
        ABA No. 8911070

CERTIFICATE OF SERVICE

I hereby certify that on October 1st, 2007 a copy of the foregoing Stipulation for Extension of Time was served electronically on Linda Johnson at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Michael Cohn