Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**(PROPOSED) ORDER FOR STIPULATION FOR EXTENSION OF TIME** |

Upon stipulation of the parties to extend the time for plaintiffs' to have until October 3, 2007 to file any supplemental briefing and for defendant to have until October 17, 2007 to file any reply;

IT IS HEREBY ORDERED that said Extension of Time is GRANTED.

1

DATED:_____     _____
                                                            UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE
I hereby certify that on October 1, 2007 a copy of the foregoing **(PROPOSED) ORDER FOR STIPULATION FOR EXTENSION OF TIME** was served electronically on Linda Johnson at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Michael Cohn