Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**STIPULATION FOR EXTENSION OF TIME** |

COME NOW, plaintiffs and defendant, by and through counsel, stipulate and agree, subject to court order, that plaintiffs shall have until October 12, 2007 to file our supplemental briefing and defendant shall then have until October 26, 2007 to file any reply.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

RESPECTFULLY submitted this 3rd day of October, 2007.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs


_____/s/ Michael Cohn_____
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidner-justice.com
ABA No. 8506049


CLAPP, PETERSON, VAN FLEIN, TIEMESSEN
& THORSNESS, LLC
Counsel for Defendant


/s/ Linda Johnson (by consent)
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, AK  99501
Phone (907) 272-9273
Fax (907) 272-9586
ABA No. 8911070


CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2007 a copy of the foregoing Stipulation for Extension of Time was served electronically on Linda Johnson at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571