Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNOCAL CORPORATION<br><br>        Defendant | Case No. A04-0096 CV (TMB) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO DEFENDANT UNOCAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PUNITIVE DAMAGES**

STATE OF ALASKA         )
                        )   ss.
THIRD JUDICIAL DISTRICT )

       MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

       1.   I am Michael Cohn, an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., counsel of

1

record for the Grove plaintiffs in this matter.  I am licensed to practice law in the State of Alaska;

    2.  Attached hereto as Exhibit 1 is the Affidavit of Lindley Manning;

    3.  Attached hereto as Exhibit 2 is the Affidavit of Dr. Balser;

    4.  Attached hereto as Exhibit 3 are excerpts of the Deposition of Joseph D. Balser, Ph.D.; and

    5.  Attached hereto as Exhibit 4 are excerpts of the Deposition of Lindley Manning;

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO DEFENDANT UNOCAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PUNITIVE DAMAGES** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571