Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>          Plaintiffs,<br><br>    v.<br><br>UNOCAL CORPORATION<br><br>          Defendant | Case No. A04-0096 CV (TMB) |

**AFFIDAVIT OF JOSEPH d. Balser, Ph.D.**

STATE OF ALASKA     )
                    )  ss.
THIRD JUDICIAL DISTRICT )

    JOSEPH d. Balser, Ph.D. being first duly sworn under oath, deposes and states as follows:

    1.   I have personal knowledge of the matters contained herein, and I am competent to testify to same.

    2.   I received a Bachelor of Science Degree in Mechanical Engineering from Marquette University in Milwaukee,

Exhibit 2
page 1 of 7

Wisconsin in 1964, a Masters Degree in Mechanical Engineering from Marquette University in Milwaukee, Wisconsin in 1967, and a Ph.D. Degree in Metallurgy and Materials Science from Marquette University in 1970.

3. A comprehensive list of my qualifications is contained in my curriculum vitae that is attached hereto as Exhibit "1."

4. With regard to the current matter, I conclude from the appearance of the structural platform and all information provided to me that the platform was used by Mr. Grove and others as a working platform to stand on while changing the filters. In this application, it is clear that the use of perforated angle iron and common non-structural ¼-20 bolts and square nuts for the construction of a man-safe scaffold would not conform to any known engineering safety standards that I can recall going back as far as the 1960's. Further, the lack of safety railings and kick plates attests to a complete disregard for engineering safety standards. Having such a structure utilized as a man safe platform is with certainty a careless and irresponsible act and any safety review of this structure over the intervening years should have spotted these dangerous conditions for rectification.

5. Although the improper bolted joints were likely to have been tight at the time of initial installation, the


Exhibit 2
page 2 of 7

unpredictable vibrations from the air filtration unit to which the scaffold was attached and the multiple uses of the platform would foreseeably loosen the bolted joints over time and lead to a sudden collapse. Only intervening maintenance inspections could have detected the loosening joints. The observation that the square nut on the failed joint had completely become detached from the bolt indicates that either the maintenance interval was too long or non-existent for the condition to have progressed to the state at which the joint failed.

6. The apparent lack of adequate design and maintenance for this scaffold reveals a careless indifference toward the safety of anyone using this scaffold.

FURTHER AFFIANT SAYETH NAUGHT.

_____

JOSEPH d. BALSER, PH. D.

Exhibit 2
page 3 of 7

FROM : Balser Engineering          PHONE NO. : 925 455 04:          . 10 2004 01:46PM P2

GWB-116 EFFORTS
FILE COPY

# CURRICULUM VITAE
## Joseph D. Balser, PH. D.

510 Escondido Circle, Livermore, California 94550
Telephone & Fax # (925) 455-0418
E-Mail: jobalser@comcast.net

### WORK:
Professional Consultant, Mechanical Engineering, Metallurgy & Materials Science, Extractive Metallurgy, Materials Characterizations, and Failure Analysis. Specialist in Ferrous and Non-Ferrous Metals, especially in Aluminum Metallurgy.

### PROFESSIONAL SPECIALTIES:
- Materials Characterization and Fractography Expertise (35 years) with a diverse and successful background in failure analysis problem solving. Practical applications of chemical analysis instrumentation, as well as a broad spectrum of solid state materials characterization tools provides effective and direct discoveries of materials related problems. Appropriate materials selection for design applications is a specialty. Electrochemical Corrosion causes and prevention have been investigated continuously for the past 30 years.
- Strong expertise in optical characterization methods, as well as in-depth, hands-on experience utilizing Scanning Electron Microscopy, Transmission Electron Microscopy, Electron Probe Microanalysis, and several spectroscopic methods, including both wavelength and energy dispersive elemental analysis methods in both X-ray microanalysis and X-ray fluorescence analysis.
- Qualified Expertise in Industrial Hygiene and Environmental problem solving are the direct result of hands on analytical services responsibilities conducted over the past 30 years.
- Noble Metal assaying by wet chemical, pyrometallurgical, and instrumental methods have been a specialty for over 20 years.
- Extractive Metallurgy in the area of Ore Processing and Mineral extraction techniques have been applied extensively over the past 25 years.
- See attached list of analytical and materials characterization methods with which hands-on expertise is offered.

### EXPERIENCE:
**1987 - Present**
Failure Analysis, Metallurgical and Mechanical Engineering Consultant and Analytical Specialist in the San Francisco Bay Area. Technical and analytical problem solving in both industrial and research areas. Approximately half time is spent in litigation related matters and the remainder involving short term project work. Plaintiff and Defendant work load is approximately equal.

**1975 - 1987**
Founded a commercial analytical laboratory in Livermore, CA. Materials Microanalysis

Exhibit 2
page 4 of 7

Associates performed Metallographic and Electron Microscopy using optical and Electron Microscopies as well as several X-ray Spectroscopies in the analysis and characterizations of materials.

**1990 - 1992**
Jadeite Development Corp., Fernley, NV. Project Manager for the development of a moderate temperature pyrometallurgical process for metal extraction based on chlorination chemistry and vapor transport phenomena.

**1989 - 1990**
E-Beta Services, Inc., Palo Alto, CA. Developed and constructed a production line for the sterilization of medical supplies and the irradiation of certain fruits and other food stuffs to prolong shelf life of the products, based on irradiation with a 5 MEV Linear Accelerator (LINAC).

**1989 - 1990**
Big One Industries, Las Vegas, NV. Project Manager for the development of an environmentally acceptable production smelting system for the concentration and processing of sulfide ores.

**1988 - 1989**
W. W. Resources, Inc., Littleton, CO. Project Manager for developing and testing of a prototype extraction system for a placer mining operation near Downieville, CA. Responsible for plant design, construction, plant performance evaluations, and property evaluations prior to production.

**1987 - 1988**
B. & B. Technologies, Inc., Hillsdale, MI. Co-founded this enterprise to develop and test a prototype ultra fine particle Fluid Bed Separator, which was solely invented. Project was co-funded by the Electric Power Research Institute (EPRI) for use in the pyritic desulfurization and removal of ash forming minerals in coal.

**1984 - 1988**
BEEM Laboratory, Livermore, CA. Founded this laboratory to provide analytical services and conduct research and development of advanced x-ray fluorescence methods for materials analysis. This project successfully developed several enhanced x-ray fluorescence methods that improved the detection of minor to trace levels of elements in materials by a factor of over 1000 times that of previous commercial levels, and remedied the effects of sample inhomogeneity that limited the utility of XRF methods in many applications.

**1980 - 1987**
Lawrence Livermore National Laboratory, Livermore, CA. Deputy Section Leader of the Surface Science and Materials Characterization Section in the Department of Chemistry from 1983 to 1987. Duties included the management of a staff of 40 professional scientists, engineers and technicians conducting both research and services in the

Exhibit 2
page 5 of 7

**PUBLICATIONS:**

1) "In Vivo Alterations in Enamel from Zinc Phosphate Cement containing Stannous Fluoride", JADA, 87, (1973), p1216, with C. L. Long et al.

2) "Formation of Films on Aluminum by Reaction with Water", ALUMINIUM, 52, (1976) p197, with B. R. Baker.

3) "Sealing of Anodic Oxide Films on Aluminum", ALUMINIUM, 52, (1976) p241, with B. R. Baker et al.

4) "Using Electron Optical Techniques to Solve Problems in Paint Finishing", PLATING AND SURFACE FINISHING, 66, (1979) p42, with B. R. Baker.

5) "Energy-Beam Processing Studies on Ta/U and Ir/Ta Systems", MAT. RES. SOC. SYMP. PROC., 23, (1984) p763, E. N. Kaufmann et al.

In addition, several reports dealing with Weapons Materials and Components are published as Classified Documents at Lawrence Livermore National Laboratories as UCRL Reports.

**REFERENCES:**
References available upon request.

Exhibit 2
page 6 of 7

characterizations of materials for the Weapons Programs at LLNL, most of which was Classified. Technical support was also provided most of the major energy and related programs at the laboratory.

Section Leader of the Materials Characterization Section in the Chemistry Department from 1980 to 1983. Duties included the management of a staff of 30 professional scientists, engineers, and technicians in support of Weapons Programs as well as Energy and related projects at the laboratory.

**1971 - 1980**
Kaiser Aluminum and Chemical Corp., Pleasanton, CA. Group Leader of Electron Optics/Analytical Research Department, as an Aluminum Metallurgist. Managed a staff of five professionals conducting materials development programs using Electron Optics tools to support all major corporate programs in both research and plant support. Failure Analysis and Extraction Process troubleshooting was a primary duty of this group. Other areas supported include Aluminum Alloy Development, Refractory Products Development, Raw Materials (bauxite) research, Specialty Products Development (alumina catalyst substrates), Corrosion of Aluminum and its Alloys, and Finishing of Aluminum (coatings and thin films).
Staff Research Scientist from 1967 to 1970.

**1969 - 1971**
Marquette University, Milwaukee, WI. PH. D. Program in Metallurgy and Materials Science. Instructor in ferrous and non-ferrous metallurgy and undergraduate materials science courses while attending the university.

**EDUCATION:**
B.S.M.E.     Marquette University,     1964
Mechanical Engineering and Metallurgy/Materials Science

M.S.M.E.     Marquette University     1967
Mechanical Engineering and Metallurgy/Materials Science

PH. D.       Marquette University     1971
Mechanical Engineering and Metallurgy/Materials Science

**TECHNICAL SOCIETIES:**
American Society for Metals
Electron Microscopy Society of America
Microbeam Analysis Society
American Ceramics Society
Society for Applied Spectroscopy
Northern California Society for Electron Microscopy

Exhibit 2
page 7 of 7