1    John B. Thorsness, Esq.
2    Linda J. Johnson, Esq.
     CLAPP, PETERSON, VAN FLEIN,
3    TIEMESSEN & THORSNESS, LLC
     711 H Street, Suite 620
4    Anchorage, Alaska  99501
     (907) 272-9272
5    usdc-anch-ntc@cplawak.com
6    Attorneys for Defendant Unocal Alaska

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                    FOR THE DISTRICT OF ALASKA

11   LAWRENCE H. GROVE, CYNTHIA
     GROVE, SARAH GROVE, and MICHAEL
12   GROVE (DOB 1/21/88) by and through his
     father LAWRENCE H. GROVE,

13
                          Plaintiffs,
14
          vs.
15                                              Case No. 3:04-cv-0096-TMB

16   UNOCAL CORPORATION,

17                          Defendant.

18                **UNOPPOSED MOTION FOR EXTENSION OF TIME**

19           Defendant Unocal Corporation moves for an extension of time to reply to

20   Plaintiffs' Opposition to Unocal's Motion for Partial Summary Judgment on Punitive

21   Damages [dockets 209, 229] and Plaintiffs' Supplemental Opposition to Unocal's

22

23   Motion for Partial Summary Judgment on Punitive Damages (defendant's replies

24   are currently due October 26, 2007).  Defendant requests an extension until

25   November 16, 2007 to file its replies to the above-named oppositions.  Plaintiffs'

26

UNOPPOSED MOTION FOR EXTENSION OF TIME
*Grove v. Unocal,* Case 3:04-cv-0096-TMB                                    Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

1

counsel has been contacted and does not oppose an extension to November 16,

2

2007 for these replies.

3

DATED at Anchorage, Alaska, this ____25th____day of October 2007.

4

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC

5

Attorneys for Defendant Unocal

6

7

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC

8

711 H Street, Suite 620

9

Anchorage, AK  99501-3454
Phone:  (907) 272-9631

10

Fax:  (907) 272-9586
Direct email:  jtb@cplawak.com

11

Alaska Bar No. 8911070

12

13

Certificate of Service

14

I hereby certify that on October 25, 2007, a copy of the foregoing document was
served electronically on Phillip P. Weidner, Esq.

15

16

s/ Linda J. Johnson

17

18

19

20

21

22

23

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586