UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNOCAL CORPORATION,<br><br>　　　　　Defendant. | Case No.  3:04-CV-00096-TMB-DMS |

MINUTE ORDER FROM CHAMBERS
RE: Hearings

October 30, 2007

**1) Status Hearing re: Discovery and Plaintiffs' Renewed Motion for Protective Order [Doc. 201]**

It is HEREBY ORDERED that a status hearing regarding discovery shall be held on Tuesday, November 13, 2007 at 1:00 p.m. in Courtroom 5 before U.S. Magistrate Judge Deborah M. Smith.  The parties should be prepared to discuss:

- The discovery activities that took place after June 29, 2007;

- The status of the discovery materials discussed in Plaintiffs' Renewed Motion for Protective Order [Doc. 201];

- The Plaintiffs' financial records and juvenile records obtained by Defendant through discovery and the extent, if any, to which those documents have

1

- been shared with parties outside of litigation; and
- The Plaintiffs' financial records and juvenile records that have been filed with the court as part of any pre-trial motions.

Each party will have 15 minutes for presentation of relevant evidence and arguments.

**2) Evidentiary Hearing and Oral Argument Re: Plaintiffs' Motion for Sanctions [Doc. 203]**

It is HEREBY ORDERED that an evidentiary hearing and oral argument regarding Plaintiffs' Motion for Sanctions [Doc. 203] shall be held on Tuesday, November 13, 2007 following the status hearing on discovery. The parties should be prepared to discuss and provide any relevant evidence regarding the following matters:

- Which subpoenas were served without notice to opposing counsel?
- Which depositions were cancelled with little or no notice to opposing counsel?
- Which subpoenas were <u>served</u> outside of the District of Alaska and more than 100 miles from the place of the deposition?
- Which deposition subpoenas required a party to travel to a place more than 100 miles from the place where that person resides, is employed, or regularly transacts business in person?
- Which subpoenas failed to include the text of Rule 45(c)-(d) of the Federal Rules of Civil Procedure?
- Which subpoenas were served after June 29, 2007?

- What were the costs of each party in preparing for or responding to this Motion for Sanctions [Doc. 203]?

Each party will have 20 minutes for presentation of relevant evidence and arguments.

**3)    Oral Argument Re: Plaintiffs' (Renewed) Rule 37 Motion for Order Compelling Disclosure/Discovery [Doc. 163].**

The court having considered Plaintiffs' Request for Oral Argument re: Plaintiffs' (Renewed) Rule 37 Motion for Order Compelling Disclosure/Discovery [Doc. 198], it is HEREBY ORDERED that Plaintiffs' request for oral argument at Doc. 198 is GRANTED. Oral argument regarding Plaintiffs' (Renewed) Rule 37 Motion for Order Compelling Disclosure/Discovery [Doc. 163] will be held on Tuesday, November 13, 2007 immediately following the oral argument/evidentiary hearing for Doc.203.

Each party will have 20 minutes for presentation of relevant evidence and arguments. After each side uses their allotted time, the court will continue the hearing on this motion if 20 minutes is determined to be an insufficient amount of time to fully present evidence and arguments on this motion.

**4)    Oral Argument re: Defendant's Motion for Rule of Law and Plaintiffs' Opposition Thereto. [Doc. 117].**

The court having considered Plaintiffs' Request for Oral Argument re: Defendant's Motion for Rule of Law and Plaintiffs' opposition thereto [Doc. 170], it is HEREBY ORDERED that Plaintiffs' request for oral argument at Doc. 170 is GRANTED.  Oral

argument regarding Defendant's Motion for Rule of Law [Doc. 117] will be held on Tuesday, November 13, 2007 immediately following the oral argument for Doc.163. The parties shall be prepared to discuss in detail:

- All of Defendant's five requests set forth in its Motion for Rule of Law;
- Each party's position on the right of an adult child to bring a loss of consortium claim in the State of Alaska (supported by any Alaska Supreme Court decisions, "other [Alaska] state-court decisions, well-reasoned decisions from other jurisdictions, and any other available authority to determine the applicable state law." Home Indemnity Co. v. Lane Powell Moss & Miller, 43 F.3d 1322 (9th Cir. 1995)).

Each party will have 20 minutes for presentation of relevant evidence and arguments.

**Entered at the direction of the**
**Honorable Deborah M. Smith, United States Magistrate Judge**

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.