Phillip P. Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>   Plaintiffs,<br><br>   vs.<br><br>UNOCAL CORPORATION,<br><br>   Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**NOTICE OF CONFLICT AND REQUEST TO RESCHEDULE** |

   COMES NOW Plaintiffs and hereby notify this Court that counsel for plaintiffs has a trial starting November 13, 2007, and therefore requests that the oral argument on a number of pending motions now scheduled for November 13, 2007, be rescheduled for a later date.

   RESPECTFULLY SUBMITTED this 12th day of October, 2007.

                        WEIDNER & ASSOCIATES, INC.
                        Counsel for Plaintiffs


                        /s/ Phillip P. Weidner
                        330 L Street, Suite 200
                        Anchorage, AK  99501
                        Phone (907) 276-1200
                        ABA No. 7305032

1

CERTIFICATE OF SERVICE
I hereby certify that on November 5, 2007 a copy of the foregoing **Notice of Conflict and Request to Reshedule** was served electronically on Linda Johnson at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Phillip P. Weidner