John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

## **UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Unocal Corporation moves for an extension of time to reply to Plaintiffs' Opposition to Unocal's Motion for Partial Summary Judgment on Punitive Damages [dockets 209, 229] and Plaintiffs' Supplemental Opposition to Unocal's Motion for Partial Summary Judgment on Punitive Damages (defendant's replies are currently due November 16, 2007). Defendant requests an extension until November 30, 2007 to file its replies to the above-named oppositions. Plaintiffs'

counsel has been contacted and does not oppose an extension to November 30, 2007 for these replies.

    DATED at Anchorage, Alaska, this   15th   day of November 2007.

                        CLAPP, PETERSON, VAN FLEIN,
                        TIEMESSEN & THORSNESS, LLC
                        Attorneys for Defendant Unocal

                        s/ Linda J. Johnson
                        CLAPP, PETERSON, VAN FLEIN,
                        TIEMESSEN & THORSNESS LLC
                        711 H Street, Suite 620
                        Anchorage, AK  99501-3454
                        Phone:  (907) 272-9631
                        Fax:  (907) 272-9586
                        Direct email:  jtb@cplawak.com
                        Alaska Bar No. 8911070

<u>Certificate of Service</u>

I hereby certify that on November 15, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

                        s/ Linda J. Johnson