John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, | |
|---|---|
| Plaintiffs, | |
| vs. | Case No. 3:04-cv-0096-TMB |
| UNOCAL CORPORATION, | |
| Defendant. | |

**(Proposed)**
**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME**

The court having considered defendant's Unopposed Motion for Extension of Time, dated November 30, 2007,

IT IS HEREBY ORDERED that defendant's motion is GRANTED. The deadline for defendant to file its replies to Plaintiffs' Opposition to Unocal's Motion for Partial Summary Judgment on Punitive Damages and to Plaintiffs' Supplemental

Opposition to Unocal's Motion for Partial Summary Judgment on Punitive Damages is November 30, 2007.

DATED at Anchorage, Alaska this _____ day of _____ 2007.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

### Certificate of Service

I hereby certify that on November 15, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

<u>s/ Linda J. Johnson</u>

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME
*Grove v. Unocal,* Case 3:04-cv-0096-TMB                                                            Page 2 of 2