Page 2                                                                    Wed Apr 9, 2003 8:29am
Unocal 76 Incorporated                                                    Inspection Nr. 305757577

| Coverage Information/Additional Comments |

### SAFETY NARRATIVE

Site Location:    909 W. 9th. Ave Anchorage Ak 99519
                  Rooftop Mechanical Room (penthouse)

Employer:         Unocal 76 Inc.
                  909 W. 9th. Ave.
                  Anchorage, Ak. 99519-6247
                  Telephone  907-263-7393
                  Fax        907 263 7393

Roxanne Sinz      Manager, Public Affairs           Unocal
Paul Crabbe       Building Maintenance Technician,  Unocal
Ken Burns         Safety Consultant                 Unocal
Tom Scanlon       OSHA

On Thursday February 27th I was assigned to conduct an inspection at the Unocal Corporate Office Building located at 909 West Anchorage Ave. Anchorage AK by Sue Lynn Hight (acting) Assistant Chief, OSHA Enforcement Section. A formal complaint had been filed by a Siemens Building Technology employee. Siemens is a maintenance service company specializing in HVAC systems. Siemens has serviced the Unocal HVAC system since July 1994. The complaint alleged that Siemens employees were exposed to fall hazards when replacing HVAC filters at the Unocal building. The complaint states that the employees used non-approved scaffolding when replacing filters.

On Monday March 2, 2003 Mr. Lee Zhao, CHSO trainee, and I conducted an opening conference with Siemens management. After a brief opening conference we proceeded to the Unocal building to begin the inspection. At the Unocal office we met Ms. Roxanne Sinz and Mr Ken Burns. Explained the purpose of our visit.

Ms. Sinz and Mr Burns accompanied us to the work site in question. Began inspection, photographed the work site and completed the inspection.

On March 5th OHSA made the following decisions: The work site was to be considered a multi employer location. Unocal Alaska was the creating employer for this complaint. And the structure in question was a work platform and not a scaffold.

On Thursday March 6th I conducted and opening conference with Ms. Roxanne Sinz, Manager, Public Affairs and Communication. Ms. Sinz has the responsibility for Unocal Office Building Maintenance. She had just been assigned this responsibility the previous week. Discussed all of the items on the pre-inspection check list and inspection guide lists.

Requested copies of the OSHA 200/300 logs for 200,2001, 2002, safety program and any pertinent safety committee minutes.

Ms. Sinz and Mr. Crabbe accompanied me to the Rooftop Mechanical Room (penthouse) to take additional pictures. Interviewed Mr. Crabbe.

At this time I requested a current copy of the Unocal Siemens Service Contract.

The following individuals were interviewed during the inspection process:
Brent Davies, Pipefitter,    Siemens
Larry Groves, Pipefitter,    Siemens
Dan Hartan, Bldg Maint Tech, Unocal    (former)
Charles Arnet, Bldg Maint Coordinator, Unocal (former)
Paul Crapps, Bldg Maint Tech, Unocal    (currently)
Archie Cook, Uncocal Human Resources Mgr with responsibility for Bldg Maint for the previouse three and a half years.

EXHIBIT  H
PAGE  1  OF  1

The day after the inspection Ms. Sinz directed Paul Crabbe to dismantle the work platform and to remove a step ladder that was used to access the platform.

On September 9th 2002 the work platform had collapsed while a Siemens employee was standing on it while replacing filters. Unocal Mgt. directed Paul Crabbe, Unocal Building Maintenance Technician to replace the platform after it had collapsed.

The Siemens/Unocal Service Contract, dated May 31, 2000 stated in Article 6, Customer Responsibilities: "Customer (Unocal) will be solely responsible any removal, replacement, or refinishing of the building structure or finishes that may be required to gain access to the Equipment.