Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and
MICHAEL GROVE (DOB 1/21/88)
by and through his father
LAWRENCE H. GROVE,

    Plaintiffs,

vs.

UNOCAL CORPORATION,

    Defendant.
_____/
Case No. A04-0096 CV(JKS)

VIDEOTAPED DEPOSITION OF LAWRENCE H. GROVE

Pages 1 - 158, inclusive

Friday, November 12, 2004, 10:42 a.m.

Anchorage, Alaska

EXHIBIT 1
PAGE 1 OF 2

Lawrence H. Grove          Deposition          November 12, 2004

Page 106

1  handrails?
2     MR. COHN: Are we talking about before the
3  accident?
4     MR. MARTIN: Before the accident.
5     THE WITNESS: Only after -- only after the
6  accident. When I talked to the guy at OSHA, you know,
7  they had some difficulty even determining, you
8  know, what they were going to call it. They were going
9  to call it a platform, or they were going to call it a
10 scaffold. But prior to that, that's the first time I
11 ever heard that there were requirements for it.
12 BY MR. MARTIN:
13    Q. Did you union -- and I may have asked you
14 this, but did your union, 367, did that -- did it have
15 any requirements for safety training?
16    A. None that I'm aware of.
17    Q. Okay.
18    A. We have a first aid card. We're required as
19 a -- to carry a CPR card and a first aid card and keep
20 them up to date.
21    Q. Did you, at any -- at any of your other
22 jobs, engage in regular safety meetings?
23    MR. COHN: What do you mean by "regular"?
24 Weekly? Monthly?
25 BY MR. MARTIN:

Page 107

1     Q. You tell me. Monthly, weekly, annually.
2  What do you define "regular" as?
3     A. Depending on the employer -- like when we
4  work for Alyeska Pipeline, they would have them every
5  morning before the job. You would get your hot
6  permits. If you're working in there with
7  hydrocarbons, you have to get electrically intristic
8  safety cords. And they would discuss where you're
9  working and -- and be job-specific. But that was
10 about the only time there that there was anything
11 where there was a regular program by an employer.
12    Q. Did -- did the other -- your other prior
13 employers, did they have safety manuals, if you
14 recall?
15    A. Not that I -- not that I know of, or I
16 wouldn't even know where to look.
17    Q. Okay.
18    A. They had safety bulletins basically just
19 like Siemens' program. I'm assuming there's a company
20 out there that goes to Siemens or to Johnson's and,
21 hey, look, they got these little safety letters, you
22 know. This is what it would cost for us to send them
23 to your employees. That's -- Johnson Controls has
24 something similar to that.
25    MR. MARTIN: Okay. Let's go ahead and

Page 108

1  change your tape and take a break.
2     THE VIDEOGRAPHER: Thank you. Let me
3  conclude tape one, and move off record at 12:47.
4        (Recess taken.)
5     THE VIDEOGRAPHER: We're on record at 12:55,
6  beginning tape two.
7  BY MR. MARTIN:
8     Q. Mr. Grove, you -- you said that prior to
9  this accident you didn't have any reason to suspect
10 that this scaffolding was in any danger of busting?
11    A. That's correct. I figured it had been there
12 that long. Held up guys bigger than me.
13    Q. Okay. Again, at that time, though, you
14 didn't know how long it had been there. Is that
15 right?
16    A. No, I did not.
17    Q. Okay. You never saw any -- any bolts
18 popping out, anything of that nature to cause you to
19 suspect that it might be in danger of busting?
20    A. The lighting is not all that good in there.
21 I mean, you could look at things, but the lighting --
22 they've only got one light in there.
23    Q. So you -- did you ever perform inspections
24 of this scaffolding?
25    A. Not part of my job description. My job was

Page 109

1  in there to change the filters, get the job done, and
2  get on my next -- next task.
3     Q. But the scaffolding was there for one
4  purpose and one purpose only, in your opinion?
5     A. Yes.
6     Q. And that was to change air filters?
7     A. Change air filters.
8     Q. Okay. But you never inspected this
9  scaffolding?
10    A. Not in detail.
11    Q. Okay.
12    A. I mean, you look at it, and you walk by it.
13    Q. Just in passing?
14    A. Yeah, just in passing.
15    Q. Do you have any reason to believe that
16 anyone else ever inspected the scaffolding?
17    A. I have no idea if it ever was.
18    Q. Okay.
19    A. What the safety stuff that Unocal provides,
20 I mean, before I could light a torch in the building,
21 hot -- have to get a hot permit. We have to disarm --
22 Unocal had a pretty set thing. I figured that they
23 keep up on their stuff.
24    Q. Okay.
25    A. Even before a generator test, you have to

28 (Pages 106 to 109)

Alaska Stenotype Reporters

EXHIBIT     I
PAGE  2  OF  2

c5ba6c6f-7dc8-4b98-b201-7251152cbf6f