John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

## REQUEST FOR ORAL ARGUMENT

Defendant Unocal Corporation requests, pursuant to Local Federal Rule 7.2(a), oral argument on defendant's Motion for Partial Summary Judgment on Punitive Damages (filed at docket 209).  The undersigned counsel certifies that, as evidenced by the briefing, the parties are unable to resolve the matter and, in her opinion, oral argument on this motion is necessary.

REQUEST FOR ORAL ARGUMENT (on MPSJ on Punitive Damages)
*Grove v. Unocal,* Case 3:04-cv-0096-TMB                                                                                      Page 1 of 2

DATED at Anchorage, Alaska, this ___30th___ day of November 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service

I hereby certify that on November 30, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson