```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

   LAWRENCE H. GROVE, et al   vs.       UNOCAL

BEFORE THE HONORABLE DEBORAH M. SMITH   CASE NO. 3:04-CV-00096-TMB

DEPUTY CLERK/RECORDER: LINDA CHRISTENSEN

APPEARANCES:   PLAINTIFF: PHILLIP PAUL WEIDNER, MICHAEL COHN

               DEFENDANT: JOHN B. THORSNESS, LINDA J. JOHNSON

PROCEEDINGS: EVIDENTIARY HEARING/ORAL ARGUMENT ON MOTION FOR
             SANCTIONS (DKT 203) FOLLOWED BY ORAL ARGUMENT ON
             MOTION TO COMPEL (DKT 163) FOLLOWED BY ORAL
             ARGUMENT ON MOTION FOR RULE OF LAW (DKT 117) AND
             STATUS HEARING RE: DISCOVERY AND PLAINTIFFS'
             RENEWED MOTION FOR PROTECTIVE ORDER (DKT 201)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:33 a.m. court convened.

Arguments heard.

Plaintiff to file certification with the court that the parties have met and conferred.

At 10:28 a.m. court recessed until 10:36 a.m.

The court directed that any checks previously filed be substituted with checks where the account number has been redacted.

The following orders were issued related to the Motion for Protective Order (Dkt 201):

Financial records should be made available solely to the court, parties, and experts retained by the parties. Financial records attached to non-dispositive motions should be filed under seal. Financial records filed publicly as attachments to dispositive motions or as trial exhibits must have all account numbers and

CONTINUED ON PAGE 2

DATE:    DECEMBER 7, 2007        DEPUTY CLERK'S INITIALS: lc

Revised 6/18/07

```
                LAWRENCE H. GROVE, ET AL VS. UNOCAL
                         3:04-cv-00096-TMB
          EVIDENTIARY HEARING/ORAL ARGUMENT ON MOTION FOR
         SANCTIONS (DKT 203) FOLLOWED BY ORAL ARGUMENT ON
              MOTION TO COMPEL (DKT 163) FOLLOWED BY ORAL
          ARGUMENT ON MOTION FOR RULE OF LAW (DKT 117) AND
              STATUS HEARING RE: DISCOVERY AND PLAINTIFFS'
             RENEWED MOTION FOR PROTECTIVE ORDER (DKT 201)
                                 Page 2
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

social security numbers redacted.  No account numbers or social security numbers can be provided in court filings.

Juvenile records are to remain under seal and counsel may only refer to juveniles by initials in any public filings.  Counsel to make application to the court before any juvenile records are made public at trial or as attachments to dispositive pleadings.

Parties directed to 1) submit simultaneously any filings desired by the parties to clarify or identify further sources of authority for arguments made during the hearing within 7 days and 2) file notice with the court regarding location in the record where certain evidence can be found within 7 days.

On Motion for Rule of Law (Dkt 117) parties directed to provide simultaneous supplemental briefing by January 14, 2008 on the issue of an adult child's right to a loss of consortium claim for injuries to a parent.

Court advised counsel any request to re-open discovery should be made in written form.

At 12:01 p.m. court adjourned.

DATE:      DECEMBER 7, 2007         DEPUTY CLERK'S INITIALS: lc

Revised 6/18/07