John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

### NOTICE OF FILING SUBSTITUTION EXHIBIT
### RE: DOCKET 143

On December 7, 2007, Evidentiary Hearing and Oral Argument was held on five pending motions before the court. In the Minutes of those proceedings issued December 7, 2007, the court directed that "any checks previously filed be substituted with checks where the account number has been redacted" and that "financial records filed publicly as attachments . . . must have all account numbers and social security numbers redacted." During the hearing, the court likewise ordered that counsel file

substitution documents for any previously filed without the above-described personal information redacted.

Accordingly, defendant Unocal Corporation, by and through counsel, herewith files *redacted* copies of Exhibit E (6 pgs) to defendant Unocal's "Opposition to Motion for Protective Order" (filed at docket 143 on 3/1/07 [and relating to the motion at docket 136]) in substitution for the originally filed exhibit.

DATED at Anchorage, Alaska, this ___14th___ day of December 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service

I hereby certify that on December 14, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson