**CIRCUS CIRCUS**
R E N O
An MGM MIRAGE Property
circusreno.com

February 20, 2007

Victoria LB Homan, CLA
Clapp Peterson, Van Flein, Tiemessen & Thorsness
711 H Street, Suite 620
Anchorage, AK 99501

Dear Victoria LB Homan, CLA,

Pursuant to the attached subpoena please find the enclosed records you requested.

Sincerely,

Heather Koehler
Claims Coordinator
Circus Circus Reno – An MGM Mirage Property

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: 2/21/07
6200-1
Distribution: JBT, LJJ, VBH
FYI: originals to VBH

EXHIBIT E
PAGE 1 OF 6

302638

500 NORTH SIERRA STREET • RENO, NV 89503 • (775) 329-0711 • CIRCUSRENO.COM

```
#3710  CR                    Display Customer Trip              11:08    2/13/07

GROVE, LAWRENCE H.              D.O.B.: ████              Customer #: 11547409
TALKEETNA       AK 99676 0437                             Customer #:
                                                          Date Estab: 1/29/03

Confirmed?: ___ (Y=Yes)
    Arrive: 1/21/04    _____
    Depart: 1/25/04    _____

    Comp Code: _____   Group Code: _____   Selection Job#: _____
    Room Type: _____   _____
Guest Services:        _____
 Misc Remarks:         _____

Play Action      --Pit--    --Slots--    --Other--    Comp Totals   Event Totals
Hrs Ply/Rt:      2.2 10     5.9 10        .0 10      Room.:   192   Room.:
Total In..:         0       3,198            0       F & B:         F & B:
Total Out..:        0       2,502            0       Misc.:         Misc.:
Jackpots..:                     0            0       Trans:         Trans:
Est. W/L..:         0         695-           0                      Event:
Theo Win..:        18         291            0       Total:   192   Total:

F3=Exit    F7=Pit    F8=Slot    F9=Other    F10=Comps    F11=Events    F12=Cancel
```

EXHIBIT E
PAGE 2 OF 6

302648

```
#3710  CR                   Display Customer Trip              11:08   2/13/07

GROVE, LAWRENCE H.            D.O.B.: ████               Customer #:  11547409
TALKEETNA       AK 99676 0437                            Customer #:
                                                         Date Estab:  1/29/03

Confirmed?:      (Y=Yes)
     Arrive: 1/29/03    _____
     Depart: 1/31/03    _____

     Comp Code: _____   Group Code: _____    Selection Job#: _____
     Room Type: _____                        _____
 Guest Services: _____                        _____
  Misc Remarks: _____                        _____

Play Action    --Pit--    --Slots--    --Other--   Comp Totals   Event Totals
Hrs Ply/Rt:     .0 00       6.7 10       .0 10    Room.:         Room.:
Total In..:       0         8,793          0     F & B:         F & B:
Total Out.:       0         8,127          0     Misc.:         Misc.:
Jackpots..:                   498          0     Trans:         Trans:
Est. W/L..:       0           167-         0                    Event:
Theo Win..:       0         1,170          0     Total:         Total:

F3=Exit    F7=Pit    F8=Slot    F9=Other    F10=Comps    F11=Events    F12=Cancel
```

E
PAGE 3 OF 6                                           302647

```
#3710   CR                     Display Customer Trip              11:07    2/13/07

GROVE, LAWRENCE H.              D.O.B.: ▇▇▇▇▇         Customer #:  11547409
TALKEETNA      AK 99676 0437                          Customer #:
                                                      Date Estab:  1/29/03
Confirmed?:  _ (Y=Yes)
    Arrive: ‾1/25/05    _____
    Depart:  1/27/05    _____

     Comp Code: _____   Group Code: _____   Selection Job#: _____
     Room Type: ____    _____
 Guest Services:        _____
   Misc Remarks:        _____

Play Action    --Pit--    --Slots--   --Other--    Comp Totals    Event Totals
Hrs Ply/Rt:    1.9 10     1.7 10       .0 10    Room.:          Room.:
Total In..:      0        1,154         0       F & B:          F & B:
Total Out.:      0          899         0       Misc.:          Misc.:
Jackpots..:                   0         0       Trans:          Trans:
Est. W/L..:      0          254-        0                       Event:  _____
Theo Win..:     17          103         0       Total:          Total:  _____

F3=Exit     F7=Pit     F8=Slot     F9=Other     F10=Comps   F11=Events   F12=Cancel
```

EXHIBIT __E__
PAGE __4 OF 6__        302649

```
#3710  CR                    Display Customer Trip              11:07   2/13/07

GROVE, LAWRENCE H.          D.O.B.: ████████      Customer #:  11547409
TALKEETNA     AK 99676 0437                       Customer #:
                                                  Date Estab:  1/29/03

Confirmed?:      (Y=Yes)
    Arrive: 1/19/06          _____
    Depart: 1/23/06          _____

    Comp Code: ____     Group Code: ____     Selection Job#: _____
    Room Type: ____                          _____
Guest Services: ____                         _____
  Misc Remarks: ____                         _____

Play Action      --Pit--      --Slots--    --Other--    Comp Totals   Event Totals
Hrs Ply/Rt:      1.8  10      15.4  10      .0  10    Room.:    85   Room.:
Total In..:         0          14,683         0       F & B:        F & B:
Total Out.:         0          13,270         0       Misc.:        Misc.:
Jackpots..:                         0         0       Trans:        Trans:
Est. W/L..:         0           1,413-        0                     Event:
Theo Win..:        51             944         0       Total:   85   Total:

F3=Exit    F7=Pit     F8=Slot    F9=Other    F10=Comps    F11=Events    F12=Cancel
```

EXHIBIT E
PAGE 5 of 6
302650

```
#3710  CR                    Display Customer Trip              11:07   2/13/07

GROVE, LAWRENCE H.           D.O.B.: ████                Customer #: 11547409
TALKEETNA      AK 99676 0437                             Customer #:
                                                         Date Estab:  1/29/03

Confirmed?: Y  (Y=Yes)
    Arrive: 1/24/07          _____
    Depart: 1/27/07          _____

    Comp Code: _____   Group Code: _____    Selection Job#: _____
    Room Type: ____                          _____
Guest Services: ____                         _____
 Misc Remarks: ____                          _____

Play Action       --Pit--    --Slots--    --Other--    Comp Totals   Event Totals
Hrs Ply/Rt:         1.8 8      7.0 5         .0       Room.:        Room.:
Total In..:             0      6,233           0      F & B:        F & B:
Total Out.:             0      5,344           0      Misc.:        Misc.:
Jackpots...:                       0           0      Trans:        Trans:
Est. W/L..:             0        889-          0                    Event:
Theo Win..:            55        698           0      Total:        Total:

F3=Exit    F7=Pit    F8=Slot    F9=Other    F10=Comps    F11=Events    F12=Cancel
```

EXHIBIT E
PAGE 6 OF 6

302651