# PHYSICIAN'S REPORT

ALASKA DEPARTMENT OF LABOR.
Alaska Workers' Compensation Board
P.O. Box 1149, Juneau, Alaska 99802

[X] INITIAL

CB151246

AWCB Case Number

1. Employee's Name (Last, First, Middle Initial): Grove, Lawrence H.
2. Insurer Claim No.:
3. Injury Date: 9, 9, 02
4. Address:
5. Sex: ☐ Male ☐ Female
6. Social Security Number: [redacted]
City   State   Zip Code   Telephone
7. Birthdate: [redacted]
8. Employer: Siemens Building Tech
9. Insurer: Travelers / Harbor
10. Address:
11. Address:
City   State   Zip Code   Telephone: Pam   563-2242
City   State   Zip Code   Telephone
12. Date Last Worked: 9/9/02
13. Was Body Part Injured Before? [X] NO ☐ YES If yes, when and describe
14. Describe Injury and Tell How it Happened: Center support of scaffolding broke. Fell 8 feet, landed on RT ankle
15. Have You Seen Any Other Doctor for this Injury? ☐ NO [X] YES If yes, list name and address: Dr (Kenneth) Laufer, Medical Park
16. Hospitalized as Patient? Name of Hospital: [X] NO ☐ YES
17. YOUR First Treatment Date: 9, 9, 02
18. Describe Complaints: Pain & swelling of RT ankle
22. Is Condition Work Related? ☐ NO [X] YES Explain: on scaffolding
☐ Undetermined (Explain):

---

September 11, 2002

RE: Grove, Lawrence H. #CB151246

NEW PROBLEM CHART NOTE
CHIEF COMPLAINT: Right ankle pain.
REQUESTING SOURCE: Kenneth Laufer, MD

RECEIVED SEP 27 2002
TIG ANCHORAGE

RECEIVED SEP 20 2002
HARBOR ADJ SVC

HISTORY OF PRESENT ILLNESS: This patient is a 49-year-old male whom I am asked to see by Dr. Laufer for a suspicion of a fracture and certainly a significant injury to the right ankle. Two days ago, the patient fell about eight feet off a scaffolding. He was seen by Dr. Laufer, who was impressed with the amount of ecchymosis and swelling, but no fracture was seen on x-rays. The patient was splinted appropriately and sent for orthopedic consultation.

The patient has no previous injuries to this foot and no previous functional problems. He does not feel like he is doing well with the Vicoprofen he is taking. The patient noted pain right away after the injury. He was able to walk on the foot right away, but it felt injured to him. He has developed significant swelling and bruising. He is not aware of any other injury but, on questioning, he does complain of some pain around the right knee.

The patient's past medical, surgical, and social history, as well as family history and review of systems, allergies, and medications, are reviewed and are as noted in the chart.

PHYSICAL EXAMINATION: No effusion is noted of the right knee and there is no tenderness. Good ligament stability. McMurray testing could not be performed. On the right leg, there is severe extensive ecchymosis from the mid-leg to the toes. Most of the swelling and ecchymosis is around the ankle joint. There is exquisite tenderness about the ankle joint, mid-foot, and distal leg. The Achilles tendon is intact. The ankle ligaments appear stable. No clinical deformity is noted. The forefoot is minimally tender. Peripheral circulation and nerve function is grossly normal, including pedal pulses and sensation.

Cont'd.--

36. IRS I.D. Number: 92-0039318
37. Physicians Name and Degree (Print or Type):
38. Physician's Signature: Nolan
39. Report Date: 9, 11, 02
40. Address: 3260 Providence Drive, Suite 200   Anchorage   AK   99508
41. Telephone: 563-3145

EXHIBIT O
PAGE 1 OF 2
200492

GROVE, LAWRENCE    #CB151246
9/11/02 (CONT'D)

DATA REVIEWED: Films of the right ankle, brought with the patient, are negative for fracture. AP, lateral, and oblique x-rays of the right foot were obtained in the office today. The films demonstrate suspicion of a fracture of the neck of the talus. There is no evidence of other significant bony injury. The ankle mortise is intact.

ASSESSMENT: Major soft tissue injury to right ankle with suspicion for talus fracture.

PLAN: The nature of the injury was discussed with the patient and his wife. I have recommended a well-padded short-leg cast. This was applied and instructions were given. Elevation is important for swelling control as well as gentle range of motion of the toes, straight leg raises, and low-dose aspirin to prevent deep venous thrombosis. For now, he is to be nonweightbearing and he is not able to work. He is to return in about 12 days for a cast change, examination of the foot, and repeat x-rays of the right foot for suspicion of a talus fracture. A prescription was given to the patient for Anexsia 7.5 mg, #24 tablets prescribed.

Declan R. Nolan, MD/jlv
September 11, 2002          REPORT OF X-RAYS          Grove, Lawrence H. #CB151246

EXAM: AP, lateral, and oblique x-rays of the right foot were obtained in the office today.

FINDINGS: The films demonstrate suspicion of a fracture of the neck of the talus. There is no evidence of other significant bony injury. The ankle mortise is intact.

IMPRESSION: Suspicion for nondisplaced fracture of the neck of the right talus.

READING DOCTOR: Declan R. Nolan, MD/jlv

EXHIBIT    O
PAGE  2  OF  2

200493