*Alaska Airlines*   Bank of America

0400000 0006607 0466283

BANK OF AMERICA
PO BOX 5270
CAROL STREAM IL 60197-5270

LAURENCE GROVE
CINDY GROVE
PO BOX 222253
ANCHORAGE AK 99522-2253

**Payment Coupon**

| | |
|---|---|
| Account Number | |
| New Balance | $ 4,662.83 |
| Past Due Amount | $ 0.00 |
| Payment Due Date | 08/09/02 |
| Total Minimum Payment Due | $ 66.07 |

Amount Enclosed $ _____

Make check or money order payable to Bank of America.

---

*Alaska Airlines*

LAURENCE GROVE
CINDY GROVE
**Account Number:**

Page 1 of 2

**Bank of America**

**Customer Corner**

IMPORTANT ACCOUNT UPDATE: EFFECTIVE AUGUST 1, 2002 THE ALASKA AIRLINES VISA PLATINUM CARD WILL NO LONGER OFFER THE ANNIVERSARY BENEFIT OF TWO BOARD ROOM PASSES. CURRENT NON-EXPIRED BOARD ROOM PASSES ARE STILL VALID. ALL OTHER BENEFITS REMAIN THE SAME.

### Your Alaska Airlines Visa Platinum Account

| | | | |
|---|---|---|---|
| Total Credit Line | $ 15,000.00 | Available Credit | $ 10,337.17 |
| Cash Limit | $ 15,000.00 | Available Cash | $ 10,337.00 |
| Overlimit Amount | $ 0.00 | Billing Date | 07/15/02 |
| Minimum Payment Due | $ 66.07 | Payment Due Date | 08/09/02 |

| | | | |
|---|---|---|---|
| 24-Hour Customer Service | 1.800.552.7302 | Pay online! Visit | |
| For Lost or Stolen Cards | 1.800.848.6090 | www.bankofamerica.com | |

### Monthly Summary of Alaska Airlines Credit Card Rewards

| | |
|---|---|
| Purchase Miles Earned This Period | 2,187 |
| Alaska Airlines Purchase Bonus | 539 |
| Promotional Miles and Adjustments | 0 |
| Miles Reported to Alaska Airlines | 2,726 |
| For Mileage Plan Information | 1.800.654.5669 |

### Transactions

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| JUN 17 | JUN 14 | 24846002167001170140017 | UPTOWN MOTEL        KENAI    AK | $ 109.73 |
| JUN 24 | JUN 20 | 24846002172001170200012 | UPTOWN MOTEL        KENAI    AK | $ 109.73 |
| JUL 01 | JUN 27 | 24445002179460705145605 | ABC WINE/SPIRITS #0098 CAPE CORAL FL | $ 686.86 |
| JUL 01 | JUN 29 | 24610432181004051102507 | SEARS ROEBUCK 1089  ANCHORAGE AK | $ 61.20 |
| JUL 02 | JUL 01 | 18281100000000038037230 | PAY BY PHONE PAYMENT | CR$ 4,000.00 |
| JUL 02 | JUN 30 | 24492802182510907015640 | ALASKA AIR 0272143619411SEATTLE WA | $ 538.50 |
| JUL 02 | JUN 30 | 24275302182753395847678 | HERTZ RENT-A-CAR    ORLANDO  FL | $ 222.19 |
| JUL 15 | JUL 12 | 24403692195900219500421 | JUNEAU TRAVELODGE   JUNEAU   AK | $ 459.20 |
| JUL 15 | JUL 15 | | PERIODIC FINANCE CHARGE | $ 56.07 |

304885

EXHIBIT __R__
PAGE __1__ OF __3__

*Alaska Airlines*

Bank of America

0200000 0006053 0480177

BANK OF AMERICA
PO BOX 5270
CAROL STREAM IL 60197-5270

LAURENCE GROVE
CINDY GROVE
PO BOX 222253
ANCHORAGE AK 99522-2253

**Payment Coupon**

| Account Number | |
|---|---|
| New Balance | $ 4,801.77 |
| Past Due Amount | $ 0.00 |
| Payment Due Date | 02/08/03 |
| Total Minimum Payment Due | $ 60.53 |

Amount Enclosed
$ _____

Make check or money order payable to Bank of America.

---

*Alaska Airlines*

LAURENCE GROVE
CINDY GROVE
**Account Number:**

### Your Alaska Airlines Visa Platinum Account

| Total Credit Line | $15,000.00 | Available Credit | $10,198.23 |
|---|---|---|---|
| Cash Limit | $15,000.00 | Available Cash | $10,198.00 |
| Overlimit Amount | $0.00 | Billing Date | 01/14/03 |
| Minimum Payment Due | $60.53 | Payment Due Date | 02/08/03 |

24-Hour Customer Service   1.800.552.7302    Pay online! Visit
For Lost or Stolen Cards   1.800.848.6090    www.bankofamerica.com

**Monthly Summary of Alaska Airlines Credit Card Rewards**

| Purchase Miles Earned This Period | 721 |
| Alaska Airlines Purchase Bonus | 1,146 |
| Promotional Miles and Adjustments | 0 |
| Miles Reported to Alaska Airlines | 1,867 |

For Mileage Plan Information   1.800.654.5669

**Bank of America**

**Customer Corner**

YOUR 2003 VISA BENEFITS AUTO RENTAL INSURANCE*-COVERAGE FOR COLLISION DAMAGE OR THEFT WITH CARD PURCHASE OF AUTO RENTAL. WARRANTY MANAGER*- DOUBLES THE MANUFACTURER'S WRITTEN U.S. WARRANTY UP TO ONE YEAR ON WARRANTIES OF THREE YEARS OR LESS. REGISTER YOUR PURCHASES BY PHONE OR ONLINE. *CERTAIN RESTRICTIONS AND CONDITIONS APPLY. FOR COMPLETE BENEFIT INFORMATION, GO TO WWW.VISA.COM/BENEFITS OR CALL 1.800.595.9928.

**Transactions**   View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| DEC 19 | DEC 17 | 24152592352150359294930 | AT&T WORLDNET SERVICE   800-4001447 NJ | $ 16.95 |
| DEC 24 | DEC 22 | 24493982357207226236092 | BROWN JUG WAREHOUSE #42 ANCHORAGE AK | $ 233.85 |
| DEC 26 | NOV 22 | 74019022360887359009992 | PURCHASE ADJUSTMENT | CR$ 1,102.00 |
| DEC 26 | NOV 22 | | FINANCE CHARGE ADJUSTMENT | CR$ 8.19 |
| DEC 31 | DEC 27 | 24492802364510912302025 | ALASKA AIR 0272146802989SEATTLE WA | $ 573.20 |
| DEC 31 | DEC 27 | 24492802364510912302033 | ALASKA AIR 0272146802990SEATTLE WA | $ 573.20 |
| JAN 06 | JAN 04 | 00485700000857016202022 | Payment - Thank you | CR$ 2,000.00 |
| JAN 06 | JAN 03 | 24423633004150510010008 | SUNSHINE GAS & FUEL   WILLOW AK | $ 27.00 |
| JAN 06 | JAN 03 | 24418003004004141252708 | STRATOS MOBILE NETWORKS I709-7484202 NE | $ 214.62 |
| JAN 09 | JAN 06 | 24492803008110006716378 | LUXOR ADV RM RESERVATIONSLAS VEGAS NV | $ 184.21 |
| JAN 14 | JAN 14 | | PERIODIC FINANCE CHARGE | $ 50.53 |

304897

EXHIBIT R
PAGE 2 OF 3

This is an electronic reproduction of the front side of your statement and does not contain the disclosures which were made on the reverse side of your original statement.

**Alaska Airlines**    **Bank of America**

0100000  0008321  087050b

BANK OF AMERICA
PO BOX 5270
CAROL STREAM   IL   60197-5270

LAURENCE GROVE
CINDY GROVE
PO BOX 222253
ANCHORAGE   AK   99522-2253

**Payment Coupon**

| Account Number | |
|---|---|
| New Balance | $ 8,705.06 |
| Past Due Amount | $ 0.00 |
| Payment Due Date | 04/08/03 |
| Total Minimum Payment Due | $ 83.21 |

Amount Enclosed

$

Make check or money order payable to Bank of America.

---

**Alaska Airlines**

LAURENCE GROVE
CINDY GROVE
**Account Number:** 

## Your Alaska Airlines Visa Platinum Account

| Total Credit Line | $ 15,000.00 | Available Credit | $ 6,294.94 |
|---|---|---|---|
| Cash Limit | $ 15,000.00 | Available Cash | $ 6,294.00 |
| Overlimit Amount | $ 0.00 | Billing Date | 03/14/03 |
| Minimum Payment Due | $ 83.21 | Payment Due Date | 04/08/03 |

24-Hour Customer Service    1.800.552.7302    Pay online! Visit
For Lost or Stolen Cards    1.800.848.6090    www.bankofamerica.com

**Bank of America**

**Customer Corner**

EARN 5,000 MILEAGE PLAN BONUS MILES ON YOUR NEXT ALASKA AIRLINES VACATION PACKAGE WHEN YOU BOOK ONLINE AT ALASKAAIR.COM. SEE ENCLOSED INSERT FOR DETAILS.

### Monthly Summary of Alaska Airlines Credit Card Rewards

| | |
|---|---|
| Purchase Miles Earned This Period | 1,614 |
| Alaska Airlines Purchase Bonus | 50 |
| Promotional Miles and Adjustments | 0 |
| Miles Reported to Alaska Airlines | 1,664 |
| For Mileage Plan Information | 1.800.654.5669 |

### Transactions   View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| FEB 17 | FEB 15 | 24164053047378000052387 | EXXONMOBIL34  07814965  ORLANDO   FL | $ 10.00 |
| FEB 17 | FEB 14 | 24445003047564028426549 | ABC WINE/SPIRITS #0089  GAINESVILLE FL | $ 286.19 |
| FEB 18 | FEB 16 | 24610433048072018105260 | BAYMONT INNS #714  LAKELAND   FL | $ 83.16 |
| FEB 18 | FEB 16 | 74275303048776097433031 | ALAMO RENT-A-CAR  ORLANDO   FL | CR$ 7.11 |
| FEB 19 | FEB 17 | 24152593049210324255429 | AT&T WORLDNET SERVICE  800-4001447 NJ | $ 16.95 |
| FEB 20 | FEB 19 | 24492803050510902199453 | ALASKA AIR  0270003116896SEATTLE   WA | $ 50.00 |
| FEB 21 | FEB 18 | 24418003051051064961007 | STRATOS MOBILE NETWORKS l709-7484202 NE | $ 29.06 |
| FEB 21 | FEB 19 | 24418003051051085086800 | STRATOS MOBILE NETWORKS l709-7484202 NE | $ 29.06 |
| FEB 27 | FEB 25 | 24610433057004032291287 | U.S. COMMEMORATIVE GAL.  330-494-4282 OH | $ 65.00 |
| MAR 03 | MAR 03 | 06285700000857016501240 | Payment - Thank you | CR$ 1,000.00 |
| MAR 05 | MAR 04 | 24717053063730631594727 | TNW FIREARMS INC  VERNONIA   OR | $ 625.00 |
| MAR 10 | MAR 07 | 24625733066462102380015 | EVALYN'S FLORAL  907-561-7322 AK | $ 85.00 |
| MAR 11 | MAR 09 | 24610433069072010572149 | WESTMARK FAIRBANKS HOTELSFAIRBANKS   AK | $ 341.28 |
| MAR 14 | MAR 14 | | PERIODIC FINANCE CHARGE | $ 73.21 |

304901

EXHIBIT  R
PAGE  3  OF  3

This is an electronic reproduction of the front side of your statement and does not contain the disclosures which were made on the reverse side of your original statement.