1   John B. Thorsness, Esq.
    Linda J. Johnson, Esq.
2   CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS, LLC
3   711 H Street, Suite 620
    Anchorage, Alaska  99501
4   (907) 272-9272
    usdc-anch-ntc@cplawak.com
5   Attorneys for Defendant Unocal Alaska

6

7               IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF ALASKA

9   LAWRENCE H. GROVE, CYNTHIA
    GROVE, SARAH GROVE, and MICHAEL
10  GROVE (DOB 1/21/88) by and through his
    father LAWRENCE H. GROVE,
11
            Plaintiffs,
12
13      vs.                                    Case No. 3:04-cv-0096-TMB

14  UNOCAL CORPORATION,

15          Defendant.

16

17           **NOTICE OF FILING SUBSTITUTION EXHIBITS**
                  **RE:  DOCKET 215**

18      On December 7, 2007, Evidentiary Hearing and Oral Argument was held on five

19  pending motions before the court.   In the Minutes of those proceedings issued

20  December 7, 2007, the court directed that "any checks previously filed be substituted

21  with checks where the account number has been redacted" and that "financial records

22  filed publicly as attachments . . . must have all account numbers and social security

23  numbers redacted."  During the hearing, the court likewise ordered that counsel file

24

25

26

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

substitution documents for any previously filed without the above-described personal information redacted.

Accordingly, defendant Unocal Corporation, by and through counsel, herewith files _redacted_ copies of Exhibit F (6 pgs) and Exhibit H (4 pgs) to defendant Unocal's "Opposition to Renewed Motion for Protective Order" (filed at docket 215 on 7/6/07 [and relating to the motion at docket 201])  in substitution for the originally filed exhibits.

DATED at Anchorage, Alaska, this ___14th___ day of December 2007.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service

I hereby certify that on December 14, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586