# CIRCUS CIRCUS
### R E N O
**An MGM MIRAGE Property**
circusreno.com

February 20, 2007

Victoria LB Homan, CLA
Clapp Peterson, Van Flein, Tiemessen & Thorsness
711 H Street, Suite 620
Anchorage, AK 99501

Dear Victoria LB Homan, CLA,

Pursuant to the attached subpoena please find the enclosed records you requested.

Sincerely,

*[signature]*

Heather Koehler
Claims Coordinator
Circus Circus Reno – An MGM Mirage Property

RECEIVED BY:
Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
Date Rec'd/Initials: 2/21/07
6200-1
Distribution: JBT, LJJ, VBH
FYI: originals to VBH

EXHIBIT F
PAGE 1 OF 6

302638

```
#3710   CR              Display Customer Trip              11:08    2/13/07

GROVE, LAWRENCE H.           D.O.B.:  ■■■■        Customer #:  11547409
TALKEETNA       AK 99676 0437                     Customer #:
                                                  Date Estab:  1/29/03
Confirmed?:  _  (Y=Yes)
    Arrive:  1/29/03       _____
    Depart:  1/31/03       _____

    Comp Code: ____    Group Code: _____    Selection Job#: _____
    Room Type: ____
 Guest Services: _____
  Misc Remarks: _____

Play Action      --Pit--    --Slots--    --Other--   Comp Totals    Event Totals
Hrs Ply/Rt:        .0 00      6.7 10       .0 10    Room.:         Room.:
Total In..:           0        8,793           0    F & B:         F & B:
Total Out.:           0        8,127           0    Misc.:         Misc.:
Jackpots..:                      498           0    Trans:         Trans:
Est. W/L..:           0          167-          0                   Event:
Theo Win..:           0        1,170           0    Total:         Total:

F3=Exit    F7=Pit    F8=Slot    F9=Other    F10=Comps    F11=Events    F12=Cancel
```

EXHIBIT  F
PAGE  2 OF 6

302647

```
#3710  CR                    Display Customer Trip           11:08    2/13/07

GROVE, LAWRENCE H.                D.O.B.: ▓▓▓▓▓        Customer #:  11547409
TALKEETNA       AK 99676 0437                          Customer #:
                                                       Date Estab:  1/29/03
Confirmed?: _  (Y=Yes)
   Arrive: 1/21/04  _____
   Depart: 1/25/04  _____

   Comp Code: ____   Group Code:          Selection Job#:
   Room Type: ____   _____
   Guest Services:   _____
   Misc Remarks:     _____

Play Action    --Pit--     --Slots--    --Other--    Comp Totals    Event Totals
Hrs Ply/Rt:    2.2 10      5.9 10        .0 10    Room.:     192   Room.:
Total In..:        0       3,198            0    F & B:            F & B:
Total Out.:        0       2,502            0    Misc.:            Misc.:
Jackpots..:                    0            0    Trans:            Trans:
Est. W/L..:        0         695-           0                      Event:
Theo Win..:       18         291            0    Total:     192   Total:

F3=Exit    F7=Pit    F8=Slot    F9=Other    F10=Comps    F11=Events    F12=Cancel
```

EXHIBIT _F_
PAGE _3_ OF _6_

302648

```
#3710   CR              Display Customer Trip           11:07   2/13/07

GROVE, LAWRENCE H.           D.O.B.: ■■■■         Customer #:  11547409
TALKEETNA      AK 99676 0437                      Customer #:
                                                  Date Estab:   1/29/03
Confirmed?:     (Y=Yes)
     Arrive: 1/25/05  _____
     Depart: 1/27/05  _____

     Comp Code: ____   Group Code: ____   Selection Job#: ____
     Room Type: ____  _____
 Guest Services:      _____
   Misc Remarks:      _____

Play Action    --Pit--   --Slots--   --Other--   Comp Totals   Event Totals
Hrs Ply/Rt:    1.9 10    1.7 10      .0 10    Room.:         Room.:
Total In..:        0     1,154           0    F & B:         F & B:
Total Out.:        0       899           0    Misc.:         Misc.:
Jackpots..:                  0           0    Trans:         Trans:
Est. W/L..:        0       254-          0                   Event:
Theo Win..:       17       103           0    Total:         Total:

F3=Exit    F7=Pit    F8=Slot    F9=Other    F10=Comps    F11=Events    F12=Cancel
```

EXHIBIT  F
PAGE  4 OF 6

302649

```
#3710   CR                    Display Customer Trip                 11:07    2/13/07

GROVE, LAWRENCE H.              D.O.B.: ████              Customer #:  11547409
TALKEETNA        AK 99676 0437                            Customer #:
                                                          Date Estab:  1/29/03

Confirmed?: ___ (Y=Yes)
    Arrive: 1/19/06   _____
    Depart: 1/23/06   _____

   Comp Code: _____    Group Code: _____    Selection Job#: _____
   Room Type: _____                           _____
Guest Services:       _____
 Misc Remarks:        _____

Play Action     --Pit--      --Slots--     --Other--    Comp Totals    Event Totals
Hrs Ply/Rt:     1.8  10      15.4  10       .0  10      Room.:   85    Room.:
Total In..:        0         14,683            0        F & B:         F & B:
Total Out.:        0         13,270            0        Misc.:         Misc.:
Jackpots..:                       0            0        Trans:         Trans:
Est. W/L..:        0          1,413-           0                       Event:
Theo Win..:       51            944            0        Total:   85    Total:

F3=Exit     F7=Pit     F8=Slot    F9=Other    F10=Comps    F11=Events    F12=Cancel
```

EXHIBIT  F
PAGE  5  OF  6

302650

```
#3710   CR                    Display Customer Trip              11:07    2/13/07

GROVE, LAWRENCE H.             D.O.B.: █████              Customer #:  11547409
TALKEETNA        AK 99676 0437                            Customer #:
                                                          Date Estab:  1/29/03
Confirmed?: Y  (Y=Yes)
    Arrive: 1/24/07          _____
    Depart: 1/27/07          _____

    Comp Code: _____    Group Code: _____    Selection Job#: _____
    Room Type: _____                          _____
Guest Services:                               _____
 Misc Remarks:                                _____

Play Action    --Pit--    --Slots--    --Other--    Comp Totals    Event Totals
Hrs Ply/Rt:     1.8 8       7.0 5         .0        Room.:         Room.:
Total In..:         0       6,233           0       F & B:         F & B:
Total Out.:         0       5,344           0       Misc.:         Misc.:
Jackpots..:                     0           0       Trans:  _____  Trans:
Est. W/L..:         0         889-          0                      Event:  _____
Theo Win..:        55         698           0       Total:         Total:

F3=Exit    F7=Pit    F8=Slot    F9=Other    F10=Comps    F11=Events    F12=Cancel
```

EXHIBIT **F**
PAGE **6** OF **6**

302651