
DDA Credits - 09/26/2006


DDA Credits - 09/26/2006


Transit - 09/26/2006


Transit - 09/26/2006


Transit - 09/26/2006


Transit - 09/26/2006


Transit - 09/26/2006


Transit - 09/26/2006


Transit - 09/26/2006

EXHIBIT ___H___
PAGE _1_ OF _4_

304315


DDA Credits - 10/12/2004


DDA Credits - 10/12/2004


Transit - 10/12/2004


Transit - 10/12/2004


Transit - 10/12/2004


Transit - 10/12/2004


Transit - 10/12/2004


Transit - 10/12/2004


Transit - 10/12/2004


Transit - 10/12/2004

EXHIBIT __H__
PAGE __2__ OF __4__

304402


DDA Credits - 09/17/2002


DDA Credits - 09/17/2002


Transit - 09/17/2002


Transit - 09/17/2002


Transit - 09/17/2002


Transit - 09/17/2002

EXHIBIT  H
PAGE  3  OF  4

304367

**PURITAN INTERNATIONAL LTD.**

1213

EXACTLY $250 AND 00 CTS

SUMMIT BANK

**PURITAN PRODUCTION VIDEOS, LTD.**

285

EXACTLY $250 AND 00 CTS

SOVEREIGN BANK FSB

**STATE OF ALASKA**
**ALASKA PERMANENT FUND DIVIDEND**
PFD Treasury Warrant

$****1963.66

Date of Issue: October 5, 2000

Pay to the Order of:

LAWRENCE H GROVE
PO BOX 22283
ANCHORAGE

EXHIBIT H
PAGE 4 OF 4

304063