Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNOCAL CORPORATION,<br><br>          Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**STIPULATION FOR EXTENSION OF TIME** |

COME NOW, plaintiffs and defendant, by and through counsel, and stipulate and agree, subject to Court Order, that both plaintiffs and defendant shall have until Tuesday, December 18, 2007 to file their supplemental briefings, as requested by U.S. Magistrate Judge Deborah M. Smith at Oral Argument on December 7, 2007.

RESPECTFULLY submitted this 14th day of December, 2007.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

1

        WEIDNER & ASSOCIATES, INC.
        Counsel for Plaintiffs


        <u>  /s/ Michael Cohn  </u>
        WEIDNER & ASSOCIATES, INC.
        330 L Street, Suite 200
        Anchorage, AK  99501
        Phone (907) 276-1200
        Fax (907) 278-6571
        E-mail:  nbackes@weidner-justice.com
        ABA No. 8506049


        CLAPP, PETERSON, VAN FLEIN, TIEMESSEN
        & THORSNESS, LLC
        Counsel for Defendant


        <u>/s/ Linda Johnson (by consent)</u>
        CLAPP, PETERSON, VAN FLEIN,
        TIEMESSEN & THORSNESS, LLC
        711 H Street, Suite 620
        Anchorage, AK  99501
        Phone (907) 272-9273
        Fax (907) 272-9586
        ABA No. 8911070


CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007 a copy of the foregoing Stipulation for Extension of Time was served electronically on Linda Johnson at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

<u>/s/ Michael Cohn</u>

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

2