Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB<br><br>**(PROPOSED) ORDER FOR STIPULATION FOR EXTENSION OF TIME** |

Upon stipulation of the parties to extend the time for plaintiffs and defendant to file supplemental briefing, as requested by U.S. Magistrate Judge Deborah M. Smith at Oral Argument on December 7, 2007, it is hereby ORDERED that the extension of time is GRANTED, and the parties shall have until December 18, 2007 to file said supplemental briefing.

1

2

DATED:_____   _____
U. S. Magistrate Judge Deborah M. Smith


CERTIFICATE OF SERVICE
I hereby certify that on December 14, 2007 a copy of the foregoing **(PROPOSED) ORDER FOR STIPULATION FOR EXTENSION OF TIME** was served electronically on Linda Johnson at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Michael Cohn