John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

## AFFIDAVIT OF LINDA J. JOHNSON

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

Linda J. Johnson, being duly sworn upon oath, deposes and states as follows:

1. I am an attorney licensed to practice law in the State of Alaska. I am an attorney at Clapp, Peterson, Van Flein, Tiemessen & Thorsness. I make this affidavit based upon personal knowledge.



Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

2. I have searched my billing records for references to meetings or telephone conversations with either Michael Cohn or Philip Weidner, attorneys for Plaintiffs. There are a number of such references since November 2006, but none of the entries ever mentions any subject matter by Plaintiffs for which they have moved to compel. Most entries relate to extensions for briefing and discovery issues related to Larry Grove's involvement with 6 companies.

3. After the court status hearing on March 19, 2007, Mike Cohn and I discussed issues afterward at Judge Burgess' behest. The attached letter memorialized our conversation afterward. (A name in the letter has been redacted pursuant to Judge Smith's latest order.) As can be seen in the letter, the issues related only to discovery requested by Unocal, not to any issue now raised by Plaintiffs.

4. Mike Cohn and I met on December 13, 2007, after the court hearing, and we discussed several topics. We agreed that Unocal will verify the interrogatories, as requested.

5. When my staff began drafting subpoenas in February 2007, the initial subpoenas did have the text of Rule 45(c) and (d) attached. However, my staff ultimately did not send the text to all entities, believing that the language was not necessary. They did not omit the text for any reason other than inadvertence.

6. The subpoenaed entities that did or did not receive a subpoena with the text of Rule 45(c) and (d) is as follows:

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

| | |
|---|---|
| Alaska Airlines | |
| Alaska Fish and Game | Rule 45 sent |
| Alaska Dept. of Motor Vehicles | Rule 45 sent |
| Alaska Sausage | Rule 45 sent |
| Aurora Loan Services | |
| Birchwood Recreation & Shooting | Rule 45 sent |
| Capital One | |
| Chase Bank | |
| Circus-Circus (Las Vegas) | Rule 45 sent |
| Citibank, CitiCards, CitiMortgage | Rule 45 sent |
| Colorado Fish and Wildlife | |
| Delta Airlines | |
| Denali Auction | |
| Easy Travel | |
| E*Trade | |
| First American Title | |
| First National Bank | Rule 45 sent |
| Hilton Grand Vacations | |
| Indian Valley Meats | Rule 45 sent |
| JP Morgan Chase | |
| Luxor Hotel | |
| McClatchey Co. | |
| McKinley Title | |
| Mikunda Cottrell | |
| Morgan Stanley | |
| North Rim Bank | Rule 45 sent |
| Northwest Airlines | |
| Pennsylvania Fish & Boat Commission | |
| Seahawk Air | Rule 45 sent |
| Southwest Airlines | |
| Tropicana Casino & Resort | |
| United Airlines | |
| Uptown Motel | |
| Valdez Harbor Inn | |
| Wells Fargo | Rule 45 sent |

I have relied upon my staff to provide me with the data to support the factual assertions made in this paragraph.



Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

7. Unocal attempted to alleviate the burden on the subpoenaed entities whenever it could. Unocal:

a. paid those entities subpoenaed the costs of copying and, when requested, for the time required to copy the documents.
b. moved the date for compliance at the request and for the convenience of the entity subpoenaed. Many of the entities subpoenas did not produce documents for 3-5 months after service, which was allowed by Unocal out of convenience to the entity.
c. included language in each deposition notice that "If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled."
d. promptly cancelled the subpoena and deposition when the documents were provided.

7. Unocal sent subpoenas to Phil Krasner's attorney, Mike Weremblewski for the following companies.

Funtime Boutique
Lead Dog
Lo-Ji
Puritan Int'l
Puritan Production Video
Samuri

8. Unocal issued subpoenas to the following, with plenty of notice to the "officer" of the company:

Bank of America (Lead Dog) Rule 45 sent
Citizens Bank (Samuri)
PNC Bank (Lo-Ji)
Sovereign Bank (Puritan Production)
Summit Bank (Puritan Intl)
Wachovia Bank (Funtime Boutique)

9. In each record deposition notice the following line appeared: "If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled."

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

9. In each record deposition notice the following line appeared: "If the requested records are produced to the undersigned before the date and time for which this deposition is scheduled, the deposition will be canceled."

FURTHER YOUR AFFIANT SAYETH NAUGHT.

12-18-07
Dated:

By ______________________
Linda J. Johnson

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, this 18th day of December, 2007, at Anchorage, Alaska.




______________________
Notary Public in and for Alaska
My Commission Expires: 07/27/2011

Certificate of Service

I hereby certify that on December 18, 2007, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT B
PAGE 5 OF 5