**Municipality of Anchorage**
ANCHORAGE FIRE DEPARTMENT
1301 East 80th Avenue
Anchorage, Alaska 99518

# FIRE INSPECTION REPORT

**EMERGENCY 911**
☒ Fire Prevention 267-4960
☐ Station Phone #

1301 East 80th Avenue
Mail: P.O. Box 196650
Anchorage, Alaska 99519-6650

GRID # 01-1336

| BUSINESS NAME | BUSINESS ADDRESS | PHONE | |
|---|---|---|---|
| UNOCAL | 909 W. 9th AVENUE | 263-7669 | |
| **BUILDING OWNER** | **OWNERS ADDRESS** | **PHONE** | **OCC TYPE** |
| S/P | S/P | | B-2 |

| HALON | HOOD/DUCT | FIRE ALARM | STANDPIPE | SPRINKLER BASEMENT |
|---|---|---|---|---|
| ☒ YES ☐ NO | ☐ YES ☒ NO | ☒ YES ☐ NO | ☒ YES ☐ NO | ☒ YES ☐ NO |

TYPE OF INSP: ☐ LL ☐ BL ☐ DC ☐ SL ☐ CC ☐ COMP ☐ REF ☐ REQ ☒ GEN ☐ CO ☐ CRTK

HAZ MAT TYPE ____

VOLUME ____

EMERGENCY CONTACT
(1) Name Don Akers Phone 229-1341
(2) Name ____ Phone ____

**NOTICE OF FIRE & SAFETY HAZARDS:** You are hereby notified that an inspection of your premises has disclosed the following fire safety hazards and/or violations of the provisions of appropriate local or state codes:

UFC — Uniform Fire Code
UBC — Uniform Building Code
NFC — National Electrical Code
UFCS — Uniform Fire Code Stds.
UMC — Uniform Mechanical Code
NFPA — Nat'l Fire Prev. Assoc.

1) REMOVE ALL STORAGE FROM PENTHOUSE MECHANICAL ROOM (88 UFC 11.203 c)
2) SERVICE STANDPIPE SYSTEM (88 UFC 10.302a)
3) PROVIDE SERVICE FOR HALON SYSTEM (88 UFC 10.302a)
4) REMOVE STORAGE IN BASEMENT 18" BELOW SPRINKLER HEADS (NFPA 13)
5) PROVIDE RATED CORRIDORS ON 6th, 5th, 4th, 2ND FLOOR (88 UFC AP I-A)
6) PROVIDE APPROVED VERTICAL SHAFT ENCLOSURES ALL FLOORS (88 UFC AP I-A(3)
7) REMOVE ALL STORAGE FROM EXIT CORRIDORS (88 UFC 12.101)
8) PROVIDE APPROVED STAIRWAY IDENTIFICATION (88 UFC AP I-C)
9) ELIMINATE SLIDING DOORS FOR EXITING FROM COMPUTER RM (88 UFC 12.101)
10) REMOVE VENDING MACHINES FROM BASEMENT LOBBY/CORRIDOR (88 UFC 12.101)
11) REMOVE STORAGE 30" INCHES IN FRONT OF ELECTRICAL PANEL (88 UFC 85.104)

**ORDER TO COMPLY:** As such conditions are contrary to law, you are hereby required to correct said conditions immediately upon receipt of this notice. An inspection to determine whether you have complied will be conducted on or after the "FURTHER INSPECTION DATE" indicated below. Failure to comply with the foregoing order before the date of such reinspection may render you liable to the penalties provided by law for such violation. You have the right to appeal these requirements to the Fire Marshal. Such appeal shall be submitted within fifteen (15) days of receipt of this notice. Failure to submit such an appeal within this time will constitute a waiver of appeal rights.

By order of the Fire Chief
Authority: AMC 23.05.010/Section 2.201 UFC

☒ Further Inspection Scheduled: Month 06 Day 09 Year 91

☐ SUPPLEMENT ATTACHED

**FIN NO.** 04226

Inspected by: Diehl / Schumacher Inspectors 5/9/91
Name Title Date Shift

and ____
Name Title Date

☐ 1st ☐ 2nd (1st FIN # ____ ) ☐ Refer to Deputy Fire Marshal ☐ Refer to Fire Prevention

**THE CORRECTION OF THE ABOVE NOTED HAZARDS WILL MAKE YOUR PREMISES SAFER FROM FIRE AND HELP DECREASE THE FIRE LOSS IN ANCHORAGE. THANK YOU.**

**SIGNATURE: Owner/Representative** Personally Served
Date 5/9/91

53-103 (Rev. 6/25) MOA 25 WHITE—File CANARY—Inspector PINK—Occupant

Exhibit A
page 12 of 47

LG01070

(3)



AUDIO-VIDEO, INC.

5430 Fairbanks Street, Suite #7 • Anchorage, Alaska 99518 • Phone (907) 561-1911

March 24, 1993

Unocal Corporation
909 West 9th Avenue
Anchorage, AK 99501

Subject; Halon System Biannual Inspection

Dear Sirs,

On March 22, 1993, our factory trained technician, Barry Steinkruger conducted a complete operational test of the Halon System at the Unocal Computer Room. It was found that the system was operating in strict compliance with the design specifications.

Each device was tested and found to operate within the manufacturers parameters.

Regards,

Pat Williams

Pat Williams

Exhibit A
page 13 of 41



LG01071

AUDIO-VIDEO, INC.
5430 Fairbanks Street, Suite #7 • Anchorage, Alaska 99518 • Phone (907) 561-1911

March 25, 1993

Unocal Corporation
909 W. 9th Ave.
Anchorage, AK 99501
Attn: Don Akers

Re: Unocal Building

Subject: Annual Inspection and Certification of ESA2000 Fire Alarm system.

Dear Don,

On March 25, 1993 our technician John Ryan inspected and performed a complete operational test of the ESA2000 Fire Alarm System located in the Unocal Building and found it to be in compliance with the design specifications, except as noted below:

1. The photoelectric smoke detector located in the first floor elevator lobby is inoperative and needs to be replaced.

2. The pull station located in the first floor elevator lobby is temporarily not installed due to construction.

3. The duct detector located in the west basement is highly sensitive. Cleaning the detector is recommended.

4. The sprinkler tamper and flow switches are currently under construction, unavailable for testing.

As per your request, our quote to clean all smoke detectors in your system is $550.00. Any detector that false alarms after cleaning should be replaced. The false alarm of any detector after cleaning and replacement may be due to dust circulating in the building ventilation system, the probable result of dirty filters and/or the current construction throughout the building.

Sincerely,

Pat Williams
Pat Williams

Exhibit A
page 14 of 41

INSPECTION REPORT
MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD

CTIONS (907)563-3464 INFORMATION (907)786-8211

PERMIT #: ~~92-FD-4024~~
PHONE #: 277-1431
DATE: 6/10/1993

92-40-91

ELECT INC.
SS: 909 W 9TH AVE
9A BLOCK: 97 SUBD: O.T.
NT: TUES A.M. 15TH 9:00

Sprinkler

OF INSPECTION: ~~ELECTRICAL~~ FINAL
0 0
FIRE Alarm & Sprinkler

NO NONCOMPLIANCE OBSERVED

[ ] CORRECTIONS ESSENTIAL AS EXPLAINED BELOW

WILL REEXAMINE AT NEXT INSPECTION

[ ] DO NOT CONCEAL UNTIL REINSPECTED

MENTS:

FIRE ALARM Final only:

Approved

FIRE Sprinkler C.O. only

Approved

6-15-93
Frank Carpenter

92-4091

Exhibit A
page 15 of 41

* Provided certification.

Vern Rafferty
~~Barry~~ Steinkruger

DATE: 6-~~14~~-93

INSPECTOR: Carpenter / Schumacher

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

DO NOT REMOVE THIS NOTICE

92-4091

INSPECTION REPORT
MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD

INSPECTIONS (907)563-3464 INFORMATION (907)786-8211

NAME: GRINNELL FIRE PROT SYST
ADDRESS: 909 W 9TH AVE
LOT: 9-12 BLOCK: 97 SUBD: O. T.
COMMENT: LARRY YATES CONTACT PERSON
1ST FL- HYDRO/SPRINKLER

PERMIT #: 92-4091
PHONE #: 345-3522
DATE: 5/25/1993

TYPE OF INSPECTION: FIRE FINAL
0 0
0 0

[ ] NO NONCOMPLIANCE OBSERVED
[ ] WILL REEXAMINE AT NEXT INSPECTION
[ ] CORRECTIONS ESSENTIAL AS EXPLAINED BELOW
[ ] DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS:

1st Floor - 210LBs pressure on gauge - Bathroom / Stairwell @ Halon system in Computer Room - New Doors Added (Glass Removed) Pipe installed Above Ceiling in event Halon is Abandoned (future)

Need to perform Insp. Test Flow
" " " Main Drain Flow
" " " F.A.S. Control panel
tie in w/ S.S. alarms.

1st Floor C.O. Okay

Exhibit A
page 16 of 41

LG01074

INSPECTOR: [signature] / Camp DATE: 5-25-93

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

DO NOT REMOVE THIS NOTICE

INSPECTION REPORT
MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD

NSPECTIONS (907)563-3464 INFORMATION (907)786-8211

AME: GRINELL FIRE PROTECTION
DDRESS: 909 W 9TH AVE
OT: 9-12 BLOCK: 97 SUBD: O.T.
OMMENT: SEE LARRY YATES 2ND FLOOR SPRINKLERS

PERMIT #: 92-FD-4091
PHONE #: 345-3522
DATE: 5/ 4/1993

YPE OF INSPECTION:
0 0

[✓] NO NONCOMPLIANCE OBSERVED
] WILL REEXAMINE AT NEXT INSPECTION
[ ] CORRECTIONS ESSENTIAL AS EXPLAINED BELOW
[ ] DO NOT CONCEAL UNTIL REINSPECTED

OMMENTS:

Fire Sprinkler C.O. only:
2ND Floor Only

APPROVED

Hydrostatic Test = OK

Exhibit A
page 17 of 41

LG01075

NSPECTOR: [signature] DATE: 5-5-93

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

INSPECTION REPORT
MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD

NSPECTIONS (907)563-3464 INFORMATION (907)786-8211

AME: GRINELL FIRE PROTECTION PERMIT #: 92-FD-4091
DDRESS: 909 W 9TH AVE PHONE #: 345-3522
OT: 9-12 BLOCK: 97 SUBD: O.T. DATE: 4/13/1993
OMMENT: LARRY YATES

Sprinklers

YPE OF INSPECTION:

0 0
0 0

] NO NONCOMPLIANCE OBSERVED

[ ] CORRECTIONS ESSENTIAL AS EXPLAINED BELOW

] WILL REEXAMINE AT NEXT INSPECTION

[ ] DO NOT CONCEAL UNTIL REINSPECTED

OMMENTS:

FIRE Sprinkler C.O. ONLY:
3RD Floor

Approved

Exhibit A
page 18 of 41

LG01076

NSPECTOR: [signature] DATE: 4/14/93

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

DO NOT REMOVE THIS NOTICE

# INSPECTION REPORT

## MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION

3500 EAST TUDOR ROAD

Larry Yates

INSPECTIONS (907) 563-3464 INFORMATION (907) 786-8211

NAME Grinnell (UNOCAL) / PERMIT NO. 92-FD4091

STREET ADDRESS 909 W. 9TH / PHONE 345-3522

LOT / 9-12 BLOCK / 97 SUBDIV. O.T. / DATE 3/16/93

| | | | | | |
|---|---|---|---|---|---|
| FOOTING | ☐ | ELEC. TEMP. | ☐ | PLBG. UNDGR. | ☐ |
| FOUNDATION | ☐ | ELEC. SERVICE | ☐ | PLBG. ROUGH | ☐ |
| BOND BEAM | ☐ | ELEC. ROUGH | ☐ | GAS TEMP. | ☐ |
| FRAMING | ☐ | ELEC. FINAL | ☐ | GAS | ☐ |
| INSULATION | ☐ | OTHER | ☐ | MECHANICAL | ☐ |
| SHEETROCK | ☐ | | | MECH. FINAL | ☐ |
| STRUCT. FINAL | ☐ | FIRE FINAL Sprinkler | ☒ | PLBG. FINAL | ☐ |
| OTHER | ☐ | ZONING | ☐ | OTHER | ☐ |

☐ NO NONCOMPLIANCE OBSERVED ☐ CORRECTIONS ESSENTIAL AS EXPLAINED BELOW

☐ WILL REEXAMINE AT NEXT INSPECTION ☐ DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS ~~Rough~~ 1

SPRINKLER ONLY:

4TH FLOOR ONLY:

(Approved) Final for Sprinkler

(OK) for C.O.

Hydrostatic Test: 200 Approved.

Carpenter / Schumacher INSPECTOR 3/16/93 DATE

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

**DO NOT REMOVE THIS NOTICE**

84-002 (Rev. 11/87)

Exhibit A

page 19 of 41

LG01077

INSPECTION REPORT
MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD

NSPECTIONS (907)563-3464 INFORMATION (907)786-8211

AME: GRINELL FIRE 1:30 P.M. 1-~~22~~ 21-93 PERMIT #: 93-FD4091
DDRESS: 909 W 9TH AVE PHONE #: 345-3522
OT: 9-12 BLOCK: 97 SUBD: O.T. DATE: 1/21/1993
OMMENT: SPRINKLERS

YPE OF INSPECTION:
0 0
0 0

[ ] NO NONCOMPLIANCE OBSERVED
[✓] WILL REEXAMINE AT NEXT INSPECTION
[ ] CORRECTIONS ESSENTIAL AS EXPLAINED BELOW
[ ] DO NOT CONCEAL UNTIL REINSPECTED

OMMENTS:

(1.) Complete Riser System from Basement to top floor (level 7) and hook-up each sprinkled floor as Completed!

(2.) 2" Main Drain to go to the Exterior - Not Basement.

(3.) Provide Insp. Test Valve at Most Remote Area. Mechanical Penthouse only.

Temp C.O. ~~4th~~ 5TH Floor only 30 days #1 to be Completed by Next floor inspection!

(4.) Add 2 More [illegible] E.Q. Bracing.

Exhibit A
page 20 of 41

LG01078

NSPECTOR: [signature] / FEC DATE: 1-21-93

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

DO NOT REMOVE THIS NOTICE

INSPECTION REPORT
MUNICIPALITY OF ANCHORAGE, BUILDING INSPECTION
500 EAST TUDOR ROAD

INSPECTIONS (907)563-3464 INFORMATION (907)786-8211

NAME: ELECT INC.
ADDRESS: 909 W 9TH AVE
LOT: 9A BLOCK: 97 SUBD: O.T.
COMMENT: TUES A.M. 15TH 9:00

PERMIT #: 92-FD-4024
PHONE #: 277-1431
DATE: 6/10/1993

TYPE OF INSPECTION: ~~ELECTRICAL~~ FINAL
C.O. FIRE Alarm & Sprinkler

[ ] NO NONCOMPLIANCE OBSERVED
[ ] WILL REEXAMINE AT NEXT INSPECTION
[ ] CORRECTIONS ESSENTIAL AS EXPLAINED BELOW
[ ] DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS:
FIRE ALARM Final only:

Approved

FIRE Sprinkler C.O. Only

Approved 6-15-93 Frank Carpenter

Exhibit A
page 21 of 41

* Provided certification.

LG01079

Vern Rafferty
~~Barry~~ Steinkruger

INSPECTOR: Carpenter / Schumacher DATE: 6-15-93

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

DO NOT REMOVE THIS NOTICE

# INSPECTION REPORT

**MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION**

3500 EAST TUDOR ROAD

INSPECTIONS (907) 563-3464 INFORMATION (907) 786-8211

NAME Unocal 5th floor / PERMIT NO. 93-5354

STREET ADDRESS 909 W. 9th / PHONE 276-4647

LOT / 9A BLOCK / 97 SUBDIV. Old Townsite DATE 9/17/93

| | | | | | |
|---|---|---|---|---|---|
| FOOTING | ☐ | ELEC. TEMP. | ☐ | PLBG. UNDGR. | ☐ |
| FOUNDATION | ☐ | ELEC. SERVICE | ☐ | PLBG. ROUGH | ☐ |
| BOND BEAM | ☐ | ELEC. ROUGH | ☐ | GAS TEMP. | ☐ |
| FRAMING | ☐ | ELEC. FINAL | ☐ | GAS | ☐ |
| INSULATION | ☐ | OTHER | ☐ | MECHANICAL | ☐ |
| SHEETROCK | ☐ | | | MECH. FINAL | ☐ |
| STRUCT. FINAL | ☐ | FIRE FINAL | ☒ | PLBG. FINAL | ☐ |
| OTHER | ☐ | ZONING | ☐ | OTHER | ☐ |

☒ NO NONCOMPLIANCE OBSERVED ☐ CORRECTIONS ESSENTIAL AS EXPLAINED BELOW

☐ WILL REEXAMINE AT NEXT INSPECTION ☐ DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS All corrections made.

OK for fire final.

C. Hill
INSPECTOR

9/17/93
DATE

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

**DO NOT REMOVE THIS NOTICE**

84-002 (Rev. 11/87)

Exhibit A
page 22 of 41

LG01080

INSPECTION REPORT
MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD

INSPECTIONS (907)563-3464 INFORMATION (907)786-8211

NAME: BOSLOUGH
ADDRESS: 909 W. 9TH AVE
LOT: 9A BLOCK: 97 SUBD: OT
COMMENT: UNOCAL 5TH FLOOR
RAVEN ELEC

PERMIT #: 93-5354
PHONE #: 276-4647
DATE: 9/15/1993

TYPE OF INSPECTION: FIRE FINAL
0 0

[ ] NO NONCOMPLIANCE OBSERVED
[X] WILL REEXAMINE AT NEXT INSPECTION
[ ] CORRECTIONS ESSENTIAL AS EXPLAINED BELOW
[ ] DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS:

1. Provide additional exit signs.
Provide temp signs until others are installed

2. Provide smoke gasket at astragal of dbl door at elevator lobby.

21 Day Conditional C.O. Expires 10/7/93

Exhibit A
page 23 of 41

LG01081

INSPECTOR: [signature] DATE: 9-16-93

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

DO NOT REMOVE THIS NOTICE.

# Anchorage Fire Department Plan Review

Permit# 93-5354 | Type Permit TI | Date 6/10/93 | Reviewer LB | Phone (907) 786-8381

| Business Name | Address | NSEW | Street Name | Ave | Room | Lot | Blk | Sub |
|---|---|---|---|---|---|---|---|---|
| Unocal | 909 | W | 9th | | | 9A | 97 | OT |

| Owner | Owner Phone | Contact Person | Contact Phone |
|---|---|---|---|
| Cash Barner Usher | 258-7777 | s.p. | s.p. |

Type of Work: 5800 SF office remodel in existing bldg.

Occ Group/s: B 2 | Const. Types: II FR | Stories: 6 | Occ Load: 72

Sq Ft 1: 5,800 | Total: 5,800 | Height: <75' | Basement: ☐ Yes ☐ No

Ext Wall: | Int Wall:

Floors: | Roof: | Roof Support:

Area Sep Wall: | Wall Location: | ☐ Open Truss

Fire Prot Sys: Sprinkler | Fire Alarm

Sprinkler Type: Throughout | FDC Location:

Fire Prot Sys Service Report Req'd: Fire Alarm | Sprinkler

Fire Flow Req'd ____ Flow Available ____ Hydrants Req'd ____ Hyd. Spacing ____

Fire Lane ____ Fire Lane Signs ____ Knox Box ____

| | Distance to PL (N S E W) | Wall Protection (N S E W) | Opening Protection (N S E W) | Unlimited |
|---|---|---|---|---|
| Occ Group 1 | B 2 | Occ Group 2 | Occ Group 3 | |
| Basic | | | | |
| Yards:% of basic | | | | |
| Multistory X by: | | | | |
| Sprinkler X by: | | | | |
| Total | | | | Total |
| Ratio 1 | ? | Ratio 2 | Ratio 3 | |

| Sht# | Code Ref | Comments | Status |
|---|---|---|---|
| | | 1. Will need sprinkler and fire alarm test results showing no deficiencies. | |

| Code | Rev Dates | Reviewer | Time | Approvals |
|---|---|---|---|---|
| TI | 6/10/93 | LB | .5 | Y |

Total Rev. Time: .5

| Approval | Dates | Signature |
|---|---|---|
| ☐ Footing/foundation | | Signature: |
| ☒ Structure | 6/10/93 | Signature: |
| ☐ Mechanical | | Signature: |
| ☒ Electrical | 6/10/93 | Signature: |
| ☐ Plumbing | | Signature: |

Partials

Issues Found: | Review #: First | Second | Total

Final CO Date: ____

Exhibit A page 24 of 41

LG01082

PERMIT APPLICATION

MUNICIPALITY OF ANCHORAGE
Building Safety Division
4500 E. Tudor Road
Telephone: (907) 786-8211

PERMIT NO. 93 5354

TAX CODE NUMBER 001 054 52

COMPLETE ALL APPLICABLE PARTS

Please print.

☐ Land Use

| | | | |
|---|---|---|---|
| OWNER | Cash Barner Usher Architects | 840 K Street Suite 202, Anchorage | Phone 258-7777, Zip 99501 |
| CONTRACTOR and CONTACT PERSON | Bostough Construction | 101 E Ninth Avenue, Anchorage | Phone 276-4647, Zip |
| ARCHITECT, ENGINEER | CBUA phil usher or james doherty | 840 K Street Suite 202, Anchorage | Phone 258-7777, Zip 99501 |

| ADDRESS (Street number and name) | Tract/Lot/Sp | Block | Subdivision, Section No., or Mobile Home Park Name |
|---|---|---|---|
| 901 W. Ninth Avenue | Lot 9A Original | 97 | OT |

PROPOSED USE

| MOBILE HOMES ONLY: | Make | Year | Size | Serial Number | Leanto |
|---|---|---|---|---|---|
| | | | | | |

| DWELLINGS: | # Stories | # Dwelling Units | Total Sq. Ft. of Living Area Finished and Unfinished | Garage Sq. Ft. | Carport Sq. Ft. |
|---|---|---|---|---|---|
| | | | | | |

COMMERCIAL (Write in proposed uses of the building and number of square feet for each use. For example: Warehouse, 20,000; Office, 5,000; etc.)

existing office building (5th floor tenant improvement) (5800 sq. ft. area)

TYPE OF WORK

- ☐ New Building
- ☐ Relocate Moving
- ☐ Sprinkler Sq. Ft. ______
- ☐ Grading, Fill, Excavation
- ☐ Addition
- ☒ Office
- ☐ Type/Rating ______
- ☐ Other (specify): ______
- ☒ Alteration
- ☐ Warehouse
- ☐ Retail
- ☐ Tenant Improvements Business Name: ______
- ☒ Non-Structural Permit
- ☐ Sign (electric signs must be U.L. listed)
- ☐ Air Conditioning Sq. Feet ______

TYPE OF SEWAGE DISPOSAL
__ Public or private company
__ Private (septic tank, etc.)

TYPE OF WATER SUPPLY
__ Public or private company
__ Private (well, cistern)

TYPE OF ACTIVITY
__ Child Care/Education Centers

DESCRIPTION OF WORK:

5800 sq. ft. tenant improvement including demolition of existing

TOTAL VALUATION OF WORK: $75,000.00

TO INSURE THAT YOUR PERMIT REMAINS ACTIVE, CALL FOR AN INSPECTION AT LEAST ONCE EVERY 360 DAYS. PER MUNICIPAL CODE, ALL REFUNDS ON CANCELLED PROJECTS MUST BE REQUESTED IN WRITING NOT LATER THAN 360 DAYS AFTER DATE OF FEE PAYMENT. LAND USE PERMITS VALID FOR 180 DAYS TO COMMENCE CONSTRUCTION.

Exhibit A
page 25 of 41

The owner of this building and the undersigned agree to conform to all applicable laws of this jurisdiction.

SIGNATURE Phillip Usher DATE May 25, 1993

LG01083

FOR OFFICE USE ONLY

| BUILDING PERMIT NO. | LOT | BLOCK | SUBDIVISION |
|---|---|---|---|
| 73 5354 | 9A | 97 | OT |

A. SINGLE-FAMILY, DUPLEX, OR LAND USE VALUATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Living area | ___ x | ___ x | ___ | = $ ___ | | Valuation |
| Carport or Garage area | ___ x | ___ x | ___ | = $ ___ | | Valuation |
| | | | TOTAL VALUATION | = $ ___ | | |

NEW AND/OR ADDITIONS, SINGLE-FAMILY OR DUPLEX

| | |
|---|---|
| Building Permit Fee | $ ___ |
| Plan Review Fee (x.65) | $ ___ |
| Addressing Fee | $ ___ |
| BUILDING & PLAN REVIEW FEE | $ ___ |
| GRAND TOTAL | $ ___ |

Check # ___ Tr # ___ Date Pd. ___

B. COMMERCIAL VALUATION

| | | | |
|---|---|---|---|
| ___ x | ___ x | ___ | = $ ___ |
| ___ x | ___ x | ___ | = $ ___ |
| ___ x | ___ x | ___ | = $ ___ |
| ___ x | ___ x | ___ | = $ ___ |
| ___ x | ___ x | ___ | = $ ___ |
| ___ x | ___ x | ___ | = $ ___ |
| ___ x | ___ x | ___ | = $ ___ |
| ___ x | ___ x | ___ | = $ ___ |
| ___ x | ___ x | ___ | = $ ___ |

TOTAL VALUATION $ 75,000

| | |
|---|---|
| Building Permit Fee | $ 612.00 |
| * Plans Review Fee (65%) | $ 397.80 |
| Fire Plan Review (20%) | $ 122.40 |
| Addressing Fee | $ ___ |
| TOTAL FEES | $ 1,132.20 |

Charge to: ___

Check # 5410

TR # 7341

Bond # ___

Cash Receipt # ___

*Application accepted and fees collected by:* lce

Exhibit A

page 26 of 41

LG01084

f permitap.frm

# INSPECTION REPORT

## MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION

3500 EAST TUDOR ROAD

INSPECTIONS (907) 563-3464 INFORMATION (907) 786-8211

NAME Audio Video / PERMIT NO. 92-4024

STREET ADDRESS 909 W. 9TH / PHONE 561-1911

LOT / 9-12 BLOCK / 97 SUBDIV. O. T. / DATE 5-12-92

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FOOTING | ☐ | ELEC. TEMP. | ☐ | PLBG. UNDGR. | ☐ |
| FOUNDATION | ☐ | ELEC. SERVICE | ☐ | PLBG. ROUGH | ☐ |
| BOND BEAM | ☐ | ELEC. ROUGH | ☐ | GAS TEMP. | ☐ |
| FRAMING | ☐ | ELEC. FINAL | ☐ | GAS | ☐ |
| INSULATION | ☐ | OTHER | ☐ | MECHANICAL | ☐ |
| SHEETROCK | ☐ | | | MECH. FINAL | ☐ |
| STRUCT. FINAL | ☐ | FIRE FINAL Halon | ☑ | PLBG. FINAL | ☐ |
| OTHER | ☐ | ZONING | ☐ | OTHER | ☐ |

☐ NO NONCOMPLIANCE OBSERVED ☐ CORRECTIONS ESSENTIAL AS EXPLAINED BELOW

☐ WILL REEXAMINE AT NEXT INSPECTION ☐ DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS Halon only: ok for C.O.

[signature] 5/12/92
INSPECTOR DATE

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

**DO NOT REMOVE THIS NOTICE**

84-002 (Rev. 11/87)

Exhibit A
page 27 of 41

LG01085

AVI
AUDIO-VIDEO, INC.
5430 Fairbanks Street, Suite #7 • Anchorage, Alaska 99518 • Phone (907) 561-1911

September 29, 1992

Unocal Corporation
909 West 9th Avenue
Anchorage, Ak. 99501

Ref; Computer Room

Subj; Halon System 6th month Inspection

Dear Sir,

As requested our technician, tested and inspected the Fike 10-038 Halon Fire Suppression System located in the computer room at the address listed above, and found it to operate as per specifications.

If you have any further questions on this matter, or require our assistance in any way, please call.

Sincerely,

Patrick J. A. Williams

Patrick J. A. Williams

Exhibit A
page 28 of 41



LG01086