**INSPECTION REPORT**
**MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION**
3500 EAST TUDOR ROAD    GRID 01-1339
INSPECTIONS (907) 563-3464                    INFORMATION (907) 786-8211

NAME *AJ's Const*                / PERMIT NO. *90-5840*

STREET ADDRESS *909 W 9th*          / PHONE *248-6464*

LOT *9A* / BLOCK *97* / SUBDIV. *O.T.*        / DATE *5-7-91*

| | | | |
|---|---|---|---|
| FOOTING ___ ☐ | ELEC. TEMP. ___ ☐ | PLBG. UNDGR. ___ ☐ |
| FOUNDATION ___ ☐ | ELEC. SERVICE ___ ☐ | PLBG. ROUGH ___ ☐ |
| BOND BEAM ___ ☐ | ELEC. ROUGH ___ ☐ | GAS TEMP. ___ ☐ |
| FRAMING ___ ☐ | ELEC. FINAL ___ ☐ | GAS ___ ☐ |
| INSULATION ___ ☐ | OTHER ___ ☐ | MECHANICAL ___ ☐ |
| SHEETROCK ___ ☐ | | MECH. FINAL ___ ☐ |
| STRUCT. FINAL ___ ☐ | FIRE FINAL ___ | PLBG. FINAL ☒ |
| OTHER ___ ☐ | ZONING ___ | OTHER ___ ☐ |

☐ NO NONCOMPLIANCE OBSERVED        ☐ CORRECTIONS ESSENTIAL AS EXPLAINED BELOW

☐ WILL REEXAMINE AT NEXT INSPECTION    ☐ DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS *APPROVED*

*FOR FINAL C.O.*

*This permit ONLY*

*Sandra Bone*
INSPECTOR                    *5/7/91*
                            DATE

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

**DO NOT REMOVE THIS NOTICE**

84-002 (Rev. 11/87)

Exhibit *A*
page *29* of *41*

LG01087

# INSPECTION REPORT
## MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
401 W. INTERNATIONAL RD.

INSPECTIONS (907) 563-3464    ~~3500 E. Tudor Road~~    ADMINISTRATION (907) 786-5700

8211

NAME _Unocal_ / PERMIT NO. _OL-1329_ and

STREET ADDRESS _909 W. 9TH_ / PHONE _91-7272_

LOT / _9A_ BLOCK / _9TH_ SUBDIV. _OLD TOWN_ / DATE _5-7-91_

| | | | | | | |
|---|---|---|---|---|---|---|
| FOOTING | ☐ | ELEC. TEMP. | ☐ | PLBG. UNDGR. | ☐ |
| FOUNDATION | ☐ | ELEC. SERVICE | ☐ | PLBG. ROUGH | ☐ |
| BOND BEAM | ☐ | ELEC. ROUGH | ☐ | GAS TEMP. | ☐ |
| FRAMING | ☐ | ELEC. FINAL | ☐ | GAS | ☐ |
| INSULATION | ☐ | OTHER | ☐ | MECHANICAL | ☐ |
| SHEETROCK | ☐ | _F.A. Only_ | | MECH. FINAL | ☐ |
| STRUCT. FINAL | ☐ | FIRE FINAL | ☒ | PLBG. FINAL | ☐ |
| OTHER | ☐ | ZONING | ☐ | OTHER | ☐ |

☐ NO NONCOMPLIANCE OBSERVED    ☒ CORRECTIONS ESSENTIAL AS EXPLAINED BELOW

☒ WILL REEXAMINE AT NEXT INSPECTION    ☐ DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS

1) Remove Old System Components: (Heat & Smoke Det.)

_Fire Alarm Only._ _Conditional_

_for 30 Days._

INSPECTOR _(signature) D.J. Boni_    DATE _5-7-91_

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

**DO NOT REMOVE THIS NOTICE**

84-002 (Rev. 2/85)

Exhibit _A_
page _30_ of _

LG01088

# INSPECTION REPORT

## MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION

401 W. INTERNATIONAL RD.

INSPECTIONS (907) 563-3464 3500 E. Tudor Road  ADMINISTRATION (907) 786-5700

8211

NAME _Unocal / Electric inc_ / PERMIT NO. _91- 0272_

STREET ADDRESS _909 W. 9th Ave._ / PHONE _____

LOT / _____ BLOCK / _____ SUBDIV. _____ / DATE _____

| | | | | | | |
|---|---|---|---|---|---|---|
| FOOTING | ☐ | ELEC. TEMP. | ☐ | PLBG. UNDGR. | ☐ |
| FOUNDATION | ☐ | ELEC. SERVICE | ☐ | PLBG. ROUGH | ☐ |
| BOND BEAM | ☐ | ELEC. ROUGH | ☐ | GAS TEMP. | ☐ |
| FRAMING | ☐ | ELEC. FINAL | ☐ | GAS | ☐ |
| INSULATION | ☐ | OTHER | ☐ | MECHANICAL | ☐ |
| SHEETROCK | ☐ | | | MECH. FINAL | ☐ |
| STRUCT. FINAL | ☐ | FIRE FINAL _Fire Alarm_ | ☒ | PLBG. FINAL | ☐ |
| OTHER | ☐ | ZONING | ☐ | OTHER | ☐ |

☐ NO NONCOMPLIANCE OBSERVED  ☐ CORRECTIONS ESSENTIAL AS EXPLAINED BELOW

☐ WILL REEXAMINE AT NEXT INSPECTION  ☐ DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS _____

_Fire Alarm System Approved._

_Kai Vithl_
INSPECTOR

_5/9/91_
DATE

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION _____

## DO NOT REMOVE THIS NOTICE

84-002 (Rev. 2/85)

Exhibit _A_
page _31_ of _41_

LG01089

# WORMALD

SHEET 1 OF 2 · Use separate sheet for each building inspection

**REPORT OF INSPECTION**

Inspection Report No. _____
Conferred With _____

Inspection Contract No. _____
Bureau File No. _____

REPORT TO _____
STREET _909 W. 7th_
CITY & STATE _Anchorage, AK_

BUILDING OR LOCATION _____
INSPECTOR _____
DATE _____

**Owner's Section (To be answered by Owner or Occupant)**

A. Explain any occupancy hazard changes since the previous inspection. _None_

B. Describe fire protection modifications made since last inspection. _None_

C. Describe any fires since last inspection. _None_

D. When was the system piping last checked for stoppage, corrosion, or foreign material? _____
E. When was the dry-piping system last checked for proper pitch? _N/A_
F. Are dry valves adequately protected from freezing? _____
   Signature _____ Title _____ Date _____

**Inspector's Section (All responses reference current inspection)    NA = NOT APPLICABLE**

**1. General**
- a. Is the building occupied? ☒ Yes ☐ No
- b. Are all systems in service? ☒ Yes ☐ No
- c. Is there a minimum of 18 in. (457 mm) clearance between the top of the storage and the sprinkler deflectors? ☒ Yes ☐ No
- d. Does all electrical heat tape appear to be satisfactory? ☐ Yes ☐ No ☒ NA
- e. Does the hand hose on the sprinkler system(s) appear to be satisfactory? ☐ Yes ☐ No ☒ NA

**2. Control Valves (See Item 15.)**
- a. Are all sprinkler system control valves and all other valves in the appropriate open or closed position? ☒ Yes ☐ No
- b. Are all control valves in the open position locked, sealed or equipped with a tamper switch? ☒ Yes ☒ No

**3. Water Supplies (See Item 16.)**
- a. Was a water flow test of main drain made at the sprinkler riser(s)? ☒ Yes ☐ No

**4. Tanks, Pumps, Fire Department Connections**
- a. Are fire pumps, gravity tanks, reservoirs and pressure tanks in good condition and properly maintained? ☐ Yes ☐ No ☒ NA
- b. Are fire department connections in satisfactory condition, couplings free, caps in place, and check valves tight? ☒ Yes ☐ No ☐ NA
  Are they accessible and visible? ☒ Yes ☐ No ☐ NA

**5. Wet Systems**
- a. Are cold weather valves (O.S. & Y.) in the appropriate open or closed position? ☐ Yes ☐ No ☒ NA
- b. Have antifreeze system solutions been tested? ☐ Yes ☐ No ☒ NA
- c. Were the antifreeze test results satisfactory? ☐ Yes ☐ No ☒ NA
- d. In areas protected by wet system(s), does the building appear to be properly heated in all areas, including blind attics and perimeter areas where accessible? ☒ Yes ☐ No ☐ NA Do all exterior openings appear to be protected against freezing? ☒ Yes ☐ No ☐ NA

**6. Dry Systems (See Items 11 to 13.)**
- a. Are dry valve(s) in service? ☐ Yes ☐ No ☒ NA
- b. Are the air pressures and priming water levels in accordance with the manufacturer's instructions? ☐ Yes ☐ No ☒ NA
- c. Has the operation of the air or nitrogen supplies been tested? ☐ Yes ☐ No ☒ NA  Are they in service? ☐ Yes ☐ No ☒ NA
- d. Were low points drained during this inspection? ☐ Yes ☐ No ☒ NA
- e. Did quick-opening devices operate satisfactorily? ☐ Yes ☐ No ☒ NA
- f. Did the dry valve(s) trip properly during the trip pressure test? ☐ Yes ☐ No ☒ NA
- g. Did the heating equipment in the dry-pipe valve room(s) operate at the time of inspection? ☐ Yes ☐ No ☒ NA

**7. Special Systems (See Item 14.)**
- a. Did the deluge or pre-action valves operate properly during testing? ☐ Yes ☐ No ☒ NA
- b. Did the heat-responsive devices operate properly during testing? ☐ Yes ☐ No ☒ NA
- c. Did the supervisory devices operate during testing? ☐ Yes ☐ No ☒ NA

**8. Alarms**
- a. Did water motor(s) and gong(s) test satisfactorily? ☐ Yes ☐ No ☒ NA
- b. Did electric alarm(s) test satisfactorily? ☒ Yes ☐ No ☐ NA
- c. Did supervisory alarm service test satisfactorily? ☒ Yes ☐ No ☐ NA

**9. Sprinklers**
- a. Are all sprinklers free from corrosion, loading or obstruction to spray discharge? ☒ Yes ☐ No
- b. Are sprinklers less than 50 years old? (Older sprinklers require sample testing) ☒ Yes ☐ No
- c. Is stock of spare sprinklers available? ☒ Yes ☐ No
- d. Does the exterior condition of sprinkler system appear to be satisfactory? ☒ Yes ☐ No
- e. Are sprinklers of proper temperature ratings for their locations? ☒ Yes ☐ No

**10.** Explain any "No" answers and comments _____

Signature: _____ Date: _____

Exhibit _A_
page _32_ of _41_

**LG01090**

NOTICE THIS INSPECTION IS ADVISORY ONLY AND IS NOT A SURVEY OF YOUR FIRE PREVENTION OR A LOSS PREVENTION STUDY  WINTERIZATION SERVICE IS A PREVENTATIVE
MAINTENANCE SERVICE INTENDED TO MINIMIZE THE RISK OF DAMAGE DUE TO FREEZING. HOWEVER IT IS NOT A GUARANTEE OR WARRANTY THAT DAMAGE WILL NOT OCCUR.

WHITE - Original        GREEN - Subscriber        CANARY - Insurance Bureau        PINK - Office        GOLDENROD - Inspection

WFS 10-0001 (5/87)

# WORMALD

SHEET 2 OF 2 - Use separate sheet for each system inspection.

System No. or Description if multiple systems _____

Inspection Report
No. _____

**11.** Date dry-pipe valve trip tested (control valve partially open) _____ *(See Trip Test Table which follows.)*

**12.** Date dry-pipe valve trip tested (control valve fully open) _____ *(See Trip Test Table which follows.)*

**13.** Date quick-opening device tested _____ *(See Trip Test Table which follows.)*

### TRIP TEST TABLE

| DRY PIPE OPERATING TEST | | DRY VALVE | | | C.O.D. | | |
|---|---|---|---|---|---|---|---|
| | | MAKE | MODEL | SERIAL NO. | MAKE | MODEL | SERIAL NO. |
| | | | | | | | |

| | | Time to Trip Thru Test Pipe | | Water Pressure | Air Pressure | Trip Point Air Pressure | Time Water Reached Test Outlet | | Alarm Operated Properly | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MIN. | SEC. | PSI | PSI | PSI | MIN. | SEC. | YES | NO |
| | Without Q.O.D. | | | | | | | | | |
| | With Q.O.D. | | | | | | | | | |

**14.** Date deluge or preaction valve tested _____ *(See Trip Test Table which follows.)*

### TRIP TEST TABLE

| DELUGE & PREACTION VALVES | Operation | ☐ PNEUMATIC   ☐ ELECTRIC   ☐ HYDRAULIC | | | | | |
|---|---|---|---|---|---|---|---|
| | Piping Supervised   ☐ YES   ☐ NO | | Detecting media supervised | | | ☐ YES | ☐ NO |
| | Does valve operate from the manual trip and/or remote control stations | | | | | ☐ YES | ☐ NO |
| | Is there an accessible facility in each circuit for testing   ☐ YES   ☐ NO | | Method of testing circuits | | | | |
| | MAKE | MODEL | Does each circuit operate supervision loss alarm | | Does each circuit operate valve release | | Maximum time to operate release | |
| | | | YES | NO | YES | NO | YES | NO |
| | | | | | | | | |

**15.** See Control Valve Maintenance Table.

### Control Valve Maintenance Table

| Control Valves | Number | Type | Open | Secured | Closed | Signs | Explain Abnormal Condition |
|---|---|---|---|---|---|---|---|
| City Connection Control Valve | 1 | NRS | Yes | | | | |
| Tank Control Valves | | | | | | | |
| Pump Control Valves | | | | | | | |
| Sectional Control Valves | | | | | | | |
| System Control Valves | 1 | OSY | Yes | Yes | No | Yes | |
| Other Control Valves | | | | | | | |

**16.** Water Flow Test at Sprinkler Riser

Water Supply Source:            City            Tank            Pump

| | Date | Test Pipe Location | Size of Test Pipe | Static Pressure | Residual (Flow) Pressure |
|---|---|---|---|---|---|
| Last Water Flow Test | 2/27/88 | Riser | 2" | 75 | 70 |
| This Water Flow Test | 2/21/89 | Riser | 2" | 75 | 71 |

**17.** Explain any "No" answers and comments: _____
_____
_____
_____

**18.** Adjustments or corrections made during this inspection: _____
_____
_____

**LG01091**

**19.** Although these comments are not the result of an engineering review, the following desirable improvements are recommended:
_____
_____
_____

Signature: _____          Date: _____

WHITE - Original      GREEN - Subscriber      CANARY - Insurance Bureau      PINK - Office      GOLDENROD - Inspection

WFS 10-0002 (5/87)

Exhibit 33 page __ of 41

**WORMALD**
**FIRE SYSTEMS, INC.**

6108 PETERSBURG STREET
ANCHORAGE, AK 99507
(907) 563-3585

24 HOUR EMERGENCY SERVICE

INSPECTION TAG # 27816

## SERVICE CHECK LIST

TYPE OF SYSTEM 4" Alarm Valve    JOB # 2600 1813

| | YES | NO | N/A |
|---|---|---|---|
| 1. Main Control Valve open and sealed | ✓ | | ■ |
| 2. Water Motor Gong operates | ✓ | | ✓ |
| 3. Alarm Stop Valve open and sealed | ✓ | | ■ |
| 4. Supervisory Switches operate properly | | | ✓ |
| 5. Central Station notified and clear | ✓ | | ✓ |
| 6. Electrical Alarm operates properly | ✓ | | ✓ |
| 7. Low Points drained (Dry Systems) | | | ✓ |
| 8. Air Compressor functions correctly | | | ✓ |
| 8a. Start PSI _____ 8b. Stop PSI _____ | ■ | | ✓ |
| 9. System Air Pressure _____ PSI | ■ | | ✓ |
| 10. System Water Pressure 75 PSI | ■ | | ■ |
| 11. Residual Pressure 2" Flow 71 PSI | ■ | | ■ |
| 12. All other valves in proper position | ✓ | | |
| 13. All Systems in service | ✓ | | |
| 14. Explain any no answers | | | |

**LG01092**

NAME OF BUILDING Union 76 Bldg
ADDRESS: 909 W. 9th
Anchorage, AK

SERVICE TECHNICIAN M. Fosberg

DATE: 2/21/90

I have read the above check list and to the best of my knowledge the information contained is true and correct.

OWNER'S REPRESENTATIVE _____    TITLE _____    DATE 2/21/90

Exhibit 34 page 34 of 41

# Cash Barner Usher
# Architects

840 K Street, Suite 202          Anchorage, Alaska  99501          907/258-7777          FAX 907/279-8195

October 16, 1990

Don Akers
Unocal Corporation
909 West 9th Avenue
P. O. Box 190247
Anchorage, Alaska 99519

RE:    Unocal Building Remodel
       Municipal Bldg. Permit No.: 90-5641
       CBUA Project No.: 90071
       **CERTIFICATE OF OCCUPANCY**

Don:

In an effort to resolve all outstanding items, I met with the Anchorage Fire Marshal on Thursday, October 1, 1990.  Also present were James Raable and Doug Kadrich of Honeywell Inc., Commercial Building Group.  As you may recall, there was a concern that Honeywell Inc. was not on the list of approved maintenance contractors.  This concern will be addressed immediately by Honeywell.

Additionally, we will provide a current fire alarm service report which verifies the proper audible level for the alarms, confirms that the new equipment which is installed is approved for compatibility with the existing equipment,  and certifies that the new equipment is in conformance with current codes.  This will require some testing of the system and the emergency generation equipment.  Honeywell will proceed with this effort immediately.

At present we understand that this will satisfy the current requirements for a Certificate of Occupancy.  However, we are awaiting a list of evaluation criteria which specifically addresses tenant improvement/fire alarm modification projects. – *Hr sent to service companies*

Further, it was brought to my attention that your building will require a service report at a rate *retros* of four times per year.

*Send copies*

**LG01093**

Exhibit ___A___
page __35__ of __41__

Ocotober 16, 1990
Don Akers
Unocal Corporation
Page 2

Please call should have have question or need additional information.

Sincerely,

CASH BARNER USHER, ARCHITECTS

Aaron K. Joseph
Project Architect

AJK./kkc

cc:     Max Schumacher – Department of Public Works
        Mike Thrapp – Anchorage Fire Department
        Doug Kadrich – Honeywell Inc.
        Dan Jolliffe – KHO Construction Co.

Exhibit____A____
page _36_ of _41_

**LG01094**

*Final CA Complete*
*563-3024 DAN*

# INSPECTION REPORT
## MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD    *GRID 01-1529*

INSPECTIONS (907) 563-3464                INFORMATION (907) 786-8211

NAME *KHO Constr* / PERMIT NO. *90-5641*

STREET ADDRESS *909 W. 9th Ave* / PHONE *563-3034*

LOT / _____ BLOCK / *97* SUBDIV. *OT* / DATE *11-21-90*

| | | | | | |
|---|---|---|---|---|---|
| FOOTING _____ ☐ | ELEC. TEMP. _____ ☐ | PLBG. UNDGR. _____ ☐ |
| FOUNDATION _____ ☐ | ELEC. SERVICE _____ ☐ | PLBG. ROUGH _____ ☐ |
| BOND BEAM _____ ☐ | ELEC. ROUGH _____ ☐ | GAS TEMP. _____ ☐ |
| FRAMING _____ ☐ | ELEC. FINAL _____ ☐ | GAS _____ ☐ |
| INSULATION _____ ☐ | OTHER _____ ☐ | MECHANICAL _____ ☐ |
| SHEETROCK _____ ☐ | _____ | MECH. FINAL _____ ☐ |
| STRUCT. FINAL _____ ☐ | FIRE FINAL _____ | PLBG. FINAL _____ ☐ |
| OTHER _____ ☐ | ZONING _____ ☐ | OTHER _____ ☐ |

☐ NO NONCOMPLIANCE OBSERVED        ☐ CORRECTIONS ESSENTIAL AS
                                          EXPLAINED BELOW

☐ WILL REEXAMINE AT NEXT INSPECTION   ☐ DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS *APPROVED*
*FOR FINAL CO*

INSPECTOR *Sandra Boni*        DATE *11-21-90*

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

## DO NOT REMOVE THIS NOTICE

84-002 (Rev. 11/87)

Exhibit *A*
page *37* of *41*

LG01095





# CITY OF
# ANCHORAGE ALASKA

International
*Polar air crossroads of the world*

POST OFFICE BOX 400
ANCHORAGE, ALASKA
99501

AFD #22-3-15

Anchorage Fire Department
211 West Seventh Avenue
Anchorage, Alaska    99501
July 2, 1974

Union Oil Company of California
909 West Ninth Avenue
Anchorage, Alaska    99501

    Attention:  Jack Young

Dear Mr. Young:

    On July 2, 1974, a fire safety inspection was made by this office on the Union Oil Building at 909 West Ninth Avenue.

    There were no violations found but the following recommendations are being made to insure fire safety:

1.  In the paper supply room in the basement, a fire extinguisher not less than 1A rating is needed.  This would possibly stop a small fire from setting off sprinkler heads and causing a lot of water damage to paper supplies and records.

2.  The same recommendation is made for the room in which the ping pong tables are located as there are maps, other records and files.  The fire extinguishers should be located just inside the main entrances.

    If there are any questions, please contact this office at 277-5571, Ext. 231.

        Sincerely,

        James H. Dicus
        Chief Fire Marshal

        *Gerald O. Wiles*

        by Gerald O. Wiles    Exhibit ___A___
        Fire Inspector      page 38 of 41

JHD/GOW/drs

ANCHORAGE FIRE DEPARTMENT
BUILDING INSPECTION RECORDS

BLDG. INFO NR. _22-3-15_                    PRINCIPAL NFPA CLASS. _591_

BLDG/OCCUPANT NAME _Union Oil Building    9th + I st._

BLDG. OWNER _Union Oil Co._    _Fire Safty officer - Jack Young_
_____(NAME, ADDRESS & TELEPHONE)_____

BLDG. OCCUPANT _ted Slawter -    Jack White Co._
_____(NAME, ADDRESS & TELEPHONE)_____

LOCAL FIRE INSURANCE AGENTS _Jack White_

CONSTRUCTION DETAILS

BLDG. TYPE _____ FIRE ZONE _____ HT. _93'_ STORIES _6_ AREA _230 by 170_

EXTERIOR WALL CONSTRUCTION _concrete block + Glass_

INTERIOR WALL CONSTRUCTION _sheet Rock_

CEILING _hung_                          FLOOR _concrete_

CELLAR/BASEMENT _Full basem_

INTERIOR STAIRWAY LOCATION & TYPE _inclosed   East side_

ELEVATOR SHAFT LOCATION _2 elevators   center E/side_

OTHER VERTICAL OPENINGS _____

INTERIOR FIRE PROTECTION

SPRINKLER SYSTEM DETAILS _Basement only_

STANDPIPE SYSTEM DETAILS _in Stairway_

FIRE ALARM SYSTEM DETAILS _local Alarm_

OTHER FIRE PROTECTION _house lines + Dry chems. in hallways_

UTILITIES

Exhibit _A_
page _39_ of _41_

HEATING SYSTEM TYPE/LOCATION _Basement - hotwater boilers_

MAIN ELECTRICAL DISCONNECT _in Boiler Rm._

EMERGENCY LIGHTING _generator in Basement_

MISCELLANEOUS INFO _____

FD-5A 1/73                                    LG01097

ANCHORAGE FIRE DEPARTMENT
INSPECTION REPORT

DATE August 27, 1970

FIRM dba Union Oil Building     ADDRESS

OCCUPANT Same     ADDRESS

BLDG. OWNER Union Oil Company     ADDRESS

TYPE(S) OF OCCUPANCY Office, Business     NFPA CLASS. 591 B

CONSTRUCTION:
    TYPE I-Fire Resistive STORIES 6 BASEMENT ATTIC Penthouse

    LOCATION OF ATTIC ACCESS Through smoke tower PROTECTED Smoke detectors

    ROOF CONSTRUCTION Built-up OPENINGS

VERTICAL OPENINGS:
    STAIRS, ENCLOSED OR OPEN LOCATION

    ELEVATOR SHAFTS LOCATION

    SKYLIGHTS LOCATION

INTERIOR FIRE PROTECTION:
    AUTOMATIC SPRINKLERS Yes PARTIAL OR COMPLETE Basement only

    WET OR DRY wet CONDITION OF HEADS AND PIPING new

    LOCATION OF SHUT-OFF VALVE(S) North wall of basement--center

    NUMBER AND TYPE OF FIRE EXTINGUISHERS 10# ABC each floor

    STANDPIPES AND HOSE Wet system each floor CONDITION New

    FIRE ALARM SYSTEM (TYPE) DATE OF LAST TEST

    LOCATION OF MASTER BOX CONDITION OF SYSTEM

    OTHER FIRE PROTECTION EQUIPMENT Smoke detectors in smoke tower

    FIRE DOORS FUSIBLE LINKS OPERATING CONDITION

    IF NOT AUTOMATIC ARE THEY KEPT CLOSED ANY OBSTRUCTIONS

HEATING SYSTEM:
    KIND Hot water FUEL USED Natural gas

    CONDITION OF HEATING SYSTEM New

    LOCATION OF EMERGENCY SHUT-OFF VALVES OR SWITCHES

    IS BOILER OR FURNACE ROOM ENCLOSED OR OPEN enclosed DOOR rated

    STORAGE ARRANGEMENTS

ELECTRICAL:
    MAIN DISCONNECT SWITCH LOCATION _North wall basement in vault_____

    METER LOCATION _Rear of building_____

    SIZE AND CONDITION OF FUSES AND CONNECTIONS _Breakers-new-to code___

    GENERAL CONDITION OF ELECTRICAL SYSTEM AND APPLIANCES _new_____

COMBUSTIBLE TRASH AND WASTE:
    FACILITIES FOR STORAGE_____

    FREQUENCY OF REMOVAL_____

FLAMMABLE LIQUIDS AND GASES, HAZARDOUS MATERIALS:
    KIND___None_____

    LOCATION_____

    AMOUNT_____

    STORAGE ARRANGEMENTS_____

    REMARKS_____

EGRESS FACILITIES:
    EXIT STAIRWAYS _Smoke Tower_____ CONDITION OF DOORS __new-rated___

    OPEN STAIRWAYS_____ UNENCOMBERED_____

    FIRE ESCAPES___none_____ CONDITION_____

    OBSTRUCTIONS TO OR ON EXITS OR PASSAGEWAYS___none_____

    EXIT LIGHTS___Yes_____VISIBILITY_____

    EMERGENCY LIGHTING _Yes_____TESTED_____


Indicate any special conditions or hazards:_____

  _Fire Department connections for sprinkler and standpipe system located_
  ar rear of building._____

_____

_____

_____

_____

_____

Exhibit ___A___
page _4T_ of _4T_

**LG01099**