```
Michael Cohn
Phillip Paul Weidner & Associates, APC
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>          Plaintiffs,<br><br>    v.<br><br>UNOCAL CORPORATION<br><br>          Defendant | ) ) ) ) ) ) ) ) Case No. A04-0096 CV (TMB) ) ) ) ) ) ) ) |

**AFFIDAVIT OF NITA BACKES IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEFING RE: DECEMBER 7, 2007 ORAL ARGUMENT**

```
STATE OF ALASKA            )
                           )   ss.
THIRD JUDICIAL DISTRICT    )
```

       NITA BACKES, being first duly sworn under oath, deposes and states as follows:

       1. I am Nita Backes, a legal secretary/paralegal with the law firm of Phillip Paul Weidner & Associates, APC, counsel of record for the Grove plaintiffs in this matter;

2. Attached hereto as Exhibit 1 is a list I have compiled from our five *Deposition Notice* files in this matter, entitled *Short-Notice Deposition Cancellations by Defendant*. This list consists of depositions that were cancelled with 3 days or less notice (I have not included in this list any cancellation notice with four or more days notice). I put in **bold** those that were cancelled with one day or less notice (note that most on this list are in **bold**, and that many were cancelled the same day they were set to take place). I have attached to this list a sampling of faxes received from defense counsel in which they are canceling depositions set for the same day we received notice and/or the next day;

3. Attached hereto as Exhibit 2 is another list I have compiled from our *Deposition Notice* files entitled *Records Deposition Notices/Subpoenas and Re-Notices of Records Depositions set by Unocal, and Subpoenas issued by Unocal to Locations More than 100 Miles from the Deposition Location (i.e., counsel for Unocal's office)*. This list includes Deposition Notices, Subpoenas and/or Deposition Re-Notices of entities more than 100 miles from defense counsel's office. If an entity is listed more than once, it is because they were noticed, cancelled, and re-noticed;

4. Each notice, of either a deposition or a cancellation, requires staff time for reading, scanning, and

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

2

copying and distributing to the appropriate attorney. Each notice also requires calendaring, which is done and/or reviewed by an attorney.

FURTHER AFFIANT SAYETH NAUGHT.

*Nita Backes*
Nita Backes

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned as such, this ____ day of December, 2007.

*Suzanne Jones*
Notary Public in and for the State of Alaska
My Commission Expires: 5-20-08

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007 a copy of the foregoing **AFFIDAVIT OF NITA BACKES IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEFING RE: DECEMBER 7, 2007 ORAL ARGUMENT** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571