Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> v. <br><br> UNOCAL CORPORATION <br><br> Defendant | Case No.  A 04-0096 CV (JKS) |


**SHORT-NOTICE DEPOSITION CANCELLATIONS BY DEFENDANT**
(only those under 3 days listed- same day/1 day notice in **bold**-*indicates cancelled <u>after</u> deposition date)

| DATE CANCELLED | DATE SET FOR | PARTY BEING DEPOSED |
|---|---|---|
| 4/18/06 | 4/19/06 | **Kelly Services** |
| 4/18/06 | 4/19/06 | **Peak Oilfield Service Co.** |
| 4/24/06 | 4/25/06 | **Boondock Sporting Goods** |
| 5/22/06 | 5/22/06 | **Honeywell** |
| 6/09/06 (Friday) | 6/12/06 (Mon.) | Peak Oilfield Service Co. |
| 6/09/06 (Friday) | 6/12/06 (Mon.) | AK Dept. of Fish and Game |
| 6/16/06 (Friday) | 6/19/06 (Mon.) | Peak Oilfield Service Co. |

Exhibit 1 of 14
page 1 of 14

| | | |
|---|---|---|
| 6/26/06 | 6/26/06 | Honeywell |
| 6/30/06 (Friday) | 7/03/06 (Mon.) | AK Dept. of Fish and Game |
| 10/19/06 | 10/20/06 | Forooz Sakata |
| 2/22/07 | 2/23/07 | Wells Fargo Bank |
| 2/22/07 | 2/23/07 | Northrim Bank |
| 2/22/07 | 2/23/07 | Indian Valley Meats |
| 2/22/07 | 2/23/07 | Circus-Circus Hotel & Casino |
| 2/22/07 | 2/23/07 | Alaska Spine Institute |
| 2/22/07 | 2/23/07 | Alaska Sausage Co., Inc. |
| 2/28/07 | 2/28/07 | AK USA Federal Credit Union |
| 2/28/07 | 3/02/07 | AK Dept. of Fish and Game |
| 3/01/07 | 3/02/07 | AK USA Federal Credit Union |
| 3/01/07 | 3/02/07 | Birchwood Shooting Range |
| 3/08/07 | 3/09/07 | AK DMV (Anchorage) |
| 3/08/07 | 3/09/07 | AK DMV (Juneau) |
| 3/15/07 | 3/16/07 | Bank of America |
| 5/16/07 | 5/21/07 (Mon.) | Chase Bank, N.A |

5/17/07 a total of 11 records depositions set for 5/18/07 were cancelled.

| | | |
|---|---|---|
| 5/30/07 | 5/31/07 | Funtime Boutique |
| 5/30/07 | 5/31/07 | Michael Werenblewski |
| 5/30/07 | 5/31/07 | Lead Dog Enterprises Limited |

Exhibit 1
page 2 of 14

| | | |
|---|---|---|
| 5/30/07 | 5/31/07 | Lo-Ji, Inc. |
| 5/30/07 | 5/31/07 | Puritan International LTD |
| 5/30/07 | 5/31/07 | Puritan Production Videos, LTD |
| 5/30/07 | 5/31/07 | Samuri, Inc. |
| 5/30/07 | 5/31/07 | Hilton Grand Vacations |
| 5/30/07 | 5/31/07 | Mikunda Cottrell & Co., Inc. |
| 5/30/07 | 5/31/07 | Easy Travel |
| 5/30/07 | 5/31/07 | Colorado Division of Wildlife |
| 5/30/07 | 5/31/07 | First American Title |
| 5/30/07 | 5/31/07 | Denali Auction Co. |
| 5/30/07 | 5/31/07 | Circus-Circus Hotel & Casino |
| 5/30/07 | 5/31/07 | Bank of America |
| 5/30/07 | 5/31/07 | Aurora Loan Services |
| 5/30/07 | 5/31/07 | Alaska Airlines |
| 5/30/07 | 5/31/07 | Morgan Stanley |
| 5/30/07 | 5/31/07 | Penn. Fish & Boat Commission |
| 5/30/07 | 5/31/07 | Tropicana Casino & Resort |
| 5/30/07 | 5/31/07 | Valdez Harbor Inn |
| 5/30/07 | 5/31/07 | McKinley Title |
| 6/14/07 | 6/15/07 | JP Morgan Chase Bank |
| 6/14/07 | 6/15/07 | Luxor Hotel and Casino |
| 6/22/07 | 6/22/07 | Pennsylvania Game Commission |
| 6/22/07 | 6/22/07 | Funtime Boutique |
| 6/22/07 | 6/22/07 | Lead Dog Enterprises Limited |

| | | |
|---|---|---|
| 6/22/07 | 6/22/07 | Lo-Ji, Inc. |
| 6/22/07 | 6/22/07 | Puritan International LTD |
| 6/22/07 | 6/22/07 | Puritan Production Videos LTD |
| 6/22/07 | 6/22/07 | Samuri, Inc. |
| 7/23/07 | 7/23/07 | Samuri, Inc. |
| 7/23/07 | 7/23/07 | Puritan Production Videos LTD |
| 7/23/07 | 7/23/07 | Puritan International LTD |
| 7/23/07 | 7/23/07 | Lo-Ji, Inc. |
| 7/23/07 | 7/23/07 | Lead Dog Enterprises Limited |
| 7/23/07 | 7/23/07 | Funtime Boutique |
| 8/01/07* | 7/30/07 | United Airlines |
| 8/01/07 | 8/06/07 (Mon.) | Southwest Airlines |
| 8/20/07 | 8/20/07 | Wells Farbo Bank, NA |
| 8/20/07 | 8/20/07 | Southwest Airlines |
| 8/20/07 | 8/20/07 | Northwest Airlines |
| 8/20/07 | 8/20/07 | Delta Airlines |

9/7/07 (a Friday) a total of 14 records depositions were cancelled, which were set for 9/10/07 (Monday)

| | | |
|---|---|---|
| 9/24/07 | 9/24/07 | Summit Bank |
| 9/24/07 | 9/24/07 | Sovereign Bank |
| 9/24/07 | 9/24/07 | Chase Bank, N.A. |
| 9/24/07 | 9/24/07 | Capital One |

Exhibit 1
page 4 of 14

9/24/07 a total of 14 records depositions were cancelled, which were set for same date (9/24/07).

| | | |
|---|---|---|
| 10/12/07 (Friday) | 10/15/07 (Mon.) | PNC Bank |
| 10/18/07 | 10/19/07 | PNC Bank |
| 10/19/07 (Friday) | 10/22/07 (Mon.) | Citicards |
| 10/19/07 (Friday) | 10/22/07 (Mon.) | Citibank, NA |
| 11/02/07 (Friday) | 11/5/07 (Mon.) | Wachovia Bank |
| 11/02/07 (Friday) | 11/5/07 (Mon.) | Sovereign Bank |
| 11/02/07 (Friday) | 11/5/07 (Mon.) | Citizens Bank |
| 11/02/07 (Friday) | 11/5/07 (Mon.) | Bank of America |
| 11/16/07 (Friday) | 11/19/07 (Mon) | Sovereign Bank |
| 11/16/07 (Friday) | 11/19/07 (Mon) | Citizens Bank |
| 11/28/07 | 11/29/07 | Bank of America |
| 11/28/07 | 11/29/07 | Citizens Bank |
| 11/28/07 | 11/29/07 | Sovereign Bank |
| 11/28/07 | 11/29/07 | Wachovia Bank |
| 12/04/07 | 12/04/07 | Bank of America |
| 12/04/07 | 12/04/07 | Wachovia Bank |

Attached to this list is a sampling of the cancellation faxes received from defendant's counsel.

Exhibit 1
page 5 of 14

Exhibit 1
page 6 of 14

# CLAPP • PETERSON
## VAN FLEIN • TIEMESSEN • THORSNESS
### LLC

**ANCHORAGE**

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
Liam J. Moran, Of Counsel
James D. Gilmore, Of Counsel
Milton L. Moss, Of Counsel

**FAIRBANKS**

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of ___25___ pages (including this cover sheet).

**Date:** February 22, 2007

**To:** Phillip Paul Weidner, Esq. (276-1200)  **Fax No.:** 278-6571

**From:** Linda J. Johnson, Esq.  **Phone:** 272-9272

**Re:** *Grove v. Unocal Corporation*  **Mail copy?** Yes
Our File No. 6200-1

**Item sent:**
1) Re-Notice of Deposition of Records Custodian for:
   a) Alaska USA FederalCredit Union [moved from 2/23/07 to 2/28/07]
   b) Alaska Dept. of Fish & Game [moved from 2/23/o7 to 3/2/07]
   c) Birchwood Rec. & Shooting Park [moved from 2/23/o7 to 3/2/07]

2) 7 Notices of Cancellation of Depositions of Records Custodians [on 2/23/07]

**Message:**

**CONFIDENTIALITY NOTICE**

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

If there are any problems with this transmission, please call Dianne, Natalie, Betty, or Barbara at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272    email • anch@cplawak.com    fax • 907-272-9586

Exhibit ___1___
page ___7___ of ___14___

GROVE DEPO NTC
FILE COPY

# CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
LLC

**ANCHORAGE**

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
James D. Gilmore, Of Counsel
Liam J. Moran, Of Counsel
Milton L. Moss, Of Counsel

RECEIVED
JUL 2 3 2007

**FAIRBANKS**

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

## FACSIMILE TRANSMITTAL SHEET
This facsimile consists of ___1___ pages (including this cover sheet).

**Date:** July 23, 2007

**To:** Phillip P. Weidner, Esq.
Weidner & Associates

**Fax No.:** 278-6571

**From:** Linda J. Johnson, Esq.

**Telephone:** 272-9272

**Re:** Grove v. Unocal
Our File No. 6200-1

**Mail copy?** No

**Items Sent:**

**Message:** The 17 records depositions scheduled for this morning at 10:00 am at our offices are **canceled** for today and are being **re-noticed** for August 6, 2007. Re-notices will be sent today by mail. Further, the 6 records depositions scheduled for this afternoon in Allentown, PA are **canceled** for today. Notices of cancellation follow today by mail.

CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.-

If there are any problems with this transmission, please call Dianne, Betty, Barbara, or Natalie at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272  email • anch@cplawak.com  fax • 907-272-9586

Exhibit 1
page 8 of 14

7·23·07

# CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
LLC

**FILE COPY**

**ANCHORAGE**

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
James D. Gilmore, Of Counsel
Liam J. Moran, Of Counsel
Milton L. Moss, Of Counsel

**FAIRBANKS**

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of ___1___ pages (including this cover sheet).

**Date:** August 6, 2007

**To:** Phillip P. Weidner, Esq.
Weidner & Associates

**Fax No.:** 278-6571

**From:** Linda J. Johnson, Esq.

**Telephone:** 272-9272

**Re:** *Grove v. Unocal*
Our File No. 6200-1

**Mail copy?** No

**Items Sent:**

**Message:** The 18 records depositions scheduled for this morning at 10:00 am at our offices are **CANCELED** for today and are being **re-noticed** for August 20, 2007. Re-notices to follow by mail.

## CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

If there are any problems with this transmission, please call Dianne, Betty, Barbara, or Natalie at (907) 272-9272.

711 H Street, Suite 620 · Anchorage, Alaska 99501-3454
phone · 907-272-9272   email · anch@cplawak.com   fax · 907-272-9586

Exhibit 1
page 9 of 14

# CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
### LLC

**ANCHORAGE**

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
James D. Gilmore, Of Counsel
Liam J. Moran, Of Counsel
Milton L. Moss, Of Counsel

**RECEIVED**

AUG 2 0 2007

**FAIRBANKS**

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of ___1___ pages (including this cover sheet).

**Date:** August 20, 2007

**To:** Phillip P. Weidner, Esq.
Weidner & Associates

**Fax No.:** 278-6571

**From:** Linda J. Johnson, Esq.

**Telephone:** 272-9272

**Re:** *Grove v. Unocal*
Our File No. 6200-1

**Mail copy?** No

**Items Sent:**

**Message:** The 18 records depositions scheduled for this morning at 10:00 am at our offices are **CANCELED** for today; 4 are being canceled outright, and 14 are being **re-noticed** for September 10, 2007. Re-notices follow today by mail.

**CONFIDENTIALITY NOTICE**

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.-

If there are any problems with this transmission, please call Dianne, Betty, Barbara, or Natalie at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone - 907-272-9272   email - anch@cplawak.com   fax - 907-272-9586

Exhibit ___1___
page __10__ of __14__

# CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
LLC

FILE Grove
S DEPO NTC

**ANCHORAGE**

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
James D. Gilmore, Of Counsel
Liam J. Moran, Of Counsel
Milton L. Moss, Of Counsel

RECEIVED
SEP 7 2007

**FAIRBANKS**

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET
This facsimile consists of ___1___ pages (including this cover sheet).

**Date:** September 7, 2007

**To:** Phillip P. Weidner, Esq.
Weidner & Associates

**Fax No.:** 278-6571

**From:** Linda J. Johnson, Esq.

**Telephone:** 272-9272

**Re:** *Grove v. Unocal*
Our File No. 6200-1

**Mail copy?** No

**Items Sent:** ✓

**Message:** The 14 records depositions currently scheduled for Monday, September 10, 2007 at 10:00 am at our offices are **CANCELED** for that date; they are being **re-noticed** for September 24, 2007. Re-notices follow today by mail.

CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

If there are any problems with this transmission, please call Dianne, Betty, Barbara, or Natalie at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone •907-272-9272   email •anch@cplawak.com   fax •907-272-9586

Exhibit __1__
page __11__ of __14__

# CLAPP · PETERSON
## VAN FLEIN · TIEMESSEN · THORSNESS
### LLC

**ANCHORAGE**

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
James D. Gilmore, Of Counsel
Liam J. Moran, Of Counsel
Milton L. Moss, Of Counsel

**FAIRBANKS**

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of ___1___ pages (including this cover sheet).

**Date:** September 24, 2007

**To:** Phillip P. Weidner, Esq.
Weidner & Associates

**Fax No.:** 278-6571

**From:** Linda J. Johnson, Esq.

**Telephone:** 272-9272

**Re:** *Grove v. Unocal*
Our File No. 6200-1

**Mail copy?** No

**Items Sent:**

**Message:** The 14 records depositions currently scheduled for Monday, September 24, 2007 at 10:00 am at our offices are **CANCELED** for that date. The appropriate Notices of Cancellation and Re-notices (for 10/9/07) follow today by mail.

**CONFIDENTIALITY NOTICE**

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

If there are any problems with this transmission, please call Dianne, Betty, Barbara, or Natalie at (907) 272-9272.

711 H Street, Suite 620 · Anchorage, Alaska 99501-3454
phone · 907-272-9272   email · anch@cplawak.com   fax · 907-272-9586

Exhibit ___1___
page __12__ of __14__

9-24-07

## CLAPP • PETERSON
## VAN FLEIN • TIEMESSEN • THORSNESS
────────── LLC ──────────

**ANCHORAGE**

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
Liam J. Moran, Of Counsel
James D. Gilmore, Of Counsel
Milton L. Moss, Of Counsel

**FAIRBANKS**

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

FILE COPY
Grove
Depo notc
file

RECEIVED
MAY 1 7 2007
WEIDNER & ASSOCIATES

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of ___1___ pages (including this cover sheet).

**Date:** May 17, 2007

**To:** Phillip Paul Weidner, Esq. (276-1200)          **Fax No.:** 278-6571
Phillip Paul Weidner & Associates

**From:** Linda J. Johnson, Esq.          **Phone:** 272-9272

Re: Grove v. Unocal Corporation          **Mail copy?** No
Our File No. 6200-1

**Item sent:**

**Message:** This is to advise you that all 11 records depositions presently set for Friday, May 18, 2007, and all 14 records depositions presently set for Monday, May 21, 2007 will be **re-noticed for May 31, 2007**. Copies of the re-notices will be provided by mail.

### CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

If there are any problems with this transmission, please call Dianne, Natalie, Betty, or Barbara at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone • 907-272-9272   email • anch@cplawak.com   fax • 907-272-9586

Exhibit 1
page 13 of 14

5-17-07




## CLAPP · PETERSON
### VAN FLEIN · TIEMESSEN · THORSNESS
###### LLC

**ANCHORAGE**

Matthew K. Peterson
Thomas V. Van Flein
John B. Thorsness
Scott Hendricks Leuning
Linda J. Johnson
Monique R. Renner
Liam J. Moran, Of Counsel
James D. Gilmore, Of Counsel
Milton L. Moss, Of Counsel

**FAIRBANKS**

John J. Tiemessen
David A. Carlson

Marcus R. Clapp, ret.

# FACSIMILE TRANSMITTAL SHEET

This facsimile consists of ___1___ pages (including this cover sheet).

**Date:** May 30, 2007

**To:** Phillip Paul Weidner, Esq. (276-1200)      **Fax No.:** 278-6571
Phillip Paul Weidner & Associates

**From:** Linda J. Johnson, Esq.      **Phone:** 272-9272

**Re:** *Grove v. Unocal Corporation*      **Mail copy?** No
Our File No. 6200-1

**Item sent:** ✓

**Message:** This is to advise you that all records depositions presently set for Thursday, May 31, 2007, will be **re-noticed for June 15, 2007**. Copies of the re-notices (together with appropriate notices of cancellation) will be provided by mail.

### CONFIDENTIALITY NOTICE

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege or other grounds for confidentiality or non-disclosure. The information is intended only for the use of the individuals(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distributing, or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

If there are any problems with this transmission, please call Dianne, Natalie, Betty, or Barbara at (907) 272-9272.

711 H Street, Suite 620 • Anchorage, Alaska 99501-3454
phone •907-272-9272   email •anch@cplawak.com   fax •907-272-9586

Exhibit ___1___
page __14__ of __14__

5-30-07