Records Deposition Notices/Subpoenas and Re-Notices of Records Depositions set by Unocal, and Subpoenas issued by Unocal to Locations More than 100 Miles from the Deposition Location (i.e., counsel for Unocal's office)
(not including depositions of the experts or parties)

1. Chase Bank, N.A, **located in Indianapolis, IN.**;
2. E*Trade, located in **Arlington, VA**;
3. Aurora Loan Services, **located in Littleton, CO**;
4. Circus-Circus Hotel & Casino, **located in Las Vegas, NV**;
5. Hilton Grand Vacations, **located in Orlando, FL**;
6. Luxor Hotel and Casino, **Las Vegas, NV**;
7. The McClatchy Co., **Juneau, AK** and **Sacramento, CA**;
8. Morgan Stanley & Co., **located in Juneau, AK**;
9. Tropicana Casino & Resort, **located in Las Vegas, NV**;
10. Bank of America, **located in Phoenix, AZ**;
11. Bank of America (Credit Cards);
12. Bank of America, **located in Phoenix, AZ**;
13. State of Alaska Department of Motor Vehicles (**Juneau**);
14. Bank of America, **located in Seattle, WA**;
15. State of Alaska Department of Motor Vehicles, (**Juneau Office**);
16. Bank of America, **Seattle, WA** and **Phoenix, AZ**;
17. Sea Hawk Air, Inc., **located in Kodiak, AK**;
18. Sea Hawk Air, Inc. **located in Kodiak, AK**;
19. Sea Hawk Air, Inc, **Kodiak, AK.**;
20. Sea Hawk Air, Inc., **Kodiak, AK**;
21. Bank of America, **Phoenix, AZ**;
22. Bank of America, **Seattle, WA**;
23. Wells Fargo Bank, **for records in CO, DE, NV, and PA** (and Alaska);
24. Circus-Circus Hotel & Casino, **Las Vegas, NV**;
25. Circus-Circus Hotel & Casino, **Las Vegas, NV**;
26. Wells Fargo Bank, **for records in CO, DE, NV, and PA** (and Alaska);
27. Bank of America (Credit Cards);
28. Sea Hawk Air, **Kodiak, AK**;
29. Circus-Circus Hotel & Casino, **Las Vegas, NV**;
30. Wells Fargo Bank, **for records in CO, DE, NV, and PA** (and Alaska);
31. Bank of America, **Seattle, WA, Phoenix, AZ, Utica, NY**;
32. Honeywell;
33. Honeywell;
34. Summit Bank, **Delaware, Pennsylvania**;
35. Wells Fargo Bank, **for records in CO, DE, NV, and PA** (and Alaska);
36. Northwest Airlines, **for records re: CO, DE, FL, NV and PA**(and Alaska);
37. Wachovia Bank, **Delaware, Pennsylvania**;
38. PNC Bank, **Pittsburg, PA**;

Exhibit 2
page 1 of 4

Page 1

39. Sovereign Bank, **Delaware and Pennsylvania**;
40. PNC Bank, **Pittsburg, PA**;
41. The McClatchy Co., **Sacramento, CA, Juneau, AK**;
42. E*Trade, **Arlington, VA**;
43. Delta Airlines, **CO, DE, FL, NV, PA** (and Alaska);
44. Citizens Bank, **Delaware, Pittsburg, Pennsylvania**;
45. Citicards, **Colorado, Nevada, Delaware, Pennsylvania**;
46. Citibank, **Sioux Falls, SD**;
47. Chase Bank, N.A., **Indianapolis, Indiana**;
48. Capital One Bank, **Richmond, VA**;
49. Bank of America; **Seattle, WA, Phoenix, AZ, Utica, NY**
50. Luxor Hotel and Casino, **Las Vegas, NV**;
51. JP Morgan Chase Bank, **for records in CO, DE, NV, PA** (and Alaska);
52. Uptown Motel, **Kenai, AK**;
53. Uptown Motel, **Kenai, AK**;
54. Valdez Harbor Inn, **Valdez, AK**;
55. Tropicana Casino & Resort, **Las Vegas, NV**;
56. Pennsylvania Fish & Boat Commission, **Harrisburg, PA**;
57. Morgan Stanley, **Juneau, AK**;
58. Alaska Airlines;
59. Aurora loan Services, **Littleton, CO**;
60. Bank of America, **Seattle, WA, Phoenix, AZ, Utica, NY**;
61. Circus-Circus Hotel & Casino, **Las Vegas, NV**;
62. Colorado Division of Wildlife, **Denver, CO**;
63. Hilton Grand Vacations, **Orlando, FL**;
64. Samuri, Inc., **Allentown, PA**;
65. Puritan Production Videos, LTD., **Allentown, PA**;
66. Puritan International LTD., **Allentown, PA**;
67. Lo-Ji, Inc., **Allentown, PA**;
68. Lead Dog Enterprises Limited, **Allentown, PA**;
69. Michael Werenblewski, **Buffalo, NY**;
70. Funtime Boutique, **Allentown, PA**;
71. Lead Dog Enterprises Limited, **Allentown, PA**;
72. Lo-Ji, Inc., **Allentown, PA**;
73. Puritan International LTD., **Allentown, PA**;
74. Puritan Production Videos, LTD., **Allentown, PA**;
75. Samuri, Inc., **Allentown, PA**;
76. Funtime Boutique, **Allentown, PA**;
77. Pennsylvania Game Commission, **Harrisburg, PA**;
78. Wells Fargo Bank, **for records in CO, DE, NV, PA** (and Alaska);
79. Wachovia Bank, **Delaware** and **Pennsylvania**;
80. Sovereign Bank, **Delaware** and **Pennsylvania**;
81. Sovereign Bank, **Delaware** and **Pennsylvania**;
82. Samuri, Inc., **Allentown, PA**;
83. PNC Bank, **Pittsburg, PA**;
84. PNC Bank, **Pittsburg, PA**;

Exhibit 2
page 2 of 4

85. Northwest Airlines, **for records in CO, DE, FL, NV, PA** (and Alaska);
86. The McClathcy Co., **Sacramento, CA, Juneau, AK**;
87. Luxor Hotel and Casino, **Las Vegas, NV**;
88. JP Morgan Chase Bank, **CO, DE, NV, PA** (and Alaska);
89. E*Trade, **Arlington, VA**;
90. Delta Airlines, **CO, DE, FL, NV, PA** (and Alaska);
91. Citizens Bank, **Pittsburg, PA**;
92. Citicards, **Colorado, Nevada, Delaware, Pennsylvania**;
93. Citibank, **Sioux Falls, SD**;
94. Chase Bank, N.A., **Indianapolis, IN**;
95. Capital One, **Richmond, VA**;
96. Bank of America, **Utica, NY**;
97. CitiMortgage, Inc., **CO, DE, FL, NV, PA** (and Alaska);
98. Citizens Bank, **Pittsburg, PA**;
99. Circus-Circus Hotel & Casino, **Las Vegas, NV**;
100. E*Trade, **Arlington, VA**;
101. Aurora Loan Services, **Littleton, CO**;
102. Bank of America, **Seattle, WA, Phoenix, AZ, Utica, NY**;
103. Bank of America, **Seattle, WA, Phoenix, AZ, Utica, NY**;
104. Capitol One, **Richmond, VA**;
105. Citibank, **Sioux Falls, SD**;
106. Citicards, **Colorado, Nevada, Delaware, Pennsylvania**;
107. Hilton Grand Vacations, **Orlando, FL**;
108. JP Morgan Chase Bank, **CO, DE, NV, PA** (and Alaska);
109. Luxor Hotel and Casino, **Las Vegas, NV**;
110. The McClatchy Co., **in Juneau, AK**
111. The McClatchy Co., **in Sacramento, CA**
112. Morgan Stanley, **Juneau, AK**;
113. PNC Bank, **Pittsburg, PA**;
114. PNC Bank, **Pittsburg, PA**;
115. Sovereign Bank, **Delaware, Pennsylvania**;
116. Sovereign Bank, **Delaware, Pennsylvania**;
117. Tropicana Casino & Resort, **Las Vegas, NV**;
118. Wells Fargo Bank, NA, **for records in CO, DE, NV, PA** (and Alaska);
119. Wachovia Bank, **Delaware** and **Pennsylvania**;
120. Valdez Harbor Inn, **Valdez, AK**;
121. Summit Bank, **Bensalem, PA**;
122. Colorado Division of Wildlife, **Denver, CO**;
123. Alaska Airlines;
124. Delta Airlines, **CO, DE, FL, NV, PA** (and Alaska);
125. Funtime Boutique, **Allentown, PA**;
126. Lead Dog Enterprises Limited, **Allentown, PA**;
127. Michael Werenblewski, **Buffalo, NY**;
128. Samuri, Inc., **Allentown, PA**;
129. Samuri, Inc., **Allentown, PA**;
130. Puritan International LTD., **Allentown, PA**;

Exhibit 2
page 3 of 4

131. Puritan Production Videos, LTD., **Allentown, PA**;
132. Lo-Ji, Inc., **Allentown, PA**;
133. Northwest Airlines, **CO, DE, FL, NV, PA** (and Alaska);
134. MGM Mirage, **located in Las Vegas, NV;**
135. Div. of Wildlife ,Dept of natural Resources, **Denver, CO;**
136. Pennsylvania Game Commission, **Harrisburg, PA;**
137. United Airlines, **Chicago, IL;**
138. Southwest Airlines, **Dallas, TX**

Exhibit 2
page 4 of 4