Michael Cohn
Phillip Paul Weidner & Associates, APC
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNOCAL CORPORATION<br><br>         Defendant | Case No.  A 04-0096 CV (JKS) |

**NOTICE OF WITHDRAWAL OF AFFIDAVIT AND SUBSTITUTION OF REVISED AFFIDAVIT RE: SUPPLEMENTAL BRIEFING RE:  ORAL ARGUMENT OF DECEMBER 7, 2007**

Plaintiffs are deleting paragraphs 2-6 of the Affidavit of Michael Cohn in Support of Supplemental Briefing Re: Oral Argument of December 7, 2007, and substituting a Revised Affidavit of Michael Cohn.  Plaintiffs are withdrawing the initial Affidavit, which was based on a misunderstanding of what defendant submitted to the Court on Friday, December 14, 2007.

1

RESPECTFULLY SUBMITTED this 18th day of December, 2007.

WEIDNER & ASSOCIATES, INC.
Counsel for Plaintiffs

/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:nbackes@weidnerjustice.com
ABA No. 8506049

*CERTIFICATE OF SERVICE*

I hereby certify that on December 18, 2007 a copy of the foregoing **Notice of Withdrawal of Affidavit and Substitution of Revised Affidavit Re: Supplemental Briefing Re: Oral Argument of December 7, 2007** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.
/s/ Michael Cohn