Michael Cohn
Weidner & Associates, APC
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNOCAL CORPORATION<br><br>　　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0096 CV (TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REVISED AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEFING RE: ORAL ARGUMENT OF DECEMBER 7, 2007**

STATE OF ALASKA          )
                         )   ss.
THIRD JUDICIAL DISTRICT  )

　　MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

　　1.   I am Michael Cohn, an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., counsel of

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

1

record for the Grove plaintiffs in this matter. I am licensed to practice law in the State of Alaska;

2.  Magistrate Smith asked for information regarding records depositions set over 100 miles from the location of the deponent, and records as to cancellations of depositions. Nita Backes, one of our office staff, has prepared a separate affidavit on this matter, which I have reviewed;

3.  Attached hereto as Exhibit A are records received from another source showing inspections and entities that did inspections, review, consultation as to the Unocal building, that I sought after Unocal counsel stated the information was "irrelevant" and would not be provided;

4.  I did not keep a time record of the hours spent on preparing the Motion for Sanctions, and the Reply, but given the research required, and voluminous records deposition notices reviewed, a fair, but low underestimate, based on my 23 years of experience and practice, would be 10 hours for preparation of the pleadings;

5.  Magistrate Smith asked me about any meet-and-confer meeting in person. I called Ms. Johnson to have an in person meet-and-confer meeting. It was my understanding that Magistrate Smith wanted us to have an in person meeting, rather than one on the phone. Ms. Johnson's recollection was not that Magistrate Smith wanted us to have a meet-and-confer meeting,

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

2

but go through our records to determine if one had in fact occurred. She told me that her review of her records does not indicate a meet-and-confer telephone call;

6. I have not kept records of most of my calls with Ms. Johnson. However, I do recall numerous letters and telephone calls regarding discovery and the absence of production/compliance by Unocal over the past three years;

7. I filed a Motion to Compel in 2006. In that motion were many of the same issues discussed in the Renewed Motion to Compel. Yet, even after that motion, Unocal failed to verify interrogatories from <u>2004</u>. Following a hearing before U.S. District Court Judge Burgess, when it was thought that perhaps we would mediate, and also attempt to resolve outstanding issues, I sent a detailed letter explaining what discovery was outstanding/due and/or needed to be done by Unocal. See Exhibit B. This letter was ignored;

8. The issues were all laid out in the previous Motion to Compel, letters, and telephone contacts, well before the Renewed Motion to Compel, and still, Unocal would not comply. I made good faith attempts to resolve discovery issues for years without seeking Court action;

9. At what I considered a meet-and-confer meeting last week, all that was resolved was that Ms. Johnson stated that

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

3

they would verify the First and Third Discovery Requests, which is what she already stated at the hearing of December 7, 2007;

10. Ms. Johnson did raise a number of other points. She indicated there was no meet-and-confer before the Motion for Sanctions for Unocal's subpoenas to entities throughout the United States to appear at Unocal counsel's office in Anchorage. I became aware that she was seeking records of entities without notifying the attorney for the entities, and without notifying the entities. I note that even when the flaws in the process were revealed to Unocal counsel, and even after the motion was filed, they still persisted in following the same practice. It is my understanding, to the best of my personal knowledge, that these hundreds of depositions were set without notifying plaintiffs' counsel beforehand, and many were cancelled on the date of the deposition, and then again, unilaterally reset. This practice, to the best of my recollection, persisted even after the motion. To the best of my recollection, I brought up the avalanche of records depositions with defense counsel, and the lack of courtesy of checking with plaintiffs' counsel as to dates;

11. Ms. Johnson also demanded that discovery be allowed to go forward on her quest for records of entities which, to the best of my personal knowledge, are located in Pennsylvania, and

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

4

owned by Phillip Krasner.  She said if we did not agree, her pleading to the court would be unpleasant to Larry Grove.

    FURTHER AFFIANT SAYETH NAUGHT.

<pre>
                          /s/ Michael Cohn
                          WEIDNER & ASSOCIATES, INC.
                          330 L Street, Suite 200
                          Anchorage, AK  99501
                          Phone (907) 276-1200
                          Fax (907) 278-6571
                          E-mail:  nbackes@weidnerjustice.com
                          ABA No. 8506049
</pre>

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEFING RE: ORAL ARGUMENT OF DECEMBER 7, 2007**was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn