Scanned

# ANCHORAGE FIRE DEPARTMENT
## Municipality of Anchorage
## FIRE INSPECTION NOTICE

Fire Prevention 267-4900
STA # _____

4700 S. Bragaw
Anchorage, AK 99507

| Field | Value |
|---|---|
| Business Name | Drift River Terminal Living Quarters |
| Inspection Location | 909 W. 9th |
| Business Phone | |
| Bldg Owner | CIPL Co |
| Owner Address (for Billing Purposes) | 909 W. 9th, 99501 |
| Owner Phone | |
| Emer Contact 1 Name (First, Middle, Last) | |
| Emer Contact 2 Name | |
| Occ Type | |
| Phone | |
| Phone | |
| Haz Materials | ☐ N/A ☐ Yes |

**Systems:** ☐ Sprinkler ☐ Fire Alarm ☐ Hood/Duct ☐ Standpipe ☐ Fire Pump ☐ Halon/Alternate Gas   Time for Insp

**Type of Inspection:** ☐ BL ☐ CC ☐ CMPL ☐ CO ☐ CRTK ☐ DC ☐ GEN ☐ REF ☐ Other

Notice of Fire Safety Hazards: You are hereby notified that an inspection of your premises has disclosed the following fire safety hazards and/or violations of the provisions of appropriate local or state codes:

UFC - Uniform Fire Code
UBC - Uniform Building Code
NEC - National Electrical Code
IBC/IFC - International Bldg/Fire Codes
UMC - Uniform Mechanical Code
NFPA - National Fire Prev. Assoc.

| Item# | Violation/Hazard Description |
|---|---|
| | |

Signed contract w/ Simplex-Grinnell for new FAS

Violations Corrected

By order of the Fire Chief
Authority: AMC 23.05.010/Section 8.10.75.010 UFC

☐ For Reinspection Call (907) 267-_____

☐ Initial Inspection  ☒ Reinspection  12:50

**AFD Billing Use Only**   Bill #   Cust#

Do not send in fees - wait for invoice to be mailed.

Inspected by:
Name and Name: K Lightkeeper  3/20/03
Title / Date / Shift

FIN NO. **28541**

Owner/Rep Signature:   Acknowledges that this notice was discussed with the owner or a representative.   Date:
X

**Order To Comply:** Such conditions are contrary to law. You are hereby required to correct said conditions immediately upon receipt of this notice. An inspection to determine whether the said conditions were abated will be conducted on or after the indicated "Reinspection Date." Failure to comply with the foregoing order before the date of such reinspection may render you liable to the penalties provided by law for such violations. You have the right to appeal these requirements to the Fire Marshal. Such appeal shall be submitted prior to the inspection dates. Failure to submit such an appeal within this time will constitute a waiver of appeal rights.

53-103 (Rev. 10_02)*   White - Building File   Canary - Inspector   Pink - Billing   Goldenrod - Owner

Exhibit A
page 1 of 41

LG01059

| ANCHORAGE FIRE DEPARTMENT Municipality of Anchorage FIRE INSPECTION NOTICE | Fire Prevention 267-4900 STA # ___ | 1301 E. 80th Ave. Anchorage, AK 99518 |
|---|---|---|
| Business Name: Unocal | Inspection Location: 909 W. 9th | Business Phone: |
| Bldg Owner: | Owner Address (for Billing Purposes): | Owner Phone: 279-2306 |
| Emer Contact 1 Name: _First, Middle, Last_ Phone: | Emer Contact 2 Name: Phone: | Occ Type: ___ Haz Materials: ☐ N/A ☐ Yes |
| **Systems:** ☐ Sprinkler ☐ Fire Alarm ☐ Hood/Duct ☐ Standpipe ☐ Fire Pump ☐ Halon/Alternate Gas | | Time for Insp |
| **Type of Inspection:** ☐ BL ☐ CC ☐ CMPL ☐ CO ☐ CRTK ☐ DC ☐ GEN ☐ REF ☐ Other | | |

Notice of Fire Safety Hazards: You are hereby notified that an inspection of your premises has disclosed the following fire safety hazards and/or violations of the provisions of appropriate local or state codes:
UFC - Uniform Fire Code
UBC - Uniform Building Code
NEC - National Electrical Code
IBC/IFC - International Bldg/Fire Codes
UMC - Uniform Mechanical Code
NFPA - National Fire Prev. Assoc.

| Item # | Violation/Hazard Description |
|---|---|
| | Items 3, 5, 6 Completed. |
| | Items 1, 2, 4, 7 still under repair. Completion date extended to 8/15/02 |

By order of the Fire Chief
Authority: AMC 23.05.010/Section 8.10.75.010 UFC  ☑ Further Inspection Scheduled:  Around  Month 8  Day 15  Year 02

☐ Initial Inspection 25673  ☑ Reinspection

**AFD Billing Use Only**    Bill #           Cust #
**Do not send in fees - wait for invoice to be mailed.**    Inspected by:
FIN NO. **26736**    Name ___ Odell ___ FI ___    Title    Date    Shift
and _____
Name    Title    Date    Shift

Owner/Rep Signature: Acknowledges that this notice was discussed with the owner or a representative.    Date:
X

**Order To Comply:** Such conditions are contrary to law. You are hereby required to correct said conditions immediately upon receipt of this notice. An inspection to determine whether the said conditions were abated will be conducted on or after the indicated "Reinspection Date." Failure to comply with the foregoing order before the date of such reinspection may render you liable to the penalties provided by law for such violations. You have the right to appeal these requirements to the Fire Marshal. Such appeal shall be submitted prior to the inspection dates. Failure to submit such an appeal within this time will constitute a waiver of appeal rights.

53-103 (Rev. 11/01)*    White - Building File    Canary - Inspector    Pink - Billing    Goldenrod - Owner

Exhibit A
page 2 of 41

*6 stories & basement*

# ANCHORAGE FIRE DEPARTMENT
## Municipality of Anchorage
### FIRE INSPECTION NOTICE

Fire Prevention 267-4900
STA # 01
1301 E. 80th Ave.
Anchorage, AK 99518

**Business Name:** Unocal
**Inspection Location:** 909 W. 9th
**Business Phone:** 276-7600

**Bldg Owner:**
**Owner Address (for Billing Purposes):**
**Owner Phone:**

**Emer Contact 1 Name:** (First, Middle, Last)
**Phone:**
**Emer Contact 2 Name:**
**Phone:**
**Occ Type:** B2
**Haz Materials:** ☐ N/A ☐ Yes

**Systems:** ☒ Sprinkler ☒ Fire Alarm ☐ Hood/Duct ☐ Standpipe ☐ Fire Pump ☐ Halon/Alternate Gas
**Time for Insp:**

**Type of Inspection:** ☐ BL ☐ CC ☐ CMPL ☐ CO ☐ CRTK ☐ DC ☒ GEN ☐ REF ☐ Other

Notice of Fire Safety Hazards: You are hereby notified that an inspection of your premises has disclosed the following fire safety hazards and/or violations of the provisions of appropriate local or state codes:

UFC - Uniform Fire Code
UBC - Uniform Building Code
NEC - National Electrical Code
IBC/IFC - International Bldg/Fire Codes
UMC - Uniform Mechanical Code
NFPA - National Fire Prev. Assoc.

| Item # | Violation/Hazard Description |
|---|---|
| 1 | Correct all deficiencies listed on Fire Alarm Insp. Report |
| 2 | Change out batteries to meet 5 min. test. |
| 3 | 5th Floor North lobby door - needs mag. hold open or to remain closed. |
| 4 | 5th Floor - Southside - requires additional exit sign for hallway from east side. |
| 5 | 4th Floor SW corner, Clear hallway of storage. |
| 6 | Diane Dunham's ofc - Surge Protectors daisy chained. Cannot hook them together. (2nd flr) |
| 7 | Halon Rm - Simple Instructions posted for usage of emerg. systems. |

By order of the Fire Chief
Authority: AMC 23.05.010/Section 8.10.75.010 UFC
☒ Further Inspection Scheduled: Around Month 10 Day 21 Year 02

☒ Initial Inspection  ☐ Reinspection

**AFD Billing Use Only**  Bill #  Cust #
Do not send in fees - wait for invoice to be mailed.

**Inspected by:** C. Hill F1  5/21/02
Name / Title / Date / Shift
267-4911
and
Name / Title / Date / Shift

**FIN NO.** 25673

**Owner/Rep Signature:** Acknowledges that this notice was discussed with the owner or a representative.
Charles L. (signature)  Date: 5-21-02

**Order To Comply:** Such conditions are contrary to law. You are hereby required to correct said conditions immediately upon receipt of this notice. An inspection to determine whether the said conditions were abated will be conducted on or after the indicated "Reinspection Date." Failure to comply with the foregoing order before the date of such reinspection may render you liable to the penalties provided by law for such violations. You have the right to appeal these requirements to the Fire Marshal. Such appeal shall be submitted prior to the inspection dates. Failure to submit such an appeal within this time will constitute a waiver of appeal rights.

.3 (Rev. 11/01)*   White - Building File   Canary - Inspector   Pink - Billing   Goldenrod - Owner

Exhibit A
page 3 of 41

**Municipality of Anchorage**
**ANCHORAGE FIRE DEPARTMENT**
1301 East 80th Avenue
Anchorage, Alaska 99518
**FIRE INSPECTION REPORT**

**EMERGENCY 911**
☒ Fire Prevention 267-4960
☐ Station Phone # _1 hrs._

1301 East 80th Avenue
Mail: P.O. Box 196650
Anchorage, Alaska 99519-6650

GRID # ___

| Field | Value |
|---|---|
| BUSINESS NAME | UNOCAL |
| BUSINESS ADDRESS | 909 W. 9th Avenue |
| PHONE | 263-7669 |
| BUILDING OWNER | S/P |
| OWNERS ADDRESS | S/P |
| PHONE | S/P |
| OCC TYPE | B-2 |

HALON ☒ YES ☐ NO   HOOD/DUCT ☐ YES ☒ NO   FIRE ALARM ☒ YES ☐ NO   STANDPIPE ☒ YES ☐ NO   SPRINKLER ☒ YES ☐ NO

TYPE OF INSP: ☐ LL  ☐ BL  ☐ DC  ☐ SL  ☐ CC  ☐ COMP  ☐ REF  ☐ REQ  ☒ GEN  ☐ CO  ☐ CRTK

HAZ MAT TYPE _N/N_
VOLUME ___

EMERGENCY CONTACT
(1) Name _Don Akers_  Phone _229-1341_
(2) Name ___ Phone ___

**NOTICE OF FIRE & SAFETY HAZARDS:** You are hereby notified that an inspection of your premises has disclosed the following fire safety hazards and/or violations of the provisions of appropriate local or state codes:
UFC — Uniform Fire Code   UFCS — Uniform Fire Code Stds.
UBC — Uniform Building Code   UMC — Uniform Mechanical Code
NFC — National Electrical Code   NFPA — Nat'l Fire Prev. Assoc.

_All violations corrected from FIN # 04226_

**ORDER TO COMPLY:** As such conditions are contrary to law, you are hereby required to correct said conditions immediately upon receipt of this notice. An inspection to determine whether you have complied will be conducted on or after the "FURTHER INSPECTION DATE" indicated below. Failure to comply with the foregoing order before the date of such reinspection may render you liable to the penalties provided by law for such violation. You have the right to appeal these requirements to the Fire Marshal. Such appeal shall be submitted within fifteen (15) days of receipt of this notice. Failure to submit such an appeal within this time will constitute a waiver of appeal rights.

By order of the Fire Chief
Authority: AMC 23.05.010/Section 2.201 UFC   ☐ Further Inspection Scheduled: Month ___ Day ___ Year ___

☐ SUPPLEMENT ATTACHED
FIN NO. **4945**

Inspected by:
Name _Dan Diehl_  Title _Inspector_  Date _6/2/93_  Shift ___
and ___

THE CORRECTION OF THE ABOVE NOTED HAZARDS WILL MAKE YOUR PREMISES SAFER FROM FIRE AND HELP DECREASE THE FIRE LOSS IN ANCHORAGE. THANK YOU.

☐ 1st  ☐ 2nd  (1st FIN # ___)
☐ Refer to Deputy Fire Marshal
☐ Refer to Fire Prevention

SIGNATURE: Owner/Representative _Personally Served_
Date _6/2/93_

53-103 (Rev. 6/90) MOA 25   WHITE—File   CANARY—Inspector   PINK—Occupant

Exhibit _A_
page _4_ of _41_

LG01062

# Municipality of Anchorage
## ANCHORAGE FIRE DEPARTMENT
1301 East 80th Avenue
Anchorage, Alaska 99518

**FIRE INSPECTION REPORT**

**EMERGENCY 911**
☑ Fire Prevention 267-4960
☐ Station Phone #  2 HRS.

1301 East 80th Avenue
Mail: P.O. Box 196650
Anchorage, Alaska 99519-6650

GRID # 01-1336

| | | |
|---|---|---|
| BUSINESS NAME: Unocal | BUSINESS ADDRESS: 909 W. 9TH | PHONE: 263-7669 |
| BUILDING OWNER: SP | OWNERS ADDRESS: SP | PHONE: SP / OCC TYPE: B-2 |

HALON ☑ YES ☐ NO
HOOD/DUCT ☐ YES ☑ NO
FIRE ALARM ☑ YES ☐ NO
STANDPIPE ☑ YES ☐ NO
SPRINKLER ☑ YES ☐ NO  Basement

TYPE OF INSP: ☐ LL ☐ BL ☐ DC ☐ SL ☐ CC ☐ COMP ☐ REF ☐ REQ ☐ GEN ☒ CO ☐ CRTK

HAZ MAT TYPE: NA
VOLUME:

EMERGENCY CONTACT
(1) Name: Dr. Akers   Phone: 229-1341
(2) Name:   Phone:

**NOTICE OF FIRE & SAFETY HAZARDS:** You are hereby notified that an inspection of your premises has disclosed the following fire safety hazards and/or violations of the provisions of appropriate local or state codes:

UFC — Uniform Fire Code    UFCS — Uniform Fire Code Stds.
UBC — Uniform Building Code    UMC — Uniform Mechanical Code
NFC — National Electrical Code    NFPA — Nat'l Fire Prev. Assoc.

Halon only. OK for C.O.   Permit # 92-4024
Trip Test OK
Certification Form completed.

**ORDER TO COMPLY:** As such conditions are contrary to law, you are hereby required to correct said conditions immediately upon receipt of this notice. An inspection to determine whether you have complied will be conducted on or after the "FURTHER INSPECTION DATE" indicated below. Failure to comply with the foregoing order before the date of such reinspection may render you liable to the penalties provided by law for such violation. You have the right to appeal these requirements to the Fire Marshal. Such appeal shall be submitted within fifteen (15) days of receipt of this notice. Failure to submit such an appeal within this time will constitute a waiver of appeal rights.

By order of the Fire Chief
Authority: AMC 23.05.010/Section 2.201 UFC

☑ NO FURTHER.
☐ Further Inspection Scheduled:  Month  Day  Year

Inspected by: Carpenter/Hill  5/12/92
Name / Title  Date  Shift
and _____ Name / Title / Date

☐ SUPPLEMENT ATTACHED
FIN NO. 5901

THE CORRECTION OF THE ABOVE NOTED HAZARDS WILL MAKE YOUR PREMISES SAFER FROM FIRE AND HELP DECREASE THE FIRE LOSS IN ANCHORAGE. THANK YOU.

☑ 1st  ☐ 2nd  (1st FIN # _____)
☐ Refer to Deputy Fire Marshal
☐ Refer to Fire Prevention

SIGNATURE: Owner/Representative
Jon Tate   Date: 5/12/92

53-103 (Rev. 6/90) MOA 25    WHITE—File    CANARY—Inspector    PINK—Occupant

Exhibit A
LG01063 page 5 of 41

Unocal North Am[...]
Oil & Gas Division
Unocal Corporation
P.O. Box 190247
Anchorage, Alaska 99519-0247
Telephone (907) 276-7600

**UNOCAL 76**

RECEIVED

MAR 23 1992

FP — CRTK

March 19, 1992

Alaska Region

Municipality of Anchorage
Anchorage Fire Department
Attn: Mr. Dan Diehl

<u>Fire Inspection Report; Unocal</u>
dtd: 5/9/91, FIN No. 04226

Since our last letter on this subject, we have spent many manhours studying the remaining issues. We currently have some studies on going which will provide definitive answers for the proper steps to resolve the remaining violations. We request time to allow these studies to be completed and then we would provide you with a completion schedule for all remaining violations by July 1, 1992.

Sincerely,

D. L. Akers

DLA:rb

Exhibit A
page 6 of 41

LG01064



**TRA**

Architecture
Engineering
Planning
Interiors

4797-5 Business
Park Boulevard
Anchorage, AK
99503-7142
(907) 562-3465

February 3, 1992

Mr. Dan Diehl
Inspector
Municipality of Anchorage
Building Safety - Fire
P.O. Box 196900
Anchorage, Alaska  99519-6900

RE:  UNOCAL BUILDING

Dear Mr. Diehl:

As you are aware by now, TRA has been engaged by UNOCAL to assist in an evaluation of their six story office building located at 909 W. 9th Avenue to determine compliance with code requirements and to identify alternative solutions to any problems identified.

Of primary concern to UNOCAL is any current or anticipated need to provide an automatic sprinkler system in their building.  To help clarify that matter, I requested a meeting with the Anchorage Building Department.  The meeting was held on January 16 with you and Max Schumacher in attendance.  A copy of my summary of that meeting is attached for your review.

At the suggestion of Loren Storms, I contacted the State Fire Marshall's office to determine whether or not the provisions in the State Administrative Code regarding buildings with floors more than 35 feet above the level of Fire Department vehicle access applies to building renovations.  I have had subsequent telephone conversations with Jack Oxford and you concerning that matter.

It is my understanding, following my most recent conversation with you, that the regulation will not apply to the UNOCAL Building as renovations are undertaken.  The primary renovations anticipated at this time are directed toward the improvements required for compliance with Appendix No. 1 of the Uniform Fire Code as recorded on your Fire Inspection Report dated May 9, 1991.  Other renovations, involving relocation of office partitions primarily, will be made from time to time in the future.

LG01065

Exhibit  A
page  7  of  41

Mr. Dan Diehl
MOA-Fire Safety
February 3, 1992
Page Two

It is important for UNOCAL to have a clear and final resolution of this matter and I am asking, therefore, that you confirm my understanding that an automatic sprinkler system will not be required throughout the UNOCAL building as a result of UNOCAL's need or desire to make renovations.

Your assistance in concluding this matter is appreciated.

Very truly yours,

TRA

R. Dan Farr, AIA
Principal

rdf:mas
DIEHL/CODE
Attachment

c: Jack Oxford
   Joe Jenkins, UNOCAL

Exhibit A
page 8 of 41



# Municipality of Anchorage



P.O. BOX 196650
ANCHORAGE, ALASKA 99519-6650
(907) 267-4900

TOM FINK,
MAYOR

June 11, 1991

**FIRE DEPARTMENT**
Administration
(1301 East 80th Avenue)

Don L. Akers, Alaska Region Office Supervisor
Unocal North American Oil and Gas Division
Unocal Corporation
P.O. Box 190247
Anchorage, Alaska   99519-0247

Dear Mr. Akers:

Thank you for the response to my Fire Inspection Notice.

The time frames you have indicated are agreeable with the Fire Marshal. All violations shall be completed by June 1, 1992, and I will contact you to schedule that inspection.

Please contact me when Grinnell has finished with their test of your sprinkler system.

If I can be of further assistance, please contact me at 267-4960.

Sincerely,

Dan A. Diehl
Fire Inspector

Concur:

Mike C. Thrapp
Fire Marshal

DAD:sld
letter/akers

COPY

LG01067   Exhibit A
page 9 of 41



Unocal North American
Oil & Gas Division
Unocal Corporation
P.O. Box 190247
Anchorage, Alaska 99519-0247
Telephone (907) 276-7600

**RECEIVED**
JUN 04 1991
Fire Prevention

# UNOCAL 76

Alaska Region

June 4, 1991

Municipality of Anchorage
Anchorage Fire Department
Attn: Mr. Dan Diehl

<u>Fire Inspection Report; Unocal</u>
dtd. 5/9/91, FIN NO. 04226

The following reply is submitted for subject Fire Inspection report. A copy of the original report is attached.

Item #1. All combustible storage has been removed from the penthouse mechanical room. *OK*

Item #2. Standpipe system was inspected by Grinnell Fire Protection Systems Company on 5/24/91. Inspection certificate issued certifies the system has been properly tested and inspected for reliability. Corrections required if any were made. *OK*

Item #3. The Halon System was inspected and a Blanket service contract requiring inspections every six months will be signed shortly. *OK*

Item #4. Storage in the Basement has been relocated so no objects are within the restricted 18 inch zone below sprinkle heads. A red band of paint 2 inches wide is being painted around all storage areas to clearly designate the restricted zone and will aid continued compliance in the future. *OK*

Item #5. Providing rated corridors on the 2nd, 4th thru 6th floors will take approximately 12 weeks of construction time and is estimated at a minimum of $80,000. This project we concur is needed and we have scheduled construction to begin January 6, 1992. The delay in construction is due to budgetary requirements, scheduling and approval of funding from our home office.

Item #6.   Providing vertical shaft enclosures for all floors was already scheduled for construction this year and will be completed during the month of October 1991.  OK

Item #7.   All paper storage has been removed in exit corridors from alcoves not permanently occupied by assigned personnel.  OK

Item #8.   Stencils are presently being procured for stairway identification. Receipt of stencils and application of identification will be completed during the month of June 1991.  OK

Item #9.   Elimination of the sliding doors from exits in the computer room is a little complex. At present, we plan on a remodel project for the computer room in 1992 which may eliminate the room entirely or just reduce significantly the volume of equipment used in this room. Permanent plans have not been finalized but in any scenario elimination of all sliding doors will occur.  OK

Item #10   Vending machines will all be moved to a designated breakroom located on the 1st floor, completion date July 1, 1991.  OK

Item #11   Storage has been relocated and red line will be painted on the floor in front of the electrical panel to designate the required clearance area.  OK

One item which was discussed but not written up was the storage of tapes and maps with the basement area. This was not written up because the type of sprinkler system in use could not be determined. Since the inspection we have had Grinnell Company inspect and determine that a pipe schedule system exist. Grinnell is scheduled the week of June 3rd 1991 to conduct test to determine the actual capabilities of our sprinkler system. These results will be provided to you when testing is complete. Based on test results and other factors we may totally remove these assets, reduce the volume or store them in different approved containers.

Sincerely,

Don L. Akers
Alaska Region Office Supervisor

LG01069

Exhibit A
page 11 of 41