**Municipality of Anchorage**
**ANCHORAGE FIRE DEPARTMENT**
1301 East 80th Avenue
Anchorage, Alaska 99518

**FIRE INSPECTION REPORT**

**EMERGENCY          911**
☒ Fire Prevention 267-4960
☐ Station Phone #

1301 East 80th Avenue
Mail: P.O. Box 196650
Anchorage, Alaska 99519-6650

GRID # _01-1336_

| BUSINESS NAME | BUSINESS ADDRESS | PHONE |
|---|---|---|
| UNOCAL | 909 W 9th Avenue | 263-7669 |

| BUILDING ADDRESS | OWNERS ADDRESS | PHONE | OCC TYPE |
|---|---|---|---|
| S/P | S/P | | B-2 |

| HALON | HOOD/DUCT | FIRE ALARM | STANDPIPE | SPRINKLER BASEMENT |
|---|---|---|---|---|
| ☒ YES ☐ NO | ☐ YES ☒ NO | ☒ YES ☐ NO | ☒ YES ☐ NO | ☒ YES ☐ NO |

TYPE OF INSP: ☐ LL  ☐ BL  ☐ DC  ☐ SL  ☐ CC  ☐ COMP  ☐ REF  ☐ REQ  ☒ GEN  ☐ CO  ☐ CRTK

HAZ MAT TYPE _____

EMERGENCY CONTACT
(1) Name _Don Akers_  Phone _229-1341_

VOLUME _____

(2) Name _____  Phone _____

**NOTICE OF FIRE & SAFETY HAZARDS:** You are hereby notified that an inspection of your premises has disclosed the following fire safety hazards and/or violations of the provisions of appropriate local or state codes:

UFC — Uniform Fire Code  UFCS — Uniform Fire Code Stds.
UBC — Uniform Building Code  UMC — Uniform Mechanical Code
NFC — National Electrical Code  NFPA — Nat'l Fire Prev. Assoc.

1) Remove all storage from penthouse mechanical room (88 UFC 11.203 c)
2) Service standpipe system (88 UFC 10.302a)
3) Provide service for halon system (88 UFC 10.302a)
4) Remove storage in basement 18" below sprinkler heads (NFPA 13)
5) Provide rated corridors on 6th, 5th, 4th, 2nd floor (88 UFC Ap I-A)
6) Provide approved vertical shaft enclosures all floors (88 UFC Ap I-A(3))
7) Remove all storage from exit corridors (88 UFC 12.101)
8) Provide approved stairway identification (88 UFC Ap I-C)
9) Eliminate sliding doors for exiting from computer rm (88 UFC 12.101)
10) Remove vending machines from basement lobby/corridor (88 UFC 12.101)
11) Remove storage 30" inches in front of electrical panel (88 UFC 85.104)

**ORDER TO COMPLY:** As such conditions are contrary to law, you are hereby required to correct said conditions immediately upon receipt of this notice. An inspection to determine whether you have complied will be conducted on or after the "FURTHER INSPECTION DATE" indicated below. Failure to comply with the foregoing order before the date of such reinspection may render you liable to the penalties provided by law for such violation. You have the right to appeal these requirements to the Fire Marshal. Such appeal shall be submitted within fifteen (15) days of receipt of this notice. Failure to submit such an appeal within this time will constitute a waiver of appeal rights.

By order of the Fire Chief
Authority: AMC 23.05.010/Section 2.201 UFC   ☒ Further Inspection Scheduled:   Month _06_  Day _09_  Year _91_

☐ SUPPLEMENT ATTACHED

FIN NO.          04226

| Inspected by: | | | |
|---|---|---|---|
| _Diehl /Schumacher_ | _Inspectors_ | _5/9/91_ | |
| Name | Title | Date | Shift |
| and | | | |
| Name | Title | | Date |

☐ Refer to Deputy Fire Marshal
☐ Refer to Fire Prevention
☐ 1st  ☐ 2nd  (1st FIN #

THE CORRECTION OF THE ABOVE NOTED HAZARDS WILL MAKE YOUR PREMISES SAFER FROM FIRE AND HELP DECREASE THE FIRE LOSS IN ANCHORAGE. THANK YOU.

SIGNATURE: Owner/Representative
_Personally Served_                    Date _5/9/91_

53-103 (Rev. 6/25) MOA 25        WHITE—File        CANARY—Inspector        PINK—Occupant

Exhibit _A_
page _12_ of _41_

LG01070



**AUDIO-VIDEO, INC.**    5430 Fairbanks Street, Suite #7 • Anchorage, Alaska 99518 • Phone (907) 561-1911

March 24, 1993

Unocal Corporation
909 West 9th Avenue
Anchorage, AK 99501

Subject; Halon System Biannual Inspection

Dear Sirs,

On March 22, 1993, our factory trained technician, Barry Steinkruger conducted a complete operational test of the Halon System at the Unocal Computer Room. It was found that the system was operating in strict compliance with the design specifications.

Each device was tested and found to operate within the manufacturers parameters.

Regards,

*Pat Williams*
Pat Williams

Exhibit____A
page 13 of 41

Audio, Video, Security and Fire Alarm Systems
Equipment • Engineering • Installation
FAX (907) 561-4650

LG01071

AUDIO-VIDEO, INC.    5430 Fairbanks Street, Suite #7 • Anchorage, Alaska 99518 • Phone (907) 561-1911

March 25, 1993

Unocal Corporation
909 W. 9th Ave.
Anchorage, AK  99501
Attn: Don Akers

Re:  Unocal Building

Subject:  Annual Inspection and Certification of ESA2000 Fire
          Alarm system.

Dear Don,

On March 25, 1993 our technician John Ryan inspected and
performed a complete operational test of the ESA2000 Fire Alarm
System located in the Unocal Building and found it to be in
compliance with the design specifications, except as noted
below:

1. The photoelectric smoke detector located in the first floor
   elevator lobby is inoperative and needs to be replaced.

2. The pull station located in the first floor elevator lobby is
   temporarily not installed due to construction.

3. The duct detector located in the west basement is highly
   sensitive.  Cleaning the detector is recommended.

4. The sprinkler tamper and flow switches are currently under
   construction, unavailable for testing.

As per your request, our quote to clean all smoke detectors in
your system is $550.00. Any detector that false alarms after
cleaning should be replaced. The false alarm of any detector
after cleaning and replacement may be due to dust circulating in
the building ventilation system, the probable result of dirty
filters and/or the current construction throughout the building.

Sincerely,

Pat Williams
Pat Williams

Exhibit____A____
page_14_of_41

Audio, Video, Security and Fire Alarm Systems
Equipment • Engineering • Installation
FAX (907) 561-4650

LG01072

INSPECTION   MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD

MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD                    INFORMATION (907)786-8211
=========================================================
CTIONS (907)563-3464
=========================================================
                                        PERMIT #: 92-FD-4024
                                        PHONE #: 277-1431
ELECT INC.                              DATE: 6/10/1993
SS: 909 W 9TH AVE
9A    BLOCK: 97       SUBD: O.T.                  92-40-91
NT: TUES A.M. 15TH 9:00          *Sprinkler*

----------------------------------------------------------
OF INSPECTION: ELECTRICAL FINAL
                    O O    FIRE Alarm Sprinkler
----------------------------------------------------------
NO NONCOMPLIANCE OBSERVED          [ ] CORRECTIONS ESSENTIAL AS
                                       EXPLAINED BELOW
WILL REEXAMINE AT NEXT INSPECTION  [ ] DO NOT CONCEAL UNTIL REINSPECTED

MENTS:   FIRE Alarm Final   only:

           Approved


        FIRE Sprinkler C.O. only

            Approved            6-15-93
                                Jack Carpet
              92-40 91

Exhibit    A
page  15  of  41

* Provided certification.

                                    Vern RAFFERTY
                                    Gary Steinkruger

INSPECTOR: Carpent/Schumacher        DATE: 6-15-93
----------------------------------------------------------
   WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION
         DO NOT REMOVE THIS NOTICE        LG01073

```
                MUNICI  IT   F ANCHORAGE, BUILDIN  3AFE  DIVISION
                           3500 EAST TUDOR ROAD
INSPECTIONS (907)563-3464                              INFORMATION (907)786-8211
====================================================================================
NAME: GRINNELL FIRE PROT SYST                          PERMIT #: 4-4091
ADDRESS: 909 W 9TH AVE                                 PHONE #: 343-3522
LOT: 9-12  BLOCK: 97     SUBD: O. T.                   DATE:  5/25/1993
COMMENT: LARRY YATES CONTACT PERSON
         1ST FL- HYDRO/SPRINKLER
------------------------------------------------------------------------------------
TYPE OF INSPECTION: FIRE FINAL
                    0 0
                      0 0
------------------------------------------------------------------------------------
[ ] NO NONCOMPLIANCE OBSERVED        [ ] CORRECTIONS ESSENTIAL AS
                                         EXPLAINED BELOW
[ ] WILL REEXAMINE AT NEXT INSPECTION  [ ] DO NOT CONCEAL UNTIL REINSPECTED
------------------------------------------------------------------------------------
COMMENTS:
```

1st Floor - 210 LBs pressure on gauge - Bathroom / Stairwell @ Halon system in Computer Room - New Doors Added (Glass Removed) Pipe installed Above Ceiling in event Halon is Abandoned (future)

Need to perform Insp. Test Flow
 "    "    "    Main Drain Flow
 "    "    "    F.A.S. Control panel
                tie in w/ S.S. Alarms.

1st Floor C.O. Okay

Exhibit A
page 16 of 41

**LG01074**

INSPECTOR: _____ DATE: 5-25-93

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION
DO NOT REMOVE THIS NOTICE

INSPECTION REPORT
MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD

INSPECTIONS (907)563-3464                    INFORMATION (907)786-8211

NAME: GRINELL FIRE PROTECTION                PERMIT #: 92-FD-409]
ADDRESS: 909 W 9TH AVE                       PHONE #: 345-3522
LOT: 9-12  BLOCK: 97    SUBD: O.T.                  DATE:  5/ 4/1993
COMMENT: SEE LARRY YATES   2ND FLOOR SPRINKLERS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TYPE OF INSPECTION:
              O O

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[X] NO NONCOMPLIANCE OBSERVED          [ ] CORRECTIONS ESSENTIAL AS
                                           EXPLAINED BELOW
 [ ] WILL REEXAMINE AT NEXT INSPECTION  [ ] DO NOT CONCEAL UNTIL REINSPECTED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

*Fire Sprinkler C.O. only*

*2ND Floor Only*

*(Approved)*

Exhibit___A
page_17_of_41

*Hydrostatic Test = (OK)*

LG01075

INSPECTOR: _____          DATE:  5-5-93

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

INSPECTION REPORT
MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD

INSPECTIONS (907)563-3464                    INFORMATION (907)786-8211
============================================================
NAME: GRINELL FIRE PROTECTION                PERMIT #: 92-FD-4091
ADDRESS: 909 W 9TH AVE                       PHONE #: 345-3522
LOT: 9-12  BLOCK: 97    SUBD: O.T.           DATE:  4/13/1993
COMMENT: LARRY YATES

*Sprinklers*

------------------------------------------------------------
TYPE OF INSPECTION:
                    O O
                      O O

------------------------------------------------------------
[ ] NO NONCOMPLIANCE OBSERVED          [ ] CORRECTIONS ESSENTIAL AS
                                           EXPLAINED BELOW
[ ] WILL REEXAMINE AT NEXT INSPECTION  [ ] DO NOT CONCEAL UNTIL REINSPECTED
------------------------------------------------------------
COMMENTS:

FIRE Sprinkler C.O. ONLy:
3RD Floor

(Approved)

Exhibit  A
page 18 of 41

LG01076

INSPECTOR: _____            DATE: 4/14/93

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION
DO NOT REMOVE THIS NOTICE

## INSPECTION REPORT
### MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD    *Lauy Yates*

INSPECTIONS (907) 563-3464                    INFORMATION (907) 786-8211

NAME _Grinnell ( UNOCAL )_ / PERMIT NO. _92-FD4091_

STREET ADDRESS _909 W. 9TH_ / PHONE _345-3522_

LOT / _9-12_ BLOCK / _97_ SUBDIV. _O.T._ / DATE _3/16/93_

| | | | | | | |
|---|---|---|---|---|---|---|
| FOOTING | ☐ | ELEC. TEMP. | ☐ | PLBG. UNDGR. | ☐ |
| FOUNDATION | ☐ | ELEC. SERVICE | ☐ | PLBG. ROUGH | ☐ |
| BOND BEAM | ☐ | ELEC. ROUGH | ☐ | GAS TEMP. | ☐ |
| FRAMING | ☐ | ELEC. FINAL | ☐ | GAS | ☐ |
| INSULATION | ☐ | OTHER | ☐ | MECHANICAL | ☐ |
| SHEETROCK | ☐ | _Sprinkler_ | | MECH. FINAL | ☐ |
| STRUCT. FINAL | ☐ | FIRE FINAL | ☒ | PLBG. FINAL | ☐ |
| OTHER | ☐ | ZONING | ☐ | OTHER | ☐ |

☐ NO NONCOMPLIANCE OBSERVED      ☐ CORRECTIONS ESSENTIAL AS EXPLAINED BELOW

☐ WILL REEXAMINE AT NEXT INSPECTION      ☐ DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS _~~Rough~~ #_
_SPRINKLER ONLY:_
_4TH FLOOR ONLY:_

_(Approved) Final for Sprinkler_
_(OK) for C.O._

_Hydrostatic Test 200 Approved._

_Carpenter /Schumacher_                    _3/16/93_
INSPECTOR                         DATE

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

### DO NOT REMOVE THIS NOTICE

84-002 (Rev. 11/87)

Exhibit _A_
page _19 of 41_

LG01077

INSPECTION REPORT
MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD

INSPECTIONS (907)563-3464                           INFORMATION (907)786-8211
=================================================================================
NAME: GRINELL FIRE        1:30 P.M.   1-22-93        PERMIT #: 93-FD4091
ADDRESS: 909 W 9TH AVE                               PHONE #: 345-3522
LOT: 9-12  BLOCK: 97    SUBD: O.T.      21           DATE: 1/21/1993
COMMENT: SPRINKLERS

--------------------------------------------------------------------------------
TYPE OF INSPECTION:
                        0  0
                         0  0
--------------------------------------------------------------------------------
[ ] NO NONCOMPLIANCE OBSERVED          [ ] CORRECTIONS ESSENTIAL AS
                                           EXPLAINED BELOW
[X] WILL REEXAMINE AT NEXT INSPECTION  [ ] DO NOT CONCEAL UNTIL REINSPECTED
--------------------------------------------------------------------------------
COMMENTS:

(1). Complete Riser System from Basement to top floor
(level 7) and hooks-up each sprinklead floor as
Completed!

(2.) 2" Main Drain to go to the Exterior — Not Basement,

(3.) Provide Insp. Test Valve at Most Remote Area.
Mechanical Pent house only,

Temp C.O. 5TH Floor only 30 days #1 to be
Completed by Next floor inspection.

(4.) Add 2 more per ride E.Q. Bracing.

Exhibit ___A___
page. 20 of 41

LG01078

INSPECTOR: ____John____ FEC          DATE: 1-21-93

--------------------------------------------------------------------------------
WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION
DO NOT REMOVE THIS NOTICE

INSPECTION REPORT
MUNICIPAL
500 EAST TUDOR ROAD

!SPECTIONS (907)563-3464                    INFORMATION (907)786-8211
=================================================================
ME: ELECT INC.                           PERMIT #: 92-ED-4024
|DRESS: 909 W 9TH AVE                      PHONE #: 277-1431
|T: 9A    BLOCK: 97    SUBD: O.T.            DATE: 6/10/1993
|MMENT: TUES A.M. 15TH 9:00

-----------------------------------------------------------------
YPE OF INSPECTION: ~~ELECTRICAL FINAL~~
                   O.O   *FIRE Alarm  Sprinkler*
-----------------------------------------------------------------
] NO NONCOMPLIANCE OBSERVED          [ ] CORRECTIONS ESSENTIAL AS
                                         EXPLAINED BELOW
] WILL REEXAMINE AT NEXT INSPECTION  [ ] DO NOT CONCEAL UNTIL REINSPECTED
-----------------------------------------------------------------
OMMENTS:   *FIRE Alarm Final only:*

          *Approved*


          *FIRE Sprinkler C.O. only*

          *Approved*              *6-15-93*
                                  *Frank Enport*

Exhibit ___A___
page _21_ of _4[_

LG01079

* *Provided certification.*

                                  *Vern RAFFERTY*
                                  ~~Gary~~ *Steinkruger*

INSPECTOR: *Carpenter/Schumacher*        DATE: *6-15-93*
-----------------------------------------------------------------
WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION
DO NOT REMOVE THIS NOTICE

**INSPECTION REPORT**
**MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION** ✓
**3500 EAST TUDOR ROAD**

INSPECTIONS (907) 563-3464                                          INFORMATION (907) 786-8211

NAME _Unocal_ *5th floor.* / PERMIT NO. _935354_

STREET ADDRESS _909 W 9th_ / PHONE _276-4647_

LOT / _9A_ BLOCK / _97_ SUBDIV. _Old Townsite_ DATE _9/17/93_

| | | | | | | |
|---|---|---|---|---|---|---|
| FOOTING | ☐ | ELEC. TEMP. | ☐ | PLBG. UNDGR. | ☐ | |
| FOUNDATION | ☐ | ELEC. SERVICE | ☐ | PLBG. ROUGH | ☐ | |
| BOND BEAM | ☐ | ELEC. ROUGH | ☐ | GAS TEMP. | ☐ | |
| FRAMING | ☐ | ELEC. FINAL | ☐ | GAS | ☐ | |
| INSULATION | ☐ | OTHER | ☐ | MECHANICAL | ☐ | |
| SHEETROCK | ☐ | | | MECH. FINAL | ☐ | |
| STRUCT. FINAL | ☐ | FIRE FINAL | ☒ | PLBG. FINAL | ☐ | |
| OTHER | ☐ | ZONING | ☐ | OTHER | ☐ | |

☒ NO NONCOMPLIANCE OBSERVED        ☐ CORRECTIONS ESSENTIAL AS
                                                          EXPLAINED BELOW

☐ WILL REEXAMINE AT NEXT INSPECTION      ☐ DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS _All corrections made._
_OK for fire final._

_____

INSPECTOR _(signature)_                          DATE _9/17/93_

**WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION**

**DO NOT REMOVE THIS NOTICE**

84-002 (Rev. 11/87)

Exhibit _A_
page _22_ of _41_

LG01080

MUNICI     L   F ANCHORAGE, BUILDI   SAF Y DIVISION
3500 EAST TUDOR ROAD

INSPECTIONS (907)563-3464                    INFORMATION (907)786-8211
====================================================================
NAME: JOSLOUGH                              PERMIT #: 93-5354
ADDRESS: 909 W. 9TH AVE                     PHONE #: 276-4647
LOT: 9A    BLOCK: 97    SUBD: DT            DATE:   9/15/1993
COMMENT: UNOCAL 5TH FLOOR
         RAVEN ELEC

--------------------------------------------------------------------
TYPE OF INSPECTION: FIRE FINAL
                    0 0

--------------------------------------------------------------------
[ ] NO NONCOMPLIANCE OBSERVED        [ ] CORRECTIONS ESSENTIAL AS
                                         EXPLAINED BELOW
[X] WILL REEXAMINE AT NEXT INSPECTION [ ] DO NOT CONCEAL UNTIL REINSPECTED
--------------------------------------------------------------------
COMMENTS:

1. Provide additional exit signs.
   Provide temp signs until
   others are installed.

2. Provide smoke gasket at
   astragal of dble door at
   elevator lobby.

Exhibit A
page 23 of 41

21 Day Conditional
C.O.    Expires 10/7/93

LG01081

INSPECTOR: [signature]              DATE: 9-16-93

--------------------------------------------------------------------
WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION
DO NOT REMOVE THIS NOTICE.

# Anchorage Fire Department Plan Review

| | | | | |
|---|---|---|---|---|
| Permit# **93-5354** | Type Permit **T I** | Date **6/10/93** | Reviewer **LB** | Phone **(907) 786-8381** |

| Unocal | 909 | W | 9th | | | 9A | 97 | QT |
|---|---|---|---|---|---|---|---|---|
| Business Name | Address | NSEW | Street Name | Ave | Room | Lot | Blk | Sub |

| Cash Barner Usher | 258-7777 | s p | | s p |
|---|---|---|---|---|
| Owner | Owner Phone | Contact Person | | Contact Phone |

Type of Work: **5800 SF office remodel in existing bldg.**

| Occ Group/s | **B 2** | | | Const. Types **II FR** | Stories **6** | Occ Load **72** |
|---|---|---|---|---|---|---|
| Sq Ft 1 **5,800** | | Total **5,800** | | Height **<75'** | Basement ☐Yes ☐No | |

| Ext Wall | | Int Wall | |
|---|---|---|---|
| Floors | | Roof | Roof Support |
| Area Sep Wall | Wall Location | | ☐ Open Truss |

| Fire Prot Sys | **Sprinkler** | Fire Alarm | |
|---|---|---|---|
| Sprinkler Type | **Throughout** | | FDC Location |
| Fire Prot Sys Service Report Req'd | **Fire Alarm** | **Sprinkler** | |

Fire Flow Req'd _____  Flow Available _____  Hydrants Req'd _____  Hyd. Spacing _____

Fire Lane _____  Fire Lane Signs _____  Knox Box _____

| | Distance to PL | | | | | Wall Protection | | | | | Opening Protection | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | S | E | W | | N | S | E | W | | N | S | E | W | Unlimited |
| Occ Group 1 | **B 2** | | | | Occ Group 2 | | | | | Occ Group 3 | | | | | |
| Basic | | | | | Basic | | | | | Basic | | | | | |
| Yards:% of basic | | | | | Yards:% | | | | | Yards:% | | | | | |
| Multistory X by: | | | | | X's: | | | | | X's: | | | | | |
| Sprinkler X by: | | | | | X's: | | | | | X's: | | | | | |
| Total | | | | | Total | | | | | Total | | | | | Total |
| Ratio 1 | **?** | | | | Ratio 2 | | | | | Ratio 3 | | | | | |

| Sht# | Code Ref | Comments | Status |
|---|---|---|---|
| | | 1 . Will need sprinkler and fire alarm test results showing <u>no deficiencies</u>. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Code | Rev Dates | Reviewer | Time | Approvals | Dates: | | Partials |
|---|---|---|---|---|---|---|---|
| **T I** | **6/10/93** | **LB** | **.5** | **Y** ☐ Footing/foundation | Signature:_____ | | |
| | | | | ☒ Structure | **6/10/93** Signature:_____ | | |
| | | | | ☐ Mechanical | Signature:_____ | | |
| | | | | ☒ Electrical | **6/10/93** Signature:_____ | | |
| | | | | ☐ Plumbing | Signature:_____ | | |
| | Total Rev. Time: **.5** | | | **Issues Found:** Review #: First Second Total | | Final CO Date:_____ | |

LG01082

MUNICIPALITY OF ANCHORAGE
Building Safety Division
3500 E. Tudor Road
Telephone: (907) 786-8211

**PERMIT NO.**   93 — 5354

**TAX CODE NUMBER**   001 054 52

## COMPLETE ALL APPLICABLE PARTS

☐ Land Use

Please print.

| | | | | |
|---|---|---|---|---|
| OWNER | Cash Barner Usher Architects | 840 K Street Suite 202 | Phone | 258.7777 |
| | | Anchorage | Zip | 99501 |
| CONTRACTOR and CONTACT PERSON | Boslough Construction | 101 E. Ninth Avenue | Phone | 276.9641 |
| | | Anchorage | Zip | |
| ARCHITECT, ENGINEER | CBUA Phil Usher or James Doherty | 840 K Street Suite 202 | Phone | 258.7777 |
| | | Anchorage | Zip | 99501 |

| ADDRESS (Street number and name) | Tract/Lot/Sp | Block | Subdivision, Section No. or Mobile Home Park Name | |
|---|---|---|---|---|
| 901 W. Ninth Avenue | Lot 9A Original | 97 | CT | |

## PROPOSED USE

| MOBILE HOMES ONLY: | Make | Year | Size | Serial Number | Leanto |
|---|---|---|---|---|---|
| | | | | | |

| DWELLINGS: | # Stories | # Dwelling Units | Total Sq. Ft. of Living Area Finished and Unfinished | | Garage Sq. Ft. | Carport Sq. Ft. |
|---|---|---|---|---|---|---|
| | | | | | | |

**COMMERCIAL** (Write in proposed uses of the building and number of square feet for each use. For example: Warehouse, 20,000; Office, 5,000; etc.)

existing office building (5th floor tenant improvement) 5800 sq. ft. area

### TYPE OF WORK

☐ New Building
☐ Relocate
☐ Moving
☐ Sprinkler Sq. Ft.
☐ Grading, Fill, Excavation

☐ Addition
☒ Office
☐ Type/Rating ____
☐ Other (specify): ____

☒ Alteration
☐ Warehouse
☐ Retail
☐ Tenant Improvements
Business Name: ____

☒ Non-Structural Permit
☐ Sign (electric signs must be U.L. listed)
☐ Air Conditioning Sq. Feet ____

**TYPE OF SEWAGE DISPOSAL**
__ Public or private company
__ Private (septic tank, etc.)
**TYPE OF WATER SUPPLY**
__ Public or private company
__ Private (well, cistern)
**TYPE OF ACTIVITY**
__ Child Care/Education Centers

| DESCRIPTION OF WORK: | TOTAL VALUATION OF WORK: $75,000.00 |
|---|---|
| 5800 sq. ft. tenant improvement including demolition of existing | |

TO INSURE THAT YOUR PERMIT REMAINS ACTIVE, CALL FOR AN INSPECTION AT LEAST ONCE EVERY 360 DAYS. PER MUNICIPAL CODE, ALL REFUNDS ON CANCELLED PROJECTS MUST BE REQUESTED IN WRITING NOT LATER THAN 360 DAYS AFTER DATE OF FEE PAYMENT. LAND USE PERMITS VALID FOR 180 DAYS TO COMMENCE CONSTRUCTION.

Exhibit A
page 25 of 41

The owner of this building and the undersigned agree to conform to all applicable laws of this jurisdiction.

| SIGNATURE | Philip Usher | DATE | May 25, 1993 | **LG01083** |
|---|---|---|---|---|

R OFFICE USE ONLY

| BUILDING PERMIT NO. | LOT | BLOCK | SUBDIVISION |
|---|---|---|---|
| 73 ☐ S354 | 9A | 97 | OT |

## A. SINGLE-FAMILY, DUPLEX, OR LAND USE VALUATION

| | | | | |
|---|---|---|---|---|
| Living area | _____ x _____ | x _____ | = $ _____ | Valuation |
| Carport or Garage area | _____ x _____ | x _____ | = $ _____ | Valuation |
| | | TOTAL VALUATION | = $ _____ | |

### NEW AND/OR ADDITIONS, SINGLE-FAMILY OR DUPLEX

| | |
|---|---|
| Building Permit Fee | $ _____ |
| Plan Review Fee (x.65) | $ _____ |
| Addressing Fee | $ _____ |
| BUILDING & PLAN REVIEW FEE | $ _____ |
| GRAND TOTAL | $ _____ |

Check # _____   Tr # _____   Date Pd. _____

## B. COMMERCIAL VALUATION

| | | | |
|---|---|---|---|
| _____ x _____ | x _____ | = $ _____ | |
| _____ x _____ | x _____ | = $ _____ | |
| _____ x _____ | x _____ | = $ _____ | |
| _____ x _____ | x _____ | = $ _____ | |
| _____ x _____ | x _____ | = $ _____ | |
| _____ x _____ | x _____ | = $ _____ | |
| _____ x _____ | x _____ | = $ _____ | |
| _____ x _____ | x _____ | = $ _____ | |
| _____ x _____ | x _____ | = $ _____ | |
| | | TOTAL VALUATION | $ 75,000 |

| | | | |
|---|---|---|---|
| Building Permit Fee | $ 612.00 | Charge to: | |
| * Plans Review Fee (65%) | $ 397.80 | | _____ |
| Fire Plan Review (20%) | $ 122.40 | Check # 5410 | |
| Addressing Fee | $ _____ | TR # 7341 | |
| | | Bond # _____ | |
| TOTAL FEES | $ 1,132.20 | Cash Receipt # _____ | |

Application accepted and fees collected by: _____ Ace

Exhibit 4
page 26 of 41

LG01084

# INSPECTION REPORT
## MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD

INSPECTIONS (907) 563-3464                    INFORMATION (907) 786-8211

NAME _Audio Video_ / PERMIT NO. _92-404_

STREET ADDRESS _909 W. 9TH_ / PHONE _561-1911_

LOT _9-12_ BLOCK _97_ SUBDIV. _O.T._ / DATE _5-12-92_

| | | | | | |
|---|---|---|---|---|---|
| FOOTING _____ ☐ | ELEC. TEMP. _____ ☐ | PLBG. UNDGR. _____ ☐ |
| FOUNDATION _____ ☐ | ELEC. SERVICE _____ ☐ | PLBG. ROUGH _____ ☐ |
| BOND BEAM _____ ☐ | ELEC. ROUGH _____ ☐ | GAS TEMP. _____ ☐ |
| FRAMING _____ ☐ | ELEC. FINAL _____ ☐ | GAS _____ ☐ |
| INSULATION _____ ☐ | OTHER _____ ☐ | MECHANICAL _____ ☐ |
| SHEETROCK _____ ☐ | | MECH. FINAL _____ ☐ |
| STRUCT. FINAL _____ ☐ | FIRE FINAL _Halon_ ☐ | PLBG. FINAL _____ ☐ |
| OTHER _____ ☐ | ZONING _____ ☐ | OTHER _____ ☐ |

☐ NO NONCOMPLIANCE OBSERVED      ☐ CORRECTIONS ESSENTIAL AS EXPLAINED BELOW

☐ WILL REEXAMINE AT NEXT INSPECTION      ☐ DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS

_Halon Only   ok for C.O._

_____ INSPECTOR      _5/13/92_ DATE

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

## DO NOT REMOVE THIS NOTICE

84-002 (Rev. 11/87)

Exhibit _A_
page _27_ of _41_

LG01085

# AVI

**AUDIO-VIDEO, INC.**

5430 Fairbanks Street, Suite #7 • Anchorage, Alaska 99518 • Phone (907) 561-1911

September 29, 1992

Unocal Corporation
909 West 9th Avenue
Anchorage, Ak. 99501

Ref; Computer Room

Subj; Halon System 6th month Inspection

Dear Sir,

As requested our technician, tested and inspected the Fike 10-038 Halon Fire Suppression System located in the computer room at the address listed above, and found it to operate as per specifications.

If you have any further questions on this matter, or require our assistance in any way, please call.

Sincerely,

*Patrick J. A. William*

Patrick O. A. Williams

Audio, Video, Security and Fire Alarm Systems
Equipment • Engineering • Installation

FAX (907) 561-4650

Exhibit __A__
page __28__ of __41__

**LG01086**