*unica bldg*
*andy*

# INSPECTION REPORT
## MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD   GRID 01-1329
INSPECTIONS (907) 563-3464             INFORMATION (907) 786-8211

NAME: AJ's Const / PERMIT NO. 90-5840
STREET ADDRESS: 909 W 9th / PHONE: 248-6464
LOT: 9A  BLOCK: 97  SUBDIV: O.T.  / DATE: 5-7-91

| | | |
|---|---|---|
| FOOTING ☐ | ELEC. TEMP. ☐ | PLBG. UNDGR. ☐ |
| FOUNDATION ☐ | ELEC. SERVICE ☐ | PLBG. ROUGH ☐ |
| BOND BEAM ☐ | ELEC. ROUGH ☐ | GAS TEMP ☐ |
| FRAMING ☐ | ELEC. FINAL ☐ | GAS ☐ |
| INSULATION ☐ | OTHER ☐ | MECHANICAL ☐ |
| SHEETROCK ☐ | | MECH. FINAL ☐ |
| STRUCT. FINAL ☐ | FIRE FINAL ☐ | PLBG. FINAL ☒ |
| OTHER ☐ | ZONING ☐ | OTHER ☐ |

☐ NO NONCOMPLIANCE OBSERVED    ☐ CORRECTIONS ESSENTIAL AS EXPLAINED BELOW
☐ WILL REEXAMINE AT NEXT INSPECTION   ☐ DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS: **APPROVED FOR FINAL C.O. This permit ONLY**

INSPECTOR: Sandra Bone       DATE: 5/7/91

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

**DO NOT REMOVE THIS NOTICE**

84-002 (Rev. 11/87)

Exhibit A
page 29 of 41

LG01087

# INSPECTION REPORT
## MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION

~~401 W. INTERNATIONAL RD.~~ 3500 E. Tudor Road

INSPECTIONS (907) 563-3464   ADMINISTRATION (907) 786-~~5700~~

8211

NAME: Unocal / PERMIT NO: OL-1329  Paid

STREET ADDRESS: 909 W. 9TH / PHONE: 91-7272

LOT: 9A   BLOCK: 9T   SUBDIV: OLDTOWN   / DATE: 5-7-91

| | | |
|---|---|---|
| FOOTING ☐ | ELEC. TEMP. ☐ | PLBG. UNDGR. ☐ |
| FOUNDATION ☐ | ELEC. SERVICE ☐ | PLBG. ROUGH ☐ |
| BOND BEAM ☐ | ELEC. ROUGH ☐ | GAS TEMP. ☐ |
| FRAMING ☐ | ELEC. FINAL ☐ | GAS ☐ |
| INSULATION ☐ | OTHER ☐ | MECHANICAL ☐ |
| SHEETROCK ☐ | F.A. Only | MECH. FINAL ☐ |
| STRUCT. FINAL ☐ | FIRE FINAL ☒ | PLBG. FINAL ☐ |
| OTHER ☐ | ZONING ☐ | OTHER ☐ |

☐ NO NONCOMPLIANCE OBSERVED   ☒ CORRECTIONS ESSENTIAL AS EXPLAINED BELOW
☒ WILL REEXAMINE AT NEXT INSPECTION   ☐ DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS:
1) Remove Old System Components (Heat + Smoke Det.)

FIRE ALARM ONLY. Conditional for 30 Days.

INSPECTOR: [signature] D.W. Boni   DATE: 5-7-91

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

**DO NOT REMOVE THIS NOTICE**

84-002 (Rev. 2/85)

Exhibit A
page 30 of __

LG01088

# INSPECTION REPORT
**MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION**

~~401 W. INTERNATIONAL RD.~~ 3500 E. Tudor Road

INSPECTIONS (907) 563-3464    ADMINISTRATION (907) 786-~~5700~~

8211

NAME: Unocal / Electric Inc / PERMIT NO. 91-0272

STREET ADDRESS: 909 W. 9th Ave. / PHONE: _____

LOT / _____ BLOCK / _____ SUBDIV. _____ / DATE _____

| | | |
|---|---|---|
| FOOTING ☐ | ELEC. TEMP. ☐ | PLBG. UNDGR. ☐ |
| FOUNDATION ☐ | ELEC. SERVICE ☐ | PLBG. ROUGH ☐ |
| BOND BEAM ☐ | ELEC. ROUGH ☐ | GAS TEMP. ☐ |
| FRAMING ☐ | ELEC. FINAL ☐ | GAS ☐ |
| INSULATION ☐ | OTHER ☐ | MECHANICAL ☐ |
| SHEETROCK ☐ | | MECH. FINAL ☐ |
| STRUCT. FINAL ☐ | FIRE FINAL *Fire Alarm* ☒ | PLBG. FINAL ☐ |
| OTHER ☐ | ZONING ☐ | OTHER ☐ |

☐ NO NONCOMPLIANCE OBSERVED    ☐ CORRECTIONS ESSENTIAL AS EXPLAINED BELOW
☐ WILL REEXAMINE AT NEXT INSPECTION    ☐ DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS:

Fire Alarm System Approved.

INSPECTOR: R. Diehl    DATE: 5/9/91

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

**DO NOT REMOVE THIS NOTICE**

84-002 (Rev. 2/85)

Exhibit A
page 31 of 41

LG01089

# W WORMALD

SHEET 1 OF 2 - Use separate sheet for each building inspection

**REPORT OF INSPECTION**

Inspection Report No. _____
Conferred With _____
Inspection Contract No. _____
Bureau File No. _____

REPORT TO _____ BUILDING OR LOCATION _____
STREET 904 W. 7th   INSPECTOR _____
CITY & STATE Anchorage, AK   DATE _____

### Owner's Section (To be answered by Owner or Occupant)
A. Explain any occupancy hazard changes since the previous inspection. None
B. Describe fire protection modifications made since last inspection. None
C. Describe any fires since last inspection. None
D. When was the system piping last checked for stoppage, corrosion, or foreign material? _____
E. When was the dry-piping system last checked for proper pitch? N/A
F. Are dry valves adequately protected from freezing? N/A

Signature _____ Title _____ Date _____

### Inspector's Section (All responses reference current inspection)   NA = NOT APPLICABLE

1. **General**
   a. Is the building occupied? ☒ Yes ☐ No
   b. Are all systems in service? ☒ Yes ☐ No
   c. Is there a minimum of 18 in. (457 mm) clearance between the top of the storage and the sprinkler deflectors? ☒ Yes ☐ No
   d. Does all electrical heat tape appear to be satisfactory? ☐ Yes ☐ No ☒ NA
   e. Does the hand hose on the sprinkler system(s) appear to be satisfactory? ☐ Yes ☐ No ☒ NA

2. **Control Valves** (See Item 15.)
   a. Are all sprinkler system control valves and all other valves in the appropriate open or closed position? ☒ Yes ☐ No
   b. Are all control valves in the open position locked, sealed or equipped with a tamper switch? ☒ Yes ☐ No

3. **Water Supplies** (See Item 16.)
   a. Was a water flow test of main drain made at the sprinkler riser(s)? ☒ Yes ☐ No

4. **Tanks, Pumps, Fire Department Connections**
   a. Are fire pumps, gravity tanks, reservoirs and pressure tanks in good condition and properly maintained? ☐ Yes ☐ No ☒ NA
   b. Are fire department connections in satisfactory condition, couplings free, caps in place, and check valves tight? ☒ Yes ☐ No ☐ NA
   Are they accessible and visible? ☒ Yes ☐ No ☐ NA

5. **Wet Systems**
   a. Are cold weather valves (O.S. & Y.) in the appropriate open or closed position? ☐ Yes ☐ No ☒ NA
   b. Have antifreeze system solutions been tested? ☐ Yes ☐ No ☒ NA
   c. Were the antifreeze test results satisfactory? ☐ Yes ☐ No ☒ NA
   d. In areas protected by wet system(s), does the building appear to be properly heated in all areas, including blind attics and perimeter areas where accessible? ☒ Yes ☐ No ☐ NA   Do all exterior openings appear to be protected against freezing? ☒ Yes ☐ No ☐ NA

6. **Dry Systems** (See Items 11 to 13.)
   a. Are dry valve(s) in service? ☐ Yes ☐ No ☒ NA
   b. Are the air pressures and priming water levels in accordance with the manufacturer's instructions? ☐ Yes ☐ No ☒ NA
   c. Has the operation of the air or nitrogen supplies been tested? ☐ Yes ☐ No ☒ NA  Are they in service? ☐ Yes ☐ No ☒ NA
   d. Were low points drained during this inspection? ☐ Yes ☐ No ☒ NA
   e. Did quick-opening devices operate satisfactorily? ☐ Yes ☐ No ☒ NA
   f. Did the dry valve(s) trip properly during the trip pressure test? ☐ Yes ☐ No ☒ NA
   g. Did the heating equipment in the dry-pipe valve room(s) operate at the time of inspection? ☐ Yes ☐ No ☒ NA

7. **Special Systems** (See Item 14.)
   a. Did the deluge or pre-action valves operate properly during testing? ☐ Yes ☐ No ☒ NA
   b. Did the heat-responsive devices operate properly during testing? ☐ Yes ☐ No ☒ NA
   c. Did the supervisory devices operate during testing? ☐ Yes ☐ No ☒ NA

8. **Alarms**
   a. Did water motor(s) and gong(s) test satisfactorily? ☐ Yes ☐ No ☒ NA
   b. Did electric alarm(s) test satisfactorily? ☒ Yes ☐ No ☐ NA
   c. Did supervisory alarm service test satisfactorily? ☒ Yes ☐ No ☐ NA

9. **Sprinklers**
   a. Are all sprinklers free from corrosion, loading or obstruction to spray discharge? ☒ Yes ☐ No
   b. Are sprinklers less than 50 years old? (Older sprinklers require sample testing) ☒ Yes ☐ No
   c. Is stock of spare sprinklers available? ☒ Yes ☐ No
   d. Does the exterior condition of sprinkler system appear to be satisfactory? ☒ Yes ☐ No
   e. Are sprinklers of proper temperature ratings for their locations? ☒ Yes ☐ No

10. Explain any "No" answers and comments. _____

Signature _____ Date _____

Exhibit A
page 32 of 41

LG01090

NOTICE THIS INSPECTION IS ADVISORY ONLY AND IS NOT A SURVEY OF YOUR FIRE PREVENTION OR A LOSS PREVENTION STUDY   WINTERIZATION SERVICE IS A PREVENTATIVE MAINTENANCE SERVICE INTENDED TO MINIMIZE THE RISK OF DAMAGE DUE TO FREEZING. HOWEVER IT IS NOT A GUARANTEE OR WARRANTY THAT DAMAGE WILL NOT OCCUR.

WHITE - Original   GREEN - Subscriber   CANARY - Insurance Bureau   PINK - Office   GOLDENROD - Inspection

WFS 10-0001 (5/87)

# W WORMALD

SHEET 2 OF 2 - Use separate sheet for each system inspection.

Inspection Report No. _____

System No. or Description if multiple systems _____

11. Date dry-pipe valve trip tested (control valve partially open) __N/A__ (See Trip Test Table which follows.)
12. Date dry-pipe valve trip tested (control valve fully open) __N/A__ (See Trip Test Table which follows.)
13. Date quick-opening device tested __N/A__ (See Trip Test Table which follows.)

### TRIP TEST TABLE

| | DRY VALVE | | | C.O.D. | | |
|---|---|---|---|---|---|---|
| | MAKE | MODEL | SERIAL NO. | MAKE | MODEL | SERIAL NO. |
| DRY PIPE OPERATING TEST | | | | | | |

| | Time to Trip Thru Test Pipe | | Water Pressure | Air Pressure | Trip Point Air Pressure | Time Water Reached Test Outlet | | Alarm Operated Properly | |
|---|---|---|---|---|---|---|---|---|---|
| | MIN. | SEC. | PSI | PSI | PSI | MIN. | SEC. | YES | NO |
| Without Q.O.D. | | | | | | | | | |
| With Q.O.D. | | | | | | | | | |

14. Date deluge or preaction valve tested __N/A__ (See Trip Test Table which follows.)

### TRIP TEST TABLE

| DELUGE & PREACTION VALVES | Operation | ☐ PNEUMATIC | ☐ ELECTRIC | ☐ HYDRAULIC | | | |
|---|---|---|---|---|---|---|---|
| | Piping Supervised | ☐ YES | ☐ NO | Detecting media supervised | | ☐ YES | ☐ NO |
| | Does valve operate from the manual trip and/or remote control stations | | | | | ☐ YES | ☐ NO |
| | Is there an accessible facility in each circuit for testing ☐ YES ☐ NO | | | Method of testing circuits | | | |
| | MAKE | MODEL | Does each circuit operate supervision loss alarm | | Does each circuit operate valve release | Maximum time to operate release | |
| | | | YES | NO | YES | NO | YES | NO |
| | | | | | | | | |

15. See Control Valve Maintenance Table.

### Control Valve Maintenance Table

| Control Valves | Number | Type | Open | Secured | Closed | Signs | Explain Abnormal Condition |
|---|---|---|---|---|---|---|---|
| City Connection Control Valve | 1 | NRS | Yes | | | | |
| Tank Control Valves | | | | | | | |
| Pump Control Valves | | | | | | | |
| Sectional Control Valves | | | | | | | |
| System Control Valves | 1 | OSY | Yes | Yes | No | Yes | |
| Other Control Valves | | | | | | | |

16. Water Flow Test at Sprinkler Riser
Water Supply Source: _____ City _____ Tank _____ Pump

| | Date | Test Pipe Location | Size of Test Pipe | Static Pressure | Residual (Flow) Pressure |
|---|---|---|---|---|---|
| Last Water Flow Test | 2/27/89 | Riser | 2" | 75 | 70 |
| This Water Flow Test | 8/23/90 | Riser | 2" | 75 | 71 |

17. Explain any "No" answers and comments: _____

18. Adjustments or corrections made during this inspection: _____

**LG01091**

19. Although these comments are not the result of an engineering review, the following desirable improvements are recommended: _____

Signature: _____   Date: _____

WHITE - Original    GREEN - Subscriber    CANARY - Insurance Bureau    PINK - Office    GOLDENROD - Inspection

WFS 10-0002 (5/87)

Exhibit __ page 33 of 74

**WORMALD FIRE SYSTEMS, INC.**
6108 PETERSBURG STREET
ANCHORAGE, AK 99507
(907) 563-3585

24 HOUR EMERGENCY SERVICE

INSPECTION TAG # 2786

### SERVICE CHECK LIST

TYPE OF SYSTEM: 4" Alarm Valve   JOB # 2600 1813

| # | Item | YES | NO | N/A |
|---|---|---|---|---|
| 1. | Main Control Valve open and sealed | ✓ | | ■ |
| 2. | Water Motor Gong operates | | | ✓ |
| 3. | Alarm Stop Valve open and sealed | ✓ | | ■ |
| 4. | Supervisory Switches operate properly | | | ✓ |
| 5. | Central Station notified and clear | | | ✓ |
| 6. | Electrical Alarm operates properly | ✓ | | |
| 7. | Low Points drained (Dry Systems) | | | ✓ |
| 8. | Air Compressor functions correctly | | | ✓ |
| 8a. Start PSI ____ 8b. Stop PSI ____ | | ■ | | ✓ |
| 9. | System Air Pressure ____ PSI | ■ | ■ | ✓ |
| 10. | System Water Pressure 75 PSI | ■ | ■ | ■ |
| 11. | Residual Pressure 2" Flow 71 PSI | ■ | ■ | ■ |
| 12. | All other valves in proper position | ✓ | | |
| 13. | All Systems in service | ✓ | | |

14. Explain any no answers

LG01092

NAME OF BUILDING: Union 76 Bldg
ADDRESS: 909 W. 9th
Anchorage, AK

SERVICE TECHNICIAN: M. Fosberg

DATE: 2/21/90

I have read the above check list and to the best of my knowledge the information contained is true and correct.

OWNER'S REPRESENTATIVE     TITLE (Senior Office Sup.)     DATE 2/21/90

WHITE - OFFICE COPY    CANARY - CUSTOMER COPY

WFS 010-0005 (10/85)

Exhibit A page 34 of 41

# Cash Barner Usher Architects

840 K Street, Suite 202    Anchorage, Alaska  99501    907/258-7777    FAX 907/279-8195

October 16, 1990

Don Akers
Unocal Corporation
909 West 9th Avenue
P. O. Box 190247
Anchorage, Alaska 99519

RE:   Unocal Building Remodel
      Municipal Bldg. Permit No.: 90-5641
      CBUA Project No.: 90071
      **CERTIFICATE OF OCCUPANCY**

Don:

In an effort to resolve all outstanding items, I met with the Anchorage Fire Marshal on Thursday, October 1, 1990. Also present were James Raable and Doug Kadrich of Honeywell Inc., Commercial Building Group. As you may recall, there was a concern that Honeywell Inc. was not on the list of approved maintenance contractors. This concern will be addressed immediately by Honeywell.

Additionally, we will provide a current fire alarm service report which verifies the proper audible level for the alarms, confirms that the new equipment which is installed is approved for compatibility with the existing equipment, and certifies that the new equipment is in conformance with current codes. This will require some testing of the system and the emergency generation equipment. Honeywell will proceed with this effort immediately.

At present we understand that this will satisfy the current requirements for a Certificate of Occupancy. However, we are awaiting a list of evaluation criteria which specifically addresses tenant improvement/fire alarm modification projects. — *ltr sent to service companies*

Further, it was brought to my attention that your building will require a service report at a rate *Retros* of four times per year.

*Send copies*

LG01093

Exhibit A
page 35 of 41

Ocotober 16, 1990
Don Akers
Unocal Corporation
Page 2

Please call should have have question or need additional information.

Sincerely,

CASH BARNER USHER, ARCHITECTS

Aaron K. Joseph
Project Architect

AJK/kkc

cc:  Max Schumacher - Department of Public Works
     Mike Thrapp - Anchorage Fire Department
     Doug Kadrich - Honeywell Inc.
     Dan Jolliffe - KHO Construction Co.

Exhibit A
page 36 of 41

LG01094

*Rough in okay 11/8/90*
*Complete*
*563-3034 DAN*

# INSPECTION REPORT
## MUNICIPALITY OF ANCHORAGE, BUILDING SAFETY DIVISION
3500 EAST TUDOR ROAD   GRID 01-1329
INSPECTIONS (907) 563-3464                    INFORMATION (907) 786-8211

NAME: KHO Constr   / PERMIT NO. 90-5641
STREET ADDRESS: 909 W. 9th Ave   / PHONE 563-3034
LOT / ____ BLOCK / 97 SUBDIV. OT   / DATE 11-21-90

| | | | |
|---|---|---|---|
| FOOTING ☐ | ELEC. TEMP. ☐ | PLBG. UNDGR. ☐ | |
| FOUNDATION ☐ | ELEC. SERVICE ☐ | PLBG. ROUGH ☐ | |
| BOND BEAM ☐ | ELEC. ROUGH ☐ | GAS TEMP. ☐ | |
| FRAMING ☐ | ELEC. FINAL ☐ | GAS ☐ | |
| INSULATION ☐ | OTHER ☐ | MECHANICAL ☐ | |
| SHEETROCK ☐ | | MECH. FINAL ☐ | |
| STRUCT. FINAL ☐ | FIRE FINAL ☐ | PLBG. FINAL ☐ | |
| OTHER ☐ | ZONING ☐ | OTHER ☐ | |

☐ NO NONCOMPLIANCE OBSERVED   ☐ CORRECTIONS ESSENTIAL AS EXPLAINED BELOW
☐ WILL REEXAMINE AT NEXT INSPECTION   ☐ DO NOT CONCEAL UNTIL REINSPECTED

COMMENTS: APPROVED FOR FINAL C.O.

INSPECTOR: Sandra Boni   DATE: 11-21-90

WHEN CORRECTIONS ARE MADE, PLEASE CALL FOR INSPECTION

**DO NOT REMOVE THIS NOTICE**

84-002 (Rev. 11/87)

Exhibit A
page 37 of 41

LG01095



*International*
Polar air crossroads of the world



# CITY OF ANCHORAGE ALASKA

POST OFFICE BOX 400
ANCHORAGE, ALASKA
99501

AFD #22-3-15

Anchorage Fire Department
211 West Seventh Avenue
Anchorage, Alaska   99501
July 2, 1974

Union Oil Company of California
909 West Ninth Avenue
Anchorage, Alaska   99501

    Attention:  Jack Young

Dear Mr. Young:

    On July 2, 1974, a fire safety inspection was made by this office on the Union Oil Building at 909 West Ninth Avenue.

    There were <u>no violations</u> found but the following recommendations are being made to insure fire safety:

1. In the paper supply room in the basement, a fire extinguisher not less than 1A rating is needed.  This would possibly stop a small fire from setting off sprinkler heads and causing a lot of water damage to paper supplies and records.

2. The same recommendation is made for the room in which the ping pong tables are located as there are maps, other records and files.  The fire extinguishers should be located just inside the main entrances.

    If there are any questions, please contact this office at 277-5571, Ext. 231.

                                    Sincerely,

                                    James H. Dicus
                                  Chief Fire Marshal

                                  by Gerald O. Wiles      Exhibit ___A___
                                    Fire Inspector         page _38_ of _41_

JHD/GOW/drs

LG01096

ANCHORAGE FIRE DEPARTMENT
BUILDING INSPECTION RECORDS

BLDG. INFO NR. 22-3-15                         PRINCIPAL NFPA CLASS. 591
BLDG/OCCUPANT NAME Union Oil Building   9th & I st.
BLDG. OWNER Union Oil Co.   Fire Safty officer - Jack Young
(NAME, ADDRESS & TELEPHONE)
BLDG. OCCUPANT Ted Slawter - Jack White Co.
(NAME, ADDRESS & TELEPHONE)
LOCAL FIRE INSURANCE AGENTS Jack White

CONSTRUCTION DETAILS

BLDG. TYPE ____  FIRE ZONE ____  HT. 93'  STORIES 6  AREA 230 by 170
EXTERIOR WALL CONSTRUCTION concrete block & glass
INTERIOR WALL CONSTRUCTION sheet rock
CEILING hung                              FLOOR concrete
CELLAR/BASEMENT Full basem
INTERIOR STAIRWAY LOCATION & TYPE Inclosed - East side
ELEVATOR SHAFT LOCATION 2 elevators center E/side
OTHER VERTICAL OPENINGS ____

INTERIOR FIRE PROTECTION

SPRINKLER SYSTEM DETAILS Basement only

STANDPIPE SYSTEM DETAILS in stairway

FIRE ALARM SYSTEM DETAILS local Alarm

OTHER FIRE PROTECTION house lines + dry chems. in hallways

UTILITIES

Exhibit A
page 39 of 41

HEATING SYSTEM TYPE/LOCATION Basement - hot water boilers
MAIN ELECTRICAL DISCONNECT in Boiler Rm.
EMERGENCY LIGHTING generator in basement
MISCELLANEOUS INFO ____

FD-5A 1/73                                                       LG01097

ANCHORAGE FIRE DEPARTMENT
INSPECTION REPORT

DATE August 27, 1970

FIRM dba __Union Oil Building__ ADDRESS _____

OCCUPANT __Same__ ADDRESS _____

BLDG. OWNER __Union Oil Company__ ADDRESS _____

TYPE(S) OF OCCUPANCY __Office, Business__ NFPA CLASS. __591 B__

CONSTRUCTION:
   TYPE __I-Fire Resistive__ STORIES __6__ BASEMENT _____ ATTIC __Penthouse__

   LOCATION OF ATTIC ACCESS __Through smoke tower__ PROTECTED __Smoke detectors__

   ROOF CONSTRUCTION __Built-up__ OPENINGS _____

VERTICAL OPENINGS:
   STAIRS, ENCLOSED OR OPEN _____ LOCATION _____

   ELEVATOR SHAFTS _____ LOCATION _____

   SKYLIGHTS _____ LOCATION _____

INTERIOR FIRE PROTECTION:
   AUTOMATIC SPRINKLERS __Yes__ PARTIAL OR COMPLETE __Basement only__

   WET OR DRY __wet__ CONDITION OF HEADS AND PIPING __new__

   LOCATION OF SHUT-OFF VALVE(S) __North wall of basement--center__

   NUMBER AND TYPE OF FIRE EXTINGUISHERS __10# ABC each floor__

   STANDPIPES AND HOSE __Wet system each floor__ CONDITION __New__

   FIRE ALARM SYSTEM (TYPE) _____ DATE OF LAST TEST _____

   LOCATION OF MASTER BOX _____ CONDITION OF SYSTEM _____

   OTHER FIRE PROTECTION EQUIPMENT __Smoke detectors in smoke tower__

   FIRE DOORS _____ FUSIBLE LINKS _____ OPERATING CONDITION _____

   IF NOT AUTOMATIC ARE THEY KEPT CLOSED _____ ANY OBSTRUCTIONS _____

HEATING SYSTEM:
   KIND __Hot water__ FUEL USED __Natural gas__

   CONDITION OF HEATING SYSTEM __New__

   LOCATION OF EMERGENCY SHUT-OFF VALVES OR SWITCHES _____

   IS BOILER OR FURNACE ROOM ENCLOSED OR OPEN __enclosed__ DOOR __rated__

   STORAGE ARRANGEMENTS _____

Exhibit __A__
page __40__ of __41__

LG01098

ELECTRICAL:
    MAIN DISCONNECT SWITCH LOCATION __North wall basement in vault__

    METER LOCATION __Rear of building__

    SIZE AND CONDITION OF FUSES AND CONNECTIONS __Breakers-new-to code__

    GENERAL CONDITION OF ELECTRICAL SYSTEM AND APPLIANCES __new__

COMBUSTIBLE TRASH AND WASTE:
    FACILITIES FOR STORAGE _____

    FREQUENCY OF REMOVAL _____

FLAMMABLE LIQUIDS AND GASES, HAZARDOUS MATERIALS:
    KIND __None__

    LOCATION _____

    AMOUNT _____

    STORAGE ARRANGEMENTS _____

    REMARKS _____

EGRESS FACILITIES:
    EXIT STAIRWAYS __Smoke Tower__     CONDITION OF DOORS __new-rated__

    OPEN STAIRWAYS _____ UNENCOMBERED _____

    FIRE ESCAPES __none__     CONDITION _____

    OBSTRUCTIONS TO OR ON EXITS OR PASSAGEWAYS __none__

    EXIT LIGHTS __Yes__     VISIBILITY _____

    EMERGENCY LIGHTING __Yes__     TESTED _____

Indicate any special conditions or hazards: _____

   __Fire Department connections for sprinkler and standpipe system located ar rear of building.__

Exhibit A page 47 of 47

LG01099