John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**LIMITED MOTION TO RE-OPEN DISCOVERY**

Defendant Unocal Corporation, by and through counsel Clapp, Peterson, Van Flein, Tiemessen, and Thorsness LLC, move for a limited re-opening of discovery.

**Larry Grove's Adult Oriented Business Affiliation Is Broader Than Disclosed.**

Defendants have pursued discovery of damages claims in this case more intensely than in others because Larry Grove has failed, and continues to fail, to apply for or work at any job since his September 2002 injury, suffering a chip in his

ankle bone.  Despite his failure to work, Mr. Grove has pursued his recreational activities with vigor.

Plaintiffs have consistently refused to provide any document related to Larry Grove's involvement with the adult businesses for which he is President, Vice President and/or Secretary.  In April 9, 2007, the court ordered Plaintiffs to provide information to Unocal on the six adult oriented businesses for which Unocal now knows that Mr. Grove serves as President, Vice President and Secretary.  **Plaintiffs refused** to provide that information, despite the court order to do so.  Instead, Plaintiffs claimed that Mr. Grove had no "right" to control the six companies: Funtime Boutique (a/k/a Adult Funtime); Lead Dog; Lo-Ji; Puritan International; Puritan Production Video; and Samuri.  Plaintiffs referred Unocal to Phil Krasner, stating that he was the owner of VPL Ltd.

Subsequently Defendant has recently discovered a seventh company for which Larry Grove signs checks: VPL Ltd.  The relationship of Larry Grove to this company is unknown, since he did not disclose his activity with it, and instead affirmatively stated that it was Philip Krasner's company.  However, Larry Grove has some control over the money of the company, since his signature appears on two checks written on the VPL bank account.  Unocal cannot determine the extent of Larry Grove's involvement with the seventh company without further right to conduct discovery.

Therefore, Unocal asks for 3 months in which to research VPL and issue subpoenas to investigate this company and Larry Grove's involvement therewith.

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

**Deposing Remaining Expert Witnesses.**

Neither party has finished depositions of the retained experts. Unocal moves to reopen the deadline in which each party may depose the opposing experts.

Unocal did depose three of Plaintiffs' five experts. It wishes to depose the remaining two experts before trial so that their testimony is known. Plaintiffs' should have an equal opportunity to depose Unocal's expert witnesses if Plaintiffs so choose.

Unocal recommends that there be a 3 month window before trial in which to accomplish the depositions, as schedules of the attorneys and experts can be difficult to accommodate, a fact that proved true with the first 3 experts.

DATED at Anchorage, Alaska, this 14th day of January 2008.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501-3454
Phone: (907) 272-9631
Fax: (907) 272-9586
Direct email: ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service

I hereby certify that on January 14, 2008, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson