Michael Cohn
Weidner & Associates, APC
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>v.<br><br>UNOCAL CORPORATION<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) Case No. A04-0096 CV (TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO ACCEPT SUPPLEMENTAL BRIEFING**

Plaintiffs hereby move the Court an Order approving the Supplemental Briefing that Magistrate Smith ordered to be submitted at the hearing that was held on December 7, 2007.  The parties were requested to submit the Supplemental Briefing on consortium claims of Sarah Grove and the due date for said Briefing for Plaintiffs is now overdue.  Plaintiffs may have missed the times set by the Court at the December 7, 2007

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

*Grove, et al. v. Unocal, Case No. A04-0096 CV*
***Motion to Accept Supplemental Briefing***                                                                 1

hearing.  At the time the Briefing was due, Plaintiffs were heavily engaged in preparation for a trial that was scheduled to commence February 11, 2008.  This matter was settled on or about January 18, 2008.  Undersigned Plaintiffs' counsel, herein, was then in depositions on Tuesday, Wednesday and Thursday of last week and was only able to draft the Supplemental Briefing as of January 25, 2008 and is hereby submitting said Supplemental Briefing, along with this Motion to Accept same on January 28, 2008.

As the Supplemental Briefing on this matter was put off for over a month, at the request of counsel previously, and even though this Supplemental Brief is submitted a little later than the time initially ordered by the Court, Plaintiffs' respectfully request that the Court accept the Supplemental Briefing and consider Plaintiffs' Supplemental Briefing in evaluating the issue of Sarah Grove's consortium claims.

RESPECTFULLY SUBMITTED this 29th day of January, 2008.

/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

*Grove, et al. v. Unocal*, Case No. <u>A04-0096 CV</u>
***Motion to Accept Supplemental Briefing***                                                  2

CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008 a copy of the foregoing **PLAINTIFFS' MOTION TO ACCEPT SUPPLEMENTAL BRIEFING** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

*Grove, et al. v. Unocal, Case No. A04-0096 CV*
**Motion to Accept Supplemental Briefing**                                             3