Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNOCAL CORPORATION, <br><br> Defendant. | Case No. A04-0096 CV (TMB) |

**(PROPOSED) ORDER ACCEPTING SUPPLEMENTAL BRIEFING**

   The Court having considered Plaintiffs' Motion for Accepting Supplemental Briefing, it  is hereby ORDERED:

   The Plaintiffs' Supplemental Briefing on the issue concerning Sarah Grove's consortium claims is hereby accepted for filing.

1

DATED:_____
_____
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE
I hereby certify that on January 29, 2008 a copy of the foregoing **(PROPOSED) ORDER ACCEPTING SUPPLEMENTAL BRIEFING** was served electronically on Linda Johnson at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Michael Cohn