Michael Cohn
Weidner & Associates, APC
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNOCAL CORPORATION<br><br>            Defendant | ) ) ) ) ) ) ) Case No. A04-0096 CV (TMB) ) ) ) ) ) ) ) |

**PARTIAL OPPOSITION TO LIMITED MOTION TO RE-OPEN DISCOVERY**[1]

Larry Grove was injured on September 9, 2002, when a work platform/scaffold at the defendant's building collapsed while he was changing filters in the mechanical room at the Unocal building.  His right ankle was severely injured resulting in permanent and severe injuries.  He suffered at least three

---

[1] The defendant is referred to as Unocal Corporation in the Limited Motion to Re-Open Discovery.  The defendant, throughout the course of this proceeding, has been referred to by defense counsel under different names, including Unocal Alaska and Union Oil Company of California.  Various pleadings and responses to discovery had different names of the entity that was the defendant.  The defense counsel, at one time, had claimed that the proper entity was not Unocal Corporation.  The parties have reached an agreement of approximately a year ago to agree that the proper entity in this law suit as Union Oil Company of California.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

distinct different injuries, including a considerable loss in the talus bone, which is a weight-bearing bone. He suffered tendon and ligament damage. He has had two major ankle surgeries; one done by Dr. Getz and another done by Dr. Chang. The defendant is seeking to re-open discovery by persistently and continuously exaggerating the alleged extent of involvement by Mr. Grove in a number of business entities located on the East Coast of the United States (Mr. Grove lives in Anchorage, Alaska) controlled by other entities which are ultimately owned by Phillip Krasner.

Defense counsel can point to handful of checks written for $250.00 each to Mr. Grove over the course of the last few years, totaling a couple of thousand dollars. The defense counsel has used this excuse to vastly expand their already enormous scope of discovery, which previously had included obtaining all bank records for Mr. Grove, as well as investment records, airline records and hotel records, to now include all records from these entities. They did so despite being informed by counsel for these entities that Mr. Grove is a mere figurehead and had no ownership or control or share in any of these six entities which defense has made an exaggerated claim as to Mr. Grove. (See Affidavit of Michael Cohn).

Phillip Krasner, the individual that is in control of these entities has personally informed plaintiffs' counsel that Mr.

*Grove, et al. v. Unocal,* A04-0096 CV
**Partial Opp to Ltd Mtn to Re-Open Disc**                                               2

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

Grove has absolutely zero interest in any of these entities. He is a mere figurehead for the companies in which he was listed as a corporate officer. See Affidavit of Michael Cohn. In addition, as to the 7th company that the defendants claim that they had discovered that Mr. Grove has some interest in, that is VPL, Ltd. Mr. Krasner, has informed plaintiffs' counsel that Larry Grove has absolutely zero interest in this company, that is he owns zero shares of the stock of this company, and has no involvement at all in VPL, Ltd.

On information and belief, defense counsel has been informed by counsel for Mr. Krasner, that Larry Grove has no interest or control in these companies. Mr. Krasner has made records available for the entities and indicated that defense counsel could review the documents that had any reference to Larry Grove, though without making copies of same and failed to show up, according to what Mr. Krasner has informed plaintiffs' counsel.

If defense counsel truly needed to get to the bottom of the involvement, allegedly, of Larry Grove and these companies, which are clearly owned and controlled by another person, defense counsel had more than enough time to seek to depose Mr. Krasner, has failed to do so, and instead insists on continuing to expand its already enormous scope of discovery as to Mr. Grove at this point in time. Defendant says it needs three

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

*Grove, et al. v. Unocal,* A04-0096 CV
**Partial Opp to Ltd Mtn to Re-Open Disc**                                                  3

months to "research VPL, Ltd." and "issue subpoenas to investigate the company and Larry Grove's involvement therewith". Nowhere in their pleading does defense counsel state that it will simply take the deposition of the owner of the company, who could tell them, under oath, the involvement of Mr. Grove. Defense counsel had a year to take the deposition of Mr. Krasner and they failed to do so. Discovery should be considered closed and the plaintiffs respectfully request that the Limited Motion to Re-Open Discovery be denied, except as to expert depositions.

    The court is asked to put an end to this unlimited discovery, even though it is called limited, and deny the Motion to Conduct Limited Discovery, except on one specific area. The plaintiffs' still agree to the extent that there are experts that may need to be deposed on both sides that limited opening of discovery as to expert depositions only, should be allowed to proceed.

    RESPECTFULLY SUBMITTED this 30th day of January, 2008.

    /s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:  nbackes@weidnerjustice.com
ABA No. 8506049

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

*Grove, et al. v. Unocal,* <u>A04-0096 CV</u>
**Partial Opp to Ltd Mtn to Re-Open Disc**    4

```
CERTIFICATE OF SERVICE

I hereby certify that on January 30th, 2008 a copy of the
foregoing **PARTIAL OPPOSITION TO LIMITED MOTION TO RE-OPEN
DISCOVERY** was served electronically on John B. Thorsness at
Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn
```

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

*Grove, et al. v. Unocal,* <u>A04-0096 CV</u>
**Partial Opp to Ltd Mtn to Re-Open Disc**                    5