Michael Cohn
Weidner & Associates, APC
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> v. <br><br> UNOCAL CORPORATION <br><br> Defendant | ) ) ) ) ) ) ) Case No. A04-0096 CV (TMB) ) ) ) ) ) ) ) ) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' PARTIAL OPPOSITION TO LIMITED MOTION TO RE-OPEN DISCOVERY**

STATE OF ALASKA        )
                       )  ss.
THIRD JUDICIAL DISTRICT )

   MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

   1.  I am Michael Cohn, an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., counsel of

*Grove, et al. v. Unocal,* A04-0096 CV
**Aff of Michael Cohn in Support of Opp to Ltd Mtn to Re-Open Disc**                                        1

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

record for the Grove plaintiffs in this matter. I am licensed to practice law in the State of Alaska;

    2. I have recently spoken with Phillip Krasner, the ultimate owner of the six business entities that the defense counsel has been seeking numerous subpoenas to obtain records on, as well as the owner of the seventh company, VPL, Ltd. Mr. Krasnser informed me that Larry Grove, despite whatever title might appear on corporate records, is merely a figurehead. He has no ownership, or control, over any of the seven companies referenced in defendant's Limited Motion to Re-Open Discovery. This is consistent with what defense counsel has been told by counsel for Mr. Krasner. (See Exhibits 1 and 2 attached hereto);

    3. Mr. Krasner specifically informed me that Larry Grove has zero shares in any of these seven entities. Mr. Grove has no involvement at all in VPL, Ltd. Mr. Grove has no control over any of these companies. Mr. Grove has no authority to write checks for VPL, Ltd.;

    4. Mr. Krasner also informed me that as a result of subpoenas issued, he had made available records referencing Mr. Grove for defense counsel to review, and at the time for said review, defense counsel never showed up to review the records;

    5. Larry Grove lives in Anchorage, Alaska. Defense counsel has claimed that Mr. Grove has control over these bank

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

*Grove, et al. v. Unocal,* A04-0096 CV
**Aff of Michael Cohn in Support of Opp to Ltd Mtn to Re-Open Disc**    2

accounts. Mr. Grove did not possess any of the checkbooks for the companies and has been given no access to the checks. Though a stamp has apparently been used to write checks with Mr. Grove's stamped signature on it, he had no access to checks to himself to write on the accounts. Apparently, a limited number of checks have been written with Mr. Grove's stamped signature in any event;

6. Defense Counsel, Linda Johnson, has informed me why Mr. Grove can't simply operate multi-million dollar companies, which list him as corporate officer. Mr. Grove has apparently worked his whole life as a heating ventilation and air conditioning repairman. I am unaware of any analysis prepared by any of the experts of defense counsel indicating that Mr. Grove has ever operated a business and has the aptitude to operate a multi-million dollar business. Furthermore, these alleged multi-million dollar businesses are all on the East Coast and Mr. Grove lives in Anchorage, Alaska;

7. The defense counsel's fishing expedition should be curtailed.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
ABA No. 8506049

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

*Grove, et al. v. Unocal,* A04-0096 CV
**Aff of Michael Cohn in Support of Opp to Ltd Mtn to Re-Open Disc**      3

CERTIFICATE OF SERVICE

I hereby certify that on January 30th, 2008 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' PARTIAL OPPOSITION TO LIMITED MOTION TO RE-OPEN DISCOVERY** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn

330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

*Grove, et al. v. Unocal,* A04-0096 CV
**Aff of Michael Cohn in Support of Opp to Ltd Mtn to Re-Open Disc**   4