Michael Cohn
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) By and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNOCAL CORPORATION, <br><br> Defendant. | Case No. A04-0096 CV (TMB) |

**(PROPOSED) ORDER**

The Court having considered Defendant's Limited Motion to Re-Open Discovery and Plaintiffs' Opposition thereto, it is hereby ORDERED:

Each party has three months from the date of this Order to depose expert witnesses.  Defendant's request to re-open discovery on other matters is hereby denied.

1

2

DATED:_____                    _____
                                   UNITED STATES DISTRICT COURT JUDGE


CERTIFICATE OF SERVICE
I hereby certify that on January 30th, 2008 a copy of the foregoing **(PROPOSED) ORDER** was served electronically on Linda Johnson at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC.

/s/ Michael Cohn

Case 3:04-cv-00096-TMB-DMS   Document 286-4   Filed 01/30/2008   Page 2 of 2

2