John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA
GROVE, SARAH GROVE, and MICHAEL
GROVE (DOB 1/21/88) by and through his
father LAWRENCE H. GROVE,

          Plaintiffs,

    vs.

UNOCAL CORPORATION,

          Defendant.

Case No. 3:04-cv-0096-TMB

## REPLY TO OPPOSITION TO LIMITED MOTION TO REOPEN DISCOVERY

Defendant Unocal Corporation filed a motion with the court requesting that the court re-open discovery on two narrow issues: 1) the seventh adult oriented business company for which it appears that Mr. Grove may sign checks, and 2) depositions of expert witnesses not already deposed.

Plaintiffs appear to consent to the second request, and state in their pleading that "the plaintiffs still agree to the extent that there are experts that may need to be deposed on both sides that limited opening of discovery as to expert depositions

REPLY TO OPPOSITION TO LIMITED MOTION TO REOPEN DISCOVERY
*Grove v. Unocal,* Case 3:04-cv-0096-TMB

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

only, should be allowed to proceed." Opposition at 4. Because Plaintiffs have agreed with the request, no further briefing on this matter needs to be made.

Plaintiffs oppose the request to re-open discovery of VPL Ltd, using attorney Mike Cohn's affidavit to support the opposition. Mr. Cohn is not a fact witness in this case and his supposedly factual affidavits should not be admitted by the court to support Plaintiffs' motions.

Mr. Grove has continually denied any involvement with the adult oriented businesses. He failed and refused to disclose his position as President, Vice President, and Secretary to the companies. Plaintiffs assert that Mr. Grove has no control over the companies and his signature on the thousands of checks that amount to hundreds of thousands of dollars per company is meaningless.

Mr. Grove has flatly refused to answer questions about his activities, he has denied involvement with the companies in the face of evidence thereof, and he has refused to cooperate and help obtain documents regarding those same companies. Unocal has, therefore, resorted to proving his involvement.

Mr. Cohn's affidavit at 3 through 5 understates the importance of the bank records. The President, Vice President, and Secretary of a company certainly has the right to control a company. The person who has <u>sole</u> signatory authority over bank accounts that process hundreds of thousands of dollars through each year certainly has access to that money. The sole signatory has access even if he allows a stamp of his signature to be made and used in lieu of signing each and every check.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

There is some question of whether Mr. Grove is personally guaranteeing each and every check he signs for the 6 or 7 companies on which his personal signatures appears.    In order to clearly establish that he is signing in a representative capacity, Mr. Grove should be signing with his title on the check. See UCC 3-403(2)(b).    Mr. Grove does not appear to sign in a representative capacity.    If this bears out, then the resulting personal guarantee is an issue that should be discoverable.

Unocal has not requested unlimited discovery; just discovery of the seventh adult oriented business that has not been disclosed to Unocal as it should have been.

The limited discovery request should be granted.

DATED at Anchorage, Alaska, this 5th day of February 2008.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

<u>Certificate of Service</u>

I hereby certify that on February 5, 2008, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.


<u>s/ Linda J. Johnson</u>

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586