John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

## UNOCAL'S SUPPLEMENTAL SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT, MOTIONS IN LIMINE AND OPPOSITIONS TO PLAINTIFFS MOTIONS FOR SUMMARY JUDGMENT AND IN LIMINE

COMES NOW, Defendant Unocal Corporation, by and through counsel Clapp, Peterson, Van Flein, Tiemessen, and Thorsness LLC, and hereby supplements its pleadings in support of its motions for summary judgment, motions in limine and oppositions to plaintiffs motions for summary judgment and in limine.

Clapp, Peterson does not represent Siemens Building Technologies in this lawsuit. Attached are affidavits of lead counsel John B. Thorsness and 'Of Counsel' Liam J. Moran. As set forth in these affidavits, Mr. Moran, as a courtesy to Siemens, appeared for Siemens at a single records deposition. The April 25, 2005 letter to the Workers' Comp Board seeking Mr. Grove's records, by paralegal Ms. Lori O'Brien stating that Mr. Thorsness represents Siemens is in error with regard to that specific representation.

DATED at Anchorage, Alaska, this 12th day of February 2008.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

/s/ John B. Thorsness
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email: ljj@cplawak.com
Alaska Bar No. 8911070

Certificate of Service

I hereby certify that on February 12, 2008, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

/s/ John B. Thorsness

Supplemental Support of Motions
Grove v. Unocal, Case 3:04-cv-0096-TMB