John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**AFFIDAVIT OF JOHN B. THORSNESS**

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

John B. Thorsness, being duly sworn upon oath, deposes and states as follows:

1. I am licensed to practice law in Alaska and am admitted to practice before the U.S. District Court for the district of Alaska and a partner at Clapp,

Peterson, Van Flein, Tiemessen & Thorsness, LLC (hereinafter "Clapp, Peterson").

2. Clapp, Peterson represents the defendant Unocal Corporation in the above captioned lawsuit. I am the principal partner in charge of Unocal's defense and have personal knowledge of this matter. My partner Linda Johnson is also counsel for Unocal.

3. Unocal and Siemens were signatory to a "Services and Drilling Master Contract" that contains a "knock-for-knock" indemnity agreement. Clapp, Peterson is defending Unocal pursuant to this agreement.

4. Plaintiff served Siemens with a subpoena to take a records deposition. At that records deposition taken on January 3, 2006, Liam J. Moran, Esq. who is 'Of Counsel" to Clapp, Peterson, represented Siemens for the purposes of that records deposition.

5. At no other time and for no other purpose has Clapp, Peterson represented Siemens in this matter.

6. In a letter dated April 25, 2005, Ms. Lori O'Brien, paralegal at Clapp, Peterson wrote the Workers' Compensation Insurer, and requested Workers' Compensation documents. In that letter, Ms. O'Brien erroneously stated that I represented Siemens. The letter should have stated that I represented Unocal since that was correct.

7. Siemens was the plaintiff's employer at the time of the accident subject of this lawsuit. In a pleading dated January 31, 2007, Unocal, through its

counsel Clapp, Peterson, gave formal notice of it's intent to have the jury in this matter, allocate fault to Siemens.

8. In several memoranda in support of several motions, counsel for plaintiff has stated that Clapp, Peterson also represents Siemens Building Technologies in this matter. Counsel for plaintiff is mistaken.

9. Clapp, Peterson does not represent Siemens Building Technologies in this lawsuit.

FURTHER AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 12th day of February 2008.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

John B. Thorsness
Alaska Bar No. 8211154

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, this 12th day of February, 2008.

*State of Alaska*
**NOTARY PUBLIC**
Susan L. Warburton
My Commission Expires March 31, 2010

Notary Public in and for Alaska
My commission expires: 3/31/10

Certificate of Service

I hereby certify that on February 12, 2008, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

/s/ Susan L. Warburton

Affidavit of John B. Thorsness
*Grove v. Unocal*, Case 3:04-cv-0096-TMB                                        Page 3 of 3