```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

  LAWRENCE H. GROVE, et al      vs.       UNOCAL CORPORATION

BEFORE THE HONORABLE   DEBORAH M. SMITH    CASE NO. 3:04-CV-00096-TMB

DEPUTY CLERK/RECORDER:       SUZANNETTE LUCERO / CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:   PHILLIP WEIDNER AND MICHAEL COHN

                DEFENDANT:   JOHN THORSNESS AND LINDA JOHNSON

PROCEEDINGS: ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT 160) AND DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT(DKT 209)/ORAL ARGUMENT ON PLAINTIFF'S MOTION IN LIMINE (DKT 156) AND DEFENDANT'S MOTION IN LIMINE (DKT 211) HELD 2/13/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:31 a.m. court convened.

Court and counsel heard re scheduling.

Court and counsel heard re Defendant's Motion for Partial Summary Judgment on Punitive Damages (Dkt 209).

Arguments heard.

At 11:03 a.m. court recessed until 11:18 a.m.

Court and counsel heard re witness affidavits and reports.

Defendant may file additional supplemental briefing by **February 20, 2008;** Plaintiff to file response by **February 26, 2008.**

Court and counsel heard re Plaintiff's Motion for Summary Judgment (Dkt 160).

Arguments heard.

At 12:04 p.m. court recessed until 2:04 p.m.

Court and counsel heard re plaintiff's oral motion to supplement the record with additional information; **GRANTED.**

Court and counsel heard re defendant's oral motion to supplement the record with additional information; **GRANTED.**

Continued To Page 2

DATE:   February 13, 2008         DEPUTY CLERK'S INITIALS: SCL/CME

Revised 6/18/07

```
                    Continuation - Page 2
         3:04-CV-00096-TMB, Lawrence H. Grove et al.
                    vs. Unocal Corporation
 Plaintiff's Motion for Partial Summary (DKT 160) and Defendant's
 Motion for Partial Summary Judgment (DKT 209); Plaintiff's Motion
   in Limine (DKT 156) and Defendant's Motion in Limine (DKT 211)
                        February 13, 2008
------------------------------------------------------------------
```

Arguments heard.

At 3:00 p.m. court recessed until 3:08 p.m.

Arguments heard.

Court heard;
Plaintiff's Motion for Partial Summary (DKT 160) **UNDER ADVISEMENT.**
Defendant's Motion for Partial Summary Judgment (DKT 209) **UNDER ADVISEMENT.**
Plaintiff's Motion in Limine (DKT 156) **UNDER ADVISEMENT**.
Defendant's Motion in Limine (DKT 211) **UNDER ADVISEMENT**.

At 5:03 p.m. court adjourned.

DATE:＿＿＿February 13, 2008＿＿＿＿    DEPUTY CLERK'S INITIALS:＿SCL/CME＿

Revised 6/18/07