**SIEMENS**

# Safety Resource Manual

Siemens Building Technologies, Inc.
Revised 5/99

EXHIBIT___*B*___
PAGE___*1*___OF_*46*_

# Safety Resource Manual

## Table of Contents

Introduction ............................................................................................................... 1

Safety Policy

Workers' Compensation Administration ................................................................... 3

    Workers' Compensation Claims Administration ................................................ 4

    To Report a Workers' Compensation Claim .................................................... 6

    Overview of Workers' Compensation ............................................................ 13

    Permanent Partial Disability Benefits ........................................................... 16

Injury and Illness Prevention Program ................................................................ 26

    Index ............................................................................................................. 26

    Introduction .................................................................................................. 27

    Functional Responsibilities ........................................................................... 28

    Safety and Health Hazards in the Office/Warehouse ................................... 31

    Safety and Health Hazards for Field Personnel ........................................... 32

    Code of Safe Practices ................................................................................. 34

    Accident Prevention Program ....................................................................... 36

    Inspection Checklist ...................................................................................... 39

    Specific Construction Site Requirements ..................................................... 40

    Initial Safety Training Documentation ........................................................... 48

    Individual Employee Training Documentation Initial Training ........................ 49

    Employee Safety Information Form ............................................................... 50

    Accident Injury and Illness Investigation Form ............................................ 51

    Inspection Checklist and Correction Form ................................................... 53

Hazard Communication Standard ........................................................................ 54

    Guide for Writing and Administering Hazard Communication Program ......... 54

    Chemical Inventory List ................................................................................ 58

    MSDS Sample Letter .................................................................................... 59

    Procedure to Ensure Proper Labels ............................................................. 62

Sample Labeling Letter .................................................................................. 63
Sample Labels for Incoming Material Letter .................................................. 64
Sample Labels on Containers ....................................................................... 65
Lockout/Tagout Procedures ............................................................................... 66
Lockout/Tagout Procedure ............................................................................ 66
Training & Communication ............................................................................ 70
Lockout/Tagout Training Form ...................................................................... 71
Confined Space Program ................................................................................... 72
Introduction ................................................................................................... 72
Siemens Building Technologies Permit Required
Confined Spaces Process & Procedures ...................................................... 73
Definition of Terms........................................................................................ 78
Permit Required Confined Space Training Syllabus ...................................... 83
Non-Permit Confined Space Entry Program .................................................. 88
Permit-Required Confined Space Decision Flow Chart.................................. 91
Attendance Roster ........................................................................................ 92
Non-Permit Confined Space Entry Report ..................................................... 93
Bloodborne Pathogen Exposure Control Plan.................................................... 94
Table of Contents ......................................................................................... 94
Purpose of the Plan ...................................................................................... 95
General Program Management....................................................................... 96
Exposure Determination ............................................................................... 99
Methods of Compliance ................................................................................ 101
HIV and HBV Research Laboratories and Production Facilities .................... 107
Hepatitis B Vaccination Post-Exposure Evaluation & Follow-Up .................. 109
Exposure Incident Investigation Form ........................................................... 116
Post Exposure Evaluation and Follow-Up Checklist ...................................... 117
Labels & Signs .............................................................................................. 118
Information and Training ................................................................................ 119
Bloodborne Pathogens Training Sessions Form ........................................... 121
Sources & Symptoms of Hepatitis B ............................................................. 122
Sources & Symptoms of the AIDS Virus ....................................................... 123
Fall Protection Program ..................................................................................... 124
Introduction ................................................................................................... 124
Workplace Assessment and Fall Protection System Selection ...................... 125
Definition of Terms........................................................................................ 125
Fall Protection Needs of Particular Walking and Working Surfaces .............. 127

Asbestos & Hazardous Substance Program ................................................................. 136

    Asbestos Cover Memo ................................................................................................ 136

    Introduction ................................................................................................................. 138

    Exposure ...................................................................................................................... 138

    Monitoring .................................................................................................................... 138

    Personal Protective Equipment .................................................................................. 140

    Hygiene Facilities and Practices ................................................................................ 141

    OSHA Compliance Manual Asbestos ........................................................................ 143

Hearing Protection Program ................................................................................................ 156

Respiratory Protection Program ......................................................................................... 161

Contingency and Emergency Action Plan .......................................................................... 175

    Emergency Action Plan for Buffalo Grove – Sample ................................................ 176

Vehicle Safety ..................................................................................................................... 203

Laboratory Safety ............................................................................................................... 215

    Cover Memo ................................................................................................................ 215

    Laboratory and Hospital Safety ................................................................................. 216

    Safety Training ............................................................................................................ 216

    Laboratory and Hospital Safety Guidelines .............................................................. 217

    OSHA Lab Standard ................................................................................................... 220

    Attendance Roster ...................................................................................................... 221

Contractor Safety, Health and Environmental Policy Manual ............................................. 222

    Preface ........................................................................................................................ 222

    Appendix ..................................................................................................................... 222

    Reference Guide Table of Contents ........................................................................... 223

    Introduction ................................................................................................................. 225

    Policy Statement ......................................................................................................... 225

    Safety, Health and Environmental Program Management ........................................ 225

    Model Contractor SHE Policy Statement ................................................................... 226

    Contractor Safety, Health and Environmental Programs .......................................... 227

    Contractor Pre-Qualification Survey .......................................................................... 258

    Expectations – Contractors' Summary ...................................................................... 261

    The Bottom Line .......................................................................................................... 261

Five Minute Safety Talks ..................................................................................................... 262

**Safety Resource Manual**

## Introduction

Siemens Building Technologies, Inc., as a responsible employer, realizes the obligation of providing a safe and healthful workplace. The company further realizes that we must stay abreast of and communicate the ever-changing legal obligations from both state and federal levels.

The health and welfare of you, your family and your fellow employees may be jeopardized by unsafe working hazards or practices. Therefore, we all must make a conscious effort to be educated and trained to provide for a safe and healthy work environment.

The information contained in this manual is designed to educate and communicate various topics pertaining to safety. The application of the following information and good common sense in planning and doing your work in a safe manner will go a long way towards the prevention of accidents and injuries.

The Siemens Building Technologies Safety Resource Manual has been assembled in order to assist the branch office, and in particular, the designated Safety Coordinator within each branch office, to educate and communicate safety responsibilities that we all share.

Additional updated information will be sent out periodically to assist you in staying current in safety issues and responsibilities that affect our business.

Mark Wiemer, Director SBT Safety, Security & Environmental Affairs, may be contacted in Buffalo Grove at ext. 5526, provided that you have any questions pertaining to the enclosed information.

# SIEMENS
Policies

| Subject:  **Safety** | | Policy No.  4.05 |
|---|---|---|
| Date:  01/01/02 | Originally Issued:  10/01/89 | Page:  1 of 1 |

## Purpose
To define the Company's Safety Policy. Providing safe working conditions is of continual concern to Siemens Building Technologies, Inc. It is important to the Company that adequate policies and procedures are developed and adhered to in order to ensure safe, and efficient operating conditions, thereby safeguarding employees and facilities.

In regard to safety practices, the Williams-Steiger Occupational Safety and Health Act of 1970 places specific responsibilities on each employer and subjects employers to penalties should those responsibilities not be discharged.

## Scope
All Siemens Building Technologies, Inc., employees

## Policy
The company will not knowingly permit unsafe conditions to exist, nor will it permit employees to indulge in unsafe acts. Violations of company rules and regulations will result in disciplinary action. Since the employee on the job is frequently more aware of unsafe conditions than anyone else, he/she is encouraged to make recommendations, suggestions and criticisms of unsafe conditions to his/her immediate supervisor. The Supervisor is responsible for the working conditions within his/her department. A supervisor should remain alert at all times to dangerous and unsafe conditions, so that he/she may recommend corrective action, discipline employees who habitually create or indulge in unsafe practices, assess new or changed situations for inherent dangers, and follow up on employee suggestions for corrective action so that unsafe conditions are not instituted or permitted to exist.

Each Siemens Building Technologies, Inc., facility manager is responsible for the following:

1. OSHA facility compliance
2. Record keeping, as required for OSHA facility compliance
3. On the job safety procedures

# Injury and Illness Prevention Program

Index

1. Introduction to Injury and Illness Prevention Program
2. Statement of Safety Policy
3. Safety Responsibilities_a) Functional Responsibilities_b) Safety and Health Hazards in the Office/Warehouse_c) Safety and Health Hazards for Field Personnel
4. Injury and Illness Prevention Program_a) Training & Record Keeping_b) Inspection Checklist_c) Employer's Report of Occupational Injury or Disease
5. Construction Site Requirements



Section 1_Introduction To Injury And Illness Prevention

To All Employees:

As members of the Siemens Building Technologies team, we make a personal commitment to our fellow employees and to the company to see that operations under our care, custody and control are carried out in an efficient and safe manner.

Along with other responsibilities, safety consciousness should always exist in our thinking and planning. Therefore, we must diligently avoid unsafe acts ourselves, and be alert to potential hazards caused by others. All employees should recognize that working in an unsafe manner is counter-productive. Most important, each employee is encouraged to demonstrate leadership ability by setting a good example and by helping to eliminate dangerous conditions whenever they are encountered.

To make our approach to safety more effective and uniform throughout the organization, this manual, outlining and formalizing our Injury and Illness Prevention Program, has been assembled. We feel this will be a useful tool to help in understanding and discharging our mutual responsibilities.

This manual has been designed in order to provide compliance regarding the Occupational Health and Safety Act, Injury and Illness Prevention Program. This program contains a multifaceted approach for implementation, communication and maintenance of the program.

Section 2A Injury and Illness Prevention Program Functional Responsibilities

It is the desire of Management to protect employees from accidental injury and damage to health while working for Siemens Building Technologies. This matter must receive top priority attention from all levels.

Safety is the functional responsibility of each supervisor and he or she has the right to demand safe operations. It is the supervisor's obligation to teach employees to work safely. Notwithstanding the responsibilities of the supervisors, each level of our organization is accountable for safe performance.

Duties and responsibilities of all personnel under the Siemens Building Technologies safety program are the following:

1. Safety Coordinator
   a. Provides all levels of employees the services and technical advice needed for proper administration of the Injury and Illness Prevention Program.
   b. Develops technical guidance and interim programs to identify and remove physical hazards from project sites.
   c. Formulates, recommends and administers approved changes to the Injury and Illness Prevention Program.
   d. Prepares and distributes to all department heads regular reports on the status of safety.
   e. Advises all levels of management on matters pertaining to safety, including establishing a "chain of command" and a network to communicate safety matters within the organization.
   f. Maintains an adequate accident report system, personally investigating serious accidents and taking corrective action to eliminate accident causes.
   g. Cooperates with project management personnel in the safety training of employees.
   h. Conducts personal inspections to observe unsafe conditions.
   I. Maintains outside professional contacts.
   j. Insures there is full compliance with applicable Federal, State and Local regulations.
   k. Recommends programs and activities that will develop and maintain incentives for and motivation of employees to work safely.
   l. Recommends disciplinary procedures for repeated violators of safety rules.

2. Project Manager/Operations Supervisors

    a.-Is familiar with and enforces safety regulation related to his areas of responsibility (including "Site Specific" requirements).

    b. Directs and coordinates safety activities within area of responsibility.

    c. Requires all employees under his supervision to utilize the proper individual protective equipment and job safety devices.

    d. Assures that safety equipment is available and that storage locations are clearly designated.

    e. Conducts safety inspections of work area, directs corrective action for unsafe conditions noted and informs the Safety Coordinator of inspection results.

    f. Assures that Specialist Supervisor and Field Foremen are aware of and comply with requirements for safe practices and conditions to be maintained on project sites.

    g. Reviews all accidents with Safety Coordinator. Submits full reports to the Safety Coordinator and assures that corrective action is taken immediately to eliminate the cause.

    h. Requires all subcontractors and subcontractor personnel to comply with applicable safety regulations.

    I. Provides information and recommendations ("feedback") to Safety Coordinator concerning safety matters.

3. Specialist Supervisor & Field Foremen

    a. Is familiar with and enforces safety regulations (including "Site Specific" requirements) applicable to company operations within area of responsibility.

    b. Directs and coordinates safety activities within his area of responsibility, to include motivation of employee for safe work practices.

    c. Assures that safety devices and proper individual protective equipment are used by persons under his supervision.

    d. Instructs all persons within area of responsibility in job safety and health requirements and insists on compliance.

    e. Assures that injuries are treated promptly and reported properly.

    f. -nvestigates all accidents, obtains all pertinent data, files a complete report with the Project Manager/Operation's Supervisor and initiates corrective action.

    g. Assures that no unsafe conditions exist in area of responsibility and reports to the Project Manager/Operation's Supervisor on any corrective actions needed with are beyond his control.

4. All Employees

    a. Be familiar with and comply with proper safety and health practices.

    b. Use the required safety devices and proper personal protective safety equipment.

    c. Notify supervisor immediately of unsafe conditions and act.

    d. Report all accidents to supervisor immediately.

5. Branch Administration

   a. Maintains all records of accidents that have taken place during company operations on forms designated by OSHA, insurance company and other authorized agencies.

   b. Processes all paperwork associated with accidents, on site inspections and in-house audits. Maintains permanent record for company files.

   c. Prepares all notices required by OSHA, State, and other appropriate agencies for posting at each required location in accordance with designated time regulations (Example: OSHA Annual Summary of Injuries and Illness).

6. Subcontractor

The provisions of these safety responsibilities apply to lower-tier subcontractors and their employees on projects for this company.

Section 2B_Safety and Health Hazards in the Office/Warehouse

Safety, which is an absolute "must" for any work place, sometimes doesn't get the attention in _the office that is does, in the field. Here are some things to check in the office which could be safety hazards:

- Office machines and equipment should be well-maintained, guarded where required, and in good working order. Electrically operated machines should be given careful attention for worn wires, etc. (This includes coffee machines and hot plates).
- Traffic aisles should be kept clear of boxes, cords, and other obstacles. File drawers should be closed when left unattended to avoid tripping.
- Filing cabinets should be secured to the floor and drawers should be balanced so tipping of the cabinet does not occur.
- Cleaning spills around coffee machines should be restricted to those who have been trained in how to do this properly. One or more persons should be assigned to check equipment and make sure good housekeeping rules are followed.
- Employees should be cautioned about lifting or moving heavy furniture or equipment when rearranging an office or moving to a new one.
- Caution employees about fire hazards, including dumping ash trays into garbage cans, and leaving oil-soaked or solvent-soaked rags in the open.
- All employees should know where fire extinguishers are located, know how to use them, and know how to evacuate the office in case of fire.
- First aid supplies should be easily located, and employees should know which personnel are trained in first aid and/or CPR procedures.

Section 2C_Safety and Health Hazards for Field Personnel

In order for a safety program to be effective, it is vital that rules be established, monitored by responsible individuals, and implemented by all employees.

The following are some of the general rules, applicable to our operations, that must be enforced _on energy project contracted by Siemens Building Technologies. This is a partial listing only. The pertinent requirements of OSHA Regulations CFR 29, Part 1926 Safety and Health Regulations for Construction with CFR 29 Part 1910 Identified as Applicable to Construction, also apply in this firm.

1. Personal Protection and Related Equipment

a. Personal protective equipment must be worn as prescribed for each job.

b. "Employees must check with their supervisor(s) regarding any portions(s) of their job that they do not understand.

c. Goggles, face shields, helmets and other comparable equipment are required to fit the eye and face protection needs of the employee for each application.

d. Hard hats should be worn by all employees at all times in all construction work areas.

e. Gloves are to be used when handling materials, and for protection against acids and other chemicals which could injure employees skin.

f. Respiratory equipment in many cases is needed for protection against toxic and hazardous fumes. Employees must verify with their supervisors which equipment meets the need for breathing safety.

g. Safety shoes are recommended to help avoid toe and foot injuries.

h. The use of safety harnesses are required when working on elevated work where there is no guard rail protection and on certain suspended scaffolds.

i. Employees are expected to utilize proper judgment in their personal habits. When they report to work each morning they must be in fit condition to meet daily obligations.

2. Fire Prevention

a. When utilizing heat producing equipment, make sure that the area is clear of all fire hazards and that all sources of potential fires are eliminated.

b. Have fire extinguisher available at all times when utilizing heat-producing equipment.

c. Know the location of fire fighting equipment in the work area and have a knowledge of its use and application. Use these devices only in case of fire.

d. Turn in all fire extinguishers for recharge after each use. Inspect periodically when not in use.

3. Compressed Gas Cylinder

a. All gas cylinders shall have their contents clearly marked on the outside of each cylinder.

b. All leaking or defective cylinders must be removed from service promptly, tagged as inoperable and placed in an open space removed from the work area.

4. Housekeeping

a. Proper housekeeping is the foundation for a safe work environment. It definitely prevents accidents and fires, as well as, creating a business-like work area.

b. Pile or store material in a stable manner so that it will not be subject to falling.

c. Rubbish, scraps and debris shall be removed from the work area as soon as practical.

d. It is not permissible to leave materials and supplies in stairways, near floor openings or at the edge of the building when exterior walls are not built.

5. Ladders and Scaffolds

a. All employees are obligated to check to see the ladders are free from defects prior to use. Extension ladders must have safety feet.

b. Straight ladders must be tied off, held or nailed down for stability.

6. Rigging

a. Good rigging is essential for moving construction materials and equipment and, at the same time, keeping them under control.

b. Never swing loads over the heads of workers in the area.

c. Never leave a suspended load unattended.

d. Never allow leads, booms or rigging to approach within 10 feet of energized electrical lines rated 5OKV or lower unless the lines are de-energized. For lines rated greater than 50KV, follow Occupational Safety and Health regulations.

e. Always operate cranes on firm, level ground or use mats, particularly for near-capacity lifts.

7. Tools

a. It is imperative that the right tool be utilized for the job and that it be used in a correct manner.

b. Keep tools in good working condition. Damaged, worn or defective tools can cause injuries, and shall not be used.

c. Do not use tools until you have been properly instructed and authorized to do so.

d. Never remove machinery or equipment guards without authorization.

e. Never make repairs to tool or equipment unless authorized by your supervisor.

f. Inspect electrical extension cords and other wiring to be certain they are properly instated. Do not use frayed or damaged cords.

g. Take special precautions when using power tools on a scaffold or other locations with limited movement area. Get a good footing, use both hands, keep cords clear of obstructions and do not over-reach.

h. Be sure that a power tool is off and motion stopped before setting tool down.

i. Disconnect tool from power source before changing drills, blades or bits or attempting repair or adjustment. Never leave a running tool unattended.

Siemens Building Technologies_Code of Safe Practices

1. Notify your supervisor if you must be absent from work. Your presence has an effect on safety.
2. Think through the safest way to do a job before tackling it.
3. Use common safety sense. Pay attention to what goes on around you.
4. Learn "First Aid" procedures. They could save another person's life or your own.
5. Report every injury for treatment, no matter how minor.
6. Report hazardous conditions to your supervisor. Call for suitable safeguards.
7. Insist on "good housekeeping". Clear away hazards such as clutter, trash, slippery surfaces, misplaced tools and supplies. Maintain clear access to work areas.
8. Refrain from inviting accidents through practical jokes, scuffling, or horseplay while on the job.
9. Make a mental note, on the job, of the location of the nearest fire-fighting equipment, First Aid equipment, Fire Alarm station, eye washes, etc.
10. Avoid the use of highly flammable or toxic liquids for cleaning purposes. Store all liquids and chemicals in proper containers.
11. Do not weld or cut with an open flame on, in, or near any tank, vessel, pipeline, or area used for storage of volatile liquids. Remove combustible materials.
12. Do not operate equipment or motorized vehicles unless assigned and you have received safety instructions.
13. Do not work, drive a vehicle, or operate equipment if you are under the influence of alcohol or narcotic medication. The possession of alcohol or non-prescribed drugs while working is prohibited.
14. When driving a vehicle, obey all laws and regulation governing its use.
15. Keep all your tools in top condition. Inspect before using.
16. Use tools only for their intended and designed purpose.
17. Do not alter tools, tool guards, or safeties.
18. Wear proper basic clothes while on the job. Keep your shirt tails tucked in. Do not wear clothing or jewelry that could get caught in machinery or cause an accident.
19. Wear special protective glasses, non-metallic hard hats, face shields, shoes, safety belts, respirators, and gloves in work situations where they are recommended, or required.
20. Extension ladders must be tied off. Step ladders must be fully opened and set level. Avoid using aluminum ladders.
21. Scaffolds: Use handrails and toeboards; lock wheels before using.
22. Know the proper procedure before using any type of rigging.
23. If you obstruct pedestrian or vehicular traffic where you are working, place proper barricades and warning signs.
24. Observe and obey no-smoking signs. Smoke only in approved areas.

25. Do not use or carry "strike anywhere" matches.

26. Do not walk on-site or on stairs with your hands in your pockets, in case you fall.

27. Running is prohibited, except in extreme emergencies.

28. Use and pay attention to posted signs.

29. Do not take short-cuts through operating areas or buildings.

30. Always walk on the left side of the roadways.

31. Use danger tags. Place on switches or valves that must not be operated.

32. The possession of firearms on the job is prohibited.

33. Gambling on the job is prohibited.

34. Some projects require permits for various types of work. Know the job requirements.

Note: Periodically review these guidelines. Think safety and work safely at all times. Finally, share our concern for safety with all whom you contact every day of the year.

Accident Prevention Program_
Section 3A

Training & Record Keeping

In order to maintain the safety standards desired by our organization. It is necessary to actively pursue an accident prevention program through all levels of our company. Training in hazard recognition and control is essential to prevent the occurrence of accidents. The following is a summary of the accident prevention program that is to be supported and maintained by all employees:

1. Training and Education

a.   General - Training and education cannot be over-emphasized as a means learning the safe approach to employee work effort, as well as what to do in case of an accident. Each new employee will be furnished information and literature covering the company safety policies, rules and procedures.

   All key employees are encouraged to participate in seminars, lectures, talks, first aid courses, etc, that are provided by State, Federal and other agencies in the area of our operations.

   The Safety Coordinator schedules training sessions and contacts individuals within the organization regarding their attendance. Each employee is encouraged to contact his immediate supervisor, should there be some training course or seminar that in his opinion would be helpful in developing safety awareness. Approval of attendance and other necessary arrangements are made through the Safety Coordinator.

b. Safety Meeting -  It is imperative that communication be established between all levels of our company. We therefore strongly support safety meetings for all employees in our organization. We believe that the most successful safety meetings are brief and concise gatherings in small groups to identify a specific safety subject, explain safety rules, discuss necessary precautions and exchange comments. These meetings are conducted regularly, as scheduled by the Safety Coordinator and arranged by designated supervisors.

c. Safety Material -  The Safety Coordinator has posters, charts, report forms, booklets and other descriptive material that will help dispense safety information in your work area. This material is generally distributed for posting and distribution on a periodic basis. However, all personnel are encouraged to contact the Safety Coordinator and request illustrative material that addresses problems specific to their particular situation.

2. Occupational Safety and Health Act

The Williams-Steiger Occupational Safety and Health Act was signed into law on December 29, 1970. It provides that every employer engaged in business affecting commerce shall:

a. Furnish to each employee a place of employment free from recognized hazards that are causing or likely to cause death or serious physical harm.

b.   Comply with occupational safety and health standards promulgated under OSHA, which extends coverage to all employees not subject to previously existing federal safety acts.

c.  Comply with occupational safety and health standards and rules, regulations and orders pursuant to the Act that are applicable to our actions and conduct. Violators of the law and regulations are subject to penalties.

All employees must comply with occupational safety and health standards and regulations under the Act which are applicable to their own actions and situation. Any employee not in compliance with the safety code or items outlined in the Injury and Illness Prevention Program may be subject to disciplinary action up to and including termination from the company.

Because of this law, and in order to maintain safe conditions on our construction projects, each supervisor must, and each employee should, become familiar with OSHA Regulations 29 CFR Part 1926, Safety and Health Regulations for Construction with OSHA 29 CFR Part 1910, General Industry Safety and Health Identified as Applicable to Construction (Federal Register, Part VII, Book 2, February 9, 1979). See Paragraph 3 below.

The Safety Coordinator will provide a copy of these OSHA regulations for construction to all supervisory personnel. Employees may contact their immediate supervisor for data and literature that will help them understand our responsibilities under the Act.

3. State Operated Compliance Programs

   a. California and certain states are now operating under approved State Plans for occupational safety and health while incorporating the Federal OSHA program. California has established CAL/OSHA as their state regulatory agency.
   b. Where Siemens Building Technologies subject to State occupational safety and health plans, our safety policy and program will be based on State requirements. It is the responsibility of the Safety Coordinator to verify which OSHA regulations (Federal/State) apply to this company's operations.

4. Records

   It is company policy, as well federal law, that certain records associated with accidents experienced on our jobs be kept up-to-date and retained for a period of 5 years. The purpose of this record keeping requirement is to identify recurring accidents of a similar nature, thereby allowing for the development of corrective action eliminating their possible causes. The following is a summary of these record requirements.

   a. Accident investigating and reporting procedures are developed by the Safety Coordinator. An accident report on appropriate forms must be prepared within forty-eight (48) hours after each reportable incident. Reportable incidents consists of fatalities, lost work day cases or non-fatal cases without lost work but requiring medical treatment. These reports are to be transmitted to the proper authorities.
   b. Depending on the hazard, there may be Federal/State requirements for maintaining records of exposure to hazardous/toxic materials. Check with the Safety Coordinator for requirement.

c. Maintain the OSHA 200 log of all reportable occupational injuries and illness. This log should be kept at a central location. This involves posting the information from the initial accident report on a master log within six (6) workdays after the accident has occurred. The form must be kept available for OSHA Compliance Safety and Health Office review. The Summary Section of OSHA Form 200 must be posted at the branch office by February 1st of the following year and remain in place for thirty (30) consecutive calendar days thereafter. See OSHA regulations 29 CFR Part 1904 "Recording and Reporting Occupation Injuries and Illnesses".

## 5. Subcontractor Compliance

The concern for our fellow employees must be communicated to our subcontractors working on our projects. It is imperative that we observe our subcontractors operations, and where deficiencies are located, identify them to the subcontractors, as well as, to our Safety Coordinator.

All contracts initiated to Subcontractors require that Federal and State laws concerning safety are observed by the Subcontractor. Failure to fulfill this requirement is a failure to meet the conditions of our contract. Safety on the project extends through all Subcontractor operations, as one unsafe condition unattended generally encourages deficiencies in other areas.

The above instructions similarly apply to all other contractors on the job sites. Call attention of your supervisors to safety violations of other contractors. The supervisors, in turn, report the condition to the contractors and the company Safety Coordinator.

## 6. Safety Inspections

This company has a definite policy for conducting inspections of safety conditions at job sites. (see "Inspection Checklist" next page, and Functional Responsibilities in Section 3). The purpose of such inspections is to improve safety conditions and practices.

## 7. OSHA Inspections

a. The Safety Coordinator is responsible for preparing procedures to be followed in the event of an inspection of a job site. The procedure shall include person(s) at the Home office be notified immediately when the OSHA Compliance Safety and Health Officer arrives at the site.

b. The Safety Coordinator is responsible to develop procedures for handling OSHA citations, penalties, abatement deadlines, and as applicable, contests of unjust citation/penalties.

## 8. Variances

OSHA has established procedures for permitting temporary or permanent variances to certain standards when valid circumstances may preclude compliance. All supervisory personnel are to recommend to the Safety Coordinator any standards for which a variance may be needed. The Safety Coordinator will take appropriate actions, following procedures of OSHA Regulations 29 CFR Part 1905, "Rules for Variances, Limitations, Variations, Tolerances and Exemptions under the William-Steiger Occupational Safety and Health Act of 1970".

## Section 3B_Inspection Checklist

The following checklist covers all the areas necessary for a successful safety inspection. A few of the items listed may not apply directly to your department, and a few others are items you may check only once a year. Feel free to modify it to fit your department's needs.

### Housekeeping

o Is the work area clean and orderly? Are floors free from protruding nails, splinters, holes and loose boards?

o Are aisles and passage ways kept clear of obstructions?

o Are permanent aisles and passageways clearly marked?

o Are covers or guardrails in place around open pits, tanks and ditches?

### Floor and Wall Openings

o Are ladderways and door openings guarded by _a railing? __

o Do skylights have screens or fixed railings which would prevent someone from falling through?

o Do temporary floor openings have standard railings or someone constantly on guard?

o Are wall openings with a drop of more than 4 feet guarded by a standard railing?

o Are open-sided floors, platforms, and runways have a drop of more than 4 feet guarded by a standard railing and toeboard?

o Do all stairways with 4 or more risers have a handrail?

### Means of Exit

o Are there enough exits to allow prompt escape?

o Do employees have easy access to exits? Are exits unlocked to allow egress?

o Are exits clearly marked?

o Are exits and exit routes equipped with emergency lighting?

### Personal Protective Equipment

o Is required equipment provided, maintained and used?

o Does equipment meet requirements? Is it reliable?

### Employee Facilities

o Are facilities kept clean and sanitary?

o Are toilets kept clean and in good repair?

o Are cafeteria facilities adequately separated from toxic chemical use?

### Medical and First Aid

o Is there a hospital, clinic or infirmary nearby?

o Are there employees trained as first-aid practitioners on each shift worded?

o Are physician-approved first-aid supplies available? Are first-aid supplies replenished as they are used?

### Fire Protection

o Are fire extinguishers chosen for the type of fire most likely in that area?

o Are there enough extinguishers present to do the job?

o Are extinguisher locations conspicuously marked?

o Are extinguishers properly mounted and easily accessible?

o Are all extinguishers fully charged and operable?

o Are special purpose extinguishers clearly marked?

### Materials Handling and Storage

o Is adequate clearance allowed in isles where materials must be moved?

o Are tiered materials stacked, interlocked, locked and limited in height to maintain stability?

o Are storage areas kept free of tripping, fire, explosion and pest hazards?

o Is proper drainage provided?

o Are signs warning of clearance limits posted?

o Are powered industrial truck operators adequately trained?

### Machine Guarding

o Are point-of-operation guards in place and working on all operating equipment?

o Are all belts and pulleys less than 7 feet from the floor (and within reach of workers) guarded?

o Are spinning parts guarded?

### Electrical

o Are all machines properly grounded?

o Are portable hand tools grounded or double insulated?

o Are junction boxes closed?

o Are extension cords out of the aisles where they may be abused by heavy traffic?

o Are extension cords being used as permanent wiring? It's a dangerous thing to do.

Section 4_
Specific Construction Site Requirements

1. Personal Protective Equipment

Protective devices and personal protective equipment shall be furnished by each Trade Contractor for their employees as follows:

a. Head Protection: The wearing of non-conductive safety hats meeting safety requirements of ANSI Z89.1 is mandatory in most construction areas.

b. Eye and Face Protection: Industrial safety glasses with side shields shall be worn as required by the work or where specified by the Construction Coordinator. Additional specialized dye and face protection may be required for such tasks as flame cutting, welding, or where an increased risk to eye or facial injury is present, or as specified by the Construction Coordinator

c. Fall Protection (other than structural steel erection): Life lines and safety harnesses shall be used in all applications where required by federal, state or local safety standards, or where there is a fall exposure of six feet or more. Appropriate work platforms with proper guardrails or the use of safety nets which remove such fall exposures shall be considered adequate substitutes.

d. Hearing Protection: Ear protection devices shall be provided and their use required wherever it is not feasible to reduce the noise levels or duration of exposure to those specified on OSHA 1926.52, Table D-2, Permissible Noise Exposures.

e. Respiratory Protection: In emergencies, when controls required by OSHA 1926.55 fail or are inadequate to prevent harmful exposure to employees, appropriate respiratory protective devices shall be provided by the employer. Employees shall be instructed in the proper use and maintenance of these devices, and that their use is required. Fit testing of cartridge respirators is required. Facial hair which affects the seal of the respirator will not be permitted.

f. Wearing Apparel: Appropriate work clothing shall be worn at all times to minimize the hazards from work:

   1. Shirts which cover the shoulders and torso (Tee shirts are acceptable). Shirts or alternate protection which covers the entire arm may be required in certain circumstances.
   2. Shorts are prohibited.
   3. Substantial leather work shoes, safety shoes are recommended. Soft shoes such as sneakers or track shoes are prohibited.
   4. Loose clothing or jewelry which may catch or become entangled with equipment is prohibited.

2. Fire Protection

a. Transportation and/or Handling of Flammable or Combustible Liquids and Other Chemicals: Only approved by Underwriters' Laboratories or DOT, and clearly labeled to identify contents shall be used for transporting flammable or combustible liquids. Safety cans with self-closing spouts and flash arresters are required for the handling and transportation of gasoline.

b. Prohibition of Open Fires: Open fires are prohibited.

c. Storage of Flammable or Combustible Liquids or Gases:

  1. Flammable and combustible liquids or gasses shall not be stored inside buildings unless approved in writing by the Construction Coordinator. (Storage is defined as maintaining quantities in excess of what can be used in the course of normal work during the intended shift).

  2. Vessels or tanks containing flammable or combustible liquids or gases shall be placed in a fuel area designated by the Construction Coordinator. These will be located a minimum of 75 feet from buildings, construction equipment, parking lots, etc., to minimize their exposure to a fire involving the tank.

     Each Trade Contractor shall be responsible for compliance with the following:

     - Their containers shall be placed in a dike or recessed area to contain spills equivalent _to the capacity of the containers. These areas shall be stoned or otherwise treated to prevent the growth of easily ignitable undergrowth.
     - Storage tanks shall be equipped with self-closing dispensing nozzles and shall be provided with atmospheric and emergency relief vents equipped with flame arresters.
     - Tanks or drums from which flammable liquids are dispensed shall be electrically grounded and shall be equipped with bonding wires to complete the grounding with the vessel into which the liquid is dispensed.

  3. There shall be no smoking or open flame in flammable or combustible liquid of gas storage areas. Conspicuous and legible signs prohibiting smoking shall be posted by the Construction Coordinator.

  4. The Construction Coordinator will provide portable, dry chemical fire extinguisher for the fuel storage area.

d. Portable Fire Extinguisher: Portable fire extinguisher suitable for the potential hazard shall be provided by each Trade Contractor for their equipment, office, building and work activities.

e. Flame Cutting & Welding (Hot Work): Any work involving open flame, arc or heat producing equipment requires the prior authorization of the Construction Coordinator. "Hot Work Permits" may be required as the work progresses (i.e., buildings are occupied and services are activated). The Trade Contractor shall be responsible for ensuring the removal of all combustible or flammable materials in the area, and shall provide appropriate fire extinguisher and fire watch as required by the work. Welding flash screens shall be provided, placed and moved as necessary to prevent radiation injury to personnel by the Trade Contractor performing arc welding.

## Additional Precautions

- Hoses/leads shall not be routed through doorways unless the door is propped open and the hoses/leads protected from damage.
- Hoses/leads must be bridged-over or supported a minimum of seven (7) feet above passageways, and shall not be supported from active conduit, process or sprinkler lines.
- Hoses/leads are not permitted to cross stair treads.
- Hoses/leads shall be appropriately routed or protected to prevent their damage from slag _or sparks.
- Hoses, leads, torches, gauges, cylinder valves and welding machines shall be inspected daily by the user for leaks and proper condition. Leaking or malfunctioning equipment shall be repaired or replaced prior to use.
- Compressed gas cylinders shall be shut-off at the valve and capped when in actual use, and secured in an upright position during storage, transit and use.
- Fuel gases shall be segregated from oxygen except during use.
- Oil and grease must be kept away from oxygen regulators, hoses and fittings.
  Do not store wrenches, dies, cutters or other grease-covered tools, clothing gloves or rags in the same compartment with oxygen equipment.
- Torches and/or hoses must never be left in a vessel, tank or other enclosed container because of the potential hazard of explosion from their leakage.
- Compressed gas cylinders shall not be hoisted using slings or by the valve protection cap. Use only carts or racks approved for hoisting.
- Oxygen shall not be used as a substitute for compressed air or other gases (i.e. to operate pneumatic tools, blow-out lines, pressurizing vessels, etc.).
- All oxyacetylene assemblies must have flash arresters installed at the regulators prior to use.
- Adequate ventilation or appropriate respirators must be provided while working on _galvanized material.
- All work during electric welding must be grounded.
- Stingers must not be laid on conductive materials.
- Spent rods shall not be discarded of in non-combustible containers.
- Electric welders shall be shut-off at the end of the shift, or when not in use for extended periods.

3. Housekeeping

a. Materials shall be piled and stacked so that safe clearances are maintained and toppling is prevented. Loose overhead materials must be removed or made secure.

b. Spills shall be cleaned up or contained immediately. Spillage of fuel, oil or hazardous materials shall be reported to the Construction Coordinator immediately. On-site disposal of oil or hazardous material is prohibited.

c. Trash and garbage shall be placed by the Trade Contractor into appropriate containers and dispose of as required.

d. Nails protruding from lumber shall be removed or bent over immediately.

e. Accumulations of refuse are not permitted.

f. Trash dump sites will be located at the site. The disposal of their contents will be the Construction Coordinator's responsibility. Each Trade Contractor shall be responsible for disposing of their debris into these dumpsters.

g. Unobstructed passageways for the movement of fire trucks, ambulances or similar emergency vehicles shall be maintained.

h. All loose and combustible materials shall be removed from roof areas at the end of each work day, or as wind and weather conditions dictate.

i. Drums, containers or vessels which have contained any hazardous or flammable substances shall be disposed of daily by the responsible Trade Contractor in accordance with federal, state and local environmental requirements.

4. Ladders

a. Ladders shall be inspected daily by the user and be free of defects in construction:

    1. No broken or missing steps or rungs.
    2. No splits or stress fractures in side rails.
    3. Spreaders and other hardware shall be properly attached and in working order.
    4. Defective ladders shall be removed from service or destroyed.

b. Ladders shall be of the proper size and of a Type 1 load rating.

c. Ladders shall not be painted.

d. Ladders shall be secured against accidental displacement (i.e. equipped with safety feet, lashed or guyed to a fixed anchorage, cleated etc.).

f. Ladders shall not be set up in doorways or high traffic areas unless protected by     warning signs and/or barricades.

g. Ladders shall not be set up on stairways.

h. While ascending or descending ladders, nothing should be carried that will prevent the user from holding on with both hands. A handline shall be used if it is necessary to raise _or lower materials.

l. Ladders used for access to work areas must extend three (3) feet above the platform.

5. Scaffolding

a. The footings and anchorage for scaffolds shall be sound, rigid, and capable of carrying the maximum intended load without settling or displacement.

b. A safe means of access to and egress from the work level must be provided. Ladders used for access/egress must be secured at top and bottom. Ladder frame scaffolds must not be offset or used with other scaffold frames.

c. No scaffold shall be erected, moved, dismantled, or altered expect under the supervision of competent persons. All scaffolds shall be erected plumb.

d. Scaffolds and their components shall be capable of supporting without failure at least four times their maximum intended lead. This intended load shall not be exceeded.

e. Guardrails and toe boards shall be securely installed on all open sides and ends of platforms more than ten (10) feet above the ground or floor. Needle beam scaffolds, floats, or pick boards require the use of safety belts.

f. Scaffolds four (4) to ten (10) feet in height, having a minimum horizontal dimension in either direction of less than 45 inches, shall have standard guardrails installed on all open sides and ends.

g. Where persons re required to work or pass under the scaffold, scaffolds shall be provided with a screen (or the equivalent) between the toeboards and the guardrail, extending along the entire opening.

h. Scaffolds shall be tied into the structure, guyed or outrigged whenever their heights exceeds four (4) times the minimum base dimension, and/or their length exceeds twenty (20) feet.

i. Personnel are not permitted to ride rolling scaffolds. Equipment or material on the scaffold deck must either be removed or secured.

j. Rolling scaffolds must only be used on smooth, level surfaces; otherwise the wheels shall be contained in wooden or iron channels which are level and stabilized.

k. No rigging from scaffold members unless catheads or well-wheels designed for such use are utilized. Whenever such systems are used, the personnel performing the work shall ensure that no personnel are exposed to falling material or equipment.

6. Electrical Safety Requirements

a. Responsibilities - The responsibility for the installation, testing and maintenance of all permanent and fixed temporary electrical services and components shall be considered within the scope of the Electrical Trade Contractor. The responsibility for the safe use of all portable electric power tools and the equipment, extension cords, and secondary leads on welding equipment shall be considered within the scope of each Trade Contractor using such equipment. This responsibility shall be construed to include the inspection, maintenance and repair of cords and tools outlined under the assured equipment grounding conductor program contained in this Safety Plan.

b. Grounding:

Effective Grounding Defined: The path from circuits, equipment, structures, conduits or enclosures to ground shall be permanent and continuous, have ample capacity to safely conduct the current likely to be imposed, and have an impedance sufficiently low to limit the potential above ground and to result in the operation of the overcurrent devices in _the circuit.

- Ground Resistance: Driven rod electrodes shall, where practicable, have a resistance to ground not to exceed 25 ohms. Where the resistance is not as low as 25 ohms, two or more electrodes connected in parallel shall be used.
- Testing of Grounds: Grounding circuits shall be checked to ensure that the circuit between the ground and the grounder power conductor has a resistance which is low enough to permit sufficient current to flow to cause the fuse or circuit breaker to interrupt the current.
- Temporary Wiring: All temporary power wiring (exclusive of two-wire festoon lighting systems) shall be effectively grounded in accordance with the National Electrical Code. Precautions shall be taken to make any exposed live conductor (such as within power panels) inaccessible to unauthorized personnel.
- Fixed Equipment: Exposed metal parts of fixed electrical equipment, not intended for the transmission of electrical current, shall be grounded.
- Portable and/or Cord & Plug Connected Equipment:
  a. The exposed metal parts of portable and/or plug connected equipment shall be grounded.
  b. Portable tools and appliances protected by an approved system of double insulation, or its equivalent, need not be grounded. Where such an approved system is employed, they shall be distinctively marked and properly maintained.
  c. Extension cords used with portable electric tools and appliances shall be of the three wire type.
  d. All 120 volt, 15 & 20 amp female outlets on the site which are part of the temporary power distribution system shall be protected by a ground fault circuit interrupter; construction use of permanent 120 volt, IS & 20 amp outlets shall be protected by either temporary GFCI's or an assured equipment grounding conductor program as identified below:
- Assured Equipment Grounding Conductor Program: Each Trade Contractor shall comply with the following minimum requirements for every 120 volt, 15 & 20 amp tool, appliance or extension cords which is not connected to a ground fault circuit interrupter:
  a. Each cord set, attachment cap, plug and receptacle of cord sets, and any equipment connected by cord and plug, except cord sets and receptacles which are fixed and not exposed to damage, shall be visually inspected before each day's use for external defects, such as deformed or missing pins or insulation damage. Equipment found damaged or defective shall not be used until repaired.
  b. The following tests shall be performed on all cord sets and receptacles which are not part of the permanent wiring of the building or structure, and cord and plug connected equipment required to be grounded:
  - All equipment grounding conductors shall be tested for continuity and shall be electrically continuous.
  - Each receptacle and attachment cap or plug shall be tested for correct attachment of the equipment grounding conductor. The equipment grounding conductor shall be connected to its terminal.

   c. All required tests shall be performed:
- Before first use
- Before equipment is returned to service following any repairs
- Before equipment is used after any incident which can reasonably be suspected to have caused damage
- At intervals not to exceed three (3) months, except that cord sets and receptacles which are fixed and not exposed to damage shall be tested at intervals not exceeding six (6) months

   d. The Trade Conductor shall not make available nor permit the use by employees of any equipment which has not met the requirements of this section.

   e. Tests performed as required in this paragraph shall be recorded. This test record shall identify each receptacle, cord set, and cord and plug connected equipment that passed the test, and shall indicate the last date it was tested or the interval for which it was tested. This record shall be kept by means of logs, color coding, or other effective means, and shall be maintained until replaced by a more current record. The record shall be made available on the jobsite for inspection by any affected employee, the Construction Coordinator or other authorized agent.

c. Tag out/Lock out Procedures

General Requirements

1. Competent personnel shall determine potential sources of energy for equipment or _building services prior to starting work.

2. The equipment or building service shall be de-energized from all energy sources as _determined above.

3. The devices(s) used to de-energize the equipment or service shall be physically secured in _the "safe" position and a Danger tag and lock affixed.

4. The equipment or service shall then be checked to verify a "zero energy state."

5. Equipment or services shall not be re-energized until all affected personnel are notified and cleared, and the system has been checked out by competent personnel.

   "Energy Source" is defined to include electrically, compressed air (pneumatic systems), _hydraulic systems, and corrosive, flammable or toxic substances.

Specific Requirements

1. Notification: Prior to commencing work, the Construction Coordinator and all affected Trade Contractors shall be notified of any shutdown or equipment or building services.

2. Determination of Energy Sources: With due consideration to the scope of work, all potential energy sources to the area of work shall be determined in advance by competent supervisory personnel. Special caution must be given to:
- Multiple energy sources
- Residual energy
- Remote start-up of equipment

3. De-energization and Lock-Out

    a.      Electrical: Service disconnects and switches furnishing power to the equipment or line upon which work is to be performed shall be opened (switched off) then locked in this position to prevent accidental engagement. A "danger" tag and lock shall be affixed to the switch. This tag is to be dated and signed by the supervisor requesting the lock out. Where more than one crew or craft performs work on the system each crew supervisor shall affix a tag and lock on the disconnect. Multiple lock out devices shall be used. __Lock keys or combinations shall be in the safe possession of the individual using the lock.__

    **Caution!** Before any work is performed, a competent person shall verify that the system is de-energized.

    b. Mechanical: All electrically powered pumps, valves and control devices in the system upon which work is to be performed shall be placed in the "safe" condition, then locked out and tagged in accordance with the electrical tag out/lock out procedures above.

Initial Safety Training Documentation_
Employee Training Sign-Up Sheet

Date:_____

Name of Trainer: _____

Subject(s) Covered:_____

Training Aids Used:_____
_____

Work Location/Job Safety Class(es) Included_____
_____

Attendees (Please Print and sign your name legibly. Use additional sheets as necessary).

Print                                    Signature

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Individual Employee Training Documentation

Initial Training

Name of Trainer:

_____

Training Subject:

_____

Training Materials Used:

_____

_____

_____

Name of Employee:

_____

Date of Hire/Assignment:

_____

I, _____ hereby certify that I received training as described above in the following areas:

- o The potential occupational hazards in general in the work area and associated with my job assignment.
- o The Codes of Safe Practices which indicate the safe work conditions, safe work practices and personal protective equipment required for my work.
- o The hazards of any chemicals to which I may be exposed and my right to information contained on material safety data sheets for those chemicals, and how to understand this information.
- o My right to ask any questions, or provide any information to the employer on safety either directly or anonymously without fear of reprisal.
- o Disciplinary procedures the employer will use to enforce compliance with Codes of Safe Practices.

I understand this training and agree to comply with the Code of Safe Practices for my work area.

_____          _____
Employee Signature                                                          Date

Employee Safety Information Form

This form is for use by employees who wish to provide a safety suggestion or report an unsafe workplace condition or practice.

Description of Unsafe Condition or Practice:

_____

_____

_____

_____

Causes or Other Contributing Factors:

_____

_____

_____

Employee's Suggestion for Improving Safety:

_____

_____

_____

Has this matter been reported to the Area Supervisor?    o Yes    o No

Employee Name (Optional):

_____

Department: _____ Date: _____

Employees are advised that use of this form or other reports of unsafe conditions or practices _are protected by law. It would be illegal for the employer to take any action against an employee _in reprisal for exercising rights to participate in communications involving safety.

The employer will investigate any report or question as required by the Injury and Illness Prevention Program (8 CCR 32023) and advise the employee who provided the information or the workers in the area of the employer's response.

Accident, Injury and Illness Investigation Form

Employer:

_____

Person(s) Conducting Investigation:

_____

_____

_____

Title(s):

_____

Date of Accident/Injury/Illness:

_____

Name(s) of Affected Employee(s):

_____

_____

_____

Work Area/Job Safety Class of Affected Employee:

_____

_____

_____

Part(s) of Body Affected:

_____

_____

_____

What Workplace Condition, Work Practice or Protective Equipment Contributed to the incident:

_____

_____

Was a Code of Safe Practice Violated:

_____

If So, Which One?

_____

What Corrective Actions Will Prevent Another Occurrence?

_____

_____

_____

Will an Additional Code of Safe Practice Be Needed? _____ If So, State It: _____

_____

_____

Was the Unsafe Condition, Practice of Protective Equipment Problem Corrected Immediately?
If No, What has Been Done to Assure Correction?

_____

52

Accident Injury and Illness Investigation Form

Will the Inspection Checklist for the Area require modification to prevent recurrence?

_____

_____

If so, what will be added?

_____

_____

_____

Signature of Investigator:
_____

Date: _____

Person Responsible for corrective actions:
_____

_____

_____

Copy of this report received by above person, date:
_____

Signature of person responsible for correction:
_____

_____

_____

Management Approval:
_____

Inspection Checklist and Correction Form

General Area or Job Safety Class: _____

Date Prepared: _____ Prepared by:
_____

Instructions: Checklist should be based on Code of Safe Practices for the Area/Job. If corrections are required, distribute copies to responsible persons.

| Safe Work Condition, Safe Work Practice or Personal Protective Equipment | Checked (Initial) | Corrective Action(s) Needed |
|---|---|---|
|  |  |  |

Corrective action (specify in detail):

_____
_____

_____
_____

Is tag-out/lock-out required due to imminent hazard?
_____

Person responsible for correction: _____ Copy Provided:
_____

Copy reviewed by management official _____ Dated:
_____

# Fall Protection Program

## Introduction

OSHA recognized that accidents involving falls are generally complex events frequently involving a variety of factors. Consequently the standard for fall protection deals with both the human equipment related issues in protecting workers from fall hazards. For example Siemens Building Technologies as a responsible employer and employees need to do the following:

A. Where protection is required (1926.501 - duty to have fall protection), select fall protection systems appropriate for given situations.

B. Use proper construction and installation of safety systems.

C. Supervise employees properly.

D. Use safe work procedures.

E. Train workers in the proper selection, use and maintenance of fall protection systems.

The fall protection standard does not cover employees engaged in inspecting, investigating and assessing workplace conditions before the actual work begins or after the work has been completed.

This standard applies to employees working six feet or more above the floor or lower level and protection from falling objects. The rule identifies many areas or activities where fall protection is needed. Based on the type of work that Siemens Building Technologies performs, many of the applications do not apply to us. This program has been designed for protection measures compatible to typical work which we perform.

Because the fall protection standard provides that if another OSHA subpart requires the use of specified fall protection systems but does not set criteria which those systems must meet, the criteria in subpart M Fall Protection apply. For example, Subpart L - Scaffolds, requires that employers provide guardrails and body belts when employees are working on scaffolds, Subpart L sets criteria for the use of guardrail systems on scaffolds, but does not set criteria for the use of body belts. Under these circumstances, body belts used by employees working on scaffolds must satisfy the criteria in Subpart M. while the guardrail requirements in Subpart L must also be met.

Therefore, this Siemens Building Technologies Fall Protection program will also provide for applications of Subpart L - Scaffolds, Subpart X - Stairways and Ladders and for Subpart V - Electric Transmission and Distribution Lines and Equipment.

The rule sets a uniform threshold height of six feet, thereby providing consistent protection. this means that Fall Protection M - Floor and Wall Openings applies to fall hazards when working six feet or more above a lower level or when workers are exposed to falling objects.

Workplace Assessment and Fall Protection System Selection

Supervision is required to assess the workplace to determine if the walking or working surface hare the strength and structural integrity to safely support them. Employees are not permitted to work on those surfaces until a responsible supervisor has determined that the surfaces have the requisite strength and structural integrity to support them safely.

Once this has been determined and the surface is safe to work on, select a fall protection option for the particular work application if a fall hazard is present. A reasonable effort to anticipate the particular hazards to which the working employee(s) may be exposed in the course of the job must be made.

It is critical that we communicate and coordinate with customers, other contractors (particularly at multi-employer worksites), and suppliers to ensure employees and other workers are safe.

Definitions of Terms in Fall Protection Standard

Anchorage - a secure point of attachment for lifelines, lanyards or deceleration devices.

Body belt (safety belt) - a strap with means both for securing it about the waist and for attaching it to a lanyard, lifeline or deceleration device.

Body harness - straps which may be secured about the employee in a manner that will distribute the fall arrest forces over at least the thighs, pelvis, waist, chest and shoulders with means for attaching it to other components of a personal fall arrest system.

Buckle - any device for holding the body belt or body harness closed around the employee's body.

Connector - a device which is used to couple or connect parts of the personal fall arrest system and positioning device systems together.

Controlled access zone (CAZ) - an area in which certain work may take place without the use of guardrail systems, personal fall arrest systems, or safety net systems and access to the zone in controlled.

Dangerous equipment - equipment such as machinery or electrical equipment which, as a result of a fall onto or into equipment may be hazardous to an employee.

Deceleration device - any mechanism, such as rope grab, rip-stitch lanyard, specially woven lanyard, automatic self-retracting lifelines, which serve to dissipate a substantial amount of energy during a fall arrest, or otherwise limit the energy imposed on an employee during fall arrest.

Deceleration distance - is the additional vertical distance a falling employee travels, excluding lifeline elongation and free fall distance. before stopping, from the point at which the deceleration device begins to operate.

Equivalent - the alternative design, material, or methods to protect against a hazard which provides an equal or greater degree of safety for employees.

Failure - load refusal, breakage or separation of component parts.

Free fall - the act of falling before a personal fall arrest system begins to apply force to arrest the fall.

Free fall distance - measured from the onset of the fall until deceleration or the fall arrest system applies force.

Guardrail system - a barrier erected to prevent employees from falling to lower levels.

Lanyard - a flexible line of rope, wire rope, or strap which generally has a connector at each end for connecting at each end for connecting the body harness to a deceleration device, lifeline, or anchorage.

Leading edge - the open side of a floor, roof or form work for a floor or other walking or working surface such as deck which changes location as additional sections are placed, formed or constructed. The open side or edge is unprotected or open without guardrails, toe boards or barriers to protect employees from falling.

Lifeline - a component consisting of flexible line from connection to an anchorage.

Low-slope roof - a roof having a slope less than or equal to 4 in 12 vertical to horizontal.

Lower levels - those areas or surfaces to which an employee can fall. These areas or surfaces could be ground levels, floors, platforms, ramps, runways, excavations, pits, tanks, material, water, equipment, structures or portions there of.

Personal fall arrest system - consists of anchorage, connectors a body belt or body harness and may include a lanyard, deceleration device, lifeline or suitable combinations of these. As of January 1, 1998, the use of a body belt for fall arrest is prohibited.

Positioning device system - a body belt or body harness systems rigged to allow an employee to be supported on an elevated vertical surface, such as a wall, and work with both hands free while leaning.

Rope grab - a deceleration device which travels on a lifeline and automatically, by friction, engages the lifeline and locks so as to arrest the fall of an employee.

Roofing work - the hoisting, storage, application and removal of roofing materials and equipment, including related insulation, sheet metal, vapor barrier work, but not including the construction of the roof deck.

Safety-monitoring system - a safety system in which a competent person is responsible for recognizing and warning employees of fall hazards.

Steep roof - a roof having a slope greater than 4 in 12 vertical to horizontal.

Toeboard - a low protective barrier that will present the fall of materials and equipment to lower levels and protection from falls of personnel.

Unprotected sides and edges - any side or edge, except at entrances to points of access, of walking or working surface. Examples are floors, roofs, ramps, bridges, runways where there is no wall or guardrail system at least 39 inches high.

Warning line system - a barrier erected on a roof to warn employees that they are approaching an unprotected roof side or edge, and which designates an area in which roofing work may take place without the use of guardrail, body belt, or safety net systems to protect employees in the area.

Work area - that portion of a walking/working surface where job duties are being performed.


Fall Protection Needs of Particular Walking and Working Surfaces

The new rule contains 15 requirements that set forth the options from which you may choose to protect employees when exposed to fall hazards. Based on the type of work that Siemens Building Technologies performs, the requirements are listed below. We are required to choose and use a fall protection system (or combination of are required to choose and use a fall protection system (or combination of systems) which address the fall protection needs of particular job sites.

Below are listed some of the typical exposures our employees may come in contact with pertaining to the fall protection regulation.


Unprotected Sides and Edges

Employees must be protected when exposed to falls from unprotected sides and edges of walking/working surfaces (horizontal and vertical surfaces) which are six feet or more from above lower levels. The options from which you can choose to provide this protection are:

- Guardrail systems
- Safety net systems
- Personal fall arrest systems

OSHA considers these three types of systems to be "conventional fall protection systems". Whatever system you use, OSHA expects you to implement it early in the construction process and to maintain that system in place until the permanent elements of the structure which will eliminate the exposure to falling hazards are in place or until the work is completed.

**OSHA has determined that there is no safer distance from an unprotected side or edge that would render fall protection unnecessary.**

127

OSHA considers a fall protection measure to be feasible when the employer establishes that application of that measure is either functionally unworkable or would prevent the performance of required work. They recognize that there are situations where one or another measure cannot be implemented, because of the configuration of the worksite or due to circumstances during a particular phase of the construction process.

## Hoist Areas

Each employee is a hoist area must be protected from falling six feet or more. Your choices for this protection are:

- Guardrail systems
- Personal fall arrest

If guardrail systems (or chain) or portions thereof must be removed to facilitate hoisting operations, as during the landing of materials, and a worker must lean through the access opening or out over the edge of the access opening to receive or guide equipment and materials, that employee must protected by a personal fall arrest system.

## Holes

Employees may be injured or killed if they step into holes, trip over holes, fall through holes or are hit by objects falling through holes.

Employees on walking/working surfaces must be protected from:
- Falling into or through holes (including skylight openings) six or more feet above lower levels by covers over hole, erecting a guardrail system around the hole, or by the use of a personal fall arrest system
- Tripping in or stepping into or through holes (including skylights) by covers
- Objects falling through holes (including skylights) by covers

OSHA does not intend that a guardrail be erected around holes while employees are working at the hole, passing materials, etc. Therefore, if the cover is removed while work is in process, guardrails are not required because they would interfere with the performance of work. When the work has been completed, the employer will be required to either replace the cover or erect guardrails around the hole.

Ramps, runways and other walkways must be equipped with guardrails when employees are subject to falling six feet or more to lower levels.

## Excavations

Although typically Siemens Building Technologies does not do excavations, occasionally we may do trenching. If the trench is six feet or more deep guardrails, fences or barricades must be present.

Dangerous Equipment

Employees must be protected when working six feet or more above equipment by guardrails, personal fall arrest systems or safety nets.

When working less than six feet above hazards, either guardrails or equipment guards that shield the hazard must be used.

Roofing Work on Low-Slope Roofs

Anyone engaged in roofing activities on low slope roofs with unprotected sides and edges six feet or more above lower levels must be protected from falling by using either guardrail systems, safety nets or personal fall arrest systems. Also a combination of warning lines, guardrails, safety nets, personal fall arrest systems, safety monitoring system may be used. On roofs, 50 feet or less in width, a safety monitoring system only may be used.

Steep Roofs

Workers must be protected when working on roofs with slopes greater than 4 in 12 to be protected from falling when the roof has unprotected sides or edges more than six feet above lower levels. Roof jacks may not be used as a substitute for fall protection. Fall protection consists of guardrail systems with toeboards, personal fall arrest systems or safety net systems.

Residential Construction

Siemens Building Technologies occasionally may do residential work and must protect workers from falls of six feet or more by using either guardrail systems, safety net systems, or personal fall arrest systems.

If it can be demonstrated that it is infeasible or creates a greater hazard to implement these systems, a fall protection plan that meets the requirements of 29 CFR 1926.502 (k) must be developed and implemented.

Wall Openings

Employees who are exposed to falling out or through wall openings (including those with chutes attached) where the outside bottom edge of the wall opening is six feet or more above lower levels and the inside bottom edge of the wall is less than 39 inches above the walking/working surface must be protected from falling by the use of guardrail systems or safety net systems or personal fall arrest systems.

Wall openings are defined as opening 30 inches or more high and 18 inches or more wide, which have a bottom edge to lower level fall distance of six feet or more on the side away from the employee, and a bottom edge to walking/working surface height of less than 39 inches on the side facing the employee.

## Protection From Falling Objects

When employees are exposed to falling objects hard hats must be worn and one of the following measures must be implemented.

- Erect toeboards, screens or guardrail systems to prevent objects from falling from higher levels.
- Erect a canopy structure and keep potential falling objects far enough from the edge of the higher level so that those objects would not go over the edge if they were accidentally moved.
- Barricade the area to which objects could fall prohibiting workers from entering the barricaded area, and keep objects that may fall far enough away from the edge of a higher level so that those objects would not go over the edge if they were accidentally moved.

## Fall Protection Systems Criteria and Practices

### Guardrail Systems

Guardrail systems must meet the following criteria:

- The top edge height of top rails, or equivalent guardrail system members, shall be 42 inches +/–3 inches above the walking/working level. When conditions warrant, the height of the top edge may exceed the 45 inch height, provided the guardrail system meets all other criteria below.
- Midrails, screens, mesh, intermediate vertical members, or equivalent intermediate structural members will be installed between the top edge of the guardrail system and the walking/working surface when there is no wall or parapet wall at least 21 inches high.
- Midrails when used, must be installed at a height midway between the top edge of the guardrail system and the walking/working level. Screens and mesh when used, will extend from the top rail to the walking/working level and along the entire opening between top rail supports.
- Intermediate members (such as balusters), when used between posts, must not be more than 19 inches apart. Other structural members (such as additional midrails and architectural panels) will be installed such that there are no openings in the guardrail system that are more than 19 inches wide.
- Guardrail systems must withstand the force of at least 200 pounds applied within 2 inches of the top edge without failure. Midrails, screen, mesh, intermediate vertical members must be capable or withstanding, without failure, a force of least 150 pounds applied in any downward or outward direction at any point along the midrail or other member.
- Guardrail systems will be surfaced as to prevent injury from punctures or lacerations and to prevent snagging of clothing. The ends of all top rails and midrails must not overhang the terminal posts, except where such overhang does not constitute a projection hazard. Steel banding and plastic banding cannot be used as top rails or midrails.
- Top rails and midrails must be a least 1/4 inch nominal diameter or thickness and if wire rope is used for top rails, it must be flagged esters 6 feet with high visibility material.

Safety Net System

Safety net systems must be installed as close as practicable under the walking/working surface of which the work is performed, and in no case can the safety net be more than 30 feet below the walking/working surface.

The safety nets must meet the following requirements in size:

| Vertical distance from working level to horizontal plan of net | Minimum required horizontal distance of outer edge of net from the edge of the working surface |
|---|---|
| Up to 5 feet | 8 feet |
| More than 5 feet up to 10 | 10 feet |
| More than 10 feet | 13 feet |

Safety nets must be installed with sufficient clearance under them to prevent contact with surface or structure below when subjected to an impact force equal to the drop test specified below.

Safety net installations must be drop tested at the jobsite after initial installation and before being used as a fall protect on system. The drop test must consist of a 400 pound bag of sand 30 x 2 inches in diameter dropped into the net from the highest walking/working surface at which workers are exposed to fall hazards but not from less than 42 inches above that level.

When it is unreasonable to perform the drop test required above, a designated competent person must certify that the net installation is in compliance with the provisions listed above by preparing a certification record prior to the net being used as fall protection system. The certification record must include an identification of the net and the net installation for which the certification record is being prepared, the date of the compliance and the signature of the person making the determination and certification. The most recent certification record for each net and net installation must be available at the jobsite for inspection.

Each safety net (or a section of it) must have a border rope for webbing with a minimum breaking strength of 5000 pounds.

The maximum size of each safety net mesh opening cannot exceed 36 square inches nor be longer than 6 inches on any side and the opening measured center to center of mesh ropes or webbing cannot be longer than 6 inches. All mesh crossings shall be secured to prevent enlargement of the mesh openings.

Connections between safety net panels must be as strong as integral net components and must be spaced not more than 6 inches apart.

Defective nets must not be used. Safety nets must be inspected at least once a week for wear or damage. Defective components must be removed from service. Nets must be inspected after any occurrence which could affect the integrity of the net.

131

Any objects which have fallen into the net must be removed as soon as possible from the net and at least before the next work shim

Personal Fall Arrest Systems

Effective January 1, 1998, body belts are not acceptable as part of a personal fall arrest system. The use of a body belt in a positioning device system is acceptable. Body harnesses made from synthetic fibers are available and should be used.

Connectors must be drop forged, pressed or formed steel, or made of equivalent materials.

Connectors must have a corrosion-resistant finish, and all surfaces and edges shall be smooth to prevent damage to interfacing parts of the system.

Dee-rings and snaphooks must have a tensile strength of 5000 pounds. Snaphooks must be sized to be compatible with the member to which they are connected to prevent unintentional disengagement of the snaphook by depression of the snaphook keeper by the connected member, or will be a locking type snaphook designed and used to prevent disengagement of the snaphook by the contact of the snaphook keeper by the connected member.

**Effective January 1, 1998, only locking type snaphooks shall be used.**

Unless the snaphook is a locking type and designed for the following connections, snaphooks shall not be engaged directly to webbing, rope or wipe rope:

- To each other
- To a dee-ring to which another snaphook or other connector is attached
- To a horizontal
- To any object which is incompatibly shaped or dimensioned in relation to the snaphook such that unintentional disengagement could occur by the connected object being able to depress the snaphook keeper and release itself

On suspended scaffolds or similar work platforms with horizontal lifelines which may become vertical lifelines, the devices used to connect to a horizontal lifeline must be capable of locking in both directions on the lifeline.

Lanyards and vertical lifelines will have a minimum breaking strength of 5000 pounds.

When vertical lifelines are used, each employee must be attached to a separate lifeline. Lifelines must be protected against being cut or abraded. Anchorage's used for attachment of personal fall arrest equipment must be independent of any anchorage being used to support or suspend platforms and capable of supporting at least 5000 pounds per employee attached.

Personal fall arrest systems when stopping a fall must:

- Limit maximum arresting force on an employee to 900 pounds when used with a body belt.
- Limit maximum arresting force on an employee to 1800 pounds when used with a body harness.
- Be rigged such that an employee can neither free fall more than six feet, nor contact any lower level.
- Bring an employee to a complete stop and limit maximum deceleration distance an employee travels to 3.5 feet.
- Have sufficient strength to withstand twice the potential impact energy of an employee free falling a distance of six feet, or the free fall distance permitted by the system, whichever is less.
- The attachment point of the body belt must be located in the center of the wearer's back, the attachment point of the body harness must be located in the center of the wearer's back near shoulder level, or above the wearer's head.
- Body belts, harnesses and components may be used only for employee protection as part of a personal fall arrest system and not to hoist material.


Personal fall arrest systems cannot be attached to guardrails.

Prompt rescue of employees must be provided in the event of a fall or they must be able to rescue themselves.


Warning Line Systems

The warning line system must be erected around all sides of the roof work area:
- When mechanical equipment is not less than six feet from the roof edge.
- When mechanical equipment is being used, the warning line will be erected not less than six feet from the edge which is parallel to the direction of the mechanical equipment operation, and not less than ten feet from the roof edge which is perpendicular to the direction of the mechanical equipment operation.
- Points of access, materials handling areas, storage areas and hoisting areas will be connected to the work area by an access path formed by two warning lines.
- When the path to a point of access is not in use, a rope, wire, chain, or other barricade, equivalent in strength and height to the warning line, must be placed across the path at the point where the path intersects the warning line erected around the work area, or the path will be offset such that a person cannot walk directly into the work area.
- The rope, wire, or chain must have a minimum tensile strength of 500 pounds and must be flagged at not more than 6 foot intervals with high visibility material.
- The rope, wire, or chain must be rigged and supported in such a way that its lowest point including sag, is no less than 34 inches from the walking/working surface and its highest point is no more than 39 inches from the walking/working surface.
- After being erected with the rope, wire or chain attached, stanchions must be capable of resisting, without tipping over, a force of at least 16 pounds applied horizontally against the stanchion, 30 inches above the walking/working surface, perpendicular to the warning line, and in the direction of the floor, roof or platform edge.

- The line will be attached at each stanchion in such a way that pulling on one section of the line between stanchions will not result in slack being taken up in adjacent sections before the stanchion tips over.

No employees are allowed between the roof edge and warning line.

Any equipment on roofs must be stored only in areas where employees are protested by a warning line system, guardrail system or personal fall arrest system. Controlled Access Zones

Control lines must consist of ropes, wires, tapes or other equivalent materials and supporting stanchions as follows:

- Each line must be flagged or otherwise clearly marked at not more than 6 foot intervals with highly visible material.
- Each line must be rigged and supported in such a way that its lowest point including sag is not less than 39 inches from the walking/working surface and its highest point is not more than 45 inches from the walking/working surface.
- Each line must have a minimum breaking strength of 200 pounds.

Safety Monitoring Systems

A competent person must be designated to monitor the safety of workers and ensure the following safety requirements are complied with:

- Competent to recognize fall hazards
- Warn the workers when it appears that they are not aware of a fall hazard or are acting in an unsafe manner
- Be on the same walking/working surface and within visual sighting distance of the worker being monitored
- Be close enough to communicate orally with the worker
- Not have other responsibilities which could take the monitor's attention from the monitoring function

Each worker working in a controlled access zone must be directed to comply promptly with fall hazard warnings from safety monitors.

Covers

Covers for holes in floors, roofs and other walking/working surfaces must meet the following requirements:

- Covers located in roadways and vehicular aisles must be capable of supporting, without failure, at least twice the maximum axle load of the largest vehicle expected to cross over the cover. All other covers must be capable of supporting, without failure at least twice the weight of workers, equipment and materials that may be imposed on the cover at any one time.

134

All covers must be secured when installed so as to prevent accidental displacement by the wind, equipment or workers. All covers must be color coded or they must be marked with the word "Hole" or "Cover" to provide warning. This provision does not apply to cast iron manhole covers or steel grates used on streets or roadways.


Training Program - (1926.503)

The fall protection training section requires Siemens Building Technologies to provide a program for each employee exposed to fall hazards. Employees must be trained to recognize the hazards of falling and the procedures to be used to minimize or eliminate the hazards.

The trainer must be a competent person qualified in and must train employees in the following:

- The nature of fall hazards in the work area
- The correct procedures for erecting, maintaining disassembling and inspecting the fall protection systems to be used
- The use and operation of guardrail systems, personal fall arrest systems, safety net systems, warning line systems, safety monitoring systems, controlled access zones, and other protection to be used
- The role of each person in the safety monitoring system when it is used

Certification of Training

The trainer must prepare a written training log complete with student printed names, date, signatures and a summary of the training completed. The trainer must sign the form. Any form may be used for this record and must be maintained at the job site and at the Siemens Building Technologies branch office.

OSHA does not require periodic retraining. Fall protection training must be repeated when:

- Changes in workplace conditions render previous training obsolete
- Changes in the type of fall protection systems or equipment to be used render previous training obsolete
- Inadequacies in an affected employee's knowledge or use of fall protection systems or equipment indicate that the employee has not retained the understanding or skill required

We have an ongoing responsibility to maintain employee proficiency in the use and care of fall protection equipment.

Employees trained by a previous employer or were trained prior to February 6, 1995, need not be retrained as long as the employee demonstrates an understanding of the subjects required in the Fall Protection rule.