d) Injury/Illness: bruises,contusions, fractures or broken
      bones, death.
   e) Measurements: 7 feet 2 inches

| 21. Photo Number | Location on Video |
|---|---|
| Pixs #1,2,3,4,5,6,7 | |

23. Employer Knowledge :Yes,the employer had been working with
this client (Unocal) at this location for at least ten years.

24. Comments (Employer, Employee, Closing Conference) : Employees
acknowledged during employee interviews that the work platform in
Pix's 1 thru 7 were used on a regular basis to change the HVAC
filters at the Unocal Building.

25. Other Employer Information : OSHA determined that Siemens is
the exposing employer for this citation.

| 26. Classification: | | | | |
|---|---|---|---|---|
| Serious | Knowledge | S or O | Repeat? | Willful? |
| Serious | Yes | S | No | No |

| First Repeat | Second Repeat | Repeat Penalty |
|---|---|---|
| No | No | No |

| Event Date | Event Code | Action Code | Citation Type | Penalty | Abate Date | Final Order |
|---|---|---|---|---|---|---|
| | Z Add transaction | A Add | S Serious | 525.00 | | |

**LG00814**

EXHIBIT _____
PAGE _1_ OF _11_

Keep Photo Below This Line



(a)     DOSH 1 No.: 305757510

          Citation No.: ## 1

          Item No(s).: ## 1

(b)     Business and Address: Siemens Building Technologies Incorporated

(c) Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

(d) Date: 3/03/03

(e) To Identify:
         a.  Work platform
         b.  Work Platform
         c.  Work Platform
         d.  Work Platform

**LG00815**

(f) Compliance Officer or Industrial Hygienist Signature:

*Tom Scanlon* (signature)

DOSH 6

R-10/89

Tom Scanlon





LG00816

Keep Photo Below This Line



(a)   DOSH 1 No.: 305757510

         Citation No.: #1

         Item No(s).:  #1

(b)    Business and Address: Siemens Building Technologies Inc.


(c) Location 5333 Fairbanks St. Anchorage AK. 99518-1258

(d) Date:  03/02/03

(e) To Identify:
         a.   Ladder height, Unocal
         b.   Ladder, Unocal.
         c.   "
         d.   "
         d.  Pix taken from exit door, showing aisles blocked.

(f) Compliance Officer or industrial Hygienist Signature:          **LG00817**


                                          _Tom Scanlon_
                                                                    DOSH 6
                          Tom Scanlon                               R-10/89



LG00818

Keep Photo Below This Line



(a)    DOSH 1 No.: 305757510

Citation No.:

Item No(s).:

(b)    Business and Address: Siemens Building Technologies Incorporated

(c) Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

(d) Date: 3/03/03

(e) To Identify:
   a.   Work platform
   b.   Work Platform
   c.   Work Platform
   d.   Work Platform

(f) Compliance Officer or Industrial Hygienist Signature:

**LG00819**

Tom Scanlon

DOSH 6

R-10/89



LG00820

Alaska Department of Labor
Occupational Safety and Health ●

# Worksheet

Thu Apr 3, 2003 10:44am

| | |
|---|---|
| Inspection Number | 305757510 |
| Opt. Insp. Number | 021-03 |

| Establishment Name | **Siemens Building Technologies Incorporated** | | | | |
|---|---|---|---|---|---|
| Type of Violation | O Other | Citation Number | 02 | Item/Group | 001 |
| Number Exposed | 2 | No. Instances | 1 | REC | |
| Std. Alleged Vio. | **1910.0025( d)( 2)(  xv)** | | | | |

| Abatement Period | MultiStep Abatements | | | Final Abatement | Action Type/Dates |
|---|---|---|---|---|---|
| | PPE Period | Plan | Report | | |
| 0 | | | | | |
| Abatement Documentation Required | | | | Date Verified | |

| Substance Codes | |
|---|---|
| | |

| AVD/Variable Information: — | |
|---|---|

1910.25(d)(2)(xv)
(xv) No ladder should be used to gain access to a roof unless the top of the ladder shall extend at least 3 feet above the point of support, at eave, gutter, or roofline;

Example:  Employees of Siemens Building Technologies Inc. regularly used a step ladder to access a work area in the Unocal Building to replace the filters.  The top of the ladder did not extend at least three feet above the point of support or roof line of the work area. Employees were exposed to potential fall hazards as a result of the ladder not extending three feet above roof line.

| Penalty Calculations | | | | Adjustment Factors | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBP | Size | Good Faith | History | |
| | | | 0.00 | 40 | 15 | 10 | 0.00 |
| Repeat Factor | | 0 | | | | | |

| Employee Exposure: | | | | | |
|---|---|---|---|---|---|
| Occupation | **HVAC Techician** | | Employer | **Siemens Building Technologies** | |
| Nr of Employees | 2 | | Duration | 4 days per year | Frequency | 6 hours per day |
| Employee Name | **Larry Grove** | | | | |
| Address | PO BOx 222253 Anchorage, AK 99522 | | | Phone | (907)229-1167 |
| Occupation | **HVAC Technician** | | Employer | **Siemens Building Technolgies** | |
| Nr of Employees | 2 | | Duration | 4 days per year | Frequency | 6 hours per day |
| Employee Name | **Brrent Davies** | | | | |
| Address | 11710 Birchtrail Circle Anchorage, AK 99515 | | | Phone | (907)552-1818 |

| Instance Description: | A. Hazard    B. Equipment    C. Location    D. Injury/Illness    E. Measurements |
|---|---|

4. Date/Time

**LG00821**

| 3/03/03 |
|---------|

20. Instance Description - Describe the following:
   a) Hazards-Operation/Condition-Accident: Employee was using
      a step ladder to access work area. The top of the
      ladder did not extend three feet above the point of
      support or roof line as required by OSHA regulations.
   b) Equipment: Step Ladder
   c) Location  Unocal Office Building 909 W. 9th Ave.
      Anchorage Ak.
   d) Injury/Illness bruises,contusions, fractures or broken
      bones.
   e) Measurements Roof line 7ft. 2 inches

| 21. Photo Number | Location on Video |
|------------------|-------------------|
| Pix 1,2,3,4 |  |

23. Employer Knowledge : Yes, the employer had been
working/servicing this client (Unocal) at this location for at
least ten years.

24. Comments (Employer, Employee, Closing Conference) :Employee
acknowledged during employee interview that the ladder in Pix
#1,2,3 was the ladder that he used to replace the HVAC filters on
a regular basis.  Employee stated that on two occasions he had
brought a ladder from his truck but had to carry it up nine
flights of stairs because it would not fit into the elevators.
When he had carried the ladder up the stairways he had "scraped"
the walls and had to repaint the walls at the request of the
client.

25. Other Employer Information : Employer stated during opening
conference and inspection that the company provides ladders for
their technicians to perform regular service calls. Although the
Manager and Supervisor doesn't know who owns the wooden step
ladder in the pictures they agreed with the statement that it had
been there longer than anyone could remember.

| 26. Classification: | | | | |
|---------|-----------|--------|---------|----------|
| Serious | Knowledge | S or O | Repeat? | Willful? |
| No | Yes | O | No | No |

| First Repeat | Second Repeat | Repeat Penalty |
|--------------|---------------|----------------|
|  |  |  |

**LG00822**

| Event Date | Event Code | Action Code | Citation Type | Penalty | Abate Date | Final Order |
|------------|------------|-------------|---------------|---------|------------|-------------|
|  | Z Add transaction | A Add | O Other | 0.00 |  |  |

OSHA-1B/1BIHprint(Rev. 9/93)

Keep Photo Below This Line



(a)    DOSH 1 No.: 305757510

      Citation No.:

      Item No(s).:

(b)    Business and Address: Siemens Building Technologies Incorporated

(c) Location: 5333 Fairbanks Street, Anchorage AK. 99518-1258

(d) Date:  3/03/03

(e) To Identify:
      a.  Ladder
      b.  Ladder
      c.  Ladder
      d.  Height  of work area/ladder

(f) Compliance Officer or Industrial Hygienist Signature:                    **LG00823**

DOSH 6

Tom Scanion                                      R-10/89



LG00824