

1

EXHIBIT __H__
PAGE _/_ OF _7_



2

3



EXHIBIT __H__
PAGE __2__ OF __7__

4





5

EXHIBIT __H__
PAGE __3__ OF __7__



6

7



EXHIBIT __H__
PAGE __4__ OF __7__

8





9



10

EXHIBIT __H__
PAGE __5__ of __7__

11)



EXHIBIT __H__
PAGE _6_ OF _7_

12





13

EXHIBIT H
PAGE 7 OF 7