*Archie Cook's Copy (Advanced) 4/5/00*

Date
SAF-XXX-99
File    S-19.2.2.1

TO:       Archie Cook                  cc: Alan R. Thye
FROM:     Kenneth M. Burns                 Charles Arnett (Contractor)

SUBJECT:  Building Inspection
          Anchorage Office

A building inspection of the Unocal Office building located at 909 W. 9th Ave., Anchorage, Alaska was conducted March 16, 2000. This inspection was meant to satisfy the *"Life-saving Requirements for Existing High-rise Buildings."* Peak Oilfield Service Company employee Charles Arnett (contractor) accompanied me during the inspection.

My findings are appended. This information will be entered on the Remedial Action Tracking System. You will be expected to provide information regarding actions taken and person responsible for corrective actions.


Enc:


EXHIBIT   I
PAGE   1   OF   4

102375

A. TEMP

Building Inspection - March 16, 2000

1. Building Description:    Constructed in 1969
Six floors with basement and penthouse (mechanical room).
6,808 sq/ft. per floor. Basement has 6,000 sq/ft. The penthouse has 5,000 sq/ft., with a total building space of 51,848 sq/ft.
The entire building is sprinklered.
Code References: Uniform Building Code, Uniform Fire Code, National Electrical Code, Uniform Mechanical Code, and the National Fire Protection Association 10 and 101, Chapter 29.

2. Findings

    Basement:

    1. Housekeeping needs vast improvement in all areas.
    2. Fire extinguishers nee to be mounted and locations plainly identified.
    3. Outdate medical supplies.
    4. Excessive extension cords in the Security Room.
    5. Fire extinguishers without monthly inspections.
    6. Restricted access in Dry Storage Room (Janitor's supply closet).
    7. Light bulb not protected in Dry Storage Room.
    8. Door to Dry Storage Room partially blocked allowing only 27" of access.
    9. Breaker not identified on the Computer Sub-Panel (Pump Room).
    10. Flexible electric cord being used as fixed wiring (Pump Room).
    11. Sprinkler head with only 12" clearance (File Room).
    12. Large file cabinets are not level allowing for cabinet to close unknowingly (File Room).
    13. Restricted access in aisles – 17 – 20" (Tube Storage).
    14. Fluorescent overhead lighting wired with flexible cord (Tube Storage).
    15. Several fluorescent overhead lighting wired with flexible cord (Hallways).
    16. Eye wash stations need to be removed.
    17. Breakers 9 and 11 in electrical panel BL in Hallway are not identified as to use.
    18. Quart container with unknown chemical not labeled.
    19. Restricted access in aisles (Tape Storage).
    20. Inadequate lighting along north wall (Tape Storage).
    21. Overhead light in Janitors closet not properly secured and was tied back with tape. No cover on fixture.

    Penthouse:

        Housekeeping needs improvement.

102376

Building Inspection - March 16, 2000

6th Floor:

See comments under "General."

5th Floor:

No items noted.

4th Floor:

Tripping Hazard due to location of receptacle outlet located on floor at north-end of conference table.

3rd Floor:

No items noted.

2nd Floor:

1. Refrigerator needs cleaning.
2. Handle on refrigerator is broken (Light Table).
3. Excess floor loading in File Room.

1st Floor:

Computer Room:

1. Housekeeping needs improvement.
2. Unsecured storage on top of shelving.
3. Four computers blocking access to aisles.

4. General Observations throughout building:

- Rugs in hallways need repair or replacing.
- Electrical outlets next to bathroom sinks need Ground Fault Circuit Interrupters installed.
- Fire extinguishers required monthly inspections by a qualified individual.
- Housekeeping in all storage areas needs improvement.
- Fire drills should be conducted quarterly.
- An Emergency Evacuation Plan must be implemented.

Building Inspection - March 16, 2000

- Approved stairway identification signs must be located at each floor level. The sign must identify the stairway, indicate whether there is roof access, the floor level, and the upper and lower terminus of the stairway. The sign must be located five feet above the floor landing in a position which is readily visible when the door is in the open or closed position.

- Exit signs must identify the path of exit travel to and within exits.

- All doors to electrical control panel rooms (closets) must be marked with a plainly Visible and legible sign stating "ELECTRICAL ROOM."

- Floor wardens should be appointed and evacuation drills planned.

- Conduct "live" fire extinguisher training. This training can be arranged through a local fire extinguisher company.

- Initiate action to have an industrial hygienist conduct an asbestos survey. The survey should include appropriate recommendations regarding protection against asbestos exposure in the event of an earthquake or other disaster that could result in asbestos exposure.

3. Additional Information:

It is noted that many of the discrepancies listed on the January 6, 1999 inspection of the building have not been corrected. A copy of that inspection is attached.

4. Should you have any questions regarding this inspection, do not hesitate to contact me.

102378