Inspection of Anchorage Building
January 6, 1999
By
Ken Burns, Oil &Gas Safety Specialist

**Location:** 909 W. 9th Avenue
Anchorage, Alaska

**Building Description:** Constructed in 1969 (29 years old)
Six floors with basement and penthouse (mechanical room)
6,808 sq/ft per floor; basement has 6,000 sq/ft. and the penthouse
has approximately 5,000 sq/ft for a total of approximately 51,848 sq/ft.
Entire building is sprinklered.
NFPA Code Reference: NFPA 101 – Chapter 27
NFPA Rating: Light Hazard

**Other:**

Elevator Permit Posted with last inspection noted as 1998.
Evacuation Plan is posted on all floors.
Occupant Load is well within NFPA requirements of 1 person per 100 sq/ft.
Means of Egress meets requirements of NFPA 101 – Chapter 29
Fire Protection meets requirements of NFPA 10

**Findings:**

**Basement:**

1. Housekeeping needs to be improved in all storage areas.
2. Fire extinguishers need to be mounted and locations identified.
3. Outdated medical supplies.
4. Frayed and damaged extension cords (2).
5. Broken 277/480 volt panel (Generator room).
6. Insufficient aisle clearance (Library).

**1st Floor:**

1. Loose overhead storage on cabinets (computer room).
2. Access to eye wash station blocked.
3. Fire extinguishers not properly mounted.
4. Blocked electrical panels (electrical room).

**2nd Floor:**

1. Hall carpet in need of repair (front of elevator).
2. Electrical outlet without faceplate (room 239)
3. Fire extinguisher not mounted.
4. Loose storage on top of cabinets.
5. Electrical cord (protected) passed through doorway, preventing door from complete closing (corrected on the spot).

EXHIBIT J
PAGE 1 OF 3

102379

3rd Floor:

>Housekeeping needs to be improved (file room).

4th Floor:

>No discrepancies

5th Floor: Not inspected – currently leased to private company.

6th Floor:

>1. Electrical panel latch is broken.
>2. Electrical cord on floor (tripping hazard) Diana Rose's office

**Penthouse**:

>Low overhead clearance needs to be identified.

**Ergonomic Surveys Conducted**:

1. **Dave Whitacre** –
   - Workstation to high
   - No lumbar support on chair
   - No wrist pads

2. **Mike Sharples**
   - Workstation to high
   - No lumbar support
   - No wrist pads

3. **Larry Greenstein**
   - Needs wrist pads

4. **Lew Dennis**
   - Recommend use of wrist pads

5. **Chris Ruff**
   - Elevate Screen
   - Floor to key pad to high

6. **Regina Johnson**
   - Floor to keypad to high
   - No wrist pads
   - Chair without lumbar support

102380

7. **Debra Childers**
    - Floor to keyboard to high
    - Screen to high
    - Note: complains of back problems.

8. **Martha White**
    - Floor to keyboard to high
    - Screen to high (suggested moving surge protector to lower screen)

9. **Todd Heber**
    - Floor to keyboard to high
    - Screen to far from operator
    - Wrist pad for mouse would help.

10. **Marc Bond**
    - Eye to Screen to high
    - Elbow angle to great.
    - Note: Complains of elbow pain.

In conclusion, Eddie Barrett accompanied me during the entire inspection and was very helpful. Several discrepancies were noted and corrected on the spot which are not listed above. Eddie is to be commended on his excellent performance and assistance during this inspection.

**Recommendation**: I would recommend that Eddie Barrett receive some official training in both OSHA and NFPA standards. I would recommend the OSHA Institute for OSHA Courses and the NFPA for Fire Regulations. The OSHA conducts classes often at their contract location in San Diego or at the OSHA Institute in Chicago. NFPA classes are scheduled from time-to-time in different locations throughout the United States. I would be happen to obtain a list of classes, dates and locations.

Request written response within 30 days as to date items have been corrected/eliminated.

102381