# Safety In ~~spec~~tion
**Facility: Anchorage Office**

Date of Inspection: March 5, 2003

Inspectors: Ken Burns & Paul Crapps

| Item Number | Substandard Condition | Physical location | Class | Date | Completion | Comments |
|---|---|---|---|---|---|---|
| 1. | Signage is required for high noise level. Area should be restricted to authorized personnel/maintenance only. | Basement – Air Fan Room | C | | x | |
| 2. | All doors leading to an exit need to be properly label as "Exit" | Basement – Most Doors | C | | x | |
| 3. | Electrical outlet blocked by file cabinets with Extension cord attached for use. | Basement – SE Storage Room | C | | x | |
| 4. | Housekeeping needs improvement | Basement – All storage areas and hallways. | C | | x | |
| 5. | Combustibles (wood) stored between file cabinets. (Fire hazard) | Basement -SE Storage Room | C | | x | |
| 6. | Monthly fire extinguisher inspections not being completed. | Basement -All floors – all fire extinguishers | C | | x | |
| 7. | Fire extinguisher locations need appropriate signage. | Basement -All floors – all fire extinguisher locations. | C | | x | |
| 8. | No faceplate on electrical outlet | Basement -East Supplies and File Room | C | | x | |
| 9. | PCB's (Hazardous Material) being stored inside flammable storage locker. Needs MSDS | Basement -Hallway – South Storage Area | C | 2-1-04 | X | Have 1 year to sto~~re~~ Talk to Kim Arlington |
| 10. | Aisles and hallways need to be clear of debris and storage. | Basement -All areas - Basement | C | 1-1-04 | X | Still working on |
| 11. | No Emergency lighting in storage rooms. | Basement – All storage rooms Note: Emergency lighting is available in hallways. | C | | x | |
| 12. | No guard on table saw. | Basement – Maintenance Room | B | | x | |

Class A – IMMEDIATE ACTION: LIKELIHOOD OF DEATH, LOSS OF BODY PART, PERMANENT LOSS OF MAJOR STRUCTURE OR ITEM
Class B – 30 DAYS: LIKELIHOOD OF SERIOUS INTERRUPTIVE INJURY
Class C – 60 DAYS: LIKELIHOOD OF MINOR LOSS

102382

EXHIBIT K
PAGE 1 OF 13

Page 2 – Anc' e Office Inspection

| Item number | Substandard Condition | Physical location | Class | Date | Completion | Comments |
|---|---|---|---|---|---|---|
| 13. | Belts and Pulley exposed on tables saw | Basement – Maintenance Shop | B | | x | |
| 14. | Line containing unknown liquid has valve without end cap. | Basement – Maintenance Shop | C | | x | |
| 15. | Excess Combustible materials and poor housekeeping in area and workbench | Basement – Maintenance Shop | C | | x | |
| 16. | Eye Wash Station needs mounting. Located on work bench which provides poor access. | Basement – Maintenance Shop | C | | x | |
| 17. | ANSI approved electrical matting is required in front of Main Distribution Panel 277/480 V | Basement – Generator Room | B | | x | |
| 18. | Broken closet rod | Basement – Communications Closet | C | | x | |
| 19. | Remove Eye Wash Station or replace. | Basement – Telephone Room | C | | x | |
| 20. | Various chemicals located throughout basement with no Material Safety Data Sheets. | Basement – All areas Toners = | C | 1-1-04 | X | Working on with Lois Born |
| 21. | Excess storage of files. Indication that files must be retained until 12/15/02. Excess files create tripping hazards, poor housekeeping and restricted aisle and hallway access and egress. | Basement – Maintenance Room | C | | X | Cleaned out boxes Dated 12/15/2002 Still working on housekeeping |
| 22. | Restricted Access | Storage Area across from elevator. Area assigned to Dan Thomas | C | | x | |
| 23. | No Halon signage on door | First Floor - Computer Room | C | | x | |
| 24. | Floor tile is broken in areas causing tripping hazard. | First Floor – Computer Room | C | | x | |
| 25. | Carpet needs repairing or replacing | Second Floor areas | C | | x | |

102383

Page 3 – Anc... ...e Office Inspection

| Item number | Substandard Condition | Physical location | Class | Date | Completion | Comments |
|---|---|---|---|---|---|---|
| 26. | Electrical closets needs to be identified (signage) to indicated restricted access. | 2nd Floor – Electrical closet | C | | x | |
| 27. | Housekeeping needs improvement | 3rd Floor Electrical closet. | C | | x | |
| 28. | Book shelves with books within 18" of ceiling blocking affect sprinkler coverage. | 4th Floor – Dwight Johnson and Lois Born's Offices | C | | / | Lois Born's: Done Dwight Johnson: Not done |
| 29. | Housekeeping needs improvement. | Communication closet – Floors 1 through 6. | C | | x | |
| 30. | Restricted Area signage required in entry into penthouse. | Penthouse Floor | C | | x | Will be finished next two weeks |
| 31. | Inadequate lighting | Throughout "Penthouse" area. | C | Jorge 1 | 1-X-04 | |
| 32. | Wooden ladders should be replaced with fiberglass ladders. | Penthouse area | C | | x | |
| 33. | Roofing cement needs to be removed from building. (No MSDS) | Penthouse | C | | x | |
| 34. | Trash needs to be emptied daily. | Penthouse | C | | x | |
| 35. | Housekeeping needs improvement | Penthouse | C | | x | |
| 36. | Signage required indicating overhead hazard. | Penthouse | C | ⊠ | x | Need to talk to Ken again |
| 37. | Belt/Pulleys exposed on Intake Fan | Penthouse | C | | | |
| 38. | Confined Space and Restricted Area signage required on doors leading to Pre Filter Replacement Chamber | Penthouse | C | | x | |
| 39. | Door leading to Elevator Control Room needs to be secured/locked. | Penthouse | C | | x | |

102384

Page 4 – An___ge Office Inspection

| Item number | Substandard Condition | Physical location | Class | Date | Completion | Comments |
|---|---|---|---|---|---|---|
| 40. | Ladder blocking access | Penthouse - HEPA Filter Room | C | | X | |
| 41. | Fire extinguisher needs mounting and signage | Penthouse - Roof Access Room | C | | X | |
| | **Chuck's List** | ok | | | | |
| 1. | Window washer device | | C | | | Was looked at by Coffman Engineering will do load tes ASAP to cert. Were replaced |
| 2. | Flags | | C | | X | |
| 3. | 3rd floor vault | | C | | X | Bookshelf was moved to Kim Arlington's office and attached to wall |
| 4. | Geological Maps | | C | | X | have been cleaned up or Beverly's goal list to log and fold |
| 5. | Basement space and efficient use | | C | | X | Had Artic Office rep come over and look at basement Order shelves |
| 6. | Copier paper | | C | | X | Moved to shippi' room. |
| 7. | Recycling program | | C | | X | Email to Chuck |
| 8. | Carpentry work | | C | | X | Being done by professionals |
| 9. | Light tables | | C | | X | Gone |
| 10. | copier | 6th floor | C | | X | works. talked to Chris Pecci about future of machine |

102385

Page 5 – Anc... ...e Office Inspection

| Item number | Substandard Condition | Physical Location | Class | Date | Completion | Comments |
|---|---|---|---|---|---|---|
| 11. | Office numbers | | C | | X | Installed |
| 12. | Emergency response room | 4th floor conference room | C | | X | Working with Lloyd |
| 13. | Concrete bench | Southeast corner of building | C | | X | Replaced. Insurance check received |
| 14 | Remove Ladder Rack | Penthouse | C | | X | |
| 15. | Housekeeping | Trinkets Room | | | X | |
| 16. | Coil Hoses | Penthouse | | | X | Siemens |
| 17. | Leaking Valve | Penthouse | | 1-1-04 | Done 11-13-04 X | |
| 18. | Vent Hoods for A/C | Penthouse | | | X | Dispose |
| | Inspection Update: September 15, 2003 Inspectors: K. Burns, C. Pierce, R. Sinz | | | | | |
| 1. | Tag Window washing device | Roof | | | X | |
| 2. | Get rid of empty Metal storage cabinets | Basement | | 1-1-04 | X | Do we have them? |
| 3. | Audible Smoke detectors and fire alarms | Entire Building | | 1-1-04 | Done 11-13 X | |
| 4. | Drip from air conditioning system | Penthouse | | | X | |
| 5. | Men's room toilets | 1st floor | | | X | 1 leaking flange & 1 plugged |

102386

- Page 6 – Anc' ge Office Inspection

| Item number | Substandard Condition | Physical location | Class | Date | Completion | Comments |
|---|---|---|---|---|---|---|
| 6. | Flush all toilets and check for leaking flanges | Entire building | | 11-7-03 | X | |
| 7. | Floors dirty | Entire building | | 11-11-03 | X | |
| 8. | Elevators – remodel (new walls, new flooring) | | | | X | |
| 9. | Budget for standardized rolling files | Basement | | | X | |
| 10. | Dispose of cold weather gear and cabinets | Basement | | 1-1-04 | X | |
| 11. | Dispose of four-drawer file cabinets (gas properties files) | Basement | | | X | |
| 12. | Budget for rolling files | Basement | | | X | |
| 13. | Dispose of light tables and shelving unit on east side | Basement | | 1-1-04 | X | |
| 14. | Get rid of excess furniture and file cabinets | Basement | | 1-1-04 | X | |
| 15. | Need policy change – nobody authorized to move items down there w/out permission | Basement | | | | |
| 16. | Sweep through shelves – throw out excess items (get rid of small parts) | Basement – Maintenance room | | | X | |
| 17. | Make it more user-friendly | Basement – overflow office | | | X | |
| 18. | Start tossing; get rid of rolodexes | Basement – overflow office | | | X | |
| 19. | Dispose of cigarette holders | Entire building | | | X | |

102387

Page 7 – Anc... ve Office Inspection

| Item Number | Substandard Condition | Physical location | Class | Date | Completion | Comments |
|---|---|---|---|---|---|---|
| 20. | Large Fire Extinguisher: Requirement – Monthly check-ups (get Paul Certified) | Penthouse | | 11-22-03 | | |

102388

Safety Inspection
Facility: Anchorage Office

Date of Inspection: March 5, 2003    Inspector: Ken Burns & Paul Crapps

| Item Number | Substandard Condition | Physical location | Class | Completion Date | Person(s) Responsible |
|---|---|---|---|---|---|
| 1. ✓ | Signage is required for high noise level. Area should be restricted to authorized personnel/maintenance only. | Basement – Air Fan Room | C | VERIFIED 3/2/06 | [signature] |
| 2. ✓ | All doors leading to an exit need to be properly label as "Exit" | Basement – Most Doors | C | | |
| 3. ✓ | Electrical outlet blocked by file cabinets with Extension cord attached for use. | Basement – SE Storage Room | C | | |
| 4. ✓ | Housekeeping needs improvement | Basement – All storage areas and hallways. | C | | |
| 5. ✓ | Combustibles (wood) stored between file cabinets. (Fire hazard) | Basement -SE Storage Room | C | | |
| 6. | Monthly fire extinguisher inspections not being completed. | Basement -All floors – all fire extinguishers | C | | |
| 7. ✓ | Fire extinguisher locations need appropriate signage. | Basement -All floors – all fire extinguisher locations. | C | ↓ | |
| 8. ✓ | No faceplate on electrical outlet | Basement -East Supplies and File Room | C | | |
| 9. | PCB's (Hazardous Material) being stored inside flammable storage locker. Needs MSDS | Basement -Hallway – South Storage Area | C | | |
| 10. ✓ | Aisles and hallways need to be clear of debris and storage. | Basement -All areas - Basement | C | VERIFIED 3/2/06 | [signature] |
| 11. ✓ | No Emergency lighting in storage rooms. | Basement – All storage rooms Note: Emergency lighting is available in hallways. | C | | |
| 12. ✓ | No guard on table saw. | Basement – Maintenance Room | B | ↓ | |

Class A – IMMEDIATE ACTION: LIKELIHOOD OF DEATH, LOSS OF BODY PART; PERMANENT LOSS OF MAJOR STRUCTURE OR ITEM
Class B – 30 DAYS: LIKELIHOOD OF SERIOUS INTERRUPTIVE INJURY
Class C – 60 DAYS: LIKELIHOOD OF MINOR LOSS

102389

Page 2 – An... ge Office Inspection  March 5, 2003

| Item Number | Substandard Condition | Physical location | Class | Completion Date | Person(s) Responsible |
|---|---|---|---|---|---|
| 13. ✓ | Belts and Pulley exposed on tables saw | Basement – Maintenance Shop | B | VERIFIED 3/2/06 | [signature] |
| 14. ✓ | Line containing unknown liquid has valve without end cap. | Basement – Maintenance Shop | C | | |
| 15. ✓ | Excess Combustible materials and poor housekeeping in area and workbench | Basement – Maintenance Shop | C | | |
| 16. ✓ | Eye Wash Station needs mounting. Located on work bench which provides poor access. | Basement – Maintenance Shop | C | | |
| 17. ✓ | ANSI approved electrical matting is required in front of Main Distribution Panel 277/480 V | Basement – Generator Room | B | | |
| 18. ✓ | Broken closet rod | Basement – Communications Closet | C | | |
| 19. ✓ | Remove Eye Wash Station or replace. | Basement – Telephone Room | C | | |
| 20. ✓ | Various chemicals located throughout basement with no Material Safety Data Sheets. | Basement – All areas | C | | |
| 21. ✓ | Excess storage of files. Indication that files must be retained until 12/15/02. Excess files creates tripping hazards, poor housekeeping and restricted aisle and hallway access and egress. | Basement –Maintenance Room | C | | |
| 22. ✓ | Restricted Access | Storage Area across from elevator. Area assigned to Dan Thomas | C | | |
| 23. ✓ | No Halon signage on door | First Floor - Computer Room | C | | |
| 24. ✓ | Floor tile is broken in areas causing tripping hazard. | First Floor – Computer Room | C | | |
| 25. | Carpet needs repairing or replacing | Second Floor areas | C | | |

Page 2 – An... ge Office Inspection  March 5, 2003

| Item Number | Substandard Condition | Physical location | Class | Completion Date | Person(s) Responsible |
|---|---|---|---|---|---|
| 13. ✓ | Belts and Pulley exposed on tables saw | Basement – Maintenance Shop | B | VERIFIED 3/2/06 | [signature] |
| 14. ✓ | Line containing unknown liquid has valve without end cap. | Basement – Maintenance Shop | C | | |
| 15. ✓ | Excess Combustible materials and poor housekeeping in area and workbench | Basement – Maintenance Shop | C | | |
| 16. ✓ | Eye Wash Station needs mounting. Located on work bench which provides poor access. | Basement – Maintenance Shop | C | | |
| 17. ✓ | ANSI approved electrical matting is required in front of Main Distribution Panel 277/480 V | Basement – Generator Room | B | | |
| 18. ✓ | Broken closet rod | Basement – Communications Closet | C | | |
| 19. ✓ | Remove Eye Wash Station or replace. | Basement – Telephone Room | C | | |
| 20. ✓ | Various chemicals located throughout basement with no Material Safety Data Sheets. | Basement – All areas | C | | |
| 21. ✓ | Excess storage of files. Indication that files must be retained until 12/15/02. Excess files creates tripping hazards, poor housekeeping and restricted aisle and hallway access and egress. | Basement –Maintenance Room | C | | |
| 22. ✓ | Restricted Access | Storage Area across from elevator. Area assigned to Dan Thomas | C | | |
| 23. ✓ | No Halon signage on door | First Floor - Computer Room | C | | |
| 24. ✓ | Floor tile is broken in areas causing tripping hazard. | First Floor – Computer Room | C | | |
| 25. | Carpet needs repairing or replacing | Second Floor areas | C | | |

102390

Page 3 – Anchorage Office Inspection   March 5, 2003

| Item Number | Substandard Condition | Physical Location | Class | Completion Date | Person(s) Responsible |
|---|---|---|---|---|---|
| 26. | Electrical closets needs to be identified (signage) to indicated restricted access. | 2nd Floor – Electrical closet | C | VERIFIED 3/2/06 | [signature] |
| 27. | Housekeeping needs improvement | 3rd Floor Electrical closet. | C | | |
| 28. | Book shelves with books within 18" of ceiling blocking affect sprinkler coverage. | 4th Floor – Dwight Johnson and Lois Born's Offices | C | | |
| 29. | Housekeeping needs improvement. | Communication closet – Floors 1 through 6. | C | | |
| 30. | Restricted Area signage required in entry into penthouse. | Penthouse Floor | C | VERIFIED 2/2/06 | DS |
| 31. | Inadequate lighting | Throughout "Penthouse" area. | C | | |
| 32. | Wooden ladders should be replaced with fiberglass ladders. | Penthouse area | C | | |
| 33. | Roofing cement needs to be removed from building. (No MSDS) | Penthouse | C | | |
| 34. | Trash needs to be emptied daily. | Penthouse | C | | |
| 35. | Housekeeping needs improvement | Penthouse | C | | |
| 36. | Signage required indicating overhead hazard. | Penthouse | C | | |
| 37. | Belt/Pulleys exposed on Intake Fan | Penthouse | B | | |
| 38. | Confined Space and Restricted Area signage required on doors leading to Pre Filter Replacement Chamber | Penthouse | C | | |
| 39. | Door leading to Elevator Control Room needs to be secured/locked. | Penthouse | C | | |

102391

Page 4 – Anchorage Office Inspection   March 5, 2003

| Item Number | Substandard Condition | Physical Location | Class | Completion Date | Person(s) Responsible |
|---|---|---|---|---|---|
| 40. | Ladder blocking access | Penthouse - HEPA Filter Room | C | VERIFIED | [signature] |
| 41. | Fire extinguisher needs mounting and signage | Penthouse - Roof Access Room | C | ✓ | |
| | ////////////////////Last Item//////////////////// | | | | |

102392

Page 3 – Anchorage Office Inspection   March 5, 2003

| Item Number | Substandard Condition | Physical location | Class | Completion Date | Person(s) Responsible |
|---|---|---|---|---|---|
| 26. | Electrical closets needs to be identified (signage) to indicated restricted access. | 2nd Floor – Electrical closet | C | | |
| 27. | Housekeeping needs improvement | 3rd Floor Electrical closet. | C | | |
| 28. | Book shelves with books within 18" of ceiling blocking affect sprinkler coverage. | 4th Floor – Dwight Johnson and Lois Born's Offices | C | | |
| 29. | Housekeeping needs improvement. | Communication closet – Floors 1 through 6. | C | | |
| 30. ✓ | Restricted Area signage required in entry into penthouse. | Penthouse Floor | C | VERIFIED 3/2/00 DS | |
| 31. ✓ | Inadequate lighting | Throughout "Penthouse" area. | C | | |
| 32. ✓ | Wooden ladders should be replaced with fiberglass ladders. | Penthouse area | C | | |
| 33. ✓ | Roofing cement needs to be removed from building. (No MSDS) | Penthouse | C | | |
| 34. ✓ | Trash needs to be emptied daily. | Penthouse | C | | |
| 35. ✓ | Housekeeping needs improvement | Penthouse | C | | |
| 36. ✓ | Signage required indicating overhead hazard. | Penthouse | C | | |
| 37. ✓ | Belt/Pulleys exposed on Intake Fan | Penthouse | B | | |
| 38. ✓ | Confined Space and Restricted Area signage required on doors leading to Pre Filter Replacement Chamber | Penthouse | C | | |
| 39. ✓ | Door leading to Elevator Control Room needs to be secured/locked. | Penthouse | C | ✓ | |

102393

Page 4 – Anchorage Office Inspection  March 5, 2003

| Item Number | Substandard Condition | Physical location | Class | Completion Date | Person(s) Responsible |
|---|---|---|---|---|---|
| 40. ✓ | Ladder blocking access | Penthouse - HEPA Filter Room | C | VERIFIED 3/2/06 | DJ |
| 41. ✓ | Fire extinguisher needs mounting and signage | Penthouse - Roof Access Room | C | ✓ | |
| | //////////////Last Item////////////////// | | | | |

102394