# Quarterly Health and Safety Audit
## Platform/Facility: ~chorage Building

Date of Inspection: February 21, 2006
Inspectors: John Zager, Dennis Jump & Ken Burns

| Item-Number | Substandard Condition | Physical location | Class | Completion Date | Person(s) Responsible |
|---|---|---|---|---|---|
| 06-01 ✓ | Piping restricting hands on handrail. Remove piping on handrail | Stairwell leading to the penthouse | C | 2/23 | Dennis Jump |
| 06-02 ✓ | Trash needs to be removed on a weekly basis. | Penthouse – Two trash cans | C | 2/27 | Dennis Jump |
| 06-03 | No monthly inspections on Fire Extinguishers. Note: Burns will secure training for Jump to qualify to inspect fire extinguishers | All floors | C | 4/11 | Dennis Jump / Ken Burns |
| 06-04 ✓ | Cover plate missing on on/off switch | Boiler room - Penthouse | C | 3/2 | Dennis Jump |
| 06-05 ✓ | Unidentified liquid in 1 gallon plastic jar. Identify liquid/secure MSDS or discard. | Boiler room - Penthouse | C | 4/3 | Dennis Jump |
| 06-07 ✓ | Check shelving stability for storage of heavy flower pots. | 6th floor – Room 611 | C | 3/8 | Dennis Jump |
| 06-07 ✓ | Anchor metal cabinets | 6th floor – Room 610 | C | 3/15 | Dennis Jump |
| 06-08 ✓ | Heating vent partially blocked. | 6th Floor – Room 601 | C | 3/20 | Dennis Jump |
| 06-09 ✓ | Metal shelving needs secure anchorage to wall. | 5th Floor – Room 507 | C | 3/13 | Dennis Jump |
| 06-10 | Replace wrist rest for Jeff Dolan | 4th floor – Room 401 | C | | Kim Arlington |
| 06-11 ✓ | Improve shelving for heavy object (radio & speaker system) | 4th Floor – Room 4215 | C | 3/31 | Dennis Jump |
| 06-12 | Tripping Hazards on floor (files) | 4th Floor – Room 412 | C | | |
| 06-13 | Ergonomics review for Sam Darkwah | 4th Floor – Room 402 | C | | Kim Arlington |

Class A – IMMEDIATE ACTION: LIKELIHOOD OF DEATH, LOSS OF BODY PART; PERMANENT LOSS OF MAJOR STRUCTURE OR ITEM
Class B – 30 DAYS: LIKELIHOOD OF SERIOUS INTERRUPTIVE INJURY
Class C – 60 DAYS: LIKELIHOOD OF MINOR LOSS

102395

EXHIBIT  L
PAGE  1  OF  3

| Item Number | Substandard Condition | Physical Location | Class | Completion Date | Person(s) Responsible |
|---|---|---|---|---|---|
| 06-14 | Secure metal shelving. Note: Metal shelves will have to be moved to different location. Discuss with Bill Britt | 3rd Floor – Room 318 | C | 4/4 | Dennis Jump Bill Britt |
| 06-15 | Place a "No Exit Sign" on door (both sides) between rooms 317 & 316. | 3rd Floor – Rooms 316/317 | C | 3/3 | Dennis Jump |
| 06-16 | Excess storage of empty storage (banker) boxes. | 3rd Floor - Visionarium | C | | ~~Dennis Jump~~ JILL GILMORE |
| 06-17 | Key Board to high for correct ergonomics | 2nd Floor – Room 214 (Eric Trakon) | C | | Kim Arlington |
| 06-18 | Loose shelving on 4' metal shelving | 2nd Floor – Room 214 | C | 3/29 | Dennis Jump |
| 06-19 | Place placard "Retract after Finish Work" | Basement file room (NE) – Aisle-Saver | C | 3/29 | Dennis Jump |
| 06-20 | Replace covers on fluorescent fixtures | File Room (NE) | C | 3/16 | Dennis Jump |
| | ///////Last Item/////////// | | | | |

102396

| Item Number | Substandard Condition | Physical ...tion | Class | Completion Date | Person(s) Responsib. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

102397