Appendix C

*Sent to
Ken ~~Hoyd~~ for
review 8/17/00
w/Handbook
SW*

# UNOCAL 76
*Alaska Resources*
Health and Safety

# CONTRACTOR QUALIFICATION SURVEY

### INTRODUCTION

This Contractor Qualification Form is intended to gather information regarding your company's safety program and safety performance record. Union Oil Company of California, dba Unocal, requires this information to assist in the selection of contractors approved to perform work within its Alaska business unit.

Please complete the survey form and return it to:

Name (print): _Susan Wilcox_
Title: _Admin. Asst. - Ops. Support Group_
Phone #: _(907) 283-5553_

Issued: January 1997

EXHIBIT __M__
PAGE _1_ OF _7_

101709

# Appendix C

## CONTRACTOR QUALIFICATION SURVEY
(Print Clearly or Type)

**BUSINESS DEMOGRAPHICS**

1. Name of Company: Siemens Building Technologies, Inc.
   Address (Local): 5333 Fairbanks Street, Suite B
   City, State, Zip: Anchorage, Alaska 99518-1258
   Phone: (907) 563-2242

2. Number of years in business under present business name: 2 years

3. Number of regular employees? Total #: 39   Office: 7   Field: 32

4. Classification/Type of business: HVAC Controls Contractor

5. Are you contracted by Unocal to perform any of the following activities:

|  | YES (√) | NO (√) |  | YES (√) | NO (√) |
|---|---|---|---|---|---|
| Hazardous Material Transportation, Transfer, or Handling | X |  | Electrical Power Greater Than 220V |  | X |
| Asbestos Removal |  | X | Inspection/Certification of Safety Devices | X |  |
| Lifting/Hoisting Equipment Operation (i.e. cranes, forklifts, etc.) |  | X | Work Requiring Fall Protection |  | X |
| Welding/Cutting |  | X | Sandblasting |  | X |
| Hot-Tapping of Process Piping |  | X | Heavy Equipment Operation (i.e. backhoes, dozers, etc.) |  | X |
| Confined Space Entry | X |  | Diving Operations |  | X |
| Excavations Greater Than 4' Deep |  | X | Other |  |  |
| Explosives |  | X | Other |  |  |
| Radioactive Materials |  | X | Other |  |  |

6. In your opinion, what are the unique hazards presented by your work?
   Confined Space Entry
   Working in and around HVAC Mechanical Equipment

7. Percent (%) of work done as prime contractor: 90
   Percent (%) of work done using subcontractors: 10
   Percent (%) of work done using "other" employees: -0-
   (i.e.: temporary, part-time or short-term contract employees)

8. Do all your employees who will or are working at Unocal Alaskan facilities read, write, speak and understand English?   YES X   NO ___

101710

Appendix C

## SAFETY PERFORMANCE INDICATORS

9. List your company's insurance Experience Modification Rate (EMR) for the last three years:

| 19 _97_ | 19 _98_ | 19 _99_ |
|---|---|---|
| EMR = _.75_ | EMR = _.63_ | EMR = _.76_ |

10. List your company's OSHA 200 Log and appropriate on-the-job injury data for the last three years:

|  |  | 19 _97_ | 19 _98_ | 19_99_ |
|---|---|---|---|---|
| Number of Fatalities (Column 1) |  | 0 | 0 | 0 |
| Lost Work Time Injuries | Number of Cases (Column 3) | 0 | 0 | 0 |
|  | Total Days (Column 4) | 0 | 0 | 0 |
| Restricted Work Time Injuries | Number of Cases | 0 | 0 | 0 |
|  | Total Days (Column 5) | 0 | 0 | 0 |
| Number of OSHA Recordable Injuries Without Lost Work Time or Restricted Work Time (Column 6) | | 3 | 7 | 1 |
| Total Number of Employee Hours Worked | | 63,500 | 67,760 | 74,300 |

11. Based on data reported in Question No. 10 (above), calculate your company's incident rates as follows:

|  | 19_97_ | 19 _98_ | 19 _99_ |
|---|---|---|---|
| $\frac{\text{No. of OSHA Recordable Incidents} \times 200{,}000}{\text{Total Employee Hours Worked}} =$ | 9.4 | 20.7 | 2.7 |
| $\frac{\text{Total Lost Time Incidents} \times 200{,}000}{\text{Total Employee Hours Worked}} =$ | 0 | 0 | 0 |
| $\frac{\text{Total Restricted Time Incidents} \times 200{,}000}{\text{Total Employee Hours Worked}} =$ | 0 | 0 | 0 |

12. Has your company received any governmental safety or health citation(s) in the past three years? (If yes, explain)      YES ____   NO _x_

101711    Page 3 of 7

O:\Safety\Standard\SPS-1-5c.doc

# Appendix C

## SAFETY PROGRAM CONTENT & TRAINING

13. Does your company have a written safety policy endorsed by top management?  YES _X_ NO ___

14. Does your company have a written safety program?  YES _X_ NO ___

15. Does your company employ a full-time safety manager?  YES _X_ NO ___
    If "YES," Name: __Mark Wiemer__
    Title: __Field Safety Environmental Director__

16. Does your company offer a New Employee Orientation Program that includes elements of its Safety Program?  YES _X_ NO ___

17. Do company supervisors/foremen receive special safety training for the position before being placed on the job?  YES _X_ NO ___

18. Does your company have an alcohol and substance abuse policy?  YES _X_ NO ___
    Does your company conduct pre-employment drug/alcohol screening?  YES _X_ NO ___
    Does your company conduct random drug/alcohol screening?  YES ___ NO _X_

19. Does your company hold regular employee safety meetings?  YES _X_ NO ___
    What is the typical frequency of employee safety meetings (check (√) one)?
    Weekly ___   Bi-Weekly ___   Monthly _X_   Other ___

    Provide the following information on your company's last three safety meetings.

    | SAFETY MEETING SUMMARY TABLE | | Meeting #1 | Meeting #2 | Meeting #3 |
    |---|---|---|---|---|
    | a) | Date safety meeting held (?) | 06/05/00 | 05/01/00 | 04/03/00 |
    | b) | How many employees were on the job the day the safety meeting was held (?) | 9 | 7 | 11 |
    | c) | How many employees attended the safety meeting (?) | 9 | 7 | 11 |
    | d) | Attendance Percentage (?) [ (c) ÷ (b) ] x 100 | 100% | 100% | 100% |

20. Does your company conduct on-site safety inspections?  YES _X_ NO ___
    What is the frequency of on-site safety inspections? __BI-WEEKLEY__

101712

## Appendix C

## SAFETY PROGRAM CONTENT & TRAINING (Cont'd.)

21. Does your company's safety program include training in the following areas:
    (Write N/A after the program topic if the training is not applicable to your business)

| | PROGRAM TOPIC | YES (√) | NO (√) | DATE OF LAST TRAINING SESSION | FREQUENCY OF REFRESHER TRAINING |
|---|---|---|---|---|---|
| a) | Safety Policies and Rules | X | | 09/99 | ANNUAL |
| b) | Hearing Conservation | X | | 09/99 | ANNUAL |
| c) | Hazard Communication | X | | 09/99 | ANNUAL |
| d) | Back Care | X | | 04/00 | ANNUAL |
| e) | Basic First Aid/CPR | X | | 04/00 | ANNUAL |
| f) | Safe working Habits (I.e.; Housekeeping) | X | | 09/99 | ANNUAL |
| g) | Electrical Safety (i.e.; Lock-out / tag-out, ) | X | | 09/99 | ANNUAL |
| h) | Fire Protection (i.e.; Extinguisher training) | X | | 12/99 | ANNUAL |
| i) | Fall Protection (i.e.; Body Harness/Rigging) | X | | 12/99 | ANNUAL |
| j) | Personal Protective Equip (i.e.; Gloves, Boots, Eye protection) | X | | 03/00 | ANNUAL |
| k) | Safe Work Permits (i.e.; Hot work) | X | | 06/00 | ANNUAL |
| l) | TSCA | | X | | |
| m) | Confined Space Entry | X | | 04/00 | ANNUAL |
| n) | Respiratory Equipment | X | | 04/00 | ANNUAL |
| o) | Opening Process Equipment | | X | | |
| p) | HAZWOPER (1910.120) | | X | | |
| List Other Training Performed *(Attach additional pages if required)* | | | | | |
| q) | Blood Borne Pathogens | X | | 05/00 | ANNUAL |
| r) | Lockout/Tagout | X | | 09/99 | ANNUAL |
| s) | Forklift Safety | X | | 06/00 | ANNUAL |
| t) | | | | | |

22. Can you effectively document training? (I.e.; sign-in sheets, tests, certificates) YES _x_ NO ___

    Please describe: __with Classroom Testing / Certificates__

101713

# Appendix C

## EQUIPMENT/TOOL MAINTENANCE PROGRAM (Write N/A if the question does not apply)

23. Does your company have a preventive maintenance program for all equipment and tools used on Unocal property?     YES **X**   NO ___

24. Do your company's employees supply their own hand/power tools?     YES ___   NO **X**

25. Do you require your company's employees to complete a daily safety inspection for all motorized equipment?     YES ___   NO **X**

26. Does your company provide cranes or heavy equipment intended for use on Unocal property?     YES ___   NO **X**

    Are certification records for cranes complete?     YES **N/A**   NO **N/A**

## CONTRACTOR FEEDBACK

27. Is there anything Unocal can do to improve the safety awareness of your company? **No**

    _____
    _____
    _____
    _____
    _____
    _____
    _____

28. Does your company have any suggestions on how Unocal might improve its Safety Program? **No**

    _____
    _____
    _____
    _____
    _____
    _____
    _____

29. Any other comments? **None**

    _____
    _____
    _____
    _____
    _____
    _____

101714

# Appendix C

## REQUIRED SURVEY ATTACHMENTS

To ensure that your response is deemed complete upon receipt by Unocal, verify that the following is included as part of your submittal:

| (Check ✓ when Verified) | DESCRIPTION OF ATTACHMENT |
|---|---|
| [x] | Original of Completed, Signed Survey (Pages 1 through 7). |
| [x] | A statement from your workers compensation insurance carrier indicating your Experience Modification Rating (EMR) for the last three (3) years. |
| [x] | Copies of your OSHA 200 Logs for the last three (3) years. |
| [x] | Supporting information that you wish Unocal to consider when evaluating your completed survey. (SIEMENS EMPLOYEE SAFETY HANDBOOK) |

## DECLARATION OF ACCURACY

Name of Company: Siemens Building Technologies, Inc.

Address: 5333 Fairbanks Street, Suite B

City, State, Zip: Anchorage, AK  99518-1258

I declare that the information provided is true and correct. I understand that the information provided will be used, in part, for the selection of contractors to provide goods and services to Union Oil Company of California, dba Unocal, and that the information is subject to audit by Unocal, or its agent, at any time.

By: _____ (Signature)    8/15/00 (Date)

David W. Rand
(Please Print Name)

Title: General Manager

Company contact to which Unocal inquiries should be directed:

Name: Mark Wiemer

Title: Field & Safety Environmental Director

Telephone: (800) 877-7545     Ext.: 5526

101715