FORMS

# OSHA COMPLIANCE MANUAL

**U.S. Department of Labor**

For Calendar Year 19 __99__     Page _____ of _____

Company Name
Siemens Building Technologies, Inc.

Establishment Name
Siemens Building Technologies, Inc., Alaska Branch

Establishment Address
5333 Fairbanks Street, Suite B, Anchorage, AK 99518-1258

Form Approved
O.M.B. No. 1220-0029

| Extent of and Outcome of INJURY | | | | | | Type, Extent of, and Outcome of ILLNESS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fatalities | Nonfatal Injuries | | | | | Type of Illness (CHECK Only One Column for Each Illness (See fourth page of form for terminations or permanent transfers.)) | | | | | | | Fatalities | Nonfatal Illnesses | | | |
| Injury Related | Injuries With Lost Workdays | | | | Injuries Without Lost Workdays | | | | | | | | Illness Related | Illnesses With Lost Workdays | | | Illness Without Lost Workdays |
| Enter DATE of death. Mo./day/yr. | Enter a CHECK if injury involves days away from work, or days of restricted work activity or both. | Enter a CHECK if injury involves days away from work. | Enter number of DAYS away from work. | Enter number of DAYS of restricted work activity. | Enter a CHECK if no entry was made in columns 1 or 2 but the injury is recordable as defined above. | Occupational skin diseases or disorders | Dust diseases of the lungs | Respiratory conditions due to toxic agents | Poisoning (systemic effects of toxic materials) | Disorders due to physical agents | Disorders associated with repeated trauma | All other occupational illnesses | Enter DATE of death. Mo./day/yr. | Enter a CHECK if illness involves days away from work, or days of restricted work activity or both. | Enter a CHECK if illness involves days away from work. | Enter number of DAYS away from work. | Enter number of DAYS of restricted work activity. | Enter a CHECK if no entry was made in columns 8 or 9. |
| (1) | (2) | (3) | (4) | (5) | (6) | (a) | (b) | (c) | (d) | (e) | (f) | (g) (7) | (8) | (9) | (10) | (11) | (12) | (13) |
| | ☐ | ☐ | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | ☐ |
| | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | ☐ |

Certification of Annual Summary Totals By __Pam Spence__     Title __Office Coordinator__     Date __1/6/00__

EXHIBIT ___N___
PAGE __1__ OF __3__     101716

FORMS

# OSHA COMPLIANCE MANUAL

U.S. Department of Labor

For Calendar Year 19 __98__          Page __1__ of __1__

| Company Name | Form Approved |
| --- | --- |
| Siemens Building Technologies, Inc. | O.M.B. No. 1220-0029 |

Establishment Name
Siemens Building Technologies, Inc. / Alaska Branch

Establishment Address
5333 Fairbanks Street, Suite B, Anchorage, Alaska 99518-1258

| Extent of and Outcome of INJURY | | | | | | Type, Extent of, and Outcome of ILLNESS | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Fatalities | Nonfatal Injuries | | | | | Type of Illness | | | | | | | Fatalities | Nonfatal Illnesses | | | |
| Injury Related | Injuries With Lost Workdays | | | | Injuries Without Lost Workdays | CHECK Only One Column for Each Illness (See fourth page of form for terminations or permanent transfers.) | | | | | | | Illness Related | Illnesses With Lost Workdays | | | | Illness Without Lost Workd. |
| Enter DATE of death. Mo./day/yr. | Enter a CHECK if injury involves days away from work, or days of restricted work activity or both. | Enter a CHECK if injury involves days away from work. | Enter number of DAYS away from work. | Enter number of DAYS of restricted work activity. | Enter a CHECK if no entry was made in columns 1 or 2 but the injury is recorded as defined above. | Occupational skin diseases or disorders | Dust diseases of the lungs | Respiratory conditions due to toxic agents | Poisoning (systemic effects of toxic materials) | Disorders due to physical agents | Disorders associated with repeated trauma | All other occupational illnesses | Enter DATE of death. Mo./day/yr. | Enter a CHECK if illness involves days away from work, or days of restricted work activity or both. | Enter a CHECK if illness involves days away from work. | Enter number of DAYS away from work. | Enter number of restricted work activity. | Enter a CHECK no entr was m in colu 8 or 9. |
| (1) | (2) | (3) | (4) | (5) | (6) | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (8) | (9) | (10) | (11) | (12) | (13) |
|  | ☐ | ☐ |  |  | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |
|  | ☐ | ☐ |  |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |  | ☐ | ☐ |  |  | ☐ |

Certification of Annual Summary Totals By     Pamela K. Spence     Title     Office Coordinator     Date     01/11/99

OSHA NO. 200          POST ONLY THIS PORTION OF THE LAST PAGE NO LATER THAN FEBRUARY 1.          10/9

101717

FORMS

# OSHA COMPLIANCE MANUAL

**U.S. Department of Labor**

For Calendar Year 19 _97_     Page _1_ of _1_

| Company Name | Form Approved |
|---|---|
| Landis & Staefa, Inc. | O.M.B. No. 1220-0029 |

**Establishment Name**
Landis & Staefa, Inc. Anchorage Branch

**Establishment Address**
5761 Silverado Way, Suite P, Anchorage, Alaska  99518

| Extent of and Outcome of INJURY | | | | | | Type, Extent of, and Outcome of ILLNESS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fatalities | Nonfatal Injuries | | | | | Type of Illness | | | | | | | | Fatalities | Nonfatal Illnesses | | | |
| Injury Related | Injuries With Lost Workdays | | | | Injuries Without Lost Workdays | CHECK Only One Column for Each Illness *(See fourth page of form for terminations or permanent transfers.)* | | | | | | | | Illness Related | Illnesses With Lost Workdays | | | |
| Enter DATE of death. Mo./day/yr. | Enter a CHECK if injury involves days away from work, or days of restricted work activity or both. | Enter a CHECK if injury involves days away from work. | Enter number of DAYS away from work. | Enter number of DAYS of restricted work activity. | Enter a CHECK if no entry was made in columns 1 or 2 but the injury is recordable as defined above. | Occupational skin diseases or disorders | Dust diseases of the lungs | Respiratory conditions due to toxic agents | Poisoning (systemic effects of toxic materials) | Disorders due to physical agents | Disorders associated with repeated trauma | All other occupational illnesses | | Enter DATE of death. Mo./day/yr. | Enter a CHECK if illness involves days away from work, or days of restricted work activity or both. | Enter a CHECK if illness involves days away from work. | Enter number of DAYS away from work. | Enter number of DAYS of restricted work activity. |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | | | | | | | | (8) | (9) | (10) | (11) | (12) |
| | | | | | | (a) | (b) | (c) | (d) | (e) | (f) | (g) | | | | | | |
| | | | | | X | | | | | | | | | | | | | |
| | | | | | X | | | | | | | | | | | | | |
| | | | | | X | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | 3 | | | | | | | | | | | | | |

Certification of Annual Summary Totals By _Pam Spence_     Title _Branch Secretary_     Date _01/14/98_

OSHA NO. 200     POST ONLY THIS PORTION OF THE LAST PAGE NO LATER THAN FEBRUARY 1.     10

101718