Michael Cohn
Weidner & Associates, APC
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNOCAL CORPORATION<br><br>　　　　　　Defendant | Case No. A04-0096 CV (TMB) |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS'
SUPPLEMENTAL BRIEFING PURSUANT TO COURT ORDER AT ORAL ARGUMENT
ON FEBRUARY 13, 2008**

STATE OF ALASKA　　　)
　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT )

　　　MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

　　　1.　I am Michael Cohn, an associate attorney with the law firm of Phillip Paul Weidner & Associates, Inc., counsel of record for the Grove plaintiffs in this matter.  I am licensed to practice law in the State of Alaska;

2. Attached hereto as Exhibit 1 is the Affidavit of Robert J. Carmichael;

3. Attached hereto as Exhibit 2 is page 61 of the Deposition of Lindley Manning, P.E.;

4. I have recently talked to a Siemens employee who, on behalf of Siemens' predecessor Landis & Gyr, was given a walk through. He told me the following:

> "They [Landis & Gyr] were taking over the contract, and they needed to have an orientation …" "Dave Kay (Landis & Gyr) was also present. …" "You don't know where the equipment is located. …" "The platform was already in the filter room." … "It was there the day we took over the contract" … "nothing we built." … "Everybody that had anything to do with building went into room" … "it was an important room."

I intend to get an affidavit and present same to the Court as soon as the affidavit is received. Said individual will also be added as a witness.

5. On information and belief, Robert Sprinkle does not recall standing on a ladder on top of the work platform, and will so testify otherwise at trial, based on information that I have received.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
ABA No. 8506049

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

*Grove, et al. v. Unocal,* A04-0096 CV
**Affidavit of Michael Cohn**        2

CERTIFICATE OF SERVICE

I hereby certify that on February 26th, 2008 a copy of the foregoing **AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEFING PURSUANT TO COURT ORDER AT ORAL ARGUMENT ON FEBRUARY 13, 2008** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

*Grove, et al. v. Unocal,* A04-0096 CV
**Affidavit of Michael Cohn**          3