**Copy of Transcript**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE; CYNTHIA
GROVE; SARAH GROVE; and
MICHAEL GROVE (DOB 1/21/88)
by and through his father
LAWRENCE H. GROVE,

    Plaintiffs,

vs.                   Case No. A04-0096 CV (TMB)

UNOCAL CORPORATION,

    Defendant.

RECEIVED AUG 3 0 2007

## DEPOSITION OF

### LINDLEY MANNING, P.E.

August 14, 2007
8:56 a.m.

Hilton Oakland Airport
One Hegenberger Road
Suite 1104
Oakland, California

Reported by Susan F. Magee, RPR, CLR, CSR No. 11661

EXHIBIT 2
pg. 1 of 2



**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

Lindley Manning, P.E.                                  August 14

61

1  taller than Mr. Grove?
2      A.  I don't know.
3      Q.  Do you know anything about Mr. Sprinkle and
4  Mr. Grove's personal relationship?
5      A.  I have no idea.
6      Q.  Do you know whether or not Mr. Sprinkle is a
7  heavier man than Mr. Grove?
8      A.  I don't know.
9      Q.  Do you know whether or not Mr. Grove was
10 supposed to be wearing a safety harness?
11         MR. COHN:  Objection.  Speculation.
12         THE WITNESS:  Well, I don't know what good it
13 would have done him because there's no place to hook it.
14 So, you know, if he had it strapped around him, it
15 wouldn't have done any good; so it's kind of a pointless
16 question.  There was no place provided in the building
17 that I know of to hook the safety harness.  No one's
18 ever said there was.  The few pictures I've seen didn't
19 show anything, and it's never come up.  If there were a
20 place provided for that of adequate strength, then
21 perhaps that would have been the thing to do.  A better
22 thing to do would be to have an adequate and properly
23 railed platform that wouldn't require a safety harness.
24 So . . .
25         BY MR. THORSNESS:  Q.  Had there been a

EXHIBIT 2
pg. 2 of 2