John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

## NONOPPOSED MOTION FOR THREE-WORKING-DAYS EXTENSION OF TIME

Comes now defendant Unocal Corporation, by and through counsel Clapp, Peterson, Van Flein, Tiemessen, and Thorsness LLC, and hereby moves for a three-working-days extension of the court's March 12, 2008 due date for delivery of all documents and evidence, as set forth on pages 23 and 24 of the court's February 12, 2008, Decision and Order Re: Plaintiffs' (Renewed) Rule 37 Motion for Order Compelling Disclosure of Discovery (at docket 293). This motion is occasioned by

illness of both counsel for defendant Unocal, as well as long-scheduled family vacations during spring break, which is the week of March 10, 2008, and encompasses the current March 12, 2008 deadline. Unocal respectfully requests an extension for compliance with the court's order until Monday, March 17, 2008. The undersigned spoke this morning with Phillip Weidner, counsel for plaintiffs Grove, and he graciously agreed to this extension and was informed that the undersigned would file and serve this nonopposed motion for extension.

DATED at Anchorage, Alaska, this ___7th___ day of March 2008.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ John B. Thorsness
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  jtb@cplawak.com
Alaska Bar No. 8211154

### Certificate of Service

I hereby certify that on March 7, 2008, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ John B. Thorsness