John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

### (Proposed) ORDER ON
### NONOPPOSED MOTION FOR THREE-WORKING-DAYS EXTENSION OF TIME

The court having considered defendant's Nonopposed Motion for Three-Working-Days Extension of Time, dated March 7, 2008,

IT IS HEREBY ORDERED that defendant's motion is GRANTED. The deadline for defendant to delivery of all documents and evidence (as set forth on pages 23 and 24 of the court's February 12, 2008, Decision and Order Re:

Plaintiffs' (Renewed) Rule 37 Motion for Order Compelling Disclosure of Discovery (at docket 293)) is March 17, 2008.

DATED at Anchorage, Alaska this _____ day of March 2008.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

### Certificate of Service

I hereby certify that on March 7, 2008, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ John B. Thorsness

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

ORDER ON NONOPPOSED MOTION FOR THREE-WORKING-DAYS EXTENSION OF TIME
*Grove v. Unocal*, Case 3:04-cv-0096-TMB
Page 2 of 2