John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNOCAL CORPORATION,<br><br>Defendant. | Case No. 3:04-cv-0096-TMB |

**NOTICE TO THE COURT OF DEFENDANTS' COMPLIANCE WITH DECISION AND ORDER RE: PLAINTIFFS' (RENEWED) RULE 37 MOTION FOR ORDER COMPELLING DISCLOSURE/DISCOVERY**
(Docket 163)

Defendant Unocal Corporation, by and through counsel Clapp, Peterson, Van Flein, Tiemessen, and Thorsness LLC, hereby gives notice of it's compliance with the court's February 12, 2008 Decision and Order Re: Plaintiffs' (Renewed) Rule 37 Motion for Order compelling Disclosure of Discovery (at docket 293), at pp. 23-24, by its supplementation of its Initial Disclosures with Bates-numbered

documents 102400–104100, delivered to Plaintiffs' counsel on March 17, 2008, which documents included:

1) any documents related to the work platform;
2) any documents related to the mechanical room;
3) safety inspection reports for the building;
4) policies/procedures for the building regarding safety, construction, repair, maintenance, and installations;
5) work orders pursuant to all contracts with Siemens or any other company relating to the maintenance of the building; and
6) any meeting records that relate to the accident, the mechanical room, or the OSHA investigation.

In addition, the Affidavit of Christine Lambert was delivered to plaintiff's counsel, describing under oath all efforts—historical and recent—to locate and produce all documents responsive to the court's February 12, 2008 order as well as prior discovery requests.

DATED at Anchorage, Alaska, this ___17th___ day of March 2008.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone: (907) 272-9631
Fax: (907) 272-9586
Direct email: ljj@cplawak.com
Alaska Bar No. 8911070

## Certificate of Service

I hereby certify that on March 17, 2008, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

NOTICE OT THE COURT OF DEF'S COMPLIANCE WITH DECISION AND ORDER... OF FEBRUARY 12, 2008...
*Grove v. Unocal,* Case 3:04-cv-0096-TMB          Page 3 of 3