# VERIFICATION

STATE OF ALASKA               )
                              ) ss.
THIRD JUDICIAL DISTRICT       )

I, **KEVIN A. TABLER**, being first duly sworn upon oath, depose and state that I have reviewed the foregoing amended responses to Interrogatory Nos. 1, 2, and 3 of Plaintiffs' First Discovery Requests and they are correct to the best of my knowledge and belief.

Union Oil Company of California

By: _[signature]_
Printed Name: **KEVIN A. TABLER**
Title: **LAND & GOVT. AFFAIRS MANAGER**

SUBSCRIBED AND SWORN to before me this **25th** day of Feruary 2008.

STATE OF ALASKA
NOTARY PUBLIC
Judith A. Stanek
My Commission Expires February 14, 2010

_[signature]_ Judith A. Stanek
Notary Public in and for the State of Alaska
My commission expires: **2-14-10**

### Certificate of Service

I certify that a copy of this document was ☐ mailed, ☐ faxed, ☒ hand delivered on February **26**, 2008, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage, AK 99501

By: _[signature]_
Dianne A. Pitts

DEFENDANT'S AMENDED RESPONSES TO
PLAINTIFFS' FIRST DISCOVERY REQUESTS
*Grove v. Unocal*, Case 3:04-cv-0096-TMB
Page 5 of 5

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT **A**
PAGE **1** OF **8**

# VERIFICATION

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

I, KEVIN A. TABLER, being first duly sworn upon oath, depose and state that I have reviewed the response to Interrogatory No. 1 in defendant's "Responses Plaintiff's Third Discovery Requests" dated November 20, 2004, and it is correct to the best of my knowledge and belief.

Union Oil Company of California

By: _____
Printed Name: KEVIN A. TABLER
Title: LAND Consultant

SUBSCRIBED AND SWORN to before me this 28TH day of January 2008.

_____
Notary Public in and for the State of Alaska
My commission expires: August 1, 2009

Certificate of Service

I certify that a copy of this document was
☒ mailed, ☐ faxed, ☐ hand delivered on
~~January~~ February 13, 2008, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
Dianne A. Pitts

EXHIBIT A
PAGE 2 OF 8

RESPONSES TO PLAINTIFFS' THIRD DISCOVERY REQUESTS
*Grove v. Unocal,* Case 3:04-cv-0096-TMB

Page 5 of 5

## VERIFICATION

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

I, KEVIN A. TABLER, being first duly sworn upon oath, depose and state that I have reviewed the foregoing Supplemental Response to Interrogatory No. 1, and it is correct to the best of my knowledge and belief.

Union Oil Company of California

By: _____
Printed Name: KEVIN A. TABLER
Title: Land & Govt. Affairs Manager

SUBSCRIBED AND SWORN to before me this 25th day of February 2008.

STATE OF ALASKA
NOTARY PUBLIC
Judith A. Stanek
My Commission Expires Februray 14, 2010

_____
Notary Public in and for the State of Alaska
My commission expires: 2-14-10

### Certificate of Service

I certify that a copy of this document was ☐ mailed, ☐ faxed, ☒ hand delivered on February 26, 2008, to the following:

Phillip P. Weidner Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage AK 99501

By: _____
    Dianne A. Pitts

DEF'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' THIRD DISCOVERY REQUESTS
*Grove v. Unocal*, Case 3:04-cv-0096-TMB
Page 4 of 4

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

EXHIBIT A
PAGE 3 OF 8

John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

### CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Responses to Plaintiff's Third (sic) Discovery Requests and a signed Verification Page were mailed on December 13, 2007, to the following:

Phillip P. Weidner, Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage, AK 99501

DATED at Anchorage, Alaska, this ___13th___ day of December 2007.

*[signature]*
VICTORIA LB HOMAN

EXHIBIT A
PAGE 4 OF 8

Certificate of Service – Responses to 4th Requests/Verification Page
*Grove v. Unocal*, Case 3:04-cv-0096-TMB

Page 1 of 1

# VERIFICATION



STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

I, Chris Pecci, the Information Technology, Procurement & Logistics, and Building Services Manager of the Alaska Operations of defendant Unocal Corporation, being first duly sworn upon oath, depose and state:

1. I have read the foregoing discovery requests propounded by plaintiff and understand the contents thereof;

2. I have responded to the foregoing discovery requests, and signed this Verification freely and voluntarily for the purposes set forth therein in my official capacity on behalf of defendant;

3. I verify that the information contained herein is true and to the best of my knowledge; and

4. I verify that I have provided all the information known to me at this time and that I am under an obligation to up-date and supplement my responses in the future if any answer is found to be incorrect or I gain additional information

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Defendant's Responses to Plaintiff's 3rd (sic) Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 11 of 12

EXHIBIT A
PAGE 5 OF 8

which would change any answer.

DATED at Anchorage, Alaska, this 27th day of June, 2005.

*/s/ Christian D. Pemi*

SUBSCRIBED AND SWORN to before me this 27th day of June 2005.

_____
Notary Public in and for the State of Alaska
My Commission Expires: **8·29·06**

Certificate of Service:

I certify that a copy of this
document was mailed _____,
faxed _____, hand delivered _____ on
June _____, 2005, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By:_____

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Defendant's Responses to Plaintiff's 3rd (sic) Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 12 of 12

EXHIBIT **A**
PAGE **6** OF **8**

2. Paul Crapps dismantled the brackets and bolts/nuts after the OSHA inspection. At the time, Mr. Crapps was a Kelley Services employee. Mr. Crapps became a Unocal employee June 2003.

3. Along with Paul Crapps' actions, Lawrence Grove has admitted that he returned to the room the day after his accident and removed items that were not his property from the Unocal premises, including bolts, nuts and washers.

DATED at Anchorage, Alaska, this 22 day of January, 2008.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

By: _____
Linda J. Johnson #8911070

## VERIFICATION

STATE OF ALASKA ) 
) ss.
THIRD JUDICIAL DISTRICT )

I, Paul Crapps, being first duly sworn upon oath, depose and state that I have reviewed the foregoing Answers to Interrogatories, and they are correct to the best of my knowledge and belief.

Union Oil Company of California

By: _____
Printed Name: Paul Crapps
Title: Utility Operations

Defendant's Amended Responses to Plaintiff's 5th Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 3 of 4

EXHIBIT A
PAGE 7 OF 8

SUBSCRIBED AND SWORN to before me this 22 day of January, 2008.

_____
Notary Public in and for Alaska
My Commission Expires: 1/1/09

Certificate of Service:

I certify that a copy of this document was mailed _____, faxed _____, hand delivered X on January 25, 2008, to the following:

Phillip P. Weidner Esq.
330 L Street, Suite 200
Anchorage AK 99501

By: _____

Defendant's Amended Responses to Plaintiff's 5th Discovery Requests
Grove v. Unocal, Case No. A04-0096 CV (JKS)
Page 4 of 4

EXHIBIT A
PAGE 8 OF 8