MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

LAWRENCE H. GROVE, ET AL   vs.   UNOCAL CORP

BEFORE THE HONORABLE   DEBORAH M. SMITH   CASE NO.   3:04-CV-00096-TMB

DEPUTY CLERK/RECORDER:       APRIL KARPER

APPEARANCES:   PLAINTIFF:   PHILLIP WEIDNER AND MICHAEL COHN

                DEFENDANT:   JOHN THORSNESS AND LINDA JOHNSON

PROCEEDINGS: SHOW CAUSE HEARING RE SANCTIONS HELD MARCH 27, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:23 p.m. court convened.

Court and counsel heard re sanctions and the Order at Docket 293 Granting in Part and Denying in Part plaintiff's Motion to Compel Disclosure/Discovery at Docket 163. Plaintiff withdrew request for sanctions re the Motion to Compel Disclosure/Discovery (Dkt 163).

Court and counsel heard re defendant's Motion for Discovery Limited Motion to Re-Open Discovery (Dkt 282); **GRANTED IN PART/DENIED IN PART**. Court authorized a limited re-opening of discovery for the purpose of taking expert depositions that are listed in the parties memoranda as well as Mr. Krasner and a substitute expert; discovery will re-open beginning **May 1, 2008** and close on **July 31, 2008** for those limited individuals. No further opening of discovery for any further looking into the 7th company, VPL, Inc.

At 2:54 p.m. court adjourned.

DATE:      March 27, 2008        DEPUTY CLERK'S INITIALS:   AMK