UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNOCAL CORPORATION,<br><br>　　　　　　　　　Defendant. | Case No. 3:04-CV-00096-TMB-DMS |

**MINUTE ORDER FROM CHAMBERS**
**RE: Defendant's Limited Motion to Re-Open Discovery [Docket 282]**

May 14, 2008

　　　On March 27, 2008, this Court ruled on Defendant's Limited Motion to Re-Open Discovery at Docket 282 from the bench. This Court indicated that it would issue the order in written form for clarification purposes. Therefore, as stated during the hearing on March 27, 2008, it is HEREBY ORDERED that Defendant's Limited Motion to Re-Open Discovery at Docket 282 is GRANTED IN PART AND DENIED IN PART. This Court has authorized the re-opening of discovery beginning on May 1, 2008 and ending on July 31, 2008 for limited purposes. The limited purposes are as follows:

　　　1) for both parties to depose the other party's expert witnesses;

　　　2) for both parties to depose the expert Defendant chooses as a replacement for its former expert, Mr. Charles R. Morin, P.E., who is now deceased;

3) for both parties to depose Mr. Phillip Krasner, the owner of VPL, Ltd.

There shall be no further discovery except as specified in this order.

**Entered at the direction of the
Honorable Deborah M. Smith, United States Magistrate Judge**

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.