MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*GROVE v. UNOCAL CORPORATION*

Case No. 3:04-cv-0096 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**     ORDER FROM CHAMBERS

      Having reviewed Magistrate Judge Smith's Initial Report and Recommendation (Docket 305) on Plaintiff's Motion for Partial Summary Judgment as to Defendant' Unocal's Liability for Negligence, Punitive Damages and Allocation of Fault (Docket No. 160), noting that no Objections were filed, the Court hereby adopts and accepts the Initial Report and Recommendation in its entirety. Consequently, Plaintiff's Motion for Partial Summary Judgment as to Defendant' Unocal's Liability for Negligence, Punitive Damages and Allocation of Fault (Docket No. 160) is DENIED.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 12, 2008