MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*GROVE v. UNOCAL*

Case No.  3:04-cv-00096  TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**     ORDER FROM CHAMBERS

    Having reviewed Magistrate Judge Smith's Initial Report and Recommendation (Docket 306) on Defendant's Motion for Partial Summary Judgment on Punitive Damages (Docket No. 209), and noting that no Objections were filed, the Court hereby adopts and accepts the Initial Report and Recommendation in its entirety. Consequently, Defendant's Motion for Partial Summary Judgment on Punitive Damages (Docket 209) is DENIED.

    **IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: June 12, 2008