(The page body is a rotated photocopy of a 2005 Upper Cook Inlet Personal Use Salmon Fishery Permit, Permit Number 05-01109.)

Last Name: GROVE
First Name: CINDY-DAVID-SARAH-LAWRENCE-MICHAEL
Total Number of Household Members: 5
Total Household Salmon Harvest Limit: 65

| DATE | LOCATION | CHUM | KING | COHO | PINK | Flounder |
|------|----------|------|------|------|------|----------|
| 6/30 | Kenai River, Fish Creek, Kasilof River | 20 | | | | |
| | Kenai River, Fish Creek, Kasilof River | | 1 | | | |
| | Kenai River, Fish Creek, Kasilof River | | | | | |
| | Kenai River, Fish Creek, Kasilof River | | | | | |
| | Kenai River, Fish Creek, Kasilof River | | | | | |
| | Kenai River, Fish Creek, Kasilof River | | | | | |
| | Kenai River, Fish Creek, Kasilof River | | | | | |

302274

EXHIBIT L
PAGE 3 OF 3