John B. Thorsness, Esq.
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
usdc-anch-ntc@cplawak.com
Attorneys for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE, <br><br> Plaintiffs, <br><br> vs. <br><br> UNOCAL CORPORATION, <br><br> Defendant. | Case No. 3:04-cv-0096-TMB |

## MOTION TO CERTIFY READINESS AND SET TRIAL DATE

Defendant Unocal Corp., by and through its attorneys Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, moves the court to set a trial date pursuant to Local Rule 40.3(a)(1).

Unocal certifies that this case is ready for trial. Affidavit of Linda J. Johnson attached. The only remaining discovery deadline in this case, to take the depositions of experts, expired on July 31, 2008. Neither party has requested more time for discovery nor indicated that any more depositions need to be taken.

Although the parties have made attempts, it does not appear that this case will be mediated or settled at this time.

Finally, the parties have each filed, opposed and replied to dispositive motions. All motions have been ruled upon. There is no just reason for delay in this case, which has been pending since April 19, 2004.

Unocal proposes that trial be set for 12 days during the first two weeks of March 2009, at the court's discretion and convenience.

DATED at Anchorage, Alaska, this 25th day of August 2008.

CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
Attorneys for Defendant Unocal

s/ Linda J. Johnson
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501-3454
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  ljj@cplawak.com
Alaska Bar No. 8911070

### Certificate of Service

I hereby certify that on August 25, 2008, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson