John B. Thorsness
Linda J. Johnson, Esq.
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
jthorsness@cpsattorneys.com
Attorney for Defendant Unocal Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,

Plaintiffs,

vs.

UNOCAL CORPORATION,

Defendant.

Case No. 3:04-cv-0096-TMB

### AFFIDAVIT OF LINDA J. JOHNSON

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

Linda J. Johnson, being duly sworn upon oath, deposes and states as follows:

1.   I am an attorney licensed to practice law in the State of Alaska. I am an attorney at Clapp, Peterson, Van Flein, Tiemessen & Thorsness. I make this affidavit based upon personal knowledge.

AFFIDAVIT OF LINDA J. JOHNSON
*Grove v. Unocal*, Case No. 3:04-cv-0096-TMB
Page 1 of 2

2. This case is ready for trial. All depositions have been taken. Discovery is closed. All pre-trial dispositive and in limine motions have been filed, opposed, and ruled upon. All Local Rule 16.1 deadlines have been met.

3. There is no good reason for any delay. A trial date should be set as soon as possible.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: 8-25-08

By: _____
Linda J. Johnson

SUBSCRIBED AND SWORN to before me, a Notary Public in and for the State of Alaska, this 25th day of August, 2008, at Anchorage, Alaska.



_____
Notary Public in and for Alaska
My Commission Expires: 1-16-11

### Certificate of Service

I hereby certify that on August 25, 2008, a copy of the foregoing document was served electronically on Phillip P. Weidner, Esq.

s/ Linda J. Johnson

AFFIDAVIT OF LINDA J. JOHNSON
*Grove v. Unocal*, Case No. 3:04-cv-0096-TMB
Page 2 of 2

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586