Michael Cohn
Weidner & Associates, APC
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAWRENCE H. GROVE, CYNTHIA GROVE, SARAH GROVE, and, MICHAEL GROVE (DOB 1/21/88) by and through his father LAWRENCE H. GROVE,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNOCAL CORPORATION<br><br>　　　　　　Defendant | Case No. A04-0096 CV (TMB) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO CERTIFY READINESS AND SET TRIAL DATE**

　　Plaintiffs state as follows:

　　1.　Defense expert, Charles Morin, P.E., died.  Defense obtained new expert, Clifford Bigelow of Engineering Systems, Inc., in O'Fallon, Missouri, who issued a report on August 13, 2008.  Plaintiffs still reserve the right to depose Clifford Bigelow by the end of October 2008.  However, said deposition should not affect trial date.  Defense states the parties had

**Plaintiff's Response to Defendant's Motion to Certify Readiness and Set Trial Date**
*Grove, et al. v. Unocal,* Case No. A04-0096 CV

1

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

until July 31, 2008 to depose experts.  However, defense counsel's new expert, Clifford Bigelow's report was received on August 13, 2008.  Therefore, plaintiffs should be permitted to depose said expert.

    2.    Plaintiffs agree that the first two weeks of March 2009 are acceptable subject to Court rule.

    3.    Plaintiffs state that in a Court Order dated May 15, 2006 (Docket #85) the Court ordered, pursuant to the agreement of parties, that Union Oil Company of California (who defense contends is the proper party) could be substituted in as defendant instead of Unocal Corporation.  Defense counsel, in this motion and other pleadings, still refers to defendant as Unocal Corporation.

    Plaintiffs respectfully request that the caption and pleadings reflect the agreement of the parties.

    RESPECTFULLY SUBMITTED this 10th day of September, 2008.

/s/ Michael Cohn  
WEIDNER & ASSOCIATES, INC.  
330 L Street, Suite 200  
Anchorage, AK  99501  
Phone (907) 276-1200  
Fax (907) 278-6571  
E-mail:  nbackes@weidnerjustice.com  
ABA No. 8506049

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

**Plaintiff's Response to Defendant's Motion to Certify Readiness and Set Trial Date**
*Grove, et al. v. Unocal,* Case No. A04-0096 CV

2

3

CERTIFICATE OF SERVICE

I hereby certify that on September 10th, 2008 a copy of the foregoing **PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO CERTIFY READINESS AND SET TRIAL DATE** was served electronically on John B. Thorsness at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC

s/ Michael Cohn

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

**Plaintiff's Response to Defendant's Motion to Certify Readiness and Set Trial Date**
*Grove, et al. v. Unocal,* Case No. A04-0096 CV

3