MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

LAWRENCE H. GROVE, et al   vs.   UNOCAL CORPORATION

BEFORE THE HONORABLE TIMOTHY M. BURGESS   CASE NO. 3:04-CV-00096-TMB

DEPUTY CLERK/RECORDER:    SUZANNETTE DAVID

APPEARANCES:    PLAINTIFF:    PHILLIP WEIDNER AND MICHAEL COHN

                DEFENDANT:    JOHN THORSNESS AND LINDA JOHNSON

PROCEEDINGS: TRIAL BY JURY - DAY 10 HELD MAY 14, 2010:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:03 a.m. court convened without the jury panel present.

Court and counsel heard re special verdict form, exhibits and trial scheduling.

At 9:21 a.m. the jury panel entered the courtroom.

Defendant rested.

Joseph Balser recalled on behalf of the plaintiff on rebuttal as an expert. Plaintiff exhibit 94 **IDENTIFIED**.

Plaintiff rested rebuttal case.

Court addressed the jury panel re trial scheduling and admonishment.

At 10:23 a.m. the jury panel exited the courtroom.

Court and counsel heard re proposed jury instructions and trial scheduling.

At 10:27 a.m. court recessed until 11:36 a.m. without the jury panel present.

Court and counsel heard re proposed jury instructions and playbacks.

DATE:        MAY 14, 2010         DEPUTY CLERK'S INITIALS:   SCD

Revised 6/18/07

```
                    CONTINUATION - PAGE 2
         LAWRENCE H. GROVE, et al vs. UNOCAL CORPORATION
                       3:04-CV-00096-TMB
                     TRIAL BY JURY - DAY 10
                         MAY 14, 2010
----------------------------------------------------------------
```

At 12:11 p.m. court recessed until 1:12 p.m. without the jury panel present.

Court and counsel heard re final jury instructions and special verdict form.

Court and counsel heard re Defendant's renewed Motion for Directive Verdict; **MATTER TAKEN UNDER ADVISEMENT.**

At 1:24 p.m. the jury panel entered the courtroom.

Closing arguments heard.

At 3:02 p.m. court recessed until 3:16 p.m. with the jury panel present.

Continued closing arguments heard.

Court read jury instructions to the jury panel.

Court admonished the jury panel.

At 4:45 p.m. the jury panel exited to the courtroom to begin deliberations at 9:00 a.m. on Monday, May 17, 2010.

Court and counsel heard re exhibits and jury instructions.

At 4:50 p.m. court recessed this matter to reconvene at **8:30 a.m. on Monday, May 17, 2010.**

DATE:        MAY 14, 2010        DEPUTY CLERK'S INITIALS:    SCD

Revised 6/18/07