```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

  LAWRENCE H. GROVE, et al    vs.           UNOCAL CORPORATION

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO. 3:04-CV-00096-TMB

DEPUTY CLERK/RECORDER:     SUZANNETTE DAVID

APPEARANCES:   PLAINTIFF:   PHILLIP WEIDNER AND MICHAEL COHN

               DEFENDANT:   JOHN THORSNESS AND LINDA JOHNSON

PROCEEDINGS: TRIAL BY JURY - DAY 11 HELD MAY 17, 2010:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:05 a.m. court convened without the jury panel present.

Court and counsel heard re stipulated admitted and disputed exhibits.

Court and counsel heard re parties stipulation to admit the following exhibits:
Plaintiff's Exhibits 3, 6, 9, 11, 29a, 31, 33, 34, 35, 36, 37, 38, 42, 44, 45, 66.
Defendant's Exhibits A, E, F, J, S, AE, AR, AZ, BL, BM, BT, BU, BX, BY, BZ, CA, CG, CH, CI, CK, CM, CO, CP, DA, DE, DG, DH, DI, DJ, DK, DP, DQ, DR, DS, DU, DV, DW, DX, DY, DZ, EA, EG, ET, FO.

Court and counsel heard re parties stipulation re admitted exhibits not to go back to the jury deliberation room:
Defendant's Exhibits AV, CF, FU.

At 9:27 a.m. court recessed until 10:42 a.m. without the jury panel present.

Court and counsel heard re jury note.

At 10:46 a.m. court recessed until 1:31 p.m. without the jury panel present.

Court and counsel heard re jury notes.


                         Continued To Page 2

DATE:         MAY 17, 2010          DEPUTY CLERK'S INITIALS:   SCD

Revised 6/18/07

```
                    CONTINUATION - PAGE 2
         LAWRENCE H. GROVE, et al vs. UNOCAL CORPORATION
                       3:04-CV-00096-TMB
                     TRIAL BY JURY - DAY 11
                         MAY 17, 2010
-------------------------------------------------------------------
```

At 1:36 p.m. court recessed until 4:29 p.m. without the jury panel present.

Court and counsel heard re jury note and special verdict form.

Court ordered parties to file briefing re legal authority by **8:00 a.m. tomorrow, May 18, 2010.**

At 4:38 p.m. court recessed.

OFF RECORD NOTE: All admitted exhibits, blank jury notes, original special verdict form and original jury instructions forwarded to the jury panel via the bailiff.

DATE:          MAY 17, 2010          DEPUTY CLERK'S INITIALS:    SCD

Revised 6/18/07

Revised 6/18/07